### *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                              May 1, 2009 through May 31, 2009

Invoice No. 31464

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------:|-------:|
| B14 | Case Administration - | 29.30 | 7,135.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 1.50 | 442.50 |
| B18 | Fee Applications, Others - | 5.70 | 787.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 5.40 | 1,593.00 |
| B25 | Fee Applications, Applicant - | 7.90 | 1,309.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.50 | 442.50 |
| B36 | Plan and Disclosure Statement - | 70.80 | 20,612.50 |
| B37 | Hearings - | 8.00 | 2,360.00 |
| B40 | Employment Applications, Others - | 1.00 | 295.00 |
| B41 | Relief from Stay Litigation - | 0.40 | 118.00 |
| | **Total** | **131.50** | **$35,095.50** |
| | **Grand Total** | **131.50** | **$35,095.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 250.00 | 3.20 | 800.00 |
| Steven G. Weiler | 230.00 | 6.80 | 1,564.00 |
| Theodore J. Tacconelli | 295.00 | 103.20 | 30,444.00 |
| Law Clerk | 125.00 | 4.10 | 512.50 |
| Legal Assistant - MH | 125.00 | 14.20 | 1,775.00 |
| **Total** | | **131.50** | **$35,095.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                              **$1,755.50**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Mar-23-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.70 | RM |
| Mar-30-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.70 | RM |
| May-01-09 | *Plan and Disclosure Statement* - e-mail from R. Horkovich re Shein deposition location | 0.10 | LLC |
| | *Case Administration* - Review 2 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review J. Baer March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag March Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of L. Hill by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of R. Barnes by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of R. Conn by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of J. Hopkins by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of PI Committee by BNSF | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by MCC in motion to strike Whitehouse expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition by AXA Belgium re various plan proponents' 30(b)(6) depositions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition by MCC of plan proponents' 30(b)(6) with attachment | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition by Allstate of PI Committee 30(b)(6) with attachment | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder in Arrowood re various 30(b)(6) deposition notices issued by various insurers | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion to shorten notice re motion for protective order re Libby discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion for protective order re objection to Libby Claimants' deposition notices with attachments | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review order granting motion to shorten notice re motion for protective order re Libby discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from R. Horkovich re Shein deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from T. Schiavoni re Libby discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's supplemental responses to G. Benefield's amended interrogatories | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's supplemental responses to Y. Cannon's amended interrogatories | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review  notice of deposition of G. Priest | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Confer with RSM re PD Committee's responses to debtors' amended discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for equity committee re Kuchinski deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from S. Blatnick (x2) re Kuchinski deposition | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re debtors' document production to Longacre | 0.10 | TJT |
| May-02-09 | *Case Administration* - Review Day Pitney March Fee Application | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of California's reply brief in appeal 08-863 | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Mass. Dept. of Revenue claim | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of J. Posner by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review letter from R. Wilkins to opposing counsel re debtors' responses to Longacre discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re Priest deposition | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.20 | HZ |
| May-03-09 | *Case Administration* - Review debtors' 31st quarterly report of settlements with attachments | 0.20 | TJT |
| | *Case Administration* - Review debtors' 31st quarterly report of asset sales with attachment | 0.20 | TJT |
| | *Case Administration* - Review Stroock March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review documents filed in Montana criminal action | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Boerger re Mathis deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review documents produced in virtual docket room | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Boerger re Lockwood continued deposition | 0.10 | TJT |
| May-04-09 | *Plan and Disclosure Statement* - E-mail from J. Baer re Mathis deposition | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mails from several parties re scheduling of depositions | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mail from P. Lockwood re documents for depositions | 0.10 | LLC |
| | *Case Administration* - 4/27/09 hearing follow-up | 0.10 | SGW |
| | *Case Administration* - Review A. Rich April Fee Application | 0.10 | TJT |
| | *Case Administration* - continue reviewing documents filed in Montana criminal action | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of filing by PDFCR re correspondence from pro se party and review same | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues on appeal by Anderson Memorial Hospital re class certification appeal | 0.20 | TJT |

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - Review record on appeal by Anderson Memorial Hospital re class certification appeal | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review and revise Notice of Service re responses by PD Committee to debtors' amended discovery | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review correspondence from K. Love re meet and confer today | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review correspondence from K. Love re Kutchniski deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Hurford re PI Committee's responses to Libby discovery | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from S. Rubin re Posner deposition information | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review correspondence from M. Kramer re responses to debtors' amended discovery | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' amended discovery responses, revise responses to debtors' amended discovery, call to M. Kramer, teleconference with M. Kramer re responses to debtors' amended discovery requests | 0.80 | TJT |
| *Plan and Disclosure Statement* - Prepare correspondence to M. Kramer re responses to debtors' amended discovery | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from C. Candon re documents being produced by Libby Claimants | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review various e-mails re Posner deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review correspondence from M. Kramer re revised responses to debtors' amended discovery | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review, revise and finalize responses to debtors' amended discovery, correspond with M. Kramer re same; prepare Notice of Service for e-filing, e-file same and oversee service of discovery | 0.80 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Boerger re Priest deposition information | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Posner deposition information | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from P. Lockwood re Priest deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service by Libby Claimants re supplemental responses to PI Committee's request for production | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review BNSF's notice of deposition of J. Posner | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review joinder by CCC to motion to strike Whitehouse expert report | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review joinder by MCC to debtors' motion for a protective order and objection to deposition notices by Libby Claimants | 0.10 | TJT |
| *Plan and Disclosure Statement* - assist T. Tacconelli with revisions to answers to debtors' amended discovery; coordinate service of same | 0.40 | MH |

**Invoice No. 31464**                  **Page 5 of 21**                  **June 30, 2009**

| | | | |
|---|---|---|---|
| May-05-09 | *Case Administration* - Review case status memo re week ending 5/1/09 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mail from J. Boerger re attendees at Priest deposition | 0.10 | LLC |
| | *Plan and Disclosure Statement* - e-mail from P. Lockwood re attendance at Priest deposition | 0.10 | LLC |
| | *Case Administration* - 4/27/09 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Obtain and send order approving 3rd amended CMO re 1st amended joint plan to co-counsel (.2); confer with T. Tacconelli re same (.1) | 0.30 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights (.4); confer with T. Tacconelli re same (.1) | 0.50 | SGW |
| | *Case Administration* - Review Beveridge and Diamond March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/1/09 | 0.10 | TJT |
| | *Case Administration* - continue reviewing documents filed in Montana criminal action filed by debtors | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' supplemental responses to PI Committee's request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with M. Kramer re PD Committee's responses to debtors' amended discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review status of settlement negotiations | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of J. Posner by Scott's Company | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of G. Priest by PI Committee | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of E. Inselbuch by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* -   Review letter from C. Cannon re Libby production without protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's motion for protective order and to quash deposition notices by Libby Claimants with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's request to take judicial notice with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Boerger re Priest deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by CCC in debtors' motion for a protective order and objection to Libby deposition notices | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from P. Lockwood re Priest deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 3rd amended plan CMO and review certain deadlines | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to M. Kramer re 3rd amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from T. Freedman re phase I insurance issues | 0.10 | TJT |
| | *Case Administration* - Review docket for case status for week ending 5/1/09; memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| May-06-09 | *Case Administration* - 4/27/09 hearing follow-up | 0.20 | SGW |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights (.1); advise T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Case Administration* - Review debtors' monthly operating report for Mar. 09 | 0.40 | TJT |
| | *Case Administration* - Review BMC Group Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - continue reviewing documents filed in Montana criminal action re acquittal papers | 2.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review designation of record on appeal by Anderson Memorial Hospital re order expunging Canadian claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues on appeal by Anderson Memorial Hospital re order expunging Canadian claims | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' joinder in deposition notice of G. Priest by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Plevin re Fireman's Fund surety bond issues re deposition testimony | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 4/27/09 hearing transcript re plan issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Traveler's re Finke deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of L. Welch by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition by G. Friedman by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of S. Moolsavkar by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re Priest deposition   information | 0.10 | TJT |
| | *Case Administration* - download 4/27/09 hearing transcripts | 0.10 | MH |
| May-07-09 | *Case Administration* - Review K&E March Fee Application | 0.40 | TJT |
| | *Case Administration* - continue review of various documents filed in Montana criminal action | 1.90 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended designation of record by Anderson Memorial Hospital re order expunging certain Canadian claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended statement of issues by Anderson Memorial Hospital re order expunging certain Canadian claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review designation of record by Anderson Memorial Hospital re order expunging its ZAI claim | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues on appeal by   Anderson Memorial Hospital re order expunging its ZAI claim | 0.20 | TJT |

| | | |
|---|---|---|
| *Plan and Disclosure Statement* - Review e-mail from B. Harding re Finke deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review correspondence from counsel for Travelers' re Finke deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of H. Ory by Libby Claimants | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of J. Parker by Libby Claimants | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of Dr. Weill by Libby Claimants | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review second amended notice of deposition by PI Committee of G. Priest | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' joinder in second amended notice of deposition by PI Committee of G. Priest | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from counsel for Fireman's Fund re Finke deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from T. Friedman re Fireman's Fund class 6 claims and related issues | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from counsel for OneBeacon re Finke deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review objection to plan by J. P. Hill | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from counsel for MCC re Finke deposition | 0.10 | TJT |
| May-08-09  *Case Administration* - Review notice of withdrawal and forward to M. Hedden | 0.10 | LLC |
| *Plan and Disclosure Statement* - E-mail from J. Boerger re OneBeacon and Seaton response to memo | 0.10 | LLC |
| *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights (.1); advise T. Tacconelli re same (.1) | 0.20 | SGW |
| *Case Administration* - Review supplemental 2019 statement filed by Kazan, et al. | 0.10 | TJT |
| *Case Administration* - Review notice of withdrawal of counsel for Motley Rice | 0.10 | TJT |
| *Case Administration* - Finish review of documents in Montana criminal action | 0.80 | TJT |
| *Case Administration* - Review Charter Oak March Fee Application | 0.10 | TJT |
| *Case Administration* - Review e-mail from S. Baena re acquittal in Montana criminal action | 0.10 | TJT |
| *Case Administration* - Review entry of appearance by   General Insurance Company | 0.10 | TJT |
| *Case Administration* - Review PWC March Fee Application | 0.10 | TJT |
| *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from debtors' counsel re Finke deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from N. Finch re Finke deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from B. Harding re debtors' witness designations | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review bank lender group limited | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | objection to Libby Claimants' motion to amend plan CMO and continue hearing on phase II | | |
| | *Plan and Disclosure Statement* - Review NYT article re Libby acquittal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from B. Mukherjee re Mathis and Shein depositions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Firemen's Fund re Finke deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re PI Committee's objection to Libby Claimants' motion to amend CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' objection to Libby Claimants' motion to amend plan CMO and continue phase II hearing with attachments | 0.60 | TJT |
| | *Hearings* - Review agenda for 5/14/09 hearing | 0.30 | TJT |
| | *Relief from Stay Litigation* - Review notice of filing document under seal re CCC's response to Kaneb's supplemental memorandum re motion to lift stay | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review OneBeacon's response to Kaneb's supplemental memorandum | 0.20 | TJT |
| | *Relief from Stay Litigation* - Review debtors' notice of filing document under seal re debtors' response to supplemental memorandum of Kaneb re motion to lift stay | 0.10 | TJT |
| May-09-09 | *Case Administration* - Review second supplemental 2019 statement by Thornton Naumes | 0.10 | TJT |
| | *Case Administration* - Review Caplan Drysdale March Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review objection by PI Committee to Libby Claimants' motion to amend plan CMO and postpone Phase II confirmation hearing with numerous attachments | 1.90 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re verdict in Montana criminal action and status of plan | 0.10 | TJT |
| May-10-09 | *Case Administration* - Review Anderson Kill March Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response in support of Arrowood's motion to strike Whitehouse expert report with numerous attachments | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' objection to Arrowood's motion to take judicial notice with attachments | 0.40 | TJT |
| May-11-09 | *Case Administration* - Review entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review agenda re 5/14/09 hearing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mail from B. Mukherjee re Shein deposition | 0.10 | LLC |
| | *Case Administration* - 5/14/09 hearing follow-up | 0.10 | SGW |
| | *Case Administration* - Confer with T. Tacconelli re preparation of case status memo for week ending 5/11/09 | 0.10 | SGW |
| | *Case Administration* - Review district court docket for filing of certain new appeals (.1); confer with T. Tacconelli re inclusion of same in case status memos (.1) | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights (.1); advise T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Case Administration* - Review Fee Auditor's Final Report re Steptoe 31st Quarterly Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review Certificate of Counsel filed by Michigan AG's office | 0.10 | TJT |
| | *Case Administration* - Review supplemental 2019 statement filed by Mables and Lomax | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/8/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' response to debtors' motion for a protective order and objection to deposition notices | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review objection by State of Michigan to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' plan supplement with 3 attachments | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for OneBeacon re phase I discovery issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of debtors by LMI | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of D. Austern by Firemen's Fund | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of J. Shein by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 5/14/09 hearing coverage | 0.10 | TJT |
| | *Hearings* - Prepare for 5/14/09 hearing | 0.20 | TJT |
| | *Hearings* - Review amended agenda for 5/14/09 hearing | 0.20 | TJT |
| | *Case Administration* - Review docket re case status for week ending 5/8/09; memo to T. Tacconelli and L. Coggins | 0.80 | MH |
| May-12-09 | *Case Administration* - Review amended agenda re 5/14/09 hearing | 0.10 | LLC |
| | *Case Administration* - Review case status memo re week ending 5/8/09 | 0.10 | LLC |
| | *Case Administration* - Review district court docket for filing of certain new appeals (.1); advise T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights (.1); advise T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Case Administration* - Review 2nd supplemental 2019 statement by Michie Hammlett | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Kramer Levine 31st interim period | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney 32nd Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of J. Shein by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from counsel for Travelers' re Finke deposition (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of debtor by Libby Claimants with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of Dr. Longo by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for PIFCR re Shein deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for OneBeacon re Finke deposition | 0.10 | TJT |

| | | |
|---|---|---|
| *Plan and Disclosure Statement* - Review e-mail from B. Harding re Finke deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Baer re Finke deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review Libby Claimants' response to motion to strike Whitehouse expert report and cross-motion for protective order with attachments | 1.30 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from K. Love re Shein deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Hurford re amended notice of deposition of Shein | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from PIFCR counsel re Austern deposition information | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from counsel for OneBeacon re Austern deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Shein deposition information | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with S. Weiler re research re insurance rights transfer to PI trust | 0.20 | TJT |
| *Fee Applications, Applicant* - Perform calculations re Ferry, Joseph & Pearce's 32nd quarterly period; draft Fee Application, Notice and Certificate of Service re same | 3.00 | MH |

| | | | |
|---|---|---|---|
| May-13-09 | *Fee Applications, Applicant* - Review 32nd quarterly fee application for filing | 0.20 | LLC |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.50 | SGW |
| | *Plan and Disclosure Statement* - Review district court docket for filing of certain new appeals (.1); advise T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights (.1); advise T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review memos from S. Weiler re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review LAS March Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of amended deposition of J. Shein by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for CCC re notice of amended deposition of Shein dispute | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re amended calendar, review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of R. Finke by Scott's Company | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Shein deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order striking Libby Claimants' motion for protective order without prejudice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from C. Candon to | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | debtors' and PI Committee re supplemental production by Libby Claimants | | |
| | *Plan and Disclosure Statement* - Review letter from J. Lacey to various parties re Libby discovery responses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' supplemental responses to debtors' request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by General Insurance Co. in insurers' motion for protective order | 0.10 | TJT |
| | *Hearings* - Review materials on agenda for 5/14/09 hearing | 2.40 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file Ferry, Joseph & Pearce's 32nd Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.70 | MH |
| May-14-09 | *Fee Applications, Others* - Review Bilzin 32nd quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA 27th quarterly fee application for filing | 0.10 | LLC |
| | *Case Administration* - 5/14/09 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Review district court docket for filing of certain new appeals (.1); advise T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review Fee Auditor's Final Report re K&E 31st interim period with attachments | 0.40 | TJT |
| | *Case Administration* - Review Capstone March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by D. Hossley | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mails from J. Sakalo (x3) review committee meeting | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mails from committee members re committee meeting | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of D. Austern by Scott's Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re discovery dispute with Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. O'Neill re protective order re insurers | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 4.00 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's 32nd Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file Bilzin's 32nd Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.70 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's 27th Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file HRA's 27th | 0.60 | MH |

| | | | |
|---|---|---|---|
| | Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | | |
| May-15-09 | *Plan and Disclosure Statement* - e-mail from D. Primack re final witness list | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Report re Duane Morris 31st interim period | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Baron and Budd | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re Libby BNSF appeal | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for and attend committee meeting | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's opening brief in 3rd circuit appeal 08-3720 | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' opening brief in State of Montana appeal 08-3720 | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review documents in Libby BNSF appeal 09-115 | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review protective order re insurers | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of E. Inselbuch by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review   Notice of Service by Libby Claimants of supplemental responses to debtors' request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon's final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Seaton's final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review GEICO's final witness list | 0.10 | TJT |
| May-16-09 | *Case Administration* - Review 2019 statement by C. Coon and Associates | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' counterdesignation of record on appeal re Anderson Memorial Hospital class action appeal | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Republic Ins. Co. final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' notice of filing amended item no. 3 to plan supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review General Ins. Co.'s final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Zurich final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen's Fund final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review unsecured creditor committee's final witness list for phase I | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Kaneb final objection to plan | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to Libby's motion to strike Florence expert report | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review P. Zilly's rebuttal expert report | 0.70 | TJT |
| May-17-09 | *Case Administration* - Review 2019 statement by J. Mutnille | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith 32nd Quarterly Fee Application | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Case Administration* - Review Casner Edwards March Fee Application | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' counterdesignation of items on appeal re Anderson Memorial Hospital Canadian claims appeal | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re Morgan Stanley claims with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Federal Ins. Co.'s final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Longacre's final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AXA Belgium's final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing Zilly expert report | 0.40 | TJT |
| | *Hearings* - Review 5/14/09 hearing notes | 0.20 | TJT |
| May-18-09 | *Case Administration* - train new law clerk re preparation of weekly case status memos and advise T. Tacconelli re same | 0.70 | SGW |
| | *Case Administration* - Review e-mail from T. Currier re new e-mail address | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from C. Candon re Certificate of Counsel re proposed order for Libby protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of Certificate of Counsel for Libby protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of protective order for Libby medical records | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re comments on proposed Certificate of Counsel for Libby protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for State of Montana re comments on draft of proposed Libby protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re comments on proposed Libby protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from C. Candon re revised Certificate of Counsel and revised Libby protective order and review same | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re proposed order denying Libby Claimants' motion to amend plan CMO and review proposed order | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | HZ |
| May-19-09 | *Case Administration* - Review notice of withdrawal of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review notice to substitute attorney and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review   Certificate of No Objection filed by debtors re IRS settlement motion | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection re debtors' motion to approve ERISA settlement | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review K&E 32nd Quarterly Fee Application | 0.20 | TJT |
|  | *Case Administration* - Review notice of substitution of counsel for Palm Beach County | 0.10 | TJT |
|  | *Case Administration* - Review notice of withdrawal of GIW Industries | 0.10 | TJT |
|  | *Case Administration* - Review 2019 statement by M. Bergman | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' counterdesignation re record on appeal re Anderson Memorial Hospital ZAI claim appeal | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to remand appeal in District Court 08-890 to Bankruptcy Court for settlement purposes | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review memorandum opinion and order re debtors' objection to bank lender group's default rate interest claims | 0.60 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Prepare correspondence to S. Baena re opinion re debtors' objection to bank lender group's default rate interest claims | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Certificate of Counsel re Libby protective order and review proposed order | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from S. Baena re opinion on bank lender group's interest claim in relation to plan proceedings | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Certificate of Counsel re Libby Claimants' motion to strike Whitehouse expert report and review proposed order | 0.20 | TJT |
|  | *Employment Applications, Others* - Review Certificate of No Objection re debtors' motion to continue retention of D&T | 0.10 | TJT |
|  | *Case Administration* - determine allocation of payment received by debtor on 5/22/09, update payments received chart, submit chart with respective invoices to T. Tacconelli and accounts receivable | 0.10 | MH |
| May-20-09 | *Fee Applications, Others* - Review certificate of no objection re HRA March 09 fee application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review certificate of no objection re Bilzin March 09 fee application for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review certificate of no objection re March 09 fee application filing | 0.10 | LLC |
|  | *Case Administration* -   Review case status memos prepared by law clerk; confer with same re revisions | 0.10 | SGW |
|  | *Case Administration* - Review first amended 2019 statement by Heard Robbins | 0.10 | TJT |
|  | *Case Administration* - review affidavit of B. Arronis | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review certificate of counsel re plan proponents' proposed order re motion to strike Whitehouse expert report | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of deposition of D. Martin, Ph.D. by Anderson Memorial Hospital | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from N. Finch re additions to plan distribution list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - review Morgan Stanley objection to plan with attachments | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - review limited objection by Tyco | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | Healthcare to plan | | |
| | *Plan and Disclosure Statement* - review ERISA limited protective objection to plan with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - review e-mail from M. Gaytan re revised plan service list | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's March fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection Bilzin's March fee application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re HRA's March fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re HRA's March fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Ferry, Joseph & Pearce's March fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Ferry, Joseph & Pearce's March fee application | 0.30 | MH |
| May-21-09 | *Plan and Disclosure Statement* - E-mails from J. Boerger re objections to plan | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mail from I. Levee re objection to plan | 0.10 | LLC |
| | *Case Administration* - review   3rd amended 2019 statement by Baldwin and Baldwin | 0.10 | TJT |
| | *Case Administration* - review 12th amended 2019 statement by Motley Rice | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review Zurich objection to plan | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review Allstate objection to plan | 0.40 | TJT |
| | *Plan and Disclosure Statement* - review Federal Ins. Co.'s objection to plan | 0.60 | TJT |
| | *Plan and Disclosure Statement* - review BNSF's objection to plan | 0.50 | TJT |
| | *Plan and Disclosure Statement* - review Edwards claimants' objection to plan with attachments | 0.70 | TJT |
| | *Plan and Disclosure Statement* - review Scott's objection to plan with attachments | 0.60 | TJT |
| | *Plan and Disclosure Statement* - review e-mail from counsel for Arrowood re debtors' motion to strike expert report of B. Heinze | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review e-mail from M. Gaytan re plan proponents' final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review General Ins. Co.'s objection to plan | 0.60 | TJT |
| | *Plan and Disclosure Statement* - review plan proponents' motion to shorten notice re motion to strike expert report of B. Heinze | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review Arrowood's objection to plan proponents' motion to shorten notice re motion to strike expert report of B. Heinze | 0.20 | TJT |
| | *Case Administration* - download 5/14/09 hearing transcript | 0.10 | MH |

| | | | |
|---|---|---|---|
| May-22-09 | *Case Administration* - 5/14/09 hearing follow-up | 0.10 | SGW |
| | *Case Administration* - review 3 miscellaneous Certificate's of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - review amended 2019 statement by Litsitz and Ponterio | 0.10 | TJT |
| | *Case Administration* - review case status memo for week ending 5/15/09 | 0.10 | TJT |
| | *Case Administration* - review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - review order remanding Macerich appeal to Bankruptcy Court | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - review order approving Morgan Stanley stipulation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review e-mail from C. Candon re Libby Claimants' production and review documents | 0.40 | TJT |
| | *Plan and Disclosure Statement* - review plan proponents' motion to strike expert report of B. Heinze with attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - review AIU objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review Firemen's Fund's disputed claim classification with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - review MCC's disputed claim classification | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review Longacre's objection to plan with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - review e-mail from K. Love re updated deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review notice of deposition by PI Committee of Dr. Frank | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review order denying plan proponents' motion to shorten notice re motion to strike expert report of G. Heinze | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review GEICO final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review Seaton's final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review OneBeacon's final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review notice of service by Libby Claimants of various rebuttal expert reports | 0.10 | TJT |
| | *Hearings* - review agenda for 6/1/09 hearing | 0.20 | TJT |
| | *Employment Applications, Others* - review Certificate of Counsel re proposed order re modification of retention of PDFCR and review proposed order | 0.20 | TJT |
| | *Case Administration* - Review docket re case status for week ending 5/15/09; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| May-23-09 | *Case Administration* - review 3rd amended 2019 statement by Paul Weiss | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review OneBeacon and Seaton's objection to plan with voluminous attachments | 2.50 | TJT |
| | *Plan and Disclosure Statement* - review notice of deposition of T. Florence by Anderson Memorial Hospital | 0.10 | TJT |
| May-24-09 | *Plan and Disclosure Statement* - review National Union's objection to plan | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review Firemen's Fund nonsurety objection to plan | 0.90 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - review Anderson Memorial Hospital's objection to plan | 0.80 | TJT |
| | *Plan and Disclosure Statement* - review MCC's objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review Anderson Memorial Hospital's motion to allow vote on plan by with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review motion to allow vote on plan by City of Vancouver with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review motion to allow vote on plan by School District 68 with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review joinder by City of Vancouver in Anderson Memorial Hospital's objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review joinder by School District 68 in Anderson Memorial Hospital's objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review amended notice of deposition of D. Martin by Anderson Memorial Hospital | 0.10 | TJT |
| May-25-09 | *Plan and Disclosure Statement* - review GEICO/Republic's objection to plan with voluminous attachments | 1.20 | TJT |
| | *Plan and Disclosure Statement* - review brief of State of Montana in opposition to plan | 0.80 | TJT |
| | *Plan and Disclosure Statement* - review Firemen's Fund's motion to allow claim for voting purposes | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review Firemen's Fund's brief in support of motion to allow claim for voting purposes | 0.90 | TJT |
| | *Plan and Disclosure Statement* - review e-mail from D. Klauder re US trustee objection to plan | 0.10 | TJT |
| | *Hearings* - review 5/14/09 hearing transcript | 0.10 | TJT |
| May-26-09 | *Case Administration* - Review case status memo for week ending 5/15/09 | 0.10 | LLC |
| | *Case Administration* - Review agenda re 6/1/09 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA April 09 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin April 09 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review April 09 fee application for filing | 0.10 | LLC |
| | *Case Administration* - 6/1/09 hearing follow-up | 0.10 | SGW |
| | *Case Administration* - 5/14/09 hearing follow-up (revised transcript) | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights and advise T. Tacconelli re same | 0.10 | SGW |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's April 09 prebill | 1.30 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's prebill and confer with paralegal re same | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review unsecured creditor committee's objection to plan | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock Sealing Co.'s objection to plan | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review US trustee's objection to plan | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review bank lender group's objection to plan | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen Fund (Surety Bond)'s | 0.80 | TJT |

| | | | |
|---|---|---|---|
| | objection to plan with attachments | | |
| | *Plan and Disclosure Statement* - Review Libby Claimants motion to exceed page limit on objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Traveler's notice of filing objection to plan under seal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's objection to plan | 1.00 | TJT |
| | *Case Administration* - download revised 5/14/09 transcripts | 0.10 | MH |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's April Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's April fee application | 0.40 | MH |
| | *Fee Applications, Others* - Download and review HRA's April Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's April fee application | 0.40 | MH |
| | *Fee Applications, Applicant* - edit April prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's April 09 invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's April fee application | 0.40 | MH |
| May-27-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Review PDFCR's April fee application | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re Macerich claim settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re Libby Claimants' motion to amend plan CMO, etc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re protective order for Libby Claimants medical information | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review modified order re Libby Claimants' motion to exceed page limitation for objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of M. Peterson by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review numerous e-mails re rescheduling of Whitehouse deposition and related issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of motion by Anderson Memorial Hospital re its motion to allow claim for voting purposes | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review LMI's objection to plan | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review AXA Belgium's objection to plan | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of motion by City of Vancouver re its motion to allow claims for voting purposes | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's objection to plan | 0.50 | TJT |
| | *Plan and Disclosure Statement* - review e-mail from M. Hurford re deposition of Dr. Frank information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re phase I | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | pre-trial conference to be continued | | |
| | *Plan and Disclosure Statement* - Review order rescheduling phase I pre-trial conference | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena re order continuing phase I pre-trial conference | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' objection to plan | 2.20 | TJT |
| | *Hearings* - Review errata sheet for 5/14/09 hearing transcript | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 6/1/09 omnibus hearing being continued | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.00 | HZ |
| May-28-09 | *Case Administration* - Review notices of withdrawal of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights (.1) obtain and forward relevant documents re same to T. Tacconelli for review (.2); confer with same re same | 0.40 | SGW |
| | *Case Administration* - Review notice of withdrawal by L. Sinayan | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of B. Spiegel | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Memo to law clerk re status memos | 0.10 | TJT |
| | *Case Administration* - Review order authorizing ERISA settlement | 0.10 | TJT |
| | *Case Administration* - Review order authorizing SLL settlement with IRS | 0.10 | TJT |
| | *Case Administration* - Review notice of docketing Anderson Memorial Hospital appeal 09-35 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail by J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing Libby Claimants' objection to plan | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review notice of motion by School District 68 re its motion to allow claim for voting purposes | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review modified order re motion to strike Whitehouse expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re research re transfer of insurance policies to PI trust | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review corrected notice of deposition of T. Florence by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review objection to plan by St. Paul | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood phase II objection to plan | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review Frank/Whitehouse rebuttal report to Parker expert report for 4/6/09 | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Frank/Whitehouse rebuttal report to Friedman expert report for 4/6/09 | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Frank/Whitehouse rebuttal report to Weill expert report for 4/6/09 | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Frank/Whitehouse rebuttal report to Ory expert report for 4/6/09 | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Frank/Whitehouse rebuttal report to Welsh expert report for 3/09 | 0.80 | TJT |
| | *Hearings* - Review amended agenda for 6/1/09 hearing | 0.10 | TJT |
| May-29-09 | *Plan and Disclosure Statement* - Follow-up discussion with T. Tacconelli re research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review 2019 statement by Cascino Vaughn | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of appeal by UCC re order sustaining debtors' objection to BLG default rate interest claim | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review exhibits to Arrowood phase II objection to plan | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Arrowood in certain insurers' objections to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of continuation of deposition of debtors' by Libby Claimants with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Research re insurance transfer to PI trust | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of T. Florence by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion to shorten notice re plan proponents' motion to strike Priest and Shein expert reports | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's objection to debtors' motion to shorten notice re plan proponents' motion to strike Priest and Shein expert reports | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Moolgaard expert report submitted by Libby Claimants | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review Frank/Whitehouse rebuttal report to Henry expert report for 4/6/09 | 0.60 | TJT |
| | *Employment Applications, Others* - Review amended order re retention of PDFCR | 0.10 | TJT |
| | *Employment Applications, Others* - Review modified order re continued retention of D&T | 0.10 | TJT |
| May-30-09 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of appeal by BLG re order sustaining debtors' objection to BLG default rate interest claim with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of S. Mathis by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review   notice of deposition of J. Hughes by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of M. Shelnitz by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re Libby Claimants' standing to assert wrongful death claims with attached stipulation and proposed order | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Frank/Whitehouse rebuttal report to G. Stockman expert report for 4/6/09 | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Frank/Whitehouse rebuttal report to J. Parker expert report for 7/29/07 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Frank sur rebuttal and | 0.10 | TJT |

**Invoice No. 31464**                              **Page 21 of 21**                              **June 30, 2009**

|  |  |  |  |
|---|---|---|---|
| | supplemental expert report | | |
| | *Plan and Disclosure Statement* - Review Whitehouse sur rebuttal and supplemental expert report | 1.20 | TJT |
| May-31-09 | *Case Administration* - Review debtors' motion for authority to make pension contributions 09-10 with attachments | 0.40 | TJT |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing Whitehouse sur rebuttal and supplemental expert report | 0.70 | TJT |
| | *Employment Applications, Others* - Review debtors' motion to retain Venable with attachment | 0.50 | TJT |
| | Totals | 131.50 | |

### DISBURSEMENTS

| | | |
|---|---|---|
| May-20-09 | Photocopy Cost | 13.50 |
| May-26-09 | Photocopy Cost | 16.10 |
| | Photocopy Cost | 2.60 |
| | Photocopy Cost | 2.20 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 2.10 |
| | Photocopy Cost | 2.20 |
| | Photocopy Cost | 2.00 |
| May-27-09 | Cost Advance - Blue Marble - hand deliveries (Inv # 11664) | 176.00 |
| May-28-09 | Photocopy Cost | 4.70 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 2.20 |
| | Photocopy Cost | 4.70 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 2.20 |
| May-29-09 | Cost Advance - J&J Court Transcribers | 756.60 |
| | Cost Advance -   Blue Marble - copies 322.30; service 412.60 (Inv 33602) | 734.90 |
| | Cost Advance - court call | 25.00 |
| | Totals | $1,755.50 |
| | **Total Fees & Disbursements** | **$36,851.00** |
| | **Balance Due Now** | **$36,851.00** |