**CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on June 30, 2009, he caused a copy of the foregoing *Notice of Service Regarding Arrowood's Requests for Production of Documents to Lewis, Slovak & Kovacich, P.C.* to be served on the following in the manner indicated:

**Via Hand Delivery**
Keri Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899

**via First Class Mail**
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

Lewis, Slovak & Kovacich, P.C.
Attn: Managing Director
725 Third Avenue North
Great Falls, MT 59401

/s/ Garvan F. McDaniel
Garvan F. McDaniel