# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., | ) | Case No. 01-1139 (JKF) |
| et al.,[1] | ) | |
| | ) | Jointly-Administered |
| Debtors. | ) | |

## NOTICE OF SERVICE OF ARROWOOD'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO MCGARVEY, HEBERLING, SULLIVAN & MCGARVEY P.C.

The undersigned counsel to Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") hereby certifies that on June 30, 2009, *Arrowood's Requests for Production of Documents to McGarvey, Heberling, Sullivan & McGarvey, P.C.* were served upon the following in the manner indicated:

**Via Hand Delivery**
Keri Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899

---

[1] The Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co: Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (a/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G 11 Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation; Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**via First Class Mail**
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

Law Offices of McGarvey, Heberling,
Sullivan & McGarvey, P.C.
Attn: Managing Director
745 South Main
Kalispell, Montana 59901-5399

Dated: Wilmington, Delaware
June 30, 2009

/s/ Garvan F. McDaniel
Garvan F. McDaniel (#4167)
800 King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900

-and-

Tancred V. Schiavoni (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036

-and-

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Carl J. Pernicone (*pro hac vice*)
150 East 42nd Street
New York, NY 10017-5639

*Attorneys for Arrowood Indemnity Company
f/k/a Royal Indemnity Company*