IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket No. 22279** |

**NOTICE OF FILING EXHIBITS A THROUGH D TO AFFIDAVIT OF CHARLES O. FREEDGOOD OF JP MORGAN CHASE BANK, N.A. IN ITS CAPACITY AS ADMINISTRATIVE AGENT UNDER THE PRE-PETITION BANK CREDIT FACILITIES, IN SUPPORT OF THE CLAIMS ASSERTED UNDER THE DEBTORS' <u>CREDIT AGREEMENTS DATED AS OF MAY 14, 1998 AND MAY 5, 1999</u>**

**PLEASE TAKE NOTICE** that on June 26, 2009, the above-captioned debtors

and debtors in possession (collectively, the "Debtors") filed the *Notice of Submission of Affidavit*

*of Charles O. Freedgood of JP Morgan Chase Bank, N.A., in its Capacity as Administrative*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Agent Under the Pre-Petition Bank Credit Facilities, in Support of the Claims Asserted Under*

*the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 and Declaration of*

*Mark A. Shelnitz* (Docket No. 22279) (the "Notice").

**PLEASE TAKE FURTHER NOTICE** that the *Affidavit of Charles O.*

*Freedgood of JP Morgan Chase Bank, N.A., in its Capacity as Administrative Agent Under the*

*Pre-Petition Bank Credit Facilities, in Support of the Claims Asserted Under the Debtors' Credit*

*Agreements Dated as of May 14, 1998 and May 5, 1999* (the "Affidavit") was attached to the

Notice as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that Exhibits A through D to the

Affidavit were inadvertently omitted from the June 26, 2009 filing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby lodge the

attached Exhibits A through D referenced in the Affidavit.

Dated: June *30*, 2009

KIRKLAND & ELLIS LLP
Theodore L. Freedman
David M. Bernick, P.C.
Citigroup Center
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer, P. C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in
Possession