## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Re Docket No. 21993 |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 21993

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Eighty-Seventh Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2009 through April 30, 2009** (the "Application") [Docket No. 21993] filed on June 5, 2009.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Eighty-Seventh Monthly Fee Application, objections to the Application were to be filed and served no later than June 25, 2009 at 4:00 p.m.

Dated: July 1, 2009  
      Wilmington, Delaware

*/s/ Michael R. Lastowski*  
Michael R. Lastowski (DE 3892)  
Richard W. Riley (DE 4052)  
DUANE MORRIS LLP  
1100 N. Market Street, Suite 1200  
Wilmington, DE 19801-1246  
Telephone: (302)-657-4942  
Facsimile: (302)-657-4901  
Email: mlastowski@duanemorris.com  
        rwriley@duanemorris.com

*Co-Counsel for the Official*  
*Committee of Unsecured Creditors*

DM3\1047007.1