# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**MAY 1, 2009 - MAY 31, 2009**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 1.2 | $      810.00 |
| 0014 | Case Administration | 65.8 | 13,428.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 15.2 | 13,514.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 34.8 | 24,639.00 |
| 0018 | Fee Application, Applicant | 32.8 | 14,976.50 |
| 0019 | Creditor Inquiries | 8.5 | 7,042.50 |
| 0020 | Fee Application, Others | 6.5 | 2,407.50 |
| 0021 | Employee Benefits, Pension | 6.2 | 4,185.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.2 | 135.00 |
| 0032 | Litigation (Non-Bankruptcy/General) | 4.0 | 3,161.00 |
| 0035 | Travel - Non Working | 4.6 | 3,105.00 |
| 0036 | Plan and Disclosure Statement | 214.0 | 136,592.00 |
| 0037 | Hearings | 5.8 | 4,235.00 |
| 0040 | Employment Applications - Others | 0.4 | 270.00 |
| 0047 | Tax Issues | 1.4 | 1,041.00 |
|  |  |  |  |
|  | **Sub Total** | **401.4** | **$ 229,541.50** |
|  | **Less 50% Travel** | **(2.3)** | **(1,552.50)** |
|  | **Total** | **399.1** | **$ 227,989.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | June 16, 2009 |
| INVOICE NO. | 477131 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through May 31, 2009, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2009 | Office conference T. Freedman re status of financial information for Capstone (.1); exchanged memoranda with Capstone re same (.2). | Krieger, A. | 0.3 |
| 05/12/2009 | Telephone call R. Fezza, J. Dolan re conference call with Debtors' representatives to discuss first quarter 2009 results and 2009 outlook. | Krieger, A. | 0.1 |
| 05/20/2009 | Exchanged memoranda with J. Dolan re financial information and conference call to discuss. | Krieger, A. | 0.2 |
| 05/28/2009 | T/c(s) R. Frezza, J. Dolan re conference call with Debtors' representatives regarding operations. | Krieger, A. | 0.5 |
| 05/29/2009 | Attend to article re Grace's operations. | Krieger, A. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.2 | $ 675 | $ 810.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 810.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 810.00 |
|---|---|

# STROOCK

| RE | Case Administration 699843 0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.2 |
| 05/01/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.4 |
| 05/04/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.1); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.8 |
| 05/05/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.0 |
| 05/05/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.3); research case docket and retrieve certain pleadings for attorney review (.5). | Mohamed, D. | 2.1 |
| 05/06/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.6 |
| 05/07/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8). | Mohamed, D. | 1.1 |
| 05/08/2009 | Reviewed Legal Docket to update status (1.1); t/c court call to arrange for AK to attend hearing on 5/14 telephonically (.3). | Holzberg, E. | 1.4 |
| 05/08/2009 | Memorandum to EH re: CourtCall arrangements for 5/14/09 hearing. | Krieger, A. | 0.1 |
| 05/08/2009 | Review and update case docket no. 01-1139 | Mohamed, D. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.3); obtain and circulate recently docketed pleadings in main case (1.0); research re objection to confirmation (.6); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | | |
| 05/11/2009 | Reviewed Legal docket to update status (1.2); t/c to Court Call to arrange for L. Kruger to attend hearing telephonically on 5/14 (.3). | Holzberg, E. | 1.5 |
| 05/11/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.6); review case file documents (.9); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); prepare documents for attorney review (.5). | Mohamed, D. | 3.8 |
| 05/12/2009 | Office conference and memoranda to DM re service list for plan objection and witness disclosure. | Krieger, A. | 0.2 |
| 05/12/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); research, obtain and print certain deposition notices for attorney review (1.5). | Mohamed, D. | 2.7 |
| 05/13/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently dockted pleadings in main case (.7); prepare documents for attorney review (.4); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.8 |
| 05/14/2009 | Office conferences D. Mohamed re service list for Final Witness Disclosure. | Krieger, A. | 0.3 |
| 05/14/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.6); revise service list re service of final witness disclosure (1.4); retrieval of certain documents for attorney review (.6). | Mohamed, D. | 2.9 |
| 05/15/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.4 |
| 05/15/2009 | Review and update case docket no. 01-1139 | Mohamed, D. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | (.4); obtain and circulate recently docketed pleadings in main case (1.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). |  |  |
| 05/18/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.4 |
| 05/18/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.1); research docket and retrieve certain pleadings for attorney review (.7); review court of appeals case no. 08-2069 (.2); review adv. pro. case no. 01-771 (.2). | Mohamed, D. | 2.5 |
| 05/19/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.2); update email service list (.3). | Mohamed, D. | 1.8 |
| 05/20/2009 | Multiple memoranda to D. Mohamed re plan objections and revised e-mail service list. | Krieger, A. | 0.5 |
| 05/20/2009 | Review and update case docket no. 01-1139 (.5); obtain and circulate recently docketed pleadings in main case (2.4); retrieve certain documents for attorney review (.7); obtain and print objections to confirmation of plan in preparation for binder (2.1); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 6.1 |
| 05/21/2009 | Review and update case docket no. 01-1139 (.5); obtain and circulate recently docketed pleadings in main case (3.7); research and prepare schedule of professionals fees and expenses (2.8); obtain documents for attorney review (.6). | Mohamed, D. | 7.6 |
| 05/22/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.7); retrieve certain pleadings for attorney review (.6); research case docket and prepare list of all docket entries for 5/09 pertaining to plan confirmation (.4); review case file documents (1.0); review adv. pro. case no. 01-771 (.2); review court of | Mohamed, D. | 3.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | appeals case no. 08-2069 (.2). | | |
| 05/26/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.5); retrieve certain documents for attorney review (.4); prepare table of contents and binder pertaining to objections to plan confirmation (2.3). | Mohamed, D. | 5.5 |
| 05/27/2009 | Office conference DM re CNO on March 2009 fee statement (.1); attend to memoranda rescheduling 6/1/09 hearing including Phase I pre-trial conference (.1). | Krieger, A. | 0.2 |
| 05/27/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); prepare documents for attorney review (.6); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.2 |
| 05/28/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.5). | Mohamed, D. | 1.8 |
| 05/29/2009 | Reviewed Legal Docket to update status 1.6); distributed memo to parties in interest (.4). | Holzberg, E. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 9.9 | $ 275 | $ 2,722.50 |
| Krieger, Arlene G. | 1.3 | 675 | 877.50 |
| Mohamed, David | 54.6 | 180 | 9,828.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,428.00 | |
|------------------------------------------|-------------|--|
| TOTAL FOR THIS MATTER | $ 13,428.00 | |

# STROOCK

| | | | |
|---|---|---|---|
| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/07/2009 | Attend to 21st claim settlement notice re AII Acquisition Corp. and memorandum to J. Baer re same (.3); attend to Debtors' objection to Maryland Casualty's claims (.8). | Krieger, A. | 1.1 |
| 05/08/2009 | O/c with KP and t/c Andy Rosenberg re Libby and re bank debt holder meeting with debtor. | Kruger, L. | 0.2 |
| 05/11/2009 | T/c Rosenberg re PPI issues. | Kruger, L. | 0.2 |
| 05/11/2009 | Telephone conferences lenders A. Rosenberg default interest litigation issues. | Pasquale, K. | 0.3 |
| 05/19/2009 | Attention to court's decision on PPI claim objection and telephone calls, e-mails re same. | Pasquale, K. | 2.5 |
| 05/20/2009 | Review Bankruptcy Court Order re post-petition interest for bank debt. | Kruger, L. | 1.4 |
| 05/20/2009 | Attention to court's PPI decision (strategic issues). | Pasquale, K. | 1.0 |
| 05/21/2009 | Consider issues in PPI decision. | Kruger, L. | 0.4 |
| 05/21/2009 | Telephone call A. Rosenberg re PPI decision (.3); attention to decision and strategies re same (.8). | Pasquale, K. | 1.1 |
| 05/22/2009 | Review issue re confirmation and impact of PPI decision. | Kruger, L. | 1.3 |
| 05/22/2009 | Attention to PPI decision and confer re same. | Pasquale, K. | 1.5 |
| 05/26/2009 | O/c with KP and AK re strategy re PPI decision (.6); o/c with KP and AK and t/c Andy Rosenberg re PPI issues, appeal and strategy (.5); review possible restart of estimation (.3); o/c KP re: notice of appeal and motion (.2). | Kruger, L. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/26/2009 | Attention to notice of appeal, issues and timing re PPI order. | Pasquale, K. | 1.0 |
| 05/27/2009 | Review issues for appeal from PPI Order (.3). | Kruger, L. | 0.3 |
| 05/28/2009 | Review drafts of motion to court to modify CMO re joint POR (.6); review revised pleading re postponement of Phase I (.3); o/c with AK re Committee appeal of PPI decision (.4). | Kruger, L. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.1 | $ 675 | $ 742.50 |
| Kruger, Lewis | 6.7 | 995 | 6,666.50 |
| Pasquale, Kenneth | 7.4 | 825 | 6,105.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,514.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 13,514.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/05/2009 | Office conference D. Harris re plan objections, Committee memorandum re Libby criminal trial and deposition. | Krieger, A. | 0.5 |
| 05/07/2009 | Prepare memorandum for the Committee re Settlement of AII Acquisition Corp's claims. | Krieger, A. | 0.5 |
| 05/08/2009 | Attend to Libby criminal trial verdicts and memoranda to the Committee regarding same. | Krieger, A. | 0.8 |
| 05/14/2009 | Memorandum to the Committee re 5/14/09 hearing (.2); memorandum to the Committee re Plan Supplement (.6); memorandum to the Committee re PRP settlement (.2). | Krieger, A. | 1.0 |
| 05/14/2009 | O/c with AK re Court hearing and Class 9 comment by Court (.2); review draft e-mail to Committee re court hearing (.2); review e-mail to Committee re settlement of claim (.1). | Kruger, L. | 0.5 |
| 05/18/2009 | Attend to amended plan supplement and memo to the Committee re same. | Krieger, A. | 0.4 |
| 05/19/2009 | Memorandum to Committee re plan objection and Court's memorandum opinion re bank claims interest litigation (.4); memoranda to M. Lastowski, R. Riley re plan objection and Court's opinion (.2). | Krieger, A. | 0.6 |
| 05/20/2009 | Telephone calls members of the Committee re Plan objection (.9); telephone calls and memoranda LK, KP re plan objection (.8). | Krieger, A. | 1.7 |
| 05/20/2009 | Review Committee's objection to POR. | Kruger, L. | 0.2 |
| 05/21/2009 | Exchanged memoranda with KP, DH re appellate issues (.3);  office conference DH and DM re chapter 11 professional fees and other | Krieger, A. | 6.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | information (.4); attend to preparation of memorandum re appellate issues (2.9); telephone call R. Frezza re post-petition interest, other information (.6); further office conferences DH re appellate information (.4); and follow up memoranda re same (1.1); office conference DM re preparation of fee analysis (.2); further memoranda to R. Frezza, J. Dolan re information request (.1). | | |
| 05/22/2009 | Exchanged multiple memoranda with J. Dolan re information request (.4); attend to DM schedule on fees (.2); attend to materials from Capstone and revise schedule (3.1); memorandum to KP re Court's scheduling orders (.5); telephone call J. Dolan re same (.6); exchanged memoranda with DH re appellate issues (.3). | Krieger, A. | 5.1 |
| 05/26/2009 | Attend to draft motion re amending confirmation CMO (.2); office conferences LK and memorandum with KP re conference call with the Committee re discuss Judge Fitzgerald's opinion (.3); memorandum to C. Freedgood re same (.1); attend to memoranda to the Committee re 5/28/09 conference call (.4); attend to notice of appeal (.1) and relevant requirements (.4). | Krieger, A. | 1.5 |
| 05/27/2009 | Attend to revised draft motion to amend 3rd Amended CMO. | Krieger, A. | 0.8 |
| 05/27/2009 | Review status and strategy issues for call with Committee. | Kruger, L. | 0.3 |
| 05/27/2009 | Prep for 5/28 committee conference call. | Pasquale, K. | 0.4 |
| 05/28/2009 | O/c KP re Committee's discovery requests, motion to amend CMO, other related issues (.3); conference call Committee re plan-related issues (1.0); attend to DH memo re appellate issues (.1); t/c P. Hulbert re Committee appeal of Court's order (.3); o/c LK re same and documents (0.2); attend to draft motion to amend CMO and o/c KP re same (.9); attend to emails re motion (.2). | Krieger, A. | 3.0 |
| 05/28/2009 | O/c with KP, AK; t/c with Committee re Judge | Kruger, L. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | Fitzgerald PPI decision and legal response and strategy (1.0); t/c Mark Chehi re status (.2). | | |
| 05/28/2009 | Preparation for and conference call with Committee re plan and PPI issues (1.2); telephone call with W. Katchen re same  (.3). | Pasquale, K. | 1.5 |
| 05/29/2009 | Exchange memoranda with A. Maholchic and attend to Notice of Appeal (1.5); attend to Committee's request for the production of documents regarding feasibility issues (1.6); office conference KP re preparation of motion for leave from Court's scheduling order (.2); attend to preparation of motion for leave from Court's scheduling order re hearing on motion to amend and related order (1.8). | Krieger, A. | 5.1 |
| 05/29/2009 | Review revised draft motion re impairment issue (.2); review Committee request for documents re feasibility (.3). | Kruger, L. | 0.5 |
| 05/30/2009 | Prepare motion for leave from scheduling order and related order. | Krieger, A. | 2.1 |
| 05/31/2009 | Finalize motion for leave from scheduling order and related order. | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 30.2 | $ 675 | $ 20,385.00 |
| Kruger, Lewis | 2.7 | 995 | 2,686.50 |
| Pasquale, Kenneth | 1.9 | 825 | 1,567.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,639.00 |
|---|---|
| TOTAL FOR THIS MATTER | $ 24,639.00 |

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Applicant<br>699843  0018 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/05/2009 | Worked on 32nd Quarterly Fee Application. | Holzberg, E. | 2.4 |
| 05/08/2009 | Worked on 97th Monthly Fee Application for April (1.9); worked on 32nd Quarterly Application (.8). | Holzberg, E. | 2.7 |
| 05/11/2009 | Worked on 32nd Quarterly Application. | Holzberg, E. | 0.8 |
| 05/12/2009 | Worked on 32nd Quarterly Fee Application. | Holzberg, E. | 0.6 |
| 05/14/2009 | Attend to April 2009 fee statement. | Krieger, A. | 0.6 |
| 05/15/2009 | Worked on 32nd Quarterly Fee Application. | Holzberg, E. | 1.8 |
| 05/18/2009 | Worked on 32nd Quarterly Fee Application (1.0); worked on 97th Monthly Fee Application for April, 2009 (.9). | Holzberg, E. | 1.9 |
| 05/18/2009 | O/c E. Holzberg re preparation of the 32nd quarterly application (.1); attend to April 2009 fee statement (1.0). | Krieger, A. | 1.1 |
| 05/19/2009 | Worked on 97th Monthly Fee Application. | Holzberg, E. | 2.2 |
| 05/19/2009 | Attend to 32nd quarterly fee application. | Krieger, A. | 1.3 |
| 05/20/2009 | Attend to SSL's 32nd Quarterly Fee Application. | Krieger, A. | 2.7 |
| 05/21/2009 | Attend to April 2009 fee statement. | Krieger, A. | 0.9 |
| 05/22/2009 | Attend to 32nd Quarterly Fee Application. | Krieger, A. | 1.9 |
| 05/24/2009 | Attend to Quarterly Fee Application. | Krieger, A. | 2.0 |
| 05/25/2009 | Attend to Quarterly Fee Application. | Krieger, A. | 1.3 |
| 05/26/2009 | Worked on 97th Monthly Fee Application for | Holzberg, E. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | the month of April, 2009. | | |
| 05/26/2009 | Attend to 32nd quarterly. | Krieger, A. | 0.7 |
| 05/28/2009 | Attend to 32nd quarterly application. | Krieger, A. | 2.7 |
| 05/28/2009 | Review Stroock's ninety-seventh monthly fee statement in preparation for filing (.7); prepare certificate of service re same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 05/29/2009 | Worked  on 32nd Quarterly Fee Application (.7); reviewed and had filed the 97th Monthly Application and e-mailed and served to interested parties (1.7). | Holzberg, E. | 2.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 16.3 | $ 275 | $ 4,482.50 |
| Krieger, Arlene G. | 15.2 | 675 | 10,260.00 |
| Mohamed, David | 1.3 | 180 | 234.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,976.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 14,976.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Creditor Inquiries 699843  0019 | |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/08/2009 | T/cs with bank debt holders re Libby decision status of Chapter 11 and time frame. | Kruger, L. | 0.9 |
| 05/08/2009 | Telephone conferences with various creditors re Libby criminal verdict and ramifications. | Pasquale, K. | 0.8 |
| 05/11/2009 | Telephone conference creditor re case status. | Pasquale, K. | 0.3 |
| 05/13/2009 | Office conference KP re creditors' claim treatment inquiry. | Krieger, A. | 0.2 |
| 05/13/2009 | Telephone conference trade creditor re plan treatment. | Pasquale, K. | 0.3 |
| 05/15/2009 | Telephone call creditor re ballot issues. | Pasquale, K. | 0.3 |
| 05/18/2009 | Memoranda and o/cs with KP re creditor inquiry on plan classification and materials. | Krieger, A. | 1.3 |
| 05/18/2009 | T/c bank debt holder re: status and negotiations. | Kruger, L. | 0.2 |
| 05/18/2009 | Telephone conferences and e-mails with Longacre, counsel re plan objection and classification issues. | Pasquale, K. | 1.0 |
| 05/19/2009 | Telephone call creditor re plan objection issue. | Pasquale, K. | 0.3 |
| 05/20/2009 | Telephone calls certain lenders re court's 5/19 PPI decision. | Pasquale, K. | 1.3 |
| 05/26/2009 | T/c's with Creditors re PPI decision. | Kruger, L. | 0.4 |
| 05/26/2009 | Telephone calls bank creditors re PPI decision. | Pasquale, K. | 0.8 |
| 05/27/2009 | Telephone calls creditors re PPI issues. | Pasquale, K. | 0.4 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.5 | $ 675 | $ 1,012.50 |
| Kruger, Lewis | 1.5 | 995 | 1,492.50 |
| Pasquale, Kenneth | 5.5 | 825 | 4,537.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,042.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,042.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others<br>699843  0020 |
|----|------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/11/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 05/12/2009 | Attend to fee application of other professionals. | Krieger, A. | 0.3 |
| 05/13/2009 | Review Capstone's 62nd monthly fee statement in preparation for filing (.7); prepare notice and certificate of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.9 |
| 05/15/2009 | Review Capstone's twenty-first quarterly fee application in preparation for filing (.8); prepare notice and certificate of service re same and forward to local counsel for filing (.6). | Mohamed, D. | 1.4 |
| 05/18/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.7 |
| 05/18/2009 | Prepare and effectuate service re Capstone's twenty-first quarterly fee application. | Mohamed, D. | 0.7 |
| 05/26/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 05/27/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 05/29/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.5 | $ 675 | $ 1,687.50 |
| Mohamed, David | 4.0 | 180 | 720.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,407.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,407.50 |
|-----------------------|------------|

# STROOCK

| | | |
|---|---|---|
| RE | Employee Benefits, Pension<br>699843  0021 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/05/2009 | Review class exemption and IRS notice re settlement of claims by a plan against the plan fiduciaries/plan sponsor and allocation of amounts reviewed and review of settlement of class claims of 401K plan participants. | Keppler, A. | 2.1 |
| 05/05/2009 | Exchanged memoranda with A. Keppler re ERISA settlement. | Krieger, A. | 0.2 |
| 05/06/2009 | O/c with A. Krieger re settlement of claims by 401K plan participants (.4); related review of settlement documents (.2). | Keppler, A. | 0.6 |
| 05/06/2009 | Office conference A. Keppler re ERISA settlement. | Krieger, A. | 0.4 |
| 05/07/2009 | Exchanged memoranda with J. Dolan re ERISA settlement and attend to request for additional information (.5); memoranda to J. Dolan re ERISA settlement (.3). | Krieger, A. | 0.8 |
| 05/08/2009 | T/c M. Hurford re: proposed ERISA settlement. | Krieger, A. | 0.1 |
| 05/11/2009 | Exchanged memoranda with J. Dolan re receipt of information on the ERISA settlement. | Krieger, A. | 0.2 |
| 05/12/2009 | Attend to Capstone memorandum re proposed ERISA Settlement. | Krieger, A. | 0.8 |
| 05/13/2009 | Office conference J. Dolan re memorandum discussing the ERISA settlement. | Krieger, A. | 0.4 |
| 05/22/2009 | Memorandum to J. Dolan re  pension funding motion. | Krieger, A. | 0.1 |
| 05/26/2009 | Memorandum to J. Dolan re Debtors' pension motion. | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/31/2009 | Attend to motion re contributions to pension plan. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Keppler, Abbey L. | 2.7 | $ 675 | $ 1,822.50 |
| Krieger, Arlene G. | 3.5 | 675 | 2,362.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,185.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,185.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/08/2009 | Memorandum to J. Baer re AII Acquisition Corp. stipulation inquiry. | Krieger, A. | 0.1 |
| 05/21/2009 | Attend to J. Baer memo re AII Acquisition settlement information. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 675 | $ 135.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 135.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 135.00 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 77.43 |
| Meals | 10.00 |
| Local Transportation | 20.00 |
| Long Distance Telephone | 137.38 |
| Duplicating Costs-in House | 193.20 |
| Court Reporting Services | 6064.10 |
| Travel Expenses - Transportation | 386.45 |
| Travel Expenses - Lodging | 296.56 |
| Travel Expenses - Meals | 62.39 |
| Westlaw | 2181.28 |

| TOTAL DISBURSEMENTS/CHARGES | $ 9,428.79 |
|-----------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 9,428.79 |
|-----------------------|-----------|

# STROOCK

| RE | Litigation (Non-Bankruptcy/General) 699843  0032 |
|----|---------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/05/2009 | Attend to Libby criminal trial articles. | Krieger, A. | 1.3 |
| 05/05/2009 | Review Libby articles. | Kruger, L. | 0.8 |
| 05/06/2009 | Attend to articles re Libby criminal trial. | Krieger, A. | 0.8 |
| 05/06/2009 | Review Libby articles. | Kruger, L. | 0.3 |
| 05/06/2009 | Review press reports of criminal trial. | Pasquale, K. | 0.3 |
| 05/08/2009 | Attend to Grace's press release re: Libby trial verdicts. | Krieger, A. | 0.1 |
| 05/08/2009 | Review Libby jury decision. | Kruger, L. | 0.2 |
| 05/20/2009 | Exchanged memoranda with J. Baer re Libby trial inquiry. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.4 | $ 675 | $ 1,620.00 |
| Kruger, Lewis | 1.3 | 995 | 1,293.50 |
| Pasquale, Kenneth | 0.3 | 825 | 247.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,161.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,161.00 |
|-----------------------|------------|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2009 | Travel from Washington, D.C. to New York following P. Lockwood deposition. | Krieger, A. | 4.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.6 | $ 675 | $ 3,105.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,105.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,105.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/01/2009 | Continuing to draft plan objections | Harris, D. | 1.1 |
| 05/01/2009 | Attend Peter Lockwood deposition. | Krieger, A. | 10.4 |
| 05/01/2009 | T/c's AK re Lockwood deposition. | Kruger, L. | 0.3 |
| 05/02/2009 | Memorandum to LK, KP re Lockwood deposition. | Krieger, A. | 0.5 |
| 05/03/2009 | Continuing to draft plan objections to debtors' first amended plan of reorganization. | Harris, D. | 1.6 |
| 05/03/2009 | Attend to recently filed deposition notices, revised deposition schedule and orders granting expedited consideration of Libby claimants' motion to amend plan CMO and motion to strike Dr. Whitehouse report (.6); attend to Debtors' motion for a protective order and for related relief (.5); attend to transcript of Lockwood deposition in connection with preparing memorandum thereon  (1.6). | Krieger, A. | 2.7 |
| 05/04/2009 | Continuing to draft committee objections to plan of reorganization | Harris, D. | 1.1 |
| 05/04/2009 | Attend to 5/1/09 transcript of Lockwood deposition for memorandum (1.1); attend continued deposition of P. Lockwood (4.4); attend meet and confer (.5); memorandum to LK, KP re: meet and confer (.6); attend to newly filed deposition notices, discovery responses and objections, Arrowood's motion for judicial notice re: Whitehouse expert report and joinders for protective order (2.3); memorandum to T. Freedman re: status of Capstone receiving financial information (.1); o/c D. Harris re: plan objection (.3). | Krieger, A. | 9.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/05/2009 | Office conference and memorandum LK re deposition schedule (.2); attend to Priest expert report (1.2); attend to deposition witness, other discovery materials (.6); attend to Lockwood deposition and memorandum thereon (2.8); attend to T. Friedman correspondence re financial material for Capstone (.1); memorandum to Capstone re same (.1). | Krieger, A. | 5.0 |
| 05/05/2009 | Review draft memo re Lockwood deposition (.6); o/c with A. Krieger re deposition schedule (.2). | Kruger, L. | 0.8 |
| 05/06/2009 | Review news article in preparation for drafting memo to committee re: Libby Trial. | Harris, D. | 0.3 |
| 05/06/2009 | Attend (telephonically) J. Posner deposition (7.8); attend to response to T. Freedman re financial information for Capstone (.3); attend to newly received deposition notices (.3). | Krieger, A. | 8.4 |
| 05/06/2009 | Review Freedman e-mail re financial info for Capstone (.2); review Lockwood deposition transcript (1.4). | Kruger, L. | 1.6 |
| 05/06/2009 | Attend to e-mails re discovery status and requests. | Pasquale, K. | 0.4 |
| 05/07/2009 | Continue drafting committee objections to plan of reorganization. | Harris, D. | 0.5 |
| 05/07/2009 | Memorandum to KP: re depositions and 5/14/09 discovery hearing in Pittsburgh (.3); attend G. Priest deposition (5.8); office conference DH re plan objection and deposition (.2). | Krieger, A. | 6.3 |
| 05/07/2009 | O/c with AK re Priest Opposition. | Kruger, L. | 0.2 |
| 05/08/2009 | Attend to preparation of Committee's plan objection (4.9); o/c KP re: scheduling for Phase I hearings (.1); attend to Committee's Final Witness Disclosure (Phase I) (.1). | Krieger, A. | 5.1 |
| 05/08/2009 | Continue review of Lockwood deposition. | Kruger, L. | 1.1 |
| 05/09/2009 | Prepare Committee's objection to confirmation. | Krieger, A. | 4.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/10/2009 | Prepare Committee's objection to Plan confirmation. | Krieger, A. | 6.2 |
| 05/11/2009 | Research for and assist in drafting plan confirmation objections. | Harris, D. | 2.1 |
| 05/11/2009 | Attend to plan objection (8.4); office conference D. Harris re brief point and Shein and Austern depositions (.3); exchanged memoranda with J. Dolan re conference call with Blackstone to discuss first quarter 2009 results (.2); attend to deposition notices, schedule (.3); office conference LK re Finke, Austern depositions and 5/14/09 hearing (.2). | Krieger, A. | 9.4 |
| 05/11/2009 | O/c with AK re Finke, Austern depositions and review 5/14 hearing agenda (.2); review deposition notices (.1). | Kruger, L. | 0.3 |
| 05/12/2009 | Drafting of rider on postpetition interest issues and continue to draft and research plan objections. | Harris, D. | 3.8 |
| 05/12/2009 | Attend to Committee's objection to the plan (6.9); memorandum to D. Harris re J. Shein expert report (.1); memorandum to D. Mohamed re deposition notices for Shein, Austern deposition (.3); office conference D. Harris re plan objection brief points (.1); conference R. Frezza, J. Dolan re plan objection  (.4); attend to numerous deposition notices and related memoranda (.8). | Krieger, A. | 8.6 |
| 05/12/2009 | Review draft objections to Plan (.8); review various deposition notices (.4). | Kruger, L. | 1.2 |
| 05/13/2009 | Reading expert report in preparation for deposition of James Shein (1.5); meeting with A. Krieger re upcoming depositions (.4). | Harris, D. | 1.9 |
| 05/13/2009 | Attend to 30(b)(6) deposition of R. Finke (8.1); attend to plan objections (2.9); office conference D. Harris re Shein and Austern depositions (.4). | Krieger, A. | 11.4 |
| 05/13/2009 | Listen to Finke deposition. | Kruger, L. | 4.5 |
| 05/14/2009 | Prepare for and participate in deposition of | Harris, D. | 7.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | James Shein. | | |
| 05/14/2009 | Exchanged memoranda with M. Lastowski, R. Riley re Committee's Final Witness List for filing and service (.4); attend to memorandum re 5/14/09 hearing (1.0); office conference D. Harris re 5/14/09 hearing, Shein deposition and Plan objection (.3); attend to Plan objection (.4); exchanged memoranda with KP re 5/14/09 hearing (.2). | Krieger, A. | 2.3 |
| 05/14/2009 | Review memo re discovery status. | Pasquale, K. | 0.2 |
| 05/15/2009 | Participate in deposition of David Austern. | Harris, D. | 6.1 |
| 05/15/2009 | Exchanged memoranda with Duane Morris' office re: Final Witness Disclosure for Phase I (.6); attend to Committee's plan objection (2.9). | Krieger, A. | 3.5 |
| 05/15/2009 | Review parties' final witness lists. | Pasquale, K. | 0.3 |
| 05/16/2009 | Attend to Committee's plan objection. | Krieger, A. | 6.5 |
| 05/16/2009 | Review Zilly rebuttal report (.5); review Grace response to strike Florence report (.2). | Pasquale, K. | 0.7 |
| 05/17/2009 | Attend to Committee's plan objection. | Krieger, A. | 1.6 |
| 05/18/2009 | O/c KP re Committee plan objection (.1); attend to Libby claimants proposed protective order and Arrowood's comments thereon (.3); attend to final witness lists (.4); attend to Bank of America/Morgan Stanley stipulation re classification and underlying settlement and o/c KP re same (.9); attend to and o/cs KP re comments to plan objection and revise same (2.9). | Krieger, A. | 4.6 |
| 05/18/2009 | Review draft objection to Plan. | Kruger, L. | 0.6 |
| 05/18/2009 | Review and revise draft objections to Plan. | Pasquale, K. | 5.8 |
| 05/19/2009 | T/c J. Baer re claims treatment of B of A , National Union claims (.4); o/c KP re claims classification (.3); attend to memorandum thereon (.5); attend to revised plan objection and court's memorandum decision and o/c KP, LK re potential next steps (4.7). | Krieger, A. | 5.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/19/2009 | Further review and revisions to confirmation objection, including to address court's PPI decision. | Pasquale, K. | 2.5 |
| 05/20/2009 | Research re: appeal of confirmation order; emails to K. Pasquale and A. Krieger re same. | Harris, D. | 4.6 |
| 05/20/2009 | Review Court's opinion re bank claims and case law cited to therein and finalize Committee's objection for filing with the Court (2.9); memoranda with KP re same (.2); attend to bank claims draft objection to confirmation (.7); memorandum to MAS re court's decision (.2); memoranda to M. Lastowski, R. Riley re filing and service of plan objection (.3); further exchange with local counsel's office re plan objection (.2); attend to case law material from DH re appellate issues (.2). | Krieger, A. | 4.7 |
| 05/20/2009 | T/c's and memos AK and KP re plan objection. | Kruger, L. | 0.4 |
| 05/20/2009 | Attention to draft objection and filing issues (.5); review bank lenders draft objection (.6). | Pasquale, K. | 1.1 |
| 05/21/2009 | Review deposition transcript of James Schein for preparation of memo to committee (1.2); attention to appellate issues and meeting with A. Krieger re same (.9). | Harris, D. | 2.1 |
| 05/21/2009 | Conference with KP, A. Rosenberg re Judge Fitzgerald's memorandum opinion and follow-up office conference KP re possible next steps. | Krieger, A. | 0.8 |
| 05/21/2009 | Review filed POR objections. | Kruger, L. | 1.1 |
| 05/21/2009 | Review objections filed by various parties (1.8); review motions in limine filed 5/20 (.5); outline and begin drafting motion re CMO modification (2.5). | Pasquale, K. | 4.8 |
| 05/22/2009 | Research on divesting of rights on appeal for K. Pasquale (2.1); meeting w A. Kriger and research on appellate issues (1.4); prepare deposition summary for James Schein for memo to committee (1.2). | Harris, D. | 4.7 |
| 05/22/2009 | Review Capstone materials. | Kruger, L. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/22/2009 | Drafting of outline/motion re confirmation hearing and PPI decision (3.3); review parties' objections (1.2). | Pasquale, K. | 4.5 |
| 05/25/2009 | Attention to confirmation issues and PPI decision. | Pasquale, K. | 0.8 |
| 05/26/2009 | Create livenote case including loading the following transcripts: Richard Finke, Peter Lockwood and James Shein. | Cromwell, M. | 1.2 |
| 05/26/2009 | Editing notice of appeal for K. Pasquale and reviewing relevant statutes for appeal and email to K. Pasquale re same: memo summarizing deposition of James Shein for committee. | Harris, D. | 2.4 |
| 05/26/2009 | Exchanged memoranda with M. Cromwell re deposition transcripts (.4); office conference KP, LK re Judge Fitzgerald's decision and next steps and conference call with A. Rosenberg re same (1.0); attend to plan and exchanged memoranda with R. Frezza, J. Dolan re appellate information issues (.3); attend to Plan objections (.8); telephone calls J. Dolan re appellate issues (.6); attend to memoranda re depositions (.3); attend to memorandum re appellate issues (.6). | Krieger, A. | 4.0 |
| 05/26/2009 | O/c KP re notice of appeal and motion (.2); review other plan objections (.3). | Kruger, L. | 0.5 |
| 05/26/2009 | Confer A. Krieger, L. Kruger re PPI decision and confirmation (.6); conf call with A. Rosenberg re same (.5); revise outline of motion re CMO (.4); attention to appellate issue and research (.4); review status of estimation proceeding and possible recommencement issues (1.2). | Pasquale, K. | 3.1 |
| 05/27/2009 | Attend to appellate issue and meeting with A. Krieger re same. | Harris, D. | 2.8 |
| 05/27/2009 | Prepare for and office conferences DH re appellate issues (1.3); attend to confirmation objections (.7); attend to deposition | Krieger, A. | 2.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memoranda (.1). | | |
| 05/27/2009 | Review J. Baer e-mail re depositions (.1); drafted discovery demands to debtors re feasibility issues (.8). | Pasquale, K. | 0.9 |
| 05/28/2009 | Email to K. Pasquale re applettate issues and conference call with committee re possible appeal of PPI decision. | Harris, D. | 1.3 |
| 05/28/2009 | T/c R. Frezza, J. Dolan re Zilly rebuttal report (.1); attend to discovery and deposition notices (.4); attend to Plan Proponents motion re Priest testimony (.2). | Krieger, A. | 0.7 |
| 05/28/2009 | Revised pleadings re Phase I postponement (1.2); revised feasibility discovery demands (.5); e-mails A. Rosenberg re Phase I issues (.3). | Pasquale, K. | 2.0 |
| 05/29/2009 | Review recent decision to determine relevance to plan objections of committee. | Harris, D. | 0.7 |
| 05/29/2009 | Attend to various plan objections (.6); attend to Debtors' motion for leave from scheduling order re George Priest and CNA's limited objection thereto (.2); attend to deposition notices (.2). | Krieger, A. | 1.0 |
| 05/29/2009 | Attention to Phase I status and revise draft motion to postpone impairment issues. | Pasquale, K. | 0.6 |
| 05/31/2009 | Attend to Plan objections field by various parties (1.5); attend to stipulation re Libby claimants' standing (.1); attend to discovery related materials (.4). | Krieger, A. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cromwell, Marlon E. | 1.2 | $ 235 | $ 282.00 |
| Harris, Daniel J. | 44.7 | 325 | 14,527.50 |
| Krieger, Arlene G. | 127.4 | 675 | 85,995.00 |
| Kruger, Lewis | 13.0 | 995 | 12,935.00 |
| Pasquale, Kenneth | 27.7 | 825 | 22,852.50 |

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 136,592.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 136,592.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/13/2009 | Attend to pleadings for 5/14/09 hearing. | Krieger, A. | 0.4 |
| 05/13/2009 | Review items for 5/14/09 hearing. | Kruger, L. | 0.2 |
| 05/14/2009 | Attend (telephonically) court hearing re confirmation related discovery issues. | Krieger, A. | 4.3 |
| 05/14/2009 | Attend portion of court conference call re deposition. | Kruger, L. | 0.8 |
| 05/26/2009 | Attend to agenda notice for 6/1/09 hearing. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.8 | $ 675 | $ 3,240.00 |
| Kruger, Lewis | 1.0 | 995 | 995.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,235.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,235.00 |
|---|---|

# STROOCK

| RE | Employment Applications - Others<br>699843  0040 |
|----|--------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/31/2009 | Attend to motion to retain Venable LLP as special litigation counsel. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.4 | $ 675 | $ 270.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 270.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 270.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Tax Issues |
|---|---|
| | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/07/2009 | Attend to Capstone's memorandum re proposed IRS settlement (.6); memorandum and telephone call J. Dolan re Committee memorandum re IRS Settlement (.1). | Krieger, A. | 0.7 |
| 05/07/2009 | Review Capstone memo re IRS settlement. | Kruger, L. | 0.3 |
| 05/08/2009 | T/c J. Dolan re: Tax settlement terms and memorandum for the Committee thereon. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 675 | $ 742.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,041.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,041.00 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Cromwell, Marlon E. | 1.2 | $ 235 | $ 282.00 |
| Harris, Daniel J. | 44.7 | 325 | 14,527.50 |
| Holzberg, Ethel H. | 26.2 | 275 | 7,205.00 |
| Keppler, Abbey L. | 2.7 | 675 | 1,822.50 |
| Krieger, Arlene G. | 197.4 | 675 | 133,245.00 |
| Kruger, Lewis | 26.5 | 995 | 26,367.50 |
| Mohamed, David | 59.9 | 180 | 10,782.00 |
| Pasquale, Kenneth | 42.8 | 825 | 35,310.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 229,541.50 |
|---|---|

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 77.43 |
| Meals | 10.00 |
| Local Transportation | 20.00 |
| Long Distance Telephone | 137.38 |
| Duplicating Costs-in House | 193.20 |
| Court Reporting Services | 6064.10 |
| Travel Expenses - Transportation | 386.45 |
| Travel Expenses - Lodging | 296.56 |
| Travel Expenses - Meals | 62.39 |
| Westlaw | 2181.28 |

| TOTAL DISBURSEMENTS/CHARGES | $ 9,428.79 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 229,541.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 9,428.79 |
| TOTAL BILL | $ 238,970.29 |