# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**MAY 1, 2009 - MAY 31, 2009**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 26.5 | $ 995 | $ 26,367.50 |
| Pasquale, Kenneth | 42.8 | 825 | 35,310.00 |
| | | | |
| **Associates** | | | |
| Harris, Daniel J. | 44.7 | 325 | 14,527.50 |
| Keppler, Abbey L. | 2.7 | 675 | 1,822.50 |
| Krieger, Arlene G. | 197.4 | 675 | 133,245.00 |
| | | | |
| **Paraprofessionals** | | | |
| Cromwell, Marlon E. | 1.2 | 235 | 282.00 |
| Holzberg, Ethel H. | 26.2 | 275 | 7,205.00 |
| Mohamed, David | 59.9 | 180 | 10,782.00 |
| | | | |
| **Sub Total** | **401.4** | | **$ 229,541.50** |
| **Less 50% Travel** | **(2.3)** | | **(1,552.50)** |
| **Total** | **399.1** | | **$ 227,989.00** |