# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**MAY 1, 2009 - MAY 31, 2009**

| | |
|---|---:|
| Outside Messenger Service | $    77.43 |
| Meals | 10.00 |
| Local Transportation | 20.00 |
| Long Distance Telephone | 137.38 |
| Duplicating Costs-in House | 193.20 |
| Court Reporting Services | 6,064.10 |
| Travel Expenses - Transportation | 386.45 |
| Travel Expenses - Lodging | 296.56 |
| Travel Expensis-Meals | 62.39 |
| Westlaw | 2181.28 |
| **TOTAL** | **$ 9,428.79** |

# STROOCK

## Disbursement Register

| DATE | June 29, 2009 |
|---|---|
| INVOICE NO. | 477131 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 05/04/2009 | VENDOR: UPS; INVOICE#: 0000010X827189; DATE: 05/02/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associate, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195081979 on 04/29/2009 | 8.29 |
| 05/04/2009 | VENDOR: UPS; INVOICE#: 0000010X827189; DATE: 05/02/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195811135 on 04/29/2009 | 5.84 |
| 05/04/2009 | VENDOR: UPS; INVOICE#: 0000010X827189; DATE: 05/02/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198277351 on 04/29/2009 | 5.84 |
| 05/04/2009 | VENDOR: UPS; INVOICE#: 0000010X827189; DATE: 05/02/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199479944 on 04/29/2009 | 5.84 |
| 05/18/2009 | VENDOR: UPS; INVOICE#: 0000010X827209; DATE: 05/16/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197257231 on 05/13/2009 | 5.84 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/18/2009 | VENDOR: UPS; INVOICE#: 0000010X827209; DATE: 05/16/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270197692047 on 05/13/2009 | 5.84 |
| 05/18/2009 | VENDOR: UPS; INVOICE#: 0000010X827209; DATE: 05/16/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associate, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270199215451 on 05/13/2009 | 8.29 |
| 05/18/2009 | VENDOR: UPS; INVOICE#: 0000010X827209; DATE: 05/16/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199955027 on 05/13/2009 | 5.84 |
| 05/28/2009 | VENDOR: UPS; INVOICE#: 0000010X827219; DATE: 05/23/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191580071 on 05/18/2009 | 5.84 |
| 05/28/2009 | VENDOR: UPS; INVOICE#: 0000010X827219; DATE: 05/23/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191938499 on 05/18/2009 | 5.84 |
| 05/28/2009 | VENDOR: UPS; INVOICE#: 0000010X827219; DATE: 05/23/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associate, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192018909 on 05/18/2009 | 8.29 |
| 05/28/2009 | VENDOR: UPS; INVOICE#: 0000010X827219; DATE: 05/23/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192986882 on 05/18/2009 | 5.84 |

**Outside Messenger Service Total**                                           **77.43**

**Meals**

| 05/22/2009 | VENDOR: Petty Cash; INVOICE#: 052009; A. Colonna 5-19-09 Late work meal. | 10.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Meals Total** | | **10.00** |
| | | |
| **Local Transportation** | | |
| 05/04/2009 | VENDOR(EE): AKRIEGER: 04/30/09 - Taxi cab to office | 20.00 |
| | | |
| **Local Transportation Total** | | **20.00** |
| | | |
| **Long Distance Telephone** | | |
| 05/07/2009 | EXTN.795544, TEL.2019680001, S.T.16:27, DUR.00:01:07 | 1.11 |
| 05/11/2009 | VENDOR: Chase Card Services; INVOICE#: 050209; DATE: 5/2/2009  -  visa charge 04/21/09 Court Call LLC | 25.00 |
| 05/11/2009 | VENDOR: Chase Card Services; INVOICE#: 050209; DATE: 5/2/2009  -  visa charge 04/30/09 Court Call LLC | 25.00 |
| 05/11/2009 | VENDOR: Chase Card Services; INVOICE#: 050209; DATE: 5/2/2009  -  visa charge 04/30/09 Court Call LLC | 45.50 |
| 05/12/2009 | EXTN.795562, TEL.2038626208, S.T.10:56, DUR.00:00:17 | 0.17 |
| 05/18/2009 | EXTN.795562, TEL.3027776565, S.T.11:00, DUR.00:07:58 | 4.45 |
| 05/18/2009 | EXTN.795562, TEL.3027776565, S.T.15:32, DUR.00:00:39 | 0.56 |
| 05/18/2009 | EXTN.795544, TEL.3126412162, S.T.15:57, DUR.00:00:31 | 0.56 |
| 05/18/2009 | EXTN.795475, TEL.3026574938, S.T.17:04, DUR.00:01:18 | 1.11 |
| 05/19/2009 | EXTN.795562, TEL.3027776565, S.T.11:40, DUR.00:00:25 | 0.56 |
| 05/19/2009 | EXTN.795544, TEL.3126412162, S.T.10:11, DUR.00:20:11 | 11.68 |
| 05/19/2009 | EXTN.795544, TEL.3126412162, S.T.10:37, DUR.00:01:13 | 1.11 |
| 05/20/2009 | EXTN.795544, TEL.7047151728, S.T.13:18, DUR.00:05:17 | 3.34 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/20/2009 | EXTN.795544, TEL.9085071632, S.T.15:59, DUR.00:00:11 | 0.56 |
| 05/20/2009 | EXTN.795544, TEL.3026513000, S.T.16:06, DUR.00:00:36 | 0.56 |
| 05/28/2009 | EXTN.795544, TEL.2015877123, S.T.10:58, DUR.00:01:27 | 1.11 |
| 05/28/2009 | EXTN.795430, TEL.3026513160, S.T.16:55, DUR.00:03:51 | 2.22 |
| 05/28/2009 | EXTN.795475, TEL.3026574938, S.T.19:01, DUR.00:01:48 | 1.11 |
| 05/28/2009 | EXTN.795562, TEL.9734242031, S.T.17:24, DUR.00:13:54 | 7.78 |
| 05/28/2009 | EXTN.795475, TEL.3026574938, S.T.17:29, DUR.00:06:43 | 3.89 |

**Long Distance Telephone Total**                                                   **137.38**

**Duplicating Costs-in House**

| | | |
|------|-------------|--------|
| 05/05/2009 | By Mohamed, David | 0.10 |
| 05/05/2009 | By Mohamed, David | 0.20 |
| 05/08/2009 | By Krieger, Arlene G. | 4.50 |
| 05/18/2009 | By Krieger, Arlene G. | 0.80 |
| 05/19/2009 | By Holzberg, Ethel H. | 0.30 |
| 05/22/2009 | By Krieger, Arlene G. | 3.60 |
| 05/26/2009 | By Mohamed, David | 8.90 |
| 05/26/2009 | By Mohamed, David | 159.80 |
| 05/29/2009 | By Pasquale, Kenneth | 15.00 |

**Duplicating Costs-in House Total**                                                   **193.20**

**Court Reporting Services**

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/13/2009 | VENDOR: Magna Legal Services; INVOICE#: 29557; transcript - Peter Van Lockwood | 3,062.40 |
| 05/13/2009 | VENDOR: Magna Legal Services; INVOICE#: 29844; transcript - Peter Van Lockwood | 1,262.40 |
| 05/30/2009 | VENDOR: Magna Legal Services; INVOICE#: 30102; transcipt D. T. Austern | 1,739.30 |
| | **Court Reporting Services Total** | **6,064.10** |

**Travel Expenses - Transportation**

| | | |
|------|-------------|--------|
| 05/01/2009 | VENDOR: American Express; INVOICE#: 050109; DATE: 5/1/2009 - amex law trav A Krieger 5/1 Washington -NY | -46.80 |
| 05/05/2009 | VENDOR(EE): AKRIEGER: Taxi cab from Caplin & Drysdale to Union Station - 5/1/09 | 10.00 |
| 05/05/2009 | VENDOR(EE): AKRIEGER: Taxi cab from NY Penn Station to home - 5/2/09 | 19.00 |
| 05/05/2009 | VENDOR: AMEX; KRIEGER/ARLENE NYP WAS NYP on 04/27/2009 (for travel to Washington for Peter Lockwood Deposition) | 376.00 |
| 05/05/2009 | VENDOR: AMEX; KRIEGER/ARLENE on 04/27/2009 | 32.25 |
| 05/11/2009 | VENDOR: American Express; INVOICE#: 033009A; DATE: 3/30/2009  -  amex law trav A Krieger amtrak 3/30 | -4.00 |
| | **Travel Expenses - Transportation Total** | **386.45** |

**Travel Expenses - Lodging**

| | | |
|------|-------------|--------|
| 05/05/2009 | VENDOR(EE): AKRIEGER: 04/30/09 - 05/01/09; The Westin Washington, D.C. ($259.00 plus room tax) - 4/30/09 | 296.56 |
| | **Travel Expenses - Lodging Total** | **296.56** |

**Travel Expenses - Meals**

| | | |
|------|-------------|--------|
| 05/05/2009 | VENDOR(EE): AKRIEGER: Breakfast at the Westin Hotel - 5/1/09 | 20.20 |
| 05/05/2009 | VENDOR(EE): AKRIEGER: Dinner at Westin Hotel - 4/30/09 | 34.20 |
| 05/05/2009 | VENDOR(EE): AKRIEGER: Dinner - 5/1/09 | 7.99 |
| | **Travel Expenses - Meals Total** | **62.39** |

**Westlaw**

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/11/2009 | Transactional Search by Harris, Daniel J. | 128.50 |
| 05/12/2009 | Transactional Search by Harris, Daniel J. | 338.50 |
| 05/19/2009 | Transactional Search by Krieger, Arlene G. | 27.50 |
| 05/20/2009 | Transactional Search by Krieger, Arlene G. | 110.00 |
| 05/20/2009 | Transactional Search by Harris, Daniel J. | 415.50 |
| 05/22/2009 | Transactional Search by Harris, Daniel J. | 1,133.00 |
| 05/26/2009 | Duration 0:01:29; by Krieger, Arlene G. | 28.28 |
| **Westlaw Total** | | **2,181.28** |

MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 77.43 |
| Meals | 10.00 |
| Local Transportation | 20.00 |
| Long Distance Telephone | 137.38 |
| Duplicating Costs-in House | 193.20 |
| Court Reporting Services | 6064.10 |
| Travel Expenses - Transportation | 386.45 |
| Travel Expenses - Lodging | 296.56 |
| Travel Expenses - Meals | 62.39 |
| Westlaw | 2181.28 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 9,428.79 |