## EXHIBIT A

### Case Administration (167.50 Hours; $ 91,699.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 1.60 | $840 | 1,344.00 |
| Bernard Bailor | 130.00 | $630 | 81,900.00 |
| Rita C. Tobin | .80 | $530 | 424.00 |
| Michael C. Greene | 25.30 | $235 | 5,945.50 |
| David B. Smith | 3.00 | $235 | 705.00 |
| Eugenia Benetos | 5.50 | $205 | 1,127.50 |
| Marissa A. Fanone | 1.30 | $195 | 253.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 05/01/09 | BSB | 630.00 | 5.80 | Review and analyze newest Dement article (1.4); review Ory report (1.6); review Henry report (1.1); work on Libby issues (1.7). |
| 05/01/09 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 05/01/09 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 05/01/09 | MCG | 235.00 | 1.80 | Per ALV, conduct files and PACER docket search for outstanding documents/evidence related to Chapter 11 Chronology. |
| 05/04/09 | BSB | 630.00 | 8.10 | Begin review of claimant files and deposition preparation (5.9); various e-mails (.8); read pleadings (1.4). |
| 05/04/09 | PVL | 840.00 | 0.10 | Review 13 miscellaneous filings. |
| 05/04/09 | MCG | 235.00 | 1.50 | Per attorney request, burn necessary copies of CD containing records re Libby claimants who are noticed for deposition. |
| 05/04/09 | MCG | 235.00 | 1.00 | Per ALV, conduct files and PACER docket search for outstanding documents/evidence related to Chapter 11 Chronology. |
| 05/04/09 | MCG | 235.00 | 1.00 | Read and review WR Grace Weekly Recommendation Memorandas and related calendars. |
| 05/05/09 | BSB | 630.00 | 3.10 | Prepare response to Heberling (Libby claimants) document demand (2.3); respond to e-mails (.2); |

| | | | | telephone conference with Dr. Freidman (.2); scheduling matters (.4). |
|---|---|---|---|---|
| 05/05/09 | PVL | 840.00 | 0.10 | Review 10 misc filings. |
| 05/05/09 | MCG | 235.00 | 0.50 | Per NDF, print Peterson graphic slide presentations and Fortou deposition exhibits and organize same for attorney review. |
| 05/06/09 | BSB | 630.00 | 7.60 | Review on medical records of 3 Libby claimant/witnesses (6.2); scheduling issues (1.4). |
| 05/07/09 | BSB | 630.00 | 8.00 | Continue review of Libby claimants (3.7); review of Freidman slides (3.9); scheduling matters (.4). |
| 05/07/09 | MCG | 235.00 | 1.70 | Per JAL, cite-check draft of opposition brief re: Libby Claimants' Motion to (1) Amend Plan Confirmation CMO and (2) Postpone Phase II of Confirmation Hearing. |
| 05/08/09 | BSB | 630.00 | 7.60 | Finish review of Freidman slides (4.3); Libby claimant deposition preparation (1.6); conference call - status (1.7). |
| 05/08/09 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 05/08/09 | MAF | 195.00 | 1.30 | Create index of Whitehouse deposition exhibits. |
| 05/11/09 | BSB | 630.00 | 5.90 | Review new material from Heberling (4.2); send materials to expert witness (.5); send material to Heberling (.4); telephone conference with Stansbury (.2); review new Whitehouse spreadsheets (.6). |
| 05/11/09 | PVL | 840.00 | 0.20 | Review 7 miscellaneous filings (.1); teleconference Ada (.1). |
| 05/11/09 | DBS | 235.00 | 0.50 | Compile documents needed re deposition preparation. |
| 05/11/09 | MCG | 235.00 | 1.30 | Per JAL and ALV, locate for attorney review deposition transcript (and related exhibits) of Mark Peterson in the Manville medical audit litigation. |
| 05/11/09 | MCG | 235.00 | 0.10 | Per BSB, make arrangements to have recently received CDs (Texas Lung Institute records) duplicated for distribution and attorney review. |
| 05/11/09 | MCG | 235.00 | 0.40 | Per BSB, quality check duplicate copies of recently received CDs (Texas Lung Institute records). |

| 05/12/09 | BSB | 630.00 | 6.70 | Review materials for 5/14 hearing (3.1); e-mails to expert witnesses (.4); scheduling issues (.4); work on Xenom template (2.8). |
| 05/12/09 | PVL | 840.00 | 0.20 | Review 16 miscellaneous filings. |
| 05/12/09 | DBS | 235.00 | 2.50 | Compile documents needed re deposition preparation (.5); research and compile briefs and hearing transcripts for attorney review for use in drafting briefs (2.0). |
| 05/12/09 | EB | 205.00 | 2.00 | T/C with JAL re: deposition materials.  Perform review of logs re: materials in warehouse. Index plan organization materials. (2) |
| 05/13/09 | BSB | 630.00 | 6.70 | Review of Supplemental Responses of Libby claimants (3.5); review of further response of Libby claimants (1.9); e-mail to NDF (.3); update deposition template (1.0). |
| 05/13/09 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 05/14/09 | BSB | 630.00 | 7.10 | Telephone hearing (3.7); continue review of material from Heberling (3.4). |
| 05/14/09 | EB | 205.00 | 3.00 | Prepare materials for DCO. Index correspondence files and prepare a memo to AV. (3). |
| 05/15/09 | BSB | 630.00 | 4.30 | Telephone conference with Heberling (.3); various e-mails regarding response to Libby (.6); received expert reports (3.4). |
| 05/15/09 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 05/15/09 | MCG | 235.00 | 0.70 | Per BSB, remove witness files from BSB's office and prepare same for indexing and file storage. |
| 05/18/09 | BSB | 630.00 | 5.10 | Reviewed additional materials from Dr. Friedman (2.4); conference call plan proponents (1.2); read pleadings, etc., (1.5). |
| 05/18/09 | PVL | 840.00 | 0.10 | Review agenda. |
| 05/18/09 | MCG | 235.00 | 1.00 | Per ALV, make necessary copies of case documents flagged for EI deposition preparation and assemble same for attorney review and reference. |

| 05/19/09 | BSB | 630.00 | 4.90 | Read various depositions (3.9); read motion papers (1.0). |
|----------|-----|--------|------|-----------|
| 05/19/09 | PVL | 840.00 | 0.10 | Review 18 miscellaneous filings. |
| 05/19/09 | MCG | 235.00 | 0.50 | Per ALV, locate and make necessary copies of case documents flagged for EI deposition preparation and assemble same for attorney review and reference. |
| 05/20/09 | BSB | 630.00 | 7.50 | Telephone conference with Dr. Friedman (.2); letter to Dr. Friedman (.3); scheduling matters (.5); read depositions (3.4); deposition preparation (3.1). |
| 05/20/09 | MCG | 235.00 | 1.00 | Review recently received deposition transcripts and upload same for attorney review and reference. |
| 05/20/09 | MCG | 235.00 | 1.30 | Per ALV, make necessary copies of additional case documents flagged for EI deposition preparation and assemble same for attorney review and reference. |
| 05/20/09 | MCG | 235.00 | 0.70 | Per BSB, complete Records file requests for collection of witness files and file same accordingly. |
| 05/21/09 | BSB | 630.00 | 6.70 | E-mail to Dr. Stockman (.2); review pleadings (2.1); expert reports (4.4). |
| 05/21/09 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 05/21/09 | MCG | 235.00 | 0.50 | Print and file recently received Sur-Rebuttal expert reports. |
| 05/22/09 | BSB | 630.00 | 9.10 | Deposition preparation (3.6); update experts (2.1); review new expert reports, pleadings, etc. (3.4). |
| 05/22/09 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 05/22/09 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 05/26/09 | BSB | 630.00 | 6.10 | Read additional pleadings (1.3); work on deposition issues (4.8). |
| 05/26/09 | PVL | 840.00 | 0.20 | Review 28 miscellaneous filings. |
| 05/27/09 | BSB | 630.00 | 4.30 | Read Libby objections (2.4); read various insurance objections (1.9). |
| 05/27/09 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |

| 05/27/09 | EB | 205.00 | 0.50 | Review payment schedule and contact local counsel re: pending payments. (.5) |
| 05/28/09 | BSB | 630.00 | 7.80 | Continued deposition preparation (4.3); various e-mails (.7); work on pleadings (2.8). |
| 05/29/09 | BSB | 630.00 | 7.60 | Gather deposition exhibits (1.3); work on deposition preparation (5.4); read pleadings (.9). |
| 05/29/09 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 05/29/09 | MCG | 235.00 | 5.00 | Per NDF, locate intended deposition exhibits and assemble copy sets of same for attorney review as it relates to 6/5/09 deposition of Arthur Frank. |
| 05/29/09 | MCG | 235.00 | 0.80 | Per attorney request, quality check binder of Dr. Whitehouse's Supplemental Expert Report. |
| 05/31/09 | MCG | 235.00 | 4.50 | Per NDF, locate intended deposition exhibits and assemble copy sets of same for attorney review as it relates to 6/5/09 deposition of Arthur Frank. |

**Total Task Code .04          167.50**

Claim Analysis Objection & Resolution (Asbestos) (.20 Hours; $ 168.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $840 | 168.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/05/09 | PVL | 840.00 | 0.10 | Review 2 AMH stmts of app issues. |
| 05/27/09 | PVL | 840.00 | 0.10 | Review obj to Madison Complex claim. |

**Total Task Code .05          .20**


**Committee, Creditors', Noteholders' or Equity Holders' (.50 Hours; $ 265.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .50 | $530 | 265.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/09 | RCT | 530.00 | 0.50 | Address claimant issues (.5) |

**Total Task Code .07          .50**


**Employee Benefits/Pension (.30 Hours; $ 252.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $840 | 252.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/20/09 | PVL | 840.00 | 0.30 | Review pension contrib motion. |

**Total Task Code .08**          **.30**


## Fee Applications, Applicant (6.80 Hours; $ 2,791.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.30 | $530 | 2,279.00 |
| Eugenia Benetos | 2.50 | $205 | 512.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/08/09 | RCT | 530.00 | 1.00 | Review prebills (1.0) |
| 05/11/09 | RCT | 530.00 | 0.50 | Address fee issue (.5) |
| 05/13/09 | RCT | 530.00 | 1.00 | Review fee applications (1.0) |
| 05/13/09 | EB | 205.00 | 1.00 | Work on interim fee application. (1) |
| 05/14/09 | RCT | 530.00 | 0.60 | Address fee issue (.6) |
| 05/15/09 | RCT | 530.00 | 0.50 | Review exhibits (.5) |
| 05/15/09 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. (.5) |
| 05/21/09 | EB | 205.00 | 1.00 | Work on monthly fee application. (1) |
| 05/22/09 | RCT | 530.00 | 0.50 | Address fee issues (.5) |
| 05/22/09 | RCT | 530.00 | 0.20 | Review fee application schedules for June (.2) |

**Total Task Code .12**          **6.80**


## Litigation and Litigation Consulting (184.60 Hours; $ 99,946.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 24.10 | $920 | 22,172.00 |
| Walter B. Slocombe | 2.10 | $720 | 1,512.00 |
| Kevin C. Maclay | 61.20 | $495 | 30,294.00 |
| James P. Wehner | 89.20 | $495 | 44,154.00 |

| Jeffrey A. Liesemer | .10 | $495 | 49.50 |
| David B. Smith | 5.60 | $235 | 1,316.00 |
| Marissa A. Fanone | 2.30 | $195 | 448.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/09 | EI | 920.00 | 3.20 | XBT preparation (2.0); review Boll memo (.2); review Equitas deal (.1); conf. Frankel (.5); memo Rice (.1); memo re: financials (.2); review ERISA motion (.1). |
| 05/01/09 | JPW | 495.00 | 2.90 | Review Motion for Protective Order re Libby depositions (.8); conference with BSB re medical records (.1); revise deposition template (2.0) |
| 05/04/09 | EI | 920.00 | 0.40 | PVNL XBT question about ins. reimb. (.1); review Debtors' motion re Libby XBTs (.3). |
| 05/04/09 | DBS | 235.00 | 0.50 | Research amount of discovery produced for inclusion in brief. |
| 05/04/09 | JPW | 495.00 | 4.10 | Meet with BSB re Libby discovery (.2); review supplemental production (2.1); review medical records CD (1.8) |
| 05/05/09 | EI | 920.00 | 0.20 | Ins. reimbursements issue. |
| 05/05/09 | DBS | 235.00 | 1.00 | Research amount of discovery produced for inclusion in brief. |
| 05/05/09 | JPW | 495.00 | 3.20 | Meet with NDF re Libby production (.1); e-mails re Libby production (.4); review Libby production (2.5); meet with BSB re Libby issues (.2) |
| 05/06/09 | JPW | 495.00 | 4.50 | Review Libby production (3.9); e-mails re Libby depositions (.3); meet with BSB re Libby issues (.3) |
| 05/07/09 | WBS | 720.00 | 2.10 | Contingency memo re restitution issues. |
| 05/07/09 | DBS | 235.00 | 0.40 | Duplicate documents sent from expert for attorney review. |
| 05/07/09 | JPW | 495.00 | 5.00 | Meet with BSB re Libby schedule (.3); review Friedman witness analyses (4.7), |
| 05/08/09 | EI | 920.00 | 3.50 | XBT prep. |

| 05/08/09 | JAL | 495.00 | 0.10 | Reviewed limited objection to Bank Lender Group to Libby Claimant's motion to amend CMO. |
|---|---|---|---|---|
| 05/08/09 | JPW | 495.00 | 4.80 | Review Libby claimant documents (1.6); review Friedman witness analyses (2.1); meet with BSB re Friedman analyses; depositions (.3); review Libby criminal trial verdict reports (.8) |
| 05/11/09 | JPW | 495.00 | 4.30 | Review Libby response re depositions (.4); e-mails re hearing; travel (1.0); meet with BSB re Libby (.5); review Libby claimant production (2.4) |
| 05/11/09 | KCM | 495.00 | 0.40 | Meet with TEP re research |
| 05/12/09 | JPW | 495.00 | 1.20 | Review Grace CDs; update index (1.0); e-mail to BSB re CDs (.2) |
| 05/12/09 | KCM | 495.00 | 2.50 | Plan/prepare for insurance neutrality brief, review/analyze selected filings, cases and materials and communicate with local counsel re same (2.2); meet with TEP re research (.3) |
| 05/13/09 | JPW | 495.00 | 1.10 | Meet with BSB re Libby CDs (.2); review Libby correspondence and production (.9) |
| 05/14/09 | DBS | 235.00 | 0.50 | Compile list of documents needed re deposition preparation. |
| 05/14/09 | JPW | 495.00 | 4.70 | Grace hearing - telephonic (4.3); meet with BSB re hearing (.4) |
| 05/15/09 | DBS | 235.00 | 1.20 | Compile expert reliance materials for loading onto database for attorney review (1.0); compile deposition transcript for attorney review (.2). |
| 05/15/09 | JPW | 495.00 | 2.60 | Review Libby documents Response to Whitehead motion (.8); e-mails re telephone conference (.2); review witness lists; expert reports (1.6) |
| 05/18/09 | JPW | 495.00 | 4.00 | Telephone conference with Plan proponents re discovery issues (1.1); e-mails re motion to strike (.3); draft motion to strike (2.6) |
| 05/18/09 | MAF | 195.00 | 0.50 | Prepare set of Posner deposition transcript and exhibits for attorney review. |
| 05/19/09 | EI | 920.00 | 1.30 | Reviewed ERISA motion status (.1); work on XBT prep and t/c PVNL/NDF re: same (.5); read file materials (.5); read decision on interest (.2). |

| 05/19/09 | JPW | 495.00 | 2.20 | Review Libby disclosure objections; chronology (1.2); meet with NDF re confirmation (1.0) |
| 05/20/09 | EI | 920.00 | 4.00 | XBT preparation. |
| 05/20/09 | DBS | 235.00 | 0.30 | Schedule court reporter for upcoming deposition. |
| 05/20/09 | JPW | 495.00 | 6.10 | Review objection response drafts (4.5); telephone conference with DBS re production (.2); meet with NDF re EI preparation (.5); e-mails re expert reports and depositions (.9) |
| 05/21/09 | EI | 920.00 | 3.00 | XBT preparation. |
| 05/21/09 | JPW | 495.00 | 0.40 | E-mails re expert issues |
| 05/22/09 | JPW | 495.00 | 5.20 | Meet with BSB re expert reports (.2); e-mails re distribution; review objections (.9); read Libby objection (2.8); research Libby objection issues (1.3) |
| 05/22/09 | KCM | 495.00 | 11.20 | Review/analyze various insurer objections and the Plan and various other filings, transcripts, cases and materials and draft/revise response |
| 05/22/09 | MAF | 195.00 | 1.00 | Compile sets of Libby Claimants' Expert Filings for NDF and JPW. |
| 05/23/09 | JPW | 495.00 | 1.00 | Review amended Libby objection |
| 05/24/09 | EI | 920.00 | 0.70 | XBT prep. |
| 05/24/09 | KCM | 495.00 | 5.70 | Review/analyze various briefs, cases, transcripts and other materials re insurer standing issues |
| 05/25/09 | JPW | 495.00 | 3.10 | Review amended Libby objection (2.2); research TDP issues (.9) |
| 05/25/09 | KCM | 495.00 | 10.30 | Draft/revise insurer standing brief and review/analyze related briefs, cases and other materials |
| 05/26/09 | EI | 920.00 | 4.00 | XBT prep. |
| 05/26/09 | JPW | 495.00 | 6.10 | Review Libby objection (4.2); research Libby objection issues (1.9) |

| | | | | |
|---|---|---|---|---|
| 05/26/09 | KCM | 495.00 | 12.40 | Draft/revise brief re insurer standing and review/analyze related briefs, cases and other materials |
| 05/27/09 | EI | 920.00 | 3.80 | T/c ACM/PVNL re: insurer issue (.3); XBT prep (3.5). |
| 05/27/09 | JPW | 495.00 | 8.00 | Review Libby plan objections (1.8); research Libby ore shipments (2.4); review ASTDR Report (1.7); e-mails re confirmation discovery; document database (.9); draft notes and charts re Libby issues (1.2) |
| 05/27/09 | KCM | 495.00 | 7.70 | Review/analyze expedited joint motion in limine (.3); draft/revise brief re insurer standing and review/analyze related briefs, cases and other materials (5.4); plan/prepare for and meet with JAL re insurer standing issues (2.0) |
| 05/28/09 | DBS | 235.00 | 1.50 | Cite check brief. |
| 05/28/09 | JPW | 495.00 | 8.10 | Research Libby objection issues (1.2); Molgard expert deposition preparation; e-mails re same (3.9); review chron for EI deposition preparation (2.7); e-mails re objection issues (.3) |
| 05/28/09 | KCM | 495.00 | 6.40 | Review/analyze cases, briefs, materials and comments re Phase I issues and communicate with PVNL, NDF and JAL re same |
| 05/28/09 | MAF | 195.00 | 0.80 | Compile deposition transcripts of P. Lockwood and J. Posner for attorney review. |
| 05/29/09 | DBS | 235.00 | 0.20 | Compile documents for attorney review for deposition prep and brief writing. |
| 05/29/09 | JPW | 495.00 | 6.60 | Deposition preparation with EI (2.2); e-mails re Whitehouse deposition (1.2); meet with BSB re Whitehouse deposition (.3); deposition preparation of Whitehouse; research Libby issues (2.9) |
| 05/29/09 | KCM | 495.00 | 4.60 | Review/analyze cases, briefs and other materials re Phase I briefs and plan/prepare for response (4.2); review/analyze correspondence re Phase I issues and communicate with PVNL re same (.4) |

**Total Task Code.16        184.60**

**Plan & Disclosure Statement (433.00 Hours; $ 246,161.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $920 | 184.00 |
| Peter Van N. Lockwood | 96.60 | $840 | 81,144.00 |
| Nathan D. Finch | 104.70 | $610 | 63,867.00 |
| Ann C. McMillan | 9.40 | $580 | 5,452.00 |
| Jeffrey A. Liesemer | 130.60 | $495 | 64,647.00 |
| Adam L. Vangrack | 70.30 | $360 | 25,308.00 |
| Kirsten Burmester | .60 | $320 | 192.00 |
| Todd E Phillips | 17.60 | $270 | 4,752.00 |
| Eugenia Benetos | 3.00 | $205 | 615.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/09 | PVL | 840.00 | 11.10 | Review email (.4); prep for PVNL depo (.3); PVNL depo (10.7). |
| 05/01/09 | NDF | 610.00 | 11.90 | Defend PVNL/ACC 30(b)(6) deposition (11.0); emails to Horkovich and PVNL re discovery from insurers (0.6); draft email re deposition time (0.3). |
| 05/01/09 | ACM | 580.00 | 3.10 | Teleconference EI re TDP confidentiality provision and research re same (2.6); teleconference EI re e-mail regarding solicitation packages and exchange e-mails with D. Boll re same (.5). |
| 05/01/09 | JAL | 495.00 | 9.90 | Rule 30(b)(6) deposition of the Asbestos PI Claimants Committee in connection with plan confirmation. |
| 05/01/09 | JAL | 495.00 | 0.20 | E-mail exchanges w/EI and ACM re: plan issues. |
| 05/01/09 | KB | 320.00 | 0.60 | Research restitution issues. |
| 05/02/09 | PVL | 840.00 | 0.40 | Email Frankel et al (.3); review Horkovich email and reply (.1). |
| 05/03/09 | PVL | 840.00 | 0.90 | Review ins. proposed neutrality language (.4); review WBS memo re restitution (.4); review email (.1). |
| 05/03/09 | NDF | 610.00 | 1.00 | Review PVNL transcript. |

| 05/03/09 | JAL | 495.00 | 3.70 | Research and analysis in connection with preparing opposition to Libby Claimants' motion to amend CMO. |
| 05/03/09 | JAL | 495.00 | 3.10 | Drafting and revisions to opposition to Libby Claimants' motion to amend CMO. |
| 05/03/09 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between counsel re: discovery issues. |
| 05/04/09 | PVL | 840.00 | 7.20 | Review email and reply (.6); participate in PVNL depo (4.7); confer Cohn and NDF  (.7); prep for PVNL depo (.4); review Libby cls suppl RPD resp (.1); review PD committee disc resp (.1); review Horkovich email and reply (.2); confer NDF (.4). |
| 05/04/09 | NDF | 610.00 | 6.20 | Finish PVNL deposition (4.5); confer with Cohn re settlement (0.6); emails re deposition assignments (0.3); teleconference with PVNL re same (0.3); review pleadings re Whitehouse issue (0.5). |
| 05/04/09 | JAL | 495.00 | 0.30 | Drafted and revised memo to ALV re: preparing opposition to Libby Claimants' motion to amend the CMO. |
| 05/04/09 | JAL | 495.00 | 0.30 | Drafted and revised memo to ALV and M. Hurford re: opposition to Libby Claimants' motion to amend CMO. |
| 05/04/09 | JAL | 495.00 | 4.10 | Appearance at Rule 30(b)(6) deposition of Asbestos PI Committee. |
| 05/04/09 | JAL | 495.00 | 0.70 | Telephonic meet and confer w/insurers' counsel re: discovery issues. |
| 05/04/09 | JAL | 495.00 | 0.70 | Review and analysis of materials relating to discovery issues. |
| 05/04/09 | JAL | 495.00 | 1.80 | Review and analysis of research relating to preparation of opposition to Libby Claimants' motion to amend CMO. |
| 05/04/09 | JAL | 495.00 | 0.10 | Telephone call w/M. Hurford re: opposition to Libby Claimants' motion to amend. |
| 05/04/09 | JAL | 495.00 | 0.10 | Second tele. call w/M. Hurford re: opposition to Libby Claimants' motion to amend. |

| 05/04/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from PVNL re: plan-related insurance issue. |
|----------|-----|--------|------|------------------------------------------------------------|
| 05/04/09 | ALV | 360.00 | 5.20 | Research related to Libby Claimants' motion to amend the CMO (2.4); review documents for relevance (2.8). |
| 05/05/09 | PVL | 840.00 | 0.90 | Review email (.4); review email re Md. Casualty and reply (.3); confer NDF (.2). |
| 05/05/09 | NDF | 610.00 | 2.30 | Plan confirmation discovery - review of Libby documents produced letter and pleadings (0.5); review of documents re insurance (0.6); review of Peterson corrected report (0.4); emails re case issues to Horkovich (0.5); review MCC settlement with Grace (0.3). |
| 05/05/09 | JAL | 495.00 | 0.50 | Review and analysis of materials re: upcoming depositions. |
| 05/05/09 | JAL | 495.00 | 8.40 | Drafting and revising of opposition to Libby Claimant's motion amend CMO. |
| 05/05/09 | JAL | 495.00 | 1.20 | Review and analysis of e-mails from PVNL and NDF re: confirmation issues and drafting and revisions of responses thereto. |
| 05/05/09 | JAL | 495.00 | 0.20 | E-mail exchanges w/ALV and M. Hurford re: opposition to Libby Claimant's motion to amend CMO. |
| 05/05/09 | ALV | 360.00 | 4.90 | Research related to Libby Claimants' motion to amend the CMO (1.8); review documents for relevance (3.1). |
| 05/06/09 | PVL | 840.00 | 5.10 | Review email and reply (.7); review Md Cas prop (.3); review draft arts of incorp and email Wyron (.3); confer NDF and JAL (1.5); prep for Priest depo (2.1); review Horkovich email and reply (.2). |
| 05/06/09 | NDF | 610.00 | 1.90 | Confer with PVNL and JAL re MCC settlement proposal (0.7); emails re same (0.4); review medical articles re Whitehouse (0.8). |
| 05/06/09 | ACM | 580.00 | 0.50 | Review revised M. Peterson documents. |
| 05/06/09 | JAL | 495.00 | 4.90 | Further drafting and revisions to opposition to Libby Claimants' motion to amend CMO |

| | | | | |
|---|---|---|---|---|
| 05/06/09 | JAL | 495.00 | 1.50 | Office conf. w/PVNL and NDF re: confirmation issues. |
| 05/06/09 | JAL | 495.00 | 0.10 | Reviewed notices of deposition served by Libby Claimants on experts. |
| 05/06/09 | JAL | 495.00 | 0.10 | Drafted and revised e-mail to PVNL and NDF re: discovery question. |
| 05/06/09 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges between PVNL, NDF and R. Wyron re: proposed insurer settlement. |
| 05/06/09 | JAL | 495.00 | 0.10 | Drafted e-mail to M. Hurford re: opposition to Libby Claimants' motion to amend the CMO. |
| 05/06/09 | JAL | 495.00 | 0.10 | Drafted second e-mail to M. Hurford re: opposition to Libby Claimants' motion. |
| 05/06/09 | ALV | 360.00 | 6.00 | Research related to Libby Claimants' motion to amend the CMO (3.5); review discovery requests and review documents and pleadings for relevance (2.5). |
| 05/07/09 | PVL | 840.00 | 8.70 | Prepare for Priest depo (1.7); take Priest depo (6.3); confer Rich (.7). |
| 05/07/09 | NDF | 610.00 | 2.50 | Confirmation hearing trial prep: read Posner deposition (1.0); outline case in chief (1.5). |
| 05/07/09 | JAL | 495.00 | 3.60 | Further drafting and revisions to draft opposition to Libby Claimants' motion to amend CMO. |
| 05/07/09 | JAL | 495.00 | 0.10 | Office conf. w/ALV re: draft opposition to Libby Claimants' motion. |
| 05/07/09 | JAL | 495.00 | 0.10 | E-mail exchanges w/M. Hurford re: opposition to motion to amend CMO. |
| 05/07/09 | JAL | 495.00 | 1.00 | Review and analysis of deposition transcript. |
| 05/07/09 | JAL | 495.00 | 0.40 | Revisions and editing to draft opposition to Libby Claimants' motion to amend CMO. |
| 05/07/09 | JAL | 495.00 | 0.10 | Drafted e-mail to M. Hurford re: opposition to Libby Claimants' motion to amend CMO. |
| 05/07/09 | ALV | 360.00 | 4.30 | Research related to Libby Claimants' motion to amend the CMO (1.0); review discovery requests and review documents and pleadings for relevance (3.3). |

| 05/08/09 | PVL | 840.00 | 4.60 | Review email and reply (1.1); review draft oppo to Libby cls motion re CMO and confer JAL re same (.4); review LMI letter and email Horkovich re same (.2); teleconference Freedman, Baer, Esayian, Guy, NDF, JAL et al (2.1); teleconference Horkovich and NDF (.7); review Horkovich ltr to Cohn re Federal (.1). |
| --- | --- | --- | --- | --- |
| 05/08/09 | NDF | 610.00 | 6.60 | Confirmation hearing discovery and trial prep (5.6); teleconference with Plan Proponents' counsel re case issues (1.0). |
| 05/08/09 | JAL | 495.00 | 1.40 | Review and analysis of materials relating to plan-related insurance issues. |
| 05/08/09 | JAL | 495.00 | 2.40 | Revisions and editing to opposition to Libby Claimants' motion to amend CMO. |
| 05/08/09 | JAL | 495.00 | 0.20 | Tele. call w/M. Hurford re: opposition to motion to amend CMO. |
| 05/08/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from PVNL re: depos in confirmation case. |
| 05/08/09 | JAL | 495.00 | 0.60 | Review and analysis of deposition transcripts in confirmation case. |
| 05/08/09 | JAL | 495.00 | 0.20 | Tele. call w/PVNL re: draft opposition to Libby Claimants' motion. |
| 05/08/09 | JAL | 495.00 | 0.10 | Second tele. call w/M. Hurford re: draft opposition to Libby Claimants' motion. |
| 05/08/09 | JAL | 495.00 | 1.10 | Status call w/Plan Proponents' counsel re: plan issues. |
| 05/08/09 | JAL | 495.00 | 1.00 | Tele. call w/PVNL, NDF and J. Guy re: plan issues. |
| 05/08/09 | JAL | 495.00 | 0.10 | Third tele. call w/M. Hurford re: opposition to Libby Claimants' motion. |
| 05/08/09 | ALV | 360.00 | 3.80 | Review and edit opposition to Libby motion to amend (1.3); review discovery requests and review documents and pleadings for relevance (2.5). |
| 05/09/09 | NDF | 610.00 | 0.90 | Review PVNL deposition for errata (0.5); emails re case issues (0.4). |

| 05/11/09 | PVL | 840.00 | 1.90 | Review email and reply (.7); review Grace oppo to Libby cls CMO motion (.2); review Grace resp re Whitehouse motion (.1); review Arrowood TS and email Horkovich (.1); review Plan suppl (.1); review Libby cls resp to Arrowood RJN (.1); review Libby cls resp re Whitehouse motion (.3); review Libby cls resp re cl depos (.2); confer NDF (.1). |
| 05/11/09 | NDF | 610.00 | 4.40 | Review PVNL deposition (1.5); prepare Jay Hughes (1.1); teleconference with Grace lawyers re insurance and Libby issues (1.1); draft memo re same for Grace lawyers (0.7). |
| 05/11/09 | JAL | 495.00 | 0.20 | Brief review and analysis of recent court filings re: discovery issues. |
| 05/11/09 | JAL | 495.00 | 0.10 | Tele. call and message to EB re: discovery matters. |
| 05/11/09 | JAL | 495.00 | 0.10 | Drafted and revised e-mail to EB re: discovery matters. |
| 05/11/09 | JAL | 495.00 | 0.20 | Review and analysis of e-mail from NDF re: discovery matters. |
| 05/11/09 | JAL | 495.00 | 0.10 | Drafted e-mail to MCG re: discovery matters. |
| 05/11/09 | JAL | 495.00 | 0.10 | Drafted e-mail to ACM re: discovery matter |
| 05/11/09 | JAL | 495.00 | 0.10 | Tele. call w/ACM re: discovery matter. |
| 05/11/09 | JAL | 495.00 | 0.20 | Office conf. w/ALV re: discovery matter. |
| 05/11/09 | JAL | 495.00 | 2.60 | Review and analysis of discovery materials. |
| 05/11/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from M. Brown re: issues of Phase I witnesses. |
| 05/11/09 | JAL | 495.00 | 2.00 | Review and analysis of materials relating to confirmation issues. |
| 05/11/09 | JAL | 495.00 | 0.90 | Review and analysis of court filings re: discovery issues. |
| 05/11/09 | ALV | 360.00 | 7.40 | Review documents and pleadings for relevance (3.0); prepare materials related to discovery (1.5); prepare for upcoming depositions (2.9). |
| 05/11/09 | TEP | 270.00 | 2.90 | Confer with KCM re substantive legal issue (0.4); legal research re substantive legal issue (2.5). |

| 05/12/09 | PVL | 840.00 | 3.10 | Review email and reply (.5); teleconference Freedman, Boll, Baer, Wyron, Guy, JAL et el (1.6); confer KCM (.3); teleconference Wyron (.7). |
| 05/12/09 | NDF | 610.00 | 4.90 | Review PVNL deposition for errata purposes (2.0); prepare for Welch and Whitehouse deposition (1.0); teleconference with Harding re confirmation hearing issues (0.5); draft document re insurance issues and Libby (1.0); emails to Horkovich and PVNL re insurer issues (0.4). |
| 05/12/09 | ACM | 580.00 | 0.60 | Review files and exchange e-mails with JAL re materials for inclusion in chronology of TDP development. |
| 05/12/09 | JAL | 495.00 | 0.10 | Tele. call w/EB re: confirmation-related discovery matter. |
| 05/12/09 | JAL | 495.00 | 0.10 | Drafted e-mail to ALV re: confirmation-related discovery matter. |
| 05/12/09 | JAL | 495.00 | 0.40 | Drafted e-mails to ACM and EB re: confirmation-related discovery matter. |
| 05/12/09 | JAL | 495.00 | 0.10 | Second tele. call w/EB re: confirmation-related discovery matter. |
| 05/12/09 | JAL | 495.00 | 0.10 | Tele. call w/M. Hurford re: confirmation-related discovery materials. |
| 05/12/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to NDF and ACM re: confirmation-related discovery materials. |
| 05/12/09 | JAL | 495.00 | 0.30 | Drafted  and revised e-mail to M Hurford re: confirmation-related discovery materials. |
| 05/12/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to M. Hurford re: tomorrow's depo of R. Finke. |
| 05/12/09 | JAL | 495.00 | 1.00 | Review and analysis of confirmation-related discovery materials. |
| 05/12/09 | JAL | 495.00 | 0.30 | Drafted and revised memo to R. Wyron and P. Mahaley re: plan issue. |
| 05/12/09 | JAL | 495.00 | 0.10 | E-mail exchange w/DBS re: Phase I issue. |

| | | | | |
|---|---|---|---|---|
| 05/12/09 | JAL | 495.00 | 0.80 | Reviewed materials sent by M. Hurford re: confirmation issues. |
| 05/12/09 | JAL | 495.00 | 0.20 | Drafted e-mail to DBS re: Plan I issue. |
| 05/12/09 | JAL | 495.00 | 0.10 | Drafted e-mail to R. Wyron re: plan issue. |
| 05/12/09 | JAL | 495.00 | 0.20 | Reviewed e-mail from EB re: discovery matter. |
| 05/12/09 | JAL | 495.00 | 0.20 | Office conf. (2x) w/ALV re: confirmation-related discovery issues. |
| 05/12/09 | JAL | 495.00 | 0.10 | Tele. call w/K. Love re: Shein depo. |
| 05/12/09 | JAL | 495.00 | 0.20 | Office conf. w/ALV re: discovery issue (.10); drafted e-mail to EB re: same (.10) |
| 05/12/09 | JAL | 495.00 | 0.20 | Tele. call w/KCM and TEP re: confirmation issues. |
| 05/12/09 | JAL | 495.00 | 1.50 | Tele. conf. w/Plan Proponents' counsel re: plan issues. |
| 05/12/09 | JAL | 495.00 | 0.30 | Office conf. w/KCM re: prep. of Phase I trial brief. |
| 05/12/09 | JAL | 495.00 | 0.10 | Tele. call w/K. Love re: Shein depo. |
| 05/12/09 | JAL | 495.00 | 0.10 | Tele. call w/PVNL re: prep. of Phase I trial brief. |
| 05/12/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from ALV re: discovery issues. |
| 05/12/09 | JAL | 495.00 | 0.20 | Office conf. w/NDF re: discovery issues. |
| 05/12/09 | JAL | 495.00 | 0.10 | Tele. call w/M. Hurford re: confirmation-related discovery issues. |
| 05/12/09 | JAL | 495.00 | 0.30 | Drafted and revised memo to ALV re: discovery issues. |
| 05/12/09 | JAL | 495.00 | 0.70 | Further drafting and revisions of memo to EI re: discovery issues. |
| 05/12/09 | JAL | 495.00 | 0.10 | Drafted e-mail to PVNL re: plan issue. |
| 05/12/09 | ALV | 360.00 | 3.10 | Review documents and pleadings for relevance. |
| 05/12/09 | TEP | 270.00 | 7.50 | Legal research re substantive legal issue (7.2); confer with KCM re same (0.3). |

| 05/13/09 | PVL | 840.00 | 1.80 | Review email and reply (.1); review Sinclair memo (.1); review draft LMI agmt (.2); prep for Shein depo (.8); confer NDF (.1); review NDF memo and reply thereto (.5). |
| 05/13/09 | NDF | 610.00 | 4.60 | Confirmation hearing prep: Peterson, Welch, Whitehouse, Frank (2.0); teleconference with co-counsel re plan discovery issues (0.5); prepare for 5/14/ hearing (2.1). |
| 05/13/09 | JAL | 495.00 | 9.70 | Appearance at Grace 30(b)(6) deposition (Finke). |
| 05/13/09 | ALV | 360.00 | 7.80 | Review documents and pleadings for relevance. |
| 05/13/09 | EB | 205.00 | 3.00 | Perform review of correspondence emails.  Note relevant emails re: dates and issues.  Prepare index and memo to JAL and AS. (3) |
| 05/14/09 | PVL | 840.00 | 7.20 | Prep for Shein depo (1); attend same (5.6); confer Rich (.6). |
| 05/14/09 | NDF | 610.00 | 5.90 | Prepare for discovery hearing (1.5); attend discovery hearing and argue motions (4.1); emails re same (0.3). |
| 05/14/09 | JAL | 495.00 | 4.80 | Appearance at court hearing on discovery motions. |
| 05/14/09 | JAL | 495.00 | 0.80 | Meeting w/M. Hurford re: confirmation-related issues. |
| 05/14/09 | JAL | 495.00 | 1.50 | Further review and analysis of confirmation-related discovery materials. |
| 05/14/09 | ALV | 360.00 | 6.40 | Review documents and pleadings for relevance. |
| 05/15/09 | PVL | 840.00 | 1.70 | Review multiple insurer witness lists (.3); review draft PP witness list (.1); review email and reply (.7); teleconference Horkovich (.1); review NDF memo re hearing (.1); review Kaneb POR obj (.1); confer JAL (.1); review Zilly report (.2). |
| 05/15/09 | NDF | 610.00 | 3.10 | Draft letter response to Lacey letter (0.5); draft memo re Peterson reliance materials to Grace (0.5); draft memo re expert reports to co-counsel (0.4); draft memo to ACC re 5/14/09 hearing (0.7); review draft orders and comment on same (0.5); review witness lists submitted by insurers (0.5). |

| | | | | |
|---|---|---|---|---|
| 05/15/09 | JAL | 495.00 | 0.80 | Office conf. w/ALV re: discovery materials and related issues. |
| 05/15/09 | JAL | 495.00 | 0.80 | Drafted and revised memo to PVNL and NDF re: Austern deposition. |
| 05/15/09 | JAL | 495.00 | 0.70 | Review and analysis of confirmation-related discovery materials. |
| 05/15/09 | JAL | 495.00 | 0.20 | Drafted and revised memo to NDF and ALV re: discovery materials and issues. |
| 05/15/09 | JAL | 495.00 | 0.40 | Drafted and revised second memo to NDF and ALV re: discovery materials and issues. |
| 05/15/09 | JAL | 495.00 | 0.10 | Office conf. w/PVNL re: confirmation depositions. |
| 05/15/09 | JAL | 495.00 | 6.10 | Appearance at deposition of David Austern. |
| 05/15/09 | ALV | 360.00 | 12.60 | Review documents and pleadings for relevance (5.3); prepare for expert report review and distribution (7.3). |
| 05/16/09 | NDF | 610.00 | 0.60 | Memo to co-counsel re confirmation hearing - how to deal with Libby issues and insurers. |
| 05/16/09 | ALV | 360.00 | 3.90 | Prepare for expert report review and distribution. |
| 05/18/09 | PVL | 840.00 | 3.80 | Review Horkovich ltr to Cohn (.1); review revised NDF memo (.4); review email and reply (.4); review witness lists and email Preston (.2); confer NDF (.5); teleconference Horkovich and NDF (.7); teleconference Freedman, Baer, Harding, Esayian, Horkovich, Guy, NDF and JPW (1); teleconference J. Cohn (.5). |
| 05/18/09 | NDF | 610.00 | 7.60 | Memo/draft brief re Libby insurance issues (2.5); confer with PVNL re Libby issues (0.3); teleconference with Horkovich and PVNL re insurer discovery (0.4); teleconference with plan proponents' counsel re depositions directed at insurers (1.0); begin preparation for Frank depositions (0.4); review Finke deposition transcript (1.3); review Libby proposed order and email re same (0.2); review Posner deposition exhibits (0.5); emails to Harding re case issues (0.3); review discovery to claims handler witnesses (0.2); emails re Libby order (0.2); draft memo to EI re testimony (0.2); review Harding letter to Lacey and edits to same (0.1). |

| 05/18/09 | TEP | 270.00 | 5.50 | Legal research re substantive legal issue. |
| 05/19/09 | PVL | 840.00 | 1.50 | Review email and reply (.3); review 2 COCs re Whitehouse order (.1); email EI (.1); teleconference Horkovich (.6); review Judge Fitzgerald opinion re default interest (.2); review JP Morgan POR obj (.2). |
| 05/19/09 | EI | 920.00 | 0.20 | Reviewed claimants' inquiries (.2). |
| 05/19/09 | NDF | 610.00 | 7.50 | Edit and revise insurance section of trial brief for Libby confirmation issues (2.1); emails re insurance stipulation (0.5); confer with JPW re plan confirmation issues and his role in same (1.0); emails re deposition scheduling (0.5); prepare for Whitehouse and Frank depositions (0.5); review Peterson report to edit EI introduction to trial brief (0.5); emails to Harding et al re Libby issues (0.3); draft memo re proof at trial re insurance Libby issues (0.4); teleconference with EI re case issues (0.3); revise outline of proof at confirmation hearing (0.3); read Posner deposition (1.1). |
| 05/19/09 | ALV | 360.00 | 3.00 | Review of documents with NDF related to the W.R. Grace Chronology (1.2); review and preparation of documents related to the W.R. Grace Chronology (1.8). |
| 05/19/09 | TEP | 270.00 | 0.70 | Legal research re substantive legal issue (0.5); confer with JPW re same (0.2). |
| 05/20/09 | PVL | 840.00 | 0.80 | Review email and reply (.7); review NDF revised memo (.1). |
| 05/20/09 | NDF | 610.00 | 4.00 | Prepare for Frank deposition (3.0); edit testimony/opening to Libby trial brief (1.0). |
| 05/20/09 | ACM | 580.00 | 0.70 | Teleconference EI re insurance settlement agreements and review e-mails and chart re same. |
| 05/20/09 | ALV | 360.00 | 1.00 | Meeting with NDF and JPW regarding the W.R. Grace Chronology and related documents (0.5); review pleadings (0.5). |
| 05/21/09 | PVL | 840.00 | 2.10 | Review Allstate POR objs (.2); review multiple transmittals and email of POR objs (1.7); review revised ltr to Cohn (.2). |
| 05/21/09 | ALV | 360.00 | 0.90 | Review of pleadings. |

| 05/22/09 | PVL | 840.00 | 4.20 | Review email and reply (1.5); review Geico POR objs (.7); review drafts of Libby stip (.2); review draft Equitas agmt (.2); teleconference Horkovich (.7); review FFIC voting motion (.4); review Travelers POR obj (.5). |
| 05/22/09 | NDF | 610.00 | 6.00 | Read Whitehouse and Frank new reports (4.5); read Libby claimants' plan objections (1.5). |
| 05/23/09 | PVL | 840.00 | 3.40 | Review KCM email and reply (.2); review One Beacon POR objs (.6); review Gen Ins POR objs (.2); review Frank & Whitehouse responses to Ory, Welch, Freidman, Parker 4/6/09, Henry and Stockman (1); review Molgaard sur-rebuttal report (.7); review Frank & Whitehouse sur-rebuttal reports (.7). |
| 05/24/09 | PVL | 840.00 | 4.30 | Review 4 miscellaneous POR objs (.2); review UST POR obj (.1); review Bank Lender POR objs (.3); review UCC POR objs (.2); review Longacre POR objs (.1); review Whitehouse sur-rebuttal report (.7); review Arrowood POR release objs (.8); review Edwards POR objs and email EI et al (.3); review Garlock POR objs (.3); review AMH POR objs voting motion (.4); review CNA POR objs (.8); review MCC POR objs (.1). |
| 05/25/09 | PVL | 840.00 | 6.10 | Review FFIC surety claim obj to POR (.5); review LMC POR objs (.2); review Fed Ins POR objs (.3); review Arrowood POR objs (.3); review FFIC POR objs (.4); review Montana POR objs (.3); review BNSF POR objs (.3); review Scotts POR objs (.6); review Libby cls POR objs (1.9); review 5/14 transcript (1.3) |
| 05/25/09 | NDF | 610.00 | 5.80 | Read expert witness reports and prepare for depositions (3.7); read insurer plan objections (2.1). |
| 05/26/09 | PVL | 840.00 | 1.70 | Review email and reply (.5); teleconference EI (.1); confer KCM (.1); review draft Arrowood agmt (.1); email Horkovich re same (.9). |
| 05/26/09 | ACM | 580.00 | 1.00 | Review objection of Edwards claimants (.7); teleconference EI re TDP issue and review same (.3). |
| 05/26/09 | JAL | 495.00 | 2.20 | Review and analysis of plan confirmation objections. |

| 05/26/09 | JAL | 495.00 | 0.20 | E-mail exchanges w/M. Hurford re: next week's omnibus. |
| 05/26/09 | JAL | 495.00 | 1.80 | Review and analysis of correspondence relating to plan confirmation issues. |
| 05/26/09 | JAL | 495.00 | 1.60 | Office conf. w/KCM re: plan confirmation issues. |
| 05/26/09 | TEP | 270.00 | 0.30 | Legal research re substantive legal issue. |
| 05/27/09 | PVL | 840.00 | 5.90 | Review draft ins neutrality brief (.4); review email and reply (.7); review Horkovich email and reply (.3); teleconference Freedman (1); review draft Travelers TS (.1); review draft motion to strike Priest & Shein and email comments re same (.5); confer ACM (.4); teleconference EI and ACM (.2); review St. Paul POR objs (.1); review PVNL depo tr (2.2). |
| 05/27/09 | NDF | 610.00 | 0.80 | Review and respond to emails re case issues. |
| 05/27/09 | ACM | 580.00 | 1.60 | Conference PVNL re insurance issues (.4); review materials re same (.7); teleconference PVNL, EI re same (.3); teleconference M. Eskin re Garlock objection (.2). |
| 05/27/09 | JAL | 495.00 | 2.50 | Review and analysis of final confirmation objections. |
| 05/27/09 | JAL | 495.00 | 0.40 | Review and comments on draft motion in limine to exclude expert testimony. |
| 05/27/09 | JAL | 495.00 | 0.40 | Meeting w/KCM re: plan confirmation issues and Phase I briefing. |
| 05/27/09 | JAL | 495.00 | 0.90 | Review and analysis of materials relating to confirmation issues and objections. |
| 05/27/09 | JAL | 495.00 | 2.30 | Review and analysis of draft Phase I trial brief. |
| 05/27/09 | JAL | 495.00 | 2.00 | Office conference w/KCM re: comments on draft Phase I trial brief. |
| 05/27/09 | TEP | 270.00 | 0.70 | Legal research re: substantive legal issue. |
| 05/28/09 | PVL | 840.00 | 2.60 | Review email and reply (.4); review PVNL depo tr (2.2). |
| 05/28/09 | NDF | 610.00 | 4.40 | Prepare for Frank and Whitehouse - trial cross and deposition questions. |

| 05/28/09 | JAL | 495.00 | 0.80 | Review and analysis of correspondence relating to plan issues. |
|---|---|---|---|---|
| 05/28/09 | JAL | 495.00 | 5.10 | Review and analysis of plan confirmation objections. |
| 05/28/09 | JAL | 495.00 | 0.40 | Tele. conf. w/KCM re: draft Phase I trial brief. |
| 05/28/09 | JAL | 495.00 | 0.60 | Review and analysis of materials relating to confirmation issues. |
| 05/28/09 | JAL | 495.00 | 0.70 | Drafted e-mails to NDF re: confirmation discovery issues. |
| 05/28/09 | JAL | 495.00 | 0.90 | Drafted and revised e-mail to NDF re: plan confirmation issue. |
| 05/28/09 | JAL | 495.00 | 0.40 | E-mail exchanges w/KCM re: comments on draft Phase I trial brief. |
| 05/29/09 | PVL | 840.00 | 2.10 | Review email and reply (.7); review MIL re Priest & Shein and motion to shorten time (.2); review CNA resp to motion to shorten (.1); review AKO memo and Horkovich email re ins and reply (.3); review draft Phase I brief (.3); email Freedman et al (.3); review revised draft Arrowood agmt (.2). |
| 05/29/09 | NDF | 610.00 | 6.40 | Prepare for Frank and Whitehouse - trial cross and deposition questions (3.9); read Peterson reports to prepare to defend Peterson deposition (2.0); teleconference with Stansbury re case issues (0.5). |
| 05/29/09 | ACM | 580.00 | 1.90 | Research re TDP footnote and exchange e-mails with PVNL re same (1.4); review Garlock objection (.5). |
| 05/29/09 | JAL | 495.00 | 6.20 | Review and analysis of final objections to plan confirmation. |
| 05/29/09 | JAL | 495.00 | 0.30 | Office conf. w/KCM re: draft Phase I trial brief. |
| 05/29/09 | JAL | 495.00 | 2.60 | Review and analysis of materials relating to confirmation issues. |
| 05/30/09 | PVL | 840.00 | 3.50 | Review Finke depo (2.1); correct PVNL depo tr (1.4). |
| 05/30/09 | NDF | 610.00 | 3.40 | Prepare for Frank deposition. |
| 05/31/09 | NDF | 610.00 | 2.00 | Prepare for Frank deposition. |

| 05/31/09 | JAL | 495.00 | 0.70 | Review and analysis of confirmation-related discovery materials. |
| 05/31/09 | JAL | 495.00 | 0.40 | Review and analysis of court's decision on default interest issue. |
| 05/31/09 | JAL | 495.00 | 0.70 | Review and analysis of materials relating to Phase II confirmation issues. |
| 05/31/09 | JAL | 495.00 | 0.30 | Drafted response e-mail to NDF re: discovery matter. |
| 05/31/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to NDF re: discovery issue. |

**Total Task Code .17**        **433.00**

**Tax Litigation (.20 Hours; $ 99.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Jeffrey A. Liesemer | .20 | $495 | 99.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/08/09 | JAL | 495.00 | 0.20 | Fourth tele. call w/M. Hurford re: opposition to Libby Claimants' motion. |

**Total Task Code .20**        **.20**

**Travel – Non Working (27.00 Hours; $ 9,057.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 11.40 | $420 | 4,788.00 |
| Nathan D. Finch | 7.10 | $305 | 2,165.50 |
| Jeffrey A. Liesemer | 8.50 | $247.50 | 2,103.75 |

| Trans | Empl | Bill | Billing |

| Date | Init | Rate | Hours | Full Narrative |
|------|------|------|-------|----------------|
| 05/07/09 | PVL | 420.00 | 4.10 | Travel to/from Philadelphia for depo. |
| 05/13/09 | NDF | 305.00 | 3.10 | Travel to Pittsburgh for hearing. |
| 05/13/09 | JAL | 247.50 | 4.00 | Travel from DC to Pittsburgh for tomorrow's hearing on discovery motions. |
| 05/14/09 | PVL | 420.00 | 7.30 | Travel to/from Chicago. |
| 05/14/09 | NDF | 305.00 | 4.00 | Travel back to DC. |
| 05/14/09 | JAL | 247.50 | 4.50 | Travel from Pittsburgh to DC following hearing on discovery motions. |

**Total Task Code .21**     **27.00**


**<u>Fee Auditor Matters (3.00 Hours; $ 1,590.00)</u>**

| Attorney | | Number of Hours | | Billing Rate | Value |
|----------|---|-----------------|---|--------------|-------|
| Rita C. Tobin | | 3.00 | | $530 | 1,590.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 05/04/09 | RCT | 530.00 | 1.00 | Address fee auditor issues (1.0) |
| 05/18/09 | RCT | 530.00 | 0.50 | Address Fee Auditor issues (.5) |
| 05/26/09 | RCT | 530.00 | 1.50 | Work on Fee Auditor response (1.5) |

**Total Task Code .32**     **3.00**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,290.80 |
| Air Freight & Express Mail | 369.60 |
| Conference Meals | 415.64 |
| Court Reporting/Transcript Service | 5,339.40 |
| Database Research | 5,867.48 |
| Long Distance-Equitrac In-House | 12.55 |
| Meals Related to Travel | 523.88 |
| NYO Long Distance Telephone | 138.88 |
| Postage & Air Freight | 226.62 |
| Professional Fees & Expert Witness Fees | 26,931.25 |
| Research Material | 132.96 |
| Travel Expenses - Ground Transportation | 625.45 |
| Travel Expenses - Hotel Charges | 685.97 |
| Travel Expenses - Miscellaneous | 5.00 |
| Xeroxing | 2,216.00 |

**Total:** **$ 44,781.48**

{D0156557.1 }