**EXHIBIT B**

**Case Administration (167.50 Hours; $ 91,699.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        167.50

**Claim Analysis Objection & Resolution (Asbestos) (.20 Hours; $ 168.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**        .20

**Committee, Creditors', Noteholders' or Equity Holders' (.50 Hours; $ 265.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**        .50

**Employee Benefits/Pension (.30 Hours; $ 252.00)**

Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08**        .30

**Fee Applications, Applicant (6.80 Hours; $ 2,791.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**        6.80

**Litigation and Litigation Consulting (184.60 Hours; $ 99,946.00)**

{D0156558.1 }
DOC#151898

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        184.60**

**Plan & Disclosure Statement (433.00 Hours; $ 246,161.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        433.00**

**Tax Litigation (.20 Hours; $ 99.00)**

Services rendered in this category relate to adversary actions and other litigation regarding the Debtors' tax liabilities or tax matters relating to a potential reorganization plan.

**Total Task Code .20        .20**

**Travel – Non Working (27.00 Hours; $ 9,057.25)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        27.00**

**Fee Auditor Matters (3.00 Hours; $ 1,590.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        3.00**