## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,290.80 |
| Air Freight & Express Mail | 369.60 |
| Conference Meals | 415.64 |
| Court Reporting/Transcript Service | 5,339.40 |
| Database Research | 5,867.48 |
| Long Distance-Equitrac In-House | 12.55 |
| Meals Related to Travel | 523.88 |
| NYO Long Distance Telephone | 138.88 |
| Postage & Air Freight | 226.62 |
| Professional Fees & Expert Witness Fees | 26,931.25 |
| Research Material | 132.96 |
| Travel Expenses - Ground Transportation | 625.45 |
| Travel Expenses - Hotel Charges | 685.97 |
| Travel Expenses - Miscellaneous | 5.00 |
| Xeroxing | 2,216.00 |
| **Total:** | **$ 44,781.48** |

{D0156559.1 }