```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                        Page: 1
Matter      000                    Disbursements                                                                   6/18/2009

                                                                                              Print Date/Time: 06/18/2009 11:07:46AM
Attn:
                                                                                                                   Invoice #
                                    PREBILL / CONTROL  REPORT


                                                                           Trans Date Range:   1/1/1950  to: 5/31/2009

Matter       000
Disbursements

Bill Cycle:       Monthly         Style:         i1        Start:    4/16/2001    Last Billed :     5/26/2009           13,655

                                  $4,759.14
Client Retainers Available                       Committed to Invoices:        $0.00       Remaining:        $4,759.14


                                                          $3,275,621.41
                                   Total Expenses Billed To Date          Billing Empl:         0120     Elihu   Inselbuch
                                                                          Responsible Empl:     0120     Elihu   Inselbuch
                                                                          Alternate Empl:       0120     Elihu   Inselbuch
                                                                          Originating Empl:     0120     Elihu   Inselbuch
```

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- |  | ---------- B I L L I N G --------- |  |
| --- | --- | --- | --- | --- | --- | --- |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 26,798.70 | 0.00 | 26,798.70 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 4,529.24 | 0.00 | 4,529.24 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 13.00 | 0.00 | 13.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 357.19 | 0.00 | 357.19 |
| 0187 | NDF | Nathan D Finch | 0.00 | 6,866.81 | 0.00 | 3,770.81 |
| 0208 | SNC | Stephanie N Clark | 0.00 | 0.60 | 0.00 | 0.60 |
| 0210 | CJ | Charles  Joyner | 0.00 | 366.50 | 0.00 | 366.50 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 124.00 | 0.00 | 124.00 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 0.20 | 0.00 | 0.20 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 96.20 | 0.00 | 96.20 |
| 0243 | IH | Iris  Houston | 0.00 | 181.50 | 0.00 | 181.50 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 122.90 | 0.00 | 122.90 |
| 0308 | DBS | David B Smith | 0.00 | 9.70 | 0.00 | 9.70 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 755.64 | 0.00 | 755.64 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 0.80 | 0.00 | 0.80 |
| 0333 | MCG | Michael C Greene | 0.00 | 428.86 | 0.00 | 428.86 |
| 0365 | SZE | Sarah Z Emamjomeh | 0.00 | 0.50 | 0.00 | 0.50 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 41.51 | 0.00 | 41.51 |
| 0380 | EB | Eugenia  Benetos | 0.00 | 3.10 | 0.00 | 3.10 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 7,180.53 | 0.00 | 7,180.53 |
| **Total Fees** |  |  | **0.00** | **47,877.48** | **0.00** | **44,781.48** |

{D0156561.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

Invoice #

**Detail Time / Expense by Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G ---------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2371960 | Photocopy | E | 05/01/2009 | 0020 | PVL | | 0.00 | $6.00 | | 0.00 | $6.00 | 6.00 |
| 2371962 | Photocopy | E | 05/01/2009 | 0020 | PVL | | 0.00 | $7.50 | | 0.00 | $7.50 | 13.50 |
| 2372000 | Photocopy | E | 05/01/2009 | 0999 | C&D | | 0.00 | $8.80 | | 0.00 | $8.80 | 22.30 |
| 2372041 | Photocopy | E | 05/01/2009 | 0999 | C&D | | 0.00 | $0.30 | | 0.00 | $0.30 | 22.60 |
| 2373301 | Federal Express -Delivery to L.Welch, 3/17/09 (MAF) | E | 05/04/2009 | 0367 | MAF | | 0.00 | $12.41 | | 0.00 | $12.41 | 35.01 |
| 2373358 | Lawsons Gourmet Provisions -(20) Persons Client Luncheon, 5/1/09 (NDF/PVNL) | E | 05/04/2009 | 0187 | NDF | | 0.00 | $284.71 | | 0.00 | $284.71 | 319.72 |
| 2373359 | Lawsons Gourmet Provisions -(20) Persons Client Breakfast, 5/1/09 (NDF/PVNL) | E | 05/04/2009 | 0187 | NDF | | 0.00 | $130.93 | | 0.00 | $130.93 | 450.65 |
| 2373371 | Pacer Service Center, re: Research Material, 1/1/09 - 3/31/09 (MCG/DBS) | E | 05/04/2009 | 0333 | MCG | | 0.00 | $132.96 | | 0.00 | $132.96 | 583.61 |
| 2373621 | Equitrac - Long Distance to 16179512505 | E | 05/04/2009 | 0999 | C&D | | 0.00 | $0.16 | | 0.00 | $0.16 | 583.77 |
| 2373669 | Equitrac - Long Distance to 13024269910 | E | 05/04/2009 | 0999 | C&D | | 0.00 | $0.76 | | 0.00 | $0.76 | 584.53 |
| 2373677 | Equitrac - Long Distance to 13128622819 | E | 05/04/2009 | 0999 | C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 584.57 |
| 2373695 | Equitrac - Long Distance to 17183563720 | E | 05/04/2009 | 0999 | C&D | | 0.00 | $0.48 | | 0.00 | $0.48 | 585.05 |

{D0156561.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2373696 | Equitrac - Long Distance to 13024269910 | E | 05/04/2009 | 0999 | | 0.00 | $0.28 | 0.00 | $0.28 | 585.33 |
| 2370882 | Equitrac - Long Distance to 15613621533 | E | 05/04/2009 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 585.81 |
| 2370931 | Equitrac - Long Distance to 12146684860 | E | 05/04/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 585.89 |
| 2370932 | Equitrac - Long Distance to 12146684860 | E | 05/04/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 585.97 |
| 2380890 | Photocopy | E | 05/04/2009 | 0333 | MCG | 0.00 | $0.60 | 0.00 | $0.60 | 586.57 |
| 2380923 | Photocopy | E | 05/04/2009 | 0255 | DAT | 0.00 | $24.10 | 0.00 | $24.10 | 610.67 |
| 2380926 | Photocopy | E | 05/04/2009 | 0255 | DAT | 0.00 | $11.80 | 0.00 | $11.80 | 622.47 |
| 2380928 | Photocopy | E | 05/04/2009 | 0317 | JAL | 0.00 | $6.40 | 0.00 | $6.40 | 628.87 |
| 2380950 | Photocopy | E | 05/05/2009 | 0999 | C&D | 0.00 | $24.30 | 0.00 | $24.30 | 653.17 |
| 2380953 | Photocopy | E | 05/05/2009 | 0243 | IH | 0.00 | $118.20 | 0.00 | $118.20 | 771.37 |
| 2380958 | Photocopy | E | 05/05/2009 | 0255 | DAT | 0.00 | $3.50 | 0.00 | $3.50 | 774.87 |
| 2380959 | Photocopy | E | 05/05/2009 | 0237 | SRB | 0.00 | $0.20 | 0.00 | $0.20 | 775.07 |
| 2380963 | Photocopy | E | 05/05/2009 | 0255 | DAT | 0.00 | $2.90 | 0.00 | $2.90 | 777.97 |
| 2381018 | Photocopy | E | 05/05/2009 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 778.47 |
| 2373885 | Equitrac - Long Distance to 17138051815 | E | 05/05/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 778.75 |
| 2373886 | Equitrac - Long Distance to 19043211587 | E | 05/05/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 778.91 |
| 2373974 | Equitrac - Long Distance to 13024269910 | E | 05/06/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 778.95 |
| 2381062 | Photocopy | E | 05/06/2009 | 0999 | C&D | 0.00 | $11.30 | 0.00 | $11.30 | 790.25 |
| | | | | | SRB | | | | | |

{D0156561.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | Disbursements | | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2381201 | Photocopy | E | 05/07/2009 | 0237 | | 0.00 | $15.00 | 0.00 | $15.00 | 805.25 |
| | | | | | MCG | | | | | |
| 2381224 | Photocopy | E | 05/07/2009 | 0333 | | 0.00 | $3.00 | 0.00 | $3.00 | 808.25 |
| | | | | | JAL | | | | | |
| 2374220 | Jeffrey A. Liesemer -Meals for travel to/from New York, NY, re: Grace Plan Confirmation Mtg., 4/13/09 - 4/14/09 | E | 05/07/2009 | 0317 | | 0.00 | $115.98 | 0.00 | $115.98 | 924.23 |
| | | | | | JAL | | | | | |
| 2374221 | Jeffrey A. Liesemer -NY Marriott Hotel 1-Night Lodging Expense for travel to/from New York, NY, re: Grace Plan Confirmation Mtg., 4/13/09 - 4/14/09 | E | 05/07/2009 | 0317 | | 0.00 | $345.11 | 0.00 | $345.11 | 1,269.34 |
| | | | | | JAL | | | | | |
| 2374222 | Jeffrey A. Liesemer -Cab & Subway Fares for travel to/from New York, NY, re: Grace Plan Confirmation Mtg., 4/13/09 - 4/14/09 | E | 05/07/2009 | 0317 | | 0.00 | $22.00 | 0.00 | $22.00 | 1,291.34 |
| | | | | | JAL | | | | | |
| 2374223 | Jeffrey A. Liesemer -Misc. Gratuities for travel to/from New York, NY, re: Grace Plan Confirmation Mtg., 4/13/09 - 4/14/09 | E | 05/07/2009 | 0317 | | 0.00 | $5.00 | 0.00 | $5.00 | 1,296.34 |
| | | | | | NDF | | | | | |
| 2374227 | BostonCoach Corporation -Car Svc. to JFK Airport, 4/15/09 (NDF) | E | 05/07/2009 | 0187 | | 0.00 | $166.10 | 0.00 | $166.10 | 1,462.44 |
| | | | | | JAL | | | | | |
| 2374228 | BostonCoach Corporation -Car Svc. to/from NY Marriott Hotel, 4/13/09 - 4/14/09 (JAL) | E | 05/07/2009 | 0317 | | 0.00 | $248.15 | 0.00 | $248.15 | 1,710.59 |
| | | | | | C&D | | | | | |
| 2374271 | Equitrac - Long Distance to 17138051815 | E | 05/07/2009 | 0999 | | 0.00 | $0.32 | 0.00 | $0.32 | 1,710.91 |
| | | | | | C&D | | | | | |
| 2374307 | Equitrac - Long Distance to 13024269910 | E | 05/07/2009 | 0999 | | 0.00 | $0.04 | 0.00 | $0.04 | 1,710.95 |
| | | | | | C&D | | | | | |
| 2374348 | Equitrac - Long Distance to 13024261900 | E | 05/08/2009 | 0999 | | 0.00 | $0.24 | 0.00 | $0.24 | 1,711.19 |
| | | | | | C&D | | | | | |
| 2374384 | Equitrac - Long Distance to 13024269910 | E | 05/08/2009 | 0999 | | 0.00 | $0.04 | 0.00 | $0.04 | 1,711.23 |
| | | | | | C&D | | | | | |
| 2374387 | Equitrac - Long Distance to 19174450518 | E | 05/08/2009 | 0999 | | 0.00 | $0.04 | 0.00 | $0.04 | 1,711.27 |
| | | | | | C&D | | | | | |
| 2374407 | Equitrac - Long Distance to 12122781322 | E | 05/08/2009 | 0999 | | 0.00 | $0.04 | 0.00 | $0.04 | 1,711.31 |
| | | | | | C&D | | | | | |
| 2374408 | Equitrac - Long Distance to 13024269910 | E | 05/08/2009 | 0999 | | 0.00 | $0.24 | 0.00 | $0.24 | 1,711.55 |
| | | | | | C&D | | | | | |
| 2374413 | Equitrac - Long Distance to 13024269910 | E | 05/08/2009 | 0999 | | 0.00 | $0.76 | 0.00 | $0.76 | 1,712.31 |

{D0156561.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2381278 | Photocopy | | E | 05/08/2009 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 1,712.91 |
| 2381279 | Photocopy | | E | 05/08/2009 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 1,713.01 |
| 2381283 | Photocopy | | E | 05/08/2009 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 1,713.31 |
| 2381312 | Photocopy | | E | 05/08/2009 | 0255 | DAT | 0.00 | $2.80 | 0.00 | $2.80 | 1,716.11 |
| 2381355 | Photocopy | | E | 05/11/2009 | 0237 | SRB | 0.00 | $6.20 | 0.00 | $6.20 | 1,722.31 |
| 2381360 | Photocopy | | E | 05/11/2009 | 0237 | SRB | 0.00 | $6.20 | 0.00 | $6.20 | 1,728.51 |
| 2381367 | Photocopy | | E | 05/11/2009 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 1,729.31 |
| 2381393 | Photocopy | | E | 05/11/2009 | 0220 | SKL | 0.00 | $7.90 | 0.00 | $7.90 | 1,737.21 |
| 2381397 | Photocopy | | E | 05/11/2009 | 0220 | SKL | 0.00 | $13.90 | 0.00 | $13.90 | 1,751.11 |
| 2381407 | Photocopy | | E | 05/11/2009 | 0308 | DBS | 0.00 | $3.10 | 0.00 | $3.10 | 1,754.21 |
| 2381414 | Photocopy | | E | 05/11/2009 | 0333 | MCG | 0.00 | $3.10 | 0.00 | $3.10 | 1,757.31 |
| 2381416 | Photocopy | | E | 05/11/2009 | 0243 | IH | 0.00 | $0.80 | 0.00 | $0.80 | 1,758.11 |
| 2381417 | Photocopy | | E | 05/11/2009 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 1,758.91 |
| 2381419 | Photocopy | | E | 05/11/2009 | 0220 | SKL | 0.00 | $2.60 | 0.00 | $2.60 | 1,761.51 |
| 2381422 | Photocopy | | E | 05/11/2009 | 0333 | MCG | 0.00 | $1.00 | 0.00 | $1.00 | 1,762.51 |
| 2381427 | Photocopy | | E | 05/11/2009 | 0210 | CJ | 0.00 | $7.80 | 0.00 | $7.80 | 1,770.31 |
| 2381431 | Photocopy | | E | 05/11/2009 | 0317 | JAL | 0.00 | $3.10 | 0.00 | $3.10 | 1,773.41 |
| 2381433 | Photocopy | | E | 05/11/2009 | 0333 | MCG | 0.00 | $12.20 | 0.00 | $12.20 | 1,785.61 |

{D0156561.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2381443 | Photocopy | | E | 05/11/2009 | 0220 | SKL | 0.00 | $1.50 | 0.00 | $1.50 | 1,787.11 |
| 2381444 | Photocopy | | E | 05/11/2009 | 0208 | SNC | 0.00 | $0.60 | 0.00 | $0.60 | 1,787.71 |
| 2381448 | Photocopy | | E | 05/11/2009 | 0327 | ALV | 0.00 | $0.70 | 0.00 | $0.70 | 1,788.41 |
| 2374467 | Equitrac - Long Distance to 19785353029 | E | 05/11/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 1,788.45 |
| 2374493 | Equitrac - Long Distance to 12123082735 | E | 05/11/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 1,788.53 |
| 2374503 | Equitrac - Long Distance to 17182547218 | E | 05/11/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 1,788.57 |
| 2374677 | Postage | | E | 05/12/2009 | 0999 | C&D | 0.00 | $0.42 | 0.00 | $0.42 | 1,788.99 |
| 2374787 | Postage | | E | 05/12/2009 | 0999 | C&D | 0.00 | $12.34 | 0.00 | $12.34 | 1,801.33 |
| 2374788 | Postage | | E | 05/12/2009 | 0999 | C&D | 0.00 | $17.49 | 0.00 | $17.49 | 1,818.82 |
| 2374789 | Postage | | E | 05/12/2009 | 0999 | C&D | 0.00 | $20.25 | 0.00 | $20.25 | 1,839.07 |
| 2374790 | Postage | | E | 05/12/2009 | 0999 | C&D | 0.00 | $20.25 | 0.00 | $20.25 | 1,859.32 |
| 2375130 | Equitrac - Long Distance to 12123082735 | E | 05/12/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 1,859.56 |
| 2375140 | Equitrac - Long Distance to 13024269910 | E | 05/12/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 1,859.60 |
| 2375179 | Equitrac - Long Distance to 12123197125 | E | 05/12/2009 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 1,859.80 |
| 2375195 | Equitrac - Long Distance to 13024269910 | E | 05/12/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 1,859.84 |
| 2375202 | Equitrac - Long Distance to 13128622819 | E | 05/12/2009 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 1,860.20 |
| 2375203 | Equitrac - Long Distance to 13024269910 | E | 05/12/2009 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 1,860.40 |
| 2375204 | Equitrac - Long Distance to 13024269910 | E | 05/12/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 1,860.44 |
| | | | | | | NDF | | | | | |

{D0156561.1 }

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client Number:** 4642 | | **Grace Asbestos Personal Injury Claimants** | | | | | | | | Page: 1 |
| **Matter** 000 | | **Disbursements** | | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

| ID | Description | | Type | Date | Code | Init | | Amount | | Total | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2375339 | VisuaLex, LLC -Professional Svc., 4/16/09 - 4/30/09 (NDF) | | E | 05/12/2009 | 0187 | | 0.00 | $1,131.25 | 0.00 | $1,131.25 | 2,991.69 |
| 2375366 | Federal Express -Delivery to D.Greve, 4/21/09 (EI) | | E | 05/12/2009 | 0120 | EI | 0.00 | $18.29 | 0.00 | $18.29 | 3,009.98 |
| 2381454 | Photocopy | | E | 05/12/2009 | 0380 | EB | 0.00 | $0.50 | 0.00 | $0.50 | 3,010.48 |
| 2381456 | Photocopy | | E | 05/12/2009 | 0210 | CJ | 0.00 | $14.80 | 0.00 | $14.80 | 3,025.28 |
| 2381458 | Photocopy | | E | 05/12/2009 | 0210 | CJ | 0.00 | $36.10 | 0.00 | $36.10 | 3,061.38 |
| 2381459 | Photocopy | | E | 05/12/2009 | 0380 | EB | 0.00 | $0.40 | 0.00 | $0.40 | 3,061.78 |
| 2381461 | Photocopy | | E | 05/12/2009 | 0255 | DAT | 0.00 | $3.80 | 0.00 | $3.80 | 3,065.58 |
| 2381463 | Photocopy | | E | 05/12/2009 | 0380 | EB | 0.00 | $0.40 | 0.00 | $0.40 | 3,065.98 |
| 2381464 | Photocopy | | E | 05/12/2009 | 0380 | EB | 0.00 | $0.10 | 0.00 | $0.10 | 3,066.08 |
| 2381466 | Photocopy | | E | 05/12/2009 | 0317 | JAL | 0.00 | $9.90 | 0.00 | $9.90 | 3,075.98 |
| 2381472 | Photocopy | | E | 05/12/2009 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 3,076.28 |
| 2381498 | Photocopy | | E | 05/12/2009 | 0210 | CJ | 0.00 | $6.80 | 0.00 | $6.80 | 3,083.08 |
| 2381499 | Photocopy | | E | 05/12/2009 | 0210 | CJ | 0.00 | $23.90 | 0.00 | $23.90 | 3,106.98 |
| 2381506 | Photocopy | | E | 05/12/2009 | 0220 | SKL | 0.00 | $23.20 | 0.00 | $23.20 | 3,130.18 |
| 2381507 | Photocopy | | E | 05/12/2009 | 0210 | CJ | 0.00 | $24.80 | 0.00 | $24.80 | 3,154.98 |
| 2381510 | Photocopy | | E | 05/12/2009 | 0380 | EB | 0.00 | $0.20 | 0.00 | $0.20 | 3,155.18 |
| 2381513 | Photocopy | | E | 05/12/2009 | 0380 | EB | 0.00 | $0.10 | 0.00 | $0.10 | 3,155.28 |
| 2381514 | Photocopy | | E | 05/12/2009 | 0243 | IH | 0.00 | $0.10 | 0.00 | $0.10 | 3,155.38 |

{D0156561.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter 000 | | Disbursements | | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2381516 | Photocopy | | E | 05/12/2009 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 3,155.48 |
| 2381533 | Photocopy | | E | 05/12/2009 | 0220 | SKL | 0.00 | $25.20 | 0.00 | $25.20 | 3,180.68 |
| 2381535 | Photocopy | | E | 05/12/2009 | 0380 | EB | 0.00 | $0.60 | 0.00 | $0.60 | 3,181.28 |
| 2381553 | Photocopy | | E | 05/12/2009 | 0380 | EB | 0.00 | $0.40 | 0.00 | $0.40 | 3,181.68 |
| 2381557 | Photocopy | | E | 05/12/2009 | 0210 | CJ | 0.00 | $69.00 | 0.00 | $69.00 | 3,250.68 |
| 2381559 | Photocopy | | E | 05/12/2009 | 0380 | EB | 0.00 | $0.20 | 0.00 | $0.20 | 3,250.88 |
| 2381561 | Photocopy | | E | 05/12/2009 | 0380 | EB | 0.00 | $0.10 | 0.00 | $0.10 | 3,250.98 |
| 2381562 | Photocopy | | E | 05/12/2009 | 0210 | CJ | 0.00 | $5.00 | 0.00 | $5.00 | 3,255.98 |
| 2381565 | Photocopy | | E | 05/12/2009 | 0380 | EB | 0.00 | $0.10 | 0.00 | $0.10 | 3,256.08 |
| 2381567 | Photocopy | | E | 05/12/2009 | 0220 | SKL | 0.00 | $3.50 | 0.00 | $3.50 | 3,259.58 |
| 2381574 | Photocopy | | E | 05/13/2009 | 0999 | C&D | 0.00 | $35.70 | 0.00 | $35.70 | 3,295.28 |
| 2381584 | Photocopy | | E | 05/13/2009 | 0210 | CJ | 0.00 | $16.90 | 0.00 | $16.90 | 3,312.18 |
| 2381625 | Photocopy | | E | 05/13/2009 | 0999 | C&D | 0.00 | $11.70 | 0.00 | $11.70 | 3,323.88 |
| 2375233 | ADA Travel, Inc. -First Class Airfare travel to/from Los Angeles, CA, 6/8/09 - 6/10/09 (NDF) (Coach $1119.20) | | E | 05/13/2009 | 0187 | NDF | 0.00 | $4,215.20 | 0.00 | $1,119.20 | 4,443.08 |
| 2375234 | ADA Travel, Inc. -Agent Fee, re: First Class Airfare travel to/from Los Angeles, CA, 6/8/09 - 6/10/09 (NDF) (Coach $1119.20) | | E | 05/13/2009 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 4,483.08 |
| 2381675 | Photocopy | | E | 05/14/2009 | 0999 | C&D | 0.00 | $24.30 | 0.00 | $24.30 | 4,507.38 |
| 2381682 | Photocopy | | E | 05/14/2009 | 0999 | C&D | 0.00 | $19.40 | 0.00 | $19.40 | 4,526.78 |

{D0156561.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2381705 | Photocopy | | E | 05/14/2009 | 0999 | C&D | 0.00 | $15.50 | 0.00 | $15.50 | 4,542.28 |
| 2381728 | Photocopy | | E | 05/14/2009 | 0327 | ALV | 0.00 | $0.10 | 0.00 | $0.10 | 4,542.38 |
| 2381729 | Photocopy | | E | 05/14/2009 | 0232 | LK | 0.00 | $0.10 | 0.00 | $0.10 | 4,542.48 |
| 2381751 | Photocopy | | E | 05/15/2009 | 0220 | SKL | 0.00 | $7.00 | 0.00 | $7.00 | 4,549.48 |
| 2381806 | Photocopy | | E | 05/15/2009 | 0308 | DBS | 0.00 | $6.60 | 0.00 | $6.60 | 4,556.08 |
| 2375854 | Equitrac - Long Distance to 13128622819 | | E | 05/15/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 4,556.24 |
| 2375891 | Petty Cash -Meals for travel to Philadelphia, PA, 5/7/09 (PVNL) | | E | 05/18/2009 | 0020 | PVL | 0.00 | $22.34 | 0.00 | $22.34 | 4,578.58 |
| 2375892 | Petty Cash -Parking at DC Union Station for travel to Philadelphia, PA, 5/7/09 (PVNL) | | E | 05/18/2009 | 0020 | PVL | 0.00 | $17.00 | 0.00 | $17.00 | 4,595.58 |
| 2377108 | Texas Lung Institute, P.A. -Expert Fees, 4/2009 (BSB) | | E | 05/18/2009 | 0001 | BSB | 0.00 | $23,000.00 | 0.00 | $23,000.00 | 27,595.58 |
| 2377119 | Nathan D. Finch -Meals for travel to/from Pittsburgh, PA, re: Hearing, 5/13/09 - 5/14/09 | | E | 05/18/2009 | 0187 | NDF | 0.00 | $334.96 | 0.00 | $334.96 | 27,930.54 |
| 2377120 | Nathan D. Finch -Omni Hotel 1-Night Lodging Expense for travel to/from Pittsburgh, PA, re: Hearing, 5/13/09 - 5/14/09 | | E | 05/18/2009 | 0187 | NDF | 0.00 | $340.86 | 0.00 | $340.86 | 28,271.40 |
| 2377121 | Nathan D. Finch -Cab Fares for travel to/from Pittsburgh, PA, re: Hearing, 5/13/09 - 5/14/09 | | E | 05/18/2009 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 28,311.40 |
| 2377221 | Equitrac - Long Distance to 12156652147 | | E | 05/18/2009 | 0999 | C&D | 0.00 | $2.00 | 0.00 | $2.00 | 28,313.40 |
| 2381817 | Photocopy | | E | 05/18/2009 | 0210 | CJ | 0.00 | $20.50 | 0.00 | $20.50 | 28,333.90 |
| 2381818 | Photocopy | | E | 05/18/2009 | 0333 | MCG | 0.00 | $0.80 | 0.00 | $0.80 | 28,334.70 |
| 2381819 | Photocopy | | E | 05/18/2009 | 0333 | MCG | 0.00 | $6.70 | 0.00 | $6.70 | 28,341.40 |

{D0156561.1 }

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Client Number: 4642** | | | **Grace Asbestos Personal Injury Claimants** | | | | | | Page: 1 |
| **Matter     000** | | | **Disbursements** | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2381820 | Photocopy | | E | 05/18/2009 | 0333 | MCG | 0.00 | $2.60 | 0.00 | $2.60 | 28,344.00 |
| 2381822 | Photocopy | | E | 05/18/2009 | 0333 | MCG | 0.00 | $6.90 | 0.00 | $6.90 | 28,350.90 |
| 2381850 | Photocopy | | E | 05/18/2009 | 0210 | CJ | 0.00 | $61.90 | 0.00 | $61.90 | 28,412.80 |
| 2381856 | Photocopy | | E | 05/18/2009 | 0210 | CJ | 0.00 | $14.10 | 0.00 | $14.10 | 28,426.90 |
| 2381857 | Photocopy | | E | 05/18/2009 | 0220 | SKL | 0.00 | $2.20 | 0.00 | $2.20 | 28,429.10 |
| 2381879 | Photocopy | | E | 05/18/2009 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 28,429.30 |
| 2381905 | Photocopy | | E | 05/19/2009 | 0220 | SKL | 0.00 | $4.40 | 0.00 | $4.40 | 28,433.70 |
| 2381923 | Photocopy | | E | 05/19/2009 | 0255 | DAT | 0.00 | $19.80 | 0.00 | $19.80 | 28,453.50 |
| 2381929 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 28,454.60 |
| 2381931 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $3.30 | 0.00 | $3.30 | 28,457.90 |
| 2381960 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $2.00 | 0.00 | $2.00 | 28,459.90 |
| 2381963 | Photocopy | | E | 05/19/2009 | 0220 | SKL | 0.00 | $4.80 | 0.00 | $4.80 | 28,464.70 |
| 2381964 | Photocopy | | E | 05/19/2009 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 28,464.90 |
| 2381967 | Photocopy | | E | 05/19/2009 | 0220 | SKL | 0.00 | $3.80 | 0.00 | $3.80 | 28,468.70 |
| 2381973 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $61.00 | 0.00 | $61.00 | 28,529.70 |
| 2381975 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $4.00 | 0.00 | $4.00 | 28,533.70 |
| 2381991 | Photocopy | | E | 05/19/2009 | 0255 | DAT | 0.00 | $19.80 | 0.00 | $19.80 | 28,553.50 |
| 2381997 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 28,554.60 |
| 2381999 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $3.30 | 0.00 | $3.30 | 28,557.90 |

{D0156561.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2382026 | Photocopy | | E | 05/19/2009 | 0220 | SKL | 0.00 | $4.80 | 0.00 | $4.80 | 28,562.70 |
| 2382027 | Photocopy | | E | 05/19/2009 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 28,562.90 |
| 2382030 | Photocopy | | E | 05/19/2009 | 0220 | SKL | 0.00 | $3.80 | 0.00 | $3.80 | 28,566.70 |
| 2382036 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $61.00 | 0.00 | $61.00 | 28,627.70 |
| 2382038 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $4.00 | 0.00 | $4.00 | 28,631.70 |
| 2382051 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $64.50 | 0.00 | $64.50 | 28,696.20 |
| 2382061 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $7.90 | 0.00 | $7.90 | 28,704.10 |
| 2382064 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $4.90 | 0.00 | $4.90 | 28,709.00 |
| 2382079 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $64.50 | 0.00 | $64.50 | 28,773.50 |
| 2382089 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $7.90 | 0.00 | $7.90 | 28,781.40 |
| 2382092 | Photocopy | | E | 05/19/2009 | 0999 | C&D | 0.00 | $4.90 | 0.00 | $4.90 | 28,786.30 |
| 2378527 | Equitrac - Long Distance to 14074035546 | | E | 05/19/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 28,786.34 |
| 2378625 | Equitrac - Long Distance to 12122781322 | | E | 05/19/2009 | 0999 | C&D | 0.00 | $2.27 | 0.00 | $2.27 | 28,788.61 |
| 2378718 | Postage | | E | 05/20/2009 | 0999 | C&D | 0.00 | $35.36 | 0.00 | $35.36 | 28,823.97 |
| 2378817 | Nathan D. Finch -Meals for travel to/from New York, NY, re: Hearing, 4/14/09 | | E | 05/20/2009 | 0187 | NDF | 0.00 | $50.60 | 0.00 | $50.60 | 28,874.57 |
| 2378819 | Magna Legal Services LLC -Transcripts, re: Job #25579, 5/1/09 (PVNL) | | E | 05/20/2009 | 0020 | PVL | 0.00 | $3,082.40 | 0.00 | $3,082.40 | 31,956.97 |
| 2378820 | Magna Legal Services LLC -Transcript, re: Job #26048, 5/4/09 (PVNL) | | E | 05/20/2009 | 0020 | PVL | 0.00 | $1,262.40 | 0.00 | $1,262.40 | 33,219.37 |

C&D

{D0156561.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2379227 | Equitrac - Long Distance to 14068621532 | E | 05/20/2009 | 0999 | | 0.00 | $0.16 | 0.00 | $0.16 | 33,219.53 |
| 2379250 | Equitrac - Long Distance to 14068621532 | E | 05/20/2009 | 0999 | C&D | 0.00 | $0.64 | 0.00 | $0.64 | 33,220.17 |
| 2382110 | Photocopy | E | 05/20/2009 | 0333 | MCG | 0.00 | $31.70 | 0.00 | $31.70 | 33,251.87 |
| 2382142 | Photocopy | E | 05/20/2009 | 0255 | DAT | 0.00 | $3.00 | 0.00 | $3.00 | 33,254.87 |
| 2382149 | Photocopy | E | 05/20/2009 | 0243 | IH | 0.00 | $0.20 | 0.00 | $0.20 | 33,255.07 |
| 2382179 | Photocopy | E | 05/20/2009 | 0999 | C&D | 0.00 | $7.80 | 0.00 | $7.80 | 33,262.87 |
| 2382181 | Photocopy | E | 05/20/2009 | 0999 | C&D | 0.00 | $2.80 | 0.00 | $2.80 | 33,265.67 |
| 2382193 | Photocopy | E | 05/20/2009 | 0243 | IH | 0.00 | $0.10 | 0.00 | $0.10 | 33,265.77 |
| 2382232 | Photocopy | E | 05/20/2009 | 0999 | C&D | 0.00 | $446.20 | 0.00 | $446.20 | 33,711.97 |
| 2382242 | Photocopy | E | 05/21/2009 | 0255 | DAT | 0.00 | $5.50 | 0.00 | $5.50 | 33,717.47 |
| 2382256 | Photocopy | E | 05/21/2009 | 0243 | IH | 0.00 | $61.50 | 0.00 | $61.50 | 33,778.97 |
| 2382263 | Photocopy | E | 05/21/2009 | 0365 | SZE | 0.00 | $0.50 | 0.00 | $0.50 | 33,779.47 |
| 2382270 | Photocopy | E | 05/21/2009 | 0243 | IH | 0.00 | $0.60 | 0.00 | $0.60 | 33,780.07 |
| 2382308 | Photocopy | E | 05/21/2009 | 0054 | WBS | 0.00 | $13.00 | 0.00 | $13.00 | 33,793.07 |
| 2382321 | Photocopy | E | 05/21/2009 | 0999 | C&D | 0.00 | $6.30 | 0.00 | $6.30 | 33,799.37 |
| 2382326 | Photocopy | E | 05/21/2009 | 0999 | C&D | 0.00 | $6.30 | 0.00 | $6.30 | 33,805.67 |
| 2382329 | Photocopy | E | 05/21/2009 | 0999 | C&D | 0.00 | $3.30 | 0.00 | $3.30 | 33,808.97 |
| 2382333 | Photocopy | E | 05/21/2009 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 33,810.07 |
| 2379288 | ADA Travel, Inc. -Business Class Amtrak Train | E | 05/21/2009 | 0020 | PVL | 0.00 | $259.00 | 0.00 | $259.00 | 34,069.07 |

{D0156561.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

Invoice #

Fare to/from Philadelphia, PA, 5/7/09 (PVNL)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2379289 | ADA Travel, Inc. -Agent Fee, re: Business Class Amtrak Train Fare to/from Philadelphia, PA, 5/7/09 (PVNL) | E | 05/21/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 34,109.07 |
| 2379301 | ADA Travel, Inc. -Credit Amtrak Business Class Train Fare for travel to/from Wilmington, DE, 4/27/09 (PVNL) | E | 05/21/2009 | 0020 | PVL | 0.00 | -$167.40 | 0.00 | -$167.40 | 33,941.67 |
| 2379314 | Gail D Stockman, MD, Phd -Expert Fees (BSB) | E | 05/21/2009 | 0001 | BSB | 0.00 | $2,800.00 | 0.00 | $2,800.00 | 36,741.67 |
| 2379598 | Equitrac - Long Distance to 14062533430 | E | 05/21/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 36,741.75 |
| 2379646 | Equitrac - Long Distance to 12017488789 | E | 05/21/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 36,741.83 |
| 2379676 | Equitrac - Long Distance to 12017486645 | E | 05/22/2009 | 0999 | C&D | 0.00 | $0.64 | 0.00 | $0.64 | 36,742.47 |
| 2379683 | Equitrac - Long Distance to 14062533430 | E | 05/22/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 36,742.63 |
| 2379702 | Equitrac - Long Distance to 14067525566 | E | 05/22/2009 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 36,742.95 |
| 2382409 | Photocopy | E | 05/22/2009 | 0255 | DAT | 0.00 | $6.70 | 0.00 | $6.70 | 36,749.65 |
| 2382422 | Photocopy | E | 05/22/2009 | 0255 | DAT | 0.00 | $16.20 | 0.00 | $16.20 | 36,765.85 |
| 2382423 | Photocopy | E | 05/22/2009 | 0367 | MAF | 0.00 | $29.10 | 0.00 | $29.10 | 36,794.95 |
| 2382451 | Photocopy | E | 05/26/2009 | 0220 | SKL | 0.00 | $7.50 | 0.00 | $7.50 | 36,802.45 |
| 2382454 | Photocopy | E | 05/26/2009 | 0220 | SKL | 0.00 | $3.50 | 0.00 | $3.50 | 36,805.95 |
| 2382471 | Photocopy | E | 05/26/2009 | 0210 | CJ | 0.00 | $39.70 | 0.00 | $39.70 | 36,845.65 |
| 2382473 | Photocopy | E | 05/26/2009 | 0210 | CJ | 0.00 | $2.30 | 0.00 | $2.30 | 36,847.95 |
| 2382481 | Photocopy | E | 05/26/2009 | 0210 | CJ | 0.00 | $7.80 | 0.00 | $7.80 | 36,855.75 |
| 2382510 | Photocopy | E | 05/26/2009 | 0999 | C&D | 0.00 | $5.80 | 0.00 | $5.80 | 36,861.55 |

{D0156561.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter      000 | Disbursements | | | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2382513 | Photocopy | E | 05/26/2009 | 0999 | C&D | 0.00 | $8.40 | 0.00 | $8.40 | 36,869.95 |
| 2382543 | Photocopy | E | 05/26/2009 | 0255 | DAT | 0.00 | $0.10 | 0.00 | $0.10 | 36,870.05 |
| 2379732 | NYO Long Distance Telephone - 4/22 Conf call with EI, NDF, PVNL and BSB | E | 05/26/2009 | 0999 | C&D | 0.00 | $138.88 | 0.00 | $138.88 | 37,008.93 |
| 2379735 | Federal Express -(3) Deliveries to M.Brushwood & A.Vangrack, 5/14/09 (EI) | E | 05/26/2009 | 0120 | EI | 0.00 | $332.52 | 0.00 | $332.52 | 37,341.45 |
| 2380067 | Equitrac - Long Distance to 12123199240 | E | 05/26/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 37,341.61 |
| 2380159 | BostonCoach Corporation -Car Svc. from PIT Airport to The Omni William Penn Hotel, 5/13/09 (NDF) | E | 05/27/2009 | 0187 | NDF | 0.00 | $132.20 | 0.00 | $132.20 | 37,473.81 |
| 2380166 | Bridges Reporting & Legal Video -Deposition Fee, re: A.Whitehouse M.D., 3/19/09 (BSB) | E | 05/27/2009 | 0001 | BSB | 0.00 | $994.60 | 0.00 | $994.60 | 38,468.41 |
| 2382556 | Photocopy | E | 05/27/2009 | 0237 | SRB | 0.00 | $11.20 | 0.00 | $11.20 | 38,479.61 |
| 2382558 | Photocopy | E | 05/27/2009 | 0237 | SRB | 0.00 | $7.10 | 0.00 | $7.10 | 38,486.71 |
| 2382560 | Photocopy | E | 05/27/2009 | 0232 | LK | 0.00 | $0.10 | 0.00 | $0.10 | 38,486.81 |
| 2382567 | Photocopy | E | 05/27/2009 | 0237 | SRB | 0.00 | $23.90 | 0.00 | $23.90 | 38,510.71 |
| 2382572 | Photocopy | E | 05/27/2009 | 0237 | SRB | 0.00 | $11.50 | 0.00 | $11.50 | 38,522.21 |
| 2382576 | Photocopy | E | 05/27/2009 | 0237 | SRB | 0.00 | $6.40 | 0.00 | $6.40 | 38,528.61 |
| 2382582 | Photocopy | E | 05/27/2009 | 0210 | CJ | 0.00 | $15.10 | 0.00 | $15.10 | 38,543.71 |
| 2382607 | Photocopy | E | 05/27/2009 | 0237 | SRB | 0.00 | $3.20 | 0.00 | $3.20 | 38,546.91 |
| 2382609 | Photocopy | E | 05/27/2009 | 0237 | SRB | 0.00 | $1.00 | 0.00 | $1.00 | 38,547.91 |
| 2382612 | Photocopy | E | 05/27/2009 | 0237 | SRB | 0.00 | $4.30 | 0.00 | $4.30 | 38,552.21 |

{D0156561.1 }

| Client Number: 4642 | | | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
| Matter 000 | | | | | | Disbursements | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2382674 | Photocopy | | E | 05/28/2009 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 38,552.51 |
| 2382687 | Photocopy | | E | 05/28/2009 | 0001 | BSB | 0.00 | $1.70 | 0.00 | $1.70 | 38,554.21 |
| 2382703 | Photocopy | | E | 05/28/2009 | 0001 | BSB | 0.00 | $2.40 | 0.00 | $2.40 | 38,556.61 |
| 2382747 | Photocopy | | E | 05/28/2009 | 0255 | DAT | 0.00 | $2.90 | 0.00 | $2.90 | 38,559.51 |
| 2382761 | Photocopy | | E | 05/29/2009 | 0333 | MCG | 0.00 | $0.10 | 0.00 | $0.10 | 38,559.61 |
| 2382763 | Photocopy | | E | 05/29/2009 | 0333 | MCG | 0.00 | $21.80 | 0.00 | $21.80 | 38,581.41 |
| 2382764 | Photocopy | | E | 05/29/2009 | 0333 | MCG | 0.00 | $58.20 | 0.00 | $58.20 | 38,639.61 |
| 2382765 | Photocopy | | E | 05/29/2009 | 0333 | MCG | 0.00 | $6.70 | 0.00 | $6.70 | 38,646.31 |
| 2382766 | Photocopy | | E | 05/29/2009 | 0333 | MCG | 0.00 | $3.40 | 0.00 | $3.40 | 38,649.71 |
| 2380394 | Federal Express -Delivery to K.Hemming, 5/21/09 (EI; Split between clients 4642 & 5334) | | E | 05/29/2009 | 0120 | EI | 0.00 | $6.38 | 0.00 | $6.38 | 38,656.09 |
| 2382848 | Photocopy | | E | 05/30/2009 | 0333 | MCG | 0.00 | $20.20 | 0.00 | $20.20 | 38,676.29 |
| 2382849 | Photocopy | | E | 05/30/2009 | 0333 | MCG | 0.00 | $15.30 | 0.00 | $15.30 | 38,691.59 |
| 2382854 | Photocopy | | E | 05/30/2009 | 0333 | MCG | 0.00 | $16.40 | 0.00 | $16.40 | 38,707.99 |
| 2382856 | Photocopy | | E | 05/30/2009 | 0333 | MCG | 0.00 | $52.70 | 0.00 | $52.70 | 38,760.69 |
| 2382858 | Photocopy | | E | 05/30/2009 | 0333 | MCG | 0.00 | $32.50 | 0.00 | $32.50 | 38,793.19 |
| 2383456 | Postage | | E | 05/31/2009 | 0999 | C&D | 0.00 | $17.49 | 0.00 | $17.49 | 38,810.68 |
| 2383457 | Postage | | E | 05/31/2009 | 0999 | C&D | 0.00 | $20.25 | 0.00 | $20.25 | 38,830.93 |
| 2383489 | Postage | | E | 05/31/2009 | 0999 | C&D | 0.00 | $35.62 | 0.00 | $35.62 | 38,866.55 |
| | | | | | | C&D | | | | | |

{D0156561.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Matter 000 | | Disbursements | | | | | | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

| | | | | | | | | | Invoice # |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2383490 | Postage | | E | 05/31/2009 | 0999 | 0.00 | $31.58 | 0.00 | $31.58 | 38,898.13 |
| 2383491 | Postage | | E | 05/31/2009 | 0999 | C&D | 0.00 | $15.57 | 0.00 | $15.57 | 38,913.70 |
| 2383709 | Database Research - Westlaw by TEP on 5/11-19 | | E | 05/31/2009 | 0999 | C&D | 0.00 | $2,658.91 | 0.00 | $2,658.91 | 41,572.61 |
| 2383710 | Database Research - Westlaw by DBS on 5/28 | | E | 05/31/2009 | 0999 | C&D | 0.00 | $95.15 | 0.00 | $95.15 | 41,667.76 |
| 2383711 | Database Research - Westlaw by ALV on 5/11 | | E | 05/31/2009 | 0999 | C&D | 0.00 | $322.01 | 0.00 | $322.01 | 41,989.77 |
| 2383712 | Database Research - Westlaw by JPW on 5/18-28 | | E | 05/31/2009 | 0999 | C&D | 0.00 | $819.72 | 0.00 | $819.72 | 42,809.49 |
| 2383713 | Database Research - Westlaw by KCM on 5/25 | | E | 05/31/2009 | 0999 | C&D | 0.00 | $42.81 | 0.00 | $42.81 | 42,852.30 |
| 2383714 | Database Research - Westlaw by JAL on 5/3-29 | | E | 05/31/2009 | 0999 | C&D | 0.00 | $1,247.36 | 0.00 | $1,247.36 | 44,099.66 |
| 2383715 | Database Research - Westlaw by MCG/JAL on 5/7 | | E | 05/31/2009 | 0999 | C&D | 0.00 | $412.01 | 0.00 | $412.01 | 44,511.67 |
| 2384736 | Database Research - Lexis by TEP on 5/18 | | E | 05/31/2009 | 0999 | C&D | 0.00 | $269.51 | 0.00 | $269.51 | 44,781.18 |
| 2380859 | Xeroxing | | E | 05/31/2009 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 44,781.48 |

**Total Expenses**                                                                                                       $47,877.48
                                                                                                                                        $44,781.48
                                                                                        0.00                                    0.00
                                Matter Total Fees                                                  0.00                                    0.00
                                Matter Total Expenses                                         47,877.48                             44,781.48
                                Matter Total                                           0.00    47,877.48         0.00              44,781.48

                                Prebill Total Fees
                                Prebill Total Expenses                                         $47,877.48                           $44,781.48
                                Prebill Total                                          0.00    $47,877.48         0.00              $44,781.48

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
| --- | --- | --- | --- |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |

{D0156561.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
| Matter | 000 | Disbursements | | 6/18/2009 |

Print Date/Time: 06/18/2009 11:07:46AM

Attn:

Invoice #

| | | | |
|---|---|---|---|
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 65,672 | 11/20/2008 | 165,621.50 | 33,124.30 |
| 66,049 | 12/18/2008 | 199,929.75 | 39,985.95 |
| 66,545 | 01/26/2009 | 364,903.00 | 72,980.59 |
| 66,959 | 02/25/2009 | 228,107.00 | 45,621.40 |
| 67,377 | 03/24/2009 | 287,382.50 | 57,476.49 |
| 67,847 | 04/23/2009 | 431,965.72 | 431,965.72 |
| 68,337 | 05/26/2009 | 441,698.77 | 441,698.77 |
| | | 3,906,757.99 | 1,172,502.52 |

{D0156561.1 }