Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2009 through May 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 08-May-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 18-May-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 20-May-09 | BR | Preparation of e-mail to J. Sinclair regarding Grace pension motion. | 0.10 | $ 595.00 | $ 59.50 |
| 22-May-09 | BR | Review of Grace monthly operating and financial reports for March 2009. | 2.90 | $ 595.00 | $ 1,725.50 |
| 27-May-09 | BR | Tel C w/ Sinclair to discuss conversion from defined benefit pension plan to defined contribution pension plan. | 0.30 | $ 595.00 | $ 178.50 |
| | | Total Bradley Rapp | 3.70 | | $ 2,201.50 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 07-May-09 | JS | Review price and value information, revisions, for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 12-May-09 | JS | Review price and value information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 18-May-09 | JS | Review price and value information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 27-May-09 | JS | Review, analyze Grace Pension Motion for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 28-May-09 | JS | Telephone call with Pam Zilly at Blackstone to discuss Grace Pension Motion. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total James Sinclair | 4.40 | | $ 2,618.00 |
| **Robert Lindsay - Managing Director** | | | | | |
| 26-May-09 | RL | Reviewed, edited and forwarded final April invoice to counsel. | 0.30 | $ 550.00 | $ 165.00 |
| | | Total Robert Lindsay | 0.30 | | $ 165.00 |
| **Peter Cramp - Senior Analyst** | | | | | |
| 04-May-09 | PC | Review and analyze guideline company Q1 2009 earnings report for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| 04-May-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 05-May-09 | PC | Review and analyze guideline company Q1 2009 earnings report for use in market multiple valuation. | 1.50 | $ 275.00 | $ 412.50 |
| 08-May-09 | PC | Read news articles on the Libby criminal trial for due diligence. | 0.60 | $ 275.00 | $ 165.00 |
| 11-May-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 18-May-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 18-May-09 | PC | Review and analyze Q1 Monthly Operating Report for due diligence. | 1.80 | $ 275.00 | $ 495.00 |
| 22-May-09 | PC | Review and revise April Fee Application. | 0.30 | $ 275.00 | $ 82.50 |
| 26-May-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| | | Total Peter Cramp | 12.00 | | $ 3,300.00 |
| **Gibbons Sinclair - Analyst** | | | | | |
| 22-May-09 | GS | Draft April Invoice. | 1.70 | $ 220.00 | $ 374.00 |
| | | Total Gibbons Sinclair | 1.70 | | $ 374.00 |
| | | **TOTAL** | 22.10 | | $ 8,658.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2009 through May 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 07-May-09 | JS | Review price and value information, revisions, for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 12-May-09 | JS | Review price and value information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 18-May-09 | JS | Review price and value information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| | | Total Asset Analysis and Recovery | 2.00 | | $ 1,190.00 |
| **Business Operations/Due Diligence** | | | | | |
| 04-May-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 08-May-09 | PC | Read news articles on the Libby criminal trial for due diligence. | 0.60 | $ 275.00 | $ 165.00 |
| 11-May-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 18-May-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 18-May-09 | PC | Review and analyze Q1 Monthly Operating Report for due diligence. | 1.80 | $ 275.00 | $ 495.00 |
| 26-May-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| | | Total Business Operations/Due Diligence | 8.60 | | $ 2,365.00 |
| **Employee Benefits/Pensions** | | | | | |
| 20-May-09 | BR | Preparation of e-mail to J. Sinclair regarding Grace pension motion. | 0.10 | $ 595.00 | $ 59.50 |
| 27-May-09 | JS | Review, analyze Grace Pension Motion for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 27-May-09 | BR | Tel C w/ Sinclair to discuss conversion from defined benefit pension plan to defined contribution pension plan. | 0.30 | $ 595.00 | $ 178.50 |
| 28-May-09 | JS | Telephone call with Pam Zilly at Blackstone to discuss Grace Pension Motion. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Employee Benefits/Pensions | 2.80 | | $ 1,666.00 |
| **Fee Applications (Applicant)** | | | | | |
| 22-May-09 | PC | Review and revise April Fee Application. | 0.30 | $ 275.00 | $ 82.50 |
| 22-May-09 | GS | Draft April Invoice. | 1.70 | $ 220.00 | $ 374.00 |
| 26-May-09 | RL | Reviewed, edited and forwarded final April invoice to counsel. | 0.30 | $ 550.00 | $ 165.00 |
| | | Total Fee Applications (Applicant) | 2.30 | | $ 621.50 |
| **Valuation** | | | | | |
| 04-May-09 | PC | Review and analyze guideline company Q1 2009 earnings report for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| 05-May-09 | PC | Review and analyze guideline company Q1 2009 earnings report for use in market multiple valuation. | 1.50 | $ 275.00 | $ 412.50 |
| 08-May-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 18-May-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 22-May-09 | BR | Review of Grace monthly operating and financial reports for March 2009. | 2.90 | $ 595.00 | $ 1,725.50 |
| | | Total Valuation | 6.40 | | $ 2,816.00 |
| | | **TOTAL** | 22.10 | | $ 8,658.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2009 through May 31, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 3.70 | $ 595.00 | $ 2,201.50 |
| James Sinclair - Senior Managing Director | 4.40 | $ 595.00 | $ 2,618.00 |
| Robert Lindsay - Managing Director | 0.30 | $ 550.00 | $ 165.00 |
| Peter Cramp - Senior Analyst | 12.00 | $ 275.00 | $ 3,300.00 |
| Gibbons Sinclair - Analyst | 1.70 | $ 220.00 | $ 374.00 |
| Total Professional Hours and Fees | 22.10 | | $ 8,658.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - May 1, 2009 through May 31, 2009

| Date | Description of Item | Amount |
|---|---|---|
| | No Expenses During this Period. | |
| - | Total Expenses May 1, 2009 through May 31, 2009 | $0.00 |