**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 7/22/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TENTH MONTHLY INTERIM PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009**

Name of Applicant:                               Alan B. Rich, Esq.

Authorized to Provide Services To:               Hon. Alexander M. Sanders, Jr.,
                                                 Legal Representative for Future Asbestos-
                                                 Related Property Damage Claimants
                                                 and Holders of Demands

Date of Retention:                               September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                     June 1, 2009 through June 30, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:                        $56,902.00   [80% of $71,127.50]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:                $7,769.09

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour. In this Application

---

[1] At 80% of the total incurred.

period Mr. Rich billed 123.7 hours,[2] for a total amount billed of $71,127.50 of which 80% is currently sought, in the amount of $56,902.00.

As stated above, this is the Tenth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Disclosure Statement and Confirmation | 98.1 | $56,407.50 |
| Travel | 45.2 (at 100%) | $12,995.00 (at 50%) |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 3.0 | $1,725.00 |
| TOTAL | 146.3 | $71,127.50 |

EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| Travel | $7,320.59 |
| Teleconferencing (Hearing and Depositions) | $448.50 |
| TOTAL | $7,769.09 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101  [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of July, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# Alan B. Rich

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (June, 2009)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|---|---|---|
| 6/1/2009 | Prepare and file Ninth Monthly interim Fee Application | 1.5 |
| 6/1/2009 | Travel (non-productive) from Dallas to Washington DC (5 hrs.@ 50%) | 2.5 |
| 6/1/2009 | Review CNA's objection to motion to shorted re Motion in Limine re Schein and Priest testimony | 0.1 |
| 6/1/2009 | Review Anderson Memorial's deposition notices of Mark Schelnitz and Jay Hughes | 0.1 |
| 6/1/2009 | Review COC and Stipulation and Order resolving Libby Claimants' wrongful death and loss of consortium standing objection | 0.1 |
| 6/1/2009 | Review Phase I trial briefs and exhibit books of General Insurance Co. and GEICO/Republic/Seaton | 2.2 |
| 6/1/2009 | Reivew revised Deposition Calendar as of 6/1 | 0.1 |
| 6/2/2009 | Continue Review of Phase I trial briefs and exhibit books of Firemans Fund/Allianz, Arrowood (Phase I), AIU Joinder, Arrowood (Exculpation), AXA Belgium, CNA | 5.0 |

| | | |
|---|---|---|
| 6/2/2009 | Review Amended Notice of Deposition of Bill Longo by Anderson Memorial and Notice of Gale Stockman | 0.1 |
| 6/2/2009 | Review Firemans Fund joinder in limited objection to hearing on shortened notice re Schein and Priest | 0.1 |
| 6/2/2009 | Review Motion of UCC to amend CMO and Motion to Shorten Notice | 0.3 |
| 6/2/2009 | Review revised Deposition Calendar as of 6/2 | 0.1 |
| 6/2/2009 | Review renewed motion re settlement of Macerich property damage claim | 0.1 |
| 6/3/2009 | Deposition of Dr. Welch | 8.0 |
| 6/3/3009 | Review motion of Bank Lender group amend CMO and joinder in UCC Motion to Shorten Notice | 0.3 |
| 6/3/2009 | Telephone call with D Speights re PD CMO | 0.1 |
| 6/3/2009 | Travel (non-productive) from Washington DC to Dallas (8 hrs.@ 50%) | 4.0 |
| 6/4/2009 | Review Notice of appeal of bank lender group | 0.1 |
| 6/4/2009 | Review order shortening notice re Motion in Limine and order shortening notice of motion to modify CMO | 0.1 |
| 6/4/2009 | Review Firemans Fund joinder in other insurers' trial briefs | 0.1 |
| 6/4/2009 | Review Debtors' monthly operating report | 0.1 |
| 6/4/2009 | Email to Dan Speights re PD CMO | 0.2 |
| 6/4/2009 | Review Debtors' Motion for Protective Order re Shelnitz deposition | 0.2 |
| 6/4/2009 | Review email from debtor re logistics for pretrial conference | 0.1 |
| 6/4/2009 | Review deposition calendar as of 6/4 | 0.1 |
| 6/4/2009 | Prepare Fourth Monthly interim Fee Application of PD FCR | 1.0 |
| 6/5/2009 | Attend (by telephone) Deposition of Dr. Arthur Frank | 6.0 |

| Date | Description | Hours |
|---|---|---|
| 6/5/2009 | Reivew emails from J. Baer and Court re binder and exhibit procedures for Phase I trial | 0.1 |
| 6/5/2009 | Review Deposition Notice of Pam Zilly | 0.1 |
| 6/5/2009 | Letter from L. Esayian re Document Production site | 0.1 |
| 6/7/2009 | Email to Client re status of fee applications | 0.1 |
| 6/8/2009 | Travel (non-productive) to Los Angeles for Peterson Depo. (5 hrs.@50%) | 2.5 |
| 6/8/2009 | Email from Debtors' counsel re Debtors' Phase I trial exhibits | 0.1 |
| 6/8/2009 | Review Dr. Florence update to Whitehouse rebuttal report | 0.1 |
| 6/8/6009 | Review Notice of resumption of Deposition of Dr. Whitehouse | 0.1 |
| 6/8/2009 | Review affidavit re "550 database" and Certificate of Counsel re same | 0.1 |
| 6/8/2009 | Review Zurich Phase I exhibits | 0.1 |
| 6/8/6009 | Review designations of items for appeal filed by the bank lender group and UCC | 0.1 |
| 6/8/2009 | Review Libby Claimants Motion to Reconsider Whitehouse order | 0.5 |
| 6/9/2009 | Deposition of Dr. Mark Peterson | 6.3 |
| 6/9/2009 | Review of Bank Lender Group Phase I trial exhibits | 0.2 |
| 6/9/2009 | Review Declaration of BMC re Vote Tabulation re Plan | 0.1 |
| 6/9/2009 | Review Plan Proponents' Phase I trial briefing | 1.5 |
| 6/10/2009 | Review ACC deposition of Jay Hughes and Debtors' notice of deposition of Dr. Whitehouse | 0.1 |
| 6/10/2009 | Review of revised deposition calendar as of 6-9 | 0.1 |
| 6/10/2009 | Review Fee Auditors report regarding 31st quarterly hearing | 0.1 |
| 6/10/2009 | Review Exhibit A to the Plan vote tabulation declaration | 0.2 |

| | | |
|---|---|---|
| 6/10/2009 | Travel (non-productive) from Los Angeles to New York (7.6 hrs.@50%) | 3.8 |
| 6/11/2009 | Attend deposition of property damage expert Denise Martin | 2.3 |
| 6/11/2009 | Attend (by telephone) portion of Deposition of Jay Hughes | 6.0 |
| 6/11/2009 | Email re cancellation of deposition of Dr. Weill | 0.1 |
| 6/11/2009 | Letter from Libby Claimants' counsel re production of documents | 0.1 |
| 6/11/2009 | Review BNSF deposition notice of the debtors | 0.1 |
| 6/11/2009 | Review Arrowood Response to Motion to Strike expert report of Professor Priest | 0.5 |
| 6/11/2009 | Review Plan Proponents' Response to Lenders' motion to modify CMO | 0.4 |
| 6/11/2009 | Travel (non-productive) from New York City to Dallas, via Chicago (arriving 6-12), after cancellation of all NYC to DFW flights because of Dallas weather (total 7.6 hrs.@50%) | 3.8 |
| 6/12/2009 | Attend (by telephone) portion of Deposition of Elihu Insulbuch | 2.8 |
| 6/12/2009 | Review Deposition Notices from Arrowood (Kujawa, Heberling, Libby Claimants, BNSF, Spear, Spady and Shea) and from Libby (CNA, Maryland Casualty, Arrowood) | 0.2 |
| 6/12/2009 | Review Maryland Casualty notices of Libby and BNSF | 0.1 |
| 6/12/2009 | Review order shortening notice re Motion to modify CMO | 0.1 |
| 6/12/2009 | Review Agenda for June 18 hearing | 0.1 |
| 6/12/2009 | Review Notice of Filing of Exhibits to Arrowood Response to Motion to Strike expert report of Professor Priest | 0.3 |
| 6/12/2009 | Review email correspondence among counsel re meet and confer for Phase I hearing | 0.1 |
| 6/12/2009 | Review email correspondence among counsel re designation of witnesses on behalf of BNSF | 0.1 |
| 6/15/2009 | Review BNSF Motion to Quash | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 6/15/2009 | Emails from Debtors and insurers re issues for meet and confer | 0.1 |
| 6/15/2009 | Review Schwartz Declaration re Motion in Limine response | 0.1 |
| 6/15/2009 | Letter to Court from CNA re exhibits for Phase I | 0.1 |
| 6/15/2009 | Review Debtors' response to Fireman's Fund's interrogatories re surety obligation | 0.1 |
| 6/15/2009 | Review Debtors' objection to temporary allowance of AMH, Vancouver and Nanaimo claims for voting purposes | 0.2 |
| 6/15/2009 | Review UCC Document Request to Debtors | 0.1 |
| 6/15/2009 | Draft and attend to filing of PD FCR's Phase II witness list | 0.2 |
| 6/15/2009 | Email to K. Love at Kirkland and Ellis re deposition transcripts and exhibits | 0.1 |
| 6/15/2009 | Review witness lists of Scotts, General Insurance, FFIC (as surety), Allstate, CNA, PD Committee, Anderson Memorial, Fireman's Fund (non-surety), Allianz, Canada Claimants, Maryland Casualty, Federal Insurance, Zurich, ACC/FCR, OneBeacon, Seaton, BNSF, GEICO, Republic, AXA Belgium, Longacre, UCC | 0.6 |
| 6/15/2009 | Review Correspondence to Debtors re status of Finke and Posner | 0.1 |
| 6/15/2009 | Review Bank Lenders' Motion for Leave to Reply and review Reply re motion to modify CMO | 0.3 |
| 6/15/2009 | Review Anderson Memorial's Requests for Production on feasability issues | 0.1 |
| 6/16/2009 | Review witness lists of the Debtors, ACC, PI FCR London Market Insurers, Libby claimants, and the bank lender group | 0.1 |
| 6/16/2009 | Email to client re status of witness lists | 0.1 |
| 6/16/2009 | Review Agenda for Phase I confirmation hearing | 0.1 |
| 6/16/2009 | Review Debtors' objections to documents | 0.3 |
| 6/16/2009 | Review Debtors' 6-16 draft chart of confirmation objections | 0.4 |

| | | |
|---|---|---|
| 6/16/2009 | Attend (by telephone) deposition of Dr. Whitehouse | 8.0 |
| 6/16/2009 | Review Joinder of Libby Claimants in UCC discovery requests to debtors | 0.1 |
| 6/16/2009 | Review Joinder of the UCC in the bank lender group's motion for leave to reply and reply brief | 0.1 |
| 6/17/2009 | Draft and file CNO for PD FCR's Third Fee Application | 0.1 |
| 6/17/2009 | Telephonic meet and confer regarding phase I issues | 1.3 |
| 6/17/2009 | Review 6-16 deposition calendar | 0.1 |
| 6/17/2009 | Attend (by telephone) deposition of Dr. Stockman | 5.0 |
| 6/17/2009 | Review amended hearing agenda for 6-18 | 0.1 |
| 6/17/2009 | Review order granting leave to reply re motion to amend CMO | 0.1 |
| 6/17/2009 | Review article regarding today's EPA emergency declaration in Libby | 0.1 |
| 6/18/2009 | Review Amended Agenda and Second Amended Agendas for Phase I | 0.1 |
| 6/18/2009 | Attend (by telephone) Pre-trial conference and motions hearing | 4.8 |
| 6/18/2009 | Review certain insurers Posner, Austern, Lockwood and Finke deposition designations | 0.3 |
| 6/18/2009 | Review Notice of telephonic hearing re BNSF motion to quash | 0.1 |
| 6/18/2009 | Review Revised 30(b)(6) Notice of Grace (LaForce) and Dr. Friedman | 0.1 |
| 6/18/2009 | Review proposed stipulation re exhibits | 0.1 |
| 6/19/2009 | Review Order regarding June 29 Omnibus hearing | 0.1 |
| 6/19/2009 | Review certain insurers Insulbuch and Hughes deposition designations | 0.2 |
| 6/19/2009 | Plan Proponents' Joint Motion for Leave From Scheduling Order and to Shorten Notice Period on Motion to Exclude the Expert Report and Testimony of Dr. Terry M. Spear, and Arrowood's joinder in same | 0.1 |

| | | |
|---|---|---|
| 6/19/2009 | Plan Proponents' Joint Expedited Motion in Limine to Exclude the Expert Report and Testimony of Dr. Terry M. Spear and Appendicies | 0.6 |
| 6/19/2009 | Review Supreme Court opinion in Travelers case | 0.4 |
| 6/19/2009 | Email correspondence re LaForce Deposition and Libby Claimant depositions | 0.1 |
| 6/19/2009 | Emails between various counsel regarding trial narratives | 0.1 |
| 6/20/2009 | Review proposed order re Phase I of confirmation | 0.1 |
| 6/20/2009 | Review Powers declaration re GEICO policies | 0.1 |
| 6/20/2009 | Review Order regarding BNSF motion to shorten time re motion to quash | 0.1 |
| 6/20/2009 | Review certain insurers sealed deposition designations of J. Posner | 0.1 |
| 6/20/2009 | Review third amended hearing agenda for Phase I confirmation hearing | 0.1 |
| 6/20/2009 | Review of revisions to chart of objections | 0.1 |
| 6/20/2009 | email from insurer re Priest testimony | 0.1 |
| 6/21/2009 | Travel (non-productive) from Dallas to Pittsburgh (5.4 hrs.@50%) | 2.7 |
| 6/22/2009 | Phase I Confirmation Hearing (Day 1) | 8.6 |
| 6/22/2009 | Review GEICO, Republic and Seaton Insurance Companies pre-trial statement with respect to Phase I of the Confirmation Hearing and Amended Powers Declaration | 0.2 |
| 6/22/2009 | Review Plan Proponents' Bench Brief re Deposition testimony | 0.1 |
| 6/22/2009 | Review CNA's pretrial narrative | 0.1 |
| 6/22/2009 | Pre-Trial statement of AXA Belgium | 0.1 |
| 6/22/2009 | Pre-Trial Statement of General Insurance and Declaration of James Downey | 0.1 |
| 6/22/2009 | Review Order regarding Hearing on Motion in Limine re Spear | 0.1 |
| 6/22/2009 | Review ACC deposition notice of Dr. Moolgard | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 6/22/2009 | Certifications of Counsel re Fireman's Fund claims and re Defined Benefit Plan Contributions and CNO re Macerich Property Damage Claim | 0.1 |
| 6/23/2009 | Draft CNO re ABR Ninth Fee Application | 0.2 |
| 6/23/2009 | Review Agenda for June 29 Omnibus | 0.1 |
| 6/23/2009 | Phase I Confirmation Hearing (Day 2) | 5.0 |
| 6/23/2009 | Travel (non-productive) from Pittsburgh to Dallas (6.6 hrs.@50%) | 3.3 |
| 6/23/2009 | Conference with client re status | 0.1 |
| 6/24/2009 | Review Motion to approve settlement with the Royal parties | 0.3 |
| 6/24/2009 | Review Debtors' counterdesignations in Default Interest appeals | 0.1 |
| 6/24/2009 | Emails re postponement of LaForce Deposition | 0.1 |
| 6/24/2009 | Review of Debtors' Amended Final Witness List | 0.1 |
| 6/24/2009 | Review Order resetting hearings | 0.1 |
| 6/25/2009 | Attend (by telephone) deposition of Dr. Moolgard | 6.0 |
| 6/25/2009 | Review Fireman's Fund's Notice of filing and service of Trial Exhibits | 0.1 |
| 6/25/2009 | Telephone conference with AMH counsel re LaForce Deposition and other feasability scheduling matters | 0.2 |
| 6/26/2009 | Review Libby discovery re Royal Settlement | 0.1 |
| 6/26/2009 | Review Certification of Counsel re 31st Quarterly Fee Application | 0.1 |
| 6/26/2009 | Review revised Deposition Calendar as of 6/26 | 0.1 |
| 6/26/2009 | Review Insurers' Supplemental Lockwood designations and exhibits | 0.3 |
| 6/26/2009 | Prepare and attention to filing the CNO for the 4th monthly fee application of the PD FCR | 0.2 |
| 6/26/2009 | Review errata sheets to Lockwood deposition | 0.1 |

| | | |
|---|---|---|
| 6/26/2009 | Review deposition notices of Powers, Kelley, MacDonald and Florence | 0.2 |
| 6/26/2009 | Review Amended Agenda for June 29 hearing | 0.1 |
| 6/26/2009 | Review GEICO, Republic and Seaton Insurance Companies' proffer of evidence for Phase I of the Confirmation Hearing | 0.2 |
| 6/26/2009 | Review Certain Insurance Companies' proffers of evidence for Phase I of the Confirmation Hearing and of proffer of deposition excerpts | 0.2 |
| 6/26/2009 | Review AXA proffer for Phase I (McCabe Declaration) | 0.1 |
| 6/26/2009 | Review proposed orders from Phase I hearing from Debtors' counsel | 0.2 |
| 6/29/2009 | Telephonic Omnibus hearing | 1.0 |
| 6/29/2009 | Review UCC proposed changes to the class 9 impairment hearing order | 0.1 |
| 6/29/2009 | Review return of Lockwood subpoena | 0.1 |
| 6/29/2009 | Review of revised deposition calendar as of 6-29 | 0.1 |
| 6/30/2009 | Review Freegood and Shelnitz Declarations | 0.1 |
| 6/30/2009 | Review ACC's amended deposition notices of MacDonald, Powers & Kelley | 0.1 |
| 6/30/3009 | Review Certification of Counsel re Project Categories | 0.1 |
| 6/30/2009 | Review Revised Deposition Calendars as of 6/30 | 0.1 |

Total: 123.7 hours @ $575.00/hour = $71,127.50

Expenses:   Detail on Exhibit 1– $7,769.09

**Total Fees and Expenses Due:    $78,896.59**

EXPENSES FOR JUNE 2009                                                                                                                          EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 5/22/2009 | Court Call for May 21 hearing | $97.50 |
| 5/26/2009 | Court Reporter's Teleconference Bill for Moolgavkar Deposition | $201.00 |
| 6/1/2009 | RT Coach Airfare to Washington DC   (Florence [xcld] and Welch Depos) | $685.20 |
| 6/1/2009 | Lunch | $14.46 |
| 6/1/2009 | Taxi from IAD to Hotel | $70.00 |
| 6/1/2009 | Hotel tips (cash) | $5.00 |
| 6/2/2009 | Hotel -- **2 nights** -- Washington DC | $677.12 |
| 6/2/2009 | Dinner | $55.00 |
| 6/3/2009 | Lunch | $7.69 |
| 6/3/2009 | Dinner | $23.95 |
| 6/3/2009 | Metrorail | $2.05 |
| 6/3/2009 | DFW Airport Parking | $51.00 |
| 6/5/2009 | Court reporting fee for teleconferencing at Frank deposition | $150.00 |
| 6/8/2009 | Coach Airfare DFW-BUR-JFK-DFW   (Peterson and Martin Depos) | $1,099.30 |
| 6/8/2009 | Hotel  (Los Angeles) | $258.79 |
| 6/8/2009 | Hotel tips (cash) | $5.00 |
| 6/8/2009 | Parking | $16.00 |
| 6/8/2009 | Breakfast | $23.00 |
| 6/8/2009 | Lunch | $35.00 |
| 6/8/2009 | Dinner | $50.49 |
| 6/9/2009 | Hotel  (Los Angeles) | $285.36 |
| 6/9/2009 | Lunch | $14.04 |
| 6/9/2009 | Dinner | $55.00 |
| 6/10/2009 | Gasoline | $28.61 |
| 6/10/2009 | Dinner | $55.00 |
| 6/10/2009 | Taxi JFK to Hotel | $53.00 |
| 6/10/2009 | Hotel (New York) | $443.80 |
| 6/11/2009 | Taxi to deposition | $8.00 |
| 6/11/2009 | Taxi to JFK | $53.00 |
| 6/11/2009 | Hotel (Chicago -- due to weather diversion) | $275.81 |
| 6/11/2009 | Dinner | $24.38 |
| 6/12/2009 | DFW Airport Parking | $71.00 |
| 6/21/2009 | RT Coach Airfare and change fees DFW-PIT (Phase I hearing) | $1,409.20 |
| 6/21/2009 | Hotel (William Penn) -- **two nights** | $499.32 |
| 6/21/2009 | Taxi from Airport | $45.00 |
| 6/22/2009 | Breakfast | $25.00 |
| 6/22/2009 | Lunch | $7.75 |
| 6/22/2009 | Dinner | $45.00 |
| 6/22/2009 | Hotel Tips (cash) | $5.00 |
| 6/23/2009 | Lunch | $9.57 |
| 6/23/2009 | Airport Parking (DFW) | $54.00 |
| 6/29/2009 | RT Coach Airfare DFW-LGA for LaForce depo (rescheduled; to be reused) | $774.70 |
| | TOTAL EXPENSES | $7,769.09 |