# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: July 22, 2009 at 4:00 p.m.<br>Hearing Date: August 24, 2009 at 10:30 a.m.. (only if objections are filed) |

## NOTICE OF MOTION

TO:    All parties on the attached list

The Official Committee of Equity Security Holders (the "Equity Committee") has filed the attached Application of the Official Committee of Equity Security Holders for Authority to Retain Saul Ewing LLP as its Delaware Counsel *Nunc Pro Tunc* to May 18, 2009 (the "Application").

You are required to file a response to the Application on or before **July 22, 2009 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon the Equity Committee's attorneys:

| | |
|---|---|
| Teresa K.D. Currier, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6800 | Philip Bentley, Esquire<br>Douglas H. Mannal, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone:(212) 715-9100 |

**IF OBJECTIONS ARE RECEIVED, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, ON AUGUST 24, 2009 AT 10:30 A.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 2, 2009

SAUL EWING LLP

By: _____
Teresa K.D. Currier (No. 3080)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
(302) 421-6800

and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Douglas H. Mannal, Esquire
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Counsel to the Official Committee of Equity Security Holders