## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |

**Re: Docket No. 21544 and
6/22/09 Agenda Item 1**

## ORDER REGARDING FURTHER MATTERS RELATED TO THE PHASE I CONFIRMATION HEARING WITH RESPECT TO INSURANCE NEUTRALITY

1.    Pursuant to the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Docket No. 21544), on June 22-23 2009, the Court held the Phase I Confirmation Hearing, regarding, among other things (i) whether the Plan improperly affects the rights of Debtors' insurers (in their capacity as insurers, but not creditors); and (ii) the standing of the Debtors' insurers (in their capacity as insurers, but not creditors) to litigate confirmation objections that involve issues other than those described in section (i) herein (other than the standing of the insurers, to the extent they are parties to Asbestos Insurance Reimbursement Agreements, to object to, in Phase II, the proposed treatment of the Asbestos Insurance Reimbursement Agreements under the Plan). (the " Neutrality Hearing").

2.     As a result of those proceedings, the Court has set certain deadlines for the submission of additional briefs and materials. Those deadlines are outlined herein.

3.    The Plan Proponents' Objections to the Insurer' Exhibits, deposition designations and counter designations are due on July 2, 2009.

4.    The Insurers' responses to the Plan Proponents' Objections and  counter designations are due  July 13, 2009.

5.      The Debtors are to provide the Court with marked color coded deposition transcripts and binders with all of the objections, responses, and relevant exhibits on  July 16, 2009.

6.      Post Trial Submissions on Insurance Neutrality are to be filed simultaneously by the Plan Proponents and Insurers on July 16, 2009.  These Post Trial Submissions are limited to one 30-page brief for the Plan Proponents and one 30-page brief collectively from all of the Insurers.  These Post Trial Submissions shall not contain arguments previously raised by the parties in their Phase II Pre-Trial Briefs or elsewhere.

7.      A hearing status with respect to the Post Trial Submissions, if needed, will be held telephonically on July 21, 2009 at 10:00 eastern.  The parties shall arrange participation in such telephonic hearing through Court Call.

**ORDERED** this _____ day of July, 2009.


_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge