# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044
  **EIN:** 65–0773649

**Chapter:** 11

W.R. Grace & Co., et al.

  **EIN:** 65–0773649         *Case No*.:  01–01139–JKF

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

  A transcript of the proceeding held on 6/22/2009 (Rev) was filed on 7/2/2009 . The following deadlines apply:

  The parties have  7/9/2009 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 7/23/2009 .

  If a request for redaction is filed, the redacted transcript is due 8/3/2009 .

  If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 9/30/2009 unless extended by court order.

  To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*/s/ David D. Bird*

Clerk of Court

Date: 7/2/09

(ntc)