UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al | ) | Case No.:   01-1139 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related Docket No. 21019 |
| | ) | |

**NOTICE OF FILING OF SUPPLEMENT TO THE EXPERT REPORT OF H. SEAN MATHIS RELATING TO MATERIALS REVIEWED, ADDITIONAL QUALIFICATION, AND PRIOR TESTIMONIES**

PLEASE TAKE NOTICE that on July 2, 2009, Continental Casualty Insurance, Transportation Insurance Company and their American insurance affiliates filed the *Supplement to the Expert Report of H. Sean Mathis Relating to Materials Reviewed, Additional Qualification, and Prior Testimonies* in the above referenced case. A copy of the Supplement is attached hereto as Exhibit A.

*Remainder of this page left intentionally blank.*

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ 
Edward B. Rosenthal (*Bar No. 3131*)
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433x6
FACSIMILE: (302) 658-7567

GOODWIN PROCTER LLP
Michael S. Giannotto (*pro hac vice*)
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4000
FACSIMILE: (202) 346-4444

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
FACSIMILE: (617) 523-1231

FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
FACSIMILE: (212) 344-4294

*Continental Casualty Insurance, Transportation Insurance Company and their American insurance affiliates*

Dated: July 2, 2009