# Exhibit A

**SUPPLEMENT TO THE EXPERT REPORT OF H. SEAN MATHIS
RELATING TO MATERIALS REVIEWED, ADDITIONAL QUALIFICATIONS,
AND PRIOR TESTIMONIES**

The following supplements Appendix E to the Expert Report of H. Sean Mathis
filed on March 16, 2009 [Docket No. 21019] (the "Mathis Report").

Mr. Mathis or his assistant reviewed the following in developing his report:

- Debtor's First Amended Disclosure Statement dated February 27, 2009 for the
  First Amended Joint Plan of Reorganization under Chapter 11 of the
  Bankruptcy Code of W.R. Grace & Co *et al*., the Official Committee of
  Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants
  Representative and the Official Committee of Equity Security Holders dated
  February 27, 2009

- W. R. Grace & Co. and Subsidiaries Pro Forma and Prospective Financial
  Information dated February 27, 2009, Exhibit 12 to the Plan

- Share Issuance Agreement, Exhibit 20 to the Plan

- Warrant  Agreement, Exhibit 24 to the Plan

- Stock Trading Restrictions Term Sheet, Exhibit 32 to the Plan

- W. R. Grace & Co. Form 10-K (Annual Report) for the period ending
  December 31, 2008

- W. R. Grace & Co. Form 10-Q (Quarterly Report) for the period ending
  September 30, 2008

- W.R. Grace & Co., *Grace Reports Fourth Quarter and Full Year Financial
  Results*¸ Grace News # 2929

- Reuters, *W.R. Grace & Co. may delay exiting Chapter 11* (March 3, 2009)

- Debtor-In-Possession Monthly Operating Report for Filing Period January 1 -
  31, 2009 Filed by W.R. Grace & Co., et al.

- W.R. Grace & Co. Press Release, *Grace Reports Fourth Quarter and Full
  Year Financial Results* (February 2, 2009)

- Associated Press, *Settlement reached between Dow and Rohm & Haas* (March
  9, 2009)

- Matrix, *W.R. Grace & Co., Company Report* (March 10, 2009)

- Information contained on the "Financial Information" portion of www.grace.com

- Dow Chemical Company Form 10-K (Annual Report) for the period ending September 30, 2008

- DuPont E I De Nemours & Co. Form 10-K (Annual Report) for the period ending December 31, 2008

- Albemarle Corporation Form 10-K (Annual Report) for the period ending December 31, 2008

- PPG Industries Inc. Form 10-K (Annual Report) for the period ending December 31, 2008

- Huntsman Corp. Form 10-K (Annual Report) for the period ending December 31, 2008

- Eastman Chemical Co. Form 10-K (Annual Report) for the period ending December 31, 2008

- Cabot Corp Form 10-K (Annual Report) for the period ending September 30, 2008

- Congress of the United States Congressional Budget Office report dated January 2009 "The Budget and Economic Outlook: Fiscal Years 2009 to 2019"

- Minutes of the Federal Open Market Committee (January 27-28, 2009)

- Wikipedia entry, *Black-Scholes*

- Dow Chemical Company Research Estimate, reviewed electronically, first quarter 2009, Capital IQ

- DuPont E I De Nemours & Co. Research Estimate, reviewed electronically, first quarter 2009, Capital IQ

- Albemarle Corporation Research Estimate reviewed electronically, first quarter 2009, Capital IQ

- PPG Industries Inc. Research Estimate, reviewed electronically, first quarter 2009, Capital IQ

- Eastman Chemical Co. Research Estimate, reviewed electronically, first quarter 2009, Capital IQ

- Cabot Corp Research Estimate, reviewed electronically, first quarter 2009, Capital IQ

- Capital IQ Transaction Analysis, Dow Chemical Company and Rohm and Haas Company

- Capital IQ Transaction Analysis, Calumet Specialty Products Partners, L.P. and Penreco

- Capital IQ Transaction Analysis, Israel Chemicals Ltd. and Supresta, LLC

- Capital IQ Transaction Analysis, Court Square Capital Partners, Weston Presidio and MacDermid Inc.

- Capital IQ Transaction Analysis, Illinois Tool Works Inc. and CFC International Inc.

- Capital IQ Transaction Analysis, Henkel Corporation and Sovereign Specialty Chemicals Inc.

- Real time securities data and earnings estimates for Dow Chemical Company, DuPont E I De Nemours & Co., Albemarle Corporation, PPG Industries Inc., Eastman Chemical Co., Cabot Corp, Bloomberg Professional Services and Data Products distributed by Bloomberg Financial, LLP

List of Mr. Mathis's Expert Trial and Deposition Testimonies pursuant to Fed. R. Civ. P. 26(a)(2)(B)(v):

- *In re Polar Air Cargo, Inc.*, Case No. 04-10795 (Bankr. S.D. Fla.)

- *In re Bush Industries, Inc.*, Case No. 04-12295 (Bankr. W.D.N.Y.)

- *In re Uniroyal Technologies Corporation*, Case No. 02-12471 (Bankr. D. Del.)

- *In re Robotic Vision Systems Inc.*, Case No. 04-14151 (Bankr. D.N.H.)

- Banc of America Securities LLC vs. Evergreen International Aviation, Case No. 03 CVS 9138 (N.C. Superior Ct., Mecklenburg County)

- *In re Bridgeport Holdings, Inc.*, Case No. 03-12825 (Bankr. D. Del.)

- *In re Williams Communications, Inc.*, Case No. 02-11957 (Bankr. S.D.N.Y.)

- Testimony entitled, *The Role of Credit Rating Agencies in the Structured Finance Market*, House Committee on Financial Services' Subcommittee on Capital Markets, Insurance, and Government Sponsored Enterprises, September 27, 2007

List of Additional Qualifications, Speaking Engagements, and Publications:

- Guest Speaker, *Reorganization Value Seminar*, Akin Gump Strauss Hauer & Feld (2008)

- Guest Speaker, Nixon Peabody LLP, *Loan Workout Seminar* (2008)

- Guest Speaker, *Navigating the Subprime Market*, Heller Ehrman LLP (2008)

- Guest Speaker, *The Subprime Debacle*, National Conference on Public Employee Retirement Systems (2007)

- Guest Speaker, Private Equity Analyst Conference, Dow Jones (2007)

- Guest Speaker, *After Amaranth—What Can Go Wrong and What You Can Do About It*, Klausner & Kaufman (2007)

- Guest Speaker, *Hidden Perils in Second Lien Loans: What Investors, Buyout Firms Need to Know*, Dow Jones (2006)

- H. Sean Mathis and Julia M. Whitehead, *Valuation With A Capital V*, DailyBankruptcyReview.com (October 10, 2007)

- H. Sean Mathis and Julia M. Whitehead, *Finding a Way Out of the Rating Agency Morass*, Prepared Statement submitted to Subcommittee on Capital Markets, Insurance, and Government Sponsored Enterprises of the House Committee on Financial Services regarding the Role of Credit Rating Agencies in the Structured Finance Market (September 27, 2007)

- H. Sean Mathis and Julia M. Whitehead, *Private Equity – Rethinking Trouble*, DailyBankruptcyReview.com (April 11, 2007)

- H. Sean Mathis and Julia M. Whitehead, *Credit Default Swaps: Let The Games Begin*, DailyBankruptcyReview.com (Jan. 31, 2007)

- Restructuring and Sale Advisor for ForstmanLeff in sale to Angelo, Gordon & Co., ranked as a "Deal of the Year" for 2006 by The Deal

- H. Sean Mathis and Julia M. Whitehead, *Look For Pick-Up In Distressed M&A In The Next Economic Downturn*, DailyBankruptcyReview.com (August 30, 2006)

- H. Sean Mathis and Julia M. Whitehead, *Trouble Ahead: The Challenge of Post-Default Second Lien Loans*, DailyBankruptcyReview.com (February 22, 2006)

- Guest Speaker, History Repeats Itself: Telecom and the High-Yield Credit Bubble, FCBA Seminar West (2005)