IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| . | * | Related Docket No. 21544 |

------------------------------------------------------x

# THE CNA INSURANCE COMPANIES'
# PROFFER OF EVIDENCE FOR
# PHASE 1 OF PLAN CONFIRMATION PROCEEDINGS

Pursuant to proceedings before the Court on the record on June 23, 2009, Continental Casualty Company and Continental Insurance Company and certain subsidiaries and affiliates (hereinafter collectively referred to as the "CNA Insurance Companies") hereby proffer the following evidence for purposes of Phase I proceedings:

| CNA Pre-Trial Exh. Binder No.[1] | New Trial Exh. No. | Document Description | Proffer/Note |
|---|---|---|---|
| CNA Trial Exh. 1 | CNA Phase 1 Trial Exh. 1 | Debtors' Written Responses to CNA Discovery Requests<br><br>Pinpoint Citations to the Court:<br><br>• Debtors' Responses to CNA's Request for Admission No. 1, 2, 5, 6, 7, 9, 10<br><br>• Debtors' Responses to CNA's Interrogatories Nos. 1, 3, 4, 5, 9, 10, 11, 12 | Party Admission/Admissions as to operation of the Plan Provisions with respect to insurers' rights; demonstrates lack of clarity in Plan provisions, so as to make it not clearly insurance neutral to the extent required under applicable standards, and demonstrates the potential limbo that the Plan leaves as to certain obligations of the insured under the insurers' policies; establishes that the CNA Insurers' rights under the policies have not been waived, and thus need to be preserved under the provisions of the Plan |
| CNA Trial Exh. 2 | CNA Phase 1 Trial Exh. 2 | ACC's Written Responses to CNA Discovery Requests<br><br>Pinpoint Citations to the Court:<br><br>• ACC's Response to CNA's Request for Admission No. 1, 2, 5, 6, 7, 9<br><br>• ACC's Response to CNA's Interrogatories Nos. 1, 3, 4, 5, 9, 10, 11, 12 | Same as Exh. 1 |

---

[1] The references in this column are to the pre-trial exhibit binders submitted by the CNA Insurance Companies on June 8, 2009.

| | | | |
|---|---|---|---|
| CNA Trial Exh. 3 | CNA Phase 1 Trial Exh. 3 | FCR's Written Responses to CNA Discovery Requests<br><br>Pinpoint Citations to the Court:<br><br>• FCR's Responses to CNA's Request for Admission No. 1, 2, 5, 6, 7, 9<br><br>• FCR's Responses to CNA's Interrogatories Nos. 1, 3, 4, 5, 9, 10, 11, 12 | Same as Exh. 1 |
| CNA Trial Exh. 15 | CNA Phase 1 Trial Exh. 4 | Designated Excerpts of the Deposition of Richard Finke, May 13, 2009 (Transcript, pgs. 47-49) | Deponent testified as the Debtors' Rule 30(b)(6) designee (may be used pursuant to FRCP 32(a)(3)); admissions as to operation of the Plan Provisions with respect to insurers' rights; demonstrates lack of clarity in Plan provisions, so as to make it not clearly insurance neutral to the extent required under applicable standards, and demonstrates the potential limbo that the Plan leaves as to certain obligations of the insured under the insurers' policies |
| CNA Trial Exh. 16 | CNA Phase 1 Trial Exh. 5 | Designated Excerpts of the Deposition of Peter Van N. Lockwood, May 1, 2009 (Transcript, designated lines, pgs. 105-06, 199-200, 381-383, 506-507, 603) | Deponent testified as the Debtors' Rule 30(b)(6) designee (may be used pursuant to FRCP 32(a)(3)); admissions as to operation of the Plan Provisions with respect to insurers' rights; demonstrates lack of clarity in Plan provisions, so as to make it not clearly insurance neutral to the extent required under applicable standards, and demonstrates the potential limbo that the Plan leaves as to certain obligations of the insured under the insurers' policies |

| CNA Trial Exh. 17A | CNA Phase 1 Trial Exh. 6 | Boston Old Colony LX2666569 | Each CNA policy proffered is subject to a signed stipulation with Plan Proponents withdrawing all authenticity and other objections except for relevance; relevant portions of the policies serve as a foundation for issue of whether the Plan clearly and adequately preserves all of the insurers' rights and whether it clearly and adequately preserves the insured's obligations under the policies, so as to make the Plan "insurance neutral" to the extent of the applicable legal standards |
|---|---|---|---|
| CNA Trial Exh. 17B | CNA Phase 1 Trial Exh. 7 | Harbor Ins. Co. 120346 | Same as Exh. 6 |
| CNA Trial Exh. 17C | CNA Phase 1 Trial Exh. 8 | Continental Cas. Co. RDX1788117 | Same as Exh. 6 |
| CNA Trial Exh. 17D | CNA Phase 1 Trial Exh. 9 | Continental Cas. Co. RDX1788118 | Same as Exh. 6 |
| CNA Trial Exh. 17E | CNA Phase 1 Trial Exh. 10 | Continental Cas. Co. RDX1784282 | Same as Exh. 6 |
| CNA Trial Exh. 17F | CNA Phase 1 Trial Exh. 11 | Continental Cas. Co. RDX1784981 | Same as Exh. 6 |
| CNA Trial Exh. 17G | CNA Phase 1 Trial Exh. 12 | Buffalo Reins. Co. BR507551 | Same as Exh. 6 |
| CNA Trial Exh. 17H | CNA Phase 1 Trial Exh. 13 | Continental Ins. Co. SRX3193093 | Same as Exh. 6 |
| CNA Trial Exh. 17I | CNA Phase 1 Trial Exh. 14 | London Guarantee LX3193640 | Same as Exh. 6 |
| CNA Trial Exh. 17J | CNA Phase 1 Trial Exh. 15 | Continental Cas. Co. RDX1785056 | Same as Exh. 6 |
| CNA Trial Exh. 17K | CNA Phase 1 Trial Exh. 16 | Buffalo Reins. Co. BR508040 | Same as Exh. 6 |
| CNA Trial Exh. 17L | CNA Phase 1 Trial Exh. 17 | Continental Ins. Co. SRX1591702 | Same as Exh. 6 |
| CNA Trial Exh. 17M | CNA Phase 1 Trial Exh. 18 | London Guarantee LX1898010 | Same as Exh. 6 |
| CNA Trial Exh. 17N | CNA Phase 1 Trial Exh. 19 | Continental Cas. Co. RDX1785096 | Same as Exh. 6 |
| CNA Trial Exh. 17O | CNA Phase 1 Trial Exh. 20 | Continental Ins. Co. SRX1591976 | Same as Exh. 6 |

| CNA Trial Exh. 17P | CNA Phase 1 Trial Exh. 21 | London Guarantee LX2107836 | Same as Exh. 6 |
|---|---|---|---|
| CNA Trial Exhibit 18B | CNA Phase 1 Trial Exh. 22 | Northbrook Ins. Co 63-001-170 | Same as Exh. 6 |
| CNA Trial Exhibit 18C | CNA Phase 1 Trial Exh. 23 | Lloyds of London 76DD1594C | Same as Exh. 6 |
| CNA Trial Exh. 19A | CNA Phase 1 Trial Exh. 24 | Excerpts of Continental Cas. Co. CCP 902-36-70 Policy relevant to Phase 1 (due to volume, endorsements not related to Phase 1 issues omitted) | Same as Exh. 6, to the extent policy is claimed to be not settled |
| CNA Trial Exh. 19B | CNA Phase 1 Trial Exh. 25 | Excerpts of Continental Cas. Co.CCP2483440 relevant to Phase 1(due to volume, endorsements not related to Phase 1 issues omitted) | Same as Exh. 6, to the extent policy is claimed to be not settled |
| CNA Trial Exh. 19C | CNA Phase 1 Trial Exh. 26 | Excerpts of Continental Cas. Co. CCP2483440 (due to volume, endorsements not related to Phase 1 issues omitted) | Same as Exh. 6, to the extent policy is claimed to be not settled |

The CNA Insurance Companies have previously proffered certain additional First Layer Excess Policies, referenced in certain of the above listed policies, as CNA Trial Exhibit 18, specifically as follows:

    CNA Trial Exhibit 18A    Unigard Mutual Ins. Co.    1-2517

    CNA Trial Exhibit 18D    Lloyds of London    79DD1633C

    CNA Trial Exhibit 18E    Lloyds of London    KY017582

Pursuant to the June 22, 2009 stipulation with Plan Proponents, the CNA Insurance Companies have agreed, without waiver of objections and for purposes of Phase 1 Confirmation proceedings only, to use the Debtors' versions of the above-listed First Layer Excess policies. The Debtors' versions of these

policies are currently being proffered by multiple insurers, and for purposes of avoiding additional duplication of paper before the Court, the CNA Insurance Companies join in the proffer of Federal Insurance Company of such policies as Federal Insurance Company Exhibits 11, 14 and 15, as relates to the CNA Insurance Companies' policies. Pursuant to the June 22, 2009 stipulation, the Plan Proponents have waived all objections except as to relevance with respect to such exhibits.

The CNA Insurance Companies have also joined in previously served and filed deposition designations, which were provided to the Plan Proponents in advance of Phase 1 proceedings, and join in the proffer of those designations, as well as the proffer of certain General Insurer Exhibits.

The CNA Insurance Companies further note that the Court has reserved certain aspects of the issue of standing with respect to ethical conflicts relating to proposed appointments to the Plan Trust Advisory Committee. While certain evidence has been proffered in connection with the Court's reservation of consideration of that issue, the CNA Insurance Companies reserve the right to supplement their proffer with an additional proffer of previously designated exhibits and other materials relating to that reserved issue, should the Court determine to hear that issue prior to Phase II of the Plan Confirmation proceedings or as the Court otherwise deems appropriate.

The CNA Insurance Companies additionally note that the Court or the Plan Proponents have now designated certain issues to be heard in Phase II. To the extent that the CNA Insurance Companies have previously designated certain evidence for use in Phase I, and that evidence is not designated herein, this proffer is without prejudice to the CNA Insurance Companies' proffer or use of such evidence in Phase II Confirmation proceedings, and the CNA Insurance Companies reserve all rights in that respect.

Dated: July 2, 2009
Wilmington, Delaware

                          ROSENTHAL, MONHAIT & GODDESS, P.A.

                          /s/ Edward B. Rosenthal

                          Edward B. Rosenthal (Bar No. 3131)
                          P.O. Box 1070
                          Wilmington, Delaware 19899
                          Telephone: (302) 656-4433x6
                          Facsimile: (302) 658-7567

                          -and-

                          GOODWIN PROCTER LLP
                          Daniel M. Glosband (*pro hac vice*)
                          Michael S. Giannotto (*pro hac vice*)
                          Brian H. Mukherjee (*pro hac vice*)
                          Exchange Place
                          Boston, Massachusetts 02109
                          Telephone: (617) 570-1000
                          Facsimile: (617) 523-1231

                          -and-

                          FORD MARRIN ESPOSITO WITMEYER &
                          GLESER, L.L.P.
                          Elizabeth DeCristofaro (*pro hac vice*)
                          Wall Street Plaza
                          23rd Floor
                          New York, New York 10005-1875
                          Telephone: (212) 269-4900
                          Facsimile: (212) 344-4294

                          *Attorneys for Continental Casualty Company and*
                          *Continental Insurance Company and related*
                          *subsidiaries and affiliates*