IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR TELEPHONIC HEARING ON JULY 9, 2009,
AT 9:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**NOTE:  HEARING IS TELEPHONIC ONLY (COURT ORDER/DOCKET NO. 22231)**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., two (2) business days before the hearing.**

**AGENDA ITEMS 1 THROUGH 10 WERE PREVIOUSLY HEARD ON JUNE 29, 2009**

**PLAN RELATED MATTERS:**

11.     Libby Claimants' Motion to Strike Expert Report of B. Thomas Florence, PhD. [Filed: 4/27/09] (Docket No. 21430)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents: None.

Response Deadline: May 15, 2009, at 10:30 a.m.

Responses Received:

a.      Debtors' Response to Libby Claimants' Motion to Strike Expert Report of B. Thomas Florence, PHD. [Filed: 5/15/09] (Docket No. 21717)

Status: This matter will go forward.

## ADDITIONAL MATTERS:

12.    Anderson Memorial Hospital's Motion for Temporary Allowance of Claim for Voting Purposes [Filed: 5/20/09] (Docket No. 21784)

Related Documents:

a.      [Proposed] Order Granting Anderson Memorial Hospital's Motion for Temporary Allowance of Claim for Voting Purposes [Filed: 5/20/09] (Docket No. 21804)

Response Deadline: June 12, 2009, at 4:00 p.m.

Responses Received:

a.      Debtors' Objection to Certain Motions for Temporary Allowance of Claims for Voting Purposes [Filed: 6/12/09] (Docket No. 22078)

Status: This matter will go forward.

13.    City of Vancouver's Motion for Temporary Allowance of Claim for Voting Procedures [Filed: 5/20/09] (Docket No. 21786)

Related Documents:

a.      [Proposed] Order Granting City of Vancouver's Motion for Temporary Allowance of Claim for Voting Procedures [Filed: 5/20/09] (Docket No. 21805)

Response Deadline: June 12, 2009, at 4:00 p.m.

Responses Received:

a.      Debtors' Objection to Certain Motions for Temporary Allowance of Claims for Voting Purposes [Filed: 6/12/09] (Docket No. 22078)

Status: This matter will go forward.

14.    School District 68 Nanaimo-Ladysmith's Motion for Temporary Allowance of Claim for Voting Procedures [Filed: 5/20/09] (Docket No. 21787)

Related Documents:

a.      [Proposed] Order Granting School District 68 Nanaimo-Ladysmith's Motion for Temporary Allowance of Claim for Voting Procedures [Filed: 5/20/09] (Docket No. 21808)

Response Deadline: June 12, 2009, at 4:00 p.m.

Responses Received:

a.      Debtors' Objection to Certain Motions for Temporary Allowance of Claims for Voting Purposes [Filed: 6/12/09] (Docket No. 22078)

Status: This matter will go forward.


**AGENDA ITEMS 15 THROUGH 19 WERE PREVIOUSLY HEARD ON JUNE 29, 2009**


**QUARTERLY FEE APPLICATIONS**

20.     Thirty-First Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2008 through December 31, 2008

Related Documents:

a.      Certification of Counsel Regarding Thirty-First Quarter Project Category Summary [Filed: 6/26/09] (Docket No. 22259)

b.      Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-First Period [Filed: 6/26/09] (Docket No. 22258)


*[Remainder of Page Intentionally Left Blank]*

Status:  This matter will go forward as a status conference, if necessary.

Dated: July ___, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
13 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

-and–

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession