# EXHIBIT A

## Plan Proponents' REVISED Trial Exhibit Objections

### All Other Exhibits

## Phase I Trial Exhibits
## received 06/26/2009

## Plan Proponents' Objections to All Other Exhibits

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Bank Lender Group | 1 | 05/14/1998 & 05/05/1999 | BLG-0001 - BLG-0222 | Affidavit of Charles O. Freedgood of JPMorgan Chase Bank, N.A., In Its Capacity As Administrative Agent Under The Pre-Petition Bank Credit Facilities, In Support of the Claims Asserted Under The Debtors' Credit Agreements Dated As of May 14, 1998 and May 5, 1999 [Dkt. Nos. 22279 and 22306] | Relevance, Hearsay |
| Bank Lender Group | 2 | 00/00/0000 | BLG-0223 - BLG-0248 | Responses and Objections of Debtors to The Official Committee of Unsecured Creditors of WR Grace & Co. and Bank Lender Group's First Request for Production of Documents, First Set of Interrogatories, and First Request for Admissions [Dkt. No. 19480 Exhibit 4] | Relevance, Hearsay |
| Certain Insurers' | 2 | 03/30/2009 | | Designated Excerpts from the Deposition Transcript of Richard Charles Finke March 30, 2009 (D.I. 22161) (and certain exhibits thereto)<br><br>• Ex. 12 (SEC Form 8-K - WR Grace & Co., filed April 6, 2008)<br><br>• Ex. 13 (Debtors' Preliminary List of Witnesses That They Intend to Call During the Confirmation | Relevance, Hearsay<br><br>Relevance |


| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Hearing) | |
| | | | | • Ex. 15 (Debtors' Response to Government Employees Insurance Company and Columbia Insurance Company's Request for Admission, Interrogatories and Requests for Production of Documents) | Relevance, Hearsay |
| | | | | • Ex. 16 (Debtors' Response to OneBeacon America Insurance Company and Seaton Insurance Company's Request for Admission, Interrogatories and Requests for Production of Documents) | Relevance, Hearsay |
| Certain Insurers' | 3 | | | Designated Excerpts from the Deposition Transcript of Richard Finke, May 13, 2009 (D.I. 22168) (and certain exhibits thereto) | |
| | | | | • Ex. 1 (Notice of Deposition of Debtors Pursuant to Rule 30(b)(6)) | Relevance |
| | | | | • Ex. 2 (WR Grace/Confirmation Hearing 30(b)(6) Depostion Notice - Witness Designations) | Relevance |
| | | | | • Ex. 3 (SEC Form 8-K - WR Grace & Co., filed April 6, 2008) | Relevance, Hearsay |
| Certain Insurers' | 4 | | | Designated Excerpts from the Deposition Transcript of Jay Hughes, June 11, 2009 (D.I. 22156) (and certain exhibits thereto) | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | • Ex. 3 (Trust Distribution Procedures) | Relevance (unclear if this is most recent version) |
| | | | | • Ex. 11 (Correspondence from Kirkland & Ellis LLP, dated April 25, 2009 regarding Witness Designations) | Relevance, Hearsay |
| Certain Insurers' | 5 | | | Designated Excerpts from the Deposition Transcript of Elihu Inselbuch, June 12, 2009 (D.I. 22177) (and certain exhibits thereto)<br><br>• Ex. 2 (SEC Form 8-K - WR Grace & Co., filed April 6, 2008)<br><br>• Ex. 2A (WR Grace & Co., et al., Term Sheet for Resolution of Asbestos Personal Injury Claims)<br><br>• Ex. 3 (Preliminary Expert Report on WR Grace Trust - Mark A. Peterson)<br><br>• Ex. 4 (Trust Distribution Procedures (**numbers scribbled on first page**) | Relevance, Hearsay<br><br>Relevance<br><br>Relevance<br><br>Relevance (unclear if this is the most recent version) |
| Certain | 6 | | | Designated Excerpts from the Deposition Transcript of Peter Van N. Lockwood, May 1, 2009 and May 4, 2009 | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Insurers' | | | | (D.I. 22157) (and certain exhibits thereto)<br><br>• Ex. 1 (Amended Notice of Deposition of Asbestos PI Committee Pursuant to Rule 30(b)(6)<br><br>• Ex. 2 (Objections of the Official Committee of Asbestos Personal Injury Claimants to Rule 30(b)(6) Notice of Deposition Served by Certain Plan Objectors)<br><br>• Ex. 3 (SEC Form 8-K – WR Grace & Co., filed April 6, 2008)<br><br>• Causes of Action Schedule<br><br>• Ex. 8 (Complaint for Declaratory and Other Relief)<br><br>• Ex. 9 (Diagram) | Relevance<br><br>Relevance, Hearsay<br><br>Relevance, Hearsay<br><br>Relevance<br><br>Relevance<br><br>Relevance, Authenticity, Foundation |
| Certain Insurers' | 7 | | | Designated Excerpts from the Deposition Transcript of Mark Peterson, June 9, 2009 (D.I. 22154) (and certain exhibits thereto)<br><br>• Ex. 2 (Excerpts of Preliminary Expert Report on WR Grace Trust by Mark A. Peterson, dated March 2009) | Relevance, Hearsay, Authenticity |

5

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | • Ex. 6 (E-mail correspondence from Mark Peterson to Steven Meyer, Michael Meyer, Mike Polk, Mike Sieben, Thomas Carey and Mark Peterson, dated November 12, 2004 re: Mike Meyer's Questions) | Relevance, Hearsay, Authenticity |
| | | | | • Ex. 7 (E-mail correspondence from Michael Polk to Steven Meyer, Michael Meyer, Mark Peterson, Tom Carey, Mike Polk, and Mike Sieben, re: API Trust Administration) | Relevance, Hearsay, Authenticity |
| Certain Insurers' | 8 | | | Designated Excerpts from the Deposition Transcript of Jeffrey Posner, May 6, 2009 (D.I. 22154) (and certain exhibits thereto) | |
| | | | | • Ex. 2 (Curriculum vitae of Jeffrey M. Posner) | Relevance, Hearsay |
| | | | | • Ex. 3 (Affidavit Under 11 U.S.C. 327(e)) | Relevance, Hearsay |
| CNA | 1 | 00/00/0000 | | Debtors' Written Responses to CNA's Discovery Requests<br><br>Pinpoint Citations to the Court:<br><br>• Debtors' Responses to CNA's Request for Admission No. 1, 2, 5, 6, 7, 9, 10 | Relevance, |

6

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | • Debtors' Responses to CNA's Interrogatories Nos. 1, 3, 4, 5, 6, 10, 11, 12 | Hearsay<br><br>Relevance, Hearsay |
| CNA | 2 | 00/00/0000 | | ACC's Written Responses to CNA's Discovery Requests<br><br>Pinpoint Citations to the Court:<br><br>• ACC's Response to CNA's Request for Admission No. 1, 2, 5, 6, 7, 9<br><br>• ACC's Response to CNA's Interrogatories Nos. 1, 3, 4, 5, 9, 10, 11, 12 | Relevance, Hearsay<br><br>Relevance, Hearsay |
| CNA | 3 | 00/00/0000 | | FCR's Written Responses to CNA's Discovery Requests<br><br>Pinpoint Citations to the Court:<br><br>• FCR's Responses to CNA's Request for Admission No. 1, 2, 5, 6, 7, 9<br><br>• FCR's Responses to CNA's Interrogatories Nos. 1, 3, 4, 5, 9, 10, 11, 12 | Relevance, Hearsay<br><br>Relevance, Hearsay |
| Federal Insurance Company | 16 | 11/18/1997 | --- | November 18, 1997 Cover Letter from J. Posner to R. Lanes attaching Settlement Agreement between WR Grace and Federal Insurance Company | Relevance, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Federal Insurance Company | 17 | 05/28/2004 | Fed/Grace 00001 - Fed/Grace 00006 | May 28, 2004 Letter from W. Shelley and J. Cohn to D. Bernick | Relevance, Hearsay, Authenticity |
| Federal Insurance Company | 18 | 09/24/2004 | Fed/Grace 00007 - Fed/Grace 00008 | September 24, 2004 Letter from W. Shelley and J. Cohn to D. Bernick | Relevance, Hearsay, Authenticity |
| Federal Insurance Company | 19 | 02/21/2006 | Fed/Grace 00014 - Fed/Grace 00015 | February 21, 2006 Letter from W. Shelley and J. Cohn to Janet Baer | Relevance, Hearsay, Authenticity |
| Federal Insurance Company | 20 | 04/25/2008 | Fed/Grace 00016 - Fed/Grace 00017 | April 25, 2008 Letter from W. Shelley and J. Cohn to Janet Baer | Relevance, Hearsay, Authenticity |
| Federal Insurance Company | 21 | 03/06/2009 | --- | Debtors, Official Committee of Asbestos Personal Injury Claimants, Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders' Joint response to Federal Insurance Company's First Set of Requests for Admission, First Set of Interrogatories, and First Set of Requests for Production of Documents<br><br>• Plan Proponents Responses to Requests for Admission Nos. 1, 2, 5, 6, 7, 9, 10, 11, 12 | Relevance, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Fireman's Fund, Allianz | 33 | 03/27/2003 | | FFIC Proof of Claim, dated 03/27/2003, relating to Surety Bond (pages 3-4) | Relevance, Hearsay, Authenticity, Foundation |
| Fireman's Fund, Allianz | 34 | 00/00/0000 | | Debtors' Objections and Responses to Certain Insurers' First Request for Admissions, (Revised) First Set of Interrogatories, and First Set of Requests for Documents<br><br>• RFA Resp Nos. 5, 6, 7, 8, 13, 14, 15, 16, 17, 18, 19, 28, 29, 33, 34, 35, 88, 89, 90, 91, 92, 96<br><br>• Interrog. Resp Nos. 21 | Relevance, Hearsay<br><br>Relevance, Hearsay |
| Fireman's Fund, Allianz | 35 | 00/00/0000 | | FCR's Objections and Responses to Certain Insurers' First Request for Admissions, (Revised) First Set of Interrogatories, and First Set of Requests for Documents<br><br>• RFA Resp Nos. 5, 6, 7, 8, 13, 14, 15, 16, 17, 18, 19, 28, 29, 33, 34, 35, 88, 89, 90, 91, 92, 96<br><br>• Interrog. Resp Nos. 21 | Relevance, Hearsay<br><br>Relevance, Hearsay |
| Fireman's Fund, Allianz | 36 | 00/00/0000 | | ACC's Objections and Responses to Certain Insurers' First Request for Admissions, (Revised) First Set of Interrogatories, and First Set of Requests for Documents<br><br>• RFA Resp Nos. 5, 6, 7, 8, 13, 14, 15, 16, 17, 18, 19, 28, 29, 33, 34, 35, 88, 89, 90, 91, 92, 96 | Relevance, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | • Interrog. Resp Nos. 21 | Relevance, Hearsay |
| GEICO/ Republic/ Seaton | GRS-1 | 03/06/2009 | | Objections and Responses of the Official Committee of Asbestos Personal Injury Claimants to Discovery Requests Propounded by Government Employees Insurance Company and Columbia Insurance Company, dated March 6, 2009<br><br>• RFA Resp. Nos. 3, 4, 8, 9, 10, 12, 13, 14, 15, 19, 20, 24, 25, 26, 28, 29, 30, 31, 33, 34, 39, 40, 41, 42<br><br>• Interrog Resp Nos. 1, 2, 4 | Relevance, Hearsay<br><br>Relevance, Hearsay |
| GEICO/ Republic/ Seaton | GRS-2 | 03/06/2009 | | Objections and Responses to the Official Committee of Asbestos Personal Injury Claimants to Discovery Requests Propounded by OneBeacon America Insurance Company and Seaton Insurance Company, dated March 6, 2009<br><br>• RFA Resp. Nos. 9, 10, 11, 12<br><br>• Interrog. Resp. Nos. 2, 5, 8 | Relevance, Hearsay<br><br>Relevance, Hearsay |
| GEICO/ Republic/ | GRS-3 | 03/06/2009 | | Asbestos PI Future Claimants' Representative's Response to Government Employees Insurance Company and Columbia Insurance Company's Request for Admission, | |

10

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Seaton | | | | Interrogatories and Requests for Production of Documents, dated March 6, 2009<br><br>• RFA Resp. Nos. 3, 4, 8, 9, 10, 12, 13, 14, 15, 19, 20, 24, 25, 26, 28, 29, 30, 31, 33, 34, 39, 40, 41, 42<br><br>• Interrog. Resp. Nos. 1, 2, 4, | Relevance, Hearsay<br><br><br>Relevance, Hearsay |
| GEICO/ Republic/ Seaton | GRS-4 | 03/06/2009 | | Asbestos PI Future Claimants' Representative's Response to OneBeacon America Insurance Company and Seaton Insurance Company's Request for Admission, Interrogatories and Requests for Production of Documents, dated March 6, 2009<br><br>• RFA Resp. Nos. 9, 10, 11, 12<br><br>• Interrog. Resp. Nos. 2, 5, 8 | Relevance, Hearsay<br><br>Relevance, Hearsay |
| GEICO/ Republic/ Seaton | GRS-5 | 03/06/2009 | | Debtors' Response to Government Employees Insurance Company and Columbia Insurance Company's Request for Admission, Interrogatories and Requests for Production of Documents, dated March 6, 2009<br><br>• RFA Resp. Nos. 1, 3, 4, 8, 9, 10, 12, 13, 14, 15, 17, 19, 20, 24, 25, 26, 28, 29, 30, 31, 33, 34, 39, | Relevance, |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | 40, 41, 42 | Hearsay |
| | | | | • Interrog. Resp. Nos. 1, 2, 3, 4, | Relevance, Hearsay |
| GEICO/ Republic/ Seaton | GRS-6 | 03/06/2009 | | Debtor's Response to OneBeacon America Insurance Company and Seaton Insurance Company's Requests for Admission, Interrogatories and Requests for Production of Documents, dated March 6, 2009<br><br>• RFA Resp. Nos. 9, 10, 11, 12<br><br>• Interrog. Resp. Nos. 2, 5, 8 | Relevance, Hearsay<br><br>Relevance, Hearsay |
| GEICO/ Republic/ Seaton | GRS-17 | 09/02/2004 | | Complaint for Declaratory and Other Relief, *The Scotts Company v. American Employers' Ins. Co., et al.*, Adv. No. 04-55083, dated September 2, 2004 | Relevance, Hearsay |
| GEICO/ Republic/ Seaton | GRS-18 | 02/03/2009 | | Objections of BNSF Railway Company to Confirmation of the First Amended Chapter 11 Plan of WR Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders dated February 3, 2009 (D.I. 21769), dated May 20, 2009 (and Exhibits thereto)<br><br>• Ex. A - Correspondence to James Kennedy from JL Toot, dated May 8, 1961 | Relevance, Hearsay<br><br>Relevance, |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | • Ex. B - Endorsement between Royal Indemnity Company and Zonolite Company, dated March 31, 1954<br><br>• Ex. C - Endorsement between Royal Indemnity Company and Zonolite Company, dated April 1, 1962 | Hearsay<br><br>Relevance, Hearsay<br><br><br>Relevance, Hearsay |
| GEICO/ Republic/ Seaton | GRS-19 | 05/20/2009 | | Objection of The Scotts Company LLC to Confirmation of First Amended Joint Plan of Reorganization (D.I. 20872), dated May 20, 2009 (and Exhibits thereto) | Relevance, Hearsay |
| GEICO/ Republic/ Seaton | GRS-20 | 00/00/0000 | | Proof of Claim No. 15531, filed by Seaton Insurance Company | Relevance, Hearsay, Authenticity, Foundation |
| GEICO/ Republic/ Seaton | GRS-21 | 00/00/0000 | | Class 6 Asbestos PI Claims (Indirect PI Trust Claims) Ballot Provided to Seaton Insurance Company | Relevance, Hearsay, Authenticity |
| Insurers' Combined | I-12 | 00/00/0000 | | Supplemental Verified Statement in Connection with the Representation of creditors as Required by Fed. R. Bankr. P. Rule 2019 by Cooney and Conway | Relevance |
| Insurers' Combined | I-13 | 00/00/0000 | | Notice of Filing Amended Statement Under Bankruptcy Rule 2019 by Baron & Budd, P.C. | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Insurers' Combined | I-14 | 00/00/0000 | | Third Amended Verified Statement in Connection with Representation of Creditors as Required by F.R.B.P. Rule 2019 by Weitz & Luxenberg | Relevance |
| Insurers' Combined | I-15 | 00/00/0000 | | Eleventh Amended Verified Statement Pursuant to Fed. R. Bankr. P. 2019 filed by Motley Rice LLC | Relevance, |
| Zurich Insurance Company | 16 | 00/00/0000 | --- | Phase I Hearing Declaration of Michael Buresh | Relevance, Hearsay |