# EXHIBIT B

Plan Proponents' REVISED Trial Exhibit Objections

Policies and Settlement Agreements

# Phase I Trial Exhibits
## received 06/26/2009

## Plan Proponents' Objections based on Relevance to All Policies and Settlement Agreements

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| ACC & OneBeacon | 1 | 00/00/0000 | | Stipulation of Authenticity and Admissibility with Respect to Certain Liability Policies Issued to the Debtors and Certain Settlement Agreements<br><br>• Ex. 1 - Seaton Policy No. 1-2517 (6/30/1974 - 06/30/1975)<br><br>• Ex. 2 - GEICO Policy No. GXU 30031 (06/30/1981 - 06/30/1982)<br><br>• Ex. 3 - GEICO Policy No. GXU 30152 (06/30/1982 - 06/30/1983)<br><br>• Ex. 4 - GEICO Policy No. GXU 30267 (06/30/1983 - 06/30/1984)<br><br>• Ex. 5 - Republic Policy No. CDE 749 (06/30/1983 - 06/30/1984)<br><br>• Ex. 6 - Republic Policy No. CDE 750 (06/30/1983 - 06/30/1984) | Relevance |

2

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | - Ex. 7 - London policy No. 79 DD 1633C (06/30/1979 - 06/30/1982)<br><br>- Ex. 8 - London Policy No. KYO 17582 (06/30/1982 - 06/30/1985)<br><br>- Ex. 9 - Settlement Agreement entered into by WR Grace & Co., WR Grace & Co.-Conn., Commercial Union Insurance Company, and American Employers' insurance Company, effective May 10, 1993<br><br>- Ex. 10 - Settlement Agreement and Release entered into by WR Grace & Co.-Conn., WR Grace & Co.-Del., WR Grace & Co. (a New York Corporation), and Commercial Union Insurance Company, effective December 17, 1996<br><br>- Ex. 11 - Settlement Agreement and Release entered into by WR Grace & Co. and Commercial Union Insurance Company, effective October 7, 1998<br><br>- Ex. 12 - Settlement Agreement, Release and Indemnification/Hold Harmless Agreement entered into by WR Grace & Co-Conn. and Unigard Security Insurance Company, effective August 6, 1992<br><br>- Ex. 13 - Settlement Agreement, Release and Indemnification/Hold Harmless Agreement | |

DOCS_DE:150323.1

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | entered into by WR Grace & Co-Conn. and WR Grace & Co., and Unigard Security Insurance Company, effective May 15, 1995<br><br>• Ex. 14 - Settlement Agreement, Release and Indemnification/Hold Harmless Agreement entered into by WR Grace & Co-Conn. and WR Grace & Co., and Unigard Security Insurance Company, effective July 11, 1996<br><br>• Ex. 15 - Settlement Agreement and Release entered into by WR Grace & Co (a Delaware corporation), WR Grace & Co. (a New York corporation), WR Grace & Co. (a Connecticut corporation), and Unigard Security Insurance Company, effective March 5, 1997 | |
| AXA Belgium | 1 | 06/30/1977 - 06/30/1978 | --- | Materials relating to alleged Policy # AVB102 | Relevance |
| AXA Belgium | 2 | 06/30/1978 - 06/30/1979 | --- | Materials relating to alleged Policy # AVB124 | Relevance |
| AXA Belgium | 3 | 06/30/1984 - 06/30/1985 | --- | Materials relating to alleged Policy # 1251427 | Relevance |
| Certain | 8 | | | Designated Excerpts from the Deposition Transcript of Jeffrey Posner, May 6, 2009 (D.I. 22154) (and certain | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Insurers' | | | | exhibits thereto)<br><br>• Ex. 18 (Settlement Agreement, Release and Indemnification/ Hold Harmless Agreement entered into by WR Grace & Co.-Conn. and Unigard Security Insurance Company, effective August 6, 1992) | Relevance |
| CNA | 6 | 07/17/1974 - 06/30/1977 | | Boston Old Colony Policy No. LX2666569 period of 07/17/1974 - 06/30/1977 | Relevance |
| CNA | 7 | 07/17/1974 - 06/30/1977 | | Harbor Ins. Co. Policy No. 120346 period of 07/17/1974 - 06/30/1977 | Relevance |
| CNA | 8 | 06/30/1977 - 06/30/1978 | | Continental Cas. Co. Policy No. RDX1788117 period of 06/30/1977 - 06/30/1978 | Relevance |
| CNA | 9 | 06/30/1977 - 06/30/1978 | | Continental Cas. Co. Policy No. RDX1788118 period of 06/30/1977 - 06/30/1978 | Relevance |
| CNA | 10 | 06/30/1979 - 06/30/1980 | | Continental Cas. Co. Policy No. RDX1784282 period of 06/30/1979 - 06/30/1980 | Relevance |
| CNA | 11 | 06/30/1980 - | | Continental Cas. Co. Policy No. RDX1784981 period of 06/30/1980 - 06/30/1982 | Relevance |

DOCS_DE:150323.1

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | 06/30/1982 | | | |
| CNA | 12 | 06/30/1981 - 06/30/1982 | | Buffalo Reins. Co. Policy No. BR507551 period of 06/30/1981 - 06/30/1983 | Relevance |
| CNA | 13 | 06/30/1981 - 06/30/1982 | | Continental Ins. Co. Policy No. SRX3193093 period of 06/30/1981 - 06/30/1982 | Relevance |
| CNA | 14 | 06/30/1981 - 06/30/1982 | | London Guarantee Policy No. LX3193640 period of 06/30/1981 - 06/30/1982 | Relevance |
| CNA | 15 | 06/30/1982 - 06/30/1983 | | Continental Cas. Co. Policy No. RDX1785056 period of 06/30/1982 - 06/30/1983 | Relevance |
| CNA | 16 | 06/30/1982 - 06/30/1983 | | Buffalo Reins. Co. Policy No. BR508040 for period 06/30/1982 - 06/30/1983 | Relevance |
| CNA | 17 | 06/30/1982 - 06/30/1983 | | Continental Ins. Co. Policy No. SRX1591702 period of 06/30/1982 - 06/30/1983 | Relevance |
| CNA | 18 | 06/30/1982 - 06/30/1983 | | London Guarantee Policy No. LX1898010 for period 06/30/1982 - 06/30/1983 | Relevance |

DOCS_DE:150323.1

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| CNA | 18A | | | Unigard Mutual Ins. Co. Policy No. 1-2517 (same as GRS Exhibit 24.1) | Relevance |
| CNA | 18D | | | Lloyds of London Policy No. 79DD1633C (same as GRS Exhibit 24.7) | Relevance |
| CNA | 18E | | | Lloyds of London Policy No. KY017582 (same as GRS Exhibit 24.8) | Relevance |
| CNA | 19 | 06/30/1983 - 06/30/1984 | | Continental Cas. Co. Policy No. RDX1785096 period of 06/30/1983 - 06/30/1984 | Relevance |
| CNA | 20 | 06/30/1983 - 06/30/1984 | | Continental Ins. Co. Policy No. SRX1591976 period of 06/30/1983 - 06/30/1984 | Relevance |
| CNA | 21 | 06/30/1983 - 06/30/1984 | | London Guarantee Policy No. LX2107836 period of 06/30/1983 - 06/30/1984 | Relevance |
| CNA | 22 | 06/30/1975 - 06/30/1976 | | Northbrook Ins. Co. Policy No. 63-001-170 period of 06/30/1975 - 06/30/1976 | Relevance |
| CNA | 23 | 06/30/1976 - 06/30/1979 | | Lloyds of London Policy No. 76DD1594C period of 06/30/1976 - 06/30/1979 | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| CNA | 24 | 06/30/1973 - 06/30/1976 | | Excerpts of Continental Cas. Co. Policy No. CCP 902-36-70 period of 06/30/1973 - 06/30/1976 Policy relevant to Phase I (due to volume, endorsements not related to Phase I issues omitted) | Relevance |
| CNA | 25 | 06/30/1976 - 06/30/1983 | | Excerpts of Continental Cas. Co. Policy No. CCP2483440 period of 06/30/1976 - 06/30/1983 relevant to Phase I (due to volume, endorsements not related to Phase I issues omitted) | Relevance |
| CNA | 26 | 06/30/1983 - 06/30/1985 | | Excerpts of Continental Cas. Co. Policy No. CCP2483440 period of 06/30/1983 - 06/30/1985 (due to volume, endorsements not related to Phase I issues omitted) | Relevance |
| Federal Insurance Company | 1 | 07/17/1974 - 06/30/1977 | --- | Federal Insurance Company Policy # 79221530 | Relevance |
| Federal Insurance Company | 2 | 06/30/1977 - 06/30/1978 | --- | Federal Insurance Company Policy # (78) 7922-15-30 | Relevance |
| Federal Insurance Company | 3 | 06/30/1978 - 06/30/1979 | --- | Federal Insurance Company Policy # (79) 79227260 | Relevance |
| Federal Insurance Company | 4 | 06/30/1979 - 06/30/1980 | --- | Federal Insurance Company Policy # (80) 7922-72-60 | Relevance |

DOCS_DE:150323.1

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Federal Insurance Company | 5 | 06/30/1979 - 06/30/1980 | --- | Federal Insurance Company Policy # (80) 7922-72-98 | Relevance |
| Federal Insurance Company | 6 | 06/30/1980 - 06/30/1981 | --- | Federal Insurance Company Policy # (81) 7922-72-60 | Relevance |
| Federal Insurance Company | 7 | 06/30/1980 - 06/30/1981 | --- | Federal Insurance Company Policy # (81) 7922-72-98 | Relevance |
| Federal Insurance Company | 8 | 06/30/1981 - 06/30/1982 | --- | Federal Insurance Company Policy # (82) 7922-72-60 | Relevance |
| Federal Insurance Company | 9 | 06/30/1981 - 06/30/1982 | --- | Federal Insurance Company Policy # (82) 7922-72-98 | Relevance |
| Federal Insurance Company | 10 | 07/30/1984 - 07/30/1985 | --- | Federal Insurance Company Policy # 7928-26-20 | Relevance |
| Federal Insurance Company | 11 | 07/22/1974 | --- | Unigard Mutual Insurance Company Policy 1-2517 | Relevance |
| Federal Insurance | 12 | 06/30/1975 - | --- | Northbrook Insurance Company Policy # 63-001-170 | Relevance |

DOCS_DE:150323.1

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Company | | 06/30/1978 | | | |
| Federal Insurance Company | 13 | June 28, 1977 | WRG 0629 - WRG 0673 | Lloyd's Policy # 76DD1594C | Relevance |
| Federal Insurance Company | 14 | 06/30/1979 - 06/30/1982 | WRG 0675 - WRG 0727 | Lloyd's Policy # 79DD1633C | Relevance |
| Federal Insurance Company | 15 | 06/30/1982 - 06/30/1985 | --- | Lloyd's Policy # KYO17582 | Relevance |
| Fireman's Fund, Allianz | 1 | 06/30/1982 - 06/30/1985 | | Lloyd's Policy No. KYO 17582 Policy Period 06/30/1982 - 06/30/1985 | Relevance |
| Fireman's Fund, Allianz | 2 | 06/30/1984 - 06/30/1985 | | FFIC Policy No. XLX-168 80 67 Policy period 06/30/1984 - 06/30/1985 | Relevance |
| Fireman's Fund, Allianz | 3 | 06/30/1984 - 06/30/1985 | | Allianz Policy No. C 73 000 25 Policy period 06/30/1984 - 06/30/1985 | Relevance |
| Fireman's Fund, Allianz | 4 | 06/30/1983 - 06/30/1984 | | FFIC Policy No. XLX-153-22-28 Policy period 06/30/1983 - 06/30/1984 | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Fireman's Fund, Allianz | 5 | 06/30/1983 - 06/30/1984 | | FFIC Policy No. XLX-153-22-27 Policy period 06/30/1983 - 06/30/1984 | Relevance |
| Fireman's Fund, Allianz | 6 | 06/30/1983 - 06/30/1984 | | Allianz Policy No. C 73 000 25 Policy period 06/30/1983 - 06/30/1984 | Relevance |
| Fireman's Fund, Allianz | 7 | 06/30/1982 - 06/30/1983 | | FFIC Policy No. XLX-153 24 75 Policy period 06/30/1982 - 06/30/1983 | Relevance |
| Fireman's Fund, Allianz | 8 | 06/30/1982 - 06/30/1983 | | FFIC Policy No. XLX-153 24 74 Policy period 06/30/1982 - 06/30/1983 | Relevance |
| Fireman's Fund, Allianz | 9 | 06/30/1982 - 06/30/1983 | | Allianz Policy No. C 73 000 25 Policy period 06/30/1982 - 06/30/1983 | Relevance |
| Fireman's Fund, Allianz | 10 | 06/30/1979 - 06/30/1982 | | Lloyds Policy No. 79 DD 1633C Policy period 06/30/1979 - 06/30/1982 | Relevance |
| Fireman's Fund, Allianz | 11 | 06/30/1981 - 06/30/1982 | | FFIC Policy No. XLX-148 14 92 Policy period 06/30/1981 - 06/30/1982 | Relevance |
| Fireman's Fund, | 12 | 06/30/1981 - | | FFIC Policy No. XLX-148 14 91 Policy period 06/30/1981 - 06/30/1982 | Relevance |

DOCS_DE:150323.1

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Allianz | | 06/30/1982 | | | |
| Fireman's Fund, Allianz | 13 | 06/30/1981 - 06/30/1982 | | FFIC Policy No. XLX-148 14 90 Policy period 06/30/1981 - 06/30/1982 | Relevance |
| Fireman's Fund, Allianz | 14 | 06/30/1981 - 06/30/1982 | | Allianz Policy No. H 0 001 428 Policy period 06/30/1981 - 06/30/1982 | Relevance |
| Fireman's Fund, Allianz | 15 | 06/30/1980 - 06/30/1981 | | FFIC Policy No. XLX-143 70 61 Policy period 06/30/1980 - 06/30/1981 | Relevance |
| Fireman's Fund, Allianz | 16 | 06/30/1980 - 06/30/1981 | | FFIC Policy No. XLX-143 70 60 Policy period 06/30/1980 - 06/30/1981 | Relevance |
| Fireman's Fund, Allianz | 17 | 06/30/1980 - 06/20/1981 | | Allianz Policy No. H 0 001 428 Policy period 06/30/1980 - 06/30/1981 | Relevance |
| Fireman's Fund, Allianz | 18 | 06/30/1980 - 06/30/1981 | | RAS Policy No EL 79 4416 Policy period 06/30/1980 - 06/30/1981 | Relevance |
| Fireman's Fund, Allianz | 19 | 06/30/1979 - 06/30/1980 | | RAS Policy No EL 79 4120 Policy period 06/30/1979 - 06/30/1980 | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Fireman's Fund, Allianz | 20 | 07/01/1979 - 06/30/1980 | | FFIC Policy No. XLX-137 04 27 Policy period 07/01/1979 - 06/30/1980 | Relevance |
| Fireman's Fund, Allianz | 21 | 06/30/1979 - 06/30/1980 | | FFIC Policy No. XLX-137 04 26 Policy period 06/30/1979 - 06/30/1980 | Relevance |
| Fireman's Fund, Allianz | 22 | 06/30/1979 - 06/30/1980 | | Allianz Policy No. H 0 001 428 Policy period 06/30/1979 - 06/30/1980 | Relevance |
| Fireman's Fund, Allianz | 23 | 06/30/1976 - 06/30/1979 | | Lloyds Policy No. 76 DD 1594C Policy period 06/30/1976 - 06/30/1979 | Relevance |
| Fireman's Fund, Allianz | 24 | 06/30/1978 - 06/30/1979 | | FFIC Policy No. XLX-136 29 55 Policy period 06/30/1978 - 06/30/1979 | Relevance |
| Fireman's Fund, Allianz | 25 | 06/30/1978 - 06/30/1979 | | Allianz Policy No. H 0 001 428 Policy period 06/30/1978 - 06/30/1979 | Relevance |
| Fireman's Fund, Allianz | 26 | 06/30/1978 - 06/30/1979 | | RAS Policy No. EL 2787 Policy period 06/30/1978 - 06/30/1979 | Relevance |
| Fireman's Fund, | 27 | 06/30/1977 - | | FFIC Policy No. XLX-129 95 53 Policy period 06/30/1977 - 06/30/1978 | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Allianz | | 06/30/1978 | | | |
| Fireman's Fund, Allianz | 28 | 06/30/1977 - 06/30/1978 | | Allianz Policy No. H 0 001 1428 Policy period 06/30/1977 - 06/30/1978 | Relevance |
| Fireman's Fund, Allianz | 29 | 06/30/1977 - 06/30/1978 | | RAS Policy No. EL 2046 Policy period 06/30/1977 - 06/30/1978 | Relevance |
| Fireman's Fund, Allianz | 30 | 06/30/1976 - 06/30/1977 | | FFIC Policy No. XLX-120 29 30 Policy Period 06/30/1976 - 06/30/1977 | Relevance |
| Fireman's Fund, Allianz | 31 | 10/28/1968 - 06/30/1971 | | FFIC Policy No XLX-102 68 77 Policy period 10/28/1968 - 06/30/1971 | Relevance |
| Fireman's Fund, Allianz | 32 | 01/27/1965 - 10/20/1965 | | FFIC Policy No. XL 76937 Policy period 01/27/1965 - 10/20/1965 | Relevance |
| GEICO/ Republic/ Seaton | GRS-24 | 00/00/0000 | | Stipulation of Authenticity and Admissibility with Respect to Certain Liability Policies Issued to the Debtors and Certain Settlement Agreements<br><br>• Ex. 1 - Seaton Policy No. 1-2517 (6/30/1974 - 06/30/1975)<br><br>• Ex. 2 - GEICO Policy No. GXU 30031 | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | (06/30/1981 - 06/30/1982)<br><br>• Ex. 3 - GEICO Policy No. GXU 30152 (06/30/1982 - 06/30/1983)<br><br>• Ex. 4 - GEICO Policy No. GXU 30267 (06/30/1983 - 06/30/1984)<br><br>• Ex. 5 - Republic Policy No. CDE 749 (06/30/1983 - 06/30/1984)<br><br>• Ex. 6 - Republic Policy No. CDE 750 (06/30/1983 - 06/30/1984)<br><br>• Ex. 7 - London policy No. 79 DD 1633C (06/30/1979 - 06/30/1982)<br><br>• Ex. 8 - London Policy No. KYO 17582 (06/30/1982 - 06/30/1985)<br><br>• Ex. 9 - Settlement Agreement entered into by WR Grace & Co., WR Grace & Co.-Conn., Commercial Union Insurance Company, and American Employers' insurance Company, effective May 10, 1993<br><br>• Ex. 10 - Settlement Agreement and Release entered into by WR Grace & Co.-Conn., WR Grace & Co.-Del., WR Grace & Co. (a New York Corporation), and Commercial Union Insurance | |

DOCS_DE:150323.1

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Company, effective December 17, 1996<br><br>• Ex. 11 - Settlement Agreement and Release entered into by WR Grace & Co. and Commercial Union Insurance Company, effective October 7, 1998<br><br>• Ex. 12 - Settlement Agreement, Release and Indemnification/Hold Harmless Agreement entered into by WR Grace & Co-Conn. and Unigard Security Insurance Company, effective August 6, 1992<br><br>• Ex. 13 - Settlement Agreement, Release and Indemnification/Hold Harmless Agreement entered into by WR Grace & Co-Conn. and WR Grace & Co., and Unigard Security Insurance Company, effective May 15, 1995<br><br>• Ex. 14 - Settlement Agreement, Release and Indemnification/Hold Harmless Agreement entered into by WR Grace & Co-Conn. and WR Grace & Co., and Unigard Security Insurance Company, effective July 11, 1996<br><br>• Ex. 15 - Settlement Agreement and Release entered into by WR Grace & Co (a Delaware corporation), WR Grace & Co. (a New York corporation), WR Grace & Co. (a Connecticut corporation), and Unigard Security Insurance | |

16

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Company, effective March 5, 1997 | |
| General Insurance Company | Substitute 1A | 06/01/1963 - 06/01/1964 | MDC 0000231 - MDC 0000253 | Comprehensive Liability Policy No. BLP245115 issued by General Insurance Company to Vermiculite Northwest, Inc., et. al. for the period 06/01/1964 - 06/01/1965 | Relevance |
| General Insurance Company | 1B | 03/03/1994 | --- | Settlement Agreement and Policy Release entered into effective March 3, 1994 between General Insurance and WR Grace & Co.-Conn. | Relevance |
| Zurich Insurance Company | 1 | 06/30/1976 - 06/30/1977 | ZUR00001 - ZUR00007 | Zurich Policy # IRD SR 4010 and associated correspondence identifying incorporated policy form | Relevance |
| Zurich Insurance Company | 2 | 06/30/1977 - 06/30/1978 | ZUR00008 - ZUR00010 | Zurich Policy # IRD SR 4010/2 and associated correspondence identifying incorporated policy form | Relevance |
| Zurich Insurance Company | 3 | 06/30/1978 - 06/30/1979 | ZUR00011 | Zurich Policy # ZI 7052/3 | Relevance |
| Zurich Insurance Company | 4 | 06/30/1979 - 06/30/1980 | ZUR00012 - ZUR00022 | Zurich Policy # ZI 7052/4 and associated correspondence identifying incorporated policy form | Relevance |
| Zurich Insurance Company | 5 | 06/30/1980 - 06/30/1981 | ZUR00023 - ZUR00025 | Zurich Policy # ZIB 7434/5 and associated correspondence identifying incorporated policy form | Relevance |

DOCS_DE:150323.1

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Zurich Insurance Company | 6 | 06/30/1981 - 06/30/1982 | ZUR00026 - ZUR00027 | Zurich Policy # ZIB 7631-81-C and associated correspondence identifying incorporated policy form | Relevance |
| Zurich Insurance Company | 7 | 06/30/1981 - 06/30/1982 | ZUR00028 - ZUR00029 | Zurich Policy # ZIB 7632-81-C and associated correspondence identifying incorporated policy form | Relevance |
| Zurich Insurance Company | 8 | 06/30/198 - 06/20/1983 | ZUR00030 - ZUR00032 | Zurich Policy # ZIB 7631-82-C and associated correspondence identifying incorporated policy form | Relevance |
| Zurich Insurance Company | 9 | 06/30/1983 - 06/30/1984 | ZUR00033 - ZUR00034 | Zurich Policy # ZIB 70,631-83-C | Relevance |
| Zurich Insurance Company | 10 | 06/30/1984 - 06/30/1985 | ZUR00035 - ZUR00036 | Zurich Policy # ZID 70,964-84-C | Relevance |
| Zurich Insurance Company | 11 | 06/30/1984 - 06/30/1985 | ZUR00037 - ZUR00038 | Zurich Policy # ZIB 70,631-84-C | Relevance |
| Zurich Insurance Company | 12 | 00/00/0000 | ZUR00039 - ZUR00048 | London Policy Form L.P.O. 354B (umbrella form incorporated by each Zurich policy in Exhibit 1 - Exhibit 11) | Relevance |
| Zurich Insurance | 13 | 00/00/0000 | --- | Lloyd's Policy 76-DD-1594C | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Company | | | | | |
| Zurich Insurance Company | 14 | 00/00/0000 | --- | Lloyd's Policy 79-DD-1633C | Relevance |
| Zurich Insurance Company | 15 | 00/00/0000 | --- | Lloyd's Policy KYO17582 | Relevance |

DOCS_DE:150323.1