## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE                                          :
                                               :         Chapter 11
W. R. GRACE & CO.                              :
                                               :         Case No. 01-01139 (JKF)
                    Debtor.                    :         Related Docket Item: 22054

### NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO
### SEVENTY-NINTH MONTHLY FEE APPLICATION OF
### PRICEWATERHOUSECOOPERSLLP, AUDITORS AND TAX CONSULTANTS
### TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND
### REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2009

On June 11, 2009, PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants

to the Debtors filed its *Seventy-ninth Monthly Fee Application of PricewaterhouseCoopers LLP,*

*Auditors and Tax Consultants for Debtors, For Allowance of Compensation and Reimbursement*

*of Expenses for the Month of April 2009* (Docket No. 22054) (the "Application"). The notice

filed with the Application provided an objection deadline of 4:00 pm (Eastern Standard Time) on

July 1, 2009. The undersigned hereby certifies that no answer, objection or any responsive

pleading with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Pursuant to Sections 105 and 331 of the Bankruptcy

Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals dated February 31, 2001 ("the Order"), the Debtor is authorized to pay PwC

$228,172.33 which represents eighty percent (80%) of the fees, and  $1,581.35 which represents

100% of the expenses requested in the Application upon the filing of this Certification and

without the need for entry of a Court order approving the Application.

{02411}

Dated: _July 6_, 2009                SMITH, KATZENSTEIN & FURLOW, LLP

/s/Kathleen M. Miller
Kathleen Miller (I.D. No.2898)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
Email: Kmiller@skfdelaware.com

Attorneys for PricewaterhouseCoopers LLP

{02411}