THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objections Due: 7/27/09 @ 4:00 pm*

**SEVENTY-FOURTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2009 through January 31, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | Total         (Holdback @ 20%)<br>$75,000.00    ($15,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $407.84 |

This is a _x_ monthly __ interim ___ final application

2591462.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | 30,000.00 | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 50,000.00 | 3,762.45 | 15,000.00 | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 50,000.00 | 4,251.05 | 15,000.00 | -- |
| | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | -- | -- | -- | -- |

*2591462.DOC*

# Blackstone Advisory Services L.P.

June 29, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---:|
| Monthly advisory fee for the period of January 1, 2009 through January 31, 2009: | | | $ | 75,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (15,000.00) |
| Out-of-pocket expenses processed for the period through January 31, 2009:[1] | | | | |
| | Ground Transportation | $ | 39.77 | |
| | Communications | | 206.00 | |
| | Meals | | 120.27 | |
| | Document Production | | 41.40 | |
| | Research | | 0.40 | 407.84 |
| **Total Amount Due** | | | $ | **60,407.84** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 32666

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through January 31, 2009
Invoice No. 32666

|  | GL Detail Jan-09 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Local Travel | $ 39.77 | $ 39.77 |
| Communications - Teleconferencing | 206.00 | 206.00 |
| Employee Meals | 120.27 | 120.27 |
| Document Production | 41.40 | 41.40 |
| External Research - Online Database | 0.40 | 0.40 |
| **Total Expenses** | $ 407.84 | $ 407.84 |
| | | |
| Ground Transportation | | $ 39.77 |
| Communications | | 206.00 |
| Meals | | 120.27 |
| Document Production | | 41.40 |
| Research | | 0.40 |
| | | |
| Total Expenses | | $ 407.84 |


W.R. Grace & Co.
Detail of Expenses Processed
Through January 31, 2009
Invoice No. 32666

**Ground Transportation - Local Travel**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bresnahan (weekend taxi to Blackstone from home) | 11/23/08 | 7.80 | |
| Bresnahan (weekend taxi home from Blackstone) | 11/23/08 | 8.12 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 11/25/08 | 7.75 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 12/08/08 | 8.30 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 12/10/08 | 7.80 | |
| Subtotal - Ground Transportation - Local Travel | | | $ 39.77 |

**Communications - Teleconferencing**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bresnahan (fee for attending Court hearing telephonically) | 11/14/08 | 77.00 | |
| Bresnahan (fee for attending Court hearing telephonically) | 11/24/08 | 129.00 | |
| Subtotal - Communications - Teleconferencing | | | 206.00 |

**Employee Meals**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 11/20/08 | 25.00 | |
| Bresnahan (weekend working meal @ Blackstone) | 11/23/08 | 5.31 | |
| Bresnahan (weekend working meal @ Blackstone) | 11/23/08 | 12.35 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 11/24/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 11/25/08 | 23.27 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 12/08/08 | 4.34 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 12/08/08 | 25.00 | |
| Subtotal - Employee Meals | | | 120.27 |

**Document Production**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Zilly (414 black & white photocopies calculated @ a rate of $0.10 per page) | 01/19/09 | 41.40 | |
| Subtotal - Document Production | | | 41.40 |

**External Research - Online Database**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| De Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 11/24/08 | 0.40 | |
| Subtotal - External Research - Online Database | | | 0.40 |

| | | | |
|---|---|---|---:|
| **Total Expenses** | | | $ 407.84 |

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 47.8 |
| Jamie O'Connell | Vice President | 12.6 |
| Matthew Bonnano | Associate | 7.3 |
| Brain Bresnahan | Analyst | 22.9 |
| | Total | 90.6 |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/23/09 | 0.3 | Business Analysis | Call with C. Shult, J. O'Connell re: business development |
| Jamie O'Connell | 01/23/09 | 0.3 | Business Analysis | Call with P. Zilly and C. Schult regarding new business opportunity |
| Pamela Zilly | 01/29/09 | 0.4 | Business Analysis | Correspondence with E. Filon re: business opportunity |
| Pamela Zilly | 01/29/09 | 0.7 | Business Analysis | Review 2008 balance sheet |
|  |  | 1.7 |  |  |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2009 THROUGH JANUARY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/19/09 | 0.5 | Case Administration | Review Court timeline for hearings and related correspondence re: financial exhibits |
| | | 0.5 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 01/05/09 | 0.2 | Committee | Manage committee information request |
| Pamela Zilly | 01/08/09 | 0.2 | Committee | Call with J. Radecki re: PI DPA |
| Matt Bonanno | 01/13/09 | 1.4 | Committee | Manage Capstone information request re: recent acquisitions and divestitures |
| Pamela Zilly | 01/26/09 | 0.4 | Committee | Meeting with B. Bresnahan re: information requests |
| Matt Bonanno | 01/29/09 | 0.8 | Committee | Call with Grace, Capstone and counsel re: trading restrictions |
| | | **3.0** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2009 THROUGH JANUARY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 01/05/09 | 0.3 | Financing | Review financial analysis |
| Brian Bresnahan | 01/12/09 | 1.5 | Financing | Update financial analysis for E. Filon |
| Brian Bresnahan | 01/12/09 | 0.5 | Financing | Call with E. Filon regarding financial analysis |
| Brian Bresnahan | 01/12/09 | 1.0 | Financing | Revisions to financial analysis |
| Matt Bonanno | 01/13/09 | 0.2 | Financing | Review financial analysis |
| Brian Bresnahan | 01/13/09 | 5.0 | Financing | Prepare financial analysis for BOD meeting with E. Filon |
| Matt Bonanno | 01/15/09 | 0.3 | Financing | Review financial analysis |
| Pamela Zilly | 01/22/09 | 0.3 | Financing | Call with E. Filon re: public debt markets |
| Matt Bonanno | 01/22/09 | 0.9 | Financing | Financial analysis |
| Brian Bresnahan | 01/25/09 | 3.0 | Financing | Assemble data request materials for E. Filon |
| Brian Bresnahan | 01/26/09 | 0.4 | Financing | Discuss data request materials with P. Zilly |
| Brian Bresnahan | 01/26/09 | 0.6 | Financing | Revise data request materials |
| Brian Bresnahan | 01/27/09 | 1.0 | Financing | Assemble data request materials and provide to E. Filon |
| Jamie O'Connell | 01/28/09 | 1.3 | Financing | Call with H. La Force, M. Shelnitz, E. Filon re: financial issues |
| Matt Bonanno | 01/28/09 | 1.3 | Financing | Call with H. La Force, M. Shelnitz, E. Filon re: financial issues |
| Brian Bresnahan | 01/28/09 | 1.3 | Financing | Call with H. La Force, M. Shelnitz, E. Filon re: financial issues |
| Jamie O'Connell | 01/29/09 | 0.6 | Financing | Call with P. Zilly, B. Bresnahan and Grace management regarding financial items |
| Brian Bresnahan | 01/29/09 | 0.6 | Financing | Call with P. Zilly, J. O'Connell and Grace management regarding financial items |
| | | **20.1** | | |

## BLACKSTONE ADVISORY SERVICES L.P.
## HOURLY DETAILS FOR THE PERIOD OF
## JANUARY 1, 2009 THROUGH JANUARY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/08/09 | 0.1 | Other | Call with outside investor |
| Jamie O'Connell | 01/27/09 | 0.3 | Other | Call with outside investor |
| | | **0.4** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2009 THROUGH JANUARY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 01/05/09 | 0.3 | Plan and Disclosure Statement | Correspondence with D. Grebow re: claims |
| Pamela Zilly | 01/06/09 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Pamela Zilly | 01/06/09 | 1.0 | Plan and Disclosure Statement | Read Motions re: Sale of SC Property, Colowyo Coal Co, ZAI Class Settlement, Insurers, Amended CMO |
| Jamie O'Connell | 01/06/09 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Brian Bresnahan | 01/06/09 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 01/07/09 | 1.3 | Plan and Disclosure Statement | Read revised draft of PI Deferred Payment Agreement |
| Pamela Zilly | 01/08/09 | 0.3 | Plan and Disclosure Statement | Read comments to PI DPA |
| Pamela Zilly | 01/08/09 | 0.4 | Plan and Disclosure Statement | Read various Insurers' Motions re: Interrogatories, Objections to Disclosure Statement |
| Pamela Zilly | 01/08/09 | 1.2 | Plan and Disclosure Statement | Call with management, counsel re: T. Christopher, A. Mena re: PI DPA |
| Jamie O'Connell | 01/08/09 | 1.2 | Plan and Disclosure Statement | Call with management and K&E regarding deferred payment agreement |
| Pamela Zilly | 01/09/09 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell re: PI DPA |
| Pamela Zilly | 01/09/09 | 0.2 | Plan and Disclosure Statement | Call with A. Mena, J. O'Connell re: PI Deferred Payment Agreement |
| Pamela Zilly | 01/09/09 | 1.5 | Plan and Disclosure Statement | Review revised draft of PI DPA, correspondence related thereto |
| Jamie O'Connell | 01/09/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly regarding deferred payment agreement |
| Jamie O'Connell | 01/09/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly and A. Mena regarding deferred payment agreement |
| Brian Bresnahan | 01/09/09 | 0.2 | Plan and Disclosure Statement | Call with D. Grebow regarding updated financial projections |
| Brian Bresnahan | 01/13/09 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 01/19/09 | 2.5 | Plan and Disclosure Statement | Review revisions to PI DPA and related correspondence re: issues |
| Pamela Zilly | 01/19/09 | 0.2 | Plan and Disclosure Statement | Correspondence re: GUC's claims diligence review |
| Jamie O'Connell | 01/19/09 | 1.6 | Plan and Disclosure Statement | Call with E. Filon re: disclosure statement items |
| Matt Bonanno | 01/19/09 | 1.6 | Plan and Disclosure Statement | Call with E. Filon re: disclosure statement items |
| Brian Bresnahan | 01/19/09 | 1.6 | Plan and Disclosure Statement | Call with E. Filon re: disclosure statement items |
| Pamela Zilly | 01/20/09 | 0.8 | Plan and Disclosure Statement | Call with T. Christopher, A. Mena, J. McFarland re: PI DPA |
| Pamela Zilly | 01/21/09 | 0.6 | Plan and Disclosure Statement | Read Motions re: Objections to Disclosure Statement |
| Pamela Zilly | 01/21/09 | 3.0 | Plan and Disclosure Statement | Disclosure Statement review and markup for filing |
| Pamela Zilly | 01/22/09 | 2.5 | Plan and Disclosure Statement | Read new draft of Disclosure Statement, Plan, related documents |
| Pamela Zilly | 01/22/09 | 0.7 | Plan and Disclosure Statement | Call with E. Filon, B. Bresnahan re: Disclosure Statement issues |
| Brian Bresnahan | 01/22/09 | 0.7 | Plan and Disclosure Statement | Call with E. Filon to discuss DS issues |
| Pamela Zilly | 01/23/09 | 0.9 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Bresnahan re: pre-petition lender issues |
| Pamela Zilly | 01/23/09 | 2.2 | Plan and Disclosure Statement | Review revised drafts of PI DPA, calls, correspondence with management, counsel re: same |
| Jamie O'Connell | 01/23/09 | 0.9 | Plan and Disclosure Statement | Meeting with P. Zilly and B. Bresnahan regarding deferred payment agreement |
| Brian Bresnahan | 01/23/09 | 0.9 | Plan and Disclosure Statement | Meeting with P. Zilly and J. O'Connell regarding deferred payment agreement |
| Pamela Zilly | 01/25/09 | 1.2 | Plan and Disclosure Statement | Read PD Documents |
| Pamela Zilly | 01/26/09 | 0.8 | Plan and Disclosure Statement | Correspondence with J. Baer, M. Shelnitz re: Disclosure Statement items |
| Pamela Zilly | 01/26/09 | 1.6 | Plan and Disclosure Statement | Call with T. Christopher, H. La Force re: PI DPA |
| Pamela Zilly | 01/26/09 | 4.0 | Plan and Disclosure Statement | Markup of Disclosure Statement for Objections |
| Pamela Zilly | 01/26/09 | 0.8 | Plan and Disclosure Statement | Review other sections of Disclosure Statement. Correspondence with E. Filon, J. Baer re: same |
| Jamie O'Connell | 01/26/09 | 0.8 | Plan and Disclosure Statement | Call with management and K&E regarding deferred payment agreement |
| Pamela Zilly | 01/27/09 | 0.8 | Plan and Disclosure Statement | Review revised draft of PI DPA, correspondence related thereto |
| Pamela Zilly | 01/27/09 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: POR, objections |
| Pamela Zilly | 01/27/09 | 0.1 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 01/27/09 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell re: status |
| Pamela Zilly | 01/27/09 | 4.0 | Plan and Disclosure Statement | Read and markup Disclosure Statement |
| Pamela Zilly | 01/27/09 | 0.5 | Plan and Disclosure Statement | Review interest accrual summaries |
| Jamie O'Connell | 01/27/09 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 01/27/09 | 0.2 | Plan and Disclosure Statement | Status call with P. Zilly |
| Brian Bresnahan | 01/27/09 | 2.0 | Plan and Disclosure Statement | Prepare DS interest treatment summary and update corresponding graphs |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2009 THROUGH JANUARY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/28/09 | 1.0 | Plan and Disclosure Statement | Review market materials |
| Pamela Zilly | 01/28/09 | 1.3 | Plan and Disclosure Statement | Call with H. LaForce, E. Filon, M. Bonanno re: financial issues |
| Pamela Zilly | 01/28/09 | 1.0 | Plan and Disclosure Statement | Review interest schedules |
| Pamela Zilly | 01/28/09 | 0.8 | Plan and Disclosure Statement | Correspondence re: PI DPA issues/discussions |
| Jamie O'Connell | 01/28/09 | 0.2 | Plan and Disclosure Statement | Status meeting with B. Bresnahan |
| Jamie O'Connell | 01/28/09 | 0.2 | Plan and Disclosure Statement | Review correspondence regarding deferred payment agreement |
| Brian Bresnahan | 01/28/09 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 01/29/09 | 0.5 | Plan and Disclosure Statement | Call with C. Finke, O'Connell, B. Bresnahan re: tax sections of the Disclosure Statement |
| Pamela Zilly | 01/29/09 | 0.6 | Plan and Disclosure Statement | Call with E. Filon, B. Dockman, D. Grebow, J. O'Connell, B. Bresnahan re: financial issues |
| Pamela Zilly | 01/29/09 | 2.5 | Plan and Disclosure Statement | Calls, correspondence with management, K&E, reviews document re: PI DPA |
| Pamela Zilly | 01/29/09 | 1.5 | Plan and Disclosure Statement | Review updated claim schedules |
| Jamie O'Connell | 01/29/09 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, B. Bresnahan, J. Baer and C. Finke regarding disclosure statement |
| Jamie O'Connell | 01/29/09 | 0.8 | Plan and Disclosure Statement | Analysis of settlement terms |
| Jamie O'Connell | 01/29/09 | 0.2 | Plan and Disclosure Statement | Review correspondence regarding deferred payment agreement |
| Jamie O'Connell | 01/29/09 | 1.3 | Plan and Disclosure Statement | Claims analysis |
| Brian Bresnahan | 01/29/09 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell, J. Baer and C. Finke regarding disclosure statement |
| Pamela Zilly | 01/30/09 | 0.2 | Plan and Disclosure Statement | Correspondence with J. Baer, J. O'Connell re: Disclosure Statement markup |
| | | 63.7 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/07/09 | 0.2 | Valuation | Review valuation analysis |
| Jamie O'Connell | 01/07/09 | 0.1 | Valuation | Call with L. Grandieri of Grace regarding valuation analysis |
| Pamela Zilly | 01/19/09 | 0.6 | Valuation | Review valuation analysis |
| Brian Bresnahan | 01/27/09 | 0.3 | Valuation | Discuss valuation analysis with D. Nakashige |
| | | **1.2** | | |