THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objections Due: 7/27/09 @ 4:00 pm

SEVENTY-FIFTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P.
AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2009 through February 28, 2009 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | Total<br>$175,000.00 | (Holdback @ 20%)<br>($35,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $840.67 | |

This is a  x  monthly __ interim     ___ final application

2591463.DOC

Summary of Monthly Applications:

|  |  | Requested |  | Approved |  | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

2591463.DOC

|  |  | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | 30,000.00 | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 50,000.00 | 3,762.45 | 15,000.00 | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 50,000.00 | 4,251.05 | 15,000.00 | -- |
|  | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | -- | -- | -- | -- |
|  | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | -- | -- | -- | -- |

*2591463.DOC*

# Blackstone Advisory Services L.P.

June 29, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of February 1, 2009 through February 28, 2009: | | | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (35,000.00) |

Out-of-pocket expenses processed for the period through February 28, 2009:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 315.76 | |
| Meals | | 102.51 | |
| Lodging | | 212.50 | |
| Document Production | | 74.90 | |
| Research | | 135.00 | 840.67 |
| **Total Amount Due** | | | $ 140,840.67 |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 33028

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through February 28, 2009
Invoice No. 33028

|  | GL Detail Feb-09 | Total Expenses |
|---|---|---|
| Ground Transportation - Out-of-Town Travel | $ 315.76 | $ 315.76 |
| Employee Meals | 102.51 | 102.51 |
| Lodging | 212.50 | 212.50 |
| Document Production | 74.90 | 74.90 |
| Internal Research | 135.00 | 135.00 |
| **Total Expenses** | $ 840.67 | $ 840.67 |
|  |  |  |
| Ground Transportation |  | $ 315.76 |
| Meals |  | 102.51 |
| Lodging |  | 212.50 |
| Document Production |  | 74.90 |
| Research |  | 135.00 |
| **Total Expenses** |  | $ 840.67 |

W.R. Grace & Co.
Detail of Expenses Processed
Through February 28, 2009
Invoice No. 33028

### Ground Transportation - Out-of-Town Travel

| | | | |
|---|---|---|---|
| Bonanno (Avis car rental while in Baltimore, MD) | 12/15/08 - 12/16/08 | 315.76 | |
| | Subtotal - Ground Transportation - Out-of-Town Travel | | $ 315.76 |

### Employee Meals

| | | | |
|---|---|---|---|
| Bonanno (working meal while in Baltimore, MD) | 12/15/08 | 25.00 | |
| Bonanno (working meal while in Baltimore, MD) | 12/15/08 | 11.57 | |
| Bonanno (working meal while in Columbia, MD) | 12/16/08 | 16.97 | |
| Bonanno (working meal while traveling) | 12/16/08 | 23.97 | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 01/13/09 | 25.00 | |
| | Subtotal - Employee Meals | | 102.51 |

### Lodging

| | | | |
|---|---|---|---|
| Bonanno (1 day hotel stay in Baltimore, MD) | 12/15/08 - 12/16/08 | 212.50 | |
| | Subtotal - Lodging | | 212.50 |

### Document Production

| | | | |
|---|---|---|---|
| Bresnahan (749 black & white photocopies calculated @ a rate of $0.10 per page) | 02/02/09 | 74.90 | |
| | Subtotal - Document Production | | 74.90 |

### Internal Research

| | | | |
|---|---|---|---|
| Bonanno (online data research) | 02/23/09 | 81.25 | |
| Bresnahan (online data research) | 02/16/09 | 53.75 | |
| | Subtotal - Internal Research | | 135.00 |
| | **Total Expenses** | | **$ 840.67** |

# BLACKSTONE ADVISORY SERVICES L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 87.9 |
| Jamie O'Connell | Vice President | 39.7 |
| Matthew Bonnano | Associate | 21.8 |
| Brain Bresnahan | Analyst | 82.9 |
| | Total | 232.3 |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/03/09 | 0.3 | Business Analysis | Review of fourth quarter and full year 2008 earnings |
| Pamela Zilly | 02/06/09 | 0.2 | Business Analysis | Correspondence with M. Shelnitz re: business opportunity |
| Pamela Zilly | 02/09/09 | 0.5 | Business Analysis | Correspondence re: corporate structure |
| Jamie O'Connell | 02/10/09 | 0.1 | Business Analysis | Review correspondence from counsel regarding legal entity structure |
| Jamie O'Connell | 02/20/09 | 0.5 | Business Analysis | Review business development update and correspondence to G. Young regarding update |
| | | 1.6 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/03/09 | 0.3 | Committee | Call with J. Radecki |
| Matt Bonanno | 02/18/09 | 0.3 | Committee | Correspondence with Financial Advisors regarding pension motion |
| | | 0.6 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/13/09 | 0.4 | Employee Benefits/Pension | Review draft pension funding motion |
| Matt Bonanno | 02/13/09 | 0.4 | Employee Benefits/Pension | Review draft pension funding motion |
| Matt Bonanno | 02/18/09 | 0.2 | Employee Benefits/Pension | Correspondence with J Forgach regarding pension motion |
| | | 1.0 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/05/09 | 0.7 | Financing | Call with E. Filon, financial institution re: exit financing |
| Pamela Zilly | 02/05/09 | 0.5 | Financing | Call with E. Filon, financial institution re: exit financing |
| Pamela Zilly | 02/11/09 | 1.0 | Financing | Call with E. Filon, M. Shelnitz re: financing alternatives |
| Brian Bresnahan | 02/16/09 | 2.4 | Financing | Review financial projections and prepare debt / liquidity schedules |
| Brian Bresnahan | 02/17/09 | 0.7 | Financing | Prepare debt liquidity schedules |
| Matt Bonanno | 02/19/09 | 0.7 | Financing | Exit financing fee analysis |
| Matt Bonanno | 02/19/09 | 0.2 | Financing | Correspondence with E. Filon regarding exit financing fees |
| Matt Bonanno | 02/19/09 | 1.2 | Financing | Bank debt and high yield OID analysis |
| Brian Bresnahan | 02/25/09 | 1.0 | Financing | Update debt and liquidity schedules for E. Filon |
| | | **8.4** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/20/02 | 0.2 | Plan and Disclosure Statement | Call with internal team re: financial analysis |
| Pamela Zilly | 02/25/02 | 0.2 | Plan and Disclosure Statement | Meeting with J.O'Connell, B. Bresnahan re: analysis |
| Pamela Zilly | 02/20/06 | 0.6 | Plan and Disclosure Statement | Call with management, Blackstone team re: claims, financial projections and write-up |
| Pamela Zilly | 02/02/09 | 2.0 | Plan and Disclosure Statement | Review disclosure statement, complete markup |
| Pamela Zilly | 02/02/09 | 3.0 | Plan and Disclosure Statement | Review claims, prepare analysis by class, correspondence with D. Nakishige, D. Grebow re: same |
| Pamela Zilly | 02/02/09 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell |
| Pamela Zilly | 02/02/09 | 1.5 | Plan and Disclosure Statement | Review revised drafts of PI documents |
| Jamie O'Connell | 02/02/09 | 0.5 | Plan and Disclosure Statement | Analysis of plan and disclosure statement issues |
| Jamie O'Connell | 02/02/09 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 02/03/09 | 0.3 | Plan and Disclosure Statement | Call with management and counsel re: Plan filing |
| Pamela Zilly | 02/03/09 | 0.2 | Plan and Disclosure Statement | Discussion with J. O'Connell re: claims analysis |
| Pamela Zilly | 02/03/09 | 0.5 | Plan and Disclosure Statement | Revise comments to the Disclosure Statement |
| Pamela Zilly | 02/03/09 | 1.0 | Plan and Disclosure Statement | Review revised PI and PD documents |
| Pamela Zilly | 02/03/09 | 1.0 | Plan and Disclosure Statement | Analysis of tax claims |
| Jamie O'Connell | 02/03/09 | 0.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 02/03/09 | 0.2 | Plan and Disclosure Statement | Claims analysis with P. Zilly |
| Jamie O'Connell | 02/03/09 | 0.3 | Plan and Disclosure Statement | Claims analysis |
| Matt Bonanno | 02/03/09 | 0.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 02/03/09 | 0.5 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 02/04/09 | 1.0 | Plan and Disclosure Statement | Review 2008 balance sheet for other liabilities amounts |
| Pamela Zilly | 02/05/09 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, B. Dockman, J. McFarland, TBG team re: financial issues |
| Pamela Zilly | 02/05/09 | 1.3 | Plan and Disclosure Statement | Further analysis of tax claims and reserves |
| Pamela Zilly | 02/05/09 | 2.0 | Plan and Disclosure Statement | Analysis of claims |
| Jamie O'Connell | 02/05/09 | 1.0 | Plan and Disclosure Statement | Call with management, counsel and Blackstone team regarding financial issues in plan documents |
| Matt Bonanno | 02/05/09 | 1.0 | Plan and Disclosure Statement | Call with management, counsel and Blackstone team regarding financial issues in plan documents |
| Brian Bresnahan | 02/05/09 | 1.0 | Plan and Disclosure Statement | Call with management, counsel and Blackstone team regarding financial issues in plan documents |
| Brian Bresnahan | 02/05/09 | 0.3 | Plan and Disclosure Statement | Call with D. Grebow regarding pro forma financials |
| Pamela Zilly | 02/06/09 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: status |
| Jamie O'Connell | 02/06/09 | 0.2 | Plan and Disclosure Statement | Status meeting with B. Bresnahan |
| Jamie O'Connell | 02/06/09 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 02/06/09 | 0.4 | Plan and Disclosure Statement | Debt analysis |
| Brian Bresnahan | 02/06/09 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 02/07/09 | 1.5 | Plan and Disclosure Statement | Analysis of claims and accrued interest |
| Pamela Zilly | 02/09/09 | 1.0 | Plan and Disclosure Statement | Analysis of divested business reserve and claims |
| Pamela Zilly | 02/09/09 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Bresnahan re: status |
| Jamie O'Connell | 02/09/09 | 0.1 | Plan and Disclosure Statement | Review correspondence from E. Filon regarding timing of disclosure statement amendments |
| Jamie O'Connell | 02/09/09 | 0.2 | Plan and Disclosure Statement | Status meeting with B. Bresnahan |
| Jamie O'Connell | 02/09/09 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and B. Bresnahan |
| Brian Bresnahan | 02/09/09 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Brian Bresnahan | 02/09/09 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and J. O'Connell |
| Pamela Zilly | 02/10/09 | 1.2 | Plan and Disclosure Statement | Analysis and correspondence with E. Filon re: interest rate assumptions |
| Pamela Zilly | 02/10/09 | 0.3 | Plan and Disclosure Statement | Call with M. Shelnitz |
| Pamela Zilly | 02/10/09 | 0.8 | Plan and Disclosure Statement | Review detail on divestment reserves |
| Jamie O'Connell | 02/11/09 | 0.2 | Plan and Disclosure Statement | Analysis of pre-petition bank debt claims |
| Jamie O'Connell | 02/11/09 | 1.0 | Plan and Disclosure Statement | Call with management and counsel regarding pre-petition bank debt claims and legal entities |
| Jamie O'Connell | 02/11/09 | 0.1 | Plan and Disclosure Statement | Status meeting with P. Zilly |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/11/09 | 0.1 | Plan and Disclosure Statement | Review correspondence from J. Baer regarding accrued interest on claims |
| Pamela Zilly | 02/12/09 | 2.0 | Plan and Disclosure Statement | Review claims analysis and valuation, correspondence with D. Grebow |
| Pamela Zilly | 02/12/09 | 0.8 | Plan and Disclosure Statement | Call with Grace financial team re: financial issues |
| Pamela Zilly | 02/12/09 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Bresnahan re: status |
| Jamie O'Connell | 02/12/09 | 0.8 | Plan and Disclosure Statement | Call with management regarding financial projections and claims |
| Jamie O'Connell | 02/12/09 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly and B. Bresnahan |
| Brian Bresnahan | 02/12/09 | 0.8 | Plan and Disclosure Statement | Call with management regarding financial projections and claims |
| Brian Bresnahan | 02/12/09 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly and J. O'Connell |
| Pamela Zilly | 02/13/09 | 0.5 | Plan and Disclosure Statement | Review proforma financials projections and write-up |
| Matt Bonanno | 02/15/09 | 0.5 | Plan and Disclosure Statement | Review financial supplement text |
| Pamela Zilly | 02/16/09 | 3.0 | Plan and Disclosure Statement | Review draft projections and revise financial projections write-up |
| Jamie O'Connell | 02/16/09 | 2.0 | Plan and Disclosure Statement | Review and comment on financial supplement |
| Pamela Zilly | 02/17/09 | 1.2 | Plan and Disclosure Statement | Review projection vs. claims roll forward, correspondence re: same |
| Pamela Zilly | 02/17/09 | 1.5 | Plan and Disclosure Statement | Call with E. Filon, H. La Force re: projections and write-up |
| Pamela Zilly | 02/17/09 | 0.3 | Plan and Disclosure Statement | Correspondence with D. Boll re: interrogatories |
| Pamela Zilly | 02/17/09 | 0.3 | Plan and Disclosure Statement | Meeting with B. Bresnahan re: claims and other analysis |
| Pamela Zilly | 02/17/09 | 3.0 | Plan and Disclosure Statement | Analysis re: claims and reserves |
| Pamela Zilly | 02/17/09 | 1.0 | Plan and Disclosure Statement | Analysis re: payments on tax reserves |
| Jamie O'Connell | 02/17/09 | 0.2 | Plan and Disclosure Statement | Correspondence regarding various topics |
| Jamie O'Connell | 02/17/09 | 0.3 | Plan and Disclosure Statement | Review of financial projections |
| Jamie O'Connell | 02/17/09 | 1.5 | Plan and Disclosure Statement | Call with management and Blackstone team regarding financial supplement and projections |
| Matt Bonanno | 02/17/09 | 1.5 | Plan and Disclosure Statement | Call with management and Blackstone team regarding financial supplement and projections |
| Brian Bresnahan | 02/17/09 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Brian Bresnahan | 02/17/09 | 0.4 | Plan and Disclosure Statement | Call with D. Grebow re: financial projections |
| Brian Bresnahan | 02/17/09 | 2.5 | Plan and Disclosure Statement | Prepare analysis of accrued interest on claims |
| Brian Bresnahan | 02/17/09 | 1.5 | Plan and Disclosure Statement | Call with management and Blackstone team regarding financial supplement and projections |
| Brian Bresnahan | 02/17/09 | 3.7 | Plan and Disclosure Statement | Prepare analysis of accrued interest on claims |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/18/09 | 1.0 | Plan and Disclosure Statement | Review revised projections write-up and provide comments |
| Pamela Zilly | 02/18/09 | 0.5 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Bresnahan re: claims |
| Pamela Zilly | 02/18/09 | 1.0 | Plan and Disclosure Statement | Call on projections and write-up |
| Pamela Zilly | 02/18/09 | 0.2 | Plan and Disclosure Statement | Correspondence re: projections |
| Pamela Zilly | 02/18/09 | 0.7 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Bresnahan re: claims analysis |
| Jamie O'Connell | 02/18/09 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly and B. Bresnahan regarding claims |
| Jamie O'Connell | 02/18/09 | 0.6 | Plan and Disclosure Statement | Claims analysis |
| Jamie O'Connell | 02/18/09 | 1.0 | Plan and Disclosure Statement | Call with management and Blackstone team regarding claims, financial supplement and projections |
| Jamie O'Connell | 02/18/09 | 0.7 | Plan and Disclosure Statement | Meeting with P. Zilly and B. Bresnahan regarding claims |
| Jamie O'Connell | 02/18/09 | 0.3 | Plan and Disclosure Statement | Meeting with M. Bonanno and B. Bresnahan regarding work streams |
| Matt Bonanno | 02/18/09 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell and B. Bresnahan regarding work streams |
| Brian Bresnahan | 02/18/09 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly and J. O'Connell regarding claims |
| Brian Bresnahan | 02/18/09 | 0.1 | Plan and Disclosure Statement | Correspondence to R. Lapidario regarding bank debt and letters of credit |
| Brian Bresnahan | 02/18/09 | 1.0 | Plan and Disclosure Statement | Call with management and Blackstone team regarding claims, financial supplement and projections |
| Brian Bresnahan | 02/18/09 | 0.7 | Plan and Disclosure Statement | Meeting with P. Zilly and J. O'Connell regarding claims |
| Brian Bresnahan | 02/18/09 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell and M. Bonanno regarding work streams |
| Pamela Zilly | 02/18/09 | 1.1 | Plan and Disclosure Statement | Prepares liabilities subject to compromise roll forward analysis |
| Pamela Zilly | 02/19/09 | 1.5 | Plan and Disclosure Statement | Review proforma financial statements |
| Pamela Zilly | 02/19/09 | 1.4 | Plan and Disclosure Statement | Analysis of Unsecured claims and interest calculations |
| Pamela Zilly | 02/19/09 | 0.7 | Plan and Disclosure Statement | Call with B. Dockman re: other liabilities |
| Pamela Zilly | 02/19/09 | 0.3 | Plan and Disclosure Statement | Call with J. O'Connell, B. Bresnahan re: claims analysis |
| Pamela Zilly | 02/19/09 | 0.6 | Plan and Disclosure Statement | Call with H. La Force, E. Filon |
| Pamela Zilly | 02/19/09 | 0.2 | Plan and Disclosure Statement | Follow-up call with J. O'Connell, B. Bresnahan |
| Jamie O'Connell | 02/19/09 | 0.1 | Plan and Disclosure Statement | Review correspondence from P. Zilly |
| Jamie O'Connell | 02/19/09 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly and B. Bresnahan regarding claims |
| Jamie O'Connell | 02/19/09 | 0.6 | Plan and Disclosure Statement | Call with management and Blackstone team regarding claims, financial supplement and projections |
| Jamie O'Connell | 02/19/09 | 0.2 | Plan and Disclosure Statement | Follow-up call with P. Zilly and B. Bresnahan |
| Brian Bresnahan | 02/19/09 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly |
| Brian Bresnahan | 02/19/09 | 0.1 | Plan and Disclosure Statement | Correspondence to B. Dockman |
| Brian Bresnahan | 02/19/09 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly and J. O'Connell regarding claims |
| Brian Bresnahan | 02/19/09 | 0.6 | Plan and Disclosure Statement | Call with management and Blackstone team regarding claims, financial supplement and projections |
| Brian Bresnahan | 02/19/09 | 0.2 | Plan and Disclosure Statement | Follow-up call with P. Zilly and J. O'Connell |
| Brian Bresnahan | 02/19/09 | 0.4 | Plan and Disclosure Statement | Correspondence to B. Dockman and D. Grebow |
| Pamela Zilly | 02/20/09 | 0.2 | Plan and Disclosure Statement | Follow-up call with J. O'Connell, B. Bresnahan |
| Pamela Zilly | 02/20/09 | 0.5 | Plan and Disclosure Statement | Review revised draft of pro forma financials and projections |
| Pamela Zilly | 02/20/09 | 1.0 | Plan and Disclosure Statement | Review divestment reserve runoff |
| Pamela Zilly | 02/20/09 | 1.0 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 02/20/09 | 0.8 | Plan and Disclosure Statement | Review draft valuation analysis |
| Pamela Zilly | 02/20/09 | 1.0 | Plan and Disclosure Statement | Review other liabilities and accrued interest accounts |
| Jamie O'Connell | 02/20/09 | 0.6 | Plan and Disclosure Statement | Call with management and Blackstone team regarding claims, financial supplement and projections |
| Jamie O'Connell | 02/20/09 | 0.2 | Plan and Disclosure Statement | Follow-up call with P. Zilly and B. Bresnahan |
| Jamie O'Connell | 02/20/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly, M. Bonanno and B. Bresnahan regarding financial analyses |
| Jamie O'Connell | 02/20/09 | 0.2 | Plan and Disclosure Statement | Correspondence to B. Dockman, B. Bresnahan |
| Matt Bonanno | 02/20/09 | 0.2 | Plan and Disclosure Statement | Status meeting with B. Bresnahan |
| Brian Bresnahan | 02/20/09 | 0.6 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell and B. Bresnahan regarding financial analyses |
| Brian Bresnahan | 02/20/09 | 0.6 | Plan and Disclosure Statement | Update claims analysis |
| Brian Bresnahan | 02/20/09 | 0.6 | Plan and Disclosure Statement | Call with management and Blackstone team regarding claims, financial supplement and projections |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 02/20/09 | 0.2 | Plan and Disclosure Statement | Follow-up call with P. Zilly and J. O'Connell |
| Brian Bresnahan | 02/20/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell and M. Bonanno regarding financial analyses |
| Brian Bresnahan | 02/20/09 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 02/21/09 | 2.0 | Plan and Disclosure Statement | Prepare claims roll forward analysis |
| Pamela Zilly | 02/21/09 | 1.0 | Plan and Disclosure Statement | Review tax claims, correspondence with A. Gibbons |
| Matt Bonanno | 02/21/09 | 0.5 | Plan and Disclosure Statement | Review updated financial projections |
| Matt Bonanno | 02/21/09 | 0.1 | Plan and Disclosure Statement | Correspondence with Blackstone team regarding tax contingency analysis |
| Pamela Zilly | 02/22/09 | 4.0 | Plan and Disclosure Statement | Prepare claims schedules, review other claim analysis, valuation and liquidation analyses |
| Jamie O'Connell | 02/22/09 | 1.0 | Plan and Disclosure Statement | Review financial analyses related to disclosure statement |
| Brian Bresnahan | 02/22/09 | 0.3 | Plan and Disclosure Statement | Review September 2008 liquidation analysis |
| Brian Bresnahan | 02/22/09 | 0.1 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding liquidation analysis and EBITDA breakout |
| Brian Bresnahan | 02/22/09 | 1.2 | Plan and Disclosure Statement | Warrant valuation analysis |
| Brian Bresnahan | 02/22/09 | 3.1 | Plan and Disclosure Statement | Update claims analysis |
| Brian Bresnahan | 02/22/09 | 0.2 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding work streams |
| Pamela Zilly | 02/23/09 | 0.9 | Plan and Disclosure Statement | Call with internal team re: claims and accrued interest |
| Pamela Zilly | 02/23/09 | 0.7 | Plan and Disclosure Statement | Call with B. Dockman, internal team |
| Jamie O'Connell | 02/23/09 | 0.9 | Plan and Disclosure Statement | Call with P. Zilly and B. Bresnahan regarding claims and financial analyses |
| Jamie O'Connell | 02/23/09 | 0.7 | Plan and Disclosure Statement | Call with B. Dockman, D. Grebow and Blackstone team regarding financial analyses |
| Jamie O'Connell | 02/23/09 | 0.1 | Plan and Disclosure Statement | Status meeting with B. Bresnahan |
| Jamie O'Connell | 02/23/09 | 0.1 | Plan and Disclosure Statement | Review financial analyses related to disclosure statement |
| Jamie O'Connell | 02/23/09 | 0.1 | Plan and Disclosure Statement | Call with B. Dockman regarding various matters |
| Matt Bonanno | 02/23/09 | 0.7 | Plan and Disclosure Statement | Call with B. Dockman, D. Grebow and Blackstone team regarding financial analyses |
| Brian Bresnahan | 02/23/09 | 0.9 | Plan and Disclosure Statement | Call with P. Zilly and J. O'Connell regarding claims and financial analyses |
| Brian Bresnahan | 02/23/09 | 0.7 | Plan and Disclosure Statement | Call with B. Dockman, D. Grebow and Blackstone team regarding financial analyses |
| Brian Bresnahan | 02/23/09 | 0.1 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Brian Bresnahan | 02/23/09 | 0.3 | Plan and Disclosure Statement | Correspondence to E. Filon re: warrant analysis and macro data |
| Brian Bresnahan | 02/23/09 | 0.2 | Plan and Disclosure Statement | Correspondence to B. Dockman regarding claims detail |
| Brian Bresnahan | 02/23/09 | 0.3 | Plan and Disclosure Statement | Call with B. Dockman re: claims |
| Pamela Zilly | 02/24/09 | 1.0 | Plan and Disclosure Statement | Review final claims numbers |
| Pamela Zilly | 02/24/09 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: Plan filing |
| Pamela Zilly | 02/24/09 | 0.2 | Plan and Disclosure Statement | Follow-up call with Blackstone team |
| Pamela Zilly | 02/24/09 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 02/24/09 | 0.2 | Plan and Disclosure Statement | Call with B. Dockman |
| Pamela Zilly | 02/24/09 | 0.8 | Plan and Disclosure Statement | Call with E. Filon |
| Jamie O'Connell | 02/24/09 | 0.8 | Plan and Disclosure Statement | Call with management and Blackstone team regarding claims, financial supplement and projections |
| Jamie O'Connell | 02/24/09 | 0.7 | Plan and Disclosure Statement | Follow-up call with P. Zilly, M. Bonanno and B. Bresnahan |
| Jamie O'Connell | 02/24/09 | 0.2 | Plan and Disclosure Statement | Meeting with B. Bresnahan regarding interest on unsecured claims |
| Jamie O'Connell | 02/24/09 | 0.4 | Plan and Disclosure Statement | Call with J. Baer regarding interest on unsecured claims |
| Matt Bonanno | 02/24/09 | 0.2 | Plan and Disclosure Statement | Call with management and Blackstone team regarding claims, financial supplement and projections |
| Matt Bonanno | 02/24/09 | 0.7 | Plan and Disclosure Statement | Follow-up call with P. Zilly, J. O'Connell and B. Bresnahan |
| Brian Bresnahan | 02/24/09 | 0.2 | Plan and Disclosure Statement | Call with management and Blackstone team regarding claims, financial supplement and projections |
| Brian Bresnahan | 02/24/09 | 0.7 | Plan and Disclosure Statement | Follow-up call with P. Zilly, J. O'Connell and B. Bresnahan |
| Brian Bresnahan | 02/24/09 | 0.2 | Plan and Disclosure Statement | Call with K&E and Stroock regarding interest on unsecured claims |
| Brian Bresnahan | 02/24/09 | 0.3 | Plan and Disclosure Statement | Call with K&E and Stroock regarding interest on unsecured claims |
| Brian Bresnahan | 02/24/09 | 0.4 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding interest on unsecured claims |
| Brian Bresnahan | 02/24/09 | 0.2 | Plan and Disclosure Statement | Call with J. Baer regarding claims |
| Pamela Zilly | 02/25/09 | 5.0 | Plan and Disclosure Statement | Review documents and analyses for Plan filing |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/25/09 | 0.4 | Plan and Disclosure Statement | Meeting with B. Bresnahan re: Disclosure Statement exhibits |
| Jamie O'Connell | 02/25/09 | 1.1 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 02/25/09 | 0.2 | Plan and Disclosure Statement | Status meeting with B. Bresnahan |
| Jamie O'Connell | 02/25/09 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and B. Bresnahan |
| Brian Bresnahan | 02/25/09 | 0.4 | Plan and Disclosure Statement | Call with E. Filon regarding pro formas and projections |
| Brian Bresnahan | 02/25/09 | 0.4 | Plan and Disclosure Statement | Meeting with P. Zilly |
| Brian Bresnahan | 02/25/09 | 1.6 | Plan and Disclosure Statement | Liquidation analysis |
| Brian Bresnahan | 02/25/09 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Brian Bresnahan | 02/25/09 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and J. O'Connell |
| Pamela Zilly | 02/26/09 | 7.0 | Plan and Disclosure Statement | Prepare plan documents for filing |
| Pamela Zilly | 02/26/09 | 0.3 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 02/26/09 | 0.5 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Bresnahan re: liquidation analysis |
| Jamie O'Connell | 02/26/09 | 6.0 | Plan and Disclosure Statement | Analyses related to disclosure statement, best interests, claims, projections and valuation |
| Matt Bonanno | 02/26/09 | 5.5 | Plan and Disclosure Statement | Analyses related to disclosure statement, best interests, claims, projections and valuation |
| Brian Bresnahan | 02/26/09 | 0.6 | Plan and Disclosure Statement | Update valuation analysis and claims |
| Brian Bresnahan | 02/26/09 | 7.0 | Plan and Disclosure Statement | Analyses related to disclosure statement, best interests, claims, projections and valuation |
| Pamela Zilly | 02/27/09 | 6.5 | Plan and Disclosure Statement | Review and finalize analysis and documents for Plan filing |
| Pamela Zilly | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with Ted Freedman, J. O'Connell |
| Pamela Zilly | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with E. Filon, J. O'Connell re: Disclosure Statement Exhibits |
| Pamela Zilly | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell, B. Bresnahan, T. Freedman and J. Baer re: Disclosure Statement |
| Pamela Zilly | 02/27/09 | 0.4 | Plan and Disclosure Statement | Review claims and liquidation analysis with J. O'Connell, B. Bresnahan |
| Pamela Zilly | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell, B. Bresnahan and M. Lewenstein re: Disclosure Statement |
| Jamie O'Connell | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with T. Freedman regarding liquidation analysis |
| Jamie O'Connell | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with T. Freedman and P. Zilly regarding liquidation analysis |
| Jamie O'Connell | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly and E. Filon regarding financial projections and liquidation analysis |
| Jamie O'Connell | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly, B. Bresnahan, T. Freedman and J. Baer regarding disclosure statement |
| Jamie O'Connell | 02/27/09 | 0.4 | Plan and Disclosure Statement | Review claims and liquidation analysis with P. Zilly and B. Bresnahan |
| Jamie O'Connell | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly, B. Bresnahan and M. Lewinstein regarding disclosure statement |
| Jamie O'Connell | 02/27/09 | 0.3 | Plan and Disclosure Statement | Meeting with B. Bresnahan regarding liquidation analysis |
| Jamie O'Connell | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with B. Bresnahan and H. La Force regarding financial narrative |
| Jamie O'Connell | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with B. Dockman and D. Grebow regarding claims |
| Jamie O'Connell | 02/27/09 | 6.1 | Plan and Disclosure Statement | Analyses related to disclosure statement, best interests, claims, projections and valuation |
| Matt Bonanno | 02/27/09 | 6.0 | Plan and Disclosure Statement | Analyses related to disclosure statement, best interests, claims, projections and valuation |
| Brian Bresnahan | 02/27/09 | 6.6 | Plan and Disclosure Statement | Analyses related to disclosure statement, best interests, claims, projections and valuation |
| Brian Bresnahan | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell, T. Freedman and J. Baer regarding disclosure statement |
| Brian Bresnahan | 02/27/09 | 0.4 | Plan and Disclosure Statement | Review claims and liquidation analysis with P. Zilly and J. O'Connell |
| Brian Bresnahan | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell and M. Levinstein regarding disclosure statement |
| Brian Bresnahan | 02/27/09 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding liquidation analysis |
| Brian Bresnahan | 02/27/09 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell and H. La Force regarding financial narrative |
| | | 181.5 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 02/02/09 | 0.6 | Valuation | Assemble and print filings for valuation update |
| Brian Bresnahan | 02/03/09 | 2.0 | Valuation | Prepare valuation analysis |
| Brian Bresnahan | 02/04/09 | 5.0 | Valuation | Prepare valuation analysis |
| Brian Bresnahan | 02/05/09 | 5.0 | Valuation | Prepare valuation analysis |
| Pamela Zilly | 02/06/09 | 1.5 | Valuation | Review valuation analysis |
| Brian Bresnahan | 02/06/09 | 1.0 | Valuation | Prepare valuation analysis |
| Brian Bresnahan | 02/06/09 | 1.5 | Valuation | Prepare valuation analysis |
| Brian Bresnahan | 02/06/09 | 5.4 | Valuation | Prepare valuation analysis |
| Pamela Zilly | 02/08/09 | 1.0 | Valuation | Review valuation analysis |
| Jamie O'Connell | 02/08/09 | 0.2 | Valuation | Meeting with B. Bresnahan regarding valuation |
| Jamie O'Connell | 02/08/09 | 0.3 | Valuation | Valuation analysis |
| Brian Bresnahan | 02/08/09 | 0.2 | Valuation | Meeting with J. O'Connell regarding valuation |
| Brian Bresnahan | 02/08/09 | 5.5 | Valuation | Valuation analysis |
| Pamela Zilly | 02/09/09 | 0.8 | Valuation | Review valuation analysis |
| Pamela Zilly | 02/09/09 | 0.3 | Valuation | Meeting with B. Bresnahan re: valuation |
| Jamie O'Connell | 02/09/09 | 0.2 | Valuation | Meeting with B. Bresnahan regarding valuation |
| Jamie O'Connell | 02/09/09 | 0.1 | Valuation | Correspondence to P. Zilly regarding valuation |
| Brian Bresnahan | 02/09/09 | 0.2 | Valuation | Meeting with J. O'Connell regarding valuation |
| Brian Bresnahan | 02/09/09 | 0.3 | Valuation | Meeting with P. Zilly regarding valuation |
| Brian Bresnahan | 02/09/09 | 0.5 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/19/09 | 0.3 | Valuation | Meeting with B. Bresnahan regarding valuation and claims |
| Jamie O'Connell | 02/19/09 | 0.2 | Valuation | Follow-up meeting with B. Bresnahan regarding valuation and claims |
| Matt Bonanno | 02/19/09 | 0.6 | Valuation | Review valuation analysis |
| Brian Bresnahan | 02/19/09 | 0.3 | Valuation | Meeting with J. O'Connell regarding valuation and claims |
| Brian Bresnahan | 02/19/09 | 0.2 | Valuation | Follow-up meeting with J. O'Connell regarding valuation and claims |
| Brian Bresnahan | 02/19/09 | 1.4 | Valuation | Prepare valuation analysis |
| Brian Bresnahan | 02/19/09 | 0.7 | Valuation | Prepare financial analysis |
| Jamie O'Connell | 02/20/09 | 0.1 | Valuation | Review valuation analysis with B. Bresnahan |
| Brian Bresnahan | 02/20/09 | 0.6 | Valuation | Update valuation analysis |
| Brian Bresnahan | 02/20/09 | 0.1 | Valuation | Review valuation analysis with J. O'Connell |
| Jamie O'Connell | 02/24/09 | 0.6 | Valuation | Review valuation analysis |
| Jamie O'Connell | 02/24/09 | 0.3 | Valuation | Call with B. Bresnahan re: valuation analysis |
| Brian Bresnahan | 02/24/09 | 0.6 | Valuation | Call with E. Filon re: valuation |
| Brian Bresnahan | 02/24/09 | 0.3 | Valuation | Call with J. O'Connell re: valuation analysis |
| Brian Bresnahan | 02/24/09 | 0.8 | Valuation | Update valuation analysis |
| Brian Bresnahan | 02/26/09 | 0.1 | Valuation | Email to internal team re: valuation analysis |
| Matt Bonanno | 02/26/09 | 0.2 | Valuation | Review valuation analysis with B. Bresnahan |
| Brian Bresnahan | 02/26/09 | 0.2 | Valuation | Review valuation analysis with M. Bonanno |
| | | **39.2** | | |

Page 11 of 11