THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | *Objections Due: 7/27/09 @ 4:00 pm* |

SEVENTY-SIXTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P.
AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF MARCH 1, 2009 THROUGH MARCH 31, 2009

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2009 through March 31, 2009 |

| | | |
|---|---|---|
| Amount of Compensation | Total | (Holdback @ 20%) |
| sought as actual, reasonable and necessary: | $150,000.00 | ($30,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,515.13 |

This is a _x_ monthly __ interim ___ final application

2593477.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

2593477.DOC

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | 30,000.00 | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 50,000.00 | 3,762.45 | 15,000.00 | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 50,000.00 | 4,251.05 | 15,000.00 | -- |
| | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | -- | -- | -- | -- |
| | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | -- | -- | -- | -- |
| | 03/01/09 – 03/31/09 | 150.000.00 | 1,515.13 | -- | -- | -- | -- |

*2593477.DOC*

# Blackstone Advisory Services L.P.

June 29, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of March 1, 2009 through March 31, 2009: | | | $ | 150,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (30,000.00) |
| Out-of-pocket expenses processed for the period through March 31, 2009:[1] | | | | |
| | Airfare | $ | 699.20 | |
| | Ground Transportation | | 8.20 | |
| | Communications | | 116.00 | |
| | Meals | | 147.87 | |
| | Lodging | | 249.66 | |
| | Document Production | | 294.20 | 1,515.13 |
| **Total Amount Due** | | | $ | **121,515.13** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 34462

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through March 31, 2009
Invoice No. 34462

|  | GL Detail Mar-09 | Total Expenses |
|---|---|---|
| Airfare | $ 699.20 | $ 699.20 |
| Ground Transportation - Local Travel | 8.20 | 8.20 |
| Communications - Teleconferencing | 116.00 | 116.00 |
| Employee Meals | 147.87 | 147.87 |
| Lodging | 249.66 | 249.66 |
| Document Production | 294.20 | 294.20 |
| **Total Expenses** | $ 1,515.13 | $ 1,515.13 |

| | |
|---|---|
| **Airfare** | $ 699.20 |
| **Ground Transportation** | 8.20 |
| **Communications** | 116.00 |
| **Meals** | 147.87 |
| **Lodging** | 249.66 |
| **Document Production** | 294.20 |
| **Total Expenses** | $ 1,515.13 |

W.R. Grace & Co.
Detail of Expenses Processed
Through March 31, 2009
Invoice No. 34462

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Zilly (travel agency fee for booking of round trip flight to/from Pittsburgh, PA from to Queens, NY on 03/08 & 03/10/09) | 02/19/09 | 40.00 | |
| Zilly (round trip coach class flight to Pittsburgh, PA from from Queens, NY) | 03/08/09 | 659.20 | |
| Subtotal - Airfare | | | $ 699.20 |

### Ground Transportation - Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bresnahan (weeknight taxi home from Blackstone after working late) | 01/12/09 | 8.20 | |
| Subtotal - Ground Transportation - Local Travel | | | 8.20 |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bresnahan (fee for attending Court hearing telephonically) | 12/18/08 | 116.00 | |
| Subtotal - Communications - Teleconferencing | | | 116.00 |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 02/05/09 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 01/12/09 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 01/13/09 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 01/22/09 | 24.04 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/05/09 | 25.00 | |
| Zilly (working meal while traveling) | 03/09/09 | 23.83 | |
| Subtotal - Employee Meals | | | 147.87 |

### Lodging

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Zilly (1 day hotel stay in Pittsburgh, PA) | 03/08/09 - 03/09/09 | 249.66 | |
| Subtotal - Lodging | | | 249.66 |

### Document Production

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bonanno (150 color photocopies calculated @ a rate of $0.36 per page) | 03/25/09 | 54.00 | |
| Bresnahan (350 black & white photocopies calculated @ a rate of $0.10 per page) | 03/05/09 | 35.00 | |
| Bresnahan (570 color photocopies calculated @ a rate of $0.36 per page) | 03/24/09 | 205.20 | |
| Subtotal - Document Production | | | 294.20 |

| | | Total Expenses | $ 1,515.13 |
|---|---|---|---:|

## BLACKSTONE ADVISORY SERVICES L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## MARCH 1, 2009 THROUGH MARCH 31, 2009

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 48.9 |
| Jamie O'Connell | Vice President | 29.5 |
| Matthew Bonnano | Associate | 46.7 |
| Brain Bresnahan | Analyst | 50.5 |
| | Total | 175.6 |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2009 THROUGH MARCH 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/03/09 | 0.1 | Committee | Call with J. Baer regarding interest analysis |
| Jamie O'Connell | 03/03/09 | 0.1 | Committee | Correspondence to J. Dolan regarding interest analysis |
| Matt Bonanno | 03/03/09 | 0.2 | Committee | Manage committee information requests |
| Matt Bonanno | 03/03/09 | 0.3 | Committee | Manage Capstone pension motion information request |
| Matt Bonanno | 03/03/09 | 0.2 | Committee | Conversation with J. Forgach regarding pension motion information requests |
| Brian Bresnahan | 03/03/09 | 0.1 | Committee | Correspondence to J. Dolan re: GUC interest treatment |
| Pamela Zilly | 03/04/09 | 0.2 | Committee | Call with J. Radecki re: Plan due diligence |
| Matt Bonanno | 03/05/09 | 0.2 | Committee | Manage Capstone pension motion information request |
| Jamie O'Connell | 03/11/09 | 0.5 | Committee | Call with Capstone regarding plan treatment of accrued interest |
| Brian Bresnahan | 03/11/09 | 0.5 | Committee | Call with Capstone regarding plan treatment of accrued interest |
| Brian Bresnahan | 03/11/09 | 0.2 | Committee | Correspondence with J. Baer re: Capstone GUC interest treatment follow-up |
| Brian Bresnahan | 03/12/09 | 0.2 | Committee | Correspondence with Capstone re: GUC interest treatment |
| Brian Bresnahan | 03/13/09 | 0.1 | Committee | Correspondence with Piper Jaffray re: diligence request |
| Brian Bresnahan | 03/13/09 | 0.2 | Committee | Correspondence with J. Radecki re: diligence request |
| Pamela Zilly | 03/16/09 | 0.5 | Committee | Call with H. La Force, E. Filon, J. Radecki re: exit financing alternatives |
| Jamie O'Connell | 03/17/09 | 0.2 | Committee | Correspondence regarding meeting with financial advisors |
| Matt Bonanno | 03/20/09 | 0.2 | Committee | Correspondence with committee advisors re: LTIP and CEO motion |
| Jamie O'Connell | 03/23/09 | 0.2 | Committee | Review Capstone correspondence and diligence request list |
| Matt Bonanno | 03/23/09 | 0.2 | Committee | Review Capstone correspondence and diligence request list |
| Matt Bonanno | 03/23/09 | 0.5 | Committee | Coordinate 3/25 meetings logistics and data requests |
| Brian Bresnahan | 03/23/09 | 0.2 | Committee | Correspondence with Piper Jaffray re: diligence request |
| Jamie O'Connell | 03/24/09 | 0.4 | Committee | Correspondence regarding financial advisor meeting and financial analysis |
| Jamie O'Connell | 03/24/09 | 0.3 | Committee | Review of presentation to financial advisors |
| Pamela Zilly | 03/25/09 | 1.6 | Committee | Meeting with Financial Advisors to all Committees to review Plan Pro Forma and Projections |
| Jamie O'Connell | 03/25/09 | 1.6 | Committee | Meeting with H. La Force, E. Filon and committee financial advisors to review Exhibit 12 |
| Matt Bonanno | 03/25/09 | 1.3 | Committee | Meeting at K&E with H. La Force and T. Freedman |
| Matt Bonanno | 03/25/09 | 1.6 | Committee | Meeting with H. La Force, E. Filon and committee financial advisors to review Exhibit 12 |
| Matt Bonanno | 03/27/09 | 1.0 | Committee | Manage committee information requests |
| Matt Bonanno | 03/30/09 | 0.2 | Committee | Correspondence with committee advisors re: LTIP and CEO motion |
| Matt Bonanno | 03/30/09 | 0.4 | Committee | Prepared correspondence to J. Dolan regarding LTIP and CEO motion |
| | | 13.5 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2009 THROUGH MARCH 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/12/09 | 0.2 | Employee Benefits/Pension | Review correspondence from J. Forgach regarding LTIP motion |
| Pamela Zilly | 03/19/09 | 1.5 | Employee Benefits/Pension | Read and provide comments on LTIP Motion |
| Jamie O'Connell | 03/19/09 | 0.4 | Employee Benefits/Pension | Review draft LTIP motion |
| Jamie O'Connell | 03/19/09 | 0.3 | Employee Benefits/Pension | Correspondence and calls regarding LTIP motion |
| Matt Bonanno | 03/19/09 | 0.4 | Employee Benefits/Pension | Review LTIP motion |
| Matt Bonanno | 03/19/09 | 0.5 | Employee Benefits/Pension | Review CEO motion |
| Matt Bonanno | 03/19/09 | 0.3 | Employee Benefits/Pension | Correspondence with J. Forgach re; LTIP and CEO motion |
| Matt Bonanno | 03/19/09 | 0.2 | Employee Benefits/Pension | Correspondence with P. Zilly re: LTIP and CEO motion |
| Pamela Zilly | 03/30/09 | 0.2 | Employee Benefits/Pension | Read Debtors' Motions re: LTIP, CEO Contract |
| Matt Bonanno | 03/30/09 | 0.4 | Employee Benefits/Pension | Call with B. McGowan to discuss LTIP motion diligence request |
| Matt Bonanno | 03/30/09 | 0.2 | Employee Benefits/Pension | Call with B. Gatte to discuss LTIP motion diligence request |
|  |  | 4.6 |  |  |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/03/09 | 0.2 | Financing | Call with management, counsel re: COLI policies |
| Pamela Zilly | 03/04/09 | 0.3 | Financing | Call with E. Filon re: exit financing timing |
| Pamela Zilly | 03/05/09 | 0.5 | Financing | Call with E. Filon, J. O'Connell re: exit financing |
| Jamie O'Connell | 03/05/09 | 1.2 | Financing | Call with financial institution and management regarding exit financing |
| Jamie O'Connell | 03/05/09 | 0.5 | Financing | Call with P. Zilly and E. Filon regarding exit financing |
| Matt Bonanno | 03/05/09 | 1.2 | Financing | Call with financial institution and management regarding exit financing |
| Brian Bresnahan | 03/05/09 | 0.7 | Financing | Call with financial institution and management regarding exit financing |
| Pamela Zilly | 03/06/09 | 1.1 | Financing | Correspondence with management on exit financing alternatives |
| Pamela Zilly | 03/06/09 | 0.6 | Financing | Call with T. Weschler, H. La Force, E. Filon, M. Shelnitz, M. Bonanno re: exit financing |
| Matt Bonanno | 03/06/09 | 0.6 | Financing | Call with Company and T. Weschler regarding pre-petition bank debt claims |
| Matt Bonanno | 03/06/09 | 0.6 | Financing | Review exit financing alternatives analysis with B. Bresnahan |
| Brian Bresnahan | 03/06/09 | 1.4 | Financing | Debt and liquidity analysis |
| Brian Bresnahan | 03/06/09 | 1.1 | Financing | Exit financing alternatives analysis |
| Brian Bresnahan | 03/06/09 | 0.6 | Financing | Review exit financing alternatives analysis with M. Bonanno |
| Brian Bresnahan | 03/07/09 | 0.2 | Financing | Correspondence with P. Zilly re: exit financing alternatives analysis |
| Brian Bresnahan | 03/09/09 | 0.7 | Financing | Call with financial institution and management regarding exit financing |
| Jamie O'Connell | 03/09/09 | 0.7 | Financing | Call with financial institution and management regarding exit financing |
| Pamela Zilly | 03/10/09 | 0.3 | Financing | Review exit financing alternatives analysis |
| Pamela Zilly | 03/10/09 | 0.7 | Financing | Call with E. Filon, J O'Connell, financial institution re: exit financing |
| Jamie O'Connell | 03/10/09 | 0.6 | Financing | Call with E. Filon, J. O'Connell re: exit financing |
| Jamie O'Connell | 03/10/09 | 0.7 | Financing | Call with financial institution and management regarding exit financing |
| Matt Bonanno | 03/10/09 | 0.6 | Financing | Call with P. Zilly and E. Filon regarding exit financing |
| Matt Bonanno | 03/10/09 | 0.7 | Financing | Call with financial institution and management regarding exit financing |
| Pamela Zilly | 03/11/09 | 0.4 | Financing | Call with E. Filon |
| Pamela Zilly | 03/11/09 | 0.7 | Financing | Call with T. Freedman, E. Filon, M. Shelnitz |
| Pamela Zilly | 03/11/09 | 0.3 | Financing | Review exit financing alternatives analysis |
| Matt Bonanno | 03/11/09 | 0.5 | Financing | Exit financing alternatives analysis |
| Matt Bonanno | 03/11/09 | 0.3 | Financing | Review exit financing alternatives analysis with B. Bresnahan |
| Brian Bresnahan | 03/11/09 | 0.3 | Financing | Review exit financing alternatives analysis with M. Bonanno |
| Pamela Zilly | 03/12/09 | 0.5 | Financing | Calls with E. Filon |
| Pamela Zilly | 03/12/09 | 1.2 | Financing | Call with E. Filon, J. O'Connell, M. Bonanno, B. Bresnahan re: exit financing presentation |
| Pamela Zilly | 03/12/09 | 0.4 | Financing | Review exit financing analysis inc. meeting, call with M. Bonanno, Bresnahan |
| Matt Bonanno | 03/12/09 | 1.2 | Financing | Call with management regarding exit financing alternatives |
| Matt Bonanno | 03/12/09 | 0.2 | Financing | Review exit financing alternatives analysis with P. Zilly |
| Matt Bonanno | 03/12/09 | 0.4 | Financing | Review exit financing alternatives analysis with B. Bresnahan |
| Matt Bonanno | 03/12/09 | 0.2 | Financing | Follow up call with P. Zilly |
| Brian Bresnahan | 03/12/09 | 2.2 | Financing | Prepare exit financing alternatives analysis |
| Brian Bresnahan | 03/12/09 | 0.4 | Financing | Review exit financing alternatives analysis with M. Bonanno |
| Brian Bresnahan | 03/12/09 | 1.2 | Financing | Call with management regarding exit financing alternatives |
| Brian Bresnahan | 03/12/09 | 0.2 | Financing | Follow up call with P. Zilly |
| Brian Bresnahan | 03/12/09 | 1.2 | Financing | Revise exit financing alternatives analysis |
| Pamela Zilly | 03/12/09 | 0.1 | Financing | Correspondence with E. Filon re: exit financing alternatives analysis |
| Jamie O'Connell | 03/13/09 | 1.0 | Financing | Call with E. Filon, H. La Force re: financing alternatives |
| Matt Bonanno | 03/13/09 | 1.0 | Financing | Call with H. La Force and E. Filon to discuss exit financing alternatives |
| Matt Bonanno | 03/13/09 | 0.4 | Financing | Review exit financing alternatives analysis |
| Brian Bresnahan | 03/13/09 | 1.0 | Financing | Call with H. La Force and E. Filon to discuss exit financing alternatives |
| Brian Bresnahan | 03/13/09 | 1.0 | Financing | Call with H. La Force and E. Filon to discuss exit financing alternatives |
| Brian Bresnahan | 03/13/09 | 0.4 | Financing | Update exit financing alternatives analysis |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2009 THROUGH MARCH 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/16/09 | 0.4 | Financing | Call with A Mena re: requirements under Credit Agreement |
| Pamela Zilly | 03/16/09 | 0.5 | Financing | Follow up call with H. La Force and E. Filon to discuss exit financing alternatives |
| Pamela Zilly | 03/16/09 | 0.8 | Financing | Call with E. Filon, M. Shelnitz, H. La Force |
| Jamie O'Connell | 03/16/09 | 0.5 | Financing | Call with FCR FA, H. La Force and E. Filon to discuss exit financing alternatives |
| Jamie O'Connell | 03/16/09 | 0.5 | Financing | Follow up call with H. La Force and E. Filon to discuss exit financing alternatives |
| Matt Bonanno | 03/16/09 | 0.5 | Financing | Call with FCR FA, H. La Force and E. Filon to discuss exit financing alternatives |
| Matt Bonanno | 03/16/09 | 0.5 | Financing | Follow up call with H. La Force and E. Filon to discuss exit financing alternatives |
| Brian Bresnahan | 03/16/09 | 0.5 | Financing | Follow up call with H. La Force and E. Filon to discuss exit financing alternatives |
| Pamela Zilly | 03/17/09 | 0.6 | Financing | Call with T. Freedman |
| Pamela Zilly | 03/17/09 | 0.6 | Financing | Status meeting with J.O'Connell re: various matters |
| Pamela Zilly | 03/17/09 | 1.0 | Financing | Call with E. Filon, M. Shelnitz, H. La Force |
| Jamie O'Connell | 03/17/09 | 0.6 | Financing | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 03/17/09 | 0.2 | Financing | Correspondence regarding exit financing |
| Pamela Zilly | 03/18/09 | 0.3 | Financing | Call with H. La Force |
| Jamie O'Connell | 03/18/09 | 0.3 | Financing | Review financial analysis with B. Bresnahan |
| Brian Bresnahan | 03/18/09 | 0.3 | Financing | Review financial analysis with J. O'Connell |
| Pamela Zilly | 03/20/09 | 0.5 | Financing | Call with E. Filon, M. Shelnitz, H. La Force |
| Pamela Zilly | 03/21/09 | 1.5 | Financing | Review analysis of financial alternatives |
| Pamela Zilly | 03/23/09 | 0.3 | Financing | Review analysis, call with internal team |
| Pamela Zilly | 03/23/09 | 0.3 | Financing | Review exit financing alternatives analysis |
| Jamie O'Connell | 03/23/09 | 0.2 | Financing | Internal call to discuss financial analysis |
| Jamie O'Connell | 03/23/09 | 0.6 | Financing | Meetings with B. Bresnahan to review financial analysis |
| Jamie O'Connell | 03/23/09 | 0.1 | Financing | Correspondence to counsel regarding discovery request |
| Matt Bonanno | 03/23/09 | 0.2 | Financing | Internal call to discuss financial analysis |
| Brian Bresnahan | 03/23/09 | 0.2 | Financing | Internal call to discuss financial analysis |
| Brian Bresnahan | 03/23/09 | 0.6 | Financing | Meetings with J. O'Connell to review financial analysis |
| Jamie O'Connell | 03/24/09 | 0.2 | Financing | Correspondence regarding financial analysis |
| Jamie O'Connell | 03/24/09 | 0.6 | Financing | Financial analysis and related correspondence |
| Jamie O'Connell | 03/24/09 | 0.1 | Financing | Call with T. Freedman regarding financial analysis |
| Pamela Zilly | 03/26/09 | 0.3 | Financing | Call with T. Freedman |
| Pamela Zilly | 03/26/09 | 0.6 | Financing | Review exit financing alternatives analysis |
| Jamie O'Connell | 03/26/09 | 0.5 | Financing | Review draft term sheet with M. Bonanno |
| Jamie O'Connell | 03/26/09 | 0.5 | Financing | Follow-up meeting with M. Bonanno and B. Bresnahan |
| Matt Bonanno | 03/26/09 | 2.5 | Financing | Attended meeting at financial institution with E. Filon |
| Matt Bonanno | 03/26/09 | 0.8 | Financing | Draft bank debt financing term sheet |
| Matt Bonanno | 03/26/09 | 0.5 | Financing | Review draft term sheet with J. O'Connell |
| Matt Bonanno | 03/26/09 | 0.5 | Financing | Follow-up meeting with J. O'Connell and B. Bresnahan |
| Pamela Zilly | 03/27/09 | 1.0 | Financing | Call with financial team and internal team re: analysis |
| Jamie O'Connell | 03/27/09 | 0.2 | Financing | Call with E. Filon and internal team regarding financial analysis |
| Jamie O'Connell | 03/27/09 | 0.8 | Financing | Call with management and internal team regarding financial analysis (did not attend entire call) |
| Matt Bonanno | 03/27/09 | 1.0 | Financing | Call with management and internal team regarding financial analysis |
| Brian Bresnahan | 03/27/09 | 0.2 | Financing | Call with E. Filon and internal team regarding financial analysis |
| Brian Bresnahan | 03/27/09 | 0.2 | Financing | Prepare high yield debt analysis for E. Filon |
| Brian Bresnahan | 03/27/09 | 1.0 | Financing | Call with management and internal team regarding financial analysis |
| Jamie O'Connell | 03/29/09 | 0.5 | Financing | Correspondence regarding various matters |
| Pamela Zilly | 03/30/09 | 0.2 | Financing | Status meeting with J. O'Connell, M. Bonanno |
| Jamie O'Connell | 03/30/09 | 0.2 | Financing | Status meeting with P. Zilly and M. Bonanno |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2009 THROUGH MARCH 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/30/09 | 0.2 | Financing | Status call with B. Bresnahan |
| Matt Bonanno | 03/30/09 | 0.2 | Financing | Status meeting with P. Zilly and J. O'Connell |
| Brian Bresnahan | 03/30/09 | 0.2 | Financing | Status call with J. O'Connell |
| | | 57.4 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2009 THROUGH MARCH 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/09/09 | 2.5 | Hearings | Attend Disclosure Statement Hearing |
| Matt Bonanno | 03/09/09 | 3.0 | Hearings | Disclosure Statement hearing |
| Brian Bresnahan | 03/09/09 | 3.0 | Hearings | Disclosure Statement hearing |
| | | **8.5** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/08/09 | 3.0 | Non-Working Travel Time | Travel to Pittsburgh |
| Matt Bonanno | 03/08/09 | 4.0 | Non-Working Travel Time | Travel to Pittsburgh for Disclosure Statement Hearing |
| Brian Bresnahan | 03/08/09 | 4.0 | Non-Working Travel Time | Travel to Pittsburgh for Disclosure Statement Hearing |
| Pamela Zilly | 03/09/09 | 3.0 | Non-Working Travel Time | Travel to New York |
| Matt Bonanno | 03/09/09 | 6.0 | Non-Working Travel Time | Travel from Pittsburgh for Disclosure Statement Hearing |
| Brian Bresnahan | 03/09/09 | 6.0 | Non-Working Travel Time | Travel from Pittsburgh for Disclosure Statement Hearing |
| | | **26.0** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2009 THROUGH MARCH 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/02/09 | 0.2 | Plan and Disclosure Statement | Meeting with B. Bresnahan to review interest calculations |
| Jamie O'Connell | 03/02/09 | 0.2 | Plan and Disclosure Statement | Meeting with B. Bresnahan to review analysis of interest on claims |
| Jamie O'Connell | 03/02/09 | 0.2 | Plan and Disclosure Statement | Follow-up meeting with B. Bresnahan regarding interest analysis |
| Brian Bresnahan | 03/02/09 | 1.0 | Plan and Disclosure Statement | Prepare summary of GUC interest treatment |
| Brian Bresnahan | 03/02/09 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell to review analysis of interest on claims |
| Brian Bresnahan | 03/02/09 | 0.4 | Plan and Disclosure Statement | Revise summary of GUC interest treatment |
| Brian Bresnahan | 03/02/09 | 0.2 | Plan and Disclosure Statement | Meeting with P. Zilly to discuss interest analysis |
| Pamela Zilly | 03/02/09 | 0.2 | Plan and Disclosure Statement | Follow-up meeting with J. O'Connell regarding interest analysis |
| Pamela Zilly | 03/03/09 | 0.3 | Plan and Disclosure Statement | Call with management and counsel re: Plan and Court hearings |
| Jamie O'Connell | 03/03/09 | 0.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Brian Bresnahan | 03/03/09 | 0.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Brian Bresnahan | 03/03/09 | 0.2 | Plan and Disclosure Statement | Call with management, counsel re: COLI policies |
| Brian Bresnahan | 03/03/09 | 0.8 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 03/04/09 | 0.2 | Plan and Disclosure Statement | Send timeline to E. Filon |
| Pamela Zilly | 03/04/09 | 0.3 | Plan and Disclosure Statement | Call with E. Filon re: status |
| Brian Bresnahan | 03/04/09 | 0.2 | Plan and Disclosure Statement | Call with D. Grebow re: financial projections |
| Pamela Zilly | 03/05/09 | 0.8 | Plan and Disclosure Statement | Revise timeline |
| Jamie O'Connell | 03/05/09 | 0.2 | Plan and Disclosure Statement | Status meeting with B. Bresnahan |
| Brian Bresnahan | 03/05/09 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 03/06/09 | 0.9 | Plan and Disclosure Statement | Revise timeline |
| Pamela Zilly | 03/06/09 | 0.2 | Plan and Disclosure Statement | Read Motions re: Kaneb |
| Pamela Zilly | 03/06/09 | 0.4 | Plan and Disclosure Statement | Conversation with M. Bonanno regarding pre-petition bank debt claims |
| Pamela Zilly | 03/06/09 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell, M. Bonanno re: pre-petition bank claims |
| Jamie O'Connell | 03/06/09 | 0.2 | Plan and Disclosure Statement | Meeting with P. Zilly and M. Bonanno regarding pre-petition bank debt claims |
| Jamie O'Connell | 03/06/09 | 0.2 | Plan and Disclosure Statement | Review correspondence regarding pre-petition bank debt claims |
| Matt Bonanno | 03/06/09 | 0.2 | Plan and Disclosure Statement | Meeting with P. Zilly and J. O'Connell regarding pre-petition bank debt claims |
| Matt Bonanno | 03/06/09 | 0.4 | Plan and Disclosure Statement | Conversation with P. Zilly regarding pre-petition bank debt claims |
| Pamela Zilly | 03/10/09 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell, M. Bonanno |
| Pamela Zilly | 03/10/09 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: court hearings, POR |
| Pamela Zilly | 03/10/09 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman, E. Filon, J. O'Connell re: pre-petition bank debt claims |
| Jamie O'Connell | 03/10/09 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and M. Bonanno |
| Jamie O'Connell | 03/10/09 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 03/10/09 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman, E. Filon and P. Zilly regarding pre-petition bank debt claims |
| Jamie O'Connell | 03/10/09 | 0.4 | Plan and Disclosure Statement | Call with E. Filon regarding pre-petition bank debt claims |
| Matt Bonanno | 03/10/09 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and J. O'Connell |
| Matt Bonanno | 03/10/09 | 1.5 | Plan and Disclosure Statement | Review financial analysis |
| Matt Bonanno | 03/10/09 | 1.8 | Plan and Disclosure Statement | Review pre-petition bank debt claims analysis |
| Pamela Zilly | 03/11/09 | 0.2 | Plan and Disclosure Statement | Meeting with M. Bonanno and J. O'Connell |
| Pamela Zilly | 03/11/09 | 0.2 | Plan and Disclosure Statement | Meeting with M. Bonanno, B. Bresnahan, J. O'Connell re: analysis |
| Jamie O'Connell | 03/11/09 | 0.4 | Plan and Disclosure Statement | Review analysis of pre-petition bank debt claims |
| Jamie O'Connell | 03/11/09 | 0.2 | Plan and Disclosure Statement | Meeting with M. Bonanno regarding analysis of pre-petition bank debt claims |
| Jamie O'Connell | 03/11/09 | 0.2 | Plan and Disclosure Statement | Meeting with P. Zilly and M. Bonanno regarding various items |
| Jamie O'Connell | 03/11/09 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly, M. Bonanno and B. Bresnahan |
| Jamie O'Connell | 03/11/09 | 0.7 | Plan and Disclosure Statement | Call with management and counsel regarding pre-petition bank debt claims |
| Matt Bonanno | 03/11/09 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding analysis of pre-petition bank debt claims |
| Matt Bonanno | 03/11/09 | 0.2 | Plan and Disclosure Statement | Meeting with P. Zilly and J. O'Connell regarding various items |
| Matt Bonanno | 03/11/09 | 1.6 | Plan and Disclosure Statement | Call with management regarding confirmation and exit |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 03/11/09 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly, B. Bresnahan and J. O'Connell |
| Brian Bresnahan | 03/11/09 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly, M. Bonanno and J. O'Connell |
| Pamela Zilly | 03/13/09 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Bresnahan re: pre-petition bank debt claims |
| Pamela Zilly | 03/13/09 | 0.3 | Plan and Disclosure Statement | Read Debtors' Motion re: Proofs of Claims for PREPs Pursuant to EPA Multi Site Agreement |
| Jamie O'Connell | 03/13/09 | 0.3 | Plan and Disclosure Statement | Meeting with P. Zilly and B. Bresnahan regarding pre-petition bank debt claims |
| Brian Bresnahan | 03/13/09 | 0.3 | Plan and Disclosure Statement | Meeting with P. Zilly and J. O'Connell regarding pre-petition bank debt claims |
| Pamela Zilly | 03/16/09 | 0.2 | Plan and Disclosure Statement | Read documents re: Debtors' Preliminary Witness List |
| Pamela Zilly | 03/17/09 | 1.0 | Plan and Disclosure Statement | Meeting with internal team regarding pre-petition bank debt analysis |
| Jamie O'Connell | 03/17/09 | 1.0 | Plan and Disclosure Statement | Meeting with internal team regarding pre-petition bank debt analysis |
| Matt Bonanno | 03/17/09 | 1.0 | Plan and Disclosure Statement | Meeting with internal team regarding pre-petition bank debt analysis |
| Brian Bresnahan | 03/17/09 | 1.0 | Plan and Disclosure Statement | Meeting with internal team regarding pre-petition bank debt analysis |
| Pamela Zilly | 03/18/09 | 1.5 | Plan and Disclosure Statement | Call with T. Freedman, M. Shelnitz, H. La Force, E. Filon re: various matters |
| Pamela Zilly | 03/18/09 | 0.5 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Bresnahan re: pre-petition bank debt claims |
| Jamie O'Connell | 03/18/09 | 1.5 | Plan and Disclosure Statement | Conference call with management, counsel and internal team regarding various matters |
| Jamie O'Connell | 03/18/09 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly and B. Bresnahan regarding various matters |
| Brian Bresnahan | 03/18/09 | 1.5 | Plan and Disclosure Statement | Conference call with management, counsel and internal team regarding various matters |
| Brian Bresnahan | 03/18/09 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly and J. O'Connell regarding various matters |
| Pamela Zilly | 03/18/09 | 2.0 | Plan and Disclosure Statement | Prepare Bank Debt Claims analysis |
| Pamela Zilly | 03/19/09 | 3.0 | Plan and Disclosure Statement | Prepare timeline and presentation |
| Jamie O'Connell | 03/19/09 | 0.4 | Plan and Disclosure Statement | Review financial analysis |
| Brian Bresnahan | 03/19/09 | 2.5 | Plan and Disclosure Statement | Prepare Bank Debt Claims analysis |
| Jamie O'Connell | 03/20/09 | 0.3 | Plan and Disclosure Statement | Correspondence and calls regarding discovery request |
| Jamie O'Connell | 03/20/09 | 0.3 | Plan and Disclosure Statement | Review warrant analysis for K&E |
| Matt Bonanno | 03/20/09 | 2.3 | Plan and Disclosure Statement | Revise Bank Debt Claims analysis / Prepare Presentation |
| Brian Bresnahan | 03/20/09 | 3.0 | Plan and Disclosure Statement | Revise Bank Debt Claims analysis / Prepare Presentation |
| Jamie O'Connell | 03/22/09 | 0.2 | Plan and Disclosure Statement | Review correspondence regarding motions and financial analysis |
| Jamie O'Connell | 03/23/09 | 0.1 | Plan and Disclosure Statement | Call with D. Boll regarding discovery request |
| Jamie O'Connell | 03/23/09 | 0.1 | Plan and Disclosure Statement | Call with B. Bresnahan and D. Boll regarding discovery request |
| Brian Bresnahan | 03/23/09 | 0.1 | Plan and Disclosure Statement | Call with J. O'Connell and D. Boll regarding discovery request |
| Brian Bresnahan | 03/23/09 | 0.4 | Plan and Disclosure Statement | Correspondence with Kirkland re: warrant analysis |
| Brian Bresnahan | 03/23/09 | 0.6 | Plan and Disclosure Statement | Update Bank Debt Claims presentation |
| Brian Bresnahan | 03/23/09 | 0.2 | Plan and Disclosure Statement | Correspondence with E. Filon re: bank debt claims presentation |
| Pamela Zilly | 03/25/09 | 2.5 | Plan and Disclosure Statement | Meeting with E. Filon, H. La Force |
| Pamela Zilly | 03/25/09 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 03/25/09 | 0.5 | Plan and Disclosure Statement | Review expert report of H. Sean Mathis |
| Jamie O'Connell | 03/25/09 | 2.5 | Plan and Disclosure Statement | Follow up meeting with H. La Force, E. Filon, P. Zilly and M. Bonanno |
| Jamie O'Connell | 03/25/09 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Matt Bonanno | 03/25/09 | 2.5 | Plan and Disclosure Statement | Follow up meeting with H. La Force, E. Filon, P. Zilly and J. O'Connell |
| Brian Bresnahan | 03/25/09 | 0.3 | Plan and Disclosure Statement | Prepare warrant analysis |
| Brian Bresnahan | 03/25/09 | 0.4 | Plan and Disclosure Statement | Update warrant analysis |
| Brian Bresnahan | 03/26/09 | 0.4 | Plan and Disclosure Statement | Correspondence with H. La Force and E. Filon regarding warrant analysis |
| Brian Bresnahan | 03/26/09 | 0.5 | Plan and Disclosure Statement | Follow-up meeting with M. Bonanno and J. O'Connell |
| Pamela Zilly | 03/29/09 | 0.3 | Plan and Disclosure Statement | Emails with E. Leibenstein |
| Pamela Zilly | 03/29/09 | 0.2 | Plan and Disclosure Statement | Read Debtors' Reply to Anderson Memorial Objection to ZAI Settlement and Supplemental Memorandum |
| Pamela Zilly | 03/30/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 03/30/09 | 1.1 | Plan and Disclosure Statement | Call with T. Freedman, E. Leibenstein re: feasibility |
| Pamela Zilly | 03/30/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2009 THROUGH MARCH 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/30/09 | 1.1 | Plan and Disclosure Statement | Call with K&E, H. La Force, internal team re:feasibility |
| Pamela Zilly | 03/30/09 | 0.2 | Plan and Disclosure Statement | Follow-up meeting with M Bonanno |
| Pamela Zilly | 03/30/09 | 0.2 | Plan and Disclosure Statement | Meeting with M. Bonanno, B. Bresnahan |
| Jamie O'Connell | 03/30/09 | 0.6 | Plan and Disclosure Statement | Call with P. Zilly, M. Bonanno, B. Bresnahan and K&E regarding feasibility (did not attend entire call) |
| Matt Bonanno | 03/30/09 | 1.1 | Plan and Disclosure Statement | Call with P. Zilly, J O'Connell, B. Bresnahan and K&E regarding feasibility |
| Matt Bonanno | 03/30/09 | 0.2 | Plan and Disclosure Statement | Follow up meeting with P. Zilly |
| Brian Bresnahan | 03/30/09 | 1.1 | Plan and Disclosure Statement | Call with P. Zilly, J O'Connell, M. Bonanno and K&E regarding feasibility |
| Brian Bresnahan | 03/30/09 | 0.2 | Plan and Disclosure Statement | Follow up meeting with P. Zilly |
| Pamela Zilly | 03/31/09 | 0.8 | Plan and Disclosure Statement | Call with management and counsel, inc. post call with T. Freedman |
| Jamie O'Connell | 03/31/09 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Brian Bresnahan | 03/31/09 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| | | 65.3 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/10/09 | 0.3 | Valuation | Correspondence regarding valuation matter |
| | | 0.3 | | |