IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 21544 and** |
| | **6/22/09 Agenda Item No. 1** |

## ORDER REGARDING PHASE II PRE-TRIAL PROCEEDINGS

1.  Pursuant to the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Docket No. 21544), a Pre-Trial Hearing with respect to Phase II of the Debtors' Confirmation hearing is currently set for July 20-21, 2009.

2.  On June 22-23, 2009, the Court held proceedings regarding Phase I of the Confirmation Hearing. As a result of those proceedings, the Court has set certain new deadlines for the submission of materials prior to the Phase II Pre-Trial Hearing, has re-set the date of the Phase II Pre-Trial Hearing and added additional dates, if necessary, for the Phase II Confirmation Hearing. Those deadlines and new dates are outlined herein.

3.  The July 20-21 Phase II Pre-Trial Hearing dates have been cancelled and the Phase II Pre-Trial Hearing is rescheduled for July 27, 2009 as part of the Grace Omnibus Hearing.

4.  Pre Trial Submissions must be filed by all parties who intend to participate in the Phase II Confirmation Hearing (the "Participants") on July 20, 2009. The Pre-Trial Submissions shall consist of the following: (i) a Statement of Issues wherein each issue that a Participant intends to address is listed; (ii) a List of Witnesses who each Participant intends to call at the Phase II Confirmation Hearing along with a description of the evidence to be established by each witness and whether each witness will be called live or by deposition; and (iii) a List of the

Exhibits to be introduced at trial by each Participant ( This is a list only. The actual Exhibits shall not be submitted until the date set forth in the current Case Management Order. The Witness list must be a "real" list of the witnesses each Participant actually intends to call. The Participants will be permitted to supplement such list thereafter, for good cause shown.

5. Supplemental Pre-Trial submissions, if any, from Insurers only, may be made on August 13, 2009 in the event matters raised in the Plan Proponents' Trial Brief have not been previously addressed by the Insurers in their Pre Trial Submissions.

6. A telephonic meet and confer between the Plan Proponents and the Insurers with respect to the Supplemental Pre-Trial Submissions, shall take place on August 17, 2009 at 10:00 a.m. eastern. The Debtors shall arrange for a dial-in number for this call and circulate it to the other Plan Proponents and the Insurers. The Debtors shall notify the Court after such meet and confer with respect to whether a further Pre Trial Hearing is necessary as a result of the meet and confer and Supplemental submissions

7. A Telephonic Supplemental Pre-Trial Hearing, if necessary on Insurance issues only, shall take place on August 18, 2009 at 10:00 a.m. eastern. The Participants shall arrange participation in this hearing through Court Call.

8. The Phase II Confirmation Hearing dates have been modified. The Phase II Confirmation Hearing shall now be September 8-11 and 14-17, 2009, as necessary. The Court will address at the July 27, 2009 Pre-Trial Hearing the actual number of days the parties anticipate using for the Phase II Confirmation Hearing.

9. Upon entry of this Order, the Debtors shall immediately serve a copy of it on all of the Plan Objectors.

**ORDERED** this 7th day of July, 2009.

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge