IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Re: Docket No. 21544**
**6/22/09 Agenda Item 1**

**CERTIFICATE OF COUNSEL REGARDING ORDER ON FURTHER MATTERS
RELATED TO THE PHASE I CONFIRMATION HEARING WITH RESPECT TO
CLASS 9 IMPAIRMENT**

1.      Pursuant to the Third Amended Case Management Order Related to the First

Amended Joint Plan of Reorganization (Docket No. 21544), on June 22-23 2009, the Court held

the Phase I Confirmation Hearing, regarding, among other things, "the confirmation objections

raised on behalf of and specific to lenders under the Pre-Petition Credit Facilities[1] (the

"Lenders") and other Class 9 creditors with respect to impairment." (the " Impairment Hearing").

2.       As a result of those proceedings, the Court set certain deadlines for the

submission of additional briefs and materials. The Debtors thereafter prepared a draft  Order

Regarding Further Matters Related to the Phase I Confirmation Hearing with Respect to Class I

Impairment (the "Order") wherein such deadlines were outlined.

3.      On Friday, June 26, 2009, Debtors' counsel circulated the draft Order to all Plan

Objectors for their review and comment and asked that they respond by close of business on

Monday, June 29, 2009 if they had any comments or objections to the form of Order.

4.      Only one party, counsel for the Official Committee of Unsecured Creditors,

provided substantive suggested changes to the draft Order.  The Committee's primary suggested

---

[1]    Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

changes related to the description of the submissions to be made to the Court as outlined in paragraphs 5 and 6 of the draft Order.

     5.     The Debtors have reviewed the substantive suggestions made by the Committee, discussed those suggestions with the Committee and have agreed to the changes to the Order requested by the Committee. Attached is a revised Order that contains the Committees' suggested changes.

     6.     As a result, the Debtors respectfully request entry of the attached Order Regarding Further Matters Related to the Phase I Confirmation Hearing with Respect to Class 9 Impairment.

                                           KIRKLAND & ELLIS LLP
Theodore L. Freedman
Deanna D. Boll
Citigroup Center
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*