# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

July 02, 2009

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #12051

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/1/2009 | WHS | detailed review of, and revisions to, FR Deloitte Tax 31Q 6-12.08 | 0.20 | 59.00 |
| | WHS | detailed review of, and revisions to, FR Bilzin 31Q 10-12.08 | 0.30 | 88.50 |
| | BSR | Draft exhibit with fee and expense recommendations (31st) | 1.80 | 468.00 |
| | BSR | Draft final report re Orrick Herrington & Sutcliffe for the 31st interim period | 0.30 | 78.00 |
| | JBA | Update database with Reed Smith 4.09 | 0.10 | 4.50 |
| | BSR | research docket for pertinent pleadings | 0.20 | 52.00 |
| | JAW | detailed review of K&E February 2009 fee application (7.8) | 7.80 | 1,170.00 |
| 6/2/2009 | BSR | Draft e-mails to Bilzin Sumberg and Deloitte Tax regarding their final reports (31st) | 0.20 | 52.00 |
| | BSR | Receive and review Janet Baer's retention order and application | 0.20 | 52.00 |

W.R. Grace & Co.                                                                                                Page      2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/2/2009 | BSR | detailed review of Janet Baer's Feb. and Mar. 2009 monthly fee applications and 32nd interim fee application | 0.90 | 234.00 |
|  | JAW | Continued detailed review of K&E February 2009 fee application (6.7) | 6.70 | 1,005.00 |
|  | BSR | Draft initial report re Janet S. Baer for the 32nd interim period | 1.70 | 442.00 |
|  | WHS | detailed review of, and revisions to, FR Orrick 31Q 10-12.08 | 0.20 | 59.00 |
|  | JBA | Update database with 4.09 e-detail pdf re: Phillips, Kramer, Ogilvy, Foley, and Steptoe, Steptoe 3.09 e-detail pdf | 0.10 | 4.50 |
|  | MW | Update database with final reports for the 31st interim re: Bilzin (.1), Deloitte Tax (.1); File same electronically with Court (.3); prepare same to be served on service parties (.1). | 0.60 | 27.00 |
|  | MW | Update database with April applications for Kramer Levin (.2), Caplin Drysdale (.2), Anderson Kill (.2), Charter Oak (.2), Stroock & Stroock (.2), 32nd interim application of Stroock & Stroock (.2); distribute same for review (.2). | 1.40 | 63.00 |
| 6/3/2009 | MW | Draft monthly fee application of WHSA for May 2009. | 1.00 | 130.00 |
|  | BSR | telephone conference with Lisa Hamm re project category spreadsheet (31st) | 0.10 | 26.00 |
|  | JBA | Update database with 4.09 hard copies re: Phillips, Day Pitney, Foley (.1), Steptoe, Ogilvy and Steptoe 3.09 hard copy (.1) | 0.20 | 9.00 |
|  | ALP | Drafted final revisions to initial report to Bilzin regarding the 32nd interim period (1-3.09) (.4) | 0.40 | 68.00 |
|  | ALP | Drafted final revisions to initial report to Janet Baer regarding the 32nd interim period (1-3.09) (.3) | 0.30 | 51.00 |
|  | JBA | Update database with 4.09 e-detail pdf re: Casner and Buchanan | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                    Page        3

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/3/2009 | BSR | detailed review of Bilzin Sumberg's 32nd interim fee application and monthly fee applications | 1.00 | 260.00 |
| | JAW | Continued detailed review of K&E February 2009 fee application (9.2) | 9.20 | 1,380.00 |
| | BSR | Draft initial report re Buchanan Ingersoll & Rooney for the 32nd interim period | 0.20 | 52.00 |
| | BSR | detailed review of Buchanan Ingersoll & Rooney's 32nd interim fee application and monthly fee applications | 0.50 | 130.00 |
| | BSR | Draft e-mail to Rick Wyron re Orrick final report for the 31st interim period | 0.10 | 26.00 |
| | BSR | Draft exhibit A with fee and expense recommendations for the 31st interim period | 0.10 | 26.00 |
| | BSR | Draft initial report re Bilzin Sumberg for the 32nd interim period | 0.30 | 78.00 |
| | BSR | detailed review of David Austern's Jan. and Feb. 2009 monthly fee applications | 0.10 | 26.00 |
| | BSR | detailed review of Beveridge & Diamond's monthly fee applications for Jan. through March 2009 | 0.40 | 104.00 |
| 6/4/2009 | BSR | detailed review of Campbell & Levine's January 2009 monthly fee application | 0.40 | 104.00 |
| | BSR | detailed review of Campbell & Levine's Feb. 2009 monthly fee application | 0.30 | 78.00 |
| | BSR | Draft e-mail to Kathleen Davis with questions re Campbell & Levine fee application (32nd) | 0.20 | 52.00 |
| | ALP | Drafted final revisions to initial report to Buchanan regarding the 32nd interim period (10-12.08) (.4) | 0.40 | 68.00 |
| | JBA | Update database with 4.09 hard copies re: Casner and Buchanan | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                                Page       4

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/4/2009 | JAW | Continue detailed review of K&E February 2009 fee application (5.8); draft summary of same (2.6) | 8.40 | 1,260.00 |
| | JBA | Prepare and serve Buchanan 32nd Interim IR | 0.10 | 4.50 |
| | MW | Electronic filing with court of monthly application for compensation of WHSA for May 2009. | 0.40 | 52.00 |
| 6/5/2009 | BSR | detailed review of Capstone's 32nd interim fee application and monthly fee applications | 0.70 | 182.00 |
| | BSR | Draft omnibus final report for the 31st interim period (.9); draft email to Jeff Allgood re same (.1) | 1.00 | 260.00 |
| 6/8/2009 | MW | Update database with Casner & Edwards' April monthly fee application. | 0.20 | 9.00 |
| | BSR | Draft final report re Caplin & Drysdale for the 31st interim period | 1.00 | 260.00 |
| | BSR | Receive and review Caplin & Drysdale's response and research issues therein (.8); draft follow-up email to Caplin & Drysdale requesting additional information (.1) | 0.90 | 234.00 |
| | BSR | Draft exhibit A to proposed fee order with fee and expense recommendations for the 31st interim period | 0.50 | 130.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: category spreadsheet. | 0.10 | 15.00 |
| 6/9/2009 | BSR | Draft initial report re Capstone Advisory Group for the 32nd interim period | 0.40 | 104.00 |
| | MW | Update database with hard copy of Caplin & Drysdale response to 31st interim IR. | 0.10 | 4.50 |
| | MW | Update database with multiple CNO's received electronically from D. Fullem. | 0.20 | 9.00 |
| | MW | Update database with Capstone's April monthly fee application (.2); 32nd interim initial report of Capstone (.2). | 0.40 | 18.00 |

W.R. Grace & Co.                                                                                              Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/9/2009 | MW | Update database with Judge Sanders' May fee application (.2); Caplin Drysdale's response to 31st interim (.2); Certificates of No Objection re Kramer Levin's previous fee applications (.2); Capstone's April e-detail and exhibits (.2). | 0.80 | 36.00 |
|  | BSR | Draft final report re Caplin & Drysdale for the 31st interim period | 1.20 | 312.00 |
|  | BSR | Draft final report re BMC for the 31st interim period (including calculation of cumulative fee application preparation fees) | 1.20 | 312.00 |
|  | BSR | Receive and review BMC's response to initial report for the 31st interim period and email Martha Araki re same | 0.30 | 78.00 |
|  | BSR | Receive and review additional expense information supplied by Caplin & Drysdale in response to our initial report (31st) and research same | 0.60 | 156.00 |
|  | BSR | Draft e-mail to E. Ordway at Capstone re initial report (32nd) | 0.10 | 26.00 |
|  | BSR | research regarding cumulative fee application preparation fees billed by Capstone in case to date | 1.00 | 260.00 |
| 6/10/2009 | BSR | Draft exhibit A with fee and expense recommendations for the 31st interim period (.1); draft email to debtor's counsel re same (.1) | 0.20 | 52.00 |
|  | BSR | Draft e-mails to various applicants concerning final reports for the 31st interim period | 0.20 | 52.00 |
|  | BSR | telephone conference with Lisa Hamm re project category spreadsheet | 0.10 | 26.00 |
|  | WHS | detailed review of, and revisions to, FR Caplin 31Q 10-12.08 | 0.20 | 59.00 |
|  | WHS | detailed review of FR BMC 31Q 10-12.08 | 0.20 | 59.00 |
|  | WHS | detailed review of omnibus final report 31Q 10-12.08 | 0.20 | 59.00 |
|  | MW | Update database with Piper Jaffray's April fee application (.2); Tre Angeli's April fee detail (.2); Orrick, Herrington's April fee application (.1). | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                                    Page        6

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/10/2009 | JAW | detailed review of Caplin & Drysdale Thirty-Second Interim Fee Application (Jan. 2009 - Mar 2009) (2.1) | 2.10 | 315.00 |
| | MW | Electronic filing with court of fee auditor's final reports for BMC (.3), Caplin (.3), Omnibus (.3); update database with final versions (.4); send same to case managers for service (.1). | 1.40 | 63.00 |
| 6/11/2009 | JAW | Continue detailed review of Caplin & Drysdale Thirty-Second Interim Fee Application (Jan. 2009 - Mar 2009) (8.8); draft summary of same (0.4) | 9.20 | 1,380.00 |
| | MW | Update database with hearing agenda. | 0.10 | 4.50 |
| | MW | Update database with PWC's e-detail for April's monthly fee application. | 0.20 | 9.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: Exhibit A to proposed order on thirty-first interim period applications. | 0.10 | 15.00 |
| 6/12/2009 | JAW | detailed review of Anderson Kill Fifteenth Interim Fee Application (Jan. 2009 - Mar 2009) (8.9) | 8.90 | 1,335.00 |
| 6/14/2009 | LMH | Draft category spreadsheet for the 31st interim period. | 5.70 | 855.00 |
| | BSR | Draft e-mails to Melanie White and Lynzy Oberholzer re project category spreadsheet (31st) | 0.10 | 26.00 |
| | BSR | telephone conference with Lisa Hamm re project category spreadsheet (31st) | 0.50 | 130.00 |
| 6/15/2009 | BSR | Receive and review project category spreadsheet (31st) (.2); telephone conference with Lisa Hamm re revisions to same (.1); draft email to Lisa Hamm re same (.1); exchange emails with Melanie White and Lynzy Oberholzer re same (.1) | 0.50 | 130.00 |
| | BSR | detailed review of Pachulski's Jan., Feb. and March 2009 monthly fee applications | 0.90 | 234.00 |
| | BSR | detailed review of Phillips Goldman & Spence's Jan. 2009 monthly fee application | 0.30 | 78.00 |

W.R. Grace & Co.                                                                                            Page      7

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/15/2009 | JBA | Update database with hard copies of Austern 4.09 and PWC 4.09 | 0.10 | 4.50 |
| | MW | Draft revisions to W.R.Grace category spreadsheet (.7); multiple telephone calls and emails with L. Hamm and B. Ruhlander re same (.2); update database re same (.2). | 1.10 | 143.00 |
| | LMH | telephone conference with B. Ruhlander re: revisions to be made to draft category spreadsheet for the 31st interim period applications. | 0.10 | 15.00 |
| | LMH | Revisions to draft category spreadsheet for the 31st interim period. | 0.30 | 45.00 |
| | JAW | Draft summary of Anderson Kill Fifteenth Interim Fee Application (Jan 2009 - Mar 2009) (0.8) | 0.80 | 120.00 |
| | LMH | receive, review, and respond to multiple e-mails from B. Ruhlander re: category spreadsheet for the thirty-first interim period. | 0.20 | 30.00 |
| 6/16/2009 | JBA | detailed review of Agenda for hearing on 6.22.09 (Plan Confirmation) | 0.10 | 12.50 |
| | BSR | research docket for most recent version of debtor's plan of reorganization (.3); review provisions of same pertaining to our post-effective date work (.4); draft email memorandum to Warren Smith re same (.6) | 1.30 | 338.00 |
| | JBA | Update database with Ogilvy 5.09 e-detail | 0.10 | 4.50 |
| 6/17/2009 | JBA | Update database with K&E 4.09 e-detail | 0.10 | 4.50 |
| | JBA | Update database with J. Baer 32nd Interim IR response e-detail | 0.10 | 4.50 |
| | JBA | Receive and review Agenda for 6.18.09 hearing re: Plan and fee applications | 0.10 | 4.50 |
| | JBA | Update database with Ogilvy 5.09 hard copy | 0.10 | 4.50 |
| | BSR | Receive and review Janet Baer's response to initial report for the 32nd interim period | 0.20 | 52.00 |

W.R. Grace & Co.                                                                                          Page      8

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/19/2009 | BSR | receive, review, and respond to email from Jamie O'Neill inquiring as to whether response time has passed for fee applicants (31st) | 0.40 | 104.00 |
| | BSR | research docket for agenda for June 29 hearing | 0.10 | 26.00 |
| 6/22/2009 | JBA | Update database with Baker 12.08-3.09 hard copies | 0.20 | 9.00 |
| | BSR | research docket for fee order (31st) | 0.10 | 26.00 |
| 6/23/2009 | BSR | Receive and review agenda for June 29 omnibus hearing and forward same to Warren Smith | 0.20 | 52.00 |
| | LMH | Draft e-mail to B. Ruhlander re: discrepancy in Capstone's 31st interim period category breakdown. | 0.10 | 15.00 |
| 6/24/2009 | JBA | Update database with Baker 31st and 32nd Interim applications hard copies | 0.10 | 4.50 |
| | LMH | receive, review, and respond to e-mail from J. Allgood re: Stroock's 30th interim period category spreadsheet. | 0.10 | 15.00 |
| 6/25/2009 | MW | Draft CNO regarding application for compensation of WHSA for May 2009 (.3); research PACER for objections to May application (.5); electronic filing with Court of CNO (.2); update database with same (.1). | 1.10 | 143.00 |
| 6/26/2009 | BSR | research docket in advance of fee application hearing (.2); review amended hearing agenda and forward to Jeff Allgood (.1) | 0.30 | 78.00 |
| | BSR | detailed review of Reed Smith 32nd interim fee application and monthly fee applications | 0.80 | 208.00 |
| 6/29/2009 | JBA | Update database with Kramer 5.09 pdf | 0.10 | 4.50 |
| | JBA | Update database with Reed Smith 5.09 e-detail | 0.10 | 4.50 |
| | BSR | Preparation for fee application hearing (.3); attend fee application hearing (.5); draft email to Warren Smith re same; conference with Jeff Allgood re same (.1) | 0.90 | 234.00 |

W.R. Grace & Co.                                                                                       Page        9

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 6/29/2009 | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Capstone's 31st interim period category spreadsheet. | 0.10 | 15.00 |
| | JAW | detailed review of Legal Analysis March 2009 fee application (0.4); draft summary of same (0.1) | 0.50 | 75.00 |
| | BSR | detailed review of Stroock's Jan. 2009 monthly fee application | 0.50 | 130.00 |
| | BSR | detailed review of Capstone's 31st interim fee application in order to reconcile discrepancy between amount sought in application and project category chart (determined application amount and project category spreadsheet to be correct) (1.6); draft email to Lisa Hamm re same (.1) | 1.70 | 442.00 |
| 6/30/2009 | JAW | detailed review of PwC March 2009 fee application (1.6); draft summary of same (1.6) | 3.20 | 480.00 |
| | BSR | Draft initial report re Stroock's 32nd interim fee application (including review of cumulative fees for fee application preparation) | 3.60 | 936.00 |
| | BSR | detailed review of Stroock's 32nd interim fee application, as well as Feb. and Mar. 2008 monthlies | 1.70 | 442.00 |

**For professional services rendered**                                                    **109.90 $19,387.50**

Additional Charges :

6/30/2009  Third party copies & document prep/setup.                                               472.18

PACER Charges for May 2009                                                                          18.32

**Total additional charges**                                                                    **$490.50**

**Total amount of this bill**                                                                 **$19,878.00**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alexa L. Parnell | 1.10 | 170.00 | $187.00 |

W.R. Grace & Co.                                                Page      10

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Bobbi S. Ruhlander | 32.50 | 260.00 | $8,450.00 |
| James A. Wehrmann | 56.80 | 150.00 | $8,520.00 |
| Jeff B. Allgood | 0.10 | 125.00 | $12.50 |
| Jeff B. Allgood | 1.80 | 45.00 | $81.00 |
| Lisa M Hamm | 6.80 | 150.00 | $1,020.00 |
| Melanie White | 3.60 | 130.00 | $468.00 |
| Melanie White | 5.90 | 45.00 | $265.50 |
| Warren H Smith | 1.30 | 295.00 | $383.50 |