# Exhibit A

W.R. Grace – 31st Interim (October – December 2008)
Fee and Expense Chart with Recommendations
Exhibit A

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20718 | TOTAL: | $578,214.50 | $4,659.16 | $578,214.50 | $4,659.16 |

| DAVID T. AUSTERN | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21251 | TOTAL: | $12,250.00 | 0.00 | $12,250.00 | 0.00 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21488 | TOTAL: | $4,982.50 | $901.90 | $4,982.50 | $901.90 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20722 | TOTAL | $214,367.50 | $50,618.29 | $214,367.50 | $49,726.29 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21321 | TOTAL: | $300,000.00 | $11,180.04 | $300,000.00 | $11,180.04 |

| BMC GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21852 | TOTAL: | $125,528.50 | $8,757.58 | $121,278.62 | $8,757.58 |

1

| BUCHANAN INGERSOLL & ROONEY PC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20715 | TOTAL: | $64,231.00 | $1,291.38 | $64,231.00 | $1,291.38 |

| CAMPBELL & LEVINE, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20716 | TOTAL: | $104,970.00 | $8,123.36 | $104,970.00 | $8,123.36 |

| CAPLIN & DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20723 | TOTAL: | $730,454.25 | $31,457.56 | $730,454.25 | $29,823.72 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20802 | TOTAL: | $221,736.50 | $949.19 | $221,736.50 | $949.19 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20712 | TOTAL: | $256,560.50 | $48,264.30 | $256,560.50 | $48,264.30 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20719 | TOTAL: | $85,245.50 | $170.88 | $85,245.50 | $170.88 |

| DAY PITNEY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20638 | TOTAL: | $32,229.50 | $344.01 | $32,229.50 | $344.01 |

2

| DELOITTE TAX LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21631 | TOTAL: | $188,342.00 | $2,880.00 | $185,396.00 | $2,880.00 |

| DUANE MORRIS LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21267 | TOTAL: | $78,318.00 | $3,788.25 | $77,544.00 | $3,572.93 |

| FERRY JOSEPH & PEARCE, P.A. |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20709 | TOTAL: | $66,825.00 | $7,354.39 | $66,825.00 | $7,354.39 |

| FOLEY HOAG LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20730 | TOTAL: | $25,142.50 | $205.37 | $25,142.50 | $205.37 |

| HAMILTON, RABINOVITZ & ALSCHULER, INC. |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| | TOTAL: | $625.00 | 0.00 | $625.00 | $0.00 |

| KIRKLAND & ELLIS, LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20731 | TOTAL: | $7,741,360.50 | $1,290,505.69 | $7,724,905.50 | $1,289,347.54 |

3

| KRAMER LEVIN NAFTALIS & FRANKEL LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20734 | TOTAL: | $207,976.00 | $9,026.63 | $206,706.00 | $8,976.63 |

| LEGAL ANALYSIS SYSTEMS, INC. ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20720 | TOTAL: | $72,400.00 | $0.00 | $72,400.00 | $0.00 |

| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS[1] ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20721 | TOTAL: | $0.00 | $120.00 | $0.00 | $120.00 |

| OGILVY RENAULT LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20636 | TOTAL: | CDN 70,167.00 | CDN 961.76 | CDN 70,167.00 | CDN 961.76 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21255 | TOTAL: | $1,133,553.25 | $95,017.93 | $1,133,333.25 | $94,922.93 |

| PACHULSKI STANG ZIEHL & JONES LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20708 | TOTAL: | $125,354.50 | $131,176.20 | $125,198.50 | $131,176.20 |

---

[1] The entire expense award is for committee member, Motley Rice, LLC.

4

| PHILLIPS GOLDMAN & SPENCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20884 TOTAL: | $34,403.00 | $1,608.81 | $34,403.00 | $1,608.81 |

| PIPER JAFFREY & CO. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21252 TOTAL: | $150,000.00 | $204.84 | $150,000.00 | $204.84 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20733 TOTAL: | $887,804.53 | $27,677.52 | $887,804.53 | $27,677.52 |

| PROTIVITI INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20546 TOTAL: | $47,982.50 | $11,694.19 | $47,982.50 | $11,694.19 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20714 TOTAL: | $739,148.00 | $225,259.96 | $739,148.00 | $225,259.96 |

| ALAN B. RICH | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20693 TOTAL: | $104,133.00 | $10,007.86 | $104,133.00 | $10,007.86 |

## ALEXANDER M. SANDERS, JR.

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 21416 | TOTAL: | $13,790.00 | $0.00 | $13,790.00 | $0.00 |

## STEPTOE & JOHNSON LLP

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 21322 | TOTAL: | $176,713.00 | $422.84 | $176,713.00 | $422.84 |

## STROOCK & STROOCK & LAVAN LLP

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 20950 | TOTAL: | $557,387.50 | $20,499.56 | $557,387.50 | $20,499.56 |

## TOWERS PERRIN TILLINGHAST

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 21253 | TOTAL: | $34,513.00 | $0.00 | $34,513.00 | $0.00 |

## TRE ANGELI LLC

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 21254 | TOTAL: | $150,000.00 | $1,776.67 | $150,000.00 | $1,776.67 |

## WARREN H. SMITH & ASSOCIATES, P.C.

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 21011 | TOTAL: | $63,470.00 | $532.74 | $63,470.00 | $532.74 |

## WOODCOCK WASHBURN LLP

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| 20859 | TOTAL: | $55,651.00 | $23.12 | $55,651.00 | $23.12 |