# ATTACHMENT 2

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

~~AMENDED~~[2] FORTIETH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2009 through February 28, 2009 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $39,237.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $516.80 |

This is a:    ___XX___ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Amended to reflect changes in fees to the General Regulatory/Compliance Issues invoice (Exhibit B).

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[3] | $ 57.62 | $46,587.50[4] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[5] | $1,308.41 | $ 5,726.25[6] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 – 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[6] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | Pending | Pending |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | Pending | Pending |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | Pending | Pending |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | Pending | Pending |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | Pending | Pending |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | Pending | Pending |

## B&D PROFESSIONALS[7]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cynthia Lewis | Principal; Joined Firm 1978; Member of DC Bar since 1978 | $550.00 | 1.90 | $1,045.00 |
| Karen Hansen | Principal; Joined Firm 2004; Member of TX bar since 1987 | $495.00 | 16.00 | $7,920.00 |
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $420.00 | 58.80 | $24,696.00 |
| Timothy Sullivan | Associate; Joined Firm 2006; Member of Oregon Bar since 2000 | $350.00 | 1.50 | $525.00 |
| Jennifer Abdella | Associate; Joined firm 2007; Member of Massachusetts Bar since 2007 | $250.00 | 14.60 | $3,650.00 |
| Heidi Price | Associate; Joined Firm 2008; Member of MD Bar since 2008. | $230.00 | 10.80 | $2,484.00 |
| Graham St. Michel | Associate; Joined firm 2008; Member of CA Bar since 2008 | $230.00 | 7.90 | $1,817.00 |

Total Fees:[8]    $39,237.00
Total Hours:    111.50
Blended Rate:    $378.00

---

[7] These amounts are the sum total from the attached invoices.

[8] Note: The attorney fees total $42,137. However, a flat fee discount of $2,900 was deducted from Curtis Bay RCRA 2 bill. Therefore, the total amount of fees is $39,237.00 as indicated above. The blended rate is based on $42,137.

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 111.50 | $39,237.00 |

## EXPENSE SUMMARY[8]

| Expense Category | Service Provider (if applicable)[9] | Total Expense |
|---|---|---|
| Long Distance Telephone | | $0.40 |
| Duplicating | | 270.14 |
| Postage | | 10.03 |
| Messenger Service | | 78.11 |
| Express Delivery | | 28.50 |
| Travel Expenses | Mileage (travel to various meetings) | 118.25 |
| LexisNexis Court Link | | 11.37 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

February 1, 2009 through February 28, 2009, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $39,237.00 and actual and necessary expenses

in the amount of $516.80 for a total allowance of $39,753.80 and payment of $31,389.60 (80%

of the allowed fees) and reimbursement of $516.80 (100% of the allowed expenses) be

authorized for a total payment of $31,906.40, and for such other and further relief as this Court

may deem just and proper.

Dated: April ___17___, 2009            BEVERIDGE & DIAMOND, P.C.

*[signature]*

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[8] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (FUSRAP) and Exhibit B (Fee Application Preparation).

[9] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 17th day of April, 2009.

Notary Public
My Commission Expires:  May 27, 2009

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

AMENDED[2] FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Amended to reflect changes in fees to the General Regulatory/Compliance Issues invoice (Exhibit B).

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 24, 2009
Client/Matter #  01246-011548
Invoice # 128011
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/09 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

02/18/09     P. Marks            0.30      Review status and emails; respond to same.

                              Total Hours :              0.30

                              Total Fees :             $126.00

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 0.40 |
| Duplicating | 0.80 |
| Information Service - VENDOR: LEXISNEXIS COURT | 11.37 |

LINK-Invoice #EA351847 dated 1/5/09 for
database research

| | |
|---|---:|
| **Total Disbursements :** | **$12.57** |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 0.30 | $420.00 | $126.00 |

| | |
|---|---:|
| **Total Fees :** | **$126.00** |
| **Total Disbursements :** | **$12.57** |
| **TOTAL DUE :** | **$138.57** |

# EXHIBIT B

## (General Regulatory/Compliance Issues)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 24, 2009
Client/Matter #  01246-012100
Invoice # 128012
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

## General Regulatory/Compliance Issues

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/12/09 | C. Lewis | 0.20 | Internal correspondence re pesticide inerts regulatory status. |
| 02/17/09 | C. Lewis | 0.50 | Conference and correspondence with G. St. Michel re FIFRA inerts research assignment; correspondence with client re proposed inert ingredient. |
| 02/17/09 | G. St. Michel | 4.80 | Internet and CFR research re EPA approval process and regulation of pesticide inert ingredients. |
| 02/18/09 | C. Lewis | 0.30 | Conference with G. St. Michel re results of review of inert ingredient approval process. |
| 02/18/09 | G. St. Michel | 2.10 | Research re EPA approval process and regulation of pesticide inert ingredients; draft outline and organize thoughts for conference with C. Lewis; speak with M. Neilson re issue; telephone call to EPA. |

BEVERIDGE & DIAMOND, P.C.

| 02/19/09 | C. Lewis | 0.90 | Conference with G. St. Michel and conference call with client regarding EPA requirements for approval of pesticide product inert ingredients; follow-up telephone conference with L. Duff. |
| 02/19/09 | G. St. Michel | 1.00 | Attend client conference call with C. Lewis. |

Total Hours :               9.80

Total Fees :            $2,862.00

BEVERIDGE & DIAMOND, P.C.

**Disbursements:**

Postage                                                              1.00

                              Total Disbursements :                    $1.00

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Lewis | 1.90 | $550.00 | $1,045.00 |
| G. St. Michel | 7.90 | $230.00 | $1,817.00 |

                              Total Fees :                    $2,862.00

                              Total Disbursements :                    $1.00

                              TOTAL DUE :                    $2,863.00

# EXHIBIT C

**(Curtis Bay RCRA 2)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    March 24, 2009
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-013923
7500 Grace Drive                            Invoice # 128010
Columbia, MD  21044                         Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>

| | | | |
|---|---|---|---|
| 02/02/09 | P. Marks | 3.80 | Prepare draft response; direct H. Price re research re same; telephone conference with R. Errera re facts re same. |
| 02/02/09 | H. Price | 2.00 | Draft memorandum and continue research re RCRA manufacturing unit exemption and treatment of aerosol cans. |
| 02/02/09 | H. Price | 0.50 | Telephone conference with P. Marks re results of research re RCRA manufacturing unit exemption and treatment of aerosol cans. |
| 02/03/09 | P. Marks | 2.20 | Evaluate research related to EPA response and direct H. price re same. |
| 02/04/09 | P. Marks | 11.20 | Prepare for and attend conference with R. Errera and other site staff re response to EPA request; telephone conference with L. Duff, M. Obradovic, and R. Errera re same; continue preparation of response. |
| 02/04/09 | H. Price | 2.00 | Email correspondence with P. Marks re request for documents, and research re definition of manufacturing process unit. |

| | | | |
|---|---|---|---|
| 02/05/09 | P. Marks | 1.30 | Evaluate and conduct telephone conference with L. Duff and M. Obradovic re analysis of OMC and reporting issues; direct H. Price re research re reporting. |
| 02/05/09 | H. Price | 2.00 | Conferences with L. Grimm re additional research on manufacturing process unit exemption; continue research of Federal Register notices concerning development of manufacturing process unit exemption; research notification requirement for mistakenly sending hazardous waste as non-hazardous waste. |
| 02/06/09 | K. Hansen | 2.50 | Discuss process operation issues as those impact wastewater permit compliance with R. Errera, P. Marks, and in follow up call with R. Errera, P. Marks and plant manager; direct research needed and begin review of documents to support strategy with MDE that operational reductions and associated wastewater changes are within current permit authorization. |
| 02/06/09 | P. Marks | 1.60 | Revise Request for Information Response; direct H. Price re same and review research results. |
| 02/06/09 | P. Marks | 1.50 | Telephone conferences with R. Errera re NPDES permit interpretation and saline discharge during low flows; coordinate with T. Sullivan and K. Hansen re rapid response on same; telephone conference with R. Errera and J. Kimmell re results of preliminary reviews and next step in addressing ongoing issue. |
| 02/06/09 | T. Sullivan | 1.50 | Telephone conference with P. Marks re saline discharge; correspondence with K. Hansen, R. Davis re same; legal research re same. |
| 02/06/09 | J. Abdella | 0.70 | Research effluent limitation guidelines; prepare internal e-mail re same; telephone conference with K. Hansen re assignment. |
| 02/06/09 | H. Price | 0.70 | Conferences and email correspondence with P. Marks re status of research on manufacturing process unit exemption under RCRA and reporting or notification requirement for mistakenly sending hazardous waste as non-hazardous waste. |
| 02/06/09 | H. Price | 0.30 | Conference with L. Grimm re additional research on manufacturing process unit exemption. |

| 02/06/09 | H. Price | 3.30 | Continue to research statutes, regulations, Federal Register notices, EPA guidelines, and federal and state caselaw re notification requirement. |
|----------|----------|------|----|
| 02/08/09 | K. Hansen | 4.50 | Review background permit documents and e-mails and related information from inorganic chemicals Effluent Limitation Guidelines (ELGs) to develop strategy outline for approach to MDE re operating flexibility and related compliance issues per discussions with L. Duff and R. Errera; discuss research and issues with J. Abdella; prepare outline of strategic approach preparation for further internal discussions and continued development of factual information. |
| 02/08/09 | P. Marks | 6.90 | Prepare response to EPA and conduct related evaluation, and review of research and summary of issues. |
| 02/08/09 | J. Abdella | 8.50 | Research treatment of non-standard operations in effluent limitation guidelines for inorganic chemical manufacturing point sources; research case law re treatment during partial shut-down and dilution in lieu of treatment; prepare e-mail to K. Hansen re same. |
| 02/09/09 | K. Hansen | 4.00 | Review additional background materials related to permit and prepare strategy outline for approach to MDE; participate in conference calls with P. Marks, R. Errera, L. Duff re factual information scope of permits and wastewater operations, strategy with MDE. |
| 02/09/09 | P. Marks | 2.00 | Evaluate NPDES documents, including permit application, fact sheet, and correspondence, and discuss (with K. Hansen and client) approach to waste water flow and scaled back operations. |
| 02/09/09 | P. Marks | 10.80 | Conference with B. Corcoran, L. Duff, and management team to review RCRA Request for Information issues; follow-up discussions re same and preparation of Responses with R. Errera and L. Duff; conference with J. Kimmell re same; prepare Responses. |
| 02/09/09 | J. Abdella | 1.20 | Telephone conference with K. Hansen; research Maryland permit modification provisions. |

| 02/10/09 | K. Hansen | 2.50 | Finalize strategy outline for approach to MDE and send to L. Duff, R. Errera, P. Marks for review; participate in conference call to review facts, permit scope, wastewater operations and strategy re MDE. |
|---|---|---|---|
| 02/10/09 | P. Marks | 0.40 | Telephone conference with K. Hansen and client re NPDES issues. |
| 02/10/09 | P. Marks | 0.60 | Prepare questions for R. Errera to address and coordinate with L. Duff and R. Errera re same. |
| 02/10/09 | J. Abdella | 2.20 | Telephone conference with L. Duff, B. Errera, K. Hansen, and P. Marks re NPDES permit and reduced operations; prepare draft talking points for meeting with MDE. |
| 02/11/09 | K. Hansen | 2.50 | Prepare and send talking points for upcoming meeting with MDE based on review of permit materials, regulations and discussion with R. Errera, L. Duff, P. Marks. |
| 02/11/09 | P. Marks | 7.90 | Attend site inspection and related conference with L. Duff and R. Errera to prepare EPA Response to Request for Information. |
| 02/11/09 | J. Abdella | 2.00 | Prepare draft talking points for meeting with MDE. |
| 02/12/09 | P. Marks | 3.10 | Prepare EPA Request for Information Responses and document log. |
| 02/13/09 | P. Marks | 5.20 | Finalize response to EPA and supervise production of all attachments as a complete package; multiple telephone conference with client re same. |

Total Hours :          101.40

Total Fees :        $39,149.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 128010
March 24, 2009
PAGE    5

## Disbursements:

| | |
|---|---:|
| Duplicating | 217.14 |
| Messenger Service | 78.11 |
| Express Delivery | 28.50 |
| Travel Expenses | 118.25 |

**Total Disbursements :**           **$442.00**


## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Hansen | 16.00 | $495.00 | $7,920.00 |
| P. Marks | 58.50 | $420.00 | $24,570.00 |
| T. Sullivan | 1.50 | $350.00 | $525.00 |
| J. Abdella | 14.60 | $250.00 | $3,650.00 |
| H. Price | 10.80 | $230.00 | $2,484.00 |

**Total Fees :**           **$39,149.00**

**Less Research Discount:**           **(2,900.00)**

**Total Disbursements :**           **$442.00**

**TOTAL DUE :**           **$36,691.00**

# EXHIBIT D

## (Bankruptcy Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 24, 2009
Client/Matter #  01246-012629
Invoice # 128013
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**    **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

**Disbursements:**

| | |
|---|---|
| Postage | 9.03 |
| Duplicating | 52.20 |

**Total Disbursements :**    $61.23

**TOTAL DUE :**    $61.23