IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD APRIL 1, 2009, THROUGH APRIL 30, 2009**

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

**DISBURSEMENTS:**

| | | |
|---|---|---|
| PATENT OFFICE FEES | $ | 140.00 |
| **INVOICE TOTAL** | $ | **140.00** |

## WRG-0092
## STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS RELATING TO PARTICULATE CONVEYANCING

| 04/23/2009 | GHL | Review of files notes on invalidity and non-infringement positions on third-party patents directed to particulate conveyance, determine estimates for certain requested further work on the matter, and telephone conference with Mr. Cross on April 23 regarding the issues and further steps for resolution. | 0.50 |

|  | SERVICES | $ | 285.00 |

| | GHL | GARY H. LEVIN | 0.50 | hours @ | $570.00 |

**INVOICE TOTAL**     $     **285.00**

## WRG-0093 (W-9853-00)
## OLEFIN POLYMERIZATION PROCESS

| 04/01/2009 | JAH | Editing the application and sending same to client for review; | .50 |
|---|---|---|---|
| 04/17/2009 | JAH | Review, analysis, and editing of the application, forwarding same to Mr. Maggio for filing; and | 1.30 |
| 04/21/2009 | JAH | Editing the application, communication with Dr. Fang concerning same, and determination of references to consider for the IDS | 1.80 |

                                        **SERVICES**                                            $    1,170.00

| | JAH | JOHN A. HARRELSON | 3.60 | hours @ | $325.00 |
|---|---|---|---|---|---|

                                        **INVOICE TOTAL**                              $    **1,170.00**

# WRG-0094
## STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS RELATING TO PARTICULATE CONVEYANCING

| 04/30/2009 | GHL | Work in connection with evaluation of validity of U.S. Patent 7,449,423, including initial review of the patent, collection of references as identified by Mr. Maggio, attendance to obtaining prosecution history, commence review of patent. | 1.20 |
|---|---|---|---|

SERVICES $ 684.00

| | GHL | GARY H. LEVIN | 0.50 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **684.00**