THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

_____

In re: W. R. GRACE & CO., et al.,

Debtors.

                    **Chapter 11**
                    **Case No. 01 -01 139 (JKF)**
                    **(Jointly Administered)**

_____

**NOTICE OF WITHDRAWAL**

Please take notice that Linda E. White representing the New York State Department of Environmental Conservation ("NYSDEC") hereby withdraws and requests to be removed from all service lists in relation to the above captioned matter. The NYSDEC no longer has a controversy pending before the court in this matter, and the NYSDEC consents to this withdrawal.

Dated: June 19, 2009

                                      Andrew M. Cuomo
                                      Attorney General of the
                                        State of New York
                                      Attorney for the State of New York

                                      <u>s/ Linda E. White</u>
                                      Linda E. White
                                      Assistant Attorney General
                                      Main Place Tower
                                      350 Main Street, Ste. 300A
                                      Buffalo, New York 14202
                                      (716) 853-8466