THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE



In re: W. R. GRACE & CO., et al.,

Debtors.

           **Chapter 11**
           **Case No. 01 - 01 139 (JKF)**
           **(Jointly Administered)**

### AFFIDAVIT FOR CONVENTIONAL FILING

I, Linda E. White, an attorney duly authorized to practice law in the State of New York, hereby affirm under penalty of perjury that the following is true:

The Notice of Withdrawal enclosed herewith is submitted in paper form as I do not have an electronic password to file it in this case.

Dated: June 19, 2009

                             *Linda E. White*
                             Linda E. White
                             Assistant Attorney General
                             Main Place Tower
                             350 Main Street, Ste. 300A
                             Buffalo, New York 14202
                             (716) 853-8466

Subscribed and sworn to
before me this 19th day of June, 2009

_____
Notary Public

```
MELISSA K. JAMES
Notary Public - State of New York
No. 01JA6148605
Qualified in Erie County
My Commission Expires 06/26/20
```