## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 22153** |
| | **Hearing Date: July 27, 2009 @ 10:30 a.m. (ET)** |

## NOTICE OF VERIFICATION OF PUBLICATION BY *USA TODAY* IN SUPPORT OF THE DEBTORS' MOTION FOR AN ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH THE ROYAL PARTIES

Arrowood[1] hereby gives notice and certifies that attached as Exhibit A to the Declaration of Allen Schwartz, dated July 8, 2009 is a true and correct copy of the Verification of Publication issued by *USA Today*.[2]  The Verification of Publication confirms that on July 2, 2009, a copy of the publication notice was published in the national edition of *USA Today* in accord with the statements made in the Verification of Publication.  The publication notice gave notice, among other things, that any objection to Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties [Docket No. 22153] was required to be filed by July 10, 2009.

Dated: July 8, 2009
      Wilmington, Delaware

By:   /s/ Garvan F. McDaniel
        Garvan F. McDaniel, Esq. (#4167)
        BIFFERATO GENTILOTTI LLC
        800 N. King Street, Plaza Level
        Wilmington, DE  19801
        (302) 429-1900 Phone
        (302) 429-8600 Fax

---

[1] Arrowood Indemnity Company f/k/a Royal Indemnity Company.

[2] Attached as Exhibit B to the Declaration of Allen Schwartz is a copy of the notice published in the USA today.

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred V. Schiavoni, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
(212) 326-2267

*Counsel to Arrowood Indemnity Company,*
*f/k/a Royal Indemnity Company*