**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Re: Docket No. 22153**<br><br>**Hearing Date: July 27, 2009 @ 10:30 a.m. (ET)** |

**DECLARATION IN SUPPORT OF NOTICE OF VERIFICATION OF PUBLICATION BY *USA TODAY* IN SUPPORT OF DEBTORS' MOTION FOR AN ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL <u>RELEASE WITH THE ROYAL PARTIES</u>**

    I, ALLEN SCHWARTZ, affirm that to the best of my knowledge the following is true under penalty of perjury:

    1.    I am an associate with the law firm of O'Melveny & Myers LLP, attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") in the above-entitled action.

    2.    I submit this declaration in support of Arrowood's Notice Of Verification Of Publication by *USA Today* in Support of Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties.

    3.    Attached as Exhibit A is a true and correct copy of the Verification of Publication issued by *USA Today* on July 2, 2009, verifying Arrowood's July 2, 2009 publication of the Notice of Debtors' Motion for Entry of an Order Approving the Debtors Entering Into Settlement With Royal Parties (the "Notice") in the national edition of *USA Today*.

    4.    Attached as Exhibit B is a true and correct copy of the Notice published on July 2, 2009 in the national edition of *USA Today*.

Dated: New York, New York                   /s/ Allen Schwartz
       July 8, 2009                                      Allen Schwartz