# Exhibit A



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Antoinette Chase says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: July 2nd 2009 on the following legal advertisement- **In re: W.R. GRACE & CO., et al.,** published in the national edition of **USA Today.**

Principal Clerk of USA TODAY
July 2 2009

This ___2___ day of ___July___ month ___2009___ year.

Notary Public

Marcus Dane Edmonds
Notary Public ID 7165468
Commonwealth of Virginia
My commission expires
09/30/2012