# Exhibit B

USA TODAY · THURSDAY, JULY 2, 2009 · 7B

## NOTICES

### LEGAL NOTICES

**UNITED STATES BANKRUPTCY COURT  DISTRICT OF DELAWARE**

In re:  
W.R. GRACE & CO., et al.,  
Debtors.

Chapter 11  
CASE No. 01-01139 (JKF)  
Jointly Administered  
Related Docket Nos. 19581, 19620

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING THE DEBTORS ENTERING INTO SETTLEMENT WITH ROYAL PARTIES**

**PLEASE BE ADVISED** the above-captioned debtors and debtors-in-possession (collectively, the "*Debtors*"), have filed a motion with the US Bankruptcy Court for the District of Delaware seeking entry of an Order pursuant to Rules 2002(a), 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure and sections 105(a), 1107 and 1108 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., (1) approving the certain Settlement Agreement (together with the exhibits thereto, the "Agreement"), pursuant to which the Debtors will settle certain disputes with the Royal Parties in exchange for the payment of five million eight hundred thousand dollars ($5.8 million); and (2) authorizing and approving the transactions, injunctions, releases and contractual undertakings set forth in the Agreement intended to release, enjoin and/or otherwise extinguish certain asbestos related claims against the Arrowood Affiliated Parties arising from the Grace Parties as more fully explained in the Agreement. "*Royal Affiliated Companies*" includes Arrowood Capital Corporation, Arrowood Indemnity Company and Royal Indemnity Company; "*Grace Parties*" includes (i) the Debtors (W.R. Grace; *et al*) (2) Montana Vermiculite, (3) Zonolite Company, (4) the respective directors, officers, shareholders, agents and employees of each of the foregoing persons; both as more fully set out in the Agreement.

**PLEASE BE FURTHER ADVISED** that a hearing on the motion shall be held on July 27, 2009 at 10:30 a.m.(eastern time), or as soon thereafter as interested parties can be heard, before US Bankruptcy Judge Fitzgerald, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

**PLEASE BE FURTHER ADVISED** that objections, if any, to the Motion shall be in writing and must be filed with the Bankruptcy Court and served on the Debtors, through their counsel, Kirkland & Ellis LLP, at Citigroup Center, 153 East 53rd Street, New York, NY 10022 Attn: David Bernick, so as to be received no later than July 10, 2009. If no objections are received with respect to the Motion, the Court may enter an order approving the Motion without a hearing or further notice.

**PLEASE BE FURTHER ADVISED** that the Debtors will rely upon the written Motion filed with the Bankruptcy Court, to which the Agreement is attached as Exhibit "A", and the form of Order attached thereto as Exhibit "1". Copies may be obtained from Debtors' counsel or, if you have a Pacer account, from the court docket at www.deb.uscourts.gov.