IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

------------------------------------------------------x

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
### FOR GARLOCK SEALING TECHNOLOGIES, LLC

**PLEASE TAKE NOTICE THAT** Garlock Sealing Technologies, LLC ("Garlock"), hereby appears in the above-captioned case by its counsel, Brett D. Fallon of Morris James LLP and Garland Cassada and Richard C. Worf of Robinson, Bradshaw & Hinson, and such counsel hereby enter their appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

| | |
|---|---|
| Brett D. Fallon, Esquire | Garland Cassada, Esquire |
| Morris James LLP | Richard C. Worf, Esquire |
| 500 Delaware Avenue, Suite 1500 | Robinson, Bradshaw & Hinson |
| P.O. Box 2306 | 101 North Tryon Street, Suite 1900 |
| Wilmington, DE 19899-2306 | Charlotte, NC 28246 |
| Telephone: (302) 888-6888 | Telephone: (704) 377-8135 |
| Facsimile: (302) 571-1750 | Facsimile: (704) 339-3435 |
| Email: bfallon@morrisjames.com | Email: gcassada@rbh.com |
| | E-mail: rworf@rbh.com |

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or

2262813

informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT,** neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) Garlock's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) Garlock's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Garlock's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Garlock may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Garlock expressly reserves.

Dated: July 8, 2009                **MORRIS JAMES LLP**

_____
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302)888-6800
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

-and-

2262813

Garland Cassada, Esquire
Richard C. Worf, Esquire
Robinson, Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-8135
Facsimile: (704) 339-3435
Email: gcassada@rbh.com
E-mail: rworf@rbh.com

*Attorneys for Garlock Sealing Technologies, LLC*