IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF JAMIE DAWSON, PARALEGAL

STATE OF DELAWARE     :
                      : SS
NEW CASTLE COUNTY     :

I, Jamie Dawson, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on July 9, 2009, I caused to be served:

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Service was completed upon the parties on the attached list in the manner indicated.

Date: July 9, 2009

_____
Jamie Dawson

SWORN AND SUBSCRIBED before me this 9th day of July, 2009.

_____
NOTARY
My commission expires

RUTH F. SALOTTO
Notary Public - State of Delaware
My Comm. Expires June 9, 2011

WWW/116037-0001/2256384/1

**VIA HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Facsimile: (302) 652-4400
[Counsel to the Debtors]

David M. Klauder, Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
David M. Bernick, P.C.
Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Facsimile: (212) 446-4900
[Counsel to the Debtors]