IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No. 21544 and 22349 |
| | | 6/22/09 Agenda Item 1 |

## ORDER REGARDING FURTHER MATTERS RELATED TO THE PHASE I CONFIRMATION HEARING WITH RESPECT TO CLASS 9 IMPAIRMENT

1. Pursuant to the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Docket No. 21544), on June 22-23 2009, the Court held the Phase I Confirmation Hearing, regarding, among other things, "the confirmation objections raised on behalf of and specific to lenders under the Pre-Petition Credit Facilities[1] (the "Lenders") and other Class 9 creditors with respect to impairment." (the " Impairment Hearing").

2. As a result of those proceedings, the Court has set certain deadlines for the submission of additional briefs and materials. Those deadlines are outlined herein.

3. Supplemental briefs regarding the legal issues raised at the Impairment Hearing which were not previously briefed by the parties shall be simultaneously due on July 17, 2009 at 4:00 p.m. eastern. No further hearing shall be set on these matters unless so ordered by the Court after receipt of the briefs.

4. Supplemental briefs from the Plan Proponents and Morgan Stanley regarding any further legal issues raised at the Impairment Hearing regarding Morgan Stanley's allegations that its Class 9 claim is impaired, shall be simultaneously due on July 17, 2009. No further hearing

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

shall be set on this matter unless so ordered by the Court after receipt of the briefs, and the matter shall be taken under advisement by the Court.

5. The General Unsecured Creditors' Committee and the Lenders shall have until July 10, 2009 to file a statement regarding any further information that they believe is necessary to present at confirmation regarding their proof of the Debtors' solvency beyond the trial record offered by the Debtors in the asbestos personal injury estimation proceedings.

6. The Plan Proponents shall have until July 24, 2009 to respond to the Committee and Lenders' request for information concerning the solvency issues to be raised at the Phase II confirmation hearings.

7. Matters with respect to the additional information referred to in paragraphs 5 and 6 above, shall be heard as part of the Grace Omnibus hearing on July 27, 2009.

ORDERED this 9th day of July, 2009.

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:150387.1