IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., <u>et al.</u>,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## **<u>VERIFICATION</u>**

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

      David T. Austern, after being duly sworn according to law, deposes and says:

      1.    I am the Asbestos PI Future Claimants' Representative appointed by the Court in these cases.

      2.    I personally performed the work as set forth in the attached Exhibit A.

      3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                                            <u>*/S/ DAVID T. AUSTERN*</u>
                                              DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 6TH DAY OF JULY, 2009

<u>*/S/ AUDREY BRIDGES*</u>
Notary Public

My commission expires: July 29, 2012