# EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for March, 2009**

| Date | Services | Hours |
|---|---|---|
| 3/5 | Review of Discovery Request by Scotts | 1.2 |
| 3/6 | Review of five different responses to Discovery Requests by Plan objectors and verification by FCR | 3.8 |
| 3/19 | Review of Libby Claimants Discovery Request and e-mail re same | 2.7 |
| 3/23 | Review of seven responses to Discovery Requests and FCR verification | 4.6 |

**Total Hours:** **12.3**

**Total Fees ($500.00 per hour)** **$6,150.00**

**Expenses:** There are no expenses.