**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**FORTIETH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2009 THROUGH MAY 31, 2009**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | May 1, 2009 – May 31, 2009 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a   x  monthly        __ interim        ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### MAY 1-31, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 37.5 | NA |
| Case Administration Related | 4.6 | NA |
| Financial Analysis Related | 58.2 | NA |
| Hearings | 3.0 | NA |
| **TOTAL** | **103.3** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Out-of-Pocket Expenses *(May 1, 2009 – May 31, 2009)*

**TOTAL Out-of-Pocket Expenses:**                         $   0.00

 

Respectfully submitted,

PIPER JAFFRAY & CO.

By: */S/ JASON SOLGANICK*
    Jason Solganick
    150 East 42nd St.
    New York, New York 10017
    (212) 284-9586
    Financial Advisor to David T. Austern
    Future Claimants' Representative

Dated: June 25, 2009

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.