# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**May-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Cloncs | 5/7/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 5/7/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/7/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 5/7/2009 | 6.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 5/7/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 5/8/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 5/8/2009 | 4.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 5/11/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 5/11/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 5/11/2009 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/11/2009 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/11/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 5/11/2009 | 4.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 5/12/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/12/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 5/14/2009 | 1.5 | Hearing | Telephonic court hearing |
| Pei Huang | 5/15/2009 | 1.0 | Business Operations | Review of Expert Report |
| Pei Huang | 5/15/2009 | 1.0 | Financial Analysis | Valuation analysis |
| Bryan Cloncs | 5/18/2009 | 2.0 | Business Operations | Review of expert report in rebuttal to Mr. Mathis' |
| Desiree Davis | 5/18/2009 | 2.0 | Business Operations | Review of expert report in rebuttal to Mr. Mathis' |
| Bryan Cloncs | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/19/2009 | 2.0 | Financial Analysis | Valuation analysis |
| Pei Huang | 5/19/2009 | 2.5 | Financial Analysis | Valuation analysis |
| Pei Huang | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 5/20/2009 | 1.0 | Business Operations | Review of Pension Motion |
| Desiree Davis | 5/20/2009 | 1.0 | Business Operations | Review of Pension Motion |
| Bryan Cloncs | 5/21/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/21/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 5/21/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 5/22/2009 | 5.0 | Business Operations | Preparation of Pension Comps |
| Bryan Cloncs | 5/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 5/1/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/4/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/4/2009 | 1.0 | Business Operations | Review of tax settlement information |
| Jason Solganick | 5/5/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/6/2009 | 0.3 | Case Administration | Review court docket |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**May-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 5/6/2009 | 2.0 | Financial Analysis | Review Amended CMO and Grace financials |
| Jason Solganick | 5/7/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/7/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/8/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/8/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 5/11/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/11/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/11/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/12/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/12/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/12/2009 | 1.0 | Business Operations | Review of POR objections |
| Jason Solganick | 5/13/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/14/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/14/2009 | 1.5 | Hearing | Telephonic court hearing |
| Jason Solganick | 5/15/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/18/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/18/2009 | 1.5 | Business Operations | Review of expert report in rebuttal to Mr. Mathis' |
| Jason Solganick | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 5/19/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/19/2009 | 1.0 | Financial Analysis | Valuation analysis |
| Jason Solganick | 5/20/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/20/2009 | 1.0 | Business Operations | Review of Pension Motion |
| Jason Solganick | 5/21/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 5/21/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/21/2009 | 1.5 | Business Operations | Review of POR objections |
| Jason Solganick | 5/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 5/22/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/22/2009 | 1.0 | Business Operations | Review pension information |
| Pei Huang | 5/22/2009 | 7.0 | Business Operations | Preparation of Pension Comps |
| Pei Huang | 5/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/25/2009 | 2.5 | Business Operations | Review of Pension Comps |
| Jason Solganick | 5/25/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 5/26/2009 | 1.0 | Business Operations | Preparation of Pension Comps |
| Jason Solganick | 5/26/2009 | 2.0 | Business Operations | Review of Pension Comps |
| Jason Solganick | 5/26/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 5/26/2009 | 3.0 | Business Operations | Preparation of Pension Comps |
| Jason Solganick | 5/27/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 5/28/2009 | 0.3 | Business Operations | Call to review Pension Motion |
| Desiree Davis | 5/28/2009 | 0.3 | Business Operations | Call to review Pension Motion |
| Jason Solganick | 5/28/2009 | 0.3 | Business Operations | Call to review Pension Motion |
| Jason Solganick | 5/28/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 5/28/2009 | 0.3 | Business Operations | Call to review Pension Motion |
| Bryan Cloncs | 5/29/2009 | 2.0 | Business Operations | Preparation of Pension Comps |
| Jason Solganick | 5/29/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 5/29/2009 | 5.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |