# EXHIBIT B

**W.R. Grace**
**Detail of expenses (May 1, 2009 – May 31, 2009)**

**TOTAL EXPENSES:**                                              **$  0.00**