# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# <u>MAY 1-31, 2009</u>

*Please note that redactions have been made to the invoices for certain privileged and confidential material.



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 15, 2009
Client No. 17367
Invoice No. 1195013

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through May 31, 2009 in connection with the matters described on the attached pages: | $ | 404,767.75 |
| DISBURSEMENTS as per attached pages: | | 16,762.38 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **421,530.13** |

Matter(s): 17367/11, 12, 13, 15, 2, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,310,563.60
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1195013*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1195013*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1195013*
*E.I.N. 94-2952627*



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 15, 2009
Client No. 17367
Invoice No. 1195013

Orrick Contact: Roger Frankel

For Legal Services Rendered Through May 31, 2009 in Connection With:

## Matter: 7 - Insurance Matters

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/01/09 | K. Suomela | Modify database queries of policies (1.5); update allocation model with new policy dataset and check formulas (2.5). | 4.00 |
| 05/01/09 | P. Mahaley | Analyze insurer proposal re Plan document changes (1.2); draft proposed responses to insurer discovery requests (2.1); prepare for deposition of J. Posner (1.2); confer with R. Wyron re interface between Plan and existing insurance settlements (.8). | 5.30 |
| 05/01/09 | J. Guy | Attend P. Lockwood deposition (9.0); conferences with various parties (1.0). | 10.00 |
| 05/02/09 | R. Frankel | Review e-mail and revise insurance plan language from Goodwin Proctor, e-mails re same. | 0.80 |
| 05/04/09 | S. Cruzado | Review network drive re recently filed documents (.5); review discovery (1.0). | 1.50 |
| 05/04/09 | P. Mahaley | Draft settlement agreement with insurer (6.3); confer with insurer counsel re proposed changes to draft settlement agreement (.4). | 6.70 |
| 05/04/09 | J. Guy | Work on various insurance settlements. | 1.50 |
| 05/04/09 | R. Frankel | Review series of e-mails re reimbursement agreements. | 0.60 |
| 05/05/09 | P. Mahaley | Review insurer proposed settlement terms (.6); confer with Orrick team re insurance settlement status and specific insurer settlement proposals (1.7); confer with L. Esayian and R. Horkovich, along with J. Guy, re key terms of insurer settlement and communication to insurer re same (.7); review transcript of deposition of P. Lockwood re insurance-related issues to prepare for depositions of J. Posner and G. Priest (1.3). | 4.30 |
| 05/05/09 | J. Guy | Attention to various insurance settlements. | 2.50 |



ORRICK

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/06/09 | P. Mahaley | Attend deposition of J. Posner to analyze testimony re insurance issues (8.5); review materials to prepare for deposition of G. Priest (2.0). | 10.50 |
| 05/06/09 | J. Guy | Conference with various parties regarding insurance settlements and stipulations; attention to same. | 0.80 |
| 05/06/09 | R. Frankel | Review e-mails re ▮▮▮ Grace insurance issues, term sheets (.7); review insurance memo from P. Mahaley for D. Austern (.4). | 1.10 |
| 05/07/09 | P. Mahaley | Attend deposition of G. Priest. | 8.00 |
| 05/07/09 | J. Guy | Work on various insurance settlements. | 1.50 |
| 05/08/09 | P. Mahaley | Collect materials regarding preparation of D. Austern for deposition (2.5); draft summary of deposition of J. Posner (5.0); analyze insurer settlement communications (.9); confer with insurer counsel re draft settlement agreement (.5). | 8.90 |
| 05/08/09 | J. Guy | Attention to insurance settlements. | 1.20 |
| 05/11/09 | P. Mahaley | Revise draft settlement agreement with insurer. | 4.80 |
| 05/11/09 | J. Guy | Attention to pending insurance settlement issues. | 0.80 |
| 05/11/09 | R. Frankel | Review updated insurance settlement chart. | 0.60 |
| 05/12/09 | P. Mahaley | Review insurance policy limits information for settlement purposes (.5); confer with Orrick team re insurer settlement status and next steps (1.5); investigate scope of injunction under Plan (.6); revise draft settlement agreements with insurers (6.6); confer with R. Wyron re revisions to draft insurer settlement agreement and re proposed terms of settlements with other insurers (1.0). | 10.20 |
| 05/12/09 | M. Wallace | Discuss documentation needed to complete settlement. | 0.10 |
| 05/12/09 | J. Guy | Attention to various insurance settlement issues. | 0.60 |
| 05/12/09 | J. Guy | Attention to treatment of insurers under Plan. | 0.70 |
| 05/12/09 | R. Wyron | Review draft insurance settlement agreement and term sheets (.9); confer with P. Mahaley on issues and follow-up (1.2). | 2.10 |
| 05/12/09 | R. Frankel | Review issues re ▮▮▮ insurance settlement, re ▮▮▮ and ▮▮▮. | 0.70 |
| 05/13/09 | S. Cruzado | Conference regarding insurance coverage charts and corporate history; review latest versions of insurance coverage charts. | 0.50 |
| 05/13/09 | P. Mahaley | Prepare for and attend 30(b)(6) deposition of R. Finke re insurance issues (10.0); draft summary of highlights of R. Finke deposition (1.9). | 11.90 |
| 05/13/09 | J. Guy | Analyze insurance settlement issues. | 0.80 |
| 05/14/09 | K. Suomela | Office telephone conference with J. Posner, M. Garbowski and P. Mahaley regarding remaining limits (1.0); office conference with P. Mahaley regarding same (.5); review notes and files regarding same (.5). | 2.00 |



ORRICK

| 05/14/09 | P. Mahaley | Draft summary of deposition of R. Finke re insurance issues (1.3); confer with ACC representatives and Debtor representatives re exhaustion of insurance coverage for settlement negotiation purposes (1.5); assist in preparation of D. Austern for deposition (3.3); revise draft settlement agreement with insurer (3.8). | 9.90 |
| 05/14/09 | J. Guy | Attention to insurance settlements. | 0.70 |
| 05/14/09 | R. Wyron | Review settlement issues with P. Mahaley and e-mails re same (.8); review ███████ issues and respond to e-mail re open items (.2); review draft settlement agreement (.8). | 1.80 |
| 05/15/09 | P. Mahaley | Draft insurer settlement agreements and term sheets (6.6); confer with representatives of ACC and Debtors re proposed terms of insurance settlement (.3); examine insurance policy data re settlement allocations (2.1). | 9.00 |
| 05/17/09 | R. Wyron | Detailed review of draft settlement agreement (1.3); review memo re same (.4); review e-mail on reimbursement agreements and respond (.3); review term sheet for settlement (.3). | 2.30 |
| 05/18/09 | P. Mahaley | Investigate scope of asbestos insurance settlement agreement re designation in Exhibit 5 to Plan and communicate with counsel for Debtors and ACC re same (1.6); participate in mediation conference call with insurer representatives (.4); investigate potential changes to insurer settlement allocations based on comments by insurer (4.7). | 6.70 |
| 05/18/09 | J. Guy | Attention to insurance settlements. | 0.80 |
| 05/19/09 | P. Mahaley | Participate in confirmation team meeting re insurance settlement progress (1.2); confer with L. Esayian and R. Horkovich re preparation for settlement meeting with insurer (.4); draft insurer settlement agreements and issue summaries re same (6.7). | 8.30 |
| 05/19/09 | J. Guy | Attention to various pending insurance settlements. | 0.40 |
| 05/19/09 | J. Guy | Analyze related issues regarding pending insurance settlements. | 0.50 |
| 05/19/09 | R. Wyron | Review draft settlement agreement and organize comments. | 1.90 |
| 05/20/09 | P. Mahaley | Confer with R. Wyron re proposed revisions to draft settlement agreement (1.8); revise draft insurer settlement agreements (6.2). | 8.00 |
| 05/20/09 | M. Wallace | Review correspondence regarding insurance escrow agreement. | 0.10 |
| 05/20/09 | J. Guy | Attention to various insurance settlements. | 0.80 |
| 05/20/09 | R. Wyron | Review draft settlement agreement (1.1); confer with P. Mahaley on open issues, revised draft and insurer meeting, and follow-up (1.6); review e-mails on insurance issues (.4). | 3.10 |



ORRICK

| 05/21/09 | P. Mahaley | Analyze draft response to objection based on treatment of insurance rights and draft proposed changes (2.0); prepare for settlement meeting with insurer, including reviewing objections and prior settlement agreements and outlining proposed term sheet (6.0); revise draft insurer settlement agreement (1.4). | 9.40 |
| 05/21/09 | J. Guy | Analyze issues concerning insurance settlements. | 1.00 |
| 05/21/09 | R. Wyron | Review outline for meeting with insurers (.3); call with P. Mahaley on plan issues and follow-up (.3). | 0.60 |
| 05/22/09 | P. Mahaley | Prepare for and conduct settlement meeting with insurer. | 4.50 |
| 05/26/09 | P. Mahaley | Prepare for and participate in confirmation team meeting re insurance settlement status and strategy (2.1); draft settlement agreement and settlement term sheets with insurers (5.3); draft summary of open issues re insurer settlement terms for reimbursement and settlement agreements to prepare for plan proponents' telephone conference re same (2.7). | 10.10 |
| 05/26/09 | M. Wallace | Review escrow agreement for insurance settlement and provide comments to same. | 0.90 |
| 05/26/09 | J. Guy | Attention to pending settlements. | 1.00 |
| 05/26/09 | R. Frankel | Confer with Grace team re insurance settlement status. | 0.50 |
| 05/27/09 | P. Mahaley | Revise draft insurer settlement agreements and term sheets (4.9); review and revise draft memorandum of law supporting motion to strike insurer experts (.6); revise summary of open issues re insurance settlement strategy (1.0); analyze insurer objections and prepare summary of same (2.9). | 9.40 |
| 05/27/09 | J. Guy | Attention to insurance settlements. | 0.80 |
| 05/27/09 | R. Wyron | Review materials to prepare for 5/28 call with ACC (.4); follow-up with P. Mahaley (.2). | 0.60 |
| 05/28/09 | P. Mahaley | Revise draft insurer settlement agreements and term sheets (3.4); analyze and summarize insurer objections to Plan confirmation (4.7); confer with representatives of Debtor and ACC re insurance settlement strategy (1.8). | 9.90 |
| 05/28/09 | J. Guy | Telephone call with Plan proponents and Orrick team regarding various pending insurance matters. | 1.50 |
| 05/28/09 | J. Guy | Attention to various insurance settlement issues for various parties. | 0.70 |
| 05/28/09 | R. Wyron | Call with ACC on strategy. | 0.70 |
| 05/29/09 | P. Mahaley | Revise draft insurer settlement documents (4.3); analyze and summarize insurer objections to Plan (4.6). | 8.90 |
| 05/29/09 | J. Guy | Attention to various insurance settlements. | 1.30 |
| 05/29/09 | R. Wyron | Review insurer's issues (.3); review status of settlement discussions (.4). | 0.70 |


ORRICK

05/31/09   R. Wyron        Review draft approval order and notice for settlement, and      0.80
                           provide comments.

                                    Total Hours              222.60
                                    Total For Services                        $141,095.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Stephen C. Cruzado | 2.00 | 230.00 | 460.00 |
| Roger Frankel | 4.30 | 945.00 | 4,063.50 |
| Jonathan P. Guy | 29.90 | 755.00 | 22,574.50 |
| Peri N. Mahaley | 164.70 | 605.00 | 99,643.50 |
| Kirt D. Suomela | 6.00 | 290.00 | 1,740.00 |
| Mary A. Wallace | 1.10 | 650.00 | 715.00 |
| Richard H. Wyron | 14.60 | 815.00 | 11,899.00 |
| Total All Timekeepers | 222.60 | $633.85 | $141,095.50 |

Disbursements
        Document Reproduction           186.70
        Local Taxi Expense              108.77
        Out of Town Business Meals       19.69
        Parking Expense                  87.00
        Telephone                        30.16
        Travel Expense, Local           330.00
        Travel Expense, Out of Town     355.12
                            Total  Disbursements        $1,117.44

                    **Total For This Matter**        **$142,212.94**



**ORRICK**

David Austern. Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

June 15, 2009
Invoice No. 1195013

For Legal Services Rendered Through May 31, 2009 in Connection With:

**Matter:  8 - Litigation**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 04/28/09 | K. Orr | Various e-mails to/from Orrick team, counsel for Plan Proponents and counsel for objecting parties regarding discovery and various motions deadlines (.6); prepare materials for internal meeting (.2); review index of D. Austern materials (.1); review and analyze motion to strike Florence and Libby motion to amend CMO (.4); office conference with Orrick team regarding status of discovery and insurance settlements (1.5); review of confirmation expert reports and summarize same (.5); review and analyze disclosure statement regarding Libby issues and prepare memo regarding Libby (1.7); telephone conference with J. Guy and counsel for Plan Proponents regarding Protective Order, Libby Motion to Amend CMO and depositions (1.3). | 6.30 |
| 05/01/09 | J. Burke | Research regarding Grace criminal trial. | 0.20 |
| 05/01/09 | J. Cutler | Prepare for and participate in P. Lockwood deposition (10.4); continue preparation for D. Austern deposition (.5). | 10.90 |
| 05/01/09 | K. Orr | Various e-mails to/from internal team regarding discovery, depositions and 5/14 hearings (.3); research federal and local rules regarding notices of deposition (.1). | 0.40 |
| 05/01/09 | R. Wyron | Review new discovery requests (.4); review settlement issues (.5). | 0.90 |
| 05/01/09 | R. Frankel | Attend P. Lockwood deposition by telephone. | 3.70 |
| 05/01/09 | R. Frankel | Confer with E. Inselbuch re Edwards judgment, settlement issues, confirmation at C&D (NY) (1.3); notes re Edwards (.2). | 1.50 |
| 05/02/09 | R. Frankel | Review Debtors' motion for Protective Order re Libby discovery, related motion and order shortening time. | 1.20 |
| 05/02/09 | R. Frankel | Review fax from PD claimant, consider same. | 0.30 |
| 05/03/09 | R. Frankel | Review series of memos re P. Lockwood deposition, consider related insurance issues. | 0.70 |
| 05/04/09 | J. Burke | Review recently filed pleadings (5.5); discuss same with D. Fullem (.2); case law research regarding confirmation issue (.6). | 6.30 |
| 05/04/09 | J. Cutler | Attend P. Lockwood deposition. | 4.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

June 15, 2009
Invoice No. 1195013

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/04/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding depositions, insurance issues, agenda for internal meeting and written discovery responses (1.2); review and analyze various docket entries and attention to case calendar (.5); review and analyze motions and joinders to same set for hearing on 5/14 and related orders (1.0); prepare agenda for internal meeting (.2); review discovery responses in connection with D. Austern preparation (2.2). | 5.10 |
| 05/04/09 | J. Guy | Prepare for and attend P. Lockwood's deposition; meet and confer with Insurers. | 5.00 |
| 05/04/09 | J. Guy | Prepare for upcoming depositions. | 1.30 |
| 05/04/09 | R. Wyron | Review settlement issues from T. Freedman (.4); organize notes for strategy meeting (.4); confer with R. Frankel regarding Edwards issues and follow-up (.6); review BNSF pleadings (.8); review P. Lockwood deposition issues (1.2). | 3.40 |
| 05/04/09 | R. Frankel | Telephone conference with J. Guy, P. Mahaley, R. Wyron re Lockwood deposition. | 0.60 |
| 05/04/09 | R. Frankel | Review litigation-discovery schedule, agenda for internal meeting. | 0.40 |
| 05/04/09 | R. Frankel | Attend by telephone deposition of P. Lockwood. | 3.60 |
| 05/05/09 | J. Burke | Attend confirmation strategy meeting with Orrick team (1.5); research regarding claims filings (.5); review recently filed pleadings (1.1); research and revise memoranda regarding confirmation issues (3.9); research regarding Grace criminal case (.2). | 7.20 |
| 05/05/09 | J. Cutler | Revise preparation materials for D. Austern deposition. | 5.30 |
| 05/05/09 | D. Felder | Telephone conference with Orrick team regarding strategy and next steps. | 1.50 |
| 05/05/09 | K. Orr | Prepare materials for internal team meeting (.2); review and analyze various docket entries (.2) office conference with litigation team regarding case status, discovery and insurance issues (.5); attend deposition of D. Kuchinsky via telephone (1.5); prepare memo regarding D. Kuchinsky deposition (.2); attention to compilation of discovery responses and various phones conferences and e-mails to/from S. Cruzado regarding same (.5); various e-mails to/from internal team and counsel for Plan Proponents regarding virtual dataroom, written discovery responses and insurance settlements (1.0). | 4.10 |
| 05/05/09 | J. Guy | Attention to numerous pending matters concerning Plan litigation. | 4.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

June 15, 2009
Invoice No. 1195013

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/05/09 | R. Wyron | Review and organize notes for status meeting (.4); lead status meeting with Orrick litigation team and follow-up (1.6); review e-mails regarding discovery and respond (.4); review MCC claim objection and follow-up (.3); review issues with potential settlements and respond to e-mails re same (.8). | 3.50 |
| 05/05/09 | R. Frankel | Confer with Orrick team re discovery, strategy issues (1.3); review series of e-mails re discovery (.6). | 1.90 |
| 05/06/09 | J. Burke | Revise memoranda regarding confirmation issues (.5); review docket filings (.1). | 0.60 |
| 05/06/09 | J. Cutler | Review P. Lockwood deposition transcripts and draft memo analyzing P. Lockwood deposition (3.2); discuss BNSF claims with R. Wyron (.3). | 3.50 |
| 05/06/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding case status, discovery, CMO and May 14 hearing (.4); review and analyze various docket entries (.3); review and analyze discovery responses in connection with D. Austern preparation and attention to organization of same (.5); prepare memo regarding D. Kuchinsky deposition (2.0). | 3.20 |
| 05/06/09 | J. Guy | Attend deposition of J. Posner. | 6.00 |
| 05/06/09 | J. Guy | Attention to witness preparation for D. Austern. | 0.80 |
| 05/06/09 | J. Guy | Attention to pending discovery and depositions. | 0.50 |
| 05/06/09 | R. Wyron | Follow-up on settlement issues with various objections, including calls and e-mails with J. Guy and T. Freedman re settlement points (.8); review P. Lockwood transcript and organize notes for D. Austern preparation (1.4); review documents for J. Posner deposition and e-mails re same (.6). | 2.80 |
| 05/06/09 | R. Frankel | Review 3d amended CMO and series of e-mails re same (.8); review e-mails, stipulation re MD Casualty objection (.4). | 1.20 |
| 05/06/09 | R. Frankel | Review P. Lockwood transcript in preparation for D. Austern meeting. | 1.90 |
| 05/06/09 | R. Frankel | Review outlines of D. Austern preparation and direct testimony. | 0.60 |
| 05/06/09 | R. Frankel | Review series of e-mails re discovery issues, notices, deposition schedule. | 0.70 |
| 05/06/09 | R. Frankel | Review Edwards file in preparation for J. Rice telephone conference (.2); telephone conference with J. Rice re Edwards judgment (.3). | 0.50 |
| 05/07/09 | J. Cutler | Continue preparations for meeting with D. Austern. | 2.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

June 15, 2009
Invoice No. 1195013

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/07/09 | K. Orr | Review memo regarding P. Lockwood deposition (.3); various e-mails to/from internal team regarding depositions, case calendar and D. Austern preparation (.3); attention to updating deposition and trial prep calendar (.3). | 0.90 |
| 05/07/09 | J. Guy | Attention to and strategize regarding Libby and Insurer confirmation objections. | 1.00 |
| 05/07/09 | J. Guy | Attention to pending discovery and stipulations with parties. | 0.70 |
| 05/07/09 | R. Wyron | Prepare for D. Austern deposition prep meeting on 5/8 (1.3); review P. Lockwood deposition (.8). | 2.10 |
| 05/07/09 | R. Frankel | Review Libby response to discovery. | 0.60 |
| 05/07/09 | R. Frankel | Review e-mails, exhibits regarding J. Posner deposition. | 0.40 |
| 05/07/09 | R. Frankel | Review memo of D. Kuchinsky deposition. | 0.60 |
| 05/07/09 | R. Frankel | Confer with R. Wyron re Edwards, prepare for D. Austern, related issues. | 0.60 |
| 05/07/09 | R. Frankel | Review J. Cutler memo re P. Lockwood deposition (.7); further review of P. Lockwood transcript (.6). | 1.30 |
| 05/07/09 | R. Frankel | Review outline, notes in preparation for meeting with D. Austern. | 0.80 |
| 05/08/09 | J. Burke | Research regarding Grace criminal case. | 0.50 |
| 05/08/09 | J. Cutler | Participate in witness deposition prep session. | 4.30 |
| 05/08/09 | K. Orr | Review and analyze Libby arguments and objections (.8); various e-mails to/from internal team and counsel for Plan Proponents regarding depositions and objections to Libby CMO motion (.4); review draft objection to Libby CMO motion (.3). | 1.50 |
| 05/08/09 | J. Guy | Telephone call with various Plan Proponents regarding pending discovery and plan confirmation issues (separate occasions). | 1.30 |
| 05/08/09 | J. Guy | Attention to Plan objections, including Libby objections. | 0.80 |
| 05/08/09 | J. Guy | Meet with D. Austern regarding deposition. | 4.00 |
| 05/08/09 | R. Wyron | Review and finalize issues list for D. Austern preparation (.6); meet with D. Austern re deposition preparation (3.8); organize notes on plan objections and follow-up on open discovery issues (.6); review e-mails regarding plan changes to resolve objections and follow-up (.8); call with Debtors' counsel on litigation status and follow-up (.9). | 6.70 |
| 05/08/09 | R. Frankel | Review file, memos in preparation for D. Austern meeting. | 0.60 |
| 05/08/09 | R. Frankel | Confer with D. Austern, J. Guy, R. Wyron, J. Cutler in preparation for deposition (4.5); notes re same (.3). | 4.80 |
| 05/08/09 | R. Frankel | Review various reports re Grace criminal case (.4); review Parry-Hill objection (.1). | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

June 15, 2009
Invoice No. 1195013

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/09/09 | R. Wyron | Review e-mails re insurance issues and follow-up (.4); review pleadings on notes for change in schedule and follow-up (.8). | 1.20 |
| 05/10/09 | J. Burke | Review recently filed pleadings (.2); e-mail R. Wyron with summary of same (.5). | 0.70 |
| 05/11/09 | J. Burke | Review recently filed pleadings. | 2.30 |
| 05/11/09 | K. Orr | Review and analyze joinders and responses to Libby's motion to amend CMO, Arrowood's motion to strike Whitehouse, Debtors' motion for protective order and Arrowood's motion for judicial notice (2.0); prepare memo regarding Libby claims and arguments (.7); review memo re J. Posner deposition (.3); office conference with J. Guy regarding 5/14 hearing, upcoming depositions and case status (.4); various e-mails to/from internal team regarding deposition memos, deposition schedule and agenda for meeting (.5). | 3.90 |
| 05/11/09 | J. Guy | Attention to plan objections and plan discovery. | 1.20 |
| 05/11/09 | R. Wyron | Review summary of P. Lockwood testimony for D. Austern preparation. | 1.60 |
| 05/11/09 | R. Frankel | Review memo re J. Posner deposition (1.1); review objection of Bank Lender group to CMO change (.4). | 1.50 |
| 05/11/09 | R. Frankel | Review series of e-mails re discovery issues, agenda for May 14 hearing. | 0.70 |
| 05/11/09 | R. Frankel | Prepare notes re follow-up meeting with D. Austern. | 0.80 |
| 05/11/09 | R. Frankel | Review opposition of Debtors to Libby motion for postponement (.7); review Debtors' joinder re Whitehouse report (.6). | 1.30 |
| 05/11/09 | R. Frankel | Review ACC opposition to Libby's request to change CMO. | 0.70 |
| 05/11/09 | R. Frankel | Review various deposition calendars, e-mails re discovery. | 0.40 |
| 05/12/09 | J. Cutler | Attend litigation team meeting. | 1.30 |
| 05/12/09 | D. Felder | Telephone conference with Orrick team regarding strategy and next steps. | 1.10 |



**ORRICK**

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/12/09 | K. Orr | Prepare materials for internal meeting (.2); office conference with internal team regarding discovery, trial prep, status of insurance settlements and other Plan issues (1.4); detailed review of motion to strike Whitehouse report and joinders and responses to same (.5); various e-mails to/from internal team and counsel for Plan Proponents regarding outstanding written discovery and depositions (.6); review and analyze various docket entries (.3); review deposition notices and attention to deposition calendar (.3); phone conference with counsel for Plan Proponents regarding trial brief (1.3); review Libby supplemental discovery responses and production and prepare index of production (2.2); review exhibits to Whitehouse supplemental report (.5). | 7.30 |
| 05/12/09 | M. Wallace | Discuss insurer objection issues regarding indemnity and past corporate entity ownership with R. Wyron. | 0.10 |
| 05/12/09 | J. Guy | Internal meeting with Orrick team to discuss pending matters. | 1.20 |
| 05/12/09 | J. Guy | Prepare for and telephone call with Plan Proponents to discuss Phase I Brief and related confirmation issues. | 1.70 |
| 05/12/09 | J. Guy | Attention to pending discovery and depositions. | 0.80 |
| 05/12/09 | J. Guy | Analyze Libby issues. | 0.40 |
| 05/12/09 | R. Wyron | Review discovery status (.7); follow-up on open items regarding potential settlements (.4); lead strategy meeting (1.2); review draft settlement agreement (.4); organize notes re plan changes (.8); call with P. Lockwood re issues (.6); call with Debtors and ACC on briefing for Phase I and settlement issues (1.1); follow-up on open item on discovery (.3). | 5.50 |
| 05/12/09 | R. Frankel | Review Michigan objection to confirmation (.3); review amended agenda (.2). | 0.50 |
| 05/12/09 | R. Frankel | Telephone conference with litigation team re pending issues, strategy (1.3); notes re same (.3). | 1.60 |
| 05/12/09 | R. Frankel | Review Libby responses re Whitehouse Report, Arrowood, deposition notices. | 1.40 |
| 05/12/09 | R. Frankel | Review pleadings generally in connection with May 14 hearing. | 0.60 |
| 05/13/09 | S. Cruzado | E-mail and telephone communication with K. Love regarding recent depositions (.2); upload depositions and link exhibits to LiveNote (.5); organize pleadings on network (.5). | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

June 15, 2009
Invoice No. 1195013

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/13/09 | K. Orr | Various e-mails to/from internal team regarding written discovery (.2); review and analyze Shein expert report (.4); review and analyze various docket entries (.2); update calendar (.1); phone conference with M. Hurford regarding written discovery (.1); analyze various Libby issues and prepare Libby memo (1.2). | 2.20 |
| 05/13/09 | J. Guy | Attention to responses to discovery, pending depositions, preparation for D. Austern deposition. | 0.80 |
| 05/13/09 | R. Wyron | Organize outline for deposition preparation for D. Austern (.6); review Libby issues for 5/14 hearing (.3). | 0.90 |
| 05/13/09 | R. Frankel | Confer with R. Wyron re issues in preparation for D. Austern meeting (.3); prepare further notes re deposition (.6). | 0.90 |
| 05/13/09 | R. Frankel | Review series of e-mails re discovery, deposition schedule. | 0.60 |
| 05/13/09 | R. Frankel | Review Mathis expert report. | 0.60 |
| 05/14/09 | D. Fullem | Review and respond to e-mails from D. Felder regarding Omni review contract; update D. Felder re same. | 0.50 |
| 05/14/09 | J. Cutler | Participate in witness preparation meeting (2.4); prepare documents for witness deposition (.3). | 2.70 |
| 05/14/09 | K. Orr | Prepare discovery chart for hearing (.2); various e-mails to/from internal team and counsel for Plan Proponents regarding hearing and discovery (.5); review and update written discovery status materials (.6); attend telephonically J. Shein deposition (5.0). | 6.30 |
| 05/14/09 | M. Wallace | Review correspondence regarding One Beacon. | 0.10 |
| 05/14/09 | J. Guy | Work on pending matters with Libby claimants and other objectors. | 0.80 |
| 05/14/09 | J. Guy | Attend hearing (via telephone) on May 14 regarding various discovery matters. | 4.20 |
| 05/14/09 | J. Guy | Meet with D. Austern and Grace team regarding May 15 deposition and to discuss pending matters. | 1.80 |
| 05/14/09 | R. Wyron | Meet with D. Austern to prepare for deposition on plan issues and follow-up (2.1); review results of hearing on Libby issues and e-mails re same (.6). | 2.70 |
| 05/14/09 | R. Frankel | Attend discovery hearing by telephone. | 3.20 |
| 05/14/09 | R. Frankel | Confer with D. Austern in preparation for deposition. | 2.60 |
| 05/14/09 | R. Frankel | Review P. Mahaley memo re R. Finke deposition. | 0.80 |
| 05/15/09 | D. Fullem | E-mails regarding Omni for Grace June phase I confirmation hearing; review responses to same. | 0.40 |
| 05/15/09 | J. Cutler | Participate in D. Austern deposition. | 5.80 |
| 05/15/09 | J. Guy | Prepare for D. Austern deposition. | 0.50 |
| 05/15/09 | J. Guy | Defend deposition and conferences with Plan Proponents during breaks on various confirmation issues. | 5.50 |
| 05/15/09 | J. Guy | Analyze issues raised at deposition. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

June 15, 2009
Invoice No. 1195013

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 05/15/09 | J. Guy | Attention to various proposed Orders and other pending litigation matters. | 0.60 |
| 05/15/09 | R. Wyron | Meet with D. Austern following deposition and follow-up (.8); confer with J. Guy and P. Mahaley on discovery issues, and follow-up (.6). | 1.40 |
| 05/15/09 | R. Frankel | Attend portions of D. Austern deposition (3.2); confer with D. Austern (.7). | 3.90 |
| 05/15/09 | R. Frankel | Review Plan Proponents draft final witness list, e-mails re same. | 0.40 |
| 05/16/09 | R. Frankel | Review confirmation witness lists from Arrowood, Longacre, UCC, Certain Insurers, CNA, Federal, AXA Belgium. | 0.80 |
| 05/16/09 | R. Frankel | Review Kaneb final objection to confirmation, debtors' response to Libby motion to strike Florence report. | 0.70 |
| 05/17/09 | R. Wyron | Review Zilly report and outline issues (.3); organize notes on additional deponents and follow-up (.2); begin review of deposition summaries (.3). | 0.80 |
| 05/18/09 | S. Cruzado | Review filed documents. | 1.00 |
| 05/18/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding Omni. | 0.20 |
| 05/18/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding draft Libby protective order, witness lists, expert reports and written discovery (.5); review and analyze various docket entries (.2); review draft Libby protective order (.2); office conference with J. Guy regarding D. Austern deposition, protective order and case status (.1); attention to deposition schedule (.2); prepare memo regarding J. Shein deposition (2.5); phone conference with counsel for Plan Proponents regarding Phase II depositions (.6). | 4.30 |
| 05/18/09 | J. Guy | Telephone call with Plan Proponents regarding witness depositions and related issues. | 0.60 |
| 05/18/09 | J. Guy | Review various e-mails and correspondence regarding pending litigation matters. | 0.70 |
| 05/18/09 | R. Frankel | Review Libby proposal confidentiality order and COC and subsequent comments to both. | 1.30 |
| 05/18/09 | R. Frankel | Review issues re confidentiality order revisions from Libby. | 0.60 |
| 05/19/09 | J. Burke | Attend confirmation strategy meeting with litigation team (1.1); review and summarize docket entries for R. Wyron (.2). | 1.30 |
| 05/19/09 | J. Cutler | Correspond with experts. | 1.30 |
| 05/19/09 | D. Felder | Review e-mail correspondence regarding discovery issues and next steps (.1); telephone conference with Orrick team regarding strategy and next steps (1.0). | 1.10 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

June 15. 2009
Invoice No. 1195013

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/19/09 | K. Orr | Various e-mails to/from internal team and Plan Proponents regarding written discovery, expert reports, final Phase I witnesses and depositions (.2); prepare materials for internal meeting (.2); office conference with Orrick team regarding discovery, status of insurance settlements, confirmation hearing and June 1 hearing (1.3); prepare final Phase I witness chart and action points regarding same (.6); prepare memo regarding J. Shein deposition (1.6). | 3.90 |
| 05/19/09 | J. Guy | Meeting with Orrick team regarding various pending matters. | 1.20 |
| 05/19/09 | J. Guy | Review docket and numerous e-mails from Plan Proponents regarding witness and discovery issues. | 0.80 |
| 05/19/09 | R. Wyron | Review strategy outline (.4); participate in strategy conference with OHS team (1.1); begin to review objections (.8). | 2.30 |
| 05/19/09 | R. Frankel | Review competing pleadings re Whitehouse Report, certificate of counsel (.3); review agenda for June 1 (.2); review agenda for internal meeting (.2). | 0.70 |
| 05/19/09 | R. Frankel | Confer with Grace team re discovery, insurance, strategy issues. | 1.30 |
| 05/20/09 | K. Orr | Prepare agenda for internal meeting (.1); various e-mails to/from internal team, counsel for Plan Proponents and counsel for objectors regarding default interest ruling and objections to plan (.4); prepare memo regarding J. Shein deposition (3.0); update deposition calendar (.1); review Libby expert reports (1.0). | 4.60 |
| 05/20/09 | J. Guy | Attention to Plan objections and related matters. | 0.90 |
| 05/20/09 | R. Frankel | Telephone conference with S. Shimshak re status. | 0.30 |
| 05/20/09 | R. Frankel | Review, prepare notes re opinion on issue of default interest, consider effect on plan. | 1.20 |
| 05/20/09 | R. Frankel | Preliminary review of objections to confirmation (.8); series of e-mails re same (.7); telephone conferences with R. Wyron re same (.3); review objection of U.S. Trustee (.5). | 2.30 |
| 05/20/09 | R. Frankel | Review memo re J. Shein deposition. | 0.80 |
| 05/20/09 | R. Frankel | Review debtors' draft motion re contributions to Defined Benefit Pension Plans. | 0.70 |
| 05/21/09 | D. Fullem | Confer with R. Wyron regarding June hearing dates; e-mail to D. Felder regarding same; prepare rooming list; e-mail to Omni. | 0.50 |
| 05/21/09 | D. Fullem | Review upcoming trial dates; contract with Omni. | 0.20 |



**ORRICK**

June 15, 2009
Invoice No. 1195013

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 05/21/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding final objections, depositions and written discovery (.5); update deposition calendar and discovery chart (.3); prepare agenda for internal meeting (.1); review Arrowood objection to motion to shorten time (.2); review and summarize various Libby expert reports (2.0); attention to preparation of binders for objections and review and edit index for same (.2). | 3.30 |
| 05/21/09 | R. Frankel | Review objections to confirmation of Longacre, Bank Lender Group, Official Unsecured Creditors Committee. | 2.80 |
| 05/22/09 | J. Guy | Analyze confirmation issues. | 0.70 |
| 05/22/09 | J. Guy | Attention to recent litigation filings. | 0.30 |
| 05/22/09 | J. Guy | Numerous e-mails from Plan Proponents and interested parties regarding pending discovery and Plan confirmation matters. | 0.70 |
| 05/22/09 | J. Guy | Work on standing stipulation. | 0.60 |
| 05/22/09 | J. Guy | Review objections. | 0.80 |
| 05/22/09 | R. Wyron | Begin review of Libby objection; review summary of insurer objections. | 1.00 |
| 05/22/09 | R. Frankel | Review objections to confirmation of Federal Insurance (.7), Tyco (.3), ERISA plaintiffs (.3), Edwards judgment creditors (1.3), Scotts Company (1.2). | 3.80 |
| 05/22/09 | R. Frankel | Review Disputed Classification Declaration. | 0.50 |
| 05/25/09 | R. Wyron | Review summary outline of evidence for confirmation hearing (.6); review witness list issues for Phase I (.4). | 1.00 |
| 05/25/09 | R. Frankel | Review Zilly expert rebuttal report with exhibits. | 1.20 |
| 05/25/09 | R. Frankel | Review Anderson Memorial objection to confirmation. | 0.90 |
| 05/26/09 | J. Burke | Attend confirmation strategy meeting with litigation team. | 1.00 |
| 05/26/09 | J. Cutler | Participate in part of team meeting. | 0.90 |
| 05/26/09 | D. Felder | Telephone conference with Orrick team regarding strategy and next steps (1.0); review e-mail correspondence regarding same (.5). | 1.50 |
| 05/26/09 | K. Orr | Various e-mails to/from internal team and counsel for plan proponents regarding depositions scheduling and Whitehouse documents (.5); update deposition calendar and prepare materials for internal meeting (.3); review S. Moolgavkar expert report (.7); office conference with internal team regarding status of discovery, status of insurance settlements and confirmation issues (1.5); attend S. Moolgavkar deposition via telephone (5.7). | 8.70 |
| 05/26/09 | J. Guy | Attention to depositions and stipulations on standing and insurance. | 1.20 |
| 05/26/09 | J. Guy | Meet with Grace team regarding various pending confirmation matters. | 1.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

June 15, 2009
Invoice No. 1195013

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 05/26/09 | R. Wyron | Meet with OHS team re strategy and follow-up (1.2); review objection/discovery e-mails and follow-up (.3). | 1.50 |
| 05/26/09 | R. Frankel | Review agenda, prepare for internal meeting with Grace team. | 0.60 |
| 05/26/09 | R. Frankel | Confer with Grace team re confirmation, discovery issues. | 1.10 |
| 05/26/09 | R. Frankel | Review series of e-mails re discovery disputes. | 0.50 |
| 05/26/09 | R. Frankel | Review objections to confirmation. | 0.90 |
| 05/27/09 | J. Cutler | Attend Ory deposition. | 4.00 |
| 05/27/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding depositions, stipulations and confirmation issues (1.0); review and analyze various docket entries (.4); attention to expert reports and office conference with D. Spicuzza regarding same (.3); review and analyze various written discovery responses and attention to status of same (2.1). | 3.80 |
| 05/27/09 | J. Guy | Review and attention to insurance neutrality brief. | 0.50 |
| 05/27/09 | J. Guy | Attention to various Stipulations/Orders concerning standing insurance, Whitehouse Report, related issues and pending expert discovery. | 1.20 |
| 05/27/09 | R. Wyron | Review objections and follow-up. | 0.80 |
| 05/27/09 | R. Frankel | Review Libby objection to confirmation. | 1.40 |
| 05/27/09 | R. Frankel | Review chart from K&E re objections to confirmation sorted by code section. | 1.60 |
| 05/28/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding depositions, written discovery and preparation of trial brief (.5); review draft motion to strike (.2); review and analyze various docket entries and attention to updating deposition calendar and written discovery status chart (.7); prepare memorandum regarding S. Moolgavkar deposition (3.5). | 4.90 |
| 05/28/09 | J. Guy | Review objections to Plan. | 1.50 |
| 05/28/09 | J. Guy | Strategize regarding responses/solutions/settlement of objections. | 0.50 |
| 05/28/09 | J. Guy | Attention to Whitehouse Report, striking same, production of medical data and upcoming expert depositions. | 0.80 |
| 05/28/09 | R. Frankel | Finish review of objections chart prepared by K&E. | 1.90 |
| 05/28/09 | R. Frankel | Review various objections filed by insurers. | 1.80 |
| 05/29/09 | J. Guy | Attention to insurance neutrality brief and related issues. | 0.80 |
| 05/29/09 | J. Guy | Attention to upcoming deposition and expert issues. | 0.90 |
| 05/29/09 | R. Frankel | Review various objections by insurers. | 1.20 |
| 05/31/09 | R. Wyron | Begin review of insurer objections. | 0.70 |
| 05/31/09 | R. Frankel | Review K. Orr deposition memo re V. Moolgaukar (.8); Skinner Engine memorandum opinion (.9); review chart of insurance negotiation status (.6). | 2.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

June 15, 2009
Invoice No. 1195013

| 05/31/09 | R. Frankel | Review Plan Proponents' motion to strike expert reports of Priest & Shein (1.0); review limited objection of CNA (.3). | 1.30 |
|---|---|---|---|

Total Hours 339.10
Total For Services $244,550.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 20.10 | 360.00 | 7,236.00 |
| Stephen C. Cruzado | 2.20 | 230.00 | 506.00 |
| Joshua M. Cutler | 46.50 | 555.00 | 25,807.50 |
| Debra Felder | 5.20 | 590.00 | 3,068.00 |
| Roger Frankel | 86.00 | 945.00 | 81,270.00 |
| Debra O. Fullem | 1.80 | 255.00 | 459.00 |
| Jonathan P. Guy | 61.60 | 755.00 | 46,508.00 |
| Kathleen Orr | 74.70 | 620.00 | 46,314.00 |
| Mary A. Wallace | 0.20 | 650.00 | 130.00 |
| Richard H. Wyron | 40.80 | 815.00 | 33,252.00 |
| Total All Timekeepers | 339.10 | $721.18 | $244,550.50 |

Disbursements
| | | |
|---|---|---|
| Document Reproduction | 369.40 | |
| Express Delivery | 36.68 | |
| Local Taxi Expense | 115.75 | |
| Out of Town Business Meals | 560.45 | |
| Outside Services | 1,315.94 | |
| Postage | 11.15 | |
| Telephone | 2.69 | |
| Travel Expense, Air Fare | 2,139.30 | |
| Westlaw Research | 9,114.00 | |
| Total Disbursements | | $13,665.36 |

**Total For This Matter**   **$258,215.86**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 19

June 15, 2009
Invoice No. 1195013

For Legal Services Rendered Through May 31, 2009 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/11/09 | R. Frankel | Review updated report from Piper Jaffray re 1st quarter results, notes re same. | 0.70 |
| 05/12/09 | R. Frankel | Review plan sections for potential modification. | 0.70 |
| 05/17/09 | R. Wyron | Review Plan Supplement and note comments. | 0.40 |
| 05/18/09 | R. Wyron | Begin review of plan supplement (.4); organize agenda for strategy meeting (.4). | 0.80 |
| 05/18/09 | C. Reynolds | Review revised certificate of incorporation and provide written comments on same. | 1.20 |
| 05/19/09 | M. Wallace | Telephone call with R. Wyron regarding review of plan supplement documents. | 0.10 |
| 05/19/09 | M. Wallace | Review Grace bylaws filed with plan supplement, including against recently requested reforms. | 2.00 |
| 05/19/09 | M. Wallace | Research prior bylaws, review 8-K filing regarding bylaw changes and draft notes on bylaw provisions. | 0.50 |
| 05/19/09 | M. Wallace | Review amended and restated certificates of incorporation for debtors in various jurisdictions. | 3.20 |
| 05/19/09 | M. Wallace | Review parent certificate of incorporation against proposed amendment and restatement. | 0.40 |
| 05/19/09 | R. Wyron | Review plan supplement and call to C. Reynolds. | 0.80 |
| 05/20/09 | M. Wallace | Draft summary of plan supplement document review for R. Wyron review. | 1.30 |
| 05/20/09 | M. Wallace | Review correspondence regarding plan changes. | 0.10 |

Total Hours 12.20

Total For Services $8,901.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.40 | 945.00 | 1,323.00 |
| Clayton S. Reynolds | 1.20 | 840.00 | 1,008.00 |
| Mary A. Wallace | 7.60 | 650.00 | 4,940.00 |
| Richard H. Wyron | 2.00 | 815.00 | 1,630.00 |
| Total All Timekeepers | 12.20 | $729.59 | $8,901.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

June 15, 2009
Invoice No. 1195013

Disbursements
    Document Reproduction    1,679.20
    Express Delivery    19.86
    Outside Services    5.12
    Postage    14.30
    Total Disbursements    $1,718.48

**Total For This Matter**    **$10,619.48**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

June 15, 2009
Invoice No. 1195013

For Legal Services Rendered Through May 31, 2009 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/01/09 | D. Fullem | E-mail to R. Wyron regarding follow-up on CNOs for Feb 09 fee apps of Piper, Tre Angeli and Tillinghast. | 0.20 |
| 05/04/09 | D. Fullem | Coordinate filing and service of CNOs for Feb 09 fee applications by Piper, Tre Angeli and Tillinghast. | 0.50 |
| 05/04/09 | D. Fullem | Finalize Piper, Tre Angeli and Tillinghast CNOs on February 09 fee applications. | 0.80 |
| 05/05/09 | D. Fullem | Prepare drafts of D. Austern's January and February 09 fee applications; e-mail to D. Austern regarding review/comment on same. | 2.00 |
| 05/07/09 | D. Fullem | Coordinate all March fee applications of professionals to be finalized/filed (.6); call with J. Radecki re March fee app status (.1); update D. Austern's Jan and Feb fee apps (.5); e-mail to R. Wyron regarding review/signature on notices (.1). | 1.30 |
| 05/08/09 | D. Fullem | Finalize and coordinate filing and service of FCR professionals March fee application and D. Austern's January and February fee applications. | 1.00 |

|  |  |
|---|---|
| Total Hours | 5.80 |
| Total For Services | $1,479.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 5.80 | 255.00 | 1,479.00 |
| Total All Timekeepers | 5.80 | $255.00 | $1,479.00 |

Disbursements

| | |
|---|---|
| Document Reproduction | 39.00 |
| Express Delivery | 127.81 |
| Outside Services | 38.72 |
| Total Disbursements | $205.53 |

**Total For This Matter** $1,684.53



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 22

June 15, 2009
Invoice No. 1195013

For Legal Services Rendered Through May 31, 2009 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/01/09 | D. Fullem | Review e-mail from D. Felder regarding March 09 fee application; update to R. Wyron regarding same. | 0.20 |
| 05/01/09 | D. Felder | Review and revise March fee application. | 0.50 |
| 05/03/09 | R. Wyron | Review March fee application. | 0.30 |
| 05/04/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding March 09 fee app status. | 0.20 |
| 05/04/09 | D. Fullem | Review and respond to e-mail from D. Felder and R. Wyron regarding hourly rates. | 0.20 |
| 05/04/09 | D. Fullem | Review e-mail from D. Felder regarding edits to March fee application: confirm edits made with D. Spicuzza. | 0.20 |
| 05/05/09 | D. Fullem | Prepare e-mail to B. Ruhlander regarding status of response to fee auditor report. | 0.20 |
| 05/08/09 | D. Fullem | Begin review of April prebill. | 0.50 |
| 05/11/09 | D. Fullem | Review April prebill (1.8); send e-mails to D. Felder, R. Wyron and P. Reyes regarding same (.2). | 2.00 |
| 05/11/09 | D. Felder | Review April prebill. | 1.50 |
| 05/12/09 | D. Fullem | Finish review of April prebill; discuss with P. Reyes regarding checking of items, totals. | 0.50 |
| 05/12/09 | D. Fullem | Finalize draft response to fee auditor report regarding Oct-Dec 08 period along with supporting charts to same (1.8); prepare e-mail with documents to R. Wyron for review/comment (.2). | 2.00 |
| 05/13/09 | R. Wyron | Review April prebill. | 0.30 |
| 05/14/09 | R. Wyron | Review April prebill and follow-up on comments. | 0.60 |
| 05/17/09 | R. Wyron | Review and respond to Fee Auditor's inquiry. | 0.60 |
| 05/18/09 | D. Fullem | Follow-up with R. Wyron regarding review of reply to fee auditor initial report for Oct-Dec 08 time period. | 0.20 |
| 05/19/09 | D. Fullem | Continue drafting reply letter to fee auditor and finalize (1.0); review and revise charts to attach to letter (1.4); e-mail to R. Wyron regarding same (.1). | 2.50 |
| 05/19/09 | D. Fullem | Review recent Grace payment information: prepare update to fee/expense charts: circulate to R. Wyron, R. Frankel and V. Crossley. | 0.60 |
| 05/21/09 | D. Fullem | Review e-mail from R. Wyron regarding status of April fee application and D. Spicuzza response. | 0.10 |
| 05/21/09 | D. Fullem | Confer with R. Wyron regarding draft reply letter to fee auditor in response to initial report. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

June 15, 2009
Invoice No. 1195013

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/21/09 | D. Fullem | Confer with R. Wyron regarding status of draft of response to fee auditor report for period Oct-Dec 08. | 0.20 |
| 05/22/09 | D. Fullem | Review e-mail from D. Spicuzza regarding draft of April fee application. | 0.10 |
| 05/22/09 | D. Fullem | Review e-mail and edits from R. Wyron to reply to fee auditor report (.2); prepare revised/final letter in response to fee auditor initial report for the Oct-Dec 08 time period (.7); review/finalize charts attached to response (.3); prepare e-mail to B. Ruhlander (.1). | 1.30 |
| 05/26/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding follow-up with fee auditor regarding final report on our quarterly for Oct-Dec 08 period. | 0.20 |
| 05/28/09 | D. Fullem | Review e-mail from R. Wyron to fee auditor in response to request re additional fees from Oct-Dec 08 time period. | 0.20 |
| 05/28/09 | R. Wyron | Review fee application issues. | 0.40 |
| 05/29/09 | D. Fullem | Confer with R. Wyron regarding additional fees to be included in next fee application filing (as relates to the Oct-Dec 08 period); review update to fee auditor regarding processing of same. | 0.50 |
| 05/29/09 | R. Wyron | Follow-up on fee auditor comments (.2); review e-mails re fee application and follow-up (.1). | 0.30 |

Total Hours    16.60

Total For Services    $6,303.00

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Debra Felder | 2.00 | 590.00 | 1,180.00 |
| Debra O. Fullem | 12.10 | 255.00 | 3,085.50 |
| Richard H. Wyron | 2.50 | 815.00 | 2,037.50 |
| Total All Timekeepers | 16.60 | $379.70 | $6,303.00 |

Disbursements
| Document Reproduction | 0.80 |
| Express Delivery | 35.73 |
| Outside Services | 19.04 |

Total Disbursements    $55.57

**Total For This Matter    $6,358.57**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

June 15, 2009
Invoice No. 1195013

For Legal Services Rendered Through May 31, 2009 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/04/09 | R. Frankel | Travel to DC. | 1.00 |
| 05/06/09 | P. Mahaley | Travel to Philadelphia, PA for deposition of G. Priest. | 1.00 |
| 05/07/09 | P. Mahaley | Return travel from Philadelphia, PA. | 2.00 |
| 05/22/09 | P. Mahaley | Travel to NY for settlement meeting with insurer. | 3.50 |

|  |  |
|--|--|
| Total Hours | 7.50 |
| Total For Services | $2,438.75 |

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Roger Frankel | 1.00 | 472.50 | 472.50 |
| Peri N. Mahaley | 6.50 | 302.50 | 1,966.25 |
| Total All Timekeepers | 7.50 | $325.17 | $2,438.75 |

**Total For This Matter**                    **$2,438.75**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|--|--|--|
| Total Hours | 603.80 | |
| Total Fees, all Matters | | $404,767.75 |
| Total Disbursements, all Matters | | $16,762.38 |
| Total Amount Due | | $421,530.13 |