**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., <u>et al.</u> ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| **Debtor.** ) | Objection Date: July 29, 2009 at 4:00pm |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FIFTEENTH MONTHLY INTERIM APPLICATION OF TRE ANGELI LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>MAY 1, 2009 THROUGH MAY 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | July 29, 2008, *nunc pro tunc* to March 3, 2008 |
| Period for which compensation and reimbursement is sought: | May 1, 2009 – May 31, 2009 |
| 80% of Compensation sought as actual, reasonable and necessary: | $32,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $148.44 |

This is a __x__ monthly ___ interim ___ final application

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**
**May 1-31, 2009**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | 53.00 | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

Telephone                                                                  $ 148.44

**TOTAL Out-of-Pocket Expenses:**                                          **$ 148.44**


Respectfully submitted,

TRE ANGELI LLC

By: */S/ JOSEPH J. RADECKI, JR.*
    Joseph J. Radecki, Jr.
    Connecticut Business Centers
    Six Landmark Square, Suite 415
    Stamford, CT 06901
    (203) 359-5646
    Financial Advisor to David T. Austern
    Asbestos PI Future Claimants' Representative

Dated: June 24, 2009

---

[1] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.