# EXHIBIT A

**WR Grace**
**May 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | SLL Carryback review | 2.0 |
|  | C/C w/Grace, Blackstone re tax situation | 0.5 |
|  | ERISA settlement review | 0.7 |
|  | Review docket | 0.6 |
| Mon 4 | Tax settlement advisory | 1.2 |
|  | Review docket | 0.7 |
| Tue 5 | Review docket | 0.6 |
| Wed 6 | Review docket | 1.0 |
| Thu 7 | Fee application prep | 2.0 |
|  | Comm w/Blackstone (PZ) re markets, valuation, test | 0.5 |
|  | Review docket | 0.7 |
| Fri 8 | FCR advisory re markets, quarterly results | 1.5 |
|  | Review Montana criminal trial decision | 1.5 |
|  | Review docket | 0.4 |
| Mon 11 | Review docket | 0.5 |
|  | Review 10-Q report/reconciliation | 3.4 |
| Tue 12 | Review docket | 0.8 |
| Wed 13 | Review docket | 0.7 |
| Thu 14 | Review docket | 0.9 |
|  | Hearing and prep | 3.5 |
|  | Comm w/Blackstone (MB) re LAC MTA claim settl | 0.4 |
| Fri 15 | Begin review analysis of Zilly expert report | 2.1 |
| Sat 16 | Review /analyze Zilly report | 1.2 |
| Mon 18 | Review/analyze Zilly report | 1.5 |
|  | I/C w/PJC re Zilly report, comp analysis | 0.6 |
| Tue 19 | Analysis of comparables | 0.7 |
|  | Comm w/PJC (PH) re expert rpt comps | 0.5 |
|  | Review docket | 1.2 |
| Wed 20 | Review decision on default interest | 1.1 |
|  | Comm w/Blackstone (MB) re pension motion | 0.7 |
|  | Review docket | 1.2 |
| Thu 21 | Review objections to plan | 3.1 |
|  | Review docket | 0.6 |
|  | Comm w/OHS(RW) re pension motion | 0.5 |
| Fri 22 | Review objections to plan | 2.4 |
|  | Review docket | 0.9 |
| Mon 25 | Review objections to plan | 2.5 |
|  | Review docket | 0.8 |
| Tue 26 | Comm w/OHS (RW) re LAC MTA claim, pension | 0.7 |
|  | Comm w/PJC re pension comps | 0.6 |
|  | Review docket | 1.4 |
| Wed 27 | Comm wCOFC (JS) re pension motion | 0.5 |
|  | Comm w/PJC re pension comps, motion | 1.0 |
|  | Review docket | 0.6 |
| Thu 28 | Review docket | 0.5 |
| Fri 29 | Comm w/FCR re pension motion | 0.6 |
|  | Comm w/Blackstone (PZ) re pension motion | 0.3 |
|  | Comm w/OHS (RF) re Mathis dep | 0.3 |
|  | Review docket | 0.8 |
|  | TOTAL TIME (HRS) | 53.0 |