# EXHIBIT B

**W.R. Grace**
**Detail of expenses (May 1, 2009 – May 31, 2009)**

Communication
Telephone                                           $  148.44
        **Total Communication:**                    **$   148.44**


**TOTAL EXPENSES:**                                 **$ 148.44**