**Attachment 2**

Sale of Unused Real Property and Related Assets in Atlanta, Georgia
Summary of Transaction

| | |
|---|---|
| Assets to be sold: | • office and warehouse of approximately 73,062 square foot on approximately 12.5 acres of land known as 5225 Phillip Lee Drive, Atlanta, Fulton County, Georgia, as described in Exhibit "A" to the Sales Agreement<br>• all improvements now located thereon, including all electrical, mechanical, plumbing and other systems and all fixtures and personalty located therein, as well as plants, trees and shrubbery thereon, but excluding therefrom the equipment, fixture and personalty items listed on Exhibit "B" to the Sales Agreement |
| Seller: | W. R. Grace & Co.-Conn., 7500 Grace Drive, Columbia, MD 21044, one of the Debtors ("Grace") |
| Purchaser: | Resource Recovery and Trading, LLC [5414 Abbeyhill Rd, Fort Wayne, IN 46814-7556] |
| Purchase price: | $800,000 in cash |
| Summary of transaction: | • Sale of Assets identified above<br>• Purchaser's 45-day Inspection Period to conduct studies of the Assets, including environmental site assessments, has already expired.<br>• Purchaser has an additional Inspection Period expiring August 3, 2009 in order to determine if it can obtain a Special Use Permit for the property.<br>• Sale is conditioned on receipt by Purchaser, within sixty days after the date of the Second Amendment to Sales Agreement, of notice from Grace that Seller is authorized under the Procedures to sell the Assets<br>• After Purchaser obtains its Special Use Permit but prior to Closing, Grace will remove certain solvent based process related equipment within the building, and have the indoor air quality re-tested. In the event the air quality results show certain air concentrations above a specified threshold, Purchaser shall have a termination right.<br>• After the closing, Grace will install monitoring well covers at the site (within 4 weeks after closing), and will continue to perform activities at the site required by its EPA Corrective Action Plan.<br>• Grace will indemnify Purchaser against environmental claims arising from matters occurring prior to the closing, and Purchaser will indemnify Grace against environmental claims arising from |

matters occurring after the closing.

| | |
|---|---|
| Reason for transaction: | To monetize an asset no longer useful to Grace. |
| Marketing of the assets | Listed with broker, Wilson Hull & Neal in May of 2008. Wilson Hull & Neal actively marketed the Assets for sale, including posting a sign on the property, advertising the property in typical publications and internet sites, soliciting the active cooperation of other real estate brokers who specialize in industrial properties, and showing the property to interested parties. |