IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No. 22379** |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 9th day of July, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:145577.29

**NOTICE OF PROPOSED SALE OF CERTAIN REAL PROPERTY AND OTHER ASSETS PURSUANT TO ORDER ESTABLISHING PROCEDURES FOR THE SALE OF DE MINIMIS**

*Patricia E. Cuniff*
Patricia E. Cuniff

Sworn to and subscribed before me this 9th day of July, 2009

_____
Notary Public
My Commission Expires:

MONICA A. MOLITOR
Notary Public - State of Delaware
My Comm. Expires July 20, 2010

**WR Grace – 7/9 De Minimis Asset Sale**
**Notice Fax Service List**
Case No. 01-01139 (JKF)
Doc. No. 150483
21 – Via Facsimile
08 – Hand Delivery
13 – First Class Mail

**Hand Delivery**
Facsimile – *302-573-6497*
(Trustee)
United States Trustee
Attn: David Klauder, Esquire
844 N. King Street, Suite 2207
Lock Box 35,
Wilmington, DE  19801

**Hand Delivery**
**Facsimile – *302-658-6395***
(Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899

**Hand Delivery**
**Facsimile – *302-658-6548***
(Counsel to JP Morgan Chase Bank N.A., as agent for the Debtors' prepetition lenders)
Mark D. Collins, Esquire
Deborah Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**Hand Delivery**
**Facsimile – *302-657-4901***
(Counsel to the Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

**Hand Delivery**
**Facsimile – *302-575-1714***
(Counsel to the Official Committee of Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

**Hand Delivery**
**Facsimile – *302-426-9947***
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Center
1201 Market Street, 15th Floor
Wilmington, DE  19899

**Hand Delivery**
**Facsimile – *302-421-5861***
(Counsel to the Official Committee of Equity Holders)
Teresa K. D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

**Hand Delivery**
**Facsimile – *302-655-4210***
(Counsel to the Asbestos Personal Injury Future Claimants' Representative)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

**First Class Mail**
**Facsimile – *312-993-9767***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Jeff Moran, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**First Class Mail**
**Facsimile – *212-806-6006***
(Counsel to the Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

**First Class Mail**
**Facsimile – *973-424-2001***
(Counsel to the Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889;

**First Class Mail**
**Facsimile – *305-374-7593***
(Counsel to the Official Committee of
Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

**First Class Mail**
**Facsimile – *212-644-6755***
(Counsel to the Official Committee of
Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152

**First Class Mail**
**Facsimile – *202-429-3301***
(Counsel to the Official Committee of
Asbestos Personal Injury Claimants)
Peter Van N. Lockwood, Esquire
Christoper Rizek, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

**First Class Mail**
**Facsimile – *212-715-8000***
(Counsel to the Official Committee of
Equity Holders)
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

**First Class Mail**
**Facsimile – *202-339-8500***
(Counsel to the Asbestos Personal Injury
Future Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Deborah Felder, Esquire
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007-5135

**First Class Mail**
**Facsimile – *214-744-5101***
(Counsel to the Asbestos Property Damage
Future Claimants' Representative)
Alan B. Rich, Esquire
One Main Place
1201 Main Street, Suite 1910
LB 201
Dallas, TX  75202

**First Class Mail**
**Facsimile – *404-696-8207***
(Interested Party)
Mr. Lance Fentress
Alchem Chemical
5360 Tulane Drive
Atlanta, GA  30336

**First Class Mail**
**Facsimile – *314-835-1616***
(Interested Party)
Environmental Liability Transfer, Inc.
Attn: President
1650 Des Peres Road, Suite 306
St. Louis, MO  63131

**First Class Mail**
**Facsimile – *212-446-4900***
(Counsel to Debtors)
Deanna Boll, Esquire
Kirkland & Ellis LLP
Citigroup Center
13 East 53rd Street
New York, NY  10022-4611

**First Class Mail**
**Facsimile – *312-641-2165***
(Counsel to Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer, P.C.
70 W. Madison, Suite 2100
Chicago, IL  60602