IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref No. ____ |

## ORDER APPROVING MOTION FOR LEAVE TO FILE SUPPLEMENT TO LIBBY CLAIMANTS' OBJECTION TO FIRST AMENDED JOINT PLAN OF REORGANIZATION

Upon the Motion for Leave to File Supplement to Libby Claimants' Objection to First Amended Joint Plan of Reorganization (the "Motion")[1]; and the Court having considered the Motion; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Libby Claimants are granted leave to file the Supplement.

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to, or arising from, the Motion or implementation of this Order.

Dated: July ___, 2009
Wilmington, Delaware

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

393.001-W0001127