IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br>Related Docket Nos. 19581, 19620<br><br>Hearing Date: July 27, 2009 @ 10:30 a.m. (EST) |

**DECLARATION IN SUPPORT OF OPPOSITION TO LIBBY PLAINTIFF LAWYERS' MOTION TO RECONSIDER THE COURT'S ORDER GRANTING IN PART ARROWOOD'S MOTION TO STRIKE WHITEHOUSE EXPERT REPORT**

I, ALLEN SCHWARTZ, affirm that to the best of my knowledge the following is true under penalty of perjury:

1. I am an associate with the law firm of O'Melveny & Myers LLP, attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") in the above-entitled action.

2. I submit this declaration in support of Arrowood's Opposition to Libby Plaintiffs Lawyers' Motion to Reconsider the Court's Order Granting In Part Arrowood's Motion to Strike the Whitehouse Expert Report.

3. Attached as Exhibit A is a true and correct copy of excerpts from the transcript of the May 14, 2009 Hearing before Judge Fitzgerald in the above-entitled action.

4. Attached as Exhibit B is a true and correct copy of the June 9, 2009 letter from Libby Plaintiff Lawyer, John F. Lacey, to, amongst a few others, Grace's and Arrowood's counsel.

Dated: New York, New York
       July 9, 2009

                                                      /s/ Allen Schwartz
                                                        Allen Schwartz