### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.* | (jointly administered) |
| | |
| Debtors. | Chapter 11 |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5 of the Civil Practice and Procedure of the Untied States District Court for the District of Delaware and the below certification, counsel moves the admission *pro hac vice* of:

> Beverly Weiss Manne, Esquire
> bmanne@tuckerlaw.com
> Tucker Arensberg, P.C.
> 1500 One PPG Place
> Pittsburgh, PA  15222
> Phone: (412) 594-5525
> Fax:  (412) 594-5619

to represent **AXA Belgium as successor to Royal Belge SA** ("AXA Belgium") in the above-captioned proceeding.

Dated:  July 9, 2009

        Respectfully submitted,

        */s/ Michael A. Shiner*
        Michael A. Shiner, Esquire
        TUCKER ARENSBERG, P.C.
        1500 One PPG Place
        Pittsburgh, PA 15222
        Telephone: (412) 594-5586
        Facsimile: (412) 594-5619

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W. R. GRACE & CO., *et al.*, <br><br> Debtors. | Case No. 01-1139 (JKF) <br> (jointly administered) <br><br> Chapter 11 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars for the United States Supreme Court, Pennsylvania Supreme Court, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. District Courts for the Western, Middle and Eastern Districts of Pennsylvania, and the Western District of Michigan and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the Court.

> */s/ Beverly Weiss Manne*
> Beverly Weiss Manne, Esquire (PA ID 34545)
> TUCKER ARENSBERG, P.C.
> 1500 One PPG Place
> Pittsburgh, Pennsylvania 15222
> p. 412.594.5525
> f.  412.594.5619
> E-mail:  bmanne@tuckerlaw.com

### ORDER GRANTING MOTION

IT IS HERBY ORDERED counsel's motion for admission *pro hac* vice is granted.

Date: _____

_____
United States Bankruptcy Judge

BANK_FIN:356979-1 018048-140258