# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., *et al.*[1] ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |

EXHIBIT 5 TO EXHIBIT BOOK
ASBESTOS INSURANCE POLICY SCHEDULE

**EXHIBIT 5**

Attached.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Maryland Casualty Company | 09/01/91 | 06/30/67 – 06/30/68   31-278301<br>06/30/68 – 06/30/69   31-278301<br>06/30/69 – 06/30/70   31-278301<br>06/30/70 – 06/30/71   31-R-911051<br>06/30/71 – 06/30/72   31-R-911051<br>06/30/72 – 06/30/73   31-R-911051<br>06/30/62 – 06/30/63   96-205800<br>06/30/63 – 06/30/64   96-224900<br>06/30/64 – 06/30/65   96-243400<br>06/30/65 – 06/30/66   96-257400<br>06/30/66 – 06/30/67   96-269500<br>and any and all primary general liability policies issued by Maryland Casualty Company to W.R. Grace prior to 1973 |
| Maryland Casualty Company | 03/18/96 | 10/20/68 – 10/20/69   WRG-1<br>10/20/69 – 10/20/70   WRG-1<br>10/20/70 – 06/30/71   WRG-1<br>06/30/71 – 06/30/72   WRG-2<br>06/30/72 – 06/30/73   WRG-2<br>06/30/73 – 06/30/74   WRG-2<br>and all known and unknown excess insurance policies issued by Maryland Casualty Company to W.R. Grace |
| Royal Indemnity Company | 01/05/95 | Only the "Products" coverage portion of the following policies<br>04/01/60 – 04/01/61   RLG021620<br>04/01/61 – 04/01/62   RLG021621<br>04/01/62 – 04/01/63   RLG021622<br>04/01/59 – 04/01/60   RLG021629<br>04/01/55 – 04/01/56   RLG035805<br>04/01/56 – 04/01/57   RLG045762<br>04/01/57 – 04/01/58   RLG045836<br>04/01/58 – 04/01/59   RLG053959<br>03/31/53 – 03/31/54   RLG27635<br>03/31/54 – 04/01/55   RLG31840 |
| Unigard Security Insurance Company (n/k/a Seaton) | 08/06/92 | Only the "Products" coverage portion of the following policies<br>06/30/74 – 06/30/75   1-2517 |

8