**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Ref No.** ____ |

## ORDER APPROVING MOTION TO DEFER CONSIDERATION OF DEBTORS' MOTION TO APPROVE SETTLEMENT WITH ROYAL PARTIES

Upon the Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement With Royal Parties (the "Motion to Defer")[1]; and the Court having considered the Motion; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion to Defer is GRANTED; and it is further

ORDERED that the Motion shall be heard at the August 24, 2009 omnibus hearing, or another date agreed to by the parties; and it is further

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to, or arising from, the Motion to Defer or implementation of this Order.

Dated: July ___, 2009
　　　 Wilmington, Delaware

　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　 Honorable Judith K. Fitzgerald
　　　　　　　　　　　　　　 United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

{393.001-W0001164.}