**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 22398** |

**MOTION OF LIBBY CLAIMANTS FOR LEAVE FROM THIS COURT'S CASE MANAGEMENT ORDER FOR SHORTENED NOTICE AND EXPEDITED CONSIDERATION OF MOTION TO DEFER CONSIDERATION OF DEBTORS' MOTION TO APPROVE SETTLEMENT WITH ROYAL PARTIES**

Claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1]by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby move for entry of an order under Del. Bankr. L.R. 9006-1(e) and Fed. R. Bankr. P. 9006(c), for leave of this Court's Case Management Order, so that the notice period for the Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties ("Motion to Defer") [D.I. 22398] be shortened to permit expedited consideration. In support of this Motion, the Libby Claimants state:

1. On June 17, 2009, Debtors filed the Debtors' Motion for an Order Approving the Settlement Agreement and Mutual Release with Royal Parties [Docket No. 22153] (the "Royal Settlement Motion"). Shortly thereafter, the Libby Claimants initiated formal and informal discovery concerning the Royal Settlement Motion and participated in several "meet and confer" sessions with the proponents of the Proposed Settlement with hopes of eliminating the need for the Motion to Defer. Unfortunately, the proponents of the Proposed Settlement did not accept

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 21365], as it may be amended and restated from time to time.

the Libby Claimants' proposal for an expedited discovery program that would enable the Libby Claimants to adequately respond to the Royal Settlement Motion within the time-frame of the currently scheduled hearing, requiring the filing of the Motion to Defer.

2. Contemporaneously herewith, the Libby Claimants filed the Motion to Defer. In so doing, the Libby Claimants articulated several reasons for enlarging the objection period for the Royal Settlement Motion beyond July 10, 2009 and to defer the consideration of the Royal Settlement Motion until the August 24, 2009, omnibus hearing or, if the parties agree after further discussions and completion of any discovery that an evidentiary hearing will be needed, such other date and time that will be convenient for this Court to conduct such hearing. Most notably, is the ongoing, and yet to be fully complied with, discovery requests propounded by the Libby Claimants. Without cooperation from the Debtors, Royal, and other proponents of the Proposed Settlement with respect to these discovery requests, the Libby Claimants will not be able to completely evaluate the Motion and Proposed Settlement.

3. Shortened notice and expedited consideration of the Motion to Defer is necessary in light of the impending July 27, 2009 hearing on the Royal Settlement Motion. Accordingly, the Libby Claimants seek an order of this Court for leave from the Case Management Order to shorten the notice period prescribed by Del. Bankr. LR 9006-1(c) to enable the Libby Claimants to have the Motion to Defer heard on an expedited basis. The Libby Claimants respectfully request that the Court set a telephonic hearing to consider the Motion to Defer at its earliest convenience.

4. Given the nature of the relief requested, the Libby Claimants respectfully submit that the limited notice described above is appropriate, as is leave from the Case Management Order.



{393.001-W0001168.}

WHEREFORE, the Libby Claimants respectfully request then entry of an order (i) granting the Libby Claimants leave from the Case Management Order, (ii) shortening the notice period with respect to the Motion to Defer, (iii) setting a telephonic hearing on the Motion to Defer at the Court's earliest convenience.

Dated: July 10, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*