IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref. No. _____ |

## ORDER FOR LEAVE FROM CASE MANAGEMENT ORDER AND TO SHORTEN NOTICE AND EXPEDITED CONSIDERATION OF LIBBY CLAIMANTS' MOTION TO DEFER CONSIDERATION OF DEBTORS' MOTION TO APPROVE SETTLEMENT WITH ROYAL PARTIES

Upon Motion of the Libby Claimants pursuant to Del. Bankr. L.R. 9006-1(e) and Fed. R. Bankr. P. 9006(c), for leave from this Court's Case Management Order and to shorten notice and expedited consideration with respect to the Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties ("Motion to Defer"); and due and proper notice of the Motion to Defer having been given; and is appearing that sufficient cause exists for granting the requested relief, it is hereby:

**ORDERED** that the Motion to Shorten is **GRANTED**;

**FURTHER ORDERED** that the Libby Claimants are granted leave from the Case Management Order;

**FURTHER ORDERED** that the notice period with respect to the Motion to Defer is shortened and a telephonic hearing is scheduled for July __, 2009 at ___:___ _m.

 

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{393.001-W0001168.}