IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W. R. Grace, *et al.*     Bankruptcy No. 01-1139-JKF
    Debtor(s)

Chapter 11
(Jointly Administered)

**Related to Doc. No. 22386, Motion for Leave to File Supplement to Libby Claimants' Objection to First Amended Joint Plan of Reorganization, and Doc. No. 22385, (Supplemental) Objection to Confirmation**

## ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENT TO LIBBY CLAIMANTS' OBJECTION TO FIRST AMENDED JOINT PLAN OF REORGANIZATION

**AND NOW**, this **13th** day of **July, 2009,** it is **ORDERED** that the Motion for Leave to File Supplement to Libby Claimants' Objection to First Amended Joint Plan of Reorganization is **GRANTED.**

It is **FURTHER ORDERED** that responses to the Supplemental Objection shall be filed and served on or before **4:00 p.m. Eastern on July 17, 2009.**

It is **FURTHER ORDERED** that if responses to the Supplemental Objection are filed a hearing shall be held at the omnibus hearing scheduled for **10:30 a.m. on July 27, 2009,** in the Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware.

It is **FURTHER ORDERED** that counsel for Libby Claimants shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*    **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge