IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:
W.R. Grace & Co.,
Debtors

Jonathan Lee Riches d/b/a
Bernard Madoff, movant

Chapter 11

Case No: 01-01139 (JKF)

[Motion to Intervene as a Plaintiff & creditor under Rule 7024, and under Rule 24(A)2, 24(B)]

Comes Now, Jonathan Lee Riches d/b/a Bernard Madoff, moves this Court to Intervene in this case as a Plaintiff & creditor to the W.R. Grace & Co with newly discovered evidence, I have a common vested interest in this Bankruptcy case, I'm a bond & shareholder to the debtors, I provided capital, Equity, and real estate for years. My Intervention brings Questions of Laws and Facts that are common in this Action

I intervene under rule 24(A)2 as a unconditional matter of right
<u>Zuber v. Allen</u>

Under rule 24(B). Permissive Intervention, Nevilles v. EEOC
I can be reached or contacted at the below address.
I pray this Court will grant my motion for relief

respectfully,

7-4-09

Jonathan Lee Riches d/b/a
Bernard Madoff
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

I certify that the following foregoing motion was sent copied to the following parties on 7-6-09 via the United States Postal Service:

Kirkland & Ellis LLP
153 E. 53rd St.
New York, NY 10022
David Bernick

respectfully,

*[signature]* 7-6-09

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812