**CERTIFICATE OF SERVICE**

I certify that on this 13th day of July, 2009, true and correct copies of the foregoing *Objection Of Fireman's Fund Insurance Company, Allianz S.P.A., F/K/A Riunione Adriatica Di Sicurta, And Allianz Se, F/K/A Allianz Aktiengesellschaft To The Plan Proponents' Motion To Exclude Such Exhibits* were served on the parties on the attached service list by electronic mail.

                                                       */s/ John D. Demmy.*
                                                      John D. Demmy

| | |
|---|---|
| aaronsona@pepperlaw.com | elongosz@eckertseamans.com |
| acordo@mnat.com | emdecristofaro@FMEW.com |
| acraig@cuyler.com | erosenthal@rmgglaw.com |
| akelley@dilworthlaw.com | ewestbrook@rpwb.com |
| akrieger@stroock.com | ewolfe@skfdelaware.com |
| alexander.mueller@mendes.com | fmonaco@wcsr.com |
| anna.newsom@mendes.com | fournierd@pepperlaw.com |
| arich@alanrichlaw.com | FRosner@mrs-law.com |
| arosenberg@paulweiss.com | gcalhoun@steptoe.com |
| arunning@kirkland.com | ghorowitz@kramerlevin.com |
| belias@omm.com | gibbonsj@whiteandwilliams.com |
| bharding@kirkland.com | gmcdaniel@bglawde.com |
| bmukherjee@goodwinprocter.com | gmcdaniel@bglawde.com |
| bsb@capdale.com | green@lrclaw.com |
| bsb@capdale.com | Greg.Stclair@skadden.com |
| bstansbury@kirkland.com | gsvirsky@omm.com |
| butcher@lrclaw.com | heather.bloom@kirkland.com |
| candon@cwg11.com | hertzbergr@pepperlaw.com |
| carignanj@pepperlaw.com | hriedel@srbp.com |
| carl.pernicone@wilsonelser.com | ilevee@lowenstein.com |
| carolina.acevedo@mendes.com | IRosenberg@cozen.com |
| casarinom@whiteandwilliams.com | jal@capdale.com |
| caseyl@pepperlaw.com | jal@capdale.com |
| Catherine.chen@wilsonelser.com | james.freeman2@usdoj.gov |
| cbruens@kirkland.com | jbaer@jsbpc.com |
| cgreco@kirkland.com | jcohn@cozen.com |
| cohn@cwg11.com | jcp@pgslaw.com |
| collins@rlf.com | jcutler@orrick.com |
| cprince@sonnenschein.com | jeff.friedman@kattenlaw.com |
| david.boutrous@kirkland.com | jeffrey.boerger@dbr.com |
| david.klauder@usdoj.gov | jguy@orrick.com |
| david.primack@dbr.com | jk@kttlaw.com |
| david.turetsky@skadden.com | jmeltzer@sbtklaw.com |
| dbernick@kirkland.com | john.mcfarland@grace.com |
| dblabey@kramerlevin.com | joneill@pszjlaw.com |
| dfelder@orrick.com | jpruggeri@hhlaw.com |
| dglosband@goodwinprocter.com | jpw@capdale.com |
| dmannal@kramerlevin.com | jpw@capdale.com |
| Dpastor@Gilmanpastor.com | jsakalo@bilzin.com |
| drosenbloom@mwe.com | jsottile@zuckerman.com |
| drosendorf@kttlaw.com | jspadaro@johnsheehanspadaro.com |
| dsilver@mccarter.com | jwaxman@cozen.com |
| dspeights@speightsrunyan.com | jwisler@cblh.com |
| ealcabes@stblaw.com | kandestin@rlf.com |
| ei@capdale.com | karen.f.lee@kirkland.com |
| eileen.mccabe@mendes.com | kbornstein@sbtklaw.com |

SL1 934533v1/021630.00003

| | |
|---|---|
| klove@kirkland.com | pvnl@capdale.com |
| kmakowski@pszjlaw.com | ramos@rlf.com |
| kmangan@wcsr.com | rdehney@mnat.com |
| kmayer@mccarter.com | Reynolds@rlf.com |
| kmiller@skfdelaware.com | rfrankel@orrick.com |
| korr@orrick.com | rguttmann@zeklaw.com |
| kpasquale@stroock.com | rhorkovich@andersonkill.com |
| landis@lrclaw.com | richard.finke@grace.com |
| lepley@crowell.com | rifft@wileyrein.com |
| lesayian@kirkland.com | rjsidman@vorys.com |
| lkruger@stroock.com | rmillner@sonnenschein.com |
| loberholzer@pszjlaw.com | rriley@duanemorris.com |
| locasaleg@whiteandwilliams.com | rwyron@orrick.com |
| lstover@eckertseamans.com | sbaena@bilzin.com |
| Madigan.andrea@epa.gov | scalogero@cuyler.com |
| madron@rlf.com | sfreedman@dilworthlaw.com |
| mark.shelnitz@grace.com | speirce@fulbright.com |
| maward@wcsr.com | SSchindlerWilliams@KRAMERLEVIN.com |
| mdavis@zeklaw.com | sshimshak@paulweiss.com |
| mdavis@zeklaw.com | stearn@rlf.com |
| meltzere@pepperlaw.com | swspencer@FMEW.com |
| merritt.pardini@kattenlaw.com | tcairns@pszjlaw.com |
| meskin@camlev.com | tcurrier@saul.com |
| metkin@lowenstein.com | tfreedman@kirkland.com |
| mgiannotto@goodwinprocter.com | tgerber@fulbright.com |
| mhurford@camlev.com | tgerber@fulbright.com |
| michael.brown@dbr.com | thomas.quinn@mendes.com |
| mjoseph@ferryjoseph.com | tmacauley@zuckerman.com |
| mkramer@bilzin.com | tmessana@mws-law.com |
| mlastowski@duanemorris.com | toolee@pepperlaw.com |
| mphillips@cblh.com | travis.langenkamp@kirkland.com |
| mphillips@paulweiss.com | tschiavoni@omm.com |
| mpiropato@stblaw.com | tscobb@vorys.com |
| mplevin@crowell.com | ttacconelli@ferryjoseph.com |
| mshiner@tuckerlaw.com | ustpregion03.wl.ecf@usdoj.gov |
| mumford@lrclaw.com | vguldi@zuckerman.com |
| mwallace@orrick.com | warren.pratt@dbr.com |
| mweis@dilworthlaw.com | wbs@capdale.com |
| nancy.manzer@wilmer.com | wbs@capdale.com |
| ndf@capdale.com | wrussell@stblaw.com |
| noah.heller@kattenlaw.com | wshelley@cozen.com |
| pbentley@kramerlevin.com | yoderj@whiteandwilliams.com |
| pcuniff@pszjlaw.com | young@wildman.com |
| pkoepff@omm.com | |
| pmahaley@orrick.com | |
| ppantaleo@stblaw.com | |

SL1 934533v1/021630.00003