IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-1139(JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| _____ | ) |

**TRIAL BRIEF OF BNSF RAILWAY COMPANY OBJECTING TO CONFIRMATION OF THE FIRST AMENDED CHAPTER 11 PLAN OF W.R. GRACE & CO., ET AL., THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS DATED FEBRUARY 3, 2009**

# DOCUMENT FILED UNDER SEAL PURSUANT TO MAY 2009 PROTECTIVE ORDER

Dated: July 13, 2009
Wilmington, DE

PEPPER HAMILTON LLP

John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 777-6511

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750

*Counsel for BNSF Railway Company*