IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

**OBJECTION OF BNSF RAILWAY COMPANY TO THE MOTION FOR AN ORDER APPROVING SETTLEMENT AGREEMENT AND <u>MUTUAL RELEASE WITH THE ROYAL PARTIES</u>**

# DOCUMENT FILED UNDER SEAL PURSUANT TO MAY 2009 PROTECTIVE ORDER

Dated: July 13, 2009
Wilmington, DE

PEPPER HAMILTON LLP
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 777-6511

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750

*COUNSEL FOR BNSF RAILWAY COMPANY*