IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Related to Dkt. No. 20872** |

**DECLARATION OF LESLIE A. DAVIS IN SUPPORT OF FIREMAN'S FUND
INSURANCE COMPANY'S PHASE II TRIAL BRIEF
RELATING TO ITS "SURETY CLAIM"**

I, Leslie A. Davis, declare as follows:

1. I am a licensed attorney in the State of Maryland and the District of Columbia and counsel at Crowell & Moring LLP, attorneys for Fireman's Fund Insurance Company ("Fireman's Fund"), a creditor and party in interest in Debtors' case.

2. I submit this Declaration in support of Fireman's Fund Insurance Company's Phase II Trial Brief Relating To Its "Surety Claim." I make this declaration based on personal knowledge.

3. Except as may be indicated below, I have personal knowledge of the facts stated herein, and could and would competently testify to them if called as a witness.

4. Exhibit 1 hereto is a true and correct copy of portions of the transcript of the deposition of Debtors' Rule 30(b)(6) designee, Richard Finke, held on May 13, 2009 in this bankruptcy case. I obtained this transcript from the court reporter who transcribed Mr. Finke's testimony.

5. Exhibit 2 hereto is a true and correct copy of Debtor W.R. Grace's Responses To Fireman's Fund's First Set Of Contention Interrogatories Regarding First

Amended Joint Plan Of Reorganization (Surety Bond Issues), which were served upon counsel for Fireman's Fund on June 15, 2009.

      6.    Exhibit 3 hereto is a true and correct copy of portions of the transcript of the deposition of the ACC's Rule 30(b)(6) designee, Peter Van N. Lockwood, held on May 4, 2009 in this bankruptcy case. I obtained this transcript from the court reporter who transcribed Mr. Lockwood's testimony.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2009, in Washington, D.C.


Leslie A. Davis

8452771