IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 01-01139 (JKF) |
| | : | |
| W. R. GRACE & CO., et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Chapter 11 |
| | : | |
| | : | Related to: Docket Nos. 19579, 20864 |
| | : | |

**NOTICE OF MORGAN STANLEY SENIOR FUNDING'S INCORPORATION OF BRIEF DATE MAY 19, 2009 REGARDING THE FILING OF TRIAL BRIEFS IN CONNECTION WITH PHASE II HEARING**

Pursuant to this Court's Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Docket No. 21544], objectors such as Morgan Stanley Senior Funding, Inc. ("Morgan Stanley") are required to file trial briefs in connection with the Phase II hearing no later than July 13, 2009.

On May 19, 2009, Morgan Stanley filed its objection to the plan [Docket No. 21752] which included Morgan Stanley's objections to Phase II issues. Accordingly, other than the pretrial submissions that are due July 20, 2009,[1] Morgan Stanley has no further briefing to provide in connection with Phase II and hereby incorporates by reference its previously filed objection. Morgan Stanley will, however, provide supplemental briefing in connection with impairment issues as required by this Court's Order Regarding Further Matters Related to the Phase II Confirmation Hearing with Respect to Class 9 Impairment, dated July 9, 2009 [Docket No. 22374].

---

[1] See Order Regarding Phase II Pre-Trial Proceedings, dated July 7, 2009 [Docket Entry No. 22351], at ¶ 4.

84387250v1
WLM 517900.1

Dated: July 13, 2009

        */s/ Stuart M. Brown*
EDWARDS ANGELL PALMER & DODGE LLP
Stuart M. Brown (Bar No. 4050)
919 North Market Street
15th Floor
Wilmington, Delaware 19801
(302) 777-7770

-and-

KATTEN MUCHIN ROSENMAN LLP
Jeff J. Friedman (admitted pro hac vice)
Noah Heller (admitted pro hac vice)
Merritt A. Pardini (admitted pro hac vice)
575 Madison Avenue
New York, New York 10022
(212) 940-8800

*Attorneys for Morgan Stanley
Senior Funding, Inc.*