## CERTIFICATE OF SERVICE

I certify that on this 13th day of July, 2009, a copy of the foregoing Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Trial Brief in Support of their Objection To Confirmation of the First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders was served via Email and first class mail on the parties below:

David M. Bernick, PC
Lisa G. Esayian
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601
dbernick@kirkland.com

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
tfreedman@kirkland.com

Laura Davis Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
joneill@pszjlaw.com

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
pvnl@capdale.com

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
ei@capdale.com

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
meskin@camlev.com

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Dfelder@orrick.com

John C. Phillips, Jr.
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

Philip Bentley
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
pbentley@kramerlevin.com

BY HAND ONLY
David Klauder
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

Bilzin Sumberg Baena Price & Axelrod LLP
Attn:  Scott L. Baena/Jay Sackalo
200 South Biscayne Blvd., Suite 2500
Miami, Florida  33131
sbaena@bilzin.com

Janet S. Baer
Law Office
70 W. Madison Street, Suite 2100
Chicago, IL  60602
jbaer@jsbpc.com

BY FAX
Alan Rich
1401 Elm Street
Dallas, TX 75202
Fax: 214-744-5101

Teresa D. Currier
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE  19801
TCurrier@saul.com

Stroock & Stroock & Lavan LLP
Attn:  Lewis Kruger/Arlene Krieger/
       Kenneth Pasquale
180 Maiden Lane
New York, New York 10038-4982
lkruger@stroock.com

Ferry, Joseph & Pearce, P.A.
Attn:  Theodore Tacconelli
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware  19899
TTacconelli@ferryjoseph.com

Michael Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246
mlawtowski@duanemorris.com

_____
Kathleen M. Miller