UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
                                                :
In re:                                          :
                                                : Chapter 11
                                                :
W.R. GRACE & CO., et al.,                       : Case No. 01-01139 (JKF)
                                                : Jointly Administered
                                                :
                    Debtors.                    :
-----------------------------------------------------------------x

**CONFIDENTIAL FILED UNDER SEAL [RE: D.I. 21671]**

## TRAVELERS CASUALTY AND SURETY COMPANY'S PHASE II TRIAL BRIEF OBJECTING TO CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION DATED FEBRUARY 27, 2009

Robert J. Dehney (#3578)
Ann C. Cordo (#4817)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Email: rdehney@mnat.com
       acordo@mnat.com

Mary Beth Forshaw
Kathrine McLendon
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Email: mforshaw@stblaw.com
       kmclendon@stblaw.com
       ealcabes@stblaw.com

*Attorneys for Travelers Casualty and Surety Company*