**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due:** May 20, 2009 |
| | ) | |
| | ) | **Hearing Dates:** June 22-26, 2009 |
| | ) | September 8-11, 2009 |
| | ) | |
| | ) | Relates to Document No. 20872 |
| | ) | |
| | ) | Document No. _____ |
| | ) | |

**PHASE II TRIAL BRIEF OF CERTAIN LONDON
MARKET INSURANCE COMPANIES**

# DOCUMENT FILED UNDER SEAL PURSUANT TO APRIL 2009 PROTECTIVE ORDER

| | | |
|---|---|---|
| John S. Spadaro, Esquire | Thomas J. Quinn, Esquire | Michael A. Shiner, Esquire |
| (Del. No. 3155) | thomas.quinn@mendes.com | (PA ID 78088) |
| jspadaro@johnsheehanspadaro.com | Alexander Mueller, Esquire | mshiner@tuckerlaw.com |
| John Sheehan Spadaro, LLC | alexander.mueller@mendes.com | Tucker Arensberg, P.C. |
| 724 Yorklyn Road, Suite 375 | Mendes & Mount LLP | 1500 One PPG Place |
| Hockesin, DE 19707 | 750 Seventh Avenue | Pittsburgh, PA 15222 |
| 302-235-2516 p | New York, NY 10019 | (412) 594-5586 p |
| 302-23502536 f | 212-261-8000 p | (412) 594-5619 f |
| | 212-261-8750 f | |

*Counsel for Certain London Market Insurance Companies*