# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| W. R. GRACE & CO.-CONN., | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 02-01657 |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA. | ) | |
| | ) | Hearing: December 17, 2007, 2:00 p.m. |
| Defendant, Third Party and | ) | Agenda Item No. _____ |
| Joinder Plaintiff | ) | |
| | ) | |
| | ) | |
| REAUD, MORGAN & QUINN, INC. and | ) | Re: Docket Nos. 58, 106, 107, 112, 114 _____ |
| ENVIRONMENTAL LITIGATION GROUP, P.C., | ) | |
| | ) | |
| Third-Party and Joinder | ) | |
| Defendants | ) | |

## ORDER AUTHORIZING DEBTORS' SETTLEMENT WITH NATIONAL UNION AND CLAIMANTS

Upon consideration of the "*Debtors' Motion for an Order Authorizing Settlement with National Union and Claimants*" (the "Motion"); and due and proper notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors,[1] their estates and creditors, it is hereby

ORDERED that the Motion is granted; and it is further

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that the Debtors are hereby authorized to perform their obligations under the Agreement; and it is further

ORDERED that National Union Claim No. 9553 is allowed in the sums provided for in the Agreement; and it is further

ORDERED that the Claimants' Claims Nos. 103, 104, 13945, 13954, 14036 and 14053 are disallowed and expunged for all purposes; and it is further

ORDERED that upon payment by National Union of the Payment Amount, this Adversary Proceeding shall be dismissed; and it is further

ORDERED that the Debtors are authorized to take whatever other actions may be necessary to consummate the transactions contemplated by the Agreement; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order; and it is further

ORDERED that this Order is effective immediately upon its entry.

Dated: December **4** , 2007

_Judith K. Fitzgerald_
Honorable Judith K. Fitzgerald
U. S. Bankruptcy Judge

2