## **CERTIFICATE OF SERVICE**

     **I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on July 13, 2009 via electronic mail:**

**Attached Service List**

     Under penalty of perjury, I declare that the foregoing is true and correct.


\_\_\_\_7/13/2009_____          \_\_/s/ Heidi E Sasso_____
Date                                       Heidi E. Sasso