IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Hearing Date: August 24, 2009 at 10:30 a.m. (ET)<br>Objections Due: August 7, 2009 at 4:00 p.m. (ET) |

## LIBBY CLAIMANTS' MOTION TO SUPPLEMENT EXPERT REPORT OF DR. CRAIG MOLGAARD AND FOR JUDICIAL NOTICE

Claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby move (the "Motion") to supplement the expert report of Dr. Craig Molgaard and for judicial notice of official government publications. In support of this Motion, the Libby Claimants state:

Attached as Exhibit A is an official government publication, CDC, NIOSH, Work-Related Lung Disease (WoRLD) Surveillance System, Table 1-10. "Asbestosis: Counties with highest age-adjusted death rates (per million population), U.S. residents age 15 and over, 1995-2004."[2] Libby is located in Lincoln County, in the far northwest corner of Montana. Table 1-10 shows that Lincoln County has the highest asbestosis death rate of any county in the United States. At 262.5, it is 21% higher than the next highest county in the United States. 18.2% of the deaths were female, indicating community disease.

Attached as Exhibit B is an official government publication, CDC, NIOSH, Work-Related Lung Disease (WoRLD) Surveillance System, Table 7-10, Malignant Mesothelioma: Counties with the highest age-adjusted death rates (per million population), U.S. residents age 15

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 21365], as it may be amended and restated from time to time.

[2] Also attached are figure 1-1, figure 1-3A, and figure 1-3B from the same publication.

and over, 2000-2004.[3] Table 7-10 shows that Lincoln County has the third highest mesothelioma rate in the United States.

On June 17, 2009, the EPA formally declared the Libby area a Public Health Emergency. Attached as Exhibit C is the "Determination and Findings of Public Health Emergency for the Libby Asbestos Site in Lincoln County, Montana, dated 6/17/09 and associated documents.[4] This is the first such designation in U.S. history.

The above are important facts and should be entered into the record of this case. Although apparently published in 2008, the NIOSH tables were recently discovered by Libby Claimants, just days before the deposition of epidemiologist Dr. Craig Molgaard. The NIOSH tables were attached as Exhibit 1 to the deposition of Dr. Craig Molgaard, and he was deposed on them on 6/25/09. The Plan Proponents are not prejudiced. The EPA declaration of a Public Health Emergency for Libby occurred on June 17, 2009, subsequent to the last date for expert reports. The fact of the Public Health Emergency was also noticed to Plan Proponents at the deposition of Dr. Craig Molgaard.

A.   Judicial Notice.

The NIOSH tables (Exhibits A and B) and the Public Health Emergency (Exhibit C) are official government publications and should be the subject of judicial notice under FRE 201, and FRE 803(8) (public records and reports) and 803(9) (records of vital statistics).[5] They are self-authenticating under FRE 902(5).

---

[3] Also attached are figure 7-1, and figure 7-3 from the same publication.
[4] Also attached are Action Memorandum Amendment dated 6/17/09 (23 pages), and Certification of Index of Documents in the Administrative Record for the Determination and Findings of Public Health Emergency dated 6/16/09 (four pages).
[5] *See e.g., Barber v. Ponte*, 772 F.2d 982, 998-99 (1st Cir. 1985) (taking judicial notice of numerous official government social, medical, and economic statistics generated by U.S. Bureau of the Census and U.S. Center for Disease Control).

{393.001-W0001189.}                                2

B.  Supplemental Expert Report of Dr. Craig Molgaard.

The NIOSH tables and the EPA declaration of a Public Health Emergency should be permitted as parts of a supplemental expert report of Dr. Craig Molgaard. Dr. Molgaard should be permitted to comment on them, as per the supplemental report attached hereto as Exhibit D[6].

WHEREFORE, the Libby Claimants respectfully request that this Court (i) enter an order granting the Motion; and (ii) grant such other and further relief as the Court may deem just and proper.

Dated: July 13, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Kerri Mumford_
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*

---

[6] Exhibits referenced within Exhibit D, the Supplemental Report, identify the same documents referenced as Exhibits A through C in this Motion.