# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | Docket Reference No. 20872 |

**PHASE II TRIAL BRIEF OF GOVERNMENT EMPLOYEES INSURANCE COMPANY AND REPUBLIC INSURANCE COMPANY N/K/A STARR INDEMNITY & LIABILITY COMPANY IN OPPOSITION TO CONFIRMATION OF AMENDED JOINT PLAN OF REORGANIZATION**

On June 1, 2009, Government Employees Insurance Company ("GEICO") and Republic Insurance Company n/k/a Starr Indemnity & Liability Company ("Republic") filed their Phase I Trial Brief. (*See* D.I. 21943). In that brief, due to uncertainty regarding the plan objections to be addressed in Phase I of the Confirmation Hearing versus those to be addressed in Phase II – which was largely caused by the Plan Proponents' ever-shifting positions on the subject – GEICO and Republic elected to address both their Phase I and Phase II Plan Objections.

Accordingly, GEICO and Republic hereby incorporate their Phase I Trial Brief as their Phase II Trial Brief with respect to their Phase II Objections.

Dated: July 13, 2009

/s/ David P. Primack
Warren T. Pratt (4334)
David P. Primack (4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254
Telephone: 302-467-4200

- and -

- 2 -

        Michael F. Brown (*Pro Hac Vice*)
        Jeffrey M. Boerger (*Pro Hac Vice*)
        DRINKER BIDDLE & REATH LLP
        One Logan Square
        18th & Cherry Streets
        Philadelphia, PA 19103-6996
        Telephone: 215-988-2700

        *Counsel for Government Employees*
        *Insurance Company and Republic*
        *Insurance Company n/k/a Starr*
        *Indemnity & Liability Company*

- 2 -