IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on July 13, 2009, true and correct copies of **ANDERSON MEMORIAL HOSPITAL'S RESPONSE TO DEBTORS' MOTION FOR A PROTECTIVE ORDER AND OBJECTIONS TO ANDERSON MEMORIAL'S NOTICE OF DEPOSITION OF MARK SHELNITZ** were served on the parties listed on the attached service list in the manner indicated thereon:

DATED: July 13, 2009

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

**SERVICE LIST**

**VIA FACSIMILE AND FIRST CLASS MAIL**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801
*Fax:    (302) 652-4400*

David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
*Fax:    (212) 446-4900*

Janet S. Baer, PC
LAW OFFICES OF JANET S. BAER PC
780 W. Madison Street, Suite 2100
Chicago, IL 60602
*Fax:    (312) 641-2165*

James Restivo, Jr., Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
*Fax:    (412) 288-3063*

**VIA FIRST-CLASS MAIL**

Teresa K. D. Currier, Esquire
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
CAMPBELL & LEVINE LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

RESPONSE TO SHELNITZ MOTION.DOCX                    2

David M. Klauder, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
844 N. King Street, Room 2207
Wilmington, DE 19801

Theodore Tacconelli, Esquire
FERRY JOSEPH & PEARCE PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351

John C. Phillips, Jr., Esquire
PHILLIPS GOLDMAN & SPENCE PA
1200 N. Broom Street
Wilmington, DE 19806

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley, Esquire
Douglas Mannal, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005-1706

Scott Baena, Esquire
Jay Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL  33131-2336

Karl Hill, Esquire
Seitz Van Ogtrop & Green PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899-0068

David B. Siegel
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD  21044


**VIA ELECTRONIC MAIL**

Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street
Dallas, TX  75202
**Email: arich@alanrichlaw.com**

Jeffrey M. Boerger, Esquire
Drinker Biddle LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
**Email: Jeffrey.Boerger@dbr.com**