# EXHIBIT A



# Work-Related Lung Disease (WoRLD) Surveillance System

## Volume 1: Asbestosis: Mortality

**Table 1-10. Asbestosis: Counties with highest age-adjusted death rates (per million population), U.S. residents age 15 and over, 1995–2004**


| County | State | Age-Adjusted Rate | Crude Rate | Number of Deaths | % Female |
| --- | --- | --- | --- | --- | --- |
| Lincoln County | Montana | 262.5 | 289.1 | 44 | 18.2 |
| George County | Mississippi | 216.1 | 184.9 | 27 | 3.7 |
| Orange County | Texas | 140.5 | 136.6 | 90 | 3.3 |
| Greene County | Mississippi | 119.3 | 93.6 | 10 | 0.0 |
| Jackson County | Mississippi | 98.1 | 79.4 | 81 | 11.1 |
| Poquoson City | Virginia | 88.2 | 77.0 | 7 | 0.0 |
| Newport News City | Virginia | 84.7 | 68.3 | 94 | 5.3 |
| York County | Virginia | 81.6 | 55.7 | 24 | 0.0 |
| Washington County | Alabama | 74.7 | 71.9 | 10 | 0.0 |
| Newton County | Texas | 73.2 | 84.3 | 10 | 0.0 |
| Tyler County | West Virginia | 71.9 | 89.7 | 7 | 0.0 |
| Jefferson County | Texas | 71.8 | 76.4 | 151 | 3.3 |
| Marion County | Texas | 70.4 | 100.9 | 9 | 11.1 |
| Jasper County | Texas | 69.8 | 79.0 | 22 | 4.5 |
| Somerset County | New Jersey | 68.9 | 61.4 | 143 | 23.8 |
| Kitsap County | Washington | 67.7 | 59.2 | 107 | 4.7 |
| Jones County | Mississippi | 67.5 | 71.8 | 37 | 2.7 |
| Hampton City | Virginia | 67.2 | 53.1 | 62 | 0.0 |
| Suffolk City | Virginia | 62.1 | 56.9 | 28 | 3.6 |
| Wetzel County | West Virginia | 57.8 | 69.8 | 10 | 0.0 |
| Carlton County | Minnesota | 54.0 | 62.9 | 16 | 0.0 |
| Mason County | West Virginia | 53.3 | 61.4 | 13 | 0.0 |
| Sagadahoc County | Maine | 47.7 | 46.3 | 13 | 7.7 |
| Lincoln County | West Virginia | 47.5 | 50.2 | 9 | 0.0 |
| Putnam County | West Virginia | 47.4 | 38.9 | 16 | 0.0 |
| Mobile County | Alabama | 46.2 | 44.2 | 137 | 4.4 |
| Hardin County | Texas | 46.1 | 43.0 | 16 | 0.0 |
| Berkeley County | South Carolina | 44.9 | 26.2 | 29 | 20.7 |
| Gloucester County | Virginia | 44.7 | 43.8 | 12 | 0.0 |
| Chambers County | Texas | 43.7 | 30.1 | 6 | 0.0 |
| Kanawha County | West Virginia | 42.9 | 52.9 | 87 | 4.6 |
| Hutchinson County | Texas | 42.1 | 54.2 | 10 | 1.0 |
| Isle of Wight County | Virginia | 41.8 | 38.0 | 9 | 0.0 |
| Currituck County | North Carolina | 40.6 | 41.5 | 6 | 0.0 |
| Salem County | New Jersey | 40.0 | 45.3 | 23 | 4.3 |
| Choctaw County | Alabama | 38.4 | 39.8 | 5 | 2.0 |
| Camden County | New Jersey | 38.2 | 38.5 | 152 | 3.9 |
| Colbert County | Alabama | 37.7 | 45.1 | 20 | 5.0 |
| Jackson County | Texas | 37.6 | 44.6 | 5 | 0.0 |
| Wayne County | Mississippi | 37.4 | 37.0 | 6 | 0.0 |
| Chesapeake City | Virginia | 36.8 | 25.6 | 39 | 5.1 |
| Gloucester County | New Jersey | 36.6 | 33.1 | 66 | 1.5 |
| Shelby County | Texas | 35.3 | 45.8 | 9 | 0.0 |
| Smith County | Mississippi | 34.2 | 39.8 | 5 | 0.0 |
| Charleston County | South Carolina | 33.8 | 30.3 | 76 | 2.6 |
| Portsmouth City | Virginia | 33.6 | 38.0 | 30 | 0.0 |
| Jasper County | Mississippi | 33.3 | 35.4 | 5 | 2.0 |
| Lamar County | Mississippi | 33.1 | 26.4 | 8 | 12.5 |
| Benton County | Washington | 32.9 | 27.6 | 30 | 3.3 |
| Monroe County | Ohio | 32.9 | 40.6 | 5 | 0.0 |
| **Overall United States** | | 6.1 | 6.0 | 13,363 | 3.5 |

Note: See selected limitations for general cautions regarding inferences based on small numbers of deaths, and see counties having at least 5 deaths with the disease of interest are included. See appendices for source description, methods, and ICD codes.
Source: National Center for Health Statistics multiple cause-of-death data. Population estimates from U.S. Census Bureau.

**Downloads:**
print (.pdf) [Download Adobe Reader to view .pdf files.]
data (.csv)

**Archived Versions:**
2002T01-10



Search NIOSH | NIOSH Home | NIOSH Topics | Site Index | Databases and Information Resources | NIOSH Products | Contact Us

# Work-Related Lung Disease (WoRLD) Surveillance System

Home > Volume 1: Asbestosis and Related Exposures > 2007F01-03b

## Volume 1: Asbestosis: Mortality

**Figure 1-3b. Asbestosis: Age-adjusted death rates by county, U.S. residents age 15 and over, 1995–2004**



*Age-adjusted rates have not been calculated for counties having less than 5 deaths with the disease of interest or for unincorporated counties (see Appendix H).

Note: See selected limitations for general cautions regarding inferences based on small numbers of deaths, and see appendices for source description, methods, and ICD codes.

Source: National Center for Health Statistics multiple cause-of-death data. Population estimates from U.S. Census Bureau.

**Downloads:**
print (.pdf) [Download Adobe Reader to view .pdf files.]
data (.csv)

**Archived Versions:**

Page last modified: June 23, 2008
Page last reviewed: June 23, 2008
Content Source: National Institute for Occupational Safety and Health (NIOSH)