# EXHIBIT B



Home > Volume 1: Malignant Mesothelioma > 2007T07-10

# Work-Related Lung Disease (WoRLD) Surveillance System

## Volume 1: Malignant Mesothelioma: Mortality

**Table 7-10. Malignant mesothelioma: Counties with highest age-adjusted death rates (per million population), U.S. residents age 15 and over, 2000–2004**

| County | State | Age-Adjusted Rate | Crude Rate | Number of Deaths | % Female |
|---|---|---|---|---|---|
| Sagadahoc County | Maine | 97.1 | 102.6 | 15 | 26.7 |
| Koochiching County | Minnesota | 77.5 | 104.5 | 6 | 0.0 |
| Lincoln County | Montana | 56.1 | 65.1 | 5 | 40.0 |
| Mason County | West Virginia | 55.6 | 65.7 | 7 | 14.3 |
| Carlton County | Minnesota | 55.3 | 60.5 | 8 | 0.0 |
| Lincoln County | Maine | 55.0 | 76.0 | 11 | 9.1 |
| Bonner County | Idaho | 50.7 | 58.2 | 9 | 11.1 |
| Washington County | Maine | 50.3 | 64.7 | 9 | 11.1 |
| Newport News City | Virginia | 49.2 | 42.4 | 29 | 6.9 |
| Kitsap County | Washington | 48.0 | 43.1 | 40 | 20.0 |
| Posey County | Indiana | 47.8 | 46.9 | 5 | 60.0 |
| York County | Virginia | 47.2 | 38.8 | 9 | 11.1 |
| Dickinson County | Michigan | 47.0 | 63.1 | 7 | 28.6 |
| Tooele County | Utah | 46.9 | 36.3 | 6 | 16.7 |
| Union County | Oregon | 45.5 | 50.4 | 5 | 40.0 |
| Tyler County | Texas | 44.7 | 59.3 | 5 | 0.0 |
| Jasper County | Indiana | 43.3 | 41.5 | 5 | 40.0 |
| Isle of Wight County | Virginia | 42.8 | 40.1 | 5 | 20.0 |
| Jefferson Parish | Louisiana | 42.1 | 41.7 | 75 | 34.7 |
| Somerset County | New Jersey | 41.0 | 37.2 | 45 | 33.3 |
| Portsmouth City | Virginia | 40.5 | 43.6 | 17 | 29.4 |
| Mason County | Washington | 39.6 | 47.7 | 10 | 0.0 |
| Martin County | Minnesota | 38.6 | 57.5 | 5 | 0.0 |
| Orange County | Texas | 38.4 | 39.2 | 13 | 7.7 |
| Hancock County | West Virginia | 38.0 | 52.4 | 7 | 14.3 |
| Houghton County | Michigan | 37.7 | 40.3 | 6 | 50.0 |
| Gloucester County | Virginia | 37.5 | 35.0 | 5 | 0.0 |
| Franklin County | Washington | 37.4 | 26.2 | 5 | 20.0 |
| Alpena County | Michigan | 36.4 | 47.1 | 6 | 16.7 |
| Delaware County | Oklahoma | 35.7 | 45.8 | 7 | 28.6 |
| Anchorage Borough | Alaska | 35.6 | 13.7 | 14 | 0.0 |
| Yuba County | California | 34.8 | 30.2 | 7 | 28.6 |
| Polk County | Wisconsin | 34.8 | 40.7 | 7 | 0.0 |
| Gloucester County | New Jersey | 34.8 | 32.7 | 34 | 11.8 |
| Kenosha County | Wisconsin | 34.4 | 31.5 | 19 | 26.3 |
| Niagara County | New York | 34.3 | 40.9 | 36 | 16.7 |
| Mason County | Michigan | 34.2 | 42.8 | 5 | 20.0 |
| Augusta County | Virginia | 34.1 | 33.0 | 9 | 11.1 |
| James City County | Virginia | 33.8 | 42.6 | 9 | 22.2 |
| Preble County | Ohio | 33.6 | 35.3 | 6 | 50.0 |
| Greenup County | Kentucky | 33.4 | 39.5 | 6 | 33.3 |
| Natrona County | Wyoming | 32.9 | 33.5 | 9 | 0.0 |
| Jackson County | Mississippi | 32.5 | 27.0 | 14 | 21.4 |
| Chesapeake City | Virginia | 32.3 | 23.9 | 19 | 5.3 |
| Clinton County | Illinois | 32.2 | 34.7 | 5 | 40.0 |
| Windham County | Connecticut | 31.9 | 31.6 | 14 | 35.7 |
| Hill County | Texas | 31.7 | 37.4 | 5 | 20.0 |
| Cattaraugus County | New York | 31.5 | 35.9 | 12 | 25.0 |
| Siskiyou County | California | 31.3 | 44.2 | 8 | 12.5 |
| St. Louis County | Minnesota | 31.3 | 38.4 | 32 | 6.3 |
| **Overall United States** | | **11.5** | **11.3** | **12,895** | **18.9** |

Note:  Only counties with at least 5 deaths from the disease of interest are included. See selected limitations for general cautions regarding inferences based on small numbers of deaths, and see appendices for source description, methods, and ICD codes.
Source:  National Center for Health Statistics multiple cause-of-death data. Population estimates from U.S. Census Bureau.

**Downloads:**
print (.pdf) [Download Adobe Reader to view .pdf files.]
data (.csv)

**Archived Versions:**