IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Ref. No. \_\_\_\_\_ |

**ORDER APPROVING MOTION FOR LEAVE TO EXCEED PAGE
LIMIT RULE FOR TRIAL BRIEF OF LIBBY CLAIMANTS IN OPPOSITION TO
DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION**

Upon Motion of Libby Claimants to Exceed Page Limitation Rule for Trial Brief of Libby Claimants' in Opposition to Debtors' First Amended Joint Plan of Reorganization (the "Motion"), whereby the Libby Claimants[1] seek authorization to file the Trial Brief of Libby Claimants in Opposition to Debtors' First Amended Joint Plan of Reorganization (the "Trial Brief") in excess of the 40-page limitation prescribed pursuant to Del. Bankr. L.R. 7007-2 and the General Chambers Procedures; and due and proper notice of the Motion having been given; and is appearing that sufficient cause exists for granting the requested relief, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and

**FURTHER ORDERED** that the Libby Claimants are authorized to file the Trial Brief in excess of the 40-page limitation prescribed by Del. Bankr. L.R. 7007-2 and the General Chambers Procedures.

Dated: July \_\_\_, 2009
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Judith K. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

{393.001-W0001196.}