**EXHIBIT 27**

# W.R. Grace & Co.

Profile | Data | News | SEC Filings

Powered by NYSE Euronext Data | As of 13 Jul 2009, 19:16 (ET)
Market data below delayed at least 15 min.



| Symbol | Last Trade 16:00 13 Jul | NYSE Only Close 13 Jul 09 | Change | Volume |
|---|---|---|---|---|
| GRA | $11.52 | 11.52 | +0.08 (+0.70%) | 576,440 |

Website: http://www.grace.com/
Designated Market Maker (DMM): Barclays Capital

1 Day (1 mins)
Stock Price in Dollars



Volume (10,000s of shares)



| Today's | | |
|---|---|---|
| Open | High | Low |
| 11.43 | 11.60 | 10.95 |

| Previous Day's | | | 52 Week | |
|---|---|---|---|---|
| Close | NYSE Only Close | Volume | High | Low |
| 11.44 | 11.44 | 336,349 | 27.23 | 2.95 |
| | | | 15 Aug 2008 | 21 Nov 2008 |

| NYSE Info Tools™ | | | |
|---|---|---|---|
| ReTrac Retail Trading | Date 10 Jul 09 | Buy Shares 431 | Sell Shares 0 |
| ProTrac Program Trading | Date 10 Jul 09 | Index Arbitrage 1,500 | Non-Index Arbitrage 100 |

Source: NYSE Info Tools™

| P/E Ratio | 14.40 |
|---|---|
| Indicated Annual Dividend | 0.00 |
| Beta Coefficient | 2.15 |
| Earnings per Share | 0.80 |

| Yield (%) | 0.00 |
| Market Cap (billion) | 0.83 B |
| Shares Outstanding | 72,159,000 |

© 2009 NYSE Euronext. All Rights Reserved. Please read our terms and conditions and privacy statement. Real time NYSE prices provided by NYSE Euronext Data Solutions. See NYSE real-time terms and conditions

SUNGARD
DATA MANAGEMENT
SOLUTIONS

Delayed data provided by SunGard PowerData. Historical price and fundamental data provided by SunGard Data Management Solutions.