**EXHIBIT 32**

```
             UNITED STATES BANKRUPTCY COURT
                  DISTRICT OF DELAWARE


IN RE:                      .   Chapter 7
                            .
W.R. GRACE & CO.,           .   Case No. 01-01139(JKF)
et al.,                     .   (Jointly Administered)
                            .
         Debtors.           .   July 21, 2008 (1:06 p.m.)
                            .   (Wilmington)


              TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE JUDITH K. FITZGERALD
           UNITED STATES BANKRUPTCY COURT JUDGE
```

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

1     THE COURT: The parties I have participating by
2 phone are: Ken Pasquale, Marion Fairey, Elizabeth Cabraser,
3 Janet Baer, Christopher Candon, Jennifer Whitener, Darrell
4 Scott, Douglas Cameron, Van Hooker, Jacqueline Dais-Visca,
5 Michel Belanger, Debra Felder, Theodore Freedman, Terence
6 Edwards, Edward Westbrook, Melanie Schmid, John Phillips,
7 Daniel Cohn, Amanda Basta, Lisa Esayian, Alex Mueller, Carl
8 Pernicone, Warren Smith, Elizabeth Devine, Gregory Boyer,
9 William Kirley, Richard Wyron, Joseph Radecki, Arlene
10 Krieger, Robert Horkovich, Tara Nauful, Scott McMillin, David
11 Bernick, Lindsey Hoelzle, Joseph Schwartz, Careen Hannouche,
12 Walter Slocombe, James Restivo, Gentry Klein, Beau Harbor,
13 Andrew Craig, Christina Kang, Martin Dies, David Parsons,
14 David Beane, Jay Sakalo, Matthew Kramer, David Thompson,
15 David Siegel, Douglas Mannal, Tiffany Cobb, Gerald George,
16 Mark Schlnitz, Jonathan Brownstein, Sander Esserman, Alan
17 Runyan, Jay Hughes, Robert Givone, Daniel Speights, Scott
18 Baena, Jason Solganick, Michael Davis, Robert Guttmann, Ari
19 Berman, Marti Murray, Richard Levy, and Elizabeth
20 DeCristofaro. I'll take entries in court if you're ready.
21     MR. BERNICK: Yes, Your Honor. David Bernick for
22 Grace.
23     MS. BAER: Janet Baer for Grace.
24     MR. O'NEILL: James O'Neill for Grace.
25     MR. KRUGER: Your Honor, Lewis Kruger for Unsecured

1           THE COURT: That's all I am using this for. So -

2           MR. BERNICK: That is the only purpose, and I would

3   not have gone down this road.

4           THE COURT: Okay, well, keep it short, Mr. Bernick.

5           MR. BERNICK: All right, I was -

6           THE COURT: But tell me what the dispute is because

7   I'm still not getting it. Okay.

8           MR. BERNICK: I think, in the last ten minutes,

9   I'm not sure how much time I let him talk about that. I will

10  keep it short.

11          THE COURT: All right.

12          MR. BERNICK: So, our position is that today

13  solvency is disputed and on September the 15th this solvency

14  is going to be disputed because it has been unresolved, the

15  estimation proceeding has been suspended. If they want to

16  put on a case that says that their solvency for purposes of

17  demonstrating that they're entitled to default interest,

18  they're certainly - I say "they" because I want to talk about

19  who is in a position to be able to do that. They are

20  certainly free to argue that matter under the law on

21  September the 15th. That is that this is a solvent debtor.

22  So we then get to the question of, Well, what will that

23  actually involve, and we now know what it will actually

24  involve because their papers have been filed and they made

25  commitments to what it will actually involve. With respect