IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace, *et al.*                   Bankruptcy No. 01-1139-JKF
    Debtor(s)                       (Jointly Administered)

                                    Chapter 11

                                    **Related to Transcript of June 23, 2009**

**ORDER REGARDING EXHIBITS AND SCHEDULING RELATED TO THE
PLAN CONFIRMATION HEARING HELD ON JUNE 23, 2009**

        **AND NOW,** this **14th** day of **July, 2009**, **WHEREAS** for reasons unknown the last portion of the plan confirmation hearing on June 23, 2009, failed to record;

        **WHEREAS** the Court has determined that the unrecorded portion concerned the admission of Exhibits and a scheduling ruling;

        **WHEREAS** the Court's notes reflect the rulings contained on Appendix A hereto with respect to the admission of Exhibits and scheduling;

        It is **ORDERED** that the parties shall review the list of Exhibits and the schedule on Appendix A and on or before **4:00 p.m. on July 20, 2009,** shall file a notice with respect to any corrections to the information on Appendix A.

        It is **FURTHER ORDERED** that counsel for the Debtors shall immediately serve a copy of this Order on parties in interest who participated in the June 23, 2009, hearing but who do not receive electronic notice and shall file a certificate of service forthwith.

                                       *Judith K. Fitzgerald*
                                       Judith K. Fitzgerald    rmab
                                       United States Bankruptcy Judge