**APPENDIX A**
RE: W.R. Grace, *et al.*, Bankruptcy No. 01-1139-JKF, Transcript of June 23, 2009

<u>Federal Insurance Company Exhibits</u>

| | |
|---|---|
| FI Exhibits 1 - 10 - policies issued to Grace | Admitted subject to relevance objection |
| FI Exhibits 11 - 15 - first underlying policies which the others follow form and were supplied by the plan proponents | Admitted subject to relevance objection |
| FI Exhibit 16 - Nov 18, 2007, cover letter followed by a settlement between Debtor and Federal Insurance | Admitted subject to relevance objection |
| FI Exhibits 17 - 20 are 4 letters written by Federal Insurance between 2004 and 2008 to counsel for Debtors - objection by Debtors on basis of coverage issue, hearsay, relevance, lack of foundation, prejudicial effect | Not Admitted |
| FI Exhibit 21 is the Plan Proponents' responses to Federal Insurance discovery requests proffered only as to the admissions | To be tendered to Debtors for pinpoint |

<u>Zurich Companies</u>
Z Exhibits 1 - 16 -    Admitted subject to relevance objection
    Z Exhibits 12-15 excess policy documents
    Z Exhibit 16 affidavit re authenticity

<u>AXA Belgium</u>
Joined in Geico exhibits and will designate

<u>Geico and Seaton</u>
will tender to Debtor to file with the court
Geico and Seaton will submit trial exhibits
through Debtor

<u>CNA</u> - will submit through Debtor

Continued confirmation hearing will be in Pittsburgh September 8, 2009, and continuing through September 17, 2009.