IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139-JKF |
| Debtor(s) | (Jointly Administered) |
| | Chapter 11 |

Related to Doc. No. 21848, Debtors' Substantive and Non-Substantive Objection to Claims Filed By Madison Complex, Inc, 7/27/09 Agenda Item 3; Doc. No. 22153, Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties, 7/27/09 Agenda Item 6

### ORDER CONTINUING AGENDA ITEMS 3 AND 6 FROM JULY 27, 2009, TO AUGUST 24, 2009

AND NOW, this **14th** day of **July, 2009**, **WHEREAS** the above-captioned motions were timely filed pursuant to the Case Management Order in effect in this case;

**WHEREAS** the parties extended the deadlines for responses to dates that are not in compliance with the Case Management Order;

**WHEREAS** no extension of response deadline was authorized by the Court;

It is **ORDERED** that the above motions will not be heard on July 27, 2009, and are hereby rescheduled to the omnibus hearing scheduled for **August 24, 2009**, at **10:30 a.m. Eastern** in Wilmington, Delaware.

It is **FURTHER ORDERED** that counsel for Debtors shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*
Judith K. Fitzgerald   **rmab**
United States Bankruptcy Judge