IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. \_\_\_\_\_ |

**ORDER APPROVING MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT
REQUIREMENT FOR JOINT PRE-TRIAL MEMORANDUM
OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS AND THE BANK LENDER GROUP IN OPPOSITION TO
CONFIRMATION OF FIRST AMENDED JOINT PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Upon consideration of the Motion for Entry of an Order, Pursuant to Rule 7007-2 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware filed by the Creditors' Committee and the Bank Lender Group in the above-referenced proceeding (the "Motion")[1] seeking authorization to file the Pre-Trial Memorandum in excess of the forty (40) page limitation prescribed by Local Rule 7007-2 and the General Chambers Procedures, the Court having reviewed the Motion, and the Court finding that (i) notice of the Motion was sufficient under the circumstances; and (ii) the Creditors' Committee and the Bank Lender Group have demonstrated sufficient justification for approval of the Motion; and after due deliberation, the Court having determined that good and sufficient cause has been shown,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such term as in the Motion.

{672.001-W0001195.}

2

2. The Creditors' Committee and Bank Lender Group are authorized to file the Pre-Trial Memorandum in excess of the forty (40) page limitation prescribed by Local Rule 7007-2 and the General Chambers Procedures.

Dated: July ____, 2009
       Wilmington, Delaware

                                    The Honorable Judith K. Fitzgerald
                                    UNITED STATES BANKRUPTCY JUDGE