**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139-JKF |
| Debtor(s) | (Jointly Administered) |
| | Chapter 11 |

**Related to Doc. No. 22153, Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties, 7/27/09 Agenda Item 6, Doc. No. 22446**

**ORDER REINSTATING HEARING ON DOC. NO. 22153 FOR 7/27/09**

**AND NOW,** this **14th** day of **July, 2009**, **WHEREAS** the order at Doc. No. 22446 continuing the July 27, 2009, hearing on Doc. No. 22153, Agenda Item 6, was entered in error;

It is **ORDERED** that the hearing on Doc. No. 22153 will go forward on July 27, 2009, at 10:30 a.m. Eastern as originally scheduled.

It is **FURTHER ORDERED** that counsel for Debtors shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*    rmab
Judith K. Fitzgerald
United States Bankruptcy Judge