Date: 07/13/09      Legal Analysis Systems, Inc.
Time: 2:00pm                                    Page 1

       W. R. Grace, Inc. c/o Elihu Inselbuch
       Caplin & Drysdale
       399 Park Avenue, 27th Floor
       New York, New York 10022

Date/Slip# Description                              HOURS/RATE  AMOUNT
--------------------------------------------------------------------------------

05/03/09  Peterson  / (07) Committee, Creditors'     3.8           3040.00
#5001     Review portions of Lockwood deposition              800.00

05/04/09  Peterson  / (07) Committee, Creditors'     2.5           2000.00
#5004     Review Lockwood deposition                          800.00

05/05/09  Relles    / (07) Committee, Creditors'     0.3           142.50
#5205     Prepare mail shipments for Nate Finch              475.00

05/06/09  Relles    / (07) Committee, Creditors'     1.5           712.50
#5206     Review Lockwood deposition                         475.00

05/07/09  Peterson  / (07) Committee, Creditors'     0.2           160.00
#5009     Review Tabulations for McMillan                    800.00

05/07/09  Relles    / (07) Committee, Creditors'     1.2           570.00
#5208     Tabulations for McMillan                           475.00

05/11/09  Relles    / (07) Committee, Creditors'     0.6           285.00
#5209     Check source of liability estimates sent to         475.00
      Garbowski

05/26/09  Relles    / (07) Committee, Creditors'     0.3           142.50
#5210     Research and respond to McMillan question regarding 475.00
      numbers of claims

{D0157283.1 }

Date: 07/13/09     Legal Analysis Systems, Inc.
Time: 2:00pm                                    Page 2

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 05/06/09 Peterson / (14) Hearings<br>#5008 Review documents to prepare for deposition | 4.8<br>800.00 | 3840.00 |
| 05/07/09 Peterson / (14) Hearings<br>#5010 Review documents to prepare for deposition | 6.3<br>800.00 | 5040.00 |
| 05/21/09 Peterson / (14) Hearings<br>#5014 Review prior deposition transcript | 2.6<br>800.00 | 2080.00 |
| 05/24/09 Peterson / (14) Hearings<br>#5015 Review documents for deposition | 4.3<br>800.00 | 3440.00 |
| 05/27/09 Peterson / (14) Hearings<br>#5016 Prepare for deposition | 2.3<br>800.00 | 1840.00 |
| 05/29/09 Peterson / (14) Hearings<br>#5019 Prepare for deposition | 3.1<br>800.00 | 2480.00 |
| 05/29/09 Relles / (14) Hearings<br>#5211 Organize materials for Peterson deposition, arrange for production of materials for deposition | 1.2<br>475.00 | 570.00 |

{D0157283.1 }

Date: 07/13/09     Legal Analysis Systems, Inc.
Time: 2:00pm                                Page 3

    W. R. Grace

Date/Slip# Description                           HOURS/RATE  AMOUNT
--------------------------------------------------------------------
05/10/09  Peterson  / (16) Plan and Disclosure Statement    2.3        1840.00
#5012     Review and analyses of Trust TDP and liabilities        800.00

{D0157283.1 }

Date: 07/13/09        Legal Analysis Systems, Inc.
Time: 2:00pm                                    Page 4

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 05/04/09 Peterson / (28) Data Analysis | 4.3 | 3440.00 |
| #5002 Work on demonstratives for testimony | 800.00 | |
| 05/04/09 Peterson / (28) Data Analysis | 0.3 | 240.00 |
| #5003 Telephone Relles re: slides for upcoming hearing | 800.00 | |
| 05/04/09 Relles / (28) Data Analysis | 4.6 | 2185.00 |
| #5201 Work on slides for upcoming hearing | 475.00 | |
| 05/04/09 Relles / (28) Data Analysis | 0.3 | 142.50 |
| #5202 Telephone Peterson re: slides for upcoming hearing | 475.00 | |
| 05/05/09 Peterson / (28) Data Analysis | 0.5 | 400.00 |
| #5005 Review changes in reports | 800.00 | |
| 05/05/09 Peterson / (28) Data Analysis | 2.3 | 1840.00 |
| #5006 Review demonstratives for hearing | 800.00 | |
| 05/05/09 Relles / (28) Data Analysis | 2.0 | 950.00 |
| #5203 Incorporate Peterson comments into slides | 475.00 | |
| 05/05/09 Relles / (28) Data Analysis | 1.7 | 807.50 |
| #5204 Update slides | 475.00 | |
| 05/06/09 Peterson / (28) Data Analysis | 0.3 | 240.00 |
| #5007 Telephone Relles re: Kazan data request | 800.00 | |
| 05/06/09 Relles / (28) Data Analysis | 0.3 | 142.50 |
| #5207 Telephone Peterson re: Kazan data request | 475.00 | |
| 05/08/09 Peterson / (28) Data Analysis | 2.0 | 1600.00 |
| #5011 Review news articles on Grace criminal trial | 800.00 | |
| 05/11/09 Peterson / (28) Data Analysis | 2.8 | 2240.00 |
| #5013 Review Grace experts' papers on incidence | 800.00 | |
| 05/28/09 Peterson / (28) Data Analysis | 2.8 | 2240.00 |
| #5017 Review Libby Plan objections | 800.00 | |
| 05/29/09 Peterson / (28) Data Analysis | 2.4 | 1920.00 |
| #5018 Review changes to reports | 800.00 | |
| 05/31/09 Peterson / (28) Data Analysis | 2.0 | 1600.00 |
| #5020 Read interrogatory responses | 800.00 | |

{D0157283.1 }

Date: 07/13/09     Legal Analysis Systems, Inc.
Time: 2:00pm                              Page 5

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 05/31/09  Relles   / (28) Data Analysis | 0.4 | 190.00 |
| #5212    Read interrogatories | 475.00 | |

{D0157283.1 }

Date: 07/13/09  Legal Analysis Systems, Inc.
Time: 2:00pm  Page 6

W. R. Grace

Summary Of Time Charges, By Month and Activity
May 2009 - May 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| May | - (07) Committee, Creditors' | 10.4 | 7052.50 |
| May | - (14) Hearings | 24.6 | 19290.00 |
| May | - (16) Plan and Disclosure Statement | 2.3 | 1840.00 |
| May | - (28) Data Analysis | 29.0 | 20177.50 |
| May | - (99) Total | 66.3 | 48360.00 |
| | | | |
| Total | - (07) Committee, Creditors' | 10.4 | 7052.50 |
| Total | - (14) Hearings | 24.6 | 19290.00 |
| Total | - (16) Plan and Disclosure Statement | 2.3 | 1840.00 |
| Total | - (28) Data Analysis | 29.0 | 20177.50 |
| Total | - (99) Total | 66.3 | 48360.00 |

{D0157283.1 }

Date: 07/13/09        Legal Analysis Systems, Inc.
Time: 2:00pm                          Page 7

    W. R. Grace

   Summary Of Time Charges, By Month and Person
     May 2009 - May 2009

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| May | - Relles | 14.4 | 6840.00 |
| May | - Peterson | 51.9 | 41520.00 |
| May | - Total | 66.3 | 48360.00 |
| | | | |
| Total | - Relles | 14.4 | 6840.00 |
| Total | - Peterson | 51.9 | 41520.00 |
| Total | - Total | 66.3 | 48360.00 |

--------------------------------------------------------------------------------

{D0157283.1 }

Date: 07/13/09        Legal Analysis Systems, Inc.
Time: 2:00pm                              Page 8

    W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
May 2009 - May 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (07) Committee, Creditors' | | | | |
| May | - Relles | 3.9 | 475. | 1852.50 |
| May | - Peterson | 6.5 | 800. | 5200.00 |
| (14) Hearings | | | | |
| May | - Relles | 1.2 | 475. | 570.00 |
| May | - Peterson | 23.4 | 800. | 18720.00 |
| (16) Plan and Disclosure Statement | | | | |
| May | - Peterson | 2.3 | 800. | 1840.00 |
| (28) Data Analysis | | | | |
| May | - Relles | 9.3 | 475. | 4417.50 |
| May | - Peterson | 19.7 | 800. | 15760.00 |

{D0157283.1 }