IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. 22421** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                    ) SS
COUNTY OF NEW CASTLE )

Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Ashby & Geddes, P.A., counsel to AIU Holding Ltd. in the above captioned bankruptcy case, and that on July 13, 2009 he caused a true and correct copy of the below listed pleading to be served upon the persons on the attached service list via U.S. Mail, postage prepaid unless otherwise indicated..

- **Trail Brief in Support of the Limited Objection of Certain AIU Insurers to the Debtors' First Amended Joint Plan of Reorganization [Docket No. 22421; Filed on July 13, 2009].**

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 14 day of July 2009.

_____
Notary Public
183788.1

{00314751;v1}

| | |
|---|---|
| General Counsel<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>David M. Bernick,<br>Theodore L. Freedman |
| Pachulski, Stang, Ziehl, & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Attn: Laura Davis Jones<br>James E. O'Neill | Caplin & Drysdale, Chartered<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC 20005<br>Attn: Peter Lockwood<br>Ronald Reinsel |
| Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152<br>Attn: Elihu Inselbuch | Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131-5340<br>Attn: Scott L. Baena<br>Jay M. Sakalo<br>Mindy A. Mora |
| David T. Austem<br>3110 Fairview Park Drive Suite 200<br>Falls Church VA 22042-0683 | Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, N.W. Washington, D.C. 20005-1706 Attention<br>Roger Frankel |
| Alan B. Rich<br>Attorney and Counselor 1401 Elm Street, Suite 4620<br>Dallas, Texas 75202-3909 | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Attn: Lewis Kruger<br>Arlene Krieger<br>Kenneth Pasquale |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: D. J. Baker | Fresenius Medical Care North America Corporate Headquarters<br>Corporate Law Department<br>95 Hayden Avenue<br>Lexington, MA 02420-9192<br>Attn: General Counsel |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Phillip Bentley | Office of the United States Trustee<br>Attn: David Klauder, Esq.<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |

{0298310;v1}

BMC Group, Inc.
Attn: W.R. Grace Voting Agent
P.O. Box 2007
Chanhassen, MS 55317-2007

)0298310.v1}