## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-1139 (JKF) |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. 22422** |
| | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| COUNTY OF NEW CASTLE | ) |

Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Ashby & Geddes, P.A., counsel to National Union Fire Insurance Company of Pittsburgh, PA. in the above captioned bankruptcy case, and that on July 13, 2009 he caused a true and correct copy of the below listed pleading to be served upon the persons on the attached service list via U.S. Mail, postage prepaid unless otherwise indicated..

- **Trail Brief in Support of Objection of National Union Fire Insurance Company of Pittsburgh, PA. to Confirmation of the First Amended Joint Plan of Reorganization and Joinder [Docket No. 22421; Filed on July 13, 2009].**

Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 14 day of July 2009.

Notary Public

183788.1

{00314756;v1}

General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
David M. Bernick,
Theodore L. Freedman

Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Attn: Laura Davis Jones
James E. O'Neill

Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Attn: Peter Lockwood
Ronald Reinsel

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Attn: Elihu Inselbuch

Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340
Attn: Scott L. Baena
Jay M. Sakalo
Mindy A. Mora

David T. Austem
3110 Fairview Park Drive Suite 200
Falls Church VA 22042-0683

Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W. Washington, D.C. 20005-1706 Attention
Roger Frankel

Alan B. Rich
Attorney and Counselor 1401 Elm Street, Suite 4620
Dallas, Texas 75202-3909

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Attn: Lewis Kruger
Arlene Krieger
Kenneth Pasquale

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: D. J. Baker

Fresenius Medical Care North America Corporate
Headquarters
Corporate Law Department
95 Hayden Avenue
Lexington, MA 02420-9192
Attn: General Counsel

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Phillip Bentley

Office of the United States Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

{0298310;v1}

BMC Group, Inc.
Attn: W.R. Grace Voting Agent
P.O. Box 2007
Chanhassen, MS 55317-2007