# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD MAY 1, 2009 THROUGH MAY 31, 2009[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/01/09 18 | Review and respond to emails regarding quarterly fee application | K. Begley | 0.2 | 50.00 |
| 05/04/09 18 | Revise and finalize January to March 2009 Quarterly Fee Application; work on same with A. Marchetta | K. Begley | 0.6 | 150.00 |
| 05/22/09 18 | Review Certificate of No Objection for the March 2009 Fee Application and forward same to A. Marchetta and S. Zuber; print docket entries and organized for file; email to R. Rosen regarding April invoices | K. Begley | 0.3 | 75.00 |
| 05/28/09 18 | Review and respond to e-mails regarding April invoices in preparation for drafting April Fee Application; draft verification in support of April Fee Application | K. Begley | 0.5 | 125.00 |
| 05/29/09 18 | Draft April Fee Application documents; organize docket entries for file | K. Begley | 0.4 | 100.00 |
| 05/31/09 18 | Revise April 2009 Fee Application Documents; forward to S. Zuber for review | K. Begley | 0.8 | 200.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| K. Begley | 2.80 | 250.00 | 700.00 |
| TOTALS: | 2.80 | | 700.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 2.8 | 250.00 | 700.00 |
| TOTAL: | | 2.8 | | 700.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/01/09 | Forward information regarding site remediation | | | |
| 14 | | A. Marchetta | 0.3 | 192.00 |
| 05/01/09 | Review article regarding Hamilton issues and review Libby trial blog regarding related Locke and other issues; confer with A. Marchetta regarding same | | | |
| 14 | | B. Moffitt | 0.7 | 280.00 |
| 05/01/09 | Search regarding compilation of information on current status of investigation of Hamilton plant and related issues, including commentary on GAO report on the EPA's assessment of sites that received asbestos from Libby | | | |
| 14 | | S. Parker | 0.6 | 93.00 |
| 05/05/09 | Discuss with B. Moffitt proposed language in Grace's draft 10K relative to indemnification obligations and disclosures | | | |
| 14 | | S. Zuber | 0.2 | 99.00 |
| 05/05/09 | Provide comments regarding client's proposed 10-Q language and review file material re same; e-mails with A. Marchetta and S. Zuber re same | | | |
| 14 | | B. Moffitt | 0.6 | 240.00 |
| 05/08/09 | Follow up regarding Libby case and issues for case with DEP | | | |
| 14 | | A. Marchetta | 0.4 | 256.00 |
| 05/08/09 | E-mail exchange with co-defendants' counsel regarding Third Circuit filings | | | |
| 14 | | B. Moffitt | 0.2 | 80.00 |
| 05/11/09 | Search regarding compilation of information on current status of investigation of Hamilton plant and related issues | | | |
| 14 | | S. Parker | 0.5 | 77.50 |
| 05/13/09 | Review Third Circuit brief; follow up with B. Moffitt regarding same | | | |
| 14 | | A. Marchetta | 0.5 | 320.00 |
| 05/14/09 | Work on brief revisions with B. Moffitt | | | |
| 14 | | A. Marchetta | 0.5 | 320.00 |
| 05/14/09 | Conference with B. Moffitt regarding Third Circuit brief | | | |
| 14 | | A. Marchetta | 0.5 | 320.00 |
| 05/14/09 | Review draft Third Circuit brief and file materials and provide comments to | | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | co-counsel | | | |
| 14 | B. Moffitt | | 1.9 | 760.00 |
| 05/14/09 | Respond to co-counsel's request for information re remediation expenditures and documentation of same | | | |
| 14 | B. Moffitt | | 1.4 | 560.00 |
| 05/14/09 | Conduct searches and review documents in order to compile documents and confirm information cited in draft Third Circuit brief as requested by co-counsel, and work with B. Moffitt regarding same | | | |
| 14 | S. Parker | | 1.4 | 217.00 |
| 05/15/09 | Telephone calls and e-mails with R. Gilson and client regarding settlement | | | |
| 14 | A. Marchetta | | 0.6 | 384.00 |
| 05/15/09 | Memo to A. Marchetta on Grace/DOJ article | | | |
| 14 | W. Hatfield | | 0.2 | 83.00 |
| 05/18/09 | Telephone calls and e-mails regarding settlement | | | |
| 14 | A. Marchetta | | 0.6 | 384.00 |
| 05/19/09 | Telephone calls with mediator and follow up regarding same as to information requested | | | |
| 14 | A. Marchetta | | 0.5 | 320.00 |
| 05/19/09 | Confer with A. Marchetta regarding latest settlement demand from NJDEP | | | |
| 14 | B. Moffitt | | 0.2 | 80.00 |
| 05/22/09 | E-mails and follow up regarding extension on reply brief | | | |
| 14 | A. Marchetta | | 0.4 | 256.00 |
| 05/22/09 | Review letter regarding NJDEP reply brief extension and e-mail A. Marchetta regarding same | | | |
| 14 | B. Moffitt | | 0.2 | 80.00 |
| 05/27/09 | Telephone calls regarding follow up to Gilson/Torregrossa | | | |
| 14 | A. Marchetta | | 0.4 | 256.00 |
| 05/28/09 | Telephone call from J. Torregrossa, Third Circuit Mediator, and e-mail to client regarding same | | | |
| 14 | A. Marchetta | | 0.6 | 384.00 |
| 05/28/09 | Telephone calls and e-mails regarding settlement | | | |
| 14 | A. Marchetta | | 0.3 | 192.00 |
| 05/28/09 | Identification and retrieval of documents in Third Circuit case as requested | | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | by B. Moffitt | | | |
| 14 | | S. Parker | 0.5 | 77.50 |
| 05/29/09 | Telephone call with client; follow up regarding settlement | | | |
| 14 | | A. Marchetta | 0.4 | 256.00 |
| 05/29/09 | Review e-mails and NJDEP notice of appearance regarding Section 105 appeal to Third Circuit. | | | |
| 14 | | B. Moffitt | 0.3 | 120.00 |
| 05/30/09 | Review information regarding settlement offer | | | |
| 14 | | A. Marchetta | 0.3 | 192.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.20 | 415.00 | 83.00 |
| A. Marchetta | 6.30 | 640.00 | 4,032.00 |
| S. Zuber | 0.20 | 495.00 | 99.00 |
| B. Moffitt | 5.50 | 400.00 | 2,200.00 |
| S. Parker | 3.00 | 155.00 | 465.00 |
| TOTALS: | 15.20 | | 6,879.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 6.3 | 640.00 | 4,032.00 |
| S. Zuber | 14 | 0.2 | 495.00 | 99.00 |
| W. Hatfield | 14 | 0.2 | 415.00 | 83.00 |
| B. Moffitt | 14 | 5.5 | 400.00 | 2,200.00 |
| S. Parker | 14 | 3.0 | 155.00 | 465.00 |
| TOTAL: | | 15.2 | | 6,879.00 |

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### MAY 1, 2009 THROUGH MAY 31, 2009

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | |
|---|---:|
| Telephone | $23.00 |
| Matter Total Engagement Cost: | $23.00 |

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: August 3, 2009 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States District Court for the District of Colorado, the United

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83191044A01071309

States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Florham Park, New Jersey
Dated: July 14, 2009

Respectfully submitted,
DAY PITNEY LLP

_____
Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950