# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due:** May 20, 2009 |
| | ) | |
| | ) | **Hearing Dates:** June 22-26, 2009 |
| | ) | September 8-11, 2009 |
| | ) | |
| | ) | Relates to Document No. 22424 |
| | ) | |
| | ) | Document No. _____ |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the PHASE II TRIAL BRIEF OF CERTAIN LONDON MARKET INSURANCE COMPANIES *(Dkt. No. 22424)* has been served on the parties on the attached service list (version as indicated) by electronic mail on July 13, 2009 and other parties as indicated by First Class, United States Mail, Postage Pre-Paid on July 14, 2009.

Date: July 14, 2009

*/s/ Michael A. Shiner*
Michael A. Shiner, Esquire (PA ID 78088)
mshiner@tuckerlaw.com
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
Phone: (412) 594-5586
Fax:  (412) 594-5619

*Counsel for Certain London Market Insurance Companies*

## Unredacted Version U.S. Mail
## Service List

David M. Bernick, P.C.
Theodore L. Freedman
Deanna D. Boll
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800

Janet S. Baer, P.C.
THE LAW OFFICES OF JANET S. BAER, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602
Telephone: 312-641-2162

Laura Davis Jones (#2436)
James E. O'Neill (#4042)
Timothy Cairns (#4228)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
*Counsel for the Debtors and Debtors in Possession*

Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706
Telephone: (202) 339-8400

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Philip Bentley
Douglas Mannal
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100

Teresa K.D. Currier (#3080)
BUCHANAN INGERSOLL & ROONEY PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200

*Counsel for the Official Committee of EquitySecurity Holders*

## Unredacted Version Email Service List

dfelder@orrick.com; rfrankel@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; korr@orrick.com; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; mhurford@camlev.com; meskin@camlev.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; bharding@kirkland.com; justin.brooks@kirkland.com; jo'neill@pszjlaw.com; jbaer@jsbpc.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; 'lstover@eckertseamans.com'; 'lkruger@stroock.com'; 'kpasquale@stroock.com'; 'cohn@cwg11.com'; 'candon@cwg11.com'; 'tscobb@vssp.com'; 'rjsidman@vorys.com'; 'meltzere@pepperlaw.com'; 'toolee@pepperlaw.com'; 'caseyl@pepperlaw.com'; 'kmayer@mccarter.com'; 'dsilver@mccarter.com'; 'rdehney@mnat.com'; 'acordo@mnat.com'; 'mforshaw@stblaw.com'; 'ealcabes@stblaw.com'; 'jwisler@cblh.com'; 'mphillips@cblh.com'; 'elongosz@eckertseamans.com'; 'MLastowski@duanemorris.com'; 'RWRiley@duanemorris.com'; 'WSKatchen@duanemorris.com'; 'landis@lrclaw.com'; 'butcher@lrclaw.com'; 'mumford@lrclaw.com'; 'jheberling@mcgarveylaw.com'; 'dmcgarvey@mcgarveylaw.com'; 'stacie@lhs.psemail.com'; 'fmonaco@monlaw.com'; 'kmangan@wcsr.com'; 'maward@wcsr.com'; 'fournierd@pepperlaw.com'; 'carignaj@pepperlaw.com'; 'hertzbergr@pepperlaw.com'; 'kmiller@skfdelaware.com'; 'speirce@fulbright.com'; 'tgerber@fulbright.com'; 'cbifferato@bifferato.com'; 'gmcdaniel@bglawde.com'; 'carl.pernicone@wilsonelser.com'; 'tschiavoni@omm.com'; 'gsvirsky@omm.com'; 'dglosband@goodwinprocter.com'; 'bmukherjee@goodwinprocter.com'; 'emdecristofaro@fmew.com'; 'jwaxman@morrisjames.com'; 'wshelley@cozen.com'; 'jcohn@cozen.com'; 'jdd@stevenslee.com'; 'lpg@stevenslee.com'; 'mes@stevenslee.com'; 'yoderj@whiteandwilliams.com'; 'scalogero@cuyler.com'; 'acraig@cuyler.com'; 'rifft@wileyrein.com'; 'kmorell@wileyrein.com'; 'Warren.Pratt@dbr.com'; 'David.Primack@dbr.com'; 'Michael.Brown@dbr.com'; 'Jeffrey.Boerger@dbr.com'; 'ecfbdel@alanrichlaw.com'; 'jspadaro@johnsheehanspadaro.com'; 'alexander.mueller@mendes.com'; 'Thomas.Quinn@mendes.com'; 'gcalhoun@steptoe.com'

**Redacted Version Email List**

'Boerger, Jeffrey M.'; 'Anne Marie P. Kelley'; 'James P. Ruggeri'; 'John S. Spadaro'; 'Martin J. Weis'; 'Nancy L. Manzer'; 'Scott J. Freedman'; 'Michael S. Davis'; 'Robert Guttmann'; 'Dana L. Reynolds'; 'Jason M. Madron'; 'Jeff Friedman'; 'Marcos Ramos'; 'Mark D. Collins'; 'Merritt A. Pardini'; 'Noah Heller'; 'James Sottile'; 'Thomas G. Macauley'; 'Virginia Whitehill Guldi'; 'David Pastor'; 'Ira M. Levee'; 'Joseph H. Meltzer'; 'Katherine Bornstein'; 'Michael S. Etkin'; 'Daniel B. Butz'; 'David S. Rosenbloom'; 'Derek C. Abbott'; 'William H. Sudell, Jr.'; 'Daniel M. Silver'; 'Katharine L. Mayer'; 'Andrew N. Rosenberg'; 'Margaret A. Phillips'; 'Stephan J. Shimshak'; 'David M. Turetsky'; 'J. Gregory St. Clair'; 'Mark S. Chehi'; 'George R. Calhoun, V'; 'Ann C. Cordo'; 'Robert J. Dehney'; 'James Freeman'; 'Andrea Madigan'; 'David M. Klauder'; 'ustpregion03.wl.ecf@usdoj.gov'; 'Edward J. Westbrook'; 'Christopher D. Loizides'; 'Dan Speights'; 'David L. Rosendorf'; 'John Kozyak'; 'Jay M. Sakalo'; 'Lisa L. Coggins'; 'Matthew I. Kramer'; 'Michael B. Joseph'; 'Rick S. Miller'; 'Scott L. Baena'; 'Theodore J. Tacconelli'; 'Alan B. Rich'; 'cobb@lrclaw.com'; 'green@lrclaw.com'; 'Edward C. Toole, Jr.'; 'Evelyn J. Meltzer'; 'Linda J. Casey'; 'Etta R. Wolfe'; 'Kathleen M. Miller'; 'Steve A. Peirce'; 'Toby L. Gerber'; 'Adam G. Landis'; 'Christopher Candon'; 'Daniel C. Cohn'; 'Kerri K. Mumford'; 'Rebecca L. Butcher'; 'David M. Fournier'; 'James C. Carignan'; 'Robert S. Hertzberg'; 'Cory D. Kandestin'; 'Robert J. Sidman'; 'Robert J. Stearn, Jr.'; 'Tiffany Strelow Cobb'; 'Francis A. Monaco'; 'Kevin Mangan'; 'Matthew P. Ward'; 'Arlene G. Krieger'; 'Kenneth Pasquale'; 'Lewis Kruger'; 'Michael R. Lastowski'; 'Richard W. Riley'; 'acraig@cuyler.com'; 'scalogero@cuyler.com'; 'Allen Schwartz'; 'Brad Elias'; 'Carl Pernicone'; 'Catherine Chen'; 'Garvan F. McDaniel'; 'Gary Svirsky'; 'Paul R. Koepff'; 'Tancred Schiavoni'; 'Gregory T. LoCasale'; 'James S. Yoder'; 'Joseph Gibbons'; 'Marc S. Casarino'; 'Anaxet Y. Jones'; 'Brian H. Mukherjee'; 'Daniel M. Glosband'; 'Edward B. Rosenthal'; 'Elizabeth M. DeCristofaro'; 'Fred Schafrick'; 'Jonathan W. Young'; 'Michael S. Giannotto'; 'Shayne W. Spencer'; 'Ilan Rosenberg'; 'Jacob C. Cohn'; 'John T. Carroll, III'; 'William P. Shelley'; 'Beth Stern Fleming'; 'David R. Beane'; 'John D. Demmy'; 'Leonard P. Goldberger'; 'Leslie A. Davis'; 'Mark Plevin'; 'Marnie E. Simon'; 'Christopher E. Prince'; 'Frederick B. Rosner'; 'Kenneth Dorsney'; 'Robert B. Millner'; 'Alex Mueller'; 'Anna Newsom'; 'Carolina Acevedo'; 'Eileen McCabe'; 'Tom Quinn'; 'Edward J. Longosz, II'; 'Jeffrey Wisler'; 'kmorell@wileyrein.com'; 'Laura G. Stover'; 'Marc J. Phillips'; 'Richard A. Ifft'; 'ealcabes@stblaw.com'; 'Karen Abravanel'; 'Marissa A. Piropato'; 'Samuel Rubin'; 'Bernie Bailor'; 'Elihu Inselbuch'; 'James Wehner'; 'Jeffrey A. Liesemer'; 'Julie W. Davis'; 'Kevin Maclay'; 'Mark T. Hurford'; 'Marla R. Eskin'; 'Nathan Finch'; 'Peter Van N. Lockwood'; 'Rita C. Tobin'; 'Robert M. Horkovich'; 'Trevor W. Swett'; 'Walter Slocombe'; 'Debra L. Felder'; 'Guy, Jonathan P.'; 'John C. Phillips, Jr.'; 'Joshua Cutler'; 'Kathleen Orr'; 'Mary A. Wallace'; 'Peri Mahaley'; 'Richard H. Wyron'; 'Roger Frankel'; 'Andrew Running'; 'Barbara Harding'; 'Barbara Stansbury'; 'Christopher T. Greco'; 'Craig A. Bruens'; 'David M. Bernick'; 'Deanna Boll'; 'James E. O'Neill'; 'Janet S. Baer'; 'Kathleen P. Makowski'; 'Kimberly Love'; 'Lisa G. Esayian'; 'ljones@pszjlaw.com'; 'Lynzy Oberholzer'; 'Patricia Cuniff'; 'Theodore L. Freedman'; 'Timothy P. Cairns'; 'David Blabey'; 'Douglas Mannal'; 'Greg Horowitz'; 'Philip Bentley'; 'Teresa K.D. Currier'