IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>Ref. No. 22399, 22398 |

**ORDER FOR LEAVE FROM CASE MANAGEMENT ORDER AND TO SHORTEN NOTICE AND EXPEDITED CONSIDERATION OF LIBBY CLAIMANTS' MOTION TO DEFER CONSIDERATION OF DEBTORS' MOTION TO APPROVE SETTLEMENT WITH ROYAL PARTIES**

Upon Motion of the Libby Claimants pursuant to Del. Bankr. L.R. 9006-1(e) and Fed. R. Bankr. P. 9006(c), for leave from this Court's Case Management Order and to shorten notice and expedited consideration with respect to the Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties ("Motion to Defer"); and due and proper notice of the Motion to Defer having been given; and is appearing that sufficient cause exists for granting the requested relief, it is hereby:

**ORDERED** that the Motion to Shorten is **GRANTED**;

**FURTHER ORDERED** that the Libby Claimants are granted leave from the Case Management Order;

**FURTHER ORDERED** that the notice period with respect to the Motion to Defer is shortened and a telephonic hearing is scheduled for July 27, 2009 at 10:30 a.m.

**FURTHER ORDERED** that responses/objections shall be filed and served **no later than Noon Eastern on July 23, 2009.**

**FURTHER ORDERED** that counsel for Movants shall immediately serve a coy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

DATED: July 15, 2009

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{393.001-W0001168.}