IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

   Linda M. Rogers, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Bank Lender Group in the above-referenced cases, and on the 13th and 14th day of July, 2009, she caused a copy of the following:

*Joint Pre-Trial Memorandum of the Official Committee of Unsecured Creditors and Bank Lender Group in Opposition to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code*
[Docket. No. 22441 – July 13, 2009]

*Compendium of Exhibits to Joint Pre-Trial Memorandum of the Official Committee of Unsecured Creditors and Bank Lender Group In Opposition to Confirmation of First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code*
[Docket. Nos. 22442, 22443, 22444 – July 14, 2009]

*Motion for Leave to Exceed the Page Limit Requirement for Joint Pre-Trial Memorandum of the Official Committee of Unsecured Creditors and Bank Lender Group in Opposition to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy*
[Docket No. 22448 – July 14, 2009]

to be served upon the parties on the attached service list via Electronic Mail.

_____
Linda M. Rogers

  SWORN TO AND SUBSCRIBED before me this 15th day of July, 2009.

_____
Notary Public

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

{672.001-W0001210.}

**W.R. Grace Email Service list
of Objecting And Interested Parties to
Disclosure Statement.**
Case No. 01-1139 (JKF)

*Via Email*

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
Arlene G. Krieger
lkruger@stroock.com
kpasquale@stroock.com
akrieger@stroock.com
(Counsel to the Official Committee of
Unsecured Creditors)

DUANE MORRIS LLP
Michael R. Lastowski
Richard W. Riley
mlastowski@duanemorris.com
rwriley@duanemorris.com
(Delaware Counsel for the GUC's)

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
sbaena@bilzin.com
jsakalo@bilzin.com
mkramer@bilzin.com
(Counsel to the PD Committee)

FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph
Theodore J. Tacconelli
mjoseph@ferryjoseph.com
ttacconelli@ferryjoseph.com
(Delaware counsel for PD Committee)

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov

KATTEN MUCHIN ROSENMAN LLP
Noah Heller
Merritt A. Pardini
Jeff Friedman
noah.heller@kattenlaw.com
merritt.pardini@kattenlaw.com
jeff.friedman@kattenlaw.com
(Counsel to Bank of America etc re RMQ
Bond)

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins
Jason M. Madron
Dana L. Reynolds
Marcos Ramos
collins@rlf.com
madron@rlf.com
Reynolds@rlf.com
ramos@rlf.com
(Counsel to Bank of America etc.re RMQ
Bond)

PEPPER HAMILTON LLP
David M. Fournier
James C. Carignan
Robert S. Hertzberg
fournierd@pepperlaw.com
carignanj@pepperlaw.com
hertzbergr@pepperlaw.com
(Counsel to Longacre Master Fund)

PEPPER HAMILTON LLP
Evelyn J. Meltzer
Edward C. Toole Jr.
Anne Marie Aaronson
Linda J. Casey
meltzere@pepperlaw.com
toolee@pepperlaw.com
caseyl@pepperlaw.com
(Counsel to BNSF)

{W0000040.}

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan
Matthew P. Ward
fmonaco@wcsr.com
kmangan@wcsr.com
maward@wcsr.com
(Counsel to State of Montana and The Crown)

LOWENSTEIN SANDLER PC
Michael S. Etkin
Ira M. Levee
metkin@lowenstein.com
ilevee@lowenstein.com
(Counsel to the ERISA Plaintiffs)

GILMAN & PASTOR, LLP
David Pastor
Dpastor@Gilmanpastor.com
(Counsel to the ERISA Plaintiffs)

SCHIFFRIN BARROWAY TOPAZ &
KESSLER LLP
Joseph H. Meltzer
Katherine Bornstein
jmeltzer@sbtklaw.com
kbornstein@sbtklaw.com
(Counsel to the ERISA Plaintiffs)

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esquire
Cory D. Kandestin
stearn@rlf.com
kandestin@rlf.com
(Delaware counsel to Scotts)

VORYS, SATER, SEYMOUR and PEASE
LLP
Robert J. Sidman Esquire
Tiffany Strelow Cobb
rjsidman@vorys.com
tscobb@vorys.com
(Counsel to Scotts)

LANDIS RATH & COBB LLP'
Adam G. Landis
Kerri K. Mumford
landis@lrclaw.com
mumford@lrclaw.com
(Delaware counsel to Libby Claimants)

LANDIS RATH & COBB LLP'
Richard S. Cobb
James S. Green, Jr.
cobb@lrclaw.com
green@lrclaw.com
(Delaware counsel to Pre Petition Lender Group)

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn
Christopher M. Candon
cohn@cwg11.com
candon@cwg11.com
(Counsel to Libby Claimants)

SMITH, KATZENSTEIN & FURLOW LLP
Kathleen M. Miller
Etta R. Wolfe
kmiller@skfdelaware.com
ewolfe@skfdelaware.com
(Delaware Counsel for Kaneb)

FULBRIGHT & JAWORSKI L.L.P.
Steve A. Peirce
Toby L. Gerber
speirce@fulbright.com
tgerber@fulbright.com
(Counsel to Kaneb)

CONNOLLY BOVE LODGE & HUTZ
LLP
Jeffrey Wisler
Marc J. Phillips
jwisler@cblh.com
mphillips@cblh.com
(Counsel to Maryland Casualty and Zurich Insurance)

ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Edward J. Longosz, II
Laura G. Stover
elongosz@eckertseamans.com
lstover@eckertseamans.com
(Counsel to Maryland Casualty and Zurich)

ROSENTHAL, MONHAIT, & GODDESS
Edward B. Rosenthal
erosenthal@rmgglaw.com
(Counsel to CNA)

GOODWIN PROCTER LLP
Daniel M. Glosband
Brian H. Mukherjee
Michael S. Giannotto
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com
(Counsel to CNA)

FORD MARRIN ESPOSITO WITMEYER
& GLESER, LLP
Elizabeth DeCristofaro
Shayne W. Spencer
emdecristofaro@FMEW.com
swspencer@FMEW.com
(Counsel to CNA)

WILEY REIN LLP
Richard A. Ifft
rifft@wileyrein.com

WHITE AND WILLIAMS LLP
Marc S. Casarino
Joseph Gibbons
Gregory T. LoCasale
James S. Yoder
casarinom@whiteandwilliams.com
gibbonsj@whiteandwilliams.com
locasaleg@whiteandwilliams.com
yoderj@whiteandwilliams.com
(Counsel to Century Indemnity Company)

DRINKER BIDDLE & REATH LLP
Warren T. Pratt
David P. Primack
Michael F. Brown
Jeffrey Boerger
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com
(Counsel to Seaton, One Beacon, GEICO
and Commercial Union)

STEVENS & LEE, P.C.
John D. Demmy
Leonard P. Goldberger
Marnie E. Simon
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
(Counsel to Firemans' Fund)

CROWELL & MORING
Mark Plevin
Leslie Davis
mplevin@crowell.com
ldavis@crowell.com
(Counsel to Firemans' Fund)

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Stephan J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
sshimshak@paulweiss.com
arosenberg@paulweiss.com
mphillips@paulweiss.com
(Counsel to the Pre Petition Lender Group)

{W0000040.}  3

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo
William T. Russell, Jr.
Marissa A. Piropato
Elisa Alcabes
Arniad M. Kushner
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com
akushner@stblaw.com
(Counsel to Travelers Insurance)

COZEN O'CONNOR
John T. Carroll, III
William P. Shelley
Jacob C. Cohn
Barry M. Klayman
Iian Rosenberg
jcarroll@cozen.com
wshelley@cozen.com
jcohn@cozen.com
bklayman@cozen.com
irosenberg@cozen.com
(Counsel to Federal Insurance)

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel
gmcdaniel@bglawde.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Carl J. Pernicone
Catherine Chen
carl.pernicone@wilsonelser.com
Catherine.chen@wilsonelser.com
(Counsel to Royal Insurance and Arrowood Indemnity)

ALAN RICH LAW
Alan B. Rich
arich@alanrichlaw.com
(Counsel to the PD FCR)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David Turetsky
david.turetsky@skadden.com
(Counsel to Sealed Air)

KRAMER LEVIN NAFTALIS & FRANKEL LP
Philip Bentley
Douglas Mannal
Greg Horowitz
David Blabey
pbentley@kramerlevin.com
dmannal@kramerlevin.com
ghorowitz@kramerlevin.com
dblabey@kramerlevin.com
(Counsel to the Equity Committee)

STEPTOE & JOHNSON LLP
George R. Calhoun V
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig
acraig@cuyler.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Debra L. Felder
Roger Frankel
Mary A. Wallace
Richard H. Wyron
Jonathan Guy
Kathleen Orr
Peri Mahaley
Joshua Cutler
dfelder@orrick.com
rfrankel@orrick.com
mwallace@orrick.com
rwyron@orrick.com
jguy@orrick.com
korr@orrick.com
pmahaley@orrick.com
jcutler@orrick.com
(Counsel to the PI FCR)

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

U.S. DEPARTMENT OF JUSTICE
James Freeman
james.freeman2@usdoj.gov
(Environmental Counsel re Libby)

CAPLAN & DRYSDALE
Jeffrey A. Liesemer
Peter Van N. Lockwood
Nathan Finch
Elihu Inselbuch
James Wehner
Bernie Bailor
Walter Slocombe
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com
ei@capdale.com
jpw@capdale.com
bsb@capdale.com
wbs@capdale.com
(Counsel to the ACC)

CROWELL & MORING
Leslie Epley Davis
lepley@crowell.com

WILMERHALE
Nancy L. Manzer
nancy.manzer@wilmer.com

ENVIRONMENTAL PROTECTION
AGENCY
Andrea Madigan
Madigan.andrea@epa.gov
(Environmental Counsel re Libby)

HOGAN & HARTSON
James P. Ruggeri
jpruggeri@hhlaw.com

MCDERMOTT WILL & EMERY
David S. Rosenbloom
drosenbloom@mwe.com
(Counsel to Fresenius)

CAMPBELL & LEVINE, LLC
Mark T. Hurford
Marla R. Eskin
mhurford@camlev.com
meskin@camlev.com
(Delaware counsel to the ACC)

O'MELVENY & MYERS LLP
Brad Elias
Tancred Schiavoni
Gary Svirsky
Paul R. Koepff
Allen Schwartz
belias@omm.com
tschiavoni@omm.com
gsvirsky@omm.com
pkoepff@omm.com
allenschwartz@omm.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

| | |
|---|---|
| KIRKLAND & ELLIS<br>David Bernick<br>Christopher T. Greco<br>Criag A. Bruens<br>Theodore L. Freedman<br>Barbara Harding<br>Brian Stansbury<br>Andrew Running<br>Kimberly Love<br>Travis Langenkamp<br>Heather Bloom<br>Karen F. Lee<br>David Boutrous<br>david.bernick@kirkland.com<br>christopher.greco@kirkland.com<br>craig.bruens@kirkland.com<br>theodore.freedman@kirkland.com<br>bharding@kirkland.com<br>bstansbury@kirkland.com<br>arunning@kirkland.com<br>klove@kirkland.com<br>travis.langenkamp@kirkland.com<br>heather.bloom@kirkland.com<br>karen.f.lee@kirkland.com<br>david.boutrous@kirkland.com<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>James E. O'Neill<br>Timothy P. Cairns<br>Kathleen P. Makowski<br>Patricia Cuniff, Paralegal<br>Lynzy Oberholzer, Paralegal<br>joneill@pszjlaw.com<br>tcairns@pszjlaw.com<br>kmakowski@pszjlaw.com<br>pcuniff@pszjlaw.com<br>loberholzer@pszjlaw.com | ZUCKERMAN SPAEDER LLP<br>Thomas G. Macauley<br>Virginia Whitehill Guldi<br>James Sottile<br>tmacauley@zuckerman.com<br>vguldi@zuckerman.com<br>jsottile@zuckerman.com<br>(Counsel to Equitas)<br><br>McCARTER & ENGLISH, LLP<br>Katharine L. Mayer<br>Daniel M. Silver<br>kmayer@mccarter.com<br>dsilver@mccarter.com<br><br>ZEICHNER ELLMAN & KRAUSE LLP<br>Michael S. Davis<br>Robert Guttmann<br>rguttmann@zeklaw.com<br>mdavis@zeklaw.com<br>(Counsel to AIG and National Union)<br><br>JOHN SHEEHAN SPADARO, LLC<br>John S. Spadaro<br>jspadaro@johnsheehanspadaro.com<br><br>MENDES & MOUNT LLP<br>Alexander Mueller<br>Thomas J. Quinn<br>Eileen McCabe<br>Anna Newsom<br>Carolina Acevedo<br>alexander.mueller@mendes.com<br>thomas.quinn@mendes.com<br>eileen.mccabe@mendes.com<br>anna.newsom@mendes.com<br>carolina.acevedo@mendes.com<br>(Counsel to the London Market Companies)<br><br>DILWORTH PAXON LLP<br>Martin J. Weis<br>Anne Marie P. Kelley<br>Scott J. Freedman<br>mweis@dilworthlaw.com<br>akelley@dilworthlaw.com<br>sfreedman@dilworthlaw.com |

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
young@wildman.com
(Counsel to CNA)

SPEIGHTS & RUNYAN LLP
Daniel Speights
dspeights@speightsrunyan.com
(Counsel to Anderson Memorial and other PD Claimants)

RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook
ewestbrook@rpwb.com
(Counsel to ZAI claimants)

ANDERSON KILL & OLICK P.C.
Robert M. Horkovick
rhorkovich@andersonkill.com
(ACC Special Insurance Counsel)

MORRIS, NICHOLAS, ARSHT & TUNNELL LLP
Robert J. Dehney
Ann C. Cordo
rdehney@mnat.com
acordo@mnat.com

SAUL EWING LLP
Teresa K.D. Currier
tcurrier@saul.com

BIFFERATO GENTILOTTI LLC
Ian Connor Bifferato
cbifferato@bglawde.com

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr.
jcp@pgslaw.com

THE LAW OFFICES OF JANET S. BAER P. C.
Janet S. Baer
jbaer@jsbpc.com

TUCKER ARENSBERG, P.C.
Michael A. Shiner
mshiner@tuckerlaw.com

KOZYAK TROPIN & THROCKMORTON, P.A.
David L. Rosendorf
John Kozyak
drosendorf@kttlaw.com
jk@kttlaw.com
(Counsel to Anderson Memorial)

STICHTER RIEDEL BLAIN & PROSSER, P.A.
Harley E. Riedel
hriedel@srbp.com

SONNENSCHEIN NATH & ROSENTHAL LLP
Robert B. Millner
Christopher E. Prince
rmillner@sonnenschein.com
cprince@sonnenschein.com
(Counsel for General Insurance Company of America)

MESSANA ROSNER & STERN LLP
Thomas M. Messana
Frederick B. Rosner
tmessana@mws-law.com
frosner@mrs-law.com
(Counsel for General Insurance Company of America)