IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W. R. Grace & Co., *et al.*      Bankruptcy No. 01-1139-JKF
    Debtor(s)

Chapter 11

**Related to Doc. No.** 22459, Modified Order Granting Motion to Shorten re Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties (RE: Doc. Nos. 22399, 22398, 22153)

### ORDER AMENDING ORDER ENTERED AT DOC. NO. 22459 SHORTENING TIME ON LIBBY CLAIMANTS' MOTION TO DEFER CONSIDERATION OF DEBTORS' MOTION TO APPROVE SETTLEMENT WITH ROYAL PARTIES

    **AND NOW**, this **17th** day of **July, 2009**, **WHEREAS** the Court entered an order shortening time with respect to Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties;

    **WHEREAS** the order indicated that the hearing on the Motion to Defer would be telephonic;

    **WHEREAS** the Motion to Defer and the Motion to Approve Settlement are scheduled for the omnibus hearing on July 27, 2009, in Wilmington, Delaware;

    It is **ORDERED** that participation at the hearing is not limited to telephone participation and the Case Management Order in effect in this case governs registration for telephonic appearances.

    It is **FURTHER ORDERED** that counsel for Libby Claimants shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*      rmab
Judith K. Fitzgerald
United States Bankruptcy Judge