IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket Nos. 19581, 19620** |

### NOTICE OF DEPOSITION[1]

PLEASE TAKE NOTICE that Arrowood Indemnity Company shall produce for deposition Kemp Hooper on July 17, 2009, beginning at 10:00 a.m., at the Courtyard by Marriott, 800 Arrowood Road, Charlotte, NC. The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by stenographic means. The Libby Claimants and such other parties as have standing and have filed a timely objection to the Debtors' motion seeking approval of the Grace/Arrowood Settlement Agreement are hereby invited to attend and examine the witness. Mr. Hopper is being produced in response to the Libby Claimants request for a deposition in connection with the Debtors' pending motion seeking approval of the Grace/Arrowood Settlement Agreement and in response to the Libby Claimants' notice seeking a witness from Arrowood.[2]

Dated: July 15 2009
　　　　Wilmington, Delaware

By:　/s/ Garvan F. McDaniel
　　　Garvan F. McDaniel, Esq. (#4167)
　　　BIFFERATO GENTILOTTI LLC
　　　800 N. King Street, Plaza Level
　　　Wilmington, DE  19801
　　　(302) 429-1900 Phone
　　　(302) 429-8600 Fax

---

[1] This Notice of Deposition is being served July 15, 2009, however, counsel for the Libby Claimants were advised of the upcoming July 17, 2009 deposition on or about July 9, 2009.

[2] Arrowood has objected to the Libby Claimants request for depositions and reserves the right to seek costs and expenses in connection with their demand for this deposition

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred V. Schiavoni, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
(212) 326-2267

Counsel to Arrowood Indemnity Company,
f/k/a Royal Indemnity Company