**EXHIBIT A**

**W.R. Grace Bank Lender Appeal List**
Case No. 01-1139
Doc. No. 150775
01 – Hand Delivery
01 – Overnight Delivery

**Hand Delivery**
Richard S. Cobb, Esquire
James S. Green, Jr.
Landis, Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE  19899

**Overnight Delivery**
Stephen J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064