## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for April, 2009**

| **Date** | **Services** | **Hours** |
|---|---|---|
| 4/2 | Meeting at Orrick in New York with attorneys and financial Advisors re Debtors' position | 2.6 |
| | Review of Plan materials and preparation for deposition | 3.7 |
| **Total Hours:** | | **6.3** |
| | **Total Fees ($500.00 per hour)** | **$3,150.00** |

**Expenses:**

Travel to New York 4/1 – 4/2

| | |
|---|---|
| Airfare (roundtrip D.C/N.Y.) | $564.05 |
| Hotel in New York | 427.63 |
| Transportation to and from airport in New York | 114.75 |
| Parking at National Airport | 60.00 |

**Total Expenses** — **$1,166.43**

**Total Fees and Expenses** — $4.316.43

 Chase.com | Contact Us | Privacy Policy | 

Monday, April 06, 2009

My Accounts > Account Details > Account Activity

## Account Activity

○ Print ○ Help with this page

**I'd like to...**
- Go to account details
- Pay credit card
- See statement
- See more choices



### Review your recent transactions
- Here are the purchases you've made with this card since your last statement. You'll see purchase descriptions in the Description column to help you remember what types of products and services you've bought.

**Note:** If you use a credit card that earns rewards, please note these purchase descriptions may be different than the categories we use to determine the rewards you earn per purchase, and we don't use them to calculate your rewards. Learn more.

Activity for... CREDIT CARD (...5026)  Show

**Show Me...** my account activity    Since Last Statement  Show

| Trans Date ▼ | Post Date | Type | Description | Transaction Number | Amount |
|---|---|---|---|---|---|
| 04/04/2009 | 04/06/2009 | Sale | MACARTHUR LIQUORS(Other) | 5542135909515819186396 5 | $142.68 |
| 04/03/2009 | 04/05/2009 | Sale | HILTON HOTELS WALDORF(Lodging) | 9518013909305030002153 3 | $427.63 — W R Grace |
| 04/03/2009 | 04/06/2009 | Sale | USAIRWAY 03723442627682(Travel) | 5549967909464200047365 1 | $539.20 |
| 04/02/2009 | 04/05/2009 | Sale | AGNT FEE 89081446523226(Travel) | 5541734909358093535377 2 | $44.00 |
| 04/02/2009 | 04/05/2009 | Sale | DELTA 00674142714556(Travel) | 5541734909358093504999 0 | $224.45 W R Grace |
| 03/31/2009 | 04/01/2009 | Sale | DELTA 00621294859301(Travel) | 5541734909158091062576 6 | $339.60 W R Grace |
| 03/26/2009 | 03/27/2009 | Sale | CPB HOME LOAN PROGRAM(Other) | 5526352908555601770001 7 | $1,150.00 Citi Aunt |
| 02/12/2009 | 04/03/2009 | Sale | BED BATH & BEYOND #651(Other) | 5543425904427400085485 1 | $100.00 |
| 02/08/2009 | 04/03/2009 | Sale | DNEME.COM(Other) | 5545702903920041160004 4 | $107.00 |

**Last Statement Balance $0.00**

**Search for**

Select Account    CREDIT CARD (...5026) 

Select a Time Period    ● Since Last Statement 

○ From _____ To _____
You can search up to 90 days worth of activity online.

**Narrow Your Search**

Transaction Type    All    

Merchant Name or Keyword

Search

Security | Terms of Use | Legal Agreements

◎ This is a link to a third party site as described in our Weblinking Practices. Note that the third party's privacy policy and security practices may differ from our standards. We assume no responsibility nor do we control, endorse, or guarantee any aspect of your use of the linked site.

© 2009 JPMorgan Chase & Co.

# The Waldorf=Astoria

301 Park Avenue • New York, NY 10022
Phone (212) 355-3000 • Fax (212) 872-7272
www.waldorfastoria.com

Name & Address

ISTERN, DAVID
34 ROCKWOOD PKWY NW
ASHINGTON, DC 200163248

| | |
|---|---|
| Room | 27Y/K1RRU1 |
| Arrival Date | 3/31/2009   1:43:00PM |
| Departure Date | 4/2/2009 |
| Adult/Child | 2/0 |
| Room Rate | 339.00 |

RATE PLAN   LV7

HH# 015004136 DIAMOND
AL: CO  #AS060562
BONUS AL:   CAR:

ONFIRMATION NUMBER : 3342692552

/2/2009    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/1/2009 | BUSINESS CENTER / 1 PAGE FAX SEND AND COMPUTER TIME | JMCGRAN | 11269143 | $25.65 | | |
| 4/1/2009 | GUEST ROOM | ACOULO | 11270783 | $339.00 | | |
| 4/1/2009 | OCC TAX | ACOULO | 11270783 | $2.00 | | |
| 4/1/2009 | ROOM OCCUPANCY TAX 5.875% | ACOULO | 11270783 | $19.92 | | |
| 4/1/2009 | STATE ROOM TAX | ACOULO | 11270783 | $28.39 | | |
| 4/1/2009 | JAVITS CENTER FEE | ACOULO | 11270783 | $0.75 | | |
| 4/2/2009 | *MINIBAR | WTULL | 11272031 | $11.92 | | |
| 4/2/2009 | MC *5026 BALANCE | WTULL | 11272032 | | $427.63 | $0.00 |

You have earned approximately 11554 HHonors points and approximately 703 miles with Continental Airlines for this stay. To check your earnings for this stay or any other stay at any of more than 3,000

ACCOUNT NO.
MC *5026

CARD MEMBER NAME
AUSTERN, DAVID

ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

DATE OF CHARGE: 4/1/2009
FOLIO NO./CHECK NO.: 1516420 A

AUTHORIZATION: 007474   INITIAL

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT

PAYMENT DUE UPON RECEIPT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

FOLIO

USA
Official Sponsor of the U.S. Olympic Team

INVOICE #       1122780
INVOICE DATE    04/27/2009

Make Checks Payable To:

**INTABORO**
88-19 101st Avenue, Ozone Park, NY 11416
718-845-1705 ext.3030 Fax:(718) 845-1709

www.intaboro**COPY**

CLAIMS RESOLUTION MGMT CORP
3110 FAIRVIEW PARK DRIVE 200
FALLS CHURCH, VA 22042
Attn: ACCOUNTING DEPT.

ACCOUNT #       MA770
INVOICE #
AMOUNT PAID     $ 114.75
                $ _____

IF THERE ARE VOUCHERS THAT ARE NOT BEING PAID, PLEASE SEND A COPY OF THAT PAGE WITH YOUR CHECK.
PLEASE EXAMINE THIS INVOICE. WE WILL CONSIDER THIS INVOICE TO BE CORRECT AND AN ACCOUNT AS STATED
UNLESS WE RECEIVE A WRITTEN OBJECTION WITHIN 30 DAYS.
**PAYMENT TERMS:** TOTAL AMOUNT OF INVOICE IS DUE UPON RECEIPT OF THIS BILL. OVERDUE INVOICES
ARE SUBJECT TO 1.5% FINANCE CHARGE PER MONTH.

- - - - - CUT ALONG DOTTED LINE AND RETURN UPPER PORTION WITH PAYMENT - - - - -
RETAIN BOTTOM PORTION FOR YOUR RECORDS

**INTABORO**
88-19 101st Avenue, Ozone Park, NY 11416
718-845-1705 ext.3030 Fax:(718) 845-1709

Invoice # 1122780                   Detail for Acct.# MA770

| Vch#   | Date     | Car# | Passenger | Pickup        | Destination        | Time  | Rate  | Tips | Tol/Prk | WT    | Stops | Phone | Mis/NJTx | SrvFee | Surchg | Layout | Total  |
|--------|----------|------|-----------|---------------|--------------------|-------|-------|------|---------|-------|-------|-------|----------|--------|--------|--------|--------|
| 550559 | 03/31/09 | 0320 | AUSTERN,  | LGA,          | M,301 PARK AV      | 13:05 | 39.00 | 0.00 | 0.00    | 17.50 | 0.00  | 0.00  | 0.00     | 3.00   | 1.19   | 0.00   | 60.69  |
| 560462 | 04/02/09 | 0044 | AUSTERN,  | M,3 E 52 ST   | LGA,               | 14:57 | 39.00 | 0.00 | 5.00    | 0.00  | 6.00  | 0.00  | 0.00     | 3.00   | 1.06   | 0.00   | 54.06  |

Total:                                                              78.00  0.00  5.00  17.50  6.00  0.00  0.00  6.00  2.25  0.00  114.75

Page No: 1                          No. of Items: 2

David –
Fu your review –
6200 10.40-

Receipt 550559 (intaBORO)
- Acct: 320
- Date: 3/31/09
- F#: 3519
- Company: Claims Resolut
- Passenger: Austern
- From: LGA
- To: 301 Park Ave (M6)
- Time of Disp: 3:00 PM
- Time of P/U: 3:45 PM
- Waiting time: 25 min

Conf#: 0900063519
- Rate: 39.00
- Wait: 17.50
- Srv: 3.00
- Srchg: 1.19
- Total: 60.69

Receipt 560462 (intaBORO)
- Acct: 44
- Date: 4/2/09
- F#: 6572
- Company: Claims Resolute
- Passenger: Austern
- From: 3 E 52 (M6)
- To: LGA
- Stop: 333 E 55 (M6)
- Time of Disp: 2:58 PM
- Time of P/U: 3:15 PM
- Tolls: 5.00

Conf#: 0900065572
- Rate: 39.00
- Tolls: 5.00
- Stops: 6.00
- Srv: 3.00
- Srchg: 1.06
- Total: 54.06



**OVATION AND THE LAWYERS TRAVEL SERVICE**

PHONE: 212-506-3660
E-MAIL OVATION AND THE LAWYERS TRAVEL SERVICE

🖨 Print this page

# Itinerary

DAVID T AUSTERN
Reservation code: HWPFPD

### Thu, Apr 2

**Flights: DELTA AIR LINES INC, DL 5921**
**Operated by SHUTTLE AMERICA**

| | |
|---|---|
| **From:** NEW YORK LGA, NY (LGA) | **Departs:** 4:30pm |
| **To:** WASHINGTON REAGAN, DC (DCA) | **Arrives:** 5:46pm |
| **Departure Terminal:** MARINE AIR TERMINAL | **Duration:** 1 hour(s) and 16 minute(s) |
| **Arrival Terminal:** TERMINAL B | **Class:** Economy |
| **Seat(s):** Check-In Required | **Status:** Confirmed |
| **Notes:** PRE-ASSIGNED SEATING NOT OFFERED ON THIS FLIGHT. | |
| **Gate:** | |
| **Aircraft:** EMBRAER EMB 175 JET | **Airline Confirmation:** ROEQ9G |
| **Meal:** | **Mileage:** 215 |
| **Smoking:** No | **Frequent Flyer:** DELTA AIR LINES INC 2023405273 |

*Please verify flight times prior to departure*

---

**Notes:**

EMERGENCY TRAVEL ASSISTANCE
9AM-530PM EST 212-506-3660 BRET IN THE NYC OFC
8AM-600PM PST 415-773-5750 JOSE AND DEAN IN THE SF OFC
830AM-530PM PST 650-614-7600 DON IN MENLO PARK OFC
TOLL FREE FOR ALL TRAVEL OFFICES - 888-258-4937

..
FOR AFTER HOURS TRAVEL HELPLINE ASSISTANCE CALL
800-876-4922 YOUR MEMBERSHIP ID IS UH6B
YOUR CALL IS SUBJECT TO A SERVICE FEE

..
THANK YOU FOR CHOOSING
THE LAWYERS TRAVEL SERVICE FOR YOUR TRAVEL NEEDS.

..
PLEASE VISIT OUR ONLINE SURVEY AT
WWW.LAWYERSTRAVEL.COM/SURVEY

..
GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
RECONFIRM ALL FLIGHT TIMES PRIOR TO YOUR DEPARTURE
DELTA - FARE INFO -
ANY CHANGES MAY INCUR A HIGHER FARE.

