## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for May, 20089**

| Date | Services | Hours |
|---|---|---|
| 5/1 | Telephone participation in Lockwood deposition | 6.4 |
| 5/4 | Telephone participation in Lockwood deposition | 4.2 |
| 5/6 | Review of Plan documents for deposition preparation | 3.2 |
| 5/7 | Review of Plan documents for deposition preparation | 4.4 |
| 5/8 | Meeting with Orrick lawyers for deposition preparation | 4.5 |
| 5/9 | Review of Plan documents for deposition preparation | 5.8 |
| 5/11 | Review of Plan documents for deposition preparation | 7.2 |
| 5/14 | Meeting with Orrick lawyers for deposition preparation | 2.6 |
| 5/15 | Deposition preparation (2); deposition (5.5) | 7.5 |
| 5/26 | Review of selected Plan objections | 3.4 |

**Total Hours:** **49.2**

**Total Fees ($500.00 per hour)** **$24,600.00**

**Expenses:**

There were no expenses

**Total Fees and Expenses:** $24,600.00