IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref No. ____ |

## ORDER GRANTING LIBBY CLAIMANTS' MOTION TO COMPEL DEBTORS AND ARROWOOD TO RESPOND TO DISCOVERY REQUESTS IN CONNECTION WITH DEBTORS' MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH THE ROYAL PARTIES

Upon the Libby Claimants' Motion to Compel Debtors and Arrowood to Respond to Discovery Requests in Connection with Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties (the "Motion")[1]; and due and sufficient notice of the Motion having been given; and the Court having considered the Motion and any responses thereto; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Debtors and Arrowood shall provide to the Libby Claimants complete responses to the discovery requests; and it is further

ORDERED that the Debtors shall provide a representative to respond to questions, under oath, concerning the Proposed Settlement; and it is further

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

{393.001-W0001339.}

ORDERED that this Court shall retain jurisdiction over the Libby Claimants, the Debtors, and Arrowood with respect to any matters related to, or arising from, the Motion or implementation of this Order.

Dated: _____, 2009
      Wilmington, Delaware

                                              _____
                                              Honorable Judith K. Fitzgerald
                                              United States Bankruptcy Judge

W0001339.DOC