# **<u>EXHIBIT B</u>**

## 7.15    INSURANCE NEUTRALITY

(a)    ~~Except to the extent provided in this Section 7.15, notwithstanding~~Notwithstanding anything to the contrary in the ~~Confirmation Order, the~~ Plan or any of the Plan Documents, <u>except as provided in Sections 7.15(b) through 7.15(i) of the Plan, (i)</u> nothing in ~~the Confirmation Order,~~ the Plan or any of the Plan Documents (including any other provision that purports to be preemptory or supervening), shall in any way operate to, or have the effect of, impairing any Asbestos Insurance Entity's legal, equitable or contractual rights, if any, in any respect<u>; and (ii) the rights of each Asbestos Insurance Entity shall be determined under the applicable Asbestos Insurance Policy, Asbestos In-Place Insurance Coverage, Asbestos Insurance Reimbursement Agreement or Asbestos Insurance Settlement Agreement</u>.

(b)    The Plan, the Plan Documents, and the Confirmation Order shall be binding on the Debtors, the Reorganized Debtors, the Asbestos PI Trust and the beneficiaries of the Asbestos PI Trust. The obligations, if any, of the Asbestos PI Trust to pay holders of Asbestos PI Claims shall be determined pursuant to the Plan, the Plan Documents, and the Confirmation Order. <u>For the purpose of this Section 7.15(b), the term "beneficiaries" shall include an Asbestos Insurance Entity only to the extent such Asbestos Insurance Entity asserts an Asbestos PI Claim against the Asbestos PI Trust.</u>

(c)    ~~Except as provided~~<u>Nothing</u> in this Section ~~7.15, the rights of Asbestos Insurance Entities shall be determined under the Asbestos Insurance Policies, Asbestos In-Place Insurance Coverage, Asbestos Insurance Reimbursement Agreements, or Asbestos Insurance Settlement Agreements, as applicable.    (d)    Nothing in~~<u>7.15 of</u> the Plan ~~or the Plan Documents~~ shall affect or limit, or be construed as affecting or limiting, the protection afforded to any Settled Asbestos Insurance Company by the Asbestos PI Channeling Injunction.

(~~e~~<u>d</u>)    Nothing in ~~this Section 7.15~~<u>the Plan or the Plan Documents</u> is intended ~~or~~<u>,</u> nor shall <u>it</u> be construed<u>,</u> to preclude otherwise applicable principles of res judicata or collateral estoppel from being applied against any Asbestos Insurance Entity with respect to any issue that is actually litigated by such Asbestos Insurance Entity as part of its objections, if any, to confirmation of the Plan or as part of any contested matter or adversary proceeding filed in conjunction with or related to confirmation of the Plan. Plan objections that are withdrawn prior to the beginning of the Confirmation Hearing shall be deemed not to have been actually litigated.

(~~f~~    ~~Except as otherwise provided in this Section 7.15, nothing in the Plan, the Plan Documents, the Confirmation Order, or any finding of fact and/or conclusion of law with respect to the confirmation or consummation of the Plan shall limit the right, if any, of any~~<u>e</u>)    Each Asbestos Insurance Entity~~, in any Asbestos Insurance Action, to assert any Asbestos Insurer Coverage Defense.~~
    (g)    Notwithstanding the provisions of this Section 7.15, Asbestos Insurance Entities shall be bound by the Court's findings and conclusions that, under the Bankruptcy Code, the transfer of rights under the Asbestos Insurance Transfer Agreement is valid and enforceable against each Asbestos Insurance Entity notwithstanding

applicable non-bankruptcy law or any anti-assignment provision in or incorporated into any Asbestos Insurance Policy, Asbestos In-Place Insurance Coverage, Asbestos Insurance Reimbursement Agreement, or Asbestos Insurance Settlement Agreement or applicable non-bankruptcy law.

(hf)    TheEach Asbestos Insurance EntitiesEntity shall be subject tobound by the releases and injunctions toin the extent described in this Plan, and this. Section 7.15 of the Plan is not intended nor shall it be construed to limit the protections afforded to the Sealed Air Indemnified Parties or the Fresenius Indemnified Parties by suchthe releases and injunctions in the Plan or to allow the Asbestos Insurance Entities to undertake any action against any of the Sealed Air Indemnified Parties or the Fresenius Indemnified Parties that is contrary to such releases and/or injunctions.

(ig)    If an Asbestos Insurance Entity that is not a Settled Asbestos Insurance Company asserts that it has rights of contribution, indemnity, reimbursement, subrogation, or other similar claims (collectively, for purposes of this Section 7.15(i)section, "Contribution Claims") against a Settled Asbestos Insurance Company, (a) such Contribution Claims may be asserted as a defense or offset against the Asbestos PI Trust or the Reorganized Debtors (as applicable) in any Asbestos Insurance Action including such Asbestos Insurance Entity that is not a Settled Asbestos Insurance Company, and the Asbestos PI Trust or the Reorganized Debtors (as applicable) may assert the legal or equitable rights, if any, of the Settled Asbestos Insurance Entity, and (b) to the extent such Contribution Claim is determined to be valid, pursuant to a Final Order, the liability (if any) of such Asbestos Insurance Entity that is not a Settled Asbestos Insurance Company to the Asbestos PI Trust or the Reorganized Debtors (as applicable) shall be reduced by the amount of such Contribution Claim.

(jh)    Each Asbestos Insurance EntitiesEntity that are partiesis a party to an Asbestos Insurance Reimbursement AgreementsAgreement shall be bound by the provisions of Section 7.2.2(d)(iv) of the Plan with respect to such Asbestos Insurance Reimbursement AgreementsAgreement.

(i)    The duties and obligations of an Asbestos Insurance Entity under any Asbestos Insurance Policy and Asbestos Insurance Settlement Agreement are not diminished, reduced or eliminated by (1) the discharge of the obligations and liabilities of the Debtors and the Reorganized Debtors for and in respect of all Asbestos PI Claims or (2) the assumption by the Asbestos PI Trust of responsibility and liability for all Asbestos PI Claims.

*Notes:*

*1.     The Confirmation Order will include the language of Section 7.15(a), with the addition of "this Order," immediately prior to "the Plan or any of the Plan Documents" each time that phrase appears.*

*2.     The defined term "Asbestos Insurer Coverage Defenses" in Section 1.1.16 will be deleted. The last phrase of the last sentence in Section 7.2.2(d)(ii) will also be deleted.*