IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> (Jointly Administered) <br><br> **Hearing Date: N/A** <br> **Objection Deadline: N/A** <br> **Ref. No. 22477** |

**MOTION OF LIBBY CLAIMANTS FOR LEAVE FROM THIS COURT'S
CASE MANAGEMENT ORDER FOR SHORTENED NOTICE AND EXPEDITED
CONSIDERATION OF MOTION TO COMPEL DEBTORS AND ARROWOOD
TO RESPOND TO DISCOVERY REQUESTS IN CONNECTION WITH
DEBTORS' MOTION TO APPROVE SETTLEMENT WITH THE ROYAL PARTIES**

Claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby move for entry of an order under Del. Bankr. L.R. 9006-1(e) and Fed. R. Bankr. P. 9006(c), for leave of this Court's Case Management Order, so that the notice period for the Libby Claimants' Motion to Compel Debtors and Arrowood to Respond to Discovery Requests In Connection With Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties ("Motion to Compel") [Docket No. 22477] be shortened to permit expedited consideration. In support of this Motion, the Libby Claimants state:

1.    On June 17, 2009, Debtors filed the Debtors' Motion for an Order Approving the Settlement Agreement and Mutual Release with Royal Parties [Docket No. 22153] (the "Royal Settlement Motion"). Shortly thereafter, the Libby Claimants initiated formal and informal

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 21365], as it may be amended and restated from time to time.

{393.001-W0001341.}

discovery concerning the Royal Settlement Motion and participated in several "meet and confer" sessions with the proponents of the settlement set forth in the Royal Settlement Motion (the "Proposed Settlement"). The proponents of the Proposed Settlement did not accept the Libby Claimants' proposal for an expedited discovery program that would have enabled the Libby Claimants to adequately respond to the Royal Settlement Motion within the time-frame of the currently scheduled hearing. Accordingly, on July 10, 2009, the Libby Claimants filed the Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties ("Motion to Defer") [Docket No. 22398]. On the same date the Libby Claimants filed Libby Claimants' Objection to Debtors' Motion to Approve Settlement with Royal Parties (the "Libby Objection") [Docket No. 22397].

2.  Contemporaneously herewith, the Libby Claimants filed the Motion to Compel. In so doing, the Libby Claimants seek an order of this Court compelling the Debtors and Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") to respond to the Libby Claimants' discovery requests served in connection with the Royal Settlement Motion. As explained more fully in the Libby Objection, the Motion to Defer, and the Motion to Compel, the existence of valuable unsettled insurance coverage over and above such coverage, which is being released by the estate pursuant to the comprehensive release included in the Proposed Settlement, and the consideration or lack thereof for such release, are issues that go to the heart of whether the Proposed Settlement is in the best interests of the estate. Due process of law requires that the Libby Claimants be afforded a fair opportunity for discovery concerning this issue.

3.  Shortened notice and expedited consideration of the Motion to Compel is necessary in light of the impending July 27, 2009 hearing on the Royal Settlement Motion and the Motion to Defer. Accordingly, the Libby Claimants seek an order of this Court for leave

from the Case Management Order to shorten the notice period prescribed by Del. Bankr. LR 9006-1(c) to enable the Libby Claimants to have the Motion to Compel heard on an expedited basis. The Libby Claimants respectfully request that the Court schedule the Motion to Compel for hearing at its earliest convenience or along with the Royal Settlement Motion and the Motion to Defer.

4. Given the nature of the relief requested, the Libby Claimants respectfully submit that the limited notice described above is appropriate, as is leave from the Case Management Order.

WHEREFORE, the Libby Claimants respectfully request then entry of an order (i) granting the Libby Claimants leave from the Case Management Order, (ii) shortening the notice period with respect to the Motion to Compel, (iii) setting a hearing on the Motion to Compel at the Court's earliest convenience or at the July 27, 2009 hearing.

Dated: July 16, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*