IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: August 5, 2009 at 4:00 p.m.** |

**FEE DETAIL FOR DELOITTE TAX LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A

## VERIFICATION OF MICHAL STEINSALTZ

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Michael Steinsaltz, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_/s/ Michael E. Steinsaltz_
Michael Steinsaltz,
Partner

SWORN AND SUBSCRIBED
before me this 26th day of June, 2009

_/s/ Nilda J. Rosado_

Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

**W. R. Grace**
**Hours Spent by Each Person**
**February 1 - 28, 2009 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| ALEX, ANU T | 10.4 | $400 | $4,160 |
| COSELLA, KERRIE A | 3.2 | $70 | $224 |
| DUONG, JENNIFER | 6.4 | $290 | $1,856 |
| FAROOQ, MARYAM | 0.5 | $290 | $145 |
| REED, VALERIE R | 0.6 | $70 | $42 |
| **General Admin** | **21.1** | | **$6,427** |
| | | | |
| GORDON, JARED H | 1.3 | $680 | $884 |
| **Client Service Meeting** | **1.3** | | **$884** |
| | | | |
| AWAD, STEFAN BYRNE | 3.9 | 290 | $1,131 |
| GRANT, NICHOLAS C | 4.6 | $400 | $1,840 |
| MURAI, SHOICHI | 4.0 | $290 | $1,160 |
| **IP Migration** | **12.5** | | **$4,131** |
| | | | |
| HUANG, JENNIFER NAITING | 42.5 | $400 | $17,000 |
| KAGAN, ANDREA PAIGE | 21.7 | $570 | $12,369 |
| TROTMAN, SEAN P | 7.2 | $680 | $4,896 |
| **Total Stock Option Planning** | **71.4** | | **$34,265** |
| | | | |
| COLLINS, BRYAN P | 10.0 | $680 | $6,800 |
| STEINSALTZ, MICHAEL E | 0.5 | $680 | $340 |
| **Tax Controversy** | **10.5** | | **$7,140** |
| | | | |
| **Subtotal Deloitte Tax LLP Fees for February 2009** | **116.8** | | **$52,847** |
| | | | |
| **Out of Pocket Expenses Deloitte Tax LLP for February 2009** | | | **$828** |
| | | | |
| **Total Deloitte Tax LLP Fees for February 2009** | **116.8** | | **$53,675** |

**Hours Detail**
**February 1 - 28, 2009 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 2/2/2009 | ALEX, ANU T | General Admin | updating file, reviewing press release | 1.1 | $400 | 440 |
| 2/3/2009 | ALEX, ANU T | General Admin | reviewing revisions to EL | 0.5 | $400 | 200 |
| 2/5/2009 | ALEX, ANU T | General Admin | Preparation for bankruptcy application | 0.2 | 400 | 80 |
| 2/24/2009 | ALEX, ANU T | General Admin | Preparation of file for client service meeting | 2.5 | 400 | 1,000 |
| 2/25/2009 | ALEX, ANU T | General Admin | Preparation of file for client service meeting | 1.8 | 400 | 720 |
| 2/26/2009 | ALEX, ANU T | General Admin | Engagement Letter and Preparation of file for bankruptcy application | 3.3 | 400 | 1,320 |
| 2/27/2009 | ALEX, ANU T | General Admin | Engagement Letter and Preparation of file for bankruptcy application | 1.0 | 400 | 400 |
| 2/23/2009 | AWAD, STEFAN BYRNE | IP Migration | Financial Modeling and analysis for IP transfer | 3.1 | $290 | 899 |
| 2/24/2009 | AWAD, STEFAN BYRNE | IP Migration | Financial Modeling and analysis for IP transfer | 0.8 | $290 | 232 |
| 2/13/2009 | COLLINS, BRYAN P | Tax Controversy | preparation for settlement meeting with IRS | 1.5 | 680 | 1,020 |
| 2/16/2009 | COLLINS, BRYAN P | Tax Controversy | preparation for settlement meeting with IRS | 2.5 | 680 | 1,700 |
| 2/19/2009 | COLLINS, BRYAN P | Tax Controversy | preparation for settlement meeting with IRS | 5.0 | 680 | 3,400 |
| 2/24/2009 | COSELLA, KERRIE A | General Admin | File maintenance, review of documents and compliance | 1.0 | 680 | 680 |
| 2/25/2009 | COSELLA, KERRIE A | General Admin | File maintenance, review of documents and compliance | 0.7 | $70 | 49 |
| 2/26/2009 | COSELLA, KERRIE A | General Admin | File maintenance, review of documents and compliance | 0.3 | $70 | 21 |
| 2/26/2009 | COSELLA, KERRIE A | General Admin | File maintenance, review of documents and compliance | 0.5 | $70 | 35 |
| 2/27/2009 | COSELLA, KERRIE A | General Admin | File maintenance, review of documents and compliance | 1.0 | $70 | 70 |
| 2/27/2009 | COSELLA, KERRIE A | General Admin | travel for Jared for Miami | 0.5 | $70 | 35 |
| 2/27/2009 | COSELLA, KERRIE A | General Admin | Update discount rate | 0.2 | $70 | 14 |
| 2/24/2009 | DUONG, JENNIFER | General Admin | Printed copies of 10K (0.6); Prepared/updated November, December, and January billing accruals | 4.7 | 290 | 1,363 |
| 2/25/2009 | DUONG, JENNIFER | General Admin | Administrative work relating to finalizing invoices and bankruptcy applications. | 0.9 | 290 | 261 |
| 2/27/2009 | DUONG, JENNIFER | General Admin | Updated November billing accrual - expenses; printed documents for filing | 0.8 | 290 | 232 |
| 2/4/2009 | FAROOQ, MARYAM | General Admin | Preparation of materials for bankruptcy application | 0.5 | 290 | 145 |
| 2/24/2009 | GORDON, JARED H | Client Service Meeting | Reviewing 10K and files for client service meeting | 1.3 | 680 | 884 |
| 2/24/2009 | GRANT, NICHOLAS C | IP Migration | Financial Modeling and analysis for IP transfer | 2.0 | $400 | 800 |
| 2/25/2009 | GRANT, NICHOLAS C | IP Migration | Financial Modeling and analysis for IP transfer | 1.5 | $400 | 600 |
| 2/26/2009 | GRANT, NICHOLAS C | IP Migration | Financial Modeling and analysis for IP transfer | 0.8 | $400 | 320 |
| 2/27/2009 | GRANT, NICHOLAS C | IP Migration | Financial Modeling and analysis for IP transfer | 0.3 | $400 | 120 |
| 2/3/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: Argentina/Belgium/Brazil | 7.0 | 400 | 2,800 |
| 2/4/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: China, Canada, France, Malaysia | 7.5 | 400 | 3,000 |
| 2/5/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: ger, HK, India, Italy, UAE | 8.0 | 400 | 3,200 |
| 2/6/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: JP, Sing, UK | 5.0 | 400 | 2,000 |
| 2/9/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: discussion with Andrea, revision | 3.0 | 400 | 1,200 |
| 2/10/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: Corporate Tax deduction feasibility matrix, review of report | 6.0 | 400 | 2,400 |
| 2/11/2009 | HUANG, JENNIFER NAITING | Stock Options | feasibility report revision | 1.0 | 400 | 400 |
| 2/12/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: call with Argentina, revision, email | 1.5 | 400 | 600 |
| 2/16/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: edit on Singapore, country list | 0.8 | 400 | 300 |
| 2/17/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: Belgium holiday pay | 0.5 | 400 | 200 |
| 2/25/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: updating the tax rates | 1.5 | 400 | 600 |
| 2/26/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: updating the tax rates | 0.5 | 400 | 200 |
| 2/27/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: updating the tax rates | 0.3 | 400 | 100 |
| 2/2/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: Argentina/Belgium/Brazil | 1.0 | 570 | 570 |
| 2/3/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: Argentina/Belgium/Brazil | 1.5 | 570 | 855 |
| 2/4/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: China, Canada, France, Malaysia | 0.5 | 570 | 285 |
| 2/5/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: ger, HK, India, Italy, UAE | 0.7 | 570 | 399 |
| 2/9/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: discussion with JH, revision | 2.2 | 570 | 1,254 |
| 2/10/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: Corporate Tax deduction feasibility matrix, review of report | 3.1 | 570 | 1,767 |
| 2/11/2009 | KAGAN, ANDREA PAIGE | Stock Options | feasibility report revision | 1.5 | 570 | 855 |
| 2/12/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: call with Argentina, revision, email | 2.0 | 570 | 1,140 |
| 2/16/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: edit on Singapore, country list | 1.0 | 570 | 570 |
| 2/17/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: Belgium holiday pay | 1.2 | 570 | 684 |
| 2/23/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: reviewing the recharge report comments/editing the grace recharge report. | 0.5 | 570 | 285 |
| 2/26/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: editing the grace feasibility report added column in the matrix | 4.5 | 570 | 2,565 |
| 2/27/2009 | KAGAN, ANDREA PAIGE | Stock Options | | 2.0 | 570 | 1,140 |
| 2/16/2009 | MURAI, SHOICHI | IP Migration | Financial Modeling and analysis for IP transfer | 1.0 | $290 | 290 |
| 2/17/2009 | MURAI, SHOICHI | IP Migration | Financial Modeling and analysis for IP transfer | 1.2 | $290 | 348 |
| 2/18/2009 | MURAI, SHOICHI | IP Migration | Financial Modeling and analysis for IP transfer | 1.3 | $290 | 377 |

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 2/23/2009 | MURAL, SHOICHI | IP Migration | Financial Modeling and analysis for IP transfer | 0.5 | $290 | 145 |
| 2/2/2009 | REED, VALERIE R | General Admin | Register clients for GTPC - Americas | 0.2 | $70 | 14 |
| 2/26/2009 | REED, VALERIE R | General Admin | Look into foreign expense charges for Jared for bankruptcy filing | 0.4 | $70 | 28 |
| 2/19/2009 | STEINSALTZ, MICHAEL E | Tax Controversy | W.R. Grace Update call with Bryan Collins | 0.5 | 680 | 340 |
| 2/2/2009 | TROTMAN, SEAN P | Stock Options | Corporate Tax deduction feasibility matrix: Argentina/Belgium/Brazil | 0.5 | 680 | 340 |
| 2/3/2009 | TROTMAN, SEAN P | Stock Options | Corporate Tax deduction feasibility matrix: Argentina/Belgium/Brazil | 0.5 | 680 | 340 |
| 2/4/2009 | TROTMAN, SEAN P | Stock Options | Corporate Tax deduction feasibility matrix: China, Canada, France, Malaysia | 0.5 | 680 | 340 |
| 2/10/2009 | TROTMAN, SEAN P | Stock Options | Corporate Tax deduction feasibility matrix:  Corporate Tax deduction feasibility matrix, review of report | 0.5 | 680 | 340 |
| 2/13/2009 | TROTMAN, SEAN P | Stock Options | Corporate Tax deduction feasibility matrix: call with Argentina, revision, email | 0.2 | 680 | 136 |
| 2/25/2009 | TROTMAN, SEAN P | Stock Options | Corporate Tax deduction feasibility matrix: reviewing the recharge report comments/editing the grace recharge report. | 2.5 | 680 | 1,700 |
| 2/26/2009 | TROTMAN, SEAN P | Stock Options | Corporate Tax deduction feasibility matrix: reviewing the recharge report comments/editing the grace recharge report. | 1.5 | 680 | 1,020 |
| 2/27/2009 | TROTMAN, SEAN P | Stock Options | Corporate Tax deduction feasibility matrix: editing the grace reasibility report added column in the matrix | 1.0 | 680 | 680 |
| | Fees for February 2009 | | | 116.8 | | 52,847 |

**W. R. Grace**
**Expenses Detail**
**February 1 - 28, 2009 (Deloitte Tax LLP)**

| Date | Name | Description | Related Expenses |
|---|---|---|---|
| 2/4/2009 | TROTMAN, SEAN P | Verizon conferencing: conference call between Sean Trotman and the client | $1.15 |
| 2/26/2009 | GORDON, JARED H | Airplane Travel: flight from Philadelphia to Miami | $275.60 |
| 2/27/2009 | STEINSALTZ, MICHAEL E | Airplane Travel: flight from Philadelphia to Miami | $551.20 |
| **Expenses for February 2009** | | | **828** |