### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) |
| | )    Case No. 01-01139 (JKF) |
| Debtors. | )    (Jointly Administered) |
| | )    **RE: D.I. Nos. 21671, 22420** |
| | ) |

### NOTICE OF SERVICE [RE: D.I. 22420]

PLEASE TAKE NOTICE that on July 13, 2009, copies of the **Travelers Casualty and Surety Company's Phase II Trial Brief To Confirmation Of First Amended Joint Plan Of Reorganization Dated February 27, 2009** (D.I. 22420, Filed 7/13/09) were served in the manner indicated upon the entities listed on the attached service list in accordance with the April 2009 Protective Order (D.I. 21671).

Dated: July 16, 2009
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Robert J. Dehney (Bar No. 3578)
Ann C. Cordo (Bar No. 4817)
1201 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200

- and -

SIMPSON THACHER & BARTLETT LLP
Mary Beth Forshaw
Kathrine McLendon
Elisa Alcabes
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000

*Attorneys for Travelers Casualty and Surety Company*

3015371.1