IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket Nos. 22178, 22185, 22407**<br><br>**Hearing Date:  July 27, 2009 @ 2:00 p.m. (ET)** |

**ARROWOOD'S MOTION FOR LEAVE TO FILE A REPLY IN FURTHER
SUPPORT OF THEIR JOINDER TO PLAN PROPONENTS' MOTION TO
EXCLUDE THE EXPERT REPORT OF DR. SPEARS**

On June 18, 2009 the Plan Proponents filed their *Joint Motion in Limine to Exclude the Expert Report and Testimony of Dr. Terry M. Spea*r (the "Motion")[D.I 22178].  Arrowood[1] on June 19, 2009 joined the Motion (the "Joinder")[D.I. 22185).  In response, the Libby Claimants filed an Objection to the Motion on July 13, 2009 (the "Objection")[D.I. 22407].  In the brief in support of their objection, the Libby Claimants acknowledge the proposition for which Dr. Spear's testimony is offered.  As is explained in the Reply Brief filed contemporaneous to this Motion, this proposition runs directly counter to the law in this Circuit.  This admission and the fact that the Libby Claimants have failed to comply with the disclosure requirements of Rule 26(a)(2)(B) provide alternative and independent grounds to strike Dr. Spear's report as a matter of law.

As a result, Arrowood respectfully requests that this Honorable Court grant it permission to file a Reply to the Libby Claimants Objection.  Although the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") now expressly allows for

---

[1]     Arrowood Indemnity Company, f/k/a Royal Indemnity Company (collectively, the "Joining Parties").  The Declaration of Allen Schwartz dated April, 3 2009, and the attached exhibits are offered in further support of the Moving Parties' motion ("Schwartz Decl.").

NY1:1783232.5

Reply Briefs, Arrowood is mindful of the Court's Case Management Order in this case and is respectful of the Court's desire to control the numerous pleadings in this case. Arrowood, however, is compelled to file its Reply and this Motion in order to direct the Court to alternative and independent grounds to strike Dr. Spear's report as a matter of law.

WHEREFORE, Arrowood respectfully requests this Court's authority to file its Reply and for any other relief the Court deems just and proper.

Dated: July 16, 2009
Wilmington, Delaware

/s/ Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
Telephone: (212) 326-2267

*Counsel to Arrowood Indemnity Company, f/k/a Royal Indemnity Company*