**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket No. _____** |

**ORDER GRANTING ARROWOOD'S MOTION
FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT
OF THEIR JOINDER TO PLAN PROPONENTS' MOTION TO
<u>EXCLUDE THE EXPERT REPORT OF DR. SPEARS</u>**

Upon Arrowood's Motion For Leave to File a Reply in Further Support of Their Joinder to Plan Proponents' Motion to Exclude the expert Report of Dr. Spears (the "Motion"); and after due deliberation thereon, and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion for Leave to File a Reply is GRANTED; and

2. Counsel for Arrowood is required to immediately serve a copy of this order via electronic mail.

Dated: _____

　

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JUDITH K. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE