### SERVICE LIST

**VIA EMAIL**

| | |
|---|---|
| **Vorys, Sater, Seymour and Pease LLP**<br>Robert J. Sidman<br>Tiffany Strelow Cobb<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43215<br>Telephone: (614) 464-6400<br>Facsimile: (614) 719-4663<br>tscobb@vorys.com | *Counsel for Scotts Company* |
| **Pepper Hamilton LLP**<br>Evelyn J. Metlzer<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 777-6511<br>meltzere@pepperlaw.com<br><br>**Pepper Hamilton LLP**<br>Edward C. Toole, Jr.<br>Linda Casey<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>Facsimile: (215) 981-4750<br>toolee@pepperlaw.com | *Counsel for BNSF Railway Company* |
| **McCarter & English, LLP**<br>Katharine L. Mayer<br>Daniel M. Silver<br>Renaissance Center<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6312/6311<br>Facsimile: (302) 984-6399<br>kmayer@mccarter.com<br>dsilver@mccarter.com | *Counsel for Owens* |

| | |
|---|---|
| **Connolly Bove Lodge & Hutz LLP**<br>Jeffrey C. Wisler<br>Marc J. Phillips<br>the Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-0380<br>jwisler@cblh.com<br>mphillips@cblh.com<br><br>**Eckert Seamans Cherin & Mellott, LIC**<br>Edward J. Longosz, II<br>Laura G. Stover<br>1747 Pennsylvanis Avenue, N.W. Suite 1200<br>Washington, D.C. 20006<br>Telephone: (202) 659-6600<br>Facsimile: (202) 659-6699<br>elongosz@eckertseamans.com<br>lstover@eckertseamans.com | *Counsel for Maryland Casualty* |
| **Stroock & Stroock & Lavan LLP**<br>Lewis Kruger<br>Kenneth Pasquale<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006<br>lkruger@stroock.com<br>kpasquale@stroock.com<br><br>**Duane Morris LLP**<br>Michael Lastowski<br>Richard W. Riley<br>William S. Katchen<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>rriley@duanemorris.com<br>mlastowski@duanemorris.com | *Counsel for Unsecured Creditors Committee* |

| | |
|---|---|
| **Landis Rath & Cobb LLP**<br>Adam G. Landis<br>Rebecca L. Butcher<br>Kerri K. Mumford<br>919 Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>(302) 467-4450<br>landis@lrclaw.com<br>butcher@lrclaw.com<br>mumford@lrclaw.com<br><br>**Cohn Whitesell & Goldberg LLP**<br>Daniel C. Cohn<br>Christopher M. Candon<br>101 Arch Street<br>Boston, MA 02110<br>Telephone: (617) 951-2505<br>Facsimile: (617) 951-0679<br>cohn@cwg11.com<br>candon@cwg11.com<br><br>**McGarvey, Heberling, Sullivan & McGarvey, P.C.**<br>Jon L. Heberling<br>745 South Main Kalispell, MT 59901<br>Telephone: (406) 752-5566<br>Facsimile: (406) 752-7124<br>jheberling@mcgarveylaw.com<br><br>**Lewis, Slovak & Kovacich, P.C.**<br>Tom L. Lewis<br>725 Third Avenue<br>North Great Falls, MT 59401<br>Telephone: (406) 761-5595<br>(406) 761-5805 | *Counsel for Libby Claimants* |

| | |
|---|---|
| **Womble Carlyle Sandridge & Rice, PLLC**<br>Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>222 Delaware Ave., Suite 1501<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>fmonaco@wcsr.com<br>kmangan@wcsr.com<br>maward@wcsr.com | *Counsel for the State of Montana* |
| **Pepper Hamilton LLP**<br>David M. Fournier<br>James C. Carignan<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>fournierd@pepperlaw.com<br>carignanj@pepperlaw.com<br><br>**Robert S. Hertzberg**<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>Telephone: (313) 259-7100<br>hertzbergr@pepperlaw.com | *Counsel for Longacre Master Fund* |

| | |
|---|---|
| **Smith Katzenstein & Furlow LLP**<br>Kathleen M. Miller<br>Etta R. Wolfe<br>The Corporate Plaza<br>800 Delaware Avenue, 10th Floor<br>P.O. Box 410 (Courier 19801)<br>Wilmington, DE 19899<br>Telephone: (302) 652-8400<br>Facsimile: (302) 652-8405<br>kmiller@skfdelaware.com<br>ewolfe@skfdelaware.com<br><br>**Fullbright & Jaworski LLP**<br>Steve A. Pierce<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792<br>Telephone: (210) 224-5575<br>Facsimile: (210) 270-7205<br>speirce@fulbright.com<br><br>Toby L. Gerber<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 855-8000<br>Fascimile: (214) 855-8200<br>tgerber@fulbright.com | *Counsel for Kaneb Pipeline* |

| | |
|---|---|
| **Bifferato & Gentilotti, LLC**<br>Ian Connor Bifferato<br>Garvan F. McDaniel<br>800 King Street, First Floor<br>Wilmington, DE 19801<br>Telephone: (302) 254-5396<br>gmcdaniel@bglawde.com<br><br>**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**<br>Carl J. Pernicone<br>150 East 42nd Street.<br>New York, NY 10017<br>Telephone: (212) 490-3000<br>carl.pernicone@wilsonelser.com<br><br>**O;Melveny & Meyers LLP**<br>Tancred Schiavoni<br>Gary Svirsky<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2267<br>tschiavoni@omm.com<br>gsvirsky@omm.com | *Counsel for Arrowood Indemnity Company, f/k/a Royal Indemnity Company* |
| **Goodwin Procter LLP**<br>Daniel M. Glosband *(pro hac vice)*<br>Brian H. Mukherjee *(prohac vice)*<br>Exchange Plance, 53 State St.<br>Boston, MA 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>dglosband@goodwinprocter.com<br>bmukherjee@goodwinprocter.com<br>mgiannotto@goodwinprocter.com<br><br>**Ford Marrin Esposito Whitmeyer & Gleser, LLP**<br>Elizabeth DeCristofaro *(pro hac vice)*<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005<br>Telephone: (212) 269-4900<br>Facsimile: (212) 344-4294<br>emdecristofaro@FMEW.com | *Counsel for Continental Casualty Company, Transportation Insurance Company and their American insurance affiliates* |

| | |
|---|---|
| **Cozen & O'Connor**<br>Jeffrey R. Waxman<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 295-2000<br>Facsimile: (302) 295-2013<br>jwaxman@cozen.com<br><br>William P. Shelley<br>Jacob C. Cohn<br>1900 Market Street<br>OPhiladelphia, PA 19103<br>Telephone: (215) 665-2000<br>Facsimile: (215) 665-2013<br>wshelley@cozen.com<br>jcohn@cozen.com | *Counsel for Federal Insurance Company* |
| **Stevens & Lee, P.C.**<br>John D. Demmy<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-3308<br>Facsimile: (610) 371-8515<br>jdd@stevenslee.com<br><br>**Leonard P. Goldberg**<br>Marnie E. Simon<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702<br>Telephone: (215) 751-2864/2885<br>Facsimile: (610) 371-7376/8505<br>mes@stevenslee.com | *Counsel for Fireman's Fund Insurance Company and Allianz S.p.A., f/k/a Riunione Adriatica Di Scurta* |

| | |
|---|---|
| **White & Williams, LLP**<br>James S. Yoder, Esq.<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899<br>Telephone: (302) 467-4524<br>yoderj@whiteandwilliams.com<br><br>**Cuyler Burk, P.C.**<br>Stefano Calogero, Esq.<br>Andrew K. Craig, Esq.<br>Parsippany Corporate Center<br>Four Century Drive<br>Parsippany, NJ 07054<br>Telephone: (973) 734-3200<br>scalogero@cuyler.com<br>acraig@cuyler.com | *Counsel for Allstate Insurance Company* |

| | |
|---|---|
| **Connolly Bove Lodge & Hutz LLP**<br>Jeffrey C. Wisler<br>Marc J. Phillips<br>1220 Market Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-0380<br>jwisler@cblh.com<br>mphillips@cblh.com<br><br>**Eckert Seamans Cherin & Mellor, LLC**<br>Edward J. Longosz, II<br>Laura G. Stover<br>1747 Pennsylvania Avenue, N.W., Suite 1200<br>Washington, D.C. 20006<br>Telephone: (202) 659-6600<br>Facsimile: (202) 659-6699<br>elongosz@eckertseamans.com<br>lstover@eckertseamans.com<br><br>**Wiley Rein LLP**<br>Richard A. Ifft<br>Karalee C. Morell<br>1776 K. Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 719-7170<br>Facsimile: (202) 719-7049<br>rifft@wileyrein.com<br>kmorell@wileyrein.com | *Counsel for Zurich Insurance Company, Zurich International (Bermuda) Ltd., and Maryland Casualty Company* |

| | |
|---|---|
| **Drinker Biddle & Reath, LLP**<br>Warren T. Pratt<br>David P. Primack<br>1100 N. Market Street, Suite 1000<br>Wilmington, DE 19801-1243<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>warren.pratt@dbr.com<br>david.primack@dbr.com<br><br>**Drinker Biddle & Reath, LLP**<br>Michael F. Brown<br>Warren T. Pratt<br>David Primack<br>Jeffrey Boerger<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>Telephone: (215) 988-2700<br>Facsimile: (215) 988-2757<br>warren.pratt@dbr.com<br>david.primack@dbr.com<br>michael.brown@dbr.com<br>jeffrey.boerger@dbr.com | *Counsel for Government Employees Insurance Company, Columbia Insurance Company f/k/a/ Republic Insurance Company, OneBeacon American Insurance Company and Seaton Insurance Company* |
| **Alan Rich**<br>1401 Elm Street, Suite 4620<br>Dallas, TX 75202<br>(214) 532-4437<br>arich@alanrichlaw.com<br><br>**Seitz, Van Ogtrop & Green**<br>R. Karl Hill<br>222 Delaware Avenue, Suite 1500, P.O. Box 68<br>Wilmington, DE 19801 | *Counsel for the Asbestos PD Future Claimants' Representative* |

| | |
|---|---|
| **John Sheehan Spadaro, LLC**<br>John Spadaro<br>724 Yorklyn Road, Suite 375<br>Hockessin, DE 19707<br>Telephone: (302) 235-2516<br>Facsimile: (302) 235-2536<br>jspadaro@johnsheehanspadaro.com<br><br>**Mendes & Mount LLP**<br>Alexander J. Mueller<br>Thomas J. Quinn<br>750 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 261-8000<br>Facsimile: (212) 261-8345<br>alexander.mueller@mendes.com<br>thomas.quinn@mendes.com | *Counsel for Certain London Market Insurance Companies* |
| **Steptoe & Johnson, LLP**<br>George R. Calhoun, V<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 429-6226<br>Facsimile: (202) 261-0610<br>gcalhoun@steptoe.com | *Counsel for United State Fire Insurance Company and TIG Insurance Company* |

| | |
|---|---|
| **Kirkland & Ellis LLP**<br>David M. Bernick, P.C.<br>Theodore L. Freedman<br>Deanna D. Boll<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>dbernick@kirkland.com<br>tfreedman@kirkland.com<br><br>**Pachulski Stang Ziehl & Jones LLP**<br>Laura Davis Jones<br>James E. O'Neill<br>Timothy Cairns<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: (302) 652-4100<br>joneill@pszjlaw.com<br>tcairns@pszjlaw.com | *Counsel for the Debtors and Debtors in Possession* |
| **Orrick Herrington & Sutcliffe LLP**<br>Roger Frankel<br>Richard H. Wyron<br>Debra L. Felder<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20005-1706<br>Telephone: (202) 339-8400<br>rfrankel@orrick.com<br>rwyron@orrick.com<br>dfelder@orrick.com<br><br>**Phillips, Goldman & Spence, P.A.**<br>John C. Phillips, Jr.<br>1200 North Broom Street<br>Wilmingon, DE 19806<br>Telephone: (302) 655-4200<br>jcp@pgslaw.com | *Counsel for David T. Austern, Asbestos PI Future Claimants' Representative* |

| | |
|---|---|
| **Caplin & Drysdale, Chartered**<br>Elihu Inselbuch<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>Telephone: (212) 319-7125<br>ei@capdale.com<br><br>**Caplin & Drysdale, Chartered**<br>Peter Van N. Lockwood<br>Jeffrey Liesemer<br>One Thomas Circle, NW<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>pvnl@capdale.com<br>jal@capdale.com<br><br>**Campbell & Levine, LLC**<br>Marla R. Eskin<br>Mark T. Hurford<br>800 King Stree, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br>mhurford@camlev.com<br>meskin@camlev.com | *Counsel for the Official Committee of Asbestos Personal Injury Claimants* |
| **Kramer Levin Naftalis & Frankel LLP**<br>Philip Bentley<br>Douglas Mannal<br>1177 Avenue fo the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>pbentley@kramerlevin.com<br>dmannal@kramerlevin.com<br><br>**Saul Ewing LLP**<br>Teresa K.D. Currier<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>Telephone: (302) 421-6826<br>tcurrier@saul.com | *Counsel for the Official Committee of Equity Security Holders* |

| | |
|---|---|
| **Wilmer Cutler Pickering Hale And Dorr LLP**<br>Craig Goldblatt<br>Nancy L. Manzer<br>Melanie Dritz<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>craig.goldblatt@wilmerhale.com<br>nancy.manzer@wilmerhale.com<br>melanie.dritz@wilmerhale.com<br><br>**Hogan & Hartson, L.L.P.**<br>William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>wjbowman@hhlaw.com<br>jpruggeri@hhlaw.com<br>ebparks@hhlaw.com | *Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Company* |

3015469.1