# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br>**Ref. No. 21846** |

## FOURTH AMENDED AND RESTATED VERIFIED STATEMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP PURSUANT TO BANKRUPTCY RULE 2019

Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") represents the creditors and parties in interest identified below. Andrew N. Rosenberg, a member of the firm, on behalf of Paul Weiss, pursuant to Federal Rule of Bankruptcy Procedure 2019, makes the following representations in connection with the Third Amended and Restated Verified Statement:

1. Paul Weiss represents the following parties in interest in their capacities as members of an informal group of holders of the claims (or as managers or advisors to such holders) described below (collectively, the "Bank Debt Holders"):

Anchorage Advisors, LLC
610 Broadway, 6th Floor
New York, NY 10012

Avenue Capital Group
535 Madison Avenue, 14th Floor
New York, NY 10022

Bass Companies
Wells Fargo Tower, Suite 3200
201 Main Street
Fort Worth Texas 76102

Babson Capital Management, Inc.
680 Fifth Avenue, 26th Floor
New York, NY 10019

Caspian Capital Advisors, LLC
500 Mamaroneck Avenue
Harrison, NY 10528

Catalyst Investment Management Co., LLC
767 Third Avenue, 32nd Floor
New York, NY 10017

Cetus Capital LLC
8 Sound Shore Drive, Suite 303
Greenwich, CT 06830

D.E. Shaw Laminar Portfolios, LLC
120 West 45th Street, 39th Floor
New York, NY 10036

Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Halcyon Asset Mgmt, LLC
477 Madison Avenue, 8th Floor
New York, NY 10022

JP Morgan Chase, N.A. Credit Trading Group
270 Park Avenue, 8th Floor
New York, NY 10017

MSD Capital, L.P.
645 Fifth Avenue, 21st Floor
New York, NY 10022

Onex Debt Opportunity Fund, Ltd.
910 Sylvan Avenue
Englewood Cliffs, NJ 07632

Restoration Capital Management, LLC
909 Third Avenue, 30th Floor
New York, NY 10022

Goldman Sachs & Co.
1 New York Plaza
New York, NY 10004
(as ex officio member)

Intermarket Corp.
660 Madison Avenue, 22nd Floor
New York, NY 10065

Loeb Partners Corporation
61 Broadway, Suite 2400
New York, NY 10006

Normandy Hill Capital, L.P.
150 East 52nd Street, 10th Floor
New York, NY 10022

P. Schoenfeld Asset Management, LLC
1350 Avenue of the Americas, 21st Floor
New York, NY 10019

Royal Bank of Scotland, PLC
600 Steamboat Road
Greenwich, CT 06830

2. The nature of the claims held by the Bank Debt Holders against W.R. Grace & Co. (the "Company") and certain of its subsidiaries and affiliates (together with the Company, the "Debtors") includes, but is not limited to, claims for principal, interest and expenses on the loans and advances under the Debtors' Pre-Petition Bank Credit Facilities.[1] The Bank Debt Holders collectively hold approximately $380.4 million of $500 million in outstanding principal, or 76.08% percent, of the loans and advances made under the Pre-Petition Bank Credit Facilities.

---

[1] The Pre-Petition Bank Credit Facilities include (i) that certain Credit Agreement, dated May 14, 1998, among the Company, W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto (the "1998 Credit Agreement"), and (ii) that certain 364-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto (as amended, the "1999 Credit Agreement").

3.  The Bank Debt Holders have retained Paul Weiss to represent their respective interests in connection with the above-captioned cases.

4.  Upon information and belief formed after due inquiry, Paul Weiss does not hold any claims against or equity interests in the Debtors.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: July 15, 2009
Wilmington, Delaware

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

_____
Andrew N. Rosenberg
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel for the Bank Debt Holders*