IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------ x
In re:                               :
                                     :   Chapter 11
W.R. GRACE & CO., et al.,            :
                                     :   Case No. 01-01139 (JKF)
          Debtors.                   :
                                     :   (Jointly Administered)
                                     :
                                     :   Ref. No. _____
                                     :
------------------------------------ x
```

**ORDER TO SHORTEN NOTICE AND EXPEDITE CONSIDERATION OF
ARROWOOD'S MOTION FOR RELIEF AGAINST THE LIBBY CLAIMANTS BASED
ON THEIR DESIGNATION OF OVER 100 WITNESSES
FOR THE CONFIRMATION HEARING**

Upon the Motion (the "Motion to Shorten") of the Libby Claimants pursuant to Del. Bankr. L.R. 9006-1(e) and Fed. R. Bankr. P. 9006(c), for leave from this Court's Case Management Order and to shorten notice and expedite consideration with respect to the Arroowood's Motion for Relief Against the Libby Claimants Based on their Designation of Over 100 Witnesses for the Confirmation Hearing (the "Motion"); and the Court having considered the Motion to Shorten; and after due deliberation; and it appearing that sufficient cause exists for granting the requested relief; it is hereby

ORDERED that the Motion to Shorten is GRANTED; and it is further

ORDERED that Arrowood is granted leave from the Case Management Order; and it is further

ORDERED that the notice period with respect to the Motion is shortened and a hearing is scheduled for July ____, 2009 at ___:____ __.m. (ET); and it is further

NY1:1785981.1

ORDERED that the date by which objections to the relief requested in the Motion are to be filed with the Court and served upon counsel to the Arrowood is July ___, 2009 at ____:____ __.m. (ET).

Dated: July ____, 2009

                                          The Honorable Judith K. Fitzgerald
                                          United States Bankruptcy Judge