IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Re: Docket No. 22491** |

### SARAH HARGROVE'S DECLARATION IN SUPPORT OF ARROWOOD'S MOTION FOR RELIEF AGAINST THE LIBBY CLAIMANTS BASED ON THEIR DESIGNATION OF OVER 100 WITNESSES FOR THE CONFIRMATION HEARING

I, SARAH B. HARGROVE, affirm that to the best of my knowledge the following is true under penalty of perjury:

1. I am an associate with the law firm of O'Melveny & Myers LLP, attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood"), and I submit this declaration in support of Arrowood's Motion for Relief Against the Libby Claimants Based on Their Designation of Over 100 Witnesses for the Confirmation Hearing.

2. Attached as Exhibit A is a true and correct copy of excerpts from e-mails between counsel for the Debtors, counsel for the Libby Claimants, and counsel for Arrowood between the dates of July 14, 2009 and July 15, 2009.

2. Attached as Exhibit B is a true and correct copy of excerpts from e-mails between counsel for the Debtors, counsel for the Libby Claimants, counsel for the FCR, and counsel for Arrowood between the dates of June 19, 2009 and June 26, 2009.

3. Attached as Exhibit C is a true and correct copy of excerpts from e-mails between counsel for the Debtors, counsel for the Libby Claimants, counsel for the FCR, and counsel for Arrowood between the dates of June 19, 2009 and July 15, 2009.

NY1:1785984.2

4. Attached as Exhibit D is a true and correct copy of excerpts from e-mails between counsel for the Debtors, counsel for the Libby Claimants, counsel for the FCR, and counsel for Arrowood between the dates of June 19, 2009 and July 15, 2009.

Dated: New York, New York
July 17, 2009

*Sarah B. Hargrove*
Sarah B. Hargrove
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2035
shargrove@omm.com