# EXHIBIT A

**From:** Barbara Harding [mailto:bharding@kirkland.com]
**Sent:** Tuesday, July 14, 2009 10:27 PM
**To:** cohn@cwg11.com; candon@cwg11.com
**Cc:** NDF@Capdale.com; jguy@orrick.com; Schiavoni, Tancred; bstansbury@kirkland.com; jbaer@jsbpc.com
**Subject:** witness

Dear Dan,
I am following up on conversations and correspondence related to your witness list and would like to resolve certain issues

First, on your witness list, you have identified Mr. Heberling and Mr. Lewis as fact witnesses for the Phase II confirmation hearing If you still intend to call the Libby Claimants' lawyers as witnesses at the Phase II hearing, we kindly ask that you provide dates upon which Mr Heberling and Mr Lewis are available for deposition

Second, as you know, you have listed over 100 individual claimants as witnesses for the Phase II proceedings Most, if not all, of these individuals were not listed on your preliminary witness lists. And, as you also know, the Court made clear at the May 14, 2009 hearing that individual claimant testimony is not relevant to the issues to be decided at the Confirmation hearings As such, we respectfully request that you withdraw the names of the individual claimants from your witness list If you are not amenable to revising your list as such, we will have no choice but to seek a protective order from the Court, yet again, and in light of the fact that the Court already has addressed this issue previously and ruled upon it, we likely will seek our costs associated with having to seek the protective order

I am available to discuss these issues at your convenience ,
Regards,
Barbara

Barbara Harding | Partner | KIRKLAND & ELLIS LLP |
655 Fifteenth Street, NW, Suite 1200|Washington DC  20005-5793
(202) 879-5081 DIRECT| (202) 879-5200FAX | (301) 785-8369 CELL | bharding@kirkland.com
*******************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*******************************************************

NY1:1785984 2

**From:** Barbara Harding [mailto:bharding@kirkland.com]
**Sent:** Wednesday, July 15, 2009 7:41 PM
**To:** John F. Lacey; cohn@cwg11.com; candon@cwg11.com
**Cc:** bstansbury@kirkland.com; Dan Cohn; jbaer@jsbpc.com; jguy@orrick.com; NDF@Capdale.com; Schiavoni, Tancred
**Subject:** Re: Grace/Libby Discovery


Dear John,
Please include the debtors in any discussions regarding dates for the depositions of Messrs. Heberling and Lewis as we have requested dates for those depositions as well
Also, with respect to the witnesses that you have listed that are individual Libby Claimants, I sent a request to Mr Cohn and Mr Candon requesting that you withdraw those individual claimants from your witness list. As you may recall and as I indicated in my correspondence, the Court already has ruled that individual claimant testimony is not relevant to the issues that need to be decided in the Phase II confirmation hearing. At your earliest convenience, please consult with your counsel regarding my previous correspondence and have them advise us as to your position with respect to our request
Regards,
Barbara


Barbara Harding | Partner | KIRKLAND & ELLIS LLP |
655 Fifteenth Street, NW, Suite 1200|Washington DC  20005-5793
(202) 879-5081 DIRECT| (202) 879-5200FAX | (301) 785-8369 CELL | bharding@kirkland.com


"John F. Lacey" <jlacey@mcgarveylaw.com>

07/15/2009 06:57 PM

Please respond to
"John F. Lacey" <jlacey@mcgarveylaw.com>

To  "Schiavoni, Tancred" <TSchiavoni@OMM.com>
cc  "Jon L. Heberling" <jheberling@mcgarveylaw.com>, "Tom Lewis" <tom@lsklaw.net>, "Dan Cohn" <cohn@cwg11.com>, <NDF@Capdale.com> <jguy@orrick.com>, "Schiavoni, Tancred" <TSchiavoni@OMM.com>, <bstansbury@kirkland.com>, <jbaer@jsbpc.com>, "Barbara Harding" <bharding@kirkland.com>
Subject  Re: Grace/Libby Discovery


Tanc,

Jon Heberling will not be attending the Pre-Trial Hearing on July 27, and therefore we need to discuss another alternative. I will get back to you re the Pittsburgh option for Tom, although I fear that his travel arrangments may already have been made without consideration of this extra potential commitment. Nonetheless, I will get back to you. In keeping the Pittsburgh option potentially open for Tom's deposition, please clarify the following: (1) the day before the Pre-Trial is Sunday, July 26. Do you wish to conduct the deposition on Sunday? When precisely & where? (2) how long do you anticipate for the deposition? (3) what documents related to the depositions are you referring to?

You state below that "we have explicitly identified who we require." Please direct me to that list of names, as I do not know what "explicit" identification you reference. I regret that you consider

NY1:1785984.2

this comic; let me assure you that I do not and that I take your requests seriously  I wish to cooperate, and frankly cannot see how my requests that you tell me the names of the people whom you wish to depose has caused you to incur any expense  You have certainly written me many, many times but never, before yesterday, have you given me the name of a specific person whom you wish to depose  I have told you before, and do so again here: suggestions that I have refused to cooperate and ignored your efforts to "meet & confer" are misrepresentations and disingenuous  I would welcome a discussion with you should you choose to call me

Finally, any references to withdrawal of witnesses is without basis, and as applied to Tom or Jon, extremely premature  I see no point in your comment  Likewise, if you believe that there is specific language in the CMO or some other order that you mean to reference, please direct me to that specific language  I have every intention of complying with applicable orders, but obviously need to know the language on which you are apparently relying if I am going to respond to your comment about my "insist[ence] on not complying with the order "

I will get back to you soon about Tom's potential depositions  In the meantime, I look forward to your response to the questions related thereto that I have asked above, as well as to when you propose taking Jon's deposition in Kalispell (or discussing some other alternative)

JFL


----- Original Message -----
From: Schiavoni, Tancred
To: John F. Lacey
Cc: Jon L. Heberling ; Tom Lewis ; Dan Cohn ; NDF@Capdale.com; jguy@orrick.com; Schiavoni, Tancred ; bstansbury@kirkland.com; jbaer@jsbpc.com; Barbara Harding
Sent: Wednesday, July 15, 2009 4:16 PM
Subject: Grace/Libby Discovery

John

    We ask to depose Jon Helberging the day before the pretrial in Pittsburgh. Since he needs to be in town, this should work. We will need to produce documents on those topics on which he intends to testify at the hearing and to disclose whether he intends to offer any opinion testify. If you decline, please let us know immediately so we can raise with the judge. In accord with the CMO, we likewise request dates for Tom Lewis prior to the pretrial in Pittsburgh along with his documents and will consider him withdrawn if you insist on not complying with the order.

    With regard to the other witnesses on your final witness list, we have explicitly identified who we require. We have asked you to produce those individuals that you intend to call at the confirmation hearing who were not disclosed on your initial witness list and who have not previously been deposed  We have written you no less then eleven times about these witnesses. It has been relayed to us how the Libby Claimants view the whole

matter as one of comic relief. How no one can identify your witnesses by name because you have listed over a 100 and by other counts almost a 1000 witnesses. You have caused us and others to incur extra and unusual expenses because of this. We have made herculean efforts to try to elicit your cooperation and exhausted all efforts to meet and confer on these topics.

T.V.S.

```
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************
```