# EXHIBIT B

**From:** Schiavoni, Tancred
**Sent:** Thursday, June 25, 2009 5:29 PM
**To:** 'Christopher M. Candon'; bharding@kirkland.com; jbaer@jsbpc.com; dbernick@kirkland.com; carl.pernicone@wilsonelser.com; Schwartz, Allen; ndf@capdale.com; pvnl@capdale.com; rhorkovich@andersonkill.com; jguy@orrick.com; rfrankel@orrick.com; ghorowitz@kramerlevin.com
**Cc:** Daniel C. Cohn; mark; tom@lsklaw.net; jheberling@mcgarveylaw.com; John F. Lacey
**Subject:** RE: Grace/Meet and Confer re Royal Settlement -- Expedited Discovery Program

Chris

The Libby Plaintiff Lawyers have not responded to seven meet and confer letters  We request a substantive answer to our very simple and straightforward question before a call  The deadlines on the issues we have written you about run well before any issue you have raised

Having returned to the office from several weeks on trial out of town, I am not available tomorrow  I also don't understand why you are now suggesting you need to  meet and confer on less then 24 hours notice when you have not responded to seven meet and letters and could not offer us a time for a meeting anywhere other then Boston over the last two weeks

As of yesterday, your clients were still taking the position that they could not answer because no one has sent them the Case Management Order

T V S

**From:** Schiavoni, Tancred
**Sent:** Friday, June 19, 2009 4:57 PM
**To:** 'Christopher M. Candon'; Daniel C. Cohn; Kimberly Love; lkruger@stroock.com;
kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com;
rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com;
mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov;
ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com;
jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com;
fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com;
caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com;
metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com;
kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com;
meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com;
mumford@lrclaw.com; green@lrclaw.com; kmiller@skfdelaware.com; ewolfe@skfdelaware.com;
speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com;
elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com;
dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com;
emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com;
casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com;
yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com;
michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com;
mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com;
mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com;
ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com;
carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com;
david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com;
dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com;
dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com;
richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com;
james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com;
jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov;
jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias,
Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com;
cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com;
kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com;
vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com;
rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com;
alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com;
anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com;
akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah
Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;
cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
lrosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;
Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com

**Cc:** Dan X-fer; John F. Lacey; 'jlacey@mcgarveylaw.com'
**Subject:** RE: Grace/Libby Claimant Depositions

John

Please propose dates for the depositions of each of the individuals on your witness list

T V S

---

**From:** Christopher M. Candon [mailto:candon@cwg11.com]
**Sent:** Friday, June 19, 2009 12:23 PM
**To:** Schiavoni, Tancred; Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com; mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com;

jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah
Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;
cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
lrosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;
Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer; John F. Lacey
**Subject:** Grace/Libby Claimant Depositions

Dear Counsel:

In response to Tanc's email below, we invite anyone interested in deposing a Libby Claimant to please
contact John Lacey (jlacey@mcgarveylaw.com; 406-752-5566) about scheduling  Consistent with past
courtesies in this case, applied particularly here to the potential Libby Claimant witnesses who have
asbestos disease, it is expected that the depositions will occur in Libby, Montana

Christopher M Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Phone: (617) 951-2505
Fax:    (617) 951-0679

*************************************************************************************
**
Note: This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information  Unauthorized use, disclosure, copying or retention of this
communication (including any attachments) is strictly prohibited  If you have received this
communication in error, please notify us immediately by return e-mail or by telephone

**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Friday, June 19, 2009 1:46 PM
**To:** Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com;
akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com;
jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M.
Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;

arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden.com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com;
cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah
Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;
cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;
Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Dan,

You have purported to list over 100 individuals on your witness list 1000 if the list is read in full Are you
producing them all before July 13 When will you be providing dates?

**From:** Daniel C. Cohn [mailto:cohn@cwg11 com]
**Sent:** Friday, June 19, 2009 10:42 AM
**To:** Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com;
mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M.
Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;

lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; Elias, Brad; Schiavoni, Tancred; Svirsky, Gary; Koepff, Paul;
dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com;
tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com;
pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com;
jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com;
mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com;
thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com;
carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com;
sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com;
ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com;
arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com;
wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen.
f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com;
FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com;
AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com;
sbrown@eapdlaw com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Ms Leibenstein. With our trial brief due 7/13, I don't see how we can postpone this deposition  In order
to avoid the need for you to prepare the deponent twice on any given topic, it would be reasonable to
agree that the deposition on 6/29 will not address feasibility and that the later deposition will be confined
to feasibility  *Dan*


# Daniel C. Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679

NY1:1785984 2

*********************************************************************************
Note. This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited   If you have received this communication in error, please notify us immediately by return e-mail or by telephone

**From:** Kimberly Love [mailto:klove@kirkland.com]
**Sent:** Friday, June 19, 2009 12:15 PM
**To:** lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com;
mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn;
Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasalego@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden.com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com;
pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com;
cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com;
rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com;
gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com;
hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com;
mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com;
bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com;

bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; allenschwartz@omm.com; rcmartin@eapdlaw.com; sbrown@eapdlaw.com

**Cc:** Elli Leibenstein
**Subject:** WR Grace: Hudson LaForce Deposition

Dear Counsel:

The deposition of Hudson La Force, Grace's CFO,  is currently scheduled for June 29, which is before the documents regarding feasibility will be produced  Mr  La Force will be a witness regarding feasibility   To avoid Mr  La Force being deposed twice and to allow counsel the opportunity to review the documents regarding feasibility before Mr  La Force's deposition, we propose postponing the deposition until after the feasibility documents are produced on July 13, 2009

Please respond to Elli Leibenstein at 312-862-2422 (elli leibenstein@kirkland com)

Kimberly Love Legal Assistant |Kirkland & Ellis LLP
300 North LaSalle |Chicago, IL 60654
Tel  312 862 2819 |Fax 312 862 2200  kimberly love@kirkland com
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************

**From:** Schiavoni, Tancred
**Sent:** Friday, June 19, 2009 12:21 PM
**To:** 'Christopher M. Candon'; Schwartz, Allen
**Cc:** Daniel C. Cohn; Schiavoni, Tancred
**Subject:** Grace re Libby Depositions and Deponents

Chris

We have a host of issues we would like to discuss with you  I think there might be value in a face to face meeting if we can arrange one  I am in trial through Tuesday  Is there any time when you and/or Dan are in NY, Phil, Willington or Pitts over the next two weeks

T V S

---

**From:** Christopher M. Candon [mailto:candon@cwg11.com]
**Sent:** Thursday, June 18, 2009 11:51 AM
**To:** Schiavoni, Tancred; Schwartz, Allen
**Cc:** Daniel C. Cohn; Tom Lewis; mark@lsklaw.net; Jon L. Heberling; jlacey@mcgarveylaw.com
**Subject:** RE: Grace/30(b)(6) Deposition of Arrowood Indemnity Company

Tanc and Allen:

Please provide a time that you're available for a meet and confer to discuss the outstanding discovery issues, including the 30(b)(6) deposition scheduling of Arrowood and yet unanswered discovery served by the Libby Claimants.

Thanks,
Chris

Christopher M  Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA  02110
Phone:  (617) 951-2505
Fax:     (617) 951-0679

********************************************************************************
**

Note:  This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information  Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited  If you have received this communication in error, please notify us immediately by return e-mail or by telephone

**From:** Christopher M. Candon
**Sent:** Thursday, June 11, 2009 2:02 PM
**To:** 'tschiavoni@omm.com'; 'Schwartz, Allen'
**Cc:** Daniel C. Cohn; 'Tom Lewis'; 'mark@lsklaw.net'; 'Jon L. Heberling'; 'John Lacey

(jlacey@mcgarveylaw.com)'
**Subject:** RE: Grace/30(b)(6) Deposition of Arrowood Indemnity Company

Dear Tanc and Allen:

With reference to my email below, please see the attached 30(b)(6) deposition notice that will be filed shortly. Since we have not heard back from you concerning the scheduling of this deposition, we're filing the notice today to protect the record. We are, however, still willing to discuss scheduling, including to a date later in the month.

If you would like the deposition to go forward on Monday, please let us know by tomorrow, Friday, June 12 at 2 p.m. (Eastern time). If we do not hear from you by that time, we will assume that instead of going forward on Monday, we will work together to reschedule the deposition to a date later in the month, with Arrowood reserving all rights with respect to the taking of the deposition.

Regards,
Chris


Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Phone: (617) 951-2505
Fax:     (617) 951-0679

***************************************************************************************
**

Note: This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information. Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail or by telephone.


**From:** Christopher M. Candon
**Sent:** Friday, June 05, 2009 4:19 PM
**To:** tschiavoni@omm.com; 'Schwartz, Allen'
**Cc:** Daniel C. Cohn; Tom Lewis; 'mark@lsklaw.net'; 'Jon L. Heberling'; 'John Lacey (jlacey@mcgarveylaw.com)'
**Subject:** Grace/30(b)(6) Deposition of Arrowood Indemnity Company

Tanc and Allen:

Although we have still not received production of the documents necessary for the Libby Claimants to be able to depose Arrowood Indemnity Company ("Arrowood"), with the deadline approaching to complete deposition discovery we hereby request—without waiving our right to further deposition discovery once we receive the requested documents—that you meet and confer with us to schedule a 30(b)(6) deposition of Arrowood and to discuss whether Arrowood will respond to the Libby Claimants' discovery requests without the need for a motion to compel. I have attached a draft of our proposed subject matters for testimony.

Regards,
Chris


Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA  02110
Phone:  (617) 951-2505
Fax:    (617) 951-0679

**********************************************************************************
**
Note:  This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information.  Unauthorized use, disclosure, copying or retention of this
communication (including any attachments) is strictly prohibited  If you have received this
communication in error, please notify us immediately by return e-mail or by telephone

**From:** Schiavoni, Tancred
**Sent:** Monday, June 22, 2009 2:47 PM
**To:** 'cohn@cwg11.com'
**Cc:** 'candon@cwg11.com'; Schiavoni, Tancred; Schwartz, Allen
**Subject:** Re: Grace: Hudson LaForce Deposition

Dan, why isn't is possible for your clients not to comply with the CMO by giving deposition dates for all
your witnesses who have not yet been proposed? We timely gave you notice of our requests

**From:** Daniel C. Cohn <cohn@cwg11.com>
**To:** Schiavoni, Tancred
**Cc:** Christopher M. Candon <candon@cwg11.com>
**Sent:** Mon Jun 22 14:36:53 2009
**Subject:** Grace: Hudson LaForce Deposition

Tanc: Apart from not being possible, it is not required by the CMO   In the case of Mr  LaForce, we timely
noticed Grace's 30(b)(6) deposition and have accommodated the deponent's and Grace's scheduling
requests by agreeing on a post-June 15 date   *Dan*

# Daniel C. Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax: 617-951-0679
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note:  This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication
(including any attachments) is strictly prohibited   If you have received this communication in error, please
notify us immediately by return e-mail or by telephone

**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Monday, June 22, 2009 11:07 AM
**To:** Daniel C. Cohn
**Cc:** Schiavoni, Tancred
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Dan

You state that. "Phase II depositions except as to feasibility end June 15"  We are assuming that you will
propose dates for all your witness who have not been produced for deposition so that depositions can
take place on or before June 15

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Monday, June 22, 2009 7:59 AM

**To:** Schiavoni, Tancred; Elli Leibenstein
**Cc:** acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com;
AKushner@stblaw.com; alexander.mueller@mendes.com; Schwartz, Allen; anna.newsom@mendes.com;
arich@alanrichlaw.com; arosenberg@paulweiss.com; arunning@kirkland.com; Elias, Brad;
bharding@kirkland.com; bklayman@cozen.com; bmukherjee@goodwinprocter.com; bsb@capdale.com;
bstansbury@kirkland.com; butcher@lrclaw.com; Christopher M. Candon; carignanj@pepperlaw.com;
carl.pernicone@wilsonelser.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com;
caseyl@pepperlaw.com; Catherine.chen@wilsonelser.com; cbruens@kirkland.com; cgreco@kirkland.com;
collins@rlf.com; cprince@sonnenschein.com; david.boutrous@kirkland.com; david.klauder@usdoj.gov;
david.primack@dbr.com; david.turetsky%skadden._com; dbernick@kirkland.com;
dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com;
dmannal@kramerlevin.com; Dpastor@Gilmanpast or.com; drosenbloom@mwe.com;
drosendorf@kttlaw.com; Deborah Scarcella; dsilver@mccarter.com; dspeights@speightsrunyan.com;
ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com;
emdecristofaro@FMEW.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com;
ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; FRosner@mrs-law.com;
gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com;
gmcdaniel@bglawde.com; green@lrclaw.com; Greg.Stclair@skadden.com; Svirsky, Gary;
heather.bloom@kirkland.com; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com;
Irosenberg@cozen.com; jal@capdale.com; james.freeman2@usdoj.gov; jbaer@jsbpc.com;
jcohn@cozen.com; jcp@pgslaw.com; jcutler@orrick.com; jdd@stevenslee.com;
jeffrey.boerger@dbr.com; jeff.friedman@kattenlaw.com; jguy@orrick.com; jk@kttlaw.com;
jmeltzer@sbtklaw.com; john.mcfarland@grace.com; joneill@ pszjlaw.com; jpruggeri@hhlaw.com;
jpw@capdale.com; jsakalo@bilzin.com; jsottile; jspadaro@johnsheehanspadaro.com; jwisler;
kandestin@rlf.com; karen. f.lee; kbornstein@sbtklaw.com; Kimberly Love; kmakowski@pszjlaw.com;
kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com;
kpasquale@stroock.com; landis@lrclaw.com; lepley@crowell.com; lesayian@kirkland.com;
lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com;
lstover@eckertseamans.com; Madigan.andrea@epa.gov; madron@rlf.com; mark.shelnitz@grace.com;
maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com;
mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com;
mhurford@camlev.com; michael.brown@dbr.com; mjoseph@ferryjoseph.com; mkramer@bilzin.com;
mlastowski@duanemorris.com; mphillips@paulweiss.com; mphillips@cblh.com; mpiropato@stblaw.com;
mplevin@crowell.com; mshiner@tuckerlaw.com; mumford@lrclaw.com; mwallace@orrick.com;
mweis@dilworthlaw.com; Nancy.Manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com;
pbentle y@kramerlevin.com; pcuniff@pszjlaw.com; Koepff, Paul; pmahaley@orrick.com; ppantaleo@st
blaw.com; pvnl@capdale.com; ramos@rlf.com; rcmartin@eapdlaw.com; rdehney@mnat.com;
Reynolds@rlf.com; rfrank el; rguttmann@zeklaw.com; rhorkovich@andersonkill.com;
richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rmillner@sonnenschein.com;
rriley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sbrown@eapdlaw.com;
scalogero@cuyler.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com;
stearn@rlf.com; swspencer@FMEW.com; tcairns@pszjlaw.com; tcurrier@saul.com;
tfreedman@kirkland.com; tgerber@fulbright.com; thomas.quinn@mendes.com;
tmacauley@zuckerman.com; tmessana@mws-law.com; toolee@pepperlaw.com;
travis.langenkamp@kirkland.com; tscobb@vorys.com; ttacconelli@ferryjoseph.com;
ustpregion03.wl.ecf@usdoj.gov; vguldi@zuckerman.com; warren.pratt@dbr.com; wbs@capdale.c om;
wrussell@stblaw.com; wshelley@cozen.com; Dan X-fer; yoderj@whiteandwilliams.com;
young@wildman.com; Dan X-fer; Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Tanc:  I don't understand what you mean    *Dan*

# Daniel C.  Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel: 617-951-2505
Fax: 617-951-0679
*************************************************************************************

Note.  This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited   If you have received this communication in error, please notify us immediately by return e-mail or by telephone

**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Monday, June 22, 2009 10:51 AM
**To:** Daniel C. Cohn; Elli Leibenstein
**Cc:** acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com; AKushner@stblaw.com; alexander.mueller@mendes.com; Schwartz, Allen; anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com; arunning@kirkland.com; Elias, Brad; bharding@kirkland.com; bklayman@cozen.com; bmukherjee@goodwinprocter.com; bsb@capdale.com; bstansbury@kirkland.com; butcher@lrclaw.com; Christopher M. Candon; carignanj@pepperlaw.com; carl.pernicone@wilsonelser.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com; Catherine.chen@wilsonelser.com; cbruens@kirkland.com; cgreco@kirkland.com; collins@rlf.com; cprince@sonnenschein.com; david.boutrous@kirkland.com; david.klauder@usdoj.gov; david.primack@dbr.com; david.turetsky%skadden._com; dbernick@kirkland.com; dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com; dmannal@kramerlevin.com; Dpastor@Gilmanpast or.com; drosenbloom@mwe.com; drosendorf@kttlaw.com; Deborah Scarcella; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com; emdecristofaro@FMEW.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com; ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; FRosner@mrs-law.com; gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; green@lrclaw.com; Greg.Stclair@skadden.com; Svirsky, Gary; heather.bloom@kirkland.com; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com; Irosenberg@cozen.com; jal@capdale.com; james.freeman2@usdoj.gov; jbaer@jsbpc.com; jcohn@cozen.com; jcp@pgslaw.com; jcutler@orrick.com; jdd@stevenslee.com; jeffrey.boerger@dbr.com; jeff.friedman@kattenlaw.com; jguy@orrick.com; jk@kttlaw.com; jmeltzer@sbtklaw.com; john.mcfarland@grace.com; joneill@ pszjlaw.com; jpruggeri@hhlaw.com; jpw@capdale.com; jsakalo@bilzin.com; jsottile; jspadaro@johnsheehanspadaro.com; jwisler; kandestin@rlf.com; karen. f.lee; kbornstein@sbtklaw.com; Kimberly Love; kmakowski@pszjlaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com; kpasquale@stroock.com; landis@lrclaw.com; lepley@crowell.com; lesayian@kirkland.com; lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; Madigan.andrea@epa.gov; madron@rlf.com; mark.shelnitz@grace.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; michael.brown@dbr.com; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mlastowski@duanemorris.com; mphillips@paulweiss.com; mphillips@cblh.com; mpiropato@stblaw.com; mplevin@crowell.com; mshiner@tuckerlaw.com; mumford@lrclaw.com; mwallace@orrick.com; mweis@dilworthlaw.com; Nancy.Manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com; pbentle y@kramerlevin.com; pcuniff@pszjlaw.com; Koepff, Paul; pmahaley@orrick.com; ppantaleo@st blaw.com; pvnl@capdale.com; ramos@rlf.com; rcmartin@eapdlaw.com; rdehney@mnat.com;

Reynolds@rlf.com; rfrank el; rguttmann@zeklaw.com; rhorkovich@andersonkill.com;
richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rmillner@sonnenschein.com;
rriley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sbrown@eapdlaw.com;
scalogero@cuyler.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com;
stearn@rlf.com; swspencer@FMEW.com; tcairns@pszjlaw.com; tcurrier@saul.com;
tfreedman@kirkland.com; tgerber@fulbright.com; thomas.quinn@mendes.com;
tmacauley@zuckerman.com; tmessana@mws-law.com; toolee@pepperlaw.com;
travis.langenkamp@kirkland.com; tscobb@vorys.com; ttacconelli@ferryjoseph.com;
ustpregion03.wl.ecf@usdoj.gov; vguldi@zuckerman.com; warren.pratt@dbr.com; wbs@capdale.c om;
wrussell@stblaw.com; wshelley@cozen.com; Dan X-fer; yoderj@whiteandwilliams.com;
young@wildman.com; Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

We are assuming that you acknowledge and agree that the same provisions apply to the witnesses on
your witness list and that you will be withdrawing those for which you don't comply

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Monday, June 22, 2009 7:06 AM
**To:** Elli Leibenstein
**Cc:** acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com;
AKushner@stblaw.com; alexander.mueller@mendes.com; Schwartz, Allen; anna.newsom@mendes.com;
arich@alanrichlaw.com; arosenberg@paulweiss.com; arunning@kirkland.com; Elias, Brad;
bharding@kirkland.com; bklayman@cozen.com; bmukherjee@goodwinprocter.com; bsb@capdale.com;
bstansbury@kirkland.com; butcher@lrclaw.com; Christopher M. Candon; carignanj@pepperlaw.com;
carl.pernicone@wilsonelser.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com;
caseyl@pepperlaw.com; Catherine.chen@wilsonelser.com; cbruens@kirkland.com; cgreco@kirkland.com;
collins@rlf.com; cprince@sonnenschein.com; david.boutrous@kirkland.com; david.klauder@usdoj.gov;
david.primack@dbr.com; david.turetsky%skadden._com; dbernick@kirkland.com;
dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com;
dmannal@kramerlevin.com; Dpastor@Gilmanpast or.com; drosenbloom@mwe.com;
drosendorf@kttlaw.com; Deborah Scarcella; dsilver@mccarter.com; dspeights@speightsrunyan.com;
ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com;
emdecristofaro@FMEW.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com;
ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; FRosner@mrs-law.com;
gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com;
gmcdaniel@bglawde.com; green@lrclaw.com; Greg.Stclair@skadden.com; Svirsky, Gary;
heather.bloom@kirkland.com; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com;
Irosenberg@cozen.com; jal@capdale.com; james.freeman2@usdoj.gov; jbaer@jsbpc.com;
jcohn@cozen.com; jcp@pgslaw.com; jcutler@orrick.com; jdd@stevenslee.com;
jeffrey.boerger@dbr.com; jeff.friedman@kattenlaw.com; jguy@orrick.com; jk@kttlaw.com;
jmeltzer@sbtklaw.com; john.mcfarland@grace.com; joneill@ pszjlaw.com; jpruggeri@hhlaw.com;
jpw@capdale.com; jsakalo@bilzin.com; jsottile; jspadaro@johnsheehanspadaro.com; jwisler;
kandestin@rlf.com; karen. f.lee; kbornstein@sbtklaw.com; Kimberly Love; kmakowski@pszjlaw.com;
kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com;
kpasquale@stroock.com; landis@lrclaw.com; lepley@crowell.com; lesayian@kirkland.com;
lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com;
lstover@eckertseamans.com; Madigan.andrea@epa.gov; madron@rlf.com; mark.shelnitz@grace.com;
maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com;
mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com;
mhurford@camlev.com; michael.brown@dbr.com; mjoseph@ferryjoseph.com; mkramer@bilzin.com;
mlastowski@duanemorris.com; mphillips@paulweiss.com; mphillips@cblh.com; mpiropato@stblaw.com;
mplevin@crowell.com; mshiner@tuckerlaw.com; mumford@lrclaw.com; mwallace@orrick.com;

mweis@dilworthlaw.com; Nancy.Manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com;
pbentle y@kramerlevin.com; pcuniff@pszjlaw.com; Koepff, Paul; pmahaley@orrick.com; ppantaleo@st
blaw.com; pvnl@capdale.com; ramos@rlf.com; rcmartin@eapdlaw.com; rdehney@mnat.com;
Reynolds@rlf.com; rfrank el; rguttmann@zeklaw.com; rhorkovich@andersonkill.com;
richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rmillner@sonnenschein.com;
rriley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sbrown@eapdlaw.com;
scalogero@cuyler.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com;
stearn@rlf.com; swspencer@FMEW.com; tcairns@pszjlaw.com; tcurrier@saul.com;
tfreedman@kirkland.com; tgerber@fulbright.com; thomas.quinn@mendes.com;
tmacauley@zuckerman.com; tmessana@mws-law.com; toolee@pepperlaw.com;
travis.langenkamp@kirkland.com; Schiavoni, Tancred; tscobb@vorys.com; ttacconelli@ferryjoseph.com;
ustpregion03.wl.ecf@usdoj.gov; vguldi@zuckerman.com; warren.pratt@dbr.com; wbs@capdale.c om;
wrussell@stblaw.com; wshelley@cozen.com; Dan X-fer; yoderj@whiteandwilliams.com;
young@wildman.com; Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Elli. The need for Mr LaForce to be deposed twice is inherent in the CMO (designed by Grace)  Phase II
depositions except as to feasibility end June 15  Depositions for feasibility commence June 15
Therefore, the CMO contemplates that anyone who will be a witness as to feasibility and non-feasibility
issues will be deposed twice  Please confirm that Mr  LaForce will appear for his duly noticed deposition
at 9:30 a m  on June 29  If you would like to meet and confer, I would be available for a teleconference
any time tomorrow morning at your convenience   Dan


# Daniel C.  Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
********************************************************************************

Note. This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information  Unauthorized use, disclosure, copying or retention of this communication
(including any attachments) is strictly prohibited  If you have received this communication in error. please
notify us immediately by return e-mail or by telephone

**From:** Elli Leibenstein [mailto:eleibenstein@kirkland.com]
**Sent:** Monday, June 22, 2009 8:44 AM
**To:** Daniel C. Cohn
**Cc:** acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com;
AKushner@stblaw.com; alexander.mueller@mendes.com; allenschwartz@omm.com;
anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com;
arunning@kirkland.com; belias@omm.com; bharding@kirkland.com; bklayman@cozen.com;
bmukherjee@goodwinprocter.com; bsb@capdale.com; bstansbury@kirkland.com; butcher@lrclaw.com;
Christopher M. Candon; carignanj@pepperlaw.com; carl.pernicone@wilsonelser.com;
carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com;
Catherine.chen@wilsonelser.com; cbruens@kirkland.com; cgreco@kirkland.com; collins@rlf com;
cprince@sonnenschein.com; david.boutrous@kirkland.com; david.klauder@usdoj.gov;
david.primack@dbr.com; david.turetsky%skadden._com; dbernick@kirkland.com;
dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com;
dmannal@kramerlevin.com; Dpastor@Gilmanpast or.com; drosenbloom@mwe.com;

drosendorf@kttlaw.com; Deborah Scarcella; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com; emdecristofaro@FMEW.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com; ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; FRosner@mrs-law.com; gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; green@lrclaw.com; Greg.Stclair@skadden.com; gsvirsky@omm.com; heather.bloom@kirkland.com; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com; Irosenberg@cozen.com; jal@capdale.com; james.freeman2@usdoj.gov; jbaer@jsbpc.com; jcohn@cozen.com; jcp@pgslaw.com; jcutler@orrick.com; jdd@stevenslee.com; jeffrey.boerger@dbr.com; jeff.friedman@kattenlaw.com; jguy@orrick.com; jk@kttlaw.com; jmeltzer@sbtklaw.com; john.mcfarland@grace.com; joneill@pszjlaw.com; jpruggeri@hhlaw.com; jpw@capdale.com; jsakalo@bilzin.com; jsottile; jspadaro@johnsheehanspadaro.com; jwisler; kandestin@rlf.com; karen. f.lee; kbornstein@sbtklaw.com; Kimberly Love; kmakowski@pszjlaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com; kpasquale@stroock.com; landis@lrclaw.com; lepley@crowell.com; lesayian@kirkland.com; lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; Madigan.andrea@epa.gov; madron@rlf.com; mark.shelnitz@grace.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; michael.brown@dbr.com; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mlastowski@duanemorris.com; mphillips@paulweiss.com; mphillips@cblh.com; mpiropato@stblaw.com; mplevin@crowell.com; mshiner@tuckerlaw.com; mumford@lrclaw.com; mwallace@orrick.com; mweis@dilworthlaw.com; nancy.manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com; pbentle y@kramerlevin.com; pcuniff@pszjlaw.com; pkoepff@omm.com; pmahaley@orrick.com; ppantaleo@st blaw.com; pvnl@capdale.com; ramos@rlf.com; rcmartin@eapdlaw.com; rdehney@mnat.com; Reynolds@rlf.com; rfrank el; rguttmann@zeklaw.com; rhorkovich@andersonkill.com; richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rmillner@sonnenschein.com; rriley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sbrown@eapdlaw.com; scalogero@cuyler.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com; stearn@rlf.com; swspencer@FMEW.com; tcairns@pszjlaw.com; tcurrier@saul.com; tfreedman@kirkland.com; tgerber@fulbright.com; thomas.quinn@mendes.com; tmacauley@zuckerman.com; tmessana@mws-law.com; toolee@pepperlaw.com; travis.langenkamp@kirkland.com; tschiavoni@omm.com; tscobb@vorys.com; ttacconelli@ferryjoseph.com; ustpregion03.wl.ecf@usdoj.gov; vguldi@zuckerman.com; warren.pratt@dbr.com; wbs@capdale.c om; wrussell@stblaw.com; wshelley@cozen.com; Dan X-fer; yoderj@whiteandwilliams.com; young@wildman.com
**Subject:** RE: WR Grace: Hudson LaForce Deposition


Dan.
It is not appropriate to require Mr La Force, Grace's CFO, to be deposed twice because of the timing of the trial brief  Mr La Force was designated for a only a few Rule 30(b)(6) topics  Moreover, his deposition would still be well in advance of trial and could be used for the trial  Accordingly, Grace does not believe Mr La Force should be required to sit for two depositons and Grace continues to propose postponing the first deposition and have Mr La Force deposed on all topics after the feasibiity documents have been produced
Elli

"Daniel C Cohn" <cohn@cwg11 com>

06/19/2009 12:42 PM

To "Kimberly Love" <klove@kirkland.com>, <lkruger@stroock com>
<kpasquale@stroock com>. <akrieger@stroock com>.
<mlastowski@duanemorris com>, <rriley@duanemorris com>.
<sbaena@bilzin com>. <jsakalo@bilzin com>. <mkramer@bilzin com>.
<mjoseph@ferryjoseph com>. <ttacconelli@ferryjoseph com>.
<david klauder@usdoj gov>. <ustpregion03 wl ecf@usdoj gov>

<noah.heller@kattenlaw com>, <merritt pardini@kattenlaw com>,
<jeff friedman@kattenlaw com>. <collins@rlf com>. <madron@rlf com>.
<Reynolds@rlf com>. <ramos@rlf com>. <fournierd@pepperlaw com>.
<carignanj@pepperlaw com>, <hertzbergr@pepperlaw com>.
<caseyl@pepperlaw com>, <fmonaco@wcsr com>.
<kmangan@wcsr com>. <maward@wcsr com>.
<metkin@lowenstein com>, <ilevee@lowenstein com>.
<Dpastor@Gilmanpastor com>. <jmeltzer@sbtklaw com>.
<kbornstein@sbtklaw com>. <stearn@rlf com>. <kandestin@rlf com>.
<rjsidman@vorys com>. <lscobb@vorys com>,
<meltzere@pepperlaw com>. <toolee@pepperlaw com>.
<landis@lrclaw com>. <butcher@lrclaw.com>, <mumford@lrclaw com>.
<green@lrclaw com>. "Christopher M. Candon"
<candon@cwg11 com>. <kmiller@skfdelaware com>,
<ewolfe@skfdelaware com>. <speirce@fulbright com>.
<tgerber@fulbright com>. <jwisler@cbl h com>. <mphillips@cblh com>.
<elongosz@eckertseamans com>. <lstover@eckertseamans com>
<erosenthal@rmgglaw com>. <dglosband@goodwinprocter com>.
<bmukherjee@goodwinprocter com>.
<mgiannotto@goodwinprocter com>. <emdecristofaro@FMEW com>.
<swspencer@FMEW com>. <riffl@wileyrein com>.
<casarinom@whiteandwilliams com>.
<gibbonsj@whiteandwilliams com>.
<locasaleg@whiteandwilliams com>. <yoderj@whiteandwilliams com>
<warren pratt@dbr com>. <david primack@dbr com>.
<michael brown@dbr com>. <jeffrey boerger@dbr com>.
<jdd@stevenslee com>. <lpg@stevenslee com>.
<mes@stevenslee.com>. <sshimshak@paulweiss com>.
<arosenberg@paulweiss com>. <mphillips@paulweiss com>.
<ppantaleo@stblaw com>. <wrussell@stblaw com>.
<mpiropato@stblaw com>. <ealcabes@stblaw com>.
<wshelley@cozen com>. <jcohn@cozen com>.
<gmcdaniel@bglawde com>. <carl pernicone@wilsonelser com>
<Catherine chen@wilsonelser com>, <arich@alanrichlaw com>.
<david turelsky@skadden com>. <Greg Stclair@skadden com>.
<pbentley@kramerlevin com>. <dmannal@kramerlevin com>.
<gcalhoun@steptoe com>. <acraig@cuyler com>.
<mdavis@zeklaw com>. <dfelder@orrick com>. <rfrank
el@orrick com>. <mwallace@orrick.com>. <rwyron@orrick com>
<jguy@orrick com>. <richard finke@grace com>
<mark shelnitz@grace com>. <john mcfarland@grace com>
<james freeman2@usdoj gov>. <jal@capdale com>,
<pvnl@capdale com>. <ndf@capdale com>. <ei@capdale com>.
<jal@capdale com>. <lepley@crowell com>
<nancy manzer@wilmer com>. <Madigan andrea@epa gov>.
<jpruggeri@hhlaw com>. <drosenbloom@mwe com>.
<mhurford@camlev com>. <meskin@camlev com>
<belias@omm com>. <lschiavoni@omm com> <gsvirsky@omm com>
<pkoepff@omm com>. <dbernick@kirkland com>
<lesayian@kirkland com> <cgreco@kirkland com>
<cbruens@kirkland com>. <lfreedman@kirkland com>
<joneill@pszjlaw com>. <lcairns@pszjlaw com>
<kmakowski@pszjlaw com>. <pcuniff@pszjlaw com>
<loberholzer@pszjlaw com>. <lmacauley@zuckerman com>
<vguldi@zuckerman com> <jsottile@zuckerman co m>
<kmayer@mccarter com>. <dsilver@mccarter com>
<rgutlmann@zeklaw com> <mdavis@zeklaw com>.
<jspadaro@johnsheehanspadaro com>.
<alexander mueller@mendes com>. <thomas quinn@mendes com>.
<eileen mccabe@mendes com>. <anna newsom@mendes com>.
<carolina.acevedo@mendes com>. <mweis@dilworthlaw com>.
<akelley@dilworthlaw com>. <sfreedman@dilworthlaw com>.
<young@wildman com>. <dspeights@speightsrunyan com>.
<ewestbrook@rpwb com>. <rhorkovich@andersonkill com>
<rdehney@mnat.com>, <acordo@mnat com>.
<tgerber@fulbright com>. <lcurrier@saul com>.
<gmcdaniel@bglawde com>, <jcp@pgslaw com>. <jbaer@jsbpc com>.
<drosendorf@kttlaw.com>. <jk@kttlaw com>. <hriedel@srbp com>.
<ghorowitz@kramerlevin com>. <dblabey@kramerlevin com>.
<korr@orrick com>. <mshiner@tuckerlaw com>.
<mplevin@crowell com>. <pmahaley@orrick com>.
<jcutler@orrick com>. <bharding@kirkland com>.
<arunning@kirkland com>. <bstansbury@kirkland com>

<jpw@capdale com>, <bsb@capdale com>. <wbs@capdale com>.
<travis langenkamp@kirkland com>. <heather bloom@kirkland com>
<karen f lee@kirkland com>. <david boutrous@kirkland com>,
"Deborah Scarcella" <dscarcella@kirkland.com>, <tmessana@mws-
law com>, <FRosner@mrs-law com>, <rmillner@sonnenschein com>.
<cprince@sonnenschein com>, <jpw@capdale com>.
<bsb@capdale com>. <wbs@capdale com>.
<lrosenberg@cozen com>. <bklayman@cozen com>.
<AKushner@stblaw com>. <scalogero@cuyler com>,
<allenschwartz@omm com>. <rcmartin@eapdlaw com>.
<sbrown@eapdlaw com>. <eleibenstein@kirkland com>

cc    "Dan X-fer" <x-fer@cwg11 com>

Subject    RE: WR Grace:  Hudson LaForce Deposition

Ms  Leibenstein. With our trial brief due 7/13, I don't see how we can postpone this deposition   In order to avoid the need for you to prepare the deponent twice on any given topic, it would be reasonable to agree that the deposition on 6/29 will not address feasibility and that the later deposition will be confined to feasibility   *Dan*

# DanielC. Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
************************************************************************************

Note. This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited   If you have received this communication in error, please notify us immediately by return e-mail or by telephone

**From:** Kimberly Love [mailto:klove@kirkland.com]
**Sent:** Friday, June 19, 2009 12:15 PM
**To:** lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;

tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com; pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler com; allenschwartz@omm.com; rcmartin@eapdlaw.com; sbrown@eapdlaw.com
**Cc:** Elli Leibenstein
**Subject:** WR Grace: Hudson LaForce Deposition


Dear Counsel.

The deposition of Hudson La Force, Grace's CFO, is currently scheduled for June 29, which is before the documents regarding feasibility will be produced  Mr La Force will be a witness regarding feasibility  To avoid Mr La Force being deposed twice and to allow counsel the opportunity to review the documents regarding feasibility before Mr La Force's deposition, we propose postponing the deposition until after the feasibility documents are produced on July 13, 2009

Please respond to Elli Leibenstein at 312-862-2422 (elli leibenstein@kirkland com)

Kimberly Love |Legal Assistant |Kirkland & Ellis LLP
300 North LaSalle |Chicago. IL 60654
Tel  312 862 2819 |Fax 312 862 2200 |kimberly love@kirkland com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

-----Original Message-----
From: Schiavoni, Tancred
Sent: Friday, June 26, 2009 3:52 PM
To: 'cohn@cwg11.com'
Cc: 'jlacey@mcgarveylaw.com'; Schwartz, Allen;
'carl.pernicone@wilsonelser.com'; 'candon@cwg11.com'; Schiavoni, Tancred
Subject: Re: Grace/Meet and Confer re

John

I understand that your Boston counsel has sent you the CMOs since our last
exchange in the event you could not find your service copy. This was the
reason advanced for why you could not give us deposition dates for the
witnesses you intend to call who have not yet been produced. May we have
dates now? We are assuming that anyone not produced before the 30 day period
runs is being withdrawn as is everyone else.

----- Original Message -----
From: Daniel C. Cohn <cohn@cwg11.com>
To: Lisa Esayian <lesayian@kirkland.com>; Guy, Jonathan P. <jguy@orrick.com>;
Schiavoni, Tancred; Barbara Harding <bharding@kirkland.com>; robert horkovich
<rhorkovich@andersonkill.com>
Cc: mark <mark@lsklaw.net>; tom <tom@lsklaw.net>; jheberling
<jheberling@mcgarveylaw.com>; nate finch <ndf@capdale.com>; John F. Lacey
<jlacey@mcgarveylaw.com>; GRACE <GRACE@orrick.com>; Schwartz, Allen; carl
pernicone <carl.pernicone@wilsonelser.com>; Christopher M. Candon
<candon@cwg11.com>; Jan Baer <jbaer@jsbpc.com>; David Bernick
<dbernick@kirkland.com>; Peter Lockwood <PVNL@Capdale.com>; roger frankel
<rfrankel@orrick.com>; ghorowitz <ghorowitz@kramerlevin.com>; Dan X-fer <x-
fer@cwg11.com>
Sent: Fri Jun 26 15:05:07 2009
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited Discovery
Program

I have another commitment at 4:30.  Lisa can start at 3:30.  Jonathan
and Tanc, please let me know right away if 3:30 does NOT work for you.
Otherwise, I'll circulate dial-in information shortly.  Thanks.

Daniel C. Cohn
 COHN WHITESELL & GOLDBERG LLP
 101 Arch Street
 Boston, MA 02110
 Tel: 617-951-2505
 Fax: 617-951-0679
****************************************************************************
***************
Note:  This communication is intended only for the intended addressee(s)
and may contain privileged and/or confidential information.
Unauthorized use, disclosure, copying or retention of this communication
(including any attachments) is strictly prohibited.  If you have
received this communication in error, please notify us immediately by
return e-mail or by telephone.


-----Original Message-----
From: Lisa Esayian [mailto:lesayian@kirkland.com]

Sent: Friday, June 26, 2009 1:58 PM
To: Guy, Jonathan P.; tanc schiavoni; Barbara Harding; robert horkovich;
Daniel C. Cohn
Cc: mark; tom; jheberling; nate finch; John F. Lacey; GRACE; Schwartz,
Allen; carl pernicone; Christopher M. Candon; Jan Baer; David Bernick;
Peter Lockwood; roger frankel; ghorowitz
Subject: Re: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program


Monday at 4:00 PM eastern for no more than one hour is OK.



----- Original Message -----
From: "Guy, Jonathan P." [jguy@orrick.com]
Sent: 06/26/2009 01:47 PM AST
To: "Schiavoni, Tancred" <TSchiavoni@OMM.com>; Barbara Harding;
rhorkovich@andersonkill.com; "Daniel C Cohn" <cohn@cwg11.com>; Lisa
Esayian
Cc: mark <mark@lsklaw.net>; tom@lsklaw.net; jheberling@mcgarveylaw.com;
ndf@capdale.com; "John F.Lacey" <jlacey@mcgarveylaw.com>; GRACE
<GRACE@orrick.com>; "Schwartz, Allen" <allenschwartz@omm.com>;
carl.pernicone@wilsonelser.com; "Christopher M. Candon"
<candon@cwg11.com>; jbaer@jsbpc.com; David Bernick; pvnl@capdale.com;
"Frankel, Roger" <rfrankel@orrick.com>; ghorowitz@kramerlevin.com
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program



The FCR is willing to have a meet and confer on Monday, by telephone, to
discuss proposed discovery and related issues concerning Royal
settlement   I understand that Tanc and Dan are available Monday. Bob
and Lisa if you can join for ACC and Debtors that would great (or others
as appropriate).  I propose 4 pm in light of hearing in the morning
Assuming this works, I would ask Dan to circulate a dial-in.  Thanks.


Jonathan Guy
Orrick, Herrington & Sutcliffe LLP
COLUMBIA CENTER
1152 15TH STREET, N.W.,
Washington, D.C. 20005
tel 202-339-8516
fax 202-339-8500
email jguy@orrick.com
www.orrick.com


-----Original Message-----
From: Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
Sent: Thursday, June 25, 2009 6:06 PM
To: Christopher M. Candon; bharding@kirkland.com; jbaer@jsbpc.com;
dbernick@kirkland.com; carl.pernicone@wilsonelser.com; Schwartz, Allen;
ndf@capdale.com; pvnl@capdale.com; rhorkovich@andersonkill.com; Guy,
Jonathan P.; Frankel, Roger; ghorowitz@kramerlevin.com

Cc: Daniel C.Cohn; mark; tom@lsklaw.net; jheberling@mcgarveylaw.com;
John F.Lacey
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program

Chris

I called Dan immediately. Have him give me a call.

T.V.S.


-----Original Message-----
From: Christopher M. Candon [mailto:candon@cwg11.com]
Sent: Thursday, June 25, 2009 6:04 PM
To: Schiavoni, Tancred; Christopher M.Candon; bharding@kirkland.com;
jbaer@jsbpc.com; dbernick@kirkland.com; carl.pernicone@wilsonelser.com;
Schwartz, Allen; ndf@capdale.com; pvnl@capdale.com;
rhorkovich@andersonkill.com; jguy@orrick.com; rfrankel@orrick.com;
ghorowitz@kramerlevin.com
Cc: Daniel C.Cohn; mark; tom@lsklaw.net; jheberling@mcgarveylaw.com;
John F.Lacey
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program

Evasions are unacceptable.  If all parties cannot make themselves
available for a meet and confer tomorrow or Monday, or at least schedule
a time for a call, we intend on Tuesday to file a motion to compel and
to postpone the hearing on the Royal settlement motion.


-----Original Message-----
From: "Schiavoni, Tancred" <TSchiavoni@OMM.com>
To: "Christopher M. Candon" <candon@cwg11.com>; "bharding@kirkland.com"
<bharding@kirkland.com>; "jbaer@jsbpc.com" <jbaer@jsbpc.com>;
"dbernick@kirkland.com" <dbernick@kirkland.com>;
"carl.pernicone@wilsonelser.com" <carl.pernicone@wilsonelser.com>;
"Schwartz, Allen" <allenschwartz@omm.com>; "ndf@capdale.com"
<ndf@capdale.com>; "pvnl@capdale.com" <pvnl@capdale.com>;
"rhorkovich@andersonkill.com" <rhorkovich@andersonkill.com>;
"jguy@orrick.com" <jguy@orrick.com>; "rfrankel@orrick.com"
<rfrankel@orrick.com>; "ghorowitz@kramerlevin.com"
<ghorowitz@kramerlevin.com>
Cc: "Daniel C.Cohn" <cohn@cwg11.com>; "mark" <mark@lsklaw.net>;
"tom@lsklaw.net" <tom@lsklaw.net>; "jheberling@mcgarveylaw.com"
<jheberling@mcgarveylaw.com>; "John F.Lacey" <jlacey@mcgarveylaw.com>
Sent: 6/25/09 5:43 PM
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program

When will you be able to deliver a response to our requests?

-----Original Message-----
From: Christopher M. Candon [mailto:candon@cwg11.com]
Sent: Thursday, June 25, 2009 5:43 PM
To: Schiavoni, Tancred; Christopher M.Candon; bharding@kirkland.com;

jbaer@jsbpc.com; dbernick@kirkland.com; carl.pernicone@wilsonelser.com;
Schwartz, Allen; ndf@capdale.com; pvnl@capdale.com;
rhorkovich@andersonkill.com; jguy@orrick.com; rfrankel@orrick.com;
ghorowitz@kramerlevin.com
Cc: Daniel C.Cohn; mark; tom@lsklaw.net; jheberling@mcgarveylaw.com;
John F.Lacey
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program

Tanc:

When on Monday are you available?

Chris

-----Original Message-----
From: "Schiavoni, Tancred" <TSchiavoni@OMM.com>
To: "Christopher M. Candon" <candon@cwg11.com>; "bharding@kirkland.com"
<bharding@kirkland.com>; "jbaer@jsbpc.com" <jbaer@jsbpc.com>;
"dbernick@kirkland.com" <dbernick@kirkland.com>;
"carl.pernicone@wilsonelser.com" <carl.pernicone@wilsonelser.com>;
"Schwartz, Allen" <allenschwartz@omm.com>; "ndf@capdale.com"
<ndf@capdale.com>; "pvnl@capdale.com" <pvnl@capdale.com>;
"rhorkovich@andersonkill.com" <rhorkovich@andersonkill.com>;
"jguy@orrick.com" <jguy@orrick.com>; "rfrankel@orrick.com"
<rfrankel@orrick.com>; "ghorowitz@kramerlevin.com"
<ghorowitz@kramerlevin.com>
Cc: "Daniel C. Cohn" <cohn@cwg11.com>; "mark" <mark@lsklaw.net>;
"tom@lsklaw.net" <tom@lsklaw.net>; "jheberling@mcgarveylaw.com"
<jheberling@mcgarveylaw.com>; "John F. Lacey" <jlacey@mcgarveylaw.com>
Sent: 6/25/09 5:29 PM
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program

Chris

The Libby Plaintiff Lawyers have not responded to seven meet and confer
letters. We request a substantive answer to our very simple and
straightforward question before a call. The deadlines on the issues we
have written you about run well before any issue you have raised.

Having returned to the office from several weeks on trial out of town, I
am not available tomorrow. I also don't understand why you are now
suggesting you need to  meet and confer on less then 24 hours notice
when you have not responded to seven meet and letters and could not
offer us a time for a meeting anywhere other then Boston over the last
two weeks.

As of yesterday, your clients were still taking the position that they
could not answer because no one has sent them the Case Management Order.


T.V.S.


===========================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.


============================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
============================================================


************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************