# EXHIBIT C

-----Original Message-----
From: Schiavoni, Tancred
Sent: Friday, June 26, 2009 3:16 PM
To: 'cohn@cwg11.com'; 'lesayian@kirkland.com'; 'jguy@orrick.com'; 'bharding@kirkland.com'; 'rhorkovich@andersonkill.com'
Cc: 'mark@lsklaw.net'; 'tom@lsklaw.net'; 'jheberling@mcgarveylaw.com'; 'ndf@capdale.com'; 'jlacey@mcgarveylaw.com'; 'GRACE@orrick.com'; Schwartz, Allen; 'carl.pernicone@wilsonelser.com'; 'candon@cwg11.com'; 'jbaer@jsbpc.com'; 'dbernick@kirkland.com'; 'PVNL@Capdale.com'; 'rfrankel@orrick.com'; 'ghorowitz@kramerlevin.com'; 'x-fer@cwg11.com'
Subject: Re: Grace/Meet and Confer re Royal Settlement

Dan

I am on the road driving to NH. We have not yet heard back from you or John Lacey on whether you are going to give us dates for the witnesses on your final witness list who have not yet been deposed and whom you intend to call. We raised this issue with you and requested a meet and confer some time ago. We have since written you seven times. We are entitled to a response before we address any other issues especially issues that are not yet ripe.

If the answer is you refuse, that's fine. But you can't duck an issue by refusing to confer for two weeks

----- Original Message -----
From: Daniel C. Cohn <cohn@cwg11.com>
To: Lisa Esayian <lesayian@kirkland.com>; Guy, Jonathan P. <jguy@orrick.com>; Schiavoni, Tancred; Barbara Harding <bharding@kirkland.com>; robert horkovich <rhorkovich@andersonkill.com>
Cc: mark <mark@lsklaw.net>; tom <tom@lsklaw.net>; jheberling <jheberling@mcgarveylaw.com>; nate finch <ndf@capdale.com>; John F.Lacey <jlacey@mcgarveylaw.com>; GRACE <GRACE@orrick.com>; Schwartz, Allen; carl pernicone <carl.pernicone@wilsonelser.com>; Christopher M. Candon <candon@cwg11.com>; Jan Baer <jbaer@jsbpc.com>; David Bernick <dbernick@kirkland.com>; Peter Lockwood <PVNL@Capdale.com>; roger frankel <rfrankel@orrick.com>; ghorowitz <ghorowitz@kramerlevin.com>; Dan X-fer <x-fer@cwg11.com>
Sent: Fri Jun 26 15:05:07 2009
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited Discovery Program

I have another commitment at 4:30. Lisa can start at 3:30. Jonathan and Tanc, please let me know right away if 3:30 does NOT work for you. Otherwise, I'll circulate dial-in information shortly. Thanks.

Daniel C. Cohn
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel: 617-951-2505
Fax: 617-951-0679
***********************************************************************************
Note: This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information. Unauthorized use, disclosure, copying or retention of this communication

(including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail or by telephone.

-----Original Message-----
From: Lisa Esayian [mailto:lesayian@kirkland.com]
Sent: Friday, June 26, 2009 1:58 PM
To: Guy, Jonathan P.; tanc schiavoni; Barbara Harding; robert horkovich; Daniel C. Cohn
Cc: mark; tom; jheberling; nate finch; John F.Lacey; GRACE; Schwartz, Allen; carl pernicone; Christopher M. Candon; Jan Baer; David Bernick; Peter Lockwood; roger frankel; ghorowitz
Subject: Re: Grace/Meet and Confer re Royal Settlement -- Expedited Discovery Program

Monday at 4:00 PM eastern for no more than one hour is OK.

----- Original Message -----
From: "Guy, Jonathan P." [jguy@orrick.com]
Sent: 06/26/2009 01:47 PM AST
To: "Schiavoni, Tancred" <TSchiavoni@OMM.com>; Barbara Harding; rhorkovich@andersonkill.com; "Daniel C.Cohn" <cohn@cwg11.com>; Lisa Esayian
Cc: mark <mark@lsklaw.net>; tom@lsklaw.net; jheberling@mcgarveylaw.com; ndf@capdale.com; "John F.Lacey" <jlacey@mcgarveylaw.com>; GRACE <GRACE@orrick.com>; "Schwartz, Allen" <allenschwartz@omm.com>; carl.pernicone@wilsonelser.com; "Christopher M. Candon" <candon@cwg11.com>; jbaer@jsbpc.com; David Bernick; pvnl@capdale.com; "Frankel, Roger" <rfrankel@orrick.com>; ghorowitz@kramerlevin.com
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited Discovery Program

The FCR is willing to have a meet and confer on Monday, by telephone, to discuss proposed discovery and related issues concerning Royal settlement. I understand that Tanc and Dan are available Monday. Bob and Lisa if you can join for ACC and Debtors that would great (or others as appropriate). I propose 4 pm in light of hearing in the morning. Assuming this works, I would ask Dan to circulate a dial-in. Thanks.

Jonathan Guy
Orrick, Herrington & Sutcliffe LLP
COLUMBIA CENTER
1152 15TH STREET, N.W.,
Washington, D.C. 20005
tel 202-339-8516
fax 202-339-8500
email jguy@orrick.com
www.orrick.com

-----Original Message-----
From: Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
Sent: Thursday, June 25, 2009 6:06 PM
To: Christopher M. Candon; bharding@kirkland.com; jbaer@jsbpc.com; dbernick@kirkland.com; carl.pernicone@wilsonelser.com; Schwartz, Allen; ndf@capdale.com; pvnl@capdale.com; rhorkovich@andersonkill.com; Guy, Jonathan P.; Frankel, Roger; ghorowitz@kramerlevin.com
Cc: Daniel C.Cohn; mark; tom@lsklaw.net; jheberling@mcgarveylaw.com; John F.Lacey
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited Discovery Program

Chris

I called Dan immediately. Have him give me a call.

T.V.S.

-----Original Message-----
From: Christopher M. Candon [mailto:candon@cwg11.com]
Sent: Thursday, June 25, 2009 6:04 PM
To: Schiavoni, Tancred; Christopher M.Candon; bharding@kirkland.com; jbaer@jsbpc.com; dbernick@kirkland.com; carl.pernicone@wilsonelser.com; Schwartz, Allen; ndf@capdale.com; pvnl@capdale.com; rhorkovich@andersonkill.com; jguy@orrick.com; rfrankel@orrick.com; ghorowitz@kramerlevin.com
Cc: Daniel C.Cohn; mark; tom@lsklaw.net; jheberling@mcgarveylaw.com; John F.Lacey
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited Discovery Program

Evasions are unacceptable. If all parties cannot make themselves available for a meet and confer tomorrow or Monday, or at least schedule a time for a call, we intend on Tuesday to file a motion to compel and to postpone the hearing on the Royal settlement motion.

-----Original Message-----
From: "Schiavoni, Tancred" <TSchiavoni@OMM.com>
To: "Christopher M. Candon" <candon@cwg11.com>; "bharding@kirkland.com" <bharding@kirkland.com>; "jbaer@jsbpc.com" <jbaer@jsbpc.com>; "dbernick@kirkland.com" <dbernick@kirkland.com>; "carl.pernicone@wilsonelser.com" <carl.pernicone@wilsonelser.com>; "Schwartz, Allen" <allenschwartz@omm.com>; "ndf@capdale.com" <ndf@capdale.com>; "pvnl@capdale.com" <pvnl@capdale.com>; "rhorkovich@andersonkill.com" <rhorkovich@andersonkill.com>; "jguy@orrick.com" <jguy@orrick.com>; "rfrankel@orrick.com" <rfrankel@orrick.com>; "ghorowitz@kramerlevin.com" <ghorowitz@kramerlevin.com>
Cc: "Daniel C.Cohn" <cohn@cwg11.com>; "mark" <mark@lsklaw.net>; "tom@lsklaw.net" <tom@lsklaw.net>; "jheberling@mcgarveylaw.com" <jheberling@mcgarveylaw.com>; "John F Lacey" <jlacey@mcgarveylaw.com>
Sent: 6/25/09 5:43 PM
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited Discovery Program

When will you be able to deliver a response to our requests?

-----Original Message-----
From: Christopher M. Candon [mailto:candon@cwg11.com]
Sent: Thursday, June 25, 2009 5:43 PM
To: Schiavoni, Tancred; Christopher M. Candon; bharding@kirkland.com; jbaer@jsbpc.com; dbernick@kirkland.com; carl.pernicone@wilsonelser.com; Schwartz, Allen; ndf@capdale.com; pvnl@capdale.com; rhorkovich@andersonkill.com; jguy@orrick.com; rfrankel@orrick.com; ghorowitz@kramerlevin.com
Cc: Daniel C. Cohn; mark; tom@lsklaw.net; jheberling@mcgarveylaw.com; John F. Lacey
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited Discovery Program

Tanc:

When on Monday are you available?

Chris

-----Original Message-----
From: "Schiavoni, Tancred" <TSchiavoni@OMM.com>
To: "Christopher M. Candon" <candon@cwg11.com>; "bharding@kirkland.com" <bharding@kirkland.com>; "jbaer@jsbpc.com" <jbaer@jsbpc.com>; "dbernick@kirkland.com" <dbernick@kirkland.com>; "carl.pernicone@wilsonelser.com" <carl.pernicone@wilsonelser.com>; "Schwartz, Allen" <allenschwartz@omm.com>; "ndf@capdale.com" <ndf@capdale.com>; "pvnl@capdale.com" <pvnl@capdale.com>; "rhorkovich@andersonkill.com" <rhorkovich@andersonkill.com>; "jguy@orrick.com" <jguy@orrick.com>; "rfrankel@orrick.com" <rfrankel@orrick.com>; "ghorowitz@kramerlevin.com" <ghorowitz@kramerlevin.com>
Cc: "Daniel C. Cohn" <cohn@cwg11.com>; "mark" <mark@lsklaw.net>; "tom@lsklaw.net" <tom@lsklaw.net>; "jheberling@mcgarveylaw.com" <jheberling@mcgarveylaw.com>; "John F. Lacey" <jlacey@mcgarveylaw.com>
Sent: 6/25/09 5:29 PM
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited Discovery Program

Chris

The Libby Plaintiff Lawyers have not responded to seven meet and confer letters. We request a substantive answer to our very simple and straightforward question before a call. The deadlines on the issues we have written you about run well before any issue you have raised.

Having returned to the office from several weeks on trial out of town, I am not available tomorrow. I also don't understand why you are now suggesting you need to meet and confer on less then 24 hours notice when you have not responded to seven meet and letters and could not offer us a time for a meeting anywhere other then Boston over the last two weeks.

As of yesterday, your clients were still taking the position that they could not answer because no one has sent them the Case Management Order

T.V.S.

==========================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==========================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit http://www.orrick.com/
==========================================================

**********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
**********************************************************

**From:** Schiavoni, Tancred
**Sent:** Monday, June 29, 2009 3:00 PM
**To:** 'John F. Lacey'; cohn@cwg11.com
**Cc:** Schwartz, Allen; carl.pernicone@wilsonelser.com; candon@cwg11.com
**Subject:** RE: Grace/Meet and Confer re

John

You purported to list classes of people rather then names as required on your final witness list So, no one but you knows who your witnesses are You also purported to list over a thousand possible witness candidates on your final witness list including individuals you have already been told hold no relevant knowledge

In this context, we asked you to produce the witnesses you intend to call at the confirmation hearing before the deadline imposed by the Order You have refused to respond to more then a half dozen written requests to cooperate and provide this information Meanwhile the clock is running on the thirty days

You are now saying that you will not do anything unless we actually call you So, we have called you I have been on hold for twenty minutes

T V S

**From:** Schiavoni, Tancred
**Sent:** Saturday, June 20, 2009 7:45 PM
**To:** 'John F. Lacey'
**Cc:** Dan Cohn; Chris Candon; Jon L. Heberling
**Subject:** RE: Grace/Libby Claimant Depositions

John

We asked for deposition dates for all the witnesses you propose to call to the stand at the confirmation hearing. If you have already produced a witness for deposition, we did not intend to include them.

T.V.S.

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Friday, June 19, 2009 2:32 PM
**To:** Schiavoni, Tancred
**Cc:** Dan Cohn; Chris Candon; Jon L. Heberling
**Subject:** Re: Grace/Libby Claimant Depositions

Tanc,

First, can you please be more specific about who among "each of the individuals on [Libby Claimants'] witness list" you wish to depose? As you know, there are a few categories of witnesses that have been named, and it is not clear from your request to whom you are referring; e g , I trust you do not mean to depose those witnesses on our list that have already been deposed

Second, how long do you estimate you will need to take each of the depositions you intend (referencing, of course, your response to my question no 1)?

Finally, for any deposition of a Libby Claimant, do you intend to travel to Libby to take those depositions?

These strike me as preliminary issues that must be addressed before your request can legitimately be pursued

JFL
----- Original Message -----
**From:** Schiavoni, Tancred
**To:** Christopher M. Candon , Daniel C. Cohn ; Kimberly Love , lkruger@stroock.com , kpasquale@stroock.com ; akrieger@stroock.com ; mlastowski@duanemorris.com ; rriley@duanemorris.com ; sbaena@bilzin.com , jsakalo@bilzin.com ; mkramer@bilzin.com , mjoseph@ferryjoseph.com ; ttacconelli@ferryjoseph.com ; david.klauder@usdoj.gov ; ustpregion03.wl.ecf@usdoj.gov ; noah.heller@kattenlaw.com ; merritt.pardini@kattenlaw.com , jeff.friedman@kattenlaw.com ; collins@rlf.com , madron@rlf.com , Reynolds@rlf.com ; ramos@rlf.com , fournierd@pepperlaw.com ; carignanj@pepperlaw.com ; hertzbergr@pepperlaw.com , caseyl@pepperlaw.com ; fmonaco@wcsr.com ; kmangan@wcsr.com : maward@wcsr.com ; metkin@lowenstein.com , ilevee@lowenstein.com ; Dpastor@Gilmanpastor.com , jmeltzer@sbtklaw.com

, kbornstein@sbtklaw.com ; stearn@rlf.com ; kandestin@rlf.com ; rjsidman@vorys.com ; tscobb@vorys.com ; meltzere@pepperlaw.com ; toolee@pepperlaw.com ; landis@lrclaw.com ; butcher@lrclaw.com ; mumford@lrclaw.com ; green@lrclaw.com ; kmiller@skfdelaware.com ; ewolfe@skfdelaware.com ; speirce@fulbright.com ; tgerber@fulbright.com ; jwisler@cbl.h.com ; mphillips@cblh.com ; elongosz@eckertseamans.com ; lstover@eckertseamans.com ; erosenthal@rmgglaw.com ; dglosband@goodwinprocter.com ; bmukherjee@goodwinprocter.com ; mgiannotto@goodwinprocter.com ; emdecristofaro@FMEW.com ; swspencer@FMEW.com ; rifft@wileyrein.com ; casarinom@whiteandwilliams.com ; gibbonsj@whiteandwilliams.com ; locasaleg@whiteandwilliams.com ; yoderj@whiteandwilliams.com ; warren.pratt@dbr.com ; david.primack@dbr.com ; michael.brown@dbr.com ; jeffrey.boerger@dbr.com ; jdd@stevenslee.com , lpg@stevenslee.com ; mes@stevenslee.com ; sshimshak@paulweiss.com ; arosenberg@paulweiss.com ; mphillips@paulweiss.com ; ppantaleo@stblaw.com ; wrussell@stblaw.com ; mpiropato@stblaw.com ; ealcabes@stblaw.com ; wshelley@cozen.com ; jcohn@cozen.com ; gmcdaniel@bglawde.com ; carl.pernicone@wilsonelser.com ; Catherine.chen@wilsonelser.com ; arich@alanrichlaw.com ; david.turetsky@skadden.com ; Greg.Stclair@skadden.com ; pbentley@kramerlevin.com ; dmannal@kramerlevin.com ; gcalhoun@steptoe.com ; acraig@cuyler.com ; mdavis@zeklaw.com , dfelder@orrick.com ; rfrank.el@orrick.com ; mwallace@orrick.com ; rwyron@orrick.com ; jguy@orrick.com ; richard.finke@grace.com ; mark.shelnitz@grace.com , john.mcfarland@grace.com , james.freeman2@usdoj.gov ; jal@capdale.com , pvnl@capdale.com , ndf@capdale.com ; ei@capdale.com ; jal@capdale.com ; lepley@crowell.com ; Nancy.Manzer@wilmer.com ; Madigan.andrea@epa.gov ; jpruggeri@hhlaw.com , drosenbloom@mwe.com , mhurford@camlev.com , meskin@camlev.com ; Elias, Brad ; Svirsky, Gary , dbernick@kirkland.com ; lesayian@kirkland.com ; cgreco@kirkland.com ; cbruens@kirkland.com , tfreedman@kirkland.com ; joneill@pszjlaw.com ; tcairns@pszjlaw.com , kmakowski@pszjlaw.com ; pcuniff@pszjlaw.com ; loberholzer@pszjlaw.com , tmacauley@zuckerman.com ; vguldi@zuckerman.com ; jsottile@zuckerman.co.m ; kmayer@mccarter.com ; dsilver@mccarter.com , rguttmann@zeklaw.com ; mdavis@zeklaw.com ; jspadaro@johnsheehanspadaro.com ; alexander.mueller@mendes.com ; thomas.quinn@mendes.com , eileen.mccabe@mendes.com ; anna.newsom@mendes.com ; carolina.acevedo@mendes.com ; mweis@dilworthlaw.com ; akelley@dilworthlaw.com ; sfreedman@dilworthlaw.com , young@wildman.com ; dspeights@speightsrunyan.com ; ewestbrook@rpwb.com , rdehney@mnat.com , acordo@mnat.com ; tgerber@fulbright.com ; tcurrier@saul.com ; gmcdaniel@bglawde.com ; jcp@pgslaw.com ; jbaer@jsbpc.com ; drosendorf@kttlaw.com ; jk@kttlaw.com ; hriedel@srbp.com ; ghorowitz@kramerlevin.com ; dblabey@kramerlevin.com ; mshiner@tuckerlaw.com ; mplevin@crowell.com , bharding@kirkland.com , arunning@kirkland.com ; bstansbury@kirkland.com , jpw@capdale.com ; bsb@capdale.com ; wbs@capdale.com , travis.langenkamp@kirkland.com , heather.bloom@kirkland.com , karen.f.lee@kirkland.com , david.boutrous@kirkland.com , Deborah Scarcella ; tmessana@mws-law.com ; FRosner@mrs-law.com , rmillner@sonnenschein.com ; cprince@sonnenschein.com , jpw@capdale.com , bsb@capdale.com , wbs@capdale.com , lrosenberg@cozen.com ; bklayman@cozen.com , AKushner@stblaw.com ; scalogero@cuyler.com , Schwartz, Allen , rcmartin@eapdlaw.com ; sbrown@eapdlaw.com ; eleibenstein@kirkland.com
**Cc:** Dan X-fer ; John F. Lacey ; jlacey@mcgarveylaw.com
**Sent:** Friday, June 19, 2009 2:57 PM
**Subject:** RE. Grace/Libby Claimant Depositions

John

Please propose dates for the depositions of each of the individuals on your witness list

T V S

**From:** Christopher M. Candon [mailto:candon@cwg11.com]
**Sent:** Friday, June 19, 2009 12:23 PM
**To:** Schiavoni, Tancred; Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;

david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com; mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; lrosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer; John F. Lacey
**Subject:** Grace/Libby Claimant Depositions

Dear Counsel:

In response to Tanc's email below, we invite anyone interested in deposing a Libby Claimant to please contact John Lacey (jlacey@mcgarveylaw.com; 406-752-5566) about scheduling Consistent with past

courtesies in this case, applied particularly here to the potential Libby Claimant witnesses who have asbestos disease, it is expected that the depositions will occur in Libby, Montana.

Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Phone: (617) 951-2505
Fax: (617) 951-0679

***********************************************************************************
**

Note: This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information. Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail or by telephone.

**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Friday, June 19, 2009 1:46 PM
**To:** Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;

tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com; mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; lrosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Dan,

You have purported to list over 100 individuals on your witness list 1000 if the list is read in full Are you producing them all before July 13 When will you be providing dates?

---

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Friday, June 19, 2009 10:42 AM
**To:** Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;

john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Schiavoni, Tancred; Svirsky, Gary; Koepff, Paul; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Ms Leibenstein: With our trial brief due 7/13, I don't see how we can postpone this deposition In order to avoid the need for you to prepare the deponent twice on any given topic, it would be reasonable to agree that the deposition on 6/29 will not address feasibility and that the later deposition will be confined to feasibility *Dan*

Daniel C. Cohn
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
****************************************************************************************

Note. This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information Unauthorized use, disclosure. copying or retention of this communication (including any attachments) is strictly prohibited If you have received this communication in error, please notify us immediately by return e-mail or by telephone

**From:** Kimberly Love [mailto:klove@kirkland.com]
**Sent:** Friday, June 19, 2009 12:15 PM
**To:** lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;

merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com; pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; lrosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; allenschwartz@omm.com; rcmartin@eapdlaw.com; sbrown@eapdlaw.com
**Cc:** Elli Leibenstein
**Subject:** WR Grace: Hudson LaForce Deposition

Dear Counsel.

The deposition of Hudson La Force, Grace's CFO, is currently scheduled for June 29, which is before the

documents regarding feasibility will be produced Mr La Force will be a witness regarding feasibility To avoid Mr La Force being deposed twice and to allow counsel the opportunity to review the documents regarding feasibility before Mr La Force's deposition, we propose postponing the deposition until after the feasibility documents are produced on July 13, 2009.

Please respond to Elli Leibenstein at 312-862-2422 (elli leibenstein@kirkland com)

Kimberly Love Legal Assistant |Kirkland & Ellis LLP
300 North LaSalle |Chicago. IL 60654
Tel 312 862 2819 |Fax 312 862 2200 kimberly love@kirkland com

***********************************************************

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

***********************************************************

---

**From:** Schiavoni, Tancred
**Sent:** Wednesday, July 15, 2009 6:16 PM
**To:** 'John F. Lacey'
**Cc:** Jon L. Heberling; Tom Lewis; Dan Cohn; NDF@Capdale.com; jguy@orrick.com; Schiavoni, Tancred; bstansbury@kirkland.com; jbaer@jsbpc.com; 'Barbara Harding'
**Subject:** Grace/Libby Discovery

John

We ask to depose Jon Helberging the day before the pretrial in Pittsburgh. Since he needs to be in town, this should work. We will need to produce documents on those topics on which he intends to testify at the hearing and to disclose whether he intends to offer any opinion testify. If you decline, please let us know immediately so we can raise with the judge. In accord with the CMO, we likewise request dates for Tom Lewis prior to the pretrial in Pittsburgh along with his documents and will consider him withdrawn if you insist on not complying with the order.

With regard to the other witnesses on your final witness list, we have explicitly identified who we require. We have asked you to produce those individuals that you intend to call at the confirmation hearing who were not disclosed on your initial witness list and who have not previously been deposed. We have written you no less then eleven times about these witnesses. It has been relayed to us how the Libby Claimants view the whole matter as one of comic relief. How no one can identify your witnesses by name because you have listed over a 100 and by other counts almost a 1000 witnesses. You have caused us and others to incur extra and unusual expenses because of this. We have made herculean efforts to try to elicit your cooperation and exhausted all efforts to meet and confer on these topics

T.V.S.