# EXHIBIT D

**From:** Christopher M. Candon [mailto:candon@cwg11.com]
**Sent:** Friday, June 19, 2009 3:23 PM
**To:** Schiavoni, Tancred; Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com; mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw com; eleibenstein@kirkland.com

**Cc:** Dan X-fer; John F. Lacey
**Subject:** Grace/Libby Claimant Depositions

Dear Counsel:

In response to Tanc's email below, we invite anyone interested in deposing a Libby Claimant to please contact John Lacey (jlacey@mcgarveylaw.com; 406-752-5566) about scheduling. Consistent with past courtesies in this case, applied particularly here to the potential Libby Claimant witnesses who have asbestos disease, it is expected that the depositions will occur in Libby, Montana.

Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Phone:  (617) 951-2505
Fax:    (617) 951-0679

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*

Note: This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information. Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail or by telephone.

**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Friday, June 19, 2009 1:46 PM
**To:** Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden.com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;

rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com;
cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah
Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;
cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
lrosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;
Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Dan,

You have purported to list over 100 individuals on your witness list  1000 if the list is read in full  Are you
producing them all before July 13  When will you be providing dates?

**From:** Daniel C. Cohn [mailto:cohn@cwg11 com]
**Sent:** Friday, June 19, 2009 10:42 AM
**To:** Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com;
mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M.
Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;

arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; Elias, Brad; Schiavoni, Tancred; Svirsky, Gary; Koepff, Paul;
dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com;
tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com;
pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com;
jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com;
mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com;
thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com;
carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com;
sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com;
ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com;
arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com;
wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen.
f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com;
FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com;
AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com;
sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Ms Leibenstein: With our trial brief due 7/13, I don't see how we can postpone this deposition  In order
to avoid the need for you to prepare the deponent twice on any given topic, it would be reasonable to
agree that the deposition on 6/29 will not address feasibility and that the later deposition will be confined
to feasibility  *Dan*

# Daniel C. Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
**********************************************************************************

Note. This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information  Unauthorized use, disclosure, copying or retention of this communication
(including any attachments) is strictly prohibited  If you have received this communication in error, please
notify us immediately by return e-mail or by telephone

**From:** Kimberly Love [mailto:klove@kirkland.com]
**Sent:** Friday, June 19, 2009 12:15 PM
**To:** lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com;
mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn;
Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden.com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com;
pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com;
cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com;
rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright com; tcurrier@saul.com;
gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com;
hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com;
mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com;
bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com;
karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com;
FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; lrosenberg@cozen.com; bklayman@cozen.com;
AKushner@stblaw.com; scalogero@cuyler.com; allenschwartz@omm.com; rcmartin@eapdlaw.com;
sbrown@eapdlaw.com

**Cc:** Elli Leibenstein
**Subject:** WR Grace: Hudson LaForce Deposition

Dear Counsel:

The deposition of Hudson La Force, Grace's CFO,  is currently scheduled for June 29, which is before the documents regarding feasibility will be produced   Mr  La Force will be a witness regarding feasibility   To avoid Mr  La Force being deposed twice and to allow counsel the opportunity to review the documents regarding feasibility before Mr. La Force's deposition, we propose postponing the deposition until after the feasibility documents are produced on July 13, 2009

Please respond to Elli Leibenstein at 312-862-2422 (elli leibenstein@kirkland com)

Kimberly Love  Legal Assistant  Kirkland & Ellis LLP
300 North LaSalle  Chicago, IL 60654
Tel  312 862 2819  Fax 312 862 2200  kimberly love@kirkland com
*********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*********************************************************

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Wednesday, July 15, 2009 6:56 PM
**To:** Schiavoni, Tancred
**Cc:** Jon L. Heberling; Tom Lewis; Dan Cohn; NDF@Capdale.com; jguy@orrick.com; Schiavoni, Tancred; bstansbury@kirkland.com; jbaer@jsbpc.com; Barbara Harding
**Subject:** Re: Grace/Libby Discovery

Tanc,

Jon Heberling will not be attending the Pre-Trial Hearing on July 27, and therefore we need to discuss another alternative   I will get back to you re the Pittsburgh option for Tom, although I fear that his travel arrangments may already have been made without consideration of this extra potential commitment   Nonetheless, I will get back to you   In keeping the Pittsburgh option potentially open for Tom's deposition, please clarify the following: (1) the day before the Pre-Trial is Sunday, July 26   Do you wish to conduct the deposition on Sunday?  When precisely & where? (2) how long do you anticipate for the deposition? (3) what documents related to the depositions are you referring to?

You state below that "we have explicitly identified who we require." Please direct me to that list of names, as I do not know what "explicit" identification you reference   I regret that you consider this comic; let me assure you that I do not and that I take your requests seriously   I wish to cooperate, and frankly cannot see how my requests that you tell me the names of the people whom you wish to depose has caused you to incur any expense   You have certainly written me many, many times but never, before yesterday, have you given me the name of a specific person whom you wish to depose   I have told you before, and do so again here. suggestions that I have refused to cooperate and ignored your efforts to "meet & confer" are misrepresentations and disingenuous   I would welcome a discussion with you should you choose to call me

Finally, any references to withdrawal of witnesses is without basis, and as applied to Tom or Jon, extremely premature   I see no point in your comment   Likewise, if you believe that there is specific language in the CMO or some other order that you mean to reference, please direct me to that specific language   I have every intention of complying with applicable orders, but obviously need to know the language on which you are apparently relying if I am going to respond to your comment about my "insist[ence] on not complying with the order "

I will get back to you soon about Tom's potential depositions   In the meantime, I look forward to your response to the questions related thereto that I have asked above, as well as to when you propose taking Jon's deposition in Kalispell (or discussing some other alternative)

JFL


----- Original Message -----
**From:** Schiavoni, Tancred
**To:** John F. Lacey
**Cc:** Jon L. Heberling , Tom Lewis , Dan Cohn , NDF@Capdale.com , jguy@orrick.com , Schiavoni, Tancred ; bstansbury@kirkland.com ; jbaer@jsbpc.com ; Barbara Harding
**Sent:** Wednesday, July 15, 2009 4:16 PM
**Subject:** Grace/Libby Discovery


John

We ask to depose Jon Helberging the day before the pretrial in Pittsburgh. Since he needs to be in town, this should work. We will need to produce documents on those topics on which he intends to testify at the hearing and to disclose whether he intends to offer any opinion testify. If you decline, please let us know immediately so we can raise with the judge. In accord with the CMO, we likewise request dates for Tom Lewis prior to the pretrial in Pittsburgh along with his documents and will consider him withdrawn if you insist on not complying with the order

With regard to the other witnesses on your final witness list, we have explicitly identified who we require. We have asked you to produce those individuals that you intend to call at the confirmation hearing who were not disclosed on your initial witness list and who have not previously been deposed. We have written you no less then eleven times about these witnesses. It has been relayed to us how the Libby Claimants view the whole matter as one of comic relief. How no one can identify your witnesses by name because you have listed over a 100 and by other counts almost a 1000 witnesses. You have caused us and others to incur extra and unusual expenses because of this. We have made herculean efforts to try to elicit your cooperation and exhausted all efforts to meet and confer on these topics.

T V S.

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Wednesday, July 15, 2009 6:05 PM
**To:** Schiavoni, Tancred
**Cc:** Jon L. Heberling; Tom Lewis; Dan Cohn
**Subject:** Re: Grace/Libby Discovery

Tanc, please accept this revision to the below    Tom Lewis is available NEXT Friday, July 24, at the times stated, NOT this Friday, July 17    I apologize for the misstatement    JFL
----- Original Message -----
**From:** John F. Lacey
**To:** Tancred Schiavoni
**Cc:** Jon L. Heberling ; Tom Lewis ; Dan Cohn
**Sent:** Wednesday, July 15, 2009 4:01 PM
**Subject:** Re: Grace/Libby Discovery

Tanc, I appreciate your patience regarding my response

First, I must thank you for finally identifying, at least in some small part, the names of specific people you wish to depose

In response to that specific request, Jon Heberling is available for deposition in Kalispell, MT, on any date in the next two weeks, except of course July 27, the date of the Pre-Trial Hearing in this case    Tom Lewis is unfortunately not as free on this short notice    He is available for deposition in Great Falls, MT, for 5 hours (8.00 am-1:00 pm) this Friday morning (July 24)    If another date or more time is necessary, he is available on July 30, also in Great Falls    If neither of these dates works for you and you wish to discuss later dates for Tom's deposition, please let me know    Please feel free to contact me to discuss other details or concerns regarding Jon's and Tom's depositions

Regarding the "other witnesses" you reference, I must again ask you to be specific about the names of individuals you wish to depose    As the above indicates, when I can actually talk to the person whom you wish to depose, I can and am more than happy to attempt to facilitate your requests for depositions However, when you refuse to identify by name precisely whom you wish to depose, I am at a total loss Should you wish to move forward with additional depositions, as stated previously, please provide me with the names of people you wish to depose

As always, please feel free to contact me with questions or concerns    JFL
----- Original Message -----
**From:** Schiavoni, Tancred
**To:** Daniel C. Cohn ; Guy, Jonathan P.
**Cc:** Mahaley, Peri ; lesayian@kirkland.com , rhorkovich@andersonkill.com ; Christopher M. Candon , jlacey@mcgarveylaw.com ; Dan X-fer
**Sent:** Tuesday, July 14, 2009 2:07 PM
**Subject:** RE. Grace/Libby Discovery

John

When are Lewis and Heberling being produced, when will you be producing the other witnesses on your final witness list that were not previously disclosed that you intend to call and when can we expect you document production to be completed?

T V S

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Tuesday, July 14, 2009 3:39 PM
**To:** Schiavoni, Tancred; Guy, Jonathan P.
**Cc:** Mahaley, Peri; lesayian@kirkland.com; rhorkovich@andersonkill.com; Christopher M. Candon;
jlacey@mcgarveylaw.com; Dan X-fer
**Subject:** RE: Grace/Libby Discovery

Tanc. I don't know how many times (see attachment) I need to tell you the same thing: concerning
discovery of people in Montana, the person to call is John Lacey.  *Dan*


# Daniel C. Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax: 617-951-0679
**********************************************************************************
Note: This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information  Unauthorized use, disclosure, copying or retention of this communication
(including any attachments) is strictly prohibited  If you have received this communication in error. please
notify us immediately by return e-mail or by telephone


**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Tuesday, July 14, 2009 3:28 PM
**To:** Daniel C. Cohn; Guy, Jonathan P.
**Cc:** Mahaley, Peri; lesayian@kirkland.com; rhorkovich@andersonkill.com; Christopher M. Candon; Dan X-
fer
**Subject:** RE: Grace/Royal Settlement

Dan

When are Lewis and Heberling being produced and when can we expect their document production to be
completed?

T V S


**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Tuesday, July 14, 2009 3:27 PM
**To:** Guy, Jonathan P.
**Cc:** Mahaley, Peri; lesayian@kirkland.com; Schiavoni, Tancred; rhorkovich@andersonkill.com;
Christopher M. Candon; Dan X-fer
**Subject:** RE: Grace/Royal Settlement

Jonathan. Following up on the highlighted portion of the email below, please (a) confirm that you are the
estate representative most knowledgeable about negotiation of the 2009 settlement with Royal (or if I am

incorrect about that, please advise who is), and (b) advise whether you will appear at a deposition testify concerning negotiation of that settlement?  If the answer to (b) is no, then the Libby Claimants plan to file tomorrow a motion to compel, which will also address the issue of incomplete document production concerning the 1995 settlement  If you think there would be any point to further meeting and conferring, please advise (I would propose 2 p m  tomorrow)  Many thanks for your anticipated cooperation  *Dan*

# Daniel C.  Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
**********************************************************************************

Note.  This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information  Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited  If you have received this communication in error, please notify us immediately by return e-mail or by telephone

**From:** Daniel C. Cohn
**Sent:** Wednesday, July 08, 2009 4:06 PM
**To:** 'Guy, Jonathan P.'
**Cc:** 'Mahaley, Peri'; 'lesayian@kirkland.com'; 'TSchiavoni@OMM.com'; 'rhorkovich@andersonkill.com'; Christopher M. Candon; Dan X-fer
**Subject:** RE: Grace/Royal Settlement

To sum up the results of today's "meet and confer" teleconference.

    Grace RFP/Deposition re 1995 Settlement Agreement   I have received documents from Grace  Grace declined my request to be supplied, in lieu of a keeper-of-the-records deposition, an affidavit of a knowledgeable person at Grace affirming that the documents sent to me constitute all the documents responsive to the RFP   The Libby Claimants reserve all rights concerning deposition(s) relating to the 1995 settlement agreement

    Royal RFP/Deposition re 1995 Settlement Agreement   Royal will send documents to me by overnight delivery for receipt tomorrow   Tanc said his current intention is not to include drafts of the 1995 settlement agreement even though required by the terms of the RFP and not subject to attorney-client privilege  I requested that Tanc reconsider that position  Upon review of whatever documents I receive. the Libby Claimants will determine what further steps (if any) to take concerning the RFP and the request for deposition(s) concerning the 1995 negotiations

    Deposition of Estate Representative re Negotiation of Pending Grace-Royal Settlement   I informed the parties that the draft affidavit proffered by the proponents of the settlement did not obviate the need for a deposition of the person(s) who negotiated the settlement on behalf of the estate/plan proponents  Grace and the FCR declined my request for additional language that I said would suffice, or to use the language of the form of stipulation that I tendered or the language that David Bernick proposed at the 6/29 meet-and-confer  I stated that, under these circumstances, my request for the deposition remains outstanding

    Postponement of Hearing   I requested that the hearing on the settlement approval motion be postponed to the August omnibus hearing date, with discovery matters (if any) related thereto to be heard at the July omnibus hearing   The settlement proponents turned down this request

Next Steps  The Libby Claimants will file an objection to the settlement approval motion on Friday, reserving their right to discovery  The Libby Claimants will also file a motion to postpone the hearing on the motion  Concerning a potential motion to compel discovery, Jonathan said the Libby Claimants were not now entitled to discovery because no contested matter exists prior to filing of the Libby Claimants' objection to the settlement, offered to further consider the Libby Claimants' discovery requests upon review of the objection when filed, and spoke of having a further meet-and-confer next week  I said the Libby Claimants had not yet determined whether to file a motion to compel discovery or await next week's meet-and-confer

# Daniel C.  Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
*********************************************************************************
Note.  This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited  If you have received this communication in error, please notify us immediately by return e-mail or by telephone

**From:** Daniel C. Cohn
**Sent:** Tuesday, July 07, 2009 2:08 PM
**To:** 'Guy, Jonathan P.'
**Cc:** Mahaley, Peri; dbernick@kirkland.com; lesayian@kirkland.com; TSchiavoni@OMM.com; Christopher M. Candon; GRACE; rhorkovich@andersonkill.com; Dan X-fer
**Subject:** RE: Grace/Royal Settlement

Jonathan (and others).

I am not available this evening, so let's schedule the call for **tomorrow afternoon at 2 p.m.** based on the fact that you and Lisa will both be available at that time   I'll circulate dial-in information before the end of the day

Tanc, please advise concerning your availability   If it is more convenient for you, then Jonathan, Lisa and I could do the call a little later in the day tomorrow

*Dan*

# Daniel C.  Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
*********************************************************************************
Note.  This communication is intended only for the intended addressee(s) and may contain privileged

and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited   If you have received this communication in error, please notify us immediately by return e-mail or by telephone

**From:** Guy, Jonathan P. [mailto:jguy@orrick.com]
**Sent:** Tuesday, July 07, 2009 1:58 PM
**To:** Daniel C. Cohn
**Cc:** Mahaley, Peri; dbernick@kirkland.com; lesayian@kirkland.com; TSchiavoni@OMM.com; Christopher M. Candon; GRACE; rhorkovich@andersonkill.com; Dan X-fer
**Subject:** RE: Grace/Royal Settlement

Dan, we are being civil   We can discuss during the meet and confer the good faith basis for your discovery   Let us know when you have fixed a time   Regards, Jonathan

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Tuesday, July 07, 2009 1:51 PM
**To:** Guy, Jonathan P.
**Cc:** Mahaley, Peri; dbernick@kirkland.com; lesayian@kirkland.com; TSchiavoni@OMM.com; Christopher M. Candon; GRACE; rhorkovich@andersonkill.com; Dan X-fer
**Subject:** RE: Grace/Royal Settlement

Jonathan: With respect, I do not think allegations of bad faith are the least bit appropriate   You received my response in 1 ½ business days   I just now received documents from Grace, and have not yet received documents from Royal, despite the lapse of four business days since our meet-and-confer on June 29   I would welcome a mutual effort to maintain civility despite the adversary process in which we are immersed   *Dan*

# Daniel C. Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Note. This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited   If you have received this communication in error. please notify us immediately by return e-mail or by telephone

**From:** Guy, Jonathan P. [mailto:jguy@orrick.com]
**Sent:** Tuesday, July 07, 2009 1:15 PM
**To:** Daniel C. Cohn
**Cc:** Mahaley, Peri; dbernick@kirkland.com; lesayian@kirkland.com; TSchiavoni@OMM.com; Christopher M. Candon; GRACE; rhorkovich@andersonkill.com
**Subject:** RE: Grace/Royal Settlement

Dan, I am available to discuss this matter with you after 6 pm today or tomorrow afternoon   Lisa, Tanc, and Bob will advise their availability   I suggest that you circulate a dial-in once you have fixed a time with everyone   With respect, however, I am not convinced that you are serious about resolving this matter as

evidenced by, among other things, the delay, even given the holiday, in responding to our declaration
We provided it to you on July 2  It is now July 7  Morever, I believe the continued pursuit of an issue on
which the settling parties are in express agreement -- whether premises coverage was released in 1995 --
  as evidenced by filings in the bankruptcy court and sworn deposition testimony, is frivolous  I
understand that you will shortly receive from the debtors documents concerning the 1995 settlement  I
believe those documents will further demonstrate the frivolity of the premises argument   We reserve all
rights in this regard  Best, Jonathan


JONATHAN GUY

www.orrick.com

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Tuesday, July 07, 2009 8:03 AM
**To:** Guy, Jonathan P.
**Cc:** Mahaley, Peri; dbernick@kirkland.com; lesayian@kirkland.com; TSchiavoni@OMM.com; Christopher M. Candon
**Subject:** Grace/Royal Settlement

Jonathan:

The proposed declaration does not obviate the Libby Claimants' need for discovery concerning negotiation of the settlement  Let's plan to meet and confer by telephone today in order to try to resolve the disagreement between the Libby Claimants and the Plan Proponents concerning this discovery Please suggest a time that would be convenient (I am largely available, except between noon and 2) and invite those Plan Proponent representatives who would like to participate

If possible, discovery concerning the 1995 settlement agreement should be addressed on the same call Although you say in your email that this request is being addressed separately, I have not heard back from either Grace or Royal since the "meet and confer" of 6/29 during which it was agreed (a) that they would assemble documents concerning the 1995 settlement, and (b) that for the next week, parties would suspend discovery while they tried to work out their differences concerning discovery matters

As I stated on the 6/29 call, unless the requested discovery is provided quickly enough to permit the Libby Claimants to fully explore their potential objections to the settlement by the due date for written objections (currently 7/10) and to prepare for the  hearing, the Libby Claimants intend to seek orders of the Bankruptcy Court postponing the objection deadline and hearing on the motion for approval of the Grace-Royal settlement and, if any of the requested discovery is not supplied at all, to compel such discovery

*Dan*

# Daniel C.  Cohn
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax: 617-951-0679

NY1 1785984 2

**********************************************************************
Note. This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited   If you have received this communication in error, please notify us immediately by return e-mail or by telephone.

**From:** Guy, Jonathan P. [mailto:jguy@orrick.com]
**Sent:** Thursday, July 02, 2009 12:09 PM
**To:** Daniel C. Cohn; Christopher M. Candon
**Cc:** Mahaley, Peri
**Subject:** 160578763(1)_Revised Royal Declaration July 2 2009 Draft.DOC

Attached for your consideration is a proposed declaration for the Royal settlement. It makes clear, as described more fully in Section 2.10.2 of the Disclosure Statement, that the coverage issued by Royal to Zonolite was fully settled as to all asbestos related claims in the January 5, 1995 Settlement Agreement and Arrowood Indemnity Company, as the successor-in-interest to Royal ("Arrowood"), has been designated in each plan of reorganization filed by the Debtors, including the plan currently on file, as a Settling Asbestos Insurance Company with respect to these previously settled policies. Pls advise whether this obviates any need for discovery as to the settlement. If so, we will work with the Debtors and the ACC to finalize. We will not need a stipulation from you that you will not pursue discovery. A representation by counsel is sufficient. I understand that your request for discovery on the 1995 settlement is being addressed separately. If you have any questions pls call. Thanks.

============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.


============================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
============================================================

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Wednesday, July 15, 2009 6:01 PM
**To:** Schiavoni, Tancred
**Cc:** Jon L. Heberling; Tom Lewis; Dan Cohn
**Subject:** Re: Grace/Libby Discovery

Tanc, I appreciate your patience regarding my response

First, I must thank you for finally identifying, at least in some small part, the names of specific people you wish to depose

In response to that specific request, Jon Heberling is available for deposition in Kalispell, MT, on any date in the next two weeks, except of course July 27, the date of the Pre-Trial Hearing in this case   Tom Lewis is unfortunately not as free on this short notice   He is available for deposition in Great Falls, MT, for 5 hours (8.00 am-1:00 pm) this Friday morning (July 24)   If another date or more time is necessary, he is available on July 30, also in Great Falls   If neither of these dates works for you and you wish to discuss later dates for Tom's deposition, please let me know   Please feel free to contact me to discuss other details or concerns regarding Jon's and Tom's depositions

Regarding the "other witnesses" you reference, I must again ask you to be specific about the names of individuals you wish to depose   As the above indicates, when I can actually talk to the person whom you wish to depose, I can and am more than happy to attempt to facilitate your requests for depositions However, when you refuse to identify by name precisely whom you wish to depose, I am at a total loss Should you wish to move forward with additional depositions, as stated previously, please provide me with the names of people you wish to depose

As always, please feel free to contact me with questions or concerns   JFL
----- Original Message -----
**From:** Schiavoni, Tancred
**To:** Daniel C. Cohn ; Guy, Jonathan P.
**Cc:** Mahaley, Peri ; lesayian@kirkland.com ; rhorkovich@andersonkill.com ; Christopher M. Candon ; jlacey@mcgarveylaw.com ; Dan X-fer
**Sent:** Tuesday, July 14, 2009 2:07 PM
**Subject:** RE: Grace/Libby Discovery

John

When are Lewis and Heberling being produced, when will you be producing the other witnesses on your final witness list that were not previously disclosed that you intend to call and when can we expect you document production to be completed?

T V S

**From:** Daniel C. Cohn [mailto:cohn@cwg11 com]
**Sent:** Tuesday, July 14, 2009 3:39 PM
**To:** Schiavoni, Tancred; Guy, Jonathan P.
**Cc:** Mahaley, Peri; lesayian@kirkland.com; rhorkovich@andersonkill.com; Christopher M. Candon; jlacey@mcgarveylaw.com; Dan X-fer
**Subject:** RE: Grace/Libby Discovery

Tanc: I don't know how many times (see attachment) I need to tell you the same thing: concerning discovery of people in Montana, the person to call is John Lacey   *Dan*

# Daniel C . Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
*************************************************************************************

Note. This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited   If you have received this communication in error, please notify us immediately by return e-mail or by telephone

**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Tuesday, July 14, 2009 3:28 PM
**To:** Daniel C. Cohn; Guy, Jonathan P.
**Cc:** Mahaley, Peri; lesayian@kirkland.com; rhorkovich@andersonkill.com; Christopher M. Candon; Dan X-fer
**Subject:** RE: Grace/Royal Settlement

Dan

When are Lewis and Heberling being produced and when can we expect their document production to be completed?

T V S

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Tuesday, July 14, 2009 3:27 PM
**To:** Guy, Jonathan P.
**Cc:** Mahaley, Peri; lesayian@kirkland.com; Schiavoni, Tancred; rhorkovich@andersonkill.com; Christopher M. Candon; Dan X-fer
**Subject:** RE: Grace/Royal Settlement

Jonathan. Following up on the highlighted portion of the email below, please (a) confirm that you are the estate representative most knowledgeable about negotiation of the 2009 settlement with Royal (or if I am incorrect about that, please advise who is), and (b) advise whether you will appear at a deposition testify concerning negotiation of that settlement?   If the answer to (b) is no, then the Libby Claimants plan to file tomorrow a motion to compel, which will also address the issue of incomplete document production concerning the 1995 settlement   If you think there would be any point to further meeting and conferring, please advise (I would propose 2 p m  tomorrow)   Many thanks for your anticipated cooperation   *Dan*

# Daniel C . Cohn
COHN WHITESELL & GOLDBERG LLP

101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax: 617-951-0679
********************************************************************************

Note. This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information  Unauthorized use, disclosure, copying or retention of this communication
(including any attachments) is strictly prohibited  If you have received this communication in error, please
notify us immediately by return e-mail or by telephone

**From:** Daniel C. Cohn
**Sent:** Wednesday, July 08, 2009 4:06 PM
**To:** 'Guy, Jonathan P.'
**Cc:** 'Mahaley, Peri'; 'lesayian@kirkland.com'; 'TSchiavoni@OMM.com'; 'rhorkovich@andersonkill.com';
Christopher M. Candon; Dan X-fer
**Subject:** RE: Grace/Royal Settlement

To sum up the results of today's "meet and confer" teleconference:

Grace RFP/Deposition re 1995 Settlement Agreement  I have received documents from Grace
Grace declined my request to be supplied, in lieu of a keeper-of-the-records deposition, an affidavit of a
knowledgeable person at Grace affirming that the documents sent to me constitute all the documents
responsive to the RFP  The Libby Claimants reserve all rights concerning deposition(s) relating to the
1995 settlement agreement

Royal RFP/Deposition re 1995 Settlement Agreement  Royal will send documents to me by
overnight delivery for receipt tomorrow  Tanc said his current intention is not to include drafts of the 1995
settlement agreement even though required by the terms of the RFP and not subject to attorney-client
privilege  I requested that Tanc reconsider that position  Upon review of whatever documents I receive.
the Libby Claimants will determine what further steps (if any) to take concerning the RFP and the request
for deposition(s) concerning the 1995 negotiations

Deposition of Estate Representative re Negotiation of Pending Grace-Royal Settlement  I
informed the parties that the draft affidavit proffered by the proponents of the settlement did not obviate
the need for a deposition of the person(s) who negotiated the settlement on behalf of the estate/plan
proponents  Grace and the FCR declined my request for additional language that I said would suffice, or
to use the language of the form of stipulation that I tendered or the language that David Bernick proposed
at the 6/29 meet-and-confer  I stated that, under these circumstances, my request for the deposition
remains outstanding

Postponement of Hearing  I requested that the hearing on the settlement approval motion be
postponed to the August omnibus hearing date, with discovery matters (if any) related thereto to be heard
at the July omnibus hearing  The settlement proponents turned down this request

Next Steps  The Libby Claimants will file an objection to the settlement approval motion on
Friday, reserving their right to discovery  The Libby Claimants will also file a motion to postpone the
hearing on the motion  Concerning a potential motion to compel discovery, Jonathan said the Libby
Claimants were not now entitled to discovery because no contested matter exists prior to filing of the
Libby Claimants' objection to the settlement, offered to further consider the Libby Claimants' discovery
requests upon review of the objection when filed, and spoke of having a further meet-and-confer next
week  I said the Libby Claimants had not yet determined whether to file a motion to compel discovery or
await next week's meet-and-confer

# Daniel C. Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
*********************************************************************************

Note. This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited   If you have received this communication in error, please notify us immediately by return e-mail or by telephone

---

**From:** Daniel C. Cohn
**Sent:** Tuesday, July 07, 2009 2:08 PM
**To:** 'Guy, Jonathan P.'
**Cc:** Mahaley, Peri; dbernick@kirkland.com; lesayian@kirkland.com; TSchiavoni@OMM.com; Christopher M. Candon; GRACE; rhorkovich@andersonkill.com; Dan X-fer
**Subject:** RE: Grace/Royal Settlement

Jonathan (and others).

I am not available this evening, so let's schedule the call for **tomorrow afternoon at 2 p.m.** based on the fact that you and Lisa will both be available at that time   I'll circulate dial-in information before the end of the day

Tanc, please advise concerning your availability   If it is more convenient for you, then Jonathan, Lisa and I could do the call a little later in the day tomorrow

*Dan*


# Daniel C. Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
*********************************************************************************

Note. This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited   If you have received this communication in error, please notify us immediately by return e-mail or by telephone

---

**From:** Guy, Jonathan P. [mailto:jguy@orrick.com]
**Sent:** Tuesday, July 07, 2009 1:58 PM
**To:** Daniel C. Cohn
**Cc:** Mahaley, Peri; dbernick@kirkland.com; lesayian@kirkland.com; TSchiavoni@OMM.com; Christopher

M. Candon; GRACE; rhorkovich@andersonkill.com; Dan X-fer
**Subject:** RE: Grace/Royal Settlement

Dan, we are being civil   We can discuss during the meet and confer the good faith basis for your
discovery   Let us know when you have fixed a time   Regards, Jonathan

---

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Tuesday, July 07, 2009 1:51 PM
**To:** Guy, Jonathan P.
**Cc:** Mahaley, Peri; dbernick@kirkland.com; lesayian@kirkland.com; TSchiavoni@OMM.com; Christopher
M. Candon; GRACE; rhorkovich@andersonkill.com; Dan X-fer
**Subject:** RE: Grace/Royal Settlement

Jonathan.  With respect, I do not think allegations of bad faith are the least bit appropriate   You received
my response in 1 ½ business days   I just now received documents from Grace, and have not yet
received documents from Royal, despite the lapse of four business days since our meet-and-confer on
June 29   I would welcome a mutual effort to maintain civility despite the adversary process in which we
are immersed   *Dan*

# Daniel C. Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
************************************************************************************
Note.  This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication
(including any attachments) is strictly prohibited   If you have received this communication in error, please
notify us immediately by return e-mail or by telephone

---

**From:** Guy, Jonathan P. [mailto:jguy@orrick.com]
**Sent:** Tuesday, July 07, 2009 1:15 PM
**To:** Daniel C. Cohn
**Cc:** Mahaley, Peri; dbernick@kirkland.com; lesayian@kirkland.com; TSchiavoni@OMM.com; Christopher
M. Candon; GRACE; rhorkovich@andersonkill.com
**Subject:** RE: Grace/Royal Settlement

Dan, I am available to discuss this matter with you after 6 pm today or tomorrow afternoon   Lisa, Tanc,
and Bob will advise their availability   I suggest that you circulate a dial-in once you have fixed a time with
everyone   With respect, however, I am not convinced that you are serious about resolving this matter as
evidenced by, among other things, the delay, even given the holiday, in responding to our declaration
We provided it to you on July 2   It is now July 7   Morever, I believe the continued pursuit of an issue on
which the settling parties are in express agreement -- whether premises coverage was released in 1995 --
 as evidenced by filings in the bankruptcy court and sworn deposition testimony, is frivolous   I
understand that you will shortly receive from the debtors documents concerning the 1995 settlement   I
believe those documents will further demonstrate the frivolity of the premises argument   We reserve all
rights in this regard   Best, Jonathan

JONATHAN GUY
ORRICK HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET N.W.
WASHINGTON D.C. 20005-1706
tel 202 339-8516
fax 202 339-8500
jguy@orrick.com
www.orrick.com

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Tuesday, July 07, 2009 8:03 AM
**To:** Guy, Jonathan P.
**Cc:** Mahaley, Peri; dbernick@kirkland.com; lesayian@kirkland.com; TSchiavoni@OMM.com; Christopher
M. Candon
**Subject:** Grace/Royal Settlement

Jonathan:

The proposed declaration does not obviate the Libby Claimants' need for discovery concerning
negotiation of the settlement. Let's plan to meet and confer by telephone today in order to try to resolve
the disagreement between the Libby Claimants and the Plan Proponents concerning this discovery.
Please suggest a time that would be convenient (I am largely available, except between noon and 2) and
invite those Plan Proponent representatives who would like to participate.

If possible, discovery concerning the 1995 settlement agreement should be addressed on the same call.
Although you say in your email that this request is being addressed separately, I have not heard back
from either Grace or Royal since the "meet and confer" of 6/29 during which it was agreed (a) that they
would assemble documents concerning the 1995 settlement, and (b) that for the next week, parties would
suspend discovery while they tried to work out their differences concerning discovery matters.

As I stated on the 6/29 call, unless the requested discovery is provided quickly enough to permit the Libby
Claimants to fully explore their potential objections to the settlement by the due date for written objections
(currently 7/10) and to prepare for the hearing, the Libby Claimants intend to seek orders of the
Bankruptcy Court postponing the objection deadline and hearing on the motion for approval of the Grace-
Royal settlement and, if any of the requested discovery is not supplied at all, to compel such discovery.

*Dan*

# Daniel C. Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
********************************************************************************

Note. This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information. Unauthorized use, disclosure, copying or retention of this communication
(including any attachments) is strictly prohibited. If you have received this communication in error, please
notify us immediately by return e-mail or by telephone.

**From:** Guy, Jonathan P. [mailto:jguy@orrick.com]
**Sent:** Thursday, July 02, 2009 12:09 PM

NY1:1785984.2

**To:** Daniel C. Cohn; Christopher M. Candon
**Cc:** Mahaley, Peri
**Subject:** 160578763(1)_Revised Royal Declaration July 2 2009 Draft.DOC

Attached for your consideration is a proposed declaration for the Royal settlement. It makes clear, as described more fully in Section 2.10.2 of the Disclosure Statement, that the coverage issued by Royal to Zonolite was fully settled as to all asbestos related claims in the January 5, 1995 Settlement Agreement and Arrowood Indemnity Company, as the successor-in-interest to Royal ("Arrowood"), has been designated in each plan of reorganization filed by the Debtors, including the plan currently on file, as a Settling Asbestos Insurance Company with respect to these previously settled policies. Pls advise whether this obviates any need for discovery as to the settlement. If so, we will work with the Debtors and the ACC to finalize. We will not need a stipulation from you that you will not pursue discovery. A representation by counsel is sufficient. I understand that your request for discovery on the 1995 settlement is being addressed separately. If you have any questions pls call. Thanks.

==============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.


==============================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
==============================================================

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Sunday, June 28, 2009 12:57 PM
**To:** Schiavoni, Tancred; cohn@cwg11.com
**Cc:** Schwartz, Allen; carl.pernicone@wilsonelser.com; candon@cwg11.com; Schiavoni, Tancred
**Subject:** Re: Grace/Meet and Confer re

First, Tanc, I have never refused to give you dates for deposition, much less advanced a reason for such "refusal "  I have asked you to tell me the specific number of depositions you wish to take, the specific names of witnesses, and the estimated time you anticipate needing for each so that I could set about the process of scheduling  You have refused in every respect  I have never referenced the CMO in any capacity in this discussion  Your email is a blatant misrepresentation

Indeed, I did ask you to specify your vague references to "orders" that you apparently believe somehow apply  You have refused those multiple requests that you direct me to the specific language that you believe controls this issue  I can only now assume--since you have yet to specify--that you are referring to par 10 of the CMO, which states in relevant part.

"Any person named on the final witness disclosure list whose identity was not previously disclosed by the party in interest calling that witnesss as having knowledge or information relevant to this dispute, may be deposed by the parties in interest thereafter, but in no event later than 30 days after the final witness lists are filed "

Again, I fail to see how this language empowers or obligates me to intuit how many depositions you wish to take or which witnesses from the Libby Claimants' validly filed witness list you intend to depose  The CMO says you "may" depose newly-named witnesses  It does not say that or how I need to guess whom and how many people you wish to depose  The depositions are discretionary  If you choose to exercise your right, then please assume at least the minimum responsibility and name the people you wish to depose

If I am mistaken about how you see the CMO applying here, or if you really do have some other language that clarifies our task, please share

I have offered to discuss Libby witnesses with you by phone, Tanc  You have never called  I asked you to schedule a call before you unilaterally decided to "exhaust" the meet & confer process  You never proposed a time  You vaguely referred to orders, but ignored my repeated requests to clarify or provide specific citation  You never even mentioned the notion of engaging "meet & confer" until your sixth or seventh email to me  Again, for the record and in the interests of total clarity, I remain more than willing to discuss Libby witnesses and your request for depositions

Please call me Monday am if you wish to discuss a resolution  Since you have never called me on this matter, I believe that step should occur before you take this to the Court Mon afternoon  Providing me names or at least a number for the depositions you seek (together with the other preliminary information I have asked for) would likewise further the cause tremendously  It remains utterly amazing to me that you make no effort to simply solve the problem of your own making. tell me names of people you wish to depose, and depostions can be scheduled

As stated previously, your characterization of the Libby Claimants having refused to produce witnesses constitutes a blatant misrepresentation  Your assumptions about the legal impact or an intent by Libby Claimants' intention to "withdraw" witnesses is likewise utterly erroneous and without basis  My previous correspondence with you on this matter stands

JFL

----- Original Message -----
**From:** Schiavoni, Tancred
**To:** cohn@cwg11.com
**Cc:** jlacey@mcgarveylaw.com ; Schwartz, Allen ; carl.pernicone@wilsonelser.com ; candon@cwg11.com
; Schiavoni, Tancred
**Sent:** Friday, June 26, 2009 1:51 PM
**Subject:** Re: Grace/Meet and Confer re


John

I understand that your Boston counsel has sent you the CMOs since our last exchange in the event you could not find your service copy. This was the reason advanced for why you could not give us deposition dates for the witnesses you intend to call who have not yet been produced. May we have dates now? We are assuming that anyone not produced before the 30 day period runs is being withdrawn as is everyone else.

----- Original Message -----
From: Daniel C Cohn <cohn@cwg11.com>
To: Lisa Esayian <lesayian@kirkland.com>; Guy, Jonathan P <jguy@orrick.com>; Schiavoni, Tancred; Barbara Harding <bharding@kirkland.com>; robert horkovich <rhorkovich@andersonkill.com>
Cc: mark <mark@lsklaw.net>; tom <tom@lsklaw net>; jheberling <jheberling@mcgarveylaw com>; nate finch <ndf@capdale com>; John F Lacey <jlacey@mcgarveylaw com>; GRACE <GRACE@orrick com>; Schwartz, Allen; carl pernicone <carl pernicone@wilsonelser com>; Christopher M Candon <candon@cwg11 com>; Jan Baer <jbaer@jsbpc com>; David Bernick <dbernick@kirkland com>; Peter Lockwood <PVNL@Capdale com>; roger frankel <rfrankel@orrick com>; ghorowitz <ghorowitz@kramerlevin com>; Dan X-fer <x-fer@cwg11 com>
Sent: Fri Jun 26 15:05:07 2009
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited Discovery Program

I have another commitment at 4:30  Lisa can start at 3:30  Jonathan and Tanc, please let me know right away if 3:30 does NOT work for you Otherwise, I'll circulate dial-in information shortly  Thanks

Daniel C Cohn
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel: 617-951-2505
Fax: 617-951-0679
************************************************************************
****************
Note: This communication is intended only for the intended addressee(s)
and may contain privileged and/or confidential information
Unauthorized use, disclosure, copying or retention of this communication
(including any attachments) is strictly prohibited  If you have
received this communication in error, please notify us immediately by
return e-mail or by telephone


-----Original Message-----
From: Lisa Esayian [mailto:lesayian@kirkland.com]
Sent: Friday, June 26, 2009 1:58 PM
To: Guy, Jonathan P ; tanc schiavoni; Barbara Harding; robert horkovich;
Daniel C Cohn
Cc: mark; tom; jheberling; nate finch; John F Lacey; GRACE; Schwartz,
Allen; carl pernicone; Christopher M  Candon; Jan Baer; David Bernick;

Peter Lockwood; roger frankel; ghorowitz
Subject: Re: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program


Monday at 4:00 PM eastern for no more than one hour is OK



----- Original Message -----
From: "Guy, Jonathan P " [jguy@orrick com]
Sent: 06/26/2009 01:47 PM AST
To: "Schiavoni, Tancred" <TSchiavoni@OMM com>; Barbara Harding;
rhorkovich@andersonkill com; "Daniel C Cohn" <cohn@cwg11 com>; Lisa
Esayian
Cc: mark <mark@lsklaw net>; tom@lsklaw net; jheberling@mcgarveylaw com;
ndf@capdale com; "John F Lacey" <jlacey@mcgarveylaw com>; GRACE
<GRACE@orrick com>; "Schwartz, Allen" <allenschwartz@omm com>;
carl pernicone@wilsonelser com; "Christopher M Candon"
<candon@cwg11 com>; jbaer@jsbpc com; David Bernick; pvnl@capdale com;
"Frankel, Roger" <rfrankel@orrick com>; ghorowitz@kramerlevin com
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program



The FCR is willing to have a meet and confer on Monday, by telephone, to
discuss proposed discovery and related issues concerning Royal
settlement  I understand that Tane and Dan are available Monday  Bob
and Lisa if you can join for ACC and Debtors that would great (or others
as appropriate)  I propose 4 pm in light of hearing in the morning
Assuming this works, I would ask Dan to circulate a dial-in   Thanks


Jonathan Guy
Orrick, Herrington & Sutcliffe LLP
COLUMBIA CENTER
1152 15TH STREET, N W ,
Washington, D C  20005
tel 202-339-8516
fax 202-339-8500
email jguy@orrick com
www orrick com


-----Original Message-----
From: Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
Sent: Thursday, June 25, 2009 6:06 PM
To: Christopher M  Candon; bharding@kirkland com; jbaer@jsbpc com;
dbernick@kirkland com; carl pernicone@wilsonelser com; Schwartz, Allen;
ndf@capdale com; pvnl@capdale com; rhorkovich@andersonkill com; Guy,
Jonathan P ; Frankel, Roger; ghorowitz@kramerlevin com
Cc: Daniel C Cohn; mark; tom@lsklaw net; jheberling@mcgarveylaw com;
John F Lacey
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program

Chris

I called Dan immediately. Have him give me a call

T V S.


-----Original Message-----
From: Christopher M. Candon [mailto:candon@cwg11.com]
Sent: Thursday, June 25, 2009 6:04 PM
To: Schiavoni, Tancred; Christopher M Candon; bharding@kirkland com;
jbaer@jsbpc com; dbernick@kirkland com; carl pernicone@wilsonelser com;
Schwartz, Allen; ndf@capdale com; pvnl@capdale com;
rhorkovich@andersonkill com; jguy@orrick com; rfrankel@orrick com;
ghorowitz@kramerlevin com
Cc: Daniel C Cohn; mark; tom@lsklaw net; jheberling@mcgarveylaw com;
John F Lacey
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program

Evasions are unacceptable   If all parties cannot make themselves
available for a meet and confer tomorrow or Monday, or at least schedule
a time for a call, we intend on Tuesday to file a motion to compel and
to postpone the hearing on the Royal settlement motion


-----Original Message-----
From: "Schiavoni, Tancred" <TSchiavoni@OMM com>
To: "Christopher M  Candon" <candon@cwg11 com>; "bharding@kirkland com"
<bharding@kirkland com>; "jbaer@jsbpc com" <jbaer@jsbpc com>;
"dbernick@kirkland com" <dbernick@kirkland com>;
"carl pernicone@wilsonelser com" <carl pernicone@wilsonelser com>;
"Schwartz, Allen" <allenschwartz@omm com>; "ndf@capdale com"
<ndf@capdale com>; "pvnl@capdale com" <pvnl@capdale com>;
"rhorkovich@andersonkill com" <rhorkovich@andersonkill com>;
"jguy@orrick com" <jguy@orrick com>; "rfrankel@orrick com"
<rfrankel@orrick com>; "ghorowitz@kramerlevin com"
<ghorowitz@kramerlevin com>
Cc: "Daniel C Cohn" <cohn@cwg11 com>; "mark" <mark@lsklaw net>;
"tom@lsklaw net" <tom@lsklaw net>; "jheberling@mcgarveylaw com"
<jheberling@mcgarveylaw com>; "John F Lacey" <jlacey@mcgarveylaw com>
Sent: 6/25/09 5:43 PM
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program

When will you be able to deliver a response to our requests?

-----Original Message-----
From: Christopher M  Candon [mailto:candon@cwg11.com]
Sent: Thursday, June 25, 2009 5:43 PM
To: Schiavoni, Tancred; Christopher M Candon; bharding@kirkland com;
jbaer@jsbpc com; dbernick@kirkland com; carl pernicone@wilsonelser com;
Schwartz, Allen; ndf@capdale com; pvnl@capdale com;
rhorkovich@andersonkill com; jguy@orrick com; rfrankel@orrick com;

ghorowitz@kramerlevin com
Cc: Daniel C Cohn; mark; tom@lsklaw net; jheberling@mcgarveylaw com;
John F Lacey
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program

Tanc:

When on Monday are you available?

Chris

-----Original Message-----
From: "Schiavoni, Tancred" <TSchiavoni@OMM com>
To: "Christopher M  Candon" <candon@cwg11 com>; "bharding@kirkland com"
<bharding@kirkland com>; "jbaer@jsbpc com" <jbaer@jsbpc com>;
"dbernick@kirkland com" <dbernick@kirkland com>;
"carl pernicone@wilsonelser com" <carl pernicone@wilsonelser com>;
"Schwartz, Allen" <allenschwartz@omm com>; "ndf@capdale com"
<ndf@capdale com>; "pvnl@capdale com" <pvnl@capdale com>;
"rhorkovich@andersonkill com" <rhorkovich@andersonkill com>;
"jguy@orrick com" <jguy@orrick com>; "rfrankel@orrick com"
<rfrankel@orrick com>; "ghorowitz@kramerlevin com"
<ghorowitz@kramerlevin com>
Cc: "Daniel C  Cohn" <cohn@cwg11 com>; "mark" <mark@lsklaw net>;
"tom@lsklaw.net" <tom@lsklaw net>; "jheberling@mcgarveylaw com"
<jheberling@mcgarveylaw com>; "John F  Lacey" <jlacey@mcgarveylaw com>
Sent: 6/25/09 5:29 PM
Subject: RE: Grace/Meet and Confer re Royal Settlement -- Expedited
Discovery Program

Chris

The Libby Plaintiff Lawyers have not responded to seven meet and confer
letters  We request a substantive answer to our very simple and
straightforward question before a call  The deadlines on the issues we
have written you about run well before any issue you have raised

Having returned to the office from several weeks on trial out of town, I
am not available tomorrow  I also don't understand why you are now
suggesting you need to  meet and confer on less then 24 hours notice
when you have not responded to seven meet and letters and could not
offer us a time for a meeting anywhere other then Boston over the last
two weeks

As of yesterday, your clients were still taking the position that they
could not answer because no one has sent them the Case Management Order

T V S

==============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,

we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein


=============================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM  THANK YOU IN ADVANCE FOR YOUR COOPERATION

For more information about Orrick, please visit
http://www.orrick.com/
=============================================================


************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland com, and
destroy this communication and all copies thereof,
including all attachments
************************************************************

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Wednesday, June 24, 2009 7:14 PM
**To:** Schiavoni, Tancred
**Cc:** cohn@cwg11.com; jheberling@mcgarveylaw.com; Schiavoni, Tancred; Chris Candon
**Subject:** Re: Grace/Libby Claimant Depositions

Again, Tanc, I wish to cooperate   You referenced an order/s; please provide some authority, any authority, that you believe we are overlooking or on which you are relying

Libby Claimants are not waiving any right to call witnesses   On the contrary, we will attempt to make witnesses available for you not just at trial, but also prior in response to your request for depositions, as soon as I learn from you WHICH witnesses you wish to depose

Moreover, I do not consider your emails much of an effort to meet and confer   At the least, please schedule a telephone call prior to making such a unilateral decision   I am available

JFL
----- Original Message -----
**From:** Schiavoni, Tancred
**To:** jlacey@mcgarveylaw.com
**Cc:** cohn@cwg11.com ; jheberling@mcgarveylaw.com ; Schiavoni, Tancred
**Sent:** Wednesday, June 24, 2009 5:01 PM
**Subject:** Re: Grace/Libby Claimant Depositions

John

Your witness list does not list all your witnesses by name   That will be readily apparent to the court   If you will not tell us who you intend to call and give us dates for their depositions, we are relying on you to have waived any right to call such witnesses

We have exhausted all efforts to meet and confer with you

T V S


**From:** John F. Lacey <jlacey@mcgarveylaw.com>
**To:** Schiavoni, Tancred
**Cc:** cohn@cwg11.com <cohn@cwg11.com>; jheberling@mcgarveylaw.com
<jheberling@mcgarveylaw.com>; Schiavoni, Tancred
**Sent:** Wed Jun 24 18:51:37 2009
**Subject:** Re: Grace/Libby Claimant Depositions

Again, Tanc, I believe you have both the practical and legal realities backward   I really can't say it any more simply. I cannot guess who you may wish to depose   Any exercise of your right to depose one, some, or all of the witnesses appropriately named by Libby Claimants carries with it the simple and concomitant need to identify by name any such individual/s

I don't know what order/s you're referring to with which you beleive we must comply   Please forward me the order/s & cite therein any language on which you rely

I remain willing to work with you   However, until you provide me this order/s on which you rely that apparently defines my obligations, or the names and other information previously requested, there is nothing more I can do

JFL
----- Original Message -----
**From:** Schiavoni, Tancred
**To:** jlacey@mcgarveylaw.com
**Cc:** cohn@cwg11.com ; jheberling@mcgarveylaw.com ; Schiavoni, Tancred
**Sent:** Wednesday, June 24, 2009 4:13 PM
**Subject:** Re: Grace/Libby Claimant Depositions

John

You named over 1000 people on your witness list  I can't name them all by name because you have not given us all their names  We want dates for the ones you intend to call at the hearing  We are depending on you to comply with the orders and tell us who these people are

**From:** John F. Lacey <jlacey@mcgarveylaw.com>
**To:** Schiavoni, Tancred
**Cc:** cohn@cwg11.com <cohn@cwg11.com>; jheberling@mcgarveylaw.com
<jheberling@mcgarveylaw.com>; Schiavoni, Tancred
**Sent:** Wed Jun 24 17:36:31 2009
**Subject:** Re: Grace/Libby Claimant Depositions

Tanc, I am trying to be as cooperative as I can   That said, you can be clearer, and you need to be specific   Obviously, you have yet to give me one single name of the individual/s whom you wish to depose   I will not guess about your intentions   Your suggestion that my failure to intuit particular names constitutes withdrawal by the Libby Claimants of potential witnesses from our timely filed witness list is simply ludicrous

I am depending upon you to NAME each potential deponent that you wish me to contact for purposes of adjusting their individual schedule in order to provide the testimony you wish   You will not be eliciting deposition testimony from a list, but from INDIVIDUALS   Therefore, please name the individuals   It is the only way that I can practically comply with your request

Likewise, I am depending upon you to give me an estimate for the length of each deposition   I also need to know whether you intend to travel to Libby to depose those witnesses suffering from asbestos disease

Again, I remain willing to address your requests for depositions   To do so, I need you to be specific on all of the above, now oft-repeated requests   Hopefully your next response will serve to advance us on this matter

JFL
----- Original Message -----
**From:** Schiavoni, Tancred
**To:** jlacey@mcgarveylaw.com
**Cc:** cohn@cwg11.com ; candon@cwg11.com , jheberling@mcgarveylaw.com ; Schiavoni, Tancred
**Sent:** Wednesday, June 24, 2009 11:48 AM
**Subject:** Re: Grace/Libby Claimant Depositions

John

We can't be clearer  You are requested to give dates for every witness you intend to call that is on your witness list who you have not yet produced  We are assuming all other witnesses are deemed withdrawn

---

**From**: John F. Lacey <jlacey@mcgarveylaw.com>
**To**: Schiavoni, Tancred
**Cc**: Dan Cohn <cohn@cwg11.com>; Chris Candon <candon@cwg11.com>; Jon L. Heberling <jheberling@mcgarveylaw.com>
**Sent**: Wed Jun 24 11:54:12 2009
**Subject**: Re: Grace/Libby Claimant Depositions

Tanc,

My June 19 e-mail asked that you specify "who among 'each of the individuals on [Libby Claimants'] witness list' you wish to depose "  Your June 20 response just asks for deposition dates on some unspecified number for some unidentified individuals  I cannot attempt to schedule a deposition for a specific person (or group of persons) when I am unclear about precisely which individual witness (or group of individual witnesseses) you intend to depose   Please provide me with specific NAMES of the individuals you wish to depose

My June 19 e-mail also requested that you state "how long do you estimate you will need to take each of the depositions you intend" and whether for any Libby Claimant witnesses, "you intend to travel to Libby to take those depositions "  Your June 20 e-mail was unresponsive to these necessary elements of any preparations I must consider regarding the scheduling of depositions

I remain more than willing to work with you on scheduling the depositions you intend, once the above preliminary and necessary information has been provided

JFL
----- Original Message -----
**From**: Schiavoni, Tancred
**To**: John F. Lacey
**Cc**: Dan Cohn ; Chris Candon , Jon L. Heberling
**Sent**: Saturday, June 20, 2009 5.45 PM
**Subject**: RE. Grace/Libby Claimant Depositions

John

We asked for deposition dates for all the witnesses you propose to call to the stand at the confirmation hearing  If you have already produced a witness for deposition, we did not intend to include them.

T V S.

---

**From**: John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent**: Friday, June 19, 2009 2:32 PM
**To**: Schiavoni, Tancred

**Cc:** Dan Cohn; Chris Candon; Jon L. Heberling
**Subject:** Re: Grace/Libby Claimant Depositions

Tanc,

First, can you please be more specific about who among "each of the individuals on [Libby Claimants']
witness list" you wish to depose?  As you know, there are a few categories of witnesses that have been
named, and it is not clear from your request to whom you are referring; e g , I trust you do not mean to
depose those witnesses on our list that have already been deposed

Second, how long do you estimate you will need to take each of the depositions you intend (referencing,
of course, your response to my question no  1)?

Finally, for any deposition of a Libby Claimant, do you intend to travel to Libby to take those depositions?

These strike me as preliminary issues that must be addressed before your request can legitimately be
pursued

JFL
----- Original Message -----
**From:** Schiavoni, Tancred
**To:** Christopher M. Candon , Daniel C. Cohn , Kimberly Love , lkruger@stroock.com ;
kpasquale@stroock.com , akrieger@stroock.com , mlastowski@duanemorris.com ,
rriley@duanemorris.com , sbaena@bilzin.com ; jsakalo@bilzin.com ; mkramer@bilzin.com ;
mjoseph@ferryjoseph.com ; ttacconelli@ferryjoseph.com ; david.klauder@usdoj.gov ;
ustpregion03.wl.ecf@usdoj.gov ; noah.heller@kattenlaw.com ; merritt.pardini@kattenlaw.com ,
jeff.friedman@kattenlaw.com ; collins@rlf.com ; madron@rlf.com , Reynolds@rlf.com ; ramos@rlf.com ,
fournierd@pepperlaw.com ; carignanj@pepperlaw.com ; hertzbergr@pepperlaw.com ;
caseyl@pepperlaw.com ; fmonaco@wcsr.com ; kmangan@wcsr.com ; maward@wcsr.com ;
metkin@lowenstein.com ; ilevee@lowenstein.com ; Dpastor@Gilmanpastor.com ; jmeltzer@sbtklaw.com
; kbornstein@sbtklaw.com ; stearn@rlf.com ; kandestin@rlf.com ; rjsidman@vorys.com ;
tscobb@vorys.com ; meltzere@pepperlaw.com ; toolee@pepperlaw.com ; landis@lrclaw.com ,
butcher@lrclaw.com ; mumford@lrclaw.com , green@lrclaw.com ; kmiller@skfdelaware.com ;
ewolfe@skfdelaware.com ; speirce@fulbright.com ; tgerber@fulbright.com ; jwisler@cbl.h.com ;
mphillips@cblh.com ; elongosz@eckertseamans.com ; lstover@eckertseamans.com ;
erosenthal@rmgglaw.com ; dglosband@goodwinprocter.com ; bmukherjee@goodwinprocter.com ,
mgiannotto@goodwinprocter.com ; emdecristofaro@FMEW.com ; swspencer@FMEW.com ;
rifft@wileyrein.com ; casarinom@whiteandwilliams.com ; gibbonsj@whiteandwilliams.com ;
locasaleg@whiteandwilliams.com ; yoderj@whiteandwilliams.com ; warren.pratt@dbr.com ;
david.primack@dbr.com ; michael.brown@dbr.com ; jeffrey.boerger@dbr.com ; jdd@stevenslee.com ;
lpg@stevenslee.com , mes@stevenslee.com , sshimshak@paulweiss.com ; arosenberg@paulweiss.com
, mphillips@paulweiss.com ; ppantaleo@stblaw.com ; wrussell@stblaw.com ; mpiropato@stblaw.com ,
ealcabes@stblaw.com ; wshelley@cozen.com ; jcohn@cozen.com ; gmcdaniel@bglawde.com ;
carl.pernicone@wilsonelser.com , Catherine.chen@wilsonelser.com ; arich@alanrichlaw.com ;
david.turetsky@skadden.com ; Greg.Stclair@skadden.com , pbentley@kramerlevin.com ;
dmannal@kramerlevin.com ; gcalhoun@steptoe.com ; acraig@cuyler.com ; mdavis@zeklaw.com ;
dfelder@orrick.com , rfrank.el@orrick.com ; mwallace@orrick.com ; rwyron@orrick.com ,
jguy@orrick.com ; richard.finke@grace.com ; mark.shelnitz@grace.com ; john.mcfarland@grace.com .
james.freeman2@usdoj.gov ; jal@capdale.com ; pvnl@capdale.com , ndf@capdale.com ;
ei@capdale.com ; jal@capdale.com ; lepley@crowell.com , Nancy.Manzer@wilmer.com ;
Madigan.andrea@epa.gov ; jpruggeri@hhlaw.com ; drosenbloom@mwe.com ; mhurford@camlev.com ,
meskin@camlev.com ; Elias, Brad ; Svirsky, Gary , dbernick@kirkland.com ; lesayian@kirkland.com ,
cgreco@kirkland.com ; cbruens@kirkland.com ; tfreedman@kirkland.com ; joneill@pszjlaw.com ;

tcairns@pszjlaw.com ; kmakowski@pszjlaw.com ; pcuniff@pszjlaw.com , loberholzer@pszjlaw.com ;
tmacauley@zuckerman.com ; vguldi@zuckerman.com ; jsottile@zuckerman.co.m ;
kmayer@mccarter.com ; dsilver@mccarter.com ; rguttmann@zeklaw.com ; mdavis@zeklaw.com ,
jspadaro@johnsheehanspadaro.com ; alexander.mueller@mendes.com ; thomas.quinn@mendes.com ;
eileen.mccabe@mendes.com ; anna.newsom@mendes.com ; carolina.acevedo@mendes.com ;
mweis@dilworthlaw.com ; akelley@dilworthlaw.com ; sfreedman@dilworthlaw.com ;
young@wildman.com ; dspeights@speightsrunyan.com ; ewestbrook@rpwb.com ; rdehney@mnat.com ,
acordo@mnat.com ; tgerber@fulbright.com ; tcurrier@saul.com ; gmcdaniel@bglawde.com ;
jcp@pgslaw.com ; jbaer@jsbpc.com ; drosendorf@kttlaw.com ; jk@kttlaw.com ; hriedel@srbp.com ;
ghorowitz@kramerlevin.com ; dblabey@kramerlevin.com ; mshiner@tuckerlaw.com ;
mplevin@crowell.com ; bharding@kirkland.com ; arunning@kirkland.com ; bstansbury@kirkland.com ,
jpw@capdale.com ; bsb@capdale.com ; wbs@capdale.com ; travis.langenkamp@kirkland.com ;
heather.bloom@kirkland.com ; karen.f.lee@kirkland.com ; david.boutrous@kirkland.com ; Deborah
Scarcella ; tmessana@mws-law.com ; FRosner@mrs-law.com ; rmillner@sonnenschein.com ;
cprince@sonnenschein.com ; jpw@capdale.com ; bsb@capdale.com ; wbs@capdale.com ;
lrosenberg@cozen.com ; bklayman@cozen.com ; AKushner@stblaw.com ; scalogero@cuyler.com ,
Schwartz, Allen ; rcmartin@eapdlaw.com ; sbrown@eapdlaw.com ; eleibenstein@kirkland.com
**Cc:** Dan X-fer ; John F. Lacey ; jlacey@mcgarveylaw.com
**Sent:** Friday, June 19, 2009 2:57 PM
**Subject:** RE. Grace/Libby Claimant Depositions

John

Please propose dates for the depositions of each of the individuals on your witness list

T V S

**From:** Christopher M. Candon [mailto:candon@cwg11.com]
**Sent:** Friday, June 19, 2009 12:23 PM
**To:** Schiavoni, Tancred; Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com;
akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com;
jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com;
kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com;
jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com;
erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com;
mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com;
rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com;
locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com;
david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com;
lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com;
mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com;
ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com;
carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com;
david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com;
dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com;
dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com;

richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com;
james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com;
jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov;
jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias,
Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com;
cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com;
kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com;
vquldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com;
rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com;
alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com;
anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com;
akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah
Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;
cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;
Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer; John F. Lacey
**Subject:** Grace/Libby Claimant Depositions

Dear Counsel:

In response to Tanc's email below, we invite anyone interested in deposing a Libby Claimant to please
contact John Lacey (jlacey@mcgarveylaw.com; 406-752-5566) about scheduling. Consistent with past
courtesies in this case, applied particularly here to the potential Libby Claimant witnesses who have
asbestos disease, it is expected that the depositions will occur in Libby, Montana.

Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Phone:  (617) 951-2505
Fax:     (617) 951-0679

************************************************************************************
**
Note: This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information. Unauthorized use, disclosure, copying or retention of this
communication (including any attachments) is strictly prohibited. If you have received this
communication in error, please notify us immediately by return e-mail or by telephone

**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Friday, June 19, 2009 1:46 PM
**To:** Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com;
akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com;