jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M.
Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com;
cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com; karen f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah
Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;
cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
lrosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;
Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Dan,

You have purported to list over 100 individuals on your witness list 1000 if the list is read in full Are you
producing them all before July 13 When will you be providing dates?

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Friday, June 19, 2009 10:42 AM
**To:** Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Schiavoni, Tancred; Svirsky, Gary; Koepff, Paul; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com;

sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Ms Leibenstein: With our trial brief due 7/13, I don't see how we can postpone this deposition  In order to avoid the need for you to prepare the deponent twice on any given topic, it would be reasonable to agree that the deposition on 6/29 will not address feasibility and that the later deposition will be confined to feasibility  *Dan*


# Daniel C.   Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel: 617-951-2505
Fax: 617-951-0679
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note:  This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information  Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited  If you have received this communication in error, please notify us immediately by return e-mail or by telephone


**From:** Kimberly Love [mailto:klove@kirkland.com]
**Sent:** Friday, June 19, 2009 12:15 PM
**To:** lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com;
mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn;
Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;

ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com; pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; allenschwartz@omm.com; rcmartin@eapdlaw.com; sbrown@eapdlaw.com
**Cc:** Elli Leibenstein
**Subject:** WR Grace: Hudson LaForce Deposition


Dear Counsel:

The deposition of Hudson La Force, Grace's CFO. is currently scheduled for June 29, which is before the documents regarding feasibility will be produced  Mr La Force will be a witness regarding feasibility  To avoid Mr La Force being deposed twice and to allow counsel the opportunity to review the documents regarding feasibility before Mr La Force's deposition, we propose postponing the deposition until after the feasibility documents are produced on July 13, 2009

Please respond to Elli Leibenstein at 312-862-2422 (elli leibenstein@kirkland com)

Kimberly Love Legal Assistant Kirkland & Ellis LLP
300 North LaSalle Chicago, IL 60654
Tel 312 862 2819 Fax 312 862 2200 kimberly love@kirkland com
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,

including all attachments.
*************************************************************
grace.com ; john.mcfarland@grace.com ; james.freeman2@usdoj.gov ; jal@capdale.com ;
pvnl@capdale.com ; ndf@capdale.com ; ei@capdale.com ; jal@capdale.com ; lepley@crowell.com ;
Nancy.Manzer@wilmer.com ; Madigan.andrea@epa.gov ; jpruggeri@hhlaw.com ;
drosenbloom@mwe.com ; mhurford@camlev.com ; meskin@camlev.com ; Elias, Brad , Svirsky, Gary ,
dbernick@kirkland.com ; lesayian@kirkland.com ; cgreco@kirkland.com ; cbruens@kirkland.com ;
tfreedman@kirkland.com ; joneill@pszjlaw.com ; tcairns@pszjlaw.com ; kmakowski@pszjlaw.com ;
pcuniff@pszjlaw.com ; loberholzer@pszjlaw.com ; tmacauley@zuckerman.com ; vguldi@zuckerman.com
; jsottile@zuckerman.co.m ; kmayer@mccarter.com ; dsilver@mccarter.com ; rguttmann@zeklaw.com ;
mdavis@zeklaw.com ; jspadaro@johnsheehanspadaro.com ; alexander.mueller@mendes.com ;
thomas.quinn@mendes.com ; eileen.mccabe@mendes.com ; anna.newsom@mendes.com ;
carolina.acevedo@mendes.com ; mweis@dilworthlaw.com ; akelley@dilworthlaw.com ;
sfreedman@dilworthlaw.com ; young@wildman.com ; dspeights@speightsrunyan.com ,
ewestbrook@rpwb.com ; rdehney@mnat.com ; acordo@mnat.com ; tgerber@fulbright.com ;
tcurrier@saul.com ; gmcdaniel@bglawde.com ; jcp@pgslaw.com ; jbaer@jsbpc.com ;
drosendorf@kttlaw.com ; jk@kttlaw.com ; hriedel@srbp.com ; ghorowitz@kramerlevin.com ;
dblabey@kramerlevin.com ; mshiner@tuckerlaw.com ; mplevin@crowell.com ; bharding@kirkland.com ,
arunning@kirkland.com ; bstansbury@kirkland.com ; jpw@capdale.com ; bsb@capdale.com ;
wbs@capdale.com ; travis.langenkamp@kirkland.com ; heather.bloom@kirkland.com ;
karen.f.lee@kirkland.com ; david.boutrous@kirkland.com ; Deborah Scarcella ; tmessana@mws-law.com
; FRosner@mrs-law.com ; rmillner@sonnenschein.com ; cprince@sonnenschein.com ;
jpw@capdale.com ; bsb@capdale.com ; wbs@capdale.com ; lrosenberg@cozen.com ;
bklayman@cozen.com ; AKushner@stblaw.com ; scalogero@cuyler.com ; Schwartz, Allen ,
rcmartin@eapdlaw.com ; sbrown@eapdlaw.com ; eleibenstein@kirkland.com
Cc: Dan X-fer ; John F. Lacey ; jlacey@mcgarveylaw.com
Sent: Friday, June 19, 2009 2.57 PM
Subject: RE. Grace/Libby Claimant Depositions

John

Please propose dates for the depositions of each of the individuals on your witness list

T V S

From: Christopher M. Candon [mailto:candon@cwg11 com]
Sent: Friday, June 19, 2009 12:23 PM
To: Schiavoni, Tancred; Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com;
akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com;
jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com;
kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com;
jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com;
erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com;
mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com;
rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com;
locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com;

david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com; mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer; John F. Lacey
**Subject:** Grace/Libby Claimant Depositions

Dear Counsel:

In response to Tanc's email below, we invite anyone interested in deposing a Libby Claimant to please contact John Lacey (jlacey@mcgarveylaw.com; 406-752-5566) about scheduling  Consistent with past courtesies in this case, applied particularly here to the potential Libby Claimant witnesses who have asbestos disease, it is expected that the depositions will occur in Libby, Montana

Christopher M Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA  02110
Phone:  (617) 951-2505
Fax:    (617) 951-0679

****************************************************************************************

Note:  This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information  Unauthorized use, disclosure, copying or retention of this

communication (including any attachments) is strictly prohibited. If you have received this
communication in error, please notify us immediately by return e-mail or by telephone.

**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Friday, June 19, 2009 1:46 PM
**To:** Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com;
akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com;
jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M.
Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com;
cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah
Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;
cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;

Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Dan,

You have purported to list over 100 individuals on your witness list  1000 if the list is read in full  Are you producing them all before July 13  When will you be providing dates?

---

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Friday, June 19, 2009 10:42 AM
**To:** Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com;
mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M.
Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; Elias, Brad; Schiavoni, Tancred; Svirsky, Gary; Koepff, Paul;
dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com;
tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com;
pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com;
jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com;
mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com;
thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com;
carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com;
sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com;
ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;

ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com;
arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com;
wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen.
f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com;
FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com;
AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com;
sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Ms Leibenstein. With our trial brief due 7/13, I don't see how we can postpone this deposition  In order
to avoid the need for you to prepare the deponent twice on any given topic, it would be reasonable to
agree that the deposition on 6/29 will not address feasibility and that the later deposition will be confined
to feasibility  *Dan*


# Daniel C.  Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
**********************************************************************************
Note.  This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information  Unauthorized use, disclosure, copying or retention of this communication
(including any attachments) is strictly prohibited  If you have received this communication in error, please
notify us immediately by return e-mail or by telephone


**From:** Kimberly Love [mailto:klove@kirkland.com]
**Sent:** Friday, June 19, 2009 12:15 PM
**To:** lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com;
mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn;
Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;

arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden.com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com;
pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com;
cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com;
rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com;
gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com;
hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com;
mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com;
bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; travis langenkamp@kirkland.com; heather.bloom@kirkland.com;
karen. f lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com;
FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com;
AKushner@stblaw.com; scalogero@cuyler.com; allenschwartz@omm.com; rcmartin@eapdlaw.com;
sbrown@eapdlaw.com
**Cc:** Elli Leibenstein
**Subject:** WR Grace: Hudson LaForce Deposition


Dear Counsel:

The deposition of Hudson La Force, Grace's CFO, is currently scheduled for June 29, which is before the
documents regarding feasibility will be produced  Mr La Force will be a witness regarding feasibility  To
avoid Mr La Force being deposed twice and to allow counsel the opportunity to review the documents
regarding feasibility before Mr La Force's deposition, we propose postponing the deposition until after the
feasibility documents are produced on July 13, 2009

Please respond to Elli Leibenstein at 312-862-2422 (elli leibenstein@kirkland com)

Kimberly Love Legal Assistant Kirkland & Ellis LLP
300 North LaSalle Chicago, IL 60654
Tel 312 862 2819 Fax 312 862 2200 kimberly love@kirkland com
*****************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for

the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments
**********************************************************

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Wednesday, June 24, 2009 5:37 PM
**To:** Schiavoni, Tancred
**Cc:** cohn@cwg11.com; jheberling@mcgarveylaw.com; Schiavoni, Tancred
**Subject:** Re: Grace/Libby Claimant Depositions

Tanc, I am trying to be as cooperative as I can   That said, you can be clearer, and you need to be specific   Obviously, you have yet to give me one single name of the individual/s whom you wish to depose   I will not guess about your intentions   Your suggestion that my failure to intuit particular names constitutes withdrawal by the Libby Claimants of potential witnesses from our timely filed witness list is simply ludicrous

I am depending upon you to NAME each potential deponent that you wish me to contact for purposes of adjusting their individual schedule in order to provide the testimony you wish   You will not be eliciting deposition testimony from a list, but from INDIVIDUALS   Therefore, please name the individuals   It is the only way that I can practically comply with your request

Likewise, I am depending upon you to give me an estimate for the length of each deposition   I also need to know whether you intend to travel to Libby to depose those witnesses suffering from asbestos disease

Again, I remain willing to address your requests for depositions   To do so, I need you to be specific on all of the above, now oft-repeated requests   Hopefully your next response will serve to advance us on this matter

JFL
----- Original Message -----
**From:** Schiavoni, Tancred
**To:** jlacey@mcgarveylaw.com
**Cc:** cohn@cwg11.com ; candon@cwg11.com , jheberling@mcgarveylaw.com ; Schiavoni, Tancred
**Sent:** Wednesday, June 24, 2009 11:48 AM
**Subject:** Re. Grace/Libby Claimant Depositions

John

We can't be clearer   You are requested to give dates for every witness you intend to call that is on your witness list who you have not yet produced   We are assuming all other witnesses are deemed withdrawn

**From:** John F. Lacey <jlacey@mcgarveylaw.com>
**To:** Schiavoni, Tancred
**Cc:** Dan Cohn <cohn@cwg11.com>; Chris Candon <candon@cwg11.com>; Jon L. Heberling <jheberling@mcgarveylaw.com>
**Sent:** Wed Jun 24 11:54:12 2009
**Subject:** Re: Grace/Libby Claimant Depositions

Tanc,

My June 19 e-mail asked that you specify "who among 'each of the individuals on [Libby Claimants'] witness list' you wish to depose "  Your June 20 response just asks for deposition dates on some unspecified number for some unidentified individuals   I cannot attempt to schedule a deposition for a

specific person (or group of persons) when I am unclear about precisely which individual witness (or group of individual witnesseses) you intend to depose   Please provide me with specific NAMES of the individuals you wish to depose

My June 19 e-mail also requested that you state "how long do you estimate you will need to take each of the depositions you intend" and whether for any Libby Claimant witnesses, "you intend to travel to Libby to take those depositions "  Your June 20 e-mail was unresponsive to these necessary elements of any preparations I must consider regarding the scheduling of depositions

I remain more than willing to work with you on scheduling the depositions you intend, once the above preliminary and necessary information has been provided

JFL
----- Original Message -----
**From:** Schiavoni, Tancred
**To:** John F. Lacey ; Dan Cohn ; Chris Candon , Jon L. Heberling
**Cc:** Dan Cohn ; Chris Candon , Jon L. Heberling
**Sent:** Saturday, June 20, 2009 5:45 PM
**Subject:** RE: Grace/Libby Claimant Depositions

John

We asked for deposition dates for all the witnesses you propose to call to the stand at the confirmation hearing. If you have already produced a witness for deposition, we did not intend to include them

T.V S.

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Friday, June 19, 2009 2:32 PM
**To:** Schiavoni, Tancred
**Cc:** Dan Cohn; Chris Candon; Jon L. Heberling
**Subject:** Re: Grace/Libby Claimant Depositions

Tanc,

First, can you please be more specific about who among "each of the individuals on [Libby Claimants'] witness list" you wish to depose?  As you know, there are a few categories of witnesses that have been named, and it is not clear from your request to whom you are referring, e g , I trust you do not mean to depose those witnesses on our list that have already been deposed

Second, how long do you estimate you will need to take each of the depositions you intend (referencing. of course, your response to my question no  1)?

Finally, for any deposition of a Libby Claimant, do you intend to travel to Libby to take those depositions?

These strike me as preliminary issues that must be addressed before your request can legitimately be pursued

JFL

----- Original Message -----

**From:** Schiavoni, Tancred

**To:** Christopher M. Candon ; Daniel C. Cohn ; Kimberly Love ; lkruger@stroock.com ; kpasquale@stroock.com ; akrieger@stroock.com ; mlastowski@duanemorris.com , rriley@duanemorris.com ; sbaena@bilzin.com ; jsakalo@bilzin.com ; mkramer@bilzin.com , mjoseph@ferryjoseph.com ; ttacconelli@ferryjoseph.com ; david.klauder@usdoj.gov ; ustpregion03.wl.ecf@usdoj.gov ; noah.heller@kattenlaw.com ; merritt.pardini@kattenlaw.com ; jeff.friedman@kattenlaw.com ; collins@rlf.com ; madron@rlf.com ; Reynolds@rlf.com ; ramos@rlf.com , fournierd@pepperlaw.com ; carignani@pepperlaw.com ; hertzbergr@pepperlaw.com , caseyl@pepperlaw.com ; fmonaco@wcsr.com ; kmangan@wcsr.com ; maward@wcsr.com ; metkin@lowenstein.com ; ilevee@lowenstein.com ; Dpastor@Gilmanpastor.com ; jmeltzer@sbtklaw.com ; kbornstein@sbtklaw.com ; stearn@rlf.com ; kandestin@rlf.com ; rjsidman@vorys.com ; tscobb@vorys.com ; meltzere@pepperlaw.com ; toolee@pepperlaw.com ; landis@lrclaw.com ; butcher@lrclaw.com ; mumford@lrclaw.com ; green@lrclaw.com ; kmiller@skfdelaware.com ; ewolfe@skfdelaware.com ; speirce@fulbright.com ; tgerber@fulbright.com ; jwisler@cbl.h.com , mphillips@cblh.com ; elongosz@eckertseamans.com ; lstover@eckertseamans.com ; erosenthal@rmgglaw.com ; dglosband@goodwinprocter.com ; bmukherjee@goodwinprocter.com ; mgiannotto@goodwinprocter.com ; emdecristofaro@FMEW.com ; swspencer@FMEW.com ; rifft@wileyrein.com ; casarinom@whiteandwilliams.com ; gibbonsj@whiteandwilliams.com ; locasaleg@whiteandwilliams.com ; yoderj@whiteandwilliams.com ; warren.pratt@dbr.com ; david.primack@dbr.com ; michael.brown@dbr.com ; jeffrey.boerger@dbr.com ; jdd@stevenslee.com , lpg@stevenslee.com ; mes@stevenslee.com ; sshimshak@paulweiss.com ; arosenberg@paulweiss.com , mphillips@paulweiss.com ; ppantaleo@stblaw.com ; wrussell@stblaw.com ; mpiropato@stblaw.com ; ealcabes@stblaw.com ; wshelley@cozen.com ; jcohn@cozen.com ; gmcdaniel@bglawde.com ; carl.pernicone@wilsonelser.com ; Catherine.chen@wilsonelser.com ; arich@alanrichlaw.com ; david.turetsky@skadden.com ; Greg.Stclair@skadden.com ; pbentley@kramerlevin.com ; dmannal@kramerlevin.com ; gcalhoun@steptoe.com ; acraig@cuyler.com ; mdavis@zeklaw.com , dfelder@orrick.com ; rfrank.el@orrick.com ; mwallace@orrick.com ; rwyron@orrick.com ; jguy@orrick.com ; richard.finke@grace.com ; mark.shelnitz@grace.com ; john.mcfarland@grace.com , james.freeman2@usdoj.gov ; jal@capdale.com ; pvnl@capdale.com ; ndf@capdale.com , ei@capdale.com ; jal@capdale.com ; lepley@crowell.com . Nancy.Manzer@wilmer.com , Madigan.andrea@epa.gov ; jpruggeri@hhlaw.com . drosenbloom@mwe.com ; mhurford@camlev.com ; meskin@camlev.com ; Elias, Brad ; Svirsky, Gary , dbernick@kirkland.com ; lesayian@kirkland.com ; cgreco@kirkland.com ; cbruens@kirkland.com ; tfreedman@kirkland.com ; joneill@pszjlaw.com ; tcairns@pszjlaw.com ; kmakowski@pszjlaw.com ; pcuniff@pszjlaw.com ; loberholzer@pszjlaw.com , tmacauley@zuckerman.com ; vguldi@zuckerman.com ; jsottile@zuckerman.co.m , kmayer@mccarter.com ; dsilver@mccarter.com ; rguttmann@zeklaw.com ; mdavis@zeklaw.com , jspadaro@johnsheehanspadaro.com ; alexander.mueller@mendes.com ; thomas.quinn@mendes.com ; eileen.mccabe@mendes.com ; anna.newsom@mendes.com ; carolina.acevedo@mendes.com ; mweis@dilworthlaw.com ; akelley@dilworthlaw.com , sfreedman@dilworthlaw.com , young@wildman.com ; dspeights@speightsrunyan.com ; ewestbrook@rpwb.com ; rdehney@mnat.com , acordo@mnat.com ; tgerber@fulbright.com ; tcurrier@saul.com ; gmcdaniel@bglawde.com ; jcp@pgslaw.com ; jbaer@jsbpc.com ; drosendorf@kttlaw.com ; jk@kttlaw.com ; hriedel@srbp.com ; ghorowitz@kramerlevin.com ; dblabey@kramerlevin.com ; mshiner@tuckerlaw.com ; mplevin@crowell.com ; bharding@kirkland.com ; arunning@kirkland.com , bstansbury@kirkland.com ; jpw@capdale.com ; bsb@capdale.com ; wbs@capdale.com ; travis.langenkamp@kirkland.com ; heather.bloom@kirkland.com ; karen.f.lee@kirkland.com ; david.boutrous@kirkland.com ; Deborah Scarcella ; tmessana@mws-law.com ; FRosner@mrs-law.com ; rmillner@sonnenschein.com ; cprince@sonnenschein.com ; jpw@capdale.com ; bsb@capdale.com ; wbs@capdale.com ; lrosenberg@cozen.com ; bklayman@cozen.com ; AKushner@stblaw.com ; scalogero@cuyler.com , Schwartz, Allen ; rcmartin@eapdlaw.com ; sbrown@eapdlaw.com ; eleibenstein@kirkland.com

**Cc:** Dan X-fer ; John F. Lacey ; jlacey@mcgarveylaw.com

**Sent:** Friday, June 19, 2009 2:57 PM

**Subject:** RE: Grace/Libby Claimant Depositions

John

Please propose dates for the depositions of each of the individuals on your witness list

T V S

**From:** Christopher M. Candon [mailto:candon@cwg11.com]
**Sent:** Friday, June 19, 2009 12:23 PM
**To:** Schiavoni, Tancred; Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com; mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;

cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
lrosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;
Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer; John F. Lacey
**Subject:** Grace/Libby Claimant Depositions

Dear Counsel:

In response to Tanc's email below, we invite anyone interested in deposing a Libby Claimant to please
contact John Lacey (jlacey@mcgarveylaw.com; 406-752-5566) about scheduling. Consistent with past
courtesies in this case, applied particularly here to the potential Libby Claimant witnesses who have
asbestos disease, it is expected that the depositions will occur in Libby, Montana.

Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA  02110
Phone:  (617) 951-2505
Fax:    (617) 951-0679

*******************************************************************************
**
Note:  This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information. Unauthorized use, disclosure, copying or retention of this
communication (including any attachments) is strictly prohibited. If you have received this
communication in error, please notify us immediately by return e-mail or by telephone.

**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Friday, June 19, 2009 1:46 PM
**To:** Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com;
akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com;
jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M.
Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;

arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com;
cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah
Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;
cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;
Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Dan,

You have purported to list over 100 individuals on your witness list  1000 if the list is read in full  Are you
producing them all before July 13  When will you be providing dates?

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Friday, June 19, 2009 10:42 AM
**To:** Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com;
mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M.
Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;

gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Schiavoni, Tancred; Svirsky, Gary; Koepff, Paul; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; lrosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Ms Leibenstein: With our trial brief due 7/13. I don't see how we can postpone this deposition   In order to avoid the need for you to prepare the deponent twice on any given topic, it would be reasonable to agree that the deposition on 6/29 will not address feasibility and that the later deposition will be confined to feasibility   *Dan*


# Daniel C.  Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax: 617-951-0679
*****************************************************************************
Note. This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information   Unauthorized use, disclosure. copying or retention of this communication

(including any attachments) is strictly prohibited   If you have received this communication in error, please notify us immediately by return e-mail or by telephone

---

**From:** Kimberly Love [mailto:klove@kirkland.com]
**Sent:** Friday, June 19, 2009 12:15 PM
**To:** lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com;
mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn;
Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden.com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com;
pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com;
cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter..com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com;
rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com;
gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com;
hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com;
mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com;
bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com;
karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com;
FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com;

bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com;
AKushner@stblaw.com; scalogero@cuyler.com; allenschwartz@omm.com; rcmartin@eapdlaw.com;
sbrown@eapdlaw.com
**Cc:** Elli Leibenstein
**Subject:** WR Grace: Hudson LaForce Deposition

Dear Counsel:

The deposition of Hudson La Force, Grace's CFO, is currently scheduled for June 29, which is before the
documents regarding feasibility will be produced. Mr. La Force will be a witness regarding feasibility. To
avoid Mr. La Force being deposed twice and to allow counsel the opportunity to review the documents
regarding feasibility before Mr. La Force's deposition, we propose postponing the deposition until after the
feasibility documents are produced on July 13, 2009.

Please respond to Elli Leibenstein at 312-862-2422 (elli.leibenstein@kirkland.com)

Kimberly Love  Legal Assistant |Kirkland & Ellis LLP
300 North LaSalle |Chicago, IL 60654
Tel  312 862 2819 |Fax 312 862 2200  kimberly.love@kirkland.com
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Wednesday, June 24, 2009 11:54 AM
**To:** Schiavoni, Tancred
**Cc:** Dan Cohn; Chris Candon; Jon L. Heberling
**Subject:** Re: Grace/Libby Claimant Depositions

Tanc,

My June 19 e-mail asked that you specify "who among 'each of the individuals on [Libby Claimants'] witness list' you wish to depose "  Your June 20 response just asks for deposition dates on some unspecified number for some unidentified individuals  I cannot attempt to schedule a deposition for a specific person (or group of persons) when I am unclear about precisely which individual witness (or group of individual witnesseses) you intend to depose   Please provide me with specific NAMES of the individuals you wish to depose

My June 19 e-mail also requested that you state "how long do you estimate you will need to take each of the depositions you intend" and whether for any Libby Claimant witnesses, "you intend to travel to Libby to take those depositions "  Your June 20 e-mail was unresponsive to these necessary elements of any preparations I must consider regarding the scheduling of depositions

I remain more than willing to work with you on scheduling the depositions you intend, once the above preliminary and necessary information has been provided

JFL
----- Original Message -----
**From:** Schiavoni, Tancred
**To:** John F. Lacey
**Cc:** Dan Cohn ; Chris Candon , Jon L. Heberling
**Sent:** Saturday, June 20, 2009 5:45 PM
**Subject:** RE. Grace/Libby Claimant Depositions

John

We asked for deposition dates for all the witnesses you propose to call to the stand at the confirmation hearing. If you have already produced a witness for deposition, we did not intend to include them.

T V S

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Friday, June 19, 2009 2:32 PM
**To:** Schiavoni, Tancred
**Cc:** Dan Cohn; Chris Candon; Jon L. Heberling
**Subject:** Re: Grace/Libby Claimant Depositions

Tanc,

First, can you please be more specific about who among "each of the individuals on [Libby Claimants'] witness list" you wish to depose?  As you know, there are a few categories of witnesses that have been named, and it is not clear from your request to whom you are referring; e g , I trust you do not mean to depose those witnesses on our list that have already been deposed

Second, how long do you estimate you will need to take each of the depositions you intend (referencing, of course, your response to my question no  1)?

Finally, for any deposition of a Libby Claimant, do you intend to travel to Libby to take those depositions?

These strike me as preliminary issues that must be addressed before your request can legitimately be pursued

JFL
----- Original Message -----
From: Schiavoni, Tancred
To: Christopher M. Candon , Daniel C. Cohn , Kimberly Love , lkruger@stroock.com ,
kpasquale@stroock.com ; akrieger@stroock.com ; mlastowski@duanemorris.com ;
rriley@duanemorris.com ; sbaena@bilzin.com , jsakalo@bilzin.com ; mkramer@bilzin.com ,
mjoseph@ferryjoseph.com ; ttacconelli@ferryjoseph.com ; david.klauder@usdoj.gov ;
ustpregion03.wl.ecf@usdoj.gov ; noah.heller@kattenlaw.com ; merritt.pardini@kattenlaw.com ,
jeff.friedman@kattenlaw.com ; collins@rlf.com ; madron@rlf.com ; Reynolds@rlf.com ; ramos@rlf.com ,
fournierd@pepperlaw.com ; carignanj@pepperlaw.com ; hertzbergr@pepperlaw.com ,
caseyl@pepperlaw.com ; fmonaco@wcsr.com ; kmangan@wcsr.com ; maward@wcsr.com ;
metkin@lowenstein.com , ilevee@lowenstein.com ; Dpastor@Gilmanpastor.com ; jmeltzer@sbtklaw.com
; kbornstein@sbtklaw.com ; stearn@rlf.com ; kandestin@rlf.com ; risidman@vorys.com ;
tscobb@vorys.com ; meltzere@pepperlaw.com ; toolee@pepperlaw.com ; landis@lrclaw.com ;
butcher@lrclaw.com ; mumford@lrclaw.com ; green@lrclaw.com ; kmiller@skfdelaware.com ;
ewolfe@skfdelaware.com ; speirce@fulbright.com ; tgerber@fulbright.com ; jwisler@cbl.h.com ;
mphillips@cblh.com ; elongosz@eckertseamans.com ; lstover@eckertseamans.com ;
erosenthal@rmgglaw.com ; dglosband@goodwinprocter.com , bmukherjee@goodwinprocter.com ,
mgiannotto@goodwinprocter.com ; emdecristofaro@FMEW.com ; swspencer@FMEW.com ;
rifft@wileyrein.com ; casarinom@whiteandwilliams.com ; gibbonsj@whiteandwilliams.com ;
locasaleg@whiteandwilliams.com ; yoderj@whiteandwilliams.com ; warren.pratt@dbr.com ,
david.primack@dbr.com ; michael.brown@dbr.com ; jeffrey.boerger@dbr.com ; jdd@stevenslee.com ,
lpg@stevenslee.com ; mes@stevenslee.com , sshimshak@paulweiss.com ; arosenberg@paulweiss.com
; mphillips@paulweiss.com ; ppantaleo@stblaw.com ; wrussell@stblaw.com ; mpiropato@stblaw.com ;
ealcabes@stblaw.com ; wshelley@cozen.com ; jcohn@cozen.com ; gmcdaniel@bglawde.com ;
carl.pernicone@wilsonelser.com ; Catherine.chen@wilsonelser.com ; arich@alanrichlaw.com ;
david.turetsky@skadden.com ; Greg.Stclair@skadden.com , pbentley@kramerlevin.com ;
dmannal@kramerlevin.com ; gcalhoun@steptoe.com ; acraig@cuyler.com ; mdavis@zeklaw.com ,
dfelder@orrick.com , rfrank.el@orrick.com , mwallace@orrick.com , rwyron@orrick.com ;
jguy@orrick.com ; richard.finke@grace.com ; mark.shelnitz@grace.com ; john.mcfarland@grace.com ,
james.freeman2@usdoj.gov ; jal@capdale.com ; pvnl@capdale.com , ndf@capdale.com ;
ei@capdale.com ; jal@capdale.com ; lepley@crowell.com ; Nancy.Manzer@wilmer.com ;
Madigan.andrea@epa.gov ; jpruggeri@hhlaw.com ; drosenbloom@mwe.com ; mhurford@camlev.com ,
meskin@camlev.com , Elias, Brad ; Svirsky, Gary ; dbernick@kirkland.com ; lesayian@kirkland.com ;
cgreco@kirkland.com ; cbruens@kirkland.com ; tfreedman@kirkland.com ; joneill@pszjlaw.com ;
tcairns@pszjlaw.com ; kmakowski@pszjlaw.com ; pcuniff@pszjlaw.com ; loberholzer@pszjlaw.com ;
tmacauley@zuckerman.com ; vguldi@zuckerman.com ; jsottile@zuckerman.co.m ;
kmayer@mccarter.com ; dsilver@mccarter.com ; rguttmann@zeklaw.com ; mdavis@zeklaw.com ,
jspadaro@johnsheehanspadaro.com ; alexander.mueller@mendes.com ; thomas.quinn@mendes.com ;
eileen.mccabe@mendes.com ; anna.newsom@mendes.com , carolina.acevedo@mendes.com ,
mweis@dilworthlaw.com ; akelley@dilworthlaw.com ; sfreedman@dilworthlaw.com ;

young@wildman.com ; dspeights@speightsrunyan.com , ewestbrook@rpwb.com , rdehney@mnat.com ;
acordo@mnat.com ; tgerber@fulbright.com ; tcurrier@saul.com ; gmcdaniel@bglawde.com ;
jcp@pgslaw.com ; jbaer@jsbpc.com ; drosendorf@kttlaw.com ; jk@kttlaw.com ; hriedel@srbp.com ;
ghorowitz@kramerlevin.com ; dblabey@kramerlevin.com ; mshiner@tuckerlaw.com ;
mplevin@crowell.com ; bharding@kirkland.com ; arunning@kirkland.com ; bstansbury@kirkland.com ,
jpw@capdale.com ; bsb@capdale.com ; wbs@capdale.com ; travis.langenkamp@kirkland.com ;
heather.bloom@kirkland.com ; karen.f.lee@kirkland.com ; david.boutrous@kirkland.com ; Deborah
Scarcella ; tmessana@mws-law.com ; FRosner@mrs-law.com ; rmillner@sonnenschein.com ;
cprince@sonnenschein.com ; jpw@capdale.com ; bsb@capdale.com ; wbs@capdale.com ;
lrosenberg@cozen.com ; bklayman@cozen.com ; AKushner@stblaw.com ; scalogero@cuyler.com ,
Schwartz, Allen ; rcmartin@eapdlaw.com ; sbrown@eapdlaw.com ; eleibenstein@kirkland.com
**Cc:** Dan X-fer ; John F. Lacey ; jlacey@mcgarveylaw.com
**Sent:** Friday, June 19, 2009 2:57 PM
**Subject:** RE: Grace/Libby Claimant Depositions

John

Please propose dates for the depositions of each of the individuals on your witness list

T V S

**From:** Christopher M. Candon [mailto:candon@cwg11.com]
**Sent:** Friday, June 19, 2009 12:23 PM
**To:** Schiavoni, Tancred; Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com;
akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com;
jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com;
kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com;
jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com;
erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com;
mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com;
rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com;
locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com;
david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com;
lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com;
mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com;
ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com;
carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com;
david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com;
dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com;
dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com;
richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com;
james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com;
jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov;
jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias,
Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com;

cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com;
kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com;
vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com;
rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com;
alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com;
anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com;
akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah
Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;
cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;
Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer; John F. Lacey
**Subject:** Grace/Libby Claimant Depositions

Dear Counsel:

In response to Tanc's email below, we invite anyone interested in deposing a Libby Claimant to please
contact John Lacey (jlacey@mcgarveylaw.com; 406-752-5566) about scheduling  Consistent with past
courtesies in this case, applied particularly here to the potential Libby Claimant witnesses who have
asbestos disease, it is expected that the depositions will occur in Libby, Montana.

Christopher M  Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA  02110
Phone:  (617) 951-2505
Fax:     (617) 951-0679


*********************************************************************************************
**
Note:  This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information  Unauthorized use, disclosure, copying or retention of this
communication (including any attachments) is strictly prohibited  If you have received this
communication in error, please notify us immediately by return e-mail or by telephone.


**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Friday, June 19, 2009 1:46 PM
**To:** Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com;
akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com;
jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;

maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com; mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Dan,

You have purported to list over 100 individuals on your witness list  1000 if the list is read in full  Are you producing them all before July 13  When will you be providing dates?

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Friday, June 19, 2009 10:42 AM
**To:** Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com;

NY1 1785984 2

mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M.
Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; Elias, Brad; Schiavoni, Tancred; Svirsky, Gary; Koepff, Paul;
dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com;
tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com;
pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com;
jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com;
mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com;
thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com;
carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com;
sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com;
ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com;
arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com;
wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen.
f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com;
FRosner@mrs-law.com; rmillner@sonnenschein com; cprince@sonnenschein.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com;
AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com;
sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Ms Leibenstein. With our trial brief due 7/13, I don't see how we can postpone this deposition   In order to avoid the need for you to prepare the deponent twice on any given topic, it would be reasonable to agree that the deposition on 6/29 will not address feasibility and that the later deposition will be confined to feasibility   *Dan*

# Daniel C.  Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
*******************************************************************************

Note. This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information   Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited   If you have received this communication in error, please notify us immediately by return e-mail or by telephone

**From:** Kimberly Love [mailto:klove@kirkland.com]
**Sent:** Friday, June 19, 2009 12:15 PM
**To:** lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com; pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com;

cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com;
rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com;
gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com;
hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com;
mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com;
bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com;
karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com;
FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com;
AKushner@stblaw.com; scalogero@cuyler.com; allenschwartz@omm.com; rcmartin@eapdlaw.com;
sbrown@eapdlaw.com
**Cc:** Elli Leibenstein
**Subject:** WR Grace: Hudson LaForce Deposition


Dear Counsel:

The deposition of Hudson La Force, Grace's CFO, is currently scheduled for June 29, which is before the documents regarding feasibility will be produced  Mr  La Force will be a witness regarding feasibility  To avoid Mr  La Force being deposed twice and to allow counsel the opportunity to review the documents regarding feasibility before Mr  La Force's deposition, we propose postponing the deposition until after the feasibility documents are produced on July 13, 2009

Please respond to Elli Leibenstein at 312-862-2422 (elli leibenstein@kirkland com)


Kimberly Love  Legal Assistant  Kirkland & Ellis LLP
300 North LaSalle  Chicago, IL 60654
Tel  312 862 2819  Fax 312 862 2200  kimberly love@kirkland com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland com, and
destroy this communication and all copies thereof,
including all attachments
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Friday, June 19, 2009 5:32 PM
**To:** Schiavoni, Tancred
**Cc:** Dan Cohn; Chris Candon; Jon L. Heberling
**Subject:** Re: Grace/Libby Claimant Depositions

Tanc,

First, can you please be more specific about who among "each of the individuals on [Libby Claimants'] witness list" you wish to depose?  As you know, there are a few categories of witnesses that have been named, and it is not clear from your request to whom you are referring; e g , I trust you do not mean to depose those witnesses on our list that have already been deposed


Second, how long do you estimate you will need to take each of the depositions you intend (referencing, of course, your response to my question no  1)?

Finally, for any deposition of a Libby Claimant, do you intend to travel to Libby to take those depositions?

These strike me as preliminary issues that must be addressed before your request can legitimately be pursued

JFL
----- Original Message -----
**From:** Schiavoni, Tancred
**To:** Christopher M. Candon , Daniel C. Cohn , Kimberly Love , lkruger@stroock.com ,
kpasquale@stroock.com ; akrieger@stroock.com , mlastowski@duanemorris.com ;
rriley@duanemorris.com , sbaena@bilzin.com ; jsakalo@bilzin.com ; mkramer@bilzin.com ;
mjoseph@ferryjoseph.com ; ttacconelli@ferryjoseph.com ; david.klauder@usdoj.gov ;
ustpregion03.wl.ecf@usdoj.gov , noah.heller@kattenlaw.com ; merritt.pardini@kattenlaw.com ,
jeff.friedman@kattenlaw.com ; collins@rlf.com ; madron@rlf.com ; Reynolds@rlf.com ; ramos@rlf.com ;
fournierd@pepperlaw.com ; carignanj@pepperlaw.com ; hertzbergr@pepperlaw.com ;
caseyl@pepperlaw.com ; fmonaco@wcsr.com ; kmangan@wcsr.com ; maward@wcsr.com ,
metkin@lowenstein.com , ilevee@lowenstein.com ; Dpastor@Gilmanpastor.com ; jmeltzer@sbtklaw.com
; kbornstein@sbtklaw.com ; stearn@rlf.com ; kandestin@rlf.com ; risidman@vorys.com ;
tscobb@vorys.com , meltzere@pepperlaw.com ; toolee@pepperlaw.com , landis@lrclaw.com ,
butcher@lrclaw.com ; mumford@lrclaw.com ; green@lrclaw.com ; kmiller@skfdelaware.com ,
ewolfe@skfdelaware.com ; speirce@fulbright.com ; tgerber@fulbright.com , jwisler@cbl.h.com ,
mphillips@cblh.com ; elongosz@eckertseamans.com ; lstover@eckertseamans.com ;
erosenthal@rmgglaw.com ; dglosband@goodwinprocter.com ; bmukherjee@goodwinprocter.com ;
mgiannotto@goodwinprocter.com ; emdecristofaro@FMEW.com ; swspencer@FMEW.com ;
rifft@wileyrein.com ; casarinom@whiteandwilliams.com , gibbonsj@whiteandwilliams.com ;
locasaleg@whiteandwilliams.com ; yoderj@whiteandwilliams.com ; warren.pratt@dbr.com ,
david.primack@dbr.com ; michael.brown@dbr.com ; jeffrey.boerger@dbr.com ; jdd@stevenslee.com ,
lpg@stevenslee.com ; mes@stevenslee.com ; sshimshak@paulweiss.com ; arosenberg@paulweiss.com
, mphillips@paulweiss.com ; ppantaleo@stblaw.com ; wrussell@stblaw.com ; mpiropato@stblaw.com ;
ealcabes@stblaw.com ; wshelley@cozen.com ; jcohn@cozen.com ; gmcdaniel@bglawde.com ;
carl.pernicone@wilsonelser.com ; Catherine.chen@wilsonelser.com ; arich@alanrichlaw.com ;
david.turetsky@skadden.com ; Greg.Stclair@skadden.com ; pbentley@kramerlevin.com ;
dmannal@kramerlevin.com ; gcalhoun@steptoe.com ; acraig@cuyler.com , mdavis@zeklaw.com ;
dfelder@orrick.com ; rfrank.el@orrick.com ; mwallace@orrick.com ; rwyron@orrick.com ;
jguy@orrick.com ; richard.finke@grace.com ; mark.shelnitz@grace.com ; john.mcfarland@grace.com ;

james.freeman2@usdoj.gov ; jal@capdale.com , pvnl@capdale.com ; ndf@capdale.com ;
ei@capdale.com ; jal@capdale.com ; lepley@crowell.com ; Nancy.Manzer@wilmer.com ,
Madigan.andrea@epa.gov ; jpruggeri@hhlaw.com ; drosenbloom@mwe.com ; mhurford@camlev.com ;
meskin@camlev.com ; Elias, Brad ; Svirsky, Gary ; dbernick@kirkland.com ; lesayian@kirkland.com ;
cgreco@kirkland.com ; cbruens@kirkland.com , tfreedman@kirkland.com ; joneill@pszjlaw.com ;
tcairns@pszjlaw.com ; kmakowski@pszjlaw.com ; pcuniff@pszjlaw.com ; loberholzer@pszjlaw.com ;
tmacauley@zuckerman.com ; vguldi@zuckerman.com ; jsottile@zuckerman.co.m ;
kmayer@mccarter.com ; dsilver@mccarter.com ; rguttmann@zeklaw.com ; mdavis@zeklaw.com ;
jspadaro@johnsheehanspadaro.com ; alexander.mueller@mendes.com ; thomas.quinn@mendes.com ,
eileen.mccabe@mendes.com ; anna.newsom@mendes.com ; carolina.acevedo@mendes.com ;
mweis@dilworthlaw.com ; akelley@dilworthlaw.com ; sfreedman@dilworthlaw.com ;
young@wildman.com ; dspeights@speightsrunyan.com ; ewestbrook@rpwb.com ; rdehney@mnat.com ,
acordo@mnat.com ; tgerber@fulbright.com ; tcurrier@saul.com ; gmcdaniel@bglawde.com ;
jcp@pgslaw.com ; jbaer@jsbpc.com ; drosendorf@kttlaw.com ; jk@kttlaw.com ; hriedel@srbp.com ,
ghorowitz@kramerlevin.com ; dblabey@kramerlevin.com ; mshiner@tuckerlaw.com ;
mplevin@crowell.com ; bharding@kirkland.com ; arunning@kirkland.com ; bstansbury@kirkland.com ,
jpw@capdale.com ; bsb@capdale.com ; wbs@capdale.com ; travis.langenkamp@kirkland.com ;
heather.bloom@kirkland.com ; karen.f.lee@kirkland.com ; david.boutrous@kirkland.com ; Deborah
Scarcella ; tmessana@mws-law.com ; FRosner@mrs-law.com ; rmillner@sonnenschein.com ;
cprince@sonnenschein.com ; jpw@capdale.com ; bsb@capdale.com ; wbs@capdale.com ;
lrosenberg@cozen.com ; bklayman@cozen.com ; AKushner@stblaw.com ; scalogero@cuyler.com ,
Schwartz, Allen ; rcmartin@eapdlaw.com ; sbrown@eapdlaw.com ; eleibenstein@kirkland.com
**Cc:** Dan X-fer ; John F. Lacey ; jlacey@mcgarveylaw.com
**Sent:** Friday, June 19, 2009 2.57 PM
**Subject:** RE: Grace/Libby Claimant Depositions

John

Please propose dates for the depositions of each of the individuals on your witness list

T V S

**From:** Christopher M. Candon [mailto:candon@cwg11.com]
**Sent:** Friday, June 19, 2009 12:23 PM
**To:** Schiavoni, Tancred; Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com;
akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com;
jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com;
kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com;
jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com;
erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com;
mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com;
rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com;
locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com;
david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com;
lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com;
mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com;

ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com;
carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com;
david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com;
dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com;
dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com;
richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com;
james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com;
jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov;
jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias,
Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com;
cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com;
kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com;
vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com;
rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com;
alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com;
anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com;
akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah
Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;
cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;
Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer; John F. Lacey
**Subject:** *Grace/Libby Claimant Depositions*

Dear Counsel:

In response to Tanc's email below, we invite anyone interested in deposing a Libby Claimant to please
contact John Lacey (jlacey@mcgarveylaw.com; 406-752-5566) about scheduling  Consistent with past
courtesies in this case, applied particularly here to the potential Libby Claimant witnesses who have
asbestos disease, it is expected that the depositions will occur in Libby, Montana

Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA  02110
Phone:  (617) 951-2505
Fax:     (617) 951-0679

******************************************************************************
**

Note:  This communication is intended only for the intended addressee(s) and may contain privileged
and/or confidential information  Unauthorized use, disclosure, copying or retention of this
communication (including any attachments) is strictly prohibited  If you have received this
communication in error, please notify us immediately by return e-mail or by telephone

**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Friday, June 19, 2009 1:46 PM
**To:** Daniel C. Cohn; Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com;
akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com;
jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com;
hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com;
maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M.
Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com;
tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com;
swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com;
warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com;
jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com;
mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; Elias, Brad; Svirsky, Gary; dbernick@kirkland.com; lesayian@kirkland.com;
cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com;
jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;
ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com;
mplevin@crowell.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com; karen f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah
Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com;
cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com;
Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Dan,

You have purported to list over 100 individuals on your witness list  1000 if the list is read in full  Are you producing them all before July 13  When will you be providing dates?

**From:** Daniel C. Cohn [mailto:cohn@cwg11.com]
**Sent:** Friday, June 19, 2009 10:42 AM
**To:** Kimberly Love; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; jlevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden. com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Schiavoni, Tancred; Svirsky, Gary; Koepff, Paul; dbernick@kirkland.com; lesayian@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com;

wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com; karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com; FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com; AKushner@stblaw.com; scalogero@cuyler.com; Schwartz, Allen; rcmartin@eapdlaw.com; sbrown@eapdlaw.com; eleibenstein@kirkland.com
**Cc:** Dan X-fer
**Subject:** RE: WR Grace: Hudson LaForce Deposition

Ms Leibenstein. With our trial brief due 7/13, I don't see how we can postpone this deposition  In order to avoid the need for you to prepare the deponent twice on any given topic, it would be reasonable to agree that the deposition on 6/29 will not address feasibility and that the later deposition will be confined to feasibility  *Dan*

# Daniel C.  Cohn

COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel. 617-951-2505
Fax. 617-951-0679
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note. This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information  Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited  If you have received this communication in error, please notify us immediately by return e-mail or by telephone

**From:** Kimberly Love [mailto:klove@kirkland.com]
**Sent:** Friday, June 19, 2009 12:15 PM
**To:** lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cbl h.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com;

arich@alanrichlaw.com; david.turetsky@skadden.com; Greg.Stclair@skadden.com;
pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrank el@orrick.com; mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com;
john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com;
meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com;
pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com;
cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com;
tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.co m; kmayer@mccarter.com;
dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com;
mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com;
dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com;
rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com;
gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com;
hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com;
mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com;
bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; travis.langenkamp@kirkland.com; heather.bloom@kirkland.com;
karen. f.lee@kirkland.com; david.boutrous@kirkland.com; Deborah Scarcella; tmessana@mws-law.com;
FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; jpw@capdale.com;
bsb@capdale.com; wbs@capdale.com; Irosenberg@cozen.com; bklayman@cozen.com;
AKushner@stblaw.com; scalogero@cuyler.com; allenschwartz@omm.com; rcmartin@eapdlaw.com;
sbrown@eapdlaw.com
**Cc:** Elli Leibenstein
**Subject:** WR Grace: Hudson LaForce Deposition


Dear Counsel:

The deposition of Hudson La Force, Grace's CFO, is currently scheduled for June 29. which is before the
documents regarding feasibility will be produced  Mr La Force will be a witness regarding feasibility  To
avoid Mr La Force being deposed twice and to allow counsel the opportunity to review the documents
regarding feasibility before Mr La Force's deposition, we propose postponing the deposition until after the
feasibility documents are produced on July 13, 2009

Please respond to Elli Leibenstein at 312-862-2422 (elli leibenstein@kirkland com)


Kimberly Love Legal Assistant Kirkland & Ellis LLP
300 North LaSalle Chicago, IL 60654
Tel 312 862 2819 Fax 312 862 2200 kimberly love@kirkland com
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this

communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*