# Notice Recipients

| District/Off: 0311−1 | User: Brandon | Date Created: 7/17/2009 |
|---|---|---|
| Case: 01−01139–JKF | Form ID: ntcBK | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| ust | united states trustee |
| aty | Lawrence A Kalina |

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

| ust | Frank J. Perch III | frank.j.perch@usdoj.gov |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com, keharvey@dkhogan.com |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |
| aty | Richard Allen Keuler, Jr. | rkeuler@reedsmith.com |
| aty | Richard F. Rescho | rrescho2001@yahoo.com |
| aty | Rosalie L. Spelman | rspelman@potteranderson.com, bankruptcy@potteranderson.com |
| aty | Stuart B. Drowos | stuart.drowos@state.de.us |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db | W.R. GRACE &CO.        7500 Grace Drive        Columbia, MD 21044 |
| aty | Curtis A. Hehn        Pachulski Stang Ziehl &Jones LLP        919 N. Market Street        17th Floor        Wilmington, DE 19801 |
| aty | Curtis A. Hehn        Pachulski Stang Ziehl Young Jones &Wein        919 N. Market Street        16th Floor        Wilmington, DE 19801 |
| aty | David W. Carickhoff, Jr        Blank Rome LLP        Chase Manhattan Centre        1201 Market Street, Suite 800        Wilmington, DE 19801 |
| aty | David W. Carickhoff, Jr        Blank Rome LLP        Chase Manhattan Centre        1201 Market Street, Suite 800        Wilmington, DE 19801 |
| aty | David W. Carickhoff, Jr        Pachulski Ziehl Stang Ziehl Young Jones        919 N. Market St.        16th Floor        Wilmington, DE 19899 |
| aty | James E. O'Neill        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        PO Box 8705        Wilmington, DE 19899–8705 |
| aty | James E. O'Neill        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899–8705 |
| aty | Kathleen P. Makowski        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899 |
| aty | Kathleen P. Makowski        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899 |
| aty | Laura Davis Jones        Pachulski Stang Ziehl &Jones LLP        919 North Market Street        17th Floor        Wilmington, DE 19899~8705 |
| aty | Laura Davis Jones        Pachulski Stang Ziehl &Jones LLP        919 N. Market Street        17th Floor        Wilmington, DE 19899–8705 |
| aty | Mark M. Billion        Pachulski Stang Ziehl &Jones LLP        919 N. Market Street        17th Floor        Wilmington, DE 19702 |
| aty | Michael R. Lastowski        Duane Morris LLP        1100 North Market Street        Suite 1200        Wilmington, DE 19801–1246 |
| aty | Paula Ann Galbraith        211 East Ohio # 2618        Chicago, IL 60611 |
| aty | Robert J. Dehney        Morris, Nichols, Arsht &Tunnell        1105 N. Market Street        P. O. Box 1347        Wilmington, DE 19899–1347 |
| aty | Timothy P. Cairns        Pachulski Stang Ziehl &Jones LLP        919 N. Market St., Suite 1700        Wilmington, DE 19899 |
| aty | Timothy P. Cairns        Pachulski Stang Ziehl Young Jones        919 N. Market Street        17th Floor        Wilmington, DE 19801 |

TOTAL: 18