IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **July 9, 2009 Agenda Items 12, 13 and 14** |
| | ) | **Related to Docket Nos. 21784, 21786, 21787 and** |
| | ) | **22078** |

**CERTIFICATE OF COUNSEL REGARDING ORDER RESOLVING MOTIONS FOR TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES**

1.  On July 9, 2009 the Motions of Anderson Memorial Hospital (Docket No. 21784), City of Vancouver (Docket No. 21786) and School District 68 Nanaimo-Ladysmith (Docket No. 21787) (collectively, "Claimants") for Orders Temporarily Allowing their Claims

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd, G C Limited Partners I, Inc. (0k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holding!;, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (0k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (0k/a British Nursing Association, Inc.), Remedium Group, Inc. (0k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

for Voting Purposes (the "Motions") and the Response in objection filed by the Debtors ( Docket No. 22078) came before the Court for hearing.

2. At the July 9, 2009 hearing, the parties announced that an agreement had been reached among the parties resolving the Motions.

3. Pursuant to that agreement, the Debtors prepared the attached Order memorializing the agreement and circulated it to counsel for the Claimants for his approval.

4. But for one typo which has been fixed, Claimants' counsel has indicated they he does not object to the form of the Order.

5. As a result, the Debtors request entry of the attached Order Resolving Motions for Temporary Allowance of Claims for Voting Purposes.

Dated: July 17, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Deanna D. Boll
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer, P.C.
West Madison Street, Suite 2100
Chicago, IL 60602
Phone: (312) 641-2162
Fax: (312) 641-2165

And

PACHULSKI STANG ZIEHL & JONES LLP

*(signature)*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*