IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | July 9, 2009 Agenda Items 12, 13 and 14 |
| | ) | Related to Docket Nos. 21784, 21786, 21787 and |
| | ) | 22078 |

## ORDER RESOLVING MOTIONS FOR
## TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES

These matters having come before the Court on the Motions of Anderson Memorial Hospital (Docket No. 21784), City of Vancouver (Docket No. 21786) and School District 68 Nanaimo-Ladysmith (Docket No. 21787) (collectively, "Claimants") for Orders Temporarily Allowing their Claims for Voting Purposes (the "Motions"), a Response in

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f7kIa Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd, G C Limited Partners I, Inc. (Ok/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f7kIa Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holding!;, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f7kIa GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (Ok/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (Ok/a British Nursing Association, Inc.), Remedium Group, Inc. (Ok/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

objection having been filed by the Debtors ( Docket No. 22078), an agreement having been reached among the parties and the Court having considered the pleadings filed and being fully advised in the premises,

    IT IS HERBY ORDERED:

    1.    The three Claimants shall be entitled to one vote for each of their claims and those three votes shall be counted as No votes solely for purposes of the Class 7A 524(g) vote solicited under the Joint Plan of Reorganization. Claimants' claims shall not be estimated in any value for such votes but instead such claims shall only be counted for numerosity purposes pursuant to section 524(g) of the Bankruptcy Code as outlined in the Plan.

    2.    The agreement to permit Claimants' claims to be counted as outlined herein, shall be without prejudice to either Claimants' position or the Plan Proponents' position on the Plan objections filed by the Claimants, including the appropriate procedures with respect to voting or allowance for voting purposes with respect to the three claims in the event any of the Claimants' Plan objections are sustained and the Court is required to consider whether a re-vote of Class 7A is required.

July ___, 2009

                                                                                     Honorable Judith K. Fitzgerald
                                                                                     U.S. Bankruptcy Judge