**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**May 2009**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended May 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert Keehan | Audit Partner | 20 | Integrated Audit | $698.50 | 4.0 | $ 2,794.00 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $582.40 | 8.0 | $ 4,659.20 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 1.0 | $ 647.70 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 18.0 | $ 12,573.00 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | $840.18 | 1.5 | $ 1,260.27 |
| Jesse Tracey | Director | 12 | Integrated Audit | $552.45 | 1.0 | $ 552.45 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 2.0 | $ 820.42 |
| Joanna Own | Tax Manager | 4 | Integrated Audit | $291.20 | 10.0 | $ 2,912.00 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 34.3 | $ 14,070.20 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | $428.64 | 1.0 | $ 428.64 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $368.30 | 2.0 | $ 736.60 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $218.40 | 6.5 | $ 1,419.60 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 11.0 | $ 2,500.63 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 2.0 | $ 441.96 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 0.4 | $ 90.93 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 76.6 | $ 16,051.53 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $156.21 | 3.2 | $ 499.87 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 77.5 | $ 12,106.28 |

{02411}

| | | | | | |
|---|---|---|---|---|---|
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 35.5 | $ 5,545.46 |
| Alan Harkatz | Tax Associate | 2 | Integrated Audit | $150.80 | 8.4 | $ 1,266.72 |
| Kapisha Saigal | Audit Associate | <1 | Integrated Audit | $153.67 | 4.0 | $ 614.68 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 42.2 | $ 5,198.62 |
| | | TOTAL | | | 350.1 | $ 87,190.76 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    37.5    $5,274.34

Summary of PwC's Fees By Project Category:
May 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |

{02411}

| | | |
|---|---|---|
| 12-Fee Applications, Others | 37.5 | $5,274.34 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 350.1 | $87,190.76 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 387.6 | $92,465.1 |

Expense Summary
May 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,038.77 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $13.08 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $1,051.85 |

{02411}