# Exhibit - A

WR Grace and Co.
**Fee Application Preparation**
Month ended May 31, 2009

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|------|-------|--------------------------------|-----------|---|--------------|
| **FEE APPLICATION PREPARATION** | | | | | |
| | | | | | |
| **Name: Melissa Noel** | | | | | |
| | | Prepare to submit reports for March, prepare March letters and | | | |
| 5/1/2009 | 0.5 | send to L. Keorlet (PwC) for approval | $ | 127.00 $ | 63.50 |
| 5/1/2009 | 2.1 | Prepare Q 32 app.  Send drafts to Lynda Keorlet (PwC) | $ | 127.00 $ | 266.70 |
| | | prepare Q32 letters, send to L. Keorlet (PwC) and coordinate | | | |
| 5/5/2009 | 1.1 | sign off | $ | 127.00 $ | 139.70 |
| | | wrap up March 09 and Q32; compose and send email and all | | | |
| 5/6/2009 | 0.6 | documents for both periods to Yaprak | $ | 127.00 $ | 76.20 |
| 5/7/2009 | 0.7 | run WIPs, reconcile 08 and 09 codes for March and April | $ | 127.00 $ | 88.90 |
| | | update reconciliation based off internal invoices created for | | | |
| 5/7/2009 | 0.8 | January update template based off WIP for April | $ | 127.00 $ | 101.60 |
| 5/7/2009 | 0.2 | update and send monthly email requesting April time. | $ | 127.00 $ | 25.40 |
| 5/7/2009 | 0.1 | request timesheets for officers for April fee app | $ | 127.00 $ | 12.70 |
| 5/7/2009 | 0.7 | run reports for March, April time transfers from 08 to 09 code. | $ | 127.00 $ | 88.90 |
| | | Discussion with Allison Reeder (PwC) about closing out 08 | | | |
| 5/13/2009 | 0.5 | codes | $ | 127.00 $ | 63.50 |
| 5/13/2009 | 0.9 | go through email submissions for April | $ | 127.00 $ | 114.30 |
| | | go through emails submissions for April, send follow up for | | | |
| 5/14/2009 | 0.8 | April's time | $ | 127.00 $ | 101.60 |
| | | submit requests for additional details needed to complete time | | | |
| 5/15/2009 | 0.3 | and expense reports | $ | 127.00 $ | 38.10 |
| | | Call with Allison Reeder and Tom Smith (both PwC) regarding | | | |
| 5/18/2009 | 0.4 | time transfer | $ | 127.00 $ | 50.80 |
| 5/18/2009 | 0.3 | respond to email submissions | $ | 127.00 $ | 38.10 |
| | | colleagues | | | |
| 5/18/2009 | 0.2 | colleagues | $ | 127.00 $ | 25.40 |
| | | correspond with Yaprak regarding special advisory projects | | | |
| 5/19/2009 | 0.2 | billing | $ | 127.00 $ | 25.40 |
| | | submit request to transfer time between 2008 and 2009 codes; | | | |
| 5/19/2009 | 0.3 | discuss with Allison | $ | 127.00 $ | 38.10 |
| 5/19/2009 | 1.2 | request expense additional details for advisory project | $ | 127.00 $ | 152.40 |
| | | reconcile J.Bray's (PwC) November time, correct error, submit | | | |
| 5/19/2009 | 0.4 | request for adjustment | $ | 127.00 $ | 50.80 |
| 5/19/2009 | 0.2 | send reminders for April 2009 time | $ | 127.00 $ | 25.40 |
| | | reconcile April time and expenses from GFS reports (under 08 | | | |
| 5/19/2009 | 0.9 | and 09 codes) | $ | 127.00 $ | 114.30 |
| | | correspond with Yaprak about project billing; follow up with | | | |
| 5/20/2009 | 0.3 | outstanding time details for April | $ | 127.00 $ | 38.10 |
| | | clean up April spreadsheet, begin compiling emails received | | | |
| 5/20/2009 | 1.5 | with time and expense details for April | $ | 127.00 $ | 190.50 |
| 5/21/2009 | 0.7 | input emails, correspond with team to clarify details. | $ | 127.00 $ | 88.90 |
| | | compile April time and expense received from team, review | | | |
| 5/22/2009 | 4.8 | details, make edits, follow up to collect additional details | $ | 127.00 $ | 609.60 |
| | | spell check, format font and print area for time tracking | | | |
| 5/26/2009 | 1.1 | worksheets | $ | 127.00 $ | 139.70 |
| 5/26/2009 | 0.8 | re-review April Master time tracking | $ | 127.00 $ | 101.60 |
| | | edit fee app and nonbillable spreadsheet, make sure all hours | | | |
| 5/26/2009 | 0.8 | tie in time tracking | $ | 127.00 $ | 101.60 |
| | | clean up April expenses spreadsheet, tie to reports to make sure | | | |
| 5/26/2009 | 0.7 | all expenses included | $ | 127.00 $ | 88.90 |
| | | prepare to submit versions (draft 2), clean up issues mentioned | | | |
| 5/27/2009 | 0.8 | in Lynda's comments | $ | 127.00 $ | 101.60 |
| 5/28/2009 | 0.6 | prepare April letters and submit for approval | $ | 127.00 $ | 76.20 |
| 5/28/2009 | 0.8 | work on getting correct code for Advisory project, run WIPs | $ | 127.00 $ | 101.60 |
| | | review, edit, and submit for review Advisory Services time | | | |
| 5/28/2009 | 1.8 | reporting | $ | 127.00 $ | 228.60 |
| 5/29/2009 | 0.1 | submit April letters to partner for sign off | $ | 127.00 $ | 12.70 |

| | | | | | |
|---|---|---|---|---|---|
| 5/29/2009 | 0.1 | update Advisory time and submit to Lynda Keorlet (PwC) | $ | 127.00 | $ 12.70 |
| 5/29/2009 | 1.9 | compile, edit, revise expenses for Advisory Services project work with S. Ransom (PwC) on cleaning up Jeffrey Walkers | $ | 127.00 | $ 241.30 |
| 5/29/2009 | 0.8 | expenses | $ | 127.00 | $ 101.60 |
| 5/29/2009 | 0.3 | Send April fee app to Yaprak | $ | 127.00 | $ 38.10 |
| | **31.3** | | | | |

**Name: Lynda Keorlet**

| | | | | | |
|---|---|---|---|---|---|
| 5/1/2009 | 0.5 | Review March Fee Application | $ | 209.55 | $ 104.78 |
| 5/4/2009 | 1.1 | Review quarterly and monthly fee applications (Q1 and March) | $ | 209.55 | $ 230.51 |
| 5/18/2009 | 0.3 | Review billings for advisory services fee application and submit to M.Noel (PwC) | $ | 209.55 | $ 62.87 |
| 5/20/2009 | 0.5 | Discussions through email with M.Noel (PwC) and J.Bray (PwC) to determine appropriate advisory services billing process | $ | 209.55 | $ 104.78 |
| 5/22/2009 | 0.2 | Follow up with team on time and expense details | $ | 209.55 | $ 41.91 |
| 5/26/2009 | 2.2 | Review time and expense details for the April application | $ | 209.55 | $ 461.01 |
| 5/28/2009 | 0.5 | Review fee application letters for the April application | $ | 209.55 | $ 104.78 |
| 5/29/2009 | 0.9 | Coordinate fee application process with D.Sappenfield (PwC) | $ | 209.55 | $ 188.60 |
| | **6.2** | | | | |

| | | | | |
|---|---|---|---|---|
| **Totals** | **37.5** | **Total Grace Time Tracking Charged Hours** | **$** | **5,274.34** |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended May 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert Keehan | Audit Partner | 20 | Integrated Audit | $698.50 | 4.0 | $ 2,794.00 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $582.40 | 8.0 | $ 4,659.20 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 1.0 | $ 647.70 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 18.0 | $ 12,573.00 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | $840.18 | 1.5 | $ 1,260.27 |
| Jesse Tracey | Director | 12 | Integrated Audit | $552.45 | 1.0 | $ 552.45 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 2.0 | $ 820.42 |
| Joanna Own | Tax Manager | 4 | Integrated Audit | $291.20 | 10.0 | $ 2,912.00 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 34.3 | $ 14,070.20 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | $428.64 | 1.0 | $ 428.64 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $368.30 | 2.0 | $ 736.60 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $218.40 | 6.5 | $ 1,419.60 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 11.0 | $ 2,500.63 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 2.0 | $ 441.96 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 0.4 | $ 90.93 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 76.6 | $ 16,051.53 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $156.21 | 3.2 | $ 499.87 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 77.5 | $ 12,106.28 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 35.5 | $ 5,545.46 |
| Alan Harkatz | Tax Associate | 2 | Integrated Audit | $150.80 | 8.4 | $ 1,266.72 |
| Kapisha Saigal | Audit Associate | <1 | Integrated Audit | $153.67 | 4.0 | $ 614.68 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 42.2 | $ 5,198.62 |
| | | TOTAL | | | 350.1 | $ 87,190.76 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Robert Keehan**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/3/2009 | 2.0 | review 10Q and review work |
| 5/4/2009 | 2.0 | review 10Q and review work |

| | | |
|------|-------|----------------------------------|
| | 4.0 | **Total Grace Integrated Audit Charged Hours** |
| | 4.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  George Baccash** | | |
| 5/1/2009 | 0.6 | Prepare for Conference call re: German tax issues |
| 5/1/2009 | 1.4 | Conference call re :German tax issues |
| 5/4/2009 | 2.0 | Discussions with Germany re: Subjectively correct position and MLTN; discuss disclosure. |
| 5/5/2009 | 2.0 | Research German tax issues |
| 5/6/2009 | 0.7 | Prepare for conference call re: German Tax issue |
| 5/6/2009 | 1.3 | Conference Call re: German tax issue; subjectively correct balance sheet discussion |
| | **8.0** | **Total Grace Integrated Audit Charged Hours** |
| | **8.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/25/2009 | 0.7 | Review of planning considerations for the FY09 Audit |
| 5/26/2009 | 0.3 | Discussion of planning considerations for the FY09 Audit with D. Sands (PwC) |

| | | |
|------|-------|----------------------------------|
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Thomas Smith**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 5/1/2009 | 1.0 | Conference call regarding German tax matter with A. Gibbons, G. Baccash (WR Grace) |
| 5/5/2009 | 0.4 | Preparation for call with Audit Committee chair - M. Tomkins (WR Grace) |
| 5/5/2009 | 2.1 | Call with M. Tomkins, H. LaForce and E. Filon (all Grace) |
| 5/5/2009 | 0.7 | Review of draft Form 10-Q |
| 5/5/2009 | 1.8 | Review of Audit Committee materials |
| 5/6/2009 | 1.3 | Conference call regarding German tax matter with J. Luedicke (PwC Germany), G. Baccash (PwC) |
| 5/6/2009 | 1.4 | Review of draft Form 10-Q |
| 5/6/2009 | 0.5 | Review of tax provision memo for Q1 |
| 5/6/2009 | 1.1 | Meeting with F. Festa (Grace) and J. Bray (PwC) to discuss Q1 results |
| 5/6/2009 | 1.7 | Review of audit documentation for Q1 |
| 5/7/2009 | 2.5 | Audit committee meeting |
| 5/8/2009 | 0.5 | Review of audit documentation for Q1 |
| 5/20/2009 | 1.0 | Review of bankruptcy reports - #185-189 |
| 5/22/2009 | 0.5 | Preparation for client planning meeting for 2009 audit |
| 5/26/2009 | 1.5 | Team meeting to prepare for 2009 audit planning meeting and review draft materials - J. Bray, L. Keorlet, P. Katsiak (all PwC) |
| | **18.0** | **Total Grace Integrated Audit Charged Hours** |
| | **18.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Matthew Sabatini**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 5/13/2009 | 0.5 | Review changes to ART Joint Venture in preparation for client meeting |
| 5/13/2009 | 1.0 | Meeting with Justin Bray, Tom E. Smith, A. Yepes (all PwC) and the client to discuss ART joint venture |

| | | |
|------|-------|--------------------------------|
| | **1.5** | **Total Grace Integrated Audit Charged Hours** |
| | **1.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Jesse Tracey**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/1/2009 | 1.0 | Derivative revaluation services to support the audit. |

| | 1.0 | **Total Grace Integrated Audit Charged Hours** |

| | 1.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  David Sands**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/18/2009 | 0.3 | Meeting with B. Czajkowski (PwC) to plan for upcoming FY2009 audit |
| 5/25/2009 | 1.4 | Review of planning considerations for the FY09 Audit |
| 5/26/2009 | 0.3 | Discussion of planning considerations for the FY09 Audit with J. Newstead (PwC) |

| | | |
|---|---|---|
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name:  Joanna Own** | | |
| 5/1/2009 | 1.2 | Conference calls with Grace (A.Gibbon, E.Filon) & German tax counsel, PwC Germany, Tom Smith re; German step-up depreciation FIN 48 issue & what to disclose in 10-Q |
| 5/1/2009 | 0.8 | Internal calls regarding our approach on the issue |
| 5/4/2009 | 1.0 | Follow-up conference calls with Grace (A.Gibbon, E.Filon) & German tax counsel, PwC Germany, Tom Smith re: German step-up depreciation FIN 48 issue & what to disclose in 10-Q |
| 5/5/2009 | 1.0 | Review & revise 2009 Q1 provision memo based on conference calls |
| 5/6/2009 | 3.2 | Follow-up conference calls with Client (A.Gibbon, E.Filon) & German tax counsel, E&Y Germany, PwC Germany, Tom Smith re: German step-up depreciation FIN 48 issue & what to disclose in 10-Q, amount of disclosure if any |
| 5/6/2009 | 1.8 | Review & revise German Q1 provision memo based on conference call discussions |
| 5/8/2009 | 0.6 | Internal calls to finalize 2009 Q1 workpapers and memos |
| 5/8/2009 | 0.4 | Review, revise, & finalize memos |
| | **10.0** | **Total Grace Integrated Audit Charged Hours** |
| | **10.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Justin Bray**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/1/2009 | 1.1 | Review of 10-Q report |
| 5/1/2009 | 2.1 | Review quarter review workpapers |
| 5/4/2009 | 1.2 | Review of significant Q1 accounting matters |
| 5/4/2009 | 1.5 | Review quarter review workpapers |
| 5/4/2009 | 0.9 | Review audit plan presentation for the audit committee |
| 5/5/2009 | 2.3 | Review quarter review workpapers |
| 5/5/2009 | 1.2 | Review audit plan presentation for the audit committee |
| 5/5/2009 | 1.6 | Audit Planning / Scoping |
| 5/5/2009 | 0.5 | Review status of the quarter review with audit team |
| 5/6/2009 | 1.7 | Review quarter review workpapers |
| 5/6/2009 | 0.7 | Review of significant Q1 accounting matters |
| 5/6/2009 | 0.6 | Review of 10-Q report |
| 5/6/2009 | 0.2 | Review audit plan presentation for the audit committee |
| 5/7/2009 | 3.1 | Audit Committee meeting |
| 5/7/2009 | 1.3 | Review of 10-Q report |
| 5/7/2009 | 3.8 | Review quarter review workpapers |
| 5/7/2009 | 0.6 | Review status of the quarter review with audit team |
| 5/8/2009 | 1.3 | Review of 10-Q report |
| 5/8/2009 | 2.9 | Review quarter review workpapers |
| 5/11/2009 | 1.2 | Audit team planning / scheduling |
| 5/11/2009 | 0.9 | Audit Planning / Scoping |
| 5/13/2009 | 0.9 | Meeting with B Dockman (Grace), T Dyer (Grace), M Sabatini (PwC) |
| 5/13/2009 | 0.7 | Research accounting considerations for joint venture |
| 5/28/2009 | 1.4 | Review of planning meeting presentations |
| 5/29/2009 | 0.6 | Call with L Keorlet (PwC) |

|  | 34.3 | **Total Grace Integrated Audit Charged Hours** |
|--|------|-----------------------------------------------|

|  | 34.3 | **Total Hours** |
|--|------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Adriana Yepes**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/13/2009 | 1.0 | Meeting with Justin Bray, Tom E. Smith, Matt Sabatini (all PwC) and the client to discuss ART joint venture |

| | | |
|------|-------|----------------------------------|
| | 1.0 | **Total Grace Integrated Audit Charged Hours** |
| | 1.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Craig Chu**

| 5/29/2009 | 2.0 | I prepared slides for the GHRS team to participate in the audit planning meeting and discuss GHRS potential risks and scope for the 2009 corporate audit. |

| | 2.0 | **Total Grace Integrated Audit Charged Hours** |

| | 2.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|---------------------------------|

**Name: Jacqueline Calvo**

| Date | Hours | Description of Services Provided |
|------|-------|---------------------------------|
| 5/6/2009 | 0.5 | Tie out of new 10-Q |
| 5/7/2009 | 0.5 | Discrepancy with 10-Q footnote, discussion with Lynda Keorlet, PwC |
| 5/7/2009 | 0.5 | Discussion with D. Nakashige, Grace, regarding discrepancy on footnote |
| 5/7/2009 | 1.0 | Review of support for 10-Q footnote, including tie out to workpapers |
| 5/8/2009 | 1.0 | Finalizing memo |
| 5/8/2009 | 1.0 | Changes to opinions regarding Germany issue |
| 5/8/2009 | 1.5 | Finalizing Database, including updated workpapers and documenting |
| 5/27/2009 | 0.5 | Discussion with Lynda Keorlet, PwC, regarding Grace Meeting |

| | | |
|------|-------|---------------------------------|
| | 6.5 | **Total Grace Integrated Audit Charged Hours** |
| | 6.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Alison Garleb**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/4/2009 | 0.8 | Read and respond to emails in relation to the Account Planning Workshop. |
| 5/7/2009 | 0.5 | Hold internal planning discussions with L. Keorlet and J. Bray (both PwC). |
| 5/18/2009 | 0.3 | Read and respond to emails in relation to the Account Planning Workshop with J. Bray and L. Keorlet (both PwC). |
| 5/19/2009 | 0.5 | Review Account Planning Workshop materials. |
| 5/19/2009 | 0.5 | Review responsibility matrix |
| 5/19/2009 | 0.4 | Review materials in relation to SOX planning |
| 5/20/2009 | 1.0 | Meet with T. Dyer (Grace) and L. Keorlet (PwC) in relation to efficiencies that both PwC and Grace can implement for the audit. |
| 5/20/2009 | 1.0 | Review Account Planning Workshop materials and meet with L. Keorlet and P. Katsiak (both PwC) in relation to the materials |
| 5/21/2009 | 2.0 | Review Account Planning Workshop materials and meet with L. Keorlet and P. Katsiak (both PwC) in relation to the materials |
| 5/26/2009 | 1.5 | Call with T. Smith, L. Keorlet, and P. Katsiak (all PwC) to discuss Account Planning Workshop, planning, and client meetings |
| 5/26/2009 | 0.5 | Read and respond to emails in relation to planning with L. Keorlet and P. Katsiak (both PwC) |
| 5/27/2009 | 0.2 | Review Account Planning Workshop materials. |
| 5/27/2009 | 0.3 | Review responsibility matrix |
| 5/28/2009 | 0.5 | Read and respond to emails in relation to Account Planning Workshop and planning with L. Keorlet and P. Katsiak (both PwC) |
| 5/28/2009 | 1.0 | Review responsibility matrix |

| | | |
|---|---|---|
| | **11.0** | **Total Grace Integrated Audit Charged Hours** |

| | | |
|---|---|---|
| | **11.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Brett Czajkowski** | | |
| 5/6/2009 | 0.3 | Call with L. Keorlet and P. Katsiak (both PwC) to discuss 2009 audit timing |
| 5/6/2009 | 0.2 | Comparison of Grace IA audit timing, PwC resource timing and PwC audit timing |
| 5/17/2009 | 1.0 | Document evaluation of work performed by E. LaBorde (PwC) |
| 5/18/2009 | 0.3 | Meeting with D. Sands (PwC) and P. Crosby (PwC) to plan for upcoming FY2009 audit |
| 5/28/2009 | 0.2 | Discussion with E. LaBorde (PwC) over implementation review performed |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Erica Margolius**

| 5/14/2009 | 0.4 | Communicate with PwC UK about 2008 year end audit spreadsheet testing. |

| | 0.4 | **Total Grace Integrated Audit Charged Hours** |

| | 0.4 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/1/2009 | 1.5 | Time tracking status and reviewing team timeline |
| 5/1/2009 | 0.4 | Review representation letter and draft Germany item |
| 5/1/2009 | 0.2 | Provide core / non-core explanation for pensions to N.Johnson (PwC) |
| 5/1/2009 | 0.4 | Review Corporate trial balance procedures |
| 5/1/2009 | 0.3 | Perform procedures over Grace investments |
| 5/1/2009 | 0.8 | Review Davison inventory work performed and discuss status with A.Lueck (PwC) |
| 5/1/2009 | 0.4 | Review Davison general inquiries step |
| 5/1/2009 | 0.1 | Email team on first quarter requirements |
| 5/1/2009 | 0.2 | Draft 10Q opinion |
| 5/1/2009 | 0.4 | Review 10Q comments provided by J.Bray (PwC) |
| 5/1/2009 | 3.0 | Perform pension tie out procedures |
| 5/1/2009 | 0.3 | Create & discuss PCAOB rule 3526 Request |
| 5/1/2009 | 0.3 | Discuss aluminum hedges with A.Buffington (Grace) |
| 5/4/2009 | 0.6 | Discuss status of management representation letter and draft |
| 5/4/2009 | 0.2 | Document summary of unadjusted differences step |
| 5/4/2009 | 1.4 | Document various completion steps within the review database |
| 5/4/2009 | 0.8 | Document consolidated analytical procedures over tax and pensions and review work of A.Lueck (PwC) |
| 5/4/2009 | 0.5 | Review earnings per share calculations and leave feedback |
| 5/4/2009 | 0.5 | Review incentive compensation documentation |
| 5/4/2009 | 0.5 | Review and comment on first quarter hedging procedures |
| 5/4/2009 | 0.4 | Review and comment on Davison income statement analytics |
| 5/4/2009 | 0.3 | Discuss overall review status and questions with N.Johnson (PwC) |
| 5/4/2009 | 0.4 | Discuss 10Q comments with R.Keehan (PwC) and review comments |
| 5/4/2009 | 1.2 | Review FAS 161 and discuss with K.Blood (Grace) |
| 5/4/2009 | 0.8 | Review updated 10Q draft against management comments |
| 5/4/2009 | 0.3 | Update planning documentation to add balance sheet threshold |
| 5/5/2009 | 0.3 | Review and update audit control tool |
| 5/5/2009 | 2.3 | Document summary of unadjusted differences step |
| 5/5/2009 | 0.5 | Discuss and update documentation of summary of aggregated deficiencies |
| 5/5/2009 | 0.3 | Update management representation letter |
| 5/5/2009 | 0.4 | Review and edit summary of adjustments booked step |
| 5/5/2009 | 1.2 | Meet with T. Puglisi (Grace) on open items and 10Q comments |
| 5/5/2009 | 0.5 | Discuss engagement status with T. Smith (PwC) |
| 5/5/2009 | 0.2 | Discuss review notes with K.Johnson (PwC) and clear comments |
| 5/5/2009 | 0.3 | Send team email explaining 10Q draft changes |
| 5/5/2009 | 0.2 | Prepare final engagement letter |
| 5/5/2009 | 0.4 | Discuss Libby trial with T.Kalinosky (PwC) and review case news |
| 5/5/2009 | 2.4 | Research aluminum hedges and discuss with A.Buffington & L.Breaux (both Grace) |
| 5/6/2009 | 0.4 | Communicate with J.Calvo (PwC) on status of tax procedures |
| 5/6/2009 | 0.2 | Review step to read client documents |
| 5/6/2009 | 0.2 | Review step "Perform general inquiries and consider additional review procedures" |
| 5/6/2009 | 0.5 | Review consolidated analytics and provide comments to A.Lueck (PwC) |
| 5/6/2009 | 0.3 | Discuss interest expense review with N.Johnson (PwC) and check updates |
| 5/6/2009 | 0.2 | Final review of cost of sales analytics |
| 5/6/2009 | 0.2 | Final review of Davison receivables analytics |
| 5/6/2009 | 3.0 | Call with K.Blood (Grace) on FAS 161 requirements and find examples and review related guidance |
| 5/6/2009 | 1.9 | Document summary of significant matters step |
| 5/6/2009 | 0.6 | Document restructuring step (Involuntary severance) |
| 5/6/2009 | 0.3 | Prepare final fee rollforward files for Audit Committee meeting |
| 5/6/2009 | 0.4 | Call with B.Czajkowski (PwC) on systems process for 2009 audit |
| 5/7/2009 | 0.7 | Document quality review partner and engagement leader sign off steps |
| 5/7/2009 | 0.6 | Finalize review of foreign currency hedging |
| 5/7/2009 | 0.3 | Review corporate core / non-core documentation |
| 5/7/2009 | 0.4 | Final review of Davison trial balance analytics |
| 5/7/2009 | 0.3 | Review disclosure checklist step |
| 5/7/2009 | 1.0 | Review new draft of the 10Q and follow up on resolution of comments |
| 5/7/2009 | 1.0 | Document restructuring step (Involuntary severance) |

| Date | Hours | Description |
|---|---|---|
| 5/8/2009 | 0.4 | Review & discuss changes to earnings per share documentation |
| 5/8/2009 | 0.3 | Review legal letter step and discuss with A.Lueck (PwC) |
| 5/8/2009 | 0.4 | Discuss status of tax procedures with J.Calvo (PwC) and review tax note |
| 5/8/2009 | 0.7 | Review & discuss Libby criminal trial developments |
| 5/8/2009 | 0.2 | Follow up on status of Kewdale memo |
| 5/8/2009 | 0.4 | Review changes to 10Q and discuss status with N.Johnson (PwC) |
| 5/8/2009 | 0.7 | Document restructuring step (Involuntary severance) |
| 5/8/2009 | 0.2 | Send dataline on out of period adjustments to B.Dockman (Grace) and review |
| 5/8/2009 | 0.2 | Discuss obtaining new Comperio license for Grace with J.Bray (PwC) |
| 5/8/2009 | 1.5 | Prepare for and attend internal audit update meeting with P.Katsiak (PwC) and members of Grace's Internal Audit Group |
| 5/14/2009 | 0.2 | Organize date for account planning workshop meeting |
| 5/18/2009 | 0.4 | Draft and discuss responsibility matrix for the year end audit |
| 5/18/2009 | 0.3 | Organize account planning workshop meeting |
| 5/18/2009 | 0.2 | Follow up with T. Dyer (Grace) and T. Smith (PwC) on Comperio license |
| 5/18/2009 | 0.2 | Research approval for services and discuss with T. Smith (PwC) |
| 5/19/2009 | 0.2 | Review team summary of 2009 first quarter time |
| 5/19/2009 | 0.2 | Follow up on Grace first quarter archive process |
| 5/19/2009 | 0.6 | Review and tailor 2009 audit database |
| 5/19/2009 | 1.5 | Draft 2009 responsibility matrix and discuss with P.Katsiak (PwC) |
| 5/19/2009 | 0.5 | Discuss planning work with A.Garleb (PwC) |
| 5/19/2009 | 0.2 | Discuss statutory audit rates with A.Garleb (PwC) and review email |
| 5/19/2009 | 0.3 | Coordinate meeting with T.Dyer (Grace) |
| 5/19/2009 | 0.9 | Discuss account planning workshop with A.Garleb (PwC) and P.Katsiak (PwC) and send notice to invitees |
| 5/19/2009 | 0.2 | Set up team planning meeting |
| 5/19/2009 | 1.6 | Review 404 plan for 2009 and discuss with P.Katsiak (PwC) |
| 5/20/2009 | 0.5 | Review final first quarter team summary |
| 5/20/2009 | 0.4 | Prepare first quarter database for archiving process |
| 5/20/2009 | 0.5 | Finalize responsibility matrix and discuss with A.Garleb (PwC) |
| 5/20/2009 | 0.2 | Review Grace use of the general ledger reporting tool |
| 5/20/2009 | 0.2 | Review P.Katsiak (PwC) responses to UK team on standard costing |
| 5/20/2009 | 1.7 | Meet with T. Dyer (Grace) and A. Garleb (PwC) to discuss potential audit efficiencies, includes time preparing for meeting and summarizing meeting for J.Bray (PwC) |
| 5/20/2009 | 0.3 | Review Account Planning Workshop responses and presentation suggestions |
| 5/20/2009 | 0.3 | Email T. Smith (PwC) on Grace China presence and research |
| 5/21/2009 | 0.3 | Meet with T.Smith (PwC) to discuss audit planning status |
| 5/21/2009 | 0.2 | Email J.Bray (PwC) with questions and to schedule meeting with management |
| 5/21/2009 | 1.5 | Meet with A.Garleb (PwC) and P.Katsiak (PwC) to discuss account planning workshop and edit the presentation |
| 5/22/2009 | 0.6 | Edit account planning workshop presentation |
| 5/26/2009 | 1.0 | Discuss first quarter 2009 results with P.Katsiak (PwC) and analyze |
| 5/26/2009 | 0.3 | Coordinate accounting and reporting meeting time with B.Dockman (Grace) and discuss plan with team |
| 5/26/2009 | 1.5 | Discuss account planning workshop with A.Garleb (PwC), P.Katsiak (PwC), T.Smith (PwC) and begin to discuss team planning meeting |
| 5/26/2009 | 3.3 | Perform scoping procedures for the 2009 audit based on results through March 31 for significant accounts and disclosures |
| 5/27/2009 | 0.2 | Coordinate meeting with T.Dyer (Grace) |
| 5/27/2009 | 1.0 | Communicate with specialists to coordinate team planning meeting |
| 5/27/2009 | 1.0 | Discuss and edit account planning workshop materials |
| 5/27/2009 | 0.2 | Review permitted internal audit services for applicability to Grace |
| 5/27/2009 | 2.0 | Document database step "Scoping Considerations for Multiple Location Audit – Significant Accounts, Significant Locations, and Component Materiality" |
| 5/27/2009 | 4.1 | Perform scoping procedures for the 2009 audit based on results through March 31 for significant locations |
| 5/28/2009 | 2.0 | Prepare for and attend internal audit status meeting with P.Katsiak (PwC) and Grace internal audit group, led by E.Bull (Grace) |
| 5/29/2009 | 0.6 | Discuss audit status with T.Smith (PwC) |
| 5/29/2009 | 0.5 | Discuss audit committee approval and account planning workshop status with T.Smith (PwC) |
| 5/29/2009 | 0.5 | Coordinate planning meeting and account planning workshop |
| 5/29/2009 | 1.5 | Prepare component materiality calculations |
| | **76.6** | **Total Grace Integrated Audit Charged Hours** |
| | **76.6** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Shahin Rahmani**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/26/2009 | 1.0 | Updating the FY2009 audit presentation slides |
| 5/27/2009 | 2.2 | Updating the FY2009 audit presentation slides |
| | **3.2** | **Total Grace Integrated Audit Charged Hours** |
| | **3.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Pavel Katsiak** | | |
| 5/1/2009 | 1.1 | Documentation of the severance accrual |
| 5/1/2009 | 0.9 | Making edits in management rep letter |
| 5/1/2009 | 0.5 | Compiling SAD/documenting the step in the database |
| 5/4/2009 | 1.2 | Call with K. Franks (Grace) to discuss severance accruals |
| 5/4/2009 | 4.7 | Performing review of the severance accrual |
| 5/4/2009 | 1.5 | Updating tie-out of the 10-Q for the items that have changed |
| 5/4/2009 | 0.6 | Documentation of the EC-SC only entries |
| 5/5/2009 | 0.1 | Meeting with K. Franks (Grace) to follow up on open items for restructuring charges |
| 5/5/2009 | 0.5 | Meeting with T. Dyer (Grace) to inquire about EC-CS (Financial Reporting System) only entries |
| 5/5/2009 | 0.3 | Follow up with T. Puglisi (Grace) regarding subsequent events |
| 5/5/2009 | 0.4 | Discussion of the 10-Q tie out with N. Johnson (PwC) |
| 5/5/2009 | 0.8 | Follow up with T. Finlay (Grace) regarding open EC-SC only entries questions |
| 5/5/2009 | 1.2 | Follow up with J. McEllhanney (Grace) regarding the support for FN3 of the 10-Q |
| 5/5/2009 | 3.7 | Review of the support received from K. Franks (Grace) for severance accrual |
| 5/6/2009 | 0.5 | Meeting with E. Bull (Grace) to inquire regarding Bill and Hold in Singapore |
| 5/6/2009 | 0.4 | Call with B. Czjaikowski (PwC) to discuss the plan for the SPA testing for 2009 audit |
| 5/6/2009 | 1.9 | Review of the Automated Disclosure Checklist and completion of the additional Financial Statements Disclosure Checklist |
| 5/6/2009 | 4.7 | Documentation of the severance accrual review |
| 5/6/2009 | 0.5 | Follow up with T. Puglisi (Grace) on comments for 10-Q disclosure |
| 5/7/2009 | 0.9 | Documentation of the restructuring charges review |
| 5/7/2009 | 0.4 | Finalization of EC-CS documentation |
| 5/7/2009 | 1.2 | Finalization of the tie out procedures/obtaining additional support |
| 5/8/2009 | 1.7 | Review of the Press Release tie out |
| 5/8/2009 | 1.3 | Meeting with Internal Audit |
| 5/8/2009 | 0.4 | Preparing for meeting with Internal audit |
| 5/8/2009 | 1.1 | Completion of the taxes tie out in the 10-Q |
| 5/18/2009 | 4.9 | Creating 2008 year-end audit database |
| 5/18/2009 | 1.1 | Review of the final audit schedule for the Q1 review |
| 5/19/2009 | 3.1 | Working on 404 schedule for site visits |
| 5/19/2009 | 1.4 | Working on updating Q1 Budget vs. Actual. Following up with team members on variances |
| 5/19/2009 | 0.8 | Discussing 404 schedule with L. Keorlet (PwC) and making necessary edits |
| 5/19/2009 | 0.6 | Phone call/E-mails with D. Oladipo (PwC) to walk him through Grace inventory costing process |
| 5/19/2009 | 1.1 | Review of the prior year's Account Planning Workshop Materials and fee history as well as projected budget of 2009 |
| 5/20/2009 | 4.3 | Working on Account Planning Workshop presentation for W.R. Grace |
| 5/20/2009 | 0.7 | Putting together budget analysis (planned vs. actual) for Q1 2009 |
| 5/21/2009 | 1.6 | Finalizing budget analysis for Q1 2009 |
| 5/21/2009 | 0.9 | Meeting with A. Garleb and L. Keorlet (both PwC) to discuss Account Planning Workshop presentation |
| 5/26/2009 | 1.9 | Meeting with T. Smith and L. Keorlet (both PwC) to discuss Account Planning Workshop and Planning meeting presentations |
| 5/26/2009 | 1.1 | Meeting with L. Keorlet (PwC) to discuss budget analysis for Q1 2009 and make projections for Q2 2009. |
| 5/27/2009 | 0.9 | Preparation for the meeting with Internal Audit (putting together an agenda, printing materials for the meeting, etc.) |
| 5/27/2009 | 1.9 | Instructing S. Rahmani (PwC) and subsequent review of the his work for the update of the planning presentation |
| 5/27/2009 | 1.5 | Meeting with Internal Audit to discuss the plan for 404 testing. Present from Grace: E. Bull, E. Henry, B. Sommersen; from PwC: P. Katsiak, L. Keorlet |
| 5/27/2009 | 0.9 | Putting together Grace planning presentation |
| 5/27/2009 | 0.3 | Following up with various specialists regarding their portions of the Grace planning meeting |

| 5/27/2009 | 0.9 | Updating Account Planning Workshop presentation for the edits by various team members |
| 5/27/2009 | 1.1 | Review of the 2008 Audit Strategy memo |
| 5/28/2009 | 3.3 | Updating Grace General information as a part of 2009 Audit Strategy Memo |
| 5/28/2009 | 3.2 | Updating audit risk considerations as a part of 2009 Audit Strategy Memo |
| 5/28/2009 | 1.1 | Developing audit approach as a part of 2009 Audit Strategy Memo |
| 5/28/2009 | 0.4 | Updating Account Planning Workshop presentation for comments from J. Bray (PwC) |
| 5/29/2009 | 5.3 | Finalizing Planning meeting presentation for W.R. Grace |
| 5/29/2009 | 0.3 | Follow up with various parties regarding planning presentation |
| 5/29/2009 | 0.4 | Updating Audit Strategy Memo for 2009 |

**77.5**   **Total Grace Integrated Audit Charged Hours**

**77.5**   **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **me: Adam Lueck** | | |
| 5/1/2009 | 1.2 | Performing consolidated analytical procedures. |
| 5/1/2009 | 0.9 | Reviewing revised Davison asset retirement obligation. |
| 5/1/2009 | 1.1 | Documenting significant additions and disposal review. |
| 5/1/2009 | 0.3 | Addressing multi-location scoping database notes. |
| 5/1/2009 | 0.5 | Performing analytics over the Davison trial balance. |
| 5/1/2009 | 1.0 | Reviewing hedge balances. |
| 5/4/2009 | 0.7 | Reviewing corporate hedge balances. |
| 5/4/2009 | 0.3 | Reviewing Davison trial balance. |
| 5/4/2009 | 0.2 | Meeting with G. Bode (Grace) |
| 5/5/2009 | 0.3 | Updating consolidated analytics. |
| 5/5/2009 | 0.2 | Updating foreign scoping documentation. |
| 5/5/2009 | 1.8 | Performing 10-Q tie-out. |
| 5/5/2009 | 0.4 | Updating hedge documentation. |
| 5/5/2009 | 0.4 | Reviewing first quarter legal letter. |
| 5/5/2009 | 0.3 | Discussing legal reserves with J. McElhenney (Grace). |
| 5/5/2009 | 0.2 | Updating audit control tool. |
| 5/5/2009 | 0.2 | Documenting Davison balance sheet analytics. |
| 5/5/2009 | 0.2 | Documenting Davison inventory procedures. |
| 5/5/2009 | 2.0 | Documenting first quarter legal procedures. |
| 5/5/2009 | 0.4 | Reviewing inventory balances. |
| 5/5/2009 | 0.4 | Documenting consolidated analytics. |
| 5/6/2009 | 0.1 | Discussing inventory analytics with N. Filatova (Grace). |
| 5/6/2009 | 0.2 | Discussing cost of sales analytics with D. Florian (Grace). |
| 5/6/2009 | 0.3 | Updating foreign entity analytics. |
| 5/6/2009 | 0.6 | Updating consolidated analytics. |
| 5/6/2009 | 0.3 | Reviewing ART analytics. |
| 5/6/2009 | 0.2 | Reviewing Darex analytics. |
| 5/6/2009 | 0.4 | Reviewing accounts receivable analytics. |
| 5/6/2009 | 0.3 | Updating inventory documentation. |
| 5/6/2009 | 0.6 | Documenting summary of adjustments booked. |
| 5/6/2009 | 0.1 | Meeting with K. Franks (Grace). |
| 5/6/2009 | 0.4 | Performing market research. |
| 5/6/2009 | 1.0 | Performing Q1 legal review. |
| 5/6/2009 | 2.0 | Reviewing Davison income statement balances. |
| 5/6/2009 | 0.4 | Documenting first quarter legal procedures. |
| 5/6/2009 | 2.8 | Documenting consolidated analytics. |
| 5/6/2009 | 0.5 | Performing tie-out procedures. |
| 5/6/2009 | 1.8 | Performing inventory analytics. |
| 5/7/2009 | 1.0 | Updating cost of sales documentation. |
| 5/7/2009 | 0.1 | Updating hedge documentation. |
| 5/7/2009 | 0.7 | Meeting with L. Breaux (Grace) regarding cost of sales. |
| 5/7/2009 | 0.5 | Completing consolidated analytics. |
| 5/7/2009 | 0.2 | Meeting with H. Janes to discuss consolidated tax entries. |
| 5/7/2009 | 1.1 | Completing consolidated analytics. |
| 5/7/2009 | 0.3 | Completing tie-out. |
| 5/7/2009 | 0.8 | Updating Q1 files |
| 5/8/2009 | 0.2 | Meeting with D. Armstrong (Grace). |
| 5/8/2009 | 0.4 | Updating legal documentation. |
| 5/8/2009 | 1.1 | Updating earnings per share documentation. |
| 5/8/2009 | 0.3 | Meeting with J. McElhenney (Grace). |
| 5/8/2009 | 1.7 | Performing 10-Q tie-out. |
| 5/11/2009 | 2.1 | Updating team documentation |
| | **35.5** | **Total Grace Integrated Audit Charged Hours** |
| | **35.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Alan Harkatz**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/4/2009 | 1.5 | Prepared documentation with workpaper |
| 5/4/2009 | 1.2 | Uploaded files to database for Q1 2009 and modified memo and other documentation |
| 5/4/2009 | 1.3 | Updated workpapers provided by the client. |
| 5/6/2009 | 1.0 | Analyzed and reconciled numbers in the 10Q |
| 5/7/2009 | 1.0 | Analyzed and reconciled numbers in the 10Q |
| 5/13/2009 | 1.1 | Organized documentation |
| 5/13/2009 | 0.3 | Organized documentation in order to upload files to database |
| 5/14/2009 | 1.0 | Uploaded documents provided by the client and organized documents for review. |

**8.4   Total Grace Integrated Audit Charged Hours**

**8.4   Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Kapisha Saigal**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 5/20/2009 | 2.0 | Consolidation of 122 controls on the IT Controls Analysis Spreadsheet by verifying against the different Risk control matrices provided by the client |
| 5/20/2009 | 2.0 | Controls Description/Owner documentation for 122 controls on the IT Controls Analysis Spreadsheet. |

|  | 4.0 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|-----|
|  | 4.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2009**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Kristina Johnson** | | |
| 5/1/2009 | 2.8 | Tying out the 10Q |
| 5/1/2009 | 0.4 | Getting my questions answered with L. Keorlet (PwC) |
| 5/1/2009 | 0.1 | Completing the equity rollforward step |
| 5/1/2009 | 0.4 | Updating the core/noncore expense analysis |
| 5/1/2009 | 0.3 | Completing the Darex trial balance review note |
| 5/4/2009 | 1.1 | Completing the Accounts receivable review note |
| 5/4/2009 | 4.6 | Tying out the 10Q |
| 5/4/2009 | 0.7 | Contacting legal for contracts to review |
| 5/4/2009 | 0.7 | Completing SAP to SOAR mapping |
| 5/4/2009 | 0.6 | Completing the interim review report step |
| 5/5/2009 | 0.2 | Updating the ACT |
| 5/5/2009 | 1.0 | Documenting and meeting with T. Puglisi (Grace) for the SAP to SOAR reconciliation step |
| 5/5/2009 | 0.3 | Updating the read client documents step |
| 5/5/2009 | 0.4 | Preparing the review interim reports step |
| 5/5/2009 | 0.1 | Completing the interest expense review note |
| 5/5/2009 | 0.2 | Preparing the teamfind actual dates step |
| 5/5/2009 | 0.4 | Preparing the reconcile interim information step |
| 5/5/2009 | 0.3 | Going over my questions with A. Lueck (PwC) |
| 5/5/2009 | 0.3 | Addressing the Accounts receivable review note |
| 5/5/2009 | 1.9 | Tying out the 10Q |
| 5/6/2009 | 0.2 | Addressing the mintority interest review note |
| 5/6/2009 | 0.5 | Finishing the review reports step and printing reports |
| 5/6/2009 | 0.3 | Finishing the interest expense review note |
| 5/6/2009 | 4.8 | Tying out the 10Q |
| 5/7/2009 | 0.3 | Attached review report letters to the step |
| 5/7/2009 | 5.2 | Tying out the 10Q |
| 5/8/2009 | 4.0 | Tying out the 10Q |
| 5/8/2009 | 0.5 | Documenting the 10Q step |
| 5/13/2009 | 2.5 | Tying out the 10Q |
| 5/14/2009 | 2.4 | Tying out the 10Q |
| 5/15/2009 | 3.7 | Compiling external workpapers and completing tie out tickmarks |
| 5/15/2009 | 1.0 | Checking doclinks and finalizing the database |
| | **42.2** | **Total Grace Integrated Audit Charged Hours** |
| | **42.2** | **Total Hours** |