# Exhibit - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended May 31, 2009

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| George Baccash | Integrated Audit | 5/26/09 | $ 358.30 | | | | Flight to Tyson's Corner Office (from Miami, FL) for WR Grace 2009 Planning Meeting on 6/5 |
| Justin Bray | Integrated Audit | 5/5/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 88 mile roundtrip normal commute)(42 excess miles * $0.55) |
| | Integrated Audit | 5/6/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 88 mile roundtrip normal commute)(42 excess miles * $0.55) |
| | Integrated Audit | 5/7/09 | $ 51.70 | | | | Mileage to Washington, DC for Audit Committee meeting, then to Grace, then returning home (less 88 mile normal commute)(94 excess miles * $0.55) |
| | Integrated Audit | 5/7/09 | $ 21.00 | | | | Parking at Hay Adams Hotel in Washington, DC for Audit Committee meeting |
| Kristina Johnson | Integrated Audit | 5/1/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 5/4/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 5/5/09 | $ 35.20 | | | | 85 miles to Tyson's office then client and then home - 18 miles normal commute to the office = 67 miles  excess * $0.55 per mile=$36.85 |
| | Integrated Audit | 5/6/09 | $ 36.85 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 5/7/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 5/8/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| Pavel Katsiak | Integrated Audit | 5/1/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/4/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/5/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/6/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/7/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/8/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/18/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/21/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/26/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/27/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/28/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/29/09 | $ 29.06 | | | | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| Melissa Noel | Integrated Audit | 5/22/2009 | | | $ 13.08 | | charge to overnight mail monthly fee application |
| **Summary** | | | **Total** $ 1,051.85 | **Transportation** $ 1,038.77 | **Lodging** $ - | **Sundry** $ 13.08 | **Business Meals** $ - |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended May 31, 2009**

| Personnel | Date | Title | | Expense | Description |
|---|---|---|---|---|---|
| George Baccash | 5/26/09 | Tax Partner | $ | 358.30 | Flight to Tyson's Corner Office (from Miami, FL) for WR Grace 2009 Planning Meeting on 6/5 |
| | | | **$** | **358.30** | |
| Justin Bray | 5/5/09 | Audit Senior Manager | $ | 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 excess miles * $0.55) |
| | 5/6/09 | Audit Senior Manager | $ | 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 excess miles * $0.55) |
| | 5/7/09 | Audit Senior Manager | $ | 51.70 | Mileage to Washington, DC for Audit Committee meeting, then to Grace, then returning home (less 68 mile normal commute)(94 excess miles * $0.55) |
| | 5/7/09 | Audit Senior Manager | $ | 21.00 | Parking at Hay Adams Hotel in Washington, DC for Audit Committee meeting |
| | | | **$** | **118.90** | |
| Kristina Johnson | 5/1/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 5/4/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 5/5/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | | | | | 85 miles to Tyson's office then client and then home - 18 miles normal commute to the office = 67 miles excess * .55=36.85 |
| | 5/6/09 | Audit Associate | $ | 36.85 | |
| | 5/7/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 5/8/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | | | **$** | **212.85** | |
| Pavel Katsiak | 5/1/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | 5/4/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | 5/5/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | 5/6/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | 5/7/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | 5/8/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | 5/18/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | 5/21/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | 5/26/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | 5/27/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | 5/28/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | 5/29/09 | Audit Associate | $ | 29.06 | Mileage in excess of regular commute of 26.42 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD |
| | | | **$** | **348.72** | |
| Melissa Noel | 5/2/2009 | Project Team Specialis | $ | 13.08 | charge to overnight mail monthly fee application |

$ 13.08

$ 1,051.85