# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------ x
In re:                               :
                                     :   Chapter 11
W.R. GRACE & CO., et al.,            :
                                     :   Case No. 01-01139 (JKF)
         Debtors.                    :
                                     :   (Jointly Administered)
                                     :
                                     :   Ref. No. __22490, 22491
                                     :
------------------------------------ x
```

## MODIFIED ORDER TO SHORTEN NOTICE AND EXPEDITE CONSIDERATION OF ARROWOOD'S MOTION FOR RELIEF AGAINST THE LIBBY CLAIMANTS BASED ON THEIR DESIGNATION OF OVER 100 WITNESSES FOR THE CONFIRMATION HEARING

Upon the Motion (the "Motion to Shorten") of the Libby Claimants pursuant to Del. Bankr. L.R. 9006-1(e) and Fed. R. Bankr. P. 9006(c), for leave from this Court's Case Management Order and to shorten notice and expedite consideration with respect to the Arroowood's Motion for Relief Against the Libby Claimants Based on their Designation of Over 100 Witnesses for the Confirmation Hearing (the "Motion"); and the Court having considered the Motion to Shorten; and after due deliberation; and it appearing that sufficient cause exists for granting the requested relief; it is hereby

ORDERED that the Motion to Shorten is GRANTED; and it is further

ORDERED that Arrowood is granted leave from the Case Management Order; and it is further

ORDERED that the notice period with respect to the Motion is shortened and a hearing is scheduled for July __27__, 2009 at __10__:__30__ __.m. (ET); and it is further ORDERED that the Court will hear oral objections at the hearing on July 27, 2009, ORDERED that argument is limited to ten (10) minutes per side; ORDERED that the omnibus hearing will terminate at 1:00 p.m.; ORDERED that counsel for Movant shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith. ORDERED that Movant shall immediately file a proposed order with respect to the underlying motion filed at Doc. No 22491; ORDERED that the proposed order shall be linked to Doc. No. 22491.    DATED: July 17, 2009    *Judith K. Fitzgerald*

NY1:1785981.1

rmab