IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 22479, 22477 |

**MODIFIED** ORDER FOR LEAVE FROM CASE MANAGEMENT ORDER AND TO SHORTEN NOTICE AND EXPEDITE CONSIDERATION OF LIBBY CLAIMANTS' MOTION TO COMPEL DEBTORS AND ARROWOOD TO RESPOND TO DISCOVERY REQUESTS IN CONNECTION WITH DEBTORS' MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH THE ROYAL PARTIES

Upon the Motion (the "Motion to Shorten") of the Libby Claimants pursuant to Del. Bankr. L.R. 9006-1(e) and Fed. R. Bankr. P. 9006(c), for leave from this Court's Case Management Order and to shorten notice and expedite consideration with respect to the Libby Claimants' Motion to Compel Debtors and Arrowood to Respond to Discovery Requests in Connection with Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties (the "Motion to Compel"); and the Court having considered the Motion to Shorten; and after due deliberation; and it appearing that sufficient cause exists for granting the requested relief; it is hereby

ORDERED that the Motion to Shorten is GRANTED; and it is further

ORDERED that the Libby Claimants are granted leave from the Case Management Order; and it is further

ORDERED that the notice period with respect to the Motion to Compel is shortened and a hearing is scheduled for July 27, 2009 at 10:30 a.m. (ET); and it is further

ORDERED that the Court will hear oral objections at the hearing; ORDERED that argument is limited to ten (10) minutes per side; ORDERED that the omnibus hearing will terminate at 1:00 p.m.; ORDERED that counsel for Movant(s) shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

{393.001-W0001344.}    DATED: July 17, 2009

*Judith K. Fitzgerald*
rmab