IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR TELEPHONIC HEARING ON JULY 21, 2009,
AT 10:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**NOTE: HEARING IS TELEPHONIC ONLY (COURT ORDER/DOCKET NO. 22231)**

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., two (2) business days before the hearing.**

**CONTESTED MATTERS:**

1. Certain Insurers' Proffer of Designated Deposition Testimony, and Pertinent Exhibits Thereto, for Phase I of the Confirmation Hearing [Filing: 6/26/09] (Docket No. 22278)

    Related Documents: None.

    Response Deadline: July 2, 2009, at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a. Plan Proponents' Objections to and Motion to Exclude Objecting Parties' Phase I Deposition Designation [Filed: 7/2/09] (Docket No. 22329) *[See Phase I Deposition Designation, Objections and Counters Binders 1 and 2]*

   (i) [Proposed] Order Excluding Objecting Parties' Phase I Deposition Designation [Filed: 7/2/09] (Docket No. 22329)

b. Notice of Plan Proponents' Filing of Deposition Counter-Designations to Deposition Designations Proffered By Certain Insurers and CNA [Filed: 7/2/09] (Docket No. 22330)

c. Plan Proponents' Objection to Plan Objectors' Proffered Trial Exhibits for Phase I of the Confirmation Hearing and Motion to Exclude Such Exhibits [Filed: 7/2/09] (Docket No. 22331) *[See Phase I Trial Exhibits Non-Insurance Policy Binder]*

d. **Notice of Amendments to Plan Proponents' Objection to Plan Objectors' Proffered Trial Exhibits for Phase I of the Confirmation Hearing and Motion to Exclude Such Exhibits [Filed: 7/15/09] (Docket No. 22472)**

Reply Deadline: July 13, 2009, at 4:00 p.m.

Replies Received:

a. **Objection of Fireman's Fund Insurance Company, Allianz S.P.A., F/K/A Riunione Adriatica Di Sicurta, and Allianz SE, F/K/A Allianz Aktiengesellschaft to the Plan Proponents' Motion to Exclude Such Exhibits [Filed: 7/13/09] (Docket No. 22409)**

b. **The Phase I Insurers' Response to the Plan Proponents' Objections to the Insurers' Proffer of evidence for Certain Issues of Phase 1 of Plan Confirmation [Filed: 7/13/09] (Docket No. 22423)**

Status: This matter will go forward.

## POST-TRIAL SUBMISSIONS ON INSURANCE NEUTRALITY

2. Post-Trial Submissions on Insurance Neutrality

   Submission Deadline: July 16, 2009 *(submissions are to be filed simultaneously by the Plan Proponents and Insurers)*

   **Post-Trial Submissions:**

   a. **Plan Proponents' Consolidated Post-Trial Phase I Brief in Support of Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 7/16/09] (Docket No. 22478)**

   b. **The Phase I Insurers' Post-Trial Brief [Filed: 7/16/09] (Docket No. 22480)**

Status: A status with respect to this matter, if necessary, will go forward.

Dated: July 17, 2009

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Theodore L. Freedman
        Citigroup Center
        13 East 53rd Street
        New York, NY 10022-4611
        (212) 446-4800

        -and-

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Laura Davis Jones*
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        Kathleen P. Makowski (Bar No. 3648)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        Wilmington, DE 19801
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession