**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Re:  Docket No. 22491 |

**ORDER GRANTING ARROWOOD'S
MOTION FOR RELIEF AGAINST THE LIBBY CLAIMANTS**

Upon the Motion of Arrowood for Relief Against the Libby Claimants Based on Their Designation of Over 100 Witnesses for the Confirmation Hearing [Docket No. 22491] (the "Motion"); and the Court having considered the Motion, and after due deliberation; and it appearing that sufficient cause exists for granting the requested relief; it is hereby

ORDERED this _____ day of July 2009, that the Motion is GRANTED; and it is further

ORDERED, that the Libby Claimant lawyers, Tom Lewis and John Heberling, shall be precluded from testifying at the Confirmation Hearing; and it is further

ORDERED, that the Libby Claimants identified by name for the first time on the final witness list and having failed to be produced for deposition within 30 days of the service of the witness list on June 15, 2009, shall be precluded from testifying at the Confirmation Hearing; and it is further

ORDERED, that attorneys' fees and costs shall be awarded to Arrowood, to be paid by the Libby Claimants, upon submission of a declaration of attorneys' fees and costs by counsel for Arrowood.

_____
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE