IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD MAY 1, 2009, THROUGH MAY 31, 2009**

## WRG-0088
## STUDY OF THIRD-PARTY PATENTS RELATING
## TO POLYMERIZATION CATALYST

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/08/2009 | GHL | Evaluation of effect of certain proposed process alterations on previously-provided opinion on this matter, including review of email communication from Mr. Maggio posing the issues, review of the third-party patent and the October 6, 2008, written opinion, consideration of the proposed process changes, and analysis of issues raised under 35 U.S.C. § 271(f); and telephone conference with Mr. Maggio to obtain further information and discuss preliminary assessment; | 1.20 |
| 05/11/2009 | GHL | Continued study of this matter, including review of additional third-party patent and consideration of possible applicability of 35 U.S.C. § 271(f) to shipment from U.S. of catalyst substrate material; update of legal research on cases applying section 271(f) to chemical compounds, and telephone conference with Mr. Maggio advising on these issues; | 1.20 |
| 05/19/2009 | GHL | Begin drafting of written opinion on applicability section 271(f) to particular proposed activity by Grace in view of third-party patent on olefin polymerization catalyst; | 1.50 |
| 05/26/2009 | GHL | Further work on opinion regarding third-party patent on olefin polymerization catalyst and possible applicability of section 271(f) to export of catalyst support material; and | 2.50 |
| 05/29/2009 | GHL | Completion of review of prosecution history of the 342 patent, completion of opinion draft, finalizing opinion, and dispatch to Mr. Maggio. | 0.80 |

SERVICES $ 4,204.00

| | GHL | GARY H. LEVIN | 7.20 | hours @ | $570.00 |

**DISBURSEMENTS:**

| FILE HISTORY | 810.00 |

DISBURSEMENT TOTAL $ 810.00

SERVICE TOTAL $ 4,104.00

**INVOICE TOTAL** $ **4,914.00**

## WRG-0094
## EVALUATION OF THIRD-PARTY PATENT RELATING TO HEAT TREATMENT OF NANOCATALYSTS

| 05/01/2009 | GHL | Further work in connection with evaluation of validity of third party patent including review of the patent; and | 0.40 |
|---|---|---|---|
| 05/08/2009 | GHL | Continued evaluation of validity of third party patent, including review of the patent and its prosecution history, consideration of assertable scope of claims of the third party patent; begin review of prior art as identified by Mr. Maggio. | 2.00 |

                                            SERVICES                  $    1,368.00

| | GHL | GARY H. LEVIN | 2.40 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                          $    **1,368.00**