IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**PHASE II PRE-TRIAL STATEMENT OF CERTAIN LONDON
MARKET INSURANCE COMPANIES**

Certain London Market Insurance Companies as identified on Exhibit "A" to their Notice of Appearance filed on January 5, 2009 ("LMC"), pursuant to paragraph 4 of the Order Regarding Phase II Pre-Trial Proceedings (Dkt. No. 22347) submit this Phase II Pre-Trial Statement:

A.  **Statement of Issues**

LMC intend to raise all of the issues listed in (i) Objection Of Certain London Market Insurance Companies To Confirmation Of First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders Dated February 27, 2009 [Dkt. No. 20872] (Dkt. No. 21801); and (ii) the Phase II Trial Brief of Certain London Market Insurance Companies (Dkt. No. 22424) (collectively, the "LMC Objections"). Without limiting in any way or waiving any of the issues in the LMC Objections, LMC intends to raise the following issues at the Phase II Confirmation Hearing:

- Whether the Confidential Settlement Agreement (the "Settlement Agreement") by and between LMC and the Debtors is an executory contract?

- Whether the treatment of the Settlement Agreement under the Plan is permissible under the Bankruptcy Code?

- Whether the treatment of the Settlement Agreement under the Plan violates 11 U.S.C. § 365?

- Whether the treatment of the Settlement Agreement under the Plan insofar as Section 7.2.2(d)(iv) the Plan purports to unilaterally rewrite the Settlement Agreement is permissible under the *cum onere* doctrine or otherwise?

- Whether the Plan fails to comply with the requirements of 11 U.S.C §§ 1123(a)(1)-(3)?

- Whether the Plan cannot be confirmed because it is not Insurance Neutral?

- Whether the exculpation and release provisions of the Plan are overbroad and improperly affect LMC?

B.  **List of Witnesses**

LMC reserve the right to call of the witnesses identified on the Final Witness Designation of Certain London Market Insurance Companies. At this time, LMC intend to call the following witnesses at the Confirmation Hearing:

| Witness | Manner of Testimony | Subject Matter of Testimony |
| --- | --- | --- |
| Andrew Gregory | Live testimony[1] | - Terms and Conditions of Settlement Agreement<br>- Performance of LMC and Debtors Under Settlement Agreement<br>- Non-Waiver of Rights Under Settlement Agreement<br>- No Agreement by LMC to Section 7.2.2(d)(iv) of Plan |
| Andrew Tyler | Live testimony[2] | - Terms and Conditions of Settlement Agreement<br>- Performance of LMC and Debtors Under Settlement Agreement<br>- Non-Waiver of Rights Under Settlement Agreement<br>- No Agreement by LMC to Section 7.2.2(d)(iv) of Plan |
| Jay Hughes | Live testimony | - Terms and Conditions of Settlement Agreement<br>- Performance of LMC and Debtors |

---

[1] LMC reserve the right to call Mr. Gregory by deposition in the event his deposition is taken prior to the Phase II Confirmation Hearing.

[2] LMC reserve the right to call Mr. Tyler by deposition in the event his deposition is taken prior to the Phase II Confirmation Hearing.

2

| Witness | Manner of Testimony | Subject Matter of Testimony |
|---|---|---|
|  |  | Under Settlement Agreement<br>• Non-Waiver of Rights Under Settlement Agreement<br>• Terms of Plan and Treatment of Settlement Agreement Under Plan |
| Jeffrey Posner | Live Testimony | • Terms and Conditions of Settlement Agreement<br>• Performance of LMC and Debtors Under Settlement Agreement<br>• Non-Waiver of Rights Under Settlement Agreement<br>• Terms of Plan and Treatment of Settlement Agreement Under Plan |
| Peter Van N. Lockwood | Deposition Designation | • Terms of Plan and Treatment of Settlement Agreement Under Plan |

### C. List of Exhibits

LMC intends to offer the following exhibits at the Confirmation Hearing:

- Settlement Agreement;

- Exhibits "B", "C" and "D" to LMC's Phase II Trial Brief;

- First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders Dated February 27, 2009 [Dkt. No. 20872]; and

- Responses to Discovery Requests to Plan Proponents from LMC;

### D. Reservation of Rights and Joinder

LMC have endeavored to prepare a full and complete pretrial statement as possible at this stage of the proceedings in connection with confirmation of the Plan. To date, the Plan Proponents have not responded to LMC's Plan Objection or Phase II Trial Brief. Accordingly, LMC reserve the right to amend and/or supplement this Pretrial Statement as necessary following receipt of the Plan Proponents Phase II Trial Brief. LMC further reserve the right to: (i) introduce testimony or exhibits for rebuttal or impeachment purposes; (ii) call as a witness

3

any person named or otherwise referred to in Plan Proponents' Pretrial Statement; and (iii) introduce any exhibits referred to, either directly or indirectly, Plan Proponents' Pretrial Statement.

LMC Join in the Pretrial Statements of all other insurers objecting to confirmation of the Plan based upon the treatment of Asbestos Insurance Reimbursement Agreements under the Plan.

WHEREFORE, LMC request that this Court sustain the Objections to the First Amended Plan of Reorganization filed by LMC, and grant LMC such other and further relief to which it may be justly entitled.

Dated: July 20, 2009

Respectfully submitted,

JOHN SHEEHAN SPADARO, LLC

*/s/ John S. Spadaro*
John S. Spadaro, Esq. (No. 3155)
724 Yorklyn Road, Suite 375
Hockesin, DE 19707
302-235-2516 p
302-23502536 f

Thomas J. Quinn, Esquire
thomas.quinn@mendes.com
Alexander Mueller, Esquire
alexander.mueller@mendes.com
Mendes & Mount LLP
750 Seventh Avenue
New York, NY 10019
212-261-8000 p
212-261-8750 f

5

        Michael A. Shiner, Esquire (PA ID 78088)
        mshiner@tuckerlaw.com
        Tucker Arensberg, P.C.
        1500 One PPG Place
        Pittsburgh, PA  15222
        Phone: (412) 594-5586
        Fax:  (412) 594-5619

*Counsel for Certain London Market Insurance Companies*