**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Alexander Mueller, hereby certify that on this date I caused true and correct copies of *Phase II Pre-Trial Statement of Certain London Market Insurance Companies* to be served on all counsel of record by electronic filing.

In addition, the following individuals were served by First Class Mail:

Teresa D. Currier
Buchanin Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410
Wilmington, DE 19801

Marla R. Eskin
Mark T. Hurtford
Campbell & Levine, P.C.
800 King Street
Suite 300
Wilmington, DE 19801

Michael R. Lastowski
Duane Morris, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801

David Klauder
Office of the United States Trustee
Federal Building
844 King Street-Suite 2313
Wilmington, DE 19801

Laura Davis Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street-16th Floor
Wilmington, DE 19801

John C. Phillips, Jr.
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE 19801

921924.1 PTCOS   07/20/2009 11:53 AM

| | |
|---|---|
| Peter Van N. Lockwood<br>Ronald Reinsel<br>Jeffrey Liesemer<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Washington, DC 20005 | Elihu Inselbuch<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>New York, NY 10153 |
| David M. Bernick<br>Lisa Esayian<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Theodore L. Freedman<br>Deanna D. Boll<br>Craig A. Bruens<br>Kirkland & Ellis, LLP<br>153 E. 53rd Street<br>New York, NY 10022 |
| Philip Bentley<br>Douglas Mannal<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | Roger Frankel<br>Richard H. Wyron<br>Debra L. Felder<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20005 |
| Kenneth Pasquale<br>Arlene Krieger<br>Stroock Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Janet S. Baer<br>Law Office of Janet S. Baer, P.C.<br>70 West Madison Street<br>Suite 2100<br>Chicago, IL 60602 |

Dated:  July 20, 2009
         New York, New York

                                          MENDES & MOUNT, LLP


                                      /s/ Alexander J. Mueller
                                      Alexander J. Mueller
                                      750 Seventh Avenue
                                      New York, NY  10019
                                      Telephone: 212-261-8000
                                      Fax: 212-261-8750
                                      alexander.mueller@mendes.com

                John S. Spadaro (No. 3155)  
                724 Yorklyn Road, Suite 375  
                Hockessin, DE 19707  
                Telephone: (302) 235-7745  
                Facsimile: (302) 235-2536  
                Email: jspadaro@johnsheehanspadaro.com

COUNSEL FOR  
CERTAIN LONDON MARKET  
INSURANCE COMPANIES

**921924.1 PTCOS  07/20/2009 11:53 AM**