## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK LENDER GROUP'S JOINT PRE-TRIAL SUBMISSION FOR PHASE II OF THE CONFIRMATION HEARING

The Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. *et al.* (the "Debtors"), and certain lenders under the Prepetition Bank Credit Facilities[1] (the "Bank Lender Group"[2]), by their respective undersigned counsel, in compliance with paragraph 4 of the Order Regarding Phase II Pre-Trial Proceedings, entered July 7, 2009, jointly submit this Pre-Trial Submission, as follows.

---

[1]    The Prepetition Bank Credit Facilities include (i) that certain Credit Agreement, dated May 14, 1998, among W.R. Grace & Co. (the "<u>Company</u>"), W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto (the "<u>1998 Credit Agreement</u>"), and (ii) that certain 354-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto (as amended, the "<u>1999 Credit Agreement</u>", together with the 1998 Credit Agreement, the "<u>Credit Agreements</u>"). The Credit Agreements are attached as Exhibit <u>A</u> and <u>B</u> to the Affidavit of Charles O. Freedgood of JPMorgan Chase Bank, N.A., filed June 26, 2009 and June 30, 2009 [Docket Nos. 22279, 22306].

[2]    The Bank Lender Group includes:  (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Babson Capital Management LLC; (iv) Bass Companies; (v) Caspian Capital Advisors, LLC; (vi) Catalyst Investment Management Co., LLC; (vii) Cetus Capital, LLC; (viii) DE Shaw Laminar Portfolios, LLC; (ix) Farallon Capital Management, L.L.C.; (x) Goldman Sachs & Co. (as ex officio member); (xi) Halcyon Asset Management LLC; (xii) Intermarket Corp.; (xiii) JP Morgan Chase, N.A. Credit Trading Group; (xiv) Loeb Partners Corporation; (xv) MSD Capital L.P.; (xvi) Normandy Hill Capital, L.P.; (xvii) Onex Debit Opportunity Fund Ltd.; (xviii) P. Schoenfeld Asset Management, LLC; (xix) Restoration Capital Management, LLC; and (xx) Royal Bank of Scotland, PLC.  The Bank Lender Group, together with all holders of Claims under the Credit Agreements, including the previous holders of such Claims, are collectively referred to as the "<u>Bank Lenders</u>."

I.    **STATEMENT OF ISSUES**

The Creditors Committee and Bank Lender Group each contend that:

1.    The First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 20872] (the "Plan") violates the best interest of creditors test under 11 U.S.C. §1129(a)(7), because the Plan provides for a substantial recovery to equity interests but does not provide for the payment of post-petition interest at the contractual default rate to the Holders[3] of Bank Lender Claims.  (see Trial Brief[4], pp 69 – 72).

2.    Grace is solvent, and the Plan violates 1129(b)'s fair and equitable test and the absolute priority rule by failing to provide for the payment of contractual default interest to Holders of Bank Lender Claims while providing a substantial recovery to equity interests.  (see Trial Brief, pp 40 – 54).

3.    The Bank Lender Group additionally contends that:  the Plan is not proposed in good faith and thus violates 11 U.S.C. §1129(a)(3) because it deprives the Holders of Bank Lender Claims of all of the interest contractually provided for under the Credit Agreements while improperly depriving the Bank Lenders of the right to vote. (see Trial Brief, pp 68 – 69).

4.    The Committee additionally contends that:  the Plan violates 11 U.S.C. §1129(a)(1) by improperly providing for the dissolution of the Committee on the

---

[3]    Capitalized terms not defined herein have the meaning ascribed to such terms by the Plan.

[4]    Joint Pre-Trial Memorandum of the Official Committee of Unsecured Creditors and Bank Lender Group In Opposition to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated July 13, 2009 [Docket No. 22441].

Effective Date notwithstanding the existence of pending litigation involving the Bank Lender Claims.  (see Committee's Plan Objection[5], pp 18 – 20).

## II.    LIST OF WITNESSES

1.    Charles O. Freedgood - JP Morgan Chase Bank N.A.

Mr. Freedgood will testify by Affidavit (the "Freedgood Affidavit"), previously entered in evidence by agreement during the "Phase I" confirmation hearing held on June 22 and 23, 2009 (Docket Nos. 22279 and 22306).

2.    Robert Frezza - Capstone Advisory Group LLC

Mr. Frezza is expected to testify "live" at the confirmation hearing.  Mr. Frezza will testify as an expert witness with respect to the Debtors' solvency based upon the financial information provided in the Plan and assuming an estimate of the Debtors' liability for asbestos personal injury claims in the amount advocated by the Debtors during the estimation hearings held on various days between January 14, 2008 and April 1, 2008, and, if necessary, may testify with respect to (i) the Debtors' market capitalization and (ii) the reasonableness of the default interest rates under the Credit Agreements.

3.    By trial transcript, the testimony of each witness who testified for the Debtors on the Debtors' direct case during the asbestos personal injury estimation proceedings, held on various dates between January 14, 2008 and April 1, 2008

---

[5]    Objection of the Official Committee of Unsecured Creditors to Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., Et. Al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders, Dated February 27, 2009, dated May 20, 2009 [Docket No. 21790].

(including those witnesses from whom the Debtors submitted deposition testimony and/or

summaries of deposition testimony).  Those witnesses include:

> Dr. Howard William Ory
> Dr. Joseph Rodricks
> Dr. David Weill
> Dr. Daniel Henry
> Dr. Philip Lucas (deposition)
> Dr. Dominic Gaziano (deposition)
> Dr. Walter Allen Oaks (deposition)
> Charles Heath Mason (deposition)
> Charles Foster (deposition)
> Dr. James Ballard (deposition)
> Dr. Raymond Harron (deposition)
> Dr. Richard B. Levine (deposition by written questions)
> Dr. Suresh Moolgavkar
> Dr. Elizabeth Anderson
> B. Thomas Florence, Ph.D.
> Dr. Andrew Harron (deposition)
> Dr. Alvin Schonfeld (deposition)
> Dr. Jay Segarra (deposition)

## III.    LIST OF EXHIBITS

A.    The Committee and Bank Lender Group intend to introduce the following documents on their direct case, in support of their objections to confirmation:

1.    Previously admitted into evidence during the "Phase I" hearing via the

   Freedgood Affidavit:

      (a)  1998 Credit Agreement

      (b)  1999 Credit Agreement

      (c)  Proof of Claim No. 9159

      (d)  Proof of Claim No. 9168

2.    The Plan and corresponding Disclosure Statement [Docket No. 20873]

3.      Responses and Objections of Debtors to the Official Committee of Unsecured Creditors of W.R. Grace & Co. and Bank Lender Group's First Request for Production of Documents, First Set of Interrogatories, and First Set For Admissions, dated and verified August 14, 2008.

4.      Declaration of Kevin A. Martin Certifying Tabulation of Ballots Regarding Vote on First Amended Joint Plan of Reorganization Dated June 8, 2009 [Dkt No. 22020]

5.      Official Committee of Equity Security Holders' Memorandum in Support of Debtors' Motion to Exclude Certain Expert Opinions Relating to Current Future Asbestos Personal Injury Liability, dated Dec. 7, 2007 [Dkt. No. 17577]

6.      All exhibits admitted into evidence on the Debtors' direct case during the asbestos personal injury estimation proceedings, held on various dates between January 14, 2008 and April 1, 2008.

The Committee and Bank Lender Group also intend to request that the Court take judicial notice pursuant to Fed.R.Evid. 201 of the following facts that are generally known and/or are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned:

1.      The stock price of W.R. Grace et al. at the time of the "Phase II" confirmation hearing and at other times during the pendency of the Chapter 11 cases.

2.      The number of shares of W.R. Grace et al. outstanding at the time of the "Phase II" confirmation hearing and at other times during the pendency of the Chapter 11 cases.

3.      The market capitalization of W.R. Grace et al. at the time of the "Phase II" confirmation hearing and at other times during the pendency of the Chapter 11 cases.

4.      Other publicly filed financial information of W. R. Grace.

B.      The Committee and Bank Lender Group may introduce some or all of the following documents on rebuttal, in response to the Plan Proponents' proof at trial:

1.      Letter Agreement dated January 12, 2005

2.      Amended Joint Plan of Reorganization dated January 13, 2005

3.      Amended Disclosure Statement for the Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code, dated January 13, 2005

4.      W. R. Grace's Form 10-K & Ex. 99-1, Mar. 7, 2005

5.      E-mail from Arlene Krieger to Janet Baer (with draft Plan Support Agreement attached) dated February 18, 2005

6.      E-mail from Janet Baer to Arlene Krieger (with K&E comments to draft Plan Support Agreement attached) dated March 16, 2005

7.      E-mail from R. Tarola, CFO of Grace, to T. Maher, Chairman of Creditors' Committee dated February 14, 2005

8.      Letter Agreement dated February 27, 2006

9.      E-mail from J.Baer to R. Tarola, M. Shelnitz, et al. dated February 27, 2006

10.     Transcript of W. R. Grace's April 7, 2008 Conference Call

11.     Letter to W. R. Grace and Kirkland & Ellis dated April 21, 2008

12.     Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements dated as of May 14, 1998 and May 5, 1999, dated June 1, 2008 [Docket No. 18922]

13.     Debtors' Trial Brief in Support of Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements dated as of May 14, 1998 and May 5, 1999, dated September 5, 2008 [Docket No. 19476]

14.     The Official Committee of Equity Holders' Responses and Objections to the Official Committee of Unsecured Creditors of W.R. Grace & Co.'s and Bank Lender Group's First Set of Interrogatories, dated and verified August 13, 2008

15.     E-mail from R. Tarola, CFO of Grace, to T. Maher, Chairman of Creditors' Committee dated February 14, 2006.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

The Committee and Bank Lender Group expressly reserve their respective rights to introduce additional testimony and documentary evidence in rebuttal to the Plan Proponent's proof at trial, and with respect to any objections that the Committee or Bank Lender Group, respectively, may assert with respect to feasibility of the Plan.

Dated:  July 20, 2009

Respectfully submitted,
**STROOCK & STROOCK & LAVAN LLP**
Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York 10038
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006

-and-

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
**DUANE MORRIS LLP**
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:      (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         mlastowski@duanemorris.com
                rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
**DUANE MORRIS LLP**
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:     (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:          wskatchen@duanemorris.com

Counsel for The Official Committee
of Unsecured Creditors of W.R. Grace & Co. et al.

-and-

**LANDIS RATH & COBB LLP**

*/s/ James S. Green, Jr.*
Richard Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware  19899
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450

-and-

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**

Stepehen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990

Attorneys for The Bank Lender Group