IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of a copy of (i) *The Official Committee Of Unsecured Creditors And Bank Lender Group's Joint Pre-Trial Submission For Phase II Of The Confirmation Hearing* (ii) *Notice Of Deposition Of Hudson La Force and (iii) Notice Of Deposition Of Pamela D. Zilly* were made on July 20, 2009 upon the individuals identified on the attached Service Lists in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: July 20, 2009         */s/ Michael R. Lastowski*
      Wilmington, Delaware         Michael R. Lastowski