## CERTIFICATE OF SERVICE

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on July 20, 2009 via electronic mail:**

**Attached Service List**

Under penalty of perjury, I declare that the foregoing is true and correct.


____7/20/2009_____        __/s/ Heidi E Sasso_____
Date                          Heidi E. Sasso