**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 01-01139 (JKF) |
| | ) | |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**HARTFORD'S PRE-TRIAL STATEMENT**

In accordance with paragraph 4 of the Order Regarding Phase II Pre-Trial Proceedings [Dkt. No. 22347] ("Phase II Scheduling Order"), dated July 7, 2009, Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation (collectively, "Hartford"), submits this Pre-Trial Statement.

1.  **Statement of Issues.**  The principal issue raised by Hartford's objections is whether the First Amended Joint Plan's treatment of Asbestos Insurance Reimbursement Agreements, which includes a declaration purporting to render ineffective defenses that the insurer-parties to those agreements may have to claims for reimbursement by the Asbestos PI Trust for payments of Asbestos PI Claims under the PI TDP, is lawful.[1]

2.  **Evidence and/or Witnesses to be Offered**.  Hartford believes the above-stated issue is a purely legal issue that the Court can and should determine as a matter of law based on the terms of the First Amended Joint Plan.  At the current time, Hartford does not intend to offer into evidence any documents or to call any witnesses as part of the confirmation proceedings.

---

[1] Capitalized terms not otherwise defined have the same meaning as they are given in the First Amended Joint Plan.

3. **Joinder and Reservation of Rights**.  Hartford hereby incorporates by reference its previously filed objections to the First Amended Joint Plan and its Phase II Trial Brief and reserves its rights with respect to each of its objections.

Hartford reserves the right to call as a witness at the Phase II confirmation proceedings (1) any individual designated as a witness or identified by any Plan Proponent, Objector, or other party in interest, and (2) any individual providing rebuttal testimony.  Hartford further reserves the right to seek to offer into evidence at the Phase II confirmation proceedings (1) any document or exhibit designated or identified by any Plan Proponent, Objector, or other party in interest, and (2)  documents that may be used in rebuttal to evidence and argument advanced by any Plan Proponent, Objector or other party in interest, and, upon a showing of sufficient cause,  any other exhibit that is not identified in this Pre-Trial Statement.  Hartford further reserves the right to revise and/or amend this Pre-Trial Statement and to make any adjustments, additions, or changes it believes are necessary.

        Respectfully submitted,

         /s/ Michael Yurkewicz_____
        Michael Yurkewicz
        **KLEHR, HARRISON, HARVEY**
         **BRANZBURG AND ELLERS LLP**
        919 Market St., Suite 1000
        Wilmington, DE  19801
        Telephone:  302-426-1189
        Facsimile:  302-426-9193

        Craig Goldblatt
        Nancy L. Manzer
        **WILMER CUTLER PICKERING**
         **HALE AND DORR LLP**
        1875 Pennsylvania Avenue, N.W.
        Washington, DC  20006
        Telephone:  202-663-6000
        Facsimile:  202-663-6363

William J. Bowman  
James P. Ruggeri  
Edward B. Parks, II  
**HOGAN & HARTSON, L.L.P.**  
555 Thirteenth Street, N.W.  
Washington, DC  20004  
Telephone:  202-637-5600  
Facsimile:  202-637-5910

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation*

Dated:  July 20, 2009