IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| W. R. GRACE & CO., et al., |  |  |
| Debtors. |  |  |
| _____ |  |  |

**PHASE II PRE-TRIAL SUBMISSION STATEMENT OF THE**
**OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS**

The Official Committee of Asbestos Property Damage Claimants (the "PD Committee") hereby submits the following Phase II Pre-Trial Submission Statement (the "Statement"):

1.   Pursuant to the Order Regarding Phase II Pre-Trial Procedures, dated July 7, 2009 [D.E. # 22351], Phase II pre-trial submissions consisting of a statement of issues, list of trial witnesses and list of exhibits to be introduced at trial are to be filed with the Court on or before July 20, 2009.  At this time expert discovery on the feasibility of the First Amended Plan of Reorganization (the "Plan") has not commenced.  As a result, the PD Committee is unable to offer pre-trial submissions on the issue of feasibility.  The PD Committee reserves the right to supplement this Statement upon the conclusion of expert discovery in respect of the feasibility of the Plan.

Dated: July 20, 2009

> BILZIN SUMBERG BAENA
> PRICE & AXELROD LLP
> 2500 Wachovia Financial Center
> 200 South Biscayne Boulevard
> Miami, Florida  33131-2336
> Telephone:  (305) 374-7580
>
> Scott L. Baena (Admitted Pro Hac Vice)
> Jay M. Sakalo (Admitted Pro Hac Vice)
> Matthew I. Kramer (Admitted Pro Hac Vice)
>
> -and-

MIAMI 1891408.1 7239326094

FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, Delaware  19899
Telephone:  (302) 575-1555

By: /s/ Theodore J. Tacconelli
    Theodore J. Tacconelli
    (Del. Bar No. 2678)

Counsel for the Official Committee of Asbestos
Property Damage Claimants

MIAMI 1891408.1 7239326094                    2