## <u>CERTIFICATE OF SERVICE</u>

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 20th day of July, 2009, a copy of the foregoing **Phase II Pre-Trial Submission Statement of The Official Committee of Asbestos Property Damage Claimants** was served upon the following parties in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli, Esq. (No. 2678)

## SERVICE LIST

**By Hand Delivery**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy P. Cairns, Esq.
Kathleen P. Makowski, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 King St., Suite 300
Wilmington, DE 19801

David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

R. Karl Hill, Esq.
Seizt, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**By First-Class U.S. Mail**

John C. Phillips, Jr., Esq.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P. C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602

Theodore Freedman, Esq.
Craig A. Bruens, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

David M. Bernick, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Mark Shelnitz
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY 10152-3500

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Alan B. Rich, Esq.
Elm Place
1401 Elm Street, Suite 4620
Dallas, TX 75201

**By E-Mail**

lkruger@stroock.com
kpasquale@stroock.com
akrieger@stroock.com
mlastowski@duanemorris.com
rriley@duanemorris.com
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov
noah.heller@kattenlaw.com
merritt.pardini@kattenlaw.com
jeff.friedman@kattenlaw.com
collins@rlf.com
madron@rlf.com
Reynolds@rlf.com
ramos@rlf.com
fournierd@pepperlaw.com
carignanj@pepperlaw.com
hertzbergr@pepperlaw.com
caseyl@pepperlaw.com
fmonaco@wcsr.com
kmangan@wcsr.com
maward@wcsr.com
metkin@lowenstein.com
ilevee@lowenstein.com
Dpastor@Gilmanpastor.com
jmeltzer@sbtklaw.com
kbornstein@sbtklaw.com
stearn@rlf.com
kandestin@rlf.com
rjsidman@vorys.com
tscobb@vorys.com
meltzere@pepperlaw.com
toolee@pepperlaw.com
aaronsona@pepperlaw.com
landis@lrclaw.com
butcher@lrclaw.com
mumford@lrclaw.com
green@lrclaw.com
cohn@cwg11.com
candon@cwg11.com
kmiller@skfdelaware.com
ewolfe@skfdelaware.com
speirce@fulbright.com
tgerber@fulbright.com
jwisler@cblh.com
mphillips@cblh.com
elongosz@eckertseamans.com
lstover@eckertseamans.com
erosenthal@rmgglaw.com
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com
emdecristofaro@FMEW.com
swspencer@FMEW.com
rifft@wileyrein.com
casarinom@whiteandwilliams.com
gibbonsj@whiteandwilliams.com

locasaleg@whiteandwilliams.com
yoderj@whiteandwilliams.com
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
sshimshak@paulweiss.com
arosenberg@paulweiss.com
mphillips@paulweiss.com
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com
wshelley@cozen.com
jcohn@cozen.com
gmcdaniel@bglawde.com
carl.pernicone@wilsonelser.com
Catherine.chen@wilsonelser.com
arich@alanrichlaw.com
david.turetsky@skadden.com
Greg.Stclair@skadden.com
pbentley@kramerlevin.com
dmannal@kramerlevin.com
gcalhoun@steptoe.com
acraig@cuyler.com
mdavis@zeklaw.com
dfelder@orrick.com
rfrankel@orrick.com
mwallace@orrick.com
rwyron@orrick.com
jguy@orrick.com
korr@orrick.com
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com
james.freeman2@usdoj.gov
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com
ei@capdale.com
jal@capdale.com
lepley@crowell.com
nancy.manzer@wilmer.com
Madigan.andrea@epa.gov
jpruggeri@hhlaw.com
drosenbloom@mwe.com
mhurford@camlev.com
meskin@camlev.com
belias@omm.com
tschiavoni@omm.com
gsvirsky@omm.com
pkoepff@omm.com
dbernick@kirkland.com
lesayian@kirkland.com
klove@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com

tfreedman@kirkland.com
ljones@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com
kmakowski@pszjlaw.com
pcuniff@pszjlaw.com
loberholzer@pszjlaw.com
tmacauley@zuckerman.com
vguldi@zuckerman.com
jsottile@zuckerman.com
kmayer@mccarter.com
dsilver@mccarter.com
rguttmann@zeklaw.com
mdavis@zeklaw.com
jspadaro@johnsheehanspadaro.com
alexander.mueller@mendes.com
thomas.quinn@mendes.com
eileen.mccabe@mendes.com
anna.newsom@mendes.com
carolina.acevedo@mendes.com
mweis@dilworthlaw.com
akelley@dilworthlaw.com
sfreedman@dilworthlaw.com
young@wildman.com
dspeights@speightsrunyan.com
ewestbrook@rpwb.com
rhorkovich@andersonkill.com
rdehney@mnat.com
acordo@mnat.com
tgerber@fulbright.com
tcurrier@saul.com
jcp@pgslaw.com
jbaer@jsbpc.com
drosendorf@kttlaw.com
jk@kttlaw.com
hriedel@srbp.com
ghorowitz@kramerlevin.com
dblabey@kramerlevin.com
mshiner@tuckerlaw.com
mplevin@crowell.com
pmahaley@orrick.com
jcutler@orrick.com
bharding@kirkland.com
arunning@kirkland.com
bstansbury@kirkland.com
allenschwartz@omm.com
GCellarosi@eckertseamans.com