Attachment B
To Fee Application
Summary of PwC's Fees By Professional
Darex 2007 Puerto Rico Audit

Professional Profiles
WR Grace Time Tracking - Darex
2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ramon E Ponte | Audit Partner | 28 | Integrated Audit | $567.10 | 1.0 | $ 567.10 |
| William Bishop | Audit Partner | 27 | Integrated Audit | $581.28 | 2.3 | $ 1,336.94 |
| Rafael Garcia | Director | 15 | Integrated Audit | $422.65 | 3.0 | $ 1,267.95 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $262.15 | 2.7 | $ 707.81 |
| Mariana Isturiz Espinoza | Tax Manager | 8 | Integrated Audit | $288.90 | 3.0 | $ 866.70 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $186.24 | 1.7 | $ 316.61 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $203.30 | 15.8 | $ 3,212.14 |
| Lyndsay Signori | Audit Senior Associate | 4 | Integrated Audit | $173.68 | 3.0 | $ 521.04 |
| Pamela Barkley | Audit Senior Associate | 6 | Integrated Audit | $191.53 | 8.5 | $ 1,628.01 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $188.32 | 5.0 | $ 941.60 |
| Karen Geung | Audit Associate | 3 | Integrated Audit | $133.73 | 156.2 | $ 20,888.63 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $131.61 | 1.0 | $ 131.61 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $131.61 | 1.2 | $ 157.93 |
| Jacqueline Barry | Audit Associate | 1 | Integrated Audit | $99.84 | 41.1 | $ 4,103.42 |
| | | | TOTAL | | 245.5 | $ 36,647.48 |

Summary of PwC's Fees By Project Category:
Darex 2007 Puerto Rico

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 245.5 | $36,647.48 |
| 26-Business Analysis | | |

| | | |
|---|---|---|
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 245.5 | $36,647.48 |

**Expense Summary**
**Darex 2007 Puerto Rico**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $0.00 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $78.81 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $78.81 |