# Exhibit - A

Professional Profiles
WR Grace Time Tracking - Darex 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ramon E Ponte | Audit Partner | 28 | Integrated Audit | $567.10 | 1.0 | $ 567.10 |
| William Bishop | Audit Partner | 27 | Integrated Audit | $581.28 | 2.3 | $ 1,336.94 |
| Rafael Garcia | Director | 15 | Integrated Audit | $422.65 | 3.0 | $ 1,267.95 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $262.15 | 2.7 | $ 707.81 |
| Mariana Isturiz Espinoza | Tax Manager | 8 | Integrated Audit | $288.90 | 3.0 | $ 866.70 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $186.24 | 1.7 | $ 316.61 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $203.30 | 15.8 | $ 3,212.14 |
| Lyndsay Signori | Audit Senior Associate | 4 | Integrated Audit | $173.68 | 3.0 | $ 521.04 |
| Pamela Barkley | Audit Senior Associate | 6 | Integrated Audit | $191.53 | 8.5 | $ 1,628.01 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $188.32 | 5.0 | $ 941.60 |
| Karen Geung | Audit Associate | 3 | Integrated Audit | $133.73 | 156.2 | $ 20,888.63 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $131.61 | 1.0 | $ 131.61 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $131.61 | 1.2 | $ 157.93 |
| Jacqueline Barry | Audit Associate | 1 | Integrated Audit | $99.84 | 41.1 | $ 4,103.42 |
| | TOTAL | | | | 245.5 | $ 36,647.48 |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Ramon Ponte** | | |
| 9/9/2008 | 1.0 | Review, issuance, and sign of the Puerto Rico statutory opinion and financial statements for WR Grace Darex for the year ended December 31, 2007 for filing with the local government authorities. Prepared the local Puerto Rico opinions for the Darex Puerto Rico financial statements. |
| | **1.0** | **Total Darex Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  William Bishop**

| | | |
|------|-----|----------------------------------|
| 1/23/2008 | 1.0 | Review Darex Puerto Rico audit work with P Barkley and K Geung (both PwC) |
| 1/24/2008 | 0.8 | Review Darex Puerto Rico planning documentation |
| 8/26/2008 | 0.5 | Review draft financial statements |

**2.3**    **Total Darex Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Rafael Garcia** | | |
| 7/9/2008 | 2.0 | review Darex tax provision |
| 7/14/2008 | 1.0 | discuss foreign tax credit deferred tax asset and discuss with engagement team. |
| | **3.0** | **Total Darex Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Justin Bray**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/6/2008 | 0.9 | Review of Financial statements |
| 8/6/2008 | 1.8 | Review of Audit Workpapers |

| | 2.7 | **Total Darex Hours** |

WR Grace & Co., Inc.
Time Summary Report - Darex

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Mariana Isturiz Espinoza** | | |
| 7/9/2008 | 0.7 | Review of workpapers related to Darex Puerto Rico's intercompany transactions |
| 7/9/2008 | 1.5 | Calculation of financial ratios to support conclusions on transfer pricing analysis |
| 7/9/2008 | 0.8 | Prepare email to K. Geung (PwC) summarizing results of analysis |
| | **3.0** | **Total Darex Hours** |

WR Grace & Co., Inc.
Time Summary Report - Darex

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Erica Margolius** | | |
| 8/15/2008 | 0.2 | Meet with T. Puglisi and T. Dyer (both Grace) to discuss the timing and reporting requirements for Darex Puerto Rico. |
| 8/21/2008 | 0.2 | Meet with E. Bull, Grace, to discuss the Darex Puerto Rico engagement letter. |
| 8/28/2008 | 0.8 | Review the opinion and management representation letter for Darex Puerto Rico. |
| 9/3/2008 | 0.5 | Finalize the financial statements for Darex Puerto Rico. |
| | 1.7 | Total Darex Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Jacqueline Calvo**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/23/2008 | 2.0 | Reviewed current tax provision workpapers |
| 6/23/2008 | 0.5 | Research Puerto Rico  tax percent and surtax on world wide tax summaries. |
| 6/23/2008 | 1.5 | Review deferred tax provision workpapers |
| 6/23/2008 | 0.5 | Roll forward deferred tax accounts |
| 6/23/2008 | 0.5 | Tie tax amounts to trial balance |
| 6/23/2008 | 0.5 | Review Return to provision |
| 6/24/2008 | 2.0 | Spoke to K. Geung (PwC) regarding Foreign Tax Credits.  Received email of Financial Statements.  Spoke to Karen Edourad (Grace) about provision, sent her provision taxes. |
| 6/25/2008 | 2.5 | Spoke to K. Geung (PwC).  Sent email to client requesting updated workpapers and 2006 return.  Received update but still had to get corrections from Director |
| 6/26/2008 | 3.0 | Discussed taxes with R. Gracia (PwC) issue regarding amending returns, looked at credit from 2007 year end |
| 7/14/2008 | 1.5 | Retied out provision with updated workbook.  Tied amounts to financial statements.  Input in 2007 database and marked items complete. |
| 7/17/2008 | 0.2 | Answered emails from K. Gung (PwC).  Discussed FIN 48 |
| 7/28/2008 | 1.0 | Looked over audit guides sent by L. Keorlet (PwC), went over them with R. Garcia (PwC) |
| 8/11/2008 | 0.1 | Caught up with K. Geung (PwC) about management rep and disclosure checklist.  Looked at checklist and sent comments to R. Garcia (PwC) |

| | | |
|------|-------|----------------------------------|
| | 15.8 | Total Darex Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Lyndsay Signori**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1/16/2008 | 1.5 | Review of engagement planning within the database |
| 1/25/2008 | 1.5 | Review of accounts receivable database area |

| | 3.0 | **Total Darex Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Pamela Barkley**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/24/2008 | 1.1 | Working on the Darex Puerto Rico management rep letter |
| 6/30/2008 | 1.7 | Reviewing the Darex Puerto Rico Database |
| 7/11/2008 | 0.5 | Reading the first draft of the Darex financials |
| 8/11/2008 | 2.3 | Reviewing the Fixed Asset Footnote in the Darex financial statements as well as reviewing the memo |
| 8/13/2008 | 1.2 | Reviewing the Audit Disclosure checklist for the financial statements |
| 8/14/2008 | 0.9 | Reviewing the updated Darex financial statements |
| 8/15/2008 | 0.8 | Reviewing the Darex Financials footnote on the property and equipment and comparing it to the 2007 Grace 10-K |

| | 8.5 | **Total Darex Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Karen Geung (Associate)**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1/2/2008 | 3.0 | I documented and completed planning section of the database |
| 1/3/2008 | 2.2 | Prepared Darex Puerto Rico database |
| 1/3/2008 | 2.8 | Reviewed prior year database and preparing the summary of plan and results template specifically for Darex Puerto Rico |
| 1/10/2008 | 0.9 | I held the team kick off meeting |
| 1/10/2008 | 2.1 | I performed preliminary analytics |
| 1/10/2008 | 2.0 | I documented the Accounts receivable confirmation |
| 1/10/2008 | 1.0 | I had a meeting with Jackie Barry, PwC, to discuss audit procedures over her responsible areas |
| 1/10/2008 | 0.5 | I performed the Inventory Transfer pricing testing |
| 1/10/2008 | 0.5 | I performed the Inventory observation planning |
| 1/10/2008 | 0.5 | I had a Related party procedure discussion with Paul Bray, Grace Senior analyst |
| 1/11/2008 | 1.1 | I documented the Accounts receivable confirmation |
| 1/11/2008 | 0.9 | I had a meeting with Beth Delloroco, Grace Senior Accountant regarding the use of SAP for inventory cut-off testing |
| 1/11/2008 | 0.5 | I documented instructions to use SAP for inventory cut-off testing |
| 1/11/2008 | 0.5 | I performed and documented the Inventory cut-off Testing |
| 1/11/2008 | 0.5 | I documented the inventory observation planning |
| 1/11/2008 | 0.5 | Fixed assets review with Jackie Barry (PwC) regarding testing procedures |
| 1/11/2008 | 0.5 | Cash review with Jackie Barry (PwC) regarding testing procedures |
| 1/11/2008 | 0.5 | Inventory cut-off review with Grace accountant, Wanda Diaz |
| 1/11/2008 | 0.5 | I updated open items listing and send to client contact, Wanda Diaz (Grace) |
| 1/11/2008 | 1.0 | I reviewed fixed assets work performed by Jackie Barry (PwC) |
| 1/14/2008 | 0.5 | I reviewed fixed assets work performed by Jackie Barry (PwC) |
| 1/14/2008 | 1.5 | I documented the Inventory Cut-off Testing |
| 1/14/2008 | 1.0 | I performed the accounts receivable detail scanning analytic |
| 1/14/2008 | 1.0 | I updated Accounts receivable documentation |
| 1/14/2008 | 1.5 | I performed accounts receivable analytics |
| 1/14/2008 | 1.0 | I reviewed cash with Jackie Barry (PwC) and of her work performed in the database |
| 1/14/2008 | 1.0 | I reviewed accounts payable with Jackie Barry (PwC) and of her work performed in the database |
| 1/14/2008 | 0.5 | I updated Open Items listing |
| 1/14/2008 | 0.5 | I reviewed of inter-company support to be provided by the client w/ Paul Bray, Graced Senior Financial Analyst |
| 1/14/2008 | 0.5 | I made the lower of Cost or Market test selections and reconciliation of the detail to the trial balance |
| 1/14/2008 | 0.5 | I worked with Beth Dellorco, Grace Senior Accountant, to clarify items needed on the Provided by Client listing, including SG&A detail, check register, detailed billings for fiscal year 2007 |
| 1/15/2008 | 3.8 | I documented accounts receivable analytics |
| 1/15/2008 | 1.2 | I finalized the inventory observation planning and instructions documentation |
| 1/15/2008 | 0.5 | I updated Open Items listing |
| 1/16/2008 | 0.5 | I reviewed the inventory observation planning with PwC Puerto Rico associate, Arelis Millan |
| 1/16/2008 | 1.1 | I prepared and completed the accounts receivable comparative summary with explanations |
| 1/16/2008 | 1.9 | I completed the accounts receivable analytical procedures |
| 1/16/2008 | 1.1 | I performed and documented the accounts receivable scanning analytical procedures over the accounts receivable detail |
| 1/16/2008 | 0.9 | I reviewed and documented the existence of bad debt write-offs for fiscal 2007 |
| 1/16/2008 | 1.4 | I had a meeting with Grace Credit Manager, Ardria Cucinotta, regarding revenue and receivables |
| 1/16/2008 | 0.6 | I updated the open Items listing |
| 1/16/2008 | 0.5 | I updated the accounts receivable confirmation |
| 1/16/2008 | 1.5 | I reviewed work performed by Jacqueline Barry (PwC), specifically within the property plant and equipment cycle |

| Date | Hours | Description |
|---|---|---|
| 1/17/2008 | 1.0 | I prepared and completed the inventory lead sheet |
| 1/17/2008 | 1.6 | I reviewed the Outstanding check testing with Jacqueline Barry (PwC) |
| 1/17/2008 | 1.4 | I reviewed the Accounts Payable with Jacqueline Barry (PwC) |
| 1/18/2008 | 1.0 | I reviewed of Search for Unrecorded Liabilities with Jackie Barry (PwC) |
| 1/21/2008 | 0.5 | I had a meeting with Columbia team regarding the status of the audit |
| 1/21/2008 | 0.9 | I reviewed the results of the search for unrecorded liabilities and exceptions with Pam Barkley (PwC) and also with management. |
| 1/21/2008 | 1.1 | I reviewed the results of the inventory cut-off testing and exceptions with Pam Barkley (PwC) and also with management. |
| 1/21/2008 | 1.4 | I reviewed the transfer pricing schedules |
| 1/21/2008 | 1.1 | I reviewed the Property tax payable schedule |
| 1/21/2008 | 0.5 | I reviewed the property tax payable schedule with Grace Senior Financial Analyst, Wanda Diaz |
| 1/21/2008 | 1.7 | I finalized the planning section of the database including the manager / partner sign off step |
| 1/21/2008 | 1.8 | I reviewed the results of the inventory observation performed by A. Millan from the PwC Puerto Rico office |
| 1/21/2008 | 0.5 | I updated and sent out the open items list as of day end |
| 1/22/2008 | 2.3 | I updated the documentation of the results of our audit procedures to date within the Summary Plan and Results |
| 1/22/2008 | 1.2 | I reviewed with engagement team manager, Pamela Barkley (PwC), regarding the audit procedures performed to date and also the results |
| 1/22/2008 | 1.0 | I had a meeting with Grace Cost Accountant, Michelle Hayward, to obtain the inventory roll back schedule from the date of our observation to the balance sheet date |
| 1/22/2008 | 2.9 | I obtained and tied out all supporting schedules to the property tax payable calculation for 12/31/2007 as the calculation assumptions changed from the prior year. |
| 1/22/2008 | 0.6 | I updated and sent out the open items list as of day end |
| 1/22/2008 | 1.5 | I reviewed the remaining treasury cycle testing performed by Jacqueline Barry (PwC). |
| 1/23/2008 | 1.8 | I reviewed and tested the inventory roll forward schedule |
| 1/23/2008 | 1.7 | I reviewed the audit status update and results with the engagement team manager, Pamela Barkley, and partner, William Bishop (both PwC) |
| 1/23/2008 | 0.5 | I had a discussion with Grace Controller, Victor Leo, regarding the preparation of the SAB 99 memo |
| 1/23/2008 | 0.5 | I had a meeting with Grace management and engagement team regarding the status of the audit |
| 1/23/2008 | 2.2 | I reviewed and tied out of the transfer pricing schedules |
| 1/23/2008 | 1.3 | I completed the accounts receivable Roll forward tie out, testing, and documentation |
| 1/24/2008 | 1.0 | I finalized transfer pricing tie out, obtained additional information from Grace Accountant, Debra Poole, and forwarded schedules to the engagement team tax to review |
| 1/24/2008 | 2.8 | I finalized accounts receivable confirmation procedures |
| 1/24/2008 | 2.2 | I documented our testing procedure and results over inventory cut-off procedures |
| 1/24/2008 | 1.5 | I organized and prepared external workpaper binder |
| 1/25/2008 | 1.6 | I prepared and performed the reasonableness recalculation of the new property tax payable |
| 1/25/2008 | 2.3 | I finalized documentation over the change in Taxes Payable Assumption |
| 1/25/2008 | 1.7 | I reviewed the accounts payable lead sheet and discussed with Jacqueline Barry (PwC) over her procedures |
| 1/25/2008 | 1.9 | I documented our procedures over sales discounts, returns, and credit memos for the fiscal year |
| 1/28/2008 | 2.0 | I documented our procedures, results, expanded procedures, round 1 and 2 of the search for unrecorded liabilities. |
| 4/3/2008 | 0.9 | I performed and documented round 3 of the search for unrecorded liabilities |
| 4/3/2008 | 1.6 | I reviewed the equity section of the database |
| 4/3/2008 | 1.7 | I reviewed the income tax section of the database |
| 4/3/2008 | 1.8 | I began the update the documentation within the completion section of the database |
| 6/19/2008 | 0.5 | I met with Wanda Diaz, Grace Senior Financial Analyst, to go over the plans going forward to completion |
| 6/19/2008 | 1.4 | I met with Victor Leo, Grace GCP Controller, to discuss subsequent events |
| 6/19/2008 | 1.9 | I documented the subsequent events results |
| 6/19/2008 | 0.6 | I met with Wanda Diaz, Grace, to go the preliminary draft of the financial statements |
| 6/19/2008 | 3.6 | I performed the tie out of the first draft of the financial statements |
| 6/20/2008 | 2.1 | I reviewed the prior year top side adjustments schedule to tie out the equity portion of the financial statements |
| 6/20/2008 | 0.6 | I met with Wanda Diaz, Grace, to discuss the updated 2007 top side adjustments |
| 6/20/2008 | 1.1 | I finalized the review and documentation of all the top side adjustments schedule |

| | | |
|---|---|---|
| 6/20/2008 | 2.9 | I began the tie out of income tax schedules |
| 6/20/2008 | 0.7 | I prepared the tax schedules for review by the PwC tax team |
| 6/20/2008 | 0.6 | I drafted and sent emails to PwC Peurto Rico to prepare them for their final review of the financial statements |
| 6/23/2008 | 0.7 | I discussed with Wanda Diaz, Grace, the final legal letter and management representation letter that is needed upon completion |
| 6/23/2008 | 3.8 | I started and documented the automated disclosure checklist for the Darex financial statements |
| 6/23/2008 | 0.5 | I discussed the income tax schedules with Jacqueline Calvo, PwC Tax. |
| 6/23/2008 | 2.5 | I performed the tie out of the statement of cash flows and documented the procedures performed |
| 6/23/2008 | 0.5 | I discussed the status of the tie out with Wanda Diaz, Grace. |
| 6/24/2008 | 0.5 | I discussed the SAB 99 memo analysis to be completed by Victor Leo, Grace GCP Controller. |
| 6/24/2008 | 2.8 | I documented within the completion section of the database |
| 6/24/2008 | 2.5 | I performed and documented the final analytics |
| 6/24/2008 | 1.7 | I drafted the management representation letter to be provided to Grace |
| 6/24/2008 | 0.5 | I began the documentation over the engagement leader sign off step within the database |
| 6/25/2008 | 0.5 | I continued the documentation over the engagement leader sign off step within the database |
| 6/25/2008 | 1.3 | I reviewed the next draft of the financial statements |
| 6/25/2008 | 1.1 | I reviewed the updated draft of the income tax schedules |
| 6/25/2008 | 1.2 | I reviewed the updated draft of the statement of cash flows |
| 6/25/2008 | 1.5 | I reviewed the updated draft of the equity roll forward |
| 6/25/2008 | 1.1 | I reviewed the selling, general, and administrative push down adjustment schedules from Corporate. |
| 6/25/2008 | 1.3 | I finalized the automated disclosure checklist |
| 6/29/2008 | 0.5 | I documented the summary of unadjusted differences schedule |
| 6/29/2008 | 0.5 | I documented the summary of adjusted differences schedule |
| 6/29/2008 | 1.0 | I reviewed an updated draft of the financial statements |
| 7/9/2008 | 2.1 | Finalized documentation over transfer pricing adjustment upon final review by Mariana Espinoza, PwC Tax. |
| 7/9/2008 | 0.5 | I discussed the SAB 99 analysis with Victor Leo, Grace. |
| 7/9/2008 | 2.5 | I documented the SAB 99 analysis |
| 7/10/2008 | 1.5 | I documented the completion section of the database |
| 7/10/2008 | 0.5 | I discussed the necessary completion items needed from the client with Wanda Diaz, Grace. |
| 7/10/2008 | 0.5 | I discussed the income tax schedules with Rafael Garcia, PwC Tax |
| 7/10/2008 | 2.0 | I finalized the income tax schedules |
| 7/10/2008 | 1.4 | I tied out the next version of the financial statements |
| 7/10/2008 | 0.6 | I updated the financial statement tie out documentation within the database |
| 7/10/2008 | 0.6 | I drafted the audit report for the financial statements |
| 7/10/2008 | 0.5 | I finalized the draft management representation letter |

|  | | |
|---|---|---|
| **156.2** | | **Total Darex Hours** |

**Name:  Karen Geung (Senior Associate)**

| | | |
|---|---|---|
| 7/10/2008 | 0.5 | I reviewed the latest draft of the financial statements with Wanda Daiz, Grace |
| 9/2/2008 | 0.9 | I performed the final review of the financial statements for issuance |
| 9/2/2008 | 1.1 | I communicated and coordinated with Karen Aquino, PwC Puerto Rico, in terms of finalizing and issuing the financial statements from PwC Puerto Rico office |
| 9/2/2008 | 0.5 | I prepared the financial statement package to be sent to PwC Puert Rico. |
| 9/2/2008 | 1.5 | I organized and prepared the final work paper binder for archiving |
| 9/2/2008 | 0.5 | I completed and finalized the database for archiving |

|  | | |
|---|---|---|
| **5.0** | | **Total Darex Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Adam Lueck** | | |
| 9/8/2008 | 1.0 | Reviewing Darex Puerto Rico financial statements. |
| | **1.0** | **Total Darex Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Pavel Katsiak** | | |
| 11/21/2008 | 1.2 | Coordination of Physical Inventory in Puerto Rico (i.e. discussing the methodology and approach with PwC staff in Puerto Rico), planning call with the client prior to the inventory observation |
| | **1.2** | **Total Darex Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Jacqueline Barry**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1/10/2008 | 0.4 | I prepared the cash lead schedule. |
| | 1.6 | I prepared the accounts payable and accruals lead schedule. |
| | 0.3 | I prepared the intercompany balances lead schedule. |
| | 0.3 | I prepared the equity lead schedule. |
| | 1.3 | I worked on the preparation of accounts receivable analytics. |
| | 4.2 | I reviewed the cash, property, plant and equipment, accounts payable sections of the database to prepare for the procedures to be performed. This included the setup of workpaper templates and preliminary documentation. |
| 1/11/2008 | 1.6 | I completed a depreciation expense analytic. |
| | 3.1 | I completed bank reconciliation testing as part of the cash procedures. This included testing the mathematical accuracy of the bank reconciliation, determining an approach for testing outstanding checks, selecting a sample of outstanding checks for testing, and tracing and agreeing each outstanding check to the subsequent bank statement. It also included selecting a sample of cleared checks from the bank statement and tracing them back to the outstanding check listing. |
| | 3.8 | I tested a sample of property, plant and equipment purchases for the year. This included a review of supporting invoices and capital request forms. |
| 1/14/2008 | 0.6 | I documented some of the cash procedure steps in the database. |
| | 1.0 | I documented some of the property, plant and equipment procedure steps in the database. |
| | 0.6 | I completed a repairs and maintenance expense analytic as a test of property, plant and equipment. |
| | 2.3 | I began testing on the search for unrecorded liabilities. |
| | 1.9 | I met with Paul Bray (Grace) to ask him questions about cash and documented the remainder of the cash procedure steps in the database. |
| | 2.1 | I continued to work on the search for unrecorded liabilities as well as tests of the accrual balances. |
| 1/15/2008 | 0.4 | I updated the documentation in the accounts payable and accruals section of the database. |
| | 0.8 | I reviewed the trial balance and lead schedules and tick marked workpaper references next to each balance to ensure agreement between the two sources. |
| | 2.3 | I inquired about fluctuations in accounts payable balances with Wanda Diaz (Grace), obtained and reviewed support, and documented her responses. |
| | 3.1 | I continued to review the trial balance and lead schedules and tick marked workpaper references next to each balance to ensure agreement between the two sources. I also updated the lead schedules for any noted changes in the trial balance. |
| | 0.8 | I documented more of the accounts payable section of the database. |
| | 0.7 | I prepared the inventory analytics templates. |
| | 0.3 | I updated the documentation in the cash lead schedule. |
| | 1.1 | I made additional selections for the search for unrecorded liabilities and updated the documentation. |
| 1/16/2008 | 1.8 | I prepared the documentation of inventory and performed lower of cost or market testing. |
| | 0.9 | I prepared the documentation for the final SP&R. I also had a discussion with Karen Geung (PwC) and Wanda Diaz (Grace) about testing of accrued freight. |
| | 0.6 | I prepared the documentation in the income taxes section of the database. |
| | 0.3 | I moved the intercompany lead schedule to the accounts payable lead schedule. |
| | 0.1 | I reviewed last year's intercompany testing. |
| | 0.3 | I updated the documentation in the cash confirmation step as well as the bank reconciliation testing step. |
| | 0.7 | I documented the intercompany step in the database. |
| | 1.3 | I prepared the documentation for the equity section of the database, compiled questions to ask the client, met with the client, and documented their responses. |
| | 0.4 | I reviewed the income tax steps and marked them complete. |
| | 0.6 | I finished documentation in the cash steps of the database. |

| | 41.1 | **Total Darex Hours** |