# Exhibit - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For Darex 2007 Project

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Karen Geung | Integrated Audit | 9/2/08 | | | $ 30.91 | | mailing of the final bound financials from PwC Puerto Rico to Grace in Columbia, MD |
| | Integrated Audit | 9/2/08 | | | $ 29.90 | | mailing of the work paper binder from PwC Boston to PwC Tyson's Corner for review |
| | Integrated Audit | 9/2/08 | | | $ 10.51 | | mailing of the signed work paper binder from PwC Tyson's Corner to PwC Boston for archiving |
| Melissa Noel | Integrated Audit | 6/17/2009 | | | $ 7.49 | | charge to overnight mail monthly fee application for Darex 2007 |
| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
| | | $ 78.81 | $ - | $ - | $ 78.81 | $ - | |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For Darex 2007 Project

| Personnel | Date | Title | Expense | | Description |
|---|---|---|---|---|---|
| Karen Geung | 9/2/08 | Audit Associate | $ | 30.91 | mailing of the final bound financials from PwC Puerto Rico to Grace in Columbia, MD |
| | 9/2/08 | Audit Associate | $ | 29.90 | mailing of the work paper binder from PwC Boston to PwC Tyson's Corner for Justin's review |
| | 9/2/08 | Audit Associate | $ | 10.51 | mailing of the signed work paper binder from PwC Tyson's Corner to PwC Boston for archiving |
| | | | $ | 71.32 | |
| Melissa Noel | 6/17/2009 | Project Team Specialis | $ | 7.49 | charge to overnight mail monthly fee application for Darex 2007 |
| | | | $ | 7.49 | |
| | | | $ | 78.81 | |