IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| W.R. GRACE & CO., *et al.*, | : Case No. 01-1139 (JKF) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Related D.I.: 22347** |

**PRETRIAL STATEMENT REGARDING ISSUES TO BE
RAISED BY NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH,
PA. AT THE PHASE II CONFIRMATION
HEARING AND EVIDENCE EXPECTED TO BE INTRODUCED**

Pursuant to the Order regarding Phase II pre-trial proceedings (D.I. no. 22347) National Union Fire Insurance Co. of Pittsburgh, Pa. ("National Union") by and through the undersigned counsel, hereby file this pre-trial statement in order to identify: (a) the objections National Union will litigate at the Phase II hearing; and (b) the evidence that National Union expects to introduce in connection with those objections.

**OBJECTIONS TO BE RAISED**

The objections to the Plan by National Union are fully described in its trial brief dated July 13, 2009 ("Trial Brief", D.I. no. 22422). Pursuant to paragraph 6 the Settlement Agreement and Mutual Release dated November 13, 2007 (the "Settlement Agreement[1]"), National Union reserved, with Longacre's approval, the right to assert a further claim against the Debtors for additional amounts that were not assigned to Longacre. This further claim was explicitly authorized in the Settlement Agreement. To the extent the Plan may be deemed to authorize such further claim to be classified as a

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Trial Brief.

{00316276;v1}

Class 6 claim, the Plan is improper. Therefore, National Union also objects to the classification of Claim 9553 as a Class 6 claim, and reiterates the basis for this objection as detailed in its Trial Brief.

## EVIDENCE TO BE INTRODUCED

Evidence that National Union expects to introduce and rely upon in connection with the above objections are:

- The Proposed Plan of Reorganization and exhibits thereto

- The Disclosure Statement

- The Settlement Agreement

- Deposition testimony to show that the ACC did not represent the interests of National Union

- National Union's proof of claim in the above-captioned cases, dated November 19, 2008

{00316276;v1}

National Union reserves the right to introduce any evidence or examine any witnesses identified by other creditors similarly situated and to rely upon any evidence received into evidence by the Court.

Dated:    July 20, 2009

Respectfully submitted,

ASHBY & GEDDES

By: _____
Ricardo Palacio (#3765)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
Telephone: (302) 654-1888
Facsimile:  (302) 654-2067

- and -

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis
575 Lexington Avenue
New York, New York  10022
Telephone: (212) 233-0400
Facsimile: (212) 753-0396
E-mail:  mdavis@zeklaw.com

Co-Counsel for National Union Fire Insurance Co. of Pittsburgh, Pa.

554193.v1/2888-007/MSD

{00316276;v1}