## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on the 20th day of July, 2009, I caused a true and correct copy of Pretrial Statement Regarding Issues to be Raised by National Union Fire Insurance Co. of Pittsburg, PA. at the Phase II Confirmation Hearing and Evidence Expected to be Introduced to be served on the attached service list by U.S. mail, postage prepaid, unless otherwise indicated.

Ricardo Palacio (I.D. #3765)

{00202794;v1}

General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
David M. Bernick,
Theodore L. Freedman

Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Attn: Laura Davis Jones
James E. O'Neill

Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Attn: Peter Lockwood
Ronald Reinsel

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Attn: Elihu Inselbuch

Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340
Attn: Scott L. Baena
Jay M. Sakalo
Mindy A. Mora

David T. Austem
3110 Fairview Park Drive Suite 200
Falls Church VA 22042-0683

Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W. Washington, D.C. 20005-1706 Attention
Roger Frankel

Alan B. Rich
Attorney and Counselor 1401 Elm Street, Suite 4620
Dallas, Texas 75202-3909

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Attn: Lewis Kruger
Arlene Krieger
Kenneth Pasquale

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: D. J. Baker

Fresenius Medical Care North America Corporate
Headquarters
Corporate Law Department
95 Hayden Avenue
Lexington, MA 02420-9192
Attn: General Counsel

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Phillip Bentley

Office of the United States Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

)0298310.v1}

BMC Group, Inc.
Attn: W.R. Grace Voting Agent
P.O. Box 2007
Chanhassen, MS 55317-2007