IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**PRE-TRIAL SUBMISSION OF
MARYLAND CASUALTY COMPANY**

In accordance with paragraph 4 of the *Order Regarding Phase II Pre-Trial Proceedings* [D.I. 22347] dated July 7, 2009, Maryland Casualty Company ("MCC"), by and through its undersigned counsel, hereby submits its Pre-Trial Submission for the Phase II Confirmation Hearing.

**I.    Statement of Issues**

In support of its objection ("Objection") to the *First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated as of February 27, 2009* [Docket No. 20872] ("First Amended Plan"), MCC intends to present/address the following issues:

1.    The First Amended Plan fully and permanently protects MCC from and against any and all Asbestos PI Claims,[1] including any and all claims by third parties, including so-called "direct" or "independent" claims, arising from or relating to the Debtors, their products or their operations.

---

[1] Capitalized terms not defined herein have the meaning defined in the First Amended Plan.

2. The First Amended Plan fails to comply with various confirmation requirements of section 1129 of the Bankruptcy Code and therefore cannot be confirmed. Specifically, the First Amended Plan:

    a. Mis-classifies the MCC Claims[2];

    b. Fails to provide fair and equitable treatment to the MCC Claims;

    c. Violates section 1129(b)(2)(B)(ii) of the Bankruptcy Code;

    d. Unfairly discriminates against the MCC Claims;

    e. Contains releases and exculpations that are impermissible under applicable law; and

    f. Is not feasible.

## II. List of Witnesses

In support of its Objection MCC may call one or more of the following witnesses at the Phase II Confirmation Hearing:

1. Al McComas and/or a records custodian of MCC (live or via affidavit) will testify, if necessary, in support of MCC's position on the issues set forth in section I above, and specifically regarding (but not limited to) the exhibits listed in Section III below;

2. Peter Lockwood (live or via deposition transcript) concerning the issues raised in Mr. Lockwood's deposition in this case;

3. Jeffrey Posner (live or via deposition transcript) concerning the issues raised in Mr. Posner's deposition in this case;

4. Any witnesses designated and/or called by any other party;

---

[2] As defined in MCC's Brief in Support of its Objection [D.I. 22426].

5. Any witness(es) necessary in rebuttal to any evidence or argument made at or before the Confirmation Hearing that is or may be contrary to the interests of MCC; and

6. In accordance with paragraph 6 of the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [D.I. 21544], MCC may call any witness(es) necessary in rebuttal to any evidence or argument made at or before the Confirmation Hearing relating to Libby issues that is or may be contrary to the interests of MCC.

## III. List of Exhibits

MCC may introduce one or more of the following as exhibits at the Phase II Confirmation Hearing:

1. Settlement Agreements between W.R. Grace & Co. - Conn. and Maryland Casualty Company;

2. All complaints filed by any and all Libby Claimants that allege any causes of action against MCC, either individually or jointly with others;

3. Responses of parities to discovery requests in these chapter 11 cases;

4. Transcripts of any and all prior hearings in these cases, including appeals;

5. All pleadings filed in these cases;

6. Any exhibits offered by any other party; and

7. Any exhibits necessary in rebuttal to any evidence or argument made at or before the Confirmation Hearing that is or may be contrary to the interests of MCC, including MCC insurance policies.

## IV. Reservation of Rights and Joinder

MCC hereby reserves the right to amend and/or supplement this Pre-Trial Submission based upon any subsequent filings and other developments relating to the First Amended Plan.

3

In addition, MCC hereby joins the pre-trial submissions filed by other parties-in-interest to the extent such pre-trial submissions are not inconsistent with MCC's interests, and the positions set forth herein. Finally, MCC reserves the right to file additional objections and/or replies based on the objections filed by other parties-in-interest.

Dated: July 20, 2009    CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:

Edward J. Longosz, II
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

*Attorneys for Maryland Casualty Company*

#701233v1