IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

**IT IS CERTIFIED** that on the 20th day of July, 2009, the Acting United States Trustee's Pre-Trial Submission Related to Phase II Confirmation Hearing, was caused to be served via electronic mail on the Debtors' Master Email Service List, which is attached hereto.

By: *David M. Klauder*
David M. Klauder
Trial Attorney
Office of the United States Trustee