IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x | Chapter 11 |
| W. R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
| Debtors. | : | (Jointly Administered) |
| | x | |

**KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND
SUPPORT TERMINAL SERVICES, INC.'S PRETRIAL SUBMISSIONS PURSUANT
TO ORDER REGARDING PHASE II PRE-TRIAL HEARINGS [DKT. 22347]**

Now come Kaneb Pipe Line Operating Partnership, L.P. ("Kaneb")[1] and Support Terminal Services, Inc. ("STS")[2] [collectively, "**Kaneb Objectors**"] and file this their Pretrial Submissions Pursuant to Order Regarding Phase II Pre-Trial Hearings [Dkt. 22347] and state as follows:

I.
**STATEMENT OF ISSUES THAT KANEB OBJECTORS INTEND TO ADDRESS**

Issue 1: The Kaneb Objectors contend that the Plan cannot bind the Kaneb Objectors in any capacity other than as the persons described in 11 U.S.C. § 1141(a). For example, the Kaneb Objectors are not bound by the Plan in their capacities as defendants in the Kaneb State Court Action,[3] or Appellants on defensive matters in the Kaneb Appeal.[4] The Kaneb Objectors do not consent to the Plan generally, and do not intend to be bound to the Plan under contractual principles. To the extent that the Plan attempts to bind the Kaneb Objectors in a fashion broader than that allowed by 11 U.S.C. § 1141(a), the Plan does not comply with the applicable provisions of Title 11. 11 U.S.C. § 1129(a)(1).

---

[1] Effective March 31, 2008, Kaneb changed its name to Nustar Pipeline Operating Partnership, L.P.
[2] Effective March 31, 2008, STS changed its name to Nustar Terminal Services, Inc.
[3] *Grace Energy Corporation v. Kaneb Pipe Line Operating Partnership, L.P., et al.,* in the 191st District Court in Dallas County, Texas, cause No. 97-05135-J.
[4] *Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc., Appellants and Cross-Appellees v. Grace Energy Corporation, Appellee and Cross-Appellant* in the Fifth Court of Appeals District, Dallas, Appeal No. 05-00-01592-CV.

Issue 2: The Kaneb Objectors contend that the confirmation of the Plan and the Debtors' discharge does not grant a discharge beyond that available under 11 U.S.C. §§ 1141 and 524, or affect the Kaneb Objectors' ability to defend themselves (including appeal of declaratory judgment, recoupment rights, and setoff rights) in the Kaneb Appeal and in the Kaneb State Court Action, but if the Plan does have this effect, it is not confirmable because the Plan would not comply with the applicable provisions of Title 11. 11 U.S.C. § 1129(a)(1).

Issue 3: The Kaneb Objectors contend that the Plan confirmation and the Debtors' discharge does not affect the Kaneb Objectors' ability to seek recovery against the Debtors nominally in order to obtain liability insurance proceeds for environmental losses.

Issue 4: The Kaneb Objectors contend that the Plan confirmation and the Debtors' discharge does not affect the Kaneb Objectors' ability to seek the Kaneb Objectors' own direct rights as a co-insured under insurance policies or as a successor-in-interest to and/or assignee of one or more entities possessing such rights as a co-insured.

## II.
## LIST OF WITNESSES FOR PHASE II CONFIRMATION HEARING

1. Ellen Presby (Live or Affidavit-authentication of documents)

2. Jeffrey Posner (authentication of documents and assignment/successorship issues)

3. W.R. Grace Custodian of Records (authentication of documents)

4. Fannie Minot (Live or Affidavit-authentication of documents)

## III.
## LIST OF EXHIBITS

See Exhibit A.

Dated: July 20, 2009

Respectfully submitted,

SMITH KATZENSTEIN & FURLOW LLP

_____
Kathleen M. Miller (I.D. No. 2989)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, De 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skfdelaware.com


/s/ Steve A. Peirce (pro hac vice)
_____
Steve A. Peirce, Bar No. 15731200
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: speirce@fulbright.com

and

Toby L. Gerber, Bar No. 07813700
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8080
Email: tgerber@fulbright.com

**ATTORNEYS FOR KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.**