## EXHIBIT A

| NO. | DESCRIPTION |
|---|---|
| K1 | Plaintiff's Third Amended Original Petition |
| K2 | Defendants' Seventh Amended Original Answer, Verified Denials, Affirmative Defenses, and Counterclaims |
| K3 | Amended Final Judgment |
| K4 | Notice of Appeal of Kaneb Pipe Line Operating Partnership, LP and Support Terminal Services |
| K5 | Plaintiff's Notice of Appeal |
| K6 | Abatement Order |
| K7 | Merger Agreement (w/out attachments) |
| K8 | Letter from Dept. of Justice (w/out attachments) |
| K9 | List of Policies |
| K10 | Relevant pages from Continental Casualty CCP 902-36-70 (6/30/73-6/30/76) |
| K11 | Relevant pages from Continental Casualty CCP 248-3440 (6/30/76-6/30/83) |
| K12 | Relevant pages from Continental Casualty CCP 248-3440 (6/30/83-6/30/88) |
| K13 | Relevant pages from American Employers' EY-8220-005 (6/30/71-6/30/74) |
| K14 | Relevant pages from The Home HEC 9 91 99 45 (6/30/71-6/30/74) |
| K15 | Relevant pages from INA XCP 37 45 (6/30/71-6/30/74) |
| K16 | Relevant pages from Continental Casualty RDX 893-68-33 (8/9/73-6/30/74) |
| K17 | Relevant pages from Unigard 1-2517 (6/30/74-6/30/75) |
| K18 | Relevant pages from Continental Casualty RDX 033 915 66 45 |
| K19 | Relevant pages from Northbrook 63-001-170 (6/30/75-6/30/76) |
| K20 | Relevant pages from Northbrook 63-001-171 (6/30/75-6/30/76) |
| K21 | Relevant pages from New Hampshire 5175-0444 (6/30/75-6/30/76) |
| K22 | Relevant pages from Central National CNU 12-33-83 (6/30/75-6/30/76) |
| K23 | Relevant pages from Admiral Insurance Company 75 DD 0164 (SCX 0369) (6/30/75-6/30/76) |

| NO. | DESCRIPTION |
|---|---|
| K24 | Relevant pages from Northbrook 63-001-172 (6/30/75-6/30/76) |
| K25 | Relevant pages from New Hampshire 5175-0445 (6/30/75-6/30/76) |
| K26 | Relevant pages from First State 922099 (6/30/75-6/30/76) |
| K27 | Relevant pages from California Union ZCX 0001391 (Cover Sheet 34078) (6/30/75-6/30/76) |
| K28 | Relevant pages from Lloyd's 76 DD 1594C (6/30/76-6/30/79) |
| K29 | Relevant pages from Northbrook 63-002-048 (6/30/76-6/30/79) |
| K30 | Relevant pages from Lloyd's 76 DD 1595C (6/30/76-6/30/79) |
| K31 | Relevant pages from Prudential DXC 901145 (6/30/76-6/30/77) |
| K32 | Relevant pages from Prudential DXC DX 0250 (6/30/77-6/30/78) |
| K33 | Relevant pages from Lloyd's 77 DD 1631C (6/30/77-6/30/78) |
| K34 | Relevant pages from Lexington 550-63-39 (6/30/77-6/30/78) |
| K35 | Relevant pages from Prudential DXC DX 0251 (6/30/77-6/30/78) |
| K36 | Relevant pages from Lloyd's 78 DD 1417C (6/30/78-6/30/79) |
| K37 | Relevant pages from Lexington 5510442 (6/30/78-6/30/79) |
| K38 | Relevant pages from Granite State 6178-0491 (6/30/78-6/30/79) |
| K39 | Relevant pages from Gerling-Konzern 01/49/99/6282 (6/30/78-6/30/79) |
| K40 | Relevant pages from Lloyd's 79 DD 1633C (6/30/79-6/30/82) |
| K41 | Relevant pages from Northbrook 63-005-793 (6/30/79-6/30/82) |
| K42 | Relevant pages from Lloyd's 79 DD 1634C (6/30/79-6/30/80) |
| K43 | Relevant pages from Lexington 5514585 (6/30/79-6/30/80) |
| K44 | Relevant pages from Granite State 6179-1383 (6/30/79-6/30/80) |
| K45 | Relevant pages from Northbrook 63-005-794 (6/30/79-6/30/80) |
| K46 | Relevant pages from Lloyd's 80 DD 1643C (6/30/80-6/30/82) |
| K47 | Relevant pages from Lexington 5540469 (6/30/80-6/30/82) |
| K48 | Relevant pages from Granite State 6480-5013 (6/30/80-6/30/81) |
| K49 | Relevant pages from Northbrook 63-006-854 (6/30/80-6/30/81) |

| NO. | DESCRIPTION |
|-----|-------------|
| K50 | Relevant pages from Transit SCU 955-565 (6/30/80-6/30/81) |
| K51 | Relevant pages from Granite State 6481-5220 (6/30/81-6/30/82) |
| K52 | Relevant pages from Northbrook 63-008-153 (6/30/81-6/30/82) |
| K53 | Relevant pages from Transit SCU 955-978 (6/30/81-6/30/82) |
| K54 | Relevant pages from Lloyd's KYO 17582 (6/30/82-6/30/85) |
| K55 | Relevant pages from Transit UMB 950-239 (6/30/82-6/30/85) |
| K56 | Relevant pages from Lloyd's KYO 17782 (6/30/82-6/30/85) |
| K57 | Relevant pages from Transit SCU 956-259 (6/30/82-6/30/83) |
| K58 | Relevant pages from Granite State 6482-5442 (6/30/82-6/30/83) |
| K59 | Relevant pages from Transit SCU 956-535 (6/30/83-6/30/84) |
| K60 | Relevant pages from Granite State 6483-5666 (6/30/83-6/30/84) |
| K61 | Relevant pages from Pacific XMO 01 72 04 (6/30/84-6/30/85) |
| K62 | Relevant pages from Granite State 6484-5867 (6/30/84-6/30/85) |
| K63 | Relevant pages from Pacific XCC 01 22 83 (6/30/84-6/30/85) |
| K64 | Relevant pages from Transit SCU 956-881 (6/30/84-6/30/85) |
| K65 | Relevant pages from Continental Casualty RDX 178-45-29 (6/30/84-6/30/85) |
| K66 | Relevant pages from Pacific XMO 017211 (6/30/85-6/30/86) |
| K67 | Relevant pages from Pacific XCC 012315 (6/30/85-6/30/86) |
| K68 | Affidavit of Fannie I. Minot, Esq. in Support of Kaneb Pipe Line Operating Partnership, LP and Support Terminal Services, Inc.'s Reply to the Responses of Debtors, One Beacon America Insurance Company, and Continental Casualty Company to Kaneb Pipe Line Operating Partnership, LP and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay |