## CERTIFICATE OF SERVICE

I certify that on this 20th day of July, 2009, a copy of the foregoing Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Pretrial Submissions was served on the entities listed on the attached service list via first class mail.

David M. Bernick, PC
Lisa G. Esayian
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601
dbernick@kirkland.com

Laura Davis Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
joneill@pszjlaw.com

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
ei@capdale.com

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Dfelder@orrick.com

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
tfreedman@kirkland.com

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
pvnl@capdale.com

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
meskin@camlev.com

John C. Phillips, Jr.
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

| | |
|---|---|
| Philip Bentley<br>Douglas Mannal<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>pbentley@kramerlevin.com | Teresa D. Currier<br>Saul Ewing LLP<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>TCurrier@saul.com |
| David Klauder<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | Stroock & Stroock & Lavan LLP<br>Attn: Lewis Kruger/Arlene Krieger/<br>Kenneth Pasquale<br>180 Maiden Lane<br>New York, New York 10038-4982<br>lkruger@stroock.com |
| Bilzin Sumberg Baena Price & Axelrod LLP<br>Attn: Scott L. Baena/Jay Sackalo<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131<br>sbaena@bilzin.com | Ferry, Joseph & Pearce, P.A.<br>Attn: Theodore Tacconelli<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, Delaware 19899<br>TTacconelli@ferryjoseph.com |
| Janet S. Baer<br>Law Office<br>70 W. Madison Street, Suite 2100<br>Chicago, IL 60602<br>jbaer@jsbpc.com | Michael Lastowski<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>mlawtowski@duanemorris.com |
| Alan Rich<br>1401 Elm Street<br>Dallas, TX 75202<br>Fax: 214-744-5101 | |

Kathleen M. Miller