## CERTIFICATE OF SERVICE

This is to certify that, on July 20, 2009, true and correct copies of:

PRE-TRIAL SUBMISSIONS OF THE EDWARDS JUDGMENT CLAIMANTS IN
COMPLIANCE WITH THE ORDER REGARDING PHASE II PRE-TRIAL PROCEEDINGS

were served via first-class mail, postage prepaid, upon the parties listed on Exhibit A to
this Certificate of Service.

/s/ Kathleen M. Miller
Kathleen M. Miller

## EXHIBIT A TO CERTIFICATE OF SERVICE

David M. Bernick, Esq.
Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800 (Telephone)
(212) 446-4900 (Facsimile)

*Counsel to the Debtors and Debtors
in Possession*

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100 (Telephone)
(302) 652-4400 (Facsimile)

*Counsel to the Debtors and Debtors
in Possession*

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
(212) 319-7125 (Telephone)
(212) 644-6755 (Facsimile)

*Counsel to the Asbestos PI
Committee*

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer,
P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
(312) 641-2162 (Telephone)
(312) 641-2165 (Facsimile)

*Counsel to the Debtors and Debtors
in Possession*

Peter Lockwood, Esq.
Ronald Reinsel, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
(202) 862-5000 (Telephone)
(202) 862-3301 (Facsimile)

*Counsel to the Asbestos PI
Committee*

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price &
Axelrod LLP
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131-5340
Wilmington, DE 19801
(305) 374-7580 (Telephone)
(305) 374-374-7593 (Facsimile)

*Counsel to the Asbestos PD
Committee*

David T. Austern, Esq.
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683
(703) 205-0835 (Telephone)
(703) 205-6249 (Facsimile)

*Counsel to the Asbestos PI Future
Claimants' Representative*

Alexander M. Sanders, Jr., Esq.
19 Water Street
Charleston, SC 29401
(843) 953-5755 (Telephone)
(843) 953-7570 (Facsimile)

*Counsel to the Asbestos PD Future
Claimants' Representative*

Lewis Kruger, Esq.
Arlene Krieger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400 (Telephone)
(212) 806-6006 (Facsimile)

*Counsel to the Unsecured
Creditors' Committee*

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL 60606
(312) 372-2000 (Telephone)
(312) 984-7700 (Facsimile)

*Counsel to Fresnius Medical North
America*

Roger Frankel., Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N. W.
Washington, DC 20005-1706
(202) 339-8400 (Telephone)
(202) 339-8500 (Facsimile)

*Counsel to the Asbestos PI Future
Claimants' Representative*

Alan B. Rich
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909
(214) 744-5100 (Telephone)
(214) 744-5101 (Facsimile)

*Counsel to the Asbestos PD Future
Claimants' Representative*

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher &
Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000 (Telephone)
(212) 735-2000 (Facsimile)

*Counsel to Sealed Air Corporation*

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel
LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100 (Telephone)
(212) 715-8000 (Facsimile)

*Counsel to the Equity Committee*

Office of the United States Trustee
Attn:  David Klauder. Esq.
844 King Street. Suite 2313
Wilmington, DE 19801
(302) 573-6491 (Telephone)
(302) 573-6497 (Facsimile)

*United States Trustee*