## EXHIBIT A

| Exhibit No. | Bates Range | Description |
| --- | --- | --- |
| Zurich Ex. 1 | ZUR00001 to ZUR00007 | Zurich Policy IRD SR 4010 and associated correspondence identifying incorporated policy form |
| Zurich Ex. 2 | ZUR00008 to ZUR00010 | Zurich Policy IRD SR 4010/2 and associated correspondence identifying incorporated policy form |
| Zurich Ex. 3 | ZUR00011 | Zurich Policy ZI 7052/3 |
| Zurich Ex. 4 | ZUR00012 to ZUR00022 | Zurich Policy ZI 7052/4 and associated correspondence identifying incorporated policy form |
| Zurich Ex. 5 | ZUR00023 to ZUR00025 | Zurich Policy ZIB 7434/5 and associated correspondence identifying incorporated policy form |
| Zurich Ex. 6 | ZUR00026 to ZUR00027 | Zurich Policy ZIB 7631-81-C and associated correspondence identifying incorporated policy form |
| Zurich Ex. 7 | ZUR00028 to ZUR00029 | Zurich Policy ZIB 7632-81-C and associated correspondence identifying incorporated policy form |
| Zurich Ex. 8 | ZUR00030 to ZUR00032 | Zurich Policy ZIB 7631-82-C and associated correspondence identifying incorporated policy form |
| Zurich Ex. 9 | ZUR00033 to ZUR00034 | Zurich Policy ZIB 70,631-83-C |
| Zurich Ex. 10 | ZUR00035 to ZUR00036 | Zurich Policy ZID 70,964-84-C |
| Zurich Ex. 11 | ZUR00037 to ZUR00038 | Zurich Policy ZID 70,631-84-C |
| Zurich Ex. 12 | ZUR00039 to ZUR00048 | London Policy Form L.P.O. 354B (umbrella form incorporated by each Zurich policy in Exhibit 1 through Exhibit 11. |
| Zurich Ex. 13 | N/A | Lloyd's Policy 76-DD-1594C |

| Zurich Ex. 14 | N/A | Lloyd's Policy 79-DD-1633C |
| Zurich Ex. 15 | N/A | Lloyd's Policy KYO17582 |
| Zurich Ex. 16 | N/A | Phase I Hearing Declaration of Michael Buresh |
| Zurich Ex. 17 | N/A | Asbestos Claims Settlement Agreement Between W.R. Grace & Co. and Zurich International (Bermuda) Ltd., June, 1999 (addressing Zurich Ex. 10) |