IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| W.R. Grace & Co., *et al.*, | : Case No. 01-1139 (JKF) |
| | : |
| Debtors. | : Jointly Administered |

**Hearing Date: August 24, 2009 at 10:30 a.m. (EST)**
**Objection Deadline: August 7, 2009 at 4:00 p.m. (EST)**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 24, 2009 the undersigned counsel filed the Motion of General Insurance Company of America (i) for Leave to File Proof of Claim *Instanter* and (ii) To Deem Such Claim Timely Filed (the "Motion).

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, are required to be filed on or before **August 7, 2009 at 4:00 p.m. (EST)** with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE THAT IF AN OBJECTION IS TIMELY FILED A HEARING ON THE MOTION WILL BE HELD ON AUGUST 24, 2009 AT 10:30 A.M. (EST) BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 3RD FLOOR, WILMINGTON, DELAWARE 19801.**

{00000998. }

**PLEASE TAKE FURTHER NOTICE** that if you fail to object in accordance with this notice, the Court may grant the relief sought in the Motion without further notice or hearing.

Dated: July 20, 2009
      Wilmington, Delaware

/s/ Frederick B. Rosner

Frederick B. Rosner (DE #3995)
MESSANA ROSNER & STERN LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-777-1111
Facsimile: 302-295-4801

- and-

Robert B. Millner
Monika J. Machen
SONNENSCHEIN NATH & ROSENTHAL LLP
233 S. Wacker Drive, Suite 7800
Chicago, Illinois 60606
Telephone: 312-876-8000
Facsimile: 312-876-7934

*Counsel for General Insurance Company of America*

14809825