# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

### DECLARATION OF JAMES DOWNEY IN SUPPORT OF GENERAL INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE PROOF OF CLAIM

I, JAMES DOWNEY, affirm and declare as follows:

1. I have personal knowledge of the matters set forth herein and if called as a witness, could and would testify as to such matters.

2. In my capacity as a Unit Director in the Complex and Emerging Risks Claims Unit of Liberty Mutual Insurance Group ("Liberty Mutual"), I am authorized to make this affidavit on behalf of General Insurance Company of America ("General Insurance"). I submit this affidavit in support of General Insurance's Motion for Leave to File Proof of Claim.

3. I was employed by Safeco Insurance Company of America ("Safeco"), an entity with which General Insurance is affiliated, until Safeco's acquisition in 2008 by Liberty Mutual. While at Safeco, I was responsible for handling matters for General Insurance relating to W.R. Grace & Co. and its affiliates (collectively, "Grace"), and documents pertaining to Grace were routinely directed to me within Safeco.

4. I am familiar with General Insurance's files and records pertaining to Grace, which were kept and maintained in the regular course of business in General Insurance's files and records retention facilities.

5. I have reviewed the *Order As to All Non-Asbestos Claims, Asbestos Property Damage Claims, and Medical Monitoring Claims: (I) Establishing Bar Date, (II) Approving*

*Proof of Claim Forms And (III) Approving Notice Program* (the "Bar Date Order") (Docket No. 1963) and related *Claims Bar Date Notice* (Docket No. 1960) (together with the Bar Date Order, the "Bar Date Materials") filed in the jointly administered Chapter 11 bankruptcy case (the "Bankruptcy Case") of W.R. Grace & Co. and its debtor affiliates. Based on my personal knowledge, including review of General Insurance's records, neither General Insurance nor Safeco was served with the Bar Date Materials.

6. Prior to my review of the Bar Date Materials in connection with the preparation of this affidavit, I never saw or received copies of the Bar Date Materials and such Bar Date Materials are not part of any files maintained by General Insurance or Safeco pertaining to Grace.

7. I have also reviewed the affidavits of service (the "Affidavits of Service") that were filed in connection with the Bar Date Materials in the Bankruptcy Case from April 2002 through December 2003 (the "Relevant Period") to determine whether General Insurance, Safeco, any other Safeco affiliated company (collectively, the "Safeco Affiliates"), or any individual associated with Safeco or the Safeco Affiliates was served with the Bar Date Materials.

8. Specifically, I reviewed the Affidavits of Service that were filed with the Bankruptcy Court at Docket Nos. 1973, 1974, 2159, 2351, 2832, 3071, 3423, 3935, 4074, 4683, 4756 and 4841.

9. The Affidavits of Service do not show that General Insurance, Safeco, the Safeco Affiliates or any individual associated with Safeco was served with the Bar Date Materials during the Relevant Period.

- 3 -

I declare, pursuant to 28 U.S.C. §1746, and under the pains and penalty of perjury that the foregoing is true and correct and that this declaration is executed on July 13, 2009.

_James Downey_
James Downey