# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

## <u>ORDER</u>

The Court having considered the Motion of General Insurance Company of America for (i) Leave to File Proof of Claim *Instanter* and (ii) To Deem Such Claim Timely Filed (the "Motion"), and good cause having been shown, it is hereby ordered that the Motion is granted and that General Insurance Company of America is granted leave to file its Proof of Claim in the form attached to the Motion, and such Claim is deemed timely filed.

Dated:  August __, 2009
Wilmington, Delaware

_____
United States Bankruptcy Judge

14809802