### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF JAMIE DAWSON, PARALEGAL

STATE OF DELAWARE     :
                      : SS
NEW CASTLE COUNTY     :

       I, Jamie Dawson, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on July 20, 2009, I caused to be served:

### PHASE II PRE-TRIAL STATEMENT OF GARLOCK SEALING TECHNOLOGIES, LLC

       Service was completed upon the parties on the attached list, hereto as <u>Exhibit A</u>, via hand delivery for local counsel and first class mail, postage prepaid, for all other listed parties. Additionally, service was completed upon the parties attached hereto as <u>Exhibit B</u> via electronic mail.

Date: July 20, 2009

                                                                             *Jamie Dawson* (signature)
                                                                             Jamie Dawson

SWORN AND SUBSCRIBED before me this 20th day of July, 2009.

                                                                             NOTARY
                                     My commission expires: **RUTH F. SALOTTO**
                                                            Notary Public - State of Delaware
                                                            My Comm. Expires June 9, 2011

# EXHIBIT A

**VIA HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Facsimile: (302) 652-4400
[Counsel to the Debtors]

David Klauder, Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801
(Counsel to Asbestos PI Committee)

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Counsel to Asbestos PD Committee)

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(Counsel to Official Committee of Unsecured Creditors)

**VIA HAND DELIVERY**
Teresa K.D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(Counsel to Equity Committee)

**VIA FIRST CLASS MAIL**
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: General Counsel
Facsimile: (410) 531-4545

David M. Bernick, P.C.
Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Facsimile: (212) 446-4900
[Counsel to the Debtors]

Peter Van Lockwood, Esq.
Ronald Reinsel, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
Facsimile: (202) 862-3301
[Counsel to the Asbestos PI Committee]

**VIA FIRST CLASS MAIL**
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Facsimile: (212) 644-6755
[Counsel to the Asbestos PI Committee]

**VIA FIRST CLASS MAIL**
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340
Facsimile: (305) 374-7593
[Counsel to the Asbestos PD Committee]

David T. Austern
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683
Facsimile: (703) 205-6249
[Counsel to Asbestos PI Future
Claimants' Representative]

Roger Frankel, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Facsimile: (202) 339-8500
[Counsel to Asbestos PI Future
Claimants' Representative]

Alexander M. Sanders, Jr.
19 Water Street
Charleston, SC 29401
Facsimile: (843) 953-7570
[Counsel to Asbestos PD Future
Claimants' Representative]

Alan B. Rich
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909
Facsimile: (214) 749-0325
[Counsel to Asbestos PD Future
Claimants' Representative]

**VIA FIRST CLASS MAIL**
Lewis Kriguer
Arlene Krieger
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Facsimile: (212) 806-6006
[Counsel to the Official Committee
of Unsecured Creditors]

Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407
Facsimile: (201) 703-4113

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Facsimile: (212) 735-2000
[Counsel to Sealed Air Corporation]

Fresenius Medical Care North America
Corporate Headquarters
Corporate Law Department
95 Hayden Avenue
Lexington, MA 02420-9192
Facsimile: (781) 402-9700

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL 60606
Facsimile: (312) 984-7700
[Counsel to Fresenius Medical
Care North America]

Phillip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Facsimile: (212) 715-8000
[Counsel to the Equity Committee]

# EXHIBIT B

## SERVICE LIST

| | |
|---|---|
| aaronsona@pepperlaw.com | fmonaco@wcsr.com |
| acordo@mnat.com | fournierd@pepperlaw.com |
| acraig@cuyler.com | FRosner@mrs-law.com |
| akelley@dilworthlaw.com | gcalhoun@steptoe.com |
| akrieger@stroock.com | ghorowitz@kramerlevin.com |
| alexander.mueller@mendes.com | gibbonsj@whiteandwilliams.com |
| anna.newsom@mendes.com | gmcdaniel@bglawde.com |
| arich@alanrichlaw.com | gmcdaniel@bglawde.com |
| arosenberg@paulweiss.com | green@lrclaw.com |
| arunning@kirkland.com | Greg.Stclair@skadden.com |
| belias@omm.com | gsvirsky@omm.com |
| bharding@kirkland.com | heather.bloom@kirkland.com |
| bmukherjee@goodwinprocter.com | hertzbergr@pepperlaw.com |
| bsb@capdale.com | hriedel@srbp.com |
| bsb@capdale.com | ilevee@lowenstein.com |
| bstansbury@kirkland.com | IRosenberg@cozen.com |
| butcher@lrclaw.com | jal@capdale.com |
| candon@cwg11.com | jal@capdale.com |
| carignanj@pepperlaw.com | james.freeman2@usdoj.gov |
| carl.pernicone@wilsonelser.com | jbaer@jsbpc.com |
| carolina.acevedo@mendes.com | jcohn@cozen.com |
| casarinom@whiteandwilliams.com | jcp@pgslaw.com |
| caseyl@pepperlaw.com | jcutler@orrick.com |
| Catherine.chen@wilsonelser.com | jeff.friedman@kattenlaw.com |
| cbruens@kirkland.com | jeffrey.boerger@dbr.com |
| cgreco@kirkland.com | jguy@orrick.com |
| cohn@cwg11.com | jk@kttlaw.com |
| collins@rlf.com | jmeltzer@sbtklaw.com |
| cprince@sonnenschein.com | john.mcfarland@grace.com |
| david.boutrous@kirkland.com | joneill@pszjlaw.com |
| david.klauder@usdoj.gov | jpruggeri@hhlaw.com |
| david.primack@dbr.com | jpw@capdale.com |
| david.turetsky@skadden.com | jpw@capdale.com |
| dbernick@kirkland.com | jsakalo@bilzin.com |
| dblabey@kramerlevin.com | jsottile@zuckerman.com |
| dfelder@orrick.com | jspadaro@johnsheehanspadaro.com |
| dglosband@goodwinprocter.com | jwaxman@cozen.com |
| dmannal@kramerlevin.com | jwisler@cblh.com |
| Dpastor@Gilmanpastor.com | kandestin@rlf.com |
| drosenbloom@mwe.com | karen.f.lee@kirkland.com |
| drosendorf@kttlaw.com | kbornstein@sbtklaw.com |
| dsilver@mccarter.com | klove@kirkland.com |
| dspeights@speightsrunyan.com | kmakowski@pszjlaw.com |
| ealcabes@stblaw.com | kmangan@wcsr.com |
| ei@capdale.com | kmayer@mccarter.com |
| eileen.mccabe@mendes.com | kmiller@skfdelaware.com |

| | |
|---|---|
| elongosz@eckertseamans.com | richard.finke@grace.com |
| emdecristofaro@FMEW.com | rifft@wileyrein.com |
| erosenthal@rmgglaw.com | korr@orrick.com |
| ewestbrook@rpwb.com | kpasquale@stroock.com |
| ewolfe@skfdelaware.com | rjsidman@vorys.com |
| lkruger@stroock.com | rmillner@sonnenschein.com |
| loberholzer@pszjlaw.com | rriley@duanemorris.com |
| locasaleg@whiteandwilliams.com | rwyron@orrick.com |
| lstover@eckertseamans.com | sbaena@bilzin.com |
| Madigan.andrea@epa.gov | scalogero@cuyler.com |
| madron@rlf.com | landis@lrclaw.com |
| mark.shelnitz@grace.com | lepley@crowell.com |
| maward@wcsr.com | lesayian@kirkland.com |
| mdavis@zeklaw.com | sfreedman@dilworthlaw.com |
| mdavis@zeklaw.com | speirce@fulbright.com |
| meltzere@pepperlaw.com | SSchindlerWilliams@kramerlevin.com |
| merritt.pardini@kattenlaw.com | sshimshak@paulweiss.com |
| meskin@camlev.com | stearn@rlf.com |
| metkin@lowenstein.com | swspencer@FMEW.com |
| mgiannotto@goodwinprocter.com | tcairns@pszjlaw.com |
| mhurford@camlev.com | tcurrier@saul.com |
| michael.brown@dbr.com | tfreedman@kirkland.com |
| mjoseph@ferryjoseph.com | tgerber@fulbright.com |
| mkramer@bilzin.com | tgerber@fulbright.com |
| mlastowski@duanemorris.com | thomas.quinn@mendes.com |
| mphillips@cblh.com | tmacauley@zuckerman.com |
| mphillips@paulweiss.com | tmessana@mws-law.com |
| mpiropato@stblaw.com | toolee@pepperlaw.com |
| mplevin@crowell.com | travis.langenkamp@kirkland.com |
| mshiner@tuckerlaw.com | tschiavoni@omm.com |
| mumford@lrclaw.com | tscobb@vorys.com |
| mwallace@orrick.com | ttacconelli@ferryjoseph.com |
| mweis@dilworthlaw.com | ustpregion03.wl.ecf@usdoj.gov |
| nancy.manzer@wilmer.com | vguldi@zuckerman.com |
| ndf@capdale.com | warren.pratt@dbr.com |
| noah.heller@kattenlaw.com | wbs@capdale.com |
| pbentley@kramerlevin.com | wbs@capdale.com |
| pcuniff@pszjlaw.com | wrussell@stblaw.com |
| pkoepff@omm.com | wshelley@cozen.com |
| pmahaley@orrick.com | yoderj@whiteandwilliams.com |
| ppantaleo@stblaw.com | young@wildman.com |
| pvnl@capdale.com | |
| ramos@rlf.com | |
| rdehney@mnat.com | |
| Reynolds@rlf.com | |
| rfrankel@orrick.com | |
| rguttmann@zeklaw.com | |
| rhorkovich@andersonkill.com | |