IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline:  August 7, 2009** |
| | ) | **Hearing Date:  August 24, 2009 at 10:30 a.m.** |

**JOINT MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR ORDER LIMITING USE OF COURT'S FINDINGS OR CONCLUSIONS WITH RESPECT TO SOLVENCY**

The Official Committee of Asbestos Personal Injury Claimants (the "ACC") and the Asbestos PI Future Claimants' Representative (the "FCR") respectfully request that the Court enter the attached proposed Order limiting use of future findings or conclusions by the Court with respect to the Debtors' solvency.

In support thereof, the ACC and the FCR state as follows:

1. As the Court is aware, the Bank Lenders, various unsecured creditors, and the Official Committee of Unsecured Creditors (collectively, the "Unsecured Creditors") object that the Debtors are solvent and, therefore, the Unsecured Creditors are entitled to receive post-petition interest. The Unsecured Creditors have indicated that they intend to litigate this issue at the upcoming confirmation hearing.

2. Whether the Unsecured Creditors are entitled to post-petition interest, and if so, at what rate is, at bottom, a contractual dispute between the Debtors, on the one hand, and the Bank Lenders and other Unsecured Creditors, on the other hand. Neither the ACC nor the FCR are parties to the relevant contracts, and are not participants in that

- 2 -

dispute. Accordingly, the ACC and the FCR are not required, and do not intend, to present evidence on these issues.

3. By this Motion, the ACC and FCR simply seek an Order that limits the findings and conclusions, if any, that may be reached by the Court on solvency to the issue presented by the Unsecured Creditors' objection, namely whether they are entitled to post-petition interest. See D'Amico v. CBS Corp., 297 F.3d 287, 294 (3rd Cir. 2002) ("Although we may not dictate the preclusion consequences of our decision to future courts, we do have authority to make clear the limited scope of the District Court's decision."). This is the same approach recommended by this Court in the context of neutrality. Hr'g Tr. at 200, June 22, 2009 ("The way to do that [limit scope of decision], I think, is to say that the Court's findings are limited to the issue that's before me which is plan confirmation and not coverage.").

4. The Debtors have advised that they agree with and consent to the relief sought in this motion.

WHEREFORE, the ACC and the FCR respectfully request entry of an order, in the form of the proposed order attached hereto, providing that any findings or conclusions by the Court with respect to solvency shall only be used for the purpose of determining whether the Unsecured Creditors are entitled to postpetition interest and shall not be used by any party for any other purpose, and granting such other and further relief as the Court may deem just.

[SIGNATURES ON FOLLOWING PAGES]

Dated: July 20, 2009

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*_____
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

PHILIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Philips*_____
John C. Philips (Bar No.110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pgslaw.com

and

{D0157668.1}

- 3 -

OHS East:160583773.2

- 4 -

        ORRICK, HERRINGTON & SUTCLIFFE LLP
        Roger Frankel
        Richard H. Wyron
        Jonathan P. Guy
        1152 15th Street, N.W.
        Washington, DC   20005
        Telephone:  (202) 339-8400
        Facsimile:  (202) 339-8500

*Counsel for David T Austern, Asbestos PI Future Claimants' Representative*