**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: August 7, 2009** |
| | ) | **Hearing Date: August 24, 2009 @10:30 a.m.** |

**NOTICE OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE'S JOINT MOTION FOR ORDER LIMITING USE OF COURT'S FINDINGS OR CONCLUSIONS WITH RESPECT TO SOLVENCY**

TO:  All Parties on the Attached List

PLEASE TAKE NOTICE, that on July 20, 2009, the Official Committee of Asbestos Personal Injury Claimants and Asbestos PI Future Claimants' Representatives filed and served the attached **Joint Motion for Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency** (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **August 7, 2009.**

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **August 7, 2009.**

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 20, 2009

| CAMPBELL & LEVINE, LLC | PHILIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| */s/ Mark T. Hurford* <br> Mark T. Hurford (No. 3299) <br> 800 North King Street, Suite 300 <br> Wilmington, DE 19801 <br> Telephone: (302) 426-1900 <br> Facsimile: (302) 426-9947 <br> mhurford@camlev.com | */s/ John C. Philips* <br> John C. Philips (Bar No.110) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> jcp@pgslaw.com <br> Telephone: (302) 655-4200 <br> Facsimile: (302) 655-4210 |
| -and- | -and- |
| CAPLIN & DRYSDALE, CHARTERED <br> Elihu Inselbuch <br> 375 Park Avenue, 35th Floor <br> New York, NY 10152-3500 <br> Telephone: (212) 319-7125 <br> Facsimile: (212) 644-6755 | ORRICK, HERRINGTON & SUTCLIFFE LLP <br> Roger Frankel <br> Richard H. Wyron <br> Jonathan P. Guy <br> 1152 15th Street, N.W. <br> Washington, DC 20005 <br> Telephone: (202) 339-8400 <br> Facsimile: (202) 339-8500 |
| -and- | |
| CAPLIN & DRYSDALE, CHARTERED <br> Peter Van N. Lockwood <br> Nathan D. Finch <br> One Thomas Circle, N.W. <br> Washington, D.C. 20005 <br> (202) 862-5000 | *Counsel for David T Austern, Asbestos PI Future Claimants' Representative* |
| *Counsel for the Official Committee of Asbestos Personal Injury Claimants* | |