# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## ORDER LIMITING USE OF COURT'S FINDINGS OR CONCLUSIONS WITH RESPECT TO SOLVENCY

WHEREAS, the Official Committee of Asbestos Personal Injury Claimants (the "ACC") and the Asbestos PI Future Claimants' Representative (the "FCR") have filed a Joint Motion for Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency (the "Motion");

WHEREAS, due and adequate notice of the Motion has been given, and objections, if any, to the Motion have been resolved or overruled;

WHEREAS, the Court having determined that just cause exists for the relief granted herein;

IT IS HEREBY ORDERED that:

Any findings made or conclusions reached by the Court with respect to the Debtors' solvency shall be used only for the purpose of assisting the Court to resolve the question of whether Unsecured Creditors, as defined in the Motion, are entitled to postpetition interest and shall not be used by any party in any proceeding for any other purpose.

IT IS SO ORDERED.

Dated: _____, 2009

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0157667.1 }