**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| Debtors in Possession. | : | |

## CERTIFICATE OF SERVICE

      I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on July 20, 2009, I caused a copy of the *Official Committee of Asbestos Personal Injury Claimants and Asbestos PI Future Claimants' Representative's Joint Motion For Order Limiting Use Of Court's Findings Or Conclusions With Respect To Solvency* to be served on counsel via first class mail and electronic mail, as indicated on the attached service lists.

Dated: July 20, 2009                 */s/ Mark T. Hurford*
                                                 Mark T. Hurford (DE No. 3299)

{D0157656.1 }