# Exhibit 2

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |

**ORDER DISALLOWING AND EXPUNGING , IN PART, THE PROOF OF CLAIM
FILED BY NORFOLK SOUTHERN RAILWAY COMPANY**

This matter coming before the Court on the Debtors' Objection to the Proof of Claim

Filed by Norfolk Southern Railway Company (the "Objection") in the above-captioned

bankruptcy cases; the Court having reviewed and considered the Objection the Court finding that

(i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) no further notice or hearing on the

Motion being required:

IT IS HEREBY ORDERED THAT

1.    The Debtors' Objection to Claim No. 7021 is sustained;

2.    Claim No. 7021 is disallowed and expunged, with prejudice, with respect to its

requests for the following:

       (i)    $1.5 million in satisfaction for a settlement between Norfolk Southern and
           Lester F. Kirkland, Jr.

       (ii)   $61,664 for legal fees

       (iii)  $15,595.17 in alleged freight charges; and

3.    This Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Order.

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

Wilmington, Delaware

Dated: _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

2