# Exhibit 3

Norfolk Southern - Home                                                                                                   Page 1 of 1

    USER ID            PASSV

NS Police Emergency



| CUSTOMERS | INVESTORS | MEDIA | COMMUNITY | EMPLOYEES | JOB SEI |

**Search NScorp.com**
[    ] Go

**Set Your NS Home Page**

Select



THIS TRAIN IS ACTUALLY GREEN.

Norfolk Southern trains may be painted black and white, but every day they prove they're green. One train can take up to 300 truckloads of freight off our congested highways. That helps reduce pollution, fuel use, and demand for foreign oil. We're recycling, adopting clean technologies, and working with public agencies and other partners to promote environmental stewardship. That's good for the environment and the economy.

Click here to learn more about NS and the environment.

Our Vision
*Be the safest,
most customer-focused and successful
transportation company in the world*

**ETHICS & COMPLIANCE**
The Thoroughbred Code of Ethics / Hotline

- System Map
- Company Store

**FEATURED NEWS**

- Rail Can Help Congestion C Southern CEC Governors

- Norfolk South County Site f Regional Inte Supporting C Initiative

- Norfolk South Pacific Offer Shippers the Fastest Inter Los Angeles t Expedited Se

Terms and Conditions | Privacy Policy | Contact Us | © Norfolk Southern Corp.

http://www.nscorp.com/nscportal/nscorp/                                                                               7/20/2009