# Exhibit 4



*voices*

Norfolk Southern Corporation | Annual Report 2008



Norfolk Southern

# system map

**Norfolk Southern System**
...... Trackage/Haulage Rights
⇐— Gateway Cities to Western Railroads
(Not all lines shown)

### Description of Business

Norfolk Southern Corporation (NYSE: NSC) is one of the nation's premier transportation companies. Its Norfolk Southern Railway subsidiary operates approximately 21,000 route miles in 22 states and the District of Columbia, serving every major port in the eastern United States and providing superior connections to western rail carriers. Norfolk Southern operates the most extensive intermodal network in the East and is North America's largest rail carrier of metals and automotive products.