## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Hearing Date: August 24, 2009 at 10:30 a.m. (ET)**<br>**Objections Due: August 7, 2009 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION

TO:    Counsel to the Debtors; the Office of the United States Trustee for the District of Delaware; and all parties identified on the attached service list.

The Libby Claimants have filed the attached **Libby Claimants' Motion to Strike, or Alternatively to Limit, the Expert Testimony of Gail Stockman, M.D.** (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 7, 2009 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be received no later than **4:00 p.m. (ET) on August 7, 2009.**

A HEARING ON THE MOTION, IF NECESSARY, WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3rd FLOOR, WILMINGTON, DELAWARE 19801 ON **AUGUST 24, 2009 AT 10:30 A.M. (ET).**

{393.001-W0001417.}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 20, 2009  
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*

W0001417.DOC