# EXHIBIT 1

## Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----

In re:                    Chapter 11

W.R. GRACE & CO., et al., Case No. 01-01139 (JKF)

Debtors.                  Jointly Administered

Ref. No. 21544

DEPOSITION OF JOHN PARKER, M.D.,
a witness herein, called for examination by the
Claimants, taken pursuant to the Federal Rules of
Bankruptcy Procedure, by and before Susan E. Alldridge,
a Registered Professional Reporter and Notary Public in
and for the State of West Virginia, at the Ramada Inn
Conference Center, 20 Scott Avenue, Morgantown,
West Virginia on Tuesday, 9 June 2009, at 9:09 a.m.

## Page 2

```
 1  COUNSEL PRESENT:
 2  For the Claimants:
 3    McGARVEY, HEBERLING, SULLIVAN & McGARVEY, P.C.
      by Jon L. Heberling, Esq.
 4    745 S. Main
      Kalispell, MT 59901-5399
 5
    For W.R. Grace:
 6
      KIRKLAND & ELLIS, LLP
 7    by Brian Stansbury, Esq.
      by Heather A. Bloom, Esq.
 8    655 Fifteenth Street, N.W.
      Washington, DC 20005
 9
    VIA TELEPHONE:
10
    ECKERT SEAMANS
11    by Laura G. Stover, Esq.
      1747 Pennsylvania Avenue, N.W.
12    Washington, DC 20006-4604
13  CHRISTENSEN, MOORE, COCKRELL, CUMMINGS & AXELBERG, PC
      by Dale Cockrell, Esq.
14    P.O. Box 7370
      Kalispell, MT 59904
15
    John Burke, Esq.
16
```

## Page 3

 1       (Deposition Exhibit Nos. 1 through 6
 2       were marked for identification.)
 3
 4                    P R O C E E D I N G S
 5                    -----
 6            J O H N   P A R K E R, M. D.,
 7       was called as a witness, and after having been
 8       first duly sworn, testified as follows:
 9                    -----
10                    E X A M I N A T I O N
11  BY MR. HEBERLING:
12       Q.  State your name for the record, please.
13       A.  John E. Parker.
14       Q.  And your business address?
15       A.  Pulmonary and Critical Care Medicine,
16  P.O. Box 9166, West Virginia University,
17  Morgantown, West Virginia 26506-9166.
18       Q.  And is it correct to say that since 1985
19  you've held positions as an instructor or professor
20  of medicine?
21       A.  Yes, sir.
22       Q.  Can you tell us about your clinical
23  experience treating asbestos-diseased patients?
24       A.  Yes.  When I was in San Francisco,

## Page 4

 1  California, I took care of patients who had worked
 2  in a variety of shipyards in the Bay area. And
 3  then in Morgantown, I've cared for people with
 4  asbestos-related disease since 1985 in the
 5  pulmonary clinic at West Virginia University.
 6  Those are my major clinical experiences.
 7       I've also seen patients and many x-rays on
 8  people that have been asbestos-exposed around the
 9  world.
10       Q.  Could you estimate what number of patients
11  with asbestos disease you've examined?
12       A.  I've seen between 20 and 50 people with
13  mesothelioma. I've seen between 20 and 50 or 60
14  people with asbestosis. And I've seen probably 200
15  people with asbestos-related pleural disease.
16       And lung cancer, probably, again, about 20
17  patients with lung cancer that we -- or I felt was
18  asbestos-related, and probably several thousand
19  people with lung cancer that may not have been
20  asbestos-related.
21       Q.  Of these numbers you gave, what portion
22  would be in the last ten years?
23       A.  Last ten years? Probably 75 percent, in
24  the last ten years.

Page 5

1   Q. And would the same numbers hold for
2   patients treated?
3       The first question was to patients
4   examined.
5   A. Yes. Patients that I've examined, I was a
6   treating or consulting physician on, yes.
7   Q. Okay. And what number of patients with
8   asbestos disease have you followed as treating
9   physician for over two years?
10  A. Well, most of the mesos -- patients with
11  mesothelioma, unfortunately, died in less than two
12  years. And the patients with asbestosis, probably
13  about half of them I've seen for more than two
14  years. The people with asbestos-related pleural
15  disease, probably only a quarter of those patients
16  have I seen for two years consecutively. I may
17  have seen them six or eight years ago and then seen
18  them again.
19      And the lung cancer patients, very few of
20  those have I followed for more than two years
21  because they're usually managed by oncology after
22  the diagnosis is established.
23  Q. And what number of patients with asbestos
24  disease from predominantly amphibole exposures have

Page 6

1   you examined or treated in the last ten years?
2   A. Would you ask that question again, please?
3   Q. What number of patients with asbestos
4   disease from predominantly amphibole exposures have
5   you examined or treated in the last ten years?
6   A. Fewer than 25 percent of the patients, in
7   response to your first question, would have had
8   amphibole exposure, usually mixed amphibole and
9   Chrysotile exposures.
10  Q. Somewhere 20 or 25 percent?
11  A. Less than 25 percent, yes.
12  Q. Less than 25 percent could be 1 percent.
13  So is it, say, in the neighborhood of 15 to
14  25 percent or --
15  A. Sure. 15 to 25 percent.
16  Q. Okay. Generally, is the examination and
17  treatment of actual patients important to the
18  development of your opinions on asbestos disease?
19  A. For individual patients with
20  asbestos-related disease, it's my preference to see
21  them and examine them, in addition to seeing their
22  chest x-rays and lung function testing.
23  Q. And then, generally, as to the disease
24  entity, is it important to have experience treating

Page 7

1   patients, as to your understanding of the disease
2   entity?
3   A. Yes.
4       MR. STANSBURY: Object to the form.
5   BY MR. HEBERLING:
6   Q. And what number of patients with diffuse
7   pleural thickening have you examined or treated in
8   the last ten years?
9   A. About 20. Probably about 10 percent of
10  the patients that I've seen with asbestos-related
11  pleural disease have had diffuse pleural
12  thickening.
13  Q. And then what number of chest x-rays of
14  patients with asbestos disease have you examined
15  in, say, the last ten years?
16  A. 30,000.
17      I should clarify that. I've looked at
18  probably 30,000 x-rays in the last ten years. And
19  your question was how many people with
20  asbestos-related --
21  Q. Right.
22  A. -- disease have I seen chest x-rays on?
23      Probably about -- somewhere between 3- and
24  5,000. Many people have had asbestos exposure that

Page 8

1   I've seen the x-rays of, but I -- probably about
2   3- to 5,000.
3   Q. And are your opinions on asbestos disease
4   still evolving?
5   A. Yes.
6   Q. And does the evolution, in part, relate to
7   the examination and treatment of patients with
8   asbestos disease?
9   A. That plays some role. I think the
10  epidemiologic evaluation of cohorts of patients
11  with asbestos-related disease provides stronger
12  evidence; but I certainly do depend upon my
13  clinical experience in caring for patients and
14  seeing patients presented by other physicians.
15  Q. The patients you've examined or treated,
16  would they have been at the West Virginia -- in the
17  last ten years, would they have been at the
18  West Virginia University medical center?
19  A. Primarily, yes.
20  Q. Okay. You're listed in your CV as
21  attending physician at the West Virginia University
22  medical center, and you also list chief of the
23  section of pulmonary and critical care.
24      As chief of the section of pulmonary and

Page 113

1  a difference in degree?
2  A. I believe he's suggesting it's a
3  difference in both, kind and degree.
4  Q. What sort of difference in kind is your
5  understanding that's being suggested?
6  A. He seems to be suggesting that the pleural
7  disease is very rapidly progressive and that it
8  affects lung function quite adversely. I think
9  that's the main distinction I would draw.
10  Q. Wouldn't that be a difference in degree
11  rather than kind?
12  A. Well, it would -- it would depend upon
13  whether he's attributing the degree to the kind of
14  asbestos fiber that people are being exposed to.
15  My distinction with kind was referring to the
16  exposure.
17  Q. Okay. And that is clearly a difference in
18  kind, since it's winchite; correct?
19  A. It has geological properties that are not
20  identical to other amphibole forms.
21  Q. So that would be a different kind of
22  asbestos, in your understanding?
23  A. Right.
24  Q. And is there literature on

Page 114

1  winchite-asbestos and what kind of asbestos disease
2  it causes?
3  A. There's a tremendous body of epidemiologic
4  evidence about the human health effects of the
5  Libby amphibole contained in work by Harlan Amandus
6  and Corbett McDonald and a follow-up by a
7  Dr. Sullivan. So there's a great deal of
8  substantiation of the human health effects, perhaps
9  more than many other cohorts in the world that have
10  been studied.
11  Q. In this phrase "and progresses very
12  rapidly," what did you mean by that?
13  A. Again, in Dr. Whitehouse's March 2009
14  deposition, he seems very concerned that people's
15  lung function testing may change very dramatically
16  over a short period of time.
17  Q. Okay. So in this sentence that we've
18  focused on, beginning in the third line of page 10,
19  did you mean to say "and may progress very
20  rapidly"?
21  A. That would be okay.
22  Q. As you've written it, do you see that it
23  would be understood as generally progresses very
24  rapidly or just progresses very rapidly, period?

Page 115

1  A. I believe the antecedent sentence that
2  it's referring to is a statement that "Asbestos
3  disease due to Libby asbestos exposure is first
4  diagnosable. Usually there are no symptoms, only
5  positive findings on a chest x-ray or CT. The
6  disease may take decades to progress to a point of
7  severity." And that is a very typical textbook
8  description of asbestos-related disease.
9      But he's expressed views in his 2009
10  deposition that it progresses very rapidly,
11  although I would certainly allow the qualifier "may
12  progress very rapidly."
13  Q. Is it your understanding from the
14  March 2009 Whitehouse deposition that he's saying
15  it progresses very rapidly in all cases?
16  A. No.
17  Q. So "may progress very rapidly" would be
18  more correct?
19  A. That would be fine.
20  Q. And then the next sentence, you say,
21  "Libby cohorts have asbestos-related disease quite
22  typical of amphibole-exposed cohorts."
23      Do you see that?
24  A. Yes.

Page 116

1  Q. What did you mean by "Libby cohorts,"
2  pleural?
3  A. The occupationally exposed cohorts that
4  have been studied by Amandus and McDonald and
5  Sullivan and the community cohorts that have been
6  studied by the American -- the Agency for Toxic
7  Substances and Disease Registry have asbestos
8  disease that's quite typical of amphibole-exposed
9  cohorts.
10  Q. In what way?
11  A. They have more pleural disease than
12  parenchymal disease, and they have pleural disease
13  that is frequently calcified. Those are the main
14  ways in which those cohorts are similar.
15  Q. Is it also typical in the sense that
16  there's predominantly visceral pleural thickening
17  with significant extent and thickness to it?
18  A. The presence of pleural disease in excess
19  of the parenchymal disease is different with
20  amphiboles than most Chrysotile-exposed
21  populations, and that seems to be the case in
22  Libby.
23  Q. And did you see a predominance in the
24  pleural thickening -- of visceral pleural

Page 117

1 thickening over pleural plaques?
2  A. No. Pleural plaques far exceed the
3 presence of diffuse pleural thickening in x-rays
4 that I've seen from Libby, including an enriched
5 film set that I saw in February and April of this
6 year.
7  Q. What does "enriched" mean?
8  A. There were a set of films selected by
9 Brad Black, to show extensive pleural disease, that
10 were given to the ATSDR, for those people to have
11 CT scans within the last two years and then have a
12 comparison of digitally acquired chest x-rays and
13 analog-acquired traditional chest x-rays to be
14 compared by six readers in the ATSDR study and then
15 compared also with the CT scans.
16  Q. How many --
17  A. And that cohort had much more parietal
18 pleural plaques than diffuse pleural thickening.
19  Q. How many --
20  A. And the same was true of the nearly 7,000
21 films I looked at from the Libby community and
22 occupational study reported by Peipins.
23  Q. How many films were in the enriched
24 series?

Page 118

1  A. 200. And we looked at those films as an
2 analog study, as a digital study, and as a CT
3 study. And we looked at them twice in each format.
4  Q. Does "analog" mean hard copy?
5  A. Analog means film screen acquired, a
6 traditional x-ray, as opposed to a digitally
7 acquired x-ray, which is a different technology.
8 The digital we looked at on a computer screen, and
9 the analog were looked at as a hard copy.
10  Q. On a light box?
11  A. On a light box, a view box, yes.
12  Q. Okay. Is there a paper written on this
13 project?
14  A. Not yet, no.
15  Q. There isn't even a draft, I take it?
16  A. I don't believe so.
17  Q. So in the predominance of pleural disease
18 over interstitial fibrosis, you say that's typical
19 of amphibole-exposed cohorts?
20  A. Yes.
21  Q. What amphibole-exposed cohorts have you
22 looked at?
23  A. Cohorts from South Africa, cohorts from
24 Australia, cohorts from the Eastern seaboard of the

Page 119

1 United States, cohorts from Finland, and cohorts
2 from Libby, Montana. There may be more, but that's
3 what I recall at this time.
4  Q. And the Australian cohort, was that from
5 the area of the Wittenoom mine?
6  A. Some of the papers have come from the
7 Wittenoom mine, and the experiences reported by
8 Australians, yes.
9  Q. You mentioned papers. Have you actually
10 looked at films from that area as well?
11  A. Yes.
12  Q. Was that as part of a project?
13  A. Yes.
14  Q. What project?
15  A. It was a project that James Lee had put
16 together.
17  Q. Is there a paper published as a result of
18 that?
19  A. No.
20  Q. And then what was the South African
21 cohort?
22  A. Yes. Those were people that
23 Dr. Neil White included in a series of x-rays that
24 we were applying the ILO classification system to.

Page 120

1  Q. Is there a paper from that one?
2  A. No. There's a paper on tuberculosis from
3 that but not on the amphiboles.
4  Q. You mentioned from the East Coast. Was
5 that an amosite cohort?
6  A. Primarily, yes.
7  Q. Is that the Paterson, New Jersey, plant?
8  A. Those were films that Dr. Irving Selikoff
9 produced for me and others to look at. Dr. Ruth
10 Lilis produced for my review. And Dr. Al Miller
11 produced for my review.
12  Q. And these were predominantly amosite --
13  A. Yes.
14  Q. -- exposures?
15  A. Yes.
16  Q. Did a paper get written out of that one?
17  A. Well, they've written many papers about
18 it, but I did not participate in a reading trial
19 that generated papers. It was a training exercise.
20  Q. And the Finland was what kind of asbestos?
21  A. That's mostly anthophyllite. And
22 Anders Zitting was the person I collaborated with
23 primarily on that, and Matti Huuskonen. And they
24 have many papers on it, but there was no paper

Page 121

1  produced from the radiographs I reviewed with them.
2      Q. And the predominantly pleural disease over
3  interstitial fibrosis, that would be different from
4  Chrysotile in a significant way?
5      A. Chrysotile does not produce as much
6  pleural abnormality as parenchymal abnormality, in
7  my experience.
8      Q. Is it significantly less?
9      A. It's related to dose response
10 relationships affecting the pleura and the
11 parenchyma.
12     Q. I was wondering if it's significantly less
13 than amphibole --
14     A. Yes.
15     Q. -- cohort.
16     A. Yes.
17     Q. Okay. And in your review of Libby chest
18 x-rays, did you see a lot of thin but extensive
19 visceral pleural thickening?
20     A. Most costophrenic angle blunting that was
21 present was also accompanied by parietal pleural
22 plaques. There also was some costophrenic angle
23 blunting that would meet the definition of B2 by
24 ILO. I suspect most of what I saw of costophrenic

Page 122

1  angle blunting would meet the B2 ILO definition, at
2  least unilaterally.
3      Q. I was asking about thin but extensive --
4      A. I did not --
5      Q. -- visceral pleural thickening. Did you
6  see a lot of that?
7      A. I saw some costophrenic angle blunting
8  that would not meet the ILO definition of B2 but
9  would meet the ILO definition of B1.
10     Q. And would that be significantly different
11 than Chrysotile presentations?
12     A. Yes, in my experience.
13     Q. And in the Libby x-rays, did you see a
14 lower incidence of blunting with visceral pleural
15 thickening than you've seen elsewhere?
16     A. No.
17     Q. And in the Libby chest x-rays, did you see
18 significant subpleural interstitial fibrosis?
19     A. It's been present but not different than
20 other cohorts.
21     Q. Not different than other amphibole
22 cohorts?
23     A. Yes.
24     Q. Would that be different from Chrysotile

Page 123

1  cohorts?
2      A. Not always.
3      Q. "Not always," did you say?
4      A. Yes.
5      Q. Generally, is it?
6      A. Generally, yes.
7      Q. And in the Libby chest x-rays, did you see
8  more -- or did you see cases of pure pleural
9  disease with no interstitial fibrosis?
10     A. Yes.
11     Q. And is that consistent with other
12 amphibole cohorts?
13     A. Yes.
14     Q. And is that also significantly different
15 from Chrysotile cohorts?
16     A. Not always, no.
17     Q. Generally so?
18     A. Yes.
19     Q. And when you compared CT scans to chest
20 x-rays on the same people from Libby, did you note
21 that the CT scans showed a lot more pleural
22 disease?
23     A. Yes. The CT scans did demonstrate more
24 pleural disease than was appreciated on the chest

Page 124

1  x-ray.
2      Q. And is that consistent with amphibole
3  cohorts?
4      A. Yes. And Chrysotile cohorts.
5      Q. And then you mentioned the amosite cohort
6  from Paterson, New Jersey. Did you do any work on
7  that same cohort after it moved to Tyler, Texas?
8      A. No, I did not.
9      Q. A lot of the same workers moved from
10 New Jersey to Texas, didn't they?
11     A. I'm not sure if it was the workers who
12 moved. I guess it was the workers who moved. I
13 was going to say also some of the investigators
14 moved, too.
15     Q. Any other amphibole cohorts in the
16 United States that you've done work on?
17     A. No, I don't believe so.
18     Q. On page 10 of Exhibit 1, just above the
19 new caption "The Importance Of," there's a sentence
20 beginning "The Libby radiographic and clinical
21 findings are consistent with international
22 populations exposed to amphibole asbestos."
23         And what are you referring to in terms of
24 clinical findings there?