# EXHIBIT 2

*Law Offices of*

# McGarvey, Heberling, Sullivan & McGarvey, P.C.

| | | |
|---|---|---|
| *Dale L. McGarvey* | *745 South Main* | *Telephones:* |
| *Jon L. Heberling* | *Kalispell, Montana* | **(406) 752-5566** |
| *Roger M. Sullivan, Jr.* | *59904-5399* | 1-800-345-1763 (in State) |
| *Allan M. McGarvey* | | 1-800-406-7544 (out of State) |
| *John F. Lacey* | | *Fax:* (406) 752-7124 |
| | June 30, 2009 | *Email:* dmcgarvey@mcgarveylaw.com |
| | | jheberling@mcgarveylaw.com |
| | | amcgarvey@mcgarveylaw.com |
| | | rsullivan@mcgarveylaw.com |
| | | jlacey@mcgarveylaw.com |

Brian T. Stansbury, Esq.                                    **SENT VIA E-MAIL**
Kirkland & Ellis, LLP
655 Fifteenth Street, NW
Washington, DC 20005-5793

Nathan D. Finch, Esq.
Caplin & Drysdale
One Thomas Circle NW, Suite 1100
Washington, DC  20005

    Re:   Plan Proponent Medical Expert Reliance Materials

Dear Brian & Nate:

    This letter is in follow up to the June 29, 2009, meet and confer discussion we had regarding the reliance materials that Libby Claimants assert have not been produced for certain of the Plan Proponents' medical experts.  In that discussion, I believe we agreed that some form of resolution might occur through attempts on your end to identify more specifically and perhaps produce the specific medical records that Drs. Stockman, Parker, and Friedman relied upon when forming their opinions in this case.  Please consider this letter as an attempt to resolve the discovery concerns we discussed.

    Specifically, please identify as soon as possible in some usable and meaningful way the medical records and other documents that Drs. Stockman, Parker, and Friedman referred to in their depositions but which they admitted have not been particularly named or produced.  Please also produce the actual documents, paying special attention to documents that reflect the experts' own work.  Documents subject to Libby Claimants' request include documents related to formation of opinions on asbestos disease, and include, but are not necessarily limited to:

        Dr. Stockman
        Libby patient records referenced in ¶¶ 14, 59-61 of her expert
        report; *see* June 17, 2009, deposition, 28:8–32:3; 62:25–63:20;
        180:19–188:20; 195:2–201:7.  See e-mail of Jon L. Heberling
        to Nate Finch 6/21/09.

<u>Dr. Parker</u>
Libby patient records reviewed in ATSDR review.

<u>Dr. Friedman</u>
Libby patient records and data referenced in June 22, 2009,
deposition, 32:12–33:14; 88:3–89:6; 92:14–93:8; 95:6–98:9;
100:8-20; 104:12-16; 107:19–112:9; 116:5–120:1;
191:5–194:12; 195:15–196:15; 220:19–221:15; 236:2–239:5;
243:3–245:15; 281:20–284:2; 287:2-14.

Please note that the Libby Claimants' request for the production of actual
documents relied upon by the respective experts is based in part on the fact,
which we discussed, that Libby Claimants cannot necessarily access some or all
of the non-claimant medical records which could be among the experts' reliance
materials. Regardless of how these medical experts obtained the documents that
they reviewed and relied upon, any assumption that all those records are already
in the possession of or even available to Libby Claimants is not justified.

Finally, the Libby Claimants having already been prejudiced by the lack of
identification and production of these documents prior to the experts' respective
depositions, time is now of the essence. Accordingly, please make your
response to this request no later than July 20.

This letter is a request to resolve the issues we discussed on June 29. I
am hopeful that we can eliminate any need for the motions that we discussed.
Libby Claimants nonetheless reserve their right to pursue appropriate relief
regarding these medical experts (and Dr. Welch) as was discussed.

Thank you for your attention to this matter. Please feel free to contact me
or Jon Heberling with any questions or concerns.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

JOHN F. LACEY

cc:    Jon Heberling
       Chris Candon
       Dan Cohn
       Tom Lewis
       Mark Kovacich