IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Ref No.** \_\_\_\_ |

**ORDER GRANTING LIBBY CLAIMANTS' MOTION
TO STRIKE, OR ALTERNATIVELY TO LIMIT, THE
EXPERT TESTIMONY OF JOHN PARKER, M.D.**

Upon the Libby Claimants' Motion to Strike, or Alternatively to Limit, the Expert Testimony of John Parker, M.D. (the "Motion")[1]; and due and sufficient notice of the Motion having been given; and the Court having considered the Motion and any response thereto; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to, or arising from, the Motion or implementation of this Order.

Dated: _____ \_\_\_, 2009
Wilmington, Delaware

                                        Honorable Judith K. Fitzgerald
                                        United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

{393.001-W0001421.}