IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**PRE-TRIAL SUBMISSION AND RESERVATION OF RIGHTS OF
SEALED AIR CORPORATION AND CRYOVAC, INC.**

Pursuant to the Order Regarding Phase II Pre-Trial Proceedings (Docket No. 22347) (the "Phase II Order"), Sealed Air Corporation and Cryovac, Inc. (collectively, "Sealed Air"), parties in interest, by and through their undersigned counsel, hereby file this pre-trial submission and reservation of rights. In the Phase II Order, the Court instructs every party that intends to participate in Phase II of the hearing to confirm the First Amended Joint Plan of Reorganization (the "Plan") (the "Phase II Confirmation Hearing") to file a pre-trial statement (a) listing the issues that the participant intends to address, (b) the witnesses that the participant intends to call, and (c) the exhibits that the participant intends to introduce. Sealed Air does not presently intend to actively participate in the Phase II Confirmation Hearing. However, Sealed Air expressly reserves its rights to participate and be heard in the Phase II Confirmation Hearing, including with respect to the issues, witnesses, and exhibits described below.[1]

---

[1] Capitalized terms that are not defined herein have the meanings ascribed to such terms in the Plan.

<u>Statement of Issues</u>: Sealed Air reserves its rights to participate and be heard on any issue at the Phase II Confirmation Hearing relating to, or affecting, the Sealed Air Indemnified Parties in connection with the Plan, the Sealed Air Settlement Agreement, the Sealed Air Settlement Order, and/or the Chapter 11 Cases. Such issues include, without limitation:

(a) Confirmation of the Plan.

(b) The releases, injunctions, exculpations, indemnifications, claims, and rights of the Sealed Air Indemnified Parties under the Plan, the Sealed Air Settlement Agreement, and/or the Sealed Air Settlement Order.

(c) The rights and claims of the Sealed Air Indemnified Parties against others and any alleged rights or claims that others may assert against the Sealed Air Indemnified Parties.

<u>Witnesses</u>: Sealed Air does not presently intend to call any witnesses at the Phase II Confirmation Hearing. However, and in connection with the issues described above, Sealed Air reserves the right to examine, cross-examine, and rely upon testimony from, witnesses called by others. Sealed Air also reserves the right to present rebuttal evidence, including by way of witness testimony.

<u>Exhibits</u>: Sealed Air does not presently intend to introduce any exhibits at the Phase II Confirmation Hearing. However, Sealed Air reserves the right to introduce and rely upon any exhibits that are introduced or identified by others (including, without limitation, any exhibits that are identified in pre-trial submissions, briefs, objections, or other pleadings that are filed by others).

[Remainder of Page Intentionally Blank]

Dated: July 20, 2009

Respectfully submitted:

Skadden, Arps, Slate, Meagher & Flom LLP
J. Gregory St. Clair
David M. Turetsky
Four Times Square
New York, New York  10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

/s/Douglas D. Herrmann
Skadden, Arps, Slate, Meagher & Flom LLP
Mark S. Chehi (I.D. No. 2855)
Christopher S. Chow (I.D. No. 4172)
Douglas D. Herrmann (I.D. No. 4872)
One Rodney Square
Wilmington, Delaware  19899-0636
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

Attorneys for Sealed Air Corporation
and Cryovac, Inc.