# EXHIBIT 1

## Page 1

```
IN THE UNITED STATES BANKRUPTCY COURT
   FOR THE DISTRICT OF DELAWARE
..................................
                          :   Chapter 11
                          :
IN RE:                    :   Case No. 01-01139 (JKF)
                          :
W.R. GRACE & CO., et al.,:    Jointly Administered
                          :
      Debtors.            :   Ref. No. 21556
..................................
       ORAL AND TELEPHONIC DEPOSITION OF
              GARY K. FRIEDMAN, M.D.
                   JUNE 22, 2009
..................................
```

Oral and telephonic deposition of GARY K. FRIEDMAN, M.D., produced as a witness at the instance of the Libby Claimants, and duly sworn, was taken in the above-styled and numbered cause on the 22nd day of June, 2009, from 9:05 a.m. until 5:26 p.m., before Denise Ganz Byers, RMR, CRR, CSR, in and for the State of Texas, reported by machine shorthand, at the Marriott Intercontinental, 18700 JFK Blvd., Houston, Texas, pursuant to the Federal Rules of Bankruptcy Procedure and the provisions stated on the record or attached hereto.

## Page 2

```
                  A P P E A R A N C E S

FOR THE LIBBY CLAIMANTS:
      John F. Lacey
      MCGARVEY, HEBERLING,
      SULLIVAN & MCGARVEY, P.C.
      745 South Main
      Kalispell, Montana 59901
      406.752.5566
      jlacey@mcgarveylaw.com

FOR THE OFFICIAL COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS:
      Andrew J. Sackett
      CAPLIN & DRYSDALE
      One Thomas Circle, NW
      Suite 1100
      Washington, D.C. 20005
      202.862.5000
      ajs@capdale.com

FOR THE W.R. GRACE & CO.:
      Brian Thomas Stansbury
      KIRKLAND & ELLIS LLP
      655 Fifteenth Street, NW
      Washington, D.C. 20005
      202.879.5969
      bstansbury@kirland.com

FOR THE STATE OF MONTANA:
      (Appearing telephonically)
      Dale R. Cockrell
      CHRISTENSEN, MOORE, COCKRELL,
      CUMMINGS & AXELBERG, P.C.
      P.O. Box 7370
      Kalispell, Montana 59904
      406.751.6003
      dcockrell@cmccalaw.com
```

## Page 3

```
                  A P P E A R A N C E S

FOR MARYLAND CASUALTY/ZURICH
AMERICAN INSURANCE COMPANY:
      (Appearing telephonically)
      Gabriella V. Cellarosi
      ECKERT SEAMANS CHERIN &
      MELLOTT, LLC
      1747 Pennsylvania Ave., NW
      Suite 1200
      Washington, D.C. 20006
      202.659.6612
      gcellarosi@eckertseamans.com

FOR DAVID T. AUSTERN, ASBESTOS PI
FUTURE CLAIMANTS' REPRESENTATIVE:
      (Appearing telephonically)
      Kathleen A. Orr
      ORRICK, HERRINGTON &
      SUTCLIFFE LLP
      Columbia Center
      1152 15th Street N.W.
      Washington, D.C. 20005
      202.339.8561
      korr@orrick.com
```

## Page 4

```
                         INDEX
                  ORAL AND TELEPHONIC
       DEPOSITION OF GARY K. FRIEDMAN, M.D.
                    JUNE 22, 2009
                                              PAGE
Examination by Mr. Lacey                        5
Appearances                                     2
Witness Signature Page/Corrections            302
Reporter's Certificate                        304
                  FRIEDMAN EXHIBITS
NO. DESCRIPTION                               PAGE
 1  4/6/09 letter report to                     8
    Bernard Bailor from
    Gary K. Friedman, M.D.

 2  Curriculum Vitae of                         9
    Gary K. Friedman, M.D.

 3  "Asbestos-Related Pleural                  40
    Disease Due to Tremolite
    Associated with Progressive
    Loss of Lung Function:
    Serial Observations in 123
    Miners, Family Members and
    Residents of Libby, Montana"
    by Alan C. Whitehouse, M.D.

 4  United States Environmental               138
    Protection Agency-Determination
    and Findings of Public Health
    Emergency for the Libby Asbestos
    Site in Lincoln County,
    Montana

 5  Printout of Disk 1                        209
```

Page 85

1  about Libby lung cancers or Libby mesotheliomas?
2     A. I have no knowledge. He has published or has
3  done a Mortality Study that includes those diseases.
4  I don't know if it's his intent to link this with
5  this or not.
6     Q. Just like you don't know what the weather is
7  going to be like tomorrow, do you have any reason as
8  you sit here today to believe he will be doing those
9  things?
10    A. I've already answered your question, sir.
11    Q. Okay. So from your perspective, this is, in
12 fact, a study that addresses the full range of all
13 asbestos disease associated with Libby, Montana?
14    A. I didn't say that.
15    Q. I'm trying to clarify exactly what you think
16 this study is about because we need to start talking
17 about some specifics regarding it.
18    A. As you recall, you asked me whether this
19 study was about asbestosis and I've been trying to
20 address that issue, and I responded by asking what
21 you meant by the word "asbestosis" in your question
22 because Dr. Whitehouse's use of that word is
23 different than is recommended by ATS and most of
24 the -- Dr. Lockey and others.
25       So I wanted to clarify before I

Page 86

1  responded to that question what you mean by
2  "asbestosis," and that's it.
3     Q. And you did so by reference to asbestos
4  malignancies.
5     A. No. That has nothing -- those are not
6  asbestosis.
7     Q. Exactly.
8     A. Right.
9     Q. So, again, I'm trying to understand how you
10 interpret this last paragraph.
11       Do you interpret this last paragraph of
12 the Whitehouse 2004 as suggesting that Dr. Whitehouse
13 is representing to the world it's in literature that
14 this study relates to Libby mesotheliomas or Libby
15 lung cancers?
16    A. Libby lung cancer and Libby mesothelioma are,
17 quote, "other known diseases historically associated
18 with asbestos exposure."
19       That is my interpretation and those
20 diseases have that latency period. If that was not
21 Dr. Whitehouse's intent, then I welcome his
22 opportunity to clarify what "other diseases
23 historically associated with asbestos exposure" he is
24 referencing. I'm not a mind-reader.
25    Q. Okay. Is there any data presented in this

Page 87

1  article as you read it addressing these other
2  asbestos-related malignancies?
3     A. There's not data, per se, present, but he
4  does cite in his bibliography several authors who
5  have reported on asbestos-related malignancies and he
6  cites their studies. He does not mention it himself.
7     Q. How many patients did Dr. Whitehouse include
8  in this study?
9     A. I believe he started with 153 and ended with
10 123.
11    Q. How many PFT results did he use in his study?
12    A. I assume he used 246, because he claims to
13 have used the first and last PFT on each of these
14 individuals, is how it was described, I believe.
15       Let me check his methodology to be sure.
16 I believe he claims to use the first and last, so
17 that would have been 2 times 123. I don't see that
18 he makes any notation other than that in his study.
19    Q. Do you have a reason to doubt that that's how
20 many he really used?
21       MR. SACKETT: Objection as to form.
22    Q. (By Mr. Lacey) I'm trying to -- I asked you
23 how many he used and you told me he claims to have
24 used this many. You didn't answer the other question
25 that way.

Page 88

1     A. I have not seen the worksheets for
2  Dr. Whitehouse as to how many PFTs he actually used.
3     Q. What, if any, underlying data regarding the
4  study have you seen?
5     A. Well, I've seen lots of pulmonary function
6  tests. I've seen reports on all 123 patients. I've
7  seen pulmonary functions on all 123 patients that far
8  exceed the first and last PFT. I've seen pulmonary
9  function results on patients from Dr. Whitehouse's
10 practice, which was originally claimed I believe at
11 491 and then may have expanded to 550. I've seen
12 pulmonary function studies from that portion of the
13 practice group.
14    Q. All that data specifically focusing on the
15 PFT results, did you do any of your own math on that?
16    A. Some, yes.
17    Q. What did you review?
18    A. Well, I --
19    Q. I'm sorry. Not what did you review, what did
20 you subject to your own arithmetic?
21    A. I looked at the -- basically, I looked at two
22 things.
23       Number one was the number of plaintiffs
24 who appeared to have more than two PFTs available
25 prior to the November 31st -- I'm sorry --

Page 89

1 the November -- I believe it was November 13th, 2001
2 date, which was the last PFT I could find entered
3 into the study.
4         And then I looked at PFT results that
5 were performed on the 123 after the study cutoff
6 date.
7   Q. Now I need to clarify one thing for you.
8         Do you understand that not all 123
9 patients in this study are plaintiffs in this
10 lawsuit?
11  A. I'd have no way of knowing that one way or
12 the other.
13  Q. So when you characterized them as plaintiffs
14 just now, you misspoke?
15  A. I was in error. Sorry.
16         The 123 members of Progression Study.
17  Q. Why did you look at PFTs after the November
18 2001 cut-off date?
19  A. Because when you do a longitudinal study, the
20 recommendation is usually the patients we follow for
21 five or six years and that there may be more than two
22 data points. Typically, they recommend that there be
23 four or five data points. That's number one. It's a
24 methodological issue.
25         Number two is that Dr. Whitehouse's

Page 90

1 claim is that this is a severe life-threatening
2 disease, that a substantial number of patients will
3 die because they have a progressive disorder.
4         And if we're going to do a service to
5 our communities, as you suggested earlier, I wanted
6 to make certain that after the study that people
7 continued to progress, so I looked at what happened
8 after he cut the study off in 2001 to see whether
9 some of these people who had progressed actually
10 improved later or whether they progressed at the same
11 rate or if they stabilized.
12  Q. The first question, what's the basis of your
13 opinion or what authority do you have for this
14 recommendation, methodological about five years and
15 more than two data points for longitudinal study?
16  A. I believe -- Can I have a moment to check?
17  Q. Yes.
18  A. There are several sources I used.
19         One is the American Thoracic Society had
20 a workshop on longitudinal studies on methodology.
21         The second source is -- let me see --
22 this is the American College of Occupational and
23 Environmental Medicine Physicians' Statement
24 published in the year 2000. James Lockey, by the
25 way, was the chairman.

Page 91

1         It says -- the pages are not numbered --
2 "Small changes over time will not be detectable if
3 the spirometer and testing technique are not as
4 accurate, precise, rigorous and standardized as
5 possible."
6         We'll get back to that.
7         "The highest degree of spirometer
8 accuracy and precision is needed for serial
9 spirometry measurements. Estimated rates of change
10 over time for individuals are highly variable and
11 should be calculated using at least four to six years
12 of test results to increase the precision of the
13 estimate."
14         And that was Dr. Lockey as chairman.
15  Q. Do you know how many of these 123 patients,
16 the first and last data points were separated by four
17 to six years or more?
18  A. The answer to your question is I do not know
19 with certainty.
20         What I do know is Dr. Whitehouse has
21 indicated that the average follow-up period was
22 3.5 years, which would be less than even the low end
23 of what is recommended. So as a group, they fall
24 below the recommendations of four to six years.
25         And I can find you the other source for

Page 92

1 the four to five data points, I believe. There also
2 was a study by the National Heart, Lung and Blood
3 Institute published by the American Thoracic Society,
4 I believe Dr. Buckley was chairman, which spells out
5 the methodology which is to be used in longitudinal
6 studies.
7  Q. Can I see that?
8  A. Certainly. The quotes are on the very last
9 pages.
10  Q. Can I look at this at a break?
11  A. Sure.
12  Q. I don't want to take the time to write it
13 down.
14         What did you find in your review of
15 these subsequent PFT results?
16  A. There are a substantial number of patients
17 who actually improved. I can't give you the exact
18 number. But if you were to select PFTs after
19 November 2001 and compare them to the last PFT that
20 was performed prior to November 13th, 2001, there are
21 probably 15 or so cases -- I don't want to be precise
22 on the record, I'll have to get that for you -- that
23 could demonstrate one or more spirometric studies
24 that improved or one or more diffusion capacities
25 that improved or one or more total lung capacities

Page 93

1  that improved.
2  Q. Did you do this in a database or spreadsheet?
3  A. I have a database, yes, sir. I have a hard
4  copy. I don't have the electronic.
5  Q. When you say you don't have it, it no longer
6  exists or you just don't have it with you today?
7  A. I did not do it at my own facility. I have a
8  printout, but I don't have the electronic.
9  Q. Where was it done electronically?
10 A. It was done in my capacity as a consultant.
11 I don't know if I can reveal any of the details as to
12 where it was done.
13 Q. As a consultant in this litigation?
14 A. As a consultant in the criminal litigation.
15 Q. For W.R. Grace?
16 A. Correct.
17 Q. You mentioned -- again, I'm not holding you
18 to this number specifically, but the number you gave
19 was 15 may have improved in one way or another.
20 A. Yes.
21 Q. Do you know how many of those 123 died after
22 November 2001?
23 A. No, I do not.
24 Q. Would you be surprised if a number
25 approaching 15 or more of the 123 patients died after

Page 94

1  November 2001 of an asbestos-related disease?
2  A. Given that the average age at the termination
3  of the 2001 study was about 70 years old and given
4  what the average life expectancy is in this country,
5  that between 2001 and 2009 the average age for the
6  study would be approximately 78 at this time, I would
7  be shocked if a substantial number had not died from
8  some causes during that period.
9  Q. You would be shocked if they died of an
10 asbestos-related disease?
11     MR. STANSBURY: Objection; foundation.
12 A. Well, number one is that 100 percent of the
13 people in the study are alleged to have an
14 asbestos-related disease. They could have all had
15 some other health issue.
16     If you have 100 people -- 123 people,
17 all of whom -- 123 people, all of whom have some
18 disease process, and if you say 15 died, that would
19 be about 8 percent of 123 -- no, I'm sorry -- 14
20 percent, 15 percent, something like that.
21     The fact that 15 percent of any
22 population dies between age 70 and age 78 I don't
23 find that surprising at all.
24     It means that 85 percent of your
25 population is still alive at age 78, which is far

Page 95

1  beyond the life expectancy of the United States. I
2  think that's the more impressive issue.
3  Q. Okay. Do you know as you sit here based on
4  any review you've done on things -- I'm not going to
5  ask that.
6       Any other math or calculations or review
7  of the underlying data that you did in this case
8  beyond what you've already mentioned?
9       MR. SACKETT: Objection.
10 A. Well --
11      MR. SACKETT: That's overbroad.
12      THE WITNESS: I'm sorry.
13 A. I've reviewed every aspect of this study.
14 Q. (By Mr. Lacey) Let me -- Yeah. Did you
15 perform any of your own calculations?
16 A. The answer is yes. Well, I performed -- I
17 submitted the information medically to a data entry
18 person who entered the calculations. I reviewed the
19 reports that were generated and I assume
20 responsibility for those.
21 Q. Did you present those findings to anyone
22 other than W.R. Grace in the criminal trial?
23 A. No. I was purely a consultant to Grace.
24 Q. Did you testify in the criminal trial?
25 A. No. I was not asked to testify. I was hired

Page 96

1  as a consultant.
2  Q. Do you know where those reports are now? Are
3  they still in your possession?
4  A. Yes.
5       MR. STANSBURY: I'm going to object to
6  anything further about his consulting work done for
7  W.R. Grace.
8       MR. LACEY: Okay. The objection is
9  there. We'll get the answer.
10 Q. (By Mr. Lacey) Do you still have those
11 things in your possession?
12      THE WITNESS: Am I allowed to respond?
13      MR. LACEY: This isn't privileged.
14      MR. STANSBURY: To the extent he has
15 done privileged consulting work for W.R. Grace and
16 his work for the ACC, we are asserting that Grace
17 still holds that privilege and we are not waiving
18 that privilege.
19 Q. (By Mr. Lacey) This is obviously the kind of
20 thing that unless he's going to instruct you not to
21 answer we'll talk about specifically.
22      MR. STANSBURY: To the extent that the
23 answer requires you to reveal any privileged
24 information exchanged between you and W.R. Grace, I
25 would instruct you not to answer, to the extent that

Page 97

1  it calls for you to reveal any information about the
2  privileged consulting work you've done for W.R.
3  Grace.
4      Q. (By Mr. Lacey) And I'm simply asking you if
5  you still have in your possession -- I'm not asking
6  you about the contents of those things which you've
7  already talked about. Do you still have those in
8  your possession?
9          THE WITNESS: Is that a privileged
10 answer?
11         MR. LACEY: It's not a privileged answer
12 and you know that.
13         MR. STANSBURY: Repeat the question.
14     Q. (By Mr. Lacey) Do you still have the
15 calculations that you performed on the underlying
16 data that you received on these 123 patients?
17     A. I have a hard copy of the computer printouts
18 that identify patients. I do not have any
19 calculations, per se, but I have -- I may have some
20 calculations.
21         I do have a copy only of the printout
22 that identifies patients who meet a certain criteria
23 such as those who had PFTs after a certain date and
24 the date of the PFTs.
25     Q. And did you do a similar review like that

Page 98

1  beyond the 123 patients in this study?
2      A. Yes.
3      Q. Do you know how many patients that involved?
4      A. Again, this was work that was done as a
5  consulting expert for Grace and I do not want to
6  divulge anything that is privileged.
7      Q. I'm just asking you whether you did the work.
8  There's certainly no privilege in the fact that you
9  did the work.
10         MR. STANSBURY: To the extent you're
11 asking about work done for the ACC in connection with
12 the bankruptcy, obviously you can answer that.
13         To the extent he's inquiring about the
14 specific work you performed for W.R. Grace and your
15 role as a consultant for W.R. Grace, you should not
16 answer those questions.
17     Q. (By Mr. Lacey) Are you aware that at this
18 point in this bankruptcy proceeding W.R. Grace and
19 the ACC are joint plan proponents?
20         MR. STANSBURY: Objection. Beyond the
21 scope of his expertise.
22         MR. SACKETT: Also, objection; it calls
23 for a legal conclusion.
24     A. I'm not sure in what capacity that the two of
25 them -- when you say "plan proponents," what do you

Page 99

1  mean by that?
2      Q. (By Mr. Lacey) If you don't know, that's
3  fine. I'm just asking for what you know.
4          MR. STANSBURY: Same objection.
5          MR. LACEY: It's not a new question.
6      A. I'm not familiar with the term. Whether they
7  have a common goal or something, that's possible.
8          Could we take a break on this issue of
9  privilege so I can speed things later as to what I
10 can divulge and what I can't divulge?
11     Q. (By Mr. Lacey) Again, I'm not going to say
12 we can't take a break, but this is not something that
13 you need to consult with counsel about. I don't mind
14 taking five minutes if you want to do that for
15 whatever reason.
16         Yeah, we'll come back in five minutes.
17     A. Would you object to me asking --
18     Q. We'll just leave it at that, we'll take a
19 break for five minutes. I'm not going to promise you
20 the kinds of questions I'm going to ask.
21     A. No. You can ask for whatever you want.
22         MR. STANSBURY: Are we off the record?
23         MR. LACEY: We are off the record.
24         (Recess 11:25 until 11:33.)
25     Q. (By Mr. Lacey) Do you know Steven Haber?

Page 100

1      A. Yes, I do.
2      Q. Who is Steven Haber?
3      A. Dr. Haber was an employee of mine over at the
4  clinic, and then I sold the clinic and Dr. Haber now
5  owns the clinic and I work for him.
6      Q. What clinic was that?
7      A. Texas Occupational Medicine Institute.
8      Q. Are you aware that Dr. Haber was retained as
9  a medical expert in this W.R. Grace bankruptcy case?
10     A. Yes.
11     Q. To your knowledge, was Dr. Haber also
12 retained by W.R. Grace in the criminal trial?
13     A. I assume he was. I think he may have been
14 both in criminal and the bankruptcy.
15     Q. Are you aware of the specific work that he
16 did in this case?
17     A. I've not spoken to Dr. Haber about what he
18 has done in this case. I've seen some reports that
19 were provided to me by the Claimants Committee, but
20 I've not discussed it with him.
21     Q. You've never talked to Dr. Haber about Libby?
22     A. We may have spoken a few times, but I try to
23 keep it separated since I was a consulting expert in
24 a criminal matter and was not involved in the
25 bankruptcy matter until I was retained by the

Page 101

1  Claimants Committee.
2  Q. When was that?
3  A. April.
4  Q. April of this year -- or April --
5  A. Of this year.
6  Q. April of '09?
7  A. That's correct.
8  Q. You had no contact with the Claimants
9  Committee about this case until April of 2009?
10  A. I believe that's correct, sir. Maybe March.
11  March or April.
12  Q. Prior to that, you had never spoken to W.R.
13  Grace or the Asbestos Claimants Committee about the
14  W.R. Grace bankruptcy?
15  A. I'd never spoken to the Claimants Committee,
16  and my last contact with W.R. Grace I believe was in
17  September of '05 on the criminal matter. I believe
18  that's correct.
19  Q. Are you aware that Dr. Haber went to Libby
20  for a long period of time and reviewed x-rays?
21  A. I was aware of that, yes.
22  Q. Were you still practicing at that time?
23  A. I retired in January of '06, and I don't
24  remember if that was before or after I had retired.
25  Q. You never talked with Dr. Haber ever about

Page 102

1  Dr. Whitehouse?
2  A. I may have had some brief conversations with
3  him, but we made it a practice not to communicate
4  about Libby.
5  Q. Why was that?
6  A. Well, because I was a consulting expert and I
7  was a consulting expert on the criminal matter and
8  there was sort of a wall between the criminal matter
9  and the bankruptcy.
10  Q. There was a wall?
11  A. I mean --
12  Q. You worked for W.R. Grace and were hired by
13  W.R. Grace and Dr. Haber was hired by W.R. Grace; is
14  that correct?
15  A. In different capacities.
16  Q. But you knew that he had been hired by W.R.
17  Grace as well; correct?
18  A. That's correct.
19  Q. And this was before September 2005 or at
20  least before you left your practice; correct?
21  A. That's correct.
22  Q. And Dr. Haber was your employee at that time;
23  correct?
24  A. That's correct.
25  Q. And you never discussed W.R. Grace or Libby

Page 103

1  prior to -- during that time?
2  A. I would not say "never," but if we did, it
3  was very limited as far as our conversations go.
4  Q. What would you have discussed in the limited
5  capacity?
6  A. I don't recall. The only clear recollection
7  I have was -- I'm trying to remember what year it
8  was. It may have been May of '06.
9      I had a heart attack and then had
10  angioplasty and cardiac cath and I was in the
11  intensive care unit, and I believe that was May of
12  '06, or it may have been May of '05. I don't recall.
13  I think it was May of '06.
14      And he came -- I was in the intensive
15  care unit and I told him in case something happened
16  to me just some of the things I had been working on
17  in case he needed to take over, because I didn't know
18  what was going to happen at that time. I just had an
19  angioplasty and stent and was in the ICU, and I
20  recall that conversation.
21      We may have had one or two others, but
22  we pretty much --
23  Q. That was May 2006?
24  A. It may have been.
25  Q. As I understand your testimony, you stopped

Page 104

1  working for Grace in September of 2005?
2  A. It may have been September 2006. I'll have
3  to go back and check my calendar. I'm not clear
4  which of those two years it was. At the time -- I
5  was still working for Grace at that point in time.
6  Q. As was Dr. Haber?
7  A. That's correct.
8  Q. How many doctors are at your clinic?
9  A. Three.
10  Q. How many support staff?
11  A. Currently, three.
12  Q. To your knowledge, did Dr. Haber prepare any
13  reports for W.R. Grace?
14  A. I've been provided some reports from the
15  Claimants Committee. Those are the only ones I'm
16  aware of.
17  Q. To your knowledge, did your clinic staff
18  prepare those?
19  A. It's not my clinic staff. It ceased being my
20  clinic staff on January 1st, 2006.
21  Q. Prior to that, the clinic, yours or
22  Dr. Haber's, did the clinic staff prepare Dr. Haber's
23  reports?
24  A. They would -- I assume they would have unless
25  Dr. Haber -- sometimes he does his own typing. So

Page 189

1  this progressive loss of lung function that his
2  parents are going to die.
3      A.  A substantial number of them. I believe he
4  said either 50 or 75 percent, at least in one of his
5  affidavits, or one of his prior expert reports.
6      Q.  This is the same piece of testimony that you
7  believe he offered in other cases that you can't
8  point me to directly but you think he said it?
9      A.  That's correct.
10     Q.  But you don't know where?
11     A.  I believe it was either in an expert report
12 or an affidavit.
13     Q.  Does his report, his 2004 study, make any
14 representation about mortality?
15         I'm going to read to you the same
16 language you read to me before. "It is apparent from
17 these data the majority of the 1,500 patients who
18 have radiologic changes of asbestos exposure are at
19 increased risk for progressive loss of lung function
20 from pleural changes alone or from potential
21 development of interstitial fibrosis."
22         And then a little bit more, "It is not
23 unreasonable to expect that the people who live in
24 Montana will have to be monitored over the next 30 to
25 40 years because of the risk for loss of pulmonary

Page 190

1  function and other known diseases historically
2  associated with asbestos exposure."
3          Do you read that to make a statement of
4  prediction regarding mortality?
5      A.  Again, his statement came either from an
6  expert report or an affidavit.
7          It's my understanding that that's really
8  the crux of your case, is he's alleging that these
9  Libby patients have a worse prognosis than other
10 patients affected by the dust.
11         I mean, isn't that the claim?
12     Q.  Again, you've made very clear you don't want
13 to know about very significant legal things, so at
14 the request of your counsel I'm going to stay out of
15 telling you what this case is about because --
16     A.  Okay.
17     Q.  -- they're going to object.
18         So let's look at the specific data
19 errors that you believe were injected by
20 Dr. Whitehouse.
21     A.  Okay.
22     Q.  Uh-huh.
23     A.  Turn to Page 220 of his report.
24     Q.  Yes.
25         MR. SACKETT: Just to clarify, you mean

Page 191

1  his 2004 article?
2          THE WITNESS: Correct. Sorry.
3      A.  I'm sorry. 2004 article, Progression Study.
4      Q.  (By Mr. Lacey) Thank you.
5      A.  Starting at the top of the second paragraph,
6  number one, he says, "The studies prior to 1998 were
7  performed on a Sensormedics Model 6200 and
8  subsequently on a Medgraphics Model 1085."
9          Again, in a longitudinal study you
10 should keep the testing equipment constant because
11 there are differences between pulmonary function
12 equipment and manufacturers that may exceed the
13 decline that Dr. Whitehouse is alleging caused by
14 patients.
15     Q.  How many of the 123 patients were tested on
16 one machine and then the other PFT result was on a
17 different machine?
18     A.  I do not know the answer. I do know that --
19 I believe that the change occurred in about 1998 or
20 '99 and those patients tested prior to that time
21 would have been tested on the Sensormedics and those
22 after were tested, when they had their -- that's your
23 problem, is that you've got your first test on the
24 Sensormedics machine and your last test on a
25 Medgraphics machine, possibly. Okay?

Page 192

1      Q.  You don't know how many, though, but
2  possibly?
3      A.  Correct.
4      Q.  Okay.
5      A.  And there's a reason I say "possibly."
6      Q.  And is there -- in your experience as a
7  pulmonologist taking into account the PFTs are
8  inherently designed to deal with people and assess
9  their impairment at the moment, evaluating all of
10 those other computer models and data, is there
11 something that is inherently wrong with either the
12 Sensormedics Model 6200 or the Medgraphics Model 1085
13 that you can't trust the result that it produces?
14     A.  Yes.
15     Q.  What is that?
16     A.  Number one is when we say "test the results,"
17 for purposes of scientific reporting you may need a
18 different level of precision than you do in the
19 day-to-day management of a patient.
20         In other words, it may not affect my
21 therapy much if there's a 3 to 5 percent difference
22 between machines if I'm simply treating a patient.
23 If the purpose I'm using these machines is for a
24 scientific investigative study, there must be
25 precision, and there is an inherent difference

Page 193

1 between these two pieces of equipment.
2    The Sensormedics 6200 used what was
3 called an anemometer, which measures these values
4 through flow, and there's flow across a heated wire
5 and the change in the heated wire is then reflected
6 in pulmonary function values.
7    The 6200 is an obsolete piece of
8 equipment that Sensormedics had some problems with.
9 They discontinued it. You can no longer get
10 replacement parts for it.
11 Q. When did they discontinue it?
12 A. I'm not sure exactly what year, but I called
13 and talked to Sensormedics.
14    I'll tell you how old it is. It
15 operated on a DOS operating system.
16 Q. You talked to them in relation to your
17 opinion in this case?
18 A. Yes.
19 Q. When was that?
20 A. I talked to them in the past when I was
21 working on the criminal matter.
22 Q. But that opinion is valuable and something
23 you're relying upon now to offer an opinion about the
24 Whitehouse 2004 study in this case?
25 A. That opinion would be yes.

Page 194

1 Q. And did you correspond with Sensormedics?
2 A. Just a telephone call.
3 Q. How many?
4 A. One.
5 Q. Who did you talk to?
6 A. I'll see if I have a note somewhere where I
7 wrote down the name of the lady that I spoke to. But
8 I asked them and the equipment used an anemometer and
9 it's been discontinued and it's obsolete.
10 Q. You can't tell me the date that it became
11 obsolete?
12 A. I can find out for you or try to find it out.
13 Okay?
14 Q. Okay.
15 A. The Medgraphics 1085 I'm very familiar with
16 because that's the type of equipment I believe we
17 have had in our office.
18    The Medgraphics 1085 operates not on an
19 anemometer but on a device called a pneumotach. And
20 whereas the Sensormedics 6200 measured flow across a
21 heated wire, the Medgraphics measures pressure
22 against a diaphragm with what's called a pneumotach,
23 so one is a flow device and one is pressure
24 sensitive.
25    The pneumotach operates on a different

Page 195

1 operating system than the old DOS system. It's much
2 more refined and so there would be significant
3 differences between studies done on the old
4 Sensormedics pre-1988 or '9 and the pneumotach from
5 Medgraphics which would be your last studies,
6 possibly.
7 Q. How often in your experience as a director of
8 pulmonary labs do you have to update or replace
9 equipment?
10 A. Every eight to ten years or so they wear out
11 or become obsolete or they develop new equipment.
12 Q. Okay.
13 A. So that is a serious issue here when you're
14 supposed to keep everything constant.
15    Now, the bad news is that Dr. Whitehouse
16 has represented that studies prior to 1998 were
17 performed on a Sensormedics Model 6200 and
18 subsequently on Medgraphics Model 1085.
19    In fact, there are probably at least ten
20 or more other pieces of equipment that measured PFTs
21 during the time frame up through November 13th, 2001.
22 Q. And those ten or more pieces of equipment,
23 did they generate specific PFT data that you know
24 were relied upon among the 246 data points in this
25 study?

Page 196

1 A. Some of them.
2 Q. Which ones?
3 A. Well, I need to finish my answer.
4    Some of them appear to be the latest PFT
5 prior to November 13th, 2001. I can't give you a
6 precise number, but there are -- what Dr. Whitehouse
7 tells us is just these two pieces of equipment were
8 used when in fact people had PFTs done by National
9 Jewish, they had PFTs done by various hospital labs,
10 they had PFTs done in other cities that were not
11 performed on either of these pieces of equipment.
12 Q. And you can't tell me which ones?
13 A. I could try and go back to the medical
14 records. I can identify these people, but I'd have
15 to go back to the records.
16 Q. Here's my concern --
17 A. Yes.
18 Q. -- Dr. Whitehouse has represented, not
19 without consequence and consideration, that his study
20 was conducted a certain way.
21 A. That's correct.
22 Q. To the extent you believe you've gone through
23 this line by line, I can assure you that
24 Dr. Whitehouse, in putting his name out there
25 scientifically and by reputation, validates the

## Page 209

1  (Friedman Exb. No. 5 was
2  marked for identification.)
3  MR. LACEY: And that represents the CD
4  PowerPoint that I was provided by counsel.
5  Q. (By Mr. Lacey) Looking at the "Conclusions"
6  page of the Whitehouse '04 study --
7  A. And I'm not finished, by the way.
8  Q. Okay. By all means, tell me what the other
9  issues are.
10  A. Dr. Whitehouse -- let's go to the -- just
11  kind of sentence by sentence.
12  It says, "All studies were done before
13  and after bronchodilator using Albuterol."
14  That's not a correct statement.
15  Q. As you interpret the data?
16  A. No. The PFT forms have a section that says
17  "Pre-bronchodilator" and a section that says
18  "Post-bronchodilator," and there are some studies --
19  and I don't believe I have those today, some may be
20  on one of these PowerPoints -- where bronchodilators
21  were not administered.
22  Q. What I need to be clear about here, you've
23  reviewed far more than 246 PFT results; correct?
24  A. Yes.
25  Q. And so as you sit here today, you can't

## Page 210

1  necessarily identify which PFT results were relied
2  upon by Dr. Whitehouse in this study, can you?
3  A. To the best of my ability, I can identify
4  first and last, the least that I had.
5  Q. Then I guess I have two questions.
6  A. All right.
7  Q. If there are data points anywhere between
8  first and last on a particular patient, did you
9  exclude them automatically from the opinions you're
10  making now about post-bronchodilator not being true?
11  A. The statement, "All studies were done before
12  and after bronchodilator utilizing Albuterol" does
13  not specify that they were the first and last
14  studies. The word "all" is all-inclusive.
15  Q. Why would Dr. Whitehouse make a
16  representation about studies that aren't relevant to
17  the results he's reporting here?
18  MR. STANSBURY: Objection; speculation.
19  A. I can't speculate.
20  Q. (By Mr. Lacey) But you're saying that he's
21  wrong because you're interpreting "all studies" to
22  mean all studies over time, not all studies relied
23  upon in this study?
24  MR. SACKETT: Objection; misstates the
25  testimony.

## Page 211

1  Q. (By Mr. Lacey) Please clarify for me how
2  you're interpreting "all studies."
3  A. I interpret -- when it says -- again, the
4  preceding title of this paragraph is "Material and
5  Methods," and nowhere does he say that -- under
6  "Materials and Methods," nowhere prior to the
7  statement "All studies were done before and after
8  bronchodilator utilizing Albuterol" does he say "just
9  all first and last studies." He says "all studies."
10  Now --
11  Q. You might be right.
12  A. Right.
13  Q. It doesn't matter.
14  A. Right.
15  Q. It doesn't matter.
16  A. So that's how I interpret it.
17  Q. I'll give you that point. But does it matter
18  if what found its way into this study is first and
19  last? Does it matter that a middle study that never
20  found its way into the study -- and we're being
21  sloppy with what we mean by Whitehouse study and PFT
22  study, so I'll be clear.
23  Does it matter if a PFT study that is
24  not the first or last PFT result on a particular
25  subject of this 123, does it matter at all if it was

## Page 212

1  done on a different piece of equipment, if it was
2  done without post-bronchodilator if it never made its
3  way as a point of data that Dr. Whitehouse relied
4  upon in his '04 study?
5  A. Yes.
6  Q. Why?
7  A. Well, number one, it clearly to the reader
8  appears that this was done uniformly.
9  Number two, if you're following a
10  patient in a longitudinal study and one of the -- in
11  fact, the first admonition is to keep things
12  constant, you should be doing every test the same.
13  Otherwise, is this being biased? How
14  would Dr. Whitehouse ever know what is the first and
15  the last study?
16  In other words, if you say all studies
17  were done, and, like you say, pick a cut-off point
18  for whatever reason, I don't question that, but if
19  sometimes you do it and sometimes you don't do it,
20  the last time you don't do it may well end up as your
21  last study or it could have been your first study.
22  So the bottom line is that when you
23  represent that it's all studies, that's one thing.
24  Number two is for a person who comes
25  along and reviews it, let's say Dr. Lockey would

Page 213

1  review this, unless he had additional information,
2  how would he know which test Dr. Whitehouse chose to
3  put into this report. I don't have all of those
4  dates.
5     Q. Again, assuming that as part of this study
6  what happened is that Dr. Whitehouse provided 246 PFT
7  results --
8     A. Okay.
9     Q. -- to his peer review people, to the journal,
10 et cetera, would you admit that you have access to
11 more records than those people might have because of
12 your role in this litigation?
13    A. I would admit that I probably -- I don't know
14 what he provided to the peer reviewers. I have no
15 way of knowing.
16       Typically peer reviewers do not sit down
17 and review every patient's medical record like I
18 have. So the question --
19    Q. I need to clarify that. Why do you say that?
20       When you say "typically," what's your
21 experience as a peer reviewer that --
22    A. Well, in my experience, most peer reviewers
23 will read the article and then maybe look at some
24 printouts of underlying data.
25    Q. What experience is that? Earlier you

Page 214

1  testified that you don't publish and that --
2     A. I don't.
3     Q. -- you haven't been involved as a peer
4  reviewer.
5     A. Just over the years of talking to the
6  academic community people that do.
7     Q. Anecdotal?
8     A. Anecdotal, right. And if I'm wrong, I'm in
9  error. Then my response to your question then is I
10 don't know.
11       But I know that peer reviewers are not
12 going to sit down nor would they have the time to
13 review the individual records or eight PFTs on
14 Patient 94 and identify that they're all from
15 different labs.
16    Q. And so, again, when you say that this
17 represents a flaw --
18    A. Yes.
19    Q. -- are you saying that it represents a flaw
20 in Dr. Whitehouse's practice, that he is not
21 consistent over time, that he uses eight different
22 pieces of equipment, that he does these other kinds
23 of sometimes post-bronchodilator, sometimes not, he's
24 not fit to run a PFT lab, or are you saying that
25 those inconsistencies, even though they may not enter

Page 215

1  into the particular points of data that were relied
2  upon for this 2004 study, make the study unreliable?
3     MR. SACKETT: Objection as to form.
4     Q. (By Mr. Lacey) If you don't understand my
5  question, we'll try to break it down more, but I'm
6  trying to -- I think you know what I mean.
7     A. Let me answer briefly.
8        The first part of your question deals
9  with clinical practice. I have no -- absolutely no
10 complaint about Dr. Whitehouse's use of different
11 laboratories in clinical practice. Doctors all of
12 the time have to rely on different PFTs from
13 different sources in the nature of their clinical
14 practice.
15       That is very different from doing a
16 scientific controlled study which has to be
17 controlled to variables. It also -- so I want to
18 make that distinction.
19       Number two is the fact of the wording
20 that indicates that only these two pieces of
21 equipment were used.
22       Number three, I don't think you properly
23 characterized my testimony. I'm not saying that none
24 of the other laboratories were included as either
25 first or last. Some were, some may not have been.

Page 216

1     Q. But you don't know?
2     A. I believe that based on the data that I've
3  looked at that the 1982 studies, the 1970 studies
4  were the first studies available in the chart, and my
5  understanding was that Dr. Whitehouse was to comply
6  with providing complete records.
7        Assuming he complied with that, then
8  based on my review of those complete records, these
9  are the first and last that I can identify.
10       If he didn't provide complete records,
11 then certainly I could be in error.
12    Q. So as you sit here today, again, you've
13 looked at a lot more than 246 PFT study results?
14    A. Yes, I have.
15    Q. You don't know which 246 PFT studies
16 Dr. Whitehouse actually used as a basis for his
17 findings in this study?
18    A. He represents first and last. I've tried
19 where possible to identify those. If that's -- if my
20 identification is not correct, I've made a good faith
21 effort.
22    Q. Okay. I was going to move on. You said you
23 weren't done yet.
24    A. No.
25    Q. So continue if you can.

Page 217

1  A. The next sentence -- I'm just going sentence
2  by sentence in this one paragraph -- "The same
3  technician was used throughout the entire period."
4      Again, that's not a correct statement.
5  Q. Can you point me to specific records?
6  A. Yes, sir. It's in the PowerPoint. Let's
7  look in the same PowerPoint we just had.
8  Q. (Indicating.)
9  A. Where would Number 9 be? I'm sorry.
10 Q. Pretty far back. Here it is.
11 A. Please start on Page 12. I've identified by
12 initials all of the different laboratories and
13 technicians -- or maybe not all, but this is just at
14 least a sampling of one, two, three, four, five, six,
15 seven, eight, nine, ten, eleven, twelve, thirteen,
16 fourteen, fifteen -- I believe fifteen separate
17 technicians who performed pulmonary function testing
18 over the course of the study and then there were some
19 where the technician couldn't be identified.
20 Q. Keep that page available to you.
21 A. Sure.
22 Q. 15 technicians, are those all on the same
23 patient?
24 A. No.
25 Q. Are they all -- how many different patients

Page 218

1  is that?
2  A. I would assume that they're -- I believe that
3  they're mostly on different patients.
4  Q. So fifteen different technicians on up to,
5  but some number close to fifteen patients?
6  A. Yes. It appears that these are all selected
7  from different patients.
8  Q. Okay. And --
9  A. I could be in error because -- well, here's
10 one, two technicians on one patient.
11 Q. What patient number is that?
12 A. 25. LP25, and I believe -- I can't tell if
13 this is a 52 or 82, but LP52 may have two
14 technicians.
15 Q. LP25, are those both at the same lab, just
16 different technicians, or different labs?
17 A. They were -- two of the studies at least on
18 LP25 were both at St. John's Lutheran Hospital.
19 Q. Again, I'll ask you the same question as
20 before, do you know whether these 15 different --
21 A. I'm sorry. LP25 also has a technician from
22 National Jewish under the Libby Community
23 Environmental Health Program.
24 Q. The same question as before, do you know that
25 these 15 different PFT study results were actually

Page 219

1  relied upon among the 246 that Dr. Whitehouse
2  represents in his 2004 study?
3  A. I do not know, but, again, I am simply
4  demonstrating that there is a statement under
5  "Materials and Methods" which does not indicate that
6  this is applicable to first and last, simply stating,
7  quote, "The same technician was used throughout the
8  entire period."
9  Q. What period are you thinking?
10 A. Whatever period Dr. Whitehouse is
11 referencing.
12 Q. Does it go back to 1974 with the date that
13 you first identified to 2001?
14 A. If that's when the first test occurred.
15 Q. You're interpreting these in a number of
16 finite ways and I want to know how you are
17 interpreting the other things that are open to
18 ambiguity.
19     What do you use to interpret "entire
20 period"?
21 A. Dr. Whitehouse indicates that these patients
22 were followed for at least 14 years, the average 3.5,
23 but I believe he indicated somewhere I've seen at
24 least 14 years for among the longest, which from 2001
25 would put it back to '87, and there may be longer.

Page 220

1  I'm not sure where he was counting from.
2      But if in fact -- if I've got PFTs that
3  are supposed to be the first PFT and I have a PFT
4  that's supposed to be the last PFT and if in fact
5  Dr. Whitehouse used the first and last PFT, then
6  whatever that period is would be what I would assume
7  that period would be.
8      (Phone ringing.)
9  Q. Again, we're assuming -- you're assuming that
10 all of these LP patients were actually among the 123?
11 A. They were all represented as being among the
12 123, yes.
13 Q. Represented to you by counsel?
14 A. That's correct.
15 Q. As a part of this 550 master?
16 A. Correct.
17 Q. Any other things? You were going sentence by
18 sentence.
19 A. Yes, sir. "Lung volumes and DLCO were
20 measured after bronchodilator."
21     Again, that's not completely true. I've
22 got examples that are present probably in Number 9
23 that will demonstrate that DLCO and lung volumes were
24 not always measured after bronchodilators.
25 Q. How many?

Page 221

1  A. I'm not sure how many and I don't represent
2  that these are complete -- all examples. These are
3  simply for demonstrative purposes, these PowerPoints.
4  There may be other cases as I review records.
5  Q. Why would you have pulled out some of them
6  and not all of them?
7  A. Because if these were supposed to be used as
8  demonstratives at trial, they are very similar and
9  there's no reason to sit and show 15 or 20 slides of
10 the same thing.
11 Q. When did you create these PowerPoints?
12 A. I started on some of these during the
13 criminal case, but I've updated them or have amended
14 them in conjunction with the work with the claimants
15 on most of these.
16 Q. Would you agree with me that on a study such
17 as Whitehouse 2004 with up to 123 different subjects
18 that there is a substantial difference in terms of
19 evaluating its reliability between pulling out every
20 case of error about post-bronchodilator and an
21 example of one or two or three? Is there a
22 difference there if the real number is something much
23 greater?
24 A. I don't understand that question at all.
25 Q. If the study of 123 subjects -- if you're

Page 222

1  right, and I'm not saying that you are because I
2  know, like I said, there are questions of fact
3  between you and Dr. Whitehouse about this -- but if
4  you're right and certain PFTs were conducted and
5  incorporated in this study among the 246, not using
6  the same --
7  A. Technician.
8  Q. -- technician, if that number of 246 is a 6,
9  don't you think that means something about the
10 reliability versus if the real number is 60 that were
11 not used using the same technician?
12        Isn't the one that just had 6 with a
13 different technician far more reliable than the one
14 that had 60 without the same technician?
15        MR. SACKETT: Objection as to form.
16 A. Again, the answer to your question is if you
17 had the less degree of variability you have in a
18 longitudinal study, the better it's controlled and
19 the less likely there is for error.
20        The purpose for these observations is to
21 simply show that many things line by line have
22 demonstrable facts that don't seem to be in concert
23 with the way the paper is written.
24 Q. (By Mr. Lacey) As a matter of design --
25 again, I want to draw a distinction here, there's a

Page 223

1  difference between design and implementation -- and
2  reliability because it was poorly designed is one
3  issue, reliability because it was not implemented and
4  what's represented in the paper is just wrong is a
5  different issue.
6        Would you agree with me on that?
7  A. I can see where you would think there would
8  be two different issues, yes. There's a
9  relationship, but I would --
10 Q. I understand there's a relationship and I'll
11 concede that, but if we want to talk about
12 reliability of the data that's been reported -- and
13 understanding that the design may force us to inject
14 certain limitations upon what that outcome means from
15 the study -- but if there's a reliability question
16 about how the data was actually used, is it your
17 opinion that simply throwing a couple of examples out
18 is sufficient or equivalent to demonstrating
19 reliability that you could have shown but you just
20 didn't on a much broader level?
21        MR. STANSBURY: Objection.
22        MR. SACKETT: Objection.
23        MR. LACEY: Yeah.
24 Q. (By Mr. Lacey) Again, I'll just use flat
25 numbers. 246 PFT studies were represented to be

Page 224

1  relied upon by Dr. Whitehouse in this study; right?
2  A. Right.
3  Q. Say six of those PFT studies used a different
4  technician than the other 240.
5  A. Okay.
6  Q. That would lend a certain degree of
7  reliability, not 100 percent, but it would suggest a
8  certain degree of reliability based on that one
9  variable; correct?
10 A. Based on that one variable, yes.
11 Q. Yes. If instead of talking about 6 out of
12 the 246 that used different technicians we had 46,
13 wouldn't you agree that the study based on 200 as
14 opposed to 246 using the same technician is far less
15 reliable than the one that actually used the same
16 technician in 240 out of 246?
17 A. The answer to your question is, based on that
18 example, the less variability, the more reliable a
19 longitudinal study would be.
20 Q. That's design. I'm talking about
21 implementation.
22 A. You've got me confused now, because I thought
23 you were talking --
24 Q. I'm talking about implementation.
25 A. Okay. Well, my answer is the same.

Page 225

1  Q. It's either perfect or it's unreliable.
2  A. No. No. That's not what I'm saying.
3     I'm going to bifurcate my answer two
4  ways.
5  Q. Okay.
6  A. Number one, the question is if I'm a peer
7  reviewer, and I'm going to pretend -- let's say I
8  don't know what peer reviewers do. If I was a peer
9  reviewer, I would say, "Okay. This doctor tells us
10 that there were studies between 1998 and prior to
11 that time on one type of machine that used the old
12 DOS system and an anemometer, flow-driven, and those
13 were his pre-studies, everything before 1998, and the
14 last studies had to have been done on a Medgraphics
15 after that time, so at the very least we've got two
16 very different types of equipment, is there going to
17 be a problem? There certainly could be.
18    Now, all of a sudden I find that there
19 might be X number of additional types of machines and
20 very different laboratories, and I'm conscious that
21 the design of study calls for longitudinal studies to
22 have reduced number of variables, laboratory
23 technician and equipment, that's kind of problematic,
24 but let's put that aside.
25    Now, the next line says, "All studies

Page 226

1  were done before and after bronchodilator utilizing
2  Albuterol" and we find some studies that didn't meet
3  that, I say, "The guy is making representations here
4  that don't quite fit with these records."
5     Then the next sentence says, "The same
6  technician was used throughout the entire period,"
7  and I can document 12, 14 different technicians that
8  were used in addition to multiple different
9  laboratories, now that really compounds everything.
10    And then finally that "Lung volumes and
11 DLCO were measured after bronchodilator," I say,
12 "Well, yes, on a few occasions he didn't, but" -- so
13 we now have four or five different sentences all in
14 the one short paragraph that don't seem to match the
15 data we have.
16    I would think now the burden would be on
17 Dr. Whitehouse to say, "Wait a minute. Here is the
18 data I've used in my study and these are first and
19 last and it didn't have an impact."
20 Q. As you sit here, do you have any reason to
21 believe that the burden wasn't on Dr. Whitehouse and
22 he did not sufficiently demonstrate enough
23 reliability to make these representations to the peer
24 reviewers' satisfaction?
25 A. I have no idea one way or the other. I don't

Page 227

1  know what he represented. All I know is --
2  Q. And part of that is because, as we've talked
3  about here the last little bit, you don't know
4  whether the eight different labs were ever actually
5  used in this study; correct?
6     On the one patient, LP -- whatever --
7  LP94 who saw eight different, you don't know --
8  obviously all eight weren't used because the first
9  and last were used.
10 A. Correct.
11 Q. And you don't know whether these studies, for
12 example, LP25, where there were three different
13 technicians on three different tests, you don't know
14 which, if any, of those three different technicians
15 and tests actually found their way into the 246? You
16 don't know that?
17 A. Again, on some cases where I could identify
18 which was first and last, I do know.
19 Q. You're giving your best effort? That's what
20 you told me before?
21 A. Correct.
22 Q. Good faith, best effort to try and identify
23 that?
24 A. Correct. In some cases, they may have fallen
25 in between first and last.

Page 228

1     But in either case, using
2  Dr. Whitehouse's own words, those --
3  Q. As you interpret them, because, again, we've
4  already established that we can disagree or have
5  different interpretations about what "entire period"
6  means or "all studies" means, can't we?
7  A. If you want -- obviously I could disagree
8  with almost anything, but, you know, the way I read
9  the word "all studies" means all studies.
10    And before I was cut off, I started to
11 say in Dr. Whitehouse's own words, by his own
12 admission, if the first study was before '98 and the
13 last study was after '98, we know for a fact that
14 they were done on different pieces of equipment,
15 excluding --
16 Q. If the first and last were done straddling
17 1998?
18 A. Exactly. And I will represent to you that my
19 recollection -- I can't give you a precise number,
20 but a substantial number of cases were performed
21 before and after 1998.
22 Q. And, again, I think it's very important that
23 we draw a distinction here because you and I both
24 know where this is going.
25    Reliability about this study has

Page 233

1  A. Yes.
2  Q. Being able to trust how a specific technician
3  has administered the test over time can be very
4  valuable to you as a pulmonologist?
5  A. You want consistency.
6  Q. During the course of your directorship of
7  these various PFTs here in Houston, were any of your
8  respiratory technicians recognized nationally among
9  their piers as among the best in the country?
10  A. I don't recall any of them seeking that
11  award, no.
12  Q. They weren't recognized? They may not have
13  sought it, but they weren't recognized?
14  A. To the best of my knowledge, that's correct.
15  Q. Do you have more things you want to go
16  through sentence by sentence?
17  A. Yes.
18      Can we just take a brief break again?
19  Q. Sure. Five minutes.
20      (Recess from 3:40 until 3:43.)
21  Q. (By Mr. Lacey) You were going to show me the
22  next sentence where you believe there's --
23  A. Right. Since we're talking --
24      Okay. We'll just kind of keep going
25  sentence by sentence.

Page 234

1      The next sentence is not quite
2  completely accurate either. It says, "Normal values
3  of pulmonary function results used spirometry as
4  described by Knudson et al. (1983)."
5      Actually, there were several different
6  sets of different predicted values that were used in
7  this study and Knudson's own predicted values
8  changed, and I believe they were different between
9  the -- it appears that they were different between
10  several of the computers when they changed equipment,
11  so that that automatically built in a problem with
12  using predicted values in a longitudinal fashion in
13  that they didn't use the same sets of predictors.
14  Q. Can you tell me where Knudson's were not
15  used?
16  A. If we can go to the --
17  Q. Are you on Number 9 again?
18  A. I believe so.
19  Q. It looks like Page 18.
20  A. Patient LP46 is an example.
21  Q. How many different PFT studies there do you
22  have depicted for Knudson?
23  A. I'm sorry?
24  Q. For that LP46, how many different PFT studies
25  are you relying upon?

Page 235

1  A. I'm relying on one that's dated April 21st,
2  1988.
3  Q. April 4th, 2006?
4  A. It will be on Page 18, the left hand of the
5  document.
6  Q. Uh-huh. April 5th, 2006. Again, can you
7  give me any assurance that these PFT studies were
8  actually used among the 246?
9  A. The one, LP46, 1988, may have been the first
10  study since this goes back about to the time frame
11  when he says they were 14 years or so. I can't
12  assure that it was.
13      But it was done on the computer that was
14  in the office of Dr. Whitehouse at that time and it
15  will show a variation between the predicted values
16  being used at that time and Knudson's own predicted
17  values, which the right-hand predicted values were
18  run on our computers and represent what the Knudson
19  should have been.
20      If you then go to the Medgraphics used
21  after 1998, it matches up perfectly with our
22  Medgraphics of the same model. So it shows that
23  either these earlier studies were not done by Knudson
24  or done by a different version of Knudson and when
25  they changed computers, they also changed predicted

Page 236

1  values.
2  Q. So you, in addition to running additional
3  math on this data, it sounds like you also recreated
4  PFT results; correct?
5  A. No, we did not recreate PFT results.
6      What we did was enter the age, height,
7  sex, race into our computers and generated -- chose
8  Knudson controls and generated predicted values to
9  then compare against the predicted values used by
10  Dr. Whitehouse.
11      We didn't try to recreate the actual
12  values that he generated, but we did try -- we did
13  create a set of controls in our offices, and I will
14  continue to do that for the claims folks to show
15  where Dr. Whitehouse in fact did not use Knudson.
16  Q. And how many patients did you do that for?
17  A. I do not know the answer. Enough to confirm
18  where we didn't know that some cases were not being
19  judged by Knudson.
20      Also, every case that was done by
21  National Jewish I believe as part of the ATSDR, they
22  did not use Knudson, they relied on Crapo, so all
23  National Jewish cases used Crapo. And when they went
24  to different outside laboratories, different
25  predicted values were used on some of those other

Page 237

1  than Knudson.
2  Q. Again, can you tell me how many of those
3  Crapo were used among the 246?
4  A. I'd have to go back and recalculate that
5  going through the records. Off the top of my head,
6  no, I cannot.
7  Q. Same thing, can you tell me how many of the
8  ones that you had concerns about Knudson -- and I'm
9  assuming since you knew ATSDR was not Knudson you
10 didn't run those -- how many of the others did you
11 run?
12     Was it just this LP46 as an example and
13 then you stopped, or did you run 100 of them and find
14 just LP46?
15 A. I believe LP43 and then I included LP25 as an
16 example, the National Jewish.
17 Q. So LP43 and LP46 were two that did not use
18 Knudson?
19 A. I'm sorry. The LP --
20     THE WITNESS: Can you read what the date
21 is on that?
22     MR. SACKETT: Let me see -- 7-27-1999.
23     THE WITNESS: Okay.
24 A. The purpose -- and I think this is very
25 instructive because it can be applied broadly --

Page 238

1  LP46 --
2     THE WITNESS: Can you make out what the
3  date on this one is? I've got this here. I'm sorry.
4  A. LP46 --
5     MR. SACKETT: Do you want me to get the
6  original slides?
7     THE WITNESS: That's okay.
8  A. -- shows two different examples I believe on
9  the same patient where Knudson was not used, and
10 LP -- I'm sorry -- LP43 is in 1999 after they got
11 their new computer that shows where a different set
12 of predicted values for Knudson was used.
13 Q. (By Mr. Lacey) What I'm wondering is whether
14 you did this analysis, this hindsight check on all
15 patients, on just a couple of random ones, whether
16 you stopped when you hit 46 because you figured you
17 had two and it's enough to demonstrate? How do I
18 know?
19 A. There are other examples. I just can't give
20 you the number.
21 Q. Can you tell me --
22 A. And we have many examples where tests were
23 done in other laboratories in addition to National
24 Jewish where Knudson was not used as a predicted
25 value.

Page 239

1  Q. Can you tell me which LPs those are? Do you
2  have these in a database?
3  A. I'd have to go back, I think, and reconstruct
4  it. I don't know if I have that one in the database
5  or not.
6  Q. So it's your opinion that once you found one
7  or two --
8  A. That's not what I said.
9  Q. I'm trying to clarify here.
10     At what point here is a problem, one,
11 LP46, whatever -- is reliability -- I guess what I'm
12 getting at here is, is reliability a threshold thing
13 where once you hit it, you're done and forget it, why
14 worry about demonstrating all of them, or is there a
15 range here where LP43 and LP46 shows you a little bit
16 of unreliability but we've got ten others that show
17 more reliability -- more unreliability and that's
18 what I'm relying upon?
19     MR. SACKETT: Objection to form.
20 A. What I was trying to establish, I think we
21 have other examples, I have other examples. I'll
22 just have to go back and reconstruct it.
23     There are at least two separate issues.
24     Number one is when Dr. Whitehouse
25 changed computers in 1998 whether the Knudson

Page 240

1  predicted values in Computer Number 1 were the same
2  as the Knudson predicted values in the new computer
3  post-1998.
4  Q. (By Mr. Lacey) Which essentially goes to
5  that same issue that we talked about with the
6  different equipment?
7  A. Well, one is -- not really, because one is a
8  hardware issue and one is a software issue.
9  Q. But it's pretty related? If they hadn't
10 switched computers or hadn't switched model, we
11 wouldn't have the same worries?
12 A. Well, it goes beyond that --
13 Q. Okay.
14 A. -- because the pieces of equipment were very
15 different. One measured flow and one measured
16 pressure. One was a pneumotach and one was an
17 anemometer. Those are hardware issues.
18     The Knudson came out with a new set of
19 predictors that were incorporated in the second
20 computer, so there may be more than one set of
21 Knudsons that were used.
22 Q. Can you give me a date on when that happened
23 for Knudson?
24 A. I cannot give you a date. I'll have to check
25 that.

Page 241

1  Q. Okay.
2  A. A totally separate but related issue is that
3  where patients were tested at these other
4  laboratories, other predicted values were used.
5  We've mentioned -- one example being National Jewish
6  and Crapo.
7       I'd have to go back and look at all of
8  the different labs and identify, where possible, what
9  predictor was used or whether they identified it as
10 being Knudson.
11 Q. And we catch every single one of those, I
12 assume, under this other concern you have about
13 different technicians; correct?
14 A. No. No.
15 Q. So the same technician that may have done
16 tests in Spokane or in Libby traveled to National
17 Jewish and was involved in those?
18 A. Correct, but that -- No. What I'm saying is
19 that you can have one technician go to ten different
20 hospitals and at every hospital you'd have the same
21 technician, theoretically, but using different pieces
22 of equipment, which would be a problem, and the same
23 technician using different predicted values, which
24 would be a problem.
25 Q. Right now I don't want to talk about

Page 242

1  theoretical design risks. I want to talk about
2  tangible specific record-based errors that you found
3  among Dr. Whitehouse's study base.
4       And so, again, I'll give you what you
5  found or what you're saying you found that ATSDR,
6  National Jewish used the different models, not
7  Knudson, or different norms, not Knudson?
8  A. I'm sorry?
9  Q. They used Crapo?
10 A. Correct.
11 Q. Okay. If you can tell me right now that
12 those ATSDR National Jewish PFT studies were among
13 the 246, I understand your point. If you can't tell
14 me that, then I guess we have to move forward.
15      As I understand it, you can't tell me
16 how many of those National Jewish might be among the
17 246?
18 A. And not only National Jewish, but if you'll
19 recall, under a separate issue when we talked about
20 different laboratories and different pieces of
21 equipment, there is no indication that Knudson was
22 used on any of those.
23 Q. Exactly. So that this issue about Knudson,
24 while it's independently worth noting, is not
25 necessarily a stand-alone issue? It's caught up,

Page 243

1  it's cumulative?
2  A. It is a stand-alone issue.
3  Q. But there's not going to be any Knudson,
4  other than these potential ones in Dr. Whitehouse's
5  own lab with the computer --
6       I want to find every patient that you
7  believe reflects a different technician, a different
8  piece of equipment, a different Knudson norm, a
9  different -- something different than what
10 Dr. Whitehouse has said.
11      And so I know you've tried to do that as
12 best you can, but one of the things you told me is
13 you stopped after a while because you're making a
14 PowerPoint for a jury and you don't need to do it
15 all.
16      MR. STANSBURY: Objection.
17 A. That's not what I said at all.
18      MR. SACKETT: Objection; that misstates
19 his testimony.
20 A. I told you that I have simply provided
21 demonstrative aids. It does not mean that I stopped
22 at that point. That's a mischaracterization of what
23 I said.
24 Q. (By Mr. Lacey) Okay. Then I'm glad you
25 clarified that because I wasn't sure that was true.

Page 244

1       How many are not in your demonstrative
2  aids? You've told me about LP43 and LP46. You've
3  told me about LP25. These are the three specific
4  examples in your demonstrative aids for Knudson not
5  being used.
6       How many of the 246 were not based on
7  Knudson?
8  A. I cannot give you a total number. I'm
9  looking at, under Number 9, the different
10 laboratories that were used to see which ones
11 identify the predicted values.
12      I couldn't find that any of the other
13 laboratories identified Knudson. Some simply did not
14 identify a predicted value. I'd just have to go back
15 and research that. I can't give you an absolute
16 number.
17 Q. And do you have that in hard form right now
18 or do you have to do more work to make it happen?
19 A. I'd have to go back and reconstruct it and do
20 more work.
21 Q. So as you sit here today, what you're relying
22 upon is these three examples and what you recall from
23 having run a partial recreation or review of these
24 for Knudson?
25 A. When I looked at other hospitals, when I

Page 245

1  looked at other technicians at the same time but with
2  the document in front of me, I looked to see if
3  Knudson was being used, and I don't remember how many
4  I recorded or if I recorded all of them.
5          What I was looking for, I knew -- once I
6  had enough to determine that pre- and post-1998 from
7  the Whitehouse lab appeared different, which is not
8  more than just those two or three different studies,
9  I was confident that there were different predictors
10 used before '98 and after '98.
11         When I looked at PFTs performed at other
12 facilities, either they identify some other predicted
13 value or they identify none at all. I didn't recall
14 seeing any other facilities that recorded the name
15 Knudson as the predictor that was being employed.
16 Q. To try to save us a little time --
17 A. Sure.
18 Q. -- because I think we've established the
19 process that you went through on this, do you have
20 the same concerns about the application of
21 Intermountain and Miller norms to the other two
22 aspects represented here in Dr. Whitehouse's study?
23 A. Those are not as easy to check, and I've not
24 rendered any opinion on those.
25 Q. Okay. So simply Knudson.

Page 246

1          Okay. If there are more sentences you
2  want to go through, go ahead.
3  A. One that does deal with study design, and I'm
4  trying -- maybe you can help me along, there was a
5  statement that the population was representative of
6  the Libby population. When I say "the population,"
7  the 123 was represented both in the Libby and the
8  practice.
9  Q. I know exactly what you're saying. And I
10 believe that, again, we can move forward on this one
11 because Dr. Whitehouse has subsequently amended his
12 opinions -- you can take my word for it, I think it's
13 probably recorded in your report -- but amended that
14 so that it reflects this is representative of the
15 patient base -- or those patients already diagnosed
16 with asbestos disease in Libby, not of the entire
17 Libby population?
18        MR. STANSBURY: Objection; foundation.
19 Q. (By Mr. Lacey) Again, it's what --
20 A. Where is that located? So I can --
21 Q. It's the top of Page 221 on the top sector
22 full sentence, "These subjects are representative
23 of" --
24 A. Okay. Now, who is --
25 Q. And I believe Dr. Whitehouse in his

Page 247

1  subsequent reports, I could dig it out here if we
2  want to take the time, has amended it so it no
3  longer -- well, the study is obviously locked in
4  time, but these subjects are representative of -- I
5  can find the exact wording. Just a moment.
6         Do you know which one of your
7  opinions -- Okay. Here it is. "Results of the
8  study applied to cohort of patients diagnosed with
9  asbestos-related disease due to exposure to Libby
10 asbestos in terms of increased risk for progressive
11 loss of lung function from pleural changes alone or
12 from potential future development of interstitial
13 fibrosis."
14        So Dr. Whitehouse has -- and I think
15 this may be what you were referring to at one point,
16 how people brought things to his attention and
17 subsequent changes occurred. That was one area, yes
18 A. Because that was one of my criticisms of the
19 study design, is that it was not representative, and
20 also I take issue if he is referring -- well, let me
21 ask you, who is he referring to now that it's
22 representative of?
23 Q. I believe it's that no longer the general
24 population of Libby, Montana, instead it applies to
25 the cohort of patients diagnosed with

Page 248

1  asbestos-related disease due to exposure to Libby
2  asbestos.
3  A. All right. So this gets us back to that word
4  "cohort" where I was stating he has a cohort.
5         And if you don't know, just let me know,
6  does that include -- is he saying this is now
7  representative of the Peipins ATSDR group or is this
8  representative of the 491 in his practice, the
9  remaining -- the 550, the remainder of his practice?
10 Who is he saying this is applicable to? What is that
11 cohort?
12 Q. Again, as I read this statement -- and we've
13 already demonstrated sometimes different
14 interpretations can emerge from it -- "the cohort of
15 patients diagnosed with asbestos-related disease due
16 to exposure to Libby asbestos."
17        So I would ask you, would you interpret
18 that to mean that it would apply to -- I'll represent
19 to you that there are 1,800 patients at the CARD
20 Clinic -- all 1,800 patients diagnosed with Libby
21 asbestos-related disease, if that number grows to
22 1,805 by the end of week it applies to the 1805?
23        That's how I interpret it. I would ask
24 you if you interpret it the same.
25 A. I don't know. I'm not sure what he is

Page 281

1 not lost anything.
2   Q. Correct.
3   A. Fair enough?
4   Q. Yes.
5   A. But let's go back now and drop this down to
6 5 feet, 6 inches tall because I've scratched it out
7 with a pen in 1980, so I'm now 5 feet, 6 inches tall
8 and in 1980 I should have blown out 4 liters, which
9 is the amount that I'm blowing out, which would be
10 the proper amount roughly at that height.
11       Are you with me?
12  Q. Uh-huh.
13  A. I blew out 4 liters, which is what I blew out
14 the first time. All I did was drop my height.
15       In 1980 I'm 100 percent, not 80 percent.
16 And now as opposed to improving -- if I drop in
17 height on my first number, I will appear more normal
18 in the past than I otherwise would have and, thus,
19 that may increase my spread.
20  Q. And how many patients did you see records --
21  A. Lots. I will have to go back and recreate
22 that, but I've provided examples in the PowerPoints.
23       And this is a real problematic issue
24 because you're dealing both with changes in age and
25 in height, and you can see the height fluctuates

Page 282

1 fairly dramatically. That's one issue.
2       The other problem that I have is if you
3 look at any example, Dr. Whitehouse changes the
4 height, he changes the predicted value, but he does
5 not change the percent predicted on the form, so I
6 don't know what he entered into a computer or if --
7 his measurement is on the PFT form itself. He does
8 not change the percent predicted even though he's
9 changed the actual predicted values. He never
10 changed those.
11  Q. And these are the records that you've
12 reviewed. You're not certain necessarily they're the
13 ones that made their way into the 246?
14  A. There's a lot of them. I would assume since
15 he puts in his paper, he acknowledges what he did
16 with height, some of these were first and last.
17 That's number one.
18       Number two, even a more disturbing
19 problem, is that if you take the -- what we call the
20 L550, which is patient practice, it does not appear
21 that after recognizing these problems for the purpose
22 of this paper that he went back and made changes in
23 the patients' charts as part of the medical record
24 because the records and the charts don't have these
25 adjustments in most of the charts that I've reviewed.

Page 283

1       So, in other words, you have changes
2 were made for the purpose of publication in some set
3 of records, but I don't see -- and maybe they're
4 there, but on the patient charts that were provided
5 to me on the same patient, there are no changes at
6 all.
7   Q. These patient charts, they're the 550?
8   A. Yes.
9   Q. And those are things that you're relying upon
10 now to conclude that Dr. Whitehouse has problems with
11 this study?
12  A. They are charts I've reviewed again recently
13 to document, and I've gone back now and looked at the
14 original charts and the original patient charts that
15 I have and the PFTs that I have on my computer that
16 were scanned in, the actual PFT reports, and have
17 reconfirmed that these are problematic.
18  Q. And the 550 set of records, when did you
19 receive those?
20  A. They were on a CD that I received several
21 years ago, those 550.
22  Q. Any of those records in your --
23  A. Yes.
24  Q. Some of them, but not all, you've provided a
25 few demonstrative examples?

Page 284

1   A. That's correct. In fact, there is a -- there
2 is one PowerPoint that's entitled --
3       Wait. Here is the quote from
4 Dr. Whitehouse's deposition. This was taken on
5 September 6th, 2002, it's on Page 21. I believe it's
6 Number 9, Page 21.
7   Q. Uh-huh. Okay.
8   A. The deposition says, "So we had to make sure
9 the ages were correct on everyone so that they didn't
10 screw up on age" --
11       In fact, they had problems with age
12 because of this computer glitch."
13       And it says, "and make sure the heights
14 were correct because until three or four years ago I
15 didn't make them measure everybody, and if you ask
16 people what their height is they all lie."
17  Q. And, of course, this testimony in September
18 of 2002 isn't necessarily with this study in front of
19 him, is it? This was 2004.
20  A. Correct. But the last PFT that was done was
21 in 2001.
22  Q. So assuming that we actually have these
23 patients with this problem of height being adjusted
24 inappropriately as you've described, it would be
25 relevant to the study?

Page 285

1  A. Correct. In fact, Dr. Whitehouse says that
2  he made that adjustment, quote, "to match across
3  study dates," on Page 220 in the first -- second
4  paragraph there.
5  Q. Okay.
6  A. Okay?
7  Q. Any other --
8  A. Well, let me go ahead and cite another
9  document which is also from the same deposition.
10     He was asked -- he said -- the question
11 was, "In going through there, I saw there were
12 sometimes significant variations in height."
13     The answer was: "That was all corrected
14 in the finished data."
15     And the question: "Which way did you
16 correct?"
17     And here was his answer: "I corrected
18 it basically the old one back to the height that we
19 measured because we'd been measuring heights now for
20 the last few years. And so what they had done was
21 they probably had some errors in heights on some of
22 the older ones and we used the same height."
23     And then he later goes on to say it
24 really didn't matter to him whether they changed the
25 old one or the new one in another quotation.

Page 286

1  Q. These all reflect on the reliability of the
2  actual data --
3  A. Yes, sir.
4  Q. -- assuming that they were among the 123?
5  A. Yes, sir.
6  Q. Okay.
7  A. Then on age correction there should be a
8  PowerPoint entitled "Age and Height."
9  Q. Number 4, I believe.
10 A. These provide some of the examples in height
11 and age.
12 Q. I'm looking at ones in PowerPoint 4. Are
13 those the ones you're relying upon?
14 A. There's one called -- Number 4 is one of
15 them, sir, and then there is another one. There may
16 be some duplication between these because, again,
17 these were works in progress when I sent them in.
18 Q. Again, looking at Number 4, I see LP43.
19 A. Yes, sir.
20 Q. And it looks to me like there's numerous, far
21 more than two PFTs; correct?
22 A. I believe so, yes, sir.
23 Q. And the same thing with the other one, LP67?
24 A. Yes, sir.
25 Q. We've got three different dates there?

Page 287

1  A. Yes, sir.
2  Q. So whatever the error, again, we're at risk
3  that some or all of these were not actually included
4  among the 246?
5  A. Again, these are simply demonstrative aids.
6  They're not intended to represent everything.
7  Q. Can you tell me how many records had this
8  problem?
9  A. No, sir, not off the top of my head.
10 Q. Is it reflected in a database or hard copies?
11 A. I'd have to go look and see if I could find
12 that. Often I would simply make accumulations of
13 examples for demonstrative purposes as opposed to
14 calculating, but I will check on it.
15 Q. Any other challenges you want to bring up
16 with reliability in the study?
17 A. Yes, sir. The methodology used for the x-ray
18 interpretation.
19 Q. Where does x-ray interpretation become an
20 important factor in evaluation of PFTs?
21 A. Well, this is supposed to be a study that is
22 based on pleural abnormalities, which are an x-ray
23 finding. PFTs don't tell you the source. As you
24 mentioned, they measure impairment.
25     In order to assess the type of --

Page 288

1  whether this represents pleural disease and to
2  compare Dr. Whitehouse's findings to those of the
3  multiple peer-reviewed articles that he has put in
4  his bibliography both in the Progression Study and
5  later in his expert report, they have all employed
6  ILO standards, except for Wang who is from China
7  where they don't use the ILO.
8  Q. Do you --
9     MR. SACKETT: Could I just interject for
10 a second? I think that we're getting quite close to
11 having been going for seven hours. We started at
12 9:05. It's after 5:05 now. I think we're probably
13 running pretty close to the end.
14    MR. LACEY: Are you terminating the
15 deposition?
16    MR. SACKETT: Not yet. I'm letting you
17 know we're getting pretty close.
18    MR. LACEY: Do you want to tell me a
19 time when you're going to make this determination?
20    THE WITNESS: How much longer do you
21 have, do you think?
22    MR. LACEY: I have a couple areas, but,
23 again, it's important I hear from you, as you put it,
24 if you don't say it now, it's not going to be
25 disclosed for later.