# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref No. ____ |

## ORDER GRANTING LIBBY CLAIMANTS' MOTION TO STRIKE, OR ALTERNATIVELY TO LIMIT AND ALLOW FOR THE REBUTTAL OF, THE EXPERT TESTIMONY OF GARY FRIEDMAN, M.D.

Upon the Libby Claimants' Motion to Strike, or Alternatively to Limit and Allow for the Rebuttal of, the Expert Testimony of Gary Friedman, M.D. (the "Motion")[1]; and due and sufficient notice of the Motion having been given; and the Court having considered the Motion and any response thereto; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to, or arising from, the Motion or implementation of this Order.

Dated: _____ ____, 2009
         Wilmington, Delaware

                                    _____
                                    Honorable Judith K. Fitzgerald
                                    United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

{393.001-W0001424.}