# EXHIBIT A
## WR Grace:
## Plan Proponents' Trial Exhibit List (Description Order)
## Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 00/00/1988 | 1988 Manville Trust Claims Resolution Procedures | |
| | | 00/00/1995 | 1995 Manville TDP | |
| | | 00/00/1998 | 1998 Tax Sharing Agreement | |
| | | 00/00/2002 | 2002 Manville TDP | |
| | Frank 012; Molgaard 019; Welch 005; Whitehouse 005 (06/16/2009) | 00/00/2004 | 2004 ATS (American Thoracic Society) Statement, Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos | |
| | | 08/14/1997 | Agreement and Plan of Merger dated as of August 14, 1997, by and among W.R. Grace & Co., Packo Acquisition Corp., and Sealed Air Corporation | |
| | Whitehouse 010 (06/16/2009) | 00/00/0000 | AMA's Guides to the Evaluation of Permanent Impairment (5th ed.) | |
| | | 00/00/2004 | Ameille J, Matrat M, Paris C, Joly N, Raffaelli C, Brochard P et al. Asbestos-related pleural diseases: dimensional criteria are not appropriate to differentiate diffuse pleural thickening from pleural plaques. Am J Ind Med 2004; 45(3):289-296 | |
| | | 04/11/2001 | Amended Complaint Adding New Party Defendants Devco Corporation Sealed Air Corporation, Hopkins, et al. v. A-Best Products Co., et al., Case Nos. 375292, et al. (Court of Common Pleas, Cuyahoga County, Ohio) | |
| | Whitehouse 012 (06/16/2009) | 00/00/1991 | ATS (American Thoracic Society), Lung Function Testing: Selection of Reference Values and Interpretive Strategies | |

# EXHIBIT A
## WR Grace:
### Plan Proponents' Trial Exhibit List (Description Order)
### Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | Frank 010 | 10/00/2008 | ATSDR Summary Report: Exposure to Asbestos-Containing Vermiculite from Libby, Montana, at 28 Processing Sites in the United States | |
| | | 00/00/2002 | Babcock & Wilcox TDP | |
| | | 00/00/1988 | Bourbeau J, Ernst P. Between and Within Reader Variability in the Assessment of Asbestos - Related Pleural Disease Using the ILO 1980 International Classification of Pneumoconiosis. Am J Ind Med 1988; 142: 837 - 842 | |
| | Whitehouse 015 (06/16/2009) | 05/04/2009 | CARD Mortality Study, 76 Non-Malignant Deaths, CHX Readings by Dr. Whitehouse | |
| | Whitehouse 004 (06/16/2009) | 05/29/2009 | CARD Website Materials: (1) Libby Asbestos FAQs; (2) Exposure in Libby Montana and (3) Exposure Across the Nation | |
| | Hughes 144 | 00/00/2002 | Chart entitled "Asbestos Bodily Injury Cases with a Judgment Settlement" | |
| | Molgaard 014 | 12/16/2008 | Chart entitled "Mesothelioma Cases with Exposure to Libby Asbestos as a Significant Factor (Alpha Order)" | |
| | | 00/00/0000 | Chart of Non-Libby Claimants Resolved Claims with Respect to Non-Products/Premises Claims | |
| | | 05/15/2009 | Charts attached to the Expert Report of Pamela Zilly in Rebuttal to the Expert Report of H. Sean Mathis | |
| | | 05/08/2000 | Class Action Complaint and Demand For Jury Trial, Goldstein et al., v. W.R. Grace et al., Case No. 00-10873 (PBS) (D. Mass.) | |

# EXHIBIT A
## WR Grace:
### Plan Proponents' Trial Exhibit List (Description Order)
### Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 05/12/2000 | Class Action Complaint and Jury Demand, Chakarian et al., v. W.R. Grace & Co. et al., Case No. 00cv10934 (PBS) (D. Mass.) | |
| | | 04/02/2001 | Class Action Complaint for Injunctive Relief and Damages, Woodward v. Sealed Air et al., Case No. 01-10547 (D. Mass.) | |
| | | 00/00/2000 | Complaint for Declaratory Relief in Continental Casualty Company v. W.R. Grace & Co. and W.R. Grace & Co.-Conn | |
| | | 00/00/2001 | Complaint, Abner v. W.R. Grace & Co., Case No. 01-3070 (TC) (N.D. Cal.) | |
| | | 00/00/2009 | Curriculum Vitae for Daniel A. Henry | |
| | | 00/00/2009 | Curriculum Vitae for Howard Ory | |
| | | 00/00/2009 | Curriculum Vitae for John Parker | |
| | | 00/00/2009 | Curriculum Vitae for Pamela Zilly | |
| | | 00/00/0000 | Curriculum Vitae for Suresh H. Moolgavkar | |
| | | 00/00/2009 | Curriculum Vitae for Thomas Florence | |
| | Frank 008 | 06/00/2009 | Curriculum Vitae of Arthur L. Frank | |
| | | 00/00/2009 | Curriculum Vitae of David Weill, M.D. | |
| | | 00/00/2009 | Curriculum Vitae of Laura S. Welch | |
| | | 00/00/2009 | Curriculum Vitae of William E. Longo | |
| | | 00/00/1989 | David A. Lynch, Gordon Gamsu, M.D. Denise R. Aberle, Conventional & HRCT in the diagnosis of asbestos related diseases 9 RadioGraphics 523 (1989) | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Documents Other Than Pleadings and Plan Documents**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 00/00/1993 | David A. Schwartz, Jeffrey R. Galvin, Steven J. Yagla, Stephen B. Speakman, James A. Merchant, and Gary W. Hunninghake, Restrictive Lung Function and Asbestos-induced Pleural Fibrosis 91 J. Clinical Investigation 2685 (1993) | |
| | | 00/00/2009 | Demonstrative Exhibits and Summaries To be Used During Dr. Peterson's Testimony | |
| | | 00/00/2009 | Demonstrative Exhibits to be Used During Daniel Henry's Testimony | |
| | | 00/00/2009 | Demonstrative Exhibits to be Used During David Weill's Testimony | |
| | | 00/00/2009 | Demonstrative Exhibits to be Used During Denise Martin's Testimony | |
| | | 00/00/2009 | Demonstrative Exhibits to be Used During Dr. Welch's Testimony | |
| | | 00/00/2009 | Demonstrative Exhibits to be Used During Howard Ory's Testimony | |
| | | 00/00/2009 | Demonstrative Exhibits to be Used During John Parker's Testimony | |
| | | 00/00/2009 | Demonstrative Exhibits to be Used During Longo's Testimony | |
| | | 00/00/2009 | Demonstrative Exhibits to be Used During Pamela Zilly's Testimony | |
| | | 00/00/2009 | Demonstrative Exhibits to be Used During Suresh Moolgavkar's Testimony | |
| | | 00/00/2009 | Demonstrative Exhibits to be Used During Thomas Florence's Testimony | |
| | | 00/00/0000 | Demonstrative Timelines and Other Historical Information Regarding Case History | |

## EXHIBIT A
## WR Grace:
## Plan Proponents' Trial Exhibit List (Description Order)
## Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|-----------|----------|----------|----------------|-------------|
| | | 00/00/2000 | Deposition Transcript (Vol. 1 of 2) of Dr. Dayton Prouty in Jerry Dell Davis, et al., v. Able Supply Company , et al. | |
| | | 00/00/2000 | Deposition Transcript (Vol. 2 of 2) of Dr. Dayton Prouty in Jerry Dell Davis, et al., v. Able Supply Company , et al. | |
| | | 03/30/1998 | Distribution Agreement dated as of March 30, 1998, by and among W.R. Grace & Co., W.R. Grace & Co.-Conn. and Grace Specialty Chemicals, Inc. (to be renamed W.R. Grace & Co.) | |
| | Peterson 004 | 06/07/2009 | Email from N. Finch to D. Cohn re Grace/Peterson Deposition | |
| | | 00/00/2009 | Email from S. Hammar to B. Bailor enclosing Libby, Montana Expert Report | |
| | Hammar 015 | 06/00/1986 | EPA Airborne Asbestos Health Assessment Update | |
| | | 00/00/0000 | Exemplar Asbestos Personal Injury Complaints Naming Sealed Air and/or Fresenius as a Defendant | |
| | | 00/00/0000 | Exemplar Demands for Indemnification Made by Sealed Air Against Grace | |
| | | 07/24/2009 | Exhibits to the Expert Report of Pamela Zilly (to be filed 07/24/2009) | |
| | Welch 001 | 03/00/2009 | Expert Rebuttal Report of Laura S. Welch | |
| | Molgaard 017 | 11/03/2003 | Expert Report of Craig A. Molgaard, Ph.D., M.P.H. in Sapp v. Natural Balance | |
| | | 03/16/2009 | Expert Report of Denise Neumann Martin | |
| | | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 1 - Curriculum Vitae | |

# EXHIBIT A
## WR Grace:
## Plan Proponents' Trial Exhibit List (Description Order)
## Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 2 - Counts of Class 7B Property Damage Claims Filed During the Bankruptcy By Submitting Law Firm | |
| | | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 3 - Counts of Class 7B Damage Claims Filed During the Bankruptcy By Building State | |
| | | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 4 - Counts of Class 7A Property Damage Claims Filed During the Bankruptcy By Law Firm and Counsel State | |
| | | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 5 - Counts of Class 7A Property Damage Claims Filed During the Bankruptcy By Location of Property | |
| | | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 6 - Summary of SEC 10K Disclosures of Asbestos-Related Property Damage Liability | |
| | Frank 001 | 12/23/2008 | Expert Report of Dr. Arthur Frank | |
| | | 12/29/2008 | Expert Report of Dr. Terry Spear | |
| | Welch 002 | 12/00/2008 | Expert Report of Laura S. Welch | |
| | | 03/16/2009 | Expert Report of Mark A. Peterson | |
| | | 07/24/2009 | Expert Report of Pamela Zilly (to be filed 07/24/2009) | |
| | | 05/15/2009 | Expert Report of Pamela Zilly in Rebuttal to the Expert Report of H. Sean Mathis | |
| | | 12/29/2008 | Expert Report of William E. Longo entitled "W.R. Grace Asbestos-Containing Construction Products: A Review of Asbestos Types, Source and Libby Vermiculite" | |

## EXHIBIT A
### WR Grace:
### Plan Proponents' Trial Exhibit List (Description Order)
### Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 00/00/2009 | Feasibility Exhibits to be Identified at Close of Feasibility Discovery | |
| | Whitehouse 003 (06/16/2009) | 06/16/2009 | Final Key  Libby Patients | |
| | | 11/22/2000 | First Amended Class Action Complaint, Abner et al., v. WR Grace etal., Case No. 315465 (Cal. Sup. Ct.) | |
| | Molgaard 009 | 00/00/2009 | Flow Chart entitled "Steps in the Scientific Method" | |
| | Molgaard 010 | 00/00/2009 | Flow Chart entitled "Steps in the Scientific Method" (with handwritten notations) | |
| | | 09/27/1996 | Formation of Fresenius Medical Care Deal Book | |
| | | 06/05/2009 | Frank Deposition Transcript | |
| | | 00/00/1999 | Fraser R, Miller N, Colman N, Pare P. Fraser and Park's Diagnosis of Diseases of the Chest. 4th Ed. WB Saunders, Philadelphia, 1999; Vol IV: 2430-2437 | |
| | | 00/00/0000 | Group Exhibit: Various Communications Between WR Grace and Mendes Mount re Various Asbestos Litigation | |
| | | 00/00/0000 | Group Exhibit: Various communications between WR Grace and AIG enclosing billing with respect to asbestos liabilities | |
| | | 00/00/2000 | Guidelines for the Use of the ILO International Classification of Radiographs of Pneumoconioses | |
| | Molgaard 013 | 00/00/2009 | Handwritten Chart re Comparison of CARD Mortality to Markowitz | |

EXHIBIT A
WR Grace:
Plan Proponents' Trial Exhibit List (Description Order)
Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 00/00/1990 | Hillerdal G, Malmberg P, Hemmingson A. Asbestos-related lesions of the pleura: parietal plaques compared to diffuse thickening studied with chest roentgenography, computed tomography, lung function, and gas exchange. Am J Ind Med 1990; 18(6):627-639 | |
| | | 00/00/2009 | Inselbuch Resume | |
| | | 00/00/0000 | Insurance Policies that may be implicated by Scotts' allegations regarding Vendor Endorsements | |
| | | 03/31/1998 | Insurance Procedures Agreement dated March 31, 1998, by an among W.R. Grace & Co., Grace Specialty Chemicals, Inc., and Sealed Air Corporation | |
| | | 00/00/1980 | International Labour Office Geneva. Guidelines for the use of ILO International Classification of Radiographs of Pneumoconioses Rev. Ed. 1980 | |
| | | 00/00/2002 | International Labour Office; Guidelines for the Use of the ILO International Classification of Radiographs of Pneumoconioses, Revised Edition 2000. Geneva: International Labour Office, 2002 | |
| | | 09/00/1996 | Kee ST, Gamsu G, Blanc P., Causes of pulmonary impairment in asbestos-exposed individuals with diffuse pleural thickening. Am J Respir Crit Care Med. 1996 Sep; 154(3 Pt 1):789-93 | |
| | Whitehouse 008 (06/16/2009) | 00/00/1983 | Knudson et al., Changes in the Normal Maximal Expiratory Flow-Volume Curve with Growth and Aging | |
| | | 00/00/0000 | Last, A Dictionary of Epidemiology, 4th Edition | |

## EXHIBIT A
## WR Grace:
## Plan Proponents' Trial Exhibit List (Description Order)
## Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | Whitehouse 009 (06/16/2009) | 00/00/2003 | Lee et al., Radiographic (ILO) Readings Predict Arterial Oxygen Desaturation During Exercise in Subjects With Asbestosis | |
| | | 03/31/1998 | Letter Agreement Re: Grace Packaging - Sealed Air Transaction Agreement for the Allocation and Securing of Certain Liabilities dated March 31, 1998, among W.R. Grace & Co., Cryovac, Inc., Grace Specialty Chemicals, Inc., Sealed Air Corporation, and Continental Casualty Company and its affiliates and subsidiaries including Transportation Insurance Company and Transcontinental Technical Services, Inc. | |
| | Frank 009 | 11/14/2008 | Letter from A. Kane to Administrator Johnson re SAB Consultation on EPA's Proposed Approach for Estimation of Bin-Specific Cancer Potency Factors for Inhalation Exposure to Asbestos | |
| | | 00/00/1988 | Letter from D. Curreri to W. Longo re air sample for analysis by TEM | |
| | | 01/08/2002 | Letter from David Bernick to Hon. Alfred Wolin detailing case history | |
| | | 00/00/1978 | Letter from H.A. Eschenbach to S.V. Chamberlain re asbestiform tremolite in warning placards on rail cars | |
| | Hughes 110 | 02/02/1999 | Letter from Hughes to McCabe re: Mississippi settlements | BOCAS000727 - BOCAS000728 |
| | Hughes 124 | 11/18/1997 | Letter from Hughes to McCabe Re: settlement | BOCAS000384 - BOCAS000385 |
| | Hughes 121 | 06/09/1997 | Letter from Hughes to Quinn re: settlement | BOCAS000331 - BOCAS000332 |
| | | 03/28/2000 | Letter from J. Heberling to Congressman Hill re H.R. 1283 | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Documents Other Than Pleadings and Plan Documents**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | Peterson 005 | 06/07/2006 | Letter from J. Heberling to M. Peterson enclosing "Settlements Data" sheet | |
| | | 00/00/1988 | Letter from J. Henningson to W. Longo re air samples for analysis by TEM | |
| | Hughes 108 | 12/02/1997 | Letter from J. Hughes to E. McCabe re Baron & Budd cases settling for $50 million | BOCAS0000375 – BOCAS0000376 |
| | Hughes 116A | 05/23/2000 | Letter from J. Hughes to E. McCabe re settlement of all asbestos personal injury claims involving Reaud, Morgan & Quinn clients for $80 million | 109-1615 - 109-1616 |
| | | 00/00/1996 | Letter from J. Restivo to S. Krouskos re examination of Company's financial statements as of 12/31/95 | |
| | | 00/00/1977 | Letter from J.W. Wolter to H.C. Duecker re Rock vs. Tremolite Correlation | |
| | | 07/08/2009 | Letter from M. Brown (OneBeacon) to D. Rosenbloom re In re W.R. Grace & Co., et al., U.S. Bankruptcy Court for the District of Delaware, Bankr. Case No. 01-1139, and  The Scotts Company v. American Employers Ins. Co., et al., Adv. No. 04-55083 | |
| | | 07/08/2009 | Letter from M. Brown (Seaton) to D. Rosenbloom re In re W.R. Grace & Co., et al., U.S. Bankruptcy Court for the District of Delaware, Bankr. Case No. 01-1139, The Scotts Company v. American Employers Ins. Co., et al., Adv. No. 04-55083, and anticipated coverage litigation to be brought by Kaneb Pipe Line Operating Partners L.P. and Support Terminal Services, Inc. | |
| | | 07/08/2009 | Letter from M. Brown to G. St. Clair and D. Turetsky re: In re W.R. Grace & Co., et al., U.S. Bankruptcy Court for the District of Delaware, Bankr. Case No. 01-01139, and anticipated | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Documents Other Than Pleadings and Plan Documents**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|-----------|----------|----------|----------------|-------------|
| | | | coverage litigation to be brought by Kaneb Pipe Line Operating Partners L.P. and Support Terminal Services, Inc., and exhibits thereto | |
| | | 04/06/2001 | Letter from S. Martin to WR Grace re Notice of Third Party Claim/Intention to Seek Indemnification and Defense | |
| | | 12/19/2000 | Letter from WR Grace to S. Martin et al. re Indemnification and Defense in Richard Mesquita et al., v. W.R. Grace & Company, et al., Civ. Case No. 315465 | |
| | | 00/00/1991 | Lilis et al., Pulmonary function and pleural fibrosis, 20 Am. J. Indus. Med. 145 (1991) | |
| | Frank 015 | 00/00/1991 | Lilis et al., Pulmonary Function of Pleural Fibrosis: Quantitative Relationships With an Integrative Index of Pleural Abnormalities | |
| | Whitehouse 014 (06/16/2009) | 00/00/0000 | Lilis et al., The Effect of Asbestos-Induced Pleural Fibrosis on Pulmonary Function: Quantitative Evaluation | |
| | | 07/00/1988 | Lilis R, Lerman Y, Selikoff IJ. Symptomatic benign pleural effusions among asbestos insulation workers: residual radiographic abnormalities. Br J Ind Med. 1988 Jul;45(7):443-9 | |
| | | 00/00/1992 | Lilis R, Miller A, Godbold J, Benkert S, Wu V, and Selikoff IJ. Comparative Quantitative Evaluation of Pleural Fibrosis and its Effect on Pulmonary Function in Two Large Asbestos - Exposed Occupational Groups - Insulators and Sheet Metal Workers , Environ Res 59; 49 - 66 (1992) | |
| | | 00/00/2008 | Lockey et al., Low-Level Fiber-induced Radiographic Changes Caused by Libby Vermiculite | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Documents Other Than Pleadings and Plan Documents**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|-----------|----------|----------|----------------|-------------|
| | | 00/00/1984 | Lockey et al., Pulmonary Changes after Exposure to Vermiculite Contaminated with Fibrous Tremolite | |
| | Molgaard 011 | 00/00/1997 | Markowitz, et al., Clinical Predictors of Mortality from Asbestosis in the North American Insulator Cohort, 1981 to 1991 | |
| | | 08/00/1984 | McGavin CR, Sheers G., Diffuse pleural thickening in asbestos workers: disability and lung function abnormalities.  Thorax. 1984 Aug;39(8):604-7 | |
| | | 00/00/1985 | McLoud T, et al. Diffuse pleural thickening in an asbestos- exposed population: prevalence and causes. Am Journal Roentgenology 1985; 144:9-18 | |
| | | 00/00/1977 | Memorandum from H.A. Eschenbach to E.S. Wood re Enoree Fiber Counts, 1970 to Present | |
| | | 00/00/1994 | Memorandum from J. Hughes to R.H. Beber re Possible Class Action Settlement for Future Asbestos Bodily Injury Claims | |
| | Whitehouse 007 (06/16/2009) | 05/13/2009 | Memorandum from J. Penton to A. Frank, F. Whitehouse re Counting Sheet | |
| | | 04/00/2001 | Memorandum from J.V. Port to R. H. Beber et al., re Monthly Asbestos Litigation Summary - March | |
| | | 00/00/1983 | Memorandum from W.R. Wright to Expanding Plant Managers re Fiber Control and Communications | |
| | Whitehouse 011 (06/16/2009) | 09/08/2008 | Miles et al., Clinical Consequences of Asbestos-Related Diffuse Pleural Thickening: A Review, (J. Occup. Med. Toxicol., 3:20, 09/08/2008) | |

EXHIBIT A
WR Grace:
Plan Proponents' Trial Exhibit List (Description Order)
Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 02/00/1992 | Miller A, Lilis R, Godbold J, Chan E, Selikoff IJ., Relationship of pulmonary function to radiographic interstitial fibrosis in 2,611 long-term asbestos insulators. An assessment of the International Labour Office profusion score. Am Rev Respir Dis. 1992 Feb;145(2 Pt 1):263-70 | |
| | | 01/00/1994 | Miller A, Lilis R, Godbold J, Chan E, Wu X, Selikoff IJ., Spirometric impairments in long-term insulators. Relationships to duration of exposure, smoking, and radiographic abnormalities.  Chest. 1994 Jan;105(1):175-82 | |
| | | 06/00/1993 | Miller A, Miller JA., Diffuse thickening superimposed on circumscribed pleural thickening related to asbestos exposure.  Am J Ind Med. 1993 Jun;23(6):859-71 | |
| | | 12/00/1975 | Miller A, Teirstein AS, Selikoff IJ., Ventilatory failure due to asbestos pleurisy. Am J Med. 1983 Dec;75(6):911-9 | |
| | | 04/00/1993 | Miller A. Pulmonary function in asbestosis and asbestos-related pleural disease.  Environ Res. 1993 Apr;61(1):1-18 | |
| | Molgaard 003 | 00/00/1992 | Molgaard & Brodine, Epidemiologic Concepts (excerpts from Encyclopedia of Microbiology - Vol. 2) | |
| | | 06/25/2009 | Molgaard Deposition Transcript | |
| | | 05/00/2008 | Morokawa N, Takayanagi N, Ubukata M, Kurashima K, Yoned K, Tsuchiy N, Miyahara Y, Yamaguchi S, Tokunaga D, Saito H, Yanagisawa T, Sugita Y, Kawabata Y , Autopsy case of diffuse pleural thickening presenting respiratory impairment and benign asbestos pleurisy.  Nihon Kokyuki Gakkai Zasshi. 2008 May;46(5):368-73 | |

# EXHIBIT A
## WR Grace:
## Plan Proponents' Trial Exhibit List (Description Order)
## Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | Molgaard 016 | 00/00/0000 | Mortality Review entitled "Mortality in Libby, Montana, 1979-1998" | ASD2000001 - ASD000034 |
| | | 00/00/1991 | N. Al Jarad, N. Poulakism, C. Pearson, . B. Rubens R. M. Rudd, Assessment of asbestos-induced pleural disease by computed tomography - correlation with chest radiograph and lung function, 85 Respiratory Med. 203 (1991) | |
| | | 00/00/1992 | N. Al Jarad, P Wilkinson, M C Pearson, R M Rudd, A new high resolution computed tomography scoring system for pulmonary fibrosis, pleural disease, and emphysema in patients with asbestos related disease British Journal of Industrial Medicine 1992;49:73-84 | |
| | Molgaard 001 | 00/00/0000 | NIOSH Work-Related Lung Disease (World) Surveillance System Charts | |
| | Molgaard 008 | 11/00/2003 | Peipins, et al., Radiographic Abnormalities and Exposure to Asbestos-Contaminated Vermiculite in the Community of Libby, Montana, USA | |
| | Peterson 002D | 01/00/2009 | Peterson Estimation Expert Report: Projected Liabilities for Asbestos Personal Injury Claims As of April 2001(June 2007 revised January 2009) | |
| | Peterson 002B | 03/00/2009 | Peterson Trust Expert Report: Preliminary Expert Report on W.R. Grace Trust | |
| | Frank 016; Whitehouse 006 (06/16/2009) | 00/00/2009 | PowerPoint Slides re Lincoln County, MT | |
| | | 03/28/2003 | Proof of Claim re Fireman's Fund Insurance Company and attachments | |

## EXHIBIT A
### WR Grace:
### Plan Proponents' Trial Exhibit List (Description Order)
### Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|-----------|----------|----------|----------------|-------------|
| | | 03/28/2003 | Proof of Claim re Fresenius Medical Care Holdings, Inc. and attachments | |
| | | 04/06/2009 | Rebuttal Expert Report of Dr. Howard Ory | |
| | | 04/06/2009 | Rebuttal Report of B. Thomas Florence, PhD to the Expert Report of Dr. Alan Whitehouse | |
| | | 12/29/2008 | Rebuttal Report of Daniel A. Henry, M.D. in Response to Expert Report of Alan C. Whitehouse, M.D. | |
| | | 04/06/2009 | Rebuttal Report of David Weill | |
| | | 04/06/2009 | Rebuttal Report of Dr. John E. Parker | |
| | | 04/06/2009 | Rebuttal Report of Suresh H. Moolgavkar, M.D., Ph.D. | |
| | | 05/22/1996 | Reimbursement Agreement re Aetna Casualty and Surety Company | |
| | | 02/09/1996 | Reimbursement Agreement re Allstate Insurance Company | |
| | | 11/17/1995 | Reimbursement Agreement re American Home Assurance Company and other AIG Companies | |
| | | 11/02/2000 | Reimbursement Agreement re American Home Assurance Company and other AIG Companies | |
| | | 06/14/1996 | Reimbursement Agreement re American Re-Insurance Insurance Company | |
| | | 05/22/1997 | Reimbursement Agreement re Continental Casualty Company | |
| | | 11/17/1995 | Reimbursement Agreement re Eagle Star Insurance Company and Underwriters at Lloyd's London and Certain London Market Insurance Companies | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Documents Other Than Pleadings and Plan Documents**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 11/03/1998 | Reimbursement Agreement re Gerling Konzern | |
| | | 10/08/1998 | Reimbursement Agreement re Hartford Accident and Indemnity Company and other Hartford Company | |
| | | 12/01/1998 | Reimbursement Agreement re Highlands Insurance Company | |
| | | 08/28/1998 | Reimbursement Agreement re Mutual Marine Office (EMC) | |
| | | 07/18/2000 | Reimbursement Agreement re TIG Insurance Company | |
| | | 06/25/1999 | Reimbursement Agreement re Zurich International (Bermuda) Ltd. | |
| | | 03/31/1998 | Reorganization of WR Grace and Combination of Sealed Air Corporation and the Packaging Business of WR Grace Deal Book | |
| | Frank 004 | 05/14/2009 | Response of Dr. Frank and Dr. Whitehouse to Report of the ACC's Dr. L. Welch March 2009 | |
| | Frank 006 | 05/14/2009 | Response of Dr. Frank and Dr. Whitehouse to Report of the ACC's Dr. G. Stockman, 4/6/09 | |
| | Frank 005 | 05/14/2009 | Response of Dr. Frank and Dr. Whitehouse to the ACC's Dr. G. Friedman, 4/6/09 | |
| | | 00/00/2009 | Resume of Jeffrey M. Posner | |
| | | 00/00/2009 | Resume of Mark A. Peterson | |
| | | 01/00/1991 | Rosenstock L., Roentgenographic manifestations and pulmonary function effects of asbestos-induced pleural thickening.  Toxicol Ind Health.1991 Jan-Mar;7(1-2):81-7 | |
| | | 00/00/0000 | Rule 1006 Summary of Data Extracted from Grace's Historical Asbestos PI Claims Database | |

## EXHIBIT A
### WR Grace:
### Plan Proponents' Trial Exhibit List (Description Order)
### Documents Other Than Pleadings and Plan Documents

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|-----------|----------|----------|----------------|-------------|
| | | 00/00/1978 | Sargent E, et al. Bilateral pleural thickening: a manifestation of asbestos dust exposure. Am Journal Roentgenology 1978; 13 1 :579-585 | |
| | | 00/00/1984 | Sargent E, et al. Subpleural fat pads in patients exposed to asbestos: distinction from non-calcified pleural plaques. Radiology 1984; 152:273-277 | |
| | Whitehouse 013 (06/16/2009) | 00/00/1990 | Schwartz et al., Asbestos-Induced Pleural Fibrosis and Impaired Lung Function | |
| | | 12/31/2000 | Sealed Air Annual Report for fiscal year ended 12/31/2000 | |
| | | 00/00/0000 | Sealed Air Corporation - Listing of Cases For Bankruptcy Proof of Claim | |
| | Molgaard 012 | 00/00/1992 | Selikoff & Seidman, Use of Death Certificates in Epidemiological Studies, Including Occupational Hazards: Variations in Discordance of Different Asbestos-Associated Diseases on Best Evidence Ascertainment | |
| | | 05/22/1996 | Settlement Agreement between W.R. Grace & Co. and AETNA Casualty & Surety Company | |
| | | 02/09/1996 | Settlement Agreement between W.R. Grace & Co. and Allstate Insurance Company | |
| | | 11/02/2000 | Settlement Agreement between W.R. Grace & Co. and American Home Assurance Company | |
| | | 11/21/1995 | Settlement Agreement between W.R. Grace & Co. and American Home Assurance Company | |
| | | 06/14/1996 | Settlement Agreement between W.R. Grace & Co. and American Re-Insurance Company | |
| | | 05/22/1997 | Settlement Agreement between W.R. Grace & Co. and Continental Casualty Company | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Documents Other Than Pleadings and Plan Documents**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 11/17/1995 | Settlement Agreement between W.R. Grace & Co. and Eagle Star Insurance Company | |
| | | 11/03/1998 | Settlement Agreement between W.R. Grace & Co. and Gerling-Konzern Allgemeine Versicherungs-AG | |
| | | 09/00/1998 | Settlement Agreement between W.R. Grace & Co. and Hartford Accident & Indemnity Company | |
| | | 12/01/1998 | Settlement Agreement between W.R. Grace & Co. and Highlands Insurance Company | |
| | | 08/28/1998 | Settlement Agreement between W.R. Grace & Co. and Mutual Marine Office, Inc. | |
| | | 07/18/2000 | Settlement Agreement between W.R. Grace & Co. and TIG Insurance Company | |
| | | 06/00/1999 | Settlement Agreement between W.R. Grace & Co. and Zurich International (Bermuda) Ltd. | |
| | | 08/21/1995 | Settlement Agreement between WR Grace and Admiral Insurance Company | |
| | | 02/20/1992 | Settlement Agreement between WR Grace and Aetna Casualty and Surety Company | |
| | | 06/04/1994 | Settlement Agreement between WR Grace and Allstate Insurance Company | |
| | | 05/26/1995 | Settlement Agreement between WR Grace and American Centennial Insurance Company | |
| | | 11/01/1995 | Settlement Agreement between WR Grace and American Re-Insurance Insurance Company | |
| | | 11/12/1999 | Settlement Agreement between WR Grace and Ancon Insurance Company (UK) Limited | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Documents Other Than Pleadings and Plan Documents**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|-----------|----------|----------|----------------|-------------|
| | | 05/18/1998 | Settlement Agreement between WR Grace and Bermuda Fire & Marine Insurance Company Limited | |
| | | 05/14/1993 | Settlement Agreement between WR Grace and Commercial Union | |
| | | 10/07/1998 | Settlement Agreement between WR Grace and Commercial Union | |
| | | 08/01/1990 | Settlement Agreement between WR Grace and Continental Casualty Company | |
| | | 02/18/1997 | Settlement Agreement between WR Grace and Continental Casualty Company | |
| | | 10/15/1998 | Settlement Agreement between WR Grace and English & American Insurance Company Limited | |
| | | 11/17/1997 | Settlement Agreement between WR Grace and Federal Insurance Company | |
| | | 12/30/1996 | Settlement Agreement between WR Grace and Fireman's Fund Insurance Company | |
| | | 09/22/1995 | Settlement Agreement between WR Grace and Fireman's Fund Insurance Company | |
| | | 03/03/1994 | Settlement Agreement between WR Grace and General Insurance Company of America | |
| | | 11/17/2000 | Settlement Agreement between WR Grace and Gerling Konzern | |
| | | 06/03/1998 | Settlement Agreement between WR Grace and Guarantee Insurance Company | |
| | | 09/27/1993 | Settlement Agreement between WR Grace and Home Insurance Company | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Documents Other Than Pleadings and Plan Documents**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 11/14/1997 | Settlement Agreement between WR Grace and Home Insurance Company and Other Home Companies | |
| | | 03/03/1994 | Settlement Agreement between WR Grace and Insurance Company of North America and other CIGNA Companies | |
| | | 08/19/1996 | Settlement Agreement between WR Grace and KWELM Companies (CIP superceded by 8/20/04 agreement) | |
| | | 08/20/2004 | Settlement Agreement between WR Grace and KWELM Companies | |
| | | 03/25/1998 | Settlement Agreement between WR Grace and KWELM Management Services Ltd. as Agent of Bryanston | |
| | | 11/21/2006 | Settlement Agreement between WR Grace and Lloyd's Underwriters | |
| | | 04/03/1998 | Settlement Agreement between WR Grace and Ludgate Insurance Company, Ltd. | |
| | | 09/01/1991 | Settlement Agreement between WR Grace and Maryland Casualty Company | |
| | | 03/18/1996 | Settlement Agreement between WR Grace and Maryland Casualty Company | |
| | | 11/17/1995 | Settlement Agreement between WR Grace and Minster Insurance Ltd. | |
| | | 10/08/1993 | Settlement Agreement between WR Grace and Prudential Reinsurance Company and Gibraltar Casualty Company | |
| | | 01/05/1995 | Settlement Agreement between WR Grace and Royal Indemnity Company | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Documents Other Than Pleadings and Plan Documents**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 05/11/1994 | Settlement Agreement between WR Grace and Royal Indemnity Company | |
| | | 11/17/1995 | Settlement Agreement between WR Grace and Swiss Union Gen. Ins. Co. Ltd. | |
| | | 01/05/2000 | Settlement Agreement between WR Grace and Transit Casualty Company in Receivership | |
| | | 08/06/1992 | Settlement Agreement between WR Grace and Unigard Security Insurance Company | |
| | | 05/15/1995 | Settlement Agreement between WR Grace and Unigard Security Insurance Company | |
| | | 09/11/1995 | Settlement Agreement between WR Grace and United States Fire Insurance Company | |
| | Frank 014 | 04/00/2007 | Sullivan, Vermiculite, Respiratory Disease, and Asbestos Exposure in Libby, Montana: Update of a Cohort Mortality Study | |
| | Molgaard 015 | 01/06/2005 | Summons in Pederson v. Saberhagen Holdings, Inc. et al. (05-2-02651-5 SEA) | |
| | | 07/05/2000 | Supersedeas Bond, Edwards, et al., v. Pittsburgh Corning Corp., et al., Case No. B-150,896-J, (Dist. Ct Jefferson Cty, Tex.) | |
| | | 03/30/1998 | Supplemental Agreement dated as of March 30, 1998, among W.R. Grace & Co., Cryovac, Inc., W.R. Grace & Co.-Conn., and Grace Specialty Chemicals, Inc. | |
| | Frank 002 | 03/12/2009 | Supplemental Expert Report of Dr. Arthur Frank | |
| | | 12/21/1992 | Support Terminal Services, Inc. Insurance Procedures Agreement Between WR Grace & Co., WR Grace & Co.-Conn., Grace Energy Corp., Kaneb Pipe Line Operating partnership, L.P., NSTS, Inc., and NSTI, Inc. | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Documents Other Than Pleadings and Plan Documents**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | Frank 007 | 05/14/2009 | Sur-Rebuttal and Supplemental Expert Report by Dr. Alan C. Whitehouse | |
| | Molgaard 005 | 05/16/2009 | Sur-Rebuttal and Supplemental Expert Report by Dr. Alan C. Whitehouse | |
| | Frank 003 | 05/14/2009 | Sur-Rebuttal and Supplemental Expert Report of Dr. Arthur L. Frank | |
| | Molgaard 002 | 05/18/2009 | Sur-Rebuttal Report of Craig Molgaard (Epidemiology) | |
| | | 04/00/2008 | Term Sheet For Resolution Of Asbestos Personal Injury Claims | |
| | | 00/00/2009 | Todd Maynes Declaration | |
| | | 03/00/2009 | U.S. v. Grace, et al., Criminal Trial Transcript (evening session) | |
| | | 03/00/2009 | U.S. v. Grace, et al., Criminal Trial Transcript (morning session) | |
| | Sigel 12 | 00/00/0000 | Various Confidential MALS Settlement Agreements | |
| | | 00/00/0000 | Various Proofs Of Claims of Non-Libby Claimants Filed in Chapter 11 Case with Respect to Non-Products/Premises Claims | |
| | | 00/00/0000 | W.R. Grace Historical Case Management System Database | |
| | Frank 013 | 00/00/2007 | Welch, Asbestos Exposure Causes Mesothelioma, But Not This Asbestos Exposure: An Amicus Brief to the Michigan Supreme Court | |
| | | 03/19/2009 | Whitehouse Deposition Transcript (from Confirmation case) | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Documents Other Than Pleadings and Plan Documents**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|-----------|----------|----------|----------------|-------------|
| | | 06/16/2009 | Whitehouse Deposition Transcript (from Confirmation case) | |
| | | 10/18/2007 | Whitehouse Deposition Transcript (from Estimation case) | |
| | | 11/15/2007 | Whitehouse Deposition Transcript (from Estimation case) | |
| | Molgaard 006 | 00/00/2008 | Whitehouse et al., Environmental Exposure to Libby Asbestos and Mesotheliomas | |
| | Molgaard 004 | 12/29/2008 | Whitehouse Expert Report | |
| | Whitehouse 001(06/16/2009) | 05/14/2009 | Whitehouse Expert Report: Sur-Rebuttal and Supplemental Expert Report | |
| | Molgaard 007 | 00/00/2004 | Whitehouse, Asbestos-Related Pleural Disease Due to Tremolite Associated With Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana | |

EXHIBIT A
WR Grace:
Plan Proponents' Trial Exhibit List (Description Order)
Pleadings and Plan Documents

**The following documents are some of the Pleadings or Plan Documents filed in these Bankruptcy Cases that the Plan Proponents may use for the Phase II Confirmation Hearing.   The Plan Proponents reserve the right to use any of the Pleadings or documents contained on the dockets of these Bankruptcy Cases, any related Adversary Proceedings, matters in the District Court for the District of Delaware, or the Court of Appeals for the Third Circuit.**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|-----------|----------|----------|----------------|-------------|
| | Welch 004; Inselbuch 004; Whitehouse 002 (06/16/2009); Frank 011 | 00/00/2009 | 2009 Grace TDP | |
| | | 05/30/2001 | Affidavit of H. Katherine White In Support Of Debtors' Motion For Preliminary Injunction (Dkt. 36; Adv. 01-771) | |
| | | 11/26/2007 | Agreed Order Granting Libby Claimants' Motion in Limine Concerning Estimation Proceeding Evidence (Dkt. No. 17431) | |
| | | 05/08/2009 | Debtors'  Plan Supplement to The First Amended Joint Plan of Reorganization Under Chapter 11 of The Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of February 27, 2009 (Dkt. No. 21594) | |
| | | 02/27/2009 | Debtors' Disclosure Statement For The First Amended Joint Plan of Reorganization Under Chapter 11 of The Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security | |

EXHIBIT A
WR Grace:
Plan Proponents' Trial Exhibit List (Description Order)
Pleadings and Plan Documents

The following documents are some of the Pleadings or Plan Documents filed in these Bankruptcy Cases that the Plan Proponents may use for the Phase II Confirmation Hearing.   The Plan Proponents reserve the right to use any of the Pleadings or documents contained on the dockets of these Bankruptcy Cases, any related Adversary Proceedings, matters in the District Court for the District of Delaware, or the Court of Appeals for the Third Circuit.

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | | Holders Dated as of February 27, 2009 (Dkt. No. 20873) | |
| | | 07/16/2007 | Debtors' Limited Reply To Objections to Tenth Motion For An Order Extending Debtors' Exclusive Periods (Dkt. 16297) | |
| | | 06/13/2008 | Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements dated as of May 14, 1998 and May 5, 1999 including exhibits A) Proof Of Claim With Respect to the 1998 Credit Agreement; B) Proof Of Claim With Respect to the 1999 Credit Agreement; C) Proposed Asbestos Settlement; D) Bench Ruling by Judge Gerber from In re Adelphia Communications; E) Bench Ruling by Judge Drain from In re Loral Space & Communications Ltd (Dkt. 18922) | |
| | | 04/21/2005 | Debtors' Response To Renewed Motion For An Order Approving, Authorizing And Implementing Settlement Agreement with Sealed Air (Dkt. No. 738; Adv. 02-2210) | |
| | | 06/18/2007 | Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Dkt. 16083) | |
| | | 06/08/2009 | Declaration of Kevin A. Martin (BMC) Certifying Tabulation Of Ballots Regarding Vote On First Amended Joint Plan Of Reorganization (Dkt. 22020) | |

EXHIBIT A
WR Grace:
Plan Proponents' Trial Exhibit List (Description Order)
Pleadings and Plan Documents

The following documents are some of the Pleadings or Plan Documents filed in these Bankruptcy
Cases that the Plan Proponents may use for the Phase II Confirmation Hearing.   The Plan
Proponents reserve the right to use any of the Pleadings or documents contained on the dockets of
these Bankruptcy Cases, any related Adversary Proceedings, matters in the District Court for the
District of Delaware, or the Court of Appeals for the Third Circuit.

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 07/10/2008 | Declaration of Lewis Kruger in Support of the Official Committee of Unsecured Creditors' Response to Debtors' Objection to the Unsecured Claims Asserted Under the Debtros' Credit Agreements dated May 14, 1998 and May 5, 1999 (Dkt. 19072) | |
| | | 06/26/2009 | Declaration of Mark A. Shelnitz (Dkt. 22279) | |
| | | 08/14/2008 | Declaration of Robert M. Tarola in Support of Debtors' Objection to the Unsecured claims Asserted Under the Debtors' Credit Agreements dated May 14, 1998 and May 5, 1999 (Dkt. 19323) | |
| | | 02/27/2009 | Exhibit Book to The First Amended Joint Plan of Reorganization and Disclosure Statement as of February 27, 2009 (Dkt. No. 20874) | |
| | | 12/08/2007 | FILED UNDER SEAL - The Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence (Dkt. 17584) | |
| | | 02/27/2009 | First Amended Joint Plan of Reorganization Under Chapter 11 of The Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of February | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Pleadings and Plan Documents**

**The following documents are some of the Pleadings or Plan Documents filed in these Bankruptcy Cases that the Plan Proponents may use for the Phase II Confirmation Hearing.   The Plan Proponents reserve the right to use any of the Pleadings or documents contained on the dockets of these Bankruptcy Cases, any related Adversary Proceedings, matters in the District Court for the District of Delaware, or the Court of Appeals for the Third Circuit.**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | | 27, 2009 (Dkt. No. 20872) | |
| | | 12/21/2007 | Future Claimants' Representative's Opposition to Motions of W.R. Grace and Official Committee of Equity Security Holders to Exclude Expert Opinions in Connection with the Estimation of Grace's Current and Future Asbestos Personal Injury Liability (Dkt. 17697) | |
| | | 12/21/2007 | Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony and Exhibits to Memorandum (Dkt. No. 17695) | |
| | | 12/08/2007 | Grace's Memorandum in Support of its Motion to Exclude Expert Opinions in Connection with the Estimation of its Current and Future Asbestos Personal Injury Liability (Dkt. 17586) | |
| | | 12/08/2007 | Grace's Motion to Exclude Expert Opinions in Connection with the Estimation of its Current and Future Asbestos Personal-Injury Liability (Dkt. 17585) | |
| | | 09/19/2008 | Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated as of September 19, 2008 (Dkt. 19579) | |

EXHIBIT A
WR Grace:
Plan Proponents' Trial Exhibit List (Description Order)
Pleadings and Plan Documents

**The following documents are some of the Pleadings or Plan Documents filed in these Bankruptcy Cases that the Plan Proponents may use for the Phase II Confirmation Hearing.   The Plan Proponents reserve the right to use any of the Pleadings or documents contained on the dockets of these Bankruptcy Cases, any related Adversary Proceedings, matters in the District Court for the District of Delaware, or the Court of Appeals for the Third Circuit.**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|---|---|---|---|---|
| | | 05/20/2009 | Libby Claimants' Objection to First Amended Joint Plan of Reorganization (Dkt. No. 21811) | |
| | | 04/15/2003 | Motion For An Order Approving, Authorizing And Implementing Settlement By And Among Plaintiffs, The Official Committee Of Asbestos Property Damage Claimants, Debtors, And The Official Committee Of Asbestos Personal Injury Claimants, And Defendants, Fresenius Medical Care Holdings, Inc. and National Medical Care, Inc. (Dkt. No. 16; Adv. 02-2211) | |
| | | 11/26/2003 | Motion For An Order Approving, Authorizing, And Implementing Settlement Agreement with Sealed Air (Dk. 597; Adv. 02-2210) | |
| | | 12/07/2007 | Official Committee of Equity Security Holders' Memorandum in Support of Debtors' Motion to Exclude Certain Expert Opinions Relating to Current and Future Asbestos Personal Injury Liability (Dkt. 17577) | |
| | | 06/27/2005 | Order Approving, Authorizing, and Implementing Settlement Agreement By and Among The Plaintiffs, Sealed Air Corporation and Cryovac, Inc. (Dkt. 751; Adv. 02-2210) | |
| | | 06/25/2003 | Order Authorizing, Approving and Implementing Settlement Agreement By and Among Plaintiffs The Official Committee of Asbestos Property Damage Claimants and The Official Committee of Asbestos Personal Injury Claimants, The Debtors, and Defendants | |

**EXHIBIT A**
**WR Grace:**
**Plan Proponents' Trial Exhibit List (Description Order)**
**Pleadings and Plan Documents**

**The following documents are some of the Pleadings or Plan Documents filed in these Bankruptcy Cases that the Plan Proponents may use for the Phase II Confirmation Hearing.   The Plan Proponents reserve the right to use any of the Pleadings or documents contained on the dockets of these Bankruptcy Cases, any related Adversary Proceedings, matters in the District Court for the District of Delaware, or the Court of Appeals for the Third Circuit.**

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|-----------|----------|----------|----------------|-------------|
| | | | Fresenius Medical Care Holdings, Inc. and National Medical Care, Inc. (Dkt. No. 19; Adv. 02-2211) | |
| | | 03/19/2007 | Order Disallowing And Expunging Certain of The Claims of Sealed Air Corporation and Its Affiliates (Dkt. No. 14891) and Sealed Air Filed Proof of Claims Nos. 14330 - 14363 | |
| | | 01/22/2002 | Order Granting Modified Preliminary Injunction (Dkt. 87; Adv. 01-771) | |
| | | 03/18/2002 | Original (Fresenius) Complaint (Dkt. No. 1; Adv. 02-2211) | |
| | | 03/18/2002 | Original (Sealed Air) Complaint (Dkt. 1; Adv. 02-2210) | |
| | | 04/01/2005 | Renewed Motion For An Order Approving, Authorizing, And Implementing Settlement Agreement with Sealed Air (Dkt. 729; Adv. 02-2210) | |
| | | 01/07/2008 | Reply Memorandum in Support of Grace's Motion to Exclude Expert Opinions in Connection with the Estimation of its Current and Future Asbestos Personal Injury Liability (Dkt. 17779) | |
| | | 12/05/2007 | Revised and Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (Dkt. 17550) | |

EXHIBIT A
WR Grace:
Plan Proponents' Trial Exhibit List (Description Order)
Pleadings and Plan Documents

The following documents are some of the Pleadings or Plan Documents filed in these Bankruptcy Cases that the Plan Proponents may use for the Phase II Confirmation Hearing.   The Plan Proponents reserve the right to use any of the Pleadings or documents contained on the dockets of these Bankruptcy Cases, any related Adversary Proceedings, matters in the District Court for the District of Delaware, or the Court of Appeals for the Third Circuit.

| Trial Ex. | Dep. Ex. | Doc Date | Doc Description | Bates Range |
|-----------|----------|----------|----------------|-------------|
| | | 11/26/2003 | Settlement Agreement and Release re Sealed Air (Dkt. No. 597; Adv. 02-2210) | |
| | | 04/21/2003 | Status Report Pursuant to This Court's Order Dated March 31, 2003 (Dkt. No. 3688) | |
| | | 12/21/2007 | The Official Committee of Asbestos Personal Injury Claimants' Response to Grace and the Equity Committee's Motions to Exclude or Limit Expert Testimony (Dkt. 17694) | |
| | | 04/02/2001 | Verified Complaint for Declaratory and Injunctive Relief (Dkt. No. 1; Adv. 01-771) | |
| | | 06/21/2004 | W.R. Grace's Status Report (Dkt. No. 5858) | |