IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139-JKF |
| Debtor(s) | (Jointly Administered) |
| | Chapter 11 |

**Related to Doc. No. 22408, Motion to intervene *pro se* as a creditor filed by Jonathan Lee Riches d/b/a Bernard Madoff.**

## RULE TO SHOW CAUSE

**AND NOW**, this **21st** day of **July, 2009**, **WHEREAS** movant Jonathan Lee Riches (a) could have filed a proof of claim or interest; (b) has not alleged lack of notice of the existence of the case which is now over eight years old; and (c) has not stated what action it is in which he wishes to intervene;

It is **ORDERED** that on or before **September 17, 2009**, movant and any other party in interest who chooses to do so shall file a response to this Rule to show cause why the motion to intervene should not be stricken.

It is **FURTHER ORDERED** that if no response is timely filed the motion to intervene will be stricken.

*Judith K. Fitzgerald*    **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge