## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 22563 |

## LIBBY CLAIMANTS' CORRECTED PHASE II PRE-TRIAL EXHIBIT LIST

On July 20, 2009, pursuant to this Court's Order Regarding Phase II Pre-Trial Proceedings dated July 7, 2009 [Docket No. 22347] (the "Order"), claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, submitted the Libby Claimants' Phase II Pre-Trial Submission [Docket No. 22563] (the "Pre-Trial Submission").   The Pre-Trial Submission included a non-final version of the List of Exhibits (Section III).   To correct this error, the Libby Claimants hereby substitute List of Exhibits (Section III) of the Pre-Trial Submission with the following corrected List of Exhibits (Section III):

### III.    List of Exhibits

1.    Whitehouse (2004), "Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function:   Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana," Am J Ind Med 46:219-225 (2004).

2.    Whitehouse et al (2008), "Environmental Exposure to Libby Asbestos and Mesotheliomas," Whitehouse (2008) Am J Ind Med. 51(11):877-880.

3.    Printout, Client Sort by Exposure (Community/Family Member/Worker) (CARD patients only).

4.    Printout, Dead in 123 patients in Whitehouse (2004), as of 3/12/09.

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 21365], as it may be amended and restated from time to time.

5.      CD, "Whitehouse Progression films."

6.      CD, "Plaque to Interstitial Disease."

7.      CD, "photos of pleural plaques."

8.      Chart, "Summary of Mortality Study Disease Percentages Significant Contributing Factor Analysis (as of 7/9/08)."

9.      Chart, "Summary of Mortality Study Disease Percentages Primary Cause Analysis (as of 7/9/08)."

10.     Spreadsheet, "CARD Mortality Study, 76 Non-Malignant Deaths, CHX Readings by Dr. Whitehouse."  May 2009.

11.     Spreadsheet, "CARD Mortality Study, Meso, LC, Other Cancers, CHX Readings by Dr. Whitehouse."  May 2009.

12.     Spreadsheet, "CARD Mortality Study, 76 non-malignant deaths, CT Scans per Dr. Whitehouse."  May 2009.

13.     Spreadsheet, "CARD Mortality Study, 76 Non-Malignant Deaths, CHX Readings by Dr. Frank."  May 2009.

14.     Spreadsheet,  "CARD Mortality Study, non-malignant ARD deaths - primary/ contributing causes 5/9/09."

15.     Chart, "Death Certificate Causes of Death 110."  May 2009, and 110 death certificates.

16.     Spreadsheet, "CHX Measurements by Dr. Whitehouse on various clients of MHSM and LSK 3/13/09."

17.     Analysis of effect of TDP medical criteria (76 Non-Malignant Asbestos-Related Disease Deaths, Using Dr. Whitehouse CHX Readings).

18.     Analysis of effect of TDP medical criteria (76 Non-Malignant Asbestos-Related Disease Deaths, Using Dr. Frank CHX Readings).

19.     Analysis of effect of TDP medical criteria (49 Non-Malignant Asbestos-Related Disease Deaths per DC Contributing Cause, Using Dr. Whitehouse CHX Readings).

20.     Analysis of effect of TDP medical criteria (49 Non-Malignant Asbestos-Related Disease Deaths per DC Contributing Cause, Using Dr. Frank CHX Readings).

21.    Analysis of effect of TDP medical criteria (38 Non-Malignant Asbestos-Related Disease Deaths per DC Underlying Cause, Using Dr. Whitehouse CHX Readings).

22.    Analysis of effect of TDP medical criteria (38 Non-Malignant Asbestos-Related Disease Deaths per DC Underlying Cause, Using Dr. Frank CHX Readings).

23.    Printout, "Libby Claimants on Oxygen (CARD patients only)."

24.    Printout, "Libby Claimants with FVC, TLC or DLCO < 60 (CARD patients only)," 5/28/08.

25.    Chart "Mesothelioma Cases Due to Exposure to Libby Asbestos."

26.    Chart, "Summary of Deceased Clients Chart MHSM."

27.    Printout, Deceased MHSM clients (alpha order) 3/12/09.

28.    Chart, "Summary of Deceased Clients Chart LSK."

29.    Printout, Deceased LSK clients (alpha order ) 3/12/09.

30.    Chart, "Workers with Disease - 1969."

31.    Chart, "Workers with Disease - 1975."

32.    Chart, "Workers with Disease - 1976."

33.    Cookson (1986), Fig. 1. Chart W-2 "Years since first exposed."

34.    Chart, Studies on Radiographic Progression of Asbestos Disease.

35.    Chart, Workers Dead from Asbestos Disease (2000 study).

36.    Audit of HNA Denials and Downgrades of Severity of Disease (December 2005), and chart of data with non-Libby Claimants deleted.

37.    Public Citizen, "Leading Medical Experts Fault Arbitrary, Outdated Medical Criteria in Asbestos Bill," (May 2005).

38.    Letter dated February 9, 2005, titled "Preliminary Report of 79 Chest X-rays Reviewed Relative to the Asbestos Injury Resolution Act of 2005, with attached Log of Patients Criteria Study, FVC and on Oxygen (non-Libby Claimants' names are blacked out.)

39.    Letter by the President of the American Thoracic Society.

40.    Chart, "Weill comparison to ATSDR and CARD."

41.    Chart, W.R. Grace & Co., "Source Emissions - Results of Surveys 1975."

42.    Memo, W.R. Grace & Co., McCaig to Walsh 9/17/85.

43.    Chart, "Center for Asbestos Related Disease, Libby Pulmonary Function Test (PFT) Comparison with Independent Medical Exam PFTs."

44.    Medical records (including death certificates) of Libby Claimants and others (already delivered to opposing parties), including the following, with references to exhibit numbers in the Dr. Whitehouse Expert Report (May 2009):

    a.    Various listed patients in the CARD mortality study, Exh. 7.

    b.    Various listed patients on the rapid progression list, Exh. 6.

    c.    Various listed patients on the list of patients on oxygen, Exh. 8.

    d.    Various listed individuals on the list of mesotheliomas, Exh. 9.

    e.    Various listed patients on the list of deceased clients, Exh. 10.

    f.    Various listed patients on the spreadsheet titled "CHX Measurements by Dr. Whitehouse on various clients of MHSM and LSK."

    g.    Libby claimants and settled claimants specifically listed as witnesses.

    h.    Settled claimants as listed.

45.    Demonstrative exhibits illustrating the testimony of Dr. Alan C. Whitehouse.

46.    Demonstrative exhibits illustrating the testimony of Dr. Arthur L. Frank.

47.    Demonstrative exhibits illustrating the testimony of Dr. Craig A. Molgaard.

48.    U.S., EPA, Determination and Findings of Public Health Emergency for the Libby Asbestos Site in Lincoln County, Montana.  (3 pages) 6/17/09.

49.    U.S., EPA, Action Memorandum Amendment (23 pages) 6/17/09.

50.    U.S., EPA, Certification of Index of Documents in the Administrative Record for the Determination and Findings of Public Health Emergency for the Libby Asbestos Site in Lincoln County, Montana.  (4 pages) 6/16/09.

51.    CDC, NIOSH, Work-related Lung Disease Surveillance System, Figure 1-1

Asbestosis: Number of Deaths, Crude and Age-adjusted Death Rates, U.S. Residents age 15 and Over, 1968-2005.

52.    CDC, NIOSH, Work-related Lung Disease Surveillance System, Figure 1-3b. Asbestosis: Age-adjusted Death Rates by County, U.S. Residents age 15 and Over, 1995-2004.

53.    CDC, NIOSH, Work-related Lung Disease Surveillance System, Table 1-10. Asbestosis: Counties with Highest Age-adjusted Death Rates (per million population), U.S. Residents age 15 and Over, 1995-2004.

54.    CDC, NIOSH, Work-related Lung Disease Surveillance System, Figure 7-1 Malignant Mesothelioma:  Number of Deaths, Crude and Age-adjusted Death Rates, U.S. Residents age 15 and Over, 1999-2005.

55.    CDC, NIOSH, Work-related Lung Disease Surveillance System, Figure 7-3. Malignant Mesothelioma:  Age-adjusted Death Rates by County, U.S. Residents age 15 and Over, 2000-2004.

56.    CDC, NIOSH, Work-related Lung Disease Surveillance System, Table 7-10. Malignant Mesothelioma:  Counties with Highest Age-adjusted Death Rates (per million population), U.S. Residents age 15 and Over, 2000-2004.

57.    Transcript of proceeding in U.S. v. W.R. Grace & Co., et al, Case No. CR05-07-M-DWM, U.S. District Court for the District of Montana (Missoula Division), February 23, 2009 at 1:00 o'clock p.m., at pp.112-13.

58.    Expert Report of Suresh Moolgavkar, M.D., Ph.D., 10/3/06.

59.    Photographs of W. R. Grace / Zonolite facilities at Libby mine and mill near Libby, Lincoln County, Montana.

60.    Photographs of W. R. Grace / Zonolite screening facility, conveyer system, and loading facility on Kootenai River, Lincoln County, Montana.

61.    W. R. Grace / Zonolite correspondence, memoranda, and documentation concerning the asbestos health hazard at Libby, Lincoln County, Montana.

62.    Deposition Exhibits from the February 22, 2007 deposition of Jay Hughes.

63.    Deposition Exhibits from the June 11, 2009 deposition of Jay Hughes.

64.    Deposition Exhibits from the May 13, 2009 deposition of Richard Finke.

65.    Deposition Exhibits from the May 6, 2009 deposition of Jeffrey Posner.

66.    W. R. Grace's March 2001 Monthly Asbestos Litigation Summary.

67.   "Common Exhibits," produced by compact disk with the expert report of Terry Spear, Ph.D.

68.   All Reports of Industrial Hygiene Studies of the Zonolite Company and/or W. R. Grace & Company generated by the Division of Disease Control, Montana State Board of Health concerning asbestos, asbestos dust, and asbestos hazards at the Zonolite / Grace mine, mill, and other facilities in Libby and/or Lincoln, County, Montana.

69.   Relevant excerpts from transcripts of testimony of Earl Lovick, deceased, from the following:

   a.   Earl Lovick deposition, September 6, 1989, in *Floyd Cole, et al. v. W. R. Grace*, U. S. District Court for the District of Montana, Cause No. GD 83-13686, including exhibits.

   b.   Earl Lovick trial testimony, August 23, 1990, *Johnson v. W. R. Grace*, U. S. District Court, for the District of Montana, Cause No. 88-145-M-HP, including exhibits.

   c.   Earl Lovick deposition, May 27, 1992, *Robertson, Vose, DeShazer, et al. v. W. R. Grace*, Montana Nineteenth Judicial District Court, Lincoln County, Montana, Cause Nos. DV-92-39, DV-92-40, DV-92-42, including exhibits.

   d.   Earl Lovick deposition, December 19, 1996, *Hurlbert, Skramstad, Kaeding, Riley v. W. R. Grace*, Montana Nineteenth Judicial District Court, Lincoln County, Montana, Cause Nos. DV-95-109, DV-95-127, DV-96-71, DV-96-111, including exhibits.

   e.   Earl Lovick trial testimony, April 29, 1997, *Dan Schnetter v. W. R. Grace*, Nineteenth Judicial District Court, Lincoln County, Montana, Cause No. CDV-94-74, including exhibits.

   f.   Earl Lovick trial testimony, May 20, 1997, *Lester Skramstad v. W. R. Grace*, Nineteenth Judicial District Court, Lincoln County, Montana, Cause No. DV-95-127, including exhibits.

70.   Relevant excerpts from transcripts of depositions of Jay Hughes to be used in the event he is unavailable for trial.

71.   Relevant excerpts from transcripts of depositions of Jeff Posner to be used in the event he is unavailable for trial.

72.   Relevant excerpts from transcripts of depositions of Elihu Inselbuch to be used in the event he is unavailable for trial.

73. Relevant excerpts from transcripts of depositions of Peter Lockwood to be used in the event he is unavailable for trial.

74. Relevant excerpts from transcripts of depositions of Mark Peterson to be used in the event he is unavailable for trial.

75. Relevant excerpts from transcripts of depositions of John Parker to be used in the event he is unavailable for trial.

76. Relevant excerpts from transcripts of depositions of Suresh Moolgavkar to be used in the event he is unavailable for trial.

77. Relevant excerpts from transcripts of trial testimony of Dr. Peter Lees, given during the estimation trial of this case, to be used in the event he is unavailable for trial.

78. Relevant excerpts from transcripts of trial testimony of Dr. Elizabeth Anderson, given during the estimation trial of this case, to be used in the event she is unavailable for trial.

79. Relevant excerpts from transcripts of depositions for witnesses called by the Libby claimants to testify by deposition.

80. All relevant insurance policies at issue in this case.

81. Expert Report of Mark A. Peterson, March 2009.

82. Deposition Exhibits from the deposition of Mark Peterson in this case.

83. Deposition Exhibits from the deposition of Peter Lockwood in this case.

84. Deposition Exhibits from the deposition of Elihu Inselbuch in this case.

85. Relevant excerpts from Estimation Hearing transcript including admissions of counsel made in opening statements and other binding statements and admissions made in open court.

86. Relevant excerpts from the opening statement in the Grace criminal trial, including admissions of counsel made in opening statements and other binding statements and admissions made in open court.

87. Trial Exhibits from *Dan Schnetter v. W. R. Grace*, Nineteenth Judicial District Court, Lincoln County, Montana, Cause No. CDV-94-74.

88. All responses received to discovery propounded by the Libby Claimants in this case.

89. First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of

W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated as of February 27, 2009 [Docket No. 20872], including all exhibits.

90.     Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated as of September 19, 2008 [D.I. No. 19581], including all exhibits.

Dated: July 21, 2009
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

_Counsel for Libby Claimants_