IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF SERVICE [RE: D.I. 22538]

PLEASE TAKE NOTICE that on July 20, 2009, copies of the **Pre-Trial Submission And Reservation Of Rights By Fresenius Medical Care Holdings, Inc. And National Medical Care, Inc.** (D.I. 22538, Filed 7/20/09) were served in the manner indicated upon the entities on the attached lists.

Dated: July 21, 2009
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Chad A. Fights
_____
William H. Sudell, Jr. (No. 0463)
Eric D. Schwartz (No. 3134)
Chad A. Fights (No. 5006)
Andrew R. Remming (No. 5120)
1201 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

- and -

David S. Rosenbloom, Esq.
Nathan F. Coco, Esq.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Counsel For Fresenius Medical Care Holdings, Inc.
and National Medical Care, Inc.*

3031127.1