# SERVICE LIST

**VIA HAND DELIVERY**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, P.O. Box 8705
Wilmington, DE  19899-8705

Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE  19899

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899

Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE  19801

Robert J. Stearn, Jr., Esq.
Cory D. Kandestin, Esq.
Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Jeffrey C. Wisler, Esq.
Michelle McMahon, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street
10th Floor
Wilmington, DE  19899

Francis A. Monaco, Jr., Esq.
Womble Carlye Sandridge
  & Rice LLC
1201 North Orange Street
Suite 400
P.O. Box 2031
Wilmington, DE  19801

Michael B. Joseph, Esq.
Theodore Tacconelli, Esq.
Ferry & Joseph, P.A.
222 Delaware Avenue
15th Floor
Wilmington, DE  19801

Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Joseph Grey, Esq.
Stevens & Lee
1105 North Market Street
Suite 700
Wilmington, DE  19801-1270

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor
P.O. Box 951
Wilmington, DE  19899

David Klauder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207
Wilmington, DE  19801

Kathleen Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
P.O. Box 410
Wilmington, DE  19899

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market Street
Suite 700
Wilmington, DE  19801-1270

Thomas G. Whalen, Esq.
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE  19801

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street
Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

Rachel B. Mersky, Esq.
Monzack and Monaco, P.A.
1201 North Orange Street
Suite 400
Wilmington, DE  19801

Allison E. Reardon
Delaware Division of Revenue
820 North French Street
8th Floor
Wilmington, DE  19801

Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey,
    Branzburg & Ellers LLP
919 North Market Street
Suite 1000
Wilmington, DE  19801

William F. Taylor, Jr., Esq.
McCarter & English, LLP
Mellon Bank Center
919 North Market Street
Suite 1800
Wilmington, DE  19899

Laurie S. Polleck, Esq.
Jaspan Schlesinger Hoffman LLP
913 North Market Street
12th Floor
Wilmington, DE  19801

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

Adam G. Landis, Esq.
Keri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

James S. Yoder, Esq.
White and Williams LLP
824 Market Street
Suite 902
Wilmington, DE  19899-0709

Brian L. Kasprzak, Esq.
Marks, O'Neill, O'Brien
    and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE  19801

David P. Primack, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE  19801-1254

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899

Christopher D. Loizides, Esq.
Loizides & Associates
Legal Arts Building
1225 King Street
Suite 800
Wilmington, DE  19801

Richard S. Cobb, Esq, Esq.
Megan N. Harper, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross
    & Goddess, P.A.
919 Market Street
Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
4 E. 8th Street
Suite 400
Wilmington, DE  19801

William M. Aukamp, Esq.
Archier & Greiner
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801

Robert Jacobs, Esq.
Marla Rosoff Eskin, Esq.
Jacobs & Crumplar, PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801

Frederick B. Rosner, Esq.
Messana, Rosner & Stern, LLP
1000 N. West Street
Suite 1200
Wilmington, DE  19801

Barry M. Klayman, Esq.
Cozen O'Connor
1201 North Market Street
Suite 1400
Wilmington, DE  19801

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

Tobey M. Daluz, Esq.
Leslie C. Heilman, Esq.
Ballard Spahr Andrews
   & Ingersoll, LLP
919 N. Market Street
12th Floor
Wilmington, DE  19801

Derrick C. Tay, Esq.
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4
CANADA

Yves Lauzon, Esq.
Michel Belanger, Esq.
Lauzon Belanger, Inc.
286 Saint-Paul West
Suite 100
Montreal, Quebec  H2Y 2A3
CANADA

Jacqueline Dais-Visca
Senior Counsel
Business Law Section
The Exchange Tower
King Street West 3400
C.P. 36
Toronto, ON  M5X 1K6
CANADA

Gordon A. Davies
Chief Legal Officer
Nortel
195 The West Mall
Toronto, ON  M9C 5K1
CANADA

Nancy Worth Davis, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Charlotte Klenker, Esq.
Schneider National, Inc.
3101 S. Packerland
P.O. Box 2545
Green Bay, WI  54306

David S. Rosenbloom, Esq.
Jeffrey E. Stone, Esq.
Lewis S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Russell W. Budd, Esq.
Alan B. Rich, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX  75219

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

John P. Dillman, Esq.
Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

William E. Frese, Esq.
Attn: Sheree L. Kelly, Esq.
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

Paul G. Sumers, Esq.
Tennessee Attorney General's Office
Bankruptcy Unit
P.O. Box 20207
Nashville, TN  37202-0207

Rosa Dominy
IOS Capital, Inc.
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Stephanie Nolan Deviney, Esq.
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

Arthur Stein, Esq.
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

Robert Cimino, Esq.
Suffolk County Attorney
Attn: Diane Leonardo Beckman
H. Lee Dennison Building
100 Veterans Memorial Hwy
P.O. Box 6100
Hauppauge, NY  11788-0099

Robert T. Aulgur, Jr., Esq.
P.O. Box 617
Odessa, DE  19730

Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

Steven B. Flancher, Esq.
Asst. Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI  48909

Deirdre Woulfe Pacheco, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

Mark Browning, Esq.
Asst. Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, TX  78711-2548

Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

Gary L. Barnhart
Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65105-0475

Charles C. Trascher, III, Esq.
Snellings, Breard, Sartor,
    Inabnett & Trascher, LLP
P.O. Box 2055
Monroe, LA  71207

Margaret A. Holland, Esq.
Deputy Attorney General
New Jersey's Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

Rachel Jeanne Lehr, Esq.
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA  19027

Hillary Browning-Jones, Esq.
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

Edward L. Jacobs, Esq.
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

Lori Gruver Robertson, Esq.
Linebarger Goggan Blair
    & Sampson, LLP
1949 South I.H. 35
P.O. Box 17428
Austin, TX  78760

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY  11704-0487

J. Robert Nelson, Esq.
VanCott Bagley Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT  84145

John Waters, Esq.
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

Jeffrey S. Hebrank, Esq.
Carl P. McNulty, II, Esq.
Burroughs Hepler Broom MacDonald
    Hebrank & True, LLP
103 West Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, IL  62025-0510

William A. Frazell
Assistant Attorney General
Office of the Texas AG
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, TX  78711-2548

Beth E. Cook, Esq.
Cathy J. Burdette, Esq.
U.S. Department of Justice-Civil Div.
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DE  20044

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour
    & Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43215

David B. Bernick, Esq.
Janet S. Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena
    Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd.
Suite 2500
Miami, FL  33131

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

D.J. Baker, Esq.
Skadden, Arps, Slate,
    Meagher & Flom LLP
Four Times Square
New York, NY  10036

Todd Meyers, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

Securities & Exchange Commission
Office of Reorganization
3475 Lenox Road, N.E.
Suite 1000
Atlanta, GA  30326-1232

Attn:  Insolvency
Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F. Street, NE
Washington, DC  20549

James D. Freeman, Esq.
U.S. Department of Justice
Environmental Enforcement Sec.
1961 Stout Street
8th Floor
Denver, CO  80294-1961

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan &
    McGarvey, PC
745 South Main Street
Kalispel, MT  59901

David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

Charles E. Boulbol, Esq.
26 Broadway
17th Floor
New York, NY  10004

Ira S. Greene, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

James A. Sylvester, Esq.
Intercat, Inc.
2399 Highway 34, C1
Manasquan, NJ  08736-1500

Steven J. Johnson, Esq.
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1125

Charles L. Finke, Asst. Gen. Counsel
Brad Rogers, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K Street, N.W.
Washington, DC  20005-4026

Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY  10154

Jan M. Hayden, Esq.
William H. Patrick, Esq.
Heller, Draper, Hayden,
    Patrick & Horn LLC
650 Poydras Street
Suite 2500
New Orleans, LA  70130-6103

Michael J. Hanners, Esq.
Silber Pearlman, LLP
3102 Oak Lawn Avenue
Suite 400
Dallas, TX  75219-6403

Alan R. Brayton, Esq.
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Jonathan W. Young, Esq.
Wildman Harrold Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL  60606-1229

Shelby A. Jordan, Esq.
Nathaniel P. Holzer, Esq.
Jordan Hyden Womble & Culbreth, P.C.
500 N. Shoreline Boulevard
Suite 900
Corpus Christi, TX  78471

The Mills Corporation
Ontario Mills LP
Legal Department
225 W. Washington Street
Indianaolis, IN  46204-3435

T. Kellan Grant, Esq.
Wildman Harrold Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL  60606-1229

The Gibson Law Firm, PLLC
447 Northpark Drive
Ridgeland, MS  39157

Paul M. Baisier, Esq.
Seyfarth Shaw
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

Bernice Conn, Esq.
Robins Kaplan Miller & Ciresi LLP
2049 Century Park East
Suite 3700
Los Angeles, CA  90067

Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Kherkher Hart
   & Boundas, LLP
8441 Gulf Freeway
Suite 600
Houston, TX  77017

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA  02110-2624

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Paul M. Matheny, Esq.
The Law Offices of Peter G. Angelos, PC
5905 Harford Road
Baltimore, MD  21214

Michael J. Urbis, Esq.
Jordan Hyden Womble & Culbreth, P.C.
1534 E. 6th Street, Ste. 104
Brownsville, TX  78520

Mary A. Coventry
Katherine White
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ  07407-1033

Joseph T. Kremer, Esq.
Lipsiptz Green Fahringer Roll
   Salisbury & Cambria, LLP
42 Delaware Avenue, Ste. 300
Buffalo, NY  14202

Elizabeth S. Kardos, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Thomas J. Noonan, Jr.
c/o R & S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Harry Lee, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036

Scott Wert, Esq.
Foster & Sear, LLP
524 E. Lamar Boulevard
Suite 200
Arlington, TX  76011

C. Randall Bupp, Esq.
Bardelli, Straw & Cavin LLP
2000 Crow Canyon Place
Suite 330
San Ramon, CA  94583

Anton Volovsek
191 Battle Ridge Road
Kooskia, ID  83539-5072

Peter S. Goodman, Esq.
Andrews & Kurth LLP
450 Lexington Avenue
15th Floor
New York, NY  10017

Jonathan H. Alden, Esq.
Assistant General Counsel
3900 Commonwealth Blvd.
MS 35
Tallahassee, FL  32399-3000

Michelle T. Sutter
Revenue Recovery
State Library of Ohio
Office of the Attorney General
150 East Gay Street
23rd Floor
Columbus, OH  43215

Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

Margaret Ann Nolan,Cnty Solicitor
Camela Chapman
Sr. Asst.Cnty Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
3rd Floor
Ellicott City, MD  21043

M. Diane Jasinski, Esq.
Michael D. Hess, Esq.
Corporation Counsel of the
   City of New York
100 Church Street, Rm 6-127
New York, NY  10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Flr.
Memphis, TN  38103

Credit Manager
Belz Enterprises
100 Peabody Place
Suite 1400
Memphis, TN  38103

James P. Ruggeri
Scott A. Shail
Hogan & Harton LLP
555 Thirteenth Street, N.W.
Washington, DC  20004-1109

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  1004-1482

Robert H. Rosenbaum, Esq.
M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Avenue
Suite 400
Riverdale, MD  20737-1385

Colin D. Moore
Provost & Umphrey Law Firm, LLP
490 Park Street
Beaumont, TX  77701

Anne Marie P. Kelley, Esq.
Dilworth Paxson, LLP
Liberty View - Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

Kevin James, Esq.
Deputy Attorney General
State of California
Department of Justice
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Dorine Vork, Esq.
Stibbe, PC
489 Fifth Avenue
32nd Floor
New York, NY  10017

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

Bart Hartman
Treasurer/Tax Collector
Attn: Elizabeth Molina
County of San Diego
1600 Pacific Highway, Rm 162
San Diego, CA  92101

David Aelvoet, Esq.
Linebarger Goggan Blair Graham
   Pena & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Ste. 300
San Antonio, TX  78205

Kathleen Maxwell, Esq.
The Dow Chemical Company
Legal Department
2030 Dow Center/Office 732
Midland, MI  48674

Ronald S. Beacher, Esq.
Pitney Hardin Kipp & Szuch LLP
7 Times Square
New York, NY  10036-6524

Gina Baker Hantel, Esq.
Attorney General's Office
State of Tennessee
Bankruptcy Division
425 5th Avenue North, Flr 2
Nashville, TN  37243

Jeffrey L. Glatzer, Esq.
Anderson, Ill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

E. Katherine Wells, Esq.
South Carolina Department of
Health & Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

James M. Garner, Esq.
Sher Garner Cahill Richter
   Klein & Hilbert, L.L.C.
909 Poydras Street
Suite 2800
New Orleans, LA  70112-1033

William H. Johnson, Esq.
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

Craig Barbarosh, Esq.
Pillsbury Winthrop LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA  92626-7122

Jonathan C. Hantke, Esq.
Pamela H. Walters, Esq.
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Julien A. Heckt, Esq.
DAP Products, Inc.
2400 Boston Street
Suite 200
Baltimore, MD  21224

Leonard P. Goldberger, Esq.
Stevens & Lee, P.C.
1818 Market Street
29th Floor
Philadelphia, PA  19103-1702

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

Donna J. Petrone, Esq.
ExxonMobil Chemical Company
Law Dept - Bankruptcy
13501 Katy Freeway
Room W1-562
Houston, TX  77079-1398

David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Van J. Hooker, Esq.
Stutzman Bromberg Esserman
   & Plifka PC
2323 Bryan Street
Suite 2200
Dallas, TX  75201

Randall A. Rios, Esq.
Floyd, Isgur, Rios
   & Wahrlich, P.C.
700 Louisiana
Suite 4600
Houston, TX  77002

Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann
   & Bernstein, LLP
Embacadero Center West
30th Floor
275 Battery Street
San Francisco, CA  94111

Thomas M. Sobol, Esq.
Hagens Berman LLP
One Main Street
4th Floor
Cambridge, MA  02142

Robert M. Fishman, Esq.
Shaw Gussis Domanskis
   Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, IL  60610

Edward Tillinghast, III, Esq.
Sheppard, Mullin, Richter
   & Hampton LLP
30 Rockerfeller Plaza
24th Floor
New York, NY  10112

Darrell W. Scott, Esq.
The Scott Law Group
926 W. Sprague Avenue
Suite 583
Spokane, WA  99201

Gary M. Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Christopher R. Momjian, Esq.
Sr. Deputy Atty. General
I.D. No. 057482
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Denise A. Kuhn, Esq.
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue
Suite 1430
Woodland Hills, CA  91367

Richard B. Specter, Esq.
Corbett, Steelman & Specter
18200 Von Karman Avenue
Suite 900
Irvine, CA  92612

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox
   & Elliott, LLP
445 S. Figueroa Street
31st Floor
Los Angeles, CA  90071

Oscar B. Fears, III, Esq.
Asst. Attorney General
Georgia Department of Revenue
40 Capitol Square, S.W.
Atlanta, GA  30334

Philip J. Ward, Esq.
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA  30303

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1720
Dallas, TX  75201-2691

Lynn K. Neuner, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

Gerald G. Pecht, Esq.
Fulbright & Jaworski, LLP
1301 McKinney
Suite 5100
Houston, TX  77010-3095

Jonathan D. Berger, Esq.
Russell Henkin, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

Richard G. Placey, Esq.
Montgomery McCracken
   Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Julie Bubnack
DACA V, LLC
1565 Hotel Cir S, Ste. 310
San Diego, CA  92108-3419

Ronald D. Gorsline
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT  06830

Martha E. Romero, Esq.
6516 Bright Avenue
Whittier, CA  90601-4503

Michael S. Davis, Esq.
Zeichner Ellman & Krause
575 Lexington Avenue
10th Floor
New York, NY  10022

Richard A. O'Halloran, Esq.
Burns White & Hickton, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Rd
West Conshohocken, PA  19428

Don C. Fletcher, Esq.
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ  85004

Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

Barbara G. Billet, Esq.
Elaine Z. Cole, Esq.
New York State
Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604

James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
New York, NY  15219

Michael S. Sandberg, Esq.
Hellmuth & Johnson, PLLC
10400 Viking Drive, Ste. 560
Eden Prairie, MN  55344
`

Thomas J. Quinn, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

Jerel L. Ellington, Esq.
U.S. Department of Justice
Environment & Natural Resource Division
Environmental Enforcement Sec.
1961 Stout Street - 8th Floor
Denver, CO  80294

Ann Beimdiek Kinsella, Esq.
Asst. Attorney General
445 Minnesota Street
Suite 1200
St. Paul, MN  55101-2127

Deborah L. Thorne, Esq.
FabelHaber LLC
55 East Monroe Street
40th Floor
Chicago, IL  60603

Brad N. Friedman, Esq.
Rachel Fleishman, Esq.
Milberg Weiss Bershad
    Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

Xerox Capital Services, LLC
P.O. Box 660502
Dallas, TX  75266-0502

Carl Pericone, Esq.
Wilson Elser Moskowitz
    Edelman Dicker LLP
150 East 42nd Street
New York, NY  10019-5639

Anthony F. Parise, Esq.
Cornell University
Office of University Counsel
300 CCC Building, Garden Ave.
Ithaca, NY  14853-2601

Daniel C. Cohn, Esq.
Christopher Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

Thomas O. Bean, Esq.
McDermott Will & Emery
28 State Street
34th Floor
Boston, MA  02109-1706

Jacob C. Cohn,  Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Alisa Minsch
Contrarian Capital Trade Claims LP
411 W. Putnam Avenue, S-225
Greenwich, CT  06830-6263

Debt Acquisition Co. of America V LLC
1565 Hotel Cir S, Ste. 310
San Diego, CA  92108-3419

Maurie Shalome
Longacre Master Fund Ltd.
810 7th Avenue
33rd Floor
New York, NY  10019-5818

Sierra Asset Management LLC
2699 White Road, Ste. 225
Irvine, CA  92614-6264

Daniel M. Glosband, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109-2881

John Preefer
128 Willow Street, Apt. 6-B
Brooklyn, NY  11201

Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Peter B. McGlynn, Esq.
Bruce D. Levin, Esq.
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA  02110

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20007-5135

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Amy Pritchard-Williams, Esq.
Margaret Westbrook, Esq.
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

Julie A. Ardoin, Esq.
Julie Ardoin, LLC
2200 Veterans Memorial Blvd
Suite 210
Kenner, LA  70062-4032

Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

Sergio I. Scuteri, Esq.
Capehart & Scatchard, P.A.
8000 Midlantic Drive
Suite 300S
Mount Laurel, NJ  08054

Mark D. Plevin, Esq.
Leslie A. Epley, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave, N.W.
Washington, DC  20004-2595

Frederick Jekel, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464

Michael F. Brown, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

Matthew J. Siembieda, Esq.
Benjamin Stonelake, Esq.
Scott E. Coburn, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

DK Acquisition Partners
65 East 55th Street, 19th Flr.
New York, NY  10022

Fred Glass
Fair Harbor Capital LLC
875 Avenue of the Americas
Suite 2305
New York, NY  10001

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

David Jagolinzer, Esq.
Ferraro & Associates, P.A.
4000 Ponce deLeon Boulevard
Suite 700
Miami, FL  33146

Steven J. McCardell, Esq.
Jared Inouye, Esq.
Durham Jones & Pinegar
111 E. Broadway, Ste. 900
Salt Lake City, UT  84111

Martin J. Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
Riker Danzig Scherer Hyland
   & Peretti LLP
Headquarters Plaza
1 Speedwell Avenue
Morristown, NJ  07962-1981

Robert B. Millner, Esq.
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606

Christopher E. Prince, Esq.
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa street
Suite 2500
Los Angeles, CA  90017

Garland Cassada, Esq.
Richard C. Worf, Esq.
Robinson, Bradshaw & Hinson
101 North Tryon Street
Suite 1900
Charlotte, NC  28246

Richard Levy, Jr., Esq.
Pryor Cashman LLP
410 Park Avenue
New York, NY  10022-4441

Hal Pitkow, Esq.
The Falls at Lambertville
351 South Main Street
Lambertville, NJ  08530

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
   & Brickman
1037 Chuck Dawlay Blvd.
Building A
Mount Pleasant, SC  29464

Brad N. Elias, Esq.
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036

Steven J. Mandelsberg, Esq.
Christiana J. Kang, Esq.
Hanhn & Hassen LLP
488 Madison Avenue
New York, NY  10022

Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY  11106

Brian D. Salwowski, Esq.
Office of the Attorney General
Indiana Gov. Center South
5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770

505703