IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>**Ref. Nos. 22563 & 22576** |

## MOTION FOR LEAVE TO FILE LIBBY CLAIMANTS' CORRECTED PHASE II PRE-TRIAL EXHIBIT LIST

Claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby move (the "Motion") that this Court grant them leave to file their Corrected Phase II Pre-Trial Exhibit List (the "Corrected Exhibit List"). In support of this Motion, the Libby Claimants state:

1. On July 20, 2009, the Libby Claimants submitted the Libby Claimants' Phase II Pre-Trial Submission [Docket No. 22563] (the "Pre-Trial Submission"). The Pre-Trial Submission included a non-final version of the List of Exhibits (Section III). To correct this error, the Libby Claimants seek leave to substitute List of Exhibits (Section III) of the Pre-Trial Submission with the list contained in the Corrected Exhibit List.

2. The error in the Pre-Trial Submission was discovered earlier today. There is no harm or prejudice to the Plan Proponents by allowing the submission of the Corrected Exhibit List, which properly identifies all exhibits and names of exhibits that the Libby Claimants intend to introduce during Phase II of Plan Confirmation. Accordingly, the Libby Claimants

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 21365], as it may be amended and restated from time to time.

{393.001-W0001459.}

respectfully request that the Court enter an order granting the Motion and such other relief as is just and proper.

| | |
|---|---|
| Dated: July 21, 2009<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kerri Mumford*<br>_____<br>Adam G. Landis (No. 3407)<br>Kerri K. Mumford (No. 4186)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>- and -<br><br>Daniel C. Cohn<br>Christopher M. Candon<br>**COHN WHITESELL & GOLDBERG LLP**<br>101 Arch Street<br>Boston, MA 02110<br>Telephone: (617) 951-2505<br>Facsimile: (617) 951-0679<br><br>*Counsel for Libby Claimants* |