# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: August 10, 2009** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

## FEE DETAIL FOR OGILVY RENAULT LLP'S THIRTIETH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1728412\1



**OGILVY RENAULT**

Client: W.R. GRACE & CO.  
RE: Litigation and litigation consulting  
Matter No.: 01016442-0006

July 14, 2009  
INVOICE: 916294

GST: R111340006

W.R. GRACE & CO.  
7500 Grace Drive  
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke  
Senior Litigation Counsel

For professional services rendered and disbursements incurred  
for the period ending June 30, 2009

| | |
|---|---|
| FEES | $6,898.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 78.73 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $6,977.23 |

Canadian Funds

Payable upon receipt

Please remit by Bank Transfer to  
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA  
Bank 003, Transit 00002, Acc. No. 106-030-0  
ABA # 021000021  
Swift Code # ROYCCAT2  
IBAN # 003106030000002  
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.  
Suite 3800  
Royal Bank Plaza, South Tower  
200 Bay Street, P.O. Box 84  
Toronto, Ontario M5J 2Z4  
CANADA  
T: 416.216.4000  
F: 416.216.3930  
toronto@ogilvyrenault.com  
ogilvyrenault.com



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                                   01016442-0006

RE: Litigation and litigation consulting

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| D.C. Tay | 1.8 | $1,800.00 |
| O. Pasparakis | 3.3 | $2,392.50 |
| A. Kuntz | 3.1 | $1,147.00 |
| P. Adams | 8.3 | $1,494.00 |
| K. Legree | 0.5 | $65.00 |
| Total | 17.00 | $6,898.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/6/09 | Allison Kuntz | Reviewing correspondence from Crown counsel and Aikins with respect to the Thundersky class action proceeding as individual claims (0.50); drafting memorandum with respect to same (0.80). | 1.30 | $481.00 |
| 1/6/09 | Penny Adams | Reviewing and revising the 30th Information Officer's Report (0.40); correspondence with O. Pasparakis regarding the same (0.10). | 0.50 | $90.00 |
| 1/6/09 | Orestes Pasparakis | Preparing for motion. | 0.50 | $362.50 |
| 2/6/09 | Allison Kuntz | Revising memorandum regarding correspondence from Crown counsel and Aikins with respect to the Thundersky class action proceeding as individual claims (0.80); emailing O. Pasparakis with respect to same (0.20). | 1.00 | $370.00 |
| 2/6/09 | Penny Adams | Meeting with O. Pasparakis on the 30th Information Officer's Report (0.30); reviewing and revising the same (0.40); conducting research regarding criminal proceedings and other matters (0.70). | 1.40 | $252.00 |
| 2/6/09 | Katie Legree | Attendance at Commercial List to have Order issued and entered (0.30); reporting to O. Pasparakis (0.10); circulating same to Service List (0.10). | 0.50 | $65.00 |

INVOICE: 916294



W.R. GRACE & CO.                                              01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/6/09 | Orestes Pasparakis | Attending court regarding motion to compel Crown to disclose additional names for purposes of bar date notice (0.40); revising 30th Information Officer's Report (0.40). | 0.80 | $580.00 |
| 3/6/09 | Penny Adams | Reviewing and revising the 30th Information Officer's Report(0.50); meeting with A. Kuntz regarding the same (0.30). | 0.80 | $144.00 |
| 3/6/09 | Allison Kuntz | Revising the 30th Information Officer's Report. | 0.80 | $296.00 |
| 4/6/09 | Penny Adams | Reviewing and revising the 30th Information Officer's Report. | 0.50 | $90.00 |
| 4/6/09 | Orestes Pasparakis | Follow-up on numerous issues related to the settlement of Canadian ZAI Claims. | 0.20 | $145.00 |
| 5/6/09 | Penny Adams | Correspondence with J. Baer and R. Finke with respect to the 30th Information Officer's Report. | 0.20 | $36.00 |
| 8/6/09 | Orestes Pasparakis | Reviewing 30th Information Officer's Report (0.20); providing comments on same. (0.10). | 0.30 | $217.50 |
| 11/6/09 | Penny Adams | Correspondence with J. Baer and D. Boll regarding the 30th Information Officer's Report. | 0.30 | $54.00 |
| 11/6/09 | Orestes Pasparakis | Addressing motion date proposed by Representative Counsel. | 0.20 | $145.00 |
| 12/6/09 | Derrick C. Tay | Reviewing issues with representative counsel (0.50); reviewing Delaware court documents (0.40); communication with company officials (0.20). | 1.10 | $1,100.00 |
| 15/6/09 | Penny Adams | Reviewing and revising the 30th Information Officer's Report (0.70); correspondence with J. Baer, R. Finke and others with respect to the same (0.30). | 1.00 | $180.00 |
| 16/6/09 | Penny Adams | Correspondence with O. Pasparakis regarding the 30th Information Officer's Report. | 0.20 | $36.00 |

INVOICE: 916294



**OGILVY RENAULT**

W.R. GRACE & CO.  
01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 17/6/09 | Penny Adams | Correspondence with O. Pasparakis regarding the 30th Information Officer's Report (0.20); reviewing and revising the report (0.40); email correspondence and telephone discussion with R. Finke regarding the 30th Information Officer's Report(0.30); preparing documents relating to service of the Report (0.50). | 1.40 | $252.00 |
| 18/6/09 | Derrick C. Tay | Reviewing materials served by Delaware counsel. | 0.40 | $400.00 |
| 18/6/09 | Penny Adams | Serving and filing the 30th Information Officer's Report. | 2.00 | $360.00 |
| 23/6/09 | Orestes Pasparakis | Follow-up on numerous emails from Representative Counsel. | 0.30 | $217.50 |
| 29/6/09 | Orestes Pasparakis | Follow-up on emails received from U.S. counsel (0.20); considering next steps (0.20). | 0.40 | $290.00 |
| 30/6/09 | Orestes Pasparakis | Receipt of emails from U.S. Counsel (0.30); considering strategy (0.30). | 0.60 | $435.00 |
| 30/6/09 | Derrick C. Tay | Reviewing material served. | 0.30 | $300.00 |
| | | **TOTAL FEES** | | **$6,898.50** |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Copies | 0.40 |
| Courier service | 27.27 |
| Miscellaneous | 0.82 |
| Telephone conference | 10.24 |
| Process server fee | 40.00 |
| | $78.73 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| 24/4/09 | Orestes Pasparakis | Telephone conference | 10.24 |

INVOICE: 916294



W.R. GRACE & CO.                                                                    01016442-0006

**RE:   Litigation and litigation consulting**

| Date | Timekeeper | Description | Amount |
|------|------------|-------------|--------|
| 24/4/09 | Orestes Pasparakis | PST Telephone conference | 0.82 |
| 18/6/09 | Derrick C. Tay | Courier service FedEx shipment #689588786475 FROM TORONTO, ON, CA. To: MR. RICHARD FINKE, W.R. GRACE & CO., BOCA RATON, FL, US. ON 18-06-2009, GST: 0.00, QST: 0.00 | 27.27 |
| 18/6/09 | Penny Adams | Copies | 0.40 |
| 19/6/09 | Penny Adams | Process server fee - KAP LITIGATION SERVICES | 40.00 |
|  |  | TOTAL | $78.73 |

INVOICE: 916294



**OGILVY RENAULT**

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | July 14, 2009 |
| RE: | Fee Applications, Applicant | INVOICE: 916293 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending June 30, 2009

| | |
|---|---:|
| FEES | $1,442.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 66.97 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,508.97 |

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including Invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



**W.R. GRACE & CO.**                                                                                      01016442-0008

**RE: Fee Applications, Applicant**

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 1 | $560.00 |
| P. Adams | 4.9 | $882.00 |
| Total | 5.90 | $1,442.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/6/09 | Penny Adams | Finalizing the 28th Monthly Fee Application (0.40); preparing letter to L. Oberholzer regarding the same (0.10); coordinating the filing of the same (0.20); correspondence with US counsel and the fee auditor (0.30). | 1.00 | $180.00 |
| 2/6/09 | Teresa Walsh | Reviewing and swearing of 28th Monthly Fee Application. | 0.40 | $224.00 |
| 5/6/09 | Penny Adams | Reviewing May accounts. | 0.20 | $36.00 |
| 11/6/09 | Penny Adams | Receiving and reviewing certificate of no objection for March Fee Application (0.40); drafting 29th Monthly Fee Application. (0.60). | 1.00 | $180.00 |
| 12/6/09 | Penny Adams | Reviewing and revising the 29th Monthly Fee Application (0.50); correspondence with R. Finke regarding the same (0.20). | 0.70 | $126.00 |
| 12/6/09 | Teresa Walsh | Reviewing 29th Monthly Fee Application and invoices related thereto (.30); swearing and arranging for commissioning of 29th Monthly Fee Application (.10). | 0.40 | $224.00 |
| 16/6/09 | Teresa Walsh | Review of Fee Auditor's Final Report for 31st Interim Period. | 0.20 | $112.00 |
| 16/6/09 | Penny Adams | Reviewing and revising the 29th Monthly Fee Application (0.50); finalizing the same (0.20); correspondence with L. Oberholzer, the fee auditor and others regarding same (0.20); letter to L. Oberholzer enclosing original fee application (0.10). | 1.00 | $180.00 |

INVOICE: 916293



**W.R. GRACE & CO.**                                        01016442-0008

<u>RE: Fee Applications, Applicant</u>

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 24/6/09 | Penny Adams | Dealing with issues relating to payment of fee applications (0.50); correspondence with J. Port regarding the same (0.50). | 1.00 | $180.00 |
| | | **TOTAL FEES** | | **$1,442.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Courier service | 66.97 |
| | $66.97 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 2/6/09 | Derrick C. Tay | Courier service FedEx shipment #689588785869 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER, PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 02-06-2009, GST: 0.00, QST: 0.00 | 39.85 |
| 16/6/09 | Derrick C. Tay | Courier service FedEx shipment #689588786339 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER, PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 16-06-2009, GST: 0.00, QST: 0.00 | 27.12 |
| | | **TOTAL** | **$66.97** |

INVOICE: 916293