# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 8/12/2009 |
| | § | Hearing Date: TBD (if needed) |

## SUMMARY OF FIFTH APPLICATION OF ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr., |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | October 20, 2008, *nunc pro tunc* to September 22, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2009 to June 30, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $2,844.00  [80% of $3,555.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | None |

This is a(n):  ☒Monthly     ☐Interim     ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |

Hon. Alexander M. Sanders, Jr. is the only professional providing services in this Fee Application period. Judge Sanders has practiced law for over 40 years, and his present billing rate is $450 per hour. In this Application period Judge Sanders performed 7.9 hours of services as PD FCR, for a total amount billed of $3,555.00, of which 80% is currently sought, in the amount of $2,844.00.

This is the Fifth Application for monthly fees and expenses.

---

[1] At 80% of the total incurred.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Disclosure Statement and Confirmation | 7.9 hours | $3,555.00 |
| TOTAL | 7.9 hours | $3,555.00 |

Detail of the fees billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, attorney for the PD FCR, and a professional person seeking approval of this Monthly Fee Application on behalf of his client, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 23RD day of July, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*SANDERS & NETTLES, LLC*
*Attorneys at Law*
*208 Lincoln Street*
*Columbia, South Carolina 29201*

*Mailing address:  19 Water Street*
*Charleston, SC 29401*

INVOICE FOR PROFESSIONAL SERVICES 6/1/09 to 6/30/09

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

In re W. R. Grace, No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|---|---|---|
| 6/1/09 | Review of documents, including Joinder of Zurich Insurance Company and Zurich International to the Phase I Trial Brief for CNA Companies (4 pages); Maryland Casualty's Statement in Lieu of Brief in Support of Its Objection to the Plan, etc. (1 page); | 0.3 |
| 6/8/09 | Review of AXA Belgium's Phase I Trial Brief | 2.0 |
| 6/14/09 | Review of BNSF Railway Company's Motion to Quash Notice of Deposition of Phase II Witnesses filed by Arrowood Indemnity Company | 0.2 |
| 6/16/09 | Review of BNSF's final witness list | 0.1 |
| 6/23/09 | Review of the PD FCR Witnesses List for Phase II of the Confirmations Hearing | |
| | Review of article, "Asbestos cleanup 'emergency' declared in Montana town" | |
| | Review of separate Motions of BNSF Railway Company to Quash | |
| | Review of Order regarding Notice of Hearing filed at Doc.22170 "in the Nature of a Motion to Shorten" | 0.5 |

<u>INVOICE 6/1/09 to 6/30/09</u>
July 1, 2009
Page 2

| | | |
|---|---|---|
| 6/28/09 | Partial review of file in preparation for hearing before bankruptcy court | 4.8 |

        7.9 @ $450/hour =  $ 3,555.00