# Exhibit A

In accordance with Section XXII(A) of the Agreement, the following Persons are executing this Agreement below solely to evidence their consent to (1) the Grace Parties' entry into this Agreement, (2) the designation of the Royal Parties as Settled Asbestos Insurance Companies as required by Section III(C) hereto, and (3) the releases given on their behalf as provided in Section IV(A) hereto:

**FOR THE FUTURES REPRESENTATIVE**

*/s/ David T. Austern (PB) with permission*

Name: David T. Austern

Title: Asbestos PI Future Claimants' Representative

Date: June 24, 2009

**FOR THE COMMITTEE**

By: _____

Name: _____

Title: _____

Date: _____

38