# Exhibit B

In accordance with Section XXII(A) of the Agreement, the following Persons are executing this Agreement below solely to evidence their consent to (1) the Grace Parties' entry into this Agreement, (2) the designation of the Royal Parties as Settled Asbestos Insurance Companies as required by Section III(C) hereto, and (3) the releases given on their behalf as provided in Section IV(A) hereto:

**FOR THE FUTURES REPRESENTATIVE**

Name: David T. Austern

Title: Asbestos PI Future Claimants' Representative

Date: _____

**FOR THE COMMITTEE**

By: _[signature]_

Name: ROBERT M. Hopkovich

Title: Insurance Counsel to the Committee

Date: June 25, 2009