IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|                              |     |                        |
|------------------------------|-----|------------------------|
| In re:                       | )   | Chapter 11             |
|                              | )   |                        |
| W. R. GRACE & CO., *et al.*, | )   | Case No. 01-1139 (JKF) |
|                              | )   | (Jointly Administered) |
| Debtors.                     | )   |                        |

### NOTICE OF DEPOSITION OF DR. TERRY SPEAR

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of

Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy

Procedure and agreement of the parties, Debtors will take the videotaped deposition, by oral

examination, of the person named below, at the time, on the date, and at the location indicated:

| DEPONENT        | DATE          | TIME         | LOCATION                                                          |
|-----------------|---------------|--------------|-------------------------------------------------------------------|
| Dr. Terry Spear | July 29, 2009 | 8:30 AM MDT  | Nordhagen Court Reporting 1734 Harrison Ave. Butte, MT 59701      |

This deposition will occur before an Associate or Deputy Court Reporter and Notary Public of

Nordhagen Court Reporting, or before their duly designated representative, who is not of counsel

to the parties, nor interested in the event of the cause. The oral examination will continue from

day to day until completed. This deposition is being taken for the purposes of discovery, for use

at trial or for such other purposes as are permitted under the Federal Rules of Civil Procedure

without limitation.

DOCS_DE:151106.1

Dated: July 23, 2009

Respectfully Submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Theodore L. Freedman
153 East 53rd Street
New York, NY 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

KIRKLAND & ELLIS LLP
Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:     (202) 879-5200

THE LAW OFFICES OF JANET S. BAER,
P.C.
Janet S. Baer
70 W. Madison St., Suite 2100
Chicago, IL 60602
Telephone:    (312) 641-2162
jbaer@jsbpc.com

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

*Co-Counsel for the Debtors and Debtors in
Possession*

2