IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 22313** |

**NO ORDER REQUIRED**
**MONTHLY APPLICATION OF ANDERSON, KILL, & OLICK, P.C., FOR
SERVICES RENDERED AND REIMUBURSEMENT OF EXPENSES AS
SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF
PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF
MAY 1, 2009 THROUGH MAY 31, 2009 (DOCKET NO. 22313)**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the
following:

1.      Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of
Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§
105(a) and 331 Establishing Revised Procedures for Interim Compensation and
Reimbursement of Expenses for Professionals and Official Committee Members, signed
by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative
Order"), Anderson, Kill, & Olick, P.C. ("Anderson, Kill, & Olick"), submitted on July 1,
2009 a monthly application ("Application") [Docket No. 22313] for services rendered
and reimbursement of expenses incurred as special insurance counsel to the Official
Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.      Objections to the Application were to be filed and served on or before July
21, 2009. No objections to the Application have been received by the undersigned.
Moreover, the Court's docket reflects that no objections to the Application were filed.  In

accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Campbell & Levine eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.


Dated: July 23, 2009

        ANDERSON, KILL, & OLICK, P.C.
        Robert Y. Chung
        1251 Avenue of the Americas
        New York, NY 10020-1182
        (212) 278-1039

        -and-

        CAMPBELL & LEVINE, LLC


        */s/Kathleen Campbell Davis*
        Marla R. Eskin (I.D. #2989)
        Kathleen Campbell Davis (I.D. #4229)
        800 N. King Street
        Suite 300
        Wilmington, DE  19801
        (302) 426-1900

        *Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*