IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Re Docket Nos. 22153, 22397 and 22411 |
| | | 7/27/09 Agenda Item No. 6 |

**DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO LATE-FILED OBJECTION OF BNSF RAILWAY AND OBJECTION OF THE LIBBY CLAIMANTS TO DEBTORS' MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH THE ROYAL PARTIES**

The Debtors hereby request authority, pursuant to Del.Bankr.LR 9006-1(d), to file a reply in further support of *"Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties"* (Docket No. 22153) (the "Motion"). July 10, 2009, was the deadline upon which objections to the Motion had to be filed.

On July 10, 2009, the Libby Claimants filed the *"Libby Claimants Objection to Debtors' Motion to Approve Settlement with Royal Parties"* (Docket No. 22397) (the "Libby Objection").

On July 13, 2009, BNSF Railway Company ("BNSF") filed under seal the *"Objection of BNSF Railway Company to the Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties* (Docket No. 22411) (the "BNSF Objection").

Neither the Libby Objection or the BNSF Objection purport to address the basic standards by which this Court must judge the reasonableness of the Debtors' and Royal's settlement. As a result, the Debtors seek to file a brief Reply to clarify these issues.

WHEREFORE, the Debtors respectfully request the entry of an Order granting it authority to file the Reply, which is attached hereto as <u>Exhibit 1</u>.

Dated: July 23, 2009

                        KIRKLAND & ELLIS LLP
                        David M. Bernick
                        Lisa G. Esayian
                        300 N. LaSalle
                        Chicago, Illinois 60654
                        Telephone: (312) 862-2000
                        Facsimile: (312) 862-2200

                        and

                        Theodore Freedman
                        Citigroup Center
                        601 Lexington Ave.
                        New York, New York 10022-4611
                        Telephone: (212) 446-4800
                        Facsimile: (212) 446-4900

                        <u>and</u>

                        PACHULSKI STANG ZIEHL & JONES LLP

                        /s/ James E. O'Neill
                        _____
                        Laura Davis Jones (Bar No. 2436)
                        James E. O'Neill (Bar No. 4042)
                        Kathleen P. Makowski (Bar No. 3648)
                        Timothy P. Cairns (Bar No. 4228)
                        919 North Market Street, 17th Floor
                        P.O. Box 8705
                        Wilmington, Delaware 19899-8705 (Courier 19801)
                        Telephone: (302) 652-4100
                        Facsimile: (302) 652-4400

                        Co-Counsel for the Debtors and Debtors in Possession