IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket Nos.: 22153, 22397, 22411 and _____ |
| | | 7/27/09 Agenda Item No. 6 |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A REPLY TO LATE-FILED OBJECTION OF BNSF RAILWAY AND OBJECTION OF THE LIBBY CLAIMANTS TO DEBTORS' MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH THE ROYAL PARTIES**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for leave to file the Debtors' Reply to Late-Filed Objection of BNSF Railway and Objection of the Libby Claimants to Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties (the "Reply") in support of the Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties (the "Motion") (Docket No. 22153); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Debtors to file the Reply with the Court.

Dated: _____, 2009

_____
The Honorable Judith K. Fitzgerald