**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & Corning., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Re: Docket Nos. 22513, 22397 and 22411**<br><br>**Hearing Date and Time: July 27, 2009 at 8:30 a.m. (ET)** |

**ARROWOOD'S MOTION FOR LEAVE TO FILE REPLY TO BNSF'S
LATE-FILED OBJECTIONS AND LIBBY CLAIMANTS' OBJECTIONS TO MOTION
FOR AN ORDER APPROVING SETTLEMENT AGREEMENT
AND MUTUAL RELEASES WITH THE ROYAL PARTIES**

      1.      Pursuant to Bankruptcy Rule 9006(c)(1) and Del. Bankr. L.R. 9006-1(d), Arrowood requests authority to file papers in opposition to BNSF's late filed Objection to Motion for an Order Approving Settlement Agreement and Mutual Releases with the Royal Parties and to also respond to objections raised for the first time in the Libby Claimants' Objection.[1]

      2.      On July 13, 2009, after the deadline for doing so, BNSF Railway Company ("BNSF") filed under seal the "*Objection of BNSF Railway Company to the Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties*" (Docket No. 22411). On July 10, 2009, the Libby Claimants filed the "*Libby Claimants Objection to Debtors' Motion to Approve Settlement with Royal Parties*" (Docket No. 22397).

      3.      Neither BNSF nor the Libby Claimants address the factors that a court must consider in approving a settlement. *See In re Martin*, 91 F. 3d 389, 294 (3d Cir. 1996). The

---

[1] "Arrowood" refers to Arrowood Indemnity Company, f/k/a Royal Indemnity Company. Movants submit Bradley L. Rice's April 20, 2009 declaration ("Rice Decl.") in support of this motion.

NY1:1786768.2

respective objections also mischaracterize the record and the relevant agreements. Accordingly, Arrowood seeks to file a brief to address and clarify these issues.

4.   WHEREFORE, Arrowood respectfully requests that this Court enter an Order granting leave to file the papers attached hereto as Exhibit 1.

Dated: July 24, 2009
     Wilmington, Delaware

By: /s/ Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
BIFFERATO GENTILOTTI, LLC
800 N. King Street – Plaza Level
Wilmington, DE 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

- and -

Carl. J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000

- and -

Tancred V. Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel: (212) 326-2000

*Attorneys for Arrowood Indemnity Company*
*f/k/a Royal Indemnity Company*

2