IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Re: Docket No.: 22613 |

## ORDER GRANTING ARROWOOD'S MOTION FOR LEAVE TO FILE REPLY TO BNSF'S LATE-FILED OBJECTIONS AND LIBBY CLAIMANTS' OBJECTIONS TO MOTION FOR AN ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASES WITH THE ROYAL PARTIES

Upon the motion (the "Motion") of Arrowood Indemnity Company, f/k/a Royal Indemnity Company ("Arrowood") for leave to file reply to BNSF's late-filed objections and Libby Claimants' Objections to Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties (the "Reply") in support of the Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties (the "Motion") (Docket No. 22153); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for Arrowood to file the Reply with the Court.

ORDERED that counsel for Movant(s) shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith

Dated: July 24, 2009

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

SJS