IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| W.R. GRACE & CO., *et al.*, : | Case No. 01-01139 (JKF) |
| Debtors. : | Jointly Administered |
| : | RE: 22589 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Craig Goldblatt of Wilmer Cutler Pickering Hale and Dorr LLP to represent Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation in the above referenced matter.

Dated: July 22, 2009
       Wilmington, Delaware

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By:   */s/ Michael W. Yurkewicz*
Michael W. Yurkewicz (Del. Bar No. 4165)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Fax: (302) 426-9193

PHIL1 855789-1

DKT. NO. 22589
DT. FILED 7.22.09

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Craig Goldblatt
Graig Goldblatt
**WILMER CUTLER PICKERING**
 **HALE AND DORR LLP**
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: 202-663-6000
Facsimile: 202-663-6363

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that counsel's motion for admission *pro hac vice* is granted.

Date: July 24, 2009

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
UNITED STATES BANKRUPTCY JUDGE

PHIL1 855789-1