## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    :        Chapter 11
                                          :
W.R. GRACE & CO., *et al.*,               :        Case No. 01-01139 (JKF)
                                          :
                          Debtors.        :        Jointly Administered
                                          :        RE % 22590

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the

admission *pro hac vice* of Nancy L. Manzer of Wilmer Cutler Pickering Hale and Dorr, LLP to

represent Hartford Accident and Indemnity Company, First State Insurance Company, Twin

City Fire Insurance Company, and New England Reinsurance Corporation in the above

referenced matter.

Dated:  July 22, 2009                     KLEHR, HARRISON, HARVEY,
        Wilmington, Delaware              BRANZBURG & ELLERS, LLP

                          By:    /s/ Michael W. Yurkewicz
                                 Michael W. Yurkewicz (Del. Bar No. 4165)
                                 919 Market Street, Suite 1000
                                 Wilmington, Delaware 19801
                                 Telephone:  (302) 426-1189
                                 Fax:  (302) 426-9193

PHILI 855690-1

DKT. NO. 22590
DT. FILED 7·22·09

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| W.R. GRACE & CO., *et al.*, | :    Case No. 01-01139 (JKF) |
| | : |
| Debtors. | :    Jointly Administered |
| | : |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Commonwealth of Virginia, the District of Columbia and the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ *Nancy L. Manzer*
Nancy L. Manzer
**WILMER CUTLER PICKERING**
 **HALE AND DORR LLP**
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: 202-663-6000
Facsimile: 202-663-6363

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that counsel's motion for admission *pro hac vice* is granted.

Date: July 24, 2009

The Honorable Judith K. Fitzgerald
UNITED STATES BANKRUPTCY JUDGE

SJS

PHIL1 855690-1