IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Ref. Dkt. No. 6795 |

### SUPPLEMENTAL DECLARATION OF JENNIFER L. BIGGS UNDER FED. R. BANKR. P. 2014 AND 5002 IN SUPPORT OF APPLICATION FOR AUTHORIZATION TO EMPLOY TILLINGHAST AS ACTUARIAL CONSULTANT

I, JENNIFER L. BIGGS, state:

1. I am an actuarial consultant with Towers, Perrin, Forster & Crosby, Inc., trading as Towers Perrin (previously referred to as "Towers Perrin Tillinghast" and herein as "Towers Perrin"), and maintain an office at 101 S. Hanley Road, St. Louis, MO 63105. I am authorized to execute this Supplemental Declaration on behalf of Towers Perrin. My firm is employed in the above-referenced cases as an actuarial consultant to David T. Austern, the Asbestos PI Future Claimants' Representative (the "FCR") pursuant to an Order entered by the Court on December 21, 2004 [Dkt. No. 7254], authorizing Towers Perrin's employment effective as of October 29, 2004.

2. On October 29, 2004, Michael E. Angelina, a former principal of Towers Perrin, submitted a declaration pursuant to Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Rules") in support of the FCR's application for authorization to employ Towers Perrin as his actuarial consultant. This Supplemental Declaration is intended to supplement Mr. Angelina's declaration.

3. Except as is otherwise provided below, the facts set forth in this declaration are based upon my personal knowledge, upon records maintained by Towers Perrin in the ordinary course of its business, which have been reviewed by me and/or by other employees of Towers

Perrin at my direction, or upon information known by other partners or employees of Towers Perrin and conveyed to me.

4. I make this Supplemental Declaration out of an abundance of caution and have been advised that such disclosure may not be required.

5. Towers Perrin recently announced that it signed a definitive agreement to merge with Watson Wyatt Worldwide, Inc. ("Watson Wyatt"), an international human resources consulting firm, to form a new, publicly listed company named Towers Watson & Co. Towers Perrin and Watson Wyatt shareholders are expected to vote on the transaction in the fourth quarter of 2009, with a closing to occur as soon as possible thereafter.

6. It is my understanding from counsel for the FCR that Watson Wyatt currently provides employee compensation and benefits consulting services to the Debtors in these Chapter 11 cases. The services Towers Perrin provides to the FCR are completely unrelated to employee compensation and benefits matters.

\* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                                             */S/ JENNIFER L. BIGGS*
                                             Jennifer L. Biggs, FCAS, MAAA

Executed on July 23, 2009

## **CERTIFICATE OF SERVICE**

      I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on July 24, 2009, I caused the *Supplemental Declaration of Jennifer L. Biggs Under Fed. R. Bankr. P. 2014 and 5002 in Support of Application for Authorization to Employ Tillinghast as Acturial Consultant,* to be served upon those parties as shown on the attached Service List.

                                      */S/ DEBRA O. FULLEM*
                                      Debra O. Fullem
                                      Orrick, Herrington & Sutcliffe LLP