# THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Date: September 4, 2009 at 4:00pm |
| | ) | Hearing Date: September 22, 2009 at 10:30am |

**COVER SHEET TO FIFTH QUARTERLY INTERIM FEE APPLICATION OF
TRE ANGELI LLC, AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF JANUARY 1, 2009 THROUGH MARCH 31, 2009**

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | July 29, 2008 nunc pro tunc to March 3, 2008 |
| Period for which compensation and reimbursement is sought: | January 1, 2009 – March 31, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $150,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $485.98 |

This is a    ___ monthly         _x_ interim         ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

January 1, 2009 – March 31, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 222.0 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **222.0** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

January 1, 2009 – March 31, 2009

| Expense Category | Total |
|---|---|
| Telephone | 329.70 |
| Meals | 35.00 |
| Express Mail | 121.28 |
| **TOTAL** | **$485.98** |

---

[1] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.