# EXHIBIT A

**WR Grace**
**January 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Fri 2 | Comm w/ OHS (RW) re call, PJC work | 1.0 |
| | Review docket | 0.7 |
| Mon 5 | Comm w/ OHS (RW) re DPA markup | 0.5 |
| | Review DPA revisions | 1.5 |
| | Review docket | 0.6 |
| Tue 6 | C/C w/OHS (all) re DPA counter | 1.7 |
| | Comm w/OHS (Dfe) re hearing agendas | 0.3 |
| | DPA review | 1.9 |
| | Docket review | 1.7 |
| Wed 7 | Comm w/OHS (RW) re DPA counter | 0.5 |
| | Comm w/OHS (Dfe) re objections | 1.3 |
| | Review POR cfm objs | 4.0 |
| | Review DPA revisions | 1.0 |
| | Review docket | 0.3 |
| | Comm w/OHS (Dfe) re objections | 0.5 |
| Thu 8 | Review revised DPA counter | 2.0 |
| | Comm w/ OHS (RW) re objections, insurance, FA call | 1.0 |
| | Comm w/Blackstone (PZ) re DPA terms | 0.6 |
| | Comm w/OHS (Dfe) re hearings | 0.4 |
| | Review docket | 0.5 |
| Fri 9 | Comm w/OHS (all) re financial terms proposed | 1.6 |
| | Review docket | 0.4 |
| Mon 12 | Review docket | 1.0 |
| | EBITDA evaluation | 2.0 |
| Tue 13 | Hearing | 5.3 |
| | Review docket | 0.6 |
| Wed 14 | Comm w/OHS (RW) re dates, finalized docs | 1.0 |
| | Prep fee app | 2.0 |
| Thu 15 | Review docket | 0.9 |
| | Review DPA revisions | 1.3 |
| | Comm w/OHS (RW) re DPA calls | 0.7 |
| Fri 16 | Comm wOHS (Dfe) re 1/26 agenda | 0.4 |
| | Review DPA revisions | 1.2 |
| | Comm w/OHS (ZF) re EBITDA defs | 1.0 |
| | C/C w/OHS (all) re DPA counter | 1.0 |
| | Review docket | 0.7 |
| Sat 17 | Comm w/OHS re PI dist DPA | 0.5 |
| Mon 19 | Review POR redline | 1.5 |
| | Financial analysis | 2.3 |
| | Review docket | 0.4 |
| Tue 20 | Review POR redline | 2.5 |
| | Review DPA revisions | 1.6 |
| | Review docket | 0.2 |
| Wed 21 | Comm w/OHS (RW) re DPA calls, K&E comments | 0.9 |
| | C/C w/OHS (all) re DPA counter | 1.3 |
| | Review DPA revisions | 1.5 |
| | Review docket | 1.0 |
| Thu 22 | Comm w/OHS (ZF) re proformas | 1.1 |
| | Comm w/OHS (RW) re proformas, defs, time periods | 0.8 |
| | Review San Leandro sale, produce memo | 1.1 |
| | Review Disc Stmt redline | 3.1 |
| Fri 23 | Comm w/OHS (all) on compl ctfs | 0.3 |
| | Review docket | 0.6 |
| | Financial analysis | 2.1 |
| Sun 25 | Review Disc Stmt redline | 2.0 |
| Mon 26 | Further review compliance ctfs | 0.6 |
| | Hearing | 1.5 |
| | Comm w/OHS (RW) re further EBITDA def chgs | 0.7 |
| | Review docket | 0.7 |
| Tue 27 | Comm w/OHS (RW) re addit DPA chgs | 0.8 |
| | Review DPA revisions | 1.3 |
| | Review docket | 1.0 |
| Wed 28 | Comm w/OHS (ZF) re PF value defs | 0.8 |
| | Review DPA revisions | 1.1 |
| | Review docket | 0.2 |
| Thu 29 | Comm w/OHS (ZF) re PF value defs, K&E chgs | 1.5 |
| | C/C w/OHS (all) re DPA counter | 1.0 |
| | Review DPA revisions | 1.5 |
| | Review docket | 0.4 |
| Fri 30 | Review DPA revisions | 0.6 |
| | Review docket | 0.4 |
| | Comm w/OHS (ZF) re new K&E def chgs | 1.0 |
| Sat 31 | Comm w/OHS (ZF) re timing issues | 0.2 |
| | TOTAL TIME (HRS) | 83.2 |

# EXHIBIT A

**WR Grace**
**February 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Sun 1 | Comm w/OHS (ZF) re DPA mtg | 0.4 |
| Mon 2 | Comm w/OHS (RW,ZF) re DPA comments, meeting | 0.4 |
| | Review docket | 0.5 |
| Tue 3 | Comm W/OHS (RW, ZF) re DPA comments, Disclosure Statement changes | 1.0 |
| | Review docket | 1.5 |
| Wed 4 | Comm w/PJC (CL) re Disc Stmt, POR, Exh Bk | 0.4 |
| | Review docket | 0.4 |
| Thu 5 | Review Disc Stmt | 6.5 |
| | Review docket | 0.8 |
| Fri 6 | Review POR | 4.4 |
| | Comm w/PJC (JS) re financials | 1.2 |
| | Review docket | 0.9 |
| Mon 9 | Review Exhibit Bk | 6.2 |
| | Review financial update | 3.1 |
| | Review docket | 0.3 |
| | Comm w/OHS (RW) re document review | 0.3 |
| Tue 10 | Review Disc Stmt | 1.8 |
| | Review Exhibit Bk | 1.4 |
| | Prep Jan 09 fee app | 3.2 |
| | Review amended financial analysis | 2.3 |
| | Review docket | 0.7 |
| Wed 11 | Comm w/OHS (RF) re thresholds test | 0.5 |
| | Comm w/ PJS (JS) re thresholds test | 0.5 |
| Tue 17 | Comm w/OHS re certificates | 0.4 |
| | Review certiciates re threshold | 0.6 |
| | Review dockets | 3.1 |
| Wed 18 | Comm w/OHS re certificates | 0.3 |
| | Comm w/Blackstone (MB) re pension contr | 0.3 |
| | Review docket | 1.0 |
| Thu 19 | Comm w/OHS (ZF) re certificates | 0.3 |
| | Review prior pension plan motions | 2.5 |
| | Review and analyze pension plan motion | 2.0 |
| | Comm w/team re pension plan motion | 1.0 |
| Fri 20 | Comm w/OHS (ZF) re certf changes | 0.2 |
| | Review docket | 1.4 |
| Sun 22 | Comm w/OHS (ZF) re certf changes | 0.4 |
| Mon 23 | Prep Grace financial info | 5.5 |
| | Review docket | 1.0 |
| Tue 24 | Review docket | 0.7 |
| Wed 25 | Review docket | 0.6 |
| Thu 26 | Review docket | 0.9 |
| Fri 27 | Comm w/ OHS (RW,RF) re financial, April mtg | 0.7 |
| | Comm w/OHS (RF) re Charter Oak, pension changes | 0.5 |
| | Review docket | 1.0 |
| | TOTAL TIME (HRS) | 63.1 |

# EXHIBIT A

**WR Grace**
**March 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review 10-K filing | 3.5 |
| | Review docket | 0.5 |
| Tue 3 | Review/analyze financial projections | 3.0 |
| | Comm w/OHS (RF) re exit financing | 0.4 |
| | Review docket | 0.9 |
| Wed 4 | Review liquidation materials | 2.1 |
| | Review docket | 0.2 |
| Thu 5 | Analyze 2008 fincl results | 4.2 |
| | Review docket | 0.6 |
| Fri 6 | Comp new projection | 2.6 |
| | Review amended exhibits | 2.1 |
| | Review docket | 0.6 |
| | Comm w/Blackstone (PZ) re corrections, repurchase | 0.3 |
| Mon 9 | Hearing | 1.5 |
| | FY08-09 financial analysis | 2.0 |
| | Comm w/OHS (RF)re debt repurchase | 0.4 |
| | Review docket | 0.2 |
| Tue 10 | Comm wOHS (RW) re call | 0.2 |
| | FY08-09 financial analysis | 1.5 |
| | Review docket | 1.1 |
| Wed 11 | Comm w/OHS (RF,RW) re debt repurchase | 1.0 |
| | Comm w/OHS (Dfe) re APU | 0.5 |
| | Research APU relationship/motion | 3.2 |
| | Draft Sec Supplemental Dec | 1.0 |
| | Review docket | 0.8 |
| Thu 12 | Comm w/OHS (Dfe) re Sec Supp Dec | 0.3 |
| | Comm w/Blackstone (PZ) re presentation | 0.3 |
| | Comm w/PJC re supplement | 0.3 |
| | FY08-09 financial analysis | 2.2 |
| | Review docket | 0.7 |
| Fri 13 | Review Blackstone presentation | 1.5 |
| | Comm w/PJC re presentation | 1.0 |
| | Review docket | 0.4 |
| Mon 16 | Call w/Grace re debt repurchase | 1.5 |
| | Review docket | 0.6 |
| Tue 17 | Review K&E comments of certs | 0.8 |
| | Review draft FCR presentation | 1.7 |
| | Comm w PJC re meeting FCR | 0.7 |
| | Review Mathis report | 1.3 |
| | Review docket | 0.9 |
| Wed 18 | Comm w/OHS re Mathis report | 0.5 |
| | Review docket | 0.8 |
| Thu 19 | Review and analyze Mathis report | 2.6 |
| | Review PJC analysis re warrants | 1.0 |
| | Review docket | 0.3 |
| Fri 20 | Comm w/OHS re quarterly fee app | 0.3 |
| | Review docket | 0.9 |
| Mon 23 | Review Seale & Co app | 0.6 |
| | Comm w/PJC re presentation | 1.2 |
| | Comm w/OHS re fee apps | 0.2 |
| | Review docket | 1.0 |
| Tue 24 | Review docket | 0.3 |
| | Comm w/PJC re financial pre-meet, 10-K | 1.2 |
| Wed 25 | Pre-meet with PJC | 0.8 |
| | Travel | 3.0 |
| | Meeting with Grace financial officers, presentation | 1.7 |
| | Review docket | 0.5 |
| Thu 26 | Review docket | 0.5 |
| | Review draft FCR presentation | 2.5 |
| Fri 27 | Review docket | 0.6 |
| | Draft debt analysis for FCR | 2.9 |
| | Comm w/PJC re presentation | 0.7 |
| Mon 30 | Review docket | 0.6 |
| | Review draft FCR presentation | 2.0 |
| Tue 31 | Review docket | 0.4 |
| | TOTAL TIME (HRS) | 75.7 |