# EXHIBIT B

## W.R. Grace
## Tre Angeli Expense Detail Report (January 1, 2009 – March 31, 2009)
(Dates Represent Posting Date of Expense)

January 2009
Telephone                                              $ 107.39
Express Mail                                           $   17.44

February 2009
Telephone                                              $ 136.90
Express Mail                                           $   66.47

March 2009
Meals                                                  $   35.00
Telephone                                              $   85.41
Express Mail                                           $   37.37

**TOTAL EXPENSES[1]:**                                 **$  485.98**

**[1] All expenses incurred on behalf of Joseph J. Radecki, Jr.**