**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | Objection Deadline: September 4, 2009 at 4:00 p.m. |
| | ) | Hearing: September 22, 2009 at 10:30 a.m. |

**COVER SHEET TO TWENTIETH QUARTERLY INTERIM APPLICATION OF
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS
REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD
<u>JANUARY 1, 2009 THROUGH MARCH 31, 2009</u>**

**<u>SUMMARY SHEET</u>**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | January 1, 2009 – March 31, 2009 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $9,300.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $      0.00 |

This is a      ___ monthly          x   interim           ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Twentieth Quarterly time period: Fifty-First Monthly Fee Application for the period January 1-31, 2009 in the amount of $1,400.00 (80% of $1,750.00) in fees and no expenses[1]; Fifty-Second Fee Application for the period February 1-28, 2009 in the amount of $1,080.00 (80% of $1,350.00) in fees and no expenses; and Fifty-Third Monthly Fee Application for the period March 1-31, 2009 in the amount of $4,920.00 ($6,150.00) in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## JANUARY 1, 2009 – MARCH 31, 2009

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 18.60 | $9,300.00 |
| **Total** | | | | **$9,300.00** |

>     Total Fees:        $ 9,300.00
>     Total Hours:            18.60
>     Blended Rate:      $   500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 18.60 | $9,300.00 |
| **TOTAL** | **18.60** | **$9,300.00** |

---

[1] Please note that the January 2009 monthly fee application contained a calculation error in total fees, the correct amount is $1,800.00.

3

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**JANUARY 1, 2009 – MARCH 31, 2009**

| Expense Category | Total |
|---|---|
| No Expenses | **$0.00** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: July 6, 2009