**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | ) ) ) | |
| **W.R. GRACE & CO., et al.,** | ) ) ) | **Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)** |
| **Debtors.** | ) ) | |

## VERIFICATION

**STATE OF VIRGINIA, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Asbestos PI Future Claimants Representative appointed by the Court in these cases.

2. I have reviewed the Twentieth Quarterly Interim Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.


　　　　　　　　　　　　　　　　　　*/S/ DAVID T. AUSTERN*
　　　　　　　　　　　　　　　　　　DAVID T. AUSTERN


SWORN AND SUBSCRIBED TO BEFORE ME

THIS 6TH DAY OF JULY, 2009

*/S/ AUDREY BRIDGES*
Notary Public


My commission expires: 7/29/2012