IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | |

## ANDERSON MEMORIAL HOSPITAL'S STATEMENT RE FEASIBILITY EXPERTS

Anderson Memorial Hospital ("Anderson") is unable to list feasibility experts at this time. The Debtors have the burden of proving feasibility. At this time, Anderson has not been given an opportunity to depose the Debtors' feasibility witnesses. Anderson reserves the right to supplement this Statement after the Debtors make these experts available for deposition.[1]

DATED: July 24, 2009

                         Christopher D. Loizides (No. 3968)
                         LOIZIDES, P.A.
                         1225 King Street, Suite 800
                         Wilmington, DE 19801
                         Telephone:    (302) 654-0248
                         Facsimile:     (302) 654-0728
                         E-mail:           loizides@loizides.com

                         Daniel A. Speights (SC Fed. ID No. 4252)
                         C. Alan Runyan (SC Fed ID No.3683)
                         SPEIGHTS & RUNYAN
                         200 Jackson Avenue, East
                         Post Office Box 685
                         Hampton, SC  29924
                         Telephone:    (803) 943-4444
                         Facsimile:     (803) 943-4599

                                   - and -

---

[1] The Debtors have listed Hudson La Force III and Pamela Zilly as feasibility experts and provided deposition dates of August 6 and 20, 2009.

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:     (305) 372-1800
Facsimile:     (305) 372-3508

*Counsel for Anderson Memorial Hospital*