IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 22563 & 22576 |

*Re agenda #9 (hh)(ii) 7/27/09*

ORDER GRANTING MOTION FOR LEAVE TO FILE LIBBY CLAIMANTS'
CORRECTED PHASE II PRE-TRIAL EXHIBIT LIST

Upon the Motion for Leave to File Libby Claimants' Corrected Phase II Pre-Trial Exhibit List (the "Motion");[1] and due and proper notice of the Motion having been given; and the Court having considered the Motion; and it appearing that sufficient cause exists for granting the requested relief, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Libby Claimants are granted leave to file the Corrected Exhibit List; and it is further

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to, or arising from, the Motion or implementation of this Order.

Dated: July 27, 2009

*/s/ J. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

{393.001-W0001460.}

Docket #22578
Date 7-21-09