IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the *Notice Of Deposition Of Thomas Florence, Ph.D.* was made on July 27, 2009 upon the individuals identified on the attached Service Lists in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: July 27, 2009            */s/ Richard W. Riley*
       Wilmington, Delaware     Richard W. Riley

DM3\1023739.2