# HR&A                                        INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
Policy, Financial & Management Consultants

July 6, 2009
Invoice No. HRA20090706

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of June, 2009.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.50 hours @ $ 625 per hour | $ 937.50 |
| **TOTAL:** | **$ 937.50** |

**Prior Billings**

| | |
|---|---:|
| 02/12/09 Invoice | $ 1,875.00 |
| 05/05/09 Invoice | 625.00 |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

JUNE, 2009 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
| --- | --- | --- |
| 06/09/09 | 1.00 | Review voting results. |
| 06/11/09 | 0.50 | Review historical files to respond to Speights question re Peterson Sealed Air estimates. |
| Total: | 1.50 | |