### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:    (302) 575-1714

WR Grace PD Committee                                      June 1, 2009 to June 30, 2009

Invoice No. 31763

**RE:**        WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------:|-------:|
| B14 | Case Administration - | 22.00 | 4,210.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.70 | 206.50 |
| B18 | Fee Applications, Others - | 3.90 | 562.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 1.10 | 324.50 |
| B25 | Fee Applications, Applicant - | 4.50 | 855.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 3.80 | 1,121.00 |
| B36 | Plan and Disclosure Statement - | 68.80 | 20,047.00 |
| B37 | Hearings - | 25.10 | 7,335.00 |
| B40 | Employment Applications, Others - | 0.20 | 59.00 |
| B41 | Relief from Stay Litigation - | 0.10 | 29.50 |
| | **Total** | **130.20** | **$34,750.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 250.00 | 3.50 | 875.00 |
| Steven G. Weiler | 230.00 | 4.70 | 1,081.00 |
| Theodore J. Tacconelli | 295.00 | 103.20 | 30,444.00 |
| Law Clerk | 125.00 | 4.70 | 587.50 |
| Legal Assistant - MH | 125.00 | 14.10 | 1,762.50 |
| **Total** | | **130.20** | **$34,750.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                              **$561.30**

**Invoice No. 31763** **Page 2 of 22** **July 28, 2009**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jun-01-09 | *Plan and Disclosure Statement* - E-mails from J. Boerger re phase I trial brief and exhibits | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights and advise T. Tacconelli re same | 0.10 | SGW |
| | *Case Administration* - Review A. Rich May fee application | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' answering brief in NJDEP appeal 08-2069 in 3rd circuit | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' objection to claim asserted by Madison Complex with attachments | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review declaration of L. Gardner re in support of debtors' objection to claim by Madison Complex with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re Libby Claimants' standing to assert wrongful death claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Firemen's Fund in CNA's objections to debtors' motions for notice re motion to strike expert reports | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re Florence deposition not going forward tomorrow | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's statement in lieu of brief re phase I issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' motion in limine to strike Priest and Shein expert reports with attachments | 1.70 | TJT |
| Jun-02-09 | *Case Administration* - Review case status report for week ending 5/22/09 | 0.10 | LLC |
| | *Fee Applications, Others* - Review fee auditor's final report re Bilzin and forward same to M. Hedden | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mails from B. Mukherjee re phase I trial brief and exhibits | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re J. Hughes deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen's Fund trial brief re phase I issues | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review General Insurance Co.'s trial brief with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Federal Ins. Co. phase I trial brief | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Federal Ins. Co. in CNA's objection to debtors' motion to shorten notice re motion to strike Priest/Shein expert reports | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of B. Longo by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from B. O'Hair re | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | information for Welch deposition | | |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re La Force deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re Shelnitz deposition scheduled by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for PIFCR re Welch deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review appendix to Firemen's Fund trial brief re phase I issues | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review various e-mails re Welch deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's phase I trial brief with attachment | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re deposition calendar and review same | 0.20 | TJT |
| | *Case Administration* - review docket re case status for week ending 5/22/09, memo to T. Tacconelli and L. Coggins re same | 1.40 | MH |
| | *Fee Applications, Others* - E-mail fee auditor's final report re Bilzin's 31st quarterly fee application to L. Flores | 0.10 | MH |
| Jun-03-09 | *Case Administration* - Review case status memo for week ending 5/22/09 | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by LR&C | 0.10 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - Review affidavit of W. Fong | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review UCC's motion to shorten notice re motion to modify 3rd amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by AIU in certain insurers' objections to confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review appendix to CNA phase I trial brief | 1.40 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re phase I confirmation proceedings | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review GEICO/Seaton trial brief | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review exhibits to GEICO/Seaton's phase I trial brief | 1.60 | TJT |
| | *Plan and Disclosure Statement* - Review disputed claims classification declaration by P. Reynolds with attachments | 0.30 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.30 | HZ |
| Jun-04-09 | *Case Administration* - Review notice of substitution of counsel and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review 2019 statement by E. Mooney | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' revised motion to approve settlement with Macerich with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review  notice of deposition of G. Stockman by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AXA Belgium's phase I trial brief | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re Parker deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review motion by UCC to modify 3rd amended plan CMO with attachment | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's phase I trial brief re releases and injunction with attachments | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's phase I trial brief re plan objections with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' summary of phase I trial brief | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review modified order re plan proponents' motion to shorten notice re motion to strike expert reports | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review bank lender groups' motion to shorten notice re motion to modify 3rd amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena re plan proponents' motion to strike expert reports | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order re bank lender groups' motion to shorten notice re motion to modify 3rd amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena re order granting bank lender groups' motion to shorten notice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Sealed Air re plan service list change and forward to paralegal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for insurers re Mathis deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of J. Hughes by MCC | 0.10 | TJT |
| | *Case Administration* - Revise plan service list | 0.10 | MH |
| Jun-05-09 | *Fee Applications, Others* - Review certificate of no objection re HRA 27th quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review certificate of no objection re Bilzin 32nd quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re 32nd quarterly fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review notice of substitution for Equity Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re phase I | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | logistics | | |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Arrowood re phase I logistics | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review exhibits to AXA Belgium phase I trial brief | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review bank lender groups' motion to modify plan CMO | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Fireman's Fund in certain objections to plan re phase I | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review affidavit of publication filed by debtors re notice of voting rights in confirmation hearing | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion for protective order re deposition of M. Shelnitz with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review various e-mails re Parker deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re phase I trial binders | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re Inselbuch deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from Judge Fitzgerald's clerk re phase I logistics | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re Inselbuch deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re Peterson deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of P. Zilley by CCC | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's 32nd quarterly fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's 32nd quarterly fee application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re HRA's 27th quarterly fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re HRA's 27th quarterly fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Ferry, Joseph & Pearce's 32nd quarterly fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Ferry, Joseph & Pearce's 32nd quarterly fee application | 0.30 | MH |
| Jun-06-09 | *Case Administration* - Review second amended 2019 statement by Waters and Kraus | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re Libby depositions | 0.10 | TJT |
| Jun-07-09 | *Case Administration* - Review PDFCR's May fee application | 0.10 | TJT |
| | *Case Administration* - Review five miscellaneous certificates of no | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | objection filed by PI Committee | | |
| | *Case Administration* - Review miscellaneous certificate of no objection filed by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review third amended plan CMO re upcoming deadlines for phase I and review phase II deadlines | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from PI counsel re Whitehouse deposition information | 0.10 | TJT |
| Jun-08-09 | *Plan and Disclosure Statement* - E-mail from B. Walton-Fein re notice of deposition | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review statement of issues and record on appeal by UCC | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re second Whitehouse deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re Arrowood's exhibits for phase I hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re service of phase I trial exhibits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence re Hughes deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re Whitehouse 550 database with affidavit of Dr. Whitehouse | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of Dr. Whitehouse by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of updated Florence rebuttal expert report | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re plan proponents not submitting trial exhibits for phase I hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of trial exhibits by bank lender group | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review bank lender group's statement of issues and record on appeal | 0.30 | TJT |
| Jun-09-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders (.1); obtain docket information re same and forward to law clerk (.1) | 0.20 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review case status memo for week ending 5/29/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' motion to exceed page limitation for phase I trial brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review declaration from BMC Group re tabulation of ballot | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena re declaration of ballot tabulation by BMC Group | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order granting plan proponents' motion to exceed page limit on phase I trial brief | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re ballots on plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Boerger re Hughes deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of E. Inselbuch by Scott's | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Zurich trial exhibits | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re Whitehouse deposition notice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing plan proponents' phase I trial brief | 0.40 | TJT |
| | *Case Administration* - review docket re case status for week ending 5/29/09, memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| Jun-10-09 | *Case Administration* - E-mail to M. Hedden re fee auditor's final report re 31st quarter | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Review notice of deposition of Dr. Whitehouse by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for PIFCR re Mathis deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition by Scott's company of J. Hughes | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Martin deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish reviewing plan proponents' trial brief with attachments | 2.60 | TJT |
| | *Plan and Disclosure Statement* - Review bank lender group's phase I trial exhibits | 0.50 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.50 | HZ |
| | *Case Administration* - review docket re case status for week ending 6/5/09, memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| Jun-11-09 | *Case Administration* -   Review notice of address change and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case status memos for weeks ending 5/29/09 and 6/5/09 | 0.10 | LLC |
| | *Hearings* -   Review notice of agenda re 6/18/09 hearing | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review case status memo for week ending 6/5/09 | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants answering brief in 3rd circuit re State of Montana appeal 08-3697 | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review exhibits to bank lender group's motion to modify 3rd amended plan CMO | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by BNSF in Libby Claimants' 30(b)(6) deposition notice of debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail re D. Martin deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from B. Stansbury re Weill deposition being rescheduled | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion for reconsideration of order striking Whitehouse expert report with attachments | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from C. Candon re Libby Claimants' CARD x-ray production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from counsel for Libby Claimants in Montana to plan proponents re CARD x-ray production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review insurers' combined objection to plan proponents' motion to strike Priest and Shein expert reports with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's objection to motion to strike Priest and Shein expert report | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review order granting UCC's motion to shorten notice re motion to modify 3rd amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from C. Candon re Inselbuch deposition | 0.10 | TJT |
| Jun-12-09 | *Case Administration* -  Review additional notice of address change and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review notice of change of address for Cole Schotz | 0.10 | TJT |
| | *Case Administration* - Review notice of address change for K&E NYC office | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' response to bank lender group and UCC's motion to modify third amended CMO | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing attachments re Arrowood's opposition to motion to strike expert reports | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of Arrowood by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of MCC by Libby Claimants | 0.10 | TJT |
| | Review e-mail from K. Love re phase I meet and confer | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review multiple e-mails from counsel | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | for Arrowood re meet and confer for phase I pre-trial | | |
| | *Plan and Disclosure Statement* - Review multiple e-mails from debtors' counsel re meet and confer for phase I pre-trial | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re Posner and Finke deposition transcripts | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of CNA by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of J. Heberling by Arrowood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of BNSF by Arrowood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for PIFCR re 6/15/09 deposition scheduling | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review multiple e-mails from counsel for Arrowood re BNSF witness designation | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for BNSF re motion to quash Arrowood deposition notice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review multiple e-mails from counsel for BNSF re final witness designation for phase I | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re 6/15/09 depositions not going forward now | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of Libby Claimants by Arrowood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of L. Kujawa by Arrowood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of S. Spady by Arrowood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Arrowood re Heberling deposition dispute | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' objection to certain motions to allow claims for voting purposes | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of J. Heberling by MCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review motion by BNSF to quash deposition notice | 0.20 | TJT |
| | *Hearings* - Review agenda for 6/18/09 hearing | 0.20 | TJT |
| | *Hearings* - Prepare for 6/18/09 hearing | 0.20 | TJT |
| | *Case Administration* - Edit service lists and labels re miscellaneous withdrawals and changes | 0.50 | MH |
| Jun-13-09 | *Plan and Disclosure Statement* - Review declaration of A. Schwartz in support of Arrowood's opposition to motion to strike with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service by UCC of request for production to debtor re feasibility | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from A. Jones re CNA trial exhibit binders | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter to Judge Fitzgerald from counsel for CNA re phase I trial | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from B. Harding re meet and confer re phase I pre-trial | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of D. Shay | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | by Arrowood | | |
| | *Plan and Disclosure Statement* - Review notice of deposition of Dr. Spear by Arrowood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review UCC's phase II witness list | 0.10 | TJT |
| Jun-14-09 | *Plan and Disclosure Statement* - Review notice of deposition of Libby Claimants by MCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of BNSF by MCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review UCC's request for production to debtors re feasibility | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's statement of acceptance of cancellation of Libby Claimants' depositions with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing matters on agenda for 6/18/09 hearing re phase I meet and confer | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from committee member re feasibility | 0.10 | TJT |
| Jun-15-09 | *Case Administration* -  Review notice of address change and forward same to M. Hedden | 0.10 | LLC |
| | *Plan and Disclosure Statement* -  E-mail from A. Jones re cover letter for exhibit binders | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Hearings* - 6/18/09 hearing preparation | 0.10 | SGW |
| | *Case Administration* - Review notice of removal of Fox Rothschild attorney from service list | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re no objections to 31st interim period | 0.10 | TJT |
| | *Case Administration* - Review of amended appearance for J. Baer | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Caplin Drysdale re 31st interim period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re final witness list for phase II | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 3rd amended plan CMO re feasibility discovery schedule | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail re Whitehouse deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to Fireman's Fund interrogatories re surety bond | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Boerger re meet and confer schedule for today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from B. Harding re meet and confer schedule today (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund designation of witnesses for phase II re surety claim | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from B. Horkovich re meet and confer | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Scott's witness list for phase II | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from M. Kramer re PD final witness for phase II | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Shiner re meet and confer today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Kramer re PD Committee final witness list, work on final witness list and confer with paralegal re filing and service of same | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review General Ins. Co.'s trial exhibit list and letter to judge with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to M. Kramer re PD Committee final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review General Ins. Co. witness list for phase II | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PDFCR's witness list for phase II | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re meet and confer scheduled today rescheduled for Wednesday | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Allstate witness list for phase II | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re PI Committee and PIFCR's witness list for phase II | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from R. Schwartz to B. Harding re final transcripts for Posner and Finke depositions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from G. McDaniel re meet and confer today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review CNA witness list for phase II | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital witness list for phase II | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund witness list for phase II | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Zurich witness list for phase II | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Federal Ins. Co. witness list for phase II | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare for e-filing, e-file and serve PD Committee witness list | 0.50 | MH |
| Jun-16-09 | *Plan and Disclosure Statement* - Confer with T. Tacconelli re 6/18/09 hearing and upcoming confirmation hearing | 0.20 | LLC |
| | *Plan and Disclosure Statement* - Review agenda re confirmation hearing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review e-mails from various parties re witness lists | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Hearings* - 6/22/09 hearing preparation | 0.10 | SGW |
| | *Case Administration* - Review fee auditor's final report re BMC Group 31st interim period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock Seal Technologies phase II witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Canadian claimants' phase II | 0.10 | TJT |

|  | witness list |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review MCC's phase II witness list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review GEICO's phase II witness list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Republic Ins. Co.'s phase II witness list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review BNSF's phase II witness list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review One Beacon's phase II witness list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review bank lender group's motion for leave to file reply to opposition to motion to modify third amended plan CMO with attachment | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from B. Harding re Posner and Finke final deposition transcripts | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Seaton's phase II witness list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review PIFCR/PI Committee's phase II witness list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from E. Horkovich re deposition of AXA Belgium witness | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of service of request for production to plan proponents by Anderson Memorial Hospital re feasibility | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's request for production to plan proponents re feasibility | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Longacre phase II witness list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Travelers' phase II witness list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review plan proponents' objection to trial exhibits for phase I | 0.70 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' notice of filing chart re plan objections | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review chart prepared by plan proponents' re summary objections to plan | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from J. Baer re summary of plan objections - make change in future | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from Libby counsel re La Force deposition | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Correspond with J. Sakalo re 6/18/09 hearing coverage | 0.10 | TJT |
|  | *Hearings* - Review agenda for phase I confirmation hearing | 0.20 | TJT |
|  | *Hearings* - Review e-mail from J. Boerger re status of 6/25/09 confirmation hearing date | 0.10 | TJT |
| Jun-17-09 | *Fee Applications, Others* - Review certificate of no objection re Bilzin April 09 fee application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review certificate of no objection re HRA June 09 fee application for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review certificate of no objection re June 09 fee application for filing | 0.10 | LLC |
|  | *Hearings* - Review amended agenda re 6/22/09 hearing | 0.10 | LLC |
|  | *Hearings* - Review amended agenda re 6/18/09 hearing | 0.10 | LLC |
|  | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |

| | | |
|---|---|---|
| *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| *Case Administration* - Review e-mail  from J. Sakalo re pro hac vice motion for T. Trevorrow and confer with paralegal re drafting same | 0.20 | TJT |
| *Case Administration* - Review, execute and authorize filing of pro hac vice motion for T. Trevorrow | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review AXA Belgium's phase II witness list | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review LMI's  phase II witness list | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review State of Montana's phase II witness list | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' phase II witness list | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Arrowood's phase II witness list | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Libby Claimants' phase II witness list | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of service of debtors' responses to Fireman's Fund's interrogatories re surety bond | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re Stockman deposition information | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of service of bank lender group's interrogatories and request for production to debtors re feasibility | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review bank lender group's phase II witness list | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review joinder by UCC's in bank lender group's motion for leave to file reply to opposition to motion amend plan CMO | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review joinder by Libby Claimants in UCC's discovery to debtors re feasibility | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from debtors' counsel re La Force deposition location | 0.10 | TJT |
| *Plan and Disclosure Statement* - Attend meet and confer for phase I issues | 1.40 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from counsel for PIFCR re Stockman deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review matters on agenda for 6/18/09 hearing | 0.80 | TJT |
| *Hearings* - Review amended agenda for 6/18/09 hearing | 0.10 | TJT |
| *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.10 | HZ |
| *Case Administration* - Draft admission pro hac vice motion/certification/order admitting T. Trevorrow and draft certificate of service re same | 0.30 | MH |
| *Case Administration* - PDF admission pro hac vice motion/certification/order admitting T. Trevorrow , e-mail same to T. Trevorrow  with instructions | 0.10 | MH |
| *Case Administration* - Download and review signed admission pro hac vice motion/certification/order admitting T. Trevorrow; arrange for courier to obtain court receipt; scan certificate of service re same for e-filing, e-file same and coordinate service re same | 0.30 | MH |
| *Case Administration* - Confer with T. Tacconelli re chambers copy of | 0.10 | MH |

|  |  |  |  |
|---|---|---|---|
|  | admission pro hac vice of T. Trevorrow, e-mail same to Judge Fitzgerald's Delaware clerk |  |  |
|  | *Case Administration* - E-mail to co-counsel and T. Tacconelli re status of PHV admission | 0.10 | MH |
|  | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's April fee application | 0.30 | MH |
|  | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Ferry, Joseph & Pearce's April fee application | 0.30 | MH |
|  | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Ferry, Joseph & Pearce's April fee application | 0.30 | MH |
| Jun-18-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
|  | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
|  | *Case Administration* - Briefly K&E April fee application | 0.20 | TJT |
|  | *Case Administration* - Review order granting pro hac vice admission for T. Trevorrow and confer with paralegal re same | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revise deposition calendar and review same | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review reply by bank lender group to plan proponents' opposition to motion to modify plan CMO | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from B. Harding re proposed stipulation re evidence re phase I | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review proposed stipulation by plan proponents for evidence for phase I | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with M. Joseph re recent action taken by EPA in Libby | 0.10 | TJT |
|  | *Hearings* - Review amended agenda for phase I hearings | 0.10 | TJT |
|  | *Hearings* - Correspond with T. Trevorrow re hearing coverage | 0.10 | TJT |
|  | *Hearings* - Prepare for phase I hearings | 0.20 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 6.40 | TJT |
|  | *Case Administration* - E-mail signed PHV order to T. Trevorrow and J. Sakalo | 0.10 | MH |
|  | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's April fee application | 0.30 | MH |
|  | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re HRA's April fee application | 0.30 | MH |
|  | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re HRA's April fee application | 0.30 | MH |
| Jun-19-09 | *Plan and Disclosure Statement* - Numerous e-mails from J. Boerger re notices of designations | 0.10 | LLC |
|  | *Case Administration* - 6/18/09 hearing follow-up | 0.10 | SGW |
|  | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
|  | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
|  | *Case Administration* - Correspond with J. Sakalo re case administration question | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review e-mail from J. O'Neill re 31st interim period quarterly fee chart and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order re 6/29/09 omnibus hearing re telephonic only | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re results of pre-trial conference for phase I, review hearing notes and respond | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition designations by Fireman's Fund, et al. re M. Peterson | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review input from insurers re phase I proceedings | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re Laforce deposition proposal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Cohn re objecting to proposal re Laforce deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from C. Candon re Libby depositions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from counsel for Arrowood re Libby depositions | 0.10 | TJT |
| | *Hearings* - Review second amended agenda for phase I hearing | 0.10 | TJT |
| | *Hearings* - Review notice of hearing by BNSF re motion to quash deposition notice | 0.10 | TJT |
| | *Hearings* - Review debtors' motion to approve settlement with Royal entities with attachments | 0.90 | TJT |
| Jun-20-09 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' counterdesignation of record on appeal re UCC's appeal | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' counterdesignation of record on appeal re bank lender group's appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's deposition designations for phase I | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review deposition designations of J. Hughes by Fireman's Fund, et al. | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review deposition designations of P. Lockwood by Fireman's Fund, et al. | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review deposition designations of D. Austern by Fireman's Fund, et al. | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review deposition designations of R. Finke (5/13/09) by Fireman's Fund, et al. | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice amended deposition of G. Friedman by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of continued deposition of debtors by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various correspondence re Libby Claimants' notice of continued deposition for debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review deposition designations of R. Finke (5/30/09) by Fireman's Fund, et al. | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review deposition designations of J. Posner by Fireman's Fund, et al. | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review deposition designations of E. Inselbuch by Fireman's Fund, et al. | 0.50 | TJT |

| | | | |
|---|---|---|---|
| Jun-21-09 | *Case Administration* - Memo to paralegal re 31st interim period quarterly fee chart | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Arrowood in plan proponents' motion to shorten notice re motion to strike expert report of T. Spear | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review numerous e-mails re phase I proposed order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review numerous e-mails re insurers' trial narratives | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order striking BNSF's motion to quash notice of deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of Dr. Molgaard by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review declaration of M. Posner re trial exhibits for various insurers and briefly review voluminous attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing debtors' revised chart re plan objections | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised chart re plan objections and review blackline | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re debtors' proposed order re insurance neutrality for phase I | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review third amended agenda for phase I hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for PIFCR re Friedman deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Brown re Priest not testifying in phase I | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review matters on agenda for 6/22/09 hearing | 0.50 | TJT |
| Jun-22-09 | *Hearings* - Review 3rd amended agenda re 6/22/09 hearing | 0.10 | LLC |
| | *Case Administration* -  Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights and advise T. Tacconelli re same | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Review phase I pre-trial statement by GEICO/Seaton | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from debtors' counsel re Laforce deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for CNA re CNA trial narrative | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review CNA trial narrative | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' bench brief re deposition designations by insurers' objection thereto | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re Laforce deposition dispute | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review General Ins. Co. trial narrative | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from Libby counsel re Molgaard deposition | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 7.90 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review docket re case status for week ending 6/12/09; memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| | *Hearings* - Cancel telephonic appearance of T. Tacconelli re 6/25/09 hearing | 0.10 | MH |
| Jun-23-09 | *Case Administration* - Review case status memo for week ending 6/12/09 | 0.10 | LLC |
| | *Hearings* - Review agenda re 6/29/09 hearing | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights and advise T. Tacconelli re same | 0.10 | SGW |
| | *Case Administration* - Review correspondence re original signed certification for pro hac vice admission of T. Trevorrow | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/12/09 | 0.10 | TJT |
| | *Case Administration* - Review memo from paralegal re 31st  interim period quarterly fee chart and confer with paralegal re same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review declaration of J. Downey re General Ins. Co.'s phase I objection | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by PI Committee in debtors' notice of deposition of Dr. Moolgaard | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review pre-trial statement by AXA Belgium | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Bilzin memo re phase I first-day hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re results of phase I first-day hearing | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 4.20 | TJT |
| | *Case Administration* - Review docket re case status for week ending 6/19/09; memo to T. Tacconelli and L. Coggins re same | 1.20 | MH |
| | *Case Administration* - Review 31st interim quarterly fee chart; memo to T. Tacconelli re same | 0.10 | MH |
| | *Hearings* - Cancel telephonic appearance of T. Tacconelli re 6/24/09 hearing | 0.10 | MH |
| Jun-24-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Review four miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/19/09 | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel and proposed order re debtors' motion to make pension contributions | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re stipulation with Fireman's Fund re proof of claim re surety bond with proposed order | 0.20 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending third circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review notice of request for e-mail service by R. Finke | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. O'Neill re 31st interim period quarterly fees chart and spreadsheet | 0.10 | TJT |

|  | | | |
|---|---|---|---|
| | *Case Administration* - Review documents in various appeals | 0.10 | TJT |
| | *Case Administration* - Review category spreadsheet as of 31st interim period | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. O'Neill re orders entered re 6/29/09 hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to prove settlement with Macerich | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 6/23/09 hearing notes re plan deadlines and attention to new plan deadlines | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review modified order re motion to shorten notice re plan proponents' motion to strike Spear expert report and testimony | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' amended final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for debtors re Laforce deposition now cancelled | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' motion to exclude expert report and testimony with Dr. Spear with attachments | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Review Bilzin memo re results of second day phase I hearing | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 6/29/09 hearing coverage | 0.10 | TJT |
| | *Hearings* - Review agenda for 6/29/09 hearing | 0.20 | TJT |
| | *Hearings* - Prepare for 6/29/09 hearing | 0.10 | TJT |
| | *Employment Applications, Others* - Review certificate of no objection re debtors' motion to retain Venable | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review order re limiting argument on Kaneb's motion to lift stay | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.80 | HZ |
| Jun-25-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights and advise T. Tacconelli re same | 0.10 | SGW |
| | *Case Administration* - Review order authorizing debtors to make pension contributions | 0.10 | TJT |
| | *Case Administration* - Confer with paralegal re revision of service list for fee applications | 0.10 | TJT |
| | *Case Administration* - Review notice of address change for Pryor Cashman | 0.10 | TJT |
| | *Case Administration* - Confer with paralegal re notice of address change for Ferry, Joseph & Pearce | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Macerich | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' objection to Neutrocerte Products Inc. claim with attachments | 1.70 | TJT |
| | *Plan and Disclosure Statement* - Attention to confirmation deadlines | 0.20 | TJT |

|  | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review NJDEP answering brief in appeal 08-2069 | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of debtors' amended final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order approving stipulation re Fireman's Fund proof of claim for voting purposes | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended declaration of M. Powers re GEICO plan exhibits without reviewing attachments | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of discovery by Libby Claimants to debtors in Arrowood re debtors' motion to approve settlement with Arrowood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund notice of filing amended phase I trial exhibits | 0.10 | TJT |
| | *Hearings* - Review order re scheduling certain items on 6/29 agenda to 7/9 | 0.10 | TJT |
| | *Employment Applications, Others* - Review order authorizing retention of Venable | 0.10 | TJT |
| Jun-26-09 | *Case Administration* - Review notice of address change and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review notice of withdrawal of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Telephone call to S. Johnson re 6/29/09 hearing venue | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review certificate of counsel re proposed order re 31st interim period quarterly fees | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of S. Shapiro for US | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re 31st interim period category summary | 0.10 | TJT |
| | *Case Administration* - Review and revise notice of address change and confer with paralegal re same | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's May prebill | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' request for production to debtors re Royal settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' request for production to Arrowood re Royal settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund, et al.'s supplemental Lockwood deposition designations with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between plan proponents and certain insurers re authenticity of policies and settlement agreements | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of T. Florence by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of L. | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | McDonald by PI Committee | | |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re 3 proposed orders re results of hearing last week | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 3 proposed orders by debtors | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for PI Committee re deposition notices | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re Lockwood errata | 0.10 | TJT |
| | *Case Administration* - Prepare notice of address change and certificate of service re same for review by T. Tacconelli | 0.20 | MH |
| Jun-27-09 | *Plan and Disclosure Statement* - Review notice of deposition of M. Powers by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of P. Kelly by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Lockwood errata sheet | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review GEICO, et al.'s submission re proffer for phase I | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review certain insurers' proffer for phase I | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review declaration of E. McCabe with attachments re phase I submission by Travelers | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review certain insurers' proffers re deposition designations | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' submission re stipulated facts for phase I with attachments | 0.30 | TJT |
| | *Hearings* - Review amended agenda for 6/29/09 hearing | 0.10 | TJT |
| Jun-28-09 | *Plan and Disclosure Statement* - Review e-mail from counsel for debtors re Zilley deposition information | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 6/29/09 hearing | 1.60 | TJT |
| Jun-29-09 | *Case Administration* - Confer with T. Tacconelli re Ferry, Joseph & Pearce's change of address notice | 0.10 | LLC |
| | *Case Administration* - Confer with M. Hedden re Ferry, Joseph & Pearce's change of address notice | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin May 09 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with M. Hedden re May 09 fee application | 0.10 | LLC |
| | *Case Administration* - 6/29/09 hearing follow-up | 0.30 | SGW |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Fee Applications, Applicant* - Further review and revise Ferry, Joseph & Pearce's May prebill and confer with paralegal re same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from Speights and Runyan to debtors' counsel re proposed 3 orders re confirmation proceedings | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re E. Inselbuch errata sheet and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from A. Krieger re | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | UCC's comments to class 9 order proposed by debtors | | |
| | *Plan and Disclosure Statement* - Review UCC's markup of proposed class 9 order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review trial subpoena issued by GEICO for P. Lockwood | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 1.20 | TJT |
| | *Case Administration* - Prepare for e-filing, e-file and serve notice of address change | 0.20 | MH |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's May Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's May fee application | 0.40 | MH |
| | *Fee Applications, Applicant* - Edit Ferry, Joseph & Pearce's May prebill | 0.20 | MH |
| Jun-30-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Review 6/18/09 hearing transcript re plan issues | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of L. McDonald by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of M. Powers by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for insurers re Zilley depositions | 0.10 | TJT |
| | *Case Administration* - download 6/18/09 hearing transcript | 0.10 | MH |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's May 09 invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's May 09 fee application | 0.40 | MH |
| | Totals | 130.20 | |

## DISBURSEMENTS

|  |  |  |
|---|---|---|
| Jun-01-09 | Photocopy Cost | 3.00 |
| | Photocopy Cost | 1.90 |
| Jun-02-09 | Photocopy Cost | 1.70 |
| | Photocopy Cost | 1.20 |
| Jun-03-09 | Photocopy Cost | 2.20 |
| Jun-04-09 | Blue Marble - hand deliveries (Inv 11737) | 8.00 |
| | Photocopy Cost | 4.90 |
| | Photocopy Cost | 4.70 |

**Invoice No. 31763**                    **Page 22 of 22**                    **July 28, 2009**

|            | Photocopy Cost | 0.60 |
|------------|----------------|------|
| Jun-05-09 | Photocopy Cost | 1.60 |
|            | Photocopy Cost | 1.00 |
|            | Photocopy Cost | 1.00 |
|            | Photocopy Cost | 1.00 |
| Jun-08-09 | LexisNexis - legal research | 97.00 |
|            | Photocopy Cost | 0.60 |
| Jun-09-09 | Photocopy Cost | 1.80 |
|            | Photocopy Cost | 1.90 |
|            | Photocopy Cost | 6.70 |
|            | Photocopy Cost | 0.60 |
| Jun-10-09 | Blue Marble - copies 14.00/service 18.80 (Inv 33587) | 32.80 |
|            | Photocopy Cost | 0.60 |
| Jun-12-09 | Photocopy Cost | 1.90 |
| Jun-14-09 | Photocopy Cost | 1.60 |
|            | Photocopy Cost | 1.60 |
| Jun-15-09 | Photocopy Cost | 3.00 |
| Jun-17-09 | U.S. District Court - pro hac admission (Trevorrow) | 25.00 |
| Jun-18-09 | Photocopy Cost | 0.60 |
| Jun-21-09 | Photocopy Cost | 1.00 |
| Jun-22-09 | First State Deliveries - hand delivery | 6.50 |
|            | Blue Marble - hand deliveries (Inv # 11778) | 28.00 |
| Jun-23-09 | Photocopy Cost | 0.80 |
|            | Photocopy Cost | 0.70 |
| Jun-24-09 | Wilmington Trust Co - Court call for 5/14/09 hearing | 135.00 |
|            | Photocopy Cost | 0.80 |
|            | Photocopy Cost | 2.80 |
|            | Photocopy Cost | 1.70 |
| Jun-25-09 | Blue Marble - copies 12.00; service 14.11 (Inv # 33989) | 26.11 |
| Jun-26-09 | Blue Marble - copies 6.00; service 19.58 (Inv # 34002) | 25.58 |
|            | Photocopy Cost | 2.30 |
|            | Photocopy Cost | 1.20 |
| Jun-29-09 | Blue Marble - hand deliveries (Inv # 11850) | 76.00 |
|            | Blue Marble - copies 13.50; service 14.11 (Inv # 34006) | 27.61 |
|            | Photocopy Cost | 4.60 |
|            | Photocopy Cost | 2.20 |
|            | Photocopy Cost | 1.70 |
| Jun-30-09 | Photocopy Cost | 2.10 |
|            | Photocopy Cost | 0.50 |
|            | Photocopy Cost | 5.60 |
|            | Totals | $561.30 |

**Total Fees & Disbursements**                    **$35,311.30**