IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.,* | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF LINDA J. CASEY, ESQ.

James C. Carignan, Esq., a member of the bar of this Court, pursuant to District Court Local Rule 83.5 and the attached Certification, moves the admission *pro hac vice* of Linda J. Casey, Esq., to represent BNSF Railway Company, in the above-captioned bankruptcy cases.

/s/ James C. Carignan
James C. Carignan (DE No. 4230)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the Bar of the Commonwealth of Pennsylvania and the Bars of the States of New Jersey and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or litigation of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 is being paid to the Clerk of the Court for District Court contemporaneously with the filing of this motion.

/s/ Linda J. Casey
Linda J. Casey, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____                    _____
                                                United States Bankruptcy Judge

#10924655 v1