# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: August 17, 2009 at 4:00 p.m.<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JUNE 1, 2009 THROUGH JUNE 30, 2009**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 2.6 | $ 1,521.00 |
| | | | | | |
| **TOTAL** | | | | **2.6** | **$ 1,521.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 2.04 |
| Color Photocopying | $ 50.25 |
| | |
| **TOTAL** | **$ 52.29** |



Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 28, 2009
Invoice No.: 443319
Matter No.: 08743.00088

**Re: Acton Site OU3**

For Professional Services rendered through June 30, 2009

| | |
|---|---|
| Fees | $1,521.00 |
| Disbursements | 52.29 |
| **Total Fees and Disbursements** | **$1,573.29** |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 06/04/09 | Jaffe | Review draft sediment concept design report (0.8). | 0.8 |
| 06/05/09 | Jaffe | Review, revise draft sediment design concept report and email to Ms. Johns regarding same (1.8). | 1.8 |
| | | **Total Hours** | **2.6** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 2.6 |

**Total Fees** **$1,521.00**

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 06/30/09 | In-House Photocopying | 2.04 |
| 06/30/09 | In-House Color Photocopying | 50.25 |

**Total Disbursements** **$52.29**

| | |
|---|---|
| **Total Fees** | **$1,521.00** |
| **Total Disbursements** | **52.29** |
| **Total Fees and Disbursements** | **$1,573.29** |




Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 28, 2009
Invoice No.: 443319
Matter No.: 08743.00088

**Re: Acton Site OU3**

**Total Fees and Disbursements** **$1,573.29**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 443319
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 41.7 | $ 24,394.50 |
| Jacob N. Polatin | Partner | Real Estate | $585.00 | 1.3 | $ 760.50 |
| Courtney Peters-Manning | Associate | Environmental | $345.00 | 3.3 | $ 1,138.50 |
| | | | | | |
| **TOTAL** | | | | **46.3** | **$ 26,293.50** |

**Expenses**

| Description | Total |
|---|---|
| Photocopying | $ 24.36 |
| Color Photocopying | $ 51.75 |
| Filing & Recording Fees | $ 3.00 |
| Taxi Fare | $ 175.22 |
| Meals | $ 107.55 |
| Computer Research, Lexis | $ 107.25 |
| | |
| **TOTAL** | **$ 469.13** |




Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 28, 2009
Invoice No.: 443323
Matter No.: 08743.00102

**Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through June 30, 2009

| | |
|---|---|
| Fees | $26,293.50 |
| Disbursements | 469.13 |
| **Total Fees and Disbursements** | **$26,762.63** |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 06/01/09 | Jaffe | Attention to removal action issues, including drafting response to EPA and email to team regarding same (2.9). | 2.9 |
| 06/02/09 | Peters-Manning | Participate in conference call on EPA response to Good Faith Offer (1.3); draft talking points and conference with S. Jaffe regarding same (0.7). | 2.0 |
| 06/02/09 | Jaffe | Attention to special notice issues, including team telephone conference, preparing for same, office conference with C. Peters-Manning, reviewing draft talking points (1.4); attention to removal action issues, including team telephone conference and reviewing legal issues (0.9). | 2.3 |
| 06/03/09 | Jaffe | Attention to special notice process, including reviewing EPA meeting planning and emails with team (1.2). | 1.2 |
| 06/04/09 | Jaffe | Attention to special notice issue, including revising draft talking points, reviewing draft talking points from Mr. Campbell, and emails with team (0.6); attention to removal action issues, including reviewing comments from team, emails with team, and telephone call with Ms. Johns (0.9). | 1.5 |
| 06/04/09 | Peters-Manning | Review edits to response to EPA letter (0.2). | 0.2 |
| 06/05/09 | Jaffe | Attention to special notice issues, including review of draft talking points, emails with team regarding same, and review of oversight costs response (0.8); attention to removal action issues, including reviewing SHA draft submittal and supporting documents and comments to response to EPA (1.4). | 2.2 |
| 06/08/09 | Jaffe | Attention to removal action issues, including reviewing package from SHA, reviewing, revising draft letter from SHA to EPA, and revising letter to Jerison (2.2); attention to special notice issues, including emails with team and reviewing draft letter to Mr. DeCambre (0.9). | 3.1 |
| 06/09/09 | Peters-Manning | Review and incorporate edits into response to EPA removal action letter (1.1). | 1.1 |
| 06/09/09 | Jaffe | Attention to removal action, including finalizing letter to Jerison, reviewing SHA letter, and emails with team (1.2); attention to special notice issues, including reviewing letter to DeCambre, reviewing draft talking points, and emails with team (1.4). | 2.6 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 06/10/09 | Jaffe | Attention to special notice issues, including emails with team (0.7). | 0.7 |
| 06/12/09 | Jaffe | Attention to special notice issues, including preparation for 6/15 meeting and emails with team (1.8). | 1.8 |
| 06/15/09 | Jaffe | Attention to special notice issue, including meeting with EPA, pre-meeting with team, and preparing for same (6.9). | 6.9 |
| 06/16/09 | Jaffe | Attention to special notice, including emails with group regarding EPA property interests, reviewing materials for response to EPA, and reviewing EPA confidentiality agreement and emails with team regarding same (1.6). | 1.6 |
| 06/16/09 | Polatin | Review title files regarding EPA lien (1.3). | 1.3 |
| 06/17/09 | Jaffe | Attention to special notice issues, including drafting supplemental good faith offer letter and review of documents for same (2.7). | 2.7 |
| 06/18/09 | Jaffe | Attention to special notice issues, including team telephone conference, revisions to response to EPA, and emails with team concerning response to EPA and Shaffer issues (2.9). | 2.9 |
| 06/19/09 | Jaffe | Attention to special notice process, including emails with team regarding potential solar installation (0.8). | 0.8 |
| 06/23/09 | Jaffe | Attention to special notice issues, including emails with team and Mr. Feldman regarding solar issues and emails with Mr. DeCambre at EPA and team regarding cost issues (1.1). | 1.1 |
| 06/24/09 | Jaffe | Attention to special notice issues, including emails with team (0.9). | 0.9 |
| 06/25/09 | Jaffe | Attention to special notice issues, including review of past cost information, team telephone conference, revisions to supplemental good faith offer letter, and emails with team regarding same (3.1). | 3.1 |
| 06/26/09 | Jaffe | Attention to special notice issues, including reviewing past cost spreadsheet, telephone calls and emails with Ms. Johns regarding same, revising draft letter to EPA, emails with team regarding same, and emails with Shaffer counsel regarding same (3.4). | 3.4 |
| | | **Total Hours** | **46.3** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours |
|---|---|
| Peters-Manning | 3.3 |
| Polatin | 1.3 |
| Jaffe | 41.7 |

**Total Fees** **$26,293.50**

**Disbursement Summary**

| Date | | Amount |
|---|---|---|
| 06/29/09 | In-House Photocopying | 24.36 |
| 06/29/09 | In-House Color Photocopying | 51.75 |
| 06/29/09 | Filing & Recording Fees | 3.00 |
| 06/29/09 | Meals | 107.55 |
| 06/29/09 | Computer Research, Lexis | 107.25 |
| 06/11/09 | Taxi Fare Ride Date: 05/15/09 Voucher #: 691983 Passenger: D RONDEAU (Travel to Norfolk Registry of Deeds to record Grant of Environmental Restriction) | 82.62 |
| 06/11/09 | Taxi Fare Ride Date: 05/15/09 Voucher #: 693459 Passenger: D RONDEAU (Travel from Norfolk Registry of Deeds to record Grant of Environmental Restriction) | 81.60 |
| 06/29/09 | Taxi Fare - FOLEY HOAG LLP CAB FAREFROM OFFICE TO EPA ( ONE CONGRESS STREET) : 06/15/09 | 11.00 |

**Total Disbursements** **$469.13**

| | |
|---|---|
| **Total Fees** | **$26,293.50** |
| **Total Disbursements** | **469.13** |
| **Total Fees and Disbursements** | **$26,762.63** |

To ensure proper credit to your account,
please include remittance page with your payment.



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 28, 2009
Invoice No.: 443323
Matter No.: 08743.00102

**Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements** **$26,762.63**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 443323
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company