## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2009 THROUGH MARCH 31, 2009 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 3/23/2009 | 1/1/09-1/31/09 | $43,753.50 | $ 52.39 | $39,032.00 | $ 52.39 | $8,752.50 |
| 3/24/2009 | 2/1/09-2/28/09 | $48,790.00 | $ 357.02 | $35,010.80 | $357.02 | $9,758.00 |
| 6/02/2009 | 3/1/09-3/31/09 | $22,661.50 | $ 302.83 | $18,129.20 | $302.83 | $4,532.30 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 12.20 | $   7,213.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 153.30 | $  98,244.00 |
| 42 | Travel (1/2 total hours billed) | 0 | $ 0 |
| | Total | 165.50 | $105,456.00 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $64.62 |
| Copies – Matter 32 (Fee Applications) | $32.00 |
| Copies – Matter 46 (Tax Litigation) | $41.10 |
| Computer Database Research | $303.22 |
| Duplicating Supplies | $0 |
| Federal Express/Overnight Messenger | $0 |
| Facsimile | $28.00 |
| Meals | $47.30 |
| Hotel | $0 |
| Local Transportation | $186.00 |
| Parking | $10.00 |
| **Total** | **$712.24** |