**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

## <u>NOTICE OF DEPOSITION OF MARK A. SHELNITZ</u>

PLEASE TAKE NOTICE that, commencing at **9:30 a.m. on August 19, 2009** (or a mutually convenient date agreed to by the parties), the Official Committee of Unsecured Creditors of W.R. Grace & Co., *et al.*, in the above captioned Chapter 11 proceedings, by and through its respective undersigned counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, will take the deposition upon oral examination of Mark A. Shelnitz at the offices of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington D.C. 20005.  The deposition will be taken before a notary public or some other officers authorized to administer oaths and take testimony, and will be used for all lawful purposes.   The testimony will be recorded by stenographic means, and by audio/videotape.

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: July 29, 2009

**RESPECTFULLY SUBMITTED,**

*/s/ Richard W. Riley*
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley, Esq. (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:        mlastowski@duanemorris.com
                rwriley@dunaemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:        wskatchen@duanemorris.com


                and


Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:        lkruger@stroock.com
                kpasquale@stroock.com


*Co-Counsel for the Official Committee of*
*Unsecured Creditors of W. R. Grace & Co., et al.*