```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number      1884936
One Town Center Road                  Invoice Date        07/28/09
Boca Raton, FL   33486                Client Number        172573
```

================================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                                      3,132.50
    Expenses                                  0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $3,132.50
                                                      =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number       1884936
One Town Center Road                    Invoice Date        07/28/09
Boca Raton, FL    33486                 Client Number        172573
                                        Matter Number         60026
```

========================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 06/03/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E with logistics for hearing preparation. | .50 |
| 06/04/09 | Ament | Various e-mails with J. O'Neill and P. Cuniff re: agenda and hearing binder (.40); various telephone calls with P. Cuniff re: same (.20); update said hearing binder (.20); telephone call to R. Baker at Judge Fitzgerald's office re: hearing binder (.10); follow-up e-mails with P. Cuniff re: same (.10). | 1.00 |
| 06/05/09 | Ament | Various e-mails with P. Cuniff re: agenda and hearing binder (.10); download order for hearing binder (.10); update said hearing binder (.10); hand deliver same to Judge Fitzgerald (.10). | .40 |
| 06/08/09 | Ament | Various e-mails and telephone calls to assist K&E with logistics for hearing preparation re: June hearings. | .40 |
| 06/09/09 | Ament | E-mails re: June hearings. | .10 |
| 06/12/09 | Ament | E-mails re: 6/18/09 and 6/29/09 hearings (.20); circulate agenda for 6/18/09 hearing to team (.10). | .30 |

```
172573 W. R. Grace & Co.                           Invoice Number  1884936
 60026 Litigation and Litigation Consulting        Page       2
       July 28, 2009
```

| Date | Name | | Hours |
|---|---|---|---|
| 06/15/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E and graphic artist with logistics for hearing preparation for 6/18/09 and 6/22/09-6/25/09 hearings (1.80); e-mails with P. Cuniff of Pachulski re: agenda for 6/29/09 hearing (.10); finalize hearing binder (.10); hand deliver same to Judge Fitzgerald (.10); telephone call from P. Cuniff re: filings relating to confirmation hearing (.10); review and respond to e-mail from K. Makowski re: same (.10). | 2.30 |
| 06/16/09 | Ament | Various e-mails and telephone calls to assist graphic artist with logistics for hearing preparation (.50); various e-mails with K&E to assist with hearing binder for June 22-24 hearings (.20); return telephone call to P. Cuniff re: same (.10); update said hearing binder (.10); hand deliver same to Judge Fitzgerald per J. O'Neill request (.10); circulate agenda for 6/22/09 hearing to team (.10). | 1.10 |
| 06/17/09 | Ament | Various e-mails, telephone calls and meetings with graphic artist, K. Vanderport to assist with hearing preparation (2.0); various e-mails and meetings with K. Love to assist K&E with logistics for hearing preparation (.50); meet with K. Murphy of USS, K. Vanderport and K. Love re: courtroom technology in Judge Fitzgerald's Courtroom in preparation for 6/18/09 and 6/22/09 - 6/25/09 hearings (.80). | 3.30 |
| 06/18/09 | Ament | Various e-mails, meetings and telephone calls to assist Kirkland & Ellis, Pachulski and graphic artist with logistics for hearing preparation for 1:00 hearing (2.0); circulate amended agenda to team re: 6/22 - 6/25 hearings | 2.60 |

```
172573  W. R. Grace & Co.                    Invoice Number  1884936
60026   Litigation and Litigation Consulting  Page      3
        July 28, 2009
```

| Date | Name | Description | Hours |
|---|---|---|---|
| | | (.10); various e-mails, telephone calls and meetings to assist Kirkland with logistics for hearing preparation relating to 7/20 - 7/21 and 9/8 - 9/11 hearings (.50). | |
| 06/19/09 | Ament | Various e-mails and meetings to assist K&E with logistics for hearing preparation relating to 6/22/09 - 6/25/09 hearings (.50); circulate amended agenda to team re: 6/22/09 - 6/24/09 hearings (.10); telephone call from K. Love re: hearing preparation (.10). | .70 |
| 06/22/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E and Pachulski with hearing preparation (1.80); obtain and provide transcript request form to J. Baer per request (.20). | 2.00 |
| 06/23/09 | Ament | E-mails re: agenda for 6/29/09 hearing (.10); work with Pachulski re: hearing binder for said hearing (.10); supplement said hearing binder (.20); hand deliver agenda and supplemental documents to Judge Fitzgerald (.10); various e-mails, telephone calls and meetings to assist K&E, Pachulski and graphic artist with hearing preparation (1.0); various e-mails, meetings and telephone calls to assist K&E with logistics for hearing preparation for July and September hearings (.50); circulate 6/29/09 agenda to team (.10). | 2.10 |
| 06/24/09 | Ament | Various e-mails, meetings and telephone calls to assist B. Harding and K. Love of K&E with hearing preparation re: June, July and September hearings (1.0); e-mails re: 6/29/09 hearing (.10). | 1.10 |

```
                                             TOTAL HOURS    17.90
```

172573  W. R. Grace & Co.  
60026   Litigation and Litigation Consulting  
        July 28, 2009

Invoice Number  1884936  
Page    4

TIME SUMMARY

| | Hours | Rate | Value |
|---|---|---|---|
| Sharon A. Ament | 17.90 at $ 175.00 = | | 3,132.50 |

CURRENT FEES                                                   3,132.50

TOTAL BALANCE DUE UPON RECEIPT                                 $3,132.50

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1884938
5400 Broken Sound Blvd., N.W.            Invoice Date       07/28/09
Boca Raton, FL 33487                     Client Number        172573
```

===========================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

```
    Fees                              2,908.00
    Expenses                              0.00

                   TOTAL BALANCE DUE UPON RECEIPT          $2,908.00
                                                      =============
```

```
                    REED SMITH LLP
                    PO Box 360074M
                Pittsburgh, PA 15251-6074
                   Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1884938
5400 Broken Sound Blvd., N.W.            Invoice Date       07/28/09
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60029
```

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 05/26/09 | Lord | E-file and service CNO to Reed Smith March monthly fee application (.4); correspondence to client re: same (.1). | .50 |
| 06/01/09 | Ament | Attend to billing matters. | .10 |
| 06/02/09 | Ament | Telephone call re: consultant fees. | .10 |
| 06/03/09 | Ament | E-mails re: May monthly fee application (.10); attend to billing matters relating to consultant fees (.10); various e-mails and meetings re: same (.20); begin drafting May monthly fee application and spreadsheets relating to same (.50). | .90 |
| 06/08/09 | Ament | Various e-mails and meetings re: consultant fees (.20); meet with A. Muha re: May monthly fee application (.10). | .30 |
| 06/08/09 | Cameron | Review fee application materials. | .50 |
| 06/09/09 | Ament | Attend to billing matters relating to May monthly fee application (.20); e-mails and meet with A. Muha re: same (.10). | .30 |
| 06/09/09 | Muha | Review, revise and add detail to fee and expense entries for May 2009 monthly fee application. | 1.20 |

```
172573 W. R. Grace & Co.                       Invoice Number  1884938
60029  Fee Applications-Applicant              Page    2
       July 28, 2009
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/12/09 | Ament | Meet with A. Muha re: May monthly fee application (.10); follow-up e-mails re: same (.10). | .20 |
| 06/15/09 | Ament | E-mails re: May monthly fee application (.10); various e-mails and telephone calls re: consultant fees (.20); meet with A. Muha re: same (.10). | .40 |
| 06/15/09 | Muha | E-mails to/from consultant re: consultant fees, and meeting to follow up with S. Ament (0.2); final revisions to May monthly fees and expenses (0.3). | .50 |
| 06/16/09 | Ament | E-mails re: May monthly fee application. | .10 |
| 06/19/09 | Ament | Continue drafting May monthly fee application and spreadsheets relating to same. | .50 |
| 06/22/09 | Ament | Meet with A. Muha re: May monthly fee application. | .10 |
| 06/23/09 | Ament | E-mails re: May monthly fee application (.10); calculate fees and expenses for same (.50); continue drafting fee application (.10); continue preparing spreadsheet re: same (.20). | .90 |
| 06/23/09 | Lord | Research docket and draft CNO for April monthly fee application. | .30 |
| 06/24/09 | Ament | Continue calculating fees and expenses for May monthly fee application (.50); complete spreadsheets re: same (.30); finalize fee application (.10); provide same to A. Muha for review (.10). | 1.00 |
| 06/25/09 | Ament | Attend to billing matters relating to May monthly fee application. (.10); meet with A. Muha re: May monthly fee application (.10); finalize same (.20); e-mail fee application and fee and expense details to J. Lord for DE filing | .50 |

```
172573  W. R. Grace & Co.                        Invoice Number  1884938
60029   Fee Applications-Applicant               Page    3
        July 28, 2009


     Date   Name                                              Hours
   -------- -----------                                       -----

                      (.10).

06/25/09 Lord         Communicate with S. Ament re: May         .10
                      monthly fee application.

06/25/09 Muha         Final review and revisions to May        1.40
                      2009 monthly fee application.

06/29/09 Lord         Revise, e-file and serve Reed             .80
                      Smith May monthly fee application.
                                                              ------
                                              TOTAL HOURS     10.70


TIME SUMMARY                    Hours       Rate         Value
--------------------------      -----------------------  -------
Douglas E. Cameron              0.50  at  $  630.00  =     315.00
Andrew J. Muha                  3.10  at  $  400.00  =   1,240.00
John B. Lord                    1.70  at  $  240.00  =     408.00
Sharon A. Ament                 5.40  at  $  175.00  =     945.00

                    CURRENT FEES                                 2,908.00

                                                              ------------
                    TOTAL BALANCE DUE UPON RECEIPT              $2,908.00
                                                              ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


  W.R. Grace & Co.                        Invoice Number    1884940
  One Town Center Road                    Invoice Date      07/28/09
  Boca Raton, FL   33486                  Client Number      172573



===========================================================================

Re: W. R. Grace & Co.


  (60033)  Claim Analysis Objection Resolution & Estimation
           (Asbestos)

      Fees                             31,722.00
      Expenses                              0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $31,722.00
                                                        =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      1884940
One Town Center Road                      Invoice Date       07/28/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033
```

============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2009

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/01/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/01/09 | Cameron | Emails re: expert witness deposition. | .40 |
| 06/01/09 | Lewis | Review revised Macerich settlement motion circulated by T. Rea (.2); e-mail correspondence with same re: same (.1). | .30 |
| 06/01/09 | Lewis | Revise Macerich settlement motion per T. Rea. | .80 |
| 06/01/09 | Rea | Revised renewed motion to approve Macerich settlement. | 1.60 |
| 06/01/09 | Restivo | Correspondence and emails re: Speights discovery (.5); new material re: Macerich, P.D. claims (.5). | 1.00 |
| 06/02/09 | Ament | Assist team with various issues relating to PD claims (.80); various e-mails and meetings with team re: same (.30). | 1.10 |
| 06/02/09 | Cameron | Review materials for possible Solow mediation and emails re: same. | .50 |

```
172573 W. R. Grace & Co.                         Invoice Number  1884940
 60033  Claim Analysis Objection Resolution & Estimation Page   2
        (Asbestos)
        July 28, 2009


   Date    Name                                                    Hours
 --------  -----------                                              -----

 06/02/09  Rea            Finalize and file Macerich                 .30
                          settlement agreement.

 06/02/09  Restivo        Telephone calls and emails re:            1.00
                          Solow mediation.

 06/03/09  Ament          Assist team with various issues            .30
                          relating to PD claims (.20);
                          e-mails re: same (.10).

 06/03/09  Cameron        Review Speights plan objections            .90
                          and expert witness materials for
                          deposition preparation.

 06/03/09  Restivo        D. Martin deposition preparation.         1.40

 06/04/09  Ament          Assist team with various issues            .30
                          relating to PD claims.

 06/04/09  Restivo        Telephone conference with K&E and         1.00
                          prepare for deposition of D.
                          Martin.

 06/05/09  Ament          Assist team with various issues            .10
                          relating to PD claims.

 06/06/09  Cameron        Review expert witness reliance            1.50
                          materials for deposition
                          preparation.

 06/07/09  Cameron        Review materials relating to              1.10
                          Speights claims and expert witness
                          deposition.

 06/08/09  Ament          Assist team with various issues            .30
                          relating to PD claims.

 06/08/09  Cameron        Review Denise Martin reliance             1.30
                          materials and expert report.

 06/08/09  Restivo        Review new pleadings and materials        1.00
                          on R. Finke deposition, two
                          Canadian claims and Macerich claim.

 06/09/09  Ament          Assist team with various issues            .30
                          relating to PD claims (.20); meet
                          with T. Rea re: same (.10).
```

```
172573 W. R. Grace & Co.                          Invoice Number   1884940
60033  Claim Analysis Objection Resolution & Estimation Page    3
       (Asbestos)
       July 28, 2009
```

| Date | Name | | Hours |
|---|---|---|---|
| 06/09/09 | Cameron | Review Denise Martin's preparation materials (0.8); telephone call with J. Restivo and R. Finke regarding same (0.5); review reliance materials (0.7); meet with J. Restivo regarding same (0.3). | 2.30 |
| 06/09/09 | Restivo | Denise Martin deposition preparation, and emails and telephone calls re: same. | 3.00 |
| 06/10/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/10/09 | Cameron | Telephone conference with J. Restivo re: expert deposition preparation (.30); review Speights' claim materials (.90). | 1.20 |
| 06/10/09 | Restivo | Meeting with Dr. Martin (5.5); meeting with E. Liebenstein (1.0). | 6.50 |
| 06/11/09 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10). | .40 |
| 06/11/09 | Cameron | Telephone call with J. Restivo re: expert deposition (.30); review Speights claim materials (.80). | 1.10 |
| 06/11/09 | Rea | Call with W. Sparks (.1); review of summary re: property damage claims (.3). | .40 |
| 06/11/09 | Restivo | Deposition of Dr. Denise Martin. | 7.00 |
| 06/12/09 | Ament | Assist team with various issues relating to PD claims (.40); e-mail to team re: same (.10); meet with D. Cameron re: same (.10). | .60 |
| 06/12/09 | Cameron | Review deposition transcript (0.9); review status of Speights claim (0.7). | 1.60 |

```
172573 W. R. Grace & Co.                          Invoice Number  1884940
60033  Claim Analysis Objection Resolution & EstimationPage    4
       (Asbestos)
       July 28, 2009
```

| Date | Name | | Hours |
|---|---|---|---|
| 06/15/09 | Ament | Assist team with various issues relating to PD claims (.40); various e-mails re: same (.10); meet with T. Rea re: same (.10). | .60 |
| 06/15/09 | Cameron | Review summary regarding PD claims and attention to Speights' claims (0.6); meet with T. Rea regarding same (0.2). | .80 |
| 06/15/09 | Rea | Review and revisions to memo re: property damage claims. | .80 |
| 06/15/09 | Rea | Review opposition to motion to allow claims for voting purposes. | .30 |
| 06/16/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/17/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/17/09 | Cameron | Review materials for hearing (0.3); review Speights objections (0.6). | .90 |
| 06/18/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/18/09 | Atkinson | Per Mr. Finke's request, obtain copy of article. | .20 |
| 06/18/09 | Cameron | Meet with R. Finke (0.2); review materials from expert deposition (0.8); review Speights' claims status (0.2). | 1.20 |
| 06/19/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/22/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/22/09 | Cameron | Review materials for Solow mediation (0.9); review Speight's appeals (0.5). | 1.40 |

```
172573  W. R. Grace & Co.                          Invoice Number  1884940
60033   Claim Analysis Objection Resolution & EstimationPage    5
        (Asbestos)
        July 28, 2009


   Date    Name                                                    Hours
 --------  -----------                                              -----

06/22/09  Restivo        Review notes from D. Martin                1.00
                         deposition (.6); correspondence
                         with E. Westbrook (.4).

06/23/09  Ament          Assist team with various issues             .30
                         relating to PD claims.

06/23/09  Restivo        Telephone call with D. Speights            1.50
                         (.5); meeting with J. Baer (.5);
                         telephone call with JAMS (.3);
                         correspondence with E. Westbrook,
                         et al. (.2).

06/24/09  Ament          Assist team with various issues             .30
                         relating to PD claims.

06/24/09  Cameron        Review Speights claims issues.              .40

06/25/09  Ament          Assist team with various issues             .30
                         relating to PD claims.

06/25/09  Rea            Conference with J. Restivo re:              .30
                         property damage claims.

06/26/09  Ament          Assist team with various issues             .30
                         relating to PD claims.

06/26/09  Rea            Reviewed status memo and proposed           .40
                         property damage settlement
                         agreements.

06/29/09  Rea            Conference with J. Restivo re:              .60
                         property damage claims (.3);
                         review of settlement agreement
                         (.2); e-mails to J. Baer re:
                         property damage claims (.1).

06/29/09  Restivo        Correspondence with J. Baer re:            1.00
                         P.D. cases settled (.4); telephone
                         call with JAMS (.3); review
                         KARK-TV settlement papers (.3).
                                                                   ------
                                                   TOTAL HOURS      55.30
```

```
172573  W. R. Grace & Co.                          Invoice Number   1884940
 60033  Claim Analysis Objection Resolution & EstimationPage    6
        (Asbestos)
        July 28, 2009


        TIME SUMMARY                 Hours          Rate           Value
        --------------------------   -----------------------      -------
        Douglas E. Cameron           16.60  at  $  630.00   =   10,458.00
        James J. Restivo Jr.         25.40  at  $  685.00   =   17,399.00
        Traci Sands Rea               4.70  at  $  455.00   =    2,138.50
        Joshua C. Lewis               1.10  at  $  370.00   =      407.00
        Maureen L. Atkinson           0.20  at  $  210.00   =       42.00
        Sharon A. Ament               7.30  at  $  175.00   =    1,277.50

                                     CURRENT FEES                              31,722.00


                                                                             ------------
                                     TOTAL BALANCE DUE UPON RECEIPT           $31,722.00
                                                                             ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number   1884941 |
| One Town Center Road | Invoice Date    07/28/09 |
| Boca Raton, FL   33486 | Client Number    172573 |

===========================================================================

Re: W. R. Grace & Co.

(60039)   Luis and Heather Santos and Basell USA

    Fees                                  37.00
    Expenses                           0.00

                TOTAL BALANCE DUE UPON RECEIPT        $37.00
                                                    =============

```
                       REED SMITH LLP
                       PO Box 360074M
                 Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number       1884941
One Town Center Road                      Invoice Date        07/28/09
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60039


========================================================================

Re: (60039)  Luis and Heather Santos and Basell USA

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2009

   Date    Name                                              Hours
   ----    ----                                              -----

06/09/09 Burns         Confer with R. Finke re: status of     .10
                       case (matter stayed pending
                       Basell's bankruptcy)
                                                             ------
                                            TOTAL HOURS        .10


TIME SUMMARY               Hours         Rate         Value
------------               -----         ----         -----
Thomas J. Burns            0.10  at  $  370.00  =     37.00

                       CURRENT FEES                                37.00


                                                              ----------
                       TOTAL BALANCE DUE UPON RECEIPT             $37.00
                                                              ==========
```