```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number      1884970
One Town Center Road                     Invoice Date       07/28/09
Boca Raton, FL   33486                   Client Number       172573
```

======================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
    Fees                                      0.00
    Expenses                              1,725.37

                  TOTAL BALANCE DUE UPON RECEIPT        $1,725.37
                                                     =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number      1884970
   One Town Center Road                     Invoice Date       07/28/09
   Boca Raton, FL   33486                   Client Number       172573
                                            Matter Number        60026


===========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Telephone Expense                          0.10
     PACER                                      2.64
     Duplicating/Printing/Scanning            686.20
     Postage Expense                            3.56
     Courier Service - Outside                 33.14
     Outside Duplicating                       28.80
     Legal Services (not yet paid)             25.00
     Secretarial Overtime                     330.00
     Parking/Tolls/Other Transportation        13.75
     Taxi Expense                               8.00
     Mileage Expense                            5.50
     Meal Expense                             588.68

              CURRENT EXPENSES                            1,725.37
                                                     --------------

              TOTAL BALANCE DUE UPON RECEIPT             $1,725.37
                                                     ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA 15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      1884970
One Town Center Road                      Invoice Date       07/28/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026
```

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 04/27/09 | Legal Services (not yet paid)<br>Court - Other - VENDOR: James J. Restivo Jr. | 25.00 |
| 05/08/09 | PACER | 1.84 |
| 05/13/09 | Secretarial Overtime - - Grace: secretarial assistance for Grace hearing preparations | 232.50 |
| 05/14/09 | Secretarial Overtime - - Grace: Secretarial assistance for Grace hearing preparations. | 7.50 |
| 05/14/09 | Secretarial Overtime - - Grace: Secretarial assistance for Grace hearing preparations. | 82.50 |
| 05/15/09 | Courier Service - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to Janet S Baer (CHICAGO IL 60602). | 12.74 |
| 05/15/09 | Secretarial Overtime - - Grace: Secretarial assistance for Grace hearing preparations. | 7.50 |
| 05/21/09 | Courier Service - Shipped from Douglas Cameron Reed Smith LLP - Pittsburgh to Alan B. Rich, Esq. (DALLAS TX 75202). | 10.40 |
| 05/27/09 | Outside Duplicating<br>Bankruptcy Mailouts/Mailouts - Envelopes/ | 28.80 |
| 05/28/09 | Postage Expense-PLEADING | 3.56 |
| 05/31/09 | PACER | .80 |
| 06/03/09 | Duplicating/Printing/Scanning<br>ATTY # : 14 COPIES | 1.40 |

```
172573 W. R. Grace & Co.                              Invoice Number  1884970
60026  Litigation and Litigation Consulting           Page    2
       July 28, 2009
```

| Date | Description | Amount |
|---|---|---|
| 06/05/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 41 COPIES | 4.10 |
| 06/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 101 COPIES | 10.10 |
| 06/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
| 06/17/09 | Taxi Expense Taxi - VENDOR: Kathleen A. Williams, Jun 17, 2009   overtime taxi | 8.00 |
| 06/17/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 110 COPIES | 11.00 |
| 06/17/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 223 COPIES | 22.30 |
| 06/17/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 218 COPIES | 21.80 |
| 06/18/09 | Telephone Expense<br>303-995-8826/DENVER, CO/2 | .10 |
| 06/18/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 286 COPIES | 28.60 |
| 06/18/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 180 COPIES | 18.00 |
| 06/18/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 80 COPIES | 8.00 |
| 06/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/19/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 31 COPIES | 3.10 |
| 06/20/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |

```
172573 W. R. Grace & Co.                          Invoice Number  1884970
60026  Litigation and Litigation Consulting       Page    3
       July 28, 2009
```

| Date | Description | Amount |
|---|---|---|
| 06/20/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 06/20/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 266 COPIES | 26.60 |
| 06/20/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 06/20/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 162 COPIES | 16.20 |
| 06/21/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, Jun 21,<br>WRGrace.Litigation - overtime (secretarial<br>support) | 5.00 |
| 06/21/09 | Mileage Expense Mileage - 2009 - VENDOR:<br>Kathleen A. Williams - - WRGrace.Litigation -<br>overtime (secretarial support) | 5.50 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 222 COPIES | 22.20 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 46 COPIES | 4.60 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 2806; 130 COPIES | 13.00 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 67 COPIES | 6.70 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 132 COPIES | 13.20 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 168 COPIES | 16.80 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 30 COPIES | 3.00 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 642 COPIES | 64.20 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 111 COPIES | 11.10 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 13 COPIES | 1.30 |

```
172573  W. R. Grace & Co.                          Invoice Number  1884970
60026   Litigation and Litigation Consulting       Page    4
        July 28, 2009
```

| Date | Description | Amount |
|---|---|---|
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 0349; 489 COPIES | 48.90 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 9 COPIES | .90 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 86 COPIES | 8.60 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 150 COPIES | 15.00 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 186 COPIES | 18.60 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 60 COPIES | 6.00 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 346 COPIES | 34.60 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 35 COPIES | 3.50 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 640 COPIES | 64.00 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 57 COPIES | 5.70 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 159 COPIES | 15.90 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 180 COPIES | 18.00 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 340 COPIES | 34.00 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 4810; 265 COPIES | 26.50 |
| 06/22/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/22/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Kathleen A. Williams, Jun 22, WRGrace.Litigation - 6/22/09 overtime (secretarial support). | 8.75 |
| 06/23/09 | Duplicating/Printing/Scanning ATTY # 4810; 112 COPIES | 11.20 |

```
172573 W. R. Grace & Co.                          Invoice Number   1884970
60026  Litigation and Litigation Consulting       Page    5
       July 28, 2009
```

| Date | Description | Amount |
|---|---|---|
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 23 COPIES | 2.30 |
| 06/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 06/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 06/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 06/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 06/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 06/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 06/25/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |

```
172573  W. R. Grace & Co.                        Invoice Number   1884970
60026   Litigation and Litigation Consulting     Page    6
        July 28, 2009
```

| Date | Description | Amount |
|---|---|---|
| 06/26/09 | Courier Service - AMERICAN EXPEDITING - U.S. BANKRUPTCY COURT - 06/15/09 | 5.00 |
| 06/26/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 06/26/09 | Duplicating/Printing/Scanning ATTY # 000559: 16 COPIES | 1.60 |
| 06/26/09 | Duplicating/Printing/Scanning ATTY # 000559: 23 COPIES | 2.30 |
| 06/29/09 | Duplicating/Printing/Scanning ATTY # 0718; 203 COPIES | 20.30 |
| 06/29/09 | Duplicating/Printing/Scanning ATTY # 0718; 51 COPIES | 5.10 |
| 06/30/09 | Meal Expense - - VENDOR: MARK'S GRILLE & CATERING - - Dinner for 15 (11 attorneys, 2 paralegals, 2 clients) during preparation for hearings on 6/22-6/23/09. | 247.94 |
| 06/30/09 | Meal Expense - - VENDOR: THE BAGEL FACTORY - - Lunch for 15 (11 attorneys, 2 paralegals, 2 clients) during hearing on 6/22/09. | 256.80 |
| 06/30/09 | Meal Expense - - 6/20/09 - DRINKS - - Soft drinks for 15 during hearing preparation for 6/22-6/23/09. | 24.00 |
| 06/30/09 | Meal Expense - - 6/23/09 - DRINKS - - Soft drinks for 15 during hearing break on 6/23/09. | 24.00 |
| 06/30/09 | Meal Expense - - VENDOR: EADIES KITCHEN & MARKET OF PIT - - Snacks during preparation for 6/22 and 6/23/09 hearings. | 14.68 |
| 06/30/09 | Meal Expense - - VENDOR: EADIES KITCHEN & MARKET OF PIT - - Snacks during preparation for 6/22 and 6/23/09 hearings. | 21.26 |
| 06/30/09 | Courier Service - PARCELS, INC. DELIVERIES | 5.00 |

```
                           CURRENT EXPENSES                   1,725.37
                                                          -------------
                           TOTAL BALANCE DUE UPON RECEIPT    $1,725.37
                                                          =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1884971
One Town Center Road                      Invoice Date       07/28/09
Boca Raton, FL   33486                    Client Number       172573


===========================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

   Fees                                        0.00
   Expenses                                6,373.07

                    TOTAL BALANCE DUE UPON RECEIPT          $6,373.07
                                                          =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1884971 |
| One Town Center Road | Invoice Date      07/28/09 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number       60033 |

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---:|---:|
| Telephone Expense | 2.55 | |
| PACER | 59.12 | |
| Documentation Charge | 81.00 | |
| Duplicating/Printing/Scanning | 40.80 | |
| Postage Expense | 2.27 | |
| Outside Duplicating | 5,830.86 | |
| Meal Expense | 230.00 | |
| Telephone - Outside | 26.80 | |
| General Expense | 299.25 | |
| Expense Advance | (199.58) | |
| | | |
| CURRENT EXPENSES | | 6,373.07 |
| | | -------------- |
| | | |
| TOTAL BALANCE DUE UPON RECEIPT | | $6,373.07 |
| | | ============== |

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA 15251-6074
                            Tax ID# 25-0749630


W.R. Grace & Co.                               Invoice Number       1884971
One Town Center Road                           Invoice Date        07/28/09
Boca Raton, FL   33486                         Client Number        172573
                                               Matter Number         60033
```

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 05/04/09 | LESISNEXIS #38264966 5/4/09 DEPOSIT REFUND OF SUBSCRIPTION MEALEYS ASBESTOS | -199.58 |
| 05/08/09 | PACER | 2.88 |
| 05/11/09 | PACER | .80 |
| 05/21/09 | PACER | 1.52 |
| 05/27/09 | Outside Duplicating - - Printing and assembly of Denise Martin reliance motion and summary. | 5830.86 |
| 05/29/09 | PACER | 53.92 |
| 06/01/09 | Duplicating/Printing/Scanning ATTY # : 7 COPIES | .70 |
| 06/01/09 | Duplicating/Printing/Scanning ATTY # : 7 COPIES | .70 |
| 06/01/09 | Duplicating/Printing/Scanning ATTY # : 7 COPIES | .70 |
| 06/01/09 | Duplicating/Printing/Scanning ATTY # : 7 COPIES | .70 |
| 06/02/09 | Telephone Expense 215-246-9494/PHILA, PA/5 | .25 |
| 06/02/09 | Telephone Expense 410-531-4355/COLUMBIA, MD/5 | .25 |
| 06/02/09 | Telephone Expense 843-727-6513/CHARLESTON, SC/2 | .10 |

```
172573  W. R. Grace & Co.                              Invoice Number  1884971
 60033  Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        July 28, 2009
```

| Date | Description | Amount |
|---|---|---|
| 06/02/09 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/2 | .10 |
| 06/02/09 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/2 | .10 |
| 06/03/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 23 COPIES | 2.30 |
| 06/04/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 06/07/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 06/08/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 06/08/09 | Postage Expense<br>Postage Expense: ATTY # 000559 User: Charneicki, | .88 |
| 06/09/09 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/28 | 1.40 |
| 06/10/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 06/10/09 | Meal Expense Restivo, James J. - One breakfast (in NYC) during preparation for D. Martin deposition. | 20.00 |
| 06/11/09 | Meal Expense - - Sodas and lunch for 7 (5 attorneys, court reporter and deponent) during D. Martin deposition. | 210.00 |
| 06/11/09 | Telephone - Outside<br>SoundPath Inv No: 4122883131-061509 - Douglas E Cameron | 26.80 |
| 06/12/09 | Duplicating/Printing/Scanning<br>ATTY # 0059; 4 COPIES | .40 |
| 06/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 76 COPIES | 7.60 |
| 06/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 06/12/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |

```
172573  W. R. Grace & Co.                              Invoice Number   1884971
60033   Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        July 28, 2009
```

| Date | Description | Amount |
|---|---|---|
| 06/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 06/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 163 COPIES | 16.30 |
| 06/22/09 | General Expense - - VENDOR: UNIVERSITY OF PITTSBURGH - DOCUMENT RETRIEVAL J JANKOWSKI | 15.00 |
| 06/22/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | 1.39 |
| 06/23/09 | Telephone Expense<br>215-246-9494/PHILA, PA/5 | .25 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 20 COPIES | 2.00 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 10 COPIES | 1.00 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 11 COPIES | 1.10 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 06/25/09 | Telephone Expense<br>302-778-6407/WILMINGTON, DE/2 | .10 |
| 06/25/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 06/26/09 | General Expense - - VENDOR: REGENTS OF THE UNIVERSITY OF MINNESOTA - REQUESTED ARTICLE | 150.25 |

```
172573 W. R. Grace & Co.                              Invoice Number  1884971
 60033 Claim Analysis Objection Resolution & Estimation Page    4
       (Asbestos)
       July 28, 2009
```

| Date | Description | Amount |
|---|---|---|
| 06/26/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 06/29/09 | General Expense - - VENDOR: NATIONAL RESEARCH COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES | 14.00 |
| 06/29/09 | General Expense - - VENDOR: NATIONAL RESEARCH COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES | 14.00 |
| 06/29/09 | General Expense - - VENDOR: NATIONAL RESEARCH COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES | 14.00 |
| 06/29/09 | General Expense - - VENDOR: NATIONAL RESEARCH COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES | 50.00 |
| 06/29/09 | General Expense - - VENDOR: NATIONAL RESEARCH COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES | 14.00 |
| 06/29/09 | General Expense - - VENDOR: NATIONAL RESEARCH COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES | 14.00 |
| 06/29/09 | General Expense - - VENDOR: NATIONAL RESEARCH COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES | 14.00 |
| 06/30/09 | Documentation Charge - - VENDOR: U.S. DEPARTMENT OF COMMERCE INTER-LIB LOAN SVC | 81.00 |

```
                         CURRENT EXPENSES                      6,373.07
                                                              ------------
                         TOTAL BALANCE DUE UPON RECEIPT        $6,373.07
                                                              ============
```