IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                    )
In re:                              ) Chapter 11
                                    ) Case No. 01-1139 (JKF)
W.R. GRACE & CO., et al.,           ) (Jointly Administered)
                                    )
            Debtors.                )
_____)

**NOTICE OF SERVICE OF THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' JOINT RESPONSE TO ANDERSON MEMORIAL'S REQUESTS TO PRODUCE REGARDING FEASIBILITY ISSUES**

**PLEASE TAKE NOTICE** that on July 29, 2009, a true and correct copy of the *Asbestos PI Future Claimants' Representative, the Official Committee of Asbestos Personal Injury Claimants, and the Official Committee of Equity Security Holders' Joint Response to Anderson Memorial's Requests to Produce Regarding Feasibility Issues* was served via electronic mail on counsel listed on the attached service list.

Dated: July 29, 2009              Respectfully submitted,

                                  **PHILLIPS, GOLDMAN & SPENCE, P.A.**
                                  */s/ John C. Phillips*
                                  John C. Phillips (Bar No. 110)
                                  1200 North Broom Street
                                  Wilmington, Delaware 19806
                                  Telephone:  (302) 655-4200
                                  Facsimile:   (302) 655-4210

                                  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                  Roger Frankel
                                  Richard H. Wyron
                                  Jonathan P. Guy
                                  1152 15th Street, NW
                                  Washington, DC 20005
                                  Telephone:  (202) 339-8400
                                  Facsimile:   (202) 339-8500

                                  *Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

## SERVICE LIST

*VIA ELECTRONIC MAIL*

LOIZIDES & ASSOCIATES
loizides@loizides.com

SPEIGHTS & RUNYAN
dspeights@speightsrunyan.com
arunyan@speightsrunyan.com

KOZYAK TROPIN & THROCKMORTON, P.A.
jk@kttlaw.com
cwt@kttlaw.com
dlr@kttlaw.com

STICHTER RIEDEL BLAIN & PROSSER, P.A.
hriedel@srbp.com

PACHULSKI STANG ZIEHL & JONES LLP
joneill@pszjlaw.com

KIRKLAND & ELLIS
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com

THE LAW OFFICES OF JANET S. BAER P.C.
jbaer@jsbpc.com

RICHARDS, LAYTON & FINGER, P.A.
Collins@rlf.com

DUANE, MORRIS & HECHSCHER LLP
mlastowski@duanemorris.com
rriley@duanemorris.com
wskatchen@duanemorris.com

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com

DAVID KLAUDER, OFFICE OF UNITED STATES TRUSTEE
David.klauder@usdoj.gov

FERRY & JOSEPH, P.A.
mjoseph@ferryjoseph.com

SEITZ, VAN OGTROP & GREEN, P.A.
khill@svglaw.com

STROOCK & STROOCK & LAVAN LLP
kpasquale@stroock.com
lkruger@stroock.com

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
sbaena@bilzin.com
jsakalo@bilzin.com

LATHAM & WATKINS
Carol.hennessy@lw.com