# **CERTIFICATE OF SERVICE**

      I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on July 29, 2009, I caused the foregoing *Notice of Service of the Asbestos Pi Future Claimants' Representative, the Official Committee of Asbestos Personal Injury Claimants, and the Official Committee of Equity Security Holders' Joint Response to Anderson Memorial's Requests to Produce Regarding Feasibility Issues* to be served on the persons listed below *via electronic mail*.

LOIZIDES & ASSOCIATES
loizides@loizides.com

SPEIGHTS & RUNYAN
dspeights@speightsrunyan.com
arunyan@speightsrunyan.com

KOZYAK TROPIN & THROCKMORTON, P.A.
jk@kttlaw.com
cwt@kttlaw.com
dlr@kttlaw.com

STICHTER RIEDEL BLAIN & PROSSER, P.A.
hriedel@srbp.com

PACHULSKI STANG ZIEHL & JONES LLP
joneill@pszjlaw.com

KIRKLAND & ELLIS
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com

THE LAW OFFICES OF JANET S. BAER P.C.
jbaer@jsbpc.com

RICHARDS, LAYTON & FINGER, P.A.
Collins@rlf.com

DUANE, MORRIS & HECHSCHER LLP
mlastowski@duanemorris.com
rriley@duanemorris.com
wskatchen@duanemorris.com

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com

DAVID KLAUDER, OFFICE OF UNITED STATES TRUSTEE
David.klauder@usdoj.gov

FERRY & JOSEPH, P.A.
mjoseph@ferryjoseph.com

SEITZ, VAN OGTROP & GREEN, P.A.
khill@svglaw.com

STROOCK & STROOCK & LAVAN LLP
kpasquale@stroock.com
lkruger@stroock.com

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
sbaena@bilzin.com
jsakalo@bilzin.com

LATHAM & WATKINS
Carol.hennessy@lw.com

      Under penalty of perjury, I certify the foregoing to be true and correct.

                              /s/ Celeste A. Hartman
                             CELESTE A. HARTMAN