IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | Re: Docket No. 21906 |

## *SECOND AMENDED* NOTICE OF DEPOSITION OF DR. THOMAS FLORENCE

TO:   THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014, Anderson Memorial Hospital, through its undersigned counsel, will take the deposition of **DR. THOMAS FLORENCE.** The deposition will commence on Tuesday, August 11, 2009, at 9:00 a.m. at the law offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022. The deposition will continue from day to day thereafter until complete. The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by stenographic means. You are invited to attend and participate.

The witness is requested to bring and produce any and all documents relating to any work that he has performed at the request of the Plan Proponents, including but not limited to, all communications with the Debtors and their counsel, both before and after the filing of their Petition for Reorganization, and any and all reports he has prepared regarding the Debtors.

DATED: July 29, 2009

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

        Daniel A. Speights (SC Fed. ID No. 4252)
        C. Alan Runyan (SC Fed ID No.3683)
        SPEIGHTS & RUNYAN
        200 Jackson Avenue, East
        Post Office Box 685
        Hampton, SC  29924
        Telephone:   (803) 943-4444
        Facsimile:   (803) 943-4599

            - and -

        John W. Kozyak
        David L. Rosendorf
        KOZYAK TROPIN & THROCKMORTON PA
        2525 Ponce de Leon, 9th Floor
        Coral Gables, FL  33134
        Telephone:   (305) 372-1800
        Facsimile:   (305) 372-3508

*Counsel for Anderson Memorial Hospital*