# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

July 27, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 522790
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

#### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $741.00 |
| DISBURSEMENTS | 490.26 |
| MATTER TOTAL | $1,231.26 |

#### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $64,544.00 |
| DISBURSEMENTS | 2,341.12 |
| MATTER TOTAL | $66,885.12 |

#### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $392.00 |
| DISBURSEMENTS | 8.32 |
| MATTER TOTAL | $400.32 |

#### 056772-00019/HEARINGS

| | |
|---|---:|
| FEES | $9,062.50 |
| DISBURSEMENTS | 546.10 |
| MATTER TOTAL | $9,608.60 |

---

Amounts due may be remitted by wire transfer.

To: Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
Account: Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
By Order of: Invoice No. 522790
Citibank Contact: Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2256745.1

Kramer Levin Naftalis & Frankel LLP                                              Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                                July 27, 2009
056772                                                                           Invoice No. 522790

CLIENT GRAND TOTAL................................................................................  $78,125.30

Kramer Levin Naftalis & Frankel LLP

Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

July 27, 2009
Invoice No. 522790

## CASE ADMINISTRATION

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/11/09 | WIERMAN, LAUREN E | Prepared Grace documents to be sent to records | 1.00 | 275.00 |
| 06/18/09 | CHAIKIN, REBECCA B. | Create mini-binders of Deposition transcripts | 0.10 | 26.00 |
| 06/21/09 | WIERMAN, LAUREN E | Prepared boxes of documents to be sent to records. | 1.60 | 440.00 |
| **TOTAL HOURS AND FEES** | | | **2.70** | **$741.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 203.70 |
| DOCUMENT RETRIEVAL FEES | 286.56 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$490.26** |

**TOTAL FOR THIS MATTER**                     **$1,231.26**

KL4 2256745.1

Kramer Levin Naftalis & Frankel LLP                                                     Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                       July 27, 2009
056772-00007                                                                            Invoice No. 522790

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/09 | BENTLEY, PHILIP | Review emails, and discs David Blabey, re plan issues | 0.30 | 228.00 |
| 06/01/09 | BLABEY, DAVID E | Analyze insurance neutrality issues implicated by Plan (2.6); review trial briefs of plan objectors (1.3). | 3.90 | 2,184.00 |
| 06/02/09 | BLABEY, DAVID E | Call w debtors counsel re trial briefs (.1); plan proponents call re trial briefs (1.2). | 1.30 | 728.00 |
| 06/03/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| 06/03/09 | BLABEY, DAVID E | Email Bentley, Horowitz, Mannal re plan proponents strategy call. | 0.40 | 224.00 |
| 06/03/09 | MANNAL, DOUGLAS | attn to D Blabey update memo re confirmation strategy | 0.50 | 335.00 |
| 06/04/09 | BENTLEY, PHILIP | Review emails re plan issues | 0.20 | 152.00 |
| 06/05/09 | BLABEY, DAVID E | Review recent docket filings. | 0.30 | 168.00 |
| 06/07/09 | BLABEY, DAVID E | Call with plan proponents re joint trial brief (.3); review and edit same (.5). | 0.80 | 448.00 |
| 06/07/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 06/08/09 | BLABEY, DAVID E | Review plan proponent trial brief. | 0.60 | 336.00 |
| 06/08/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 06/08/09 | HOROWITZ, GREGORY A. | review plan objections, deposition transcripts (4.5) | 4.50 | 3,217.50 |
| 06/09/09 | BENTLEY, PHILIP | Trade emails re confirmation hearing | 0.20 | 152.00 |
| 06/09/09 | HOROWITZ, GREGORY A. | review deposition transcripts (4.5) | 4.50 | 3,217.50 |
| 06/11/09 | BLABEY, DAVID E | Review and edit response in opp'n to motion to change confirmation schedule. | 0.20 | 112.00 |
| 06/11/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 06/12/09 | BLABEY, DAVID E | Review recent docket entries (.4); review emails re deposition scheduling and disputes (.4); review filings concerning motion to strike shein and priest as experts in prep for hearing (.5). | 1.30 | 728.00 |
| 06/12/09 | BENTLEY, PHILIP | Review emails re plan issues | 0.20 | 152.00 |
| 06/13/09 | HOROWITZ, GREGORY A. | read deposition transcripts (3.0) | 3.00 | 2,145.00 |

KL4 2256745.1

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/14/09 | BLABEY, DAVID E | Review documents and case law in preparation for June 18 hearing. | 1.50 | 840.00 |
| 06/14/09 | MANNAL, DOUGLAS | attn to Blabey memo and review confirmation objections | 3.80 | 2,546.00 |
| 06/15/09 | MANNAL, DOUGLAS | review prior memos re confirmation issues (.3); review objection to confirmation (2.7) | 3.00 | 2,010.00 |
| 06/15/09 | BLABEY, DAVID E | Review pre trial briefs in prep for hearing. | 1.00 | 560.00 |
| 06/16/09 | HOROWITZ, GREGORY A. | review Peterson, Hughes, Inselbuch transcripts (4.5) | 4.50 | 3,217.50 |
| 06/16/09 | MANNAL, DOUGLAS | o/c w/D Blabey re upcoming hearing on plan issues (.5); attn materials re same (1.7) | 2.20 | 1,474.00 |
| 06/16/09 | BLABEY, DAVID E | Review trial briefs and outline argument in prep for confirmation hearing. | 6.30 | 3,528.00 |
| 06/17/09 | BENTLEY, PHILIP | Confs Greg Horowitz and David Blabey, and discs Doug Mannal, re confirmation issues, and trade emails re same | 1.60 | 1,216.00 |
| 06/17/09 | BLABEY, DAVID E | Attend meet and confer re phase I issues (1); plan proponents conference call (1.7); draft memo re phase I issues (.9). | 3.60 | 2,016.00 |
| 06/17/09 | HOROWITZ, GREGORY A. | Stockton dep (6.0); plan proponent cal (1.5); deposition scheduling call (1.0) | 8.50 | 6,077.50 |
| 06/18/09 | MANNAL, DOUGLAS | attn to Johns-Mannville decision and tel/email w/D Blabey re same | 0.70 | 469.00 |
| 06/19/09 | BENTLEY, PHILIP | Conf Greg Horowitz and TC Ted Weschler re next week's hearing, and review materials re same | 1.60 | 1,216.00 |
| 06/19/09 | HOROWITZ, GREGORY A. | tc Ken P, Arlene K (.5); mw PB, tc PB, Ted W re confirmation hearing issues (1.0); prepare for confirmation hearing, including review of pleadings (3.0) | 4.50 | 3,217.50 |
| 06/20/09 | BENTLEY, PHILIP | Trade emails re next week's hearing | 0.10 | 76.00 |
| 06/20/09 | HOROWITZ, GREGORY A. | review bank lender briefs, cases (3.0) | 3.00 | 2,145.00 |
| 06/21/09 | HOROWITZ, GREGORY A. | travel to Pittsburgh for confirmation hearing while reviewing pre-trial briefs and objections (5.5) | 5.50 | 3,932.50 |
| 06/22/09 | HOROWITZ, GREGORY A. | confirmation hearing phase one day 1, incl. mws plan proponents, Ken P, Arlene K (9.5); report call to Ted W, Phil B (1.0); prepare for second day (1.0) | 11.50 | 8,222.50 |

Kramer Levin Naftalis & Frankel LLP                                        Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                         July 27, 2009
056772-00007                                                         Invoice No. 522790

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 06/22/09 | BENTLEY, PHILIP | Discs Greg Horowitz and Ted Weschler, and review emails, re today's hearing | 0.60 | 456.00 |
| 06/22/09 | BLABEY, DAVID E | Review insurers' filings in connection with confirmation hearing. | 0.20 | 112.00 |
| 06/23/09 | HOROWITZ, GREGORY A. | confirmation hearing Phase 1 day 2, incl. mw Plan Proponents (5.5); travel return to NY, while writing client report, tcs client, Phil B (3.0) | 8.50 | 6,077.50 |
| 06/24/09 | BENTLEY, PHILIP | Review emails re confirmation issues | 0.10 | 76.00 |
| 06/25/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 06/29/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 06/30/09 | BENTLEY, PHILIP | Review emails re plan issues | 0.10 | 76.00 |

**TOTAL HOURS AND FEES**                                              **95.20**  **$64,544.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG-DISTANCE TEL. | 9.95 |
| CAB FARES | 92.00 |
| OUT-OF-TOWN TRAVEL | 1,534.24 |
| TRANSCRIPT FEES | 679.93 |
| OTHER FEES | 25.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**             **$2,341.12**

**TOTAL FOR THIS MATTER**                             **$66,885.12**

KL4 2256745.1

Kramer Levin Naftalis & Frankel LLP                                                Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                  July 27, 2009
056772-00008                                                                       Invoice No. 522790

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/26/09 | BLABEY, DAVID E | Prepare fee app for May. | 0.30 | 168.00 |
| 06/29/09 | BLABEY, DAVID E | Prepare May fee app. | 0.40 | 224.00 |
| **TOTAL HOURS AND FEES** | | | **0.70** | **$392.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 8.32 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$8.32** |

**TOTAL FOR THIS MATTER**                                                          **$400.32**

KL4 2256745.1

Kramer Levin Naftalis & Frankel LLP                                     Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                       July 27, 2009
056772-00019                                                            Invoice No. 522790

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/12/09 | WIERMAN, LAUREN E | Scheduled court call appearance for D Blabey and began hearing binder prep for the following week | 2.30 | 632.50 |
| 06/18/09 | BLABEY, DAVID E | Attend telephonic pretrial hearing. | 3.00 | 1,680.00 |
| 06/18/09 | WIERMAN, LAUREN E | Finished hearing binders for confirmation hearing. | 0.40 | 110.00 |
| 06/18/09 | HOROWITZ, GREGORY A. | pretrial conference, dw David Blabey (5.5) | 5.50 | 3,932.50 |
| 06/19/09 | WIERMAN, LAUREN E | Conferred with D Blabey on scheduling court call. Spoke with court approval for late application. | 1.40 | 385.00 |
| 06/22/09 | WIERMAN, LAUREN E | Followed up with court regarding dial in hearing. | 0.30 | 82.50 |
| 06/23/09 | BLABEY, DAVID E | Confirmation hearing Phase I (telephonic). | 3.00 | 1,680.00 |
| 06/29/09 | BLABEY, DAVID E | Omnibus hearing (telphonic) | 1.00 | 560.00 |

**TOTAL HOURS AND FEES**                                                16.90    $9,062.50

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 90.00 |
| TABS | 140.00 |
| PHOTOCOPYING | 316.10 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                               $546.10

**TOTAL FOR THIS MATTER**                                               $9,608.60

KL4 2256745.1