# EXHIBIT B

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 07/29/2009 10:44:03

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      2924765
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

--------------------------------------------------------------------------------------------------------------------------------

PRE-BILLING SUMMARY REPORT

--------------------------------------------------------------------------------------------------------------------------------

UNBILLED TIME FROM:                                      TO:
UNBILLED DISB FROM:    06/16/2009                        TO:      06/30/2009

--------------------------------------------------------------------------------------------------------------------------------

|                                  | FEES      |                          | COSTS       |
|----------------------------------|-----------|--------------------------|-------------|
| GROSS BILLABLE AMOUNT:           | 0.00      |                          | 490.26      |
| AMOUNT WRITTEN DOWN:             |           |                          |             |
| PREMIUM:                         |           |                          |             |
| ON ACCOUNT BILLED:               |           |                          |             |
| DEDUCTED FROM PAID RETAINER:     |           |                          |             |
| AMOUNT BILLED:                   |           |                          |             |
| THRU DATE:                       |           |                          | 06/30/2009  |

CLOSE MATTER/FINAL BILLING?    YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                              BENTLEY PHILIP - 02495      .      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

----------------------------------------------------------------------------------------------------------------------------------

|                                  | ACCOUNTS RECEIVABLE TOTALS |                                  | UNAPPLIED CASH |
|----------------------------------|----------------------------|----------------------------------|----------------|
| FEES:                            | 0.00                       |                                  |                |
| DISBURSEMENTS:                   | 490.26                     | UNIDENTIFIED RECEIPTS:           | 0.00           |
| FEE RETAINER:                    | 0.00                       | PAID FEE RETAINER:               | 0.00           |
| DISB RETAINER:                   | 0.00                       | PAID DISB RETAINER:              | 0.00           |
| TOTAL OUTSTANDING:               | 490.26                     | TOTAL AVAILABLE FUNDS:           | 0.00           |
|                                  |                            | TRUST BALANCE:                   |                |

BILLING HISTORY
-------------------

| DATE OF LAST BILL:       | 06/26/09 |           LAST PAYMENT DATE:       | 07/06/09   |
|--------------------------|----------|-----------------------------------|------------|
| LAST BILL NUMBER:        | 522521   | ACTUAL FEES BILLED TO DATE:       | 353,246.50 |
|                          |          | ON ACCOUNT FEES BILLED TO DATE:   | 0.00       |
|                          |          | TOTAL FEES BILLED TO DATE:        | 353,246.50 |
| LAST BILL THRU DATE:     | 05/31/09 | FEES WRITTEN OFF TO DATE:         | 83,139.00  |
|                          |          | COSTS WRITTEN OFF TO DATE:        | 21,821.77  |

FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:
                                         ----------------------------
            (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
            (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
            (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding              (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03

Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                          Oldest      Latest        Total
                                           Entry       Entry         Amount
----  ------------------------------       ------      ------        -----------
0820  PHOTOCOPYING                         06/18/09    06/18/09         203.70
0840  MANUSCRIPT SERVICE                   06/16/09    06/17/09           0.00
0972  DOCUMENT RETRIEVAL FEES              06/30/09    06/30/09         286.56

         Total                                                         490.26


U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee          Date         Amount       Index#  Batch No  Batch Date
-----------------------------------------   --------          ------       -----------  ------- --------- ----------

PHOTOCOPYING 0820
    PHOTOCOPYING                            CHAIKIN, R B      06/18/09        51.70       8740425  747482   06/19/09
    CHAIKIN  REBECCA B.
    PHOTOCOPYING                            CHAIKIN, R B      06/18/09         3.30       8740426  747482   06/19/09
    CHAIKIN  REBECCA B.
    PHOTOCOPYING                            CHAIKIN, R B      06/18/09       148.70       8742282  748312   06/22/09
    CHAIKIN  REBECCA B.
                                            0820 PHOTOCOPYING Total :        203.70


MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                      TAYLOR, P         06/16/09         0.00       8739582  747092   06/18/09
    MANUSCRIPT SERVICE                      TAYLOR, P         06/17/09         0.00       8739587  747096   06/18/09
                                            0840 MANUSCRIPT SERVICE Total :    0.00


DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                    PIZZARELLO, C     06/30/09        66.72       8759940  758094   07/09/09
    Document Retrieval Fees
    DOCUMENT RETRIEVAL F                    PIZZARELLO, C     06/30/09       219.84       8759941  758094   07/09/09
    Document Retrieval Fees
                                            0972 DOCUMENT RETRIEVAL F Total :  286.56



         Costs Total :                                                       490.26
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    3
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03

Matter No: 056772-00001                               Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:     2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status       : ACTIVE

B I L L I N G    I N S T R U C T I O N S   F O R   U N B I L L E D    C O S T S   S U M M A R Y
Code Description            Amount       . Bill      W/o / W/u       Transfer  To   Clnt/Mtr    Carry Forward
----------------------     ----------    -----------  --------------  ----------------------------- ----------------

0820 PHOTOCOPYING            203.70      _____  _____  _____ _____

0840 MANUSCRIPT SERVICE        0.00      _____  _____  _____ _____

0972 DOCUMENT RETRIEVAL FEES  286.56     _____  _____  _____ _____


         Costs Total :       490.26      _____  _____  _____ _____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    4
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03
```

```
Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE
```

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
```
              UNBILLED TIME FROM:                               TO:
              UNBILLED DISB FROM:    05/05/2009                 TO:    06/23/2009
```
-----------------------------------------------------------------------------------------------------------------------------------
```
                                       FEES                           COSTS
                                       ----                           -----
        GROSS BILLABLE AMOUNT:                     0.00                        2,341.12
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
            ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:                                             06/23/2009
 CLOSE MATTER/FINAL BILLING?    YES   OR   NO
   EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
            BILLING COMMENTS:
```

-----------------------------------------------------------------------------------------------------------------------------------
```
                                   ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                   -------------------------                          --------------
                     FEES:                     0.00
             DISBURSEMENTS:                 2,341.12      UNIDENTIFIED RECEIPTS:          0.00
             FEE RETAINER:                      0.00          PAID FEE RETAINER:          0.00
             DISB RETAINER:                     0.00         PAID DISB RETAINER:          0.00
          TOTAL OUTSTANDING:                2,341.12     TOTAL AVAILABLE FUNDS:          0.00
                                                                TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ---------------
         DATE OF LAST BILL:                  06/26/09        LAST PAYMENT DATE:      07/06/09
          LAST BILL NUMBER:                   522521 ACTUAL FEES BILLED TO DATE:   652,219.00
                                                     ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                     TOTAL FEES BILLED TO DATE:    652,219.00
       LAST BILL THRU DATE:                  05/31/09  FEES WRITTEN OFF TO DATE:      -280.00
                                                        COSTS WRITTEN OFF TO DATE:   2,114.03
FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:
                                          --------------------------
       (1) Exceeded Fixed Fee            (4) Excessive Legal Time      (7) Fixed Fee
       (2) Late Time & Costs Posted      (5) Business Development      (8) Premium
       (3) Pre-arranged Discount         (6) Summer Associate          (9) Rounding               (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    5
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03

Matter No: 056772-00007                                   Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:     2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

UNBILLED   COSTS   SUMMARY ------------- Total Unbilled ----------------
Code  Description                      Oldest      Latest         Total
                                       Entry       Entry          Amount
----  ------------------------------   ------      ------      -----------
0885  LONG-DISTANCE TEL.               06/23/09    06/23/09           9.95
0940  CAB FARES                        06/21/09    06/23/09          92.00
0950  OUT-OF-TOWN TRAVEL               06/21/09    06/23/09        1,534.24
0980  TRANSCRIPT FEES                  05/05/09    06/17/09         679.93
0990  OTHER FEES                       06/18/09    06/18/09          25.00

         Total                                                    2,341.12


UNBILLED   COSTS   DETAIL
Description/Code                          Employee            Date         Amount        Index# Batch No Batch Date
---------------------------------------   --------            ------       -----------   ------- -------- ----------


LONG-DISTANCE TEL. 0885
     GREGORY A. HOROWITZ                   HOROWITZ, G A       06/23/09          9.95     8758409  757382    07/08/09
     Internet access fee

                                          0885 LONG-DISTANCE TEL. Total :    9.95


CAB FARES 0940
     GREGORY A. HOROWITZ                   HOROWITZ, G A       06/21/09         45.00     8758407  757382    07/08/09
     Cab Fare
     GREGORY A. HOROWITZ                   HOROWITZ, G A       06/23/09         47.00     8758408  757382    07/08/09
     Cab Fare

                                          0940 CAB FARES Total :              92.00


OUT-OF-TOWN TRAVEL 0950
     GREGORY A. HOROWITZ                   HOROWITZ, G A       06/21/09        709.45     8758405  757382    07/08/09
     From: NYC; To: Pitts. PA; Date(s): 6/21-23/09 fo
     r hearing
     GREGORY A. HOROWITZ                   HOROWITZ, G A       06/21/09        804.79     8758406  757382    07/08/09
     Name: Westin Conv. Ctr.; City: Pittsburgh; Date(
     s): 6/21-23/09
     GREGORY A. HOROWITZ                   HOROWITZ, G A       06/23/09         15.00     8758410  757382    07/08/09
     Excess baggage fee
     GREGORY A. HOROWITZ                   HOROWITZ, G A       06/23/09          5.00     8758411  757382    07/08/09
     Change of seat fee

                                          0950 OUT-OF-TOWN TRAVEL Total :   1,534.24


TRANSCRIPT FEES 0980
     ESQUIRE DEPOSITION SERVI             HOROWITZ, G A       05/05/09        268.93     8747517  751023    06/26/09
     ESQUIRE DEPOSITION SERVICES, INC. Transcript of
     Dori-Anne Kuchinsky
     ASA & GILMAN REPORTING,             HOROWITZ, G A       06/17/09        411.00     8749878  752689    06/30/09
     ASA & GILMAN REPORTING, INC. Telephonic depo of
     Gail Stockman, M.D.

                                          0980 TRANSCRIPT FEES Total :       679.93
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03

Matter No: 056772-00007                                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:        2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status        : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                                 Employee          Date        Amount        Index#   Batch No  Batch Date
------------------------------------------       --------          ------      -----------   -------  --------  ----------

OTHER FEES 0990
   PLATINUM PLUS FOR BUSINE                       MANNAL, D M       06/18/09      25.00       8741017  747564    06/19/09
   PLATINUM PLUS FOR BUSINESS 05/05/09 - COURTCALL
   - DOUGLAS MANNAL
                                                 0990 OTHER FEES Total :          25.00


        Costs Total :                                                          2,341.12
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     7
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                  Amount          Bill        W/o / W/u        Transfer  To   Clnt/Mtr    Carry Forward
----------------------   -------------------      ---------   --------------   -------------------------------   -----------------
```

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0885 LONG-DISTANCE TEL. | 9.95 | | | | |
| 0940 CAB FARES | 92.00 | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 1,534.24 | | | | |
| 0980 TRANSCRIPT FEES | 679.93 | | | | |
| 0990 OTHER FEES | 25.00 | | | | |
| Costs Total : | 2,341.12 | | | | |

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    8
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

Special Billing Instructions:
--------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
--------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                              TO:
            UNBILLED DISB FROM:    06/29/2009                TO:     06/29/2009
--------------------------------------------------------------------------------------------------------------------------
                                       FEES                        COSTS

        GROSS BILLABLE AMOUNT:                     0.00                      8.32
        AMOUNT WRITTEN DOWN:
                  PREMIUM:
          ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                THRU DATE:                                             06/29/2009
    CLOSE MATTER/FINAL BILLING?    YES   OR  NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
         BILLING COMMENTS:
```

----

```
                              ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                              ----------------------------                      ---------------
            FEES:                            0.00
       DISBURSEMENTS:                        8.32      UNIDENTIFIED RECEIPTS:          0.00
        FEE RETAINER:                        0.00          PAID FEE RETAINER:          0.00
       DISB RETAINER:                        0.00          PAID DISB RETAINER:         0.00
    TOTAL OUTSTANDING:                       8.32      TOTAL AVAILABLE FUNDS:          0.00
                                                            TRUST BALANCE:
                                             BILLING HISTORY
                                             ----------------
    DATE OF LAST BILL:                      06/26/09        LAST PAYMENT DATE:     07/06/09
    LAST BILL NUMBER:                       522521 ACTUAL FEES BILLED TO DATE:  199,775.00
                                                   ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                   TOTAL FEES BILLED TO DATE:  199,775.00
    LAST BILL THRU DATE:                    05/31/09  FEES WRITTEN OFF TO DATE:   19,208.00
                                                   COSTS WRITTEN OFF TO DATE:      579.26
FOR ACCTG USE ONLY:                   Write Down/Up Reason Codes:
                                      ---------------------------
        (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
        (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding            (10) Client Arrangement

   BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____     CRC: _____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    9
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                          Oldest     Latest        Total
                                           Entry      Entry         Amount
----  ----------------------------         ------     ------     -----------
0840  MANUSCRIPT SERVICE                   06/29/09   06/29/09       0.00
0930  MESSENGER/COURIER                    06/29/09   06/29/09       8.32

        Total                                                        8.32


U N B I L L E D    C O S T S   D E T A I L
Description/Code                           Employee        Date          Amount       Index#  Batch No  Batch Date
--------------------------------------     --------        ----          ------       ------  --------  ----------

MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                     TAYLOR, P       06/29/09        0.00       8750857  753249    07/01/09
                                           0840 MANUSCRIPT SERVICE Total :  0.00

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT               BLABEY, D E     06/29/09        8.32       8760343  758458    07/10/09
    Saul Ewing LLP
                                           0930 MESSENGER/COURIER Total :  8.32


        Costs Total :                                                     8.32
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   10
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03

Matter No: 056772-00008                                     Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount       Bill      W/o / W/u      Transfer  To   Clnt/Mtr    Carry Forward
----------------------    ------------ --------- ------------   ------------------------   ------------

0840 MANUSCRIPT SERVICE       0.00     _____  _____   _____   _____

0930 MESSENGER/COURIER        8.32     _____  _____   _____   _____


        Costs Total :         8.32     _____  _____   _____   _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   11
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03
```

```
Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:    2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                              Status     : ACTIVE
```

Special Billing Instructions:

```
------------------------------------------------------------------------------------------------------------------------
                                           PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------
```

```
              UNBILLED TIME FROM:                           TO:
              UNBILLED DISB FROM:    06/16/2009             TO:      06/19/2009
------------------------------------------------------------------------------------------------------------------------
                                       FEES                       COSTS
                                       ------                     -----------
         GROSS BILLABLE AMOUNT:                 0.00                        546.10
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
            ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:                                        06/19/2009
     CLOSE MATTER/FINAL BILLING?    YES   OR   NO
     EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:
```

```
------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                    ---------------------------                     ---------------
                      FEES:                      0.00
             DISBURSEMENTS:                     546.10       UNIDENTIFIED RECEIPTS:        0.00
             FEE RETAINER:                        0.00          PAID FEE RETAINER:         0.00
             DISB RETAINER:                       0.00          PAID DISB RETAINER:        0.00
          TOTAL OUTSTANDING:                    546.10       TOTAL AVAILABLE FUNDS:        0.00
                                                                     TRUST BALANCE:
                                              BILLING HISTORY
                                              -----------------
          DATE OF LAST BILL:                  06/26/09        LAST PAYMENT DATE:     06/05/09
          LAST BILL NUMBER:                   522521 ACTUAL FEES BILLED TO DATE:   358,660.00
                                                   ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                      TOTAL FEES BILLED TO DATE:   358,660.00
          LAST BILL THRU DATE:                05/31/09  FEES WRITTEN OFF TO DATE:    10,158.18
                                                      COSTS WRITTEN OFF TO DATE:     1,761.28
FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:
                                         ---------------------------
         (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
         (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
         (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding          (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE   12
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03


Matter No: 056772-00019                                 Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:   2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : HEARINGS                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ---------------
Code  Description                             Oldest       Latest         Total
                                              Entry        Entry          Amount
----  ----------------------------           ------       ------     -----------
0816  VELOBINDINGS                           06/16/09     06/19/09         90.00
0817  TABS                                   06/16/09     06/19/09        140.00
0820  PHOTOCOPYING                           06/16/09     06/19/09        316.10

         Total                                                            546.10


U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee        Date         Amount     Index#   Batch No  Batch Date
-----------------------------------------     --------        ----         ------     ------   --------  ----------


VELOBINDINGS 0816
    VELOBINDINGS                              WIERMAN, L E    06/16/09        30.00   8739261   746940    06/18/09
    WIERMAN  LAUREN E      17062    BINDING
    VELOBINDINGS                              WIERMAN, L E    06/19/09        30.00   8742687   748334    06/22/09
    WIERMAN  LAUREN E      17062    BINDING
    VELOBINDINGS                              WIERMAN, L E    06/19/09        30.00   8742688   748334    06/22/09
    WIERMAN  LAUREN E      17062    BINDING
                                              0816 VELOBINDINGS Total :      90.00


TABS 0817
    TABS                                      WIERMAN, L E    06/16/09        72.00   8739254   746938    06/18/09
    WIERMAN  LAUREN E      17062    TABS
    TABS                                      WIERMAN, L E    06/19/09        28.00   8742676   748332    06/22/09
    WIERMAN  LAUREN E      17062    TABS
    TABS                                      WIERMAN, L E    06/19/09        40.00   8742677   748332    06/22/09
    WIERMAN  LAUREN E      17062    TABS
                                              0817 TABS Total :             140.00


PHOTOCOPYING 0820
    PHOTOCOPYING                              WIERMAN, L E    06/16/09       196.50   8738887   746929    06/18/09
    WIERMAN  LAUREN E
    PHOTOCOPYING                              WIERMAN, L E    06/19/09        41.30   8742283   748312    06/22/09
    WIERMAN  LAUREN E
    PHOTOCOPYING                              WIERMAN, L E    06/19/09        78.30   8742284   748312    06/22/09
    WIERMAN  LAUREN E
                                              0820 PHOTOCOPYING Total :     316.10



         Costs Total :                                                     546.10
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   13
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/2009 10:44:03


Matter No: 056772-00019                                   Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      2924765
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status      : ACTIVE


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description             Amount       Bill      W/o / W/u        Transfer  To    Clnt/Mtr    Carry Forward
-----------------------    ----------    -------   --------------   --------------------------------  ----------------


0816 VELOBINDINGS              90.00      _____  _____  _____  _____

0817 TABS                     140.00      _____  _____  _____  _____

0820 PHOTOCOPYING             316.10      _____  _____  _____  _____



         Costs Total :       546.10      _____  _____  _____  _____
```