IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-01139 JKF |
| W.R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

### AMENDED NOTICE OF DEPOSITION OF MARK A. SHELNITZ

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, OneBeacon America Insurance Company, Seaton Insurance Company, Government Employees Insurance Company, and Republic Insurance Company n/k/a Starr Indemnity & Liability Company, through their undersigned counsel, will take the deposition of **Mark A. Shelnitz, Esq.**, Vice President, General Counsel & Secretary of W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654.  The deposition will commence on **August 19, 2009**, beginning at **9:30 a.m.**, at the offices of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, D.C. 20005, and will continue from day to day thereafter until complete.  The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by stenographic means.  You are hereby invited to attend and examine the witness.

| | |
|---|---|
| Dated: July 30, 2009 | /s/ David P. Primack |
| | Warren T. Pratt (DE Bar I.D. #4334) |
| | David P. Primack (DE Bar I.D. #4449) |
| | DRINKER BIDDLE & REATH LLP |
| | 1100 N. Market Street, Suite 1000 |
| | Wilmington, DE  19801-1243 |
| | Telephone: (302) 467-4200 |
| | Facsimile:  (302) 467-4201 |
| | |
| | - and - |

- 2 -

        Michael F. Brown (*pro hac vice*)
        Jeffrey M. Boerger *(pro hac vice)*
        DRINKER BIDDLE & REATH LLP
        One Logan Square
        18th & Cherry Streets
        Philadelphia, PA 19103-6996
        Telephone: (215) 988-2700
        Facsimile: (215) 988-2757

        Counsel for OneBeacon America Insurance
        Company, Seaton Insurance Company,
        Government Employees Insurance
        Company, and Republic Insurance Company
        n/k/a Starr Indemnity & Liability Company