# **<u>EXHIBIT A</u>**

# EXHIBIT A

## W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139
### Report on Settlements of Certain Claims and Causes of Action
### April 1, 2009 through June 30, 2009

| Claimant | Debtor | Description of Claim |
|---|---|---|
| Louise Durand<br>42 Oak Hill Road<br>Westford, MA 01886 | W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | On or about January 28, 2009, former Foreign Trade and Compliance Specialist, Louise Durand, threatened legal claims against Grace arising out of her employment, specifically claims alleging retaliation against her for raising with her superiors Grace's alleged failure to comply with a variety of import statutes and regulations and to disclose a prior alleged violation that she and others covered. The claim was settled on April 15, 2009, in the amount of $28,284.83. |
| Steeler, Inc.<br>c/o Charles J. Brown, III<br>Archer & Greiner, P.C.<br>300 Delaware Avenue<br>Suite 1370<br>Wilmington, DE 19801 | W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | On or about March 21, 2003, the Claimant filed proof of claim no. 4697 against the Debtors asserting unspecified damages arising from environmental remediation related to the Newark, California site. On or about July 11, 2005, the Claimant filed a supplemental proof of claim no. 17093 against the Debtors asserting liquidated damages in the amount of $63,421.38 arising from the same environmental remediation.<br><br>On January 15, 2009, the parties entered into a Stipulation resolving the claims. The Debtors settled the claims by allowing Claim No. 17093 as an unsecured, prepetition, non-priority claim in the amount of $63,421.38 and disallowing and expunging Claim No. 4697.<br><br>The Stipulation was filed on March 13, 2009 as part of the Twentieth Claim Settlement Notice at Docket No. 21005. |
| AII Acquisition Corporation | W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | On or about March 31, 2003, the Claimant filed proof of claim no. 13431 asserting a claim against the Debtors in the amount of $201,694.17 arising from environmental response costs with respect to the Green River Site located in Maceo, Kentucky.<br><br>On April 24, 2009, the parties entered into a Stipulation resolving the claim. The Debtors settled the claim by allowing Claim No. 13431 as an unsecured, prepetition, non-priority claim in the amount of $201,694.17.<br><br>This Stipulation was filed on April 29, 2009 as part of the Twenty-First Claim Settlement Notice at Docket No. 21486. |