## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  August 19 , 2009** |
| | ) | |

## FEE AND EXPENSE DETAIL FOR THE LAW OFFICES OF JANET S. BAER, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

---

[2]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Compensation by Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 3.60 | $2,250.00 |
| 4 | Case Administration | 4.40 | $2,750.00 |
| 5 | Claims Analysis Objection and Resolution (Asbestos) | .30 | $187.50 |
| 6 | Claims Analysis Objection and Resolution ( Non-Asbestos) | 4.50 | $2,812.50 |
| 11 | Fee Applications, Applicant | 5.00 | $3,125.00 |
| 14 | Hearings | 7.90 | $4,937.50 |
| 15 | Litigation and Litigation Consulting | 48.20 | $30,125.00 |
| 16 | Plan and Disclosure Statement | 164.60 | $102,875.00 |
| 20 | Travel-Non-working | 13.10 | $8,187.50 |
| **Totals for Matters** | | **251.60** | **$157,250.00** |

## Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $2,592.00 |
| Airfare | $2,650.60 |
| Transportation to/from airport | $600.80 |
| Travel Meals | $181.31 |
| Long Distance/Conference Telephone Charges | $73.72 |
| Local Transportation/Parking | $55.00 |
| Postage/Federal Express | 21.26 |
| PACER | $25.20 |
| **Total** | **$6,199.89** |

# EXHIBIT A

**Matter 3**          **Business Operations**

| Date | Hours | Description |
|------|-------|-------------|
| 6/8/09 | .20 | Confer with J. McFarland re Membranes business sale issues (.20) |
| 6/15/09 | .30 | Confer with M. Hurford re COC for Pension Plan to reflect change re same (.30) |
| 6/19/09 | 1.10 | Confer with L. Duff and P. Marks re Russell Fields settlement and stipulation (.30); review draft and confer with J. Monahan re same (.50); prepare follow up correspondence re same (.30) |
| 6/21/09 | .90 | Review draft Norfolk Southern objection and prepare comments re same (.50); review Sutton Brook PRP agreement (.40) |
| 6/29/09 | 1.10 | Review information re divestiture update (.80); confer with J. Mc Farland re Project Pegasus and review draft agreement re same (.30) |

**Total Hours**      **3.6**


**Matter 4**          **Case Administration**

| Date | Hours | Description |
|------|-------|-------------|
| 6/2/09 | .50 | Participate in Company call re status of all matters (.50) |
| 6/5/09 | .80 | Review and attend to newly filed pleadings (.80) |
| 6/12/09 | .30 | Confer with W. Sparks re Board Report, outstanding claims and Insurance recovery matters (.30) |

1

| | | |
|---|---|---|
| 6/13/09 | 1.30 | Review and respond to numerous creditors and co-proponent inquiries re case issues (.80); begin review of draft board report and revise same (.50) |
| 6/15/09 | .90 | Review and organize case pleadings and review status of pending projects (.90) |
| 6/30/09 | .60 | Participation in weekly Grace Company call (.60) |
| **Total Hours** | **4.4** | |

**Matter 5**    **Claim Analysis Objection & Resolution (Asbestos)**

| Date | Hours | Description |
|---|---|---|
| 6/1/09 | .30 | Review revised PD settlement agreement and provide comments re same (.30) |
| **Total Hours** | **.30** | |

**Matter 6**    **Claim Analysis Objection & Resolution (Non – Asbestos)**

| Date | Hours | Description |
|---|---|---|
| 6/3/09 | .30 | Confer with C. Greco re Lyondell claims and review correspondence (.30) |
| 6/16/09 | .70 | Confer with counsel for Du Pont re First Chemical /CNA claim (.70) |
| 6/22/09 | .30 | Confer with C. Greco re ICI and other claims agreements (.30) |

2

| 6/25/09 | 1.90 | |
|---------|------|---|
| | | Review correspondence re Madison Complex Claims and respond re same (.30); review revised Russell Fields stipulation and provide comments re same (.50); review Lyondell draft Proofs of Claim and confer with N. Kritzer re same (.80); review correspondence re other pending claims, including environmental claims (.30) |
| 6/29/09 | .70 | |
| | | Review Sutton Brook correspondence and respond to same (.30); confer with C. Greco and R. Emmett re Madison Complex and Sutton Brook (.40) |
| 6/30/09 | .60 | |
| | | Prepare correspondence re Neutocrete mediation and review correspondence re same (.30); review BNSF stipulation and prepare response/ comment re same (.30) |
| **Total Hours** | **4.5** | |

| Matter 11 | **Fee Application, Applicant** | |
|-----------|-------------------------------|---|
| **Date** | **Hours** | |
| | | **Description** |
| 6/17/09 | .50 | |
| | | Prepare response to quarterly fee application auditor report (.50) |
| 6/26/09 | 3.00 | |
| | | Review /revise May fee application (.50); prepare May expense statement (2.50) |
| 6/29/09 | 1.50 | |
| | | Complete May fee application and prepare transmittal re same (1.50) |
| **Total Hours** | **5.00** | |

3

| Matter 14 | Hearings | |
|---|---|---|
| Date | Hours | |
| | | **Description** |
| 6/4/09 | 1.80 | Confer with J.O'Neill (several times) re Pre-trial agenda, confirmation hearing binders and other matters (.30); confer with R. Baker re same (.30); confer with M. Hurford re hearing and filing logistics (.40); prepare correspondence re hearing and filing logistics (.80) |
| 6/11/09 | .30 | Review 6/18 and 6/28 agendas and confer re same (.30) |
| 6/17/09 | 2.60 | Review correspondence on agenda and confer re same (.40); review and assemble materials for Phase I pre-trial (1.20); confer with B. Harding re hearing preparation issues (1.00) |
| 6/24/09 | .30 | Confer re changes re 6/29/09 hearing and related matters (.30) |
| 6/25/09 | .90 | Review and organize materials for 6/29 hearing and 7/9 hearing and other related hearings (.90) |
| 6/29/09 | 2.00 | Prepare for and participate in June Omnibus hearing (telephonically)(2.0) |
| **Total Hours** | **7.9** | |

| Matter 15 | Litigation and Litigation Consulting | |
|---|---|---|
| Date | Hours | |
| | | **Description** |
| 6/1/09 | .50 | Prepare correspondence re Speights deposition (.30); prepare correspondence re Scotts depositions (.20) |

4

| | | |
|---|---|---|
| 6/2/09 | 3.00 | Prepare revised correspondence re deposition (.40); review draft stipulation re Travelers /St.Paul bond claim (.20); review order re Libby from estimation (.20); confer with E. Leibenstein and B. Harding re Longacre deposition (.40); prepare correspondence re same (.30); review and respond to correspondence re other discovery issues (.60); confer with S. Blatnick re motion for protective order (.30); confer with B. Harding re same (.20); prepare response on Speights deposition issues (.40) |
| 6/3/09 | 5.90 | Review/revise motion for Protective order (.50); prepare correspondence re same (.30); prepare correspondence re Trial brief, Phase I Exhibits and court binders (.20); prepare correspondence/summary re late discovery (.60); confer with B. Harding re same (.30); follow up re same (.20); participate in meeting and confer with D. Speights re Shelnitz deposition issues (.30); confer with B. Harding and T. Freedman further re same and other discovery issues (.40); confer with D. Bernick, T. Freedman and Grace counsel re Fireman's Fund issues re Edwards Bond (1.20); confer with M. Shelnitz and R. Finke re Speights meet and confer (.20); prepare correspondence re same (.30); review revised motion for protective order (.30); prepare correspondence re late discovery issue and strategy re same (.70); confer with S. Blatnick re finalizing motion for protective order. (.40) |
| 6/4/09 | 1.30 | Review Bank Lender's motions re Phase I and correspondence re same (.80); review revised motion for protective order and correspondence re same (.30); confer with S. Blatnick re same (.20) |
| 6/5/09 | 1.10 | Confer with E. Leibenstein re Mathis and Zilly depositions and related issues (.30); prepare correspondence re follow up on various discovery (.40); respond to various discovery matters (.40) |
| 6/8/09 | 1.20 | Prepare correspondence re outstanding discovery (.40); prepare information for preparation of Jay Hughes and respond to correspondence re same (.80) |
| 6/11/09 | 10.80 | Prepare for and participate in deposition of J. Hughes (10.50); |

5

| | | |
|---|---|---|
| | | review Canadian Status report (.30) |
| 6/12/09 | 5.40 | Attend E. Inselbuch deposition (5.0); review and respond to correspondence re new depositions, outstanding discovery and related issues (.40) |
| 6/13/09 | 1.80 | Prepare sections for Canadian Quarterly report (1.50); Final review of Responses to Fireman's Bond discovery (.30) |
| 6/16/09 | 4.10 | Review Bank Lender's motion for leave to file reply brief and reply brief on same (.30); review revised draft stipulation with Fireman's Fund re voting (.30); review draft stipulation with Travelers re Surety claim (.30); review revised Neutocrete objection (.90); confer with B. Harding re amended witness list, revise and prepare Correspondence re same (.40); prepare correspondence re MADEP stipulation (.20); further confer re amended witness list (.30);review and further revise Fireman's stipulation and prepare correspondence re same (.30); confer with B. Harding further revising witness list (.30); review draft motion to strike Spears' Report and correspondence re same (.40) further revise witness list and prepare transmittal re same (.40) |
| 6/17/09 | 2.30 | Review draft order re Royal settlement and prepare comments re same (.40); review and further revise Fireman's Bond stipulation and prepare correspondence re same (.60); review new information from EPA, correspondence on same and respond re issues re same (.40); confer with S. Blatnik and A. Fromm re issue on Neutocrete claim objection and review further language re same (.50); prepare correspondence re Travelers stipulation and review correspondence re same (.40) |
| 6/19/09 | 1.10 | Prepare follow up correspondence re Fireman's stipulation and Travelers review (.30); review correspondence and follow up re deposition designations for Phase I hearing (.40); confer with J. Brooks and N. Kritzer re deposition designation project (.40) |

6

| | | |
|---|---|---|
| 6/23/09 | .80 | Review reply re Montana appeal and provide comments re same (.80) |
| 6/25/09 | 1.20 | Confer with T. Freedman re results of MCC conference (.30); follow up re same (.20);prepare correspondence re Spear scheduling (.20); follow up re numerous discovery issues (.50) |
| 6/26/09 | 2.80 | Review correspondence re London Settlement (.20); review correspondence re NJDEP (.30); review pleadings and transcript in preparation for hearing re Kaneb Lift Stay supplemental brief (2.30) |
| 6/29/09 | .50 | Participate in call with Libby and Royal re settlement discovery (.50) |
| 6/30/09 | 4.40 | Review and respond to various inquiries re discovery issues (.80); confer with A. Krieger re NJDEP mediation status and prepare correspondence re same (.40); confer with K. Lee re Exhibit objections (.40); review London Market potential settlement agreement (.20); review correspondence re Havestrite vs. Hartford (.30); review Canadian correspondence on Thundersky proceedings (.30); review correspondence re Libby EPA issues (.20); review correspondence re Sutton Brook (.10); review correspondence re ZAI Canadian correspondence (.20) review draft comments from BNSF re Environmental stipulation (.30); review draft motion re ICI and Stipulation re same (.30); review and respond to further correspondence re NJDEP (.30);  prepare comments re London stipulation (.30); prepare comments re COLI issues (.30) |
| **Total Hours** | **48.20** | |

| | | |
|---|---|---|
| **Matter  16** | **Plan and Disclosure Statement** | |
| **Date** | **Hours** | **Description** |
| 6/1/09 | 7.60 | Confer with B.Harding re outstanding discovery issues for Phase I |

hearing and beyond (in preparation for Plan Proponet call (.50); confer with R. Finke re Phase I issues (.30); confer with K. Love re deposition issues (.30); review and respond to correspondence re all Phase I and confirmation hearing issues (.40); confer with T. Freedman re Phase I issues and organization of same (.30); participate in plan team call re all outstanding issues (2.0); confer with plan proponents re status of all confirmation issues (3.0); confer with B. Harding re follow up on same (.30); review CNA AND GEICO trial briefs (.50)

| Date | Hours | Description |
|---|---|---|
| 6/2/09 | 3.80 | Review CNA trial brief and correspondence re other Trial briefs (.80); review various trial briefs in preparation for conference re same and Phase I hearing (1.0); confer with D. Blabey re Phase I/Plan proponent discussions (.20); participate in Plan Proponent call on Phase I trial briefs and related issues (1.30); confer further with T. Freedman and M. Shelnitz re GUC motion on Impairment and Phase II hearing and Phase I briefing issues (.50) |
| 6/3/09 | .90 | Confer with C. Greco re Class 9 Trial brief issues (.30); confer with T. Freedman re same (.30); confer with J. O'Neill re confirmation exhibits and binders and procedures re same (.30) |
| 6/4/09 | 1.90 | Review and respond to numerous issues re Phase I hearing (.80); review draft brief on Phase I Impairment issues (.30); review draft Trial brief introduction (.30); review draft insurance portion of Trial brief (. 50) |
| 6/5/09 | 3.60 | Confer with T. Freeedman and Fresenius' counsel re plan objection issues (.30); revise correspondence re filings, confer re same and prepare same for transmittal (.60); confer with T. Freedman re Phase I trial brief (.30); confer with J. Brooks re objection chart (.40); participate in call with B. Harding, T. Freedman and L. Esayian re trial briefs and related issues (.80); review and respond to questions re ballot report (.30); review draft declaration re same (.40); confer with C. Greco re same (.30); confer with M. Lewinstein re voting procedure matters (.20) |
| 6/7/09 | 4.50 | Participate in calls with T. Freedman and D. Boll re Phase I trial Brief (.80); review Phase I Trial brief (1.80); review motion re |

voting issues filed by Speights (.30);provide comments re Trial Brief (.40); confer with plan proponents re trial brief (.80); follow up re issues re same (.40)

| | | |
|---|---|---|
| 6/8/09 | 14.30 | |

Review and respond to correspondence re voting issues (.80); review further Phase I objections (.50); confer with J. Brooks re objection chart (1.50); review draft argument on Phase I and confer with T.Freedman re same (.30);confer with J. O'Neill re filing brief and exhibits (.30); review discovery re plan brief (1.50);confer with D. Boll, C. Bruens and T. Freedman re same (.50);review materials re Plan Brief issues (.90); review ballot report and confer with C. Greco an BMC re same (several conferences) (.80); Prepare motion for permission to file trial brief (1.20); review final draft of Trial Brief (.80); confer re issues on Bank Lender's Phase I briefs and discovery issues (.40); review motions re voting, notices re classification and interest rate notices (2.0); prepare +memo re same (.80); review Trial Exhibits and prepare correspondence re same (.80);review and respond to numerous correspondence re claims objection chart (.90); confer with J. O'Neill re final Pre Trial Brief filing issues (.30)

| | | |
|---|---|---|
| 6/9/09 | 11.60 | |

Participate in weekly company call re Pre trial , Phase I, financing and related issues (.80); confer with T.Freedman re Fireman's Motion claim , discovery and Speights motion (.30); review and respond to inquiries re objection chart (.30) confer with M. Lewinstein re pleading re Speights motion (.30); review materials for J. Hughes deposition preparation (2.0);attend Jay Hughes deposition preparation (4.0); review further revised response re Speights motion and revise same (.80); review and respond to correspondence re Exhibit issue for Phase I hearing (.40); confer with B. Harding re same (.30); prepare correspondence re Fireman's Fund and MCC voting notices (.40); review J. Poner deposition transcript in preparation for Hughes deposition (2.0)

| | | |
|---|---|---|
| 6/10/09 | 11.20 | |

Confer with J. Hughes and T. Freedman re preparation for J. Hughes deposition (2.0); further confer with J. Hughes and B. Harding re same (4.0); confer with P. Lockwood , T. Freedman and B. Harding re same and related Phase I issues (.70); confer with T. Freedman and B. Harding re all outstanding issues for Phase I hearing (.80); confer with Grace plan team re Phase I hearing and Phase II discovery (1.20); revise Speights voting response and

| | | |
|---|---|---|
| | | review comments re same (.40); prepare stipulation re Fireman's voting motion and confer re same (1.30); review draft response re Bank motion on Phase I and confer with D. Boll re same (.80) |
| 6/11/09 | .90 | Review and further revise voting stipulation with Fireman's and Speights response and confer re same (.30); review draft outline re Phase I objection chart (.30);  final review of Fireman's stipulation and Speights response (.30) |
| 6/12/09 | 5.50 | Work with J. Brooks re edit of confirmation objection chart (3.50); further edit objection chart (2.0) |
| 6/13/09 | 10.00 | Continue revisions to plan objection chart (1.50); several conferences with J.Brooks re same (.90); review and revise further amended objection chart (4.0); confer with J. Young re CNA business issues (.30); participate in team call re Phase I issues and related matters (1.50); further confer with J. Brooks on objection chart (.20); prepare Final Phase II witness list (.30); review original objection chart against new chart and confer re same (1.30) |
| 6/15/09 | 15.90 | Confer with Plan Proponents re Phase I hearing and how to proceed in Pre Trial and meet and confer with Objectors (.80); confer with T. Freedman and J. Brooks plan objection chart (1.50); review Objections and  further revise chart re same and confer with J. Brooks re same (11.20); review Exhibit Objections and respond to correspondence re same (.80); revise Phase II witness list and finalize same for filing (.80); prepare correspondence re same (.30); review Objectors filings re Phase II witnesses (.50) |
| 6/16/09 | 2.10 | Confer with T. Freedman re preparation for Phase I pre-trial (.30); review slides re Insurance issues (.40); review motion re Spears and motion to shorten time and revise same (.80); review and respond to correspondence re same (.40); confer re same (.20) |
| 6/17/09 | 5.80 | Participate in meet and confer with Insurers re Phase I hearing issues (1.50); review correspondence re issues (.80); participate in |

10

|  |  | call with GUC's and Banke lenders re Phase I impairment issues (.80); participate in call with Plan Proponents re Phase I issues/strategy (1.50); review pleadings re Priest and Stein and reports in preparation for Phase I pre-trial (1.20) |
| 6/18/09 | 10.80 | Prepare for Phase I Pre-trial and related matters for hearing (5.10); attend Phase I pre-trial (5.0); confer with B. Harding after same and follow up for phase I pre-trial (.80) |
| 6/19/09 | 7.90 | Confer with Plan Proponents re status of Phase I hearing issues (.80); further confer with plan team and Grace re same (.70); review and revise plan objection chart and confer re same (1.50); participate in further conference with plan proponents re Phase I trial strategy/issues (2.0); confer with client and plan team re preparation for Phase I trial and issues re same (2.0); revise Phase I hearing agenda (.30); confer with Morgan Stanley counsel re Plan objection chart issues (.30); confer with J. Brooks re final changes to Plan objection chart (.30) |
| 6/20/09 | 1.80 | Review deposition designations in preparation for Phase I hearing (1.0); several conferences with J. Brooks and E. Leon re default interest issues and review and respond to correspondence re same (.80) |
| 6/21/09 | 10.30 | Review deposition designations in preparation for Phase I hearing (2.50); confer with N. Kritzer re same (.30); prepare for Phase I confirmation hearing, including preparation of objection slides and backing materials re Bank Lender objections (7.50) |
| 6/22/09 | 10.50 | Prepare for Phase I confirmation hearing (2.0); participate in same (8.50) |
| 6/23/09 | 8.90 | Prepare for Phase I confirmation hearing day two (1.50); participate in Phase I confirmation hearing (6.0); prepare chart of |

11

|  |  | dates/deliverable from Phase I confirmation hearing (1.0); revise chart (.40) |
|---|---|---|
| 6/24/09 | 5.70 | Further revise chart of deliverables re Phase I hearing and prepare correspondence re same (.50); further revise witness list and prepare correspondence re same (.30);  prepare order for Fireman's Fund stipulation and transmittal re same (.50); prepare orders re class 9 impairment, insurer neutrality and Phase II Pre trial issues (2.50); participate in call re plan followup (.60); participate in call with Plan Proponents re MCC claim treatment issues (.80); revise three orders re Phase I and II hearings (.50) |
| 6/25/09 | 3.30 | Review and respond to follow up from Phase I hearing (.80); review comments on draft Phase I orders  (.30); confer with T. Freedman re same (.20); further revise orders and prepare transmittal re same (.90); review and organize re materials and follow up from Phase I Confirmation Hearing (1.10) |
| 6/26/09 | 3.40 | Confer with Grace Plan team re status of all matters (2.0); follow up with T. Freedman re Speights matters (.30); revise draft order re solvency and prepare transmittal re same (.40); review correspondence and draft language re insurance neutrality (.30); revise draft order on class 9 and prepare transmittal  re all draft orders (.40) |
| 6/29/09 | 1.70 | Review and respond to numerous inquires re status of various matters (.80); review comments on draft orders (.30); confer with T. Freedman re issues for client strategy meeting (.30); confer with D. Speights re Phase II hearing order(.30) |
| 6/30/09 | .70 | Review comments re draft Phase I order and prepare transmittals re same (.70) |
| **Total Hours** | **164.60** |  |

**Matter 20**    **Travel –Non Working**

12

| Date | Hours | Description |
|------|-------|-------------|
| 6/9/09 | 1.00 | Travel to Washington DC for preparation session and attendance at J. Hughes deposition (billed at half time) (1.0) |
| 6/11/09 | 1.30 | Travel from Washington DC to New York for Inselbuch deposition (billed at half time ) (1.30) |
| 6/12/09 | 1.50 | Travel from New York back to Chicago after depositions (billed at half time) (1.50) |
| 6/17/09 | 2.50 | Travel to Pittsburgh for Phase I pre-trial (weather delays) (billed at half time)(2.50) |
| 6/18/09 | 2.50 | Travel from Pittsburgh to Chicago after Phase I Pre-trial (travel delays)(billed at half time) (2.50) |
| 6/21/09 | 2.00 | Travel to Pittsburgh for Phase I hearing (billed at half time) |
| 6/23/09 | 2.30 | Travel from Pittsburgh back to Chicago after Phase I hearing (billed at half time) (2.30) |
| **Total Hours** | **13.10** | |
| **Total Hours all Matters** | **251.60** | |

# EXHIBIT B

## EXPENSES SUMMARY

| Service Description | Amount |
|---|---|
| Lodging | $2,592.00 |
| Airfare | $2,650.60 |
| Transportation to/from airport | $  600.80 |
| Travel Meals | $   181.31 |
| Long Distance/Conference  Telephone Charges | $    73.72 |
| Local Transportation/Parking | $    55.00 |
| Postage/Federal Express | $    21.26 |
| PACER | $    25.20 |
| Total: | $6,199.89 |

Itemized Expenses

Travel

| Date | Amount | Itemized Expense |
|------|--------|------------------|
| 6/09/09 | $ 40.00 | 303 Taxi – Transportation Wilmette to ORD for flight to Washington D.C. for despositons |
| 6/09/09 | $ 4.63 | Breakfast at O'Hare prior to flight to Washington D.C. for depositions |
| 6/09/09 | $ 20.00 | Taxi-Transportation from Washington Regan Airport to Kirkland Washington DC office for depositions |
| 6/09/09 | $1018.80 | United Airlines – Airfare, travel fee, from ORD to Washington D.C. then to New York and then to Chicago re depositions |
| 6/09/09 | $ 54.65 | Dinner – Room Service-JW Marriott-Washington D.C. |
| 6/10/09 | $ 19.78 | Dinner – Room Service-JW Marriott –Washington DC. |
| 6/11/09 | $1257.22 | Hotel, 2 nights, JW Marriott- Washington DC ( sold out situation at hotels – best rate available) |
| 6/11/09 | $ 4.57 | Breakfast  Starbuck's – Washington DC |
| 6/11/09 | $ 30.00 | Taxi – LaGuardia to Manhattan for depositions |
| 6/11/09 | $ 51.28 | Dinner – Room Service- Marriott Eastside, NY for depositions |
| 6/12/09 | $ 413.66 | Hotel-Marriott Eastside, NY for depositions |
| 6/12/09 | $ 10.83 | Breakfast – NY for depositions |
| 6/12/09 | $ 9.08 | Lunch – NY for depositions |
| 6/12/09 | $ 11.39 | Food at LaGuardia waiting for flight back to Chicago |
| 6/12/09 | $ 40.00 | 303 Taxi – Transportation,  LaGuardia to ORD after depositions |
| 6/17/09 | $ 40.00 | 303 Taxi – Transportation, Wilmette to ORD for trip to Pittsburgh for hearing |
| 6/17/09 | $ 700.60 | American Airlines Pittsburg/Chicago, change fee, travel fee for travel to hearing |
| 6/17/09 | $ 140.40 | Boston  Coach- Local Transportation (late evening) from Pittsburgh airport to Westin Convention Center Pittsburgh re hearing |
| 6/18/09 | $ 290.70 | Westin Convention Center, Pittsburgh one night re hearing |
| 6/18/09 | $ 7.37 | Travel Meal – Dinner at Pittsburgh airport after hearing |
| 6/18/09 | $ 40.00 | 303 Taxi - Transportation – Taxi from ORD to Wilmette after hearing |
| 6/21/09 | $ 40.00 | 303 Taxi – Transportation, Wilmette to ORD for trip to Pittsburgh for hearing (Phase I Trial) |
| 6/21/09 | $ 7.73 | Lunch at ORD waiting for flight to Pittsburgh for hearing |
| 6/21/09 | $ 642.60 | United Airlines – Airfare (one way) from ORD to Pittsburgh for hearing (sold out situation) |

| 6/21/09 | $ 140.40 | Boston Coach- Transportation from Pittsburgh airport to Westin Convention Center Pittsburgh re hearing |
| 6/23/09 | $ 630.42 | Westin Convention Center, two nights, Pittsburgh re hearing |
| 6/23/09 | $ 288.60 | Southwest Airlines – Airfare- Pittsburgh to ORD after hearing |
| 6/23/09 | $ 70.00 | 303 Taxi- Transportation- Midway airport to Wilmette after hearing |
| **Total** | **$6,024.71** | |

<u>Non-Travel</u>

| Date | Amount | Itemized Expense |
|------|--------|------------------|
| 6/16/09 | $ 55.00 | Flash Cab - Local Transportation Chicago to Wilmette – 3:00 a.m. after working late on Objection chart |
| 6/16/09 | $ 21.26 | Federal Express – to Dallas from Chicago |
| 6/09 | $ 20.05 | Telephone – InterCall- Conference call services for June |
| 6/09 | $ 53.67 | AT & T – Long Distance Telephone for June |
| 6/09 | $ 25.20 | PACER. Quarterly Invoice 4/1/09-6/30/09 |
| **Total** | **$ 175.18** | |

**Total June Charges: $6,199.89**