IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 19, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# NINETY-THIRD MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/466729

# EXHIBIT A
**(Fee Detail)**

## **FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING**<br><br>• asbestos matters (52000.43)     $10,617.50<br><br>• non-asbestos matters (2725.40)     $   585.00<br><br>**TOTAL LITIGATION AND LITIGATION CONSULTING** | $11,202.50 |
| **FEE APPLICATION – APPLICANT** | $672.00 |
| **TOTAL FEES** | $11,874.50 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 29, 2009
Bill Number 112275
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH JUNE 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/01/09 | RAM | Read selected documents filed in bankruptcy court. | 1.10 Hrs | 352.00 |
| 06/01/09 | ARA | Document control. | 4.30 Hrs | 344.00 |
| 06/02/09 | RAM | Read selected documents filed in bankruptcy court (.6). Read Orders of MDL court (.1). | 0.70 Hrs | 224.00 |
| 06/02/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 06/03/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 06/04/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 06/05/09 | ARA | Document control. | 5.80 Hrs | 464.00 |
| 06/08/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 06/09/09 | ARA | Document control. | 6.10 Hrs | 488.00 |
| 06/10/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 06/11/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | 96.00 |
| 06/11/09 | ARA | Document control. | 6.50 Hrs | 520.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JUNE 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/12/09 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | 192.00 |
| 06/12/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 06/15/09 | ARA | Document control. | 6.10 Hrs | 488.00 |
| 06/16/09 | ARA | Document control. | 6.10 Hrs | 488.00 |
| 06/17/09 | ARA | Document control. | 6.10 Hrs | 488.00 |
| 06/18/09 | ARA | Document control. | 6.20 Hrs | 496.00 |
| 06/19/09 | ARA | Document control. | 3.00 Hrs | 240.00 |
| 06/22/09 | MTM | Telephone call from in-house counsel re: meaning of colored labels on asbestos-related documents in basement in Cambridge. | 0.10 Hrs | 27.50 |
| 06/22/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 06/23/09 | MTM | Telephone call to ARA re: meaning of colored labels on boxes at Cambridge (.2); telephone call to Holme Roberts paralegal re: same (.2). | 0.40 Hrs | 110.00 |
| 06/23/09 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 06/23/09 | ARA | Telephone call from MTM re: in-house counsel's questions about labels on boxes; review documents with labels to determine content. | 0.40 Hrs | 48.00 |
| 06/24/09 | RAM | Read updated bankruptcy docket entries to select documents to read. | 0.30 Hrs | 96.00 |
| 06/24/09 | ARA | Document control. | 5.00 Hrs | 400.00 |
| 06/24/09 | ARA | Review documents received from MTM to determine if they are copies of documents in the repository. | 1.50 Hrs | 180.00 |
| 06/25/09 | ARA | Document control. | 2.80 Hrs | 224.00 |
| 06/25/09 | ARA | Quality control Libby personnel files (1.8). Review documents received from MTM to determine if they are copies of documents in the repository (1.5). | 3.30 Hrs | 396.00 |
| 06/26/09 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 96.00 |
| 06/26/09 | ARA | Document control. | 1.00 Hrs | 80.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  | TOTAL LEGAL SERVICES | $10,617.50 |
|---|---|---|

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 3.30 | 320.00 | 1,056.00 |
| Matthew T. Murphy | 0.50 | 275.00 | 137.50 |
| Angela R. Anderson | 5.20 | 120.00 | 624.00 |
| Angela R. Anderson | 110.00 | 80.00 | 8,800.00 |
|  | 119.00 |  | $10,617.50 |

|  | TOTAL THIS BILL | $10,617.50 |
|---|---|---|

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 29, 2009
Bill Number 112274
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

## FOR PROFESSIONAL SERVICES

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

## LEGAL SERVICES

THROUGH JUNE 30, 2009

| Date | Atty | Description | Time | Amount |
| --- | --- | --- | --- | --- |
| 06/03/09 | MLL | Receipt and review of Gleeson's revised Statement of Facts; exhibits; prepare outline for information helpful for trial and/or summary judgment. | 0.80 Hrs | 200.00 |
| 06/04/09 | RAM | Read plaintiff's and co-defendant's Statement of Facts and Motion for Partial Summary Judgment. | 0.40 Hrs | 128.00 |
| 06/04/09 | MLL | Receipt and review of Gleeson's opposition to motion for summary judgment and attendant documents. | 0.50 Hrs | 125.00 |
| 06/10/09 | MLL | Receipt and review of 9A filings re: motion for summary judgment. | 0.40 Hrs | 100.00 |
| 06/11/09 | RAM | Read Notice of Final Pretrial Conference and requirements for joint pretrial memo; calendar due dates. | 0.10 Hrs | 32.00 |

                                            TOTAL LEGAL SERVICES        $585.00

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.50 | 320.00 | 160.00 |
| Matthew L. Lunenfeld | 1.70 | 250.00 | 425.00 |
|  | 2.20 |  | $585.00 |

                    TOTAL THIS BILL            $585.00

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 29, 2009
Bill Number 112276
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH JUNE 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/01/09 | RAM | Telephone conference with in-house counsel; April fee application may be filed. | 0.05 Hrs | No Charge |
| 06/02/09 | RAM | Finalize April fee application and send it to Delaware counsel to file. | 0.30 Hrs | 96.00 |
| 06/04/09 | RAM | Send as filed April fee application to fee auditor. | 0.10 Hrs | 32.00 |
| 06/13/09 | RAM | Work on May fee application. | 0.60 Hrs | 192.00 |
| 06/16/09 | RAM | Work on May fee application (.4). Read Fee Auditor's Final Report for 31st Interim Period (.1). | 0.50 Hrs | 160.00 |
| 06/18/09 | RAM | Work on May fee application; send it to in-house counsels to review. | 0.20 Hrs | 64.00 |
| 06/19/09 | RAM | Email from/to in-house counsel that May fee application may be filed. | 0.05 Hrs | No Charge |
| 06/21/09 | RAM | Emails from/to second in-house counsel that May fee application may be filed. | 0.05 Hrs | No Charge |
| 06/25/09 | RAM | Work on May fee application. | 0.30 Hrs | 96.00 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

THROUGH JUNE 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/29/09 | RAM | Send May fee application to Delaware counsel to file. | 0.10 Hrs | 32.00 |

|  |  | TOTAL LEGAL SERVICES | $672.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.10 | 320.00 | 672.00 |
| Robert A. Murphy | 0.15 | 320.00 | No Charge |
|  | 2.25 |  | $672.00 |

|  | TOTAL THIS BILL | $672.00 |

# EXHIBIT B
**(Expense Detail)**

## **EXPENSES**

| LITIGATION AND LITIGATION CONSULTING | |
|---|---|
| • asbestos matters (52000.43)     $12,740.87 <br> • non-asbestos matters (2725.40)     $ 0.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $12,740.87 |
| **FEE APPLICATION – APPLICANT** | $38.50 |
| **TOTAL EXPENSES** | $12,779.37 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 29, 2009
Bill Number  112278
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH JUNE 30, 2009

BOSTON CAB ASSOCIATION
| | | |
|---|---|---|
| 06/15/09 | BOSTON CAB DISPATCH, INC: To One Winthrop Square from Casner and Edwards re: 8 boxes of documents on May 12, 2009 by Andrew Humphrey. | 21.80 |
| | | $21.80 |

FEDERAL EXPRESS
| | | |
|---|---|---|
| 06/16/09 | FEDERAL EXPRESS CORPORATION: To 7500 Grace Dr., W. R. Grace, Richard Finke from Casner and Edwards on May 20, 2009 by MTM. | 82.14 |
| | | $82.14 |

PHOTOCOPYING
| | | |
|---|---|---|
| 06/26/09 | 19 copies at $.10 per copy | 1.90 |
| | | $1.90 |

RENT REIMBURSEMENT
| | | |
|---|---|---|
| 06/01/09 | RREEF AMERICA REIT III CORP Z1: Rent and utilities for document repository at One Winthrop Square - June 2009. | 12,224.98 |
| | | $12,224.98 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

**COSTS**

THROUGH JUNE 30, 2009

MISCELLANEOUS

| | | |
|---|---|---|
| 06/09/09 | RECORDKEEPER ARCHIVE CENTERS,: Storage 6/01/09 through 06/30/09. | 410.05 |
| | | $410.05 |
| | TOTAL COSTS | $12,740.87 |
| | TOTAL THIS BILL | $12,740.87 |

Page 2

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 29, 2009
Bill Number 112279
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

COSTS

THROUGH JUNE 30, 2009

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 06/16/09 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on May 13, 2009 by RAM. | 23.45 |
| 06/16/09 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on June 2, 2009 by RAM. | 15.05 |

$38.50

TOTAL COSTS   $38.50

TOTAL THIS BILL   $38.50

Page 1