# Notice Recipients

| District/Off: 0311–1 | User: Brandon | Date Created: 7/31/2009 |
|---|---|---|
| Case: 01–01139–JKF | Form ID: ntcBK | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust      united states trustee
aty      Lawrence A Kalina

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust      Frank J. Perch III      frank.j.perch@usdoj.gov
aty      Daniel K. Hogan      dkhogan@dkhogan.com, keharvey@dkhogan.com
aty      Kathleen P. Makowski      kmakowski@pszjlaw.com
aty      Paul W. Turner      pturner@carlilelawfirm.com
aty      Richard Allen Keuler, Jr.      rkeuler@reedsmith.com
aty      Richard F. Rescho      rrescho2001@yahoo.com
aty      Rosalie L. Spelman      rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty      Stuart B. Drowos      stuart.drowos@state.de.us

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      W.R. GRACE &CO.      7500 Grace Drive      Columbia, MD 21044
aty      Curtis A. Hehn      Pachulski Stang Ziehl &Jones LLP      919 N. Market Street      17th Floor      Wilmington, DE 19801
aty      Curtis A. Hehn      Pachulski Stang Ziehl Young Jones &Wein      919 N. Market Street      16th Floor      Wilmington, DE 19801
aty      David W. Carickhoff, Jr      Blank Rome LLP      Chase Manhattan Centre      1201 Market Street, Suite 800      Wilmington, DE 19801
aty      David W. Carickhoff, Jr      Blank Rome LLP      Chase Manhattan Centre      1201 Market Street, Suite 800      Wilmington, DE 19801
aty      David W. Carickhoff, Jr      Pachulski Ziehl Stang Ziehl Young Jones      919 N. Market St.      16th Floor      Wilmington, DE 19899
aty      James E. O'Neill      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      PO Box 8705      Wilmington, DE 19899–8705
aty      James E. O'Neill      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O. Box 8705      Wilmington, DE 19899–8705
aty      Kathleen P. Makowski      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O. Box 8705      Wilmington, DE 19899
aty      Kathleen P. Makowski      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O. Box 8705      Wilmington, DE 19899
aty      Laura Davis Jones      Pachulski Stang Ziehl &Jones LLP      919 North Market Street      17th Floor      Wilmington, DE 19899–8705
aty      Laura Davis Jones      Pachulski Stang Ziehl &Jones LLP      919 N. Market Street      17th Floor      Wilmington, DE 19899–8705
aty      Mark M. Billion      Pachulski Stang Ziehl &Jones LLP      919 N. Market Street      17th Floor      Wilmington, DE 19702
aty      Michael R. Lastowski      Duane Morris LLP      1100 North Market Street      Suite 1200      Wilmington, DE 19801–1246
aty      Paula Ann Galbraith      211 East Ohio # 2618      Chicago, IL 60611
aty      Robert J. Dehney      Morris, Nichols, Arsht &Tunnell      1105 N. Market Street      P. O. Box 1347      Wilmington, DE 19899–1347
aty      Timothy P. Cairns      Pachulski Stang Ziehl &Jones LLP      919 N. Market St., Suite 1700      Wilmington, DE 19899
aty      Timothy P. Cairns      Pachulski Stang Ziehl Young Jones      919 N. Market Street      17th Floor      Wilmington, DE 19801

TOTAL: 18