# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 JKF |
| W.R. Grace & Co., *et al.* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on the 30th day of July, 2009, a copy of the *Amended Notice of Deposition of Mark A. Shelnitz* was electronically filed on the CM/ECF system for the United States Bankruptcy Court for the District of Delaware, and thereby served on all registered parties. In addition, on this 31st day of July, 2009, copies of the same were served by the manner indicated on all recipients identified on the attached Service List.

Dated: July 31, 2009

/s/ David P. Primack
David P. Primack (DE Bar I.D. #4449)

*First Class Mail*
(Counsel to Allstate Insurance Co.)
Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany NJ 07054

*First Class Mail*
(Counsel to Allstate Insurance Company)
James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709

*First Class Mail*
(Counsel to American Premier Underwriters, Inc.)
Matthew J. Siebbieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

*First Class Mail*
(Counsel to Arrowood Indemnity Co.)
Carl Pernicone, Esquire
Wilson Elser Moskowitz Edelman Dicker
150 East 42nd Street
New York, NY 10019-5639

*First Class Mail*
(Counsel to Arrowood Indemnity Co.)
Megan N. Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

*First Class Mail*
(Counsel to Arrowood Indemnity Co.)
Tancred Schiavoni, Esquire
Brad Elias, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

*First Class Mail*
(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

*First Class Mail*
(Counsel to Asbestos PD Committee)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd. Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to Asbestos PI Committee)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Counsel to Asbestos PI Committee)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801-3549

*First Class Mail*
(Counsel to Asbestos PI Committee)
Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle NW, Suite 1100
Washington, DC 20005

*First Class Mail*
(Counsel to Asbestos PI Committee)
Robert Horkovich, Esquire
Robert Chung, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

*First Class Mail*
(Counsel to BNSF Railway Company)
Edward C. Toole, Jr., Esquire
Linda J. Casey, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

*First Class Mail*
(Counsel to BNSF Railway Company)
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

*First Class Mail*
(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

*First Class Mail*
(Counsel to Certain Underwriters at Lloyd's London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

*First Class Mail*
(Counsel to CNA Financial Corporation)
Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

*First Class Mail*
(Counsel to David T. Austern, Asbestos PI Future Claimants' Representative)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*First Class Mail*
(Counsel to David T. Austern, Asbestos PI Future Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street NW
Washington, DC 20005-1706

*First Class Mail*
(Counsel to Debtors)
David M Bernick, Esquire
Lisa Esayian, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*First Class Mail*
(Counsel to Debtors)
Janet S Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

*First Class Mail*
(Counsel to Debtors)
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Douglas H. Mannal, Esquire
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE 19801

*First Class Mail*
(Counsel to Everest Reinsurance Co. and
Mt. McKinley Insurance Co.)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

*First Class Mail*
(Counsel to Everest Reinsurance Co. and
Mt. McKinley Insurance Co.)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

*First Class Mail*
(Counsel to Federal Insurance Company)
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*First Class Mail*
(Counsel to Federal Insurance Company)
John T. Carroll, III, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

*First Class Mail*
(Counsel to Fireman's Fund Insurance Co.)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

*First Class Mail*
(Counsel to Fresenius Medical Care
Holdings, Inc.)
David S. Rosenbloom, Esquire
McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL 60606

*First Class Mail*
(Counsel to Fresenius Medical Care
Holdings, Inc.)
William H. Sudell, Jr., Esquire
Derek C. Abbott, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

*First Class Mail*
(Counsel to General Insurance Company of America)
Robert B. Millner, Esquire
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606

*First Class Mail*
(Counsel to General Insurance Company of America)
Christopher E. Prince, Esquire
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017

*First Class Mail*
(Counsel to General Insurance Company of America)
Frederick B. Rosner, Esquire
Messana, Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

*First Class Mail*
(Counsel to Kaneb Pipe Line Operating Partnership L.P.)
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, DE 19899

*First Class Mail*
(Counsel to Kaneb Pipe Line Operating Partnership L.P.)
Steve A. Pierce, Esquire
Fulbright & Jaworski LLP
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

*First Class Mail*
(Counsel to Libby Claimants)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

*First Class Mail*
(Counsel to Mark Hankin and HanMar Associates, Fireman's Fund Ins. Co.)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

*First Class Mail*
(Counsel to Maryland Casualty)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*First Class Mail*
(Counsel to National Union Fire Insurance Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue, 10th Floor
New York, NY 10022

*First Class Mail*
(Counsel to Sealed Air Corporation)
J. Gregory St. Clair, Esquire
David M. Turetsky, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

*First Class Mail*
(Counsel to Sealed Air Corporation)
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

PHLIT/ 1069074.10

*First Class Mail*
(Counsel to The Scotts Company LLC)
Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys Sater Seymour and Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215

*First Class Mail*
(Counsel to The Scotts Company LLC)
Robert J. Stearn, Jr., Esquire
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*First Class Mail*
(Counsel to the State of Montana)
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*First Class Mail*
(Counsel to Travelers Casualty and Surety)
Lynn K. Neuner, Esquire
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

*First Class Mail*
(Counsel to U.S. Fire Insurance Co.)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*First Class Mail*
(Counsel to U.S. Fire Insurance Company)
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

*First Class Mail*
(Counsel to United States Trustee)
David Klauder, Esquire
844 King Street, Suite 2207
Wilmington, DE 19801

*First Class Mail*
(Counsel to Unsecured Creditors Committee)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

PHLIT/ 1069074.10