IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## NOTICE OF DEPOSITION OF PAMELA D. ZILLY

**PLEASE TAKE NOTICE** that, pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which incorporates by reference Rule 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), and Bankruptcy Rule 9014, certain of the lenders under the Pre-petition Bank Credit Facilities (collectively, the "Bank Lenders")[1], by and through their undersigned counsel, will take the deposition of **Pamela D. Zilly** on August 20, 2009, commencing at 9:30 a.m. at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022.

The deposition will be taken before a notary public or some other officer authorized to administer oaths and take testimony, and will be used for all lawful purposes.

---

[1] (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Babson Capital Management, Inc.; (iv) Bass Companies; (v) Caspian Capital Advisors, LLC; (vi) Catalyst Investment Management Co., LLC; (vii) Cetus Capital LLC; (viii) D.E. Shaw Laminar Portfolios, LLC; (ix) Farallon Capital Management, L.L.C. (x) Goldman Sachs & Co.; (xi) Halcyon Asset Mgmt, LLC (xii) Intermarket Corp.; (xiii) JP Morgan Chase, N.A. Credit Trading Group; (xiv) Loeb Partners Corporation; (xv) MSD Capital, L.P.; (xvi) Normandy Hill Capital, L.P.; (xvii) Onex Debt Opportunity Fund, Ltd.; (xviii) P. Schoenfeld Asset Management, LLC; (xix) Restoration Capital Management, LLC; and (xx) Royal Bank of Scotland, PLC, (collectively, the "Bank Lenders").

The deposition will continue thereafter from day to day until completed. The deposition will be recorded by stenographic means and/or by video.

Dated: Wilmington, Delaware
July 31, 2009

LANDIS RATH & COBB LLP

_____
Richard Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Telecopier: (302) 467-4450

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Telecopier: (212) 757-3990

*Attorneys for The Bank Lender Group*

{672.001-W0001787.}    2