

## Revised for Invoice# 158665

July 30, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   159626

FOR PROFESSIONAL SERVICES RENDERED
THROUGH June 30, 2009

### CLIENT SUMMARY

BALANCE AS OF- 06/30/09

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $1,376.50 | $25,812.38 | $27,188.88 |
| 03 - Creditors Committee - .15539 | $870.00 | $0.00 | $870.00 |
| 07 - Applicant's Fee Application - .15543 | $1,007.50 | $0.00 | $1,007.50 |
| 08 - Hearings - .15544 | $14,802.00 | $0.00 | $14,802.00 |
| 10 - Travel - .15546 | $5,650.50 | $0.00 | $5,650.50 |
| 18 - Plan & Disclosure Statement - .15554 | $9,856.00 | $0.00 | $9,856.00 |
| 27 - Litigation Consulting - .15563 | $164.00 | $0.00 | $164.00 |
| 30 - Fee Application of Others - .17781 | $289.00 | $0.00 | $289.00 |
| *Client Total* | *$34,015.50* | *$25,812.38* | *$59,827.88* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 1.50 | $675.00 | $1,012.50 |
| Kramer, Matthew I | 37.50 | $319.80 | $11,992.50 |
| Sakalo, Jay M | 19.00 | $485.00 | $9,215.00 |
| Botros, Paul M | 0.70 | $335.00 | $234.50 |
| Polit, Wendy | 10.40 | $225.00 | $2,340.00 |
| Snyder, Jeffrey I | 1.40 | $295.00 | $413.00 |
| Trevorrow, Tara V | 26.90 | $185.69 | $4,995.00 |
| Flores, Luisa M | 7.20 | $205.00 | $1,476.00 |
| Rojas, Susana | 12.30 | $190.00 | $2,337.00 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | **$34,015.50** | |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $922.60 |
| Archival/Retrieval Services | $133.30 |
| Long Distance Telephone | $93.13 |
| Long Distance Telephone-Outside Services | $591.50 |
| Miscellaneous Costs | $14,005.00 |
| Postage | $0.44 |
| Transcript of Deposition | $9,815.73 |
| Westlaw-Online Legal Research | $7.98 |
| Copies | $242.70 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$25,812.38** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$59,827.88** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration

| | | | | |
|---|---|---|---|---|
| 06/01/09 | SR | 0.20 | 38.00 | Review court docket |
| 06/01/09 | SR | 0.20 | 38.00 | Prepare index for confidential documents. |
| 06/02/09 | SR | 0.20 | 38.00 | Review daily docket prepare summary e-mail for J.Sakalo and M.Kramer. |
| 06/03/09 | SR | 0.20 | 38.00 | Review daily docket. |
| 06/03/09 | SR | 0.40 | 76.00 | Attend to e-mail from M.Kramer regarding Expert Reports and analyze various records. |
| 06/10/09 | SR | 0.10 | 19.00 | Attention to reviewing daily docket. |
| 06/11/09 | SR | 0.20 | 38.00 | Attend to reviewing daily docket and preparing summary e-mail to M.Kramer and J.Sakalo. |
| 06/15/09 | SR | 0.40 | 76.00 | Attend to reviewing docket and analyzing case management order for various deadlines. |
| 06/15/09 | SR | 0.30 | 57.00 | Attend to analysis of documents per J. Sakalo's instructions. |
| 06/16/09 | SR | 0.20 | 38.00 | Attend to analyzing docket and reviewing various pleadings. |
| 06/17/09 | SR | 0.10 | 19.00 | Analyze daily docket and e-mail to M.Kramer and J.Sakalo regarding same. |
| 06/17/09 | TVT | 1.80 | 486.00 | Interoffice conference with S. Rojas regarding hearing notebook preparation (.3); prepare for hearing (1.5). |
| 06/18/09 | SR | 0.60 | 114.00 | Conference with M.Kramer regarding hearing notebook (0.1); Review daily docket (0.2); e-mail to J.Sakalo and phone calls to R.Reyes regarding telephonic appearance arrangements for confirmation hearings (0.3) |
| 06/23/09 | SR | 0.20 | 38.00 | Review docket and prepare summary e-mail for J.Sakalo and M. Kramer. |
| 06/26/09 | LMF | 1.10 | 225.50 | Research. |
| 06/30/09 | SR | 0.20 | 38.00 | Analyze docket. |

PROFESSIONAL SERVICES                                   $1,376.50

### COSTS ADVANCED

| | | |
|---|---|---|
| 04/22/09 | Airfare Travel Spokane/Salt Lake/enver/Atlanta -VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009 - Acct. #5306220025395504 | 571.60 |
| 04/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009 - Acct. #5306220025395504 | 25.00 |
| 04/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009 - Acct. #5306220025395504 | 25.00 |
| 04/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009 - Acct. #5306220025395504 | 25.00 |
| 04/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009 - Acct. #5306220025395504 | 25.00 |



| 04/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009  -  Acct. #5306220025395504 | 25.00 |
| 04/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009  -  Acct. #5306220025395504 | 25.00 |
| 04/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009  -  Acct. #5306220025395504 | 25.00 |
| 05/01/09 | Transcript of Deposition VENDOR: Magna Legal Services; INVOICE#: 29561; DATE: 5/13/2009  -  Clients-15537 | 1,750.20 |
| 05/01/09 | Airfare Travel Washington DC to NY - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009  -  Acct. #5306220025395504 | 206.40 |
| 05/04/09 | Transcript of Deposition VENDOR: Magna Legal Services; INVOICE#: 29836; DATE: 5/13/2009  -  Clients-15537 | 631.70 |
| 05/04/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02306083; DATE: 5/31/2009  -  Account# 306300 | 15.53 |
| 05/07/09 | Transcript of Deposition VENDOR: Magna Legal Services; INVOICE#: 30273; DATE: 5/30/2009  -  Clients-15537 | 1,716.08 |
| 05/12/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009  -  Acct. #5306220025395504 | 37.50 |
| 05/13/09 | Transcript of Deposition VENDOR: Magna Legal Services; INVOICE#: 30281; DATE: 5/28/2009  -  Clients-15537 | 2,282.30 |
| 05/14/09 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1066080; DATE: 6/4/2009  -  Clients-15537 | 1,785.40 |
| 05/14/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 818452715; DATE: 6/1/2009  -  Account# 5306-2200-2539-5504 | 7.19 |
| 05/15/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02306083; DATE: 5/31/2009  -  Account# 306300 | 27.38 |
| 05/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009  -  Acct. #5306220025395504 | 30.00 |
| 05/15/09 | Transcript of Deposition VENDOR: Magna Legal Services; INVOICE#: 30099; DATE: 5/30/2009  -  Clients-15537 | 1,530.80 |
| 05/15/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 818452715; DATE: 6/1/2009  -  Account# 5306-2200-2539-5504 | 0.79 |

| | | |
|---|---|---|
| 05/19/09 | Transcript of Deposition A. William Roberts Jr & Charleston - Copy of Transcript - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009  -  Acct. #5306220025395504 | 119.25 |
| 05/21/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009  -  Acct. #5306220025395504 | 135.00 |
| 05/21/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009  -  Acct. #5306220025395504 | 142.50 |
| 05/22/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02306083; DATE: 5/31/2009  - Account# 306300 | 3.59 |
| 05/27/09 | Archival/Retrieval Services | 54.60 |
| 05/27/09 | Archival/Retrieval Services | 41.80 |
| 05/27/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009  -  Acct. #5306220025395504 | 25.00 |
| 05/28/09 | Archival/Retrieval Services | 36.90 |
| 05/30/09 | Airfare Travel Miami to Washington DC - VENDOR: DINERS CLUB; INVOICE#: 04/27/09-05/27/09; DATE: 5/27/2009  -  Acct. #5306220025395504 | 144.60 |
| 06/02/09 | Long Distance Telephone 1(302)467-4400; 3 Mins. | 5.56 |
| 06/04/09 | Long Distance Telephone 1(302)426-1900; 7 Mins. | 9.73 |
| 06/15/09 | Long Distance Telephone 1(843)727-6513; 4 Mins. | 5.56 |
| 06/15/09 | Long Distance Telephone 1(310)321-5555; 1 Mins. | 1.39 |
| 06/15/09 | Long Distance Telephone 1(312)641-2162; 3 Mins. | 5.56 |
| 06/15/09 | Long Distance Telephone 1(302)778-6407; 1 Mins. | 1.39 |
| 06/15/09 | Long Distance Telephone 1(302)778-6417; 1 Mins. | 1.39 |
| 06/16/09 | Long Distance Telephone 1(843)812-9435; 6 Mins. | 8.34 |
| 06/17/09 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 2.78 |
| 06/17/09 | Long Distance Telephone 1(412)227-4500; 8 Mins. | 11.12 |
| 06/17/09 | Postage | 0.44 |
| 06/24/09 | Long Distance Telephone 1(302)426-1900; 1 Mins. | 2.78 |
| 06/24/09 | Long Distance Telephone 1(212)806-5544; 20 Mins. | 29.19 |
| 06/24/09 | Long Distance Telephone 1(412)281-3700; 2 Mins. | 2.78 |
| 06/25/09 | Long Distance Telephone 1(412)560-6305; 1 Mins. | 2.78 |
| 06/26/09 | Long Distance Telephone 1(215)207-9460; 2 Mins. | 2.78 |
| 06/17/09 | Copies 574 pgs @ 0.10/pg | 57.40 |
| 06/11/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 06/12/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 06/12/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 06/15/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 06/15/09 | Copies 6 pgs @ 0.10/pg | 0.60 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 06/15/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/15/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/15/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/16/09 | Copies 93 pgs @ 0.10/pg | 9.30 |
| 06/01/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/01/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/01/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/01/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/02/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/02/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/02/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/02/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/02/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/03/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/03/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/05/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/17/09 | Copies 138 pgs @ 0.10/pg | 13.80 |
| 06/17/09 | Copies 138 pgs @ 0.10/pg | 13.80 |
| 06/17/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/17/09 | Copies 43 pgs @ 0.10/pg | 4.30 |
| 06/17/09 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 06/17/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 06/17/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 06/17/09 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 06/17/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/17/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 06/17/09 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 06/17/09 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 06/17/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 06/17/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/17/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/17/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/17/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/18/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 06/18/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/19/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/19/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/19/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/19/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/19/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/19/09 | Copies 3 pgs @ 0.10/pg | 0.30 |

| | | |
|---|---|---|
| 06/19/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/19/09 | Copies 73 pgs @ 0.10/pg | 7.30 |
| 06/19/09 | Copies 198 pgs @ 0.10/pg | 19.80 |
| 06/19/09 | Copies 73 pgs @ 0.10/pg | 7.30 |
| 06/19/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 06/19/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 06/19/09 | Copies 73 pgs @ 0.10/pg | 7.30 |
| 06/19/09 | Copies 198 pgs @ 0.10/pg | 19.80 |
| 06/19/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/22/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/22/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/22/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 06/22/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/22/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/22/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/22/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/22/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/22/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/22/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/22/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/22/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |

| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/23/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 06/25/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/25/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/25/09 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 06/25/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/25/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/25/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 06/25/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 06/25/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 06/25/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 06/25/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 06/25/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 06/25/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 06/25/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 06/25/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 06/25/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/25/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/25/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/25/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/25/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/25/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/25/09 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 06/25/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/25/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 06/25/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 06/25/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/26/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 06/26/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/30/09 | Copies 2 pgs @ 0.10/pg | 0.20 |

**TOTAL COSTS ADVANCED**      **$25,812.38**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Trevorrow, Tara V | 1.80 | $270.00 | $486.00 |
| Flores, Luisa M | 1.10 | $205.00 | $225.50 |
| Rojas, Susana | 3.50 | $190.00 | $665.00 |
| *TOTAL* | *6.40* | | *$1,376.50* |

### MATTER SUMMARY OF COSTS ADVANCED

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Airfare | $922.60 |
| Archival/Retrieval Services | $133.30 |
| Long Distance Telephone | $93.13 |
| Long Distance Telephone-Outside Services | $591.50 |
| Postage | $0.44 |
| Transcript of Deposition | $9,815.73 |
| Westlaw-Online Legal Research | $7.98 |
| Copies | $242.70 |
| ***TOTAL*** | ***$25,812.38*** |

**CURRENT BALANCE DUE THIS MATTER**                                                    **$27,188.88**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 06/01/09 | MIK | 0.10 | 41.00 | Telephone call with D. Speights regarding Grace (.1). |
| 06/25/09 | JMS | 0.70 | 339.50 | Committee call (.7). |
| 06/25/09 | MIK | 0.70 | 287.00 | Committee call (.7). |
| 06/29/09 | SLB | 0.30 | 202.50 | Emails from and to M. Dies regarding scheduling of meetings (.3). |

**PROFESSIONAL SERVICES** $870.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 0.80 | $410.00 | $328.00 |
| Sakalo, Jay M | 0.70 | $485.00 | $339.50 |
| *TOTAL* | *1.80* | | *$870.00* |

**CURRENT BALANCE DUE THIS MATTER** $870.00

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 06/02/09 | LMF | 0.50 | 102.50 | Review final report from fee auditor on Bilzin Sumberg's 31st quarterly fee application. |
| 06/03/09 | LMF | 0.70 | 143.50 | Attend to review of costs and fees for month of May for edits and revisions. |
| 06/03/09 | JIS | 1.40 | 413.00 | Review and revise May prebill. |
| 06/24/09 | LMF | 0.60 | 123.00 | Review proposed order and total fees for 31st quarterly fee application. |
| 06/25/09 | LMF | 1.10 | 225.50 | Finalize May statement, prepare notice and summary of Bilzin Sumberg Fees and submit to local counsel for filing. |

**PROFESSIONAL SERVICES**                                         **$1,007.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.40 | $295.00 | $413.00 |
| Flores, Luisa M | 2.90 | $205.00 | $594.50 |
| *TOTAL* | *4.30* | | *$1,007.50* |

**CURRENT BALANCE DUE THIS MATTER**                              **$1,007.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| | | | | |
|---|---|---|---|---|
| 06/12/09 | SR | 0.20 | 38.00 | Review daily docket and analyze notice of agenda of matters for June 18, 2009 hearing. |
| 06/15/09 | SR | 0.20 | 38.00 | E-mail to R. Reyes at court call regarding telephonic appearance arrangements for PD Committee Members. |
| 06/16/09 | SR | 0.10 | 19.00 | Follow up phone call to R. Reyes regarding telephonic appearance arrangements. |
| 06/16/09 | SR | 0.80 | 152.00 | Attend to preparing telephonic confirmation e-mails and providing copies to each PD committee member. |
| 06/17/09 | SR | 1.10 | 209.00 | Attend to preparing hearing notebook for T. Trevorrow and M.Kramer. |
| 06/18/09 | LMF | 0.60 | 123.00 | Work with assistant on set up of court calls for hearings week of June 22, 2009. |
| 06/18/09 | TVT | 1.00 | 270.00 | Prepare for hearing. |
| 06/18/09 | TVT | 5.00 | 1,350.00 | Attend hearing. |
| 06/19/09 | SR | 1.00 | 190.00 | Attend to sending telephonic appearance confirmations for confirmation hearing's to PD committee members. |
| 06/19/09 | SR | 1.00 | 190.00 | Attend to preparations for confirmation hearings. |
| 06/22/09 | JMS | 5.50 | 2,667.50 | Attend confirmation hearing by phone (partial). |
| 06/22/09 | MIK | 10.30 | 4,223.00 | Attend confirmation hearing (9.3); summarize same (1.0). |
| 06/23/09 | JMS | 2.10 | 1,018.50 | Attend hearing by phone. |
| 06/23/09 | JMS | 0.60 | 291.00 | Review 6/29 agenda and email to Committee thereon (.3); conference with S. Rojas thereon (.3). |
| 06/23/09 | MIK | 5.50 | 2,255.00 | Attend confirmation hearing (5.5). |
| 06/24/09 | SR | 0.90 | 171.00 | Attend to e-mailing hearing confirmations and reviewing daily docket. |
| 06/24/09 | SR | 0.50 | 95.00 | Attend to preparations for omnibus hearing. |
| 06/25/09 | SR | 2.50 | 475.00 | Attend to preparing hearing notebook for 6/29 hearing, review agenda with J.Sakalo regarding matters set on calendar. |
| 06/26/09 | SR | 0.30 | 57.00 | Attend to updating hearing notebook. |
| 06/29/09 | JMS | 1.20 | 582.00 | Prepare for omnibus hearing (.8); attend same (.4). |
| 06/29/09 | JMS | 0.80 | 388.00 | Review deposition schedules and conference with M. Kramer thereon (.4); review Creditor's committee comments to revised case management order (.4). |

PROFESSIONAL SERVICES                                                                                    $14,802.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 15.80 | $410.00 | $6,478.00 |
| Sakalo, Jay M | 10.20 | $485.00 | $4,947.00 |
| Trevorrow, Tara V | 6.00 | $270.00 | $1,620.00 |
| Flores, Luisa M | 0.60 | $205.00 | $123.00 |
| Rojas, Susana | 8.60 | $190.00 | $1,634.00 |
| *TOTAL* | *41.20* | | *$14,802.00* |

CURRENT BALANCE DUE THIS MATTER                                                             $14,802.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

**RE:  10 - Travel**

| 06/17/09 | TVT | 9.00 | 1,215.00 | Travel to Pittsburgh to attend hearing. |
| 06/18/09 | TVT | 7.80 | 1,053.00 | Travel to Miami from Pittsburgh. |
| 06/21/09 | MIK | 7.50 | 1,537.50 | Travel to Pittsburgh Regarding Confirmation Hearing (7.5). |
| 06/23/09 | MIK | 9.00 | 1,845.00 | Travel from hearing (9.0). |

**PROFESSIONAL SERVICES**                                                                    **$5,650.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Kramer, Matthew I | 16.50 | $205.00 | $3,382.50 |
| Trevorrow, Tara V | 16.80 | $135.00 | $2,268.00 |
| *TOTAL* | *33.30* | | *$5,650.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$5,650.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| 06/02/09 | LMF | 0.40 | 82.00 | Arrange for W. Polit to attend deposition by telephone. |
|---|---|---|---|---|
| 06/02/09 | SR | 0.20 | 38.00 | Review docket regarding L.Welch deposition information. |
| 06/03/09 | JMS | 0.90 | 436.50 | Review UCC and Bank lender motions to modify plan confirmation case management order. |
| 06/03/09 | WP | 7.90 | 1,777.50 | Attend deposition of Laura Welch. |
| 06/03/09 | PMB | 0.70 | 234.50 | Partially attend telephonic deposition of Dr. Welch. |
| 06/04/09 | JMS | 0.80 | 388.00 | Review orders shortening time (.2); conference with M. Kramer regarding plan discovery (.3); review motion for protective order regarding Shelnitz (.3). |
| 06/04/09 | MIK | 1.50 | 615.00 | Review exhibits (1.5). |
| 06/11/09 | WP | 2.50 | 562.50 | Attend telephonic deposition of D. Martin. |
| 06/15/09 | SLB | 0.80 | 540.00 | Interoffice conference with J. Sakalo and M. Kramer regarding objection deadlines, designation of witnesses, etc. (.5); email from and to D. Speights regarding same (.3). |
| 06/15/09 | LMF | 0.70 | 143.50 | Meet with S. Rojas and R. Ramphal regarding deadlines related to confirmation of plan. |
| 06/15/09 | JMS | 2.60 | 1,261.00 | Interoffice conference with S. Baena and M. Kramer regarding feasibility discovery (.5); review Debtors' objection to motion for temporary allowance (.3); review ballot report and emails with J. O'Neill thereon (.4); review emails regarding confirmation discovery (.7); review Bank lender reply (.7). |
| 06/15/09 | MIK | 1.00 | 410.00 | Interoffice conference with S. Baena regarding plan discovery (.9); draft witness disclosure (.1). |
| 06/16/09 | SLB | 0.40 | 270.00 | Attention to requests for production by Anderson Memorial and to various witness lists (.4). |
| 06/17/09 | JMS | 0.70 | 339.50 | Review confirmation filings and emails thereon. |
| 06/18/09 | JMS | 0.60 | 291.00 | Review revised agenda and emails with T. Trevorrow regarding hearing results. |
| 06/19/09 | JMS | 1.90 | 921.50 | Review pre-confirmation filing by interested parties (1.5); review memo from T. Trevorrow regarding hearing results (.4). |
| 06/19/09 | TVT | 2.30 | 621.00 | Prepare memo summary of June 18, 2009 hearing (2.2); email correspondence with J. Sakalo and M. Kramer regarding June 18, 2009 hearing (.1). |
| 06/24/09 | JMS | 0.30 | 145.50 | Review summary of Day 2 of Phase I confirmation hearing. |
| 06/24/09 | MIK | 1.00 | 410.00 | Summarize confirmation hearing (1.0). |
| 06/25/09 | MIK | 0.50 | 205.00 | Summarize confirmation hearing (.1); telephone call with A. Krieger regarding same (.3); email D. Speights regarding same (.1). |
| 06/30/09 | MIK | 0.40 | 164.00 | Review prior depositions (.4). |

**PROFESSIONAL SERVICES**                                                                 **$9,856.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.20 | $675.00 | $810.00 |
| Kramer, Matthew I | 4.40 | $410.00 | $1,804.00 |
| Sakalo, Jay M | 7.80 | $485.00 | $3,783.00 |
| Botros, Paul M | 0.70 | $335.00 | $234.50 |
| Polit, Wendy | 10.40 | $225.00 | $2,340.00 |
| Trevorrow, Tara V | 2.30 | $270.00 | $621.00 |
| Flores, Luisa M | 1.10 | $205.00 | $225.50 |
| Rojas, Susana | 0.20 | $190.00 | $38.00 |
| *TOTAL* | *28.10* | | *$9,856.00* |

**CURRENT BALANCE DUE THIS MATTER**                                      **$9,856.00**

**Atty – SLB**
**Client No.: 74817/15563**

**RE:  27 - Litigation Consulting**

| 06/19/09 | LMF | 0.80 | 164.00 | Research files and arrange to obtain various copies of pleadings for attorney review. |
|----------|-----|------|--------|---|

**PROFESSIONAL SERVICES**                                                                 **$164.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Flores, Luisa M | 0.80 | $205.00 | $164.00 |
| *TOTAL* | *0.80* | | *$164.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$164.00**

**Atty – SLB**
**Client No.: 74817/17781**

**RE:  30 - Fee Application of Others**

| 06/17/09 | JMS | 0.30 | 145.50 | Email exchange with F. Rabinovitz regarding payment of holdbacks. |
| 06/18/09 | LMF | 0.40 | 82.00 | Research regarding February statement for Hamilton Rabinovitz and respond to email regarding same. |
| 06/24/09 | LMF | 0.30 | 61.50 | Review proposed order regarding 31st quarterly fee application regarding fees for Hamilton Rabinovitz. |

**PROFESSIONAL SERVICES** $289.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $485.00 | $145.50 |
| Flores, Luisa M | 0.70 | $205.00 | $143.50 |
| *TOTAL* | *1.00* | | *$289.00* |

**CURRENT BALANCE DUE THIS MATTER** $289.00