IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | |

### NOTICE OF DEPOSITION OF TED WESCHLER

TO: THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014, Anderson Memorial Hospital, through its undersigned counsel, will take the deposition of **TED WESCHLER.** The deposition will commence on Monday, August 10, 2009, at 1:00 p.m. at the law offices of LOIZIDES, P.A., 1225 King Street, Suite 800, Wilmington, DE 19801 (or such other location as mutually agreed upon by the parties). The deposition will continue from day to day thereafter until complete. The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by stenographic means. You are invited to attend and participate.

The witness is requested to bring and produce any and all documents relating to any work that he has performed at the request of the Plan Proponents, including but not limited to, all communications with the Debtors and their counsel, both before and after the filing of their Petition for Reorganization, and any and all reports he has prepared regarding the Debtors.

DATED: July 31, 2009

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

AM's Deposition Notice of Ted Weschler.DOCX

> Daniel A. Speights (SC Fed. ID No. 4252)
> C. Alan Runyan (SC Fed ID No.3683)
> SPEIGHTS & RUNYAN
> 200 Jackson Avenue, East
> Post Office Box 685
> Hampton, SC  29924
> Telephone:    (803) 943-4444
> Facsimile:    (803) 943-4599
>
>      - and -
>
> John W. Kozyak
> David L. Rosendorf
> KOZYAK TROPIN & THROCKMORTON PA
> 2525 Ponce de Leon, 9th Floor
> Coral Gables, FL  33134
> Telephone:    (305) 372-1800
> Facsimile:    (305) 372-3508
>
> *Counsel for Anderson Memorial Hospital*