# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# JUNE 1-30, 2009



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 15, 2009
Client No. 17367
Invoice No. 1200030

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through June 30, 2009 in connection with the matters described on the attached pages: | $ | 453,671.50 |
| DISBURSEMENTS as per attached pages: | | 7,888.71 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **461,560.21** |

Matter(s): 17367/11, 13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,127,386.33
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1200030*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1200030*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1200030*
*E.I.N. 94-2952627*



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 15, 2009
Client No. 17367
Invoice No. 1200030

Orrick Contact: Roger Frankel

For Legal Services Rendered Through June 30, 2009 in Connection With:

**Matter:  7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 06/01/09 | P. Mahaley | Draft executive summary of insurer objections (1.8); draft insurer settlement agreements and term sheets (5.3); confer with insurer and Plan Proponents' representatives re settlement (.8); participate in Plan Proponents' conference re confirmation strategy, focusing on insurance issues (1.9). | 9.80 |
| 06/01/09 | J. Guy | Telephone call with insurer, ACC and P. Mahaley regarding settlement (separate occasions). | 0.70 |
| 06/01/09 | J. Guy | Prepare for call with insurer re settlement. | 0.30 |
| 06/02/09 | K. Suomela | Review recent policy summaries and compare against existing dataset (1.0); office conference with P. Mahaley re same (.5). | 1.50 |
| 06/02/09 | P. Mahaley | Draft communications to Plan Proponents regarding insurer settlement terms (1.3); review revised insurer allocations and confer with K. Suomela re same (1.1); draft summary of expert deposition (2.7); confer with insurer representatives re settlement (.3); revise insurer settlement term sheet (.7). | 6.10 |
| 06/02/09 | J. Guy | Attention to insurance settlements and issues relating to treatment of settlements under plan. | 1.50 |
| 06/02/09 | R. Wyron | Review insurers' proposed term sheet and provide comments (.2); review proposed amendment and provide comments (.3). | 0.50 |
| 06/02/09 | R. Frankel | Review summary of settlement discussions. | 0.20 |
| 06/03/09 | K. Suomela | Review spreadsheet of policy data (.5); upload data into Access database and compare against existing data set and summary information provided by ACC (4.5). | 5.00 |
| 06/03/09 | P. Mahaley | Prepare for and conduct telephonic negotiations with insurers re settlement (2.2); revise insurer settlement agreements (6.0). | 8.20 |
| 06/03/09 | J. Guy | Attention to insurer settlement issues. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

July 15, 2009
Invoice No. 1200030

| 06/04/09 | P. Mahaley | Prepare for and participate in confirmation team meeting re insurance aspects of confirmation and insurance settlements (2.0); confer with insurance company counsel re settlement (.8); revise insurance settlement agreements and term sheets (6.0). | 8.80 |
|---|---|---|---|
| 06/04/09 | J. Guy | Work on insurer settlement issues. | 0.50 |
| 06/05/09 | P. Mahaley | Review objections relevant to insurer settlement negotiation (1.0); revise insurer settlement agreement (2.8); analyze insurer Phase I briefs in connection with preparing Plan Proponents' responsive brief (3.6); review and revise draft Plan Proponents' Phase I brief (1.1); draft proposed changes to Plan documents re insurance issues (1.4). | 9.90 |
| 06/05/09 | R. Frankel | Review memo re call with Plan Proponents, open issues (.6); review memo summarizing insurance company objections to confirmation (.9). | 1.50 |
| 06/06/09 | P. Mahaley | Review Plan Proponents' draft Phase I trial brief re insurance issues. | 1.20 |
| 06/06/09 | R. Wyron | Review proposed settlement agreement and provide comments. | 0.90 |
| 06/07/09 | P. Mahaley | Review Plan Proponents' draft Phase I trial brief re insurance issues. | 0.30 |
| 06/08/09 | P. Mahaley | Draft and revise insurer settlement agreements (7.6); revise memorandum re proposed Plan document changes re insurance issues (.5). | 8.10 |
| 06/08/09 | J. Guy | Work on various insurance settlements. | 1.20 |
| 06/08/09 | R. Wyron | Review draft settlement agreement issues and follow-up (.6); review draft term sheet for reimbursement insurer (.5). | 1.10 |
| 06/09/09 | P. Mahaley | Prepare for and attend OHS team strategy meeting re insurance settlements (1.4); confer with R. Wyron re Plan document changes needed to address insurance issues (.6); confer with insurance counsel and J. Guy re draft settlement agreement and follow-up re drafting issues (1.3); draft insurer settlement agreements (6.8). | 10.10 |
| 06/09/09 | J. Guy | Work on insurer settlement. | 1.50 |
| 06/09/09 | R. Wyron | Review comments on settlement agreements and follow-up (.9); respond to e-mails re same (.3). | 1.20 |
| 06/10/09 | P. Mahaley | Confer with L. Esayian, R. Horkovich, J. Posner and F. Zaremby re settlement negotiations with insolvent insurer (.4); confer with R. Horkovich and L. Esayian re insurer requests for stipulations regarding documents for Phase I hearing (.4); confer with representatives of Plan Proponents re key terms of insurer settlements (2.0); draft insurer settlement agreements (7.1). | 9.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

July 15, 2009
Invoice No. 1200030

| 06/10/09 | J. Guy | Attention to various pending insurance settlements, including numerous calls/e-mails with Insurer and Plan Proponents' counsel. | 4.50 |
|---|---|---|---|
| 06/10/09 | R. Wyron | Review e-mails on pending settlement issues (1.1); call with Debtors and ACC counsel on open issues and follow-up (1.3); calls to D. Austern and R. Frankel re same (.3). | 2.70 |
| 06/11/09 | P. Mahaley | Attend deposition of J. Hughes, 30(b)(6) designee for Grace re insurance issues (10.0); draft insurer settlement agreements and communications re same (2.2). | 12.20 |
| 06/11/09 | J. Guy | Attention to pending insurance settlements. | 1.20 |
| 06/12/09 | P. Mahaley | Prepare for and confer with R. Wyron and Plan Proponents' representatives re potential settlement with third-party claimant to insurance rights (1.7); draft insurance settlement agreements (7.3). | 9.00 |
| 06/12/09 | J. Guy | Attention to pending insurance settlements. | 0.50 |
| 06/14/09 | R. Frankel | Review P. Mahaley memo re insurer objections to confirmation during travel to DC. | 0.50 |
| 06/15/09 | P. Mahaley | Confer with R. Wyron and R. Frankel re Phase I strategy and participate in conference call with Plan Proponents re same (3.0); draft insurer settlement documents (4.0). | 7.00 |
| 06/15/09 | J. Guy | Work on insurance settlements. | 2.50 |
| 06/15/09 | R. Wyron | Review open points on settlement agreement and follow-up (.3); organize notes for call with D. Austern (.4). | 0.70 |
| 06/16/09 | P. Mahaley | Prepare for and conduct conference with insurer re settlement (1.0); prepare for and participate in settlement conference with third party objector re insurance issues (4.5); draft insurer settlement documents (4.0). | 9.50 |
| 06/16/09 | J. Guy | Numerous telephone calls, e-mails, attention to finalizing insurer settlement and related documents. | 2.70 |
| 06/16/09 | R. Wyron | Review draft settlement order and respond to e-mail re same (.4); review draft term sheet (.3). | 0.70 |
| 06/17/09 | P. Mahaley | Draft insurer settlement agreement documents (6.2); participate in OHS team meeting re insurance settlement strategy and preparation for Phase I hearing (1.2); draft Hughes deposition summary re insurance issues (3.1). | 10.50 |
| 06/17/09 | J. Guy | Work on various insurance settlements. | 0.80 |
| 06/17/09 | R. Wyron | Final review of settlement agreement and approval order (.8); confer with P. Mahaley re order (.2); organize strategy notes on settlements pending (.3). | 1.30 |
| 06/18/09 | P. Mahaley | Draft summary of Grace 30(b)(6) deposition re insurance issues (3.2); analyze recent decision re impact of Plan injunction on claimants' rights against insurance (.9); participate telephonically in court conference to prepare for Phase I hearing and follow-up on identified action items (5.8). | 9.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -           July 15, 2009
17367                                                                        Invoice No. 1200030
page 4

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/18/09 | R. Wyron | Review proposed term sheet from reimbursement insurer and follow-up with P. Mahaley. | 0.80 |
| 06/19/09 | P. Mahaley | Analyze Plan documents re potential revisions re insurance issues (1.1); analyze insurer positions re settlement term sheets and communicate with Plan Proponents re same (1.2); analyze and propose settlement strategy re various insurers (3.4). | 5.70 |
| 06/22/09 | P. Mahaley | Analyze settlement counter-proposal of third-party objector re insurance (1.1); follow up re insurance settlement (.3); analyze insurance policies re settlement issues (2.3); monitor Phase I hearing re insurance issues (5.4). | 9.10 |
| 06/23/09 | P. Mahaley | Analyze Grace policies re insurance settlement issues (4.0); monitor Phase I hearing re insurance issues (2.2); draft report on insurer settlement status and open issues (2.4); analyze potential plan document changes to address insurer objections (1.4). | 10.00 |
| 06/24/09 | P. Mahaley | Participate in OHS team meeting re insurance settlement and Plan confirmation strategy (2.0); revise Plan documents to address insurer objections and confer with R. Wyron and J. Guy re same (3.3); confer with insurer counsel re settlement (1.0); confer with R. Horkovich and L. Esayian re insurance settlement strategy (1.4); draft insurance settlement documents (2.6). | 10.30 |
| 06/24/09 | J. Guy | Telephone call with Insurer and Plan Proponents regarding potential stipulation. | 1.30 |
| 06/24/09 | J. Guy | Attention to various settlements. | 2.00 |
| 06/24/09 | R. Frankel | Review various insurance neutrality drafts from R. Wyron. | 1.40 |
| 06/25/09 | P. Mahaley | Revise Plan documents re insurance neutrality and other issues and confer with R. Wyron and P. Lockwood re same (3.0); revise draft insurance settlement agreements and term sheets (6.8). | 9.80 |
| 06/25/09 | J. Guy | Attention to, various telephone calls and e-mails regarding pending insurance settlements. | 0.80 |
| 06/25/09 | R. Frankel | Telephone conference with ▆▆▆▆ (.3); notes re same (.2). | 0.50 |
| 06/25/09 | R. Frankel | Review further versions, revisions of insurance neutrality language in Plan. | 0.80 |
| 06/26/09 | P. Mahaley | Draft insurer settlement agreements (9.2); confer with counsel for Plan Proponents re proposed Plan changes re insurance neutrality and transfer of insurance rights (.8). | 10.00 |
| 06/26/09 | R. Frankel | Review revised insurance neutrality language. | 0.80 |
| 06/29/09 | J. Burke | Revise reimbursement agreement. | 4.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -        July 15, 2009
17367                                                                      Invoice No. 1200030
page 5

| 06/29/09 | P. Mahaley | Draft stipulation with insurer to address Plan objections (.8); draft insurer settlement documents (2.6); analyze deposition transcript re insurance issues re potential errata (2.5); analyze primary policies re insurance settlement strategy (1.8). | 7.70 |
| 06/30/09 | P. Mahaley | Confer with R. Horkovich, L. Esayian and J. Guy re status and strategy re all insurer settlement efforts (.9); follow-up on action items identified during call (1.8); draft insurer settlement agreements (6.7). | 9.40 |
| 06/30/09 | J. Guy | Telephone calls and e-mails with Plan Proponents regarding insurance settlements. | 0.80 |
| 06/30/09 | J. Guy | Review materials for insurance settlements. | 1.20 |
| 06/30/09 | J. Guy | Attention to various insurance settlements. | 1.00 |

|  | Total Hours | 254.40 |  |
|  | Total For Services |  | $158,613.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- |
| James W. Burke | 4.40 | 360.00 | 1,584.00 |
| Roger Frankel | 5.70 | 945.00 | 5,386.50 |
| Jonathan P. Guy | 25.40 | 755.00 | 19,177.00 |
| Peri N. Mahaley | 202.50 | 605.00 | 122,512.50 |
| Kirt D. Suomela | 6.50 | 290.00 | 1,885.00 |
| Richard H. Wyron | 9.90 | 815.00 | 8,068.50 |
| Total All Timekeepers | 254.40 | $623.48 | $158,613.50 |

Disbursements
| Document Reproduction | 333.80 |  |
| Telephone | 14.07 |  |
| Travel Expense, Air Fare | 1,404.00 |  |
| Total Disbursements |  | $1,751.87 |

**Total For This Matter**                                                  **$160,365.37**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

July 15, 2009
Invoice No. 1200030

For Legal Services Rendered Through June 30, 2009 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 06/01/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding depositions and confirmation issues (.7); review and analyze various docket entries and attention to updating discovery calendar (.5); office conference with J. Guy regarding case status and discovery (.3); prepare agenda for internal meeting (.1); phone conference with counsel for Plan Proponents regarding confirmation issues (2.0); review summary of insurer objections (.4). | 4.00 |
| 06/01/09 | J. Guy | Strategize regarding pending confirmation objections. | 0.80 |
| 06/01/09 | J. Guy | Telephone call with Plan Proponents regarding various case strategy issues. | 2.60 |
| 06/01/09 | J. Guy | Prepare for call. | 0.40 |
| 06/01/09 | R. Wyron | Follow-up on strategy discussion (.3); review deposition schedule and follow-up (.6). | 0.90 |
| 06/02/09 | J. Cutler | Review D. Austern transcript and finalize summary of D. Austern deposition. | 1.80 |
| 06/02/09 | K. Orr | Prepare materials for internal meeting (.2); various e-mails to/from internal team and counsel for Plan Proponents regarding discovery (.5); office conference with J. Guy regarding depositions, memos and trial briefs (.3); review and analyze various docket entries and update discovery calendar and deposition status chart (.8); office conference with S. Cruzado regarding trial briefs (.1). | 1.90 |
| 06/02/09 | J. Guy | Telephone conference with Plan Proponents re Phase I briefs (.5); attention to plan objections and Plan Proponents' brief (1.5). | 2.00 |
| 06/02/09 | R. Frankel | Review series of e-mails re discovery, Phase I briefs, deposition summaries. | 0.70 |
| 06/03/09 | D. Fullem | Review and respond to e-mail from K. Orr regarding status of calendar updates. | 0.20 |
| 06/03/09 | J. Burke | Review docket entries and review recently filed pleadings (2.1); gather documentation for L. Welch deposition (.5). | 2.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -        July 15, 2009
17367                                                                      Invoice No. 1200030
page 7

| 06/03/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding discovery and confirmation issues (.1); review and analyze various docket entries and attention to discovery calendar (.2); attend relevant portion of L. Welch deposition via telephone (1.0); phone conference with P. Mahaley regarding insurance issues (.2); office conference with S. Cruzado regarding trial brief organization (.1). | 1.60 |
|---|---|---|---|
| 06/03/09 | J. Guy | Attend deposition of L. Welch (4.5); confer with J. Heberling re pending matters (.4). | 4.90 |
| 06/03/09 | J. Guy | Review plan objections, expert reports. | 0.80 |
| 06/04/09 | J. Cutler | Participate in team meeting. | 1.20 |
| 06/04/09 | D. Felder | Telephone conference with Orrick team regarding strategy and next steps. | 0.80 |
| 06/04/09 | K. Orr | Prepare agenda and materials for internal meeting (.5); office conference with internal team regarding discovery, confirmation issues, status of insurance settlements (1.3); office conference with J. Guy regarding case status (.2); phone conference with J. Guy and T. Freedman regarding confirmation issues (.2); attention to upcoming depositions and coverage for same (.3); office conference with J. Burke regarding A. Frank deposition (.1); various e-mails to/from internal team and counsel for Plan Proponents regarding discovery and confirmation issues (1.0); review and analyze various docket entries, including brief review of certain trial briefs (.5). | 4.10 |
| 06/04/09 | J. Guy | Telephone conference with Grace team re pending issues depositions, briefing, insurance settlements. | 0.80 |
| 06/04/09 | J. Guy | Attention to Plan objections and Plan Proponents' brief. | 1.50 |
| 06/04/09 | R. Wyron | Review open issues list (.6); participate in strategy call and follow-up (1.1); review potential plan changes and follow-up on e-mails re same (.4). | 2.10 |
| 06/04/09 | R. Frankel | Confer with Grace Team re discovery, confirmation issues (.9); notes re same (.3). | 1.20 |
| 06/04/09 | R. Frankel | Review motion for protective order re M. Shelnitz. | 0.60 |
| 06/04/09 | R. Frankel | Review D. Austern deposition memo, notes re same. | 0.90 |
| 06/05/09 | J. Burke | Participate in deposition of A. Frank via teleconference. | 5.30 |
| 06/05/09 | K. Orr | Various e-mails to/from internal team regarding plan documents. | 0.20 |
| 06/05/09 | J. Guy | Review, revise and redraft Plan Proponents Phase 1 brief (5.0); numerous e-mails and call with Plan Proponents re Phase 1 brief (.7); review plan objections (.6). | 6.30 |
| 06/05/09 | R. Frankel | Review deposition schedule, status of summaries. | 0.60 |
| 06/05/09 | R. Frankel | Review draft brief on impairment. | 1.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

July 15, 2009
Invoice No. 1200030

| Date | Person | Description | Hours |
|---|---|---|---|
| 06/05/09 | R. Frankel | Review Lender Group motion to modify CMO and motion to shorten notice, consider confirmation issues. | 1.60 |
| 06/05/09 | R. Frankel | Review summary of Priest deposition. | 0.80 |
| 06/06/09 | J. Guy | Attention to Phase I Brief. | 0.70 |
| 06/06/09 | J. Guy | Telephone call with Plan Proponents. | 0.40 |
| 06/06/09 | R. Wyron | Review draft brief and provide comments. | 0.60 |
| 06/06/09 | R. Frankel | Review draft insurance neutrality brief. | 2.20 |
| 06/07/09 | K. Orr | Review various e-mails to/from internal team and counsel for Plan Proponents regarding depositions, trial briefs, and other discovery issues (.2); attention to deposition and discovery calendars (.1). | 0.30 |
| 06/07/09 | J. Guy | Review revised brief. | 0.50 |
| 06/07/09 | J. Guy | Telephone call with Plan Proponents. | 0.20 |
| 06/08/09 | J. Cutler | Provide comments on trial brief. | 0.10 |
| 06/08/09 | K. Orr | Review and analyze various Docket entries, including Debtors' Motion for Protective Order regarding Shelnitz deposition (.5); prepare agenda for internal meeting (.1); various e-mails to/from internal team and counsel for Plan proponents regarding written Discovery deadlines, depositions and internal meeting agenda (.8); attention to Discovery calendar and deposition chart (.4); office conference with J. Guy regarding case status (.2); office conference with J. Burke regarding depositions (.1). | 2.10 |
| 06/08/09 | J. Guy | Review Phase I briefs by various objecting parties. | 1.50 |
| 06/08/09 | J. Guy | Strategize regarding responsive arguments. | 0.80 |
| 06/08/09 | J. Guy | Work on Plan Proponents' Phase I brief. | 1.20 |
| 06/08/09 | J. Guy | Attention to various pending litigation matters, including Stipulations, depositions and additional discovery. | 1.40 |
| 06/08/09 | R. Wyron | Review Scotts issues. | 0.40 |
| 06/08/09 | R. Frankel | Review revised draft brief of Plan Proponents. | 2.90 |
| 06/08/09 | R. Frankel | Review agenda for internal meeting (.3); review M. Brown letter re preserve documentation (.2). | 0.50 |
| 06/08/09 | R. Frankel | Review various exhibits from insurers re Phase I of confirmation. | 0.80 |
| 06/08/09 | R. Frankel | Telephone conference with M. Hurford re debtor pension plan (.2); confer with R. Wyron re same, briefing, 6/18 hearing (.4). | 0.60 |
| 06/09/09 | J. Burke | Participate in deposition of J. Parker via telephone conference. | 6.60 |
| 06/09/09 | D. Felder | Telephone conference with Orrick team regarding strategy and next steps. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

July 15, 2009
Invoice No. 1200030

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 06/09/09 | K. Orr | Prepare materials for internal meeting (.2); review and analyze various docket entries and update discovery calendar (.4); office conference with internal team regarding confirmation issues, discovery and insurance settlements (1.0); various e-mails to/from internal team and counsel for Plan Proponents regarding depositions and objection to Bank Lender's motion (.3). | 1.90 |
| 06/09/09 | J. Guy | Meet with Grace team regarding depositions and Fireman's issues. | 0.50 |
| 06/09/09 | J. Guy | Attend, via telephone, deposition of M. Peterson. | 6.00 |
| 06/09/09 | J. Guy | Prepare for and follow-up regarding deposition. | 0.80 |
| 06/09/09 | R. Wyron | Review deposition schedule (.2); review notes for strategy conference (.2); participate in strategy conference with litigation team (.8); review insurance litigation issues with P. Mahaley and follow-up (.3); prepare for Scotts discussion (.4); review Fireman's motion on voting and e-mails re same (.4); review issues on insurer stipulation (.2). | 2.50 |
| 06/09/09 | R. Frankel | Review bank lenders exhibits list, affidavit for confirmation Phase I. | 0.60 |
| 06/09/09 | R. Frankel | Review statements of issues on appeal filed by Bank Lender Group and UCC; consider same. | 0.60 |
| 06/09/09 | R. Frankel | Confer with internal Grace team re confirmation, discovery, insurance issues (.8); notes re same (.3). | 1.10 |
| 06/09/09 | R. Frankel | Review Mathis, Zilly expert reports in preparation for depositions. | 0.90 |
| 06/10/09 | K. Orr | Brief review of Phase I exhibits and attention to organization and distribution of same (1.0); review and analyze docket entries (.4); phone conference with P. Mahaley regarding Phase I exhibits (.1); e-mails to/from internal team and counsel for Plan Proponents regarding written discovery, Phase I exhibits, response to Bank Lenders' motion and depositions (.6). | 2.10 |
| 06/10/09 | J. Guy | Attention to pending depositions, admissibility, stipulations and Phase I hearing. | 1.50 |
| 06/10/09 | R. Wyron | Review draft response to FFIC interrogatories, and e-mails re same. | 0.40 |
| 06/10/09 | R. Frankel | Review Libby claimants motion for reconsideration of modified order re Whitehouse report and three affidavits in support of motion. | 1.80 |
| 06/11/09 | D. Fullem | Review and respond to J. Burke Grace calendar. | 0.20 |
| 06/11/09 | D. Fullem | Review hearing agenda for 6/18. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

July 15, 2009
Invoice No. 1200030

| 06/11/09 | K. Orr | Attend deposition of D. Martin via telephone (2.0); various e-mails to/from internal team and counsel for Plan Proponents regarding depositions, written discovery responses and Phase II witness lists (.7); review and edit draft discovery responses (.3); office conference with R. Wyron regarding same (.1). | 3.10 |
|---|---|---|---|
| 06/11/09 | J. Guy | Review and revise response to Lender Motion to postpone and related materials. | 0.50 |
| 06/11/09 | J. Guy | Attention to preparation for June 18 hearing and Phase I trial. | 1.50 |
| 06/11/09 | J. Guy | Prepare for E. Inselbuch deposition. | 1.50 |
| 06/11/09 | R. Wyron | Review Scotts correspondence and work on response (1.2); organize notes for Phase I hearing issues (.4); review final witness list and follow-up e-mails re same (.4); review FFIC step (.3). | 2.30 |
| 06/11/09 | R. Frankel | Review Arrowood Phase I Brief in opposition to confirmation. | 1.40 |
| 06/11/09 | R. Frankel | Attend deposition of expert Mathis at Goodwin Proctor in NY. | 8.10 |
| 06/12/09 | D. Fullem | Confer with R. Wyron regarding meeting rooms for trial; e-mail to C. Nellis regarding meeting rooms; review R. Polsenelli response; discuss with R. Wyron. | 1.00 |
| 06/12/09 | K. Orr | Review and analyze various docket entries (.4); various e-mails to/from internal team regarding depositions and meet and confer (.8). | 1.20 |
| 06/12/09 | J. Guy | Attend deposition of E. Inselbuch. | 5.00 |
| 06/12/09 | J. Guy | Conference with R. Frankel regarding next steps. | 0.50 |
| 06/12/09 | R. Wyron | Review Scotts issues and prepare for 6/16 meeting (.9); call with ACC and Debtors regarding settlement issues and follow-up (1.1); review draft letter to Scotts and provide comments (.4); call to D. Austern and follow-up (.3); review FFIC discovery response and follow-up (.3); review Equitas issues (.2). | 3.20 |
| 06/12/09 | R. Frankel | Review Plan Proponents' response to motion of lenders and UCC to modify 3rd amended CMO. | 1.20 |
| 06/12/09 | R. Frankel | Attend deposition of E. Inselbuch at Caplin in NY (5.8); confer with J. Guy re case issues (.8). | 6.60 |
| 06/14/09 | R. Frankel | Review Arrowood standing objection to confirmation during travel to DC. | 0.80 |
| 06/15/09 | D. Fullem | Review case docket (.5); begin updating Grace calendar (.8); e-mail to R. Wyron regarding status (.1). | 1.40 |
| 06/15/09 | J. Cutler | Prepare for upcoming depositions. | 0.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

July 15, 2009
Invoice No. 1200030

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/15/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding witness lists and 6/18 hearing (.8); review and analyze various docket entries (.5); phone conference with counsel for Plan Proponents regarding Phase I hearing (.7); attention to preparation of materials for 6/18 hearing and review pleadings associated with same (1.0). | 3.00 |
| 06/15/09 | J. Guy | Telephone call with Plan Proponents regarding Phase I trial. | 0.40 |
| 06/15/09 | J. Guy | Prepare for Phase I trial. | 1.00 |
| 06/15/09 | R. Wyron | Calls with J. Radecki re pension issue and follow-up (.2); call with M. Hurford regarding pension issues and follow-up (.3); confer with R. Frankel on strategy and follow-up (.3); review Plan Proponents' issues in advance of strategy call (.3); participate in strategy call with Plan Proponents and review follow-up e-mails re same (.8); call with D. Austern and follow-up (.3); review final witness lists (.3); review Debtors' objection chart (1.2). | 3.70 |
| 06/15/09 | R. Frankel | Review files in preparation for hearings. | 1.20 |
| 06/15/09 | R. Frankel | Telephone conference with Debtors and ACC in preparation for status conference (.7); confer with R. Wyron, P. Mahaley re same (.4). | 1.10 |
| 06/15/09 | R. Frankel | Review, exchange e-mails re meet and confer. | 0.70 |
| 06/15/09 | R. Frankel | Review Priest & Shein deposition summaries. | 1.30 |
| 06/15/09 | R. Frankel | Review various final witness lists filed pursuant to CMO. | 0.90 |
| 06/15/09 | R. Frankel | Review issues, series of e-mails re Garlock Sealing objection, discovery. | 0.80 |
| 06/16/09 | D. Fullem | Review docket and filings (.5); prepare calendar update (1.2); circulate to R. Wyron and others (.1). | 1.80 |
| 06/16/09 | D. Fullem | Update case calendar (.8); e-mail to R. Wyron and others regarding same (.1). | 0.90 |
| 06/16/09 | D. Fullem | Review e-mail from R. Wyron regarding September contract with Omni Hotel; e-mail same to R. Wyron; review response. | 0.30 |
| 06/16/09 | J. Cutler | Identify additional pleadings from prior case for review by Grace counsel. | 0.30 |
| 06/16/09 | K. Orr | Attend Whitehouse deposition via telephone (4.0); various e-mails to/from internal counsel, counsel for Plan Proponents and counsel for objecting parties regarding meet and confer, witness lists and confirmation hearing (1.0); review and analyze various docket entries (.3); office conference with S. Cruzado regarding case status (.1); prepare agenda for internal meeting (.1). | 5.50 |
| 06/16/09 | J. Guy | Meeting with Scotts. | 4.00 |
| 06/16/09 | J. Guy | Prepare for meeting with Scotts. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

July 15, 2009
Invoice No. 1200030

| | | | |
|---|---|---|---|
| 06/16/09 | J. Guy | Attention to motion to strike, exhibit objections, June 18 hearing and Phase I trial. | 1.20 |
| 06/16/09 | R. Wyron | Call with D. Austern re litigation issues and follow-up (.8); review pleadings for status conference (.4); meet with Scotts and follow-up (3.9); organize notes on Scotts issues and e-mails re same (.2); review revised objection chart (.6). | 5.90 |
| 06/16/09 | R. Frankel | Review Garlock Sealing objection to confirmation, e-mails re similar FedMo issues. | 0.80 |
| 06/16/09 | R. Frankel | Telephone conference with D. Austern re confirmation issues, discovery, insurance settlements (.8); review with R. Wyron (.2). | 1.00 |
| 06/16/09 | R. Frankel | Review proposed stipulation with Libby re non-products insurance. | 0.60 |
| 06/16/09 | R. Frankel | Review materials in preparation for weekly internal meeting. | 0.40 |
| 06/16/09 | R. Frankel | Review agenda issues in preparation for telephone conference with D. Austern. | 0.50 |
| 06/16/09 | R. Frankel | Review Plan Proponents' substantive objections to Phase I Trial exhibits. | 0.70 |
| 06/16/09 | R. Frankel | Review Bank Lenders' motion for leave to reply to Plan Proponents' response re CMO modification and review reply, transcript. | 1.10 |
| 06/17/09 | D. Fullem | Review e-mail from R. Wyron regarding Omni war room; e-mail to R. Wyron, R. Frankel and J. Guy re same. | 0.30 |
| 06/17/09 | J. Cutler | Correspond with team members regarding research items. | 0.10 |
| 06/17/09 | D. Felder | Telephone conference with Orrick team regarding strategy and next steps. | 0.50 |
| 06/17/09 | K. Orr | Office conference with internal team regarding 6/18 hearing, confirmation hearing, discovery and insurance settlements (.7); attend Stockman deposition via telephone (3.1); various e-mails to/from internal team, J. Radecki and counsel for Plan Proponents regarding written discovery and case status (.5); attention to discovery calendar (.3); review and analyze various docket entries (.5); review draft motion regarding Spear (.2). | 5.30 |
| 06/17/09 | J. Guy | Call with objectors regarding meet and confer. | 1.30 |
| 06/17/09 | J. Guy | Prepare for call with objectors. | 0.70 |
| 06/17/09 | J. Guy | Prepare for Phase I trial and call with Orrick team regarding Phase I hearing. | 0.70 |
| 06/17/09 | W. Berry | Prepare e-mail and telephone conference with M. Hurford regarding pension liability issues. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

July 15, 2009
Invoice No. 1200030

| 06/17/09 | R. Wyron | Participate in strategy call with Plan Proponents and ACC, and follow-up (1.5); meet with litigation team on upcoming confirmation hearing (.9); respond to e-mails re strategy (.2); confer on Scotts strategy (.3). | 2.90 |
|---|---|---|---|
| 06/17/09 | R. Frankel | Telephone conference meet and confer with insurers in preparation for confirmation. | 1.10 |
| 06/17/09 | R. Frankel | Internal meeting with Grace team by telephone (.9); notes re same (.3). | 1.20 |
| 06/17/09 | R. Frankel | Telephone conference with Plan Proponents in preparation for status conference (1.7); notes re same (.2). | 1.90 |
| 06/17/09 | R. Frankel | Review file in preparation for status conference. | 0.60 |
| 06/18/09 | K. Orr | Identify and prepare materials for confirmation hearing (.5); various e-mails to/from internal team regarding confirmation hearing, insurance stipulation and insurance settlements (.5); attend portion of hearing via telephone (1.0); prepare memo regarding D. Martin deposition (2.4). | 4.40 |
| 06/18/09 | R. Wyron | Review pleadings for pre-trial conference (.9); participate in pre-trial conference on confirmation issues and follow-up (3.9); review analysis on insurance neutrality issues and organize notes for discussions (1.2). | 6.00 |
| 06/18/09 | R. Frankel | Review materials in preparation for hearing (2.1); review chart of objections during travel (1.1). | 3.20 |
| 06/18/09 | R. Frankel | Attend hearing in Pittsburgh, including pre-trial for Phase I of confirmation. | 5.20 |
| 06/18/09 | R. Frankel | Review Travelers opinion (1.0); e-mails and notes re hearing (.2). | 1.20 |
| 06/19/09 | K. Orr | Review and analyze various docket entries and update discovery calendar (.4); various e-mails to/from internal team regarding deposition designations and pro hac status (.4). | 0.80 |
| 06/19/09 | R. Wyron | Work on issues for Phase I hearing (.9); participate in multiple calls with ACC and Debtors' counsel regarding strategy for Phase I (2.1); organize materials for trial (1.3) begin review of depositions (.6); review Scotts correspondence and follow-up (.3). | 5.20 |
| 06/19/09 | R. Frankel | Telephone conference with R. Wyron re neutrality, Phase I of confirmation (.4); consider neutrality issues (.3). | 0.70 |
| 06/19/09 | R. Frankel | Telephone conference with D. Bernick, T. Freedman, P. Lockwood, others in preparation for Phase I hearing. | 1.30 |
| 06/20/09 | R. Wyron | Prepare for confirmation hearing (.9); organize status notes on insurer settlements (1.2). | 2.10 |
| 06/21/09 | R. Wyron | Organize materials for confirmation hearing (1.4); review objections and summaries for Phase I hearing (1.7). | 3.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

July 15, 2009
Invoice No. 1200030

| 06/21/09 | R. Frankel | Review revised chart of objections, trial brief during travel to Pittsburgh. | 1.80 |
|---|---|---|---|
| 06/21/09 | R. Frankel | Prepare notes re default interest scenarios. | 1.10 |
| 06/22/09 | K. Orr | Attend deposition of G. Friedman via telephone (6.5); various e-mails to/from internal team, counsel for Plan Proponents and objecting counsel regarding discovery and deposition designations (.5); review and analyze various docket entries and update discovery calendar (1.4). | 8.40 |
| 06/22/09 | J. Guy | Conference with R. Frankel and R. Wyron regarding Phase I trial. | 0.70 |
| 06/22/09 | J. Guy | Attend Phase I trial and various conferences with Objectors and Plan Proponents. | 8.00 |
| 06/22/09 | R. Wyron | Confer with R. Frankel and J. Guy re strategy and follow-up (.8); attend Phase I confirmation hearing (8.4); review strategy re insurers for second trial day (.7). | 9.90 |
| 06/22/09 | R. Frankel | Confer with R. Wyron, J. Guy in preparation for confirmation hearing. | 0.80 |
| 06/22/09 | R. Frankel | Attend Phase I confirmation hearing in Pittsburgh. | 9.20 |
| 06/22/09 | R. Frankel | Confer with R. Wyron, J. Guy re confirmation, insurance issues. | 1.30 |
| 06/23/09 | D. Fullem | E-mail to D. Spicuzza regarding updating service list. | 0.20 |
| 06/23/09 | K. Orr | Attend portion of Phase I confirmation hearing via telephone (2.7); prepare memo regarding G. Friedman deposition (4.0); prepare agenda for internal meeting (.1); various e-mails to/from internal team regarding meeting and confirmation hearing (.1); review and analyze docket entries (.2). | 7.10 |
| 06/23/09 | J. Guy | Conference with R. Frankel and R. Wyron regarding Phase I trial. | 0.50 |
| 06/23/09 | J. Guy | Attend Phase I trial. | 5.50 |
| 06/23/09 | R. Wyron | Confer with Debtors and ACC re strategy (.6); attend Phase I confirmation hearing (3.9); follow-up discussions on provisions regarding neutrality (.4); revise plan language (.7); confer with insurers regarding settlement issues (.8). | 6.40 |
| 06/23/09 | R. Frankel | Confer with R. Wyron and J. Guy in preparation for confirmation hearing. | 0.90 |
| 06/23/09 | R. Frankel | Attend day 2 of Phase I confirmation hearing. | 4.40 |
| 06/24/09 | D. Felder | Telephone conference with Orrick team regarding strategy and next steps. | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    July 15, 2009
17367                                                                               Invoice No. 1200030
page 15

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/24/09 | K. Orr | Prepare materials for internal meeting and edit agenda for same (.5); review and analyze various docket entries and update discovery calendar (1.0); various e-mails to/from internal team and counsel for Plan Proponents regarding H. LaForce deposition, Phase II issues, expert issues and omnibus hearing (1.0); office conference with internal team regarding Phase I confirmation hearing, insurance settlement status and issues for Phase II confirmation hearing (2.0); prepare consent motion and proposed order regarding solvency (2.2). | 6.70 |
| 06/24/09 | J. Guy | Meeting with Orrick team regarding pending matters concerning Plan confirmation, Phases I and II, discovery and settlements. | 1.20 |
| 06/24/09 | J. Guy | Attention to changes to Plan for neutrality and other issues. | 2.50 |
| 06/24/09 | J. Guy | Attention to Libby Objections and resolution of same. | 0.80 |
| 06/24/09 | R. Wyron | Review notes on §7.15 changes (.3); work on revisions to plan §7.15 and related sections (2.9); participate in OHS team meeting and follow-up (1.3); multiple calls with Debtors and ACC counsel on plan changes and follow-up (.9). | 5.40 |
| 06/24/09 | R. Frankel | Review issues in connection with scope of insolvency, limitation on use of findings. | 1.40 |
| 06/24/09 | R. Frankel | Review, consider Debtors' final witness list, series of e-mails re hearing logistics. | 0.60 |
| 06/24/09 | R. Frankel | Confer with internal Grace team re confirmation and related issues (1.5); notes re same (.2). | 1.70 |
| 06/25/09 | D. Fullem | Confer with K. Orr regarding logistics for September trial. | 0.50 |
| 06/25/09 | J. Cutler | Prepare for and participate in Molgaard deposition. | 6.20 |
| 06/25/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding case schedule (.5); review various pleadings files (.3); review and analyze various docket entries and update deposition calendar (.5); edit consent motion and proposed order (.2); phone conference with M. Hurford regarding case schedule and written discovery deadlines (.2); attention to D. Austern deposition counter-designation (.2). | 1.90 |
| 06/25/09 | J. Guy | Attention to changes to various Plan provisions. | 0.70 |
| 06/25/09 | R. Wyron | Continue work on §7.15 revisions (.8); call with P. Lockwood on §7.15 and other Phase I issues (2.1); follow-up discussions on §7.15 with P. Mahaley and J. Guy and e-mails re same (.8); review term sheet for settlements (.9). | 4.60 |
| 06/25/09 | R. Frankel | Review files in connection with confirmation hearing. | 0.70 |
| 06/25/09 | R. Frankel | Review series of e-mails re insurer settlement, discovery. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

July 15, 2009
Invoice No. 1200030

| | | | |
|---|---|---|---|
| 06/26/09 | K. Orr | Various e-mails to/from internal team, counsel for Plan Proponents and counsel for objecting parties regarding draft consent motion and discovery regarding Royal settlement (.4); review docket (.1). | 0.50 |
| 06/26/09 | J. Guy | Attention to insolvency funding motion and related issues. | 2.40 |
| 06/26/09 | J. Guy | Attention to disputes and discovery regarding Libby Objections to Royal 9019 Motion. | 2.50 |
| 06/26/09 | J. Guy | Follow up regarding insurance neutrality and other Plan amendments. | 1.70 |
| 06/26/09 | R. Wyron | Work on revisions to §7.15 (.9); calls with ACC and Debtors on §7.15 and changes (.8); follow-up e-mails re changes (.4); review solvency litigation issues and respond to e-mails re same (.9); circulate revisions among Plan Proponents and follow-up (.3). | 3.30 |
| 06/26/09 | R. Frankel | Review draft orders in connection with Phase I confirmation rulings. | 0.60 |
| 06/26/09 | R. Frankel | Review, revise motion and order limiting use of solvency findings. | 1.80 |
| 06/26/09 | R. Frankel | Review summary of J. Hughes deposition. | 1.30 |
| 06/26/09 | R. Frankel | Telephone conference with J. Guy, R. Wyron re solvency findings pleadings and re Arrowood settlement discovery (.6); notes re same (.2). | 0.80 |
| 06/28/09 | R. Frankel | E-mails re insolvency findings. | 0.40 |
| 06/29/09 | K. Orr | Various e-mails to/from internal team, counsel for Plan Proponents and counsel for objectors regarding depositions, Phase II hearing, Royal settlement discovery and draft motions (1.0); office conference with D. Spicuzza regarding expert reports (.1); office conference with S. Cruzado regarding Phase I exhibits (.1); review and analyze various docket entries and update deposition calendar (.9); review draft orders regarding deadlines and update case calendar (1.0); office conference with J. Guy regarding case status (.4). | 3.50 |
| 06/29/09 | J. Guy | Telephone call with Plan Proponents regarding neutrality briefing. | 0.50 |
| 06/29/09 | J. Guy | Telephone call with Libby and Plan Proponents regarding meet and confer on Royal 9019 Motion. | 1.00 |
| 06/29/09 | J. Guy | Telephone call with various parties regarding Royal 9019 Motion. | 0.50 |
| 06/29/09 | J. Guy | Telephone call with P. Lockwood regarding insolvency findings. | 0.40 |
| 06/29/09 | J. Guy | Attention to insolvency motion, order and related issues. | 0.80 |
| 06/29/09 | J. Guy | Attend hearing via telephone on Kaneb motion. | 1.00 |
| 06/29/09 | J. Guy | Attention to plan confirmation trial issues. | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

July 15, 2009
Invoice No. 1200030

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/29/09 | R. Wyron | Review draft stipulation with insurer and provide comments (.3); review Royal objection issues and call to P. Mahaley re same (.4). | 0.70 |
| 06/29/09 | R. Frankel | Telephone conference with E. Liebenstein re deposition issues, notes re same; e-mails with J. Guy re use of solvency findings. | 0.60 |
| 06/30/09 | S. Cruzado | Review recent depositions. | 1.00 |
| 06/30/09 | D. Fullem | E-mail to J. Burke regarding status of calendar update. | 0.10 |
| 06/30/09 | K. Orr | Phone conference with counsel for Plan Proponents regarding Phase II confirmation hearing (2.0); various e-mails to/from internal team, counsel for Plan Proponents and counsel for objectors regarding status of written discovery, depositions, Royal settlement and deposition designations (1.2); review and analyze various docket entries and update deposition calendar (.6); edit draft motion and order regarding solvency (.2); office conference with J. Guy regarding case status (.4). | 4.40 |
| 06/30/09 | J. Guy | Telephone call with Plan Proponents regarding trial preparation. | 2.00 |
| 06/30/09 | J. Guy | Attention to counter-designations. | 0.50 |
| 06/30/09 | J. Guy | Attention to motion on insolvency finding. | 0.30 |

Total Hours      366.60
Total For Services      $276,728.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| William D. Berry | 0.30 | 760.00 | 228.00 |
| James W. Burke | 14.50 | 360.00 | 5,220.00 |
| Stephen C. Cruzado | 1.00 | 230.00 | 230.00 |
| Joshua M. Cutler | 10.60 | 555.00 | 5,883.00 |
| Debra Felder | 3.20 | 590.00 | 1,888.00 |
| Roger Frankel | 95.20 | 945.00 | 89,964.00 |
| Debra O. Fullem | 7.10 | 255.00 | 1,810.50 |
| Jonathan P. Guy | 89.10 | 755.00 | 67,270.50 |
| Kathleen Orr | 74.00 | 620.00 | 45,880.00 |
| Richard H. Wyron | 71.60 | 815.00 | 58,354.00 |
| Total All Timekeepers | 366.60 | $754.85 | $276,728.00 |

Disbursements



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

July 15, 2009
Invoice No. 1200030

| | | |
|---|---:|---:|
| Document Reproduction | 277.10 | |
| Express Delivery | 75.73 | |
| Local Taxi Expense | 275.78 | |
| Other Business Meals | 339.48 | |
| Out of Town Business Meals | 151.44 | |
| Outside Services | 1,837.00 | |
| Parking Expense | 84.00 | |
| Postage | 5.50 | |
| Telephone | 39.40 | |
| Travel Expense, Air Fare | 3,084.30 | |
| Travel Expense, Local | -470.72 | |
| Travel Expense, Out of Town | -345.11 | |
| Total  Disbursements | | $5,353.90 |

**Total For This Matter**        **$282,081.90**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

July 15, 2009
Invoice No. 1200030

For Legal Services Rendered Through June 30, 2009 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| 06/02/09 | D. Fullem | Review and respond to e-mail from C. LaRuffa regarding status of Tre Angeli April 09 fee application. | 0.20 |
|---|---|---|---|
| 06/05/09 | D. Fullem | Prepare CNOs for Piper, Tillinghast, and Tre Angeli March fee applications. | 1.00 |
| 06/08/09 | D. Fullem | Review and respond to e-mail from K. Boeger at Tillinghast regarding April fee application. | 0.20 |
| 06/09/09 | D. Fullem | Review and respond to e-mail from K. Boeger regarding timing of filing of Tillinghast April fee application. | 0.20 |
| 06/09/09 | D. Fullem | Finalize CNOs for D. Austern's Jan and Feb 09 fee applications; coordinate with C. Hartman to file; arrange for D. Spicuzza to serve. | 0.70 |
| 06/09/09 | D. Fullem | Finalize CNO for Piper's March fee application and April 09 fee application; coordinate with C. Hartman to file; arrange for D. Spicuzza to serve. | 0.80 |
| 06/09/09 | D. Fullem | Finalize CNOs for Tre Angeli's March fee application and April fee application; coordinate with C. Hartman to file; arrange for D. Spicuzza to serve. | 0.80 |
| 06/09/09 | R. Wyron | Review CNOs and notices. | 0.30 |
| 06/12/09 | D. Fullem | Finalize Tillinghast April 09 fee application; e-mail to local counsel to file; coordinate with D. Spicuzza regarding service. | 0.80 |
| 06/22/09 | D. Fullem | Prepare notices for filing of quarterly fee apps for Jan-Mar 09 time period for Piper, Tre Angeli, and Tillinghast. | 1.00 |
| 06/22/09 | D. Fullem | E-mail to D. Austern regarding status of billing for March, April and May; review response thereto. | 0.20 |
| 06/22/09 | D. Fullem | Several e-mails with C. LaRuffa regarding Piper quarterly fee application for Jan-Mar 09 time period. | 0.30 |
| 06/22/09 | D. Fullem | Review and respond to e-mail from C. LaRuffa regarding Tre Angeli quarterly for Jan-Mar 09 time period. | 0.20 |
| 06/23/09 | D. Fullem | Review quarterly fee applications of Jan-Mar 09 time period for Tre Angeli and Piper. | 0.50 |
| 06/25/09 | D. Fullem | Coordinate finalizing, filing and serving of Piper and Tillinghast Jan-Mar 09 fee application. | 1.50 |
| 06/25/09 | D. Fullem | Several follow-up e-mails with C. LaRuffa regarding Tre Angeli's quarterly for Jan-Mar 09. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -             July 15, 2009
17367                                                                          Invoice No. 1200030
page 20

| 06/29/09 | D. Fullem | Review e-mail from D. Austern with March 2009 billing (.1); prepare March 2009 monthly fee application (.5); prepare quarterly for the time period January-March 2009 (.8); e-mail to D. Austern for review and comment (.1). | 1.50 |
| 06/30/09 | D. Fullem | Prepare CNOs for Piper, Tre Angeli April fee applications. | 0.80 |
| 06/30/09 | D. Fullem | Telephone call from D. Austern regarding status of fee application filings. | 0.10 |
| 06/30/09 | D. Fullem | Prepare April and May 09 fee applications for D. Austern. | 1.00 |

|  |  |
|---|---|
| Total Hours | 12.50 |
| Total For Services | $3,355.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 12.20 | 255.00 | 3,111.00 |
| Richard H. Wyron | 0.30 | 815.00 | 244.50 |
| Total All Timekeepers | 12.50 | $268.44 | $3,355.50 |

Disbursements

| Document Reproduction | 434.90 | |
| Express Delivery | 79.24 | |
| Postage | 268.80 | |
| Total Disbursements | | $782.94 |

**Total For This Matter**                                    **$4,138.44**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

July 15, 2009
Invoice No. 1200030

For Legal Services Rendered Through June 30, 2009 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/02/09 | D. Fullem | Finalize Orrick's April monthly fee application. | 0.50 |
| 06/03/09 | D. Fullem | Review fee auditor final report; double check fee/expense amounts; review and respond to e-mail from R. Wyron regarding same. | 0.50 |
| 06/03/09 | D. Fullem | Review and respond to e-mail from J. Burke regarding status of fee applications and CNOs to be filed this week. | 0.20 |
| 06/04/09 | D. Fullem | Continue finalizing April fee application; forward to R. Wyron and D. Felder for review/comment. | 1.00 |
| 06/05/09 | D. Fullem | Prepare CNO for Orrick March fee application. | 0.50 |
| 06/06/09 | R. Wyron | Review April fee application. | 0.30 |
| 06/08/09 | D. Fullem | Review May prebill (1.2); e-mail to R. Wyron, D. Felder and P. Reyes regarding status of review of same (.1); review D. Felder comments to prebill (.2). | 1.50 |
| 06/08/09 | D. Felder | Review May prebill. | 1.60 |
| 06/09/09 | D. Fullem | E-mail to J. Guy regarding review of April 09 invoices. | 0.10 |
| 06/09/09 | D. Fullem | Finalize CNO for Orrick March fee application and Orrick's April fee application (1.1); e-mail to C. Hartman to coordinate filing (.2); arrange with D. Spicuzza for service of same (.2). | 1.50 |
| 06/09/09 | D. Fullem | Review e-mail from J. Guy regarding redactions to April invoice. | 0.20 |
| 06/09/09 | R. Wyron | Review CNO and notice and follow-up (.2); review fee application (.2). | 0.40 |
| 06/11/09 | D. Fullem | Confer with D. Spicuzza regarding status of draft quarterly fee application. | 0.10 |
| 06/11/09 | D. Fullem | Review draft of quarterly fee application. | 0.50 |
| 06/15/09 | D. Fullem | Review and revise quarterly fee application for the period Jan-Mar 09; prepare e-mail to R. Wyron and D. Felder regarding draft of same. | 0.70 |
| 06/19/09 | D. Fullem | Review e-mail from D. Felder with edits to quarterly fee application for Jan-Mar 09 quarterly; finalize same; confer with R. Wyron. | 1.00 |
| 06/19/09 | D. Felder | Review Orrick quarterly fee application. | 0.60 |
| 06/19/09 | R. Wyron | Review 13th quarterly fee application and finalize. | 0.20 |
| 06/22/09 | D. Fullem | Review D. Felder edits to quarterly fee application for Jan-Mar 09 time period; update same; e-mail to R. Wyron and D. Felder regarding status/timing of filing. | 1.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

July 15, 2009
Invoice No. 1200030

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/25/09 | D. Fullem | Coordinate finalizing, filing and serving of Orrick's Jan-Mar 09 fee application. | 0.70 |
| 06/25/09 | D. Fullem | Review May 09 invoices; prepare e-mail to R. Wyron regarding status; update fee/expense spreadsheets. | 0.50 |
| 06/26/09 | D. Fullem | Confer with R. Wyron regarding status of Orrick May fee application. | 0.10 |
| 06/29/09 | D. Fullem | Confer with R. Wyron and D. Spicuzza regarding status of preparing Orrick's May 2009 fee application. | 0.40 |
| 06/29/09 | D. Fullem | Update Orrick's fee/expense spreadsheets. | 0.50 |
| 06/30/09 | D. Fullem | Review and revise draft of May fee application. | 0.80 |
| 06/30/09 | D. Fullem | Prepare CNO for Orrick's April fee application. | 0.30 |
| 06/30/09 | D. Fullem | Update fee/expense spreadsheets; circulate to R. Wyron, R. Frankel and V. Crossley. | 0.20 |

Total Hours      15.90

Total For Services      $5,295.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.20 | 590.00 | 1,298.00 |
| Debra O. Fullem | 12.80 | 255.00 | 3,264.00 |
| Richard H. Wyron | 0.90 | 815.00 | 733.50 |
| Total All Timekeepers | 15.90 | $333.05 | $5,295.50 |

**Total For This Matter**      **$5,295.50**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 23

July 15, 2009
Invoice No. 1200030

For Legal Services Rendered Through June 30, 2009 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/09/09 | R. Frankel | Travel to NY for depositions. | 1.80 |
| 06/11/09 | J. Guy | Travel to New York. | 2.00 |
| 06/12/09 | J. Guy | Travel to DC. | 3.50 |
| 06/14/09 | R. Frankel | Travel from NY to DC. | 1.40 |
| 06/18/09 | R. Frankel | Travel to/from Pittsburgh. | 1.80 |
| 06/21/09 | J. Guy | Travel to Pittsburgh for Phase I hearing. | 2.00 |
| 06/21/09 | R. Wyron | Travel to Pittsburgh for Phase I hearing. | 2.40 |
| 06/21/09 | R. Frankel | Travel to Pittsburgh for Phase I hearing. | 1.90 |
| 06/23/09 | J. Guy | Travel to DC. | 2.00 |
| 06/23/09 | R. Wyron | Return to DC from Phase I hearing. | 2.00 |
| 06/23/09 | R. Frankel | Travel to DC from Pittsburgh. | 2.20 |

Total Hours        23.00
Total For Services                    $9,679.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 9.10 | 472.50 | 4,299.75 |
| Jonathan P. Guy | 9.50 | 377.50 | 3,586.25 |
| Richard H. Wyron | 4.40 | 407.50 | 1,793.00 |
| Total All Timekeepers | 23.00 | $420.83 | $9,679.00 |

**Total For This Matter**                    **$9,679.00**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours        672.40
Total Fees, all Matters                    $453,671.50
Total Disbursements, all Matters           $7,888.71
Total Amount Due                           $461,560.21