IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No.: 21991 and** |
| | | **7/27/09 Agenda Item 4** |

## CERTIFICATION OF COUNSEL RE: ORDER ON DEBTORS' MOTION FOR A PROTECTIVE ORDER AND OBJECTIONS TO ANDERSON MEMORIAL'S NOTICE OF DEPOSITION OF MARK SHELNITZ

1. On June 4, 2009, the Debtors filed the *Debtors' Motion for a Protective Order and Objections to Anderson Memorial's Notice of Deposition of Mark Shelnitz* (the "Motion") (Docket No. 21991) with the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 Market Street, Wilmington, Delaware 19801. Anderson Memorial opposed the motion. *See* Docket No. 22436.

2. The Court heard arguments on the Motion on July 27, 2009, and as a result of its ruling, requested that the parties prepare an order reflecting its ruling.

3. Pursuant to further discussion of the parties, and the direction of the Court on July 30, 2009, Debtors submitted a revised order to Counsel for Anderson Memorial. Anderson Memorial does not object to the form of the proposed order.

4. As a result, the Debtors respectfully request that the Court enter the proposed order regarding the deposition of Mark Shelnitz attached hereto as Exhibit A.

Dated: August 3, 2009

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5200

-and-

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602
(312) 641-2162

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession