IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No.: 21991 and 7/27/09 Agenda Item 4 |

**ORDER RE: DEBTORS' MOTION FOR A PROTECTIVE ORDER AND OBJECTIONS TO ANDERSON MEMORIAL'S NOTICE OF DEPOSITION OF MARK SHELNITZ**

Upon the *Debtors' Motion for a Protective Order and Objections to Anderson Memorial's Notice of Deposition of Mark Shelnitz* (the "Motion"), and due and proper notice of the Motion having been given, a response having been filed by Anderson Memorial, and the Court having heard arguments on July 27, 2009 and July 30, 2009, it is hereby

ORDERED, that pursuant to the matters discussed in Court during the July 27, 2009 and July 30, 2009 hearings, the Motion is withdrawn without prejudice.

Dated: August 4, 2009
Wilmington, Delaware

　　　　　　　　　　　　　　*Judith K. Fitzgerald*
　　　　　　　　　　　　　　The Honorable Judith K. Fitzgerald
　　　　　　　　　　　　　　United States Bankruptcy Judge