# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**June-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Cloncs | 6/1/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jason Solganick | 6/1/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 6/1/2009 | 8.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 6/2/2009 | 2.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jason Solganick | 6/2/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 6/2/2009 | 6.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 6/3/2009 | 6.0 | Business Operations | Review of trial briefs |
| Desiree Davis | 6/3/2009 | 2.0 | Business Operations | Review of trial briefs |
| Jason Solganick | 6/3/2009 | 1.0 | Business Operations | Review of trial briefs |
| Jason Solganick | 6/3/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 6/3/2009 | 7.5 | Business Operations | Review of trial briefs |
| Pei Huang | 6/3/2009 | 1.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 6/4/2009 | 1.5 | Financial Analysis | Review of Monthly Operating Report |
| Jason Solganick | 6/4/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 6/5/2009 | 0.5 | Case Administration | Review court docket |
| Bryan Cloncs | 6/5/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 6/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/5/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 6/5/2009 | 6.5 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 6/7/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 6/7/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 6/8/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 6/8/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 6/9/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 6/9/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 6/10/2009 | 0.5 | Business Operations | Pension Call |
| Desiree Davis | 6/10/2009 | 0.5 | Business Operations | Pension Call |
| Jason Solganick | 6/10/2009 | 1.0 | Business Operations | Pension call and review of materials |
| Jason Solganick | 6/10/2009 | 0.2 | Case Administration | Review court docket |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**June-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Pei Huang | 6/10/2009 | 0.5 | Business Operations | Pension Call |
| Pei Huang | 6/10/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jason Solganick | 6/11/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 6/12/2009 | 1.0 | Case Administration | Review court docket |
| Desiree Davis | 6/12/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jason Solganick | 6/12/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/12/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 6/15/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/16/2009 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 6/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/17/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/18/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/18/2009 | 5.0 | Hearings | Telephonic Court Hearing |
| Pei Huang | 6/18/2009 | 5.0 | Hearings | Telephonic Court Hearing |
| Bryan Cloncs | 6/19/2009 | 1.0 | Case Administration | Review court docket |
| Jason Solganick | 6/19/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/22/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/22/2009 | 9.0 | Hearings | Telephonic Court Hearing |
| Pei Huang | 6/22/2009 | 9.0 | Hearings | Telephonic Court Hearing |
| Jason Solganick | 6/23/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/23/2009 | 5.0 | Hearings | Telephonic Court Hearing |
| Pei Huang | 6/23/2009 | 5.0 | Hearings | Telephonic Court Hearing |
| Desiree Davis | 6/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/24/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 6/25/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/25/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/25/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 6/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/26/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/29/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/29/2009 | 1.3 | Hearings | Telephonic Court Hearing |
| Pei Huang | 6/29/2009 | 1.3 | Hearings | Telephonic Court Hearing |
| Jason Solganick | 6/30/2009 | 0.2 | Case Administration | Review court docket |