# EXHIBIT B

**<u>W.R. Grace</u>**
**<u>Detail of expenses (June 1, 2009 – June 30, 2009</u>)**

**TOTAL EXPENSES:** $ 0.00