# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                      EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| July 15, 2009 | INVOICE:              232931 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 06/30/09

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/01/09 | Research relationship of claims handling services and various insurance companies. | W001 | DRG | 7.40 |
| 06/01/09 | Analysis of selected reimbursement agreements re: policy exhaustion, attachment and other coverage issues (3.10); review and revise Exhibit 6 to the Plan (2.80); review and revise insurance policy data spreadsheets (1.30). | W001 | GFF | 7.20 |
| 06/01/09 | Discuss and edit changes to disclosure statement Exhibit 6, Schedule 1. | W001 | HEG | 2.70 |
| 06/01/09 | Updated and reviewed Exhibits 5 and 6 of Plan. | W001 | IF | 4.40 |
| 06/01/09 | Review NPV comparison (.40); work on alternative allocation percentage project for CIPs and e-mails re: same (4.00). | W001 | MG | 4.40 |
| 06/01/09 | Revise allocation model (2.50); Settlement negotiation with one group of insurance companies (1.20);  Settlement negotiations with another insurance company (1.00); Conference call regarding insurance settlements (2.60); Conference call regarding settlement with another insurance company (0.80);  Coordination with co-counsel Peter Lockwood (1.00); Attention to discovery (1.00); Evaluate settlement proposal from London insolvent company (1.00). Attention to insurance company objections (1.00);  Provide policy information requested by potentially settling insurance company (.50). | W001 | RMH | 12.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| July 15, 2009 | INVOICE: | 232931 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/01/09 | Research and analysis in connection with potential settlement with non-appearing insurance companies (1.30).  Work on revised analysis in connection with allocation and erosion of insurance coverage (2.80).  Prepare analysis in connection with vendor endorsement claim related issues (2.30). | W001 | RYC | 6.40 |
| 06/02/09 | Analysis of selected reimbursement agreements re: policy attachment, exhaustion and other coverage issues (3.30); review and revise Exhibit 6 to the Plan (3.80). | W001 | GFF | 7.10 |
| 06/02/09 | Assisted M. Garbowski with non-exhausted CIP policy identification for allocation model adjustment (1.80); continued review and edit of disclosure statement Exhibit 6, Schedule 1 per R. Horkovich request (4.80). | W001 | HEG | 6.60 |
| 06/02/09 | Reviewed reimbursement agreement information re: payment percentage and allocation methodology. | W001 | IF | 1.90 |
| 06/02/09 | Reviewed and updated Exhibits 5 and 6. | W001 | IF | 4.20 |
| 06/02/09 | E-mails re: alternative allocation percentage CIP project (.70); work on allocation for same (3.70); create new limits file for sharing outside firm (1.50). | W001 | MG | 5.90 |
| 06/02/09 | Conference call with settling insurance companies (.90); Conference call with plan proponents regarding trial briefs (1.40). | W001 | RMH | 2.30 |
| 06/02/09 | Draft analysis in connection with coverage-in-place settlement analysis in connection with allocation and erosion (3.50). Prepare correspondence to potential settling insurance companies in connection with coverage issues raised (2.20). Attention to existing insurance assets in connection with plan confirmation issues (1.00). | W001 | RYC | 6.70 |
| 06/03/09 | Review and revise time and expense entries. | W011 | AHP | 2.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| July 15, 2009 | INVOICE: | 232931 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/03/09 | Analysis of selected reimbursement agreements re: policy attachment, exhaustion and other coverage issues (4.80); review and revise Exhibit 6 to the Plan (1.10); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 6.70 |
| 06/03/09 | Research status of outstanding limits demand (2.20); assist R. Chung with new demand support documentation request (.40); additional CIP attachment research (2.30); continued edits and adjustments to disclosure statement Exhibit 6, Schedule 1. (.90). | W001 | HEG | 5.80 |
| 06/03/09 | Reviewed and updated information request re: insurance company agreement status. | W001 | IF | 0.80 |
| 06/03/09 | Helped to review policy and agreement information for alternative allocation percentage allocation. | W001 | IF | 1.40 |
| 06/03/09 | Reviewed reimbursement agreements re: "attachment." | W001 | IF | 5.30 |
| 06/03/09 | Attention to alternative allocation percentage CIP project (3.60); work on allocation for same (2.30). | W001 | MG | 5.90 |
| 06/03/09 | Read insurance company trial briefs (3.00). Attention to revision of settlement agreement (1.00).   Attention to settlement negotiations with group of insurance companies (1.00). | W001 | RMH | 5.00 |
| 06/03/09 | Draft supplemental demands in connection with potential settlements (1.80). Research and analysis in connection with potential impediments in connection with future settlement agreements (2.50).   Prepare and draft analysis in connection with alternate settlement scenarios (2.20). | W001 | RYC | 6.50 |
| 06/04/09 | Review and revise monitoring chart. | W011 | AHP | 0.60 |
| 06/04/09 | Additional research on interrelation between third party claims handler and various insurance companies. | W001 | DRG | 0.70 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 15, 2009                                      INVOICE:              232931

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/04/09 | Analysis of selected reimbursement agreements re: attachment/payment and other coverage issues (1.90); draft memo re: reimbursement agreements (.70); analysis of selected umbrella/excess insurance policies re: follow form, loss payable, assignment clauses and other asbestos coverage issues (3.10); review and revise insurance policy data spreadsheets (1.10). | W001 | GFF | 6.80 |
| 06/04/09 | Review proposed stipulation of agreement and policy from insurance company (1.80); review proposed environmental agreement (.40); revise and produce updated demand letter support documentation per R. Chung request (1.20): modify CIP presence in allocation model per M. Garbowski request (1.40); continued edits and updates of disclosure statement Exhibit 6, schedule 1 (2.30). | W001 | HEG | 7.10 |
| 06/04/09 | Review insurance policies and request re: "policy authentication stipulation." | W001 | IF | 1.10 |
| 06/04/09 | Searched files, in-house database and online resources re: litigation with potentially settling insurance company. | W001 | IF | 1.40 |
| 06/04/09 | Reviewed reimbursement agreements re: "Loss Payable" and "Indemnity Payments." | W001 | IF | 2.60 |
| 06/04/09 | Helped to review and determine remaining policies subject to CIP agreements. | W001 | IF | 0.60 |
| 06/04/09 | Work on alternative allocation percentage CIP project and allocation. | W001 | MG | 5.60 |
| 06/04/09 | Prepare revised analysis in connection with potential settlement as to individual insurance company situations (3.00). Work on document and evidentiary issues in connection with plan confirmation (1.90). | W001 | RYC | 4.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| July 15, 2009 | INVOICE:            232931 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 06/05/09 | Review policy stipulations and related documents from various insurance companies (4.30); draft and revise memo re: policy stipulations (.60); analysis of selected umbrella excess policies re: follow form, assignment and other asbestos coverage issues (1.90); review and revise insurance policy data spreadsheets (.40). | W001 | GFF | 7.20 |
| 06/05/09 | Review and write memo re: various policy stipulation authentication requests and need for general response protocol. | W001 | HEG | 3.90 |
| 06/05/09 | Reviewed materials from insurance companies re: policy and agreement authentication. | W001 | IF | 1.20 |
| 06/05/09 | Continued to search files and in-house and online resources re: insurance company materials. | W001 | IF | 2.80 |
| 06/05/09 | Reviewed insurance policies re: "assignment clause." | W001 | IF | 2.60 |
| 06/05/09 | Work on allocation of alternative allocation percentage CIP project. | W001 | MG | 4.20 |
| 06/05/09 | Attention to proposed policy stipulations. | W001 | RMH | 1.80 |
| 06/05/09 | Work on revised settlement comparison in connection with supplemental issues (1.80). Finalize revised analysis in connection with certain settlement demand letters (3.40). Attention to plan confirmation document related issues (1.50). | W001 | RYC | 6.70 |
| 06/06/09 | Research settlement effect. | W001 | MC | 2.10 |
| 06/07/09 | Finalize research on settlement effect, e-mail findings and analysis to R. Chung. | W001 | MC | 5.20 |
| 06/07/09 | Draft settlement analysis in view of revised settlement comparison. | W001 | RYC | 1.70 |
| 06/08/09 | Review relevant court dockets to obtain additional information on insurance companies and third party claims administrators (4.10); Obtain legal pleadings, affidavits and exhibits in effort to obtain relevant materials related to claims handling (1.80). | W001 | DRG | 5.90 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 15, 2009                                            INVOICE:              232931

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 06/08/09 | Analysis of selected reimbursement agreements re: various "definitions" (2.60); analysis of selected umbrella and excess insurance policies re: follow form, loss payable and other asbestos coverage issues (2.80). | W001 | GFF | 5.40 |
| 06/08/09 | Review materials produced re: stipulation regarding insurance policies and settlement agreements. | W001 | IF | 1.30 |
| 06/08/09 | Reviewed and searched files and in-house and online resources re: claims handling background materials. | W001 | IF | 1.20 |
| 06/08/09 | Updated and revised information re: insurance policies and "assignment provisions." | W001 | IF | 2.20 |
| 06/08/09 | Work on revision to allocation with alternative allocation percentage CIP levels. | W001 | MG | 4.20 |
| 06/08/09 | Revise settlement related correspondence to various interested insurance companies (3.70). Attention to issues relating to various exhibit related issues for plan confirmation hearings (1.50). Attention to insurance policy stipulation issues (.80). | W001 | RYC | 6.00 |
| 06/08/09 | Prepared PDFs and Word documents. | W001 | WDK | 0.50 |
| 06/09/09 | Review various insurance stipulations with related documents (3.20); review selected umbrella and excess insurance policies re: follow form, loss payable and other insurance coverage issues (1.80); analysis of selected reimbursement agreements re: "definitions" (1.80). | W001 | GFF | 6.80 |
| 06/09/09 | Attention to protocol for responses to several insurance company policy stipulation requests (2.60); review new document production on CD (.70); review policies produced for authenticity (1.40); additional meetings re: setting up general protocol to respond to insurance company policy stipulation requests (2.60). | W001 | HEG | 7.30 |
| 06/09/09 | Attention to policy authentication for Phase I Trial. | W001 | IF | 4.70 |
| 06/09/09 | Continued to review reimbursement agreements re: definitions and governing law. | W001 | IF | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| July 15, 2009 | INVOICE:                232931 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/09/09 | Work on CIP alternative allocation percentage payment ratio prefect | W001 | MG | 5.60 |
| 06/09/09 | Mark Peterson deposition (5.00); Attention to insurance companies' proposed exhibits (4.00). | W001 | RMH | 9.00 |
| 06/09/09 | Drafting and research in connection with settlement discussions with various insurance companies concerning allocation issues (4.50). Work on insurance policy stipulation matters (1.40). | W001 | RYC | 5.90 |
| 06/10/09 | Continue proofing changes (.80); review of PACER for recently filed documents (.40). | W011 | AHP | 1.20 |
| 06/10/09 | Begin proofing new changes. | W011 | AHP | 1.20 |
| 06/10/09 | Continue review of relevant court dockets to obtain additional information on insurance companies and third party claims administrators (4.20); Obtain legal pleadings, affidavits and exhibits in effort to obtain relevant materials related to claims handling (3.60). | W001 | DRG | 7.80 |
| 06/10/09 | Telephone conference with J. Posner and others re: various insurance companies (.40); draft memo re: insolvent insurance companies (.50); review selected insurance company policy exhibits and compare with other versions (3.80); analysis of selected umbrella and excess insurance policies re: follow form, loss payable and other asbestos coverage issues (2.10). | W001 | GFF | 6.80 |
| 06/10/09 | Prepare and participate in conference call re: claim status (2.30); follow-up research and correspondence re: same (1.20); reviewed objectors' Trial Exhibit list and set up response protocol (1.40); alternate versions of objectors' policy exhibits prepared in response (1.80); revised proposed Exhibit 6, Schedule 1 (.40). | W001 | HEG | 7.10 |
| 06/10/09 | Reviewed and updated information re: exhibits for Phase I Trial. | W001 | IF | 4.40 |
| 06/10/09 | Work on CIP allocation with alternative allocation percentage allocation rate (3.40); telephone conversation with Posner and Zaremby re: insurance company (.50) | W001 | MG | 3.90 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:        100055.WRG01

July 15, 2009                                                      INVOICE:                 232931

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/10/09 | Conference call with plan proponents regarding indemnities (2.00). Draft policy stipulation (1.30). Coordinate preparation for Jay Hughes deposition (.80). Attention to insurance company proposed distribution (.70). Attention to policy exhibits and objections thereto (1.20). Edit Amended Settlement agreement (3.70). Draft and transmit revised settlement demand (.80). Attention to settlement negotiations with one insurance company (2.00). | W001 | RMH | 12.50 |
| 06/10/09 | Finalize correspondence in connection with follow-up settlement demand and allocation information (3.20). Attention to insurance policy stipulation issues (2.40). | W001 | RYC | 5.60 |
| 06/11/09 | Continue proofing changes (1.10); finalize time and expense entries (.70). | W011 | AHP | 1.80 |
| 06/11/09 | Digest and revise files. | W011 | AHP | 0.40 |
| 06/11/09 | Complete analysis of potentially relevant documents (3.10); Draft memorandum regarding interrelationship between insurance companies and third party administrators (2.80); organize all potential documents and evidence (1.30). | W001 | DRG | 7.20 |
| 06/11/09 | Analysis of insurance policy exhibits, comparing produced versions with other versions for completeness. | W001 | GFF | 6.90 |
| 06/11/09 | Objectors' Trial Exhibits reproduced and reviewed (2.40); communications re: incorrect objectors' exhibits for review (1.30); attention to upcoming trial exhibit objection protocol (1.20); assist in creating alternate versions of objectors' policy exhibits for stipulation negotiations (2.30). | W001 | HEG | 7.20 |
| 06/11/09 | Reviewed and prepared policy and settlement agreement Exhibits for Phase I Trial. | W001 | IF | 6.80 |
| 06/11/09 | Work on revision to allocation model for CIP companies. | W001 | MG | 4.40 |
| 06/11/09 | Participate in Jay Hughes deposition (9.00); Draft analysis of claim (5.00). | W001 | RMH | 14.00 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 15, 2009                                                  INVOICE:              232931

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/11/09 | Prepare third party settlement demand response analysis (4.20); Attention to insurance policy stipulation issues (.80). | W001 | RYC | 5.00 |
| 06/12/09 | Locate documents on PACER per D. Shafter request. | W001 | CKN | 1.60 |
| 06/12/09 | Review insurance company policy exhibits, comparing them to our proposed versions (3.10); analysis of selected reimbursement agreements re: "definitions" of various terms (2.80); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 6.70 |
| 06/12/09 | Continued review of Objectors' exhibits for accuracy and completeness (2.20); creation of alternate versions of objectors' exhibits (1.30); communications re: incorrect and incomplete objectors' exhibits (1.10); attention to anticipated formal objections to Objectors' exhibits (1.60); creation of formal chart of objections to policy-related trial exhibits (.90). | W001 | HEG | 7.10 |
| 06/12/09 | Reviewed reimbursement agreements regarding specific terms at issue in coverage discussions. | W001 | IF | 3.30 |
| 06/12/09 | Continued to review materials in preparation for Phase I Trial re: Standing. | W001 | IF | 1.60 |
| 06/12/09 | Work on allocation for CIP policies (4.80); review and analyze specific insurance company questions (1.40). | W001 | MG | 6.20 |
| 06/12/09 | Elihu Inselbuch deposition (5.00); Draft analysis (5.70); Conference call regarding same (1.30); Review materials (.40); Attention to exhibits (1.10). | W001 | RMH | 13.50 |
| 06/12/09 | Follow-up research and drafting in connection with settlement demand analysis with third parties (5.30).  Prepare for, participate in, and follow-up regarding settlement strategy meeting (1.30). | W001 | RYC | 6.60 |
| 06/15/09 | Attention to availability of claims handling documents related to relevant insurance companies. | W001 | DRG | 0.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:       100055.WRG01

July 15, 2009                                       INVOICE:          232931

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/15/09 | Analysis of selected umbrella and excess policies re: limits, aggregates and other asbestos coverage issues (2.10); analysis of selected reimbursement agreements re: "definitions" of various terms (2.80); review policies and related documents re: insurance company exhibits for completeness and other issues (1.40). | W001 | GFF | 6.30 |
| 06/15/09 | Continued to assist in review and response to various insurance company policy exhibit submissions (1.40); Review and prepare copies of certain insurers policy exhibits for their review and correction (1.80); attention to responses to insurance company policy exhibit submissions and transmit same (.90); review and index documents provided by insurance companies as part of document production request (3.10). | W001 | HEG | 7.20 |
| 06/15/09 | Reviewed proponents objection to objectors Phase I Exhibits. | W001 | IF | 1.30 |
| 06/15/09 | Reviewed pre-1974 insurance policies re: policy limits. | W001 | IF | 2.20 |
| 06/15/09 | Reviewed reimbursement agreements re: "definitions of insured" and "choice of law." | W001 | IF | 1.70 |
| 06/15/09 | Work on response to specific potentially settling insurance company questions (1.80); work on CIP alternative allocation percentage allocation (4.00). | W001 | MG | 5.80 |
| 06/15/09 | Conference call among Plan proponents in preparation for Phase I trial (.70). Provide information to insurance company in preparation for settlement discussions (.90). Extend Equities time to cancel settlement agreement (1.20). Prepare for settlement meeting with another party (3.20). Attention to objections to insurance policies and settlement agreements proposed for Phase I trial (4.30). | W001 | RMH | 10.30 |
| 06/15/09 | Attention to issues relating to objections to Phase I Insurance Policy Trial Exhibits (2.80); research and drafting legal analysis in connection with continued settlement discussions (3.30). | W001 | RYC | 6.10 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

July 15, 2009                                                   INVOICE:         232931

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 06/16/09 | Attention to late notice and "prejudice rule" in New York. | W001 | AMA | 0.40 |
| 06/16/09 | Research re: prospective effect of "prejudice rule" late notice statute for response to settlement offer. | W001 | AMA | 2.90 |
| 06/16/09 | Setting up Summation case file and loading deposition transcript. | W001 | DL | 0.30 |
| 06/16/09 | Analysis of selected umbrella and excess policies re: limits, aggregates and other asbestos coverage issues (2.10); analysis of selected reimbursement agreements re: "definitions" of various terms (2.80); review selected insurance policies re: objections to insurance company exhibits (1.30). | W001 | GFF | 6.20 |
| 06/16/09 | Create and communicate index of trial policy exhibits with no objections to date (1.10); new policy exhibits reviewed and response versions created (1.40); additional policy exhibit objections reviewed and responses prepared (1.30); continued review and index of insurance company documents produced as part of document request (2.30). | W001 | HEG | 6.10 |
| 06/16/09 | Reviewed and updated information re: "Insured" and "Governing Law." | W001 | IF | 2.90 |
| 06/16/09 | Reviewed insurance policies pre-1974 re: "Aggregate Limits for Products Liability." | W001 | IF | 2.10 |
| 06/16/09 | Begin research re: insurance policy issues. | W001 | MC | 0.50 |
| 06/16/09 | Work on allocation for CIP companies at alternative allocation percentage rate. | W001 | MG | 5.20 |
| 06/16/09 | Half-time for travel to and from Washington D.C. for settlement meeting. | W019 | RMH | 2.00 |
| 06/16/09 | Mediation with insurance company (.60). Drafting and editing settlement agreement (5.70); Settlement meeting with another party (4.20); Preparing for same (2.70); Follow-up regarding same (1.30). | W001 | RMH | 14.50 |
| 06/16/09 | Prepare email analysis in connection with meet and confer issues (2.80); research and prepare revised settlement analysis in connection with meet and confer (2.90). | W001 | RYC | 5.70 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| July 15, 2009 | INVOICE:              232931 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/17/09 | Research on New York coverage law issues for response to settlement offer. | W001 | AMA | 6.80 |
| 06/17/09 | Analysis of selected reimbursement agreements re: "definitions" of terms (2.10); review and revise insurance policy and reimbursement agreements data spreadsheets (2.80); analysis of selected umbrella and excess insurance policies re: "follow form," defense costs and other asbestos coverage issues (1.40). | W001 | GFF | 6.30 |
| 06/17/09 | Revise suggested versions of policy exhibits (1.20); attention to certain insurance company policy exhibit versions (.80); Begin preparation of proposed policy exhibit objections for Phase I Trial (2.60); begin work on proposed new availability and exhaustion coverage chart (1.30); continue review and index of documents provided by insurance companies as part of request for documents (1.20). | W001 | HEG | 7.10 |
| 06/17/09 | Reviewed and updated information re: CIP agreements with regard to specific legal issues. | W001 | IF | 1.70 |
| 06/17/09 | Reviewed and updated information re: reimbursement agreements. | W001 | IF | 2.40 |
| 06/17/09 | Reviewed information re: "available limits policy chart." | W001 | IF | 1.20 |
| 06/17/09 | Dupe and revise color-coded insurance charts. | W001 | KS | 0.80 |
| 06/17/09 | Finalize research re: insurance policy issue (1.80); sent two separate e-mails to R. Chung regarding findings in respective states (3.60). | W001 | MC | 5.40 |
| 06/17/09 | Work on new policy chart issues with I. Feldgreber and H. Gershman (1.10); work on CIP alternative allocation percentage rate allocation (4.60). | W001 | MG | 5.70 |
| 06/17/09 | Settlement agreement negotiations and finalization (4.00).  Meet and confer with insurance companies (1.30);    Proposed Stipulation regarding exhibits (1.00). | W001 | RMH | 6.30 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| July 15, 2009 | INVOICE: | 232931 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/17/09 | Research and analysis in connection with Phase I related issues (4.60); review and analysis in connection with specific settlement agreement with insurance company (1.80). | W001 | RYC | 6.40 |
| 06/18/09 | Attention to issues re: research for response to settlement offer. | W001 | AMA | 0.30 |
| 06/18/09 | Performed research re: issues for response to settlement offer. | W001 | AMA | 8.20 |
| 06/18/09 | Reviewed settlement analysis and corresponding letter. | W001 | AMA | 0.50 |
| 06/18/09 | Review settlement agreements and related documents re: insurance exhaustion issues (2.70); review and revise chart re: settlement and exhaustion issues (2.40); review and revise insurance policy data spreadsheets (1.10). | W001 | GFF | 6.20 |
| 06/18/09 | Continued to prepare proposed trial policy exhibit objections (2.20); additional attention to communications re: tables showing status of policy objections and "no objections" (.80); implement suggested additions to new availability and exhaustion coverage chart (2.80). | W001 | HEG | 5.80 |
| 06/18/09 | Reviewed information re: "available coverage policy chart." | W001 | IF | 2.60 |
| 06/18/09 | Searched files, in-house and online resources re: financial information. | W001 | IF | 1.20 |
| 06/18/09 | Revise insurance charts. | W001 | KS | 1.40 |
| 06/18/09 | Research state specific law re: insurance contract interpretation and related issues in varying states (4.80); compile findings into memo (2.80). | W001 | MC | 7.60 |
| 06/18/09 | Work on CIP special allocation at alternative allocation percentage rate. | W001 | MG | 4.80 |
| 06/18/09 | Pre-trial conference with Judge Fitzgerald (3.90); Attention to admission of insurance policy trial exhibits (2.00);  Attention to settlement agreement (1.00). | W001 | RMH | 6.90 |

{D0158588.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                   EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 15, 2009                                     INVOICE:              232931

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 06/18/09 | Research and draft analysis in connection with Phase I issues and related insurance coverage issues (4.30); follow-up re: settlement demand matters (1.50). | W001 | RYC | 5.80 |
| 06/19/09 | Research re: issues related to Phase I. | W001 | AMA | 2.00 |
| 06/19/09 | Insurance policy analysis of selected policies re: scope of bodily injury coverage (1.80); review insurance company policy Exhibits, comparing them to our versions of the policies (5.60). | W001 | GFF | 7.40 |
| 06/19/09 | Continued to prepare certain trial exhibit objection documents for shipping and submission (2.30); Reproduce, review and revise newly received policy exhibits (3.80); Review and communicate policy exhibit objection issues (.40); create and produce electronically proposed revisions to policy exhibits for stipulation (1.80). | W001 | HEG | 8.30 |
| 06/19/09 | Review and prepare Phase I Trial Exhibits. | W001 | IF | 5.10 |
| 06/19/09 | Research insurance coverage issue and input changes to memo. | W001 | MC | 3.80 |
| 06/19/09 | Work on CIP allocation. | W001 | MG | 4.40 |
| 06/19/09 | Preparation for Phase 1 of the Confirmation Hearing. | W001 | RMH | 8.10 |
| 06/19/09 | Follow-up research and analysis in connection with Phase I related issues. | W001 | RYC | 5.70 |
| 06/21/09 | Preparation for Phase I Confirmation Hearing. | W001 | RMH | 3.50 |
| 06/21/09 | One-half time charge for travel to Pittsburgh. | W019 | RMH | 1.00 |
| 06/21/09 | Research and analysis in connection with meet and confer related issues (1.80).   Research and analysis in connection with Phase I discovery related issues (1.40). | W001 | RYC | 3.20 |
| 06/22/09 | Research re: response to Phase I issues. | W001 | AMA | 2.60 |
| 06/22/09 | Attention to issues for response to settlement offer. | W001 | AMA | 0.20 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE

July 15, 2009

MATTER:  CLAIMANTS COMMITTEE

MATTER:        100055.WRG01

INVOICE:              232931

ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 06/22/09 | Analysis of selected settlement agreements and reimbursement agreements re: scope of release issues (3.20); analysis of selected insurance policies re: bodily injury coverage issues (2.40); review and revise insurance policy data spreadsheets (.70). | W001 | GFF | 6.30 |
| 06/22/09 | Assist R. Horkovich with preparation, execution and delivery of certain multiple sets of our proposed versions of Objector's policy-related trial exhibits (3.20); Began compilation and organization of working set of all final agreed upon policy-related Phase I Trial exhibits per R. Chung request (3.40). | W001 | HEG | 6.60 |
| 06/22/09 | Review settlement agreements re: "definition of bodily injury coverage." | W001 | IF | 2.20 |
| 06/22/09 | Reviewed and updated information re: reimbursement agreements and "release." | W001 | IF | 3.10 |
| 06/22/09 | Revise insurance charts. | W001 | KS | 0.70 |
| 06/22/09 | Finalize memo and send to R. Chung re: Phase I insurance coverage issues. | W001 | MC | 1.30 |
| 06/22/09 | Work on allocation (.60); work on analysis of proposal (4.00). | W001 | MG | 4.60 |
| 06/22/09 | Phase I Confirmation Hearing before Judge Fitzgerald (8.70). Prepare for same (2.00). Post-hearing follow-up (1.00). Attention to non-product coverage (2.00).  Attention to insurance company's coverage (1.00). | W001 | RMH | 14.70 |
| 06/22/09 | One-half time charge for travel from Pittsburgh to Philadelphia. | W019 | RMH | 1.00 |
| 06/22/09 | Preparation of additional settlement demands (0.80).   Review and follow-up on settlement negotiation analysis (2.30).  Review and analysis of Phase I discovery matters in connection with Phase II matters (2.50). Attention to insurance inquiries and follow-up e-mail responses (1.00). | W001 | RYC | 6.60 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 15, 2009                                              INVOICE:              232931

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/23/09 | Analysis of selected primary insurance policies re: deductibles, aggregates and retro premiums (1.90); draft memo re: deductibles, aggregates and retro premiums (.80); analysis of selected umbrella and excess insurance policies re: bodily injury coverage issues (1.70); analysis of selected settlement agreements and reimbursement agreements re: scope of release issues (1.80). | W001 | GFF | 6.20 |
| 06/23/09 | Create and edit new R. Horkovich generic coverage chart request (1.40); research and respond to new insurance company policy-related queries (3.30); continue reproduction and organization of Phase I Trial Exhibit binders per R. Chung request (2.70). | W001 | HEG | 7.40 |
| 06/23/09 | Reviewed and helped to prepare "clean" policy charts. | W001 | IF | 1.10 |
| 06/23/09 | Reviewed primary policies re: retrospective rating plan, deductibles, claim service agreements and SIRs. | W001 | IF | 4.90 |
| 06/23/09 | Reviewed and prepared information re: settlement agreement and insurance policy information. | W001 | IF | 1.20 |
| 06/23/09 | Work on London Market proposal (3.40); work on CIP alternative allocation percentage allocation (4.80). | W001 | MG | 8.20 |
| 06/23/09 | Participate in Phase I Confirmation Hearing with Judge Fitzgerald (4.40). Discussions with insurance company (0.90). Settlement demand to insurance company (0.50). Prepare for presentation to the Committee (2.00). Attention to depositions of Phase II Confirmation Hearing participants (1.00). | W001 | RMH | 8.80 |
| 06/23/09 | Insurance analysis and draft related e-mails regarding Phase I insurance coverage related issues (2.90). Research and analysis in connection with response to new insurance coverage impediments raised by various insurance related entities (3.20). Preparation of Phase II discovery (1.00). | W001 | RYC | 7.10 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                     EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

July 15, 2009                                                           INVOICE:              232931

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 06/24/09 | Additional edits re: new proposed generic coverage chart (1.30); continue reproduction and organization of Phase I policy-related Trial Exhibits per R. Chung request (3.60). | W001 | HEG | 4.90 |
| 06/24/09 | Updated and reviewed information re: settlement agreements and "release." | W001 | IF | 2.10 |
| 06/24/09 | Continued to review primary policies re: asbestos exclusion, deductibles and retro plans. | W001 | IF | 1.70 |
| 06/24/09 | Dupe and revise insurance charts. | W001 | KS | 0.60 |
| 06/24/09 | Research NY case law re: application of insurance coverage with multiple policies, multiple years and send findings to R. Chung. | W001 | MC | 6.70 |
| 06/24/09 | Work on CIP allocation model at alternative allocation percentage payment ratio. | W001 | MG | 6.70 |
| 06/24/09 | Retrieve documents from PACER website for attorney review (1.70); Organization of case materials in connection with Phase I discovery (1.30). | W001 | NJB | 3.00 |
| 06/24/09 | Attention to presentation to the Committee regarding settlement (6.00). Presentation to the Committee (0.90). Communicate with insurance company objections regarding witnesses (2.00). Conference call with plan proponents regarding settlement negotiations (0.70). Conference call with bankruptcy co-counsel regarding insurance company witnesses for Phase II Plan Confirmation (0.90). Confer with Lloyd's counsel (Sottile) in Equitas settlement (0.90). | W001 | RMH | 11.40 |
| 06/24/09 | Finalize new settlement demands (0.80). Prepare and review deposition matters related to Phase II discovery (1.80).   Review and draft analysis in connection with Phase I related matters (6.70). Review and draft analysis in connection with issues raised by insurance companies in settlement discussions (3.20). | W001 | RYC | 12.50 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

July 15, 2009                                  INVOICE:             232931

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/25/09 | Primary research request (.40); review and index recently received insurance company responses to document requests (2.80); continued creation and organization of policy-related Phase I trial exhibit binders (1.60). | W001 | HEG | 4.80 |
| 06/25/09 | Reviewed and updated information re: new policy chart with availability. | W001 | IF | 1.70 |
| 06/25/09 | Review and update information re: settlement agreements and "bodily injury" definition. | W001 | IF | 2.10 |
| 06/25/09 | Reviewed information and prepared email re: settlement agreement. | W001 | IF | 1.10 |
| 06/25/09 | Work on CIP allocation model. | W001 | MG | 4.30 |
| 06/25/09 | Follow-up presentation to the Committee regarding settlement (1.40); Follow-up regarding approval (.60). | W001 | RMH | 2.00 |
| 06/25/09 | Work on Phase II discovery matters (0.70). Continue responding to questions raised in connection with Phase I discovery related matters (2.70).  Further research and analysis in connection with issues raised by insurance companies in settlement discussions (4.50). | W001 | RYC | 7.90 |
| 06/26/09 | Document request responses reviewed and indexed (1.80); coverage charts reviewed for accuracy and edited as needed (1.40); Create proposed revisions to disclosure Plan Exhibit 6, Schedule 1 per R. Horkovich request (3.20). | W001 | HEG | 6.40 |
| 06/26/09 | Reviewed and updated information re: Confirmation Plan Exhibits 5 and 6. | W001 | IF | 5.40 |
| 06/26/09 | Work on CIP allocation at alternative allocation percentage payment ratio. | W001 | MG | 4.50 |
| 06/26/09 | Attention to retrieving information for attorney review from various sources. | W001 | NJB | 1.60 |
| 06/26/09 | Notice depositions of objecting insurance companies (1.00); Execute settlement agreement (.10). | W001 | RMH | 1.10 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 19

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

July 15, 2009                                                   INVOICE:          232931

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 06/26/09 | Draft and prepare Phase II related discovery (3.80). Research and analysis in connection with potential insurance coverage impediments raised by certain insurance companies (3.40). | W001 | RYC | 7.20 |
| 06/28/09 | Continued research and analysis in connection with potential insurance coverage impediments raised by certain insurance companies. | W001 | RYC | 3.80 |
| 06/29/09 | Search for decision, opinion per M. Chung request. | W001 | EQ | 0.50 |
| 06/29/09 | Reviewed newly received insurance company final windup plan (.80); Assisted M. Garbowski with proposed support documentation per R. Chung request (1.30); Continued to review proposed updates to Reorganization Plan's Exhibits 5 and 6, Schedules 1-4 (2.60). | W001 | HEG | 4.70 |
| 06/29/09 | Reviewed and updated information re: Exhibits 5 and 6 Schedules 1-3. | W001 | IF | 4.10 |
| 06/29/09 | Reviewed information re: insurance company in liquidation demand. | W001 | IF | 1.20 |
| 06/29/09 | Research re: litigation involving insurance company and debtors. | W001 | MC | 1.80 |
| 06/29/09 | Review and respond to E-mails re: burn rate (1.10); work on response to information request (2.20); work on alternative allocation percentage CIP allocation (3.50). | W001 | MG | 6.80 |
| 06/29/09 | Attention to discovery response issues. | W001 | NJB | 2.40 |
| 06/29/09 | Hearing with Judge Fitzgerald. | W001 | RMH | 1.00 |
| 06/29/09 | Research regarding Phase II discovery related issues (2.70).  Research and analysis regarding insurance coverage issues raised by insurance companies in settlement discussions (2.80). | W001 | RYC | 5.50 |
| 06/29/09 | Review list of cites, retrieve and review cases from Westlaw re: insurance history. | W001 | VT | 1.10 |
| 06/30/09 | Continued to review and edit proposed new Reorganization Plan Exhibits 5 and 6, Schedules 1 through 4 (2.90); continued to prepare proposed responses to insurance company support documentation requests (.90). | W001 | HEG | 3.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 20

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| July 15, 2009 | INVOICE:                232931 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/30/09 | Continued to review and prepare information re: Exhibits 5 and 6 (Schedules 1-4). | W001 | IF | 3.90 |
| 06/30/09 | Work on alternative allocation percentage CIP allocation (5.40); telephone conversation and e-mail D. Relles re: database (1.00). | W001 | MG | 6.40 |
| 06/30/09 | Conference call with plan proponents regarding settlements. | W001 | RMH | 1.20 |
| 06/30/09 | Attention to Phase II discovery matters (1.50). Attention to insurance company settlement related matters (1.90).   Follow-up research regarding potential allocation related arguments (2.00). | W001 | RYC | 5.40 |

**TOTAL FEES:**                                                            **$422,794.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 21

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

July 15, 2009                                                 INVOICE:         232931

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| A. Marcello Antonucci | 280.00 | 23.90 | 6,692.00 |
| Arline H Pelton | 230.00 | 7.90 | 1,817.00 |
| Corina K Nastu | 210.00 | 1.60 | 336.00 |
| Daryl Lyew | 230.00 | 0.30 | 69.00 |
| Diana R Gliedman | 500.00 | 29.30 | 14,650.00 |
| Esther Quiles | 105.00 | 0.50 | 52.50 |
| Glenn F Fields | 315.00 | 112.50 | 35,437.50 |
| Harris E Gershman | 255.00 | 127.90 | 32,614.50 |
| Izak Feldgreber | 275.00 | 117.60 | 32,340.00 |
| Kathleen Samet | 160.00 | 3.50 | 560.00 |
| Mark Garbowski | 545.00 | 117.70 | 64,146.50 |
| Michael Chung | 280.00 | 34.40 | 9,632.00 |
| Nicholas J Balsdon | 195.00 | 7.00 | 1,365.00 |
| Robert M Horkovich | 845.00 | 164.50 | 139,002.50 |
| Robert Y Chung | 555.00 | 150.90 | 83,749.50 |
| Victoria Talabacu | 255.00 | 1.10 | 280.50 |
| William D Katz | 100.00 | 0.50 | 50.00 |
| **TOTAL FEES:** | | | **$422,794.50** |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 22

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| July 15, 2009 | INVOICE:          232931 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| A. Marcello Antonucci | 23.90 | 6,692.00 |
| Corina K Nastu | 1.60 | 336.00 |
| Daryl Lyew | 0.30 | 69.00 |
| Diana R Gliedman | 29.30 | 14,650.00 |
| Esther Quiles | 0.50 | 52.50 |
| Glenn F Fields | 112.50 | 35,437.50 |
| Harris E Gershman | 127.90 | 32,614.50 |
| Izak Feldgreber | 117.60 | 32,340.00 |
| Kathleen Samet | 3.50 | 560.00 |
| Michael Chung | 34.40 | 9,632.00 |
| Mark Garbowski | 117.70 | 64,146.50 |
| Nicholas J Balsdon | 7.00 | 1,365.00 |
| Robert M Horkovich | 160.50 | 135,622.50 |
| Robert Y Chung | 150.90 | 83,749.50 |
| Victoria Talabacu | 1.10 | 280.50 |
| William D Katz | 0.50 | 50.00 |
| **TOTAL:** | **889.20** | **$417,597.50** |

ACTIVITY CODE: W011      Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 7.90 | 1,817.00 |
| **TOTAL:** | **7.90** | **$1,817.00** |

ACTIVITY CODE: W019      Travel (non-working)

| | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 4.00 | 3,380.00 |
| **TOTAL:** | **4.00** | **$3,380.00** |

{D0158588.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                                EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 23

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 15, 2009                                                    INVOICE:            232931

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| COSTS through 06/30/09 |
|:---:|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 05/06/09 | AIRFARE/RAIL EXPS. Ticket #: 7422482532 For: ROBERT HORKOVICH on 5/6/2009 Carrier Code: CO to EWR PIT Invoice # 357326 | E110 | (419.60) |
| 05/28/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 921720940 Tracking Number: 792151925870 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Jacob Cohn, Cozen O Connor, 1900 Market Street, PHILADELPHIA, PA, 19103, US | E107 | 6.47 |
| 06/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges May 1, 2009 through May 31, 2009 | E106 | 388.41 |
| 06/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges May 1, 2009 through May 31, 2009 | E106 | 115.94 |
| 06/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges May 1, 2009 through May 31, 2009 | E106 | 3.24 |
| 06/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges May 1, 2009 through May 31, 2009 | E106 | 18.13 |
| 06/01/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 06/01/09 | DI - PHOTOCOPYING | E101 | 2.40 |
| 06/02/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 921720940 Tracking Number: 790176250093 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: William Bowman, Hogan & Hartson LLP, 555 13th Street, NW, WASHINGTON, DC, 20004, US | E107 | 8.10 |
| 06/03/09 | DI - PHOTOCOPYING | E101 | 4.20 |
| 06/04/09 | DI - PHOTOCOPYING | E101 | 1.40 |
| 06/04/09 | DI - PHOTOCOPYING | E101 | 5.00 |
| 06/04/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/04/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 06/08/09 | DI - PHOTOCOPYING | E101 | 0.80 |

{D0158588.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 24

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 15, 2009                                      INVOICE:              232931

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 06/08/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/09/09 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# F019-3126 Local travel expenses on 05/06/09 | E109 | 171.75 |
| 06/09/09 | DI - PHOTOCOPYING | E101 | 4.80 |
| 06/09/09 | DI - PHOTOCOPYING | E101 | 4.90 |
| 06/10/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Charges incurred while participation telephonically on CourtCall conferences | E124 | 547.85 |
| 06/10/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 06/11/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 923340538 Tracking Number: 791230029858 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michael Kotula, Rivkin Radler & Kremer, 926 RexCorp Plaza, UNIONDALE, NY 11556, US | E107 | 9.43 |
| 06/11/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 923340538 Tracking Number: 798104328291 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michael F Brown, Drinker Biddle & Reath LLP, 1 Logan Sq Ste 2000, PHILADELPHIA, PA, 19103, US | E107 | 6.99 |
| 06/11/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 923340538 Tracking Number: 790177410297 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Damon N Vocke, Esq., North Star Reinsurance Corpora, 695 Main St, STAMFORD, CT, 06901, US | E107 | 6.99 |
| 06/11/09 | DI - PHOTOCOPYING | E101 | 2.70 |
| 06/11/09 | DI - PHOTOCOPYING | E101 | 8.80 |
| 06/11/09 | DI - PHOTOCOPYING | E101 | 8.50 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                      EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 25

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

July 15, 2009                                                    INVOICE:        232931

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 06/12/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 923340538 Tracking Number: 792797103894 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Tiffany S Cobb, Esq., Vorys, Sater, Seymour and Peas, 52 E Gay St, COLUMBUS, OH, 43215, US | E107 | 9.70 |
| 06/12/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 923340538 Tracking Number: 792797103953 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: William J Pohlman, Esq., Vorys, Sater, Seymour and Peas, 52 E Gay St, COLUMBUS, OH, 43215, US | E107 | 9.70 |
| 06/12/09 | DI - PHOTOCOPYING | E101 | 4.90 |
| 06/12/09 | DI - PHOTOCOPYING | E101 | 20.80 |
| 06/15/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 06/15/09 | DI - PHOTOCOPYING | E101 | 1.60 |
| 06/16/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 923340538 Tracking Number: 799421035638 Reference: 100055 WRG01 04 201 Billing Note: From: Diana R Gliedman, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Jason Komorsky, Morgan, Lewis & Bockius LLP, 300 S Grand Ave Fl 22, LOS ANGELES, CA, 90071, US | E107 | 16.95 |
| 06/16/09 | DI - FAX CHARGES | E104 | 19.50 |
| 06/16/09 | DI - PHOTOCOPYING | E101 | 1.80 |
| 06/16/09 | DI - PHOTOCOPYING | E101 | 1.00 |
| 06/16/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 06/16/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 06/17/09 | DI - FAX CHARGES | E104 | 130.50 |
| 06/17/09 | DI - FAX CHARGES | E104 | 39.00 |
| 06/17/09 | DI - FAX CHARGES | E104 | 13.50 |
| 06/17/09 | DI - FAX CHARGES | E104 | 4.50 |
| 06/17/09 | DI - FAX CHARGES | E104 | 30.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 26

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

July 15, 2009                                                      INVOICE:        232931

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|--|--------|
| 06/17/09 | DI - PHOTOCOPYING | E101 | 130.40 |
| 06/17/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 06/17/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 06/17/09 | DI - PHOTOCOPYING | E101 | 115.20 |
| 06/17/09 | DI - PHOTOCOPYING | E101 | 2.10 |
| 06/17/09 | DI - PHOTOCOPYING | E101 | 1.20 |
| 06/17/09 | DI - PHOTOCOPYING | E101 | 13.00 |
| 06/18/09 | DI - PHOTOCOPYING | E101 | 48.80 |
| 06/18/09 | DI - PHOTOCOPYING | E101 | 7.10 |
| 06/19/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 924146736 Tracking Number: 869830604468 Reference: 100055 WR601 Billing Note: From: H. GERSHMAN, ANDERSON KILL & OLICK PC, 1251 6TH AVE FL 43, NEW YORK, NY, 100201104, US To: ROBERT HORKOVICH ANDERON KILL, C/O OMNI WILLIAM PENN HOTEL, 530 WILLIAM PENN PL, PITTSBURGH, PA, 15219, US | E107 | 51.52 |
| 06/19/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 924146736 Tracking Number: 869830604479 Reference: 100055 WRG01 Billing Note: From: H GERSHMAN, ANDERSON KILL & OLICK PC, 1251 6TH AVE FL 43, NEW YORK, NY, 100201104, US To: ROBERT HORKOVICH ESQ ANDERSON , C/O OMNI WILLIAM PENN & HOTEL, 530 WILLIAM PENN PL, PITTSBURGH, PA, 15219, US | E107 | 61.62 |
| 06/19/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 924146736 Tracking Number: 798105322852 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Robert M Horkovich, guest c/o Omni William Penn Ho, 530 William Penn Place, PITTSBURGH, PA, 1521 9, US | E107 | 47.87 |
| 06/19/09 | DI - PHOTOCOPYING | E101 | 2.50 |
| 06/19/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/19/09 | DI - PHOTOCOPYING | E101 | 122.80 |
| 06/19/09 | DI - PHOTOCOPYING | E101 | 87.00 |
| 06/19/09 | DI - PHOTOCOPYING | E101 | 14.80 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 27

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

July 15, 2009                                               INVOICE:              232931

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|--|--------|
| 06/19/09 | DI - PHOTOCOPYING | E101 | 20.20 |
| 06/19/09 | DI - PHOTOCOPYING | E101 | 2.80 |
| 06/23/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 924146736 Tracking Number: 791231361384 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Eileen T. McCabe, Esq., Mendes & Mount LLP, 750 Seventh Avenue, NEW YORK CITY, NY, 10019, US | E107 | 6.99 |
| 06/23/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court Call charges incurred while participating in telephonic hearing | E124 | 67.50 |
| 06/23/09 | DI - PHOTOCOPYING | E101 | 1.50 |
| 06/23/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 06/23/09 | DI - PHOTOCOPYING | E101 | 2.50 |
| 06/25/09 | DI - PHOTOCOPYING | E101 | 3.60 |
| 06/25/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 06/25/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/25/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 06/25/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 06/26/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 06/29/09 | DI - PHOTOCOPYING | E101 | 1.50 |
| 06/29/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/29/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 06/29/09 | DI - PHOTOCOPYING | E101 | 0.90 |
| 06/29/09 | DI - PHOTOCOPYING | E101 | 0.90 |
| 06/30/09 | AIRFREIGHT - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 6/21-22 re: Phase I confirmation hearing | E124 | 21.00 |
| 06/30/09 | OTHER - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 6/21-22 re: Phase I confirmation hearing: Miscellaneous charge at Omni Hotel | E124 | 5.00 |
| 06/30/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Cell phone charges incurred while participating on W.R. Grace telephonic hearings | E124 | 115.18 |

{D0158588.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 28

W.R. GRACE/CLAIMANTS COMMITTEE       MATTER:     100055.WRG01

July 15, 2009            INVOICE:        232931

MATTER:  CLAIMANTS COMMITTEE          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 06/30/09 | TRAVEL AND/OR HOTEL EXPS. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 6/21-22 re: Phase I confirmation hearing - HOTEL | E110 | 198.36 |
| 06/30/09 | TRAVEL AND/OR HOTEL EXPS. - VENDOR: HORKOVICH, ROBERT M. - TAXI taken to Downtown DC from Reagan Airport and taxi taken to Airport from Downtown. (6/16) | E110 | 30.00 |
| 06/30/09 | TRAVEL AND/OR HOTEL EXPS. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 6/21-22 re: Phase I confirmation hearing - TAXI taken to Downtown from Airport and taken to Airport from Downtown | E110 | 90.00 |
| 06/30/09 | MEALS AWAY & TRAVEL EXP. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 6/21-22 re: Phase I confirmation hearing - ALL MEALS | E111 | 77.55 |
| 06/30/09 | DI - PHOTOCOPYING | E101 | 0.10 |

**TOTAL COSTS:**                                    **$2,568.94**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 29

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

July 15, 2009                                                    INVOICE:           232931

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 263.33 |
| AR | AIRFARE/RAIL EXPS. | (419.60) |
| FX | DI - FAX CHARGES - | 237.00 |
| LB | LIBRARY & LEGAL RESEARCH | 525.72 |
| LT | LOCAL TRAVEL | 171.75 |
| MS | OTHER | 5.00 |
| TE | AP - TELEPHONE - | 730.53 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 318.36 |
| TS | MEALS AWAY & TRAVEL EXP. | 77.55 |
| XE | DI - PHOTOCOPYING - | 659.30 |
| | **TOTAL COSTS:** | **$2,568.94** |

**TOTAL DUE:**                              **$425,363.44**

{D0158588.1 }