## EXHIBIT A

### Case Administration (246.10 Hours; $ 102,149.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.70 | $840 | 3,948.00 |
| Trevor W. Swett | .50 | $660 | 330.00 |
| Bernard Bailor | 98.80 | $630 | 62,244.00 |
| Rita C. Tobin | .60 | $530 | 318.00 |
| Andrew J. Sacket | 42.20 | $295 | 12,449.00 |
| Michael C. Greene | 76.70 | $235 | 18,024.50 |
| David B. Smith | .50 | $235 | 117.50 |
| Daniel W. Bell | 8.50 | $225 | 1,912.50 |
| Jon S. Sabol | 1.90 | $225 | 427.50 |
| Eugenia Benetos | 9.70 | $205 | 1,988.50 |
| Connie J. Kim | 2.00 | $195 | 390.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/09 | BSB | 630.00 | 8.50 | Witness preparation - Welch (3.2); pleadings (.5); conference call regarding strategy (4.8). |
| 06/01/09 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 06/01/09 | MCG | 235.00 | 1.00 | Per NDF, assemble intended Arthur Frank deposition exhibits and quality check copy sets of same for attorney review. |
| 06/01/09 | CJK | 195.00 | 2.00 | Assist M. Fanone w/drafting PowerPoint presentation. |
| 06/02/09 | BSB | 630.00 | 7.60 | Deposition preparation (4.9); telephone conference with Dr. Friedman (.5); review medical reports (2.2). |
| 06/02/09 | PVL | 840.00 | 0.10 | Review 12 miscellaneous filings. |
| 06/02/09 | MCG | 235.00 | 0.20 | Per NDF, remove and replace certain intended Arthur Frank deposition exhibits and assemble same for attorney review. |
| 06/02/09 | MCG | 235.00 | 0.50 | Per NDF, locate and assemble requested deposition transcripts for attorney reference and review. |
| 06/02/09 | AJS | 295.00 | 0.60 | Review of briefs; meeting with KCM regarding creditor research. |
| 06/03/09 | BSB | 630.00 | 7.30 | Read Frank depositions (3.6); read pleadings and briefs (2.3); work on deposition preparation (1.4). |

{D0158591.1 }

| 06/03/09 | MCG | 235.00 | 5.00 | Quality-check and assemble copy sets of intended Arthur Frank deposition exhibits, prepare same for overnight delivery to Philadelphia, PA., and update index of intended exhibits for attorney reference. |
| 06/03/09 | AJS | 295.00 | 0.60 | Meeting with KCM regarding standing and objection research (2x). |
| 06/03/09 | AJS | 295.00 | 0.40 | Review of insurer standing briefs. |
| 06/03/09 | AJS | 295.00 | 0.50 | Legal research regarding plan objections. |
| 06/04/09 | BSB | 630.00 | 5.10 | Read rough draft of Welch deposition (3.3); deposition preparation (1.8). |
| 06/04/09 | MCG | 235.00 | 1.00 | Quality-check blowback replacement copies of Arthur Frank intended deposition exhibits. |
| 06/04/09 | AJS | 295.00 | 6.80 | Legal research regarding standing. |
| 06/05/09 | BSB | 630.00 | 7.00 | Frank deposition (7.0). |
| 06/05/09 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 06/05/09 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 06/05/09 | MCG | 235.00 | 6.30 | Attend deposition of Arthur Frank. |
| 06/05/09 | AJS | 295.00 | 6.40 | Review of cases in insurer standing brief and updating of research; meeting with KCM regarding same; review of insurer standing brief. |
| 06/05/09 | EB | 205.00 | 0.50 | Draft email to RCT and AWG re: committee expense protocol. (.5) |
| 06/08/09 | BSB | 630.00 | 8.00 | Telephone (3) Dr. Friedman (.6); read materials from Friedman (2.9); expert witness deposition preparation (4.5). |
| 06/08/09 | PVL | 840.00 | 1.80 | Review 8 miscellaneous filings (.1); review docs in office to send to files (1.7). |
| 06/08/09 | MCG | 235.00 | 2.20 | Review NDF's outline re upcoming deposition of Dr. Whitehouse and prepare potential exhibits re same. |
| 06/08/09 | MCG | 235.00 | 0.50 | Complete Records file request forms for various pleadings and other recent filings. |

| 06/09/09 | BSB | 630.00 | 8.20 | Research medical articles for cross examination (4.7); review expert report (2.3); read pleadings (1.2). |
| 06/09/09 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 06/09/09 | MCG | 235.00 | 0.20 | Per BSB, make necessary revisions to list of potential exhibits for upcoming deposition of Dr. Whitehouse. |
| 06/09/09 | MCG | 235.00 | 0.30 | Review and save electronic versions of deposition transcripts to the system for attorney reference and review. |
| 06/09/09 | MCG | 235.00 | 1.50 | Per WBS, conduct files search for deposition transcripts and expert reports authored by Denise Martin Neumann and assemble same for attorney review. |
| 06/09/09 | MCG | 235.00 | 1.00 | Complete Records file request forms for various pleadings, expert reports, and other recent correspondence. |
| 06/10/09 | BSB | 630.00 | 8.90 | Research for deposition preparation (6.2); meeting with NDF (1.0); conference call with Dr. Friedman with JPW (1.2); e-mail to Stockman (.5). |
| 06/10/09 | MCG | 235.00 | 0.50 | Per NDF, assemble recently received deposition transcripts for Drs. Welch and Frank for attorney review. |
| 06/10/09 | MCG | 235.00 | 3.00 | Continue preparing and assembling potential deposition exhibits for upcoming deposition of Dr. Whitehouse. |
| 06/10/09 | MCG | 235.00 | 0.50 | Review final Arthur Frank deposition transcript and exhibits for accuracy and upload same to system for files and attorney review and reference. |
| 06/10/09 | MCG | 235.00 | 1.00 | Per NDF, burn requested copies of CARD Mortality Study CDs for attorney reference and review. |
| 06/10/09 | MCG | 235.00 | 2.50 | Attend meeting with NDF, JMR and DBS re Dr. Whitehouse deposition preparation materials and make necessary changes to materials as requested by NDF. |
| 06/11/09 | PVL | 840.00 | 0.60 | Review Grace docs for filing (.5); review agenda (.1). |

| 06/11/09 | MCG | 235.00 | 2.00 | Per JMR, review, quality-check, assemble and organize potential exhibits for upcoming deposition of Dr. Whitehouse. |
|---|---|---|---|---|
| 06/11/09 | MCG | 235.00 | 1.00 | Per JPW, conduct files search for requested Peterson reliance materials. |
| 06/11/09 | MCG | 235.00 | 1.50 | Per NDF and JMR, create requested PDFs of potential exhibits for upcoming deposition of Dr. Whitehouse and provide same to NDF and JMR for reference and review. |
| 06/11/09 | MCG | 235.00 | 0.50 | Complete Records file request forms for various pleadings and expert reports. |
| 06/11/09 | EB | 205.00 | 6.50 | T/C with APB re: committee expense protocol, email RCT. (1); perform review of correspondence/memos re: payment percentage. Organize in reverse chronological order and PDF to AJS in DCO. (5.5) |
| 06/12/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 06/12/09 | MCG | 235.00 | 4.20 | Quality-check copy sets of potential exhibits (as well as thumb drive/data stick containing same) for deposition of Dr. Whitehouse and assemble same for delivery to JMR. |
| 06/12/09 | MCG | 235.00 | 0.30 | Per attorney request, create .ZIP files of potential exhibits for deposition of Dr. Whitehouse and email same to NDF for review. |
| 06/12/09 | MCG | 235.00 | 3.00 | Per attorney request, burn necessary copies of Libby Experts Reliance Materials CDs re CARD Mortality Study. |
| 06/12/09 | MCG | 235.00 | 1.00 | Prepare sets of potential exhibits and other materials related to upcoming deposition of Dr. Whitehouse for overnight delivery to Seattle, WA. |
| 06/12/09 | MCG | 235.00 | 0.50 | Review and upload recently received deposition transcript of Mark Peterson to system for attorney review and reference. |
| 06/15/09 | BSB | 630.00 | 5.70 | Response to Heberling e-mail regarding Stockman (1.0); meeting with JPW (.5); read various pleadings (2.7); conference call with Dr. Friedman and JPW (.8); conference call with Dr. Stockman and JPW (.2); read various e-mails (.5). |

| 06/15/09 | MCG | 235.00 | 0.50 | Assemble requested deposition transcripts for attorney review. |
| 06/15/09 | MCG | 235.00 | 0.50 | Per BSB, conduct files search for recently received CDs containing Dr. Whitehouse Power Point presentations. |
| 06/16/09 | BSB | 630.00 | 6.40 | Read J. Hughes deposition (3.9); telephone conference with Dr. Friedman (.3); review chart regarding Libby issues - prepare outline (2.2). |
| 06/16/09 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 06/16/09 | MCG | 235.00 | 1.50 | Per JPW, pull from PACER docket all recently filed Phase II Witness designation pleadings. |
| 06/16/09 | MCG | 235.00 | 0.70 | Per BSB, locate Freidman PowerPoint CDs and burn requested copies of same for overnight delivery to expert witnesses. |
| 06/17/09 | DBS | 235.00 | 0.50 | Review and organize case files for storage. |
| 06/17/09 | MCG | 235.00 | 2.50 | Per JPW, create a list of all witnesses designated (and the respective designating party) for Phase II of confirmation hearing. |
| 06/17/09 | MCG | 235.00 | 0.50 | Per attorney request, pull requested document from PACER docket. |
| 06/17/09 | EB | 205.00 | 0.20 | Perform review of correspondence files re: Grace. Emails to DCO. (.2) |
| 06/18/09 | MCG | 235.00 | 1.80 | Per JPW, create a list of all witnesses designated (and the respective designating party) for Phase II of confirmation hearing. |
| 06/18/09 | MCG | 235.00 | 1.00 | Make arrangements with court reporters to receive .LEF and other missing electronic files for recent depositions. |
| 06/18/09 | MCG | 235.00 | 0.50 | Per JMR, contact Hilton Seattle Airport & Conference Center and FedEx re delivery status of deposition materials. |
| 06/18/09 | AJS | 295.00 | 0.20 | Meeting with NDF and JPW regarding Friedman deposition. |
| 06/18/09 | AJS | 295.00 | 0.80 | Meeting with JPW regarding Friedman deposition. |

| 06/18/09 | AJS | 295.00 | 0.20 | Review of e-mails from JPW regarding Friedman deposition. |
| 06/19/09 | PVL | 840.00 | 0.20 | Review 22 miscellaneous filings. |
| 06/19/09 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 06/19/09 | MCG | 235.00 | 0.50 | Organize witness files in case room for easy reference. |
| 06/19/09 | MCG | 235.00 | 1.00 | Per NDF, quality-check Laura Welch 6/3/09 deposition exhibits for accuracy. |
| 06/19/09 | MCG | 235.00 | 3.20 | Per NDF, locate necessary documents and create witness files for Frank, Whitehouse, Hughes, Inselbuch and Peterson. |
| 06/19/09 | MCG | 235.00 | 0.50 | Per AJS, assemble a complete set of CDs related to Dr. Whitehouse's expert reports for attorney reference. |
| 06/19/09 | MCG | 235.00 | 2.00 | Per AJS, burn requested PowerPoint presentations to CD for attorney reference. |
| 06/19/09 | AJS | 295.00 | 5.30 | Review of Friedman report and power points; review of Whitehouse and Frank reports; preparation for Friedman deposition. |
| 06/19/09 | AJS | 295.00 | 0.40 | Phone call with Friedman regarding deposition. |
| 06/19/09 | AJS | 295.00 | 0.30 | Phone call with JPW regarding Friedman deposition. |
| 06/19/09 | AJS | 295.00 | 0.20 | Phone call with NDF regarding Friedman deposition. |
| 06/19/09 | EB | 205.00 | 2.00 | Organize correspondence files in chronological order.  Prepare for transport to the warehouse. (2) |
| 06/20/09 | AJS | 295.00 | 3.00 | Review of Friedman report and power points. |
| 06/21/09 | AJS | 295.00 | 0.60 | Phone call with Friedman regarding deposition (2x). |
| 06/21/09 | AJS | 295.00 | 0.60 | Phone call with JPW regarding Friedman deposition. |
| 06/21/09 | AJS | 295.00 | 2.50 | Review of Whitehouse and Frank expert reports and Welch and Frank deposition transcripts. |
| 06/22/09 | BSB | 630.00 | 5.70 | Read various pleadings and e-mails (1.4); read Whitehouse transcript (4.3). |

| 06/22/09 | MCG | 235.00 | 0.70 | Upload various deposition transcripts to LiveNote for attorney review and save marked deposition exhibits to files for attorney reference. |
|---|---|---|---|---|
| 06/22/09 | MCG | 235.00 | 1.00 | Per NDF, download and save to files all Dr. Whitehouse deposition exhibits from online repository. |
| 06/22/09 | AJS | 295.00 | 0.50 | Preparation for Friedman deposition. |
| 06/22/09 | AJS | 295.00 | 2.00 | Meetings with Friedman regarding deposition (several x). |
| 06/22/09 | AJS | 295.00 | 7.50 | Friedman deposition. |
| 06/23/09 | BSB | 630.00 | 4.70 | Read Hartman deposition (4.9). |
| 06/23/09 | MCG | 235.00 | 3.50 | Organize and quality-check copy sets of intended exhibits for deposition of Craig Molgaard and meet with Daniel Bell re same. |
| 06/23/09 | MCG | 235.00 | 0.80 | Meet with NDF, EGB, JMR and DBS re trial and witness box preparation. |
| 06/23/09 | AJS | 295.00 | 0.20 | Meeting with NDF regarding Friedman deposition. |
| 06/23/09 | AJS | 295.00 | 0.20 | Phone call with Friedman regarding deposition. |
| 06/23/09 | AJS | 295.00 | 0.60 | Meeting with JPW regarding Friedman deposition. |
| 06/24/09 | PVL | 840.00 | 0.20 | Review 14 misc. filings. |
| 06/24/09 | MCG | 235.00 | 2.70 | Per NDF, locate and organize for attorney review intended exhibits for use at Phase II Confirmation hearing. |
| 06/24/09 | DWB | 225.00 | 2.50 | Preparing documents for deposition. |
| 06/25/09 | MCG | 235.00 | 4.30 | Continue gathering and organizing hard and soft copies of intended exhibits for use of Phase II Confirmation hearing. |
| 06/25/09 | DWB | 225.00 | 6.00 | Deposition of Craig Moolgaard. |
| 06/26/09 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 06/26/09 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |

| 06/26/09 | AJS | 295.00 | 0.20 | Preparation of e-mails to MAF and review of e-mails from MAF regarding deposition transcript. |
| 06/29/09 | BSB | 630.00 | 9.20 | Review Longo expert report and prior testimony (4.9); conference with NDF, JPW and AJS (.5); read Friedman deposition (3.8). |
| 06/29/09 | PVL | 840.00 | 1.20 | Participate telephonic hearing (1.1); review 5 miscellaneous filings (.1). |
| 06/29/09 | TWS | 660.00 | 0.50 | Telephone conference with EI, PVNL, NDF re scope of expected work and staffing for confirmation proceeding (Total time 1.0 hour divided between two clients) |
| 06/29/09 | MCG | 235.00 | 2.80 | Continue gathering and organizing hard and soft copies of intended exhibits for use of Phase II Confirmation hearing and quality-check same for attorney review. |
| 06/29/09 | AJS | 295.00 | 0.50 | Meeting with NDF, BSB and JPW regarding expert witness materials. |
| 06/29/09 | AJS | 295.00 | 0.80 | Review of Friedman deposition transcript. |
| 06/29/09 | AJS | 295.00 | 0.10 | Preparation of e-mail to Friedman regarding deposition transcript. |
| 06/29/09 | EB | 205.00 | 0.50 | Review, classify, and annotate relevant material concerning conference call minutes for EI. (.5) |
| 06/30/09 | BSB | 630.00 | 6.50 | Read and analyze Moolgard deposition (4.2); read Lango Reliance materials (2.3); travel to Duluth, Georgia (5.6). |
| 06/30/09 | MCG | 235.00 | 1.00 | Quality-check hard and soft copies of intended exhibits for use of Phase II Confirmation hearing. |
| 06/30/09 | MCG | 235.00 | 2.00 | Review case files in Accutrac and complete Records File Request forms for recent filings as well as deposition transcripts and exhibits. |
| 06/30/09 | AJS | 295.00 | 0.20 | Review of e-mails from NDF regarding expert reliance. |
| 06/30/09 | JSS | 225.00 | 1.90 | Research; writing memo. |

**Total Task Code .04**          **246.10**

**Employee Benefits/Pension (.20 Hours; $ 168.00)**

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | .20 | | $840 | 168.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/11/09 | PVL | 840.00 | 0.10 | Review Charter Oak memo re pension plan. |
| 06/15/09 | PVL | 840.00 | 0.10 | Teleconference Hurford. |

**Total Task Code .08**          **.20**

**Fee Applications, Applicant (5.80 Hours; $ 2,424.00)**

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Rita C. Tobin | | 3.80 | | $530 | 2,014.00 |
| Eugenia Benetos | | 2.00 | | $205 | 410.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/09/09 | RCT | 530.00 | 0.50 | Conferences/emails re expense issue (.5) |
| 06/09/09 | EB | 205.00 | 0.50 | Review and QC fee auditor response. Send email to AWG. (.5) |
| 06/15/09 | RCT | 530.00 | 1.00 | Review prebills (1.0) |
| 06/17/09 | RCT | 530.00 | 0.50 | Review exhibits (.5) |
| 06/18/09 | RCT | 530.00 | 1.00 | Address fee issues (1.0) |
| 06/19/09 | RCT | 530.00 | 0.60 | Review fee chart (.1); address fee issues (.5) |

| 06/22/09 | EB | 205.00 | 1.00 | Work on monthly fee application. (1) |
| 06/23/09 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. (.5) |
| 06/25/09 | RCT | 530.00 | 0.20 | Review schedule re fee applications, July (.2) |

**Total Task Code .12        5.80**


## Litigation and Litigation Consulting (823.40 Hours; $ 477,296.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 31.20 | $920 | 28,704.00 |
| Peter Van N. Lockwood | 149.30 | $840 | 125,412.00 |
| Walter B. Slocombe | 19.30 | $720 | 13,896.00 |
| Nathan D. Finch | 153.20 | $610 | 93,452.00 |
| Ann C. McMillan | .40 | $580 | 232.00 |
| Kevin C. Maclay | 175.40 | $495 | 86,823.00 |
| James P. Wehner | 147.40 | $495 | 72,963.00 |
| Jeffrey A. Liesemer | 79.10 | $495 | 39,154.50 |
| Jeanna M. Rickards | 9.10 | $320 | 2,912.00 |
| Todd E. Phillips | 19.10 | $270 | 5,157.00 |
| Daniel W. Bell | 6.20 | $225 | 1,395.00 |
| David B. Smith | 15.60 | $235 | 3,666.00 |
| Marissa A. Fanone | 18.10 | $195 | 3,529.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/09 | PVL | 840.00 | 6.00 | Correct PVNL depo (.1); review email and reply (.3); review draft stip re ins (.1); teleconference Horkovich (.9); confer KCM re brief (.8); teleconference Bernick, Harding, Baer, Guy, Mehaley, Horkovich, NDF, JAL and KCM (2.9); confer JAL (.4); confer NDF and JAL (.5). |
| 06/01/09 | EI | 920.00 | 1.70 | Read Edwards memo (.1); t/c NDF re: XBT schedule (.1); XBT prep (1.5). |
| 06/01/09 | NDF | 610.00 | 7.40 | Prepare Welch for deposition (4.0); review materials for Peterson preparation (1.5); teleconference with Peterson (0.8); teleconference with Bernick re case issues (1.1). |
| 06/01/09 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between Debtors' counsel re: Phase I issues. |

| 06/01/09 | JAL | 495.00 | 0.10 | Drafted e-mail to PVNL and NDF re: Phase I issues. |
|----------|-----|--------|------|---------------------------------------------------|
| 06/01/09 | JAL | 495.00 | 0.40 | Drafted e-mail to NDF re: confirmation related discovery. |
| 06/01/09 | JAL | 495.00 | 0.30 | Drafted and revised memo to PVNL and NDF re: confirmation trial briefs. |
| 06/01/09 | JAL | 495.00 | 0.60 | Drafted and revised memo to PVNL re: confirmation issue. |
| 06/01/09 | JAL | 495.00 | 0.20 | Review and analysis of materials relating to insurance neutrality. |
| 06/01/09 | JAL | 495.00 | 2.90 | Tele. conf. w/Plan Proponents' counsel re: confirmation issues. |
| 06/01/09 | JAL | 495.00 | 0.40 | Office conf. w/NDF re: confirmation issues. |
| 06/01/09 | JAL | 495.00 | 0.60 | Teleconf. w/PVNL and NDF re: confirmation issues. |
| 06/01/09 | JAL | 495.00 | 0.20 | Review and analysis of Phase I trial briefs. |
| 06/01/09 | JPW | 495.00 | 7.50 | E-mails re (ARI) clinic (.2); telephone conference with Grace and FCR re strategy issues (2.4); research insurance issues (2.1); e-mails re discovery (.6); deposition preparation - 30(b)(6) issues (2.2) |
| 06/01/09 | KCM | 495.00 | 13.00 | Review/analyze correspondence (.2); plan/prepare for and meet with PVNL re Phase I brief (.9); plan/prepare for and appear/attend and telephonic conference with Plan Proponents re case strategy and issues (2.8); review/analyze insurer briefs and draft/revise response brief (9.1) |
| 06/02/09 | PVL | 840.00 | 7.10 | Review email and reply (.5); review revised Travelers TS and reply (.1); review Geico Phase I brief (1.3); review Fed Ins Phase I brief (.6); review FFIC brief (.6); review CNA brief (.6); review AXA brief (.2); review Arrowood briefs (.7); review Libby cls obj summary (.1); teleconference Freedman (.7); teleconference Freedman, Baer, Harding, Guy, Horkovich, KCM and JAL (1.1); confer KCM (.3); review UCC motion to modify CMO and email Freedman (.3). |
| 06/02/09 | WBS | 720.00 | 0.20 | Conference with JAL re Neumann Martin deposition. |

| 06/02/09 | EI | 920.00 | 2.00 | XBT preparation. |
|---|---|---|---|---|
| 06/02/09 | NDF | 610.00 | 7.10 | Prepare for plan confirmation hearing - EI deposition preparation (2.8); deposition preparation - Whitehouse and Frank (4.3). |
| 06/02/09 | JAL | 495.00 | 3.40 | Review and analysis of Phase I trial briefs. |
| 06/02/09 | JAL | 495.00 | 0.60 | Revisions and editing of memo to EI re: confirmation discovery issues. |
| 06/02/09 | JAL | 495.00 | 0.10 | Office conf. w/WBS re: upcoming depositions. |
| 06/02/09 | JAL | 495.00 | 1.30 | Tele. conf. w/PVNL, KCM, and plan proponents' counsel re: Phase I and other plan issues. |
| 06/02/09 | JAL | 495.00 | 0.40 | Review and analysis of materials relating to confirmation issues. |
| 06/02/09 | JAL | 495.00 | 0.60 | Drafted e-mail to WBS re: confirmation-related discovery. |
| 06/02/09 | JAL | 495.00 | 0.30 | Review and analysis of recent court submissions relating to confirmation. |
| 06/02/09 | JPW | 495.00 | 8.20 | Research Libby issues - deposition preparation (4.9); construct TDP chart (1.8); e-mails re depositions (1.0); review filed objections (.5) |
| 06/02/09 | KCM | 495.00 | 9.10 | Review/analyze Phase I briefs and draft/revise response brief and review/analyze related materials (6.7); meet with AJS re research (.3); plan/prepare for and appear/attend telephone conference with Plan Proponents re trial briefs (1.3); meet with DWB re research (.01); meet with PVNL re brief issues (.2); research brief issues (.5) |
| 06/02/09 | DWB | 225.00 | 4.20 | Research standing to object to Plan |
| 06/03/09 | PVL | 840.00 | 4.70 | Review email and reply (.4); teleconference Bernick (1.1); review revised Royal agmt (.3); work on Phase I brief (1.6); teleconference Freedman (.2); review Mehaley memo (.2); confer KCM re brief (.5); confer NDF and KCM (.2); prep for EI depo (.2). |
| 06/03/09 | WBS | 720.00 | 0.50 | Begin review of Neumann Martin materials for deposition. |
| 06/03/09 | EI | 920.00 | 1.00 | XBT prep. |

| 06/03/09 | NDF | 610.00 | 8.00 | Defend Welch deposition. |
|---|---|---|---|---|
| 06/03/09 | DBS | 235.00 | 0.20 | Compile order for attorney review. |
| 06/03/09 | JAL | 495.00 | 0.10 | Drafted e-mail to PVNL and KCM re: Phase II trial briefing. |
| 06/03/09 | JAL | 495.00 | 0.10 | Drafted e-mail to K. Orr re: Phase I trial brief. |
| 06/03/09 | JAL | 495.00 | 0.10 | Drafted e-mail to PVNL re: Phase II trial briefing. |
| 06/03/09 | JPW | 495.00 | 7.90 | Research TDP issues (3.1); read PVNL deposition; notes (4.5); meet with NDF re EI preparation (.3) |
| 06/03/09 | KCM | 495.00 | 11.40 | Draft/revise Phase I brief and review/analyze related briefs, cases and materials (10.6); plan/prepare for and meet with PVNL re trial brief (.8) |
| 06/03/09 | MAF | 195.00 | 0.80 | Retrieve deposition transcript of P. Lockwood for attorney review (.3); edit Lincoln County PowerPoint presentation for NDF (.5). |
| 06/03/09 | DWB | 225.00 | 1.50 | Research standing to object to Plan |
| 06/04/09 | PVL | 840.00 | 8.20 | Prep for EI depo (7.2); review Bank Lenders motion to modify CMO (.3); confer NDF and JPW (.3); review draft Phase I brief re impairment (.2); review email (.1); review draft EAIC agmt (.1). |
| 06/04/09 | WBS | 720.00 | 2.70 | Prepare for Neumann Martin deposition - review objections, witness's report, materials from prior cases. |
| 06/04/09 | EI | 920.00 | 7.00 | XBT prep with PVNL/NDF/JPW and t/cs ACM. |
| 06/04/09 | NDF | 610.00 | 8.00 | Prepare for Frank deposition (1.5); prepare EI for deposition testimony (6.5). |
| 06/04/09 | JAL | 495.00 | 0.50 | Review of materials in prep. for conf. call on TDP related objections to the plan. |
| 06/04/09 | JAL | 495.00 | 1.00 | Conf. call w/M. Eskin and ACM re: TDP related objections to the plan. |
| 06/04/09 | JAL | 495.00 | 1.80 | Drafted and revised memo to Debtors' counsel re: plan issue. |

| | | | | |
|---|---|---|---|---|
| 06/04/09 | JAL | 495.00 | 0.20 | Tele. call w/M. Hurford re: Phase I confirmation hearing. |
| 06/04/09 | JAL | 495.00 | 0.50 | Drafted and revised memo to RCT and AWG re: fee application. |
| 06/04/09 | JAL | 495.00 | 0.20 | Second tele. call w/M. Hurford re: Phase I confirmation hearing. |
| 06/04/09 | JAL | 495.00 | 0.50 | Review and analysis of draft Phase I trial brief on confirmation issue. |
| 06/04/09 | JPW | 495.00 | 10.10 | Review EI materials for preparation (2.1); prepare EI for deposition (NY) with PVNL and NDF (7.0); read Molgaard report (1.0). |
| 06/04/09 | KCM | 495.00 | 11.70 | Draft/revise Phase I trial brief and review/analyze related briefs, cases and materials |
| 06/04/09 | MAF | 195.00 | 1.00 | Compile and organize Libby Claimants expert reports for attorney review. |
| 06/04/09 | TEP | 270.00 | 10.40 | Legal research re substantive legal issues (9.7); confer with KCM re same (0.7). |
| 06/04/09 | DWB | 225.00 | 0.50 | Research standing to object to Plan |
| 06/05/09 | PVL | 840.00 | 5.00 | Confer KCM re brief (1.6); review email and reply (.3); review draft LMC TS (.1); review Shelnitz prot, motion (.1); teleconference EI and JPW (.2); review draft trial brief (.9); teleconference Freedman (.9); review Welch depo (.9). |
| 06/05/09 | EI | 920.00 | 0.30 | Memo and t/c PVNL/JPW re: XBT prep. |
| 06/05/09 | NDF | 610.00 | 9.60 | Prepare for Frank deposition (1.0); take Frank deposition (6.5); read emails re case issues (1.0); prepare for Whitehouse deposition (1.1). |
| 06/05/09 | DBS | 235.00 | 7.50 | Cite check brief. |
| 06/05/09 | JAL | 495.00 | 2.40 | Reviewed and edited draft Phase I trial brief. |
| 06/05/09 | JAL | 495.00 | 0.20 | Reviewed email from J. Baer regarding filing and service procedures in connection with Phase I confirmation hearing. |
| 06/05/09 | JAL | 495.00 | 1.10 | Review and analyze confirmation-related deposition transcripts. |

| 06/05/09 | JPW | 495.00 | 8.60 | Review and assemble EI materials; meet with MAF (2.0); e-mails re deposition (.9); research constitutional issues (2.3); telephone conference with EI, PVNL re insurance issues (.4); prepare expert deposition (1.6); read Welch deposition (1.4) |
|---|---|---|---|---|
| 06/05/09 | KCM | 495.00 | 12.60 | Draft/revise Phase I brief and review/analyze related briefs, cases and materials |
| 06/05/09 | MAF | 195.00 | 1.00 | Compile deposition materials reviewed by EI. |
| 06/05/09 | TEP | 270.00 | 8.70 | Legal research re substantive legal issue (8.4); confer with KCM re same (0.3). |
| 06/06/09 | PVL | 840.00 | 4.00 | Review email (.1); teleconference KCM re brief (.6); review drafts of Phase I brief (1.8); teleconference Freedman, Baer, Esayian, Boll, Guy, Mehaley, KCM et al (.4); review Welch depo tr (1.1). |
| 06/06/09 | KCM | 495.00 | 7.40 | Attend telephone conference with Plan Proponents (.3); review/analyze comments, draft/revise Phase I brief and review/analyze related briefs, cases and materials (7.1) |
| 06/07/09 | PVL | 840.00 | 2.30 | Teleconference Bernick, Freedman, Baer, Harding, Boll, Guy, KCM et al (.8); review K&E outline of POR objs (1.3); review email re brief and reply (.2). |
| 06/07/09 | NDF | 610.00 | 0.90 | Send materials to Cohn in response to document request (0.5); emails to PVNL re case issues (0.4). |
| 06/07/09 | JPW | 495.00 | 3.20 | Read Welch deposition |
| 06/07/09 | KCM | 495.00 | 3.30 | Attend conference call with Plan Proponents (.8); review/analyze combined brief and plan/prepare for conference call (1.4); review/analyze proposed edits and draft/revise section of proposed brief (1.1) |
| 06/08/09 | PVL | 840.00 | 3.10 | Review email and reply (.5); review drafts of Phase I brief and email to Boll et al re same (2.2); review revised stip and email re same (.1); review UCC and Bank Lenders stmts of issue and des of record (.2); review Brown ltr re docs (.1). |
| 06/08/09 | WBS | 720.00 | 1.80 | Review materials from prior deposition, reports re Neumann Martin deposition. |

| 06/08/09 | EI | 920.00 | 5.60 | T/c Sinclair re: pension motion (.2); memo Hurford re: same (.1); memo NDF re: XBT prep (.2); XBT prep (5.0); memos re: Edwards (.1). |
| 06/08/09 | NDF | 610.00 | 12.20 | Prepare for Peterson deposition - review past transcript and reports (7.7); meet with Peterson to prepare for deposition (2.5); review and correct errata pages (0.6); review files on Peterson's computer (0.5); prepare for EI deposition (0.9). |
| 06/08/09 | DBS | 235.00 | 1.50 | Compile expert reports for attorney review (.5); compile experts' previous testimony in other cases for attorney review (1.0). |
| 06/08/09 | JAL | 495.00 | 1.00 | Review and analyze revised draft of Phase I trial brief. |
| 06/08/09 | JAL | 495.00 | 2.10 | Reviewed and edited revised draft of Phase I trial brief. |
| 06/08/09 | JAL | 495.00 | 0.40 | Email exchanges with PVNL and KCM regarding comments on revised draft of Phase I trial brief. |
| 06/08/09 | JAL | 495.00 | 0.30 | Review and analyze proposed section to Plan Proponents' Phase I trial brief. |
| 06/08/09 | JAL | 495.00 | 0.20 | Telephone call with M. Hurford regarding Phase I trial brief. |
| 06/08/09 | JAL | 495.00 | 0.10 | Reviewed email exchanges regarding draft Phase I trial brief. |
| 06/08/09 | JAL | 495.00 | 0.40 | Drafted and revised email to KCM regarding daft Phase I trial brief. |
| 06/08/09 | JAL | 495.00 | 0.10 | Drafted email to PVNL regarding draft Phase I trial brief. |
| 06/08/09 | JAL | 495.00 | 2.10 | Reviewed and provided comments on revised drafts of Phase I trial brief. |
| 06/08/09 | JAL | 495.00 | 1.50 | Review and analyze deposition transcripts related to confirmation issues. |
| 06/08/09 | JAL | 495.00 | 0.10 | Telephone call with KCM regarding Phase I trial brief. |
| 06/08/09 | JAL | 495.00 | 0.10 | Drafted email to KCM regarding Phase I trial brief. |

| | | | | |
|---|---|---|---|---|
| 06/08/09 | JPW | 495.00 | 8.90 | Expert deposition preparation (5.9); meet with BSB re Fredmore deposition (.5); e-mails re expert materials (.3); meet with MAF re deposition materials, e-mail re same; TDP issue (2.2) |
| 06/08/09 | KCM | 495.00 | 2.80 | Review/analyze sections of brief and communicate with PVNL, JAL and Debtors re same (.9); review/analyze brief and related materials and communicate with Debtor re exhibits (1.9) |
| 06/08/09 | MAF | 195.00 | 4.30 | Compile and organize deposition materials reviewed by EI. |
| 06/09/09 | PVL | 840.00 | 3.60 | Review email and reply (.9); review Libby Cls coc and Whitehouse aff (.1); review draft FFIC stip (.1); confer JAL and KCM re Phase II briefing (1.8); teleconference Horkovich (.3); review Martin decl and ballot summary (.2); review Libby Cls recon motion (.2). |
| 06/09/09 | WBS | 720.00 | 2.10 | Review prior Neumann Martin depositions and publications. |
| 06/09/09 | EI | 920.00 | 1.10 | XBT prep (1.0); correspondence re: pension plan motion (.1). |
| 06/09/09 | NDF | 610.00 | 7.50 | Defend Peterson deposition (6.5); review transcript for Welch (0.5); review year by year claim numbers (0.5). |
| 06/09/09 | JAL | 495.00 | 0.30 | Review and analyze materials relating to confirmation hearing. |
| 06/09/09 | JAL | 495.00 | 2.50 | Review and analyze materials in preparation for drafting Phase II trial briefs. |
| 06/09/09 | JAL | 495.00 | 1.70 | Review and analyze deposition transcripts. |
| 06/09/09 | JAL | 495.00 | 1.80 | Meet with PVNL and KCM re Phase II briefing and trial. |
| 06/09/09 | JAL | 495.00 | 0.40 | Meet with KCM re Phase II briefing and trial. |
| 06/09/09 | JAL | 495.00 | 0.20 | Reviewed email exchanges with Plan Proponents' counsel re plan insurance issues. |
| 06/09/09 | JPW | 495.00 | 7.10 | Deposition preparation - Molgaard (3.7); read Welch deposition (2.1); e-mails re EI deposition preparation; Whitehouse deposition (1.3) |

| 06/09/09 | KCM | 495.00 | 3.60 | Meet with PVNL re Plan objections (1.7); meet with JAL re Plan objective (.4); review/analyze objections and plan/prepare for meeting (1.5) |
| 06/09/09 | MAF | 195.00 | 3.20 | Compile and organize deposition materials reviewed by EI. |
| 06/10/09 | PVL | 840.00 | 6.60 | Review email and reply (.9); email Freedman et al (.2); review Phase I obj exhibit chart (.5); email Harding re same (.1); review draft Travelers TS (.1); email Freedman and Royal agmt (.2); teleconference Horkovich (.2); review revised Royal agmt and email re same and reply (.7); teleconference Wilkins (.4); teleconference Harding, Freedman and Baer (.7); teleconference Freedman, Esayian, Mehaley, Guy, Wyron and Horkovich (.9); teleconference Mehaley, Guy, Wyron and Horkovich (1.2); review draft response to GUC CMO motion (.3); review revised chart of obj exhibits (.2). |
| 06/10/09 | WBS | 720.00 | 3.50 | Review Grace response to plan objections for Phase I (1.0); review prior Neumann Martin depositions and reports (2.5). |
| 06/10/09 | EI | 920.00 | 0.50 | XBT prep. |
| 06/10/09 | NDF | 610.00 | 9.00 | Prepare for Whitehouse deposition (8.5); emails re trial witness list (0.5). |
| 06/10/09 | DBS | 235.00 | 1.50 | Assist with preparation for upcoming deposition. |
| 06/10/09 | JAL | 495.00 | 0.20 | Email exchanges with Debtors' counsel re Phase II final witness list. |
| 06/10/09 | JAL | 495.00 | 0.80 | Review and analyze materials related to Phase II confirmation issues. |
| 06/10/09 | JAL | 495.00 | 0.10 | Reviewed memo from EI re Plan issue. |
| 06/10/09 | JAL | 495.00 | 0.20 | Telephone call with R. Horkovich re confirmation related insurance issues. |
| 06/10/09 | JAL | 495.00 | 0.60 | Review and analyze materials in preparation for 6/11 deposition of J. Hughes. |
| 06/10/09 | JAL | 495.00 | 1.00 | Review and analyze materials relating to plan objection issues. |

| 06/10/09 | JAL | 495.00 | 1.50 | Meet with KCM re Phase II briefing. |
| 06/10/09 | JAL | 495.00 | 0.10 | Email exchanges with PVNL re plan objection issues. |
| 06/10/09 | JAL | 495.00 | 1.70 | Drafted and revised memo re Phase II confirmation issues. |
| 06/10/09 | JAL | 495.00 | 0.70 | Drafted and revised Phase II final witness list. |
| 06/10/09 | JPW | 495.00 | 6.10 | Review Whitehouse Report; deposition preparation (3.2); e-mails re discovery; EI deposition preparation (1.3); meet with BSB re Friedman (.5); telephone conference with Dr. Friedman (.5); e-mails re Friedman deposition (.4); meet with MAF re EI materials (.2) |
| 06/10/09 | KCM | 495.00 | 3.30 | Telephone conference with local counsel re case status and tasks (.7); meet with JAL re Plan objections and related issues (1.6); review/analyze response to motion to modify CMO (.2); review/analyze Plan objections and plan/prepare for potential responses (.8). |
| 06/10/09 | MAF | 195.00 | 2.60 | Compile and organize deposition transcripts and exhibits for attorney review (1.6); compile and organize deposition materials reviewed by EI (1.0). |
| 06/11/09 | PVL | 840.00 | 3.80 | Teleconference EI, NDF and JPW (1); review revised brief re CMO oppo (.2); teleconference Bernick and NDF (.2); review draft Grace resps to FFIC rogs and email JAL (.3); review email and reply (.8); review draft FFIC voting stip and email comments (.2); review memo re Scotts (.2); review Arrowood oppo re Priest MIL (.3); review Certain Ins oppo re Priest/Shein MIL (.4); teleconference JAL (.2). |
| 06/11/09 | WBS | 720.00 | 3.10 | Neumann Martin deposition (2.4); review Grace brief on Phase I issues (0.7). |
| 06/11/09 | EI | 920.00 | 2.20 | T/c Sinclair re: pension issue (.2); XBT prep with NDF and PVNL and JPW (2.0). |
| 06/11/09 | NDF | 610.00 | 6.00 | Prepare EI for his deposition (1.0); review documents and past testimony before EI deposition (2.0); emails with PVNL, etc. re case issues (1.0); review Frank deposition and medical articles in preparation for Whitehouse deposition (2.0). |

| 06/11/09 | DBS | 235.00 | 2.50 | Compile expert report reliance materials for expert review (1.3); compile non-insurer objections for attorney review (1.2). |
|----------|-----|--------|------|------|
| 06/11/09 | JAL | 495.00 | 9.80 | Appear at deposition of J. Hughes. |
| 06/11/09 | JAL | 495.00 | 0.20 | Return travel to DC following Hughes deposition. |
| 06/11/09 | JAL | 495.00 | 0.40 | Reviewed and commented on draft discovery responses. |
| 06/11/09 | JAL | 495.00 | 0.30 | Telephone call with PVNL re Hughes deposition. |
| 06/11/09 | JPW | 495.00 | 8.20 | Deposition preparation of EI by telephone (1.4); e-mails re insurance issue (.7); research insurance issue (1.0); research and deposition preparation for G. Friedman (3.8); meet with BSB re Stockman (.2); e-mails re discovery issues (1.1) |
| 06/11/09 | KCM | 495.00 | 1.90 | Review/analyze correspondence and various filings |
| 06/11/09 | MAF | 195.00 | 1.80 | Compile and organize Libby Claimants expert reports for attorney review. |
| 06/12/09 | PVL | 840.00 | 2.90 | Review email and reply (.8); teleconference Esayian, Mehaley, Wyron and Horkovich (1); review draft disc resps and email comments (.2); teleconference EI (.3); review draft Horkovich ltr to Cobb and email comments (.2); review Arrowood exhs (.2); review GUC witness list and RPD (.1); review WBS memo (.1). |
| 06/12/09 | WBS | 720.00 | 0.50 | Prepare summary of Neumann Martin deposition. |
| 06/12/09 | EI | 920.00 | 6.50 | EI XBT. |
| 06/12/09 | NDF | 610.00 | 8.00 | Defend EI deposition (6.0); confer with D. Cohn re plan confirmation issues and potential settlement of Libby claims (0.5); prepare for Whitehouse deposition (1.5). |
| 06/12/09 | JAL | 495.00 | 4.80 | Telephonic appearance at EI deposition. |
| 06/12/09 | JAL | 495.00 | 1.40 | Drafted and revised witness disclosure list for Phase II confirmation hearing. |

| | | | | |
|---|---|---|---|---|
| 06/12/09 | JAL | 495.00 | 0.20 | Reviewed email exchanges between plan proponents' and objectors' counsel re Phase I pretrial and discovery issues. |
| 06/12/09 | JAL | 495.00 | 1.10 | Revised and edited draft discovery responses. |
| 06/12/09 | JAL | 495.00 | 0.30 | Reviewed memo from WBS re Martin deposition. |
| 06/12/09 | JAL | 495.00 | 0.10 | Reviewed recent court submissions and orders. |
| 06/12/09 | JPW | 495.00 | 7.90 | E-mails re discovery issues (1.2); review Friedman materials; deposition preparation (5.9); research expert witness issues (.8) |
| 06/12/09 | JMR | 320.00 | 1.70 | Meeting regarding exhibits for the deposition of Dr. Whitehouse (.5); review all collected exhibits (1.2) |
| 06/12/09 | MAF | 195.00 | 1.40 | Retrieve Daubert Reply Brief for attorney review (.6); retrieve correspondence and memos from 2005-2006 for attorney review (.8). |
| 06/13/09 | KCM | 495.00 | 5.90 | Review/analyze Priest deposition and related materials and draft/revise cross examination outline |
| 06/14/09 | PVL | 840.00 | 2.20 | Review Arrowood exhs to trial brief (.2); review Frank depo (2). |
| 06/14/09 | NDF | 610.00 | 2.00 | Prepare for Whitehouse deposition. |
| 06/14/09 | JPW | 495.00 | 3.20 | Review Friedman materials (2.3); telephone conference with BSB re Stockman (.2); e-mails re expert depositions (.7) |
| 06/14/09 | KCM | 495.00 | 7.10 | Review/analyze Priest and Shein depositions and related materials and draft/revise cross examination outlines |
| 06/15/09 | PVL | 840.00 | 6.10 | Teleconference Bernick, Freedman, Harding, Frankel et al (.7); confer JAL (.3); review email and reply (1.3); review draft Plan obj chart and email comments (2.5); teleconference Horkovich (.5); review oppo to PD voting motion (.1); review witness lists (.3); confer KCM (.2); review bank lender reply re CMO (.1); review AMH RPDs (.1). |
| 06/15/09 | WBS | 720.00 | 1.80 | Review EI deposition, start review of Frank report and deposition re consistency with Libby claims in objections. |

| 06/15/09 | NDF | 610.00 | 7.10 | Prepare for Whitehouse deposition (5.5); review x-ray images and other materials sent by Libby claimants on 6/9/09 (1.0); review and draft emails re ACC and Grace phase 2 witness lists (0.5); email to PVNL re evidence issue (0.1). |
| 06/15/09 | DBS | 235.00 | 0.20 | Compile deposition transcript for attorney review. |
| 06/15/09 | JAL | 495.00 | 0.40 | Teleconference with PVNL and plan proponents' counsel re Phase I hearing. |
| 06/15/09 | JAL | 495.00 | 0.20 | Drafted emails (X2) to NDF re confirmation related discovery. |
| 06/15/09 | JAL | 495.00 | 0.10 | Drafted response email to K. Orr re Phase II final witness list. |
| 06/15/09 | JAL | 495.00 | 0.10 | Telephone call with KCM re Phase I confirmation hearing. |
| 06/15/09 | JAL | 495.00 | 0.10 | Telephone call with PVNL re Phase I confirmation hearing. |
| 06/15/09 | JAL | 495.00 | 0.30 | Reviewed draft objections to Phase I exhibits. |
| 06/15/09 | JAL | 495.00 | 0.30 | Email exchanges with PVNL and Plan Proponents' counsel re Phase I hearing. |
| 06/15/09 | JAL | 495.00 | 0.40 | Revised and finalized final Phase II witness list. |
| 06/15/09 | JAL | 495.00 | 0.20 | Reviewed memo from PVNL re plan objections. |
| 06/15/09 | JAL | 495.00 | 0.50 | Review and analyze deposition transcripts. |
| 06/15/09 | JAL | 495.00 | 1.70 | Review and analyze insurers' briefs in opposition to motion in limine. |
| 06/15/09 | JAL | 495.00 | 0.50 | Review and analyze draft set of Phase I exhibit objections. |
| 06/15/09 | JAL | 495.00 | 0.60 | Drafted and revised email to B. Harding re draft set of Phase I exhibit objections. |
| 06/15/09 | JAL | 495.00 | 0.60 | Drafted and revised email to PVNL re objections to Phase I exhibits. |
| 06/15/09 | JAL | 495.00 | 0.40 | Review and analyze final Phase II witness lists filed by Plan objectors. |

| | | | | |
|---|---|---|---|---|
| 06/15/09 | JAL | 495.00 | 0.20 | Reviewed email from B. Harding and R. Horkovich re Phase I exhibit objections. |
| 06/15/09 | JAL | 495.00 | 0.30 | Telephone call with M. Hurford re Phase I exhibit objections. |
| 06/15/09 | JAL | 495.00 | 0.10 | Drafted email to M. Hurford re Phase I exhibit objections. |
| 06/15/09 | JAL | 495.00 | 0.20 | Review and analyze final witness lists for Phase II confirmation hearing. |
| 06/15/09 | JAL | 495.00 | 0.10 | Email exchanges with B. Harding re Phase I exhibit objections. |
| 06/15/09 | JPW | 495.00 | 7.70 | Telephone conference with G. Stockman (.4); Stockman deposition preparation (3.2); review EI deposition (.8); e-mails re expert depositions (.5); telephone conference with G. Friedman (.5); expert deposition preparation - Friedman, Molgaard (2.3) |
| 06/16/09 | PVL | 840.00 | 7.10 | Review email and reply (.7); review 6 witness lists (.2); review PP exh. obj (.1); review POR obj chart (.5); confer Cobb, Smith, Sidman, Meyer, Horkovich, Guy, Wyron, Mehaley and Esayian (4.4); review revised FFIC stip and email comments (.2); confer KCM (.4); review drafts of Arrowood agmt (.3); review draft Spear MIL (.1); review draft Arrowood approval motion and order (.2). |
| 06/16/09 | NDF | 610.00 | 10.00 | Take Whitehouse deposition. |
| 06/16/09 | JAL | 495.00 | 1.10 | Review and analysis of deposition transcripts related to confirmation proceeding. |
| 06/16/09 | JAL | 495.00 | 0.10 | Telephone call with KCM regarding Phase II trial briefs. |
| 06/16/09 | JAL | 495.00 | 0.10 | Drafted e-mail to B. Harding regarding draft motion to exclude expert report and testimony. |
| 06/16/09 | JPW | 495.00 | 10.10 | Read Frank deposition; medical literature (3.0); Stockman deposition preparation (3.4); meeting with Stockman re deposition (2.0); e-mails re expert issues; witnesses (1.2); e-mails re insurance issues (.4); conference with BSB re expert issues (.1) |

| 06/16/09 | KCM | 495.00 | 1.70 | Meet with PVNL re hearing preparation (.3); review/analyze deposition and draft/revise outlines (1.4) |
| 06/16/09 | JMR | 320.00 | 7.40 | Attend deposition of Dr. Whitehorse and assist with exhibits |
| 06/17/09 | PVL | 840.00 | 5.40 | Attend telephonic meet and confer re Phase I (1.4); review email and reply (.8); search for FM stip and send to Wyron (.4); review add'l witness lists and email Horkovich (.1); review draft Arrowood approval motion and order (.2); teleconference Bernick, Freedman, Frankel, et al (1.7); prep for hearing (.8). |
| 06/17/09 | NDF | 610.00 | 3.50 | Review Welch deposition for errata (2.5); emails re case issues (1.0). |
| 06/17/09 | JAL | 495.00 | 1.40 | Telephone conference with Plan Proponents and Plan objectors re meet and confer over Phase I issues. |
| 06/17/09 | JAL | 495.00 | 0.10 | E-mail exchanges with Plan Proponents' counsel regarding Phase I matters. |
| 06/17/09 | JAL | 495.00 | 0.10 | Further e-mail exchanges with Plan Proponents' counsel regarding Phase I matters. |
| 06/17/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL and R. Horkovich regarding Phase I evidence issues. |
| 06/17/09 | JAL | 495.00 | 1.70 | Conference call with PVNL and Plan Proponents' counsel regarding tomorrow's hearing and upcoming Phase I trial. |
| 06/17/09 | JAL | 495.00 | 0.20 | Drafted e-mail to PVNL regarding Phase I issue. |
| 06/17/09 | JAL | 495.00 | 0.10 | Office conference with KCM regarding Phase I issues. |
| 06/17/09 | JPW | 495.00 | 9.40 | E-mails re expert issues (.8); deposition of G. Stockman (8.6) |
| 06/17/09 | KCM | 495.00 | 5.50 | Plan/prepare for and attend telephone conference with Plan Proponents (1.7); review/analyze correspondence and memorandum and selected filings (1.4); draft/revise cross-examination outlines (2.4) |

| 06/18/09 | PVL | 840.00 | 7.70 | Prep for hearing (.5); attend hearing (5.3); review S. Ct. Travelers opinion (.6); review EI depo (.3); review Priest and Shein cross-exam outlines (.4); confer Gianotto (.4); review Peterson depo des. (.2). |
|---|---|---|---|---|
| 06/18/09 | EI | 920.00 | 2.00 | Insurance settlement matters with Horkovich and Committee (.7); Garlock issue (.2); read transcript for errata (1.0) memo (.1). |
| 06/18/09 | NDF | 610.00 | 6.50 | Plan confirmation deposition and trial prep. |
| 06/18/09 | JAL | 495.00 | 0.80 | Appear at telephonic Grace hearing on Phase I confirmation issues. |
| 06/18/09 | JPW | 495.00 | 11.00 | Deposition preparation for Malgaard deposition (5.6); travel to DC (2.4); meet with NDF re depositions (.8); meet with NDF and KCM re confirmation issues (.7); e-mails re expert reports (.5); meet with AJS re deposition (.8); meet with KCM re Phase I (.2) |
| 06/18/09 | KCM | 495.00 | 5.10 | Plan/prepare for and attend court conference |
| 06/19/09 | PVL | 840.00 | 6.90 | Teleconference Wyron (.2); teleconference Freedman, Harding, Finke, NDF et al (.8); review email and reply (.6); confer KCM (1.7); teleconference Freedman (.1); teleconference Bernick, Shelnitz, Finke, Freedman, Harding, Wyron, NDF, KCM et al (1.9); prep for Phase I hearing (1.3); teleconference Horkovich (.1); review revised draft LMC TS (.1); review Cobb ltr (.1). |
| 06/19/09 | EI | 920.00 | 0.10 | Memo Cohn re: insurance settlement. |
| 06/19/09 | NDF | 610.00 | 5.10 | Teleconference with Bernick, PVNL, Shelnitz, et al re Phase I issues (2.1); prepare for Phase II trial (3.0). |
| 06/19/09 | DBS | 235.00 | 0.50 | Review witness folders on database. |
| 06/19/09 | JAL | 495.00 | 0.20 | Telephone call with KCM regarding confirmation issues. |
| 06/19/09 | JAL | 495.00 | 0.90 | Revised and edited draft of proposed Phase I order. |
| 06/19/09 | JPW | 495.00 | 3.90 | Telephone conference with AJS re deposition (.3); Malgaard deposition preparation (3.0); e-mails re deposition logistics (.6) |

| 06/19/09 | KCM | 495.00 | 9.40 | Plan/prepare for and attend conference call with Plan Proponents (1.9); draft/revise proposed order and review/analyze related materials and communicate with PVNL and Plan Proponents re same (2.1); review/analyze various materials and plan/prepare for hearing (5.4) |
| --- | --- | --- | --- | --- |
| 06/20/09 | PVL | 840.00 | 3.00 | Review email and reply (.3); prep for Phase I hearing (1); review EI depo (1.4); teleconference Harding (.3). |
| 06/20/09 | EI | 920.00 | 0.20 | Read neutrality order and inquiry. |
| 06/20/09 | JPW | 495.00 | 0.80 | E-mails re expert depositions (.3); e-mails re Libby witness issues (.5) |
| 06/20/09 | KCM | 495.00 | 4.30 | Plan/prepare for hearing and review/analyze materials |
| 06/21/09 | PVL | 840.00 | 12.60 | Prep for Phase I hearing (9.7); confer Bernick, Freedman, Baer, Harding and KCM (2.9). |
| 06/21/09 | NDF | 610.00 | 1.50 | Prepare for Molgaard deposition. |
| 06/21/09 | JPW | 495.00 | 1.70 | E-mails re expert depositions; logistics issues (1.0); telephone conference with AJS re depositions (.7) |
| 06/21/09 | KCM | 495.00 | 9.50 | Review/analyze materials, and plan/prepare for hearing and meet with PVNL and Debtor re same. |
| 06/22/09 | PVL | 840.00 | 12.00 | Prep for hearing (1.2); attend Phase I hearing (6.9); confer Bernick et al (.5); confer Millner (.1); confer Horkovich (.1); confer KCM (.5); confer Harding, Baer et al (.2); review email (.2); confer Shelnitz, Finke, Freedman, Harding et al (2.3). |
| 06/22/09 | NDF | 610.00 | 1.00 | Work on confirmation hearing trial outline. |
| 06/22/09 | JPW | 495.00 | 4.60 | E-mails re Friedman deposition (.5); meet with BSB re expert issues (.4); Moolgaard preparation (3.5); meet with DWB re deposition (.2) |
| 06/22/09 | KCM | 495.00 | 11.20 | Appear/attend Phase I hearing (6.5); plan/prepare for hearing and review/analyze related materials (4.7) |
| 06/23/09 | PVL | 840.00 | 7.00 | Prep for hearing (.7); attend same (5); review email and reply (.4); confer Hurford (.3); review Scotts def |

| | | | | |
|---|---|---|---|---|
| | | | | costs (.1); review NDF memo (.1); confer Wyron (.4). |
| 06/23/09 | NDF | 610.00 | 4.50 | Confirmation hearing trial prep - consideration of objections and review of potential exhibits. |
| 06/23/09 | JAL | 495.00 | 0.80 | Review and analysis of materials relating to confirmation issues. |
| 06/23/09 | JAL | 495.00 | 0.10 | Telephone call with KCM regarding confirmation issues. |
| 06/23/09 | JPW | 495.00 | 3.40 | Meet with NDF re Molgaard deposition (.6); e-mails re expert depositions (.9); telephone conference with KCM re Phase II (.2); meet with AJS re deposition (.6); Molgaard deposition preparation (.4); research expert witness issues (.7) |
| 06/23/09 | KCM | 495.00 | 7.90 | Appear/attend Phase I hearing (4.5); plan/prepare for hearing (1.2); review/analyze depositions, correspondence and selected filings (2.1) |
| 06/23/09 | MAF | 195.00 | 0.50 | Organize expert reports. |
| 06/24/09 | PVL | 840.00 | 3.50 | Review email and reply (.7); teleconference Horkovich and NDF (.7);  confer NDF (.2); teleconference Wisler, Freedman, Baer and Guy (1.3); teleconference Wyron (.5); research re collateral estoppel (.1). |
| 06/24/09 | WBS | 720.00 | 3.10 | Review Dr. Frank deposition and compare with Libby Objections. |
| 06/24/09 | EI | 920.00 | 0.10 | Errata sheet preparation. |
| 06/24/09 | NDF | 610.00 | 4.80 | Prepare for Molgaard deposition. |
| 06/24/09 | JAL | 495.00 | 1.50 | Review and analysis of materials relating to Phase II issues. |
| 06/24/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL regarding Phase II issues. |
| 06/24/09 | JPW | 495.00 | 0.30 | E-mails re Phase II |
| 06/24/09 | KCM | 495.00 | 7.40 | Review/analyze correspondence and filings and schedule (1.9); review/analyze depositions and related materials (5.5) |

| | | | | |
|---|---|---|---|---|
| 06/25/09 | PVL | 840.00 | 4.20 | Review draft POR revs (.3); review email and reply (1.3); review LMC draft TS (.1); review Travelers draft TS (.1); teleconference Wyron and Mehaley (1.9); teleconference EI (.3); review Libby cls RPDs (.1); review draft orders (.1). |
| 06/25/09 | NDF | 610.00 | 7.50 | Prepare for Molgaard deposition (1.0); attend and take Molgaard deposition (6.0); follow-up emails re same (0.5). |
| 06/25/09 | ACM | 580.00 | 0.40 | Committee call re insurance settlement. |
| 06/25/09 | JPW | 495.00 | 0.60 | Emails re Molgaard deposition |
| 06/25/09 | KCM | 495.00 | 7.20 | Communicate with court reporter, PVNL and M. Hurford re errata sheet for PVNL deposition (.5); review/analyze and counter-designate depositions and review/analyze related materials (6.7) |
| 06/26/09 | PVL | 840.00 | 3.70 | Review revised drafts of POR provisions and email Wyron et al re same (.8); review email and reply (.5); review amended Lloyds agmt (.2); confer KCM (.1); teleconference Wyron, Mehaley, Freedman, Esayian, KCM et al (.7); review insurer proffers re Phase I exhibits and email Brown (.7); review revised draft orders and email Baer (.2); review prop stip re Royal (.1); review draft depo counter-des and confer KCM re same (.4). |
| 06/26/09 | NDF | 610.00 | 3.60 | Dictate trial outline (1.5); review medical exhibits on plane on way home (2.1). |
| 06/26/09 | JPW | 495.00 | 0.90 | Emails re discovery issues (.4); letter to G. Stockman re deposition (.3) and meeting with D. Bell re Molgaard (.2) |
| 06/26/09 | KCM | 495.00 | 7.50 | Attend telephone conference with Plan Proponents re Plan provisions and case issues (.6); review/analyze proposed revised language of Plan and related materials (1.0); review/analyze a counter designate depositions and review/analyze related materials (5.9) |
| 06/27/09 | PVL | 840.00 | 2.60 | Review Hughes depo (2.2); review email and reply (.1); review draft consent motion re impairment hearing and email Guy et al (.3). |
| 06/27/09 | NDF | 610.00 | 0.70 | Emails to Horkovich re various issues. |

| 06/28/09 | PVL | 840.00 | 2.00 | Review Posner depo (1.8); review Freegood aff and Shelnitz decl (.2). |
|---|---|---|---|---|
| 06/29/09 | PVL | 840.00 | 3.40 | Review email and reply (.2); review NDF memo (.2); confer NDF (1.5); teleconference EI, TWS and NDF (.5); teleconference Freedman, Esayian and KCM (.6); confer KCM (.2); teleconference Guy (.1); review draft Gen. Ins. stip. (.1). |
| 06/29/09 | EI | 920.00 | 0.50 | Staffing and planning call. [Total time of 1.0 hour divided between two clients.] |
| 06/29/09 | EI | 920.00 | 0.20 | Inquiry re: Edwards judgment (.1); status inquiry re: Garlock objections (.1). |
| 06/29/09 | NDF | 610.00 | 4.90 | Review and edit confirmation hearing trial plan (0.6); review Peterson demonstratives (3.0); teleconference with Lacy re discovery issue (0.8); confer with BSB and JPW re medical doctor records (0.5). |
| 06/29/09 | DBS | 235.00 | 1.00 | Review potential trial exhibits. |
| 06/29/09 | JPW | 495.00 | 4.60 | Meeting with NDF, BSB and AJS re expert witnesses (.5); review EI deposition (.9); e-mails re expert issues (.8); telephonic meet and confer with Libby claimants; meet with NDF re same (1.1); review Molgaard deposition (1.3) |
| 06/29/09 | KCM | 495.00 | 4.00 | Attend telephone conference with Plan Proponents re briefs and related issues (.5); review/analyze correspondence and related documents (.6); review/analyze and finalize deposition counter-designation and send out (2.9) |
| 06/29/09 | MAF | 195.00 | 1.50 | Update deposition transcripts, exhibits and witness files. |
| 06/30/09 | PVL | 840.00 | 2.60 | Review email (.1); teleconference Bernick, Freedman, Harding, Guy, Orr and JAL (2.5). |
| 06/30/09 | EI | 920.00 | 0.20 | NDF call. |
| 06/30/09 | NDF | 610.00 | 6.80 | Teleconference with Bernick and PVNL re evidence for trial in plan confirmation hearing (2.5); trial confirmation hearing prep (2.8); review Molgaard deposition and draft cross outline re same (1.5). |
| 06/30/09 | DBS | 235.00 | 0.70 | Compile hearing transcripts for attorney review. |

| 06/30/09 | JAL | 495.00 | 0.20 | Office conference with KCM regarding Phase II briefing. |
| 06/30/09 | JPW | 495.00 | 1.50 | E-mails re hearing (.3); read and review Libby correspondence re experts (1.2) |
| 06/30/09 | KCM | 495.00 | 1.60 | Plan/prepare for and attend telephone conference with FCR re insurance neutrality language (.2); review/analyze correspondence (.2); plan/prepare for briefs, review/analyze related materials and communicate with NDF and JAL re same (1.2) |

**Total Task Code.16**        **823.40**

**<u>Plan & Disclosure Statement (5.10 Hours; $ 4,182.00)</u>**

| Professionals | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|
| Elihu Inselbuch | 3.60 | $920 | 3,312.00 |
| Ann C. McMillan | 1.50 | $580 | 870.00 |

| Trans<br>Date | Empl<br>Init | Bill<br>Rate | Billing<br>Hours | <u>Full Narrative</u> |
|---|---|---|---|---|
| 06/03/09 | ACM | 580.00 | 0.10 | Send e-mail to EI re insurance issues. |
| 06/04/09 | ACM | 580.00 | 1.40 | Teleconference M. Eskin, JAL re Garlock objection (1.0); teleconference EI re TDP issues (.4). |
| 06/10/09 | EI | 920.00 | 0.10 | Memo re: voting results. |
| 06/22/09 | EI | 920.00 | 0.70 | T/c PVNL re: status (.1); memos re: Royal Insurance settlement and t/c Horkovich (.5); schedule call (.1). |
| 06/23/09 | EI | 920.00 | 0.70 | Royal Insurance memos (.5); t/c Steve Kazan re: same (.2). |
| 06/24/09 | EI | 920.00 | 1.30 | Memo to Horkovich to prepare for Committee call on Royal (.3); prep and Committee call (1.0). |
| 06/25/09 | EI | 920.00 | 0.70 | Committee call re: Royal settlement. |
| 06/26/09 | EI | 920.00 | 0.10 | Memo re minutes. |

**Total Task Code .17        5.10**

**<u>Travel – Non Working (116.80 Hours; $ 29,593.50)</u>**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 18.00 | $420.00 | 7,560.00 |
| Walter B. Slocombe | 8.50 | $360.00 | 3,060.00 |
| Bernard B. Bailor | 11.30 | $315.00 | 3,559.50 |
| Nathan D. Finch | 22.50 | $247.50 | 6,862.50 |
| Kevin C. Maclay | 5.60 | $495.00 | 1,386.00 |
| James P. Wehner | 2.20 | $247.50 | 544.50 |
| Jeffrey A. Liesemer | .20 | $247.50 | 49.50 |
| Jeanna M. Rickards | 15.50 | $160.00 | 2,480.00 |
| Andrew J. Sacket | 9.80 | $147.50 | 1,445.50 |
| Daniel W. Bell | 16.00 | $112.50 | 1,800.00 |
| Michael C. Greene | 7.20 | $117.50 | 846.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/04/09 | BSB | 315.00 | 3.20 | Travel to Philadelphia for deposition (3.2) |
| 06/04/09 | PVL | 420.00 | 5.80 | Travel to/from NY for EI prep. |
| 06/04/09 | NDF | 305.00 | 3.00 | Travel to New York (1.5); travel from New York to Philadelphia for Frank deposition (1.5). |
| 06/04/09 | MCG | 117.50 | 4.00 | Travel to Philadelphia, PA for June 5, 2009 deposition of Arthur Frank. |
| 06/04/09 | JPW | 247.50 | 2.20 | Travel from New York to Washington, DC (2.2) |
| 06/05/09 | BSB | 315.00 | 2.50 | Travel to D.C. for Frank deposition. |
| 06/05/09 | NDF | 305.00 | 2.50 | Travel back to D.C. from Philadelphia. |
| 06/05/09 | MCG | 117.50 | 3.00 | Travel to Washington, DC from Philadelphia, PA. |
| 06/05/09 | MCG | 117.50 | 0.20 | Travel to offices of Knipes-Cohen Veritext for deposition of Arthur Frank. |
| 06/08/09 | NDF | 305.00 | 1.00 | Non-working travel to LA for Peterson deposition. |
| 06/10/09 | NDF | 305.00 | 2.00 | Non-working travel back to D.C. from LA. |

| 06/11/09 | WBS | 360.00 | 8.50 | Travel to (4.0) and from (4.5) New York City for Neumann Martin deposition. |
| 06/11/09 | NDF | 305.00 | 0.50 | Non working travel time DC to New York. |
| 06/11/09 | JAL | 247.50 | 0.20 | Travel to Kirkland & Ellis office for Hughes deposition. |
| 06/12/09 | NDF | 305.00 | 2.50 | Non working travel back to D.C. |
| 06/15/09 | NDF | 305.00 | 1.00 | Non working travel to Seattle. |
| 06/15/09 | JMR | 160.00 | 7.50 | Travel to Seattle for deposition of Dr. Whitehouse |
| 06/17/09 | NDF | 305.00 | 4.50 | Travel back to D.C. from Whitehouse deposition. |
| 06/17/09 | JMR | 160.00 | 8.00 | Travel to DC from Seattle. |
| 06/18/09 | PVL | 420.00 | 6.80 | Travel to/from Pittsburgh. |
| 06/21/09 | PVL | 420.00 | 1.90 | Travel to Pittsburgh. |
| 06/21/09 | KCM | 247.50 | 2.10 | Travel to Pittsburgh, re hearing. |
| 06/21/09 | AJS | 147.50 | 4.80 | Travel to Houston for Friedman deposition. |
| 06/22/09 | AJS | 147.50 | 5.00 | Travel from Houston to DC. |
| 06/23/09 | PVL | 420.00 | 3.50 | Return travel to DC. |
| 06/23/09 | KCM | 247.50 | 3.50 | Return to Washington, DC |
| 06/24/09 | NDF | 305.00 | 1.50 | Travel to Montana for Molgaard deposition. |
| 06/24/09 | DWB | 112.50 | 7.00 | Tavel to Montana. |
| 06/25/09 | DWB | 112.50 | 9.00 | Travel to D.C. |
| 06/26/09 | NDF | 305.00 | 4.00 | Travel back to east coast. |
| 06/30/09 | BSB | 315.00 | 5.60 | Travel to Duluth, Georgia for Deposition (5.6). |

**Total Task Code .21          116.80**


**Fee Auditor Matters (5.90 Hours; $ 3,158.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |
| Rita C. Tobin | 5.80 | $530 | 3,074.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/04/09 | RCT | 530.00 | 2.50 | Respond to Fee Auditor (2.5) |
| 06/05/09 | RCT | 530.00 | 1.00 | Address Fee Auditor issues (1.0) |
| 06/08/09 | PVL | 840.00 | 0.10 | Review draft ltr to Smith and email RCT. |
| 06/08/09 | RCT | 530.00 | 0.20 | Review query and email A. Geier re same (.2) |
| 06/11/09 | RCT | 530.00 | 1.10 | Review final report (.1); address expense issue (emails PVNL/EB) (.5); address Fee Auditor issues (.5) |
| 06/25/09 | RCT | 530.00 | 1.00 | Address fee auditor issues (1.0) |

**Total Task Code .32**        **5.90**

Other Charges:

| | |
|---|---|
| Air & Train Transportation | 7,255.00 |
| Air Freight & Express Mail | 110.06 |
| Charge of Cell and/or Home Phone Useage | 77.99 |
| Conference Meals | 109.95 |
| Court Reporting/Transcript Service | 9,844.60 |
| Database Research | 5,670.47 |
| Local Transportation - DC | 88.00 |
| Long Distance-Equitrac In-House | 35.76 |
| Meals Related to Travel | 1,751.35 |
| Miscellaneous: Client Advances | 142.98 |
| Outside Photocopying/Duplication Service | 455.70 |
| Postage & Air Freight | 598.07 |
| Professional Fees & Expert Witness Fees | 54,000.00 |
| Research Material | 37.01 |
| Travel Expenses - Ground Transportation | 2,802.94 |
| Travel Expenses - Hotel Charges | 3,334.86 |
| Travel Expenses - LD Calls on Hotel Bill | 17.71 |
| Travel Expenses - Miscellaneous | 62.17 |
| Xeroxing | 1,788.80 |

**Total:     $ 88,183.42**