**EXHIBIT B**

**Case Administration (246.10 Hours; $ 102,149.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   246.10**


**Employee Benefits/Pension (.20 Hours; $ 168.00)**

   Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08   .20**


**Fee Applications, Applicant (5.80 Hours; $ 2,424.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   5.80**


**Litigation and Litigation Consulting (823.40 Hours; $ 477,296.00)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16   823.40**


**Plan & Disclosure Statement (5.10 Hours; $ 4,182.00)**

   Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17   5.10**


**Travel – Non Working (116.80 Hours; $ 29,593.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**        **116.80**

**Fee Auditor Matters (5.90 Hours; $ 3,158.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**        **5.90**

{D0158592.1 }