## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 7,255.00 |
| Air Freight & Express Mail | 110.06 |
| Charge of Cell and/or Home Phone Useage | 77.99 |
| Conference Meals | 109.95 |
| Court Reporting/Transcript Service | 9,844.60 |
| Database Research | 5,670.47 |
| Local Transportation - DC | 88.00 |
| Long Distance-Equitrac In-House | 35.76 |
| Meals Related to Travel | 1,751.35 |
| Miscellaneous: Client Advances | 142.98 |
| Outside Photocopying/Duplication Service | 455.70 |
| Postage & Air Freight | 598.07 |
| Professional Fees & Expert Witness Fees | 54,000.00 |
| Research Material | 37.01 |
| Travel Expenses - Ground Transportation | 2,802.94 |
| Travel Expenses - Hotel Charges | 3,334.86 |
| Travel Expenses - LD Calls on Hotel Bill | 17.71 |
| Travel Expenses - Miscellaneous | 62.17 |
| Xeroxing | 1,788.80 |
| **Total:** | **$ 88,183.42** |

{D0158593.1 }