IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached Certification, counsel moves the admission pro hac vice of Kooshan Nayerahmadi, Esq. to represent Columbia Insurance Company f/k/a Republic Insurance Company, Government Employees Insurance Co., OneBeacon America Insurance Company and Seaton Insurance Company in connection with this case and/or any related proceedings.

Dated: August 4, 2009

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2009    _____
UNITED STATES BANKRUPTCY JUDGE

WM01/ 7822755.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the United States District Court for the Eastern District of Pennsylvania, and submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local rules and with Standing Order for District Court Fund effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  August 4, 2009

/s/  Kooshan Nayerahmadi
Kooshan Nayerahmadi, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
kooshan.nayerahmadi@dbr.com