**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO., *et al.*,** | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtors.** | ) | |
| | ) | **Re: Docket No. 21544** |

**CERTIFICATE OF COUNSEL REGARDING FOURTH AMENDED CASE
MANAGEMENT ORDER RELATED
TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION**

1. On July 27, 2009 and July 30, 2009, the Plan Proponents appeared before the Court and presented a draft Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (the "4th CMO") and requested its entry. The 4th CMO (i) modifies certain dates set forth in the Third Amended Case Management Order dated May5, 2009 (Docket No. 21544) that currently governs the Confirmation Proceedings, to accurately reflect the current state of the discovery and pre-trial proceedings; and (ii) adds dates and provisions to address certain matters that were not addressed in the Third Amended CMO.

2. At the July 27, 2009 and July 30, 2009 hearings, the parties raised various issues and objections to the draft 4th CMO and the Court made certain rulings with respect to those issues and objections.

3. As a result, the Debtors further revised the 4th CMO to reflect those rulings, and on August 3, 2009 circulated a revised version of the 4th CMO to all Plan Proponents, Plan Objectors and other interested parties for their comments. The Debtors requested that final comments be provided to the Debtors by no later than noon eastern time on

August 4, 2009. Comments were received from several parties and attached hereto as Exhibit A is the further revised 4th CMO that reflects all of the comments received.

4. The only party who did not provide specific comments to the Debtors on the 4th CMO was counsel for Anderson Memorial Hospital. Counsel for Anderson, who previously indicated he did not agree to the provisions of the 4th CMO in any event, indicated to the Debtors that he needed more time to review the draft 4th CMO in conjunction with the July 30, 2009 hearing transcript.

5. On August 5, 2009, counsel for the Debtors again contacted counsel for Anderson to solicit his input regarding the 4th CMO. Counsel for Anderson did not respond to that inquiry.

12. The Plan Proponents believe that the 4th CMO accurately reflects the comments of all of the interested parties, the rulings and directions of the Court and provides appropriate dates for the completion of the Confirmation discovery and pre-trial proceedings.

13. As a result, the Debtors, on behalf of the Plan Proponents, respectfully request entry of the attached 4th CMO.

August 5, 2009

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Theodore L. Freedman
> Deanna D. Boll
> 601 Lexington Ave.
> New York, NY 10022
> Telephone: (212) 446-4800
> Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and


_____/s/ James E. O'Neill_____
PACHULSKI, STANG, ZIEHL & JONES LLP
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*

3