**BALLOT TABULATION REPORT**
**SUMMARY**
**In Re: W.R. GRACE & CO., et al**

| | Ballot Counts | | | | | Ballot Amounts | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | Accepted | Rejected | Total Counted | Total Excluded | Total Received |
| 6 | 275,366 | 1,349 | 276,715 | 9,327 | 286,042 | $4,098,207,537.00 | $25,019,025.00 | $4,123,226,562.00 | $112,192,515.00 | $4,235,419,077.00 |
| | 99.51% | 0.49% | | | | 99.39% | 0.60% | | | |
| 7-A | 393 | 4 | 397 | 0 | 397 | | | | | |
| | 98.99% | 1.01% | | | | | | | | |
| 7-B | 1,833 | 240 | 2,073 | 121 | 2,194 | $1,820.00 | $234.00 | $2,054.00 | $121.00 | $2,175.00 |
| | 88.42% | 11.58% | | | | 88.60% | 11.39% | | | |
| 8 | 1 | 0 | 1 | 1 | 2 | $6,500,000.00 | $0.00 | $6,500,000.00 | $6,500,000.00 | $13,000,000.00 |
| | 100.00% | 0.00% | | | | 100.00% | 0.00% | | | |
| 9 | 608 | 49 | 657 | 20 | 677 | $66,466,717.59 | $325,226,655.86 | $391,693,373.45 | $10,165,241.37 | $401,858,614.82 |
| | 92.54% | 7.46% | | | | 16.96% | 83.03% | | | |
| 10 | 33,221,923.6787 | 3,732,968.2619 | 36,954,891.9406 | 3,627,638.1930 | 40,582,530.1336 | | | | | |
| | 89.89% | 10.10% | | | | | | | | |

**Class 7A/7B tabulation for Section 524(g) of the Bankruptcy Code:**

| | | | | | |
|---|---|---|---|---|---|
| 7 | 2226 | 244 | 2470 | 121 | 2591 |
| | 93.71% | 6.29% | | | |

| Class | Description |
|---|---|
| 6 | Asbestos PI |
| 7-A | Asbestos PD Claims - no US ZAI: votes solicited pursuant to Section 524(g) of the Bankruptcy Code only. |
| 7-B | Asbestos US ZAI PD Claims: votes solicited for Sections 524(g) and 1126 of the Bankruptcy Code |
| 8 | CDN ZAI PD Claims |
| 9 | General Unsecured Claims |
| 10 | Equity Interests in the Parent – reflects incremental number of shares |

EXHIBIT 1

**In Re: W.R. GRACE & CO., et al**
BALLOT TABULATION REPORT

## Plan Class 6: Asbestos PI

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Accepting Votes | Rejecting Amount | Rejecting Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 4199 | | FICZKO, DOMINICK | $2,500.00 | $2,500.00 | 1 | | | | |
| 3615 | | FILAK, CHARLES | $2,500.00 | $2,500.00 | 1 | | | | |
| 3312 | | FILETTO, GIUSEPPE | $2,500.00 | $2,500.00 | 1 | | | | |
| 9768 | | FILIP JEAN | $180,000.00 | $180,000.00 | 1 | | | | |
| 5366 | | FIMIA, JOHN | $2,500.00 | $2,500.00 | 1 | | | | |
| 2813 | | FINE, RUSSELL | $2,500.00 | $2,500.00 | 1 | | | | |
| 8694 | | FINIS JOLLY | $180,000.00 | $180,000.00 | 1 | | | | |
| 3855 | | FINKELSTEIN, RAYMOND | $2,500.00 | $2,500.00 | 1 | | | | |
| 19414 | | FINNIE B HARRIS SR. | $2,500.00 | $2,500.00 | 1 | | | | |
| 10434 | | FINUOLI, JOSEPH | $300.00 | $300.00 | 1 | | | | |
| 13865 | | FIORE D ACOVINO | $50,000.00 | $50,000.00 | 1 | | | | |
| 3299 | | FIORE, SALVATORE | $14,000.00 | $14,000.00 | 1 | | | | |
| 3107 | | FIORE, VINCENT | $2,500.00 | $2,500.00 | 1 | | | | |
| 3122 | | FIORENZA, CHARLES | $180,000.00 | $180,000.00 | 1 | | | | |
| 21976 | 15175 | FIREMANS FUND INSURANCE COMPANY | $3,860,000.00 | | | $3,860,000.00 | 1 | | Voting amt revised per Dkt 22243 - Order Approving Stipulation For Temporary Allowance of Proof of Claim Pursuant to Rule 3018, EOD 6/24/2009 |
| 2363 | | FIRESTINE, DOLORES | $180,000.00 | $180,000.00 | 1 | | | | |
| 3085 | | FISCHER, STANLEY | $2,500.00 | $2,500.00 | 1 | | | | |
| 3194 | | FISKE (DEC), LAWRENCE | $7,500.00 | $7,500.00 | 1 | | | | |
| 2961 | | FITZGERALD, DANIEL | $2,500.00 | $2,500.00 | 1 | | | | |
| 41 | | FITZPATRICK, JAMES B | $7,500.00 | $7,500.00 | 1 | | | | |
| 3081 | | FLAHERTY, ANNA | $180,000.00 | $180,000.00 | 1 | | | | |
| 3351 | | FLANAGAN, THOMAS | $14,000.00 | $14,000.00 | 1 | | | | |
| 2665 | | FLANSBURG, MARY KAY | $2,500.00 | $2,500.00 | 1 | | | | |

**Plan Class: 6**

EXHIBIT 1

**In Re: W.R. GRACE & CO., et al**

BALLOT TABULATION REPORT

## Plan Class 7-A: Asbestos PD Claims - no US ZAI: votes solicited pursuant to Section 524(g) of the Bankruptcy Code only.

| | Ballot Counts | | | | | Ballot Amounts | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | Accepted | Rejected | Total Counted | Total Excluded | Total Received |
| 7-A | 393  98.99% | 4  1.01% | 397 | 0 | 397 | | | | | |

| | | | | | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Clm No. | Creditor Name | | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments |
| 90013 | | DIES & HILE LLP | | | | 245 | | | | |
| 90109 | | FORD MARRIN ESPOSITO WITMEYER & GLESER | | | | | | 1 | | 62 votes excluded pursuant to Paragraph 2.c. of the Voting Procedures for identical claims filed in multiple cases. |
| 21609 | 2785 | HAIN CAPITAL HOLDINGS LLC | | | | 1 | | | | Signing Capacity not Indicated |
| 90088 | | MOTLEY RICE LLC | | | | 17 | | | | |
| 21633 | 14359 | SEALED AIR CORPORATION | | | | 1 | | | | |
| 90124 | | SPEIGHTS & RUNYAN | | | | 121 | | 3 | | |
| 10395 | 6950 | THE PRUDENTIAL INSURANCE COMPANY OF AMER | | | | 1 | | | | |
| 10397 | 6948 | THE PRUDENTIAL INSURANCE COMPANY OF AMER | | | | 1 | | | | |
| 10398 | 6946 | THE PRUDENTIAL INSURANCE COMPANY OF AMER | | | | 1 | | | | |
| 10399 | 6952 | THE PRUDENTIAL INSURANCE COMPANY OF AMER | | | | 1 | | | | |
| 10400 | 6947 | THE PRUDENTIAL INSURANCE COMPANY OF AMER | | | | 1 | | | | |
| 10393 | 6945 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | | | | 1 | | | | |
| 10394 | 6951 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | | | | 1 | | | | |
| 10396 | 6949 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | | | | 1 | | | | |

EXHIBIT 1