IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | **Re: Docket Nos.: 22153, 22973, 22411, 22477, 22600, 22610, 22613** |

### CERTIFICATION OF COUNSEL RE: ORDER ON DEBTORS' MOTION FOR AN ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH THE ROYAL PARTIES, LIBBY CLAIMANTS' MOTION TO DEFER CONSIDERATION AND LIBBY CLAIMANTS' MOTION TO COMPEL DEBTORS AND ARROWOOD TO RESPONSE TO DISCOVERY REQUESTS

1. On June 17, 2009, the Debtors filed the *Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties* ("Motion for Approval") (Docket No. 22153) with the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 Market Street, Wilmington, Delaware 19801. Libby Claimants and BNSF opposed the motion. *See* Docket Nos. 22973 and 22411. The Debtors and Arrowood Indemnity filed responses to these objections. *See* Docket Nos. 22610 and 22613.

2. On July 10, 2009, Libby Claimants filed a Motion to Defer Consideration of the Motion for Approval (the "Motion to Defer")(Docket No. 22398). Arrowood Indemnity opposed the Motion to Defer. *See* Docket No. 22398.

3. On July 16, 2009, the Libby Claimants filed a Motion to Compel Debtors and Arrowood to Respond to Discovery Requests in Connection for the Motion for Approval

(the "Motion to Compel")(Docket No. 22477). Arrowood Indemnity opposed the Motion to Compel. *See* Docket No. 22600.

4.  The Court heard arguments on the Motion for Approval, Motion to Defer and Motion to Compel on July 27, 2009, and as a result of its rulings, requested that the parties prepare an order reflecting its rulings.

5.  The Debtors submitted a proposed order to counsel for the Libby Claimants, BNSF and Arrowood. After some revisions, the parties arrived at a form of order to which the Libby Claimants, BNSF and Arrowood do not object.

6.  As a result, the Debtors respectfully request that the Court enter the proposed order regarding the Motion for Approval and Motion to Continue attached hereto as <u>Exhibit A</u>.

Dated: August 5, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
300 N. LaSalle
Chicago, IL 60654

-and-

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602
(312) 641-2162

-and-

PACHULSKI, STANG, ZIEHL, & JONES LLP

*/s/ Kathleen P. Makowski*
Laura Davis Jones (#2436)
James E. O'Neill (#4042)
Kathleen P. Makowski (#3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

3