# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**JUNE 1, 2009 - JUNE 30, 2009**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 2.5 | $    1,687.50 |
| 0014 | Case Administration | 88.4 | 18,681.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 24.1 | 17,491.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 33.4 | 21,059.00 |
| 0018 | Fee Application, Applicant | 17.4 | 5,865.50 |
| 0019 | Creditor Inquiries | 0.9 | 827.50 |
| 0020 | Fee Application, Others | 4.3 | 1,962.00 |
| 0035 | Travel - Non Working | 45.5 | 34,682.50 |
| 0036 | Plan and Disclosure Statement | 145.5 | 107,695.50 |
| 0037 | Hearings | 57.6 | 46,000.00 |
|  |  |  |  |
|  | **Sub Total** | **419.6** | **$ 255,952.50** |
|  | **Less 50% Travel** | **(22.8)** | **(17,341.25)** |
|  | **Total** | **396.8** | **$ 238,611.25** |

# STROOCK

## INVOICE

| DATE | August 5, 2009 |
|---|---|
| INVOICE NO. | 480094 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through June 30, 2009, including:

| RE | Business Operations 699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2009 | Exchanged memoranda with J. Dolan re financial materials. | Krieger, A. | 0.2 |
| 06/02/2009 | Exchanged memoranda with J. Dolan re status of receipt of financial information from Debtors' representatives. | Krieger, A. | 0.2 |
| 06/04/2009 | Exchanged memorandum with J. Dolan re receipt of financial information and memorandum to LK, KP re same. | Krieger, A. | 0.3 |
| 06/21/2009 | Attend to Capstone draft report re 2009 Business Plan review. | Krieger, A. | 0.4 |
| 06/22/2009 | Attend to Capstone's draft report re 2009 Business Plan and lst quarter operations and memorandum to J. Dolan re same. | Krieger, A. | 1.4 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.5 | $ 675 | $ 1,687.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,687.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,687.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Case Administration 699843 0014 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.6 |
| 06/01/2009 | Oc and tc w/ D. Harris re: 3d Cir. Rules and research re: same. | Magzamen, M. | 0.2 |
| 06/01/2009 | Review and update case docket no. 01-1139 (.5); obtain and circulate recently docketed pleadings in main case (2.3); research case docket re case management procedures order (.3); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 3.5 |
| 06/02/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.8 |
| 06/02/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.9); review case file documents (1.7); attention to document retrieval for attorney review (.5). | Mohamed, D. | 4.5 |
| 06/03/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.0); research case docket and prepare schedule of documents to be included in statement of issues on appeal (1.6); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 3.3 |
| 06/04/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (2.2); prepare documents for attorney review (.6). | Mohamed, D. | 3.2 |
| 06/05/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.6 |
| 06/05/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.4); research case | Mohamed, D. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | docket re PI prepetition litigation and retrieve related pleadings for attorney review (.9); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | | |
| 06/08/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.3 |
| 06/08/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.2); retrieve certain pleadings for attorney review (.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.6 |
| 06/09/2009 | Reviewed Docket to update status. | Holzberg, E. | 1.4 |
| 06/09/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (2.4); review case file documents (1.0). | Mohamed, D. | 3.8 |
| 06/10/2009 | Attend to fee auditor's final report on 31st quarterly applications. | Krieger, A. | 0.1 |
| 06/10/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (.9); obtain documents re upcoming depositions for attorney review (1.1); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.8 |
| 06/11/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.5); revise and update email service list (.8); prepare and effectuate service re order granting leave from scheduling order and shortening notice of Committee's motion to modify third CMO (.7); prepare certificate of service re same and forward to local counsel for filing (.4). | Mohamed, D. | 3.7 |
| 06/12/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.6 |
| 06/12/2009 | Office conference DM re service, court procedures. | Krieger, A. | 0.3 |
| 06/12/2009 | Review and update case docket no. 01-1139 (.5); obtain and circulate recently docketed | Mohamed, D. | 3.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (1.8); prepare documents for attorney review (.6); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | | |
| 06/15/2009 | Office conference LK and then EH re court call arrangement for LK at 6/18/09 pre-trial hearing (.2); memorandum with DM re preparation of binder with final witness lists (.1). | Krieger, A. | 0.3 |
| 06/15/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 3.4 |
| 06/16/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.7); retrieve documents re final witness designations (1.2); prepare documents for attorney review (.7). | Mohamed, D. | 3.9 |
| 06/17/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.4); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); prepare table of contents re phase II witness designations (.8). | Mohamed, D. | 2.9 |
| 06/18/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.5); review case file documents (1.3). | Mohamed, D. | 4.1 |
| 06/18/2009 | Review and retrieve Judge Judith K. Fitzgerald contact data for counsel. | Wojcik, M. | 0.2 |
| 06/19/2009 | Reviewed Legal Dockets to update status. | Holzberg, E. | 1.2 |
| 06/19/2009 | Attend to deposition notices (.1); order re 6/29/09 telephonic hearing (.1); attend to travel arrangements for 6/22/09 hearings (.2). | Krieger, A. | 0.4 |
| 06/19/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (2.4); prepare documents for attorney review (.5); obtain pleading re court of appeals case no. 08-2069 | Mohamed, D. | 3.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2); review adv. pro. case no. 01-771 (.2). | | |
| 06/19/2009 | TC w/ Court call re: telephonic appearance for L. Kruger (.1); email and TC w/ L. Kruger re: same (.1). | Wojcik, M. | 0.2 |
| 06/22/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.8 |
| 06/22/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.6); research and obtain certain documents for attorney review (.6); review adv. pro. case docket no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 3.9 |
| 06/23/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.3); obtain documents for review (.5). | Mohamed, D. | 2.2 |
| 06/24/2009 | Memorandum to DM re fee order and schedule for 31st quarterly applications. | Krieger, A. | 0.1 |
| 06/24/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.8); review case file documents (.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 3.2 |
| 06/25/2009 | Telephone call and follow-up memorandum Court reporter re hearing transcription request (.4); court call re 6/29/09 hearing arrangements (.1). | Krieger, A. | 0.5 |
| 06/25/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.2); obtain documents for attorney review (.7). | Mohamed, D. | 2.3 |
| 06/26/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.9 |
| 06/26/2009 | Attend to files (.7); exchanged memoranda with J. O'Neill re fee order (.1). | Krieger, A. | 0.8 |
| 06/26/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed | Mohamed, D. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.9); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | | |
| 06/29/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.2 |
| 06/29/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.2); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.9 |
| 06/30/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.5); review case file documents (1.3). | Mohamed, D. | 3.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 15.4 | $ 275 | $ 4,235.00 |
| Krieger, Arlene G. | 2.5 | 675 | 1,687.50 |
| Magzamen, Michael S. | 0.2 | 295 | 59.00 |
| Mohamed, David | 69.9 | 180 | 12,582.00 |
| Wojcik, Mark R. | 0.4 | 295 | 118.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 18,681.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 18,681.50 |
|-----------------------|-------------|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
| --- | --- |
| | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 06/01/2009 | Attend to case law re appellate issues. | Krieger, A. | 2.3 |
| 06/02/2009 | Draft of statement of issues on appeal. | Harris, D. | 0.6 |
| 06/02/2009 | Attend to appellate issues. | Krieger, A. | 2.6 |
| 06/02/2009 | Review motion to modify CMO (.4); review appellate issues (.6). | Kruger, L. | 1.0 |
| 06/03/2009 | Draft statement of issues for appeal (1.7); meeting with D. Mohamed re same (.2). | Harris, D. | 1.9 |
| 06/03/2009 | Review bank lender group motion re Phase I adjournment (.4); t/c KP re same (.1). | Kruger, L. | 0.5 |
| 06/05/2009 | Preparation of revised draft and exchange memoranda with KP re statement of issues and designation of items for appellate record. | Krieger, A. | 1.8 |
| 06/05/2009 | Office conference LK re same and comments thereon (.1); exchanged memoranda and telephone call Bank Lenders' counsel re statement of issues and designation (.4); memoranda with local counsel re motion to amend CMO (.1). | Krieger, A. | 0.6 |
| 06/08/2009 | Revise statement of issues and designation of record on appeal (.8); meeting with A. Krieger re: same (.1). | Harris, D. | 0.9 |
| 06/08/2009 | Attend to bank lenders draft statement of issues (.2); exchanged memoranda and telephone call M. Phillips re statement of issues and designation (.6); office conference D. Harris re statement of issues, designation of record items (.5); memoranda with M. Lastowski re statement of issues and designation for filing (.5). | Krieger, A. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/08/2009 | Review Lender's draft statement of issues. | Kruger, L. | 0.2 |
| 06/09/2009 | Outline appeal issues and schedule (PPI). | Pasquale, K. | 0.3 |
| 06/12/2009 | Conference call AK, KP, Rosenberg, Cobb re issues, strategy, response to Debtor reply (1.1); review e-mails re depositions (.3). | Kruger, L. | 1.4 |
| 06/15/2009 | Review AK memo to Committee re CMO motion (.2); review bank lender response to debtors reply to CMO motion (.4). | Kruger, L. | 0.6 |
| 06/16/2009 | O/c with KP re possible strategy re PPI (.5); o/c with KP, AK and t/c Rosenberg re strategy re PPI and 6/18 court hearing (.6). | Kruger, L. | 1.1 |
| 06/16/2009 | Outlining and issues re PPI appellate brief. | Pasquale, K. | 1.5 |
| 06/19/2009 | T/c KP and AK preparing for 6/22 court hearing. | Kruger, L. | 0.3 |
| 06/21/2009 | Review Baer e-mails re Shelnitz affidavit and distributions to Committee. | Kruger, L. | 0.6 |
| 06/22/2009 | Conference with KP, AK, Rosenberg, Cobb, Phillips preparing for court hearing. | Kruger, L. | 1.0 |
| 06/26/2009 | Attend to Debtors' counter-designations re appeal of 5/19/09 PPI decision (.1); attend to Debtors' objections to Neutocrete (.2); attend to Debtors' settlement with Royal (.2). | Krieger, A. | 0.5 |
| 06/30/2009 | Telephone call J. Baer re proposed settlement of NJDEP appeals (.3); memorandum to LK, KP re substance of J. Baer conversation (.3); attend to appellate briefs and orders re NJDEP appeals (1.8); further exchange of emails with J. Baer requesting additional background information (.2). | Krieger, A. | 2.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Harris, Daniel J. | 3.4 | $ 325 | $ 1,105.00 |
| Krieger, Arlene G. | 12.2 | 675 | 8,235.00 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 6.7 | 995 | 6,666.50 |
| Pasquale, Kenneth | 1.8 | 825 | 1,485.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,491.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 17,491.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 06/01/2009 | Office conference KP re motion to amend 3rd amended CMO (.1); office conference LK re motion (.1); further office conferences KP, LK re filing of motion and related scheduling motion (.2); attend to revision to motions, order (.2). | Krieger, A. | 0.6 |
| 06/02/2009 | Office conference KP re finalization of motion to amend and scheduling motion and order (.1); attend to draft Committee memorandum re Shein deposition (1.8); attend to proposed order re motion to amend CMO and memoranda to KP and M. Lastowski re same (1.7); exchange memoranda with DH re Committee memorandum on Shein deposition (.2); exchanged memoranda with DM and with local counsel's office re service list for Committee's motion (.5). | Krieger, A. | 4.3 |
| 06/04/2009 | Revise memo re deposition of James Shein. | Harris, D. | 0.4 |
| 06/04/2009 | Attend to DH memorandum re revised Shein deposition memorandum for the Committee (.2); exchanged memorandum with S. Wolfenden re inquiry regarding order on motion to modify 3d Amended CMO (.2); attend to appellate issues, certain Bank Lenders' motion to modify 3d amended CMO and for leave from scheduling order and draft designation of items for inclusion in the Appellate record and statement of issues (4.3); memorandum to KP re issues statement (.6). | Krieger, A. | 5.3 |
| 06/08/2009 | Review deposition transcript of David Austern for Committee memorandum. | Harris, D. | 1.7 |
| 06/10/2009 | Attend to Capstone's draft memorandum for the Committee re authorization to make pension contributions and memorandum to J. | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Dolan re same. | | |
| 06/10/2009 | Review Capstone memo re pension contributions. | Kruger, L. | 0.2 |
| 06/11/2009 | Exchanged memoranda with KP and telephone call Judge Fitzgerald's chambers re status of motion for leave and related matters (.2); memoranda with KP re same (.2); office conferences DM re service of order granting motion for leave and telephone call R. Riley re same (.8). | Krieger, A. | 1.2 |
| 06/12/2009 | Memoranda to and telephone conference with local counsel re filing and service of Committee's Phase II witness disclosures and document demand. | Krieger, A. | 0.5 |
| 06/15/2009 | Attend to motion for leave to file reply to Plan Proponents' re: motion to modify third amended CMO and Bank Lenders'; draft reply (1.6); exchanged memoranda with local counsel re: filing and service of Committee's Witness Disclosure for Phase II and Document Demand (.4);  memorandum  to the Committee re joinder to Bank Lender Group's reply to Plan Proponents (.3); review of CMO and scheduling orders and memorandum to J. Green re Bank Lenders' motions (.8). | Krieger, A. | 3.1 |
| 06/16/2009 | Preparation of joinder to bank lender group's motions (.8); attend to Debtors' chart of Phases I and II objections and PP's responses (.8); exchanged memoranda with local counsel re service and filing of joinder (.6). | Krieger, A. | 2.2 |
| 06/17/2009 | Draft memorandum to committee regarding deposition of David Austern. | Harris, D. | 3.6 |
| 06/17/2009 | Memoranda to the Committee re 6/19/09 conference call (.6); memoranda to C. Freedgood re 6/19/09 conference call (.2). | Krieger, A. | 0.8 |
| 06/19/2009 | Attend to financial materials and office conference KP re same and conference call Capstone (1.4); review financial material, conference call with Committee re 6/18/09 hearing and next steps (.4). | Krieger, A. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/19/2009 | Telephone conference with KP, AK and Committee re status and 6/22 hearing. | Kruger, L. | 0.5 |
| 06/19/2009 | Conference call with Capstone re solvency issues (.8); prep for and conference call with Committee re status and confirmation issues (.8). | Pasquale, K. | 1.6 |
| 06/21/2009 | Attend to memoranda from KP re impairment issues. | Krieger, A. | 0.4 |
| 06/24/2009 | Attend to memorandum for the Committee re Phase I hearing. | Krieger, A. | 0.7 |
| 06/25/2009 | Attend to Committee memorandum re Phase I hearing (2.8); office conference KP re Committee memorandum and affidavit status (.2); numerous memoranda re Shelnitz and Freedgood affidavits (.6). | Krieger, A. | 3.6 |
| 06/25/2009 | Review and revise memo to Committee re court hearings. | Pasquale, K. | 0.3 |
| 06/26/2009 | Attend to memorandum for the Committee re Phase I hearings. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Harris, Daniel J. | 5.7 | $ 325 | $ 1,852.50 |
| Krieger, Arlene G. | 25.1 | 675 | 16,942.50 |
| Kruger, Lewis | 0.7 | 995 | 696.50 |
| Pasquale, Kenneth | 1.9 | 825 | 1,567.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,059.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 21,059.00 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2009 | Completed and prepared for filing the 32nd Quarterly Fee Application. | Holzberg, E. | 1.2 |
| 06/01/2009 | Review Stroock's thirty-second quarterly fee application in preparation for filing (.8); prepare certificate of service re same and forward to local counsel for filing (.6); prepare and effectutuated service re quarterly fee application (.7). | Mohamed, D. | 2.1 |
| 06/05/2009 | Worked on 98th Monthly Application. | Holzberg, E. | 0.5 |
| 06/08/2009 | Worked on 98th Monthly Fee Application for the month of May 2009. | Holzberg, E. | 1.6 |
| 06/12/2009 | Worked on 98th Monthly Fee Application. | Holzberg, E. | 0.9 |
| 06/15/2009 | Attend to May 2009 fee statement. | Krieger, A. | 2.6 |
| 06/16/2009 | Worked on 98th Monthly Fee Application. | Holzberg, E. | 0.3 |
| 06/19/2009 | Worked on 98th Monthly Fee Application. | Holzberg, E. | 1.3 |
| 06/22/2009 | Worked on 98th Monthly Fee Application for the Month of May (.3); reviewed the schedule of disbursements (1.3). | Holzberg, E. | 1.6 |
| 06/23/2009 | Worked on 98th Monthly Fee Application. | Holzberg, E. | 0.7 |
| 06/26/2009 | Worked on 98th Monthly Fee Application. | Holzberg, E. | 1.3 |
| 06/26/2009 | Attend to SSL's May 2009 fee application. | Krieger, A. | 0.6 |
| 06/29/2009 | Worked on review and edits to Disbursement Schedules for monthly bill. | Holzberg, E. | 1.2 |
| 06/30/2009 | Prepare 98th Monthly Application for May, 2009 for filing. | Holzberg, E. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 12.1 | $ 275 | $ 3,327.50 |
| Krieger, Arlene G. | 3.2 | 675 | 2,160.00 |
| Mohamed, David | 2.1 | 180 | 378.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,865.50 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,865.50 |
|-----------------------|-----------|

# STROOCK

| RE | Creditor Inquiries |
|----|--------------------|
|    | 699843  0019       |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/11/2009 | T/c bank holder re status. | Kruger, L. | 0.2 |
| 06/19/2009 | Telephone conferences creditors re status and results of court hearing. | Pasquale, K. | 0.4 |
| 06/25/2009 | T/c bank holders re status. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 0.5 | $ 995 | $ 497.50 |
| Pasquale, Kenneth | 0.4 | 825 | 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 827.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 827.50 |
|-----------------------|----------|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/02/2009 | Attend to other professionals' fee applications, and Fee Auditor's reports thereon. | Krieger, A. | 0.6 |
| 06/08/2009 | Review Capstone's 63rd monthly fee statement in preparation for filing (.6); prepare notice and certificate of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.9 |
| 06/12/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 06/16/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 06/17/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 06/19/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 06/26/2009 | Attend to other professionals' fee applications, CNOs , other related materials . | Krieger, A. | 0.4 |
| 06/30/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.4 | $ 675 | $ 1,620.00 |
| Mohamed, David | 1.9 | 180 | 342.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,962.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,962.00 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 94.20 |
| Overtime | 165.00 |
| Local Transportation | 121.74 |
| Long Distance Telephone | 187.49 |
| Duplicating Costs-in House | 22.60 |
| Court Reporting Services | 2896.40 |
| Word Processing | 30.00 |
| In House Messenger Service | 14.44 |
| Travel Expenses - Transportation | 552.00 |
| Travel Expenses - Lodging | 595.08 |
| Travel Expenses - Meals | 327.96 |
| Westlaw | 954.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 5,960.91 |
|-----------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,960.91 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/18/2009 | Travel to Pittsburgh for Phase I pre-trial hearings (3.2); return travel to New York (extensive delays) (7.1). | Krieger, A. | 10.3 |
| 06/18/2009 | Attend 6/18/09 hearing. | Krieger, A. | 5.1 |
| 06/18/2009 | Travel to and from court hearing in Pittsburgh, PA (weather delays). | Pasquale, K. | 10.5 |
| 06/20/2009 | Attend to revised agenda notice. | Krieger, A. | 0.1 |
| 06/21/2009 | Travel to Pittsburgh for Phase I hearings. | Krieger, A. | 4.0 |
| 06/21/2009 | Travel to Pittsburgh for hearing. | Kruger, L. | 3.5 |
| 06/21/2009 | Travel to Pittsburgh for Phase I confirmation hearing. | Pasquale, K. | 4.0 |
| 06/23/2009 | Travel from Pittsburgh to New York following Phase I hearing. | Krieger, A. | 3.5 |
| 06/23/2009 | Return travel from Pittsburgh hearings. | Pasquale, K. | 4.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 23.0 | $ 675 | $ 15,525.00 |
| Kruger, Lewis | 3.5 | 995 | 3,482.50 |
| Pasquale, Kenneth | 19.0 | 825 | 15,675.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 34,682.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 34,682.50 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Plan and Disclosure Statement<br>699843  0036 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2009 | Edit and research for filing of notice of appeal and associated motion. | Harris, D. | 1.1 |
| 06/01/2009 | Attend to plan objections and trial briefs re Phase I confirmation issues. | Krieger, A. | 5.1 |
| 06/01/2009 | Review trial briefs submitted by insurers. | Kruger, L. | 0.6 |
| 06/01/2009 | Conference call with A. Rosenberg re Phase I scheduling issues (.2) and attention to same (.3); review insurer's trial briefs (.8). | Pasquale, K. | 1.3 |
| 06/02/2009 | Attend to memoranda, notices re depositions (.3); attend to multiple trial briefs filed (.6). | Krieger, A. | 0.9 |
| 06/02/2009 | Review parties trial briefs (.9); review various trial briefs (.5); review memo to Committee re Shein depositions (.2). | Kruger, L. | 1.6 |
| 06/02/2009 | Revised and finalized motions to modify CMO (.8); e-mails re same (.3); continued review of parties' trial briefs (.5). | Pasquale, K. | 1.6 |
| 06/03/2009 | Review bank lenders' motion re Phase I hearing (.5); telephone conference A. Rosenberg re same (.2). | Pasquale, K. | 0.7 |
| 06/04/2009 | Attend to orders issued by the Court granting leave and office conference KP, LK re Committee's motion for leave (.3); attend to memoranda re depositions (.1); attend to J. Baer memorandum re evidentiary materials for Phase I hearings (.1); attend to plan objections (1.6). | Krieger, A. | 2.1 |
| 06/05/2009 | Office conferences LK re upcoming depositions and Phase I matters (.2); attend to J. Baer memoranda re Evidentiary Binders for Phase I trial (.2); attend to deposition notices and revised schedule (.1). | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/08/2009 | Attend to memoranda re Phase I binders, depositions. | Krieger, A. | 0.2 |
| 06/09/2009 | Review deposition of David Austern for preparation of Committee memorandum. | Harris, D. | 2.1 |
| 06/09/2009 | Attend to voting declaration and office conference KP and memoranda to LK re same (.3); attend to deposition notices and e-mails (.2); office conference KP re Debtors' brief in support of Phase I matters and confirmation related matters (.2); telephone call M. Phillips re Debtors' brief (.2); attend to memoranda re feasibility witness lists, discovery (.1). | Krieger, A. | 1.0 |
| 06/09/2009 | O/c with AK and KP re voting declaration (.3); review POR trial brief (.6); preparation for confirmation hearing (.3). | Kruger, L. | 1.2 |
| 06/09/2009 | Attend to voting tabulation report from BMC Group per K. Pasquale. | Magzamen, M. | 0.8 |
| 06/09/2009 | Review plan proponents' trial brief (1.4); attention to class 9 issues for confirmation hearing (1.2); review voting report (.4). | Pasquale, K. | 3.0 |
| 06/10/2009 | Attend to deposition calendar (.1); attend to Committee's discovery demand (.2); office conference KP re discovery demand, statement of issues, depositions, other (.5); exchanged memoranda with M. Gaytan re deposition information (.1); attend to materials re Mathis deposition (.2). | Krieger, A. | 1.1 |
| 06/10/2009 | Review deposition calendar. | Kruger, L. | 0.1 |
| 06/10/2009 | Confer A. Krieger re plan issues (.3); revised document demands to debtor re feasibility (.5); emails re same (.2); prep for Hughes deposition (.5); telephone conference J. Cohn re confirmation (.5); drafted Phase II witness disclosure (.3). | Pasquale, K. | 2.3 |
| 06/11/2009 | Participate in deposition of Sean Mathis. | Harris, D. | 5.8 |
| 06/11/2009 | Attend to draft witness disclosure for Phase II (.1); attend to material for KP re confirmation | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | objection (.2). | | |
| 06/11/2009 | Review e-mails re hearing on June 18 and June 22 (.2); review Plan proponents response to UCC motion re Third Amended CMO (.8); o/c with KP re reply to Plan proponents response (.2); review responses to Plan proponents response to UCC motion re CMO (.6); review prior transcripts re solvency (.4). | Kruger, L. | 2.2 |
| 06/11/2009 | Participated (by telephone) in deposition of Jay Hughes (6.5); telephone conference T. Freedman re scheduling proposal (.2); prep for Inselbuch deposition (.4); telephone conference A. Rosenberg re confirmation issues (.3); and emails re same (.3); reviewed transcript of court hearing re PPI and Solvency (.3); review plan proponents' response to motions to modify CMO (.5). | Pasquale, K. | 8.5 |
| 06/12/2009 | Attend to Plan Proponents response to Committee's and Bank Lenders' motions to modify third amended CMO, related transcript (.5); conference call KP and Bank lenders representatives re: confirmation issues (.6); attend to insurers Phase I trial brief (1.3); attend to deposition notices, discovery, exchanged emails re proposed 6/19/09 meet and confer (1.2). | Krieger, A. | 3.6 |
| 06/12/2009 | Participated (phone) in Inselbuch deposition (5.0); conference calls with R. Cobb, A. Rosenberg, L. Kruger, A. Krieger re confirmation issues and strategy (1.2); finalized discovery and witness list (.3); emails re discovery status (.3). | Pasquale, K. | 6.8 |
| 06/14/2009 | Attend to Plan Proponents consolidated Phase I brief in support of confirmation. | Krieger, A. | 1.1 |
| 06/15/2009 | Office conference LK re 6/18/09 hearing (.1); attend to numerous memoranda re meeting and conference (.3); office conference KP re plan proponents proposed treatment of non-lender class 9 claims, Phase I hearings  (.3); attend to Plan Proponents confirmation brief (1.2); attend to numerous final witness lists for Phase II (.3). | Krieger, A. | 2.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/15/2009 | Attend to various witness lists. | Kruger, L. | 0.8 |
| 06/15/2009 | Telephone conference A. Rosenberg re status (.3); prep for debtors' status conference call (.5); review lenders' draft reply brief (.3); emails re confirmation hearing (.3); confer A. Krieger re status (.4); review parties' respective witness lists (.5); review plan and filings in prep for status conference and confirmation hearing (1.2). | Pasquale, K. | 3.5 |
| 06/16/2009 | Attend to Plan Proponents brief (1.5); attend to pleadings, responses re Phase I issues and other confirmation materials (2.9); attend to final witness disclosures and recently filed discovery responses (.9). | Krieger, A. | 5.3 |
| 06/16/2009 | Review chart of POR objections (.8); review brief of Plan Proponents (.6). | Kruger, L. | 1.4 |
| 06/16/2009 | Review debtors' chart re confirmation objections and related prep for status conference and confirmation hearing (2.5); telephone conferences A. Rosenberg, R. Cobb re confirmation hearing issues (.5); confer L. Kruger re same (.5). | Pasquale, K. | 3.5 |
| 06/17/2009 | Attend to Debtors' chart of plan objections (.8); attend to Debtors' objection to plan exhibits (.3); memos to D. Harris re Mathis deposition (.2); attend to deposition transcripts and memorandum to K. Love re same (.4); attend meet and confer with representatives for all parties (1.4); attend to pre-trial related pleadings (.8); attend to materials for conference call and 6/18/09 hearing (.9) conference call with T. Freedman, D. Bernick, A. Rosenberg, others re 6/18/09 hearing and Phase I issues and follow-up, office conference LK, KP (1.0); conference call with bank lenders' counsel re 6/18 and 6/22/09 hearings (1.0); attend to revised deposition calendar (.1); attend to memoranda for 6/18/09 hearing (.4); exchanged memoranda with M. Phillips re materials for hearing (.2); conference call with bank lender group's counsel re 6/18/09 pre-trial (.5). | Krieger, A. | 8.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/17/2009 | Telephone conference KP, AK, Rosenberg, Phillips re preparation for meeting and conference, issues and strategy (.8); telephone conference with parties re meeting and conference for 6/18 and 6/22 hearing (1.4); telephone conference KP, AK, Rosenberg, Phillips, Cobb, Bernick, Freedman re meeting and conference (.2); o/c KP, AK and t/c Rosenberg, Boller, Cobb, Phillips re 6/18 hearing preparation (1.0); e-mail re settlement proposal to Bernick and his response (.3). | Kruger, L. | 3.7 |
| 06/17/2009 | Conference call with lenders' counsel re confirmation (1.5); conference call with debtors and all parties re confirmation issues (1.5); conference call with debtors re impairment issues (1.0); review pleadings and prep for calls and court hearings (2.8). | Pasquale, K. | 6.8 |
| 06/18/2009 | Preparation  for 6/18/09 pre-trial on Phase I issues, Committee's motion to amend CMO and related matters (2.7); follow-up discussion with KP, counsel for bank lenders (.4). | Krieger, A. | 3.1 |
| 06/19/2009 | Attend to Debtors' motion re strike expert report of Dr. Spear (.2); attend to review of financial information and extended telephone call Capstone re same (2.3); attend to numerous memoranda re 6/22/09 hearings (.6); conference call bank lenders' counsel and follow-up conference KP, LK (.9); memorandum to bank lenders counsel re case law on plan issues (.3); follow up memorandum and telephone call LK re 6/22/09 hearing (.3); memoranda to KP re 6/22/09 hearing (.1). | Krieger, A. | 4.7 |
| 06/19/2009 | Telephone conferences and emails A. Rosenberg, R. Cobb re confirmation issues (1.0); telephone conference G. Horowitz re confirmation (.3); prep for confirmation hearing and solvency discussion (4.7). | Pasquale, K. | 6.0 |
| 06/20/2009 | Attend to plan related case law (3.5); attend to proposed order re Phase I re insurance neutrality (.1). | Krieger, A. | 3.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/24/2009 | Attend to legal issues from Phase I hearing on impairment of Class 9 claims (.9); attend to solvency issues and materials (.3); attend to Shelnitz and Freedgood affidavits and memoranda thereon (.8); memoranda to J. Green, R. Cobb re Freedgood affidavit (.2). | Krieger, A. | 2.2 |
| 06/24/2009 | E-mails with Capstone re solvency issues (.3); attention to Friedgood & Shelnitz affidavits (.6); and telephone conference T. Maher re same (.3). | Pasquale, K. | 1.2 |
| 06/25/2009 | Exchanged memoranda with KP, R. Cobb re Freedgood and Shelnitz affidavits and attend to review of same (.8); attend to legal issues for impairment brief (.3); attend to solvency issues and related materials (.9); attend to stipulation temporarily allowing Fireman's Fund claim to vote (.1). | Krieger, A. | 2.1 |
| 06/25/2009 | Emails and telephone conferences re impairment affidavits (.8); attention to revised schedule (.3); attention to impairment and solvency issues (1.4). | Pasquale, K. | 2.5 |
| 06/26/2009 | Conference call with KP, R. Frezza re solvency issues (.3); attend to transcript of 6/22/09 impairment hearing (.6); attend to Bench brief by Debtors, ACC and FCR re testimony of Lockwood, Austern, other (.1); attend to final witness lists, other recent discovery documents and deposition notices (.9); exchanged memoranda with M. Hurford re Inselbuch deposition and review same (1.3); exchanged memoranda with M. Phillips re proposed order on impairment and review of same (.3); exchanged memoranda with M. Phillips re hearing transcripts (.1). | Krieger, A. | 3.6 |
| 06/26/2009 | Prep for and conference call with Capstone re solvency issues (.6); attention to solvency and debtors' financial information (2.0). | Pasquale, K. | 2.6 |
| 06/28/2009 | Attend to proposed order circulated by J. Baer and comments thereon (.3); attend to transcript of impairment hearing (1.3). | Krieger, A. | 1.6 |
| 06/29/2009 | Attend to 6/22/09 transcript (3.6); attend to | Krieger, A. | 5.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | draft order on impairment hearing and exchanged memoranda with KP re revisions to Debtors' draft order (.8); attend to Freedgood and Shenlitz affidavits and exchanged memoranda with KP and with R. Cobb re same (.5); memoranda to M. Phillips, R. Cobb re proposed revised order re impairment hearings (.1); memorandum to J. Baer and all other parties re Committee's mark up of Debtors' proposed order (.1); attend to updated deposition schedule (.1). | | |
| 06/29/2009 | Review, analyze estimation hearing and transcripts and evidence re solvency confirmation proof and related issues (6.4); review and revised debtors' draft scheduling order (.5). | Pasquale, K. | 6.9 |
| 06/30/2009 | Attend to transcripts of Phase I hearing and legal issues raised (4.6); memorandum to K. Love re request for deposition transcripts (.1); attend to updated deposition schedule and memorandum to M. Gaytan re Zilly deposition information (.1); exchanged memoranda with Capstone re solvency issues (.2); office conference KP re solvency issues (.1). | Krieger, A. | 5.1 |
| 06/30/2009 | Review case law re W. Katchen e-mails on PPI (.6); e-mails with Capstone re solvency issues (.3); review estimation trial transcripts and proof re solvency (3.4). | Pasquale, K. | 4.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Harris, Daniel J. | 9.0 | $ 325 | $ 2,925.00 |
| Krieger, Arlene G. | 62.6 | 675 | 42,255.00 |
| Kruger, Lewis | 11.6 | 995 | 11,542.00 |
| Magzamen, Michael S. | 0.8 | 295 | 236.00 |
| Pasquale, Kenneth | 61.5 | 825 | 50,737.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 107,695.50 |
|-------------------------------------------|--------------|

# STROOCK

| TOTAL FOR THIS MATTER | $ 107,695.50 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Hearings<br>699843  0037 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/11/2009 | Attend to hearing agenda for 6/18/09 pretrial. | Krieger, A. | 0.1 |
| 06/15/2009 | Attend to agenda notice for Phase I hearings. | Krieger, A. | 0.1 |
| 06/15/2009 | Review agenda for 6/22, 6/23 hearing in Pittsburgh. | Kruger, L. | 0.2 |
| 06/16/2009 | Attend to agenda notice for 6/18/09 hearings. | Krieger, A. | 0.1 |
| 06/18/2009 | Attend court hearing by telephone conference re impairment issue, insurance company issues and agenda items. | Kruger, L. | 4.2 |
| 06/18/2009 | Prep for and participated in court hearing re confirmation issues. | Pasquale, K. | 6.5 |
| 06/21/2009 | Office conference LK re Phase I hearings (.4); attend to emails from J. Baer re Shelnitz affidavit and related documents and office conference LK re same (.3). | Krieger, A. | 0.7 |
| 06/21/2009 | Prepare for 6/22 hearing (1.6); conference with AK re preparation for court (1.4). | Kruger, L. | 3.0 |
| 06/21/2009 | Prep for confirmation hearing and attention to e-mails re same. | Pasquale, K. | 2.2 |
| 06/22/2009 | Breakfast meeting re 6/22/09 hearing (1.5); and attend 6/22/09 hearing re Class 9 impairment issues (8.8). | Krieger, A. | 10.3 |
| 06/22/2009 | In court at hearing on impairment and solvency. | Kruger, L. | 3.6 |
| 06/22/2009 | Prep for and participated in confirmation hearing. | Pasquale, K. | 10.3 |
| 06/23/2009 | Attend continued Phase I confirmation hearing. | Krieger, A. | 5.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/23/2009 | Participated in confirmation hearing. | Pasquale, K. | 5.0 |
| 06/24/2009 | Attend to hearing notes and preparation of deadline schedule from Phase I hearing (3.4); telephone call M. Kramer re schedule of dates and deadlines (.4); attend to order modifying upcoming hearing schedules (.1); memorandum to KP re revised schedule of dates and deadlines (.1). | Krieger, A. | 4.0 |
| 06/29/2009 | Preparation for and attend omnibus hearing (telephonic) re PD settlement status, Kaneb lift stay, 31st quarterly fee applications (1.6); memorandum re hearing (.7). | Krieger, A. | 2.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 22.6 | $ 675 | $ 15,255.00 |
| Kruger, Lewis | 11.0 | 995 | 10,945.00 |
| Pasquale, Kenneth | 24.0 | 825 | 19,800.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 46,000.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 46,000.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 255,952.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 5,960.91 |
| TOTAL BILL | $ 261,913.41 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.