# EXHIBIT B

**WR GRACE & CO**

**SUMMARY OF FEES**

**JUNE 1, 2009 - JUNE 30, 2009**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 34.0 | $ 995 | $   33,830.00 |
| Pasquale, Kenneth | 108.6 | 825 | 89,595.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Harris, Daniel J. | 18.1 | 325 | 5,882.50 |
| Krieger, Arlene G. | 156.1 | 675 | 105,367.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Holzberg, Ethel H. | 27.5 | 275 | 7,562.50 |
| Magzamen, Michael S. | 1.0 | 295 | 295.00 |
| Mohamed, David | 73.9 | 180 | 13,302.00 |
| Wojcik, Mark R. | 0.4 | 295 | 118.00 |
|  |  |  |  |
| **Sub Total** | **419.6** |  | **$ 255,952.50** |
| **Less 50% Travel** | **(22.8)** |  | **(17,341.25)** |
| **Total** | **396.8** |  | **$ 238,611.25** |