# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JUNE 1, 2009 - JUNE 30, 2009**

| | |
|---|---:|
| Outside Messenger Service | $ 94.20 |
| Overtime | 165.00 |
| Local Transportation | 121.74 |
| Long Distance Telephone | 187.49 |
| Duplicating Costs-in House | 22.60 |
| Court Reporting Services | 2,896.40 |
| Word Processing | 30.00 |
| In House Messenger Service | 14.44 |
| Travel Expenses - Transportation | 552.00 |
| Travel Expenses - Lodging | 595.08 |
| Travel Expenses - Meals | 327.96 |
| Westlaw | 954.00 |
| | |
| **TOTAL** | **$ 5,960.91** |

# STROOCK

**DISBURSEMENT REGISTER**

| DATE | July 28, 2009 |
|---|---|
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through June 30, 2009, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827239; DATE: 06/06/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196253531 on 05/28/2009 | 5.84 |
| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827239; DATE: 06/06/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196313761 on 05/28/2009 | 8.29 |
| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827239; DATE: 06/06/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270196466347 on 05/28/2009 | 5.84 |
| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827239; DATE: 06/06/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199447755 on 05/28/2009 | 5.84 |
| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827239; DATE: 06/06/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270196891520 on 06/01/2009 | 9.12 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827239; DATE: 06/06/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197735910 on 06/01/2009 | 14.16 |
| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827239; DATE: 06/06/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198850490 on 06/01/2009 | 9.12 |
| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827239; DATE: 06/06/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199880901 on 06/01/2009 | 9.12 |
| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827249; DATE: 06/13/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195071659 on 06/08/2009 | 6.08 |
| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827249; DATE: 06/13/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270196672276 on 06/08/2009 | 6.08 |
| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827249; DATE: 06/13/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197009482 on 06/08/2009 | 8.63 |
| 06/19/2009 | VENDOR: UPS; INVOICE#: 0000010X827249; DATE: 06/13/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199371667 on 06/08/2009 | 6.08 |
| **Outside Messenger Service Total** | | **94.20** |

**Overtime**

| 06/12/2009 | 05/18/2009 | 165.00 |
|---|---|---|
| **Overtime Total** | | **165.00** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Local Transportation** | | |
| 06/05/2009 | VENDOR: Elite Taxi; Invoice#: 1366526; Invoice Date: 05/08/2009; Voucher #: 9043003998; Arlene Krieger 04/30/2009 15:25 from 180 MAIDEN LN MANHATTAN NY to 398 7 AVE MANHATTAN NY | 32.40 |
| 06/10/2009 | VENDOR: Elite Taxi; Invoice#: 1366529; Invoice Date: 05/29/2009; Voucher #: 9051848414; Angie Colonna 05/18/2009 20:04 from 180 MAIDEN LN MANHATTAN NY to 357 GIFFORDS LN STATEN ISLAND NY | 80.34 |
| 06/29/2009 | VENDOR(EE): LKRUGER: 06/21/09 - 06/24/09; LK - 6/24/09 | 9.00 |
| **Local Transportation Total** | | **121.74** |
| **Long Distance Telephone** | | |
| 06/09/2009 | VENDOR: Chase Card Services; INVOICE#: 060209; DATE: 6/2/2009  -  visa charge 5/21/09 Court Call, LLC | 142.50 |
| 06/09/2009 | EXTN.795562, TEL.3103215555, S.T.12:49, DUR.00:00:06 | 0.56 |
| 06/09/2009 | EXTN.796689, TEL.3103215555, S.T.12:50, DUR.00:00:13 | 0.56 |
| 06/09/2009 | EXTN.796689, TEL.3103215555, S.T.14:25, DUR.00:02:54 | 1.67 |
| 06/11/2009 | EXTN.795544, TEL.4126443541, S.T.14:18, DUR.00:05:38 | 3.34 |
| 06/11/2009 | EXTN.795544, TEL.3026574928, S.T.18:24, DUR.00:04:34 | 2.78 |
| 06/15/2009 | EXTN.795562, TEL.3053507246, S.T.12:44, DUR.00:04:52 | 2.78 |
| 06/16/2009 | EXTN.795562, TEL.3128623366, S.T.10:52, DUR.00:00:23 | 0.56 |
| 06/17/2009 | EXTN.795562, TEL.9734678282, S.T.09:20, DUR.00:01:50 | 1.11 |
| 06/17/2009 | EXTN.795430, TEL.3128622000, S.T.18:03, DUR.00:01:48 | 1.11 |
| 06/18/2009 | EXTN.795430, TEL.4126443541, S.T.10:17, DUR.00:02:11 | 1.67 |
| 06/19/2009 | EXTN.795475, TEL.3026574955, S.T.16:18, DUR.00:01:06 | 1.11 |
| 06/19/2009 | EXTN.795562, TEL.3024674430, S.T.17:12, DUR.00:09:57 | 5.56 |
| 06/19/2009 | EXTN.795562, TEL.3027776500, S.T.17:26, DUR.00:01:20 | 1.11 |
| 06/25/2009 | EXTN.795562, TEL.2015412126, S.T.16:21, DUR.00:00:24 | 0.56 |
| 06/25/2009 | EXTN.795544, TEL.6095862311, S.T.15:30, DUR.00:03:04 | 2.22 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/26/2009 | EXTN.795562, TEL.2015412126, S.T.09:35, DUR.00:07:38 | 4.45 |
| 06/29/2009 | VENDOR(EE): KPASQUALE: 06/21/09 - 06/23/09; Hotel expense for court hearings in Pittsburgh, PA | 9.95 |
| 06/29/2009 | EXTN.795562, TEL.8439870794, S.T.13:55, DUR.00:03:27 | 2.22 |
| 06/29/2009 | EXTN.795544, TEL.6095862311, S.T.14:10, DUR.00:01:33 | 1.11 |
| 06/30/2009 | EXTN.795475, TEL.3026574938, S.T.13:01, DUR.00:00:41 | 0.56 |
| | **Long Distance Telephone Total** | **187.49** |

**Duplicating Costs-in House**

| DATE | AMOUNT |
|---|---:|
| 06/02/2009 | 4.10 |
| 06/09/2009 | 0.10 |
| 06/10/2009 | 0.30 |
| 06/16/2009 | 0.40 |
| 06/17/2009 | 0.60 |
| 06/22/2009 | 5.70 |
| 06/22/2009 | 11.40 |
| **Duplicating Costs-in House Total** | **22.60** |

**Court Reporting Services**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/04/2009 | VENDOR: Magna Legal Services; INVOICE#: 29823; DATE: 5/22/2009 - transcript re: Jeffery Posner | 2,450.00 |
| 06/29/2009 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 2009-01831; Services Rendered; Federal Court Expedited | 446.40 |
| | **Court Reporting Services Total** | **2,896.40** |

**In House Messenger Service**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/02/2009 | VENDOR: Early Bird Messenger; 5/14/2009 Bike Standard from AMIRI STANLEY to ARLENE KRUGER, 10 EAST END AVE | 14.44 |
| | **In House Messenger Service Total** | **14.44** |

**Travel Expenses - Transportation**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/29/2009 | VENDOR(EE): KPASQUALE: 06/21/09 - 06/23/09; Flight fee for change in airline - court hearings in Pittsburgh, PA | 25.00 |
| 06/29/2009 | VENDOR(EE): KPASQUALE: 06/18/09 - 06/18/09; Court hearing in Pittsburgh, PA - taxis to and from the airport in Pittsburgh and in New Jersey. | 200.00 |
| 06/29/2009 | VENDOR(EE): KPASQUALE: 06/21/09 - 06/23/09; Taxis - court hearings in Pittsburgh, PA - to and from the airport in Pittsburgh and | 229.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| | in New Jersey. | |
| 06/29/2009 | VENDOR(EE): LKRUGER: 06/21/09 - 06/24/09; Taxi from airport to Hotel for LK and AK - 6/21/09 | 50.00 |
| 06/29/2009 | VENDOR(EE): LKRUGER: 06/21/09 - 06/24/09; Taxi from Hotel to Airport - 6/22/09 | 48.00 |
| | **Travel Expenses - Transportation Total** | **552.00** |
| **Travel Expenses - Lodging** | | |
| 06/29/2009 | VENDOR(EE): KPASQUALE: 06/21/09 - 06/23/09; Omni Williams Penn Hotel expense for court hearings in Pittsburgh, PA, 2 nights. | 396.72 |
| 06/30/2009 | VENDOR(EE): LKRUGER: 06/21/09 - 06/22/09; Pittsburgh - 6/22/09 Omni Williams Penn Hotel expense. | 198.36 |
| | **Travel Expenses - Lodging Total** | **595.08** |
| **Travel Expenses – Meals** | | |
| 06/29/2009 | VENDOR(EE): KPASQUALE: 06/21/09 - 06/23/09; Meal - court hearings in Pittsburgh, PA, breakfast for 6, lunch for 2, and Dinner for 2. | 232.91 |
| 06/29/2009 | VENDOR(EE): KPASQUALE: 06/18/09 - 06/18/09; Court hearing in Pittsburgh, PA, Dinner for 3. | 44.25 |
| 06/30/2009 | VENDOR(EE): LKRUGER: 06/21/09 - 06/22/09; Pittsburgh - 6/21/09, Dinner for K. Kruger and A. Krieger. | 50.80 |
| | **Travel Expenses – Meals** | **327.96** |
| **Westlaw** | | |
| 06/01/2009 | Transactional Search by Krieger, Arlene G. | 27.50 |
| 06/01/2009 | Transactional Search by Harris, Daniel J. | 386.00 |
| 06/17/2009 | Transactional Search by Krieger, Arlene G. | 192.50 |
| 06/19/2009 | Transactional Search by Pasquale, Kenneth | 177.50 |
| 06/26/2009 | Transactional Search by Pasquale, Kenneth | 55.00 |
| 06/30/2009 | Transactional Search by Pasquale, Kenneth | 115.50 |
| | **Westlaw Total** | **954.00** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Word Processing - Logit**
06/11/2009                                                                                                                    30.00

  **Word Processing - Logit Total**                                                                                **30.00**

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 94.20 |
| Overtime | 165.00 |
| Local Transportation | 121.74 |
| Long Distance Telephone | 187.49 |
| Duplicating Costs-in House | 22.60 |
| Court Reporting Services | 2896.40 |
| Word Processing | 30.00 |
| In House Messenger Service | 14.44 |
| Travel Expenses - Transportation | 552.00 |
| Travel Expenses - Lodging | 595.08 |
| Travel Expenses - Meals | 327.96 |
| Westlaw | 954.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 5,960.91 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM