IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 22705** |

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on the 5th day of August 2009, I caused a copy of the document listed below to be served on the individuals on the service list attached hereto as Exhibit A in the manner indicated. I hereby further certify that on the 6th day of August 2009, I caused a copy of the document listed below to be served on the individuals on the service list attached hereto as Exhibit B in the manner indicated.

**CERTIFICATE OF COUNSEL REGARDING FOURTH AMENDED CASE MANAGEMENT ORDER RELATED TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION.**

_____
Kathleen P. Makowski (Bar No. 3648)

91100-001\DOCS_DE:146231.27