## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Advanced Glassfiber Yarns, LLC**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 02-13615**<br>**Adversary No.: 05-51892** |
| **Kaiser Aluminum Corporation**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 02-10429** |
| **Owens Corning**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 00-3837** |
| **PHP NJ MSO, Inc.**<br>Debtor(s) | **Chapter 7**<br>**Case No.: 98-2609** |
| **Pinnacle Health Enterprises, L.L.C.**<br>Debtor(s) | **Chapter 7**<br>**Case No.: 98-2610** |
| **Federal-Mogul Global, Inc.**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 01-10578** |
| **The Flintkote Company**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 04-11300** |
| **W.R. Grace & Co.**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 01-1139** |
| **Greist Agency, Inc.**<br>Debtor(s) | **Chapter 7**<br>**Case No.: 97-1108** |
| **ACandS, Inc.**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 02-12687** |
| **Just For Feet, Inc.**<br>Debtor(s) | **Chapter 7**<br>**Case No.: 99-4110** |
| **U.S. Office Products Company**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 01-646** |
| **USG Corporation**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 01-2094** |

| | |
|---|---|
| **Chama, Inc.** | **Chapter 7** |
| Debtor(s) | **Case No.: 98-2252** |
| **Nixon Fork Mining, Inc.** | **Chapter 7** |
| Debtor(s) | **Case No.: 99-2379** |
| **A-Best Products Company, Inc.** | **Chapter 11** |
| Debtor(s) | **Case No.: 02-12734** |
| **Armstrong World Industries, Inc.** | **Chapter 11** |
| Debtor(s) | **Case No.: 00-4471** |
| **Nitram Liquidators, Inc.** | **Chapter 11** |
| Debtor(s) | **Case No.: 00-4469** |
| **Combustion Engineering, Inc.** | **Chapter 11** |
| Debtor(s) | **Case No.: 03-10495** |
| **United States Mineral Products Company** | **Chapter 11** |
| Debtor(s) | **Case No.: 01-2471** |
| **Access Beyond Technologies, Inc.** | **Chapter 7** |
| Debtor(s) | **Case No.: 98-2276** |
| **Swan Transportation Company** | **Chapter 11** |
| Debtor(s) | **Case No.: 01-11690** |
| **Oneita Industries, Inc.** | **Chapter 7** |
| Debtor(s) | **Case No.: 98-153** |
| **Michael S. & Debra M. Mills** | **Chapter 13** |
| Debtor(s) | **Case No.: 05-10391** |

**(AMENDED) NOTICE OF CHANGE IN JUDGE FITZGERALD'S OMNIBUS
HEARING DATE FOR SEPTEMBER 22, 2009
(HEARINGS WILL BE CONDUCTED TELEPHONICALLY ONLY)**

Because the G-20 Summit will be held in Pittsburgh, Pennsylvania, on September 24-25, 2009, and travel into and out of Pittsburgh will be restricted for several days before and after the Summit, Judge Fitzgerald's Omnibus Hearings in this case set for September 22, 2009 are **CANCELLED** and **RESCHEDULED FOR SEPTEMBER 29, 2009,** in **PITTSBURGH, PA.**

**THESE HEARINGS WILL BE TELEPHONIC ONLY.**

_Judith K. Fitzgerald_

The Honorable Judith K. Fitzgerald

SJS