# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: August 21, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE NINETY-SIXTH MONTHLY INTERIM
## PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

Name of Applicant:  Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:  July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:  June 1 through June 30, 2009

Amount of fees sought as actual, reasonable and necessary:  $37,799.50

Amount of expenses sought as actual, reasonable and necessary  $8,098.44

This is a(n): X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#2265?
7/29/09

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the ninety-sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 11 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 25.40 | $17,399.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 17.10 | $10,773.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 4.70 | $2,138.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 3.10 | $1,240.00 |
| Thomas J. Burns | Of Counsel | 1996 | Bankruptcy | $370.00 | .10 | $37.00 |
| Joshua C. Lewis | Associates | 2003 | Business & Finance | $370.00 | 1.10 | $407.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal | 17 Years | Bankruptcy | $240.00 | 1.70 | $408.00 |
| Maureen L. Atkinson | Paralegal | 32 Years | Litigation | $210.00 | .20 | $42.00 |
| Sharon A. Ament | Paralegal | 5 Years | Litigation | $175.00 | 30.60 | $5,355.00 |

**Total Fees: $37,799.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 17.90 | $3,132.50 |
| Fee Applications | 10.70 | $2,908.00 |
| Claim Analysis Objection Resolution & Estimation | 55.30 | $31,722.00 |
| Luis & Heather Santos & Basell USA | .10 | $37.00 |
| **Total** | **84.00** | **$37,799.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $2.65 | ---- |
| PACER | $61.76 | ---- |
| Telephone – Outside | $26.80 | ---- |
| Duplicating/Printing/Scanning | $727.00 | ---- |
| Outside Duplicating | $5,859.66 | ---- |
| Documentation Charge | $81.00 | ---- |
| Postage Expense | $5.83 | ---- |
| Meal Expense | $818.68 | ---- |
| Mileage Expense | $5.50 | ---- |
| Parking/Tolls/Other Transportation | $13.75 | ---- |
| Taxi Expense | $8.00 | ---- |
| Courier Service – Outside | $33.14 | ---- |
| Secretarial Overtime | $330.00 | ---- |
| Legal Services (not yet billed) | $25.00 | ---- |
| Expense Advance – Reimbursement of LexisNexis refund | ($199.58) | ---- |
| General Expense:  6/26/09 Article from Regents of the Univ. of MN; 6/29/09 Direct copy electronic charges from National Research Council Canada; 6/30/09 Documentation Charge Dept. of Commerce | $299.25 | ---- |
| SUBTOTAL | 8,098.44 | $0.00 |
| **TOTAL** | **$8,098.44** | |

Dated:  July 29, 2009
        Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
        Kurt F. Gwynne (No. 3951)
        1201 Market Street, Suite 1500
        Wilmington, DE  19801
        Telephone:  (302) 778-7500
        Facsimile:  (302) 778-7575
        E-mail: kgwynne@reedsmith.com

        and

        James J. Restivo, Jr., Esquire
        Lawrence E. Flatley, Esquire
        Douglas E. Cameron, Esquire
        435 Sixth Avenue
        Pittsburgh, PA  15219
        Telephone:  (412) 288-3131
        Facsimile:  (412) 288-3063

        Special Asbestos Products Liability Defense
        Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1884936
One Town Center Road                      Invoice Date      07/28/09
Boca Raton, FL   33486                    Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                              3,132.50
     Expenses                             0.00

             TOTAL BALANCE DUE UPON RECEIPT      $3,132.50
                                              =============

US_ACTIVE-102021944.1-SAAMENT

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number      1884936 |
| One Town Center Road | Invoice Date       07/28/09 |
| Boca Raton, FL   33486 | Client Number        172573 |
| | Matter Number         60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 06/03/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E with logistics for hearing preparation. | .50 |
| 06/04/09 | Ament | Various e-mails with J. O'Neill and P. Cuniff re: agenda and hearing binder (.40); various telephone calls with P. Cuniff re: same (.20); update said hearing binder (.20); telephone call to R. Baker at Judge Fitzgerald's office re: hearing binder (.10); follow-up e-mails with P. Cuniff re: same (.10). | 1.00 |
| 06/05/09 | Ament | Various e-mails with P. Cuniff re: agenda and hearing binder (.10); download order for hearing binder (.10); update said hearing binder (.10); hand deliver same to Judge Fitzgerald (.10). | .40 |
| 06/08/09 | Ament | Various e-mails and telephone calls to assist K&E with logistics for hearing preparation re: June hearings. | .40 |
| 06/09/09 | Ament | E-mails re: June hearings. | .10 |
| 06/12/09 | Ament | E-mails re: 6/18/09 and 6/29/09 hearings (.20); circulate agenda for 6/18/09 hearing to team (.10). | .30 |

172573  W. R. Grace & Co.
60026   Litigation and Litigation Consulting
        July 28, 2009

Invoice Number  1884936
Page    2

| Date | Name | | Hours |
|------|------|---|-------|

06/15/09 Ament    Various e-mails, meetings and          2.30
                  telephone calls to assist K&E and
                  graphic artist with logistics for
                  hearing preparation for 6/18/09
                  and 6/22/09-6/25/09 hearings
                  (1.80); e-mails with P. Cuniff of
                  Pachulski re: agenda for 6/29/09
                  hearing (.10); finalize hearing
                  binder (.10); hand deliver same to
                  Judge Fitzgerald (.10); telephone
                  call from P. Cuniff re: filings
                  relating to confirmation hearing
                  (.10); review and respond to
                  e-mail from K. Makowski re: same
                  (.10).

06/16/09 Ament    Various e-mails and telephone          1.10
                  calls to assist graphic artist
                  with logistics for hearing
                  preparation (.50); various e-mails
                  with K&E to assist with hearing
                  binder for June 22-24 hearings
                  (.20); return telephone call to P.
                  Cuniff re: same (.10); update said
                  hearing binder (.10); hand deliver
                  same to Judge Fitzgerald per J.
                  O'Neill request (.10); circulate
                  agenda for 6/22/09 hearing to team
                  (.10).

06/17/09 Ament    Various e-mails, telephone calls        3.30
                  and meetings with graphic artist,
                  K. Vanderport to assist with
                  hearing preparation (2.0); various
                  e-mails and meetings with K. Love
                  to assist K&E with logistics for
                  hearing preparation (.50); meet
                  with K. Murphy of USS, K.
                  Vanderport and K. Love re:
                  courtroom technology in Judge
                  Fitzgerald's Courtroom in
                  preparation for 6/18/09 and
                  6/22/09 - 6/25/09 hearings (.80).

06/18/09 Ament    Various e-mails, meetings and          2.60
                  telephone calls to assist Kirkland
                  & Ellis, Pachulski and graphic
                  artist with logistics for hearing
                  preparation for 1:00 hearing
                  (2.0); circulate amended agenda to
                  team re: 6/22 - 6/25 hearings

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
    July 28, 2009

Invoice Number  1884936
Page   3

| Date | Name | | Hours |
|------|------|------|-------|

                        (.10); various e-mails, telephone
calls and meetings to assist
Kirkland with logistics for
hearing preparation relating to
7/20 - 7/21 and 9/8 - 9/11
hearings (.50).

06/19/09 Ament      Various e-mails and meetings to    .70
                        assist K&E with logistics for
hearing preparation relating to
6/22/09 - 6/25/09 hearings (.50);
circulate amended agenda to team
re: 6/22/09 - 6/24/09 hearings
(.10); telephone call from K. Love
re: hearing preparation (.10).

06/22/09 Ament      Various e-mails, meetings and    2.00
                        telephone calls to assist K&E and
Pachulski with hearing preparation
(1.80); obtain and provide
transcript request form to J. Baer
per request (.20).

06/23/09 Ament      E-mails re: agenda for 6/29/09    2.10
                        hearing (.10); work with Pachulski
re: hearing binder for said
hearing (.10); supplement said
hearing binder (.20); hand deliver
agenda and supplemental documents
to Judge Fitzgerald (.10); various
e-mails, telephone calls and
meetings to assist K&E, Pachulski
and graphic artist with hearing
preparation (1.0); various
e-mails, meetings and telephone
calls to assist K&E with logistics
for hearing preparation for July
and September hearings (.50);
circulate 6/29/09 agenda to team
(.10).

06/24/09 Ament      Various e-mails, meetings and    1.10
                        telephone calls to assist B.
Harding and K. Love of K&E with
hearing preparation re: June, July
and September hearings (1.0);
e-mails re: 6/29/09 hearing (.10).

                                                     ------
                          TOTAL HOURS   17.90

172573  W. R. Grace & Co.
60026  Litigation and Litigation Consulting
    July 28, 2009

Invoice Number  1884936
Page   4

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Sharon A. Ament | 17.90  at  $  175.00  = | | 3,132.50 |

CURRENT FEES        3,132.50

TOTAL BALANCE DUE UPON RECEIPT    $3,132.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number     1884938
5400 Broken Sound Blvd., N.W.            Invoice Date       07/28/09
Boca Raton, FL 33487                     Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                        2,908.00
        Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,908.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1884938
5400 Broken Sound Blvd., N.W.        Invoice Date       07/28/09
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2009

   Date    Name                                             Hours
 -------- ----------                                        -----

05/26/09 Lord            E-file and service CNO to Reed       .50
                         Smith March monthly fee
                         application (.4); correspondence
                         to client re: same (.1).

06/01/09 Ament           Attend to billing matters.          .10

06/02/09 Ament           Telephone call re: consultant fees. .10

06/03/09 Ament           E-mails re: May monthly fee         .90
                         application (.10); attend to
                         billing matters relating to
                         consultant fees (.10); various
                         e-mails and meetings re: same
                         (.20); begin drafting May monthly
                         fee application and spreadsheets
                         relating to same (.50).

06/08/09 Ament           Various e-mails and meetings re:     .30
                         consultant fees (.20); meet with
                         A. Muha re: May monthly fee
                         application (.10).

06/08/09 Cameron         Review fee application materials.    .50

06/09/09 Ament           Attend to billing matters relating  .30
                         to May monthly fee application
                         (.20); e-mails and meet with A.
                         Muha re: same (.10).

06/09/09 Muha            Review, revise and add detail to    1.20
                         fee and expense entries for May
                         2009 monthly fee application.

```
172573  W. R. Grace & Co.                      Invoice Number  1884938
60029   Fee Applications-Applicant             Page    2
        July 28, 2009
```

| Date | Name | | Hours |
|------|------|------|------|
| 06/12/09 | Ament | Meet with A. Muha re: May monthly fee application (.10); follow-up e-mails re: same (.10). | .20 |
| 06/15/09 | Ament | E-mails re: May monthly fee application (.10); various e-mails and telephone calls re: consultant fees (.20); meet with A. Muha re: same (.10). | .40 |
| 06/15/09 | Muha | E-mails to/from consultant re: consultant fees, and meeting to follow up with S. Ament (0.2); final revisions to May monthly fees and expenses (0.3). | .50 |
| 06/16/09 | Ament | E-mails re: May monthly fee application. | .10 |
| 06/19/09 | Ament | Continue drafting May monthly fee application and spreadsheets relating to same. | .50 |
| 06/22/09 | Ament | Meet with A. Muha re: May monthly fee application. | .10 |
| 06/23/09 | Ament | E-mails re: May monthly fee application (.10); calculate fees and expenses for same (.50); continue drafting fee application (.10); continue preparing spreadsheet re: same (.20). | .90 |
| 06/23/09 | Lord | Research docket and draft CNO for April monthly fee application. | .30 |
| 06/24/09 | Ament | Continue calculating fees and expenses for May monthly fee application (.50); complete spreadsheets re: same (.30); finalize fee application (.10); provide same to A. Muha for review (.10). | 1.00 |
| 06/25/09 | Ament | Attend to billing matters relating to May monthly fee application. (.10); meet with A. Muha re: May monthly fee application (.10); finalize same (.20); e-mail fee application and fee and expense details to J. Lord for DE filing | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1884938
60029  Fee Applications-Applicant           Page    3
       July 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|

| | | (.10). | |
| 06/25/09 | Lord | Communicate with S. Ament re: May monthly fee application. | .10 |
| 06/25/09 | Muha | Final review and revisions to May 2009 monthly fee application. | 1.40 |
| 06/29/09 | Lord | Revise, e-file and serve Reed Smith May monthly fee application. | .80 |

```
                                            ------
                              TOTAL HOURS   10.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|---|-------|
| Douglas E. Cameron | 0.50 | at $ | 630.00 | = | 315.00 |
| Andrew J. Muha | 3.10 | at $ | 400.00 | = | 1,240.00 |
| John B. Lord | 1.70 | at $ | 240.00 | = | 408.00 |
| Sharon A. Ament | 5.40 | at $ | 175.00 | = | 945.00 |

```
              CURRENT FEES                          2,908.00


                                            ------------
       TOTAL BALANCE DUE UPON RECEIPT         $2,908.00
                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1884940
One Town Center Road                      Invoice Date       07/28/09
Boca Raton, FL    33486                   Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              31,722.00
         Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $31,722.00
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 1884940 |
| One Town Center Road | Invoice Date | 07/28/09 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60033 |

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 06/01/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/01/09 | Cameron | Emails re: expert witness deposition. | .40 |
| 06/01/09 | Lewis | Review revised Macerich settlement motion circulated by T. Rea (.2); e-mail correspondence with same re: same (.1). | .30 |
| 06/01/09 | Lewis | Revise Macerich settlement motion per T. Rea. | .80 |
| 06/01/09 | Rea | Revised renewed motion to approve Macerich settlement. | 1.60 |
| 06/01/09 | Restivo | Correspondence and emails re: Speights discovery (.5); new material re:  Macerich, P.D. claims (.5). | 1.00 |
| 06/02/09 | Ament | Assist team with various issues relating to PD claims (.80); various e-mails and meetings with team re: same (.30). | 1.10 |
| 06/02/09 | Cameron | Review materials for possible Solow mediation and emails re: same. | .50 |

172573  W. R. Grace & Co.                           Invoice Number  1884940
60033   Claim Analysis Objection Resolution & EstimationPage   2
        (Asbestos)
        July 28, 2009


| Date | Name | | Hours |
|------|------|---|-------|
| 06/02/09 | Rea | Finalize and file Macerich settlement agreement. | .30 |
| 06/02/09 | Restivo | Telephone calls and emails re: Solow mediation. | 1.00 |
| 06/03/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 06/03/09 | Cameron | Review Speights plan objections and expert witness materials for deposition preparation. | .90 |
| 06/03/09 | Restivo | D. Martin deposition preparation. | 1.40 |
| 06/04/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/04/09 | Restivo | Telephone conference with K&E and prepare for deposition of D. Martin. | 1.00 |
| 06/05/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 06/06/09 | Cameron | Review expert witness reliance materials for deposition preparation. | 1.50 |
| 06/07/09 | Cameron | Review materials relating to Speights claims and expert witness deposition. | 1.10 |
| 06/08/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/08/09 | Cameron | Review Denise Martin reliance materials and expert report. | 1.30 |
| 06/08/09 | Restivo | Review new pleadings and materials on R. Finke deposition, two Canadian claims and Macerich claim. | 1.00 |
| 06/09/09 | Ament | Assist team with various issues relating to PD claims (.20); meet with T. Rea re: same (.10). | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1884940
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       July 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|

| 06/09/09 | Cameron | Review Denise Martin's preparation materials (0.8); telephone call with J. Restivo and R. Finke regarding same (0.5); review reliance materials (0.7); meet with J. Restivo regarding same (0.3). | 2.30 |
| 06/09/09 | Restivo | Denise Martin deposition preparation, and emails and telephone calls re:  same. | 3.00 |
| 06/10/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/10/09 | Cameron | Telephone conference with J. Restivo re: expert deposition preparation (.30); review Speights' claim materials (.90). | 1.20 |
| 06/10/09 | Restivo | Meeting with Dr. Martin (5.5); meeting with E. Liebenstein (1.0). | 6.50 |
| 06/11/09 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10). | .40 |
| 06/11/09 | Cameron | Telephone call with J. Restivo re: expert deposition (.30); review Speights claim materials (.80). | 1.10 |
| 06/11/09 | Rea | Call with W. Sparks (.1); review of summary re: property damage claims (.3). | .40 |
| 06/11/09 | Restivo | Deposition of Dr. Denise Martin. | 7.00 |
| 06/12/09 | Ament | Assist team with various issues relating to PD claims (.40); e-mail to team re: same (.10); meet with D. Cameron re: same (.10). | .60 |
| 06/12/09 | Cameron | Review deposition transcript (0.9); review status of Speights claim (0.7). | 1.60 |

172573 W. R. Grace & Co.                          Invoice Number  1884940
60033  Claim Analysis Objection Resolution & EstimationPage  4
       (Asbestos)
       July 28, 2009


| Date | Name | | Hours |
|------|------|------|-------|
| 06/15/09 | Ament | Assist team with various issues relating to PD claims (.40); various e-mails re: same (.10); meet with T. Rea re: same (.10). | .60 |
| 06/15/09 | Cameron | Review summary regarding PD claims and attention to Speights' claims (0.6); meet with T. Rea regarding same (0.2). | .80 |
| 06/15/09 | Rea | Review and revisions to memo re: property damage claims. | .80 |
| 06/15/09 | Rea | Review opposition to motion to allow claims for voting purposes. | .30 |
| 06/16/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/17/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/17/09 | Cameron | Review materials for hearing (0.3); review Speights objections (0.6). | .90 |
| 06/18/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/18/09 | Atkinson | Per Mr. Finke's request, obtain copy of article. | .20 |
| 06/18/09 | Cameron | Meet with R. Finke (0.2); review materials from expert deposition (0.8); review Speights' claims status (0.2). | 1.20 |
| 06/19/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/22/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/22/09 | Cameron | Review materials for Solow mediation (0.9); review Speight's appeals (0.5). | 1.40 |

```
172573 W. R. Grace & Co.                        Invoice Number  1884940
60033  Claim Analysis Objection Resolution & EstimationPage   5
       (Asbestos)
       July 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/22/09 | Restivo | Review notes from D. Martin deposition (.6); correspondence with E. Westbrook (.4). | 1.00 |
| 06/23/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/23/09 | Restivo | Telephone call with D. Speights (.5); meeting with J. Baer (.5); telephone call with JAMS (.3); correspondence with E. Westbrook, et al. (.2). | 1.50 |
| 06/24/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/24/09 | Cameron | Review Speights claims issues. | .40 |
| 06/25/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/25/09 | Rea | Conference with J. Restivo re: property damage claims. | .30 |
| 06/26/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/26/09 | Rea | Reviewed status memo and proposed property damage settlement agreements. | .40 |
| 06/29/09 | Rea | Conference with J. Restivo re: property damage claims (.3); review of settlement agreement (.2); e-mails to J. Baer re: property damage claims (.1). | .60 |
| 06/29/09 | Restivo | Correspondence with J. Baer re: P.D. cases settled (.4); telephone call with JAMS (.3); review KARK-TV settlement papers (.3). | 1.00 |

```
                                                     ------
                                  TOTAL HOURS         55.30
```

172573  W. R. Grace & Co.                           Invoice Number   1884940
60033   Claim Analysis Objection Resolution & EstimationPage    6
        (Asbestos)
        July 28, 2009


| TIME SUMMARY | Hours | | | Rate | | Value |
| --- | --- | --- | --- | --- | --- | --- |
| Douglas E. Cameron | 16.60 | at | $ | 630.00 | = | 10,458.00 |
| James J. Restivo Jr. | 25.40 | at | $ | 685.00 | = | 17,399.00 |
| Traci Sands Rea | 4.70 | at | $ | 455.00 | = | 2,138.50 |
| Joshua C. Lewis | 1.10 | at | $ | 370.00 | = | 407.00 |
| Maureen L. Atkinson | 0.20 | at | $ | 210.00 | = | 42.00 |
| Sharon A. Ament | 7.30 | at | $ | 175.00 | = | 1,277.50 |

                    CURRENT FEES                        31,722.00


                                                     ------------
            TOTAL BALANCE DUE UPON RECEIPT            $31,722.00
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1884941
One Town Center Road                      Invoice Date      07/28/09
Boca Raton, FL   33486                    Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60039)  Luis and Heather Santos and Basell USA

    Fees                              37.00
    Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT            $37.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | | Invoice Number | 1884941 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 07/28/09 |
| Boca Raton, FL   33486 | | Client Number | 172573 |
| | | Matter Number | 60039 |

================================================================================

Re: (60039)  Luis and Heather Santos and Basell USA

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 06/09/09 | Burns | Confer with R. Finke re: status of case (matter stayed pending Basell's bankruptcy) | .10 |
| | | TOTAL HOURS | .10 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Thomas J. Burns | 0.10 at $ 370.00 = | | 37.00 |
| | CURRENT FEES | | 37.00 |

TOTAL BALANCE DUE UPON RECEIPT                  $37.00
                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      1884970
One Town Center Road                          Invoice Date        07/28/09
Boca Raton, FL    33486                        Client Number        172573



================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                              0.00
     Expenses                      1,725.37

                  TOTAL BALANCE DUE UPON RECEIPT        $1,725.37
                                                       =============

US_ACTIVE-102021943.1-SAAMENT

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


  W.R. Grace & Co.                   Invoice Number      1884970
  One Town Center Road               Invoice Date       07/28/09
  Boca Raton, FL   33486             Client Number       172573
                                     Matter Number        60026
```

==========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
        Telephone Expense                      0.10
        PACER                                  2.64
        Duplicating/Printing/Scanning        686.20
        Postage Expense                        3.56
        Courier Service - Outside             33.14
        Outside Duplicating                   28.80
        Legal Services (not yet paid)         25.00
        Secretarial Overtime                 330.00
        Parking/Tolls/Other Transportation    13.75
        Taxi Expense                           8.00
        Mileage Expense                        5.50
        Meal Expense                         588.68


              CURRENT EXPENSES               1,725.37
                                          -------------

           TOTAL BALANCE DUE UPON RECEIPT   $1,725.37
                                          =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1884970 |
| One Town Center Road | Invoice Date    07/28/09 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60026 |

=============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 04/27/09 | Legal Services (not yet paid)<br>Court - Other - VENDOR: James J. Restivo Jr. | 25.00 |
| 05/08/09 | PACER | 1.84 |
| 05/13/09 | Secretarial Overtime - - Grace: secretarial<br>assistance for Grace hearing preparations | 232.50 |
| 05/14/09 | Secretarial Overtime - - Grace: secretarial<br>assistance for Grace hearing preparations. | 7.50 |
| 05/14/09 | Secretarial Overtime - - Grace: Secretarial<br>assistance for Grace hearing preparations. | 82.50 |
| 05/15/09 | Courier Service - Shipped from Sharon Ament<br>Reed Smith LLP - Pittsburgh to Janet S Baer<br>(CHICAGO IL 60602). | 12.74 |
| 05/15/09 | Secretarial Overtime - - Grace: Secretarial<br>assistance for Grace hearing preparations. | 7.50 |
| 05/21/09 | Courier Service - Shipped from Douglas Cameron<br>Reed Smith LLP - Pittsburgh to Alan B. Rich,<br>Esq. (DALLAS TX 75202). | 10.40 |
| 05/27/09 | Outside Duplicating<br>Bankruptcy Mailouts/Mailouts - Envelopes/ | 28.80 |
| 05/28/09 | Postage Expense-PLEADING | 3.56 |
| 05/31/09 | PACER | .80 |
| 06/03/09 | Duplicating/Printing/Scanning<br>ATTY # : 14 COPIES | 1.40 |

172573  W. R. Grace & Co.                          Invoice Number  1884970
60026  Litigation and Litigation Consulting        Page    2
       July 28, 2009

| Date | Description | Amount |
|---|---|---|
| 06/05/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 41 COPIES | 4.10 |
| 06/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 101 COPIES | 10.10 |
| 06/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
| 06/17/09 | Taxi Expense Taxi - VENDOR: Kathleen A.<br>Williams, Jun 17, 2009  overtime taxi | 8.00 |
| 06/17/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 110 COPIES | 11.00 |
| 06/17/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 223 COPIES | 22.30 |
| 06/17/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 218 COPIES | 21.80 |
| 06/18/09 | Telephone Expense<br>303-995-8826/DENVER, CO/2 | .10 |
| 06/18/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 286 COPIES | 28.60 |
| 06/18/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 180 COPIES | 18.00 |
| 06/18/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 80 COPIES | 8.00 |
| 06/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 06/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/19/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 31 COPIES | 3.10 |
| 06/20/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1884970
60026  Litigation and Litigation Consulting       Page   3
       July 28, 2009


| | | |
|---|---|---:|
| 06/20/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 06/20/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 266 COPIES | 26.60 |
| 06/20/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 06/20/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 162 COPIES | 16.20 |
| 06/21/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, Jun 21,<br>WRGrace.Litigation - overtime (secretarial<br>support) | 5.00 |
| 06/21/09 | Mileage Expense Mileage - 2009 - VENDOR:<br>Kathleen A. Williams - -  WRGrace.Litigation -<br>overtime (secretarial support) | 5.50 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 222 COPIES | 22.20 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 46 COPIES | 4.60 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 2806; 130 COPIES | 13.00 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 67 COPIES | 6.70 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 132 COPIES | 13.20 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 168 COPIES | 16.80 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 30 COPIES | 3.00 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 642 COPIES | 64.20 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 111 COPIES | 11.10 |
| 06/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 13 COPIES | 1.30 |

172573 W. R. Grace & Co.                          Invoice Number  1884970
60026  Litigation and Litigation Consulting       Page    4
       July 28, 2009


06/22/09    Duplicating/Printing/Scanning                      48.90
            ATTY # 0349; 489 COPIES

06/22/09    Duplicating/Printing/Scanning                        .90
            ATTY # 4810; 9 COPIES

06/22/09    Duplicating/Printing/Scanning                       8.60
            ATTY # 4810; 86 COPIES

06/22/09    Duplicating/Printing/Scanning                      15.00
            ATTY # 4810; 150 COPIES

06/22/09    Duplicating/Printing/Scanning                      18.60
            ATTY # 4810; 186 COPIES

06/22/09    Duplicating/Printing/Scanning                       6.00
            ATTY # 4810; 60 COPIES

06/22/09    Duplicating/Printing/Scanning                      34.60
            ATTY # 4810; 346 COPIES

06/22/09    Duplicating/Printing/Scanning                       3.50
            ATTY # 4810; 35 COPIES

06/22/09    Duplicating/Printing/Scanning                      64.00
            ATTY # 4810; 640 COPIES

06/22/09    Duplicating/Printing/Scanning                       5.70
            ATTY # 4810; 57 COPIES

06/22/09    Duplicating/Printing/Scanning                      15.90
            ATTY # 4810; 159 COPIES

06/22/09    Duplicating/Printing/Scanning                      18.00
            ATTY # 4810; 180 COPIES

06/22/09    Duplicating/Printing/Scanning                      34.00
            ATTY # 4810; 340 COPIES

06/22/09    Duplicating/Printing/Scanning                      26.50
            ATTY # 4810; 265 COPIES

06/22/09    Duplicating/Printing/Scanning                        .10
            ATTY # 000559: 1 COPIES

06/22/09    Parking/Tolls/Other Transportation Parking -        8.75
            VENDOR: Kathleen A. Williams, Jun 22,
            WRGrace.Litigation - 6/22/09 overtime
            (secretarial support).

06/23/09    Duplicating/Printing/Scanning                      11.20
            ATTY # 4810; 112 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1884970
60026  Litigation and Litigation Consulting       Page   5
       July 28, 2009

| | | |
|---|---|---|
| 06/23/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 06/23/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/24/09 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .30 |
| 06/24/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/24/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/24/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 06/24/09 | Duplicating/Printing/Scanning ATTY # 000559: 16 COPIES | 1.60 |
| 06/24/09 | Duplicating/Printing/Scanning ATTY # 000559: 23 COPIES | 2.30 |
| 06/25/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 06/25/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 06/25/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 06/25/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 06/25/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 06/25/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 06/25/09 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |

172573  W. R. Grace & Co.                          Invoice Number  1884970
60026  Litigation and Litigation Consulting        Page    6
       July 28, 2009


| 06/26/09 | Courier Service - AMERICAN EXPEDITING - U.S. BANKRUPTCY COURT - 06/15/09 | 5.00 |
|---|---|---|
| 06/26/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 06/26/09 | Duplicating/Printing/Scanning ATTY # 000559: 16 COPIES | 1.60 |
| 06/26/09 | Duplicating/Printing/Scanning ATTY # 000559: 23 COPIES | 2.30 |
| 06/29/09 | Duplicating/Printing/Scanning ATTY # 0718; 203 COPIES | 20.30 |
| 06/29/09 | Duplicating/Printing/Scanning ATTY # 0718; 51 COPIES | 5.10 |
| 06/30/09 | Meal Expense - - VENDOR: MARK'S GRILLE & CATERING - - Dinner for 15 (11 attorneys, 2 paralegals, 2 clients) during preparation for hearings on 6/22-6/23/09. | 247.94 |
| 06/30/09 | Meal Expense - - VENDOR: THE BAGEL FACTORY - - Lunch for 15 (11 attorneys, 2 paralegals, 2 clients) during hearing on 6/22/09. | 256.80 |
| 06/30/09 | Meal Expense - - 6/20/09 - DRINKS - - Soft drinks for 15 during hearing preparation for 6/22-6/23/09. | 24.00 |
| 06/30/09 | Meal Expense - - 6/23/09 - DRINKS - - Soft drinks for 15 during hearing break on 6/23/09. | 24.00 |
| 06/30/09 | Meal Expense - - VENDOR: EADIES KITCHEN & MARKET OF PIT - - Snacks during preparation for 6/22 and 6/23/09 hearings. | 14.68 |
| 06/30/09 | Meal Expense - - VENDOR: EADIES KITCHEN & MARKET OF PIT - - Snacks during preparation for 6/22 and 6/23/09 hearings. | 21.26 |
| 06/30/09 | Courier Service - PARCELS, INC. DELIVERIES | 5.00 |

                                CURRENT EXPENSES            1,725.37
                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $1,725.37
                                                         ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1884971
One Town Center Road                      Invoice Date      07/28/09
Boca Raton, FL   33486                    Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                           0.00
         Expenses                   6,373.07

                 TOTAL BALANCE DUE UPON RECEIPT          $6,373.07
                                                        =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


  W.R. Grace & Co.                    Invoice Number      1884971
  One Town Center Road                Invoice Date       07/28/09
  Boca Raton, FL    33486             Client Number        172573
                                      Matter Number         60033


=================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

       Telephone Expense                     2.55
       PACER                                59.12
       Documentation Charge                 81.00
       Duplicating/Printing/Scanning        40.80
       Postage Expense                       2.27
       Outside Duplicating               5,830.86
       Meal Expense                        230.00
       Telephone - Outside                  26.80
       General Expense                     299.25
       Expense Advance                    (199.58)

                 CURRENT EXPENSES               6,373.07
                                              -------------

            TOTAL BALANCE DUE UPON RECEIPT     $6,373.07
                                              =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1884971
One Town Center Road                      Invoice Date     07/28/09
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60033


================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 05/04/09 | LESISNEXIS #38264966 5/4/09 DEPOSIT REFUND OF SUBSCRIPTION MEALEYS ASBESTOS | -199.58 |
| 05/08/09 | PACER | 2.88 |
| 05/11/09 | PACER | .80 |
| 05/21/09 | PACER | 1.52 |
| 05/27/09 | Outside Duplicating - - Printing and assembly of Denise Martin reliance motion and summary. | 5830.86 |
| 05/29/09 | PACER | 53.92 |
| 06/01/09 | Duplicating/Printing/Scanning ATTY # : 7 COPIES | .70 |
| 06/01/09 | Duplicating/Printing/Scanning ATTY # : 7 COPIES | .70 |
| 06/01/09 | Duplicating/Printing/Scanning ATTY # : 7 COPIES | .70 |
| 06/01/09 | Duplicating/Printing/Scanning ATTY # : 7 COPIES | .70 |
| 06/02/09 | Telephone Expense 215-246-9494/PHILA, PA/5 | .25 |
| 06/02/09 | Telephone Expense 410-531-4355/COLUMBIA, MD/5 | .25 |
| 06/02/09 | Telephone Expense 843-727-6513/CHARLESTON, SC/2 | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1884971
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       July 28, 2009

| 06/02/09 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/2 | .10 |
| 06/02/09 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/2 | .10 |
| 06/03/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 23 COPIES | 2.30 |
| 06/04/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 06/07/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 06/08/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 06/08/09 | Postage Expense<br>Postage Expense: ATTY # 000559 User: Charneicki, | .88 |
| 06/09/09 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/28 | 1.40 |
| 06/10/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 06/10/09 | Meal Expense Restivo, James J. - One breakfast<br>(in NYC) during preparation for D. Martin<br>deposition. | 20.00 |
| 06/11/09 | Meal Expense - -  Sodas and lunch for 7 (5<br>attorneys, court reporter and deponent) during<br>D. Martin deposition. | 210.00 |
| 06/11/09 | Telephone - Outside<br>SoundPath Inv No: 4122883131-061509 -  Douglas E<br>Cameron | 26.80 |
| 06/12/09 | Duplicating/Printing/Scanning<br>ATTY # 0059; 4 COPIES | .40 |
| 06/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 76 COPIES | 7.60 |
| 06/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 06/12/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |

172573  W. R. Grace & Co.                              Invoice Number   1884971
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       July 28, 2009


| 06/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
|---|---|---|
| 06/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 163 COPIES | 16.30 |
| 06/22/09 | General Expense - - VENDOR: UNIVERSITY OF<br>PITTSBURGH - DOCUMENT RETRIEVAL J JANKOWSKI | 15.00 |
| 06/22/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | 1.39 |
| 06/23/09 | Telephone Expense<br>215-246-9494/PHILA, PA/5 | .25 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 20 COPIES | 2.00 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 10 COPIES | 1.00 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 11 COPIES | 1.10 |
| 06/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 06/25/09 | Telephone Expense<br>302-778-6407/WILMINGTON, DE/2 | .10 |
| 06/25/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 06/26/09 | General Expense - - VENDOR: REGENTS OF THE<br>UNIVERSITY OF MINNESOTA - REQUESTED ARTICLE | 150.25 |

172573  W. R. Grace & Co.                          Invoice Number   1884971
60033   Claim Analysis Objection Resolution & EstimationPage    4
        (Asbestos)
        July 28, 2009


06/26/09   Duplicating/Printing/Scanning                          .40
           ATTY # 0559; 4 COPIES

06/29/09   General Expense - - VENDOR: NATIONAL RESEARCH         14.00
           COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES

06/29/09   General Expense - - VENDOR: NATIONAL RESEARCH         14.00
           COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES

06/29/09   General Expense - - VENDOR: NATIONAL RESEARCH         14.00
           COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES

06/29/09   General Expense - - VENDOR: NATIONAL RESEARCH         50.00
           COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES

06/29/09   General Expense - - VENDOR: NATIONAL RESEARCH         14.00
           COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES

06/29/09   General Expense - - VENDOR: NATIONAL RESEARCH         14.00
           COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES

06/29/09   General Expense - - VENDOR: NATIONAL RESEARCH         14.00
           COUNCIL CANADA - DIRECT COPY ELECTRONIC CHARGES

06/30/09   Documentation Charge - - VENDOR: U.S.                 81.00
           DEPARTMENT OF COMMERCE INTER-LIB LOAN SVC

                        CURRENT EXPENSES                      6,373.07
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $6,373.07
                                                          =============