# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: June 22, 2009 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE NINETY-FORTH MONTHLY INTERIM
## PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009

Name of Applicant:                                   Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., et al., Debtors and
                                                    Debtors-in-Possession

Date of Retention:                                  July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                            April 1 through April 30, 2009

Amount of fees sought as actual,
reasonable and necessary:                           $82,997.00

Amount of expenses sought as actual,
reasonable and necessary                            $31,796.74

This is a(n): __X__ monthly    ___ interim    ___ final application.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#21883
5/28/09

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the ninety-third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 12 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 11.00 | $7,535.00 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | .50 | $317.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 15.90 | $10,017.00 |
| Antony B. Klapper | Partner | 1996 | Litigation | $590.00 | 57.50 | $33,925.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 32.00 | $14,560.00 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 4.00 | $1,600.00 |
| Thomas J. Burns | Of Counsel | 1996 | Bankruptcy | $370.00 | .70 | $259.00 |
| Rebecca E. Aten | Associate | 2003 | Litigation | $345.00 | 35.80 | $12,351.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 17 Years | Bankruptcy | $240.00 | 2.80 | $672.00 |
| Maureen L. Atkinson | Paralegal | 32 Years | Litigation | $210.00 | .30 | $63.00 |
| Sharon A. Ament | Paralegal | 5 Years | Litigation | $175.00 | 9.70 | $1,697.50 |

**Total Fees: $82,997.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | .80 | $140.00 |
| Fee Applications | 11.90 | $3,164.50 |
| Claim Analysis Objection Resolution & Estimation | 34.90 | $17,938.00 |
| Montana Grand Jury Investigation | 60.10 | $35,565.50 |
| Property Damage Claim Appeals | 61.80 | $25,930.00 |
| Luis & Heather Santos & Basell USA | .70 | $259.00 |
| **Total** | **170.20** | **$82,997.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $3.50 | ---- |
| PACER | $40.88 | ---- |
| Westlaw | $1,344.69 | ---- |
| Duplicating/Printing/Scanning | $342.30 | ---- |
| Outside Duplicating | $33.30 | ---- |
| Postage Expense | $.84 | ---- |
| Consulting Fees | $29,890.81 | ---- |
| Courier Service – Outside | $35.42 | ---- |
| Secretarial Overtime | $105.00 | ---- |
| SUBTOTAL | $31,796.74 | $0.00 |
| **TOTAL** | **$31,796.74** | |

Dated:   May 28, 2009                    REED SMITH LLP
         Wilmington, Delaware

                                         By: /s/ Kurt F. Gwynne
                                             Kurt F. Gwynne (No. 3951)
                                             1201 Market Street, Suite 1500
                                             Wilmington, DE  19801
                                             Telephone:  (302) 778-7500
                                             Facsimile:  (302) 778-7575
                                             E-mail: kgwynne@reedsmith.com

                                                and

                                             James J. Restivo, Jr., Esquire
                                             Lawrence E. Flatley, Esquire
                                             Douglas E. Cameron, Esquire
                                             435 Sixth Avenue
                                             Pittsburgh, PA  15219
                                             Telephone:  412.288.3131
                                             Facsimile:  412.288.3063

                                             Special Asbestos Products Liability Defense
                                             Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1861014
One Town Center Road                      Invoice Date        05/28/09
Boca Raton, FL    33486                   Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                              140.00
         Expenses                            0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $140.00
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                        Invoice Number    1861014
One Town Center Road                    Invoice Date      05/28/09
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60026
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

```
    Date    Name                                              Hours
  --------  ----------                                        -----

  04/10/09  Ament          E-mails re: 4/1/09 hearing.          .10

  04/21/09  Ament          E-mails re: 4/27/09 hearing (.10);   .20
                           circulate agenda to team re: said
                           hearing (.10).

  04/22/09  Ament          E-mails re: 4/27/09 hearing.         .20

  04/22/09  Ament          E-mails re: 4/27/09 hearing.         .10

  04/23/09  Ament          Circulate amended agenda for         .10
                           4/27/09 hearing to working group.

  04/27/09  Ament          Meet with J. Restivo re: hearing.    .10

                                                              ------
                                           TOTAL HOURS          .80
```

```
TIME SUMMARY               Hours        Rate        Value
------------------------   ---------------------   -------
Sharon A. Ament            0.80 at $  175.00  =     140.00

                           CURRENT FEES                      140.00

                                                       ------------
                  TOTAL BALANCE DUE UPON RECEIPT          $140.00
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1861015
5400 Broken Sound Blvd., N.W.            Invoice Date        05/28/09
Boca Raton, FL 33487                     Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                           3,164.50
        Expenses                           0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $3,164.50
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1861015
5400 Broken Sound Blvd., N.W.        Invoice Date        05/28/09
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029

===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 04/01/09 | Lord | Draft, e-file and serve CNO to Reed Smith January monthly fee application (.4); correspondence to R. Finke re: same (.1). | .50 |
| 04/06/09 | Ament | Attend to billing matters relating to consultant fee (.30); various e-mails re: same (.10). | .40 |
| 04/10/09 | Ament | E-mails re: consultant fee. | .10 |
| 04/14/09 | Muha | Make initial revisions to March 2009 fee and expense invoices. | .70 |
| 04/15/09 | Ament | Attend to billing matters relating to March monthly fee application (.30); various e-mails and telephone calls re: same (.10); meet with A. Muha re: same (.10). | .50 |
| 04/15/09 | Muha | Attend to issues re: expenses on March 2009 monthly application. | .20 |
| 04/20/09 | Ament | Attend to billing matters (.20); various e-mails and meet with A. Muha re: same (.10). | .30 |
| 04/20/09 | Muha | Review and revise fee and expense detail for March 2009 monthly fee application, and multiple e-mails re: consultant fee and preparation of final application materials. | 1.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1861015
60029  Fee Applications-Applicant           Page   2
May 28, 2009
```

| Date | Name | | Hours |
|------|------|------|------|
| 04/21/09 | Ament | Attend to billing matters relating to consultant fee (.20); various e-mails re: same (.10). | .30 |
| 04/21/09 | Muha | Multiple e-mails re: March monthly fee application and make final changes to draft invoices. | .70 |
| 04/22/09 | Ament | E-mails re: consultant fee. | .10 |
| 04/24/09 | Lord | E-file and serve CNO to Reed Smith February monthly fee application (.4); correspondence to R. Finke re: same (.1); review and revise March monthly fee application (.4). | .90 |
| 04/27/09 | Ament | Attend to billing matters relating to March monthly fee application (.10); various e-mails and meet with A. Muha re: same (.10); calculate fees and expenses for March monthly fee application (1.0); prepare spreadsheet re: same (.50); draft 93rd monthly fee application (.40); provide same to A. Muha for review (.10). | 2.20 |
| 04/28/09 | Ament | Attend to billing matters (.10); meet with A. Muha re: March monthly fee application (.10); finalize and e-mail same to J. Lord for DE filing (.20); e-mails with A. Muha and J. Lord re: quarterly fee application (.10). | .50 |
| 04/28/09 | Lord | Revise, e-file and serve Reed Smith March monthly fee application (1.3); communicate with S. Ament re: quarterly application (.1) | 1.40 |
| 04/28/09 | Muha | Make final review of and revisions to draft of March 2009 monthly fee application. | .90 |
| 04/29/09 | Ament | Begin preparing spreadsheets for 32nd quarterly fee application (.40); begin drafting narrative and summary for 32nd quarterly fee application (.30). | .70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1861015
60029  Fee Applications-Applicant           Page   3
May 28, 2009
```

```
                                                 ------
                                    TOTAL HOURS    11.90


TIME SUMMARY              Hours        Rate         Value
------------------------  ---------------------   -------
Andrew J. Muha            4.00  at  $  400.00  =  1,600.00
John B. Lord              2.80  at  $  240.00  =    672.00
Sharon A. Ament          5.10  at  $  175.00  =    892.50

                         CURRENT FEES                     3,164.50


                                                    ------------
                         TOTAL BALANCE DUE UPON RECEIPT   $3,164.50
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1861016
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL   33486                    Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                          17,938.00
         Expenses                           0.00

                       TOTAL BALANCE DUE UPON RECEIPT        $17,938.00
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    1861016
One Town Center Road                    Invoice Date    05/28/09
Boca Raton, FL   33486                  Client Number     172573
                                        Matter Number      60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 04/01/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/01/09 | Aten | Continue to review medical expert material re: PD claims. | 4.50 |
| 04/02/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/02/09 | Aten | Continue to review medical expert materials. | 2.10 |
| 04/02/09 | Restivo | Correspondence with Speights, Finke and Cameron re:  P.D. claims. | .80 |
| 04/03/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/04/09 | Cameron | Review Solow materials. | .60 |
| 04/05/09 | Cameron | Review Solow materials. | 1.10 |
| 04/06/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/06/09 | Aten | Continue to review medical expert material re: PD claims. | 1.70 |
| 04/07/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

172573  W. R. Grace & Co.                          Invoice Number  1861016
60033   Claim Analysis Objection Resolution        Page    2
        & Estimation (Asbestos)
May 28, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 04/07/09 | Restivo | Telephone call with Speights and emails re: same. | .40 |
| 04/09/09 | Cameron | Prepare for and participate in call regarding PD CMO (1.3); review revised drafts (0.6). | 1.90 |
| 04/10/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 04/13/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/13/09 | Cameron | Attention to revised PD CMO and multiple e-mails regarding same (0.7); review revised draft of brief (0.4). | 1.10 |
| 04/13/09 | Restivo | Receipt and review of new pleadings and communications (.5); mark-up Reply Brief (.8); review revised CMO and related papers (.5). | 1.80 |
| 04/14/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/14/09 | Cameron | Review CMO for PD claims (0.3); review ruling regarding Canadian claims expunged on statute of limitations grounds (0.6). | .90 |
| 04/14/09 | Rea | Reviewed opinion expunging Canadian claims. | .30 |
| 04/15/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/15/09 | Aten | Email to R. Senftleben re: medical expert issues re: PD claims. | .10 |
| 04/15/09 | Restivo | Research re:  insurers' "intent" discovery. | 2.20 |
| 04/16/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1861016
60033  Claim Analysis Objection Resolution  Page   3
       & Estimation (Asbestos)
May 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/16/09 | Cameron | Review PD claims issues regarding appeal and CMO. | .40 |
| 04/20/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/21/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/21/09 | Rea | Telephone call with J. Restivo re: Canadian claims. | .10 |
| 04/21/09 | Restivo | Telephone calls with T. Rea and D. Speights (.5); emails re:  same (.3). | .80 |
| 04/22/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/22/09 | Cameron | Attention to PD claims and open issues for hearing. | .50 |
| 04/22/09 | Rea | Call with J. Baer re: Macerich settlement. | .20 |
| 04/23/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/24/09 | Rea | Reviewed Canadian claim issue. | .40 |
| 04/25/09 | Cameron | Review opinion regarding Canadian claims and appeal of same (0.9); review CMO issues (0.5). | 1.40 |
| 04/26/09 | Cameron | Attention to PD claims appeals and PD CMO issues. | .90 |
| 04/27/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 04/27/09 | Cameron | Review materials relating to Speights' claims. | .90 |
| 04/27/09 | Restivo | Telephone call with J. Baer (.3); telephone call and emails with D. Speights (.3); telephonic Omnibus Hearing (1.0). | 1.60 |

```
172573 W. R. Grace & Co.                  Invoice Number  1861016
60033  Claim Analysis Objection Resolution   Page   4
       & Estimation (Asbestos)
May 28, 2009
```

| Date | Name | | Hours |
|------|------|------|------|
| 04/28/09 | Ament | Assist T. Rea with various issues relating to Canadian claims (.50); various e-mails and meetings re: same (.20). | .70 |
| 04/28/09 | Rea | Meeting with J. Restivo re: Canadian settlements. | .30 |
| 04/28/09 | Restivo | Telephone conference with D. Speights and research relating thereto. | 1.00 |
| 04/29/09 | Rea | Review of Canadian claim terms. | .70 |
| 04/29/09 | Restivo | Correspondence with Speights, Rea, Boll, Finke, et al. | 1.40 |
| 04/30/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/30/09 | Atkinson | Review list of articles requested and prepare Library Request for same per request of expert witness. | .30 |
| 04/30/09 | Cameron | Review materials from J. Restivo and T. Freedman regarding Speights' claims. | .70 |

```
                                              ------
                                TOTAL HOURS    34.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|----|-------|
| Douglas E. Cameron | 10.40 | at | $ 630.00 | = | 6,552.00 |
| James J. Restivo Jr. | 10.00 | at | $ 685.00 | = | 6,850.00 |
| Traci Sands Rea | 2.00 | at | $ 455.00 | = | 910.00 |
| Rebecca E. Aten | 8.40 | at | $ 345.00 | = | 2,898.00 |
| Maureen L. Atkinson | 0.30 | at | $ 210.00 | = | 63.00 |
| Sharon A. Ament | 3.80 | at | $ 175.00 | = | 665.00 |

```
                   CURRENT FEES                         17,938.00


                                               ------------
         TOTAL BALANCE DUE UPON RECEIPT          $17,938.00
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1861017
One Town Center Road                      Invoice Date        05/28/09
Boca Raton, FL    33486                    Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

         Fees                              35,565.50
         Expenses                               0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $35,565.50
                                                          =============

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                              Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number     1861017
One Town Center Road                Invoice Date      05/28/09
Boca Raton, FL    33486             Client Number      172573
                                    Matter Number        60035
```

=================================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 03/31/09 | Klapper | Finish work for part of direct examination of experts, including development of topic outline and review materials for this week's meeting (6.4); continue review of trial transcript excerpts identified by E. Ahern that are relevant to keep defense expert's testimony (3.0). | 9.40 |
| 04/01/09 | Klapper | Meet with expert to go over portions of direct examination testimony (2.0); follow-up with consultants on projects relating to questions raised during prep session (2.1). | 4.10 |
| 04/02/09 | Klapper | Continue prep work on additional folders for next prep session with expert. | 2.40 |
| 04/03/09 | Klapper | Continue prep work on additional folders for next prep session with expert. | 3.70 |
| 04/06/09 | Klapper | Begin review of binders 11-13 and develop prep points and direct examination outline for use with expert. | 5.30 |
| 04/07/09 | Flatley | E-mails and replies on construction industry knowledge. | .50 |

```
172573 W. R. Grace & Co.                      Invoice Number  1861017
60035  Grand Jury Investigation               Page    2
May 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/07/09 | Klapper | Continue review of binders 11-13 and develop prep points and direct examination outline for use with expert. | 4.70 |
| 04/08/09 | Klapper | Finish review of binders 11-13 and finish prep points and direct examination outline for use with expert, including development of anticipatory cross topics. | 2.30 |
| 04/09/09 | Klapper | Meet with expert to go over portions of direct examination testimony (4.2); follow-up with consultants on projects relating to questions raised during prep session (.7); begin review of binders 14a-14c for next prep session (2.0). | 6.90 |
| 04/10/09 | Klapper | Continue review of binders 14a-14c for next prep session with expert. | 5.20 |
| 04/11/09 | Klapper | Continue review of binders 14a-14c for next prep session with expert. | 2.10 |
| 04/12/09 | Klapper | Complete review of binders 14a-14c for next prep session with expert, and develop direct examination and anticipatory cross points. | 3.10 |
| 04/13/09 | Klapper | Finish analysis for following 2 prep sessions with testifying expert, completing review of binders 15 and 16. | 8.30 |
| 04/22/09 | Cameron | Review materials from R. Finke. | .70 |
| 04/23/09 | Cameron | Review material from R. Finke. | .70 |
| 04/26/09 | Cameron | Review materials from R. Finke and R.J. Lee. | .70 |

```
                                              ------
                                TOTAL HOURS    60.10
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Lawrence E. Flatley | 0.50 at $ 635.00 = | | 317.50 |
| Douglas E. Cameron | 2.10 at $ 630.00 = | | 1,323.00 |

172573 W. R. Grace & Co.                          Invoice Number  1861017
60035  Grand Jury Investigation                   Page    3
May 28, 2009


        Antony B. Klapper              57.50  at  $  590.00  =   33,925.00

                                   CURRENT FEES                        35,565.50


                                                                 ------------
                                   TOTAL BALANCE DUE UPON RECEIPT     $35,565.50
                                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1861018
One Town Center Road                     Invoice Date      05/28/09
Boca Raton, FL    33486                  Client Number       172573

======================================================================

Re: W. R. Grace & Co.


(60038)   Property Damage Claim Appeals

          Fees                          25,930.00
          Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $25,930.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1861018
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60038


=============================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 04/01/09 | Rea | Draft of DGS appellee brief. | 1.30 |
| 04/02/09 | Aten | Continue to conduct legal research and to read/analyze case law for purposes of responding to DGS' appellate brief. | 3.20 |
| 04/02/09 | Rea | Draft and revise appellee brief. | 9.90 |
| 04/03/09 | Aten | Continue to conduct case law research, read and analyze case law on multiple issues for purposes of responding to DGS' brief. | 6.70 |
| 04/03/09 | Cameron | Review DSG appeal materials. | .80 |
| 04/03/09 | Rea | Continued work on appellee brief. | 8.70 |
| 04/06/09 | Aten | Continue to revise response brief re: DGS appeal. | 1.90 |
| 04/06/09 | Cameron | Review DSG brief materials and e-mails regarding same (1.0); meet with J. Restivo and telephone call with T. Rea (0.5). | 1.50 |
| 04/06/09 | Rea | Continuous work on appellee brief. | .70 |
| 04/06/09 | Restivo | Revise Appellee Brief re: California DGS. | 1.00 |

172573 W. R. Grace & Co.                    Invoice Number  1861018
60038  Property Damage Claim Appeals        Page   2
May 28, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 04/07/09 | Aten | Continue to work on response brief re: DGS appeal and to cite check brief. | 6.90 |
| 04/07/09 | Cameron | Review draft appellate brief and meet with J. Restivo (0.6); e-mails regarding same (0.5). | 1.10 |
| 04/08/09 | Aten | Continue to work on response brief re: DGS appeal. | 5.10 |
| 04/08/09 | Rea | Continuous revisions to appellee brief. | 3.60 |
| 04/09/09 | Aten | Continue to work on response re: DGS appeal. | 3.30 |
| 04/09/09 | Rea | Revisions to appellee brief. | 3.40 |
| 04/10/09 | Rea | Finalize appellee brief and appendix. | 1.60 |
| 04/13/09 | Rea | Finalize appellee brief. | .40 |
| 04/27/09 | Rea | Review of DGS reply brief and motion for oral argument. | .40 |
| 04/28/09 | Aten | Reviewed pleadings filed by DGS and reviewed court rules re: oral argument to determine if response is necessary. | .30 |

                                        ------
                        TOTAL HOURS      61.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 3.40 | at | $ 630.00 | = | 2,142.00 |
| James J. Restivo Jr. | 1.00 | at | $ 685.00 | = | 685.00 |
| Traci Sands Rea | 30.00 | at | $ 455.00 | = | 13,650.00 |
| Rebecca E. Aten | 27.40 | at | $ 345.00 | = | 9,453.00 |

                CURRENT FEES                    25,930.00


                                            ------------
        TOTAL BALANCE DUE UPON RECEIPT        $25,930.00
                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1861019
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL    33486                    Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60039)  Luis and Heather Santos and Basell USA

        Fees                              259.00
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $259.00
                                                        =============

```
                        REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                  Invoice Number    1861019
One Town Center Road              Invoice Date      05/28/09
Boca Raton, FL   33486            Client Number      172573
                                  Matter Number       60039
```

================================================================================

Re: (60039)  Luis and Heather Santos and Basell USA

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 04/01/09 | Burns | Review message from W.R. Grace re: Akzo Nobel incident report. | .10 |
| 04/02/09 | Burns | Draft and send communication to Basell's counsel requesting consent to share Akzo Nobel report with Plaintiff's counsel. | .30 |
| 04/14/09 | Burns | Draft and send follow up email to counsel for Basell re: matter status. | .10 |
| 04/14/09 | Burns | Review message from M. Tharney re: status of Azko Nobel's incident report. | .10 |
| 04/29/09 | Burns | Call to S. Jensen, in-house counsel at Basell, re: case status and dismissal strategy. | .10 |

```
                                               ------
                              TOTAL HOURS        .70
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Thomas J. Burns | 0.70 at | $  370.00  = | 259.00 |

```
                      CURRENT FEES                    259.00


                                              ------------
           TOTAL BALANCE DUE UPON RECEIPT        $259.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1861033
One Town Center Road                    Invoice Date        05/28/09
Boca Raton, FL   33486                  Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                                    0.00
        Expenses                              190.02

                        TOTAL BALANCE DUE UPON RECEIPT        $190.02
                                                             ==============

US_ACTIVE-101685945.1-SAAMENT

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      1861033
One Town Center Road                Invoice Date      05/28/09
Boca Raton, FL    33486             Client Number       172573
                                    Matter Number        60026
```

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
        PACER                              0.72
        Duplicating/Printing/Scanning     51.00
        Outside Duplicating               33.30
        Secretarial Overtime             105.00

             CURRENT EXPENSES                         190.02
                                                 -------------

             TOTAL BALANCE DUE UPON RECEIPT          $190.02
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      1861033
One Town Center Road                     Invoice Date      05/28/09
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026


================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/10/09 | Secretarial Overtime: Revisions to quarterly fee application | 37.50 |
| 02/11/09 | Secretarial Overtime: Revisions to quarterly fee application | 37.50 |
| 03/02/09 | Secretarial Overtime: Revisions to monthly fee application | 30.00 |
| 03/30/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 03/30/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 03/30/09 | PACER | .72 |
| 04/01/09 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. | 33.30 |
| 04/01/09 | Duplicating/Printing/Scanning ATTY # 0718; 6 COPIES | .60 |
| 04/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 04/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 04/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |

172573 W. R. Grace & Co.                          Invoice Number  1861033
60026  Litigation and Litigation Consulting       Page   2
May 28, 2009

| Date | Description | Amount |
|---|---|---|
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 04/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 04/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 04/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 29 COPIES | 2.90 |
| 04/27/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 04/28/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 212 COPIES | 21.20 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
May 28, 2009

Invoice Number  1861033
Page    3


04/29/09   Duplicating/Printing/Scanning                          2.80
           ATTY # 4810; 28 COPIES

                        CURRENT EXPENSES                         190.02
                                                            ------------
                        TOTAL BALANCE DUE UPON RECEIPT        $190.02
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1861034
One Town Center Road                    Invoice Date      05/28/09
Boca Raton, FL   33486                  Client Number     172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                        292.01

                        TOTAL BALANCE DUE UPON RECEIPT        $292.01
                                                          ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1861034
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60033

========================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                          2.65
        PACER                                     40.16
        Duplicating/Printing/Scanning            249.20

                        CURRENT EXPENSES                    292.01
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT       $292.01
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1861034
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 03/04/09 | PACER | 18.56 |
| 03/17/09 | PACER | 20.32 |
| 03/26/09 | PACER | 1.28 |
| 04/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 04/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 04/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 04/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 04/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1861034
60033  Claim Analysis Objection Resolution  Page   2
       & Estimation (Asbestos)
May 28, 2009
```

| Date | Description | Amount |
|------|-------------|--------|
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 04/05/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 62 COPIES | 6.20 |
| 04/05/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 38 COPIES | 3.80 |
| 04/05/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 04/05/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 04/05/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 327 COPIES | 32.70 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |

172573 W. R. Grace & Co.                         Invoice Number  1861034
60033  Claim Analysis Objection Resolution       Page    3
       & Estimation (Asbestos)
May 28, 2009


04/07/09    Duplicating/Printing/Scanning                113.90
            ATTY # 3928; 1139 COPIES

04/07/09    Duplicating/Printing/Scanning                  1.30
            ATTY # 3928; 13 COPIES

04/07/09    Duplicating/Printing/Scanning                  2.00
            ATTY # 000559: 20 COPIES

04/07/09    Duplicating/Printing/Scanning                  2.00
            ATTY # 000559: 20 COPIES

04/07/09    Duplicating/Printing/Scanning                  2.00
            ATTY # 000559: 20 COPIES

04/07/09    Duplicating/Printing/Scanning                  2.00
            ATTY # 000559: 20 COPIES

04/07/09    Duplicating/Printing/Scanning                  2.00
            ATTY # 000559: 20 COPIES

04/08/09    Duplicating/Printing/Scanning                  2.00
            ATTY # 000559: 20 COPIES

04/08/09    Duplicating/Printing/Scanning                  2.00
            ATTY # 000559: 20 COPIES

04/08/09    Duplicating/Printing/Scanning                  2.00
            ATTY # 000559: 20 COPIES

04/08/09    Duplicating/Printing/Scanning                  2.00
            ATTY # 000559: 20 COPIES

04/08/09    Duplicating/Printing/Scanning                  1.50
            ATTY # 1398; 15 COPIES

04/09/09    Duplicating/Printing/Scanning                  2.20
            ATTY # 000559: 22 COPIES

04/09/09    Duplicating/Printing/Scanning                  2.20
            ATTY # 000559: 22 COPIES

04/09/09    Duplicating/Printing/Scanning                   .10
            ATTY # 000559: 1 COPY

04/09/09    Duplicating/Printing/Scanning                   .20
            ATTY # 000559: 2 COPIES

04/09/09    Duplicating/Printing/Scanning                  2.00
            ATTY # 000559: 20 COPIES

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
May 28, 2009

Invoice Number  1861034
Page   4

| Date | Description | Amount |
|---|---|---|
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |

172573 W. R. Grace & Co.                      Invoice Number  1861034
60033  Claim Analysis Objection Resolution    Page   5
       & Estimation (Asbestos)
May 28, 2009


    04/13/09   Duplicating/Printing/Scanning              .30
               ATTY # 4810; 3 COPIES

    04/15/09   Telephone Expense                          .60
               202-862-5000/WASHINGTON, DC/12

    04/21/09   Duplicating/Printing/Scanning              .10
               ATTY # 000559: 1 COPY

    04/24/09   Duplicating/Printing/Scanning              .40
               ATTY # 0559; 4 COPIES

    04/26/09   Duplicating/Printing/Scanning              .20
               ATTY # 0559; 2 COPIES

    04/27/09   Telephone Expense                          .10
               803-943-4444/HAMPTON, SC/2

    04/28/09   Telephone Expense                         1.95
               803-943-4444/HAMPTON, SC/39

                        CURRENT EXPENSES               292.01
                                                  ------------
                        TOTAL BALANCE DUE UPON RECEIPT   $292.01
                                                  ============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    1861035
One Town Center Road                Invoice Date      05/28/09
Boca Raton, FL   33486              Client Number      172573
```

========================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

```
        Fees                           0.00
        Expenses                   29,932.82

               TOTAL BALANCE DUE UPON RECEIPT    $29,932.82
                                                ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number    1861035
One Town Center Road                  Invoice Date      05/28/09
Boca Raton, FL    33486               Client Number     172573
                                      Matter Number      60035

========================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning          15.30
        Postage Expense                         0.84
        Consulting Fees                     29,890.81
        Courier Service - Outside              25.87

              CURRENT EXPENSES                          29,932.82
                                                     -------------

          TOTAL BALANCE DUE UPON RECEIPT           $29,932.82
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number    1861035
One Town Center Road                  Invoice Date     05/28/09
Boca Raton, FL   33486                Client Number     172573
                                      Matter Number      60035


================================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/20/09 | Courier Service -Courier service charges for delivery of transcript. | 25.87 |
| 03/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 03/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 69 COPIES | 6.90 |
| 04/08/09 | Duplicating/Printing/Scanning ATTY # 000559: 76 COPIES | 7.60 |
| 04/10/09 | Postage Expense | .42 |
| 04/20/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 04/20/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 04/20/09 | Postage Expense | .42 |
| 04/21/09 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |
| 04/29/09 | Duplicating/Printing/Scanning ATTY # 0887; 2 COPIES | .20 |
| 05/20/09 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION - - Continued work in preparation for criminal trial, including extensive review of documents identified in relation to trial. | 29890.81 |

                          CURRENT EXPENSES            29,932.82
                                                     ------------

172573 W. R. Grace & Co.                          Invoice Number  1861035
60035  Grand Jury Investigation                   Page    2
May 28, 2009


                    TOTAL BALANCE DUE UPON RECEIPT        $29,932.82
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1861036
One Town Center Road                      Invoice Date     05/28/09
Boca Raton, FL    33486                   Client Number      172573

========================================================================

Re: W. R. Grace & Co.


(60038)   Property Damage Claim Appeals

        Fees                          0.00
        Expenses                  1,381.89

                TOTAL BALANCE DUE UPON RECEIPT        $1,381.89
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1861036
One Town Center Road                      Invoice Date        05/28/09
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60038

================================================================================

Re: Property Damage Claim Appeals

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        0.85
        Duplicating/Printing/Scanning           26.80
        Westlaw                               1,344.69
        Courier Service - Outside                9.55

                    CURRENT EXPENSES                       1,381.89
                                                       -------------

            TOTAL BALANCE DUE UPON RECEIPT                $1,381.89
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number    1861036
One Town Center Road                     Invoice Date     05/28/09
Boca Raton, FL   33486                   Client Number     172573
                                         Matter Number       60038


==============================================================================

Re: (60038)  Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/30/09 | Westlaw - - Legal research for work on DGS appeal brief. | 557.71 |
| 04/02/09 | Westlaw - - Legal research for work on DGS appeal brief. | 112.94 |
| 04/03/09 | Westlaw - - Legal research for work on DGS appeal brief. | 391.54 |
| 04/08/09 | Telephone Expense 302-652-4100/WILMINGTON, DE/9 | .45 |
| 04/08/09 | Westlaw - - Legal research for DGS appellate brief. | 282.50 |
| 04/08/09 | Duplicating/Printing/Scanning ATTY # 1398; 7 COPIES | .70 |
| 04/10/09 | Telephone Expense 302-652-4100/WILMINGTON, DE/3 | .15 |
| 04/10/09 | Duplicating/Printing/Scanning ATTY # 1398; 261 COPIES | 26.10 |
| 04/10/09 | Courier Service - UPS - Shipped from Traci Rea Reed Smith LLP - Pittsburgh to James E. O'Neill. | 9.55 |
| 04/22/09 | Telephone Expense 312-641-2162/CHICAGO, IL/6 | .25 |

```
                        CURRENT EXPENSES          1,381.89
                                                ------------
              TOTAL BALANCE DUE UPON RECEIPT      $1,381.89
                                                ============
```