# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: July 22, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE NINETY-FIFTH MONTHLY INTERIM PERIOD FROM MAY 1, 2009 THROUGH MAY 31, 2009

Name of Applicant:                                   Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:                                  July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                            May 1 through May 31, 2009

Amount of fees sought as actual,
reasonable and necessary:                           $46,410.00

Amount of expenses sought as actual,
reasonable and necessary                            $1,641.97

This is a(n): X monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#22280
6/29/09

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the ninety-third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 17 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 15.40 | $10,549.00 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | .90 | $571.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 21.90 | $13,797.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 17.90 | $8,144.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 4.00 | $1,600.00 |
| Thomas J. Burns | Of Counsel | 1996 | Bankruptcy | $370.00 | .40 | $148.00 |
| Joshua C. Lewis | Associates | 2003 | Business & Finance | $370.00 | 13.60 | $5,032.00 |
| Rebecca E. Aten | Associate | 2003 | Litigation | $345.00 | .30 | $103.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 17 Years | Bankruptcy | $240.00 | 4.30 | $1,032.00 |
| Maureen L. Atkinson | Paralegal | 32 Years | Litigation | $210.00 | .40 | $84.00 |
| Shari Berkowitz | Senior Research Librarian | 4 Years | Knowledge Management, Library | $190.00 | 1.20 | $228.00 |
| Sharon A. Ament | Paralegal | 5 Years | Litigation | $175.00 | 28.00 | $4,900.00 |
| Jason Jankowski | Specialist | 11 Years | Knowledge Management, Library | $105.00 | 2.10 | $220.50 |

**Total Fees: $46,410.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 8.70 | $1,798.00 |
| Fee Applications | 16.70 | $4,056.50 |
| Claim Analysis Objection Resolution & Estimation | 63.70 | $31,722.50 |
| Property Damage Claim Appeals | 20.90 | $8,685.00 |
| Luis & Heather Santos & Basell USA | .40 | $148.00 |
| **Total** | **110.40** | **$46,410.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $1.15 | ---- |
| PACER | $6.08 | ---- |
| Telephone – Outside | $31.29 | ---- |
| Duplicating/Printing/Scanning | $168.90 | ---- |
| Outside Duplicating | $928.26 | ---- |
| Meal Expense | $251.29 | ---- |
| Mileage Expense | $5.50 | ---- |
| Parking/Tolls/Other Transportation | $13.75 | ---- |
| Courier Service – Outside | $20.75 | ---- |
| Secretarial Overtime | $75.00 | ---- |
| General Expense: 5/27/09 vendor fee for Research Solutions Inc. for document and copyright fee | $140.00 | ---- |
| SUBTOTAL | $1,641.97 | $0.00 |
| **TOTAL** | **$1,641.97** | |

Dated:  June 29, 2009                              REED SMITH LLP
        Wilmington, Delaware

                                        By: /s/ Kurt F. Gwynne
                                            Kurt F. Gwynne (No. 3951)
                                            1201 Market Street, Suite 1500
                                            Wilmington, DE  19801
                                            Telephone:  (302) 778-7500
                                            Facsimile:  (302) 778-7575
                                            E-mail: kgwynne@reedsmith.com

                                                and

                                            James J. Restivo, Jr., Esquire
                                            Lawrence E. Flatley, Esquire
                                            Douglas E. Cameron, Esquire
                                            435 Sixth Avenue
                                            Pittsburgh, PA  15219
                                            Telephone:  (412) 288-3131
                                            Facsimile:  (412) 288-3063

                                            Special Asbestos Products Liability Defense
                                            Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    1872493
One Town Center Road                    Invoice Date      06/24/09
Boca Raton, FL    33486                 Client Number      172573


======================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                          1,798.00
         Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,798.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1872493 |
| Invoice Date | 06/24/09 |
| Client Number | 172573 |
| Matter Number | 60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 05/01/09 | Ament | Coordinate logistics for K&E relating to confirmation hearing in June (.40); various e-mails re: same (.10). | .50 |
| 05/04/09 | Flatley | Call with W. Sparks (0.1); follow-up with A. Muha (0.2). | .30 |
| 05/05/09 | Ament | E-mails re: June hearing. | .10 |
| 05/05/09 | Flatley | E-mails from/to A. Muha re: service issues. | .20 |
| 05/05/09 | Lord | Communicate with A. Muha re: service issues. | .30 |
| 05/06/09 | Ament | Coordinate logistics for K&E re: June hearings (.50); various e-mails, telephone calls and meetings re: same (.20). | .70 |
| 05/07/09 | Ament | Various e-mails to coordinate logistics for hearing preparation for K&E re: June hearings (.50); e-mails re: 3/9/09 hearing (.10); provide 3/9/09 hearing transcript to T. Rea per request (.10). | .70 |
| 05/08/09 | Ament | E-mails re: March 2007 hearings. | .20 |
| 05/08/09 | Lord | Update 2002 service list. | .40 |

172573 W. R. Grace & Co.                          Invoice Number  1872493
60026  Litigation and Litigation Consulting       Page    2
June 24, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 05/11/09 | Ament | Circulate agenda re: 5/14/09 hearing to team. | .10 |
| 05/12/09 | Ament | Various e-mails and meetings to coordinate logistics for K&E re: June hearings (.30); various e-mails, telephone calls and meetings to coordinate logistics for K&E re: 5/14/09 hearing (.50); circulate amended agenda to team re: 5/14/09 hearing (.10). | .90 |
| 05/13/09 | Ament | Various e-mails, meetings and telephone calls to coordinate logistics for K&E re: hearing preparation for 5/14/09 hearing. | 1.20 |
| 05/14/09 | Ament | Various e-mails and meetings to assist K&E with hearing preparation. | .70 |
| 05/15/09 | Ament | Coordinate hearing preparation for K&E (.20); various e-mails with J. Baer re: same (.10); various e-mails with J. O'Neill re: hearing binders due on 5/18/09 (.20). | .50 |
| 05/18/09 | Ament | Review hearing binders received from J. O'Neill re: 6/1/09 hearing (.10); various e-mails with J. O'Neill and P. Cunniff re: same (.20); coordinate hand delivery of said hearing binders to Judge Fitzgerald (.20). | .50 |
| 05/19/09 | Ament | E-mail to J. O'Neill and P. Cuniff re: filing deadlines. | .10 |
| 05/26/09 | Ament | Circulate agenda for 6/1/09 hearing to team (.10); e-mails re: 6/1/09 hearing in DE (.10). | .20 |
| 05/29/09 | Ament | E-mails re: 6/1/09 hearing (.10); coordinate logistics for 6/18/09 hearing for K&E per request (.50); various e-mails and telephone calls re: same (.20); continue to coordinate logistics for 6/22/09 - 6/25/09 hearings for K&E per request (.20); various e-mails re: | 1.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1872493
60026  Litigation and Litigation Consulting  Page   3
June 24, 2009
```

```
        Date   Name                                     Hours
       -------- -----------                             -----
```

                           same (.10).

```
                                                        ------
                                        TOTAL HOURS     8.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Lawrence E. Flatley | 0.50 | at $ | 635.00 | = | 317.50 |
| John B. Lord | 0.70 | at $ | 240.00 | = | 168.00 |
| Sharon A. Ament | 7.50 | at $ | 175.00 | = | 1,312.50 |

```
                           CURRENT FEES                      1,798.00


                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $1,798.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1872494
5400 Broken Sound Blvd., N.W.            Invoice Date        06/24/09
Boca Raton, FL 33487                     Client Number        172573

========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

          Fees                          4,056.50
          Expenses                          0.00

                     TOTAL BALANCE DUE UPON RECEIPT     $4,056.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1872494
5400 Broken Sound Blvd., N.W.            Invoice Date        06/24/09
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60029


================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2009

        Date   Name                                             Hours
      -------- ----------                                       -----


      05/01/09 Ament          Continue calculating fees and       1.00
                              expenses for 32nd quarterly fee
                              application (.80); continue
                              drafting narrative and summary re:
                              same (.20).

      05/04/09 Ament          Telephone call and various e-mails    .20
                              re: March hearing.

      05/05/09 Ament          Continue preparation of               .40
                              spreadsheet re: 32nd quarterly fee
                              application (.30); e-mails with
                              A. Muha and J. Lord re: quarterly
                              fee application (.10).

      05/06/09 Ament          Continue calculating fees and       1.50
                              expenses re: 32nd quarterly fee
                              application (.30); continue
                              preparation of spreadsheet re:
                              same (1.0); continue drafting
                              narrative and summary re: same
                              (.20).

      05/07/09 Ament          Continue calculating fees and       2.10
                              completing spreadsheet re: 32nd
                              quarterly fee application (1.70);
                              continue drafting summary and
                              narrative re: same (.30); provide
                              same to A. Muha for review (.10).

172573 W. R. Grace & Co.                          Invoice Number  1872494
60029 Fee Applications-Applicant                  Page    2
June 24, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 05/08/09 | Ament | E-mails with J. Lord re: 32nd quarterly fee application (.10); e-mails and meet with A. Muha re: same (.10); finalize narrative and summary to same (.20); e-mail same to J. Lord for DE filing (.10). | .50 |
| 05/08/09 | Lord | Revise, e-file and serve Reed Smith 32nd quarterly fee application. | 1.80 |
| 05/08/09 | Muha | Review and revise quarterly fee application and emails and meetings with S. Ament re: same. | 1.10 |
| 05/15/09 | Ament | Attend to billing matters relating to consultant fees. | .10 |
| 05/15/09 | Muha | Review and revise fee and expense detail for April 2009 monthly application, and emails to/from T. Klapper and consultant re: same. | 1.00 |
| 05/18/09 | Ament | Attend to billing matters relating to consultant fees (.20); various e-mails re: same (.10); e-mails re: April monthly fee application (.10). | .40 |
| 05/18/09 | Muha | Attend to e-mails re: revised invoice from consultant. | .10 |
| 05/19/09 | Ament | Attend to billing matters relating to consultant fees (.10); e-mails and meeting re: same (.20). | .30 |
| 05/21/09 | Ament | E-mails and meet with A. Muha re: April monthly fee application (.10); begin drafting April monthly fee application and spreadsheets (.40). | .50 |
| 05/21/09 | Lord | Research docket and draft CNO to Reed Smith March fee application. | .50 |
| 05/26/09 | Ament | E-mails with A. Muha re: April monthly fee application. | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1872494
60029  Fee Applications-Applicant           Page    3
June 24, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 05/26/09 | Muha | Review and revise fee and expense detail for April 2009 monthly application, and multiple emails re: same. | 1.40 |
| 05/27/09 | Ament | E-mails re: April monthly fee application (.10); review invoices and calculate fees and expenses re: same (.50); prepare spreadsheet re: same (.40); continue drafting fee application (.20); provide same to A. Muha for review (.10). | 1.30 |
| 05/28/09 | Ament | E-mails re: April monthly fee application (.10); finalize same (.20); e-mail same to J. Lord for DE filing (.10). | .40 |
| 05/28/09 | Lord | Revise, e-file and serve Reed Smith April monthly fee application. | 1.30 |
| 05/28/09 | Muha | Make final review of and revisions to April 2009 monthly fee application. | .40 |
| 05/29/09 | Ament | Attend to billing matters relating to Feb. and March monthly fee applications and consultant fees (.20); various e-mails and telephone calls re: same (.10). | .30 |

```
                                            ------
                                TOTAL HOURS  16.70
```

```
TIME SUMMARY              Hours        Rate         Value
-----------------------   ---------------------   -------
Andrew J. Muha            4.00  at  $  400.00  =   1,600.00
John B. Lord              3.60  at  $  240.00  =     864.00
Sharon A. Ament           9.10  at  $  175.00  =   1,592.50

                          CURRENT FEES                    4,056.50


                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $4,056.50
                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1872495
One Town Center Road                Invoice Date     06/24/09
Boca Raton, FL   33486              Client Number     172573

=================================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                        31,722.50
          Expenses                         0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $31,722.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1872495 |
| Invoice Date | 06/24/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 04/30/09 | Restivo | Emails with K&E re:  Speights' related claims (.4); telephone conference with counsel for Travelers re:  Solow case (.6). | 1.00 |
| 05/01/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 05/01/09 | Cameron | Review materials from K&E regarding PD claims and expert report and respond. | .90 |
| 05/01/09 | Rea | E-mails re: inquiry on discovery status. | .30 |
| 05/02/09 | Cameron | Follow-up to requests from K&E. | .80 |
| 05/03/09 | Cameron | Review expert materials, PD CMO issues and Speights claims issues. | 1.10 |
| 05/04/09 | Ament | Assist T. Rea with various issues relating to PD claims (.90); various e-mails with T. Rea re: same (.10); e-mails and meet with R. Aten re: DGS claims (.10). | 1.10 |
| 05/04/09 | Cameron | Meeting with J. Restivo re: expert witness and follow-up multiple telephone calls and emails re:  deposition (.90); attention to PD CMO issues and emails re:  same (.90). | 1.80 |

172573 W. R. Grace & Co.                        Invoice Number  1872495
60033  Claim Analysis Objection Resolution      Page   2
       & Estimation (Asbestos)
June 24, 2009

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 05/04/09 | Rea | Attention to schedule issue. | 2.40 |
| 05/04/09 | Restivo | Receipt and review of emails; telephone calls and meetings re: discovery of Denise Martin (1.5); emails re:  Macerich claim (.3). | 1.80 |
| 05/05/09 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10); organize DGS claims for R. Aten (.20). | .60 |
| 05/05/09 | Restivo | Telephone calls and emails with K&E, clients, and D. Speights re: estimation hearing and Canadian claims. | 1.00 |
| 05/06/09 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10). meet with R. Aten re: UC and CSU claims (.10); meet with R. Aten re: product ID claims (.10). | .60 |
| 05/06/09 | Atkinson | Forward journal documents requested by expert. | .10 |
| 05/06/09 | Berkowitz | Locate and obtain full-text copies of 11 articles requested by attorney. | 1.00 |
| 05/07/09 | Ament | Assist team with various issues relating to PD claims (.40); various e-mails with team re: same (.20). | .60 |
| 05/07/09 | Aten | Checked docket re: appeal and reviewed rules for timing of counter-designations | .30 |
| 05/07/09 | Cameron | Multiple e-mails re: property damage schedule (.30); meet with J. Restivo re: open issues and Speight claims (.40); review property damage expert materials (.60). | 1.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1872495
60033  Claim Analysis Objection Resolution  Page    3
       & Estimation (Asbestos)
June 24, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/07/09 | Lewis | Office conference with J. Restivo re Maserich claim and Canadian claims issues (1.0); confer with T. Rea re same (.2); review various documents re case status and next steps in the bankruptcy and district courts (1.7). | 2.90 |
| 05/07/09 | Rea | Review of transcripts for property damage issues. | 1.90 |
| 05/07/09 | Restivo | Two telephone conferences with D. Speights (.6); meetings with T. Rea, D. Cameron and J. Lewis re: Canadian claims appeal, Macerich appeal and California DGS (1.2); emails re: same (.8). | 2.60 |
| 05/08/09 | Ament | Assist team with various issues relating to PD claims (.20); review and organize claim forms from product ID trial received from R. Aten (.50); review and organize UC and CSU claim forms received from R. Aten (1.0). | 1.70 |
| 05/08/09 | Atkinson | Forward additional journal articles received from Librarians to expert, per his request. | .10 |
| 05/08/09 | Berkowitz | Locate and obtain full-text copies of 11 articles requested by attorney. | .20 |
| 05/08/09 | Cameron | Telephone conference with R. Finke and e-mails with K&E re: property damage claims (.40); review expert materials (.40); review summary re: Speights' claims (.50). | 1.30 |
| 05/08/09 | Rea | Call and e-mail re: DGS issues. | .20 |
| 05/11/09 | Ament | Assist team with various issues relating to PD claims (.20); meet with R. Aten re: State of CA appeal (.10). | .30 |

172573 W. R. Grace & Co.                              Invoice Number  1872495
60033  Claim Analysis Objection Resolution            Page    4
       & Estimation (Asbestos)
June 24, 2009


| Date | Name | | Hours |
|------|------|------|-------|
| 05/11/09 | Cameron | Prepare for and meet with J. Restivo, T. Rea and J. Lewis (0.6); review draft PD CMO and telephone call with counsel for DGS regarding same (0.6); review PD expert materials and e-mails regarding same (1.1); attention to Speights claims issues (0.4). | 2.70 |
| 05/11/09 | Lewis | Team meeting with J. Restivo, D. Cameron, and T. Rea re open issues (.7). | .70 |
| 05/11/09 | Rea | Team meeting re: outstanding issues (.6); call with C. Kang (.3). | .90 |
| 05/11/09 | Restivo | Telephone calls and emails re: Canadian claims appeal and D. Martin deposition. | 1.00 |
| 05/12/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mails with R. Aten re: State of CA DGS (.10); e-mails with T. Rea re: District Court case re: State of CA DGS (.10). | .40 |
| 05/12/09 | Atkinson | E-mail from Librarian and e-mail to expert regarding articles he requested. | .20 |
| 05/12/09 | Cameron | Review materials relating to Denise Martin deposition (0.8); review Speights' claims issues (0.6); review Lewis summary (0.3). | 1.70 |
| 05/12/09 | Jankowski | Searched for and obtained a copy of an article for M.  Atkinson. | 2.00 |
| 05/12/09 | Rea | E-mail re: DGS CMO issue. | .30 |
| 05/13/09 | Ament | Assist team with various issues relating to PD claims (.50); various e-mails and meetings re: same (.20). | .70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1872495
60033  Claim Analysis Objection Resolution  Page    5
       & Estimation (Asbestos)
June 24, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 05/13/09 | Restivo | Meeting with T. Rea and telephone calls with D. Speights re: D. Martin deposition (1.0); telephone call with E. Westbrook (.4). | 1.40 |
| 05/14/09 | Ament | Assist team with various issues relating to PD claims (.10); meet with T. Rea re: designation of record on appeal (.10); internal research and provide various transcripts, motions and responses to T. Rea per request (1.70). | 1.90 |
| 05/14/09 | Cameron | Review materials relating to Speights appeal, PD CMO and open PD issues. | .80 |
| 05/14/09 | Restivo | Telephone calls and emails re: Martin deposition (1.0); telephone call and emails re: Solow claim (.5). | 1.50 |
| 05/15/09 | Ament | Assist T. Rea with various issues relating to PD claims (.80); various e-mails and meet with T. Rea re: same (.20). | 1.00 |
| 05/15/09 | Cameron | Review materials from T. Rea regarding Speights' appeal (0.6); review communication with D. Speights (0.3). | .90 |
| 05/18/09 | Ament | Assist team with various issues relating to PD claims (.20); telephone call with T. Rea re: same (.10). | .30 |
| 05/18/09 | Cameron | Attention to PD expert issues and letter to Speights (0.8); review Speights appeal issues (0.5). | 1.30 |
| 05/18/09 | Rea | Review of and revisions to motion to remand Macerich appeal. | .70 |
| 05/19/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 05/19/09 | Cameron | Attention to expert witness materials. | .90 |

172573 W. R. Grace & Co.                          Invoice Number  1872495
60033  Claim Analysis Objection Resolution        Page    6
        & Estimation (Asbestos)
June 24, 2009


| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 05/19/09 | Restivo | Telephone calls and emails for preparation re: D. Martin expert deposition (1.0); telephone call to counsel for Solow bond (.4). | 1.40 |
| 05/20/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 05/20/09 | Cameron | Meet with J. Restivo and e-mails regarding expert deposition. | .40 |
| 05/20/09 | Jankowski | Retrieved a copy of an article for M. Atkinson. | .10 |
| 05/20/09 | Restivo | Prepare for D. Martin deposition (.60); telephone calls and emails (.40). | 1.00 |
| 05/21/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 05/21/09 | Cameron | Review motions filed by D. Speights. | .80 |
| 05/25/09 | Cameron | Review materials relating to Speights claims (0.7); review Denise Martin materials (0.6). | 1.30 |
| 05/26/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 05/26/09 | Flatley | E-mails re: report and follow-up. | .40 |
| 05/27/09 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10). | .40 |
| 05/27/09 | Cameron | Review Certification of Counsel and draft Order and e-mail regarding same (0.4); review Speights motions (0.7); attention to expert witness reliance materials (0.7). | 1.80 |
| 05/27/09 | Lewis | Review scheduling order (.1); consider implications re: procedure to approve Macerich settlement motion (.1); e-mail correspondence with D. Cameron and T. Rea re: same (.1). | .30 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
        & Estimation (Asbestos)
June 24, 2009

Invoice Number  1872495
Page    7

| Date | Name | | Hours |
|------|------|---|-------|

| 05/28/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 05/28/09 | Restivo | Receipt and review of new pleadings and correspondence re: Anderson Memorial Hospital, Macerich, D. Martin deposition. | 1.20 |
| 05/29/09 | Ament | Assist team with various issues relating to PD claims (.30); various e-mails and meet with D. Cameron re: PD claims (.20). | .50 |
| 05/29/09 | Cameron | Telephone call with J. Restivo regarding status of unresolved PD claims (0.2); review Speights objections and expert materials (0.9). | 1.10 |
| 05/29/09 | Restivo | Telephone calls with R. Finke, D. Cameron (.4); analysis of Speights' objections and settlements (1.1). | 1.50 |
| 05/30/09 | Cameron | Review materials relating to pending PD cases and appeals. | 1.00 |

TOTAL HOURS    63.70

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 0.40 | at $ | 635.00 | = | 254.00 |
| Douglas E. Cameron | 21.90 | at $ | 630.00 | = | 13,797.00 |
| James J. Restivo Jr. | 15.40 | at $ | 685.00 | = | 10,549.00 |
| Traci Sands Rea | 6.70 | at $ | 455.00 | = | 3,048.50 |
| Rebecca E. Aten | 0.30 | at $ | 345.00 | = | 103.50 |
| Joshua C. Lewis | 3.90 | at $ | 370.00 | = | 1,443.00 |
| Maureen L. Atkinson | 0.40 | at $ | 210.00 | = | 84.00 |
| Sharon A. Ament | 11.40 | at $ | 175.00 | = | 1,995.00 |
| Shari Berkowitz | 1.20 | at $ | 190.00 | = | 228.00 |
| Jason Jankowski | 2.10 | at $ | 105.00 | = | 220.50 |

CURRENT FEES                                  31,722.50

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
June 24, 2009

Invoice Number  1872495
Page    8

                    TOTAL BALANCE DUE UPON RECEIPT      $31,722.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1872496
One Town Center Road                      Invoice Date        06/24/09
Boca Raton, FL   33486                    Client Number         172573

================================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

         Fees                          8,685.00
         Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $8,685.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    1872496
One Town Center Road                    Invoice Date      06/24/09
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60038


================================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 05/07/09 | Rea | Review of Canadian statement of issues and classification of record (.4); conference call with J. Lewis re: appeals (.2). | .60 |
| 05/08/09 | Lewis | Review appeals docket re Macerich appeal (.3); telephone call with court clerk re same (.1); consider strategy for remanding matter to bankruptcy court (.4). | .80 |
| 05/11/09 | Lewis | Begin drafting motion to remand appeal to bankruptcy court (1.0); review docket for background re same (.7). | 1.70 |
| 05/12/09 | Lewis | Telephone call with J. Fitzgerald's law clerk re notice of appeal on Canadian claims (.1); detailed email correspondence with J. Restivo re next steps with respect to addressing same and record of appeal (.3). | .40 |
| 05/13/09 | Lewis | Draft consent motion to remand Macerich claim appeal (2.0); email correspondence with T. Rea re same (.1). | 2.10 |
| 05/13/09 | Rea | Conference re: designation of record (.4); draft designation of record (1.1). | 1.50 |

172573 W. R. Grace & Co.
60038  Property Damage Claim Appeals
June 24, 2009

Invoice Number  1872496
Page   2

| Date | Name | | Hours |
|------|------|--|-------|
| 05/14/09 | Lewis | Revise draft motion to remand Macerich claim appeal per comments from T. Rea (.8); email correspondence with same and D. Cameron re same (.1). | .90 |
| 05/14/09 | Rea | Draft designated record for Canadian appeal. | 5.00 |
| 05/15/09 | Lewis | Review and revise designation of items for inclusion in record of appeal for Canadian claims (.8); email correspondence with T. Rea re same (.2). | 1.00 |
| 05/15/09 | Rea | Revisions and finalization of designation of record. | 4.10 |
| 05/18/09 | Lewis | Revise draft motion to remand Macerich claim appeal per comments from G. George (.3); email correspondence with J. O'Neill re filing and service of same (.2). | .50 |
| 05/20/09 | Lewis | Review order remanding matter to bankruptcy court (.2); email correspondence with T. Rea re same (.1); consider strategy for getting settlement motion back before the bankruptcy court (.3). | .60 |
| 05/21/09 | Lewis | Draft Certificate of Counsel re granting of remand motion by the District Court (1.4); email correspondence with T. Rea re same (.1). | 1.50 |
| 05/22/09 | Lewis | Email correspondence with T. Rea re setting agenda to consider Macerich settlement motion (.1); email correspondence with D. Cameron re same and Certificate of Counsel re same (.1). | .20 |

TOTAL HOURS   20.90

| TIME SUMMARY | Hours | | Rate | | Value |
|-------------|-------|--|------|--|-------|
| Traci Sands Rea | 11.20 | at | $  455.00 | = | 5,096.00 |

172573 W. R. Grace & Co.
60038  Property Damage Claim Appeals
June 24, 2009

Invoice Number  1872496
Page    3

Joshua C. Lewis        9.70  at  $  370.00  =    3,589.00

                       CURRENT FEES                    8,685.00

                                                    ------------
                       TOTAL BALANCE DUE UPON RECEIPT    $8,685.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number      1872497
One Town Center Road               Invoice Date        06/24/09
Boca Raton, FL    33486            Client Number        172573

================================================================================

Re: W. R. Grace & Co.

(60039)  Luis and Heather Santos and Basell USA

         Fees                           148.00
         Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $148.00
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1872497 |
| Invoice Date | 06/24/09 |
| Client Number | 172573 |
| Matter Number | 60039 |

==============================================================================

Re: (60039)  Luis and Heather Santos and Basell USA

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 05/18/09 | Burns | Draft and send status update to R. Finke | .20 |
| 05/26/09 | Burns | Call from and conversation with S. Jensen at Basell re: Akzo Nobel issues. | .20 |
| | | TOTAL HOURS | .40 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Thomas J. Burns | 0.40 at $ 370.00 = | | 148.00 |
| | CURRENT FEES | | 148.00 |

TOTAL BALANCE DUE UPON RECEIPT                    $148.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1872510
One Town Center Road                    Invoice Date        06/24/09
Boca Raton, FL    33486                 Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                            0.00
        Expenses                    1,320.55

                    TOTAL BALANCE DUE UPON RECEIPT        $1,320.55
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1872510
One Town Center Road                      Invoice Date      06/24/09
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60026

=============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Duplicating/Printing/Scanning | 131.00 |
| Courier Service - Outside | 20.75 |
| Outside Duplicating | 928.26 |
| Secretarial Overtime (credit) | (30.00) |
| Parking/Tolls/Other Transportation | 13.75 |
| Mileage Expense | 5.50 |
| Meal Expense | 251.29 |

CURRENT EXPENSES                       1,320.55
                                     -------------

TOTAL BALANCE DUE UPON RECEIPT        $1,320.55
                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1872510
One Town Center Road                      Invoice Date      06/24/09
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60026


===============================================================================

Re: (60026) Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 03/02/09 | Credit for Secretarial Overtime: | -30.00 |
|----------|----------------------------------|--------|
| 04/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 04/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 24 COPIES | 2.40 |
| 04/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/27/09 | Outside Duplicating<br>Bankruptcy Mailouts/Mailouts - Envelopes/ | 29.45 |
| 04/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 04/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 04/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 04/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 04/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1872510
60026  Litigation and Litigation Consulting       Page    2
June 24, 2009


04/30/09   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

04/30/09   Duplicating/Printing/Scanning                        .40
           ATTY # 000559: 4 COPIES

04/30/09   Duplicating/Printing/Scanning                        .40
           ATTY # 000559: 4 COPIES

04/30/09   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

04/30/09   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

04/30/09   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

05/01/09   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

05/01/09   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

05/05/09   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPY

05/05/09   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPY

05/06/09   Duplicating/Printing/Scanning                        .70
           ATTY # 000559: 7 COPIES

05/06/09   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

05/06/09   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

05/07/09   Meal Expense - - VENDOR: THE BAGEL FACTORY - -    192.08
           LUNCH FOR EIGHT (4 KIRKLAND ATTORNEYS, CLIENT,
           2 REED SMITH ATTORNEYS AND 1 KIRKLAND
           PARALEGAL) DURING 5/14/09 HEARING.

05/07/09   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPY

05/07/09   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPY

05/07/09   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPY

172573 W. R. Grace & Co.                          Invoice Number  1872510
60026  Litigation and Litigation Consulting       Page    3
June 24, 2009

| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

172573  W. R. Grace & Co.                          Invoice Number  1872510
60026  Litigation and Litigation Consulting         Page    4
June 24, 2009

| | | |
|---|---|---:|
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 64 COPIES | 6.40 |
| 05/11/09 | Outside Duplicating<br>Bankruptcy Mailouts/Mailouts - Envelopes/ | 454.20 |
| 05/11/09 | Outside Duplicating<br>Bankruptcy Mailouts/Mailouts - Envelopes/ | 433.91 |
| 05/14/09 | Mileage Expense<br>Mileage - 2009 - VENDOR: Kathleen A. Williams, M<br>WR Grace/Litigation - overtime parking | 5.50 |
| 05/14/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, May 14,<br>WR Grace/Litigation - overtime parking | 13.75 |
| 05/14/09 | Courier Service - UPS - Shipped from Sharon<br>Ament Reed Smith LLP - Pittsburgh to Brian T.<br>Stansbury Kirkland & Ellis LLP (WASHINGTON DC<br>20005). | 20.75 |
| 05/15/09 | Meal Expense Dinner - VENDOR: Debbie E.<br>Steinmeyer - - DINNER FOR ONE DURING OVERTIME<br>Secretarial Support in preparation of hearing<br>on 5/14/09. | 6.62 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 05/20/09 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - - BREAKFAST FOR FIVE (3<br>KIRKLAND ATTORNEYS, ONE PARALEGAL AND ONE<br>SECRETARY) DURING PREPARATION FOR HEARING. | 52.59 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/21/09 | Outside Duplicating<br>CD - Duplication(s)/ | 10.70 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 1.70 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
June 24, 2009

Invoice Number  1872510
Page    5

| | | |
|---|---|---|
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 05/26/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 05/26/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 268 COPIES | 26.80 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1872510
60026  Litigation and Litigation Consulting  Page    6
June 24, 2009
```

| Date | Description | Amount |
|---|---|---|
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 351 COPIES | 35.10 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |

```
                          CURRENT EXPENSES           1,320.55
                                                  ------------
                   TOTAL BALANCE DUE UPON RECEIPT     $1,320.55
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1872511
One Town Center Road                    Invoice Date        06/24/09
Boca Raton, FL    33486                 Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                0.00
         Expenses                          215.87

                     TOTAL BALANCE DUE UPON RECEIPT        $215.87
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number     1872511
One Town Center Road               Invoice Date       06/24/09
Boca Raton, FL    33486            Client Number       172573
                                   Matter Number        60033

================================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)


     FOR COSTS ADVANCED AND EXPENSES INCURRED:

         Telephone Expense                    1.00
         PACER                                5.68
         Duplicating/Printing/Scanning       37.90
         Telephone - Outside                 31.29
         General Expense                    140.00

                        CURRENT EXPENSES              215.87
                                             --------------

                TOTAL BALANCE DUE UPON RECEIPT        $215.87
                                             ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1872511 |
| Invoice Date | 06/24/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 04/28/09 | PACER | 4.00 |
| 04/30/09 | PACER | 1.68 |
| 05/01/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 05/01/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 05/04/09 | Telephone Expense<br>914-448-4054/WHITE PLS, NY/2 | .10 |
| 05/07/09 | Telephone - Outside<br>Telephone - VENDOR: Douglas E. Cameron, Apr 09,<br>Roaming costs/telephone charges for client<br>calls. | 31.29 |
| 05/08/09 | Telephone Expense<br>561-866-6803/BOCA RATON, FL/12 | .60 |
| 05/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1872511
60033  Claim Analysis Objection Resolution      Page    2
       & Estimation (Asbestos)
June 24, 2009
```

| | | |
|---|---|---|
| 05/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 78 COPIES | 7.80 |
| 05/18/09 | Telephone Expense<br>803-943-4444/HAMPTON, SC/4 | .20 |
| 05/18/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 05/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/19/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 05/20/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 2 COPIES | .20 |
| 05/20/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                        Invoice Number  1872511
60033  Claim Analysis Objection Resolution      Page    3
       & Estimation (Asbestos)
June 24, 2009

| Date | Description | Amount |
|---|---|---|
| 05/20/09 | Telephone Expense<br>803-943-4444/HAMPTON, SC/2 | .10 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 05/27/09 | General Expense - - VENDOR: RESEARCH SOLUTIONS<br>INC. REGULAR DOC & COPYRIGHT FEE | 140.00 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 0059; 191 COPIES | 19.10 |

                          CURRENT EXPENSES                    215.87
                                                        ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $215.87
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1872512
One Town Center Road                      Invoice Date        06/24/09
Boca Raton, FL    33486                   Client Number       172573

================================================================================

Re:  W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

        Fees                              0.00
        Expenses                        105.55

                    TOTAL BALANCE DUE UPON RECEIPT        $105.55
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1872512
One Town Center Road                      Invoice Date        06/24/09
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60038

=================================================================================

Re: Property Damage Claim Appeals

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                          0.15
        PACER                                      0.40
        Secretarial Overtime                     105.00

                    CURRENT EXPENSES                       105.55
                                                   -------------

                    TOTAL BALANCE DUE UPON RECEIPT         $105.55
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1872512 |
| Invoice Date | 06/24/09 |
| Client Number | 172573 |
| Matter Number | 60038 |

================================================================================

Re: (60038)  Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 04/09/09 | Secretarial Overtime: Revisions to appeal brief. | 60.00 |
| 04/10/09 | Secretarial Overtime: Revisions to brief, and work on tables and appendices. | 15.00 |
| 04/10/09 | Secretarial Overtime: Additional revisions to brief. | 30.00 |
| 04/27/09 | PACER | .40 |
| 05/18/09 | Telephone Expense 415-983-1000/SNFC CNTRL, CA/3 | .15 |

CURRENT EXPENSES                  105.55
                              ------------
TOTAL BALANCE DUE UPON RECEIPT    $105.55
                              ============