Attachment B
To Fee Application
Summary of PwC's Fees By Professional
June 2009

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended June 30, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert Keehan | Audit Partner | 20 | Integrated Audit | $698.50 | 1.5 | $ 1,047.75 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $582.40 | 10.0 | $ 5,824.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 3.0 | $ 1,943.10 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 9.0 | $ 6,286.50 |
| Jennifer James | Director | 16 | Integrated Audit | $698.50 | 1.0 | $ 698.50 |
| Rafael Garcia | Director | 15 | Integrated Audit | $384.80 | 2.0 | $ 769.60 |
| Tom Kalinosky | Director | 25+ | Integrated Audit | $624.84 | 1.5 | $ 937.26 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 5.3 | $ 2,174.11 |
| Joanna Own | Tax Manager | 4 | Integrated Audit | $291.20 | 0.5 | $ 145.60 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 21.0 | $ 8,614.41 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $368.30 | 3.0 | $ 1,104.90 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $218.40 | 9.0 | $ 1,965.60 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 29.5 | $ 6,706.24 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 9.9 | $ 2,187.70 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 0.7 | $ 159.13 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $223.52 | 2.5 | $ 558.80 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 40.5 | $ 8,486.78 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 47.0 | $ 7,341.87 |
| Alan Harkatz | Tax Associate | 2 | Integrated Audit | $150.80 | 1.0 | $ 150.80 |

| Name | Role | Years | Department | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| George Hannigan | Audit Associate | 2 | Integrated Audit | $170.18 | 3.0 | $510.54 |
| Phillip Crosby | Audit Associate | 3 | Integrated Audit | $175.26 | 4.5 | $788.67 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 34.5 | $4,250.06 |
| TOTAL | | | | | 239.9 | $62,651.92 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    28.1    $3,766.83

Summary of PwC's Fees By Project Category:
June 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 28.1 | $3,766.83 |
| 13-Financing | | |

| Category | | |
|---|---|---|
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 239.9 | $62,651.92 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 268.0 | $66,418.75 |

Expense Summary
June 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,201.65 |
| Lodging | N/A | $521.02 |
| Sundry | N/A | $47.11 |
| Business Meals | N/A | $117.53 |
| TOTAL: | | $1,887.31 |