# EXHIBIT - A

WR Grace and Co.
Fee Application Preparation
Month ended June 30, 2009

FEE APPLICATION PREPARATION

Name: Melissa Noel

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|---|---|---|---|---|---|
| 6/1/2009 | 0.4 | update Advisory Services fee application details and send Lynda draft 2 | $ | 127.00 | $  50.80 |
| 6/2/2009 | 0.7 | update expenses spreadsheet, create letters for advisory project; edit and review. | $ | 127.00 | $  88.90 |
| 6/5/2009 | 1.8 | Attend Grace team planning meeting | $ | 127.00 | $  228.60 |
| 6/5/2009 | 0.6 | wrap up Advisory project, send letter and email to Yaprak after getting approval | $ | 127.00 | $  76.20 |
| 6/8/2009 | 1.0 | run May reports, update Master spreadsheets, send email out to team requesting time and expense details for May | $ | 127.00 | $  127.00 |
| 6/8/2009 | 0.4 | scan received time and expenses; request timesheets for R.Keehan (PwC) | $ | 127.00 | $  50.80 |
| 6/9/2009 | 0.4 | correspond with team answering Grace time reporting policy questions | $ | 127.00 | $  50.80 |
| 6/11/2009 | 0.4 | run Darex WIP; pull codes and submit to Lynda Keorlet (PwC) | $ | 127.00 | $  50.80 |
| 6/11/2009 | 0.6 | correspond about Darex 2007 reporting logistics with Lynda Keorlet (PwC) and inquiry to Yaprak (Grace) | $ | 127.00 | $  76.20 |
| 6/11/2009 | 1.4 | update Darex template based on WIPS send email requesting time details | $ | 127.00 | $  177.80 |
| 6/12/2009 | 0.4 | correspond with team regarding Darex project questions | $ | 127.00 | $  50.80 |
| 6/15/2009 | 0.2 | send reminder email out for May 2009 time | $ | 127.00 | $  25.40 |
| 6/15/2009 | 0.3 | collect time and correspond with team regarding reporting requirements | $ | 127.00 | $  38.10 |

| Date | Hours | Description | | Rate | | Amount |
|---|---|---|---|---|---|---|
| 6/16/2009 | 0.8 | correspondence regarding Darex billing process with team members and update L. Keorlet (PwC) on open reporting issues | $ | 127.00 | $ | 101.60 |
| 6/16/2009 | 0.7 | WR Grace call/ catch up with L. Keorlet & J. Bray (both PwC); re discussion billing status, reconciliation, etc. | $ | 127.00 | $ | 88.90 |
| 6/17/2009 | 0.3 | reconcile WIPS to May 2009 time collected | $ | 127.00 | $ | 38.10 |
| 6/17/2009 | 0.5 | update spreadsheets to make ready for Mays time input | $ | 127.00 | $ | 63.50 |
| 6/17/2009 | 3.7 | compile time and expenses received, edit and review package | $ | 127.00 | $ | 469.90 |
| 6/18/2009 | 0.5 | clean up May fee app worksheet | $ | 127.00 | $ | 63.50 |
| 6/18/2009 | 0.2 | clean up May nonbillable worksheet | $ | 127.00 | $ | 25.40 |
| 6/18/2009 | 0.2 | clean up May expenses worksheet | $ | 127.00 | $ | 25.40 |
| 6/18/2009 | 0.4 | clean up time to track- working | $ | 127.00 | $ | 50.80 |
| 6/18/2009 | 0.2 | research billing variance | $ | 127.00 | $ | 25.40 |
| 6/19/2009 | 1.5 | send Darex reminder email for time and expense. Send May reports to L. Keorlet (PwC) for review; | $ | 127.00 | $ | 190.50 |
| 6/20/2009 | 1.3 | sort thru Darex emails and respond to reporting questions, run Darex WIPs | $ | 127.00 | $ | 165.10 |
| 6/20/2009 | 0.3 | respond to J. Bray's (PwC) email regarding status updates | $ | 127.00 | $ | 38.10 |
| 6/21/2009 | 0.6 | update May reports based on L.Keorlet (PwC) comments, resend 2nd draft to her | $ | 127.00 | $ | 76.20 |
| 6/21/2009 | 0.6 | update Darex template create worksheets for time received and format them for input time | $ | 127.00 | $ | 76.20 |
| 6/21/2009 | 1.9 | input Darex time received | $ | 127.00 | $ | 241.30 |
| 6/21/2009 | 0.6 | edit Darex fee app and submit to L. Keorlet (PwC) for review | $ | 127.00 | $ | 76.20 |
| 6/26/2009 | 0.3 | run reports for L.Keorket (PwC) | $ | 127.00 | $ | 38.10 |
| 6/26/2009 | 0.4 | create and submit J. Calvo (PwC) Darex timesheet based on detailed reports | $ | 127.00 | $ | 50.80 |

| Date | Hours | Description | Rate | | Amount |
|---|---|---|---|---|---|
| 6/26/2009 | 0.3 | correspond and collect R. Garcia (PwC) Darex time | $ | 127.00 | $ 38.10 |
| 6/26/2009 | 0.2 | update May 2009 reports and submit "to submit" versions to L. Keorlet (PwC) | $ | 127.00 | $ 25.40 |
| 6/26/2009 | 0.4 | create letters for May Fee App and get T. Smith (PwC) to sign off | $ | 127.00 | $ 50.80 |
| 6/26/2009 | 0.9 | review correspondence with L. Keorlet (PwC), rerun March and April reports. Respond to her comments. | $ | 127.00 | $ 114.30 |
| 6/29/2009 | 0.3 | wrap up May 2009, get letter signed from Partner, send to Yaprak (Grace), submit email and other supporting documents to Yaprak (Grace) | $ | 127.00 | $ 38.10 |
| | **25.7** | | | | |
| **Name: Lynda Keorlet** | | | | | |
| 6/1/2009 | 0.9 | Review advisory services fee application | $ | 209.55 | $ 188.60 |
| 6/5/2009 | 1.0 | Finalize advisory services fee application | $ | 209.55 | $ 209.55 |
| 6/22/2009 | 0.5 | Review May 2009 Fee Application and provide comments to M.Noel (PwC) | $ | 209.55 | $ 104.78 |
| | **2.4** | | | | |
| **Totals** | **28.1** | **Total Grace Time Tracking Charged Hours** | | | **$ 3,766.83** |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended June 30, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert Keehan | Audit Partner | 20 | Integrated Audit | $698.50 | 1.5 | $ 1,047.75 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $582.40 | 10.0 | $ 5,824.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 3.0 | $ 1,943.10 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 9.0 | $ 6,286.50 |
| Jennifer James | Director | 16 | Integrated Audit | $698.50 | 1.0 | $ 698.50 |
| Rafael Garcia | Director | 15 | Integrated Audit | $384.80 | 2.0 | $ 769.60 |
| Tom Kalinosky | Director | 25+ | Integrated Audit | $624.84 | 1.5 | $ 937.26 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 5.3 | $ 2,174.11 |
| Joanna Own | Tax Manager | 4 | Integrated Audit | $291.20 | 0.5 | $ 145.60 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 21.0 | $ 8,614.41 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $368.30 | 3.0 | $ 1,104.90 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $218.40 | 9.0 | $ 1,965.60 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 29.5 | $ 6,706.24 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 9.9 | $ 2,187.70 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 0.7 | $ 159.13 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $223.52 | 2.5 | $ 558.80 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 40.5 | $ 8,486.78 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 47.0 | $ 7,341.87 |
| Alan Harkatz | Tax Associate | 2 | Integrated Audit | $150.80 | 1.0 | $ 150.80 |
| George Hannigan | Audit Associate | 2 | Integrated Audit | $170.18 | 3.0 | $ 510.54 |
| Phillip Crosby | Audit Associate | 3 | Integrated Audit | $175.26 | 4.5 | $ 788.67 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 34.5 | $ 4,250.06 |
| | | TOTAL | | | 239.9 | $ 62,651.92 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name:  Robert Keehan** | | |
| 6/4/2009 | 1.5 | Review 10 Q and audit planning |
| | **1.5** | **Total Grace Integrated Audit Charged Hours** |
| | **1.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  George Baccash**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/5/2009 | 1.8 | Account Planning Workshop planning meeting; discussions with Hudson Laforce (WR Grace) |
| 6/5/2009 | 4.2 | WR Grace CFO. PwC audit team meeting |
| 6/10/2009 | 1.1 | Discuss strategy and audit plan by month |
| 6/30/2009 | 2.9 | Tax lean discussion |

| | 10.0 | **Total Grace Integrated Audit Charged Hours** |
|---|------|---|
| | 10.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 6/19/2009 | 1.0 | Audit planning |
| 6/25/2009 | 1.1 | Audit testing approach |
| 6/30/2009 | 0.9 | Discuss strategy and audit plan by month with D.Sands (PwC) |

| | | |
|---|---|---|
| **3.0** | **Total Grace Integrated Audit Charged Hours** | |
| **3.0** | **Total Hours** | |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Thomas Smith**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/1/2009 | 2.0 | Planning meeting for 2009 audit with J. Bray, L. Keorlet, P. Katsiak, etc. (all PwC) |
| 6/3/2009 | 0.7 | Meeting with H. LaForce (Grace) to discuss 2009 audit |
| 6/3/2009 | 0.4 | Phone call with G. Baccash and R. Garcia (both PwC) to discuss tax provision work |
| 6/3/2009 | 0.4 | Review of bankruptcy report #190 |
| 6/5/2009 | 2.0 | Planning meeting for 2009 audit with J. Bray, L. Keorlet, P. Katsiak, etc. (all PwC) |
| | | Discussion with Trish O'Hara (Grace) regarding meeting with H. LaForce (Grace) and Chris |
| 6/8/2009 | 0.5 | Simmons (PwC) |
| 6/10/2009 | 1.0 | Planning meeting for 2009 audit with J. Bray, L. Keorlet, P. Katsiak, etc. (all PwC) |
| 6/16/2009 | 0.6 | Review draft audit committee minutes and review bankruptcy report #191 |
| 6/16/2009 | 0.4 | Planning call  with J. Bray (PwC) |
| 6/26/2009 | 1.0 | Meeting with H. LaForce (Grace) to discuss 2009 audit |

| | | |
|---|---|---|
| **9.0** | **Total Grace Integrated Audit Charged Hours** | |

| | | |
|---|---|---|
| **9.0** | **Total Hours** | |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Jennifer James**

| 6/3/2009 | 1.0 | Planning for kickoff meeting |

| 1.0 | **Total Grace Integrated Audit Charged Hours** |
| 1.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Rafael Garcia**

| | | |
|------|-------|--------------------------------|
| 6/2/2009 | 2.0 | Review points for meeting at Tyson's |

| | | |
|------|-------|--------------------------------|
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |

| | | |
|------|-------|--------------------------------|
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Tom Kalinosky**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/4/2009 | 0.4 | Audit Planning |
| 6/5/2009 | 1.1 | Audit Planning |

**1.5**  **Total Grace Integrated Audit Charged Hours**

**1.5**  **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name: David Sands** | | |
| 6/4/2009 | 0.9 | Meeting for IT audit approach CIO (Keesey), J. Newstead, D. Sands (both PwC) |
| 6/5/2009 | 1.7 | Engagement Planning - J. Newstead, T. Smith, D. Sands, J. Bray, etc. (all PwC) |
| 6/17/2009 | 0.5 | meeting with B. Czajkowski and P. Crosby (both PwC) for audit approach |
| 6/19/2009 | 1.9 | Engagement planning and analysis for changes in environment |
| 6/30/2009 | 0.3 | Meeting with B. Czajkwoski (PwC) for audit |

| | | |
|------|-------|-------------------------------|
| | 5.3 | **Total Grace Integrated Audit Charged Hours** |
| | 5.3 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Joanna Own** | | |
| 6/12/2009 | 0.5 | 2009 tax audit review and scope discussion with Jackie Calvo and George Baccash (both PwC) |
| | **0.5** | **Total Grace Integrated Audit Charged Hours** |
| | **0.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Justin Bray**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/1/2009 | 2.1 | Call with L Keorlet (PwC), T Smith (PwC), P Katsiak (PwC), A Garleb (PwC) |
| 6/1/2009 | 0.6 | Call with L Keorlet (PwC) Planning Meeting |
| 6/1/2009 | 0.9 | Review of planning meeting presentations |
| 6/2/2009 | 1.1 | Review of planning meeting presentations |
| 6/3/2009 | 0.4 | Call with T Dyer (Grace) |
| 6/5/2009 | 3.5 | Planning meeting with entire audit engagement team |
| 6/10/2009 | 0.8 | Call with L. Keorlet (PwC), A Garleb (PwC), P Katsiak (PwC), T smith (PwC) |
| 6/10/2009 | 1.6 | Review meeting documentation and preparation for meeting with client |
| 6/11/2009 | 1.3 | Meeting with B Dockman (Grace), T Puglisi (Grace), V Leo (Grace), L Breaux (Grace), L Keorlet (PwC), A Garleb (PwC) |
| 6/11/2009 | 0.6 | Meeting with B Dockman (Grace), T Puglisi (Grace), T Dyer (Grace), L Keorlet (PwC), A Garleb (PwC) |
| 6/11/2009 | 0.8 | Meeting with T Dyer (Grace) |
| 6/11/2009 | 1.3 | Meeting L Keorlet (PwC) and A Garleb (PwC) |
| 6/11/2009 | 0.3 | Review of significant matters |
| 6/12/2009 | 0.6 | Call with L Keorlet regarding planning |
| 6/15/2009 | 0.6 | Review of planning information |
| 6/16/2009 | 0.4 | Call with L Keorlet (PwC)- planning meeting |
| 6/17/2009 | 0.4 | Call with D. Sands (PwC)- planning meeting |
| 6/17/2009 | 0.8 | Call with T Smith (PwC)- planning meeting |
| 6/22/2009 | 0.8 | Research accounting for variable interest entities |
| 6/24/2009 | 0.2 | Review of planning information |
| 6/25/2009 | 0.6 | Review of significant matters |
| 6/25/2009 | 0.7 | Review of planning information |
| 6/25/2009 | 0.6 | Status update with audit team |

| | | |
|------|-------|--------------------------------|
| | **21.0** | **Total Grace Integrated Audit Charged Hours** |
| | **21.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Craig Chu**

| | | |
|------|-------|-------------------------------|
| 6/3/2009 | 1.0 | I prepared GHRS slides for the audit planning meeting on June 5. |
| 6/5/2009 | 2.0 | I participated in the audit planning meeting by phone from Boston. |

**3.0**    **Total Grace Integrated Audit Charged Hours**

**3.0**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Jacqueline Calvo**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/2/2009 | 1.0 | Discussion with Rafael Garcia, PwC, regarding Tax presentation for annual planning meeting |
| 6/3/2009 | 1.0 | Identification of key tax items for 2009 tax year |
| 6/4/2009 | 1.0 | Tax slide write up for foreign tax credits, tax balance sheet |
| 6/5/2009 | 4.0 | Meeting with Audit Team and Hudson LaForce (WR Grace) |
| 6/8/2009 | 0.5 | Email and discussion with Andree Clark, WR Grace, regarding foreign country provision |
| 6/9/2009 | 0.2 | Conversation with Lynda Keorlet, PwC, regarding 404 procedures |
| 6/10/2009 | 0.3 | Email with Lynda Keorlet, PwC, regarding tax lean even |
| 6/26/2009 | 0.3 | Research on FX rates used by WR Grace |
| 6/29/2009 | 0.7 | Discussion with Todd Chesla, PwC, and Lynda Keorlet, PwC, regarding FX comfort |

| | 9.0 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|-----|

| | 9.0 | **Total Hours** |
|--|-----|-----|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Alison Garleb**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/1/2009 | 2.5 | Meet with T. Smith, J. Bray, L. Keorlet, and P. Katsiak (all PwC) to discuss status, Account Planning Workshop, and upcoming client meetings |
| 6/1/2009 | 0.3 | Read and respond to emails in relation to the Grace audit |
| 6/1/2009 | 1.7 | Meet with L. Keorlet and P. Katsiak (PwC) to discuss scoping, materiality, and the responsibility matrix |
| 6/2/2009 | 0.5 | Review materials for Grace planning meeting |
| 6/4/2009 | 1.5 | Review materials for Grace planning meeting and Account Planning Workshop |
| 6/5/2009 | 1.8 | Attend Grace Planning meeting with T. Smith, J. Bray, L. Keorlet, N. Johnson, S. McNeilly, K. Geung, G. Baccash, J. Calvo, J. Newstead, D. Sands, B. Czajkowski, P. Crosby, T. Kalinosky, and C. Chu (all PwC) |
| 6/5/2009 | 0.7 | Meet with J. Bray and L. Keorlet (both PwC) to discuss action items from the planning meeting |
| 6/8/2009 | 0.3 | Read and respond to emails in relation to the Grace audit |
| 6/9/2009 | 2.2 | Review materiality documents |
| 6/9/2009 | 2.2 | Review scoping documents |
| 6/9/2009 | 0.2 | Review planning documents and email L. Keorlet (PwC) in relation to planning |
| 6/10/2009 | 1.2 | Call with T. Smith, J. Bray, L. Keorlet, and P. Katsiak (all PwC) to discuss upcoming client meetings |
| 6/11/2009 | 0.3 | 50% travel time: Travel from another client site to Grace site for meeting |
| 6/11/2009 | 1.0 | Meet with J. Bray and L. Keorlet (both PwC) and B. Dockman, T. Puglisi, V. Leo, and L. Breaux (all Grace) to discuss Accounting and Reporting issues |
| 6/11/2009 | 2.0 | Work on and discuss planning with J. Bray and L. Keorlet (both PwC) |
| 6/11/2009 | 2.0 | Work on and discuss issues discussed at the client meeting with J. Bray and L. Keorlet (both PwC) |
| 6/22/2009 | 0.6 | Discuss issues and planning with J. Bray (PwC) |
| 6/22/2009 | 1.1 | Read and respond to emails in relation to the Grace audit |
| 6/23/2009 | 0.8 | Review audit fee breakout requested by management |
| 6/24/2009 | 0.8 | Read and respond to emails in relation to the Grace audit |
| 6/25/2009 | 0.5 | Review audit fee breakout requested by management |
| 6/25/2009 | 0.3 | Read and respond to emails in relation to the Grace audit |
| 6/29/2009 | 0.3 | Discuss status of Grace audit with L. Keorlet and P. Katsiak (both PwC) |
| 6/29/2009 | 0.2 | Review agenda for internal status meeting |
| 6/29/2009 | 1.5 | Meet with T. Smith, L. Keorlet, and P. Katsiak (all PwC) to discuss audit status and issues |
| 6/29/2009 | 1.0 | Meet with L. Keorlet (PwC) and T. Dyer, E. Henry, and B. Summerson (all three Grace) to discuss entity level controls |
| 6/29/2009 | 1.0 | Meet with L. Keorlet (PwC) and T. Dyer and T. Puglisi (both Grace) to discuss the year end audit |
| 6/29/2009 | 0.5 | Discuss SOX 404 with L. Keorlet and P. Katsiak (both PwC) |
| 6/29/2009 | 0.2 | Read and respond to emails in relation to the Grace audit |
| 6/30/2009 | 0.3 | Read and respond to emails in relation to the Grace audit |

|  | 29.5 | **Total Grace Integrated Audit Charged Hours** |
|--|------|------------------------------------------------|

|  | 29.5 | **Total Hours** |
|--|------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Brett Czajkowski**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/1/2009 | 0.3 | Preparation and planning for the 2009 financial statement audit |
| 6/5/2009 | 1.7 | PwC engagement planning meeting with all PwC representatives, including J. Newstead, D. Sands, L. Keorlet, R. Keehan, T. Smith, J. Bray, A. Garleb, G. Baccash, J. Calvo and P. Crosby |
| 6/8/2009 | 0.1 | Meeting with P. Crosby (PwC) to discuss planning for the 2009 financial statement audit. |
| 6/15/2009 | 0.4 | Meeting with P. Crosby (PwC) to discuss planning for the 2009 financial statement audit. |
| 6/17/2009 | 0.5 | Meeting with D. Sands and P. Crosby (both PwC) to discuss planning for the 2009 financial statement audit. |
| 6/19/2009 | 1.1 | Review of management's key control activities and scoping |
| 6/22/2009 | 3.1 | Review of management's key IT control activities |
| 6/22/2009 | 1.9 | Scoping of testing related to IT controls |
| 6/29/2009 | 0.5 | Review of management's key control activities and scoping |
| 6/30/2009 | 0.3 | Meeting with D. Sands (PwC) to discuss planning |

| | | |
|------|-------|----------------------------------|
| | **9.9** | **Total Grace Integrated Audit Charged Hours** |
| | **9.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Erica Margolius**

| 6/9/2009 | 0.7 | Correspond with PwC Malaysia regarding tests of ITGCs and compensating controls. |
|----------|-----|----------------------------------------------------------------------------------|
| | **0.7** | **Total Grace Integrated Audit Charged Hours** |
| | **0.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Karen Geung** | | |
| 6/5/2009 | 0.2 | I prepared a slide for the W. R. Grace planning meeting for the GCP team |
| 6/5/2009 | 0.3 | I prepared for my part in the W. R. Grace planning meeting, specifically for my slide |
| 6/5/2009 | 1.5 | I attended the W. R. Grace planning meeting |
| 6/25/2009 | 0.5 | I prepared for Q2 GCP audit request list |
| | **2.5** | **Total Grace Integrated Audit Charged Hours** |
| | **2.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/1/2009 | 2.5 | Prepare for and attend internal meeting on Grace planning with T.Smith, A.Garleb, J.Bray and P.Katsiak (all PwC) |
| 6/1/2009 | 0.6 | Discuss Grace and internal audit work with C.Maton and J.Bray (both PwC) and provide reports |
| 6/1/2009 | 1.5 | Prepare for and attend meeting with A.Garleb & P.Katsiak (both PwC) on year end roles and responsibilities and scoping |
| 6/1/2009 | 0.2 | Discuss planning meeting preparations with T.Kalinosky (PwC) |
| 6/1/2009 | 2.2 | Edit Grace planning meeting presentation and prepare for meeting |
| 6/2/2009 | 0.3 | Discuss summary plan and results work with P.Katsiak (PwC) |
| 6/2/2009 | 0.4 | Discuss lean process with T. Dyer (Grace) and email tax team |
| 6/2/2009 | 0.4 | Update Grace year end responsibilities |
| 6/2/2009 | 1.2 | Create breakout of work performed for T.Dyer (Grace) as part of planning process |
| 6/3/2009 | 1.2 | Prepare for meeting with T.Dyer (Grace), E.Bull (Grace), B.Summerson (Grace), and P. Katsiak (PwC) by reviewing Auditing Standard 5 and prior year work |
| 6/3/2009 | 1.5 | Attend meeting with T.Dyer (Grace), E.Bull (Grace), B.Summerson (Grace), and P. Katsiak (PwC) |
| 6/3/2009 | 0.8 | Update scoping documentation for new basis and document step |
| 6/3/2009 | 0.2 | Discuss Grace audit with J.Calvo (PwC) |
| 6/4/2009 | 0.5 | Prepare for planning meeting and account planning workshop by checking in with planned participants |
| 6/5/2009 | 2.7 | Prepare for and attend Grace 2009 Audit Planning Meeting |
| 6/5/2009 | 0.3 | Update breakout of work performed for T.Dyer (Grace) as part of planning process |
| 6/8/2009 | 0.5 | Review and edit follow up document from 2009 planning meeting |
| 6/8/2009 | 0.2 | Discuss 2009 breakout with T.Dyer (PwC) |
| 6/8/2009 | 0.1 | Review planning documentation on Compensation Committee Charter |
| 6/9/2009 | 0.4 | Document client communications made during planning |
| 6/10/2009 | 2.1 | Update scoping documentation and respond to review notes |
| 6/10/2009 | 0.2 | Discuss timing of tax 404 procedures with J.Calvo (PwC) |
| 6/10/2009 | 0.2 | Discuss tax lean event with T.Dyer (Grace) and coordinate with PwC |
| 6/10/2009 | 1.0 | Discuss accounting and reporting meeting and Grace updates with T.Smith, J.Bray, A.Garleb & P.Katsiak (all PwC) |
| 6/10/2009 | 1.5 | Draft Accounting & Reporting agenda, research issues for inclusion |
| 6/11/2009 | 0.3 | Discuss 2009 audit planning with K.Palmer (PwC) |
| 6/11/2009 | 2.5 | Prepare for and attend Accounting and Reporting Meeting with management, also attending were J.Bray & A.Garleb (PwC), B.Dockman, T.Puglisi, T.Dyer, L.Breaux, V.Leo (Grace). Debriefed internally after meeting on topics discussed. |
| 6/11/2009 | 1.0 | Discussed 2008 fee breakout provided (as requested by Grace) with T.Dyer, Grace and PwC |
| 6/12/2009 | 0.2 | Review financial statement disclosure checklist and provide to S.Hawkins (Grace) |
| 6/15/2009 | 0.2 | Email PwC Germany about potential scope change |
| 6/15/2009 | 0.3 | Follow up on tax lean event planning, coordinate with PwC and Grace attendees |
| 6/17/2009 | 0.2 | Coordinate timing of update meetings with P.Katsiak and audit with N.Johnson (both PwC) |
| 6/19/2009 | 1.5 | Work on 2008 fee breakout requested by Grace management |
| 6/23/2009 | 0.2 | Follow up on tax lean event planning, coordinate with PwC and Grace attendees |
| 6/23/2009 | 0.1 | Provide K.Geung (PwC) with appropriate Grace tax team contacts |
| 6/23/2009 | 0.4 | Discuss fee schedule prepared for Grace with A.Garleb (PwC) |
| 6/24/2009 | 0.3 | Coordinate Q2 kick off meeting with management and accounting & reporting meeting |
| 6/25/2009 | 0.5 | Discuss 2008 fee breakout requested by Grace management with A.Garleb & J.Bray (both PwC) |
| 6/25/2009 | 2.3 | Work on 2008 fee breakout requested by Grace management |
| 6/26/2009 | 0.2 | Review PwC Colombia relationship with WR Grace |
| 6/29/2009 | 1.5 | Attend internal planning meeting with P.Katsiak, A.Garleb and T.Smith (all PwC) |
| 6/29/2009 | 0.4 | Coordinate agenda for above meeting with P.Katsiak (PwC) |

| | | |
|---|---|---|
| 6/29/2009 | 1.0 | Meet with T.Dyer (Grace) and A.Garleb (PwC) plus members of Grace Internal Audit on efficiency ideas |
| 6/29/2009 | 1.0 | Meet with T.Dyer (Grace), T.Puglisi (Grace) and A.Garleb (PwC) on efficiency ideas related to audit procedures |
| 6/29/2009 | 0.6 | Plan for above meetings and update team members on outcome |
| 6/29/2009 | 0.3 | Edit fee breakout into final schedule |
| 6/29/2009 | 0.8 | Discuss planned internal audit meeting agenda with P.Katsiak (PwC) and review |
| 6/30/2009 | 1.5 | Meet with P.Katsiak (PwC) and Grace internal audit department to plan 2009 404 work |
| 6/30/2009 | 0.5 | Review internal audit reports and email follow up questions from above meeting |

**40.5**    **Total Grace Integrated Audit Charged Hours**

**40.5**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/1/2009 | 0.5 | Communication with various team members (various lines of services) regarding planning meeting presentation |
| 6/1/2009 | 1.0 | Meeting with Grace team (L. Keorlet, T. Smith and A. Garleb - all PwC) to update the team on the current developments |
| 6/1/2009 | 0.9 | Meeting with L. Keorlet and A. Garleb - both PwC, to discuss comments on Account Planning workshop presentation |
| 6/1/2009 | 3.1 | Updating planning meeting presentation |
| 6/1/2009 | 2.5 | Updating account planning workshop presentation |
| 6/2/2009 | 1.3 | Preparing responsibility matrix for year-end audit planning |
| 6/2/2009 | 1.1 | Review of summary of plan and results documents prepared by S. Rahmani, PwC |
| 6/2/2009 | 0.6 | Follow up with various specialists regarding the planning meeting presentation |
| 6/2/2009 | 1.2 | Updating account planning workshop presentation / addressing comments proposed by L. Keorlet and J. Bray - both PwC |
| 6/3/2009 | 1.2 | Meeting with Grace's Internal Audit team and T. Dyer - Grace and L. Keorlet, PwC, to discuss the upcoming audit and potential efficiencies |
| 6/3/2009 | 1.9 | Updating planning presentation with the slides received from the specialists (SPA and GHRS) |
| 6/3/2009 | 0.5 | Updating account planning workshop presentation |
| 6/3/2009 | 0.7 | Follow up with various specialists regarding planning meeting presentation |
| 6/4/2009 | 0.5 | Follow up with K. Geung (PwC Cambridge Team) on the wording for GCP slides |
| 6/4/2009 | 1.3 | Submitting planning presentation and account planning workshop presentation for printing; verifying the accuracy of the printed materials |
| 6/4/2009 | 1.2 | Finalizing planning meeting presentation |
| 6/8/2009 | 0.8 | Follow up with K. Franks, Grace, regarding any updates on restructuring charges |
| 6/9/2009 | 0.7 | Coordinating with Internal Audit regarding next meeting to discuss 404 testing plan |
| 6/9/2009 | 0.2 | Follow up with K. Franks, Grace, regarding restructuring charges |
| 6/10/2009 | 1.0 | Preparation for the meeting with the client; present T. Smith, L. Keorlet, J. Bray, A. Garleb - all PwC |
| 6/11/2009 | 1.0 | Accounting and reporting meeting with Grace management; present: T. Smith, L. Keorlet, J. Bray, A. Garleb - all PwC; B. Dockman, T. Puglisi, L. Breaux and V. Leo - all Grace. |
| 6/15/2009 | 0.9 | Documenting planning step "Use of the work of others" |
| 6/15/2009 | 0.8 | Documenting planning step "Hold team planning/kick-off meeting" |
| 6/15/2009 | 1.8 | Documenting audit strategy memo |
| 6/16/2009 | 1.0 | Follow up with SPA team regarding Grace IT outsourcing |
| 6/16/2009 | 0.8 | Updating schedule for 404 site visits |
| 6/16/2009 | 2.3 | Updating fraud assessment memo |
| 6/16/2009 | 1.9 | Preparing 404 planning presentation |
| 6/17/2009 | 0.5 | Coordinating with Grace team the timing of the next bi-weekly status meeting. |
| 6/18/2009 | 0.3 | Preparing and providing documents to N. Johnson, PwC, necessary for preparing 404 controls matrices |
| 6/18/2009 | 0.9 | Meeting with N. Johnson, PwC, to walk her through the prep work to be performed for 404 |
| 6/29/2009 | 0.7 | Preparing agenda for the internal bi-weekly meet with Grace PwC team |
| 6/29/2009 | 1.7 | Internal bi-weekly meeting; present L. Keorlet, T. Smith and A. Garleb - all PwC |
| 6/29/2009 | 0.4 | Follow up with the team to set up recurring bi-weekly meeting |

| | | |
|---|---|---|
| 6/29/2009 | 0.5 | Coordination with. B. Czajkowski, PwC, of the meeting to discuss IT controls and SPA involvement |
| 6/29/2009 | 3.2 | Updating Audit Strategy Memo |
| 6/30/2009 | 1.5 | Preparing for the meeting with Internal Audit (putting together agenda, site schedule, etc.) |
| 6/30/2009 | 2.1 | Meeting with Internal Audit team to discuss the upcoming controls testing plan |
| 6/30/2009 | 2.5 | Creating Responsibility Matrix for Q2 Review |
| | **47.0** | **Total Grace Integrated Audit Charged Hours** |
| | **47.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Alan Harkatz**

| 6/23/2009 | 1.0 | Organized documents and folders of Q2 review files |
|-----------|-----|---------------------------------------------------|
|           | **1.0** | **Total Grace Integrated Audit Charged Hours** |
|           | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: George Hannigan**

| 6/5/2009 | 3.0 | WR Grace planning meeting with audit team members. |

| | 3.0 | **Total Grace Integrated Audit Charged Hours** |

| | 3.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Phillip Crosby**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/1/2009 | 0.6 | Grace Internal planning meeting  - Dave Sands & Brett Czajkowski (both PwC) |
| 6/5/2009 | 1.4 | Grace Internal Planning Meeting - All Grace teams |
| 6/15/2009 | 0.4 | Grace Planning meeting - Brett Czajkowski (PwC) |
| 6/17/2009 | 0.6 | Planning meeting - outsourcing, ITGC testing - Dave Sands & Brett Czajkowski (both PwC) |
| 6/18/2009 | 1.0 | Grace ITGC controls catalog cleanup/analysis |
| 6/11/2009 | 0.5 | Grace controls design fit gap |

| | **4.5** | **Total Grace Integrated Audit Charged Hours** |
|--|---------|-----------------------------------------------|

| | **4.5** | **Total Hours** |
|--|---------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Kristina Johnson**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/2/2009 | 3.7 | Updating the year end database to reflect Summary Plan and Results templates. |
| 6/3/2009 | 2.0 | Updating the year end database to reflect Summary Plan and Results templates for GCP. |
| 6/3/2009 | 3.0 | Updating the year end database to reflect Summary Plan and Results templates for Davison. |
| 6/4/2009 | 3.5 | Updating the year end database to reflect Summary Plan and Results templates. |
| 6/5/2009 | 2.0 | Updating the year end database to reflect Summary Plan and Results templates and prepare assigned planning steps. |
| 6/5/2009 | 2.3 | Participating in the team planning meeting |
| 6/8/2009 | 0.5 | Organizing notes for follow up from planning meeting. |
| 6/16/2009 | 1.0 | Getting matrices assignments from P. Katsiak (PwC). |
| 6/18/2009 | 0.7 | Preparing matrices and discussing with P. Katsiak (PwC). |
| 6/22/2009 | 3.0 | Rolling forward the controls matrices for the current year for all divisions. |
| 6/24/2009 | 3.0 | Rolling forward the controls matrices for the current year for all divisions. |
| 6/29/2009 | 3.9 | Rolling forward the controls matrices for the current year for Davison areas, not inventory. |
| 6/29/2009 | 1.1 | Rolling forward the controls matrices for the current year for Davison inventory areas. |
| 6/29/2009 | 2.5 | Rolling forward the controls matrices for the current year for GCP. |
| 6/29/2009 | 0.5 | Rolling forward the controls matrices for the current year for Corporate. |
| 6/30/2009 | 1.8 | Rolling forward the controls matrices for the current year for GCP. |

**34.5**    **Total Grace Integrated Audit Charged Hours**

**34.5**    **Total Hours**