# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended June 30, 2009

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| George Baccash | Integrated Audit | 6/5/2009 | | $ 260.51 | | | Hotel 1 night room rate $239.00, Sales Tax $11.95, Occupancy Tax $9.56 Tyson's Corner, VA |
| | Integrated Audit | 6/5/2009 | | | | $ 50.00 | Travel meal: Dinner, 1 person |
| | Integrated Audit | 6/5/2009 | $ 129.25 | | | | Taxi: Dulles Airport to Hotel |
| | Integrated Audit | 6/6/2009 | $ 129.25 | | | | Taxi: Office (McLean, VA) to airport (Dulles) |
| | Integrated Audit | 6/5/2009 | | | $ 9.95 | | Internet Usage while in Hotel in Prep for Meeting |
| Tom Smith | Integrated Audit | 5/6/09 | $ 38.50 | | | | Mileage to/from Grace in Maryland (70 excess miles roundtrip * $0.55 per mile) |
| | Integrated Audit | 5/22/09 | $ 38.50 | | | | Mileage to/from Grace in Maryland (70 excess miles roundtrip * $0.55 per mile) |
| | Integrated Audit | 6/1/09 | $ 38.50 | | | | Mileage to/from Grace in Maryland (70 excess miles roundtrip * $0.55 per mile) |
| | Integrated Audit | 6/3/09 | $ 38.50 | | | | Mileage to/from Grace in Maryland (70 excess miles roundtrip * $0.55 per mile) |
| | Integrated Audit | 6/29/09 | $ 38.50 | | | | Mileage to/from Grace in Maryland (70 excess miles roundtrip * $0.55 per mile) |
| David Sands | Integrated Audit | 6/4/09 | $ 38.50 | | | | Excess mileage to client for meeting with CIO (70 miles * $0.55 per mile) |
| Justin Bray | Integrated Audit | 6/5/09 | $ 51.70 | | | | Mileage to McLean, VA, PwC Office for meeting roundtrip (less 68 mile roundtrip normal commute)(94 miles * $0.55) |
| | Integrated Audit | 6/11/09 | | | | $ 24.00 | Dinner with T Dyer (Grace) and L Keohlei (PwC) |
| | Integrated Audit | 6/11/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 6/12/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Alison Garleb | Integrated Audit | 4/14/09 | $ 7.70 | | | | Mileage in excess of daily commute (46 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 5/19/09 | $ 7.70 | | | | Mileage in excess of daily commute (46 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 5/20/09 | $ 7.70 | | | | Mileage in excess of daily commute (46 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 6/1/09 | $ 7.70 | | | | Mileage in excess of daily commute (46 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 6/11/09 | $ 23.65 | | | | Excess mileage allocated to Grace (43 miles * $.55 rate) drove between Grace and to and from another client. |
| | Integrated Audit | 6/29/09 | $ 7.70 | | | | Mileage in excess of daily commute (46 miles - 32 normal commute miles * $.55 rate) |
| Kristina Johnson | Integrated Audit | 6/1/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 6/2/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| Jacqueline Calvo | Integrated Audit | 6/4/09 | $ 44.00 | | | | Taxi from Airport to Hotel |
| | Integrated Audit | 6/5/09 | $ 44.00 | | | | Taxi from PwC Offices to Airport (Miami) |
| | Integrated Audit | 6/5/09 | $ 393.70 | | | | Airfare Roundtrip from Miami to Tyson's Corner (Dulles Airport) |
| | Integrated Audit | 6/5/09 | | $ 260.51 | | | Hotel 1 night (6/4/2009) $239 per night room rate, $11.95 State Sales Tax, $9.56 Occupancy Tax, Tyson's Corner, VA |
| | Integrated Audit | 6/5/09 | | | | $ 5.78 | Breakfast- Travel 1 person |
| | Integrated Audit | 6/4/09 | | | | $ 27.00 | Dinner at Airport 6/4/2009- 1 person |
| | Integrated Audit | 6/5/09 | | | | $ 10.75 | Dinner at Airport 6/5/2009- 1 person |
| Melissa Noel | Integrated Audit | 6/2/2009 | | | $ 13.15 | | charge to overnight mail monthly fee application |
| | Integrated Audit | 6/22/2009 | | | $ 24.01 | | overnight charge for letter sent interoffice |
| Summary | | Total $ 1,887.31 | Transportation $ 1,201.65 | Lodging $ 521.02 | Sundry $ 47.11 | Business Meals $ 117.53 | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended June 30, 2009

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| George Baccash | 6/5/2009 | Tax Partner | $ 260.51 | Hotel 1 night room rate $239.00, Sales Tax $11.95, Occupancy Tax $9.56 Tyson's Corner, VA |
| | 6/5/2009 | Tax Partner | $ 50.00 | Travel meal: Dinner, 1 person |
| | 6/5/2009 | Tax Partner | $ 129.25 | Taxi: Dulles Airport to Hotel |
| | 6/6/2009 | Tax Partner | $ 129.25 | Taxi: Office (McLean, VA) to airport (Dulles) |
| | 6/5/2009 | Tax Partner | $ 9.95 | Internet Usage while in Hotel in Prep for Meeting |
| | | | $ 578.96 | |
| Tom Smith | 5/6/2009 | Audit Partner | $ 38.50 | Mileage to/from Grace in Maryland (70 excess miles roundtrip * $0.55 per mile) |
| | 5/22/2009 | Audit Partner | $ 38.50 | Mileage to/from Grace in Maryland (70 excess miles roundtrip * $0.55 per mile) |
| | 6/1/2009 | Audit Partner | $ 38.50 | Mileage to/from Grace in Maryland (70 excess miles roundtrip * $0.55 per mile) |
| | 6/3/2009 | Audit Partner | $ 38.50 | Mileage to/from Grace in Maryland (70 excess miles roundtrip * $0.55 per mile) |
| | 6/26/2009 | Audit Partner | $ 38.50 | Mileage to/from Grace in Maryland (70 excess miles roundtrip * $0.55 per mile) |
| | | | $ 192.50 | |
| David Sands | 6/4/2009 | Audit Senior Manager | $ 38.50 | Excess mileage to client for meeting with CIO (70 miles * $0.55 per mile) |
| | | | $ 38.50 | |
| Justin Bray | 6/5/2009 | Audit Senior Manager | $ 51.70 | Mileage to McLean, VA, PwC Office for meeting roundtrip normal commute)(less 68 mile roundtrip normal commute)(94 miles * $0.55) |
| | 6/11/2009 | Audit Senior Manager | $ 24.00 | Dinner with T Dyer (Grace) and L Keorlet (PwC) |
| | 6/11/2009 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 6/12/2009 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | | | $ 121.90 | |
| Alison Garieb | 4/14/2009 | Audit Senior Associate | $ 7.70 | Mileage in excess of daily commute (46 miles - 32 normal commute miles * $.55 rate) |
| | 5/19/2009 | Audit Senior Associate | $ 7.70 | Mileage in excess of daily commute (46 miles - 32 normal commute miles * $.55 rate) |
| | 5/20/2009 | Audit Senior Associate | $ 7.70 | Mileage in excess of daily commute (46 miles - 32 normal commute miles * $.55 rate) |
| | 6/1/2009 | Audit Senior Associate | $ 7.70 | Mileage in excess of daily commute (46 miles - 32 normal commute miles * $.55 rate) |
| | 6/11/2009 | Audit Senior Associate | $ 23.65 | Excess mileage allocated to Grace (43 miles * $.55 rate) drove between Grace and to and from another client. |
| | 6/29/2009 | Audit Senior Associate | $ 7.70 | Mileage in excess of daily commute (46 miles - 32 normal commute miles * $.55 rate) |
| | | | $ 62.15 | |
| Kristina Johnson | 6/1/2009 | Audit Associate | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 6/2/2009 | Audit Associate | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | | | $ 70.40 | |
| Jacqueline Calvo | 6/4/2009 | Tax Senior Associate | $ 44.00 | Taxi from Airport to Hotel |
| | 6/5/2009 | Tax Senior Associate | $ 44.00 | Taxi from PwC Offices to Airport (Miami) |
| | 6/5/2009 | Tax Senior Associate | $ 393.70 | Airfare Roundtrip from Miami to Tyson's Corner (Dulles Airport) |
| | 6/5/2009 | Tax Senior Associate | $ 260.51 | Hotel 1 night (6/4/2009) $239 per night room rate, $11.95 State Sales Tax, $9.56 Occupancy Tax, Tyson's Corner, VA |
| | 6/5/2009 | Tax Senior Associate | $ 5.78 | Breakfast- Travel 1 person |

| Name | Date | Role | | Amount | Description |
|---|---|---|---|---|---|
| Melissa Noel | 6/4/2009 | Tax Senior Associate | $ | 27.00 | Dinner at Airport 6/4/2009- 1 person |
| | 6/5/2009 | Tax Senior Associate | $ | 10.75 | Dinner at Airport 6/5/2009- 1 person |
| | | | $ | 785.74 | |
| | 6/2/2009 | Project Team Specialist | $ | 13.15 | charge to overnight mail monthly fee application |
| | 6/2/2009 | Project Team Specialist | $ | 24.01 | overnight charge for letter sent interoffice |
| | | | $ | 37.16 | |
| | | | $ | 1,887.31 | |