# EXHIBIT B

## Twenty-Ninth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #22134 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1709908\1