## Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


August 05, 2009

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10037


Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 7/1/2009 | JAW | detailed review of Stroock March 2009 fee application (2.1); draft summary of same (0.5) | 2.60 | 390.00 |
| 7/2/2009 | BSR | research server for status of service of initial reports (32nd) (.1); draft email to Bilzin Sumberg re initial report (32nd) (.1) | 0.20 | 52.00 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: revision needed to Stroock's 30th interim period category spreadsheet. | 0.10 | 15.00 |
|  | BSR | Telephone conference with Patty Cuniff re correct email address for fee application service list; review new service list sent by Jamie O'Neill and respond to Jamie O'Neill with correction to same | 0.10 | 26.00 |
| 7/3/2009 | MW | Conference with B. Ruhlander re continued hearing (.1); calendar and circulate same (.1); confer with Court Call to schedule telephonic appearance. (.2). | 0.40 | 52.00 |
|  | MW | Update database with Pachulski's April e-detail (.2), hearing agenda (.1), CNO's for April for TreAngeli (.1), Piper Jaffray (.1), Towers Perrin (.2), Blackstone's e-detail for January (.2), February (.2) and March (.2). | 1.30 | 58.50 |
|  | BSR | Draft initial report re Caplin & Drysdale for the 32nd interim period | 0.80 | 208.00 |
|  | JAW | detailed review of Anderson Kill March 2009 fee application (3.0); draft summary of same (0.2) | 3.20 | 480.00 |

214 698-3868

W.R. Grace & Co. Page 2

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/3/2009 | BSR | detailed review of Caplin & Drysdale's 32nd interim fee application (including monthly fee applications), as well as fee summary re same | 1.20 | 312.00 |
| | BSR | research docket and review hearing agenda for July 9 (.2); forward same to Warren Smith and Jeff Allgood (.1) | 0.30 | 78.00 |
| 7/4/2009 | DTW | Review and revise Caplin 32nd initial report (.1). | 0.10 | 16.50 |
| 7/5/2009 | BSR | detailed review of Orrick's 32nd interim fee application and monthly fee applications | 0.30 | 78.00 |
| | BSR | detailed review of Nelson Mullins' Jan., Feb. and March 2009 monthly fee applications (.1); research server for quarterly fee applications for 31st and 32nd interim periods (.1) and draft email to Bernard Hawkins inquiring as to same (.1) | 0.30 | 78.00 |
| | BSR | detailed review of LAS' 32nd interim fee application and monthly fee applications | 0.30 | 78.00 |
| 7/6/2009 | MW | Update database with Caplin's 32nd initial report (.2) and Stroock's 32nd Initial Report (.2); prepare same for service on parties (.2) | 0.60 | 27.00 |
| | BSR | detailed review of PwC's fee application for Advisory Services Project 2009 (.3); draft email to Kathleen Miller re same (.2) | 0.50 | 130.00 |
| | BSR | detailed review of PwC's 32nd interim fee application and monthly fee applications, as well as fee summaries re same | 0.70 | 182.00 |
| | MW | Draft monthly application for compensation of Warren H. Smith & Associates for June 2009 (.6); send same to J. Wehrmann for review (.1); finalize same for filing with the Court (.6). | 1.30 | 169.00 |
| | JAW | Proof read WH Smith June 2009 fee application and fee detail (0.5); e-mail to M. White regarding any revisions need to same (0.1) | 0.60 | 90.00 |
| 7/7/2009 | MW | Update database with Orrick's 32nd interim initial report; prepare same for service. | 0.20 | 9.00 |
| | BSR | detailed review of Orrick's expenses for the 32nd interim period | 0.30 | 78.00 |

W.R. Grace & Co.                                                                                                                 Page     3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/7/2009 | BSR | detailed review of PwC fee application for Advisory Services Project 2009 (continued) and review of our handling of previous PwC fee applications (.6); draft initial report re same (.3) | 0.90 | 234.00 |
|  | MW | Electronic filing with court of monthly application for compensation of Warren H. Smith & Associates (.3); prepare same for service (.1). | 0.40 | 52.00 |
|  | BSR | Draft e-mails to various applicants regarding initial reports for the 32nd interim period | 0.30 | 78.00 |
|  | BSR | detailed review of Kirkland & Ellis' Jan. 2009 monthly fee application, as well as fee summary re same | 1.80 | 468.00 |
|  | JAW | detailed review of Orrick Herrington March 2009 fee application (2.1); draft summary of same (0.3) | 2.40 | 360.00 |
|  | JAW | detailed review of Orrick January 2009 fee application (2.6); draft summary of same (0.7) | 3.30 | 495.00 |
|  | JAW | detailed review of Caplin March 2009 fee application (2.7) | 2.70 | 405.00 |
| 7/8/2009 | BSR | research docket to determine status of confirmation process | 0.20 | 52.00 |
|  | BSR | Draft e-mail to Warren Smith re drafting of prior paragraphs for final final reports | 0.10 | 26.00 |
|  | BSR | Continue detailed review of Kirkland & Ellis' Jan. 2009 monthly fee application and fee summary re same | 0.30 | 78.00 |
|  | JAW | Draft summary of Caplin March 2009 fee application (0.3) | 0.30 | 45.00 |
|  | BSR | telephone conferences with Warren Smith and Jeff Allgood re hearing scheduled for July 9 (.1); review fee order for 31st interim period and forward same to Warren Smith (.1) | 0.20 | 52.00 |
|  | DTW | Review and revise PwC initial report for the 32nd interim (.1). | 0.10 | 16.50 |
| 7/10/2009 | LMH | telephone conference with B. Ruhlander re: airline charges in Caplin's application. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                                          Page    4

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 7/14/2009 | MW | Update database with Kirkland & Ellis' May fee detail (.1). | 0.10 | 4.50 |
|  | MW | Conference with B. Ruhlander regarding upcoming hearing dates and filing deadlines (.1); calendar and schedule same (.4); distribute same (.1). | 0.60 | 78.00 |
| 7/15/2009 | MW | Update database with Legal Analysis' May fee application (.2), Day Pitney's 94th interim fee detail and application (.1). | 0.30 | 13.50 |
| 7/17/2009 | MW | Conference with B. Ruhlander re final period final reports project. | 0.20 | 26.00 |
|  | MW | Research PACER and database re 12th, 13th and 14th interim final reports, fee applications and orders entered in preparation for drafting final period paragraphs (4.2); begin drafting information re same (1.0). | 5.20 | 676.00 |
|  | BSR | receive, review, and respond to email from Warren Smith re car service ruling in WCI and whether to apply in the Grace case | 0.30 | 78.00 |
| 7/20/2009 | BSR | detailed review of March 2009 monthly fee application of David Austern; draft email to Debbie Fullem re Jan. 2009 monthly fee application | 0.10 | 26.00 |
|  | BSR | detailed review of Anderson Kill & Olick's 32nd interim fee application, as well as fee summaries re same | 1.30 | 338.00 |
| 7/21/2009 | DTW | Review and revise AKO initial report for the 32nd period (.1). | 0.10 | 16.50 |
|  | BSR | detailed review of Casner & Edwards 32nd interim fee application and monthly fee applications | 0.60 | 156.00 |
|  | BSR | research server for BMC's fee applications for the 32nd interim period; draft email to Martha Araki inquiring as to same | 0.10 | 26.00 |
|  | BSR | detailed review of Blackstone's 32nd interim fee application and monthly fee applications | 1.10 | 286.00 |
|  | BSR | detailed review of Beveridge & Diamond's 32nd interim fee application | 0.10 | 26.00 |
|  | BSR | detailed review of Baker Donelson's Dec. 2008 monthly fee application and 31st interim fee application | 0.20 | 52.00 |

W.R. Grace & Co.                                                                                                          Page     5

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 7/21/2009 | BSR | Draft initial report re Anderson Kill & Olick for the 32nd interim period | 0.70 | 182.00 |
|  | BSR | detailed review of Baker Donelson's 32nd interim fee application and monthly fee applications | 0.20 | 52.00 |
| 7/22/2009 | BSR | detailed review of Deloitte Tax's Jan. 2009 monthly fee application | 0.20 | 52.00 |
|  | BSR | detailed review of Foley Hoag's 32nd interim fee application and monthly fee applications | 0.40 | 104.00 |
|  | BSR | detailed review of Duane Morris' Jan. and Feb. 2009 monthly fee applications | 0.30 | 78.00 |
|  | BSR | detailed review of Ferry Joseph & Pearce's 32nd interim fee application and March 2009 monthly fee application | 0.50 | 130.00 |
|  | BSR | detailed review of Day Pitney's 32nd interim fee application and monthly fee applications | 0.40 | 104.00 |
|  | BSR | Draft initial report re Charter Oak's 32nd interim fee application | 0.20 | 52.00 |
|  | BSR | detailed review of Charter Oak's 32nd interim fee application and monthly fee applications | 0.50 | 130.00 |
| 7/23/2009 | BSR | detailed review of Hamilton's 32nd interim fee application and monthly fee applications | 0.10 | 26.00 |
|  | BSR | detailed review of Kramer Levin's 32nd interim fee application and monthly fee applications | 0.90 | 234.00 |
|  | BSR | detailed review of Ogilvy Renault's 32nd interim fee application and monthly fee applications | 6.00 | 1,560.00 |
|  | BSR | Draft initial report re Ogilvy Renault's 32nd interim fee application | 0.30 | 78.00 |
|  | BSR | research server for Pachulski 32nd interim fee application; draft email to Lynzy Oberholzer re same | 0.10 | 26.00 |

|            |     |                                                                                                                                    | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 7/23/2009  | BSR | detailed review of Orrick's 32nd interim fee application and Jan. and March 2009 fee applications, as well as fee summaries re same | 0.80  | 208.00 |
| 7/24/2009  | BSR | detailed review of Piper Jaffray's 32nd interim fee application and monthly fee applications                                       | 0.10  | 26.00  |
|            | BSR | detailed review of Woodcock Washburn's 32nd interim fee application and monthly fee applications                                   | 0.30  | 78.00  |
|            | BSR | detailed review of Tre Angeli's 32nd interim fee application and monthly fee applications                                          | 0.20  | 52.00  |
|            | DTW | Review and revise initial reports for Kramer and Ogilvy for the 32nd period (.2).                                                  | 0.20  | 33.00  |
|            | MW  | Draft CNO re June 2009 fee application (.3); electronic filing with Court re same (.2).                                            | 0.50  | 65.00  |
|            | BSR | Draft initial report re Orrick's 32nd interim fee application                                                                      | 1.30  | 338.00 |
|            | BSR | detailed review of Orrick's 32nd interim fee application                                                                           | 0.20  | 52.00  |
|            | BSR | research docket for Nelson Mullins' 31st interim fee application (.1); detailed review of same (.1)                                | 0.20  | 52.00  |
|            | BSR | detailed review of Pachulski's 32nd interim fee application                                                                        | 0.20  | 52.00  |
| 7/25/2009  | DTW | Review and revise Orrick 32nd interim initial report (.1).                                                                         | 0.10  | 16.50  |
|            | BSR | Draft initial report re Orrick for the 32nd interim period                                                                         | 0.20  | 52.00  |
| 7/27/2009  | BSR | research server for Alan Rich's 32nd interim fee application; draft email to Alan Rich re same                                     | 0.10  | 26.00  |
|            | BSR | detailed review of Phillips Goldman & Spence's 32nd interim fee application and monthly fee applications                           | 1.10  | 286.00 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/27/2009 | BSR | Draft e-mails to various applicants concerning initial reports for the 32nd interim period | 0.40 | 104.00 |
| | BSR | detailed review of 32nd interim fee application of Alexander M. Sanders | 1.10 | 286.00 |
| | BSR | research server for 32nd interim fee application of Judge Sanders | 0.10 | 26.00 |
| 7/28/2009 | BSR | telephone conference with Celeste Hartman of Phillips Goldman & Spence re the coding of their fee application preparation time | 0.10 | 26.00 |
| | BSR | detailed review of Alan Rich's quarterly fee application and monthly fee applications for the 32nd interim period | 1.00 | 260.00 |
| | BSR | Draft e-mail to Alan Rich re his fee application and that of Judge Sanders | 0.10 | 26.00 |
| | BSR | Draft initial report re Hon. Alexander M. Sanders, Jr., for the 32nd interim period | 1.00 | 260.00 |
| 7/29/2009 | BSR | research server to determine which fee applications for the 32nd interim period that we have yet to receive | 0.40 | 104.00 |
| | DTW | Review and revise Sanders 32nd initial report (.1). | 0.10 | 16.50 |
| | BSR | Draft initial report re PwC for the 32nd interim period | 1.10 | 286.00 |
| | BSR | detailed review of Sullivan's Jan. and Feb. 2009 monthly fee applications | 0.10 | 26.00 |
| | BSR | detailed review of Towers' 32nd interim fee application and monthly fee applications | 0.10 | 26.00 |
| | BSR | detailed review of expense portions of PwC's 32nd interim fee application | 1.20 | 312.00 |
| | BSR | Draft initial report re Steptoe & Johnson for the 32nd interim period | 0.40 | 104.00 |

W.R. Grace & Co.                                                                                                        Page        8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/29/2009 | BSR | detailed review of Steptoe & Johnson's monthly fee applications for Jan.-March 2009 | 0.30 | 78.00 |
| 7/30/2009 | BSR | Draft initial report re PwC for the 32nd interim period | 0.10 | 26.00 |
|  | DTW | Review and revise initial reports for Steptoe and PwC, (.3); 2 calls and 1 email to B. Ruhlander re same (.1). | 0.40 | 66.00 |
| 7/31/2009 | BSR | Draft e-mails to various applicants regarding initial reports for the 32nd interim period | 0.30 | 78.00 |

**For professional services rendered**                                                        **63.40  $13,041.00**

Additional Charges :

| 7/31/2009 | Third party copies & document prep/setup. | 255.73 |
|---|---|---:|
|  | PACER Charges for 7/2009 | 54.80 |

**Total additional charges**                                                                                  **$310.53**

**Total amount of this bill**                                                                                 **$13,351.53**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 35.90 | 260.00 | $9,334.00 |
| Doreen Williams | 1.10 | 165.00 | $181.50 |
| James A. Wehrmann | 15.10 | 150.00 | $2,265.00 |
| Lisa M Hamm | 0.20 | 150.00 | $30.00 |
| Melanie White | 8.60 | 130.00 | $1,118.00 |
| Melanie White | 2.50 | 45.00 | $112.50 |