# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**AFFIDAVIT OF DR. JOHN PARKER IN SUPPORT OF DEBTORS' OBJECTION TO LIBBY CLAIMANTS' MOTION TO STRIKE, OR ALTERNATIVELY TO LIMIT, THE EXPERT TESTIMONY OF JOHN PARKER, M.D.**

I, Dr. John E. Parker, hereby swear that the following is true to the best of my knowledge, information, and belief:

1. I am a Professor and Chief of Pulmonary and Critical Care Medicine at West Virginia University Health Sciences Center, located at Room 4075A, Health Sciences North, P.O. Box 9166, Morgantown, WV, 96506-9166. I am fully familiar with the facts set forth in this affidavit (the "Affidavit"), which I submit in support of the Debtors' Objection to Libby Claimants' Motion to Strike, or Alternatively to Limit, the Expert Testimony of John Parker, M.D (the "Debtors' Objection").

2. Beginning in 2000, I served as the tiebreaking B-reader for the Agency of Toxic Substances and Disease Registry (ATSDR) for their chest x-ray study of nearly 7,000 Libby residents.

3. In my role as a tiebreaking reader, I was blinded when reviewing the x-rays, and therefore do not know the identity of the Libby residents. Moreover, I did not retain these x-rays, nor did I rely upon them in writing my expert report. To the best of my knowledge, the

CARD clinic may be in possession of these x-rays and some of the reads, as many patients were referred to CARD after being screened.

4.  The information contained in this affidavit is true and correct to the best of my knowledge and belief.

August 6, 2009
8/6/2009

Dr. John E. Parker, M.D.

Subscribed and sworn before me
this 6 day of August 2009
Deniece R Hamilton
NOTARY PUBLIC, State of West Virginia
My commission expires: May 20 2011

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DENIECE R. HAMILTON
1030 Bethel Church Road
Maidsville, West Virginia 26541
My Commission Expires May 20, 2011