## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

### NOTICE OF DEPOSITION OF DENISE NEUMANN MARTIN

PLEASE TAKE NOTICE that, commencing at **9:30 a.m. on September 2, 2009** (or a mutually convenient date agreed to by the parties), the Official Committee of Unsecured Creditors of W.R. Grace & Co., *et al.*, in the above captioned Chapter 11 proceedings, by and through its respective undersigned counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, will take the deposition upon oral examination of Denise Neumann Martin at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022. The deposition will be taken before a notary public or some other officers authorized to administer oaths and take testimony, and will be used for all lawful purposes. The testimony will be recorded by stenographic means, and by audio/videotape.

Dated: August 7, 2009

Respectfully Submitted**,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:        mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
**DUANE MORRIS LLP**
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:      (973) 424-2000
Facsimile:      (973) 424-2001
E-mail:          wskatchen@duanemorris.com


                          and

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, New York 10038-4982
Telephone:      (212) 806-5400
Facsimile:      (212) 806-6006
E-mail:          lkruger@stroock.com
                 kpasquale@stroock.com


*Co-Counsel for the Official Committee of*
*Unsecured Creditors of W. R. Grace & Co., et al.*