IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                          )
In re:                                    )    Chapter 11
                                          )
W.R. GRACE & CO., et al.,                 )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
                                          )
                    Debtors.              )
_____)

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of a copy of the (i) *Joint Opposition Of The Official Committee Of Unsecured Creditors And Bank Lender Group To Joint Motion Of The Official Committee Of Asbestos Personal Injury Claimants And The Asbestos PI Future Claimants' Representative For Order Limiting Use Of Court's Findings Or Conclusions With Respect To Solvency* (ii) *Joint Request Of The Official Committee Of Unsecured Creditors And The Bank Lender Group For The Court To Take Judicial Notice At The Confirmation Hearing Of Certain Documents And Of Evidence Presented In Prior Proceedings In These Bankruptcy Cases,* and (iii) *Notice Of Deposition Of Denise Neumann Martin* was made on August 7, 2009, upon the individuals identified on the attached Service Lists in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: August 7, 2009                     */s/ Michael R. Lastowski*
       Wilmington, Delaware               Michael R. Lastowski

DM3\1104087.1