# **EXHIBIT A**

### Dr. Weill's Response to Libby Claimants' Supplemental Objections

I reviewed the Supplement to Libby Claimants' Objection to First Amended Joint Plan of Reorganization. This report will comment on the objections to the TDP medical criteria set forth in that document.

*Requiring a FEV1/FVC ratio of 65% or greater*

With regard to the first objection, that is the requirement that the FEV1/FVC ratio be over 65%, it is my opinion that requiring a ratio grater than 65% is appropriate given that it indicates a restrictive lung disease, which is the only spirometric defect seen in either severe parenchymal or pleural disease. I do not believe that people who have these asbestos-related conditions, and who also have a concomitant smoking related obstructive defect will be unfairly treated under this criteria, given that the predominant physiologic impairment in these individuals will be restrictive in nature. Further, it is my opinion that asbestos-related lung diseases do no result in obstruction, regardless of whether there is parenchymal or pleural disease present. Obstruction is not any more likely to occur in asbestos-disease seen in Libby Claimants than it is in other groups with asbestos-disease caused by non-Libby asbestos exposures. Therefore, this FEV1/FVC requirement would treat Libby Claimants no differently than it would other non-Libby claimants.

*Exclusion of CT Scans*

With regard to the second objection that states "the exclusion of CT scants is arbitrary. Without CT scans, the severity of the Libby Claimants' disease is not adequately preserved[,]" while CT Scans are known to be able to detect more abnormal findings, these findings have not been shown to be specific to asbestos exposure. The chest radiograph has historically been used in large epidemiologic studies to characterize the presence and severity of chest abnormalities observed in asbestos-exposed populations. Further, the ILO has recognized, for many years, the

utility of the chest radiograph in this regard and has been unable to adequately devise a classification scheme using chest CT scans that could be appropriately standardized.

Finally, it is not entirely clear whether the TDP actually excludes the use of CT scans, but the workings and application of the TDP to individual claimants is not an area in which I intend to opine.

### *Unilateral Presentation of Disease*

The Libby Claimants also object to "the TDP medical criteria arbitrarily exclude[ing] patients with unilateral disease." Once again, it is not entirely clear whether the TDP does in fact deny compensation to individuals with unilateral presentation of severe pleural disease, but, as stated above, the workings and application of the TDP to individual claimants is not an area in which I intend to opine. It is my opinion that while asbestos-related interstitial disease will almost always appear bilaterally, asbestos-related pleural disease, including severe pleural disease, can be unilateral. However, the unilateral presentation of an asbestos-related pleural disease would not be considered unique to Libby. Therefore, requiring bilateral presentation of pleural disease would not differ for Libby Claimants as opposed to non-Libby Claimants.

*[signature: David Weill]*

Dr. David Weill