**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Relates to Docket Nos. 22543 & |
| | ) | 22722 |

**OBJECTION OF BNSF RAILWAY COMPANY TO JOINT MOTION OF THE
OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND
THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR ORDER
LIMITING USE OF COURT'S FINDINGS OR CONCLUSIONS
<u>WITH RESPECT TO SOLVENCY</u>**

BNSF Railway Company hereby objects to the Joint Motion of the Official Committee of Asbestos Personal Injury Claimants and the Asbestos PI Future Claimants' Representative for Order Limiting Use of Court's Findings or Conclusions with respect to Solvency, dated July 20, 2009 (Docket No. 22543), and joins in and incorporates herein the Joint Opposition Of The Official Committee Of Unsecured Creditors And Bank Lender Group To Joint Motion Of The Official Committee Of Asbestos Personal Injury Claimants And The Asbestos Pi Future Claimants' Representative For Order Limiting Use Of Court's Findings Or Conclusions With Respect To Solvency (Docket No. 22722).

Dated: August 7, 2009                   PEPPER HAMILTON LLP
Wilmington, DE

                                         /s/James C. Carignan
                                         James C. Carignan (DE No. 4320)
                                         Hercules Plaza, Suite 5100
                                         1313 Market Street
                                         PO Box 1709
                                         Wilmington, DE 19899-1709
                                         Tel: (302) 777-6500
                                         Fax: (302) 777-6511

-2-

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750


Counsel for BNSF Railway Company

-2-