IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on August 7, 2009, the Official Committee of Asbestos Personal Injury Claimants filed the attached Stipulation regarding Testimony and Report of Samuel P. Hammar, M.D. ("Stipulation") with the Clerk of the Court.

PLEASE TAKE FURTHER NOTICE that the Stipulation is an exhibit to the Plan Proponents' Phase II Trial Brief in Response to Confirmation Objections of the Libby Claimants and was served upon all parties to the 2002 service list.

Dated: August 7, 2009           CAMPBELL & LEVINE, LLC

*/s/Marla Rosoff Eskin*
Marla Rosoff Eskin (Bar No. 2989)
Mark T. Hurford (Bar No. 3299)
Kathleen Campbell Davis (Bar No. 4229)
800 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
meskin@camlev.com
mhurford@camlev.com

-and-

{D0003706:1 }

CAPLIN & DRYSDALE
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone:  (212) 319-7125
Facsimile:   (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, DC 20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301

*Co-Counsel for the Official Committee of Asbestos Personal Injury Claimants*

{D0003706:1 }