# EXHIBIT B

Alan C. Whitehouse, M.D.

# In re: W.R. Grace & Co., Debtor

June 16, 2009



Phone: 206 287 9066
Fax: 206 287 9832
Email: info@buellrealtime.com
Internet: www.buellrealtime.com

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                        1

## Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                        ) Chapter 11
                              )
W.R. GRACE & CO., et al.,     ) No. 01-01139 (JKF)
                              )
           Debtors.           )

Videotaped Deposition Upon Oral Examination Of
ALAN C. WHITEHOUSE, M.D.

Taken at 17620 International Boulevard
Seattle, Washington

DATE TAKEN:  June 16, 2009
REPORTED BY:  CATHY ZAK, CCR# 1922

## Page 2

1             APPEARANCES
2
3    For LIBBY CLAIMANTS:
4         TOM L. LEWIS
          LEWIS, SLOVAK & KOVACICH
5         P.O. Box 2325
          Great Falls, Montana 59403
6         406.761.5595
7    For W.R. GRACE:
          DAVID M. BERNICK
8         BRIAN STANSBURY
          HEATHER A. BLOOM
9         KIRKLAND & ELLIS
          655 15th Street NW
10        Washington, D.C. 20005
          202.879.5969
11
     For W.R. GRACE and OFFICIAL COMMITTEE OF ASBESTOS
12   PERSONAL INJURY CLAIMANT:
13        NATHAN D. FINCH
          CAPLIN & DRYSDALE
14        One Thomas Circle NW
          Washington, D.C. 20005
15        202.862.7801
16   For MARYLAND CASUALTY and ZURICH:
17        EDWARD J. LONGOSZ
          ECKERT SEAMANS
18        1747 Pennsylvania Avenue NW, 12th Floor
          Washington, D.C. 20006
19        202.659.6619
20   For PROPERTY DAMAGE FUTURE CLAIMANTS' REPRESENTATIVE
     (via telephone):
21
          ALAN B. RICH
22        Attorney at Law
          1401 Elm Street, Suite 4620
23        Dallas, Texas 75202
          214.744.5100
24
25

## Page 3

1             APPEARANCES (continuing)
2
3    For STATE OF MONTANA (via telephone):
4         SAMANTHA P. TRAVIS
          CHRISTENSEN, MOORE, COCKRELL, CUMMINGS &
5           AXELBERG
          145 Commons Loop: Suite 200
6         P.O. Box 7370
          Kalispell, Montana 59904
7         406.751.6010
8    For ARROWOOD INDEMNITY COMPANY (via telephone):
9         BRAD M. ELIAS
          GARY SVIRSKY
10        O'MELVENY & MYERS
          7 Times Square
11        New York, New York 10036
          212.326.2248
12
     For CONTINENTAL CASUALTY COMPANY and CONTINENTAL
13     INSURANCE COMPANY (via telephone):
14        ELIZABETH M. DeCRISTOFARO
          FORD MARRIN ESPOSITY WITMEYER & GLESER
15        Wall Street Plaza, 23rd Floor
          New York, New York 10005
16        212.269.4900
17   For ALLSTATE (via telephone):
18        ANDREW K. CRAIG
          CUYLER BURK
19        4 Century Drive
          Parsippany, New Jersey 07054
20        973.734.3225
21   Also Present:
22        CECIL GRANT - Videographer
          JEANNA RICKARDS
23
24            * * * * *
25

## Page 4

1    DEPOSITION OF ALAN C. WHITEHOUSE, M.D.
2
3             EXAMINATION INDEX
4
     EXAMINATION BY                    PAGE
5    Mr. Finch                          8
6    Mr. Bernick                      106
7    Mr. Svirsky                      323
8    Ms. DeCristofaro                 351
9
10            EXHIBIT INDEX
11   EXHIBITS FOR IDENTIFICATION       PAGE
12
13   1    Sur-Rebuttal and Supplemental  9
          Expert Report
14   2    Exhibit-4 to Exhibit Book     12
          Trust Distribution Procedures
15
16   3    Final Key Libby Patients      13
17   4    CARD Document                 18
18   5    Diagnosis and Initial         50
          Management of Nonmalignant
19        Disease Related to Asbestos
20   6    Document                      79
21   7    Memorandum                    87
22   8    Changes in the Normal Maximal 102
          Expiratory Flow-Volume Curve
23        with Growth and Aging
24   9    Radiographic (ILO) Readings   102
          Predict Arterial Oxygen
25        Desaturation During Exercise
          in Subjects with Asbestosis

(Pages 1 to 4)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                          2

## Page 5

1           EXHIBIT INDEX (continuing)
2    EXHIBITS FOR IDENTIFICATION            PAGE
3
4    10    Guides to the Evaluation of    102
          Permanent Impairment
5    11    Journal of Occupational        102
          Medicine and Toxicology
6
7    12    Lung Function Testing:         102
          Selection of Reference Values
          and Interpretative Strategies
8
9    13    Asbestos-Induced Pleural       102
          Fibrosis and Impaired Lung
          Function
10
11   14    The Effect of Asbestos-        102
          Induced Pleural Fibrosis on
12         Pulmonary Function:
          Quantitative Evaluation
13   15    CARD Mortality Study           227
14   16    CARD Mortality Study           253
15
16   ***** (* Denotes phonetic spelling.)
17
18
19
20
21
22
23
24
25

## Page 6

1           BE IT REMEMBERED that on Tuesday,
2    June 16, 2009, at 17620 International Boulevard,
3    Seattle, Washington, at 8:33 a.m., before CATHY M.
4    ZAK, CCR, Notary Public in and for the State of
5    Washington, appeared ALAN C. WHITEHOUSE, M.D., the
6    witness herein:
7           WHEREUPON, the following proceedings
8    were had, to wit:
9
10          <<<<<< >>>>>>
11
12          THE VIDEOGRAPHER:  Good morning.  We're
13   now on the record.  Today is June 16th, 2009, and the
14   time is now 8:33 a.m.  The location of today's
15   deposition is 17620 International Boulevard, SeaTac,
16   Washington 98188.
17          My name is Cecil Grant, video specialist
18   representing Buell Realtime Reporting out of Seattle,
19   Washington, for this cause number 01-1139 JKF in re
20   W.R. Grace & Company, et al.
21          Today's deponent is Dr. Alan C. Whitehouse.
22          Would counsel please identify themselves and
23   state whom you represent?
24          MR. FINCH:  My name is Nathan Finch.  I
25   represent W.R. Grace and Official Committee of

## Page 7

1    Asbestos Personal Injury Claimants.  With me is my
2    colleague Jeanna Rickards.
3           MR. LONGOSZ:  My name Edward Longosz
4    and I represent Maryland Casualty and Zurich.
5           MR. STANSBURY:  Brian Stansbury,
6    Kirkland & Ellis, and I represent W.R. Grace &
7    Company.
8           MR. LEWIS:  Tom Lewis.  I represent the
9    Libby claimants.
10          MS. BLOOM:  Heather Bloom with
11   Kirkland & Ellis and I represent W.R. Grace.
12          THE VIDEOGRAPHER:  Counsel on the
13   phone.
14          MR. FINCH:  Hello?  Is there any
15   counsel on the telephone.
16          MR. ELIAS:  Hello.  This is Brad Elias
17   from O'Melveny & Myers.  We represent Arrowood
18   Indemnity Company.  I'm here with my colleague Gary
19   Svirsky.
20          MS. TRAVIS:  Hello.  This is Samantha
21   Travis representing the State of Montana.
22          MS. DeCRISTOFARO:  Hello.  This is
23   Elizabeth DeCristofaro of Ford Marrin representing
24   Continental Casualty Company and Continental
25   Insurance Company.

## Page 8

1           COURT REPORTER:  I'm sorry.  Could you
2    repeat the name again?  I can't hear you.
3           MS. DeCRISTOFARO:  Sure.  It's
4    Elizabeth DeCristofaro.  That's
5    D-E-C-R-I-S-T-O-F-A-R-O.
6           MR. RICH:  Alan Rich for the Property
7    Damage Future Claimants' Representative.
8           THE VIDEOGRAPHER:  Is that everyone on
9    the phone?
10          MR. CRAIG:  Hi.  Andrew Craig,
11   C-R-A-I-G, for Allstate Insurance.
12          THE VIDEOGRAPHER:  The court reporter
13   today is Cathy Zak with Buell Realtime Reporting.
14          Please swear in the witness and proceed with
15   the deposition.
16
17   ALAN C. WHITEHOUSE, M.D., having been first duly
18              sworn by the Notary,
19              deposed and testified as
20              follows:
21
22
23              EXAMINATION
24   BY MR. FINCH:
25      Q  Dr. Whitehouse, as you heard before, my name

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
3

## Page 9

1  is Nate Finch and I represent the Grace ACC or
2  Official Committee of Asbestos Personal Injury
3  Claimants.
4      Are you taking any medications that would
5  preclude your ability to understand questions or
6  remember things?
7      A  No.
8      Q  Is there any reason as you sit here today you
9  can think of why you wouldn't be able to understand
10  and remember things as well today as you normally do?
11      A  No.  I do wear hearing aids and people need
12  to talk up.
13      Q  Okay.  I'll do that.  If you don't understand
14  one of my questions, can you please let me know and
15  I'll attempt to rephrase it and make it more clear?
16      A  I will.
17      MR. FINCH:  Madam Court Reporter, can
18  we mark this as Whitehouse Exhibit-1?
19      (Exhibit-1 marked for
20      identification.)
21      Q  (By Mr. Finch)  Dr. Whitehouse, do you have
22  Whitehouse Deposition Exhibit-1 in front of you?
23      A  I do.
24      Q  Could you just verify that this is your May
25  2009 expert witness report in the Grace bankruptcy

## Page 10

1  case with the attachments except that I haven't
2  included all of the CD ROMs?  I've just not included
3  those, but the rest of the attachments I believe we
4  have collected and --
5      A  It would appear that way.
6      Q  Okay.  Now, you have submitted in addition to
7  this May 2009 report a report in December of 2008 and
8  another report in March of 2009; is that correct?
9      A  I believe so.
10      Q  Is the May 2009 report that is Whitehouse
11  Deposition Exhibit-1 -- as I read this, it looks like
12  it appears to supplement and update and replace the
13  March report and the December report?
14      A  Yeah, basically it does.  It just updates
15  what's been done before.
16      Q  Okay.  So this report, Whitehouse Exhibit-1,
17  the May 2009 report contains -- leaving aside your
18  rebuttals to the other medical experts, but this
19  contains your opinions and conclusions you've been
20  asked to testify about in the Grace case?
21      A  Yes.
22      Q  Do you understand what the purpose of an
23  expert witness report is?
24      A  Yes.
25      Q  And what's your understanding of what the

## Page 11

1  purpose of that expert witness report is?
2      A  I guess the best way to put it is to put up
3  front the opinions relative to the situation at hand.
4      Q  To put forth the opinions you're going to
5  give and the basis for those opinions; is that fair?
6      A  That's correct.
7      Q  Okay.  I've read -- and you understand that
8  this is a bankruptcy case where the Court is going to
9  be asked to either approve or disapprove a plan of
10  reorganization.  Do you have that understanding?
11      A  That's true.
12      Q  And as I understand it, you have reviewed the
13  medical and exposure criteria in what's called the
14  Grace Trust Distribution Procedures, TDP?
15      A  I have.
16      Q  And you have some opinions about the Grace
17  TDP?  Can I call it the Grace TDP?
18      A  I do.
19      Q  Do you have opinions about the medical and --
20  well, you have some opinions about the Grace TDP that
21  you have described at various places in your reports,
22  correct?
23      A  Correct.
24      Q  I've read through all of your reports in this
25  case and I didn't see any criticism of the

## Page 12

1  mesothelioma medical exposure criteria; is that
2  correct?
3      A  Show me that paragraph again before I answer
4  that question to be sure.  Where's it located again?
5      Q  Well, you talk about mesothelioma.
6      A  Yeah, I don't think so, but I want to make
7  sure.
8      Q  You want to see the paragraph from the TDP?
9      A  No, the paragraph in here relative to it.
10      Q  Well, you talk about --
11      A  And the paragraph in the TDP too.
12      MR. FINCH:  Why don't we mark the TDP
13  as Deposition Exhibit-2.
14      (Exhibit-2 marked for
15      identification.)
16      Q  (By Mr. Finch)  And the reason,
17  Dr. Whitehouse, I don't want to refer you to your
18  reports is because I've read through all your reports
19  and I didn't see anything in there that criticized
20  the mesothelioma medical exposure criteria and the
21  TDP.
22      A  I don't know there is actually, but I want
23  to -- I want to be sure.
24      (Mr. Bernick enters.)
25      Q  (By Mr. Finch)  Okay.  Page 24 of the TDP.

(Pages 9 to 12)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
4

## Page 13

1    A  No, I don't have any problems with it.
2    Q  When you came in the room today, your counsel
3  handed out this document.
4        MR. FINCH:  Let's make this Whitehouse
5  Exhibit-3.
6        (Exhibit-3 marked for
7        identification.)
8        MR. LEWIS:  Actually, Dr. Whitehouse --
9    A  I have a copy of it already, so... (Pause.)
10        MR. BERNICK:  Well, is there --
11    A  I didn't bring this one with me.
12    Q  (By Mr. Finch)  Okay.
13        MR. LEWIS:  And it was prepared by my
14  co-counsel, Jon Heberling and his firm, so I don't
15  want to mislead anybody on that.
16    Q  (By Mr. Finch)  Dr. Whitehouse, what is
17  Whitehouse Deposition Exhibit-3?
18    A  What is what?
19    Q  What is Whitehouse Deposition Exhibit-3?
20  What is this document?
21    A  Oh, basically, I don't understand all the
22  machinations that went into this except that in order
23  to maintain confidentiality of patients that are not
24  clients of these two attorneys and to not violate
25  HIPAA rules, they were identified by number and by

## Page 14

1  initials in here and this is basically the numbering
2  of all their clients, plus all the other people that
3  are involved in studies and things like that that are
4  presented here like that paper and the mortality
5  study.
6        So it totals about 1,030 numbers, of which a
7  good number of are initials because they're
8  confidential.
9    Q  Okay.  And on the first page of this separate
10  cover page, there's a column that says Libby
11  Claimant --
12    A  Yes.
13    Q  -- do you see that?
14        So if it says yes, that means there's
15  somebody that sued or would otherwise sue W.R. Grace
16  there because they filed a lawsuit?
17    A  That's correct and then if you'll notice, the
18  ones that say Libby Claimant, no, they're usually --
19  there should be initials by those.
20    Q  Okay.  And those --
21    A  I actually haven't seen this much myself, but
22  that's what I understand.
23    Q  Okay.  The people that are nos are people who
24  were not the clients of either Mr. Heberling's law
25  firm or Mr. Lewis' law firm, right?

## Page 15

1    A  Right.
2    Q  Okay.  And as I read this, it looks like
3  there's 1,030 people listed on this chart; is that
4  right?
5    A  I understand that, mm-hm.
6    Q  Now, this doesn't -- these are the people
7  that -- this doesn't include all 1,800 patients with
8  asbestos-related disease that have been seen by the
9  CARD Clinic, does it?
10    A  No.
11    Q  So you haven't -- or people have not produced
12  the medical records for about 800 of the 1,800
13  people; is that correct?
14    A  As far as I know.  I -- I've really not been
15  privy to all that's gone on with that.
16    Q  Okay.  Could you turn in your expert report,
17  Whitehouse Deposition Exhibit-1, on Page 1?  The
18  bottom of Page 1, you write, I am in a position to
19  compare asbestos disease from Libby asbestos to
20  asbestos disease from chrysotile asbestos.
21        Do you see that?
22    A  Yes.
23    Q  What do you mean by asbestos disease from
24  Libby asbestos?
25    A  Well, I've seen a large number of people from

## Page 16

1  Libby with various forms of asbestos disease due to
2  what we call Libby asbestos, but I also in my
3  practice have been involved in seeing a large number
4  of people with predominantly chrysotile disease,
5  basically commercial chrysotile disease from Hanford
6  and Wallula Paper Mill and a beet factory in Moses
7  Lake and the shipyards in western Washington, a lot
8  of them sent to me by State of Washington for
9  evaluation of their disease, and then a lot of them
10  that I followed over a period of years.
11    Q  What do you mean in your report and opinions
12  by Libby asbestos?
13    A  Well, basically what's happened is that when
14  Libby -- or when the asbestos problems in Libby were
15  originally defined, the fiber itself was
16  characterized not as tremolite, which is what it -- a
17  term that it had been used for for years.  It was
18  then defined as winchite, richterite, with some
19  degree of tremolite, and was a different -- different
20  compound and in order to not have a mouthful of
21  words, everybody has been calling it Libby asbestos
22  since that time.
23    Q  Okay.  So for purposes of your definition,
24  Libby asbestos refers to the mix of winchite,
25  richterite, and tremolite that is a contaminant in

(Pages 13 to 16)

In re: W.R. Grace & Co., Debtor                          Alan C. Whitehouse, M.D.
                                                                              5

---

Page 17

1    the vermiculite or that was mined at Libby Mountain
2    in Montana?
3         A   Yeah, basically.
4         Q   Okay.  Do you have some kind of position with
5    the CARD Clinic?
6         A   I'm a pulmonary consultant to the CARD
7    Clinic.  I go up there on a fairly regular basis.  I
8    have been for a number of years.
9         Q   Are you paid a salary at all by the CARD
10   Clinic?
11        A   I am.
12        Q   What's that salary?
13        A   It basically is $1,000 a day when I'm there.
14        Q   And I noticed in your expert report that you
15   say that your hourly rate is $350 an hour.  What do
16   you charge $350 an hour to do?
17        A   Depositions.
18        Q   Did you charge for your time in preparing the
19   expert report?
20        A   I do.
21        Q   Did you charge for your time in either
22   testimony before workers compensation boards or other
23   kind of courtroom testimony in addition to deposition
24   testimony?
25        A   I do.

---

Page 18

1         Q   Approximately how much money have you made
2    over the past five years as a result of being asked
3    to give expert reports or testimony on matters
4    relating to Libby asbestos?
5         A   Well, there's also the Department of Justice
6    that had paid me as well, which you probably know as
7    well.  I guess probably over $100,000, but I'm not
8    sure I know the exact amount.  I've never added it
9    up.
10            MR. FINCH:  Why don't we mark this as
11   the next exhibit.
12        Q   (By Mr. Finch)  Are you aware that the CARD
13   Clinic maintains a Web site?
14        A   Yes.
15            (Exhibit-4 marked for
16            identification.)
17        Q   (By Mr. Finch)  Did you have any -- who --
18   did you have any role in reviewing the information
19   put on the Web site?
20        A   No, and I have no idea what's on it now.
21        Q   Would you expect that things that the CARD
22   Clinic would say about Libby asbestos disease and
23   asbestos disease in general on their Web site to be
24   truthful and accurate?
25        A   Yeah, I can't -- I can't answer that

---

Page 19

1    question.  I have not looked at the Web site since
2    the first draft, and the thing's came out probably
3    over five, six years ago.  I haven't even looked at
4    it since then.
5         Q   Okay.  Would you turn to what's been marked
6    as Whitehouse Deposition Exhibit-4, and this is
7    what -- I'll represent to you this is what I printed
8    out from the CARD Clinic Web site a couple of weeks
9    ago.  There's a section that says, frequently asked
10   questions.  Do you see that?
11        A   What page are --
12        Q   Oh, the front page.
13        A   Right here?
14        Q   If you skip past all of the -- and what I
15   have done -- because when I printed this out, it cut
16   off the columns on the right-hand side.  I had my
17   secretary go and cut and paste all the words into the
18   document behind it so that you can see -- for
19   example, if you go about seven pages back, you see
20   where the text type changes?  All we've done is we've
21   taken the text that -- as it appears --
22        A   Oh, I see what you've done.
23        Q   -- on the Web page so you can see the whole
24   sentence wrap around as opposed to being cut off.  Do
25   you see that?

---

Page 20

1            MR. LEWIS:  Are you representing that
2    this is accurate --
3            MR. FINCH:  Yes.
4            MR. LEWIS:  -- an accurate
5    reproduction?
6            MR. FINCH:  Yes.
7            MR. LEWIS:  Thank you.
8            MR. FINCH:  It's an accurate
9    reproduction of what's on the Web site.
10        A   I see it.
11        Q   (By Mr. Finch)  All right.  Can you go to
12   the -- can I see your copy, Dr. Whitehouse, just for
13   a second?
14        A   Sure.  (Document passed.)
15        Q   All right.  I've put a tab on the page I want
16   you to turn to.
17        A   Okay.
18            MR. LEWIS:  Let me see that.
19            THE WITNESS:  (Document passed.)
20        Q   (By Mr. Finch)  Do you see that the title of
21   that says, Libby Amphibole Asbestos Exposure in
22   Libby, Montana?
23        A   Yes.
24        Q   The one, two, three, fourth -- fifth
25   paragraph down -- and I'm going to read from the

(Pages 17 to 20)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
6

Page 21

1  typewritten version of this as opposed to the
2  printout version because it's -- you can see all the
3  words better, but it says, Zonolite and Monocote are
4  two trade names under which Libby vermiculite
5  products were marketed.  There are two overwhelming
6  examples of the extent to which exposure can spread
7  through commercial products.
8      And then it talks about vermiculite --
9  Zonolite attic insulation and Monocote spray-on
10 fire -- fire proofing.  Do you see that?
11     A  I do.
12     Q  Did you -- do you have the understanding that
13 Libby asbestos was a contaminant in both Monocote
14 spray-on fire proofing and Zonolite attic insulation?
15     A  That's my understanding.
16     Q  Did you also understand that it was in -- a
17 contaminant in many of Grace's other commercial
18 construction products as well?
19     A  Yeah, although I don't know the exact extent
20 of them.
21     Q  Okay.  So to the extent that it is -- let me
22 back up.
23     You're of the view that asbestos Libby (sic)
24 from Libby asbestos causes pleural disease that's
25 more severe than seen in cohorts of people who were

Page 22

1  exposed to asbestos that is not Libby asbestos?
2      A  Both in degree and in amount for a number of
3  patient -- people that were exposed to it, yes.
4      Q  Let me back up.
5      What do you mean by degree?
6      A  It's very hard to quantitate to what degree
7  because you can find examples of people with exposure
8  that have severe pleural disease, but the frequency
9  of people with severe pleural disease and the
10 frequency of death from severe pleural disease
11 appears to be significantly worse with Libby
12 asbestos.
13     Q  With Libby asbestos.
14     Now, mesothelioma is a disease caused by
15 exposure to asbestos, right?
16     A  Yes.
17     Q  Would you agree with me that the prognosis
18 for someone who develops mesothelioma as a result of
19 being exposed to pure chrysotile asbestos is no
20 different than the prognosis for someone who was
21 exposed to Libby asbestos?
22     A  Well, they're all going to die from it.
23     Q  So would you agree with me that at least for
24 mesothelioma, mesothelioma caused by Libby asbestos
25 isn't more severe or more fatal than mesothelioma

Page 23

1  caused by chrysotile asbestos?
2      A  No, I would agree with that.
3      Q  Okay.  Would you also agree with me that the
4  prognosis from someone who develops lung cancer as a
5  result of exposure to Libby asbestos is no better or
6  no worse than the prognosis of someone who develops
7  lung cancer as a result of exposure to chrysotile
8  asbestos?
9      A  It's probably not any different, but it may
10 depend, on an individual case, on the degree of
11 underlying asbestos disease they have.
12     Q  But generally speaking, if you get lung
13 cancer, nine times out of ten you're going to die
14 from lung cancer, right?
15     A  I don't think that that has been our
16 experience.
17     Q  What's been your experience?
18     A  Well, we do a lot screening for lung cancer
19 and we found a significant number of small nodules
20 that I'm reasonably certain we have cures from.  I
21 don't have the data as to what percentage of death
22 from lung cancer in Libby we have, but it's, I think,
23 less than nine out of ten.
24     Q  Okay.  Would you agree with me that the
25 majority of people who get lung cancer die from lung

Page 24

1  cancer?
2      A  Yes.
3      Q  Okay.  And that's the same whether they're
4  exposed to Libby asbestos or chrysotile asbestos?
5      A  Yes.
6      Q  Okay.  So to that extent, lung cancer isn't
7  any more severe if you get it from being exposed to
8  Libby asbestos than if you got exposed to it from
9  chrysotile asbestos?
10     A  Probably not.
11     Q  Okay.  What about gastrointestinal tract
12 cancer?  There's no difference in severity for those
13 kinds of cancers if you were exposed to Libby
14 asbestos as opposed to chrysotile asbestos?
15     A  As far as I know.
16     Q  Now, most of your opinions focus on pleural
17 disease.  Have you -- I didn't see anywhere in your
18 report where you asserted or indicated that
19 asbestosis -- and by asbestosis, I mean interstitial
20 fibrosis of the parenchyma of the lung.  Do you
21 understand that definition of asbestosis?
22     A  I do.
23     Q  Okay.  I didn't see any assertion that
24 asbestosis caused by Libby asbestos, that the
25 prognosis for that person is any different than

(Pages 21 to 24)

In re: W.R. Grace & Co., Debtor                              Alan C. Whitehouse, M.D.

7

Page 25

1    asbestosis caused by chrysotile asbestos.
2        A  I think the school is still out on that.
3        Q  Okay.  So you don't -- sitting here today,
4    you can't give an opinion that asbestosis caused by
5    Libby asbestos is more severe or more likely to lead
6    to death than asbestosis caused by chrysotile
7    asbestos?
8        A  I can't make that statement, no.
9        Q  Okay.  So really what you're talking about as
10   being more severe asbestos disease from Libby
11   asbestos as opposed to chrysotile asbestos is pleural
12   disease, correct?
13       A  The pleural disease and the things that are
14   associated with pleural disease than Libby which does
15   not necessarily exclude interstitial disease or
16   subpleural interstitial disease.
17       Q  Well, would you also agree with me -- let me
18   back up, Doctor.
19           You know Dr. Art Frank, correct?
20       A  I do.
21       Q  Did you read his deposition in preparation
22   for your deposition today?
23       A  I did.
24       Q  Did you -- did you see where I asked him the
25   question of whether there was some kind of magical

Page 26

1    shield around Lincoln County, Montana, that would
2    make exposure to Libby asbestos in Montana more
3    likely to lead to disease or death as compared to
4    exposure with Libby asbestos in New York City, for
5    example?
6        A  I don't have any evidence to, you know,
7    really make any real comment on that because what
8    I've studied has been strictly asbestos in Libby.
9        Q  Okay.  So you can't say, for example, that
10   people who are exposed to Libby asbestos in Libby are
11   any sicker or have a different severity of their
12   pleural disease as compared to people who are exposed
13   to Libby asbestos in Ohio at a vermiculite processing
14   facility or in New York at a construction site, can
15   you?
16       A  No, except that I have seen about a half of a
17   dozen patients over ten years from various expansion
18   plants and other jobs, not only in Spokane, in
19   California, Minnesota who had very severe disease.
20       Q  They had very severe disease as a result of
21   being exposed to the Libby asbestos?
22       A  Yes.
23       Q  And so would you agree with me then that
24   the -- let me back up.
25           Mr. Lewis used a term when he said who he

Page 27

1    represented.  He said he represents the Libby
2    claimants.  And I understood that to mean people who
3    have filed a lawsuit or would have filed a lawsuit
4    against W.R. Grace.  Do you have that understanding?
5        A  Yes.
6        Q  Okay.  But you're a doctor and you look at
7    people who -- or a patient with asbestos disease,
8    correct?
9        A  That's correct.
10       Q  And you treat people regardless of whether
11   they're a claimant or not a claimant?
12       A  Yeah.  Most of the time when I see them, I
13   don't even know whether they're a claimant or not.
14       Q  Okay.  And so would you agree with me that to
15   the extent there is something different about the
16   Libby asbestos that causes more severe pleural
17   disease that would affect people who aren't Libby
18   claimants, i.e., people who were exposed to Libby
19   asbestos outside of Libby, Montana, just as it would
20   affect people in Libby, Montana?
21       A  I'd make that assumption, yes.
22       Q  And have you read William Longo's* report in
23   the Grace case?
24       A  It's been quite a while since I read it.
25       Q  He is -- he is not a medical doctor.  He is a

Page 28

1    Ph.D. who has tested various Grace commercial
2    construction products and is of the view or actually
3    has confirmed that they, A, contain Libby asbestos --
4    a lot of them contain asbestos in the vermiculite fix
5    that went in as filler to those products like
6    Monocote.  I take it you don't dispute or have any
7    basis to challenge his conclusions about that?
8            MR. LEWIS:  Object to the form of the
9        question on the grounds that it's compound.
10           MR. FINCH:  Let me rephrase.
11           MR. LEWIS:  And it's unintelligible as
12       stated.
13       Q  (By Mr. Finch)  Did you understand my
14   question?
15       A  Yeah, I understand your question, but, you
16   know, I can't recall.  That was a long report with, I
17   mean, all kinds of permutations and combinations of
18   times and compounds that he was obviously aware of
19   and I wasn't, so I'm not sure I can really comment on
20   it.
21       Q  Okay.  So you're just not in a position to
22   comment on it one way --
23       A  No.
24       Q  -- or another?
25           And so if he were to come in and testify that

(Pages 25 to 28)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
8

Page 29

1    Libby asbestos ended up in vermiculite that went into
2    a broad range of Grace's asbestos containing
3    products, you couldn't comment on that one way or
4    another?
5        A  No, I could comment on it that there's a
6    significant risk to people that are exposed to that
7    compound.
8        Q  Okay.  Let's go back to your report.  Put
9    aside, at least for now, the CARD Clinic Web page
10   printout, and you have the TDP over there.
11       Okay.  You see at paragraph 22 in your
12   report?
13       A  Paragraph 22?
14       Q  Paragraph 22, Page 10.
15       A  I do.
16       Q  You're describing the impact on asbestos
17   disease due to Libby asbestos exposure.  Do you see
18   that?
19       A  Yes.
20       Q  In that paragraph, you're talking about the
21   progression of non-malignant disease; is that
22   correct?
23       A  That's correct.
24       Q  Okay.  At the last sentence, you write, At
25   the end stage, the patient is bedridden, oxygen

Page 30

1    dependent, and generally the hypoxia will lead to
2    organ malfunction and death.
3        Do you see that?
4        A  Yes.
5        Q  And just for purposes of the record, please
6    define hypoxia.
7        A  Hypoxia is a low -- low oxygen level beyond
8    the lower limits of what is considered to be normal.
9        Q  Now, when someone reaches the point -- would
10   you agree with me that people that -- shortness of
11   breath is a symptom.  Someone comes -- a patient
12   comes to you and says, I'm having problems breathing.
13   That's a symptom that a patient describes to a
14   doctor, correct?
15       A  Correct.
16       Q  Okay.  Now, a doctor can do a variety of lung
17   function tests to see how their lung function has
18   been impacted and may be causing shortness of breath,
19   correct?
20       A  They don't usually start there though.
21       Q  Where do they usually start?
22       A  The physical history and physical exam.
23       Q  Okay.  So you do the physical history and the
24   physical exam, and then at some point, you do a
25   series of lung function tests, correct?

Page 31

1        A  Correct.
2        Q  Okay.  And the lung function test that you
3    normally do in someone who's an asbestos-exposed
4    person would be what?
5        A  Well, we do, routinely, spirometry before and
6    after bronchodilator, lung volumes in a body
7    plethysmograph and diffusion capacities.
8        Q  Okay.  Diffusion capacities is sometimes
9    called DLCO?
10       A  Never heard that used.  D-L-C-O.
11       Q  D-L-C-O.
12       And how do -- and would you agree with me
13   that the patient's score on the various lung function
14   tests that you administer provide an objective
15   measurement as to how, if at all, their lung function
16   has been affected or damaged, correct?
17       A  It may.
18       Q  It may.
19       So there could be people who genuinely and
20   truthfully and honestly say, I'm experiencing
21   shortness of breath, yet when you do a total lung
22   capacity or forced vital capacity or DLCO, the lung
23   function tests could be in -- you know, within the
24   normal ranges, correct?
25       A  Well, the problem that you describe is the

Page 32

1    fact that we don't know where they started from.  You
2    start with healthy people who have been hard working
3    all their life, particularly people who've done
4    physical labor.  You may find normal values that are
5    in the range of 140 percent of predicted, and so then
6    you cannot always assume that somebody that has 100
7    percent of predicted that that's normal for them,
8    that they may have lost 40 percent, but you have no
9    way of knowing that, but that may correlate with
10   their shortness of breath.
11       Q  Okay.  I understand that that's sometimes
12   called the healthy worker phenomenon where the people
13   that may be outliers in the sense that they started
14   out at 120 percent of predicted or 140 percent of
15   predicted, they can lose a significant amount of
16   their lung function, but would still show up as,
17   quote, normal on a spirometry test or a lung capacity
18   test?
19       A  They could, although I've never seen that
20   term healthy worker used that way.
21       Q  Okay.  Let's say if you took somebody who was
22   a subforeman, they may have super optimal lung
23   capacity and that guy might be, say, 150 percent of
24   predicted and lose 50 percent of his lung capacity
25   and still show up as 100 percent of predicted as a

(Pages 29 to 32)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
9

## Page 33

1  normal population even though he's suffered lung
2  function, correct?
3      A   That's possible, although, you know, he's not
4  going to be running four minute miles any more.
5      Q   I rather suspected that.
6          But would you agree with me that the way
7  the -- what does it mean to be -- to be above the
8  lower limit of normal?
9      A   Well, the problem -- I don't know if it's a
10  problem with lung function tests, but lung function
11  tests have to be -- they don't get interpreted in a
12  vacuum meaning the nominal norms plus or minus two
13  standard deviations, which is a range of 80 to 120
14  percent, there's at least twenty different sets of
15  normal values out there that have been done over the
16  years and --
17      Q   You're speaking of the reference equation?
18      A   Yeah, the reference equations and all, so,
19  you know, the ones that I use and the ones that have
20  been used for timing memorial for a lung function,
21  probably the most commonly used ones, but there's
22  always change in it, and so you have to interpret
23  your pulmonary function studies in light of what you
24  know about the patient and the problems and all
25  that -- all the variety of stuff that goes into doing

## Page 34

1  a diagnostic workup on somebody.
2      Q   But you mentioned two standard deviations
3  from normal.  Do you understand that basically 95
4  percent of the people are going to fall between 80
5  percent of predicted and 120 percent of predicted?
6      A   Yeah, I think that's what it is, yeah.
7      Q   Okay.  Would you agree with me that if
8  someone dies from -- well, how does the non-malignant
9  asbestos diseases caused by Libby asbestos lead to
10  death?  What does it do physiologically to the person
11  that kills them?
12      A   It leads to a number of things.  It leads to
13  progressive shortness of breath.  Most of them seem
14  to die of -- not most of them, but a large number of
15  them die of severe loss of lung volume, so they wind
16  up with vital capacities in the 30 to 40 percent
17  range of predicted or they wind up with diffusion
18  capacities down to 20 or 30 percent.
19          So they either -- for the most part, either
20  die of hypoxia with carbon dioxide retention or they
21  die of what's called a cor pulmonale which is heart
22  failure due to pulmonary hypertension disease within
23  their asbestos disease.
24      Q   But would you agree with me that the majority
25  of people who die from a non-malignant disease caused

## Page 35

1  by exposure to asbestos, at the end stage, they will
2  have lung function test scores that are significantly
3  below the lower limits of normal, at least on one of
4  the three tests you mentioned?
5      A   Well, most of the time.  There have been rare
6  examples of people that will have only modest degrees
7  of loss of lung function and develop severe hypoxia
8  associated with that because hypoxia does not
9  directly correlate with the lung function test.
10      Q   Meaning you can be -- you can still for
11  whatever reason be able to get more oxygen in through
12  your blood even if you have decreased lung function
13  and, conversely, you can have not so significant lung
14  function decline, but less oxygen in your blood?
15      A   Right.
16      Q   But for the majority of people who die from
17  Libby -- you did something called the CARD mortality
18  study, correct?
19      A   Yes.
20      Q   And I think the numbers are right here.
21  Basically, you determined out of 186 people who had
22  died who had at one time been diagnosed with an
23  asbestos-related disease, that 110 of them, their
24  death was caused in whole or in part by exposure to
25  Libby asbestos; is that right?

## Page 36

1      A   Well, there was 110 of them that died either
2  with lung cancer that was related to that or with
3  pleural or interstitial disease.  Asbestos disease
4  was non-malignant.
5      Q   Right.  The 110 include people who died of
6  cancer, right?
7      A   It did.
8      Q   Okay.  And my understanding is of the 110, 76
9  of them died from -- and by that, I'll use quotes --
10  died from a non-malignant disease as opposed to a
11  cancer?
12      A   That's correct.
13      Q   Okay.  Of the 76 people who died from a
14  non-malignant disease, would you agree with me that
15  the majority of them by the end stage, but a few days
16  before they died, if you measured their lung
17  function, it would be well below 60 percent of
18  predicted?
19      A   Which numbers are you talking about?
20      Q   Total lung capacity, forced vital capacity or
21  DLCO.
22      A   Yeah, well, I think that's probably right
23  because we had almost 50 percent of them that had
24  DLCO as their isolated abnormality and they may have
25  had minor degrees of lung -- volume loss, but they

(Pages 33 to 36)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
10

Page 37

1   had a very severe defusion defect.
2       Q   Could you pick up the TDP which is an exhibit
3   to your deposition?  I'm not sure what number it is.
4           MR. LEWIS:  Two.
5       Q   (By Mr. Finch)  Number two.  I have reviewed
6   your reports and your criticisms of the TDP.  I
7   didn't see any criticisms of the amounts of money
8   that are scheduled to be paid on expedited review to
9   people that qualify for various levels of disease; is
10  that correct?
11          MR. LEWIS:  Object.  That's beyond his
12  expertise.  We're not talking about that question to
13  this witness.
14          MR. FINCH:  Well, let me just establish
15  that.
16      Q   (By Mr. Finch)  You don't have any expertise
17  in the dollar amounts that asbestos bankruptcy trusts
18  pay to resolve asbestos personal injury claims, do
19  you?
20      A   No, they just -- they seemed a little bit
21  paltry to me, but I'm not -- I'm not an expert in
22  that.
23      Q   Okay.  And you're not an expert in what kind
24  of values Grace paid when it was a defendant in the
25  tort system, both to people in Libby and people

Page 38

1   elsewhere?  You're not offering any opinions about
2   that?
3       A   As to how much they have paid?
4       Q   Yes.
5       A   I have a few numbers in my head from prior
6   trials, but that's all.  That's not enough to draw
7   any long-term conclusions probably.
8       Q   Okay.  And so what -- as I understand it,
9   what you focused on was the medical and exposure
10  criteria for certain of the diseases in the TDP,
11  correct?
12      A   Yeah, I try to stick with things that I know.
13      Q   Okay.  And I read all of your reports and I
14  didn't see in any of your reports in the Grace
15  bankruptcy case any criticism of the exposure
16  requirements, is that correct, for Libby claimants,
17  at least?
18      A   No, actually, it probably isn't dealt with in
19  there, although that six-month criteria in there I
20  think is subject to knowing what I know to a fair
21  amount of criticism and mainly because of people that
22  have vacationed there for a few weeks or so and then
23  wound up with severe asbestos with interstitial lung
24  disease.  In fact, I've got one particular patient
25  that does have that.

Page 39

1       Q   But you haven't -- you know, understand that
2   the purpose of the report though is to lay out your
3   criticisms so I can ask you the basis for them.  You
4   haven't anywhere in your report, as I read them,
5   criticized the exposure criteria in the TDP.
6       A   The exposure criteria as far as time or the
7   extent of exposure?
8       Q   Either or.
9       A   Or level of exposure?
10      Q   Either one.
11      A   Well, the level of exposures are not well
12  known.  And we know that the miners had a lot
13  exposure, but we don't know the level of exposure
14  that is required to get significant pleural disease.
15  We think it's pretty small, but we don't -- we don't
16  have exact numbers on any of that.
17      Q   But my question is a little bit more
18  technical than that.
19          You just haven't -- I didn't see anywhere in
20  any of your reports you writing down and saying, I am
21  criticizing the definition of Grace's exposure or in
22  the six months requirement in the TDP.
23      A   No, I have not and I think that that's better
24  left to people that are -- that know a lot about
25  exposure and things like that about asbestos levels

Page 40

1   and all.
2       Q   Okay.  Now, the TDP was not drafted by you,
3   obviously, correct?
4       A   No.
5       Q   Have you ever drafted trust distribution
6   procedures for any kind of a bankruptcy trust?
7       A   No, and I don't want to.
8       Q   Would you agree with me that it's not purely
9   a medical document?
10      A   I'm not sure I could even answer that.  I
11  know it's designed as a way to distribute money to
12  people who are injured, but I'm not sure what I would
13  actually call it.
14      Q   Well, it has -- do you understand that the
15  medical and exposure criteria are presumptive
16  criteria so that if someone satisfies them, the trust
17  will offer them a settlement in the values in the
18  grid?  Do you understand that?
19          MR. LEWIS:  I'm going to -- I'm going
20  to object to this on the grounds that this witness is
21  not qualified to answer the question, and based on
22  his prior testimony, there's no foundation for -- to
23  ask the question.
24      Q   (By Mr. Finch)  You can answer.
25      A   Repeat the question for me.

(Pages 37 to 40)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
11

Page 41

1    Q  I'll reask it.
2        Do you understand that the medical and
3    exposure criteria in the TDP are set so that if
4    people meet them for -- let's pick any of the
5    particular disease levels -- if they meet them for
6    that disease, the trust will offer them a settlement
7    in the amount of money shown in the schedule values?
8    Do you have that understanding that's how the thing
9    works?
10       MR. LEWIS:  Object on the prior basis
11   and also on the grounds that it's compound.
12       A  Well, I assume so, but I'm not sure I know
13   enough to know how it actually works when it comes
14   right down to it.  Who gets paid what for how much or
15   what the pitfalls are in it or things like that.  I
16   know some of the pitfalls, but I don't know all of
17   them.
18       Q  (By Mr. Finch)  Okay.  You don't have any
19   expertise in evaluating asbestos personal injury
20   claims for purposes of whether or not you should
21   settle them or not, do you?
22       A  You mean from a legal standpoint?
23       Q  Yes.
24       A  No.
25       Q  Do you have any understanding as to what

Page 42

1    happens with someone who has, let's say, a
2    non-malignant disease that the TDP would call
3    asbestos pleural disease level three and they submit
4    a claim to the trust and they qualify, if they later
5    get sicker and their lung function test scores
6    decline further from what they were at the time they
7    settled with the trust, whether or not they can come
8    back and make a new claim for the trust and get more
9    money?
10       A  I do not know the answer to that.
11       Q  Okay.  One of your opinions, as I understand
12   it, about how Libby -- a non-malignant asbestos
13   disease caused by exposure to Libby asbestos, how
14   that is different than non-malignant asbestos disease
15   caused by exposure to, let's say, chrysotile asbestos
16   is that the pleural disease is more progressive.
17   You've written those words?
18       A  Yes.
19       Q  What do you mean by more progressive?
20       A  There are good documentation now that we have
21   watched the disease progress far more rapidly, and
22   particularly when I compare it with my past
23   experience than what's described or what's actually
24   described in the literature, cases in which there's
25   been progression from fairly modest disease to death

Page 43

1    within short periods of time, several years.  I think
2    that's sort of the gist of it, and that happens
3    frequently.
4        Q  And by progression, do you mean a decline in
5    lung function?
6        A  Well, not necessarily.  It may be a decline
7    in lung function.  It may be a significant change in
8    the chest x-ray.
9        We have one of the largest data banks of
10   CT -- HRCTs, high resolution CAT scans on asbestos
11   patients anywhere.  We have CTs on practically
12   everybody.  We have multiple CTs.  So we have that
13   data, so we can measure what's actually happened in
14   various parts of the lung.
15       And so when I say that we're seeing
16   progression in a lot of people, we are.  And why some
17   do and some don't, I have no idea.
18       Q  Okay.  You did a paper in 2004 where you
19   tracked the progression of decline in lung function
20   test scores for 123 of your patients, correct?
21       A  Yes.
22       Q  Okay.  Have you -- there are approximately
23   1,800 people that have been diagnosed with asbestos
24   disease in the CARD Clinic as a result of being
25   exposed to Libby asbestos?

Page 44

1        A  Yes.
2        Q  I haven't seen anywhere in your reports or in
3    the medical literature an analysis of if you took all
4    of those 1,800 people and tracked their lung function
5    over time what, if any, decline you would see; is
6    that correct?
7        A  No, I haven't, and several reasons for that.
8    First off, I did -- as you know, have a database for
9    a while that was basically tracking the same sort of
10   thing as in that paper.
11       Q  That was a database of 550 people?
12       A  Or whatever it was.  I don't know.  It's been
13   called that by you guys.  I don't think there was
14   550.  I don't remember.  Stopped using it because it
15   was so sporadic.  When I started working up at Libby
16   eight days a month in 2004, closed my office, it sort
17   of became irrelevant because we had a new database up
18   there and it got to -- when I was in my office, then
19   I would track them all because they were almost all
20   down in my office, not all of them, but most of them,
21   but then it just got so sporadic, so we didn't follow
22   it anymore.
23       I have not -- we do not have a database that
24   is adequate at this point at Libby to track that
25   18- -- the whole 1,800.  And as you can imagine, a

(Pages 41 to 44)

In re: W.R. Grace & Co., Debtor

Page 45

1    lot of it's bogged down in bureaucracy and grant
2    things that we have no control over.
3        Q  So to the extent that you have opinions that
4    pleural disease caused by exposure to Libby
5    is more -- leads to a more rapid decline in lung
6    function than pleural disease caused by exposure to
7    other types of asbestos, is it fair to say that's
8    primarily based upon the 2004 paper you wrote?
9        A  No, not entirely.  I think, to explain that
10   statement, first off, is we have a preponderance of
11   pleural disease.  My experience in looking at people
12   from Hanford is that I really only had a couple of
13   deaths in all of the years that I was doing that of
14   Hanford workers and it was all from severe
15   interstitial disease.  There just -- there wasn't
16   that much significant pleural disease, whereas, in
17   Libby there's a tremendous amount of pleural disease.
18       And so you would expect, I think, the extent
19   of it, that there would be people who will progress
20   and die of that disease.
21       I have numbers from the mortality study which
22   is only patients in CARD that died, so we had -- have
23   good data on it.  There's a lot of other ones that
24   have died of pleural disease prior to that time, but
25   there has not been a definitive study on the whole --

Page 46

1    of all the claimants of Mr. Lewis and Mr. Heberling's
2    that that's been done.  Probably at some point in
3    time, it will get done.
4        Q  Okay.  Have you done anything to analyze the
5    differences in either the type of disease that people
6    have or how severe it is as compared between
7    Mr. Heberling's and Mr. Lewis' clients and the 850
8    people who aren't -- who have Libby asbestos disease
9    who aren't their clients to see if there are any
10   differences between those two groups?
11       A  No, we haven't done a formal study of that.
12       Q  Do you have any expertise or knowledge as to
13   whether there are qualitative differences between
14   asbestos disease patients who decide to pursue a
15   lawsuit as compared to asbestos disease patients who
16   don't in terms of their disease severity?
17       A  I can't answer that question.  I know that
18   there was a whole flurry of lawsuits very early on in
19   this process, but whether or not there was more than
20   there would have been in the rest of the community or
21   not, I don't know.
22       Q  So you can't say whether the 950 people who
23   are clients of Mr. Heberling or Mr. Lewis are
24   different in significant ways from the 800 people who
25   have Libby asbestos disease or not?

Page 47

1        A  I'm not in a position to make that -- any
2    judgments on that.  I do think that there are 950
3    claimants that they have who I know -- probably do
4    know better because I've seen them more times are
5    likely to follow the same path as the 110 that were
6    in that mortality study.
7        Q  That's your -- let me back up.
8        On paragraph 27 of your report, Page 13, you
9    write, An overwhelming majority in the Libby cohort
10   have not only pleural plaques, but also diffuse
11   pleural thickening, a more serious form of pleural
12   disease.
13       Do you see that?
14       A  Yes.
15       Q  Would you agree with me that diffuse pleural
16   thickening is a disease process that has been
17   described in the medical literature for at least
18   thirty years?
19       A  That's probably for thirty years, yeah, most
20   of the stuff that I've read has been since the '80s.
21   Well, 1980s.  That's thirty years, isn't it?
22       Q  1980 is almost thirty years ago,
23   unfortunately.
24       A  That's what happens as you get older.
25       Q  So diffuse pleural thickening as a disease, a

Page 48

1    type of asbestos-related non-malignant disease is not
2    something that exists only as a result of being
3    exposed to Libby asbestos, correct?
4        A  No, that's correct.
5        Q  And you on Page 29 --
6        A  Page 29 or paragraph 29?
7        Q  Excuse me.  Paragraph 29.
8        A  Yes.
9        Q  You're citing to something called the
10   Rosenstock text?
11       A  Yes.
12       Q  What is the Rosenstock text?
13       A  That's a textbook by a lady in -- who's a
14   research physician at the University of Washington
15   and she's still there.
16       Q  Do you know what, if any, role Dr. Laura
17   Welch* had in working on or editing that medical
18   textbook?
19       A  I do not.
20       Q  The Rosenstock -- you cite the Rosenstock
21   text for the proposition, In contrast to the mild
22   effect of plaques on lung function, diffuse pleural
23   thickening may result in more significant restrictive
24   respiratory impairment.
25       I take it you agree with that statement?

(Pages 45 to 48)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
13

Page 49

1    A  Yeah, that's a fair statement.
2    Q  Okay.  By plaques, I assume that you're
3  talking about pleural plaques?
4    A  Yes.
5    Q  Okay.  Would you agree with me that -- well,
6  how would -- would you agree with me that pleural
7  plaques by -- well, let me get some definitions.
8       What is your understanding of the term
9  pleural plaque?
10   A  Well, the pleural plaque is originally and
11  currently, I guess, defined as -- or defined as an
12  area of scarring and fibrosis generally on the
13  parietal pleural with demarcated edges, and it
14  doesn't really define the size of it very much,
15  although for practical standpoints, most of them are
16  four or five centimeters in diameter at the largest
17  for the most part.
18   Q  And would you agree with me that -- and I
19  guess the Rosenstock text states this -- is that
20  generally speaking pleural plaques only have a mild
21  effect, if any, on lung function?
22   A  You have to define pleural plaques under
23  those terms as isolated non-confluent pleural
24  plaques.
25   Q  Would you agree with me that pleural plaques

Page 50

1  have been defined in the medical literature for at
2  least thirty years as well?
3    A  Yes, they have.
4       MR. FINCH:  Okay.  We have been going a
5  little over an hour.  I don't know about you, but I
6  like to try and take a short break at least once an
7  hour.  Would this be a good time?  I think this is a
8  good time for me to break.  Would you like to take a
9  break?
10      THE WITNESS:  Sure, whatever you want.
11      MR. FINCH:  Okay.  Why don't we take a
12  five- or ten-minute break?
13      THE VIDEOGRAPHER:  We're going off the
14  record.  The time is now 9:32 a.m.
15          (Recess.)
16          (Ms. Bloom exits.)
17      THE VIDEOGRAPHER:  We're back on the
18  record.  The time is now 9:43 a.m.
19          (Exhibit-5 marked for
20           identification.)
21      EXAMINATION (Continuing)
22  BY MR. FINCH:
23   Q  Dr. Whitehouse, do you have the Whitehouse
24  Deposition Exhibit-5 in front of you?
25   A  The what?

Page 51

1    Q  The Whitehouse Deposition Exhibit-5 in front
2  of you.
3    A  Oh, yes, I do.
4    Q  And do you recognize that document, sir?
5    A  I do.
6    Q  What is Whitehouse-5?
7    A  That's the ATS.  I think this is the -- is
8  this the '04 statement?
9    Q  Yes.
10   A  I assume it is, yes.
11   Q  Okay.  This is the American Thoracic Society
12  Diagnosis and Initial Management of Non-Malignant
13  Diseases Related to the Asbestos.  Do you see that?
14   A  That's correct.
15   Q  Do you regard these guidelines for the
16  diagnosis and management of non-malignant diseases to
17  be authoritative?
18   A  Yes.
19   Q  Do you rely on them when you're diagnosing
20  people with asbestos-related disease?
21   A  Yes, I actually follow what they do, what
22  they say.
23   Q  Would you agree with me that this document
24  uses the word diseases, plural, in the title?
25   A  Yes.

Page 52

1    Q  So it talks about different diseases
2  caused -- different non-malignant diseases caused by
3  exposure to asbestos, correct?
4    A  Yes.
5    Q  Would you also agree with me that the 2004
6  ATS statement on non-malignant asbestos-related
7  diseases doesn't provide any guidance for how you
8  would divide a non-malignant disease by severity as
9  it relates to lung function decline?
10   A  I'm not sure I understand your question.
11   Q  Yeah, it was a crummy question.  Let me
12  rephrase it.
13      You would agree with me that demonstration of
14  functional impairment as shown by either spirometry
15  or total lung capacity or DLCO is not a requirement
16  to diagnose somebody with a non-malignant
17  asbestos-related disease, correct?
18   A  That's true.
19   Q  So you can have asbestosis or pleural disease
20  and have completely normal lung function tests,
21  correct?
22   A  That's true.
23   Q  And so the 2004 ATS statement, whatever else
24  it does, it doesn't give you any guidance as to how
25  you would characterize someone as having -- for

(Pages 49 to 52)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
14

Page 53

1   purposes of lung function decline perspective,
2   whether they have severe asbestosis or severe pleural
3   disease, it doesn't speak to that, does it?
4       A   No.
5       Q   It doesn't give you any tests or ranges for
6   lung function test scores to say this person is
7   mildly impaired, this person is severely impaired, or
8   this person is not impaired at all, correct?
9       A   No, I don't think it does.
10      Q   Okay.  There's something called the AM --
11  American Medical Association Guides for the
12  Evaluation of Permanent Impairment.  Are you familiar
13  with those?
14      A   Yes.
15      Q   I think that you recently put out a sixth
16  edition, but you cite to the fifth edition in your
17  paper?
18      A   Mm-hm.  (Answers affirmatively.)
19      Q   And you rely on that as one basis for
20  dividing disease by severity as it relates to lung
21  function loss?
22      A   I rely on that only insofar as I'm required
23  to for disability evaluations for the State of
24  Montana.
25      Q   Okay.

Page 54

1       A   Other than that, I do not.
2       Q   Do you understand that the TDP divides the
3   non-malignant -- the Grace TDP divides the
4   non-malignant diseases by severity in terms of the
5   decline in lung function test scores?
6       A   Yes.
7       Q   Okay.  So there's a low level criteria where
8   it doesn't require any kind of lung function decline
9   at all, correct?
10      A   Right.
11      Q   And that would be category one or category
12  two, correct?
13      A   And I'd have to look up all the categories
14  again because there's As and Bs and --
15      Q   Why don't --
16      A   -- things like that, but, yes, take your word
17  for it.
18      Q   The 2004 ATS statement, if you could turn in
19  there to Page 697.
20      A   Okay.
21      Q   The second full paragraph on Page 697 refers
22  to something called HRCT.  Do you see that?
23      A   Second on which side?
24      Q   On 697.
25      A   Yeah.

Page 55

1       Q   Second full paragraph begins, HRCT and detect
2   early --
3       A   Okay.
4       Q   -- pleural thickening.
5       A   I got it.
6       Q   Do you see that?
7       A   Yes.
8       Q   HRCT refers to high resolution CAT scans --
9       A   Yes.
10      Q   -- computed tomography?
11      A   Yes.
12      Q   Okay.  And then later on in the same column
13  in the next paragraph, the 2004 ATS statement authors
14  write, A proposal has been put forward for a
15  classification system analogous to that of the ILO
16  system for plain chest radiographs, but none has been
17  widely adopted.
18          Do you see that?
19      A   Yes.
20      Q   This document was published in 2004.  To your
21  knowledge, has there -- well, let me back up.
22          What's your understanding of what's the ILO
23  system for plain crest radiographs?
24      A   Well, the ILO system is an epidemiologic
25  study or was designed as an epidemiologic study for

Page 56

1   classification in both interstitial and pleural
2   disease with a variety of diseases originally
3   starting in pneumoconiosis and black lung and coal
4   miner's lung and then has been extrapolated as
5   asbestos disease subsequent to that.
6       Q   Okay.  And is it -- it is a -- it is a
7   grading system for dividing chest radiographs for
8   pneumoconiosis caused by exposure to asbestos and
9   various categories, correct?
10      A   Correct.
11      Q   It's one of the things that it does?
12      A   Yes.
13      Q   And have you ever in your clinical practice
14  or otherwise used the ILO system in describing a
15  chest x-ray, what a chest x-ray shows to another
16  doctor?
17      A   Well, yes, I -- actually, the part of the ILO
18  system that relates to interstitial lung disease, I
19  pretty much agree with.  That's the 1/0, 1/1, 2/1,
20  et cetera, et cetera of interstitial disease.
21  There's far more difficulty with the pleural disease,
22  particularly as far as what people see and how they
23  read it and things like that.
24      Q   Okay.  Would you agree with me that in
25  reading chest x-rays generally, two people who are

(Pages 53 to 56)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
15

Page 57

1 equally qualified and competent at reviewing x-rays
2 can come to different conclusions as to whether or
3 not the -- what the profusion level is on the ILO
4 scale for purposes of interstitial disease?
5     A  Yes, they can.
6     Q  That's a phenomenon called interreader
7 variability?
8     A  True.
9     Q  And would you also agree with me that same
10 phenomenon, i.e., two doctors looking at the same
11 x-ray that shows pleural disease can with the best
12 will in the world come to different conclusions about
13 what that x-ray shows?
14     A  Yes.
15     Q  But the -- do you have an understanding of
16 how the ILO guidelines are promulgated?
17     A  You mean originally or --
18     Q  Well, originally and then -- let's back up.
19     They were originally put out in 1980,
20 correct?
21     A  Yeah.
22     Q  All right.  Do you have an understanding of
23 how they came into existence?
24     A  Oh, a bit, not a lot.  They came in -- I'm
25 not sure that I do know.  I think they came about

Page 58

1 because of trying to use it as a goal for disability
2 for coal miners was the original which is why
3 (inaudible), West Virginia, and I suspect that's -- I
4 think that's how it originally started.  I'm not
5 absolutely certain of all that.
6     Q  And one of the goals was that it was to
7 create sort of a unified system of rules for how you
8 can describe chest x-rays to another doctor in a way
9 that's shorthand as opposed to both of you having to
10 look at the film, correct?
11     A  Yes, I guess -- I guess that was the original
12 reason.  I don't know the -- that one in particular,
13 I'm not sure whether that was an original goal or
14 not.
15     Q  Okay.  And what is your understanding of how
16 the -- and the ILO was revised in about the year
17 2000, correct?
18     A  Yes.
19     Q  It became publically available sometime after
20 that?
21     A  It became what?
22     Q  Publically available.  The ILO guidelines
23 from the year 2000 became publically available
24 sometime after the year 2000, right?
25     A  Well, I know they're publically available.

Page 59

1 Were they not before that?
2     Q  At some point in the year 2000, the ILO
3 guidelines were revised, correct?
4     A  Yes.
5     Q  Did you have any role in revising those
6 guidelines?
7     A  Not at all.
8     Q  Do you have an understanding as to who the
9 people were that made the revisions to those
10 guidelines?
11     A  Not all of them, no.
12     Q  Do you understand that at least some of the
13 people involved were experts in asbestos-related
14 medical issues?
15     A  Oh, I believe they were, yes.
16     Q  You wouldn't say that the -- if a doctor were
17 to rely on the ILO guidelines for purposes of
18 defining pleural disease that that doctor is outside
19 the medical mainstream, would you?
20     A  Well, probably not, although there are --
21 becoming evident with time more discrepancies
22 relative to that particularly when you review the
23 literature.  There are -- well, there's exceptions to
24 everything as you can imagine.
25     Q  But you wouldn't say, for example, if a

Page 60

1 doctor was asked to give an opinion about whether or
2 not someone had pleural thickening versus pleural
3 plaque, that doctor relied on the definition of
4 pleural thickening in the ILO -- 2000 ILO guidelines
5 that he or she was operating completely out of the
6 bounds of mainstream medical science?
7     A  They would be operating with what's written
8 in the ILO guidelines.
9     Q  And that would be acceptable medical
10 practice, correct?
11     A  That's a whole other issue because there's
12 significant differences between what the ILO
13 guidelines are and certain diffuse pleural thickening
14 and confluent plaques and things like that that are
15 at issue with the problems of these people that died
16 with Libby asbestos.
17     Q  But I understand that you have some
18 criticisms of the way the 2000 ILO guidelines defined
19 pleural thickening versus pleural plaque, I take it?
20     A  Yes.
21     Q  But you wouldn't say that a doctor who relied
22 on the 2000 ILO guidelines for purposes of deciding
23 whether someone had pleural plaques or pleural
24 thickening was being completely arbitrary and not
25 following accepted medical science?

(Pages 57 to 60)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

16

Page 61

1    A  Those are two different parts of the
2  question. I think you should separate them.
3    Q  Okay.  Would you say that someone who relies
4  on the 2000 ILO guidelines is not following accepted
5  medical practice if they follow those definitions for
6  purposes of trying to determine -- give an opinion
7  about whether someone has diffuse pleural thickening
8  or pleural plaques?
9    A  No, they would be following the guidelines.
10   Q  And that would be acceptable medical practice
11 to do so?
12   A  I think there's very large exceptions in that
13 relative to Libby asbestos and there's also a fair
14 number or significant amount of exceptions to that in
15 the medical literature, particularly McCloud, and
16 we're talking -- we're talking about blunting and
17 diffuse pleural thickening, so we might as well cut
18 to the -- cut to the meat of this.
19   Q  Sure.
20   A  And McCloud only found, I think, 45 percent
21 of the people had blunting with diffuse pleural
22 thickening.  I think there's one other where I can't
23 remember the name of who wrote it in a similar vain.
24 It also wrote that everybody that had diffuse pleural
25 thickening had a prior pleural effusion and there's

Page 62

1  evidence in the literature that that -- there are
2  more than one view of that, and for whatever reasons
3  and I obviously wasn't privy to any of those
4  discussions, they selected that piece of information
5  as opposed to McCloud's article which very well
6  details the incidence of blunting associated with
7  diffuse pleural thickening.
8        And that amazingly correlates almost exactly
9  with what we have in Libby in these people who died.
10       MR. BERNICK:  I'm sorry.  Your voice
11 trailed off a little bit, Dr. Whitehouse.  What
12 corresponded almost identically with the --
13       THE WITNESS:  Oh, the McCloud numbers
14 correlate almost exactly with the Libby numbers for
15 the incidents of blunting as a criteria for diffuse
16 pleural thickening.  We have all these people with
17 diffuse pleural thickening that don't have blunting.
18   Q  (By Mr. Finch)  Okay.  Mr. Bernick probably
19 has lots of questions about diffuse pleural
20 thickening and blunting, but I'm just asking you in
21 general --
22       MR. BERNICK:  Don't count on it.
23   Q  (By Mr. Finch)  In general, if someone
24 followed the ILO guidelines requirement for saying
25 that blunting would be required to define something

Page 63

1  as diffuse pleural thickening, that person would not
2  be outside of the bounds of generally accepted
3  medical practice, correct?
4    A  Probably not.
5    Q  Now, before we got into the discussion of
6  blunting, there -- I'm still at the 2004 ATS
7  statement.  The statement says, A proposal has been
8  put forward for a classification system analogous to
9  that of the ILO system for plain chest radiographs,
10 but none has been widely adopted.
11       Do you see that language?
12   A  Yeah.
13   Q  And what they're referring to is a proposal
14 has been put forward for a way to grade HRCT in a way
15 that is descriptive much like the ILO system is
16 descriptive for chest x-rays, correct?
17   A  Correct.
18   Q  Okay.  And this statement was put out --
19 well, the date on it is December 12, 2003, but that's
20 almost six years ago.
21       To your knowledge, has there been a widely
22 adopted way to classify high resolution CAT scans of
23 the chest that is similar to the ILO system for
24 x-rays?
25   A  It hasn't been widely adopted.

Page 64

1    Q  Okay.
2    A  There is -- we actually -- other people in
3  the CARD clinic are actually working on this and
4  trying to develop something that is simple because
5  the one that's out there takes over an hour to do a
6  CT, and if you think about that, you can read a CT in
7  about five or ten minutes and then you take an hour
8  and -- it isn't going to happen.
9    Q  Nobody would use it?
10   A  Nobody will use it, no.
11   Q  Well --
12   A  That's exactly what's happened.
13   Q  Okay.  So, I mean, my understanding of the
14 ILO -- the way the ILO system works is it's a big box
15 with sample films in it that you can compare 1/1
16 versus whatever x-ray you're looking at to see how
17 those two things line up.  Is that basically how it
18 works?
19   A  Supposedly.
20   Q  Okay.  Supposedly and theoretically, that's
21 how it works, right?
22   A  Theoretically, that's how it works.
23   Q  Okay.  Some doctors follow that to a greater
24 or lesser degree, right?
25   A  I would agree with you on that.

(Pages 61 to 64)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

17

Page 65

1    Q  Okay.  But -- and there's not something
2    similarly developed yet where somebody can quickly
3    and easily take a picture of HRCT and this is what a
4    1/1 should look like or the equivalent of this is
5    what diffuse pleural thickening should look like and
6    compare it to some kind of master image that is
7    widely adopted or easy to use, right?
8        A  No, there isn't anything out there like that
9    yet.
10       Q  Okay.  On Page 697, there is a column -- in
11   the second column, there's something called -- the
12   heading is Pulmonary Function Tests.  Do you see
13   that?
14       A  Mm-hm, I do.
15       Q  The third paragraph in that section says, In
16   addition to diminished lung volumes, the carbon
17   monoxide diffusing capacity is commonly reduced due
18   to diminished alveolar-capillary gas diffusion as
19   well as ventilation-profusion mismatching.
20          Do you see that?
21       A  Yes.
22       Q  Okay.  And then it goes on to say, Although a
23   low diffusing capacity for carbon monoxide is often
24   reported as the most sensitive indicator of early
25   asbestosis, it is also a relatively non-specific

Page 66

1    finding.
2           Do you agree with that statement?
3        A  I don't entirely because I would agree that
4    it's not a specific finding because there's basically
5    two categories of things that will modify the
6    diffusion capacity, but that could be separated out
7    pretty quickly with the pulmonary function studies as
8    to the etiology of the diffusion capacity
9    abnormality.
10       Q  Well, first, there's -- actually, there's
11   really two statements in that sentence, right, Dr.
12   Whitehouse?
13       A  Mm-hm.  (Answers affirmatively.)
14       Q  The first one is a low diffusing capacity for
15   carbon monoxide is often reported as the most
16   sensitive indicator of early asbestosis.
17          Now, do you agree with that?
18       A  I do agree with that that's a very
19   sensitive -- not necessarily early asbestosis, but it
20   may be the only indicator of pulmonary functionwise
21   to correlate what you're seeing radiographically.
22       Q  Okay.  And sensitive and specific have
23   defined meetings within the field of epidemiology,
24   correct?  Or let me back up.
25          Sensitive and specific have defined meanings

Page 67

1    within the medical literature, right?
2        A  Yes.
3        Q  All right.  What is your understanding of
4    sensitive?
5        A  Well, specific means nailing it down to a
6    single -- make it simplistic.  Specific means you
7    nail it down to one cause or something clearly
8    definable, whereas, sensitivity means it's the
9    abnormal, but there could be a bunch of causes.
10       Q  Okay.  And so -- excuse me.  Please finish.
11       A  That's fine.
12       Q  So if something is a non-specific finding --
13   and here we're talking about DLCO, you said a little
14   while ago that there are other things that can cause
15   a reduction in DLCO besides asbestos-related disease,
16   correct?
17       A  That's true.
18       Q  That would be smoking, for example?
19       A  Smoking is a minimal.  I mean, that's so
20   overblown it's unbelievable.  In the literature,
21   current smokers may be down, particularly in
22   Australia literature, a small amount in their DLCO,
23   but not to a significant degree.
24          Two things that make the difference is
25   obstructive disease with ventilation-protrusion

Page 68

1    mismatches and interstitial lung disease, whether
2    seen or not seen on the film.  Those are the two big
3    factors.
4        Q  That affect that DLCO?
5        A  Those are the two things that affect.
6        Q  And obstructive disease can be caused by many
7    things other than asbestos exposure, correct?
8        A  True, except that a recent article on
9    obstructive disease was the most common abnormality
10   associated with asbestos disease.  I mean it was the
11   most common pulmonary function abnormality.  There's
12   an article by O'Hare* about that.
13       Q  But you would agree with me there are lots of
14   things that can cause obstructive disease in the
15   lungs that aren't asbestos related?
16       A  Surely.
17       Q  I mean, chronic obstructive pulmonary disease
18   is something that can happen as a result of smoking,
19   correct?
20       A  It may be due to emphysema due to smoking,
21   but it may be also a manifestation of asbestos
22   disease.
23       Q  What else -- what other -- what other things
24   can cause obstructive disease other than asbestos
25   exposure?

(Pages 65 to 68)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
18

Page 69

1  A  You mean other than smoking --
2  Q  Other than smoking.
3  A  -- and emphysema?
4      Chronic asthma can be for many, many years.
5  If you have asthma that's never been treated, it
6  could result in chronic obstructive disease.  There's
7  also a fair number of much less common diseases that
8  can do it such as bronchiectasis and some pulmonary
9  vascular diseases can do it.
10     Potentially if you have enough lung
11 obstruction, you can get overexpansion and enough
12 lung resection from surgery, you can get a little
13 overexpansion and cause it, but for the most part,
14 it's either emphysema, chronic asthma, or asbestos.
15 Q  Okay.  Could you turn to Page 705?
16 A  700 and what?
17 Q  705 --
18 A  705.
19 Q  -- of the 2004 ATS.
20 A  (Complies.)
21 Q  The carryover paragraph -- the bottom of the
22 first column carrying over says, Although pleural
23 plaques has long been considered inconsequential
24 markers of asbestos exposure, studies of large
25 cohorts have shown a significant reduction in lung

Page 70

1  function attributable to the plaques averaging about
2  five percent of forced vital capacity even when
3  interstitial fibrosis asbestosis is absent
4  radiographically.
5      Do you see that?
6  A  Yes.
7  Q  Would you agree with me that a -- what
8  they're talking about here is a decline of five
9  percent as seen over a population of people, not the
10 decline of five percent in any individual?
11 A  Oh, I'm sure, yeah, it's a large population
12 group.  I don't know how big, but... (Pause.)
13 Q  If a forced vital capacity declines by five
14 percent in an individual, that may or may not be
15 clinically significant, correct?
16 A  Depends over what period of time.  And you're
17 talking about five percent of predicted or five
18 percent of actual numbers?  Because you lose a
19 certain percentage every year.
20 Q  Well, I'm just talking about the literature
21 cited by the ATS statement.
22     Do you know whether the five percent they're
23 talking about is five percent of predicted or five
24 percent over a longitudinal period of time?
25 A  I do not know the answer to that.  I'm not

Page 71

1  familiar with those articles.
2  Q  Okay.  At the bottom of that paragraph, the
3  ATS writes, Even so, most people with pleural plaques
4  alone have well-preserved lung functions, and they
5  cite to a study.
6      Do you agree with that?
7  A  I don't have any problem with that.
8  Q  Do you agree with me that the medical
9  literature as it relates to asbestos-related diseases
10 is quite extensive?
11 A  It's voluminous.
12 Q  And do you agree with me that equally
13 qualified doctors can read the same literature and
14 come to differing views about asbestos-related
15 medical issues?
16 A  Certainly.
17 Q  Are you familiar with the debate in the
18 medical literature about whether you can attribute
19 lung cancer to asbestos exposure in the absence of
20 underlying asbestosis?
21 A  I've seen that.  I don't know that I have an
22 opinion about it.
23 Q  Okay.  You are -- you're familiar with the
24 concept of pathology, right?
25 A  Certainly.

Page 72

1  Q  Would you agree with me that if you have
2  pathologic specimens of someone's lungs, you can
3  definitely determine whether or not they have a
4  non-malignant asbestos-related disease or not?
5  A  No, you can't.
6  Q  You cannot?
7  A  No, because frequently you cannot find the
8  asbestos fibers except for in very sophisticated
9  techniques in the lung, and so many of the pathologic
10 specimens in people known to have asbestosis do not
11 turn up asbestos bodies or asbestos fibers.
12 Q  Have you ever heard pathology described as
13 the gold standard for determining whether or not
14 somebody has interstitial fibrosis?
15 A  I haven't heard that.  I'm not sure I'd agree
16 with it either.
17 Q  Okay.  So you would -- you would dispute the
18 idea that pathology would be the best indicator as to
19 whether or not someone has an asbestos-related
20 non-malignant disease?
21 A  I think the best indicators are what we do
22 day in and day out.  We take an environmental
23 history, we look at the x-rays, listen to the
24 patient's chest, we look at the pulmonary functions,
25 and make that decision, and I think we're probably

(Pages 69 to 72)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
19

Page 73

1  right almost all the time.
2    Q  Okay.  So is it fair to say that you do not
3  rely on pathology for your opinions about the
4  severity or the distinctness of pleural disease
5  caused by exposure to Libby asbestos as compared to
6  pleural disease caused by other asbestos?
7    A  No, except that I have seen some things on
8  thoracoscopy photographs on the lungs which I have in
9  my collection of photographs from a surgeon that I
10  worked with in Spokane that demonstrates some things
11  that are unusual and look different, but they aren't
12  documented beyond that point, but... (Pause.)
13        (Mr. Stansbury exits.)
14    Q  (By Mr. Finch)  Who was the surgeon you used
15  to work with in Spokane?
16    A  Vern Holbert*.
17    Q  Would you agree with me that from the
18  perspective of pathology, there is no difference
19  between pleural disease caused by exposure to Libby
20  asbestos and pleural disease caused by anything else?
21    A  I think there may be, but I can't tell you
22  for certain.  We see a lot more inflammatory disease.
23  We see plaques that are scarlet red, very highly
24  inflamed, which correlates with a high degree of
25  chest pain and pleurisy in the people from Libby, and

Page 74

1  we see that when we look at the photographs and it's
2  described by the surgeon that I'm referring to, who
3  actually I've known for many, many years because I
4  practiced in Spokane.
5    Q  Okay.  But you haven't taken pathology from
6  people who died of -- according to you, died as a
7  result of pleural disease caused by exposure to Libby
8  asbestos and compared that to pathology taken from
9  people who have pleural disease caused by other types
10  of asbestos exposure?
11    A  No, although those specimens are being
12  collected.
13    Q  But you haven't -- in any of your academic
14  writings or in any of your reports, you have not made
15  any kind of comparison of pathology between the
16  asbestos disease caused by exposure to Libby asbestos
17  and asbestos disease caused by exposure to anything
18  else?
19    A  No.
20    Q  Okay.  So you can't say that there's anything
21  that is distinct or different about asbestos disease
22  caused by exposure to Libby asbestos as compared to
23  asbestos disease caused by exposure to some other
24  type of asbestos from the perspective of a
25  pathologist relying on pathological evidence?

Page 75

1    A  Probably not, but I don't have enough
2  evidence to say one way or the other at this point.
3    Q  Okay.  Have you read Dr. Sam Hammer's report
4  in this case?
5    A  Yes.
6    Q  His opinion is based on the work that he's
7  done, there's no difference from the pathology
8  between asbestos disease seen in Libby patients and
9  asbestos disease seen elsewhere?
10    A  I believe that's his opinion, yes.
11    Q  And you're not in a position to dispute that?
12    A  No.  I have a high regard for Sam Hammer.
13        (Mr. Stansbury returns.)
14    Q  (By Mr. Finch)  Do you have an understanding
15  of the term used in epidemiology called a cohort
16  study?
17    A  Yes.
18    Q  And what's your understanding of a cohort
19  study?
20    A  Well, a cohort study is a group of people
21  that have something that you want to study and you
22  put together in that cohort, either with or without
23  controls, the nature of whatever it is you're
24  studying and detailing it and outlining it.
25    Q  So would you agree with me that for a cohort

Page 76

1  study to be valid, you have to define the cohort
2  upfront and follow them over time to see how --
3  whatever it is you're trying to determine has an
4  affect on them has an impact?
5    A  It can.
6    Q  You're familiar with the Selikoff study of
7  the insulators that was done by Mount Sinai, correct?
8    A  I am.
9    Q  That's an example of a cohort study?
10    A  Yes.
11    Q  Would you agree with me that your -- the
12  people described in your 2004 paper, that's not a
13  cohort study?
14    A  No, I think in a sense it is because of the
15  way it was selected.  It was selected as every
16  patient that came into my office that had an asbestos
17  disease, had zero pulmonary function studies every
18  year, and so looking at that cohort, I just looked at
19  everybody that had had two pulmonary function studies
20  over a period, and as it turned out, it was over a
21  period of a number of years, but -- so that's a
22  cohort.
23    Q  Well, it wasn't defined -- you didn't start
24  out the way Selikoff did, with defining the cohort
25  people who were exposed to asbestos and then

(Pages 73 to 76)

Buell Realtime Reporting
206 287 9066

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
20

Page 77

1  following them over time, correct?
2      A  These were already people that I knew had
3  asbestos abnormality on their x-rays and had the
4  exposure history on them.
5      Q  Okay.  So the selection criteria wasn't --
6  wasn't controlled by a level of exposure.  It was
7  just people who happened to have two or more
8  pulmonary function tests?
9      A  Basically that was it.  It was a very simple
10  study.
11      Q  What did -- strike that.
12          In your expert witness report, you described
13  some of the medical literature about the differences
14  between chrysotile asbestos and other amphiboles
15  asbestos being productive of mesothelioma or lung
16  cancer.  Do you recall that section of your report?
17      A  Repeat, please, so I'm sure --
18      Q  In your report -- in your report, you have a
19  section where you describe what your view of the
20  medical literature is about whether or not chrysotile
21  asbestos is more or less likely to cause mesothelioma
22  or lung cancer than amphiboles asbestos?
23      A  Yes.
24      Q  Did you read Dr. Frank's testimony in his
25  deposition last week or two weeks ago --

Page 78

1      A  I did.
2      Q  -- on that point?
3      A  Mm-hm.  (Answers affirmatively.)
4      Q  Did you have any understanding that the
5  Berman and Crump* work that you refer to at
6  paragraph 57 of your report was reviewed by an EPA
7  science advisory board this past summer of 2008?
8      A  I was not aware of that.
9      Q  Dr. Frank was aware of it, correct?
10      A  Yeah, no, I do understand he was.
11      Q  Okay.  And his -- he agreed with the EPA
12  Science Advisory Board that the Berman and Crump work
13  that attempted to quantify the differences between
14  fiber type in causing mesothelioma or lung cancer was
15  weak?
16      A  He didn't dismiss it.  He said that the
17  school was still out on it basically in his -- in his
18  deposition.
19      Q  Right.
20          And the EPA Science Advisory Board determined
21  the scientific basis that is laid out on in the
22  technical document -- and they're referring to the
23  Berman and Crump work -- in support of their method
24  to attempt to quantify the difference between fiber
25  types is weak and inadequate.  That was his

Page 79

1  understanding of what the EPA Science Advisory Board
2  determined, correct?
3      A  Correct.
4      Q  And I take it you weren't asked to
5  participate in that science advisory board review of
6  differences between fiber types, correct?
7      A  No.
8      Q  And you would agree with me that it's still
9  the official position of the United States government
10  that chrysotile is equally likely to cause
11  mesothelioma as amphibole asbestos?
12      A  I don't think it says exactly that.  It says
13  that the information -- that the data was weak.  It
14  doesn't say that it is not.  It just says the school
15  is still out on it, that Arthur's -- Dr. Frank's
16  comments on that reflected that.
17          MR. FINCH:  Let's mark this as the next
18  exhibit.
19          (Exhibit-6 marked for
20          identification.)
21      Q  (By Mr. Finch)  Dr. Whitehouse, this is an
22  exhibit I used with Dr. Frank.  I put it together
23  from a combination of either statements in your
24  expert witness report or statements that the Libby
25  claimants' lawyers have made in papers filed with the

Page 80

1  court.
2          Would you agree that 9,500 is a good
3  approximation of the people in Lincoln County,
4  Montana, who were likely exposed to Grace asbestos?
5      A  No.
6      Q  What would be your figure for that?
7      A  I have absolutely no idea.  There were
8  hundreds and hundreds of people that worked in the
9  Libby dam that lived there for a couple years.  There
10  was a lot of construction going on at that point in
11  time.  There was a very transient population that
12  came in and out at that point.  There could be in the
13  thousands.  I just don't know the answer to that.
14          There's also a vacationing spot there.
15  There's been a lot of people that would spend summers
16  up there that are not included in that population, so
17  the actual number of exposed people is probably a lot
18  higher but are not included in any of Grace's figures
19  because they excluded anybody that wasn't a permanent
20  resident.
21      Q  Okay.  So I think I pulled that figure out of
22  your report.
23          Would you agree with me that at least 9,500
24  people were exposed to Libby asbestos?
25      A  Oh, I assume that that's probably -- you

(Pages 77 to 80)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
21

Page 81

1 know, I don't think we really know for sure. I know
2 that -- that it's probably more than that, but on the
3 other hand, I don't know whether the people that
4 lived up in the far extremes of the county were ever
5 exposed to it as far as I know. It's a big county.
6     Q   And then the ATSDR came in and did some
7 screening a few years ago for -- to determine what --
8 how many people had x-ray abnormalities as a result
9 of exposure to asbestos, right?
10     A   And that was a -- they studied 6,000 and
11 there was a significant number that were never looked
12 at, and of those 6,000, there were a fair number of
13 people that were not Lincoln County residents. They
14 were people from Spokane that used to live there or
15 from other parts of Montana, and I forget the exact
16 number that had abnormal x-rays. I think it was 19
17 percent or 17 percent, so it was about 1,000 or more.
18     Q   Okay. Could you turn to Page 30 in your
19 expert report?
20     A   Sure. Page 30?
21     Q   Page 30. It's Page 30. It's -- I think it's
22 paragraph 35. Paragraph 35 runs on for several
23 pages. It's Page 30.
24     A   Okay.
25     Q   See at the top of the page, the Peipins, it

Page 82

1 talks about the 9,500 people --
2     A   Right.
3     Q   -- from Central Lincoln County?
4         So I take it that all of your opinions about
5 pleural disease caused by exposure to Libby asbestos
6 are valid only for the people who have
7 asbestos-related disease, and you're not making any
8 conclusions or analyses about the entire cohort
9 people who were exposed to Libby asbestos; is that
10 correct?
11     A   Well, not really. I guess the best way to
12 say that is that I'm sure that there are a fair
13 number of people out there still that have not been
14 discovered and may have abnormalities on their films,
15 but I'm not drawing any conclusions about that
16 because I haven't had a chance to study them.
17     Q   Okay. So you're only drawing conclusions
18 about -- your conclusions are only valid with respect
19 to people who have already been diagnosed with
20 asbestos-related disease; is that correct?
21     A   That's correct.
22     Q   All right. And then the second page of this,
23 there's --
24         MR. LEWIS:  Second page of what,
25 Counsel?

Page 83

1         MR. FINCH:  Second page of Whitehouse
2 Exhibit-6.
3     Q   (By Mr. Finch)  You have stated in your
4 report and elsewhere that there's approximately 1,800
5 CARD Clinic patients with asbestos-related disease?
6     A   Yeah, that's the number that I got from
7 the -- you know, the nurses that run the place about
8 six months ago. They didn't have an exact number.
9     Q   Okay. Would you expect that those 1,800 are
10 largely overlapped with -- whether the exposed
11 population was 9,500 or 6,600 or 10,000, that the
12 1,800 or the substantial majority of those people are
13 a subset of the exposed population?
14     A   I would think so, but there's a certain
15 number of them that are not part of that Lincoln
16 County population, above, anymore. They were at one
17 time, but they're not now. They live -- there's a
18 lot of patients in Spokane, in Missoula, in
19 Kalispell, and some in Great Falls, and then we get
20 patients all over the country coming back that used
21 to live there, so -- and I don't know the breakdown
22 in numbers. I have no idea what it is.
23     Q   Okay. Could you go to the last page about
24 this -- last page of Whitehouse Exhibit-6?
25     A   Okay.

Page 84

1     Q   Okay. Would you agree with me that your
2 opinions about someone who has been diagnosed with an
3 asbestos-related non-malignant disease as a result of
4 being exposed to Libby asbestos, that that person
5 would have a probability of death are based on the
6 CARD mortality study?
7     A   I'm only going to base that on the ones that
8 I know more about which is the Libby claimants, the
9 950 there. I would point out one other point in this
10 is that there's 1,800 clinic patients with a
11 diagnosis. There's also another three or four
12 hundred that have been screened and do not have
13 disease.
14     Q   Do not have disease?
15     A   Do not have disease, but they're also part of
16 the clinic.
17     Q   But there's -- there's 1,800 people that are
18 part of the clinic and there's 950 of them that are
19 Libby claimants and you have more familiarity with
20 that group than the 850 diseased patients that you
21 see, but aren't the Libby claimants, correct?
22     A   That's true and particularly since there's
23 been a lot added in the last year or so and I've been
24 working less up there.
25     Q   And I believe I asked you this this morning,

(Pages 81 to 84)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
22

## Page 85

1  but you haven't done anything to compare and contrast
2  either the type of disease or the severity of the
3  disease between the 850 other patients and the 950
4  who are Libby claimants, correct?
5      A  No.
6      Q  You haven't -- you have not done that,
7  correct?
8      A  No, I have not.
9      Q  Okay.  And is it correct that you hold the
10  opinion that someone who is diagnosed with a
11  non-malignant asbestos disease caused by exposure to
12  Libby asbestos is more likely than not going to die
13  from an asbestos-related disease?
14      A  Out of that 950?
15      Q  Out of the 950 or the 1,800?
16      A  Will you read -- repeat the question again.
17      Q  Sure.
18      A  I want to make sure I get it right.
19      Q  Do you have an opinion -- do you have an
20  opinion to a reasonable degree of medical certainty
21  that for the 950 Libby claimants who have been
22  diagnosed with a non-malignant asbestos-related
23  disease, that each one of them is more likely than
24  not going to die from an asbestos-related disease?
25      A  The death rate, when we've gone through the

## Page 86

1  death certificates in all of these people, it's
2  something like 57 percent -- or I think it was 52
3  percent on best information, 57 percent was
4  significant association with asbestos disease -- I
5  think that group of people has the same breakdown in
6  percentages as the 950 -- approximately a third
7  miners, and the balance are community members and
8  family members.  Community members are the
9  majority -- I think you can make the extrapolation
10  having looked at those people myself, that most of
11  the people that died are my patients, looking at
12  those, then we're going to see the same thing in the
13  950 and so that there is a high probability or not a
14  high probability, there's a probability that they're
15  going to die more than 50 percent from asbestos
16  disease.
17      Q  Okay.  What about related --
18      A  And then add to that the cancers on top of
19  it.
20      Q  What about the 850?  The 850 on this that
21  aren't --
22      A  The 850?
23      Q  Yeah.
24      A  I'm not going to draw any conclusions.  I
25  don't know anything about them.

## Page 87

1      MR. FINCH:  Okay.  This would be a good
2  time to take another break.
3      THE WITNESS:  Okay.
4      MR. FINCH:  I just want one for
5  personal reasons.  Why don't we come back in five
6  minutes?
7      THE VIDEOGRAPHER:  We're going off the
8  record.  The time now is 10:30 a.m.  This is the end
9  of disk number one in the continuing deposition.
10      (Recess.)
11      THE VIDEOGRAPHER:  We're back on the
12  record.  The time is now 10:37 a.m.  This is the
13  beginning of disk number two in the continuing
14  deposition of Dr. Alan Whitehouse.
15      (Exhibit-7 marked for
16          identification.)
17      EXAMINATION (Continuing)
18  BY MR. FINCH:
19      Q  Dr. Whitehouse, I've put what's been marked
20  as Whitehouse Exhibit-7 in front of you.
21      A  Yes.
22      Q  What is that document?
23      A  Oh, that's a -- that's a counting sheet that
24  was done basically on the basis of Dr. Frank's and my
25  reading all these x-rays and these people for pleural

## Page 88

1  thickness, the non-malignant ones, the pleural
2  thickness, the blunting plaques, et cetera.  We did
3  it independently.
4      (Ms. Bloom returns.)
5      Q  (By Mr. Finch)  Okay.  Let me see if I
6  understand this.  You started out with 227 people who
7  were CARD Clinic patients --
8      A  Yes.
9      Q  -- that had died, right?
10      A  Died through last year.
11      Q  Through last year.
12      And this is the mortality study that you're
13  relying on for your opinion as to probability of
14  death, correct?
15      A  That's right.
16      Q  All right.  Then you excluded 41 of them for
17  various reasons, correct?
18      A  Well, basically, they either didn't have any
19  asbestos diagnosis to begin with, we didn't have a
20  death certificate, couldn't get one, didn't have a
21  chart, didn't get chest x-rays.  There's a lot of
22  reasons why, but unless we had a fairly complete set
23  of data, we didn't -- they weren't included.
24      Q  Okay.  And that left you with 186 people?
25      A  Right.

(Pages 85 to 88)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
23

Page 89

1    Q  And then of that, 34 of them died of
2 mesothelioma or some other asbestos-related type
3 cancer, right?
4    A  Mm-hm, yes.
5    Q  And then you got 76 that were nos and 76
6 were yeses, right?
7    A  Yes, exactly the same number.  Sort of odd.
8         (Mr. Longosz returns from recess.)
9    Q  (By Mr. Finch)  What is it -- what is it --
10 who determined what versus a yes or a no?  That was
11 you?
12    A  And Dr. Frank.
13    Q  Well, he testified that he looked at the
14 x-rays on the 76, but that you made the determination
15 as to whether or not --
16    A  Well --
17    Q  -- there was a -- the death was due to an
18 asbestos-related disease?
19    A  Yeah, actually --
20         MR. LEWIS:  Just a -- just a second.
21 Object to that on the grounds it's not put in a form
22 of a question and it's just a comment on Dr. Frank's
23 testimony and should be strickened from the record.
24         MR. FINCH:  Let me rephrase the
25 question.

Page 90

1    Q  (By Mr. Finch)  How did you determine that
2 someone was a yes versus a no?
3    A  Dr. Frank actually did not do that part.  I
4 did that part of it.  I misspoke.  Basically what I
5 did was I -- we looked at the death certificates or I
6 looked at the death certificates.  I looked at the
7 chart, the x-rays, and made basically a decision
8 based on all that information put together and some
9 of my -- made a decision that it was probably a
10 contributing cause and others which it was a direct
11 cause, so you'll note that there was actually
12 different percentages for the direct cause versus the
13 contributing cause.
14    I had the advantage of the fact that I knew
15 almost all of these patients within -- with just the
16 exception of a few because I had seen so many of them
17 over the years previously.  That's how it came about.
18    Q  Okay.  And what standard did you use to
19 determine whether or not someone died as a result of
20 a non-malignant asbestos-related disease?  Did you
21 use a substantial contributing cause standard or did
22 you use some other standard?
23    A  I used the best available information, sort
24 of an approach similar to what Selikoff did, tried to
25 reduplicate his studies with the insulators and I --

Page 91

1 a lot of them were obvious.  They were asbestos
2 deaths.  They were signed out, their death
3 certificate, as asbestosis.
4    There was a fair number in which they would
5 say a terminal pneumonia, but they had severe
6 asbestosis and that was considered an asbestos death,
7 and there were a number in which they called COPD and
8 they really didn't have COPD.
9    This, unfortunately, is one of the problems
10 with death certificates is that family docs not only
11 in Montana, but in Spokane and everywhere else call
12 everything COPD that dies of respiratory disease, and
13 that's where you have to fare it out and look at all
14 the data before you can make that judgment because it
15 was asbestos related.
16    Q  And when you were making the judgment as to
17 whether or not it was asbestos related, how did --
18 what standard were you using to do that?  Were you
19 saying it's only asbestos related if I conclude to a
20 reasonable degree of medical certainty that the
21 asbestos-related disease was the cause of the death
22 or did you also say that a death of asbestos disease
23 related if you concluded to a reasonable degree of
24 medical certainty that the asbestos disease
25 contributed to the death?

Page 92

1    A  We didn't use the contributing cause in the
2 final numbers, okay, because that's always subject to
3 a lot of discretion.  What we did or what I did
4 basically was to make certain that their death was
5 directly caused in some form or another by their
6 asbestosis.  That means that having looked at their
7 x-ray and their pulmonary functions and all their
8 charting, they had had severe disease, and then they
9 had to have some sort of a terminal event in which
10 either the asbestosis killed them because they became
11 a little bit more disabled or because of the fact
12 that it led to another problem that killed them such
13 as a pneumonia or severe cor pulmonale resulting from
14 pulmonary hypertension, things like that.
15    Q  Okay.
16    A  And that's how the decisions were made.
17    Q  Okay.  Attached to your report and,
18 unfortunately, it doesn't have a page on it, but it's
19 kind of near the back, there's something that is
20 entitled 116 Mortality List.xls.
21    A  Let's see what number it is.
22    Q  It's --
23    A  Where is it?
24    Q  In my copy of the report, it was -- it was
25 before your references.  It wasn't in an exhibit to

(Pages 89 to 92)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
24

Page 93

1 your report.  It was just --
2     A   Is that it?
3         MR. LEWIS:  Is this it?
4     A   116 Mortality List?
5     Q   (By Mr. Finch)  Yes.
6     A   Excel?
7     Q   Yeah.
8         What is that?  What is that document,
9 Dr. Whitehouse?
10     A   Well, that document is the -- first off, the
11 names of the people that are clients, plus the
12 initials of people that are not clients.  It gives a
13 diagnosis date, whether it was on the death
14 certificate they died or whether it was best evidence
15 that caused it, who signed the death certificate,
16 where they lived, things like that.
17     Q   Okay.  And it's --
18     A   And it's basically the demographics of
19 everybody.
20     Q   Okay.  This is the demographics of the people
21 involved in the mortality study; is that correct?
22     A   Yeah, that's right.  And if you'll note that
23 a lot of them, even though I didn't sign most of the
24 death certificates because a lot of them died in
25 Libby, I had seen them in enough proximity that I

Page 94

1 knew -- had seem them in Spokane and taken care of
2 them in Spokane, so I frequently did not sign the
3 death certificates myself.
4     Q   Okay.  Let me just -- let me just understand
5 what this is.
6         This is 116 people --
7     A   Right.
8     Q   -- that you determined their -- that their
9 death was due to an asbestos-related disease; is that
10 right?
11     A   Yes.
12     Q   And this would include both the cancers and
13 the non-cancers, right?
14     A   Yes.
15     Q   Okay.  Why the discrepancy between the 116
16 shown here and if you add 76 and 34, you come up with
17 110?
18         MR. BERNICK:  It's because you can't
19 add, Nate.  Let the record reflect that was in gest.
20         MR. LEWIS:  Perhaps it's my
21 shortcoming, Counsel, but I don't understand the
22 question.  I don't --
23     Q   (By Mr. Finch)  My question is -- my question
24 is:  Is there -- are there six people on this
25 document, 116 Mortality List.xls that either didn't

Page 95

1 die as a result of asbestos-related disease or
2 there's a miscounting or what?
3     A   Those were the six that we took off to get
4 final numbers.
5     Q   Okay.  All right.
6     A   Okay?
7     Q   I understand that now.
8         So this would be the --
9     A   These are the ones that, originally, I
10 thought were and then --
11     Q   And then you took off six?
12     A   Well, and then Arthur gave me some static
13 about a couple of them and we -- because he had
14 looked at a lot of these as well and then we narrowed
15 it down by, you know, going through it a second time
16 to come out.
17         The problem was that the first time I did
18 this was contributing cause and the second time I did
19 it was more directly as the direct best estimate of
20 underlying disease that was the causing factor.
21     Q   Okay.  Now, let me make sure I understand the
22 categories.
23         Worker W means somebody who worked for W.R.
24 Grace?
25     A   That was a miner, mm-hm.

Page 96

1     Q   And sub means somebody who was a
2 subcontractor that worked at the mines?
3     A   Yeah.
4     Q   And then FM means family member?
5     A   Yeah.
6     Q   Are you familiar with the medical literature
7 that exists that shows that females or other family
8 members of workers who were occupationally exposed to
9 asbestos can be exposed to substantial amounts of
10 asbestos in the home?
11     A   Oh, sure.
12     Q   Would you agree with me that generally
13 speaking of the people in Libby, the people that
14 worked at the mine were exposed to significantly more
15 asbestos than the community exposures?
16     A   In certain parts of the mine, almost
17 certainly.
18     Q   And would you also agree with me that the
19 family members of people who were occupationally
20 exposed to Grace's asbestos in and around Libby
21 probably had higher exposures on average than people
22 who just had pure community exposures?
23     A   That is undetermined.  It probably is true,
24 but it's undetermined.
25     Q   Okay.  And then C, I take it, stands for

(Pages 93 to 96)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
25

Page 97

1  community exposure?
2      A   Right.
3      Q   And what is C or FM?  Is that just where you
4  didn't know or couldn't tell?
5      A   Sometimes you couldn't tell.
6      Q   Okay.  Going back to the counting sheet which
7  is Exhibit-7.
8      A   Mm-hm.  (Answers affirmatively.)
9      Q   For the lung function tests, I take it these
10  are all related to the 76 who had non-malignant
11  diseases, correct?
12      A   Yeah.
13      Q   And you mention in your answer -- some of
14  your answers a little while ago, you were talking
15  about people of the 76 who had died as a result of
16  asbestosis.  Do you recall that?
17      A   Mm-hm.  (Answers affirmatively.)
18      Q   How many of them died as a result of
19  asbestosis versus died as a result of pleural
20  disease?
21      A   We -- you know, basically there were less
22  than a third that had -- even had interstitial
23  disease when you looked at the x-rays.  They may have
24  had some interstitial disease on CT, but the majority
25  of them had pleural disease.

Page 98

1          We finally came to the conclusion that when
2  you excluded some of the ones that had it on CT, that
3  probably eight of them and as many as eleven or
4  twelve died of pure pleural disease.  It's hard to
5  determine for sure.
6          And some of them we didn't have CT scans on,
7  and so you really didn't know for sure whether
8  there's underlying disease that you didn't see in the
9  scans, but only a third of them had interstitial
10  disease on their plain films, so... (Pause.)
11      Q   Okay.  So a third of them had interstitial
12  disease on x-ray; is that right?
13      A   Yeah, and it was all 1/1 -- 1/0 or less.
14      Q   And what about -- what -- in addition to that
15  third, were there any that had interstitial disease
16  that was visible on HRCT, but not visible on x-ray?
17      A   Of that third?
18      Q   No, of the whole 176 people.
19      A   Oh, yeah, there were more that had it on CT
20  scan that we did not see on the plain films, yes.
21      Q   So those people had interstitial disease too?
22      A   Yeah, they had minimal interstitial disease,
23  but, yes, they did.
24      Q   Okay.  So if it was -- if your test was, does
25  someone have interstitial disease observable by x-ray

Page 99

1  or CT scan, is it correct that a majority of the
2  people in the 76 -- the group of 76 had interstitial
3  disease?
4      A   First off, you have to define what is
5  significant in interstitial disease because according
6  to the ILO or the ATS standards, a 1/0 or 0/1 doesn't
7  count as an independent diagnosis, and we're counting
8  a lot of those for 0/1s or 1/0s, so what absolute --
9  the actual number that had significant interstitial
10  disease, I think it's in here somewhere.
11      Q   In the counting sheet, you're looking at
12  Exhibit-7, Dr. Whitehouse?
13      A   Yes.  I'm trying to remember where it is.
14  Thirteen --
15      Q   What page?
16      A   -- another nine that had moderate.
17      Q   What page are you looking at?
18      A   At the second page, the back of the second
19  page, the top of the thing.
20      Q   Does it say Page 2 of 6 at the bottom there?
21      A   Page 4 of 6.
22      Q   Page 4 of 6?
23      A   At the top.  See at the top where it says
24  group --
25      Q   Got it.

Page 100

1      A   -- pure pleural, minimal IF?  Okay.
2      Q   And IF stands for interstitial fibrosis?
3      A   Yeah.
4      Q   Okay.  Now, back to the first page of
5  Exhibit-7.  That is lung function tests.  Am I
6  correct that of the 76 that died, 53 percent of them
7  had a reduction of either FVC or TLC below 65 percent
8  of predicted?
9      A   Repeat that.
10      Q   Yeah.  You say -- what the document says is
11  29 only DLCO, less than 65.
12      A   Right.
13      Q   29 of 61 have only DLCO, less than 65.
14      A   Right.
15      Q   My question is:  Is the flip of that true,
16  i.e., do 32 out of the 61 have either forced vital
17  capacity or total lung capacity less than 65 percent?
18      A   Well, we know we have 28 listed here and 12
19  with TLC.  That's 40.  I'm not sure that I can answer
20  your question on the basis of that.
21      Q   Are you finished with your answer?
22      A   Yeah.
23      Q   Okay.
24      A   Oh, I was waiting for you.
25      Q   No, I thought you -- I thought you were still

(Pages 97 to 100)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
26

## Page 101

1  looking at the document and was going to add
2  something.  Sorry about that.
3      One of your -- in addition to the blunting
4  requirement, one of your major criticisms of the TDP
5  criteria for severe pleural disease is that -- and
6  for that and the other non-malignant diseases, it
7  doesn't allow for reduction of DLCO as a basis for
8  qualifying for the compensation, correct?
9      A  That's correct.
10     Q  You would agree with me to the extent that is
11 unfair or unequal or improper, whatever in fairness
12 about that exists, would equally apply to people who
13 were exposed to Grace asbestos outside of Libby as in
14 Libby?
15     A  You know, I don't know enough about any of
16 the exposures of the people that were exposed outside
17 of Libby to really draw any decent conclusions on it,
18 you know.  I mean, I understand Libby quite well and
19 I understand chrysotile and the forms that I've seen
20 it, but I'm not sure that I can tell you about it.
21     I would suspect that it's probably similar,
22 but I don't know for sure.
23         MR. FINCH:  All right.  I am just about
24 done.  What I'm going to do is mark very quickly a
25 set of references from the medical literature that

## Page 102

1  I -- that you cite in your various parts of the
2  report.  I'm not going to ask you any questions about
3  them.  I just want to make sure I've got the right
4  documents to make sure I know exactly what you're
5  citing, so if we take a two-minute break off the
6  record, I can get my colleague to mark all these and
7  then we can just hand them to you and I can just go
8  through them in probably five minutes or so.
9         THE WITNESS:  Sure.
10        THE VIDEOGRAPHER:  We're going off the
11 record.  The time is now 10:56 a.m.
12            (Exhibit-8 through Exhibit-14
13             marked for identification.)
14        THE VIDEOGRAPHER:  We're back on the
15 record.  The time is now 11:01 a.m.
16     Q  (By Mr. Finch)  Dr. Whitehouse, do you have
17 Whitehouse Exhibit-8 in front of you?
18     A  Have what?
19     Q  Whitehouse Deposition Exhibit-8 in front of
20 you?
21        MR. LEWIS:  This one.
22        THE WITNESS:  Oh, this one.
23     A  Yes, I do.
24        MR. LEWIS:  Can you just identify it
25 for the record, please?

## Page 103

1         MR. FINCH:  Yeah, this is the --
2      Q  (By Mr. Finch)  Do you recognize this as
3  the -- it's an article entitled, Changes in the
4  Normal Maximal Expiratory Flow-Volume Curve with
5  Growth and Aging.  The first lead author is Knudson?
6      A  Yeah, this is the -- where the pulmonary
7  norms come from.
8      Q  This is the pulmonary norms for spirometry
9  that you use; is that correct?
10     A  Yes.
11     Q  The next exhibit, Whitehouse Exhibit-9, this
12 is a paper by -- entitled, Radiographic ILO Readings
13 Predict Arterial Oxygen Desaturation During Exercise
14 in Subjects with Asbestos.  This is a paper you cite
15 in your report?
16     A  Yeah, I've seen that.
17     Q  Whitehouse Exhibit-10 is the excerpt from the
18 AMA, Guides to the Evaluation of Permanent Impairment
19 that contains sections about the respiratory system;
20 is that right, Dr. Whitehouse?
21     A  Yes.
22     Q  And you cite this in your expert report?
23     A  Yeah, I'm sure we did.
24     Q  By this, I mean Whitehouse Deposition
25 Exhibit-10.

## Page 104

1      A  Yeah, mm-hm.
2      Q  The next exhibit, Exhibit-11 --
3      A  Mm-hm.  (Answers affirmatively.)
4      Q  -- is titled -- it's from the Journal of
5  Occupational Medicine and Toxicology?
6      A  Yes.
7      Q  It's a paper by Susan Miles?
8      A  Yeah, it's quoted in the article, I think, as
9  Yates.
10     Q  It's, Clinical Consequences of
11 Asbestos-Related Diffuse Pleural Thickening:  A
12 Review.  Is this something that you cited and relied
13 on in one of your reports?
14     A  Correct.
15     Q  What is Whitehouse Deposition Exhibit-12?
16     A  Lung Function Testing:  Selection of
17 Reference Values.
18     Q  This is an American Thoracic Society
19 statement, correct?
20     A  Yes.
21     Q  This is something you cite and rely on in
22 your expert report?
23     A  In part, yes.
24     Q  Whitehouse-13 is something -- is an article
25 entitled, Asbestos-Induced Pleural Fibrosis and

(Pages 101 to 104)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                      27

## Page 105

1    Impaired Lung Function, David Schwartz, et cetera?
2        A   Yes.
3        Q   That's a document that you cite and rely upon
4    in your expert report?
5        A   Yes.
6        Q   Whitehouse-14 is an article -- 1992 article
7    by Lilis Miller, et al., The Effect of
8    Asbestos-Induced Pleural Fibrosis on Pulmonary
9    Function: Quantitative Evaluation?
10       A   Yes.
11       Q   That's an article you cite and rely on in
12   your expert work in this case?
13       A   Although is this '91 or the '92 one?
14       Q   This is the '92 one.  You cite both --
15       A   I cite both.
16       Q   -- but you rely on the '91 one -- I mean the
17   '92 one as well, correct?
18       A   Yes.
19           MR. FINCH:  Okay.  Let me look over my
20   notes, but I think I'm done.  So, off the record.
21           THE VIDEOGRAPHER:  We are going off the
22   record.  The time is now 11:04 a.m.
23           (Recess.)
24           THE VIDEOGRAPHER:  We're back on the
25   record.  The time is now 11:18 a.m.

## Page 106

1            EXAMINATION
2    BY MR. BERNICK:
3        Q   Good morning, Dr. Whitehouse.  Last time I
4    saw you was in the beautiful confines of Missoula,
5    Montana.
6        A   In the beautiful courthouse, right.
7        Q   In the beautiful courthouse; that's right.
8        So I'm going to be asking you some questions
9    here this morning that are focused on the somewhat
10   different context of this case.
11       And let me just ask preliminary:  I take it
12   from your testimony that you've had occasion to
13   review the deposition that was taken of Dr. Frank a
14   few days ago; is that correct?
15       A   Yes.
16       Q   Is there any other testimony that you've
17   reviewed in connection with your work in this case?
18       A   Testimony or reports or both?
19       Q   Just testimony.
20       A   Oh, I reviewed Dr. Welch's and Dr. Parker's.
21       Q   Okay.
22       A   And Dr. Moolgavkar's.  I don't know how you
23   pronounce that.
24       Q   Moolgavkar.
25       A   Oh, Moolgavkar, okay.

## Page 107

1            Remind me who else you've done recently.
2        Q   Oh, I don't know.  I've not really kept
3    careful --
4        A   That may be all.  I'm not sure.
5        Q   Did you review any of the testimony --
6        A   Orrig*, yeah, I did review that.
7        Q   You did review Orrig?
8        A   Yeah.  Some of those, more detailed than
9    others admittedly.
10       Q   Did you review any of the testimony that was
11   offered at the trial, at the criminal trial?
12       A   Only my own.
13       Q   Okay.  Didn't review the testimony of
14   Dr. Lockey* or --
15       A   No.
16       Q   -- Dr. Lemon*?
17       A   No.
18       Q   Whose idea was it to review the testimony --
19   the deposition testimony of the defense experts that
20   you mentioned?
21       A   Oh --
22           MR. FINCH:  Object to form.
23       A   -- I think Jon Heberling asked me and thought
24   it was a good idea if I did.
25       Q   (By Mr. Bernick)  Huh?

## Page 108

1        A   Jon Heberling, the attorney, thought it was a
2    good idea if I reviewed them.
3        Q   Mr. Finch is reminding me that this is not a
4    case of plaintiffs and defendants any more, so I
5    shouldn't refer to defendants.  He's grinning
6    because --
7        A   Oh.
8        Q   -- he jumped at the opportunity to correct
9    me, which I appreciate, of course.
10       So to be clear --
11           MR. LEWIS:  We thought you guys -- we
12   understand you guys are in a lockstep on all these
13   issues.
14           MR. BERNICK:  Well, you'd be surprised.
15   The most miserable, knock-down, drag-out fights you
16   can possibly imagine.  I go home and talk to my wife
17   about how difficult it is for us to get along.
18       Q   (By Mr. Bernick)  No, seriously,
19   Mr. Heberling thought it would be a good idea if you
20   reviewed the deposition testimony offered by the
21   experts who are appearing for the plan proponents; is
22   that right?
23       A   Yeah, he did and he provided me copies of
24   them.
25       Q   Okay.  So -- but -- so did he make the

Buell Realtime Reporting
206 287 9066

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
28

Page 109

1  selection of which transcripts you should read?
2      A   No, I think he just -- I think he's always
3  given me everybody's transcripts for the most part,
4  not all of them maybe, but anything that's happened
5  in the last month or so, I think I've got copies of.
6      Q   Okay.
7      A   He keeps me pretty well informed.
8      Q   Whose idea was it for you to review the
9  transcript of Dr. Frank's deposition?
10     A   That was mine actually.
11     Q   Okay.  And why did you decide to read
12 Dr. Frank's deposition?
13     A   I know Dr. Frank pretty well, okay, and
14 basically I wanted to see what he had to say.  I
15 don't think he said anything that I particularly
16 disagreed with or modified anything I was going to
17 say, but I -- I didn't know for sure that -- what he
18 thought about some things and I wanted to be sure
19 that I knew.
20     Q   So you read it and read it carefully?
21     A   I don't know if I read it carefully.  I spent
22 twenty hours Saturday and Sunday reading depositions
23 and reports, so I don't know how careful that is.
24 There's an awful lot of pages there.
25     Q   Well --

Page 110

1      A   I speed-read which may be part of it.  That's
2  how I get through a lot of this stuff sometimes.
3      Q   Okay.  But did you make sure to read his
4  deposition?
5      A   Yeah, I did read it, I think, as carefully as
6  I read any deposition which, I mean, I get bored in
7  tears after a little while.
8      Q   The twenty hours that you spent as
9  basically -- this is Monday (sic), so over the last
10 two days, you spent roughly ten hours a day doing
11 some reading?
12     A   Yeah, I did a crash course basically to make
13 sure that I was informed of all the issues that were
14 coming up here and to make sure that I was informed
15 about all the -- you know, my own report and all and
16 that I didn't -- didn't miss anything or didn't
17 forget anything.  I mean, there's been an awful lot
18 of water under the bridge here and --
19     Q   Right.
20     A   -- a lot of things that have happened.  This
21 mortality report has been ongoing right up until last
22 week.  I mean, I've been looking at that and making
23 sure I, you know, understood some of the numbers that
24 came out of it which were sometimes difficult to
25 comprehend in the absentia of the whole thing.

Page 111

1      Q   Okay.  Before this last week ended -- let's
2  just strike that.
3          The crash courses, you call it, and I'm
4  not -- there's no particular magic to that term, but
5  was that in anticipation of your being deposed today?
6      A   Yeah.
7      Q   Okay.  That's fair and we appreciate your
8  undertaking that effort.
9          Prior to this last weekend, had you read
10 Dr. Frank's deposition?
11     A   Prior to this last weekend?
12     Q   Yes.
13     A   I'm not sure.  I only got it, I think, about
14 Tuesday or Wednesday and then I had a number of other
15 things that were going on, and so I don't -- I really
16 could not.  I would have done it sooner if I could
17 have.
18     Q   Okay.
19     A   But my wife was involved in a charity golf
20 tournament and, of course, she enlisted me doing all
21 the work.
22         MR. LEWIS:  Doctor, I should remind you
23 just to answer the question that's been asked.  Okay?
24         THE WITNESS:  Okay.
25         MR. BERNICK:  And we'll be sure to

Page 112

1  caution him when he strays from --
2          THE WITNESS:  Well, that was a little
3  bit of a stray: you're right.
4          MR. BERNICK:  Well, we were interested
5  in the golf tournament.
6          MR. FINCH:  Or the fees --
7          MR. LEWIS:  You can talk that over with
8  the doctor at the next break, Counsel.
9          MR. BERNICK:  Okay.  That's fine.
10 You're thinking that I'll -- that I won't be finished
11 by the next break.  Who knows?  Maybe I'll be all
12 done.
13     Q   (By Mr. Bernick)  So, Dr. Whitehouse, how did
14 you -- did you make a special request of
15 Mr. Heberling to get the Frank transcript?
16     A   I don't actually recall.
17     Q   Okay.  As a result of reading any of the
18 depositions, did you do any further work in
19 connection with the case?
20     A   No, I don't think so, but I did -- as part of
21 all the stuff that I was reading was making sure I
22 went over all the data sheets on various things that
23 I've done over the last year or so to be sure that I
24 had all the numbers -- the important numbers in my
25 head.

(Pages 109 to 112)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
29

Page 113

1    Q  So basically over this last weekend, you sat
2  down to do the final prep for your dep and you had a
3  whole collection of materials that included expert
4  reports, depositions, and other information that you
5  wanted to make sure that you reviewed before you were
6  deposed, fair?
7    A  Fair enough.
8    Q  Okay.  I want to first ask you about your
9  experience and seeing patients who had
10  asbestos-related illness outside of Libby, that is,
11  people whose exposure wasn't related to Libby.  Okay?
12      How many cases -- how many people have you
13  seen where you diagnosed asbestos-related illness
14  from exposures outside of Libby?
15    A  I don't know the answer to that exactly.  I
16  have estimated I probably have seen over the years as
17  many as 500.
18    Q  500 people that you diagnosed or 500 people
19  that you saw in connection with the possibility that
20  they had asbestos-related illness?
21    A  Well, that's a good question because -- and I
22  don't know that I can answer that question.  I mean,
23  it probably -- it may be half and half.  There were a
24  lot of them that were sent to me for confirmation of
25  a diagnosis by Washington Labor and Industry.

Page 114

1    Q  Okay.  Is it true that with respect to your
2  experience in seeing people with asbestos-related
3  illness not related to Libby that you have published
4  no papers?
5    A  No, I have published no papers.
6    Q  Is it also true that with respect to those
7  people you have not provided or you're not aware of
8  anybody who's provided medical files relating to
9  those people to anybody involved in this bankruptcy
10  case?
11    A  No.
12    Q  Is it true?  Is what I said true?
13    A  That's correct.  That's correct, yes.
14    Q  Is it true that in connection with your work
15  on this case and the reports that you've done and the
16  testimony that you've offered that you've provided --
17  presented no data relating to patients that you've
18  seen with asbestos-related illness unrelated to
19  Libby?
20    A  That's correct.
21    Q  Okay.  And I think you said in your own words
22  this morning that pretty much you've studied strictly
23  asbestos disease in Libby; is that correct?
24    A  Not entirely.  I read pieces of literature
25  over the years, but the -- most of the work that I

Page 115

1  did concerning those people with chrysotile exposure
2  was pretty well before the Libby thing all broke, and
3  so there wasn't any driving force for me to maintain
4  data or anything like that.
5    Q  Okay.  But let me -- that's fair and let me
6  just ask you this question:  Is it accurate that
7  you've not done any scientific analysis of diffuse
8  pleural thickening in any patient population outside
9  of Libby?
10    A  That's true.
11    Q  Let's talk a little bit about diffuse pleural
12  thickening in the literature which, of course, is
13  going to relate to folks outside of Libby, right?
14    A  Most of it does, yes.
15    Q  Well, there's not any -- there's no published
16  literature about diffuse pleural thickening in Libby
17  specifically, correct?
18    A  That's correct.
19    Q  So if we want to talk about diffuse pleural
20  thickening in the published literature, we're talking
21  about that disease as it's been studied and published
22  for people outside of Libby, fair?
23    A  Yes.
24    Q  Okay.  Would you agree that diffuse pleural
25  thickening is a distinct diagnostic entity?

Page 116

1    A  Well, it's treated as such in the literature.
2  There's obviously confusion in that literature though
3  in that there's data or reports concerning confluent
4  pleural plaques and their effect on lung function
5  which makes you wonder whether -- about that -- where
6  does confluent pleural plaques leave off and diffuse
7  pleural thickening begins.  It sort of sounds like
8  the same thing, but it is treated pretty much as a
9  separate disease in the literature.
10    Q  I asked -- I just asked Dr. Frank, I said, is
11  it true that the scientific literature defined a
12  diagnostic entity called diffuse pleural thickening
13  at least as of the 1970s and without relationship to
14  Libby, Montana, and his answer was yes.
15    A  I would concur with that.
16    Q  Okay.  And, in fact, we can go throughout the
17  literature during this whole period of time and
18  whether or not diffuse pleural thickening is defined
19  to include what you called confluent plaques or not,
20  the literature has regarded diffuse pleural
21  thickening as a distinct diagnostic entity, fair?
22    A  That's fair.
23    Q  Okay.  Is it also true that diffuse pleural
24  thickening has been studied scientifically over those
25  years at least since the 1970s?

(Pages 113 to 116)

In re: W.R. Grace & Co., Debtor                                      Alan C. Whitehouse, M.D.
                                                                                            30

## Page 117

1    A  Yes.
2    Q  Is it true that there are papers that have
3  been published and presented that specifically focus
4  on the pathology or pathological presentation of
5  diffuse pleural thickening?
6        MR. LEWIS:  Objection.  That's a
7  compound question.
8    Q  (By Mr. Bernick)  Go ahead and answer.
9        MR. LEWIS:  Which is it?  Which
10  question do you want him to answer, Counsel?
11        MR. BERNICK:  I don't think it's
12  compound.
13    Q  (By Mr. Bernick)  Do you understand the
14  question?
15    A  No.  Why don't you repeat it, please?
16    Q  Is it true that there are papers that have
17  been published and presented focused specifically on
18  the pathology or pathological presentation of diffuse
19  pleural thickening?
20    A  I'm sure there have been.
21    Q  Is it also true that there are papers that
22  have specifically sought to measure the effect of
23  diffuse pleural thickening on lung function?
24    A  Yes.
25    Q  Okay.  Now, I first want to talk about

## Page 118

1  Dr. Frank's background and then I want to talk about
2  your background.  Let's begin with Dr. Frank.
3        Is it true that Dr. Frank has published no
4  papers regarding diffuse pleural thickening?
5    A  I would have to take your word for that.
6    Q  Are you aware of any?
7    A  I'm not aware of any.
8    Q  Are you aware of Dr. Frank ever presenting
9  any papers regarding diffuse pleural thickening?
10    A  I have no idea.
11    Q  Are you aware of whether Dr. Frank has ever
12  even studied the scientific literature regarding the
13  effect of diffuse pleural thickening on lung
14  function?
15        MR. LEWIS:  Objection.  Argumentative.
16        MR. BERNICK:  Well, all
17  cross-examination is argumentative.
18        MR. LEWIS:  No, but that one --
19        MR. BERNICK:  You think that one was a
20  little bit over the line?  I'll rephrase it.
21    Q  (By Mr. Bernick)  Is it true that Dr. Frank
22  has not himself studied the scientific literature
23  regarding the impact of diffuse pleural thickening on
24  lung function?
25    A  I have no idea what he's studied.

## Page 119

1    Q  Well, we asked him those questions.  Did you
2  see in his deposition I asked him those questions?
3    A  You know, I did miss that.  Off the periphery
4  for a minute, I -- I didn't pay that much attention
5  to --
6    Q  Well, I will tell you that he testified in
7  his deposition that he had not done a review of the
8  literature on the impairment associated with diffuse
9  pleural thickening.
10    A  Okay.
11    Q  And my question -- and was not able to answer
12  my questions on that, so I then get to this question:
13  You -- in this case -- I should say -- in this case,
14  we've received expert reports authored by you?
15    A  Yes.
16    Q  And we've also received expert reports that
17  purport to be expert reports authored jointly by you
18  and Dr. Frank and have both your names on them?
19    A  Yes.
20    Q  Do you know what I'm talking about?
21    A  I do.
22    Q  Who actually wrote Dr. Frank's name on those
23  reports?
24    A  Who actually wrote his name?
25    Q  Yeah.  Who decided to include his name on

## Page 120

1  those reports?
2    A  Well, I assume probably -- well --
3    Q  You don't have to assume.  You just --
4    A  I can't --
5    Q  As counsel will tell you, if you know, say.
6  If you don't know, say you don't know.
7        MR. LEWIS:  Exactly correct.  That's
8  what I'd like you to do.  If you know, answer the
9  question truthfully.  If you don't know, say you
10  don't know.
11    A  I don't really know.
12    Q  (By Mr. Bernick)  Okay.  Well, did you review
13  those reports before they were issued?
14    A  Yes.
15    Q  Did you write those reports?
16    A  Yes.
17    Q  You wrote them word by word?
18    A  Not word for word.  The way I do the reports
19  is that I write down all the various things, go over
20  the various things with the attorney or the
21  secretaries and their secretaries type it up for me
22  because I don't have a typist available to me.
23    Q  Okay.  So you write them out in hand?
24    A  I do some in hand and some of them I do
25  verbally and then I check a draft and then make a lot

(Pages 117 to 120)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
31

Page 121

1  of corrections to that and then send it back and get
2  it typed.
3      Q  But the content of the reports that had both
4  your name and Dr. Frank's name, the content of the
5  reports is all yours?
6      A  Mostly mine.
7      Q  Well --
8      A  He added some things to it.  I'm not quite
9  sure what all was added in retrospect, but I know
10  that it was run by him and then he made changes in
11  it.
12      Q  Okay.  But in terms of the original
13  authorship, you are the original author of all
14  reports that bear your name?
15      A  Yeah, basically.
16      Q  Okay.  Whose idea was it to have both
17  Dr. Frank and you be -- have the same report?
18      A  I don't know.
19      Q  Well --
20      A  I don't know whether it was his idea or
21  whether it was the attorney's.  It wasn't mine.
22      Q  It wasn't yours?
23      A  No.
24      Q  Well, but if it wasn't your idea, why was it
25  done?

Page 122

1      A  Well, there's no reason why we couldn't not
2  do a joint report.  We've discussed all kinds of
3  things --
4      Q  Well, that report --
5      A  -- Dr. Frank and I have.
6      Q  That report purports to reflect not only your
7  opinions, but Dr. Frank's opinions, right?
8      A  That's correct.
9      Q  And we learned from Dr. Frank that he didn't
10  know of some of the literature and some of the
11  opinions that were in the report, so whose idea was
12  it that the report would be for both him and you?
13          MR. LEWIS:  Objection.  That question
14  has been asked and answered a couple of times now.
15      Q  (By Mr. Bernick)  Well, let me just ask --
16  I'll withdraw it.
17          Didn't -- wasn't -- had you ever before
18  issued an expert report in connectin with litigation
19  which was a joint report of yourself and somebody
20  else?
21      A  No.
22      Q  Well, didn't it strike you a little bit odd
23  that that was happening here?
24      A  No, not particularly because, you know, I met
25  with Dr. Frank a number of times in Libby and we

Page 123

1  discussed all kinds of things relative to Libby
2  cases, and so having a joint report -- it didn't seem
3  that out of line to me, no.
4      Q  And you just don't know whether it was his
5  idea or the attorney's idea?
6      A  I don't.
7      Q  Okay.  Let's turn to your own background.
8          It's true, is it not, that you have not
9  published any papers at all on diffuse pleural
10  thickening?
11      A  That's correct.
12      Q  Is it true that you have presented no papers
13  on diffuse pleural thickening?
14      A  True.
15      Q  Is it true that you've not made a systematic
16  study of the literature, the scientific literature on
17  diffuse pleural thickening?
18      A  I have read a lot of literature concerning
19  diffuse pleural thickening.
20      Q  I understand that.
21      A  Whether that's systematic or not, I don't
22  know that I could answer that.
23      Q  Well, but that's -- I mean, you already told
24  Mr. Finch as an example that there were papers that
25  dealt with the progressive loss of lung function

Page 124

1  associated with pleural disease that were mentioned
2  in the ATS 2004 paper that you hadn't even read,
3  right?
4      A  That I -- I didn't know whether I read them.
5  I didn't -- I didn't look exactly at the sites.
6  There were three of them there at that point and I
7  don't know whether I read them or not.  I don't think
8  I did, but I don't know for sure.
9      Q  Well, but you come here to offer expert
10  opinions regarding diffuse pleural thickening and I
11  know that you -- I know the basis of your expert
12  opinions insofar as Libby is concerned or I think I
13  do.  We're going to get to that in a minute, but what
14  I'm really exploring is the degree to which you can
15  hold yourself out as being an expert in what the
16  scientific literature says about diffuse pleural
17  thickening outside of Libby.
18          MR. LEWIS:  Objection.  That's a speech
19  of counsel.  It's not a question.
20          MR. BERNICK:  Then wait for the
21  question.
22          MR. LEWIS:  Well --
23          MR. BERNICK:  I'll ask a question.
24          MR. LEWIS:  It's completely loaded up.
25  It's an improper question, Counsel.  You're very

(Pages 121 to 124)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
32

## Page 125

1  experienced.  You know it was improper.
2              MR. BERNICK:  No, I think it's very
3  proper because it tells the witness very candidly
4  exactly where I'm going.
5              MR. LEWIS:  No, it's loaded up.  It's
6  very argumentative.
7      Q  (By Mr. Bernick)  Here's my question to you,
8  Dr. Whitehouse, in order to -- so as to not prolong
9  the agony:  Have you done a comprehensive review of
10  the scientific literature regarding the impact of
11  diffuse pleural thickening on lung function?
12      A  Define comprehensive.
13      Q  Well, it's not a huge piece of -- it's not a
14  huge body of literature, is it?
15      A  Oh, there's a lot of literature.  I mean,
16  there's literature not only in the U.S., but in
17  Australia, South Africa, in Great Britain, and I've
18  read literature from all those areas.  Now, I don't
19  know what the definition of comprehensive is.
20      Q  Well, have you done a system -- have you done
21  a -- have you done a literature search, a scientific
22  articles search to gather those studies that focus
23  specifically on diffuse pleural thickening and its
24  impact on lung function?  Have you done that?
25      A  I haven't done it systematically.

## Page 126

1      Q  If I were to ask you about different results
2  and different studies, that is, when does diffuse
3  pleural thickening lead to a measurable loss of lung
4  function or not, would you be able to tell me the
5  different studies and their different results on that
6  very specific issue?
7      A  You mean you want me to actually quote an
8  article and what the article says?
9      Q  I want you to be able to talk with me about
10  it in the deposition because I really want to know if
11  you hold yourself out as an expert in the differing
12  results that have been seen when data has been
13  gathered on the impact of diffuse pleural thickening
14  on lung function.
15              MR. LEWIS:  You finished?
16              MR. BERNICK:  Yeah.
17              MR. LEWIS:  Objection.  That's not a
18  question.  That's a statement of counsel.  I move
19  that it be stricken.
20      Q  (By Mr. Bernick)  Can you hold yourself out
21  as an expert in the differing results that have been
22  recorded in the scientific literature when scientists
23  have asked what is the impact of diffuse pleural
24  thickening on lung function?
25      A  Well, to begin with, I don't use the term

## Page 127

1  expert related to myself particularly.  I basically
2  am a longstanding practitioner with very extensive
3  experience in lung disease and very extensive
4  experience in Libby disease and I have read a lot of
5  literature concerning diffuse pleural thickening that
6  I have utilized in formulating my opinions.  Now, I
7  don't guess that that would be considered systematic,
8  but that's the way it is.
9      Q  Fair enough.  And I've always recognized that
10  you are candid in responding to questions and get to
11  the point.  That is my point.  We're going to get to
12  the Libby experience in a minute, but I'm talking
13  about your -- I'm talking about your expertise in
14  what's been reported outside of Libby.
15          Do you consider yourself to be an expert in
16  the science, the scientific results of what's been
17  reported outside of Libby when it comes to the impact
18  of diffuse pleural thickening on specific lung
19  function tests?
20      A  I think I'm knowledgeable about what's in the
21  literature relative to that.
22      Q  But do you consider yourself to be an expert
23  in what's in the literature with respect to that?
24      A  I told you before, I don't use the term
25  expert --

## Page 128

1      Q  But a lot of other people do, people in your
2  field.
3      A  Well, I don't.
4      Q  Well, I'm just asking you:  Do you consider
5  yourself to be a person who can speak authoritatively
6  to what all the literature says outside of Libby
7  about the impact of diffuse pleural thickening on
8  specific lung function results?
9      A  You used the term all the literature, and,
10  no, I have not read all the literature, every piece
11  of the literature.  I've read a substantial portion
12  of the literature.  I don't even know what the
13  percentage is.
14      Q  So you don't know what you don't know?
15      A  Yeah, I think I know what I don't know.
16      Q  Okay.
17      A  What I don't know is -- also gets quoted in a
18  lot of these articles you read.  What I haven't -- I
19  shouldn't say don't know.  What I haven't read
20  necessarily is also summarized in a lot of these
21  articles.
22      Q  Okay.  So if you give answers to my questions
23  today about when and under what conditions does
24  diffuse pleural thickening actually cause a
25  substantial reduction in lung function, you and I can

(Pages 125 to 128)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
33

Page 129

1  have a dialog on the actual data that's in the
2  literature and you'll be able to respond? You're
3  being held out as an expert in this case. You'll be
4  able to respond to that as an expert; is that fair?
5      A  I can respond very accurately to what happens
6  in people in Libby, what happens to their pulmonary
7  function relative to diffuse pleural thickening. I'm
8  not going to make any attempt to summarize what
9  happens in the chrysotile world in that regard.
10     Q  Can you make any attempt to summarize what
11 happens in the non-Libby -- you pick out chrysotile.
12 I'm not just focused on chrysotile. I'm --
13         MR. LEWIS: Counsel -- Counsel --
14         (Simultaneous talking.)
15         MR. LEWIS: I've got the floor now.
16 Don't argue with this witness. You'll have great
17 latitude. I understand this is cross-examination,
18 but just answer the -- ask questions, let the witness
19 answer. Don't make speeches, please.
20     Q  (By Mr. Bernick) Was your last answer
21 confined to chrysotile as opposed to amphibole?
22     A  Basically, I have reviewed a great deal of
23 literature relative to amphiboles and diffuse pleural
24 thickening, particularly the Australian literature
25 which has a lot of information in it. I don't know

Page 130

1  how much altogether there is in the chrysotile
2  literature except that it's -- in many respects, it's
3  been neglected because of the fact there's been so
4  much emphasis on interstitial lung disease and
5  chrysotile over the years, so that's where -- that's
6  basically where I get my information from.
7      Q  Okay. Let's pursue this a little bit and see
8  where it goes.
9          MR. BERNICK: And I'm sorry. That was
10 a declaratory statement by me.
11         MR. LEWIS: Yes, but it's preparatory
12 to your next line of questioning.
13         MR. BERNICK: So that's okay?
14         MR. LEWIS: I have no problem with it.
15 I'm not being a jerk here.
16         MR. BERNICK: No, I know.
17         MR. LEWIS: I'm just --
18         MR. BERNICK: I don't think you are. I
19 think you're being fine. I disagree with what you're
20 doing, but --
21         MR. LEWIS: I understand that.
22         MR. BERNICK: -- you look like a nice
23 guy.
24     Q  (By Mr. Bernick) So the literature -- let's
25 talk a little bit about the literature. All my

Page 131

1  questions now are going to be about the literature
2  until we get to Libby and I'll let you know. Okay?
3      A  Mm-hm. (Answers affirmatively.)
4      Q  Is it true that the literature, the
5  scientific literature reflects that there are
6  different types of diffuse pleural thickening?
7      A  I think you need to define what you're saying
8  by different types of diffuse pleural thickening.
9      Q  Okay. Anatomically, there are two different
10 layers of the pleural, correct?
11     A  Oh, that's what you're referring to?
12     Q  Well, if laypeople -- so I don't get into
13 trouble with the claimants' lawyer here, let me just
14 try to get to the questions.
15         The literature says -- or it's true
16 anatomically that there are two different layers of
17 the pleural, correct?
18     A  That's correct. Well, that -- you didn't say
19 that.
20     Q  Okay. And one layer is called the parietal
21 pleural, correct?
22     A  Yeah, you don't need to tell me about the
23 anatomy of the chest. I'm pretty good at --
24     Q  Well, I just want to make sure that we get it
25 straight.

Page 132

1          And the other layer is called the visceral
2  pleura, right?
3      A  That's correct.
4      Q  Okay. And when you refer to confluent
5  plaques, that's a fibrotic process that affects and
6  is evident in the parietal pleura, correct?
7      A  Well, that's where it's considered that
8  plaques begin and where -- where the majority of
9  plaques are. It's not totally exclusive, but I think
10 that's probably a reasonable statement and most of
11 the plaques we see are initially on the parietal
12 pleura.
13     Q  And the condition known is confluent plaques.
14 It's a condition, a fibrotic condition, involving the
15 parietal pleura, correct?
16     A  That's correct.
17     Q  And the visceral pleura also can
18 experience -- strike that.
19         If we take a look at definitions of diffuse
20 pleural thickening, sometimes there have been
21 definitions that diffuse pleural thickening didn't
22 include the parietal pleura, correct?
23     A  Yes.
24     Q  Now, we've talked about the visceral pleura.
25 The visceral pleura can also be involved in -- it can

(Pages 129 to 132)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                        34

Page 133

1  have thickening as a result of asbestos exposure,
2  correct?
3      A  Yes, very much so.
4      Q  And there's a fibrotic process that can lead
5  to a condition called blunting of the costophrenic
6  angle, correct?
7      A  Yes.
8      Q  And that's a condition that affects the
9  visceral pleura, correct?
10     A  Well, I think it -- no, not entirely.  It
11 involves everything --
12     Q  Well --
13     A  -- if you look at --
14     Q  -- the condition of blunting of the
15 costophrenic angle, to the extent that it affects, it
16 is a fibrosis of the pleura, is a fibrosis of the
17 visceral pleura, correct?
18     A  Not entirely.  It involves both.  If you look
19 at a blunted angle, there's no way to say that it
20 involves only one portion of the pleura than the
21 other.  It's not possible to say that.
22     Q  It arises as a result of fibrosis in the
23 visceral pleura, correct?
24     A  I don't think that's necessarily true.  If
25 you look at -- it's likely that it starts that way,

Page 134

1  but it's not necessarily true because, you know, most
2  of that arises from the fact that people -- some of
3  the literature has said that, you know, 90 percent of
4  these are due to pleural effusions.  Some of the
5  literature though disagrees with that.
6      Q  Well, let's get specific.
7      You tell me the literature that says the
8  fibrosis involving the costophrenic angle
9  arises in the parietal as opposed to the visceral
10 pleura.  Tell me one study.
11     A  McCloud's study demonstrates the relationship
12 of fibrosis with strands across between the visceral
13 and parietal pleural.
14     Q  That's not my --
15         MR. LEWIS:  Let him finish his answer
16 and then you can inquire again, Counsel.
17     A  And that's basically what we're talking about
18 when you're talking about blunting of the
19 costophrenic angle.
20     Q  (By Mr. Bernick)  My question,
21 Dr. Whitehouse, is simple.  Tell me a single study
22 that says that the fibrotic process involved or
23 associated with blunting of the costophrenic angle
24 begins in the parietal pleura.
25     A  I don't know that there's a study that says

Page 135

1  it begins there.
2      Q  That's what I asked you.
3      A  Well, except that what I -- what I --
4      Q  What's indicated --
5      A  -- indicated to you in the McCloud --
6         MR. LEWIS:  Let him finish.
7         MR. BERNICK:  No, no, that's not --
8      Q  (By Mr. Bernick)  Just focus on the question
9  and answer the question.
10     A  That's what I was doing.
11     Q  Okay.  I asked you a question.  Let's be very
12 clear.  Is there a single study that says the
13 fibrosis that's consequent on blunting of the
14 costophrenic angle or associated with it starts in
15 the parietal pleura?
16     A  McCloud's study demonstrates that stranding
17 occurs and there occurs an inflammatory response in
18 the parietal pleura associated with the visceral
19 pleura.
20     Q  Didn't --
21     A  There's no difference between the angle and
22 the rest of the pleura.  It's all part of the
23 relationship between the visceral and the parietal
24 pleura.
25     Q  That's completely nonresponsive.  I used the

Page 136

1  word start.
2      Let's start talking etiology.  Okay?  The
3  etiology of blunting of the costophrenic angle, the
4  etiology says it begins with a fibrotic process
5  involving the visceral pleura, correct?
6         MR. LEWIS:  I think that -- Counsel,
7  that question is compound.  I don't think --
8         MR. LEWIS:  Let's make --
9         MR. LEWIS:  You don't define etiology.
10 Etiology could be something --
11         MR. BERNICK:  Just say --
12         (Simultaneous talking.)
13         MR. BERNICK:  Just say objection to
14 form, compound, or ambiguous.  Okay?  It's not that
15 complicated.  You're just making -- you're making a
16 record.
17         MR. LEWIS:  In Montana, you can't just
18 say objection to form.
19         MR. BERNICK:  This is a federal -- this
20 is a federal proceeding that's taking place --
21         MR. LEWIS:  In Montana --
22         MR. LEWIS:  It's taking place --
23         MR. LEWIS:  All right.
24         MR. BERNICK:  -- pursuant to a process.
25 The only reason we're in Montana is for

(Pages 133 to 136)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
35

Page 137

1  Dr. Whitehouse's convenience.  Okay?  So the Montana
2  rules --
3          MR. LEWIS:  I stand corrected.
4          MR. BERNICK:  -- don't govern this
5  process.
6          MR. LEWIS:  I stand corrected, Counsel.
7  All right?
8          MR. BERNICK:  So I'll do my best to ask
9  clean, clear questions.
10         MR. LEWIS:  And I'll do my best to
11 protect the record as well, but I'm not trying to
12 interfere with your examination.
13     Q  (By Mr. Bernick)  Now that we've had this
14 meaningful dialog, Dr. Whitehouse, the question to
15 you is:  Isn't it a fact that where you have diffuse
16 pleural thickening arising from or associated with
17 blunting of the costophrenic angle, it originates in
18 the visceral pleura?
19     A  I don't think that's necessarily known.
20     Q  Well, but you tell me where's the study that
21 says otherwise.  Where's the study that says -- you
22 tell me anybody who said that it originates someplace
23 else.
24     A  Well, to begin with, there's a fair amount of
25 discussion and lot of argument in the literature and

Page 138

1  there was prior to the 2000 ILO that blunting was,
2  first off, not necessarily had to be present for
3  there to be diffuse pleural thickening.
4      Q  You're answering an entirely different
5  question.
6      A  No, I'm not.
7      Q  I asked a very specific question.  The
8  origination of a fibrotic process that is associated
9  with blunting of the costophrenic angle, tell me a
10 single study saying that it originates anywhere other
11 than the visceral pleura.  I just want the study that
12 says that.
13     A  I told you once before, the McCloud study
14 demonstrated fibrotic process, pleural in the
15 parietal pleural.  That's what we're talking about in
16 blunting.  I'm sorry, whether you like it or not.
17     Q  No, you talk about the -- you talk about the
18 fact that there's fibrotic process that runs between
19 the two layers and that's not my question.
20         MR. LEWIS:  My problem here, Counsel,
21 is you're arguing with the witness and that is
22 entirely improper.  Ask him a question, he answers
23 it, when he's finished, then you get to inquire
24 again.  You constantly cut him off and that's
25 improper.

Page 139

1      Q  (By Mr. Bernick)  Let me ask you this
2  question, Dr. Whitehouse:  Would you agree with me
3  that the diffuse pleural thickening that's associated
4  with confluent plaques is different in origin and
5  appearance and in the origin and presentation from
6  the diffuse pleural thickening that's associated with
7  the costophrenic angle?
8      A  You've made the assumption there that diffuse
9  pleural thickening has to be associated with blunting
10 of the costophrenic angle.
11     Q  I didn't say that.
12     A  Well --
13     Q  Just listen to my question.
14     A  -- your question assumes --
15     Q  No.
16     A  It does.
17     Q  It's just a simple question.
18         Would you agree with me that the diffuse
19 pleural thickening that is presented in confluent
20 plaques is different in type from the diffuse pleural
21 thickening that is associated with blunting of the
22 costophrenic angle?  There are two different types of
23 diffuse pleural thickening.
24     A  I don't --
25         MR. LEWIS:  Objection.  Counsel, you

Page 140

1  had a fair question there and then you had to comment
2  on it and you had to give your opinion as to it.
3  That's improper.  Please ask the witness a question
4  and don't make editorial comments about your own
5  questions.
6          MR. BERNICK:  Well, don't make
7  editorial comments about your objections.  We can go
8  through this process and pretty soon we'll just break
9  off and call the judge.
10         MR. LEWIS:  That's fine.  I'm willing
11 to call in the judge right now --
12         MR. BERNICK:  This is really --
13         MR. LEWIS:  -- on your questioning this
14 witness.
15         MR. BERNICK:  -- really an impediment
16 to the process here that we haven't experienced
17 before in the case.
18     Q  (By Mr. Bernick)  I'm just trying to find
19 out, Dr. Whitehouse, whether there's a difference
20 between diffuse pleural thickening arising from
21 confluent plaques and diffuse pleural thickening
22 associated with blunting of the costophrenic angle.
23 Tell me whether there's a difference or not.
24     A  There's a difference between those two,
25 clearly.

(Pages 137 to 140)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
36

Page 141

1    Q  Okay.  And that clear difference has been
2  recognized in the scientific literature, correct?
3    A  The difference that's been recognized that
4  you're reporting to is you're making the assumption
5  that diffuse pleural thickening is present with
6  blunting by the way the question is phrased and how
7  it's in the context of it.
8       Why don't you ask me the question, is there
9  any difference between pleural thickening that
10  doesn't involve blunting and confluent pleural
11  plaques, which would be the more logical question to
12  ask me.
13    Q  That's not the question that I asked you.
14       You just said that there was two -- a clear
15  difference between diffuse pleural thickening
16  presented through confluent plaques and diffuse
17  pleural thickening that's associated with blunting of
18  the costophrenic angle.
19    A  I eliminated the blunting of the angle from
20  my answer.
21    Q  No, you said --
22    A  I just did in that comment that I made.
23    Q  Okay.  Okay.  So now there's not a clear
24  difference between diffuse pleural thickening
25  involving confluent plaques and diffuse pleural

Page 142

1  thickening involving blunting of the costophrenic
2  angle?  There's not a clear difference?  Just tell me
3  yes or no.  There's no trick to it.  I just want to
4  know whether they're different or not.
5    A  I think there is a trick to it because --
6    Q  No.
7    A  -- the trick is getting me to agree to the
8  fact that there is -- blunting has to be there with
9  the diffuse pleural thickening and --
10    Q  No.
11    A  -- I'm not willing to agree to that.
12    Q  No, no, no.  We're going to go down that road
13  in a minute.
14    A  Why don't we go down this road first and then
15  come back to that?
16    Q  No, no.
17       Let's just talk about the diffuse pleural
18  thickening that is associated with blunting of the
19  costophrenic angle.  Okay?  Got that in mind?
20    A  Okay.
21    Q  Is that different?  Is there a clear
22  difference between that diffuse pleural thickening
23  and diffuse pleural thickening presented through
24  confluent plaques?
25    A  Yes, there obviously is.  There's not a

Page 143

1  problem with it in the confluence in the plaques.
2    Q  Okay.  And is that clear difference
3  recognized in the scientific literature?
4    A  I think it is.
5    Q  Okay.  And now let's turn then to the
6  question of impairment associated with diffuse
7  pleural thickening.  Okay?  I asked Dr. Frank whether
8  the impairment associated with diffuse pleural
9  thickening was restrictive, obstructive, or both, and
10  he said that it was restrictive.  Would you agree
11  with that?
12    A  I think predominantly so.
13    Q  Are you aware of any literature reporting
14  obstructive impairment consequent on diffuse pleural
15  thickening?
16    A  As I recall, it was alluded to in the Orrig
17  article.  They were mostly talking about interstitial
18  disease.
19    Q  Right.
20    A  But that's the only context that I know about
21  for sure.
22    Q  Well, that's what I'm talking about.
23       Set aside interstitial disease.  And I know
24  that you have opinions on that.  I'm not going to get
25  into that.  When we just talk about diffuse pleural

Page 144

1  thickening, isn't it the case that the literature
2  only reports impairment in the form of a restriction?
3    A  Yes, I think that's true.
4    Q  Okay.  Now, when we deal with impairment
5  associated with confluent plaques, has the literature
6  analyzed whether there is impairment to lung function
7  associated with confluent plaques?
8    A  Well, the literature has already analyzed the
9  fact that plaques themselves cause loss of lung
10  function.
11    Q  I didn't ask you that.
12    A  Well, that's plaques and confluent plaques
13  could be expected --
14    Q  I'm specifically talking about confluent
15  plaques.  You're really going to have to listen to
16  the question carefully because otherwise we'll just
17  take a long time.
18       You talked about -- we talked about there
19  being a difference between diffuse pleural thickening
20  involving confluent plaques and diffuse pleural
21  thickening where it is associated with blunting of
22  the costophrenic angle.
23       Now, with that difference in mind, I'm asking
24  you about impairment.  That's very clearly where I'm
25  going.  Okay?  So I'm now going to ask you a

(Pages 141 to 144)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
37

Page 145

1  question.
2      Is there literature that analyzes the
3  impairment that is associated -- whether impairment
4  is associated with confluent plaques, is there
5  literature that does that?
6      A   I don't know for certain.  I know that
7  there's literature associated with plaques.  I assume
8  there is with confluent plaques.  I haven't seen it.
9      Q   You have not seen literature --
10     A   I don't recall a specific article that
11 relates only to confluent plaques.
12     Q   Well, that's interesting because I believe
13 that you take issue with the idea that diffuse
14 pleural thickening should be confined in definition
15 to thickening that's associated with blunting of the
16 costophrenic angle.  That's something you take issue
17 with, correct?
18     A   Well --
19     Q   You don't like to see the definition of
20 diffuse pleural thickening confined to the condition
21 that arises in connection with blunting of the
22 costophrenic angle, correct?
23     A   That's correct.
24     Q   Well, but if that's true, why haven't you
25 looked to see -- looked to the literature

Page 146

1  specifically dealing with confluent plaques to see
2  whether it causes impairment or not?
3      MR. LEWIS:  Objection.  That assumes
4  facts not in evidence.
5      MR. BERNICK:  No.
6      MR. LEWIS:  That's not what he said.
7      MR. BERNICK:  I'll rephrase the
8  question.
9      Q   (By Mr. Bernick)  Have you made a specific
10 review of the literature to see whether confluent
11 plaquing causes a loss of lung function?  Have you
12 made that inquiry?
13     A   I'll repeat again.  I've looked at the
14 literature concerning plaques and you'll see the
15 notes in there and also in ATS 204 -- 2004, that
16 plaques cause loss of lung function.  Schwartz has
17 written about that, and whether those are confluent
18 or just plaques, I don't know because I don't think
19 there's very much literature about confluent plaques,
20 at least I don't think I've run across it.
21     Q   Well, can you say that the diffuse pleural
22 thickening presented as confluent plaques actually
23 has caused -- been shown to cause a loss of lung
24 function?
25     A   I mean, how can you say otherwise when you

Page 147

1  know plaques cause loss of lung function?  What's the
2  difference between that and confluent plaques as far
3  as the loss?
4      Q   Your lawyer is now going to tell you that
5  what you should do is answer the question, not ask
6  another one.
7      MR. LEWIS:  I'm not going to say
8  another thing.  I was just keeping you from
9  interrupting him because you want to interrupt this
10 witness every time he says something you don't like.
11     MR. BERNICK:  I like everything
12 Dr. Whitehouse has to say.  He knows that, and you'll
13 learn that, you know, as we go through the day.
14     Q   (By Mr. Bernick)  The question is pretty
15 simple.  If -- confluent plaques is another way in
16 which you get pleural thickening, correct?
17     A   That's correct.
18     Q   Have you specifically looked into the
19 literature to see whether that type of diffuse
20 pleural thickening has been shown to cause a loss of
21 lung function?  Have you done it?  Yes or no.
22     MR. LEWIS:  Objection.  He just
23 answered the question, completely and thoroughly
24 answered the question.  It's asked and answered.
25     Q   (By Mr. Bernick)  Go ahead and answer.

Page 148

1      A   What you're asking me is whether I've looked
2  at the word confluent in it.
3      Q   No, that's not what I'm asking.
4      A   Yes, you are.  That's exactly what you're
5  asking me.  And what I said before was that I know
6  that plaques cause loss of lung function and the
7  literature is very clear on that, so there's every
8  reason to believe that confluent plaques are going to
9  lose lung function probably to more extent that plain
10 plaques, but I haven't read any literature about it.
11     Q   That's my point is that whatever you might
12 expect or whatever might make sense, you haven't
13 actually looked to the scientific literature on
14 confluent plaques to see whether there is, in fact,
15 report or data showing loss of lung function,
16 correct?  You haven't done that.
17     A   No, I have not.
18     Q   Thank you.
19         Now, the literature -- the literature that
20 you say shows that plaques have been associated with
21 the loss of lung function, that literature, you
22 haven't reviewed that systematically either, have
23 you?
24     A   No, I've read a lot of that.  Systematically?
25 Where is a private practitioner going to

(Pages 145 to 148)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
38

Page 149

1    systematically make searches of everything in the
2    literature?  That doesn't happen.  You read
3    literature that's pertinent.  You read literature
4    that comes out.  You look at it as it comes out.  And
5    then you digest it and use it in your practice.
6    That's what I do.
7        Q   You haven't even looked at the literature
8    cited by the ATS 2004 paper itself, correct?
9        A   Why would I want to?  Why is there a need to?
10       Q   I didn't ask you that.  You have --
11       A   Well, no, that's a legitimate answer.  What
12   is the need for me to do so?
13       Q   Can you actually cite me to any specific
14   study, any specific study showing that any form of
15   plaquing actually causes a loss of lung function?
16   Can you give me one study?
17       A   Schwartz's article.
18       Q   Schwartz?
19       A   Yes.
20       Q   Is that it?
21       A   I know that one for certain right off the top
22   of my head.
23       Q   And you're sure that that shows a loss of
24   lung function associated with plaques?
25       A   I'm pretty certain about that.  It also shows

Page 150

1    it associated with diffuse pleural thickening.
2    There's multiple articles by Schwartz.
3        Q   I'm just asking about plaques.
4        A   I'm pretty sure that's where that originally
5    came from.
6        Q   From Schwartz?
7        A   I think so.
8        Q   Is there any other study that you can talk to
9    me about which shows that pleural plaques alone have
10   an affect on lung function?
11       A   Not that I can off the top of my head, no.
12       Q   Now, let's change the question a little bit.
13   Let's talk about significant affect on lung function,
14   and let's even make it more.
15       I want to know about any paper that shows
16   that plaques have been associated with a reduction of
17   lung function to the point that lung function is
18   beyond the range of -- is below the range of normal.
19       Have you seen a single paper showing that any
20   form of plaque -- plaquing is associated with the
21   loss of lung function so that it's below the range of
22   normal?
23       A   I can't quote one to you.
24       Q   Can you -- apart from quote, are you aware
25   that there is a study, a single study -- if you'd

Page 151

1    just focus on me for a moment, Dr. Whitehouse, it'll
2    expedite matters.
3        MR. LEWIS:  Well, what was that,
4    Counsel?  What was --
5        MR. BERNICK:  Mr. -- Dr. Whitehouse was
6    reviewing papers and wasn't looking at me, so I
7    suggested that he --
8        MR. LEWIS:  Well, you're asking him
9    about papers and --
10       MR. BERNICK:  No.
11       MR. LEWIS:  -- I think he's entitled to
12   look at papers.
13       MR. BERNICK:  No.
14       MR. LEWIS:  He doesn't have to even
15   look at you when he's answering the question.  You
16   presume too much, Counsel.  You need to be fair to
17   the witness.  Okay?  You make speeches and you say
18   answer it yes or no.  You're entitled to do some of
19   that, but this is getting over the top.  You should
20   be respectful to the witness and not argue with him
21   on every answer that he gives.
22       MR. BERNICK:  Are you done with the
23   lecture?
24       MR. LEWIS:  I'm done with my statement.
25       MR. BERNICK:  Okay.  Let's dispense

Page 152

1    with your statements and I'd really appreciate it if
2    you don't raise your voice and don't lean over the
3    table and be angry with me.
4        MR. LEWIS:  Well --
5        MR. BERNICK:  I'm sorry.  I'm sorry.
6    Let me finish now.
7        MR. LEWIS:  Go ahead.
8        MR. BERNICK:  I think that my
9    questioning is entirely legitimate cross-examination
10   and I don't think it's up to you to decide whether
11   it's legitimate or not legitimate cross-examination.
12   It's up to the judge to decide.  And she'll have that
13   opportunity.
14       And I've examined Dr. Whitehouse before and I
15   was never accused in the very vigorous
16   cross-examination of not being fair with
17   Dr. Whitehouse by a Montana federal judge in a
18   proceeding that you're very well aware of.
19       And I'm not -- I don't think I'm treating
20   Dr. Whitehouse with disrespect.  I don't think that's
21   what the record will reflect.  I'm very eager and
22   anxious to get answers to very precise questions.
23       So just do me a courtesy.  If you have an
24   objection, make an objection.  If you believe the
25   deposition is abusive, you can always terminate it.

(Pages 149 to 152)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

39

Page 153

1  I don't believe it is abusive at all.
2      Q  (By Mr. Bernick)  Dr. Whitehouse, I now want
3  to ask you, again, the same very specific question.
4      Are you aware of any study, that there is
5  even a study, showing that plaquing can cause a
6  reduction of lung function so that it's below the
7  range of normal?
8      A  Would you give me a moment to review this
9  article?  I'm not sure whether it's in here or not.
10     Q  Okay.  If you could just tell us what the
11 article is while you're --
12     A  It's the Schwartz article.  It's one of his.
13 This is the '89 one.  There's also one from 2000,
14 2001.  This is the one that demonstrated that the FVC
15 one was -- that the FVC was decreased by plaques.
16 (Peruses document.)
17     Unfortunately, he doesn't present this --
18 this is 10 percent as predicted, but he reports that
19 in pleural fibrosis, the decrease in FVC associated
20 with people with circumscribed plaques is 3.75 versus
21 4.09 which is basically .343 -- 340 cc's, which is
22 about pushing ten percent loss, and that with diffuse
23 pleural thickening, it's about a liter, which is
24 clearly below the normal range in his study.
25     Q  Right.

Page 154

1      A  So I don't know whether that's actually below
2  the range of normal or not, but it's got to be very
3  close.
4      Q  Well --
5      A  He reported it as such.
6      Q  Okay.  Are you sure that that's ten percent?
7      A  Pretty close to it.
8      Q  Not pretty close.  You're here as an expert.
9  Do you know?
10     A  4.09 and 3.16, okay, it's -- it's about eight
11 percent.
12     Q  Eight percent?
13     A  Maybe nine percent.
14     Q  Does that reflect -- does that reflect that
15 the resulting loss of lung function is below the
16 range of normal?
17     A  It all depends where the first one started.
18 Depends what 4.09 liters plus or minus .91, whether
19 that is actually, indeed, 100 percent or whether it's
20 a population of which the -- everybody was 90 percent
21 of predicted.  Depends on what the normal values he
22 used.
23     Q  So that's my whole point.
24     Can you tell me as an expert today of a
25 single study which shows that plaquing alone results

Page 155

1  in a loss of lung function below the range of normal?
2      A  No, I probably can't, although I think that
3  this demonstrates significant loss.
4      Q  But I didn't ask you about significant loss.
5  I'm talking about severe loss.
6      A  Well --
7      Q  This talks all about severe --
8      A  No.
9      Q  -- loss.
10     A  Not with plaquing alone.  Diffuse pleural
11 thickening, yes.
12     Q  Well, diffuse pleural -- I want to make sure
13 that we don't have a problem there either.
14     Can you tell me of a single study anywhere
15 which shows that confluent plaquing results in a
16 severe loss of lung function?
17     A  No, and I don't think he discusses that in
18 this article either.
19     Q  Can you tell me a single study anywhere that
20 shows confluent plaquing results in a loss of lung
21 function below the range of normal?
22     A  I'm not aware of any.
23     Q  Now, let's talk about blunting.
24     A  Yes.
25     Q  Blunting is associated with a substantial

Page 156

1  loss of -- strike that.
2      Blunting can be associated -- I don't like
3  that one either.
4      If you take a look at the studies, there are
5  studies that focus specifically on the association of
6  blunting with loss of lung function, correct?
7      A  Well, they're associated with diffuse pleural
8  thickening and you're using that as part of the
9  definition.
10     Q  Yes.  Well --
11     A  I'm saying that if you don't have --
12     Q  I'll rephrase my question.
13     A  -- blunting, you don't have diffuse pleural
14 thickening.
15     Q  You're correct to correct me, so I'll
16 rephrase the question.
17     There are studies that look to examine
18 whether the diffuse pleural thickening associated
19 with blunting of the costophrenic angle leads to or
20 is associated with a loss of lung function, correct?
21     A  Yes, there's more lung function in that
22 group, yes.
23     Q  Okay.  And those studies do show that diffuse
24 pleural thickening associated with a loss of blunting
25 of the costophrenic angle can lead to a loss of lung

(Pages 153 to 156)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                        40

## Page 157

1  function that is both significant and severe,
2  correct?
3      A  That's correct.
4      Q  And, in fact, produces a reduction of lung
5  function to below normal ranges, correct?
6      A  That's correct.
7      Q  Would you, therefore, agree with me that the
8  diffuse pleural thickening associated with blunting
9  of the costophrenic angle has a clear track record of
10  being associated also with very severe impairment?
11     A  Yes.
12     Q  And is it also true that it is for that
13  reason -- I'm not here to debate with you whether the
14  definitions are good or bad, but would it be fair to
15  say that it's for that reason that some scientists
16  have decided to define diffuse pleural thickening by
17  including in the definition blunting of the
18  costophrenic angle?
19     A  I suspect that that may very well be the
20  reason why they decided to do so, but what I've been
21  saying and what's in the data that we produced is
22  that we've got about half of these people that died
23  with diffuse pleural thickening and there was no
24  blunting, and by definition then, they don't have it,
25  so that's crazy if you have a definition that doesn't

## Page 158

1  explain what they've got.
2      Q  Didn't I say that I'm not focused on whether
3  the definition is right or wrong?
4      A  I am.
5      Q  Well, that's great, and so when you have your
6  opportunity to testify, if you want to talk about the
7  definitions, that's fine with me.
8      A  I certainly will.
9      Q  I'm not going to ask you about the definition
10  excepting and only in one respect.  I think that you
11  answered this question, but you then went on to make
12  a long statement, so I want to make very sure that
13  we're in agreement on this.
14         One of the reasons why some scientists have
15  decided to define diffuse pleural thickening by
16  including in the definition blunting of the
17  costophrenic angle is that the literature has shown
18  that where diffuse pleural thickening is associated
19  with blunting, there's a very substantial risk of
20  severe impairment, correct?
21     A  That's correct.
22         MR. LEWIS:  Objection.  Argumentative.
23     Q  (By Mr. Bernick)  Now, the scientists that
24  have decided to define diffuse pleural thickening in
25  a way that includes a requirement to blunting, those

## Page 159

1  scientists are actually in the mainstream of
2  researchers in diffuse pleural thickening, correct?
3      A  I'm not sure I can answer that question.
4      Q  Are you aware -- well, certainly, the --
5  Dr. Frank has told us that ATS 2004 itself can be
6  reasonably interpreted to say that blunting is part
7  of what diffuse pleural thickening is, that it's a
8  requirement, correct?
9      A  Oh, it does say that, yes.
10     Q  In the same --
11     A  But you're talking about experts, you know,
12  in the scientific sense here.  Are you talking about
13  experts in the 2004 -- are you talking about the
14  experts involved in this trial?
15     Q  Okay.  I'm talking about the experts involved
16  in the scientific community, whether or not they are
17  part of this trial.  I'm talking about people who are
18  recognized as being authorities in the scientific
19  community in this area.
20         The mainstream of those people say that
21  diffuse pleural thickening requires there be blunting
22  of the costophrenic angle, correct?
23     A  That's correct, that's what they say.
24     Q  That's true of the ATS and that's true of the
25  ILO, correct?

## Page 160

1      A  That's true.
2      Q  And with respect to the ILO, while you've
3  been critical of the ILO, the ILO is an independent,
4  rigorous review process and it's very important in
5  the medical community what the ILO has to say about
6  this, correct?
7         MR. LEWIS:  Objection.  Compound.
8  Argumentative.
9         MR. BERNICK:  I'll break it down.
10     Q  (By Mr. Bernick)  The ILO is an
11  independent -- it's an independent research and
12  pronouncement process, correct?
13     A  The ILO is supposedly an epidemiological tool
14  for the establishment of extent of disease in
15  populations and cohorts.  Okay?  It's not used that
16  way any more, unfortunately, even though it was
17  designed that way.
18     Q  I'm very interested in that.  That's not the
19  answer to my question.
20         I said independent.  The ILO is regarded as
21  being independent, correct?
22     A  I guess so, yeah.
23     Q  Okay.  And the ILO is regarded as being -- it
24  involves participation of people who are high
25  quality, recognized scientists, correct?

(Pages 157 to 160)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                        41

Page 161

1     A  I assume so.
2     Q  You're not aware -- you're not here to say
3  that in some fashion the ILO process or the people
4  who are involved are biased, are you?
5     A  There's a number of articles out that -- and
6  I can't quote them to you right off, the authors, but
7  there are a number of articles which can be provided
8  to you that demonstrate there's an incredible
9  variation between ILO readers that tends to make the
10  ILO system very difficult to use.
11     Q  I didn't ask you about any of that.  I said
12  biased.  Are you saying that the --
13     A  Well, is that a bias or what is it then?  I
14  mean --
15     Q  Those are B-readers, interreader variability
16  among B-readers.  Nothing to do with my question.
17  I'm talking about the process whereby the ILO
18  classification systems are developed and issued by
19  way of pronouncement, that process.
20     A  The way it was developed --
21     Q  Yes.
22     A  -- fine, I don't disagree with that.
23     Q  Okay.  Well, that's -- that's fine.  That's
24  what I'm asking you about.
25     You don't disagree with the way that the ILO

Page 162

1  2000 classification was developed in terms of its
2  independence or the quality of the scientists
3  involved, do you?
4          MR. LEWIS:  Objection.  Asked and
5  answered.
6     Q  (By Mr. Bernick)  Do you disagree -- do you
7  believe that that -- strike that.
8     Do you have any issue with the quality and
9  independence of the science and the scientific
10  process that led to the development of ILO 2000?
11          MR. LEWIS:  Objection.  Asked and
12  answered.
13     A  No, with the following exception, the ILO
14  standards were pretty much developed around
15  conventional asbestos disease and I'm trying to
16  relate to you something that's different that relates
17  to Libby asbestos.
18     Q  (By Mr. Bernick)  I'm not talking about that.
19  I understand that where --
20     A  Well --
21     Q  Did I say -- did I say to you,
22  Dr. Whitehouse --
23     A  These are --
24     Q  I --
25     A  These are also intermingled.  It's very

Page 163

1  difficult to separate one from the other.  I'm sorry.
2     Q  Fine.
3     Did I say to you that we'll reach a point in
4  the deposition where we'll talk about Libby?  I said
5  that, right?
6     A  Yes, you did.
7     Q  Okay.  We're going to -- we're not there yet,
8  so I'm just asking you about the ILO scientific
9  process itself.
10     A  The original process, I'm sure, was done
11  appropriately and I'm sure it was done in 1980
12  appropriately when they did it originally.
13     Q  Okay.
14     A  What I was referring to was not that then.
15  Maybe it's a little of that.  I don't know.  But I'm
16  referring to practical usage as it is currently used.
17     Q  I'm not -- I'm not even talking about that.
18  I'm just talking about the ILO 2000 classification
19  document.
20     A  Okay.
21     Q  Do you have any issue with the fact that it
22  was developed by independent scientists who were
23  recognized as being authoritative in their field?
24     A  I don't have any reason to believe otherwise,
25  no.

Page 164

1     Q  Okay.  Fine.
2     Would you also recognize that they focused
3  specifically on diffuse pleural thickening as part of
4  their process in 2000?
5     A  They -- they did.  I guess you would be
6  reasonable to say that they did, whereas, prior to
7  that, they had not focused very much on it --
8     Q  Okay.
9     A  -- but they did spend more time on it.
10     Q  Okay.  And would you also agree with me that
11  if we look in the literature for -- you said that the
12  mainstream definition now includes blunting of the
13  costophrenic angle.  Are you aware of anybody who has
14  written a peer-reviewed article anywhere in the
15  scientific literature that says it is wrong to
16  require blunting of the costophrenic angle in the
17  definition of diffuse pleural thickening?
18     A  I haven't seen that it says that in the
19  literature, no.
20     Q  Now, let's talk a little bit about
21  interstitial asbestos, although if people are getting
22  a little hungry, we can --
23          MR. BERNICK:  Are the sandwiches
24  around?
25          MR. LONGOSZ:  Should be over down the

(Pages 161 to 164)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                      42

Page 165

1   hall.
2          MR. BERNICK:  Let me know if you want
3   to -- are you a little bit peckish?
4          THE WITNESS:  This is probably a good
5   time.
6          MR. BERNICK:  What?
7          THE WITNESS:  Probably a good time for
8   a break anyway and have lunch.  It's 12:30.
9          MR. BERNICK:  Okay.
10         THE VIDEOGRAPHER:  We are going off the
11  record.  The time is now 12:30 p.m.
12         (Lunch recess.)
13         (Mr. Stansbury exits.)
14         THE VIDEOGRAPHER:  We are back on the
15  record.  The time now is 12:50 p.m.
16         EXAMINATION (Continuing)
17  BY MR. BERNICK:
18    Q  Dr. Whitehouse, I want to shift gears here
19  and ask you some questions about interstitial
20  asbestosis and then we'll go back to pleural
21  thickening for the rest of the dep, but just some
22  basics.
23       Would you agree that the scientific
24  literature recognizes interstitial asbestosis as
25  being a distinct diagnostic entity?

Page 166

1    A  Yes, the literature does, yeah.
2    Q  Okay.  And pathologically, interstitial
3  asbestosis involves a fibrotic process in the
4  parenchyma of the lung, correct?
5    A  Correct.
6    Q  And it can be progressive?
7    A  Yes.
8    Q  And it can result in substantial impairment,
9  correct?
10   A  Yes.
11   Q  Would you also agree with me that in the
12  literature, interstitial asbestos can range from mild
13  to very severe, both -- just leave it at that, from
14  mild to very severe?
15   A  Yes.
16   Q  And can do so both in the extent of the
17  fibrosis and in the extent of the impairment?
18   A  Yes.
19   Q  Would you agree with me that scientific
20  convention in the area of asbestosis says that both
21  the degree of fibrosis and the degree of impairment
22  can be rated or measured?
23   A  Yes.
24   Q  So that when it comes to the extent of
25  fibrosis, B-readers, people who are certified to read

Page 167

1  x-rays for fibrosis, will have the ability to rate
2  the degree of fibrosis using the ILO system, right?
3    A  Yes.
4    Q  And when it comes to impairment, scientific
5  convention measures the impairment associated with
6  asbestosis through basically lung function tests
7  including forced vital capacity among others,
8  correct?
9    A  That's correct.
10   Q  Okay.  All that is very plain scientific
11  convention, correct?
12   A  Yes.
13   Q  Now, let's talk a little bit about severe
14  asbestosis.
15       Scientifically, is there a bright line test
16  for when asbestosis is severe?  And by asbestosis, I
17  mean interstitial asbestosis.
18   A  Oh, there's been attempts to quantitate it by
19  FVC, but they're not very accurate.
20   Q  Okay.  What about in terms of the degree of
21  fibrosis?  Are there bright line medical tests for
22  when asbestosis is severe in terms of degree of
23  fibrosis?
24   A  Well, I think most people think it's, you
25  know, you get past ILO 3/3 or 3/2, then it's thought

Page 168

1  to be severe, although there's people who disagree
2  about it and there's people that -- there's a lot of
3  variation between observers in those numbers.
4          (Ms. Rickards returns from lunch
5          recess.)
6    Q  (By Mr. Bernick)  Okay.  Now, you were asked
7  some questions about the trust distribution
8  procedures or TDPs in the plan of this case, and I
9  want to show you what I think is your Exhibit-2.  Do
10  you have it here someplace?
11         MR. LEWIS:  That's right over here.
12   Q  (By Mr. Bernick)  We don't want you to walk
13  off with these, Dr. Whitehouse.
14         MR. LEWIS:  Are you accusing this
15  witness --
16   Q  (By Mr. Bernick)  We would be confused
17  forever.
18   A  -2, you said?
19         MR. LEWIS:  Yeah, looks like this.
20   A  That's the one I was looking for.
21         (Mr. Longosz returns from lunch
22         recess.)
23   Q  (By Mr. Bernick)  If you take a look at
24  Page 26 of Exhibit-2, do you see severe asbestosis as
25  one of the categories?  It's category -- or level

(Pages 165 to 168)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
43

Page 169

1   4-A.  Do you see that?
2       A   Yeah.
3       Q   And you're aware, are you not, that the
4   TDP -- this aspect of the TDP basically is a part of
5   a process where people can either qualify for
6   compensation based upon an expedited review or if
7   they choose, look for compensation about it based
8   upon an individual review.  Are you -- I know you're
9   not an expert in it, but are you generally familiar
10  with the expedited review versus the individual
11  review?
12      A   Yeah, I am, and I would -- another thing, I
13  did make an error concerning the ILO of 3/2.  It's
14  actually 2/1 --
15      Q   Okay.
16      A   -- concerning severe asbestosis.
17      Q   So basically as you understand the TDP when
18  it comes to these definitions of severe asbestosis at
19  level 4-A is an expedited or a set of benchmarks for
20  an expedited review based upon a paper submission.
21  Is that your general understanding?
22      A   Yes.
23      Q   Okay.  Now, I want to suggest to you and I
24  want you to accept for purposes of the questions that
25  I'm going to ask you that the TDP criteria for this

Page 170

1   expedited review are designed to pick out and qualify
2   for compensation cases of severe asbestosis that can
3   be established through objective criteria and are
4   clear cases.  That is, it's not looking for the
5   borderline cases.  It's looking for the clear cases.
6   I want you to assume that for purposes of my
7   question.
8           And in light of that, if we take a look at
9   level IV-A, as you see it, does this use criteria for
10  severity based both upon the presentation of the
11  disease and upon the impairment?  Is this a category
12  that works with both the disease presentation as well
13  as the impairment?
14      A   Probably as best as it can be, yeah.
15      Q   Okay.  And that's really what I wanted to get
16  to next is that you see that it uses -- the severe
17  asbestosis TDP calls for an ILO of 2/1 or greater for
18  asbestosis determined by pathological evidence.
19          Is it true that with that test the scientific
20  literature says that that test will, in fact, succeed
21  in picking out and qualifying patients that do, in
22  fact, have very significant fibrosis?
23      A   The only caveat I have is that -- yeah, if
24  you sent it to Sam Hammer, you'd get a good answer.
25  Okay?  If you sent it to some other path labs that I

Page 171

1   know about, the chances are that you're not going to
2   get the correct answer --
3       Q   Okay.
4       A   -- because of the sophistication of the
5   equipment necessary to make a decent answer and
6   generally TEM, and so, you know, electron microscopy.
7       Q   But if the goal is to pick up clear cases for
8   expedited treatment of people with significant
9   fibrosis, doesn't science say that if you have
10  pathological pathologists who says that it's
11  asbestosis, that's going to be -- that's going to be
12  a requirement that -- strike that.  Strike all that.
13  I want to rephrase this just to be simple.
14          We've got a test for expedited qualification
15  of people who've got clear cases.  Would you agree
16  with me that the scientific literature says that a
17  diagnosis of asbestosis by pathology is a pretty
18  reliable way of determining, at least those people
19  who have significant fibrosis?
20      A   I'm not sure I'd agree with you and -- now,
21  this is on personal experience.  Okay?  There's no
22  question that the average pathologist will pick up
23  the fibrosis and the interstitial disease.  Okay?
24  But the proof of asbestos fibers in the specimen, at
25  least in Spokane, is very wanting and it is in

Page 172

1   Kalispell.
2           The docs tend to either not have the
3   equipment or don't know exactly how to do it, so the
4   problem is that -- and I'm not arguing with those
5   criteria, by the way.  I want you to be aware of
6   that, but the problem is when you're talking about
7   pathologic specimens, I think you're going to get a
8   lot of people that are going to -- they submit
9   something like that, say, from a lung biopsy or
10  something like that, the asbestos fibers will be
11  missed and it won't be called asbestosis.
12      Q   Fair enough.
13          But where the pathology does find
14  asbestosis --
15      A   That's fine.
16      Q   -- which is what the TDP requires, those will
17  be pretty clear cases of significant fibrosis,
18  correct?
19      A   It could be misleading.  You could -- you
20  could be picking up a case where it's not significant
21  or doesn't meet an ILO standard of 2/1.  It meets --
22  it's maybe 1/1 or something like that, but I would
23  assume though that it wouldn't have gotten submitted
24  unless the vital capacity was low or some other
25  reason.

(Pages 169 to 172)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
44

---

Page 173

1     Q   Yeah.  What I'm really getting at is -- and
2 you say you don't take issue, but what I'm really
3 getting at is, you know, maybe -- maybe I haven't
4 been simple and clear enough putting it to you.
5         The criteria of 2/1 ILO or asbestosis by
6 pathological evidence, science says that those are
7 pretty good tests for picking up clear cases of
8 significant fibrosis; would that be fair?
9     A   Yeah, I don't have any issue with the
10 fibrosis criteria here.  I really don't.
11    Q   Okay.
12    A   And as I told you, I don't know enough about
13 the dollar amounts that I'm going to make any
14 comments about them.
15    Q   I'm not asking you about that at all.
16        Likewise, the TDP for severe asbestosis also
17 calls out a requirement for impaired lung function,
18 correct?
19    A   Yes.
20    Q   And works with TLC and FVC in doing so,
21 right?
22    A   Yeah, the one issue --
23    Q   Let me just get to the question.
24    A   Okay.  Go ahead.  Sorry.
25    Q   Would you agree with me that there too, the

---

Page 174

1 TDP has tests that science says should pick up people
2 with clear cases?  Let me be clear about that.  Not
3 suggesting that it will pick up all of them, but the
4 people who qualify under the TDP based upon -- strike
5 that.
6         Would it be fair to say that under the
7 science today, those people who do have impairment
8 meeting the tests of the TDP for severe asbestosis
9 are likely to be people who do have significant
10 impairment?
11    A   That's true.  And if I could say something
12 relative to this?
13    Q   Sure.
14    A   It's interesting that TLC is used rather than
15 DLCO.  DLCO -- TLC is probably less accurate than
16 DLCO is as far as its consistency of the study.
17 That's one problem that the DLCO is not in there.
18        The second problem with this is that the
19 ratio is greater than 65 percent because it's well
20 known that asbestosis can produce a significant
21 obstructive defect.
22    Q   You're answering a different question and I'm
23 glad you did.
24    A   Okay.  But I -- you know, I said I didn't
25 have much issue with it, but the more I -- I didn't

---

Page 175

1 have issue with that first part, but I do have issue
2 with the second part.
3     Q   Okay.  You don't -- you didn't have issue
4 with the first part, you're referring to the tests
5 for fibrosis as set forth in level 4-A, correct?
6     A   Right.
7     Q   But I'm glad you made the statement that you
8 did because I want to be clear on the focus of my
9 questions, and this is important, Dr. Whitehouse.
10        I'm asking you really not whether you or
11 somebody else could have included other criteria
12 which would have had the effect of picking up more
13 people.  I'm not asking you that.
14        I'm asking you whether the criteria as set
15 out, both for fibrosis and for impairment in level
16 4-A, are criteria which if they're met by a claimant,
17 that claimant -- science says that claimant is, in
18 fact, likely to have a pretty clear case of severe
19 asbestosis.  In other words, these criteria -- I'm
20 sorry.  I'll rephrase.
21        These criteria are criteria that science says
22 will pick up clear cases.  You may say they may not
23 pick up all of them, but they'll -- the cases they
24 pick up will be clear cases of severe asbestosis,
25 fair?

---

Page 176

1     A   Well, true, except that -- let me give you an
2 example of one that will not, and we run into this
3 periodically.  Somebody that has interstitial
4 fibrosis, that is, UIP, usual interstitial
5 pneumonitis, it's non-asbestos related and then we
6 discover they don't have asbestosis because we can't
7 establish an exposure history, and so your point
8 number four there about supporting medical
9 documentation is a very important factor in that, you
10 know.  I mean, you have to have documentation of the
11 disease.
12    Q   I think you're agreeing with me.
13        If we look at the TDP for severe asbestosis
14 and we ask, do the tests that are set out in that
15 TDP, are those tests tests that science says if
16 they're met by claimants, those claimants are, in
17 fact, likely to have severe asbestosis, is the answer
18 to that question yes?  If these tests --
19    A   Well, yes it is.  If you read the entire
20 thing, yes, it is.
21    Q   So if we read TDP for severe asbestosis in
22 its entirety, that is a TDP which science says will
23 pick up people who are pretty clear cases of severe
24 asbestosis; is that fair?
25    A   That's fair.

(Pages 173 to 176)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                        45

| Page 177 |
|---|

1      Q   Okay.  Now, it will also not pick up other
2   people who may have severe asbestosis, I take it is
3   what you're saying?
4      A   Yes, that's a problem.
5      Q   Okay.  Well, it may or may not be a problem
6   depending upon what the judge in this case thinks,
7   but you're saying in one of your criticisms of these
8   TDPs is who they exclude, fair?
9      A   Fair.
10     Q   Okay.  And this TDP for severe asbestosis
11   will exclude people outside of Libby, nothing to do
12   with Libby, will exclude people outside of Libby that
13   may have severe asbestosis, fair?
14     A   Yes.
15     Q   And you're saying it will exclude -- in your
16   own experience, it will exclude people within Libby
17   who have severe asbestosis, correct?
18     A   I think it is much more likely in Libby for
19   them to be excluded because of the nature of the
20   disease than it would be outside Libby.
21     Q   Well, we're going to get to that in a minute,
22   but both inside and outside of Libby, if these tests
23   for severe asbestosis are met, science says those
24   people will pretty clearly be people with severe
25   asbestosis, correct, in both places?

| Page 178 |
|---|

1      A   I think reasonably, yes.
2      Q   Okay.  And by the same token, this test that
3   is in the TDP for severe asbestosis will exclude
4   people both inside and outside Libby that some might
5   say based upon a different test, in fact, have severe
6   asbestosis.  We're in agreement about that, correct?
7      A   Yes.
8      Q   Okay.  Now, the people outside of Libby who
9   are excluded will include people who have low DLCO
10   scores, right?
11     A   Correct.
12     Q   Will exclude people who are not 2/1s, but
13   maybe, you know, 1/1s but has severe impairment.
14   There will be borderline cases outside of Libby,
15   right?
16     A   Yes.
17     Q   And with the borderline cases, are you
18   familiar that in the trust distribution process,
19   they'll have the opportunity for individual review?
20     A   I understand that.
21     Q   And you understand the same thing will be
22   true with people of Libby?
23     A   Yes, I think one of the things that really
24   disturbs me about that is it's not a physician that's
25   reviewing it.  It's not a pulmonologist.

| Page 179 |
|---|

1      Q   Okay.
2      A   A pulmonologist is really knowledgeable about
3   asbestos.  That would make a lot of difference to
4   that.
5      Q   But that's true outside of Libby and it's
6   true inside of Libby, correct?
7      A   It ought to be.
8      Q   Throughout -- well, I understand that, but
9   that criticism that you have of individual review
10   applies both outside and inside of Libby, right?
11     A   Yes, it does, but the same thing that I just
12   said about it holds true is that, how can a
13   non-physician, somebody that's not really
14   knowledgeable about asbestos diseases by having dealt
15   with it on a regular basis make that kind of a
16   decision.
17     Q   I want to take a look now at the TDP for
18   severe disabling pleural disease level 4-B, and my
19   questions are really very much the same, which is
20   that this is a TDP that seeks to pick out people with
21   severe disabling pleural disease by both of imposing
22   a test for the presentation of the disease as well as
23   by imposing a test for severity of impairment, fair?
24     A   Yes.
25     Q   Okay.  And when it comes to the diagnosis,

| Page 180 |
|---|

1   would you agree with me that when it comes to tests
2   for the presentation of the disease that science says
3   that where people meet that test, it's pretty clear
4   that they do have diffuse pleural thickening?
5      A   How they answer this question is --
6      Q   It's where the test is met.
7      A   Well, I think you may be right about that,
8   where the test is met.
9      Q   That's what I'm asking.
10     A   But the test itself has some severe
11   limitations and problems with it.
12     Q   I'm not really going to debate that with you
13   in the questions I'm asking you right now.
14     A   Okay.
15     Q   I'm asking you the same kinds of questions
16   that I asked you about when it comes to severe
17   asbestosis, that is, the tests that are imposed by
18   the TDP for severe disabling pleural disease, for the
19   diagnosis of it, those are tests that science says if
20   they're satisfied, the claimant will be a pretty
21   clear case of having severe disabling pleural
22   disease, correct?
23     A   Yes.
24     Q   The same thing is true with the impairment
25   requirements for level 4-B, correct?

(Pages 177 to 180)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
46

Page 181

1    A  Correct.
2    Q  Okay.  So we take a look at the TDP for
3    severe disabling pleural disease, is it such that
4    science says that where it's met, those will be
5    pretty clear cases where people, in fact, have that
6    disease, fair?
7    A  If you concur with the entire body of
8    science.
9    Q  Yes, that is, if we look at the entire body
10   of the science, that science --
11   A  If you agree with that.
12   Q  Oh, no, I'm just saying -- I'm saying again,
13   just like I did with severe asbestosis, that science
14   says with -- where these tests, in fact, are met,
15   people who satisfy those tests are highly likely --
16   are clear cases where they have severe disabling
17   pleural disease.  Not saying they're the only ones,
18   but once they meet the tests are going to be pretty
19   clear cases under the science; is that fair?
20   A  Okay.
21   Q  Is that -- I don't want an okay.  Is that
22   right?
23   A  Yes.
24   Q  Okay.  Now, we also know as we went through
25   with severe asbestosis that the test for severe

Page 182

1    disabling pleural disease level 4-B will, in fact,
2    exclude people outside of Libby who some might say --
3    doctors might say, in fact, have severe disabling
4    pleural disease, right?
5    A  Yes.
6    Q  And it will also exclude people within Libby
7    who you would say have severe disabling pleural
8    disease, correct?
9    A  Yes.
10   Q  And I think what you said this morning is
11   that if you took a look at the McCloud study, the
12   McCloud study relates to people who are outside of
13   Libby, right?
14   A  Yes.
15   Q  And I think you said that under the McCloud
16   study more than -- more than 50 percent of the people
17   in the McCloud study wouldn't pass the requirements
18   of level 4-B in the TDP, right?
19   A  Right.
20   Q  When it comes to people within Libby, I think
21   you said that the TDP would have the effect of
22   excluding about the same proportion of people in
23   Libby with severe disabling pleural disease as was
24   reflected in the McCloud study, correct?
25   A  Pretty much.

Page 183

1    Q  Okay.
2    A  Close to it.
3    Q  So we're talking about roughly the same
4    proportion and effect of the TDP both inside Libby
5    based upon your own experience and outside Libby
6    based upon the McCloud article.  Did I get that
7    right?
8    A  Yeah, on the basis though or the caveat I
9    would say about this is on the basis of just that
10   aspect.  We're not talking about DLCOs or anything
11   else.  Just about --
12   Q  Blunting?
13   A  Just about blunting.
14   Q  Okay.  So when it comes to the blunting
15   criteria in level 4-B, that has the same proportion
16   and effect inside Libby as outside Libby, fair?
17   A  Very similar.
18   Q  Okay.
19   A  Very close.
20   Q  Now, if we wanted to include --
21       MR. BERNICK:  Why don't you just change
22   it now?
23       So for people outside on the telephone, we
24   have a conspiratorial process here inside the room
25   called changing the tape.

Page 184

1        THE VIDEOGRAPHER:  We are going off the
2    record.  The time is now 1:15 p.m.  This is the end
3    of disk number two in the continuing deposition of
4    Alan Whitehouse.
5        (Pause in the proceedings.)
6        THE VIDEOGRAPHER:  We're back on the
7    record.  The time is now 1:17 p.m.  This is the
8    beginning of disk number three in the continuing
9    deposition of Dr. Alan Whitehouse.
10       EXAMINATION (Continuing)
11   BY MR. BERNICK:
12   Q  Dr. Whitehouse, if we -- strike that.
13       If DLCO were to be included as an alternative
14   basis for qualifying people for severe disabling
15   pleural disease -- I think you've already recognized
16   in response to Mr. Finch's question -- that if that
17   is the only evidence of impairment of lung function,
18   that is, it's really truly an alternative way for
19   people to qualify, that would have the effect of
20   allowing people to qualify where the cause of the
21   lower DLCO was unrelated to asbestos, correct?
22   A  Well, I think that could easily be.
23   Q  How?
24   A  Well, for several -- several reasons.  First
25   off, those people have over-disease (sic).  Okay?

(Pages 181 to 184)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
47

## Page 185

1   They have big exposure histories, generally.  They
2   may or may not have some small degree of interstitial
3   disease.  They're very limited and that can be
4   proven, with the treadmill or with being on oxygen
5   and hypoxic or whatever the case may be, and
6   ordinarily, most of those people have significant
7   abnormalities in their pulmonary function, although
8   they may not be below 65 percent.  They're in that
9   range though, some -- frequently.
10      So there's very ample diagnostic evidence
11  that that's the source of it, and then if the CTs
12  were looked at, almost all of those people have some
13  pleural fibrosis that you can't see on x-ray and
14  explains their DLCO and it's clearly asbestos
15  related.
16      Q   Yeah, but I'm getting at a different thing.
17      If this expedited review -- that's what the
18  TDP review speaks to -- expedited review where the
19  submission is done on paper and there are written
20  criteria which if met, you're in, and if you don't
21  meet them, you're not in.  That's the -- that's the
22  world that we're operating in.
23      If you were to make DLCO an alternative
24  measure for the impairment of lung function such that
25  somebody who didn't meet the requirements based upon

## Page 186

1   forced vital capacity still could qualify for DLCO,
2   how would you state objective criteria that -- so
3   they could check off that would eliminate the cases
4   where DLCO is reduced for some source, some reason
5   that's not asbestos?  How would you do it?
6       A   I don't think it would be difficult at all.
7   You'd basically say that there's pleural disease
8   present.  Everybody -- that everybody agrees that
9   there's pleural disease present.  They have abnormal
10  pulmonary function.  I don't think you have to put it
11  with normal pulmonary function in that situation, but
12  you have to recognize that some of those people will
13  be right around 65 percent.
14      You could -- this is the one situation where
15  a CT evidence would help you a great deal and then,
16  say, that there's no other obvious reasons for there
17  to be a reduced DLCO.
18      Q   So that's how you would write it?
19      A   I'm not sure exactly how I'd write it.  Never
20  even thought about that.  But, roughly, I could write
21  something that would cover those people and would
22  protect the TDP from people that don't have
23  significant asbestos disease.
24      Q   And it would be such that somebody, not a
25  doctor, could review it and say --

## Page 187

1       A   Yeah.
2       Q   -- that's right, it's all set?  They wouldn't
3   have to read the CT scan?
4       A   Just a check off and all, yeah.
5       Q   It's not in any of your reports, correct?
6       A   What's that?
7       Q   That's not in any of your reports, is it?
8       A   No, I don't think I've ever put that down on
9   paper.  That's the first time anybody's actually
10  asked me that.
11      Q   I asked you.
12      A   You asked me.  I could do it and it would
13  be -- I wouldn't want it to be unfair.  I mean, you
14  know, I spent -- this is a digression a little bit,
15  but I spent years doing disability evaluations for
16  the State of Washington and was very successful in it
17  because my track record was one of being right in the
18  middle of the road.  You know, I wasn't about to go
19  along with somebody that didn't have it, and so it
20  was pretty even.  Now, that's not always the case
21  with IME docs, but that's possible to do that and to
22  write it in such a way that it would be done.
23      Q   Let's talk about the Libby data and what the
24  Libby data shows about that.  Okay?
25      As I understand it, there are two basic

## Page 188

1   collections of data that are Libby specific and --
2   are Libby specific and focus on non-malignant disease
3   caused by asbestos.
4       You have the ATSDR data and then you have the
5   CARD Clinic data; is that right?
6       A   Yes.
7       Q   Now, the ATSDR data, would you agree with me,
8   that ATSDR was an independent organization when they
9   came in to gather that data at Libby?
10      A   You know what I'm going to ask probably about
11  the ATSDR.  Are you talking about the original
12  Sullivan study?
13      Q   I'm talking about the original gathering of
14  the data.  I'm not here to talk about authors of
15  studies or anything.  I'm talking about data.  All
16  the questions I'm going to ask you are all about
17  gathering data.
18      A   Oh, okay.
19      Q   The ATS -- the data that the ATSDR gathered,
20  that collection of -- you've got two collections of
21  data, CARD Clinic data, ATSDR clinic -- ATSDR data,
22  right?
23      A   Yeah.  You're talking about the x-ray data
24  from the screening --
25      Q   Yes, the screening --

(Pages 185 to 188)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
48

Page 189

1    A  -- that one?
2    Q  -- the screening data.
3    A  Right.  Okay.
4    Q  So when it came to the -- are you aware of
5  any other basic collection of non-malignant data at
6  Libby beyond the ATSDR and the CARD Clinic?
7    A  No, only insofar as the radiologist in Libby,
8  Steve Becker, who is a reasonably accurate reader as
9  far -- and was part of that reading with the ATSDR,
10  so I guess you'd have to include him in that.
11    Q  Okay.  So now the ATSDR data was gathered by
12  people who were independent, correct?
13    A  Yes.
14    Q  The ATSDR data was gathered pursuant to an
15  established protocol that had to be followed the same
16  way for all people, correct?
17    A  I think so, yeah.
18    Q  The ATSDR data is all available to
19  constituencies of people in this case, correct?
20    A  Yes.
21    Q  There are studies that have been published on
22  the ATSDR data, correct?
23    A  That's correct.
24    Q  And the ATSDR data is -- would you agree,
25  representative of the disease picture or pattern in

Page 190

1  Libby?
2    A  We have to be sure what part of that you're
3  talking about and what part of it was published and
4  by whom.
5    Q  Not talking about published, just talking
6  about the data.
7        The screening data that was gathered, that's
8  a representative collection of data when it comes to
9  representing the pattern or picture of Libby?
10    A  At the time it was, yes, I think so.
11    Q  Okay.  Now, with respect to the CARD Clinic,
12  I want to ask you the same kinds of questions.
13        Would you say that the data was gathered for
14  the CARD Clinic by people who were in all cases
15  independent?
16    A  What do you mean?
17    Q  Didn't have any other agenda.
18    A  I think generally that's true.  I think that
19  pulmonary function data and chest x-ray data, which
20  includes Becker's as well as our readings in there, I
21  think was pretty consistent and I don't -- it wasn't
22  biased, I don't think.
23    Q  Well, that's what I'm asking.  It wasn't
24  biased?
25    A  Huh-uh.  (Answers negatively.)

Page 191

1    Q  But when it comes to protocol, there's no
2  protocol that was followed by the CARD Clinic in
3  gathering the data that is in their files, correct?
4    A  Well, yes, there actually is because when the
5  people came in from screening, they took an interval
6  history from them.  Some of that was done by nurses.
7  A lot of that is in a database now.  They had a new
8  chest x-ray taken.  They had pulmonary function taken
9  that the doc saw and there's a dictated note
10  concerning the medical care, so --
11    Q  But that's a --
12    A  -- it closely all followed the same.  There's
13  more than one doc, but it was --
14    Q  Different doctors --
15    A  -- similar.
16    Q  -- you know, when it came to the pulmonary
17  function test, how it was administered, was there an
18  absolute set protocol on how the pulmonary function
19  test was to be administered with respect to all
20  people who are part of the CARD Clinic data?
21    A  I think pretty much so.  It's pretty much the
22  same protocol that I used in my practice for years.
23  I trained those people up there.
24    Q  Is it written?
25    A  Yeah, certainly.

Page 192

1    Q  Where is it written?
2    A  In the -- in the procedure manual for the --
3  for the -- for the lab.
4    Q  For the lab?
5    A  I don't know where it is, but I know it's up
6  there.
7    Q  Okay.  But what about when it comes to taking
8  exposure history?  Is there a --
9    A  They don't take the exposure histories.  The
10  techs don't.
11    Q  Oh, you mean the CARD Clinic?
12    A  The other people in the CARD Clinic?
13    Q  Yeah.
14    A  Yeah, those are taken both by the --
15    Q  But is there a written protocol?
16    A  Yeah, there is for the nurses.  There's a
17  written protocol.
18    Q  Do you know, were those ever made available
19  publically?
20    A  I don't know, but I know that there's a
21  series of forms that they use concerning that.
22  There's both a check list and then things that they
23  can add on in handwriting as well, and that's been
24  used -- and those are in everybody's chart, and
25  they've been used pretty much since the inception of

(Pages 189 to 192)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
49

## Page 193

1  the clinic in --
2      Q  What about --
3      A  -- 2000.
4      Q  What about in reading x-rays?  Is there one
5  protocol that's been followed in reading all x-rays
6  at the CARD Clinic?
7      A  Probably not.  They're all read by -- they
8  were all read by the radiologist at the hospital.
9      Q  But different radiologists?
10     A  No, all the same one, pretty much.
11     Q  All the same one?
12     A  Yeah, he occasionally had to cover it, but
13  not very much.  For a long time, I over-read most of
14  the x-rays there --
15     Q  When you read --
16     A  -- but not anymore.
17     Q  I'm sorry.
18        When you read the x-rays, you didn't read
19  them always according to the ILO classifications?
20     A  Oh, no, never did.
21     Q  Well, that's what I'm saying.
22        There wasn't one procedure that was followed
23  by the radiologist in reading the x-rays, fair?
24     A  As far as ILO is concerned, no, we didn't use
25  ILO at all.

## Page 194

1      Q  Okay.  And when it comes to how the different
2  radiologists read the x-rays, we know that you often
3  read the x-rays somewhat differently than Dr. Becker,
4  correct?
5      A  Not nearly as often as you might think.
6      Q  I didn't ask you that.  I said just --
7      A  Occasionally.
8      Q  -- often.
9      A  Occasionally, I did, yes.
10     Q  In fact, you had some critical things to say
11  about Dr. Becker's readings?
12     A  I did early on, not -- not recently.
13     Q  But that wouldn't -- that would still affect
14  the data that the CARD Clinic has, that is, you don't
15  have the same degree of uniformity in the data from
16  the CARD Clinic as you do in the data from the ATSDR,
17  correct?
18     A  Oh, I think -- I think we've got very good
19  data.
20     Q  Didn't say that.
21        It's not as consistent.  If you're looking
22  for consistency, it's not as consistent as ATSDR,
23  correct?
24        MR. LEWIS:  I'm going -- I'm going to
25  object as to the word consistent because that -- that

## Page 195

1  is a very vague term.  I think your prior question I
2  wouldn't object to, but you're talking -- go ahead.
3      A  Well, the ATSDR was running the Masa* Clinic
4  which is the Montana -- the money that came through
5  the State of Montana couldn't come directly to it,
6  and they were running that for quite a while and they
7  had a variety of people that were working there, one
8  of whom we know was, you know, just -- I don't know
9  how to put it, but I know darn well we didn't get
10  good data from that person at all and that went into
11  the database, I'm sure, and ATSDR's database.
12        But almost all the stuff that's in the charts
13  that's been filtered by a number of people to get --
14  make sure that we have accuracy, and in that sense,
15  it's pretty much a consistent protocol for doing
16  everything.  Probably better than most any clinic
17  that you'd see.
18     Q  (By Mr. Bernick)  When it comes to the
19  availability of information from the CARD Clinic, I
20  think you would agree that almost half of the medical
21  information with respect to people who have been seen
22  at the CARD Clinic is, in fact, not available
23  publically or to the people in this case, correct?
24     A  Well, right now -- well, it is available now.
25  I mean, everything is pretty much available.  The

## Page 196

1  problem is that there's this huge database that
2  they've been putting stuff into and nobody that's
3  able to extract it out.
4      Q  Okay.  Well, that's really what I'm kind of
5  getting at.
6        In this case what we have seen out of the
7  CARD Clinic is --
8        MR. BERNICK:  Is that the 850 or the
9  950?
10        MR. FINCH:  It's the 950, plus a
11  handful of other people.  It's on Exhibit-2-A.
12     Q  (By Mr. Bernick)  So when it comes to the
13  data from the CARD Clinic, certainly, parties to this
14  case do not have all of the data from the CARD
15  Clinic, indeed, a huge portion of the data from the
16  CARD Clinic is not available in this case, correct?
17     A  I think that's probably true, yeah.  It
18  hasn't been as yet.
19     Q  And certainly there --
20     A  You do have all the charts now, right?  Yeah,
21  you've got every one of them at one time or another
22  from my understanding is that -- that there was some
23  significant problems in mislabeling and that you
24  didn't know what you had for a while because the
25  numbers were mislabeled, but you at one point had

(Pages 193 to 196)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
50

Page 197

1  copies of all the 950 people.
2      Q  I'm not talking about the 950.  I'm talking
3  about the 1,800.  Let's be clear.
4          The CARD Clinic data goes way beyond the 900,
5  950, correct?
6      A  That's true.
7      Q  And all that's been made available in this
8  case is the 950 or thereabouts, correct?
9      A  And that's basically all I've been talking
10  about is those 950.
11      Q  Well, again, I'm just establishing,
12  Dr. Whitehouse, that in contrast to the ATSDR data
13  which is all available with respect to the CARD
14  Clinic, almost half the data is not available in this
15  case, correct?
16      A  Yeah, and that's true, and basically the
17  reasons for it is HIPAA laws.
18      Q  I didn't --
19      A  Well, they're the HIPAA laws.
20      Q  Well, I'm not blaming you for --
21          (Simultaneous talking.)
22      Q  (By Mr. Bernick)  I'm not blaming you for it.
23  I'm just saying it's --
24      A  Oh, it's not my fault anyway regardless.
25      Q  Right.  It's a fact that it's not available

Page 198

1  in this case, correct?
2      A  But I think that you have to realize that we
3  are under the constraints of the HIPAA laws, probably
4  more than most people are because we are a clinic
5  that's in many respects federally funded or is
6  getting to be federally funded, so --
7      Q  Which you'd also agree --
8      A  -- there's a great deal of care about that.
9      Q  Would you also agree with me that there are
10  no studies with respect -- published studies with
11  respect to the 1,800 patients diagnosed in the CARD
12  Clinic?
13      A  There are not.
14      Q  Would you also agree with me that you don't
15  know -- strike that.
16          When it comes to the CARD Clinic data, you've
17  made reference to all these databases.  How many
18  databases are maintained at the CARD Clinic with
19  respect to people who would have been diagnosed with
20  asbestos-related illness?
21      A  It's basically two, the chart and then there
22  is a database that the EPA has put together which
23  data has been entered into for about the last year
24  and a half including back data, and my understanding
25  is that they are now caught up with everybody in

Page 199

1  there they're entering.
2      Q  What's the difference between the two
3  databases?
4      A  Well, the chart is all right there, x-ray
5  reports, things like that.  It hasn't been put into a
6  database.  What they do is they use that, plus the
7  patient interview and then put into the database when
8  the patient comes in.
9      Q  So we have two databases?
10      A  Well, you asked me about a database.  It's a
11  database.  It's not organized in a computer or
12  anything, but that's where the data is.
13      Q  Okay.
14      A  So it's in the charts.
15      Q  But I misunderstood.
16          So you have all the charts?
17      A  I have all the charts.
18      Q  And those are paper records for everybody
19  who's come through CARD?
20      A  Mm-hm.  (Answers affirmatively.)
21      Q  You have to respond orally.
22      A  Yes.
23      Q  Okay.  When I ask about databases, I'm
24  talking about compilations or collections of
25  information electronically.

Page 200

1          Are there any electronic databases containing
2  the CARD Clinic data?
3      A  There is, concerning all the patients.
4      Q  Concerning all the patients?
5      A  To my knowledge.
6      Q  Okay.  And who -- and who -- is that the one
7  the EPA has done?
8      A  Well, the EPA set it up, but it's now our
9  database.
10      Q  Okay.  And that database includes all the
11  people who have come through the CARD Clinic ever or
12  just the people that have come through the CARD
13  Clinic in the last eighteen months?
14      A  It should, to my knowledge, include everybody
15  including the people that are normal.
16      Q  Okay.  Does it include all the people who
17  have ever come through the CARD Clinic, the
18  historical patients?
19      A  I think so.
20      Q  Okay.  Does --
21      A  I can't answer your question.
22      Q  Does it include all the information that's in
23  the charts?
24      A  I hope it does.
25      Q  So it literally is supposed to be everything?

(Pages 197 to 200)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
51

Page 201

1  A  It's literally supposed to be all the
2  pertinent data and there's some other stuff in there
3  like social studies and things like that that may not
4  be in there, but for all the pertinent data
5  concerning their asbestosis, it's in there.
6     Q  Okay.  Do you have access to this database?
7     A  Probably.
8     Q  Okay.  Who else has access to the database?
9     A  I would guess Brad Black* and I know Steve
10  Levine* knows it, Mount Sinai, who's one of the
11  people who's out there fairly frequently, and several
12  of the nurses would have access to it.
13        Nobody -- to explain this.  Nobody has done
14  anything about this because we haven't even had -- we
15  barely have enough money to keep that place open much
16  less spend a lot of time with people doing database,
17  so we will have it because we just got some pretty
18  decent sized grants that will allow us to do that,
19  but you have to realize that we were dependent on
20  Grace for money to keep that place running and Grace
21  wasn't providing it.
22     Q  So have you -- strike that.
23        Have you had access to that database for
24  anything that you've done in connection with this
25  case?

Page 202

1  A  Would I?
2  Q  Have you.
3  A  Have I?  I have not accessed it.  I assume
4  that I can.
5     Q  What about Dr. Frank?
6     A  No, probably not because he's not really a
7  member of the CARD staff which I am, of course.
8     Q  And certainly that database has not been
9  available -- the electronic database has not been
10  made available to the parties in this case, correct?
11     A  I don't think it's been used except to
12  collect the data for the present time.
13     Q  Well --
14     A  But I think it's up to date and I think it's
15  got a lot of data in it, but I don't know when it's
16  going to be accessed.  Probably in the next year when
17  the EPA -- when it comes in.
18     Q  If there were -- if there is a unique form of
19  diffuse pleural thickening that's evident in people
20  in Libby, should we be able to see it if we study the
21  ATSDR screening data?
22     A  No.
23     Q  Just not apparent at all?
24     A  Won't be apparent unless you follow people
25  longitudinally and you have physician input, but

Page 203

1  there's no physician input to the ATSDR screening.
2     Q  Okay.  Likewise, if we look at the CARD
3  information, would you say that there's no way to see
4  any unique form of diffuse pleural thickening at
5  Libby unless you have access to the details of the
6  charts?
7     A  Well, first off, I object to your term unique
8  which is something that Grace has managed to --
9     Q  Well, I'll withdraw the -- I'll withdraw.
10     A  Let's leave that word out of it because it's
11  not unique.
12     Q  Okay.  Well, then let me -- that's fair.  Let
13  me then ask you the question.
14        Dr. Frank has told us under oath that he does
15  not believe that there is a different disease or a
16  special disease or form of disease, pleural disease
17  in Libby.  It's just the same disease.  Would you
18  agree with that?
19     A  Well, I would agree that it's basically the
20  same disease that has been occasionally seen in
21  chrysotile, but the frequency of it and the
22  predominance of it and the progression of it to death
23  is different.
24     Q  And we're going to pursue that, but I want to
25  peel this off layer by layer.  We're going to take

Page 204

1  each one of those layers and peel it off and
2  distinguish it.
3        So let's begin -- recognizing what you just
4  said, let's begin with how diffuse pleural
5  thickening, severe diffuse pleural thickening --
6  that's the only kind of pleural thickening I want to
7  talk about -- severe diffuse pleural disease.  Let's
8  talk about how it presents itself --
9     A  Okay.
10     Q  -- in Libby, and I want -- what I want to
11  know is:  In the objective presentation of severe
12  diffuse pleural thickening at Libby, tell me whether
13  and how it is different from diffuse pleural
14  thickening, severe, outside of Libby.
15        MR. LEWIS:  Object to the form of the
16  question.
17     A  Rarely had I ever seen diffuse severe pleural
18  thickening outside of Libby.  I know it's described.
19  People have seen it.  It's been reported.  Pleural
20  deaths have been reported.
21        As I mentioned before, the rapidity of its
22  progression as part of it, that's clear to me, and
23  progression on to death which is rarely ever
24  described and we've had a number of those, and then
25  the other factor, I think, that we haven't even

(Pages 201 to 204)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
52

## Page 205

1  discussed is the fact that a number of people have
2  extremely functional abnormalities in
3  pulmonary function, but pleural thickening is not
4  that thick, and that basically it's two to three
5  millimeters in thickness, but is everywhere and
6  results in incredibly severe physiologic
7  consequences.  That's one of the things we saw in
8  that mortality study is people that died from that,
9  of pleural thickening, so I don't know if that
10  answers your question now, but --
11      Q  (By Mr. Bernick)  Yeah, it does.
12      A  -- those are the differences.
13      Q  It does.  That's fine.
14          When you think about how the Libby pleural
15  disease, severe pleural disease is different, those
16  are the three things that you would recite:  The fact
17  of the rapidity of progression, progression to death,
18  and the fact that in some cases the pleural thickness
19  is not as pronounced as you would see outside of
20  Libby?
21      A  Yes.
22      Q  Okay.  Now, of all of those, we're going to
23  take -- we'll just take them separately, so I want to
24  put to one side now rapidity of progression and
25  progression to death and just talk about the one that

## Page 206

1  you've identified which says you can have severe
2  pleural disease at Libby without that much thickness,
3  but -- without that much thickening of the pleura.
4      A  Yes.
5      Q  That is a difference that you point to that
6  would say the disease in Libby presents itself
7  somewhat differently in that respect from the disease
8  outside of Libby, fair?
9      A  Yes.
10      Q  That's really what I want to talk about.
11          First issue is:  Is the disease presenting
12  itself differently inside and outside Libby, and the
13  one thing you've identified is that inside Libby
14  people with increased thickness but not that much can
15  still have severe impairment, fair?
16      A  That's fair, but there's one other thing I
17  didn't -- I didn't say in that and I probably should
18  have and that is preponderance of what we see is
19  pleural disease with much, much less interstitial
20  disease.
21      Q  Well, I --
22      A  And that's a real difference from what --
23  what's seen in chrysotile disease.
24      Q  No, no.  I'm talking about the presentation
25  of the pleural disease, not the interstitial disease,

## Page 207

1  the pleural disease.
2      A  Okay.  Well, you're -- in a sense though,
3  you're asking me about the differences that Libby has
4  and that's one of the differences.
5      Q  Well, but if somebody has diffuse pleural
6  thickening, severe diffuse pleural thickening outside
7  of Libby, they can have that with or without
8  interstitial involvement at all?
9      A  That's true except it is much less common
10  than it is at Libby.
11      Q  But that --
12      A  That's not the point.
13      Q  -- has nothing to do with the presentation.
14      A  What's that?
15      Q  That is to say, for somebody who has diffuse
16  pleural thickening outside of Libby, there are
17  characteristics of the thickening of the pleural, you
18  know, blunting of the angle, et cetera, including
19  impairment, there's a presentation that it has
20  diffuse pleural thickening as defined outside of
21  Libby without reference to interstitial involvement,
22  correct?
23      A  Yeah, it is uncommon, but, yes.
24      Q  Well, but, no.  The description -- any
25  definition, any established definition of diffuse

## Page 208

1  pleural thickening, severe diffuse pleural thickening
2  outside of Libby contains no reference to whether
3  there's interstitial fibrosis, correct?
4      A  It may, yes.
5      Q  No, it doesn't may.
6          Can you tell me of anybody who's defined
7  diffuse pleural thickening outside of Libby who
8  includes in that definition interstitial fibrosis?
9      A  Oh, in the definition or --
10      Q  Okay.
11      A  -- in the observation of the patient?
12      Q  I didn't --
13      A  The definition of diffuse pleural
14  thickening --
15          (Simultaneous talking.)
16      Q  (By Mr. Bernick)  The definition of diffuse
17  pleural thickening in patients outside of Libby makes
18  no reference --
19      A  No, it doesn't include -- no, it doesn't
20  include interstitial disease.  No, it wouldn't.
21  There's no reason why it would.
22      Q  Right.
23          And the definition of diffuse pleural
24  thickening inside of Libby, the one that you like,
25  doesn't include interstitial involvement, correct?

(Pages 205 to 208)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                        53

## Page 209

1    A  No.
2    Q  Am I right about that?
3    A  That's right.
4    Q  Okay.  So if we're comparing diffuse pleural
5    thickening inside/outside Libby in its presentation
6    for diagnostic purposes, your only observation of the
7    difference is that outside of Libby, there's a
8    greater thickness in the pleural that's reported,
9    inside of Libby, you've observed severe diffuse
10   pleural thickening without that much thickening in
11   the pleura, fair?
12   A  That's true, but there's -- you know, you
13   can't consider that by itself.  There's another
14   aspect to this that we haven't even talked about,
15   exposure history.  We're talking about people with
16   fairly severe pleural thickening or --
17   Q  I'm talking --
18       (Simultaneous talking.)
19   Q  (By Mr. Bernick)  That's why we really have
20   to peel this thing.  I'm trying to be very systematic
21   about it.  Okay?  I'm talking about the presentation
22   when there's a diagnosis done based upon a
23   presentation.
24   A  That's part of it.  See, the presentation
25   that we see in the clinic includes the most important

## Page 210

1    aspects of it or the hallmarks of a diagnosis of
2    asbestos disease.  The exposure history.  Okay?  The
3    physical exam.  What the x-ray looks like.  What the
4    pulmonary functions look like.  Those are all
5    important --
6    Q  All I'm --
7       (Simultaneous talking.)
8    Q  (By Mr. Bernick)  Okay.  In the presentation,
9    now you've identified that you can have severe
10   pleural disease with not so much thickness in the
11   pleura.  That's one thing --
12   A  Right.
13   Q  -- that you would distinguish, right?
14   A  Right.
15   Q  And now you're saying another thing you would
16   distinguish in the presentation is that the exposures
17   in Libby associated with diffuse pleural disease are
18   less?
19   A  As best we can tell, they can be very low
20   exposures and still result in severe pleural disease.
21   Q  Do we now have the difference in presentation
22   in severe pleural disease at Libby versus outside,
23   that is, thickness and history of exposure?
24   A  Those are two that are important, yes.
25   Q  Well, I just want to know.  Is there -- this

## Page 211

1    is your opportunity.  I want to be totally fair with
2    you.  I'm going to go through these very carefully.
3    A  Well, let's go -- let's go on further then.
4    The other thing is that a large majority of people
5    that have diffuse pleural thickening do not have
6    blunting --
7    Q  I didn't --
8    A  -- of the costophrenic angle.  That's a
9    difference in the presentation also.
10   Q  Well, no, but -- no, because you have people
11   with diffuse -- lots of people with diffuse pleural
12   thickening outside of Libby without blunting of the
13   costophrenic angle.  We just established that.
14   A  Not to that extent.
15   Q  Well, and the fact that you told me they're
16   exactly the same proportion outside and inside of
17   Libby.
18   A  No, I didn't give you -- you didn't hear me
19   say that.  We were talking about the fact -- no, you
20   didn't hear me say that.  You misunderstood what I
21   said or I misspoke, one or the other.
22       The presence of -- we have -- approximately
23   half of our people with diffuse pleural thickening
24   that have severe impairment do not have blunting of
25   the costophrenic angle.

## Page 212

1    Q  That's exactly what you said of McCloud.
2    That's why they were the same.
3    A  Oh, no, McCloud was referring to the fact
4    that in his study that he did of diffuse pleural
5    thickening, you're right about that in the sense that
6    only 50 percent had pleural thickening.  There's
7    other studies since then that have shown more.
8        McCloud has demonstrated that you can have
9    diffuse pleural thickening like we have without much
10   in the way of blunting.  What the --
11   Q  And impairment --
12   A  -- TDP is saying and what the 2004 and the
13   ILO is saying, that no, no --
14   Q  No, no, no.
15   A  -- diffuse pleural thickening doesn't exist
16   unless there's a blunted angle.
17   Q  You're -- we're --
18   A  That's a very --
19   Q  -- again meandering from --
20   A  -- big difference.  I'm not meandering.  That
21   cuts to --
22   Q  Dr. Whitehouse, let's go back --
23   A  -- the heart of the matter.
24   Q  That's fine.  We'll go back to question and
25   answer.

(Pages 209 to 212)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
54

## Page 213

1     The gentleman over here is not going to be
2  able to verify what --
3     A  Yeah, I'm not asking him to verify anything
4  at all.
5     Q  Well, no, you're looking over there like
6  there's going to be some kind of wisdom, as there
7  always is from that side of the room.
8        MR. LEWIS:  Now, Counsel, just wait a
9  second.  That's out of line.  The doctor glanced at
10  me.  He's not glanced at me at any other time during
11  this deposition.
12        MR. BERNICK:  I know.  That's why --
13        MR. LEWIS:  You're reading something
14  into that.
15        MR. BERNICK:  That's why it was
16  notable.
17        MR. LEWIS:  And putting it on the
18  record, that's totally improper.  Why don't you just
19  ask your questions and he'll answer them.  Okay?
20     Q  (By Mr. Bernick)  Dr. --
21        MR. LEWIS:  You don't need to comment
22  on this side of the table or anything.
23     Q  (By Mr. Bernick)  Dr. --
24        MR. LEWIS:  We've got everything on
25  video, so just do your job.

## Page 214

1        MR. BERNICK:  Thank you.  Are you done?
2  Done?  Okay.
3     Q  (By Mr. Bernick)  Dr. Whitehouse,
4  presentation, you say that severe pleural -- diffuse
5  pleural thickening at Libby differs in presentation
6  in that you have people who are -- has got severe
7  pleural thickening even though the thickness of the
8  pleura is not as pronounced as it would be outside of
9  Libby?
10     A  They have severe physiologic impairment even
11  though the thickness of the pleura is less than you
12  might expect but is diffuse --
13     Q  Okay.
14     A  -- is what I said.
15     Q  And another thing you said was different in
16  presentation is that they have lower exposure than
17  people outside of Libby?
18     A  As best we can tell, that's true.
19     Q  And then you further said that the
20  frequent -- the proportion of the people who do not
21  have blunting of the costophrenic angle is greater?
22     A  Yeah, it's greater than what is being
23  required by the TDP.  This is requiring 100 percent
24  to call it diffuse pleural thickening, and what we're
25  saying is it exists without that.

## Page 215

1     Q  I understand that, but that's not my issue.
2  My issue -- my question is not directed at the TDP.
3  It's directed at the presentation of the disease.
4        When it comes to the presentation of the
5  disease, you say the disease presents itself
6  differently at Libby and outside of Libby when it
7  comes to the thickness of the -- the thickening --
8  extent of the thickening, less exposure at Libby, and
9  lower frequency of blunting of the costophrenic
10  angle?
11        MR. LEWIS:  Objection.  Compound.
12     Q  (By Mr. Bernick)  Did I get that list right?
13        MR. LEWIS:  And object to the form.
14     A  What's that?
15     Q  (By Mr. Bernick)  Did I get the list right?
16     A  Yeah, that is amongst some other things.
17     Q  No, no, no.  You keep on going amongst some
18  other things.  This is not -- this is not a question,
19  Dr. Whitehouse, I'm just asking you -- you've been
20  involved in this for a long time and I'm giving you
21  the latitude -- and none of this is in your report.
22  I'm giving you the latitude, so --
23     A  It is in the report.
24     Q  -- I'm asking you -- and I'm going to ask now
25  for the underpinning for each one of these things, so

## Page 216

1  this is not just, okay, here's what -- I'm going to
2  ask you for the data and the analysis that drives
3  every single one of these things.  That's where I'm
4  going.  Okay?
5        So when it comes purely to presentation, you
6  tell me the people, the individual people that you
7  have diagnosed or that you have seen the diagnosis of
8  at Libby who present with severe diffuse pleural
9  thickening, but have a lesser thickness in the pleura
10  than what you have seen -- what has been seen outside
11  of Libby.
12        MR. LEWIS:  I object to the form of --
13     Q  (By Mr. Bernick)  Who are those people?
14        MR. LEWIS:  I object to the form of the
15  question.  I object to assuming facts not in
16  evidence.  I object to the compound nature of the
17  question.
18     Q  (By Mr. Bernick)  Okay.  I want to know who
19  those people are.
20     A  I can't give you the names right off the top
21  of my head.  I could give you the mortality study.
22     Q  No, no, I don't want that.
23     A  Those people are in that study.
24     Q  I want to know --
25        MR. LEWIS:  Object.  Object to you

(Pages 213 to 216)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

55

## Page 217

1    arguing with the witness.  Just ask your questions.
2    Don't stop him in the middle of his answer and say
3    no, no, no, no, no, no, no, no.  That's not a proper
4    function.
5            MR. BERNICK:  You're just making it
6    worse.
7            MR. LEWIS:  I'm not making it worse.
8            MR. BERNICK:  Yes, you are.
9            MR. LEWIS:  I just want you to ask a
10   question of the witness without making some
11   preparatory --
12           MR. LEWIS:  We're at the point --
13           MR. LEWIS:  -- statement.
14       Q  (By Mr. Bernick)  We're at the point,
15   Dr. Whitehouse, and, Counsel, where it's now time to
16   find out the data that drives the opinion.  That's
17   what I'm doing.
18           MR. LEWIS:  Just ask your question.
19           MR. BERNICK:  I'm going to ask --
20   I'm -- I'm -- just --
21           MR. LEWIS:  Just ask your question.
22           MR. BERNICK:  Cool down.
23           MR. LEWIS:  I'm calm.
24           MR. BERNICK:  No, you're not.  You're
25   popping up and down all over the place.

## Page 218

1            MR. LEWIS:  Counsel --
2        Q  (By Mr. Bernick)  Dr. --
3            MR. LEWIS:  Counsel, that's enough of
4    that.  If you keep doing stuff like that, you know --
5            MR. BERNICK:  It's true though.  You've
6    just got to keep your seat.
7            MR. LEWIS:  I haven't left my seat.
8    Okay?
9            MR. BERNICK:  Yeah.
10       Q  (By Mr. Bernick)  And so, Dr. Whitehouse --
11           MR. LEWIS:  Wait a second.  Wait a
12   second.
13           MR. BERNICK:  You're going to prevent
14   me from asking the question now?
15           MR. LEWIS:  Well, just -- I just want
16   you to ask questions and stop making comments on what
17   everybody is doing in the room.  Just do your job and
18   ask your questions and don't make speeches in each of
19   your questions.
20       Q  (By Mr. Bernick)  Dr. Whitehouse, I want you
21   to identify to me the specific patients in some
22   fashion by reference to some document, some piece of
23   paper, the specific patients who you say at Libby
24   presented with severe diffuse pleural thickening even
25   though the thickness of their pleura is less than

## Page 219

1    what has been reported in the literature outside of
2    Libby.
3        A  I have in that -- now, you're going to have
4    to listen to this.  Okay?  I have --
5        Q  As long as the response -- as long as you
6    answer the question, I'll be happy to listen.
7        A  I can't give you a name off the top of my
8    head.  I've got 79 patients in there, some of whom
9    may have thin pleural thickening, some of whom -- or
10   half of whom don't have blunted angles, and I'd have
11   to go through every single one of those charts in
12   order to define which one of those are because I
13   don't have it defined in the cheat sheets that I've
14   got with me here.
15           They have numbers on them.  I have patients'
16   names of all those people, plus I have initials for
17   the ones that are protected because they're not --
18   you know, they're not people that are claimants, but
19   I can't give you a single name out of there.
20   There's no way I can do that.  That's an unreasonable
21   request.
22       Q  Dr. Whitehouse, with due respect, that's not
23   something that you're going to be deciding.  The
24   judge is going to decide it.  All I -- I have one job
25   which is to find out what your opinions are and what

## Page 220

1    the basis is.
2            So you've offered an opinion that says the
3    people that you've seen at Libby with severe diffuse
4    pleural thickening are different because they have
5    thin -- thinner pleuras, right?
6        A  That's part of it.
7        Q  That's --
8        A  That's only one.
9        Q  That's the first one.
10           And so I now want to know the data, the
11   specific data that you're referring to, and as I
12   understand it, that data is within the medical
13   histories of some of the 79; is that fair?
14       A  It's also on that sheet that was the summary
15   sheet that you have.  There's one in your exhibits.
16       Q  The data -- the data that shows the thinness
17   is with respect to some group within the 79; is that
18   right?
19       A  That sheet has on it the number of people
20   that have that kind of pleural thickening on it.
21       Q  No, that sheet --
22       A  They're already separated out.
23       Q  The counting sheet, no.  The counting sheet
24   is just a counting sheet.  It doesn't tell me who
25   those people are.

(Pages 217 to 220)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                        56

## Page 221

1    A  There's no way I can tell you here today.
2  Okay?
3    Q  Let's be clear --
4    A  You give me the chart --
5    Q  Just -- Dr. Whitehouse --
6    A  -- and I'll tell you which ones they are.
7    Q  Just -- just take it a step at a time.  I
8  want to do this very systematically.
9        We're on the point of the difference in
10  presentation that has to do with thinness.  That was
11  one of your comments.  The source of your data, your
12  data to support that comes from patient histories,
13  fair?
14    A  True.
15    Q  And particular patient histories that are the
16  source of that opinion that show that data, the
17  particular patient histories are within the 79 people
18  that you have grouped within the mortality study,
19  correct?
20    A  You -- you have --
21    Q  Could you just answer that question?
22    A  No, I'm going to answer your --
23    Q  Don't --
24    A  No, you're going to let me finish my question
25  (sic) here.

## Page 222

1    Q  No, no, no.
2    A  Yes, you are right now.
3    Q  No.
4    A  You're going to let me --
5        MR. LEWIS:  Dr. Whitehouse, let -- can
6  we take a break?
7        MR. BERNICK:  You can absolutely take a
8  break.
9        MR. LEWIS:  He's going to ask the same
10  question when he comes back, but let's just take a
11  break and cool down here.  I think it'd be a good --
12        MR. BERNICK:  Sure.
13        MR. LEWIS:  -- thing to do.
14        MR. BERNICK:  Good.
15        THE VIDEOGRAPHER:  We're going off the
16  record.  The time is now 1:56 p.m.
17        (Recess.)
18        THE VIDEOGRAPHER:  We're back on the
19  record.  The time is now 2:02 p.m.
20        EXAMINATION (Continuing)
21  BY MR. BERNICK:
22    Q  So, Dr. Whitehouse, we're on the first
23  difference that you've pointed out in the
24  presentation of severe diffuse pleural thickening in
25  Libby versus elsewhere which is the thinness of the

## Page 223

1  pleura where people still are -- have severe
2  impairment, and I asked you the data, the source
3  material that you have when you say that that
4  difference has been observed at Libby.
5    A  You actually have the data.  You were given
6  yellow spreadsheets, a very large spreadsheet that's
7  about six pages taped together which has on it all
8  the measurement data of the pleura and the extent of
9  the data for every one of the people that died in the
10  mortality study.
11    Q  Well, that's -- that may or may not -- I
12  honestly don't know, Dr. Whitehouse.
13    A  Yeah, you were given it.
14    Q  Well --
15    A  I asked that specifically of the attorneys
16  before this deposition to make sure that you did have
17  that.
18    Q  My question to you is:  I'm assuming then
19  that the data that you're now saying supports your
20  opinion comes from the mortality study; is that
21  correct?
22    A  Well, that's the numbers that we've actually
23  measured, although it also comes from my experience
24  with dealing with all these people in the clinic with
25  all these people in the clinic.

## Page 224

1    Q  Are they the same people?
2    A  Some of them are or not really because most
3  of those are dead that are in the mortality study.
4  Obviously, they've been dead over the last eight or
5  ten years, but a lot of it also comes from patients
6  that I see on a regular basis.
7    Q  Which patients?
8    A  You know, when you're in private practice and
9  you have a large body of --
10    Q  Dr. Whitehouse --
11    A  -- patients --
12    Q  With due respect --
13    A  -- that's where you get your information.
14    Q  With due respect, I'm just asking a factual
15  question.  You don't have to give me any explanation
16  about what your practice is like or anything.  It may
17  or may not be relevant.  I'm interested in where the
18  data comes from.  You've now told me that there's
19  data from people in the mortality study, the 79,
20  correct?
21    A  Yes.
22    Q  And you've now also told me that this
23  particular difference has been noted in your practice
24  in people who are not in the mortality study,
25  correct?

(Pages 221 to 224)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
57

## Page 225

1  A  People that are still alive.
2  Q  Right.
3       And so if I want the data, I need to know who
4  those people are.
5  A  I cannot identify those people.  You can
6  identify the ones in the mortality study which all
7  have measurements very readily because you do have
8  all that data.
9  Q  Now, let's talk about the people who are in
10  the mortality study that you just had reference to.
11       The people in the mortality study, I need to
12  know which ones of the people in the mortality study
13  you particularly look to in saying that people in the
14  mortality study show severe diffuse pleural
15  thickening with less than the thickness that's
16  observed in the literature.  You need to tell me who
17  those are.  I don't know who you would consider to
18  have a thin -- thinner pleura than what's reported in
19  the literature and I don't -- hang on -- and I don't
20  know which ones of those people you say are also
21  severely impaired, so I need to know who they are.
22  Who are they?
23  A  I cannot provide that data to you except on
24  those spreadsheets that were provided to you that
25  were supposedly going to be brought to this

## Page 226

1  deposition.
2       MR. BERNICK:  Are you aware of --
3       MR. LEWIS:  Yeah, we gave them to you
4  at the start of this deposition.  You weren't here,
5  Counsel.  Your co-counsel has had them all along.
6       MR. BERNICK:  No, no, no.  This looks
7  nothing like that at all.
8       MR. LEWIS:  I don't know that that's
9  the one we're talking about though.  That's not the
10  one with the measurements on it.
11       MR. LONGOSZ:  That's what he gave us at
12  the start of the dep.
13       MR. LEWIS:  That's not the one with the
14  measurements on it.
15  Q  (By Mr. Bernick)  So we're clear,
16  Dr. Whitehouse, this exhibit which is -- I don't know
17  what it was marked as, but it was Final Key Libby
18  Patients, the document that was given to us at the
19  outset of the deposition has a list of people.  There
20  are a total of over 900 people.  It does not contain
21  the information that you and I were just talking
22  about, fair?
23  A  No, it does not, no.
24  Q  Okay.  So this yellow spreadsheet --
25       MR. BERNICK:  Nate, have you ever heard

## Page 227

1  of the yellow spreadsheet?
2       MR. FINCH:  I don't know about the
3  yellow spreadsheet.  Dr. Whitehouse has produced a
4  lot of stuff.  Whether it was in that, God only
5  knows.
6       MS. BLOOM:  Does it have yellow
7  markings on it?
8       MR. FINCH:  Yellow markings on it?
9       THE WITNESS:  Ah-ha, there it is.
10       MR. LEWIS:  Come on.
11       THE WITNESS:  It may not be yellow,
12  but --
13       MR. LEWIS:  Let's --
14       THE WITNESS:  Excuse me.  I'm sorry.
15  Q  (By Mr. Bernick)  Okay.  This has been marked
16  before.  This is the 76 mortality CH -- I'll mark
17  this.
18       (Exhibit-15 marked for
19            identification.)
20  Q  (By Mr. Bernick)  Does Exhibit-15 contain the
21  data that you're talking about?
22  A  Well, it's going to -- yes, it does.
23  Q  Okay.  So I --
24  A  It's got -- it's got the measurements of the
25  pleura on it, but they're not in a --

## Page 228

1  Q  Is this --
2  A  -- longitudinal form.
3  Q  Well, just so we're clear, is Exhibit-15 the
4  yellow spreadsheet that would reflect the data that
5  you have referred to just now in your testimony?
6  A  Yeah, all the ones that I've seen were
7  yellow.  This, obviously, is not, but this is the
8  spreadsheet.
9  Q  Okay.  So why don't you just tell me the
10  people on the spreadsheet who you say have thinner
11  pleura but still severe diffuse pleural thickening?
12       MR. LEWIS:  Excuse me, Counsel.  May I
13  have a copy, please?
14       MR. BERNICK:  Yeah, sure.  (Document
15  passed.)
16       MR. LEWIS:  Thank you kindly.
17       MR. BERNICK:  Sure.
18       (Ms. Rickards returns from
19            recess.)
20  A  Can I take this apart with a staple
21  remover --
22  Q  (By Mr. Bernick)  Sure.
23  A  -- so I can just match it up?  I have to
24  match the names here.  Okay.  The first one is the
25  initials which is --

(Pages 225 to 228)

In re: W.R. Grace & Co., Debtor                                   Alan C. Whitehouse, M.D.
                                                                                              58

Page 229

1    Q  Just mark it off.  Just mark it off with a
2  one.  One indicating all -- one will indicate the
3  people who you say show --
4         MR. LEWIS:  Well, they're numbered.
5  Can he just go through and just give the numbers?
6         MR. BERNICK:  No, he -- if -- if --
7  yeah, he can go --
8    Q  (By Mr. Bernick)  Or you can go through and
9  give me a list of numbers.  Whatever is easier for
10  you.
11    A  The best thing to do is to circle the ones.
12    Q  Okay.  Circle it, but I want -- then we're
13  going to use a star on the next difference and -- I'm
14  serious.  I really want --
15         MR. FINCH:  And then a smiley face on
16  the next difference.
17         MR. BERNICK:  Yeah, that's right.
18    A  Well, they're different columns, so it's --
19    Q  (By Mr. Bernick)  I understand.
20    A  There shouldn't be an overlap.
21    Q  First question are those people you say have
22  a different presentation of diffuse pleural
23  thickening in Libby versus outside of Libby by reason
24  of thickness?
25    A  So I'm just going to circle the ones -- out

Page 230

1  here in the side or do you want me to circle the
2  names?
3    Q  You can circle the numbers is fine.
4    A  All right.
5    Q  As long as the name is right.
6    A  May I ask a question?
7    Q  Sure.
8    A  Since the criteria is three millimeters,
9  shall I circle everything that's under three?
10    Q  No, no, no, no, no.  We're not -- I'm glad
11  you put that -- the question is very simple.  You say
12  that the people in Libby present differently with
13  severe diffuse pleural thickening because the pleura
14  are not as thick as what would be observed outside.
15        Whoever it is that's picked up in that
16  difference in your mind is the basis for your
17  opinion, you circle, and then we'll get into further
18  questioning.
19    A  All right.  I'm only going to mark these
20  names.  I'm not quite sure how to do this exactly
21  because I'm only going to mark the names if they have
22  minimal or no interstitial disease.  Fair enough?
23    Q  If that's what you --
24        MR. LEWIS:  Just -- just -- Doctor, you
25  need to just answer the question that the attorney

Page 231

1  has asked.
2         THE WITNESS:  Well, he's --
3         MR. LEWIS:  He hasn't asked anything
4  about interstitial disease as far as I know.
5         THE WITNESS:  No, but he's asking for
6  circling of ones that presented with just pleural --
7  thin pleural thickening and I don't want to then mark
8  somebody that meets their criteria that has severe
9  might have interstitial disease.  Is that right or
10  not?
11         MR. LEWIS:  Well, that's not what he
12  asked as I understand, but do the best you can.
13         THE WITNESS:  All right.
14    Q  (By Mr. Bernick)  I asked you for difference
15  of presentation, diffuse pleural thickness.  That's
16  what I'm assuming you're marking.
17    A  And that's why I said that I didn't want to
18  mark the ones that had --
19    Q  I understand.
20    A  -- interstitial --
21         MR. LEWIS:  Well, I think he -- is the
22  question regardless of interstitial disease or -- I
23  think that's the confusion.
24         MR. BERNICK:  The question is the same
25  question that I started out with.

Page 232

1         MR. LEWIS:  All right.
2         MR. BERNICK:  When he says there's a
3  different presentation because of thickness, who is
4  he referring to?
5         MR. LEWIS:  Right.
6    Q  (By Mr. Bernick)  Got it?
7    A  Well, the only problem is as I mentioned to
8  you before -- yeah, I do have that.  The only problem
9  is that I don't know whether there's any crossover in
10  people that actually presented -- just by looking at
11  that, presented with interstitial disease or may have
12  it now and that's why I'm wondering whether I should
13  eliminate some of these.  That's what I was trying to
14  tell you a minute ago.
15    Q  Why don't you put down a key in your own
16  words at the top right-hand portion of the first page
17  of Exhibit-15 and say -- just say circle equals.
18    A  Okay.
19    Q  Say circle equals --
20    A  I'll just say thin pleural thickening.  It
21  doesn't say anything about interstitial disease.
22  Okay?
23    Q  So the circle -- so the record is clear, the
24  circled people that you've now put on -15 are those
25  people that you say present differently with severe

(Pages 229 to 232)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
59

## Page 233

1  diffuse pleural thickening because their pleura is
2  thinner than what is reported in the literature; is
3  that fair?
4      A   That's fair except that the one problem with
5  this is if they do have significant interstitial
6  disease, they may have presented with that and that
7  may be a major factor in that the pleural thickening
8  is not necessarily the biggest factor.
9      Q   So now put -- next to the people who you
10  think may be presenting with significant interstitial
11  disease as those circled people who may have
12  significant interstitial disease, just put a check
13  next to those boxes.
14      A   All right.  That's what I was getting at
15  before.
16      Q   Okay.
17      A   So I'm only going to check 1/1s or more or
18  what do you want?  2/1s?  You want the criteria
19  for --
20      Q   Well, whatever you would think to be the
21  appropriate measure of there being some significant
22  interstitial disease.  I think that -- whatever you
23  would use.
24      A   All right.  If I can just get these lines at
25  the bottom to match up.  I'll make that clearer.  Oh,

## Page 234

1  wait a minute.  That's the wrong one.  Damn it.
2      Q   You can scratch it off.
3      A   It's hard to see across here even though
4  there's a crosshatch area in here.
5      Q   I've noticed.
6      A   That's this one here.  Here we go.  Oh, I
7  guess that's the best I can tell.
8      Q   Okay.  So --
9      A   That check is equal to IF -- equal to 1/2 or
10  greater.  I think that's what I've got.
11      Q   1 what?
12      A   1/2.
13      Q   1/2?
14      A   Well, 1/2, ILO 1/2.  We've got 1/1s.
15      Q   I know, but --
16      A   How significant do you want it?  I guess
17  that's the --
18      Q   Well, I don't know.  I mean the question --
19  it's really up to you.  This is --
20      A   Are we --
21      Q   This is all by way of comparison,
22  Dr. Whitehouse.  We want to know people who present
23  at Libby differently from people who present outside
24  of Libby.
25      A   All right.

## Page 235

1      Q   Because you're saying that they present
2  differently at Libby because they have thinner pleura
3  and they're still impaired, and what you said is that
4  there's a complication in those cases where people
5  have interstitial disease as well, correct?
6      A   Yeah, and I'm going to check the -- I'm going
7  to check the ones that I consider to be significant
8  disease, but most of these are 1/0s or 0/1s.
9      Q   Right.  So --
10      A   And I hope I don't miss any because it's
11  conceivable I might miss one.
12      Q   So what are -- you've got circled the ones
13  that have the thin membranes --
14      A   Yeah.
15      Q   -- thin pleura, and you're now putting a
16  check mark next to those of them that also have
17  interstitial disease?
18      A   Right.
19      Q   Okay.  And what's your criteria for
20  interstitial --
21      A   Well, I'm just using 1/2, but I would use 1/1
22  if that's what you prefer.
23      Q   Well, whatever it is that you think is the
24  marker of significant interstitial disease.
25      A   Well, I think the marker --

## Page 236

1      Q   If you notice on the TDP, significant
2  interstitial disease all requires -- all it requires
3  is 1/0.
4      A   Well, then, if you want me to use -- is that
5  all or is there 1/1?
6      Q   No, no, for the TDP that qualifies having
7  interstitial disease, it's 1/0.
8      A   All right.  I'll do 1/0s then.
9          MR. BERNICK:  Is that right?
10          MR. FINCH:  It's for everything but the
11  most severe category, yeah.
12          MR. LEWIS:  The severe category is 2/1,
13  right?
14          MR. BERNICK:  That's the most severe.
15          MR. FINCH:  That's the most severe.
16          MR. BERNICK:  Four is 1/0.
17          MR. FINCH:  Category three is 1/0.
18          MR. BERNICK:  Three is 1/0.
19      A   God, whether this is right or not, who knows.
20  I'm sure you'll sort it out.  Well, let you figure
21  that one out.
22      Q   (By Mr. Bernick)  I'm not sure -- you make
23  sure your key is -- go back one --
24      A   I left the key as 1/0.
25      Q   Okay.  So now you tell us on the record on

(Pages 233 to 236)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
60

Page 237

1  Exhibit-15 -- I haven't even looked at what you've
2  marked off.  You tell us what you have done with
3  Exhibit-15 in order to elucidate the different
4  presentation of diffuse pleural thickening, severe
5  diffuse pleural thickening at Libby versus outside of
6  Libby.
7      A  Well, I've got seven or eight.  Is that an
8  eighth one?  Yes, I have eight people here.
9      Q  And those eight people are noted or marked --
10     A  Out of the mortality study that have thin
11  pleural thickening and ILOs 1/0 or less.
12     Q  1/0 or less?
13     A  Yeah.
14     Q  So you would say that anybody --
15     A  Wait a minute.  1/0 or greater I checked and
16  then the ones that are less than that are 0/1 or less
17  are the ones that are -- they're not checked and
18  there's -- let's see.  One, two, three, four, five,
19  six, seven -- eight of them.
20     Q  Okay.  So there are eight people that you've
21  marked with plan circles on Exhibit-15?
22     A  Mm-hm.  (Answers affirmatively.)
23     Q  And they represent people who illustrate or
24  the basis for your saying that diffuse -- severe
25  diffuse pleural thickening at Libby presents

Page 238

1  differently from outside of Libby in that the
2  membranes or the pleura are thinner, fair?
3      A  That's -- that's part of it, but, yes.
4      Q  Okay.  Now, the other difference that you've
5  pointed to in presentation is that people at Libby
6  with severe diffuse pleural thickening with less
7  exposure history?
8      A  Yes.
9      Q  Could you please mark -- is the basis for
10  that difference, again, your observations with
11  respect to the 79 people in the CARD mortality study?
12     A  Well, you know, community members would be
13  the most likely situation, but that's a little hard
14  to do without actually having the chart.
15     Q  Okay.  Well, I'm just asking you the
16  second -- the second difference that you pointed out
17  which has to do with exposure, is the source of that
18  difference, the opinion about that difference your 79
19  people in the CARD study?
20     A  Mm-hm.  (Answers affirmatively.)
21     Q  You have to respond orally.
22     A  Yes.
23     Q  And can you identify those people using
24  Exhibit-15 or not?
25     A  Well, I can -- I can demonstrate all the ones

Page 239

1  that had only community exposure.  Okay?  Which is
2  going to be the ones with low exposure.
3      Q  Okay.  Well, then put an E next to those.
4      A  Why don't I just circle the C?
5      Q  I'm sorry?
6      A  Want me to circle the Cs?
7      Q  Circle the Cs?
8      A  Where it says exposure.
9      Q  Where it says exposure?  Oh, I see, yeah.
10     A  I just circled where it had C on them --
11     Q  Well, whatever --
12     A  -- but not the family member ones because
13  there are some that are a question of whether it's a
14  family member or not.
15     Q  Okay.  So before you do that, let's just
16  think this thing through so we've got a question and
17  answer and we don't do it more than once,
18  Dr. Whitehouse.
19         I want people who are presenting with severe
20  diffuse pleural thickening, severe diffuse pleural
21  thickening --
22     A  Okay.
23     Q  -- with what you say is a lower exposure than
24  what has been reported in the literature.
25     A  Okay.  So I'll circle the ones that are Cs

Page 240

1  and then I'll put a star next to those or an X next
2  to them if they have severe disease.  Is that what
3  you want me to do?
4      Q  Yeah, I want only the ones that you say have
5  diffuse -- severe diffuse -- severe diffuse pleural
6  thickening with low exposure.  Are you with me?
7      A  I'm with you.
8      Q  Okay.
9      A  Where shall I put the X here?  That will
10  work, right there.  Okay?  It looks like we've got
11  about another -- it looks like there's no crossover
12  here.  One, two, three, four, five, six, seven,
13  eight, nine, ten -- eleven of them that are community
14  exposure.
15     Q  So wait.  So what you've now done is defined
16  the people with community exposures, right?
17     A  Mm-hm, mm-hm.
18     Q  But are these people now with community
19  exposure and severe diffuse pleural thickening?
20     A  As best I can tell, yeah, from the numbers
21  that I have here.
22     Q  Okay.  And do they also have -- do they
23  have -- do they not have interstitial disease?
24     A  Well, I'd have to go back and look at it
25  again then because I don't know which ones do have

(Pages 237 to 240)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
61

Page 241

1  the interstitial disease.
2      Q  Well, then check that out because I want
3  people, again, who have diffuse -- severe diffuse
4  pleural thickening with the impairment and the
5  differences that they have low exposure because
6  that's what you said your second difference was.
7      A  Where is the interstitial disease?
8          MR. FINCH:  On the third page.
9      A  Oh, here it is.  Well, I don't know what
10  kind of -- we'll use a star.
11     Q  (By Mr. Bernick)  A star is going to
12  represent what?
13     A  Interstitial disease.
14     Q  Okay.
15     A  Okay.  I think that's it.
16     Q  Okay.  So what have you now marked off?
17     A  Eight of those.  How many do we have all
18  altogether did I say?  Doesn't seem to be much
19  crossover between the extensive pleural thickening
20  and any interstitial fibrosis, a couple down here,
21  and then all the rest of them had extensive disease,
22  but did not have interstitial disease.
23     Q  Let me see -15 now, sir.
24     A  (Document passed.)
25     Q  If I can make --

Page 242

1      A  There's the rest of the sheets, if you want
2  to have it.
3      Q  Okay.  So you've marked off with a circle on
4  Exhibit-15 those who have thin pleural thickening,
5  and by that, you mean those who you believe have
6  severe diffuse pleural thickening, but with a thinner
7  pleura than what's reported in the literature?
8      A  Yeah, well, they died.  Those are ones that
9  died of their disease so we can assume that it was
10  severe from that sheet there.
11     Q  Oh.
12     A  Because I don't have all the rest of the
13  other data here, you know, at this point, but if they
14  died and are on that sheet, they died essentially of
15  asbestos disease, and so if the only thing that's
16  marked is thin pleural thickening on there, that was
17  it.
18     Q  Okay.  So what if their lung function was
19  not -- was not below normal?
20     A  That's very possible.  It probably was not.
21  It was -- probably was below normal for most of
22  those, I would think, or it was people that had lost
23  a tremendous amount of lung function.
24     Q  Well, but this affects things.
25         Is there anybody that you've identified --

Page 243

1  anybody that you've identified that's -- now, taking
2  a look at Exhibit-15, try to round out these
3  differences because I now understand more of where
4  you're coming from, but you've identified a
5  difference in the presentation at Libby that people
6  with severe diffuse pleural thickening present
7  differently from those in the literature because
8  their pleura are thinner, right?
9      A  Mm-hm, at the time of death.
10     Q  All right.  And you've -- you've indicated
11  who they are on Exhibit-15 by putting in a zero.
12  You've also though put a check mark next to those of
13  that group who had interstitial involvement, right?
14     A  Yeah.
15     Q  So if we wanted to focus purely on those who
16  had diffuse pleural thickening and not on those who
17  also had interstitial fibrosis, we would take a look
18  at the zeros that did not have a check mark, correct?
19     A  Correct, mm-hm.
20     Q  And as I look at it, that would be number 2,
21  number 6, number 14, 15, number 38, number 51 and 52,
22  and number 69, right?
23     A  Correct.
24     Q  Now, of those people, which ones of them
25  actually had a recorded loss of lung function, that

Page 244

1  is, you've circled them because they died, but which
2  ones of them actually had, before they died, a loss
3  of lung function?
4      A  Let me -- let me -- it's on here.
5      Q  I know.
6      A  But it's a wrong -- it's very hard to read.
7  Let me have these sheets.  I thought you had the ones
8  that were all taped together.  It had colors on it so
9  that they could be easier to --
10     Q  Okay.  So what I want -- here, I'll make it
11  even --
12     A  Well, there's a problem.  There is a problem
13  here, a little bit.
14     Q  Yeah.
15         MR. FINCH:  David?
16         MR. BERNICK:  What?
17     A  No, wait a minute.  I guess I've got the data
18  and I thought --
19         MR. LEWIS:  No, I think you got it.
20         THE WITNESS:  Yeah, I got it.
21     Q  (By Mr. Bernick)  So I want:  Of those people
22  with those thin membranes and without the diffuse --
23  without the fibrosis, pure -- just the -- not pure.
24  Those people who had severe diffuse pleural
25  thickening, I want to know and I want you to

(Pages 241 to 244)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                         62

## Page 245

1  yellow-highlight the number of those who had a below
2  normal lung function at the time of death.
3      A   Okay.  I don't know if I can see that.  I'm
4  color blind, by the way.  This is enough to challenge
5  your vision.
6      Q   Which ones have you highlighted?
7      A   Every one of them.
8      Q   That has below normal lung function at the
9  time of death?
10     A   Every one so far.  I think they're all going
11 to be, I suspect, but we'll see in a minute, won't
12 we?  Now, wait a minute.  Every one.
13     Q   Every one of the ones that you marked as
14 having thin membranes, thin pleura had below normal
15 lung function at the time of death?
16     A   Yeah, every one of them.
17     Q   And as a measure, what did you use as the
18 measure of below normal lung function?
19     A   Well, basically, I was using 80 percent, but
20 actually, I could just as soon use --
21     Q   80 percent of what?
22     A   80 percent of predicted, but I could just use
23 lower than that because I don't think there was
24 anything --
25     Q   80 percent of predicted for what number?

## Page 246

1      A   I was using, basically, FVCs or DLCOs.
2      Q   Okay.  Now, FVC or DLCO less than 80?
3      A   Yeah.  We have a lot of DLCOs in here in the
4  40 range, 30 and 40 range.
5      Q   Now, with respect to all those people that
6  you have yellow-highlighted, which ones were
7  smokers?
8      A   I don't -- I don't know if I have that on
9  here.  Do I?  I don't think so.
10     Q   Well, wouldn't you want to know that?
11     A   Oh, here we are.  Yeah, I guess we do have
12 that on this one.  We did put that on this one.
13 Well, let's see.  Why don't you score this yourself?
14 Active smokers, now there's one, two... (Pause.)
15     Q   I want active or former smokers.
16     A   Well, there's a bunch of them that quit a
17 long time -- actually, a long time ago.
18     Q   You don't necessarily know when they quit
19 from this, do you?
20     A   Oh, I know their pack years and their age, so
21 it probably was a long time ago.
22     Q   But you don't really know that either?
23     A   No, I don't.
24     Q   Let me just ask you:  Are there any people
25 that you've highlighted in yellow, that is, having

## Page 247

1  thin pleural tissue and severe diffuse pleural
2  thickening who had no smoking history?
3      A   I've got one here.  I think one and then I've
4  got one with a pipe.  I don't know if that's going to
5  count or not.  I think that's all I've got.  Most of
6  them quit.  They have a Q by them.
7      Q   Just so we're clear, all the people that
8  you've pointed to as evidence that in Libby there's a
9  different presentation of diffuse -- severe diffuse
10 pleural thickening because of the thinness of the
11 pleura, you've marked off those people.  You've also
12 indicated which ones of them do not have -- or do not
13 have interstitial involvement.
14     A   Mm-hm.  (Answers affirmatively.)
15     Q   And of all those people who had those thin
16 pleura, only one of them was a never smoker, correct?
17     A   Correct.
18     Q   Okay.  If we now go to the community
19 exposures --
20     A   Mm-hm.  (Answers affirmatively.)
21     Q   -- that's people that you say presented with
22 severe diffuse pleural thickening with lower than
23 expected exposures.  Have you also then indicated
24 which ones of them did not have interstitial disease?
25     A   Yeah, I have.

## Page 248

1      Q   And have you also done that on Exhibit-15?
2  Just hand that over here.
3      A   Oh, okay.  Yeah, the key is down here on the
4  bottom.
5      Q   So in order to indicate those people who are
6  different because they had community exposures and
7  still had severe diffuse pleural thickening, you've
8  indicated those with the exposures -- low exposures
9  with a C.  With an X, those who had extensive --
10     A   Pleural thickening.
11     Q   -- pleural thickening and then a star if they
12 had interstitial involvement.  So to figure out which
13 ones of them are the evidence of your second
14 difference, which is low exposure, you'd look for
15 people who have a C and X and no star, correct?
16     A   Yeah.
17     Q   And of those C, X, no star, we have seven --
18 Baker is 7.  We have Cole, 15, and Cole, 16.  We have
19 Fehrs, 30.  Yeah, C, X -- C, X -- I'm sorry.  That's
20 not Fehrs.  That's Erickson, 29.  We have Hammer, 37.
21 We have Kujawa, 47.  And we have Lundstrom, 49.
22 Shockley, 65.  And Thompson, 70.  Right?
23     A   Yeah, I wasn't looking at the names.
24     Q   Now, of those people, which ones of them
25 actually had below normal lung function before death?

(Pages 245 to 248)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                        63

Page 249

1    A  Well, then you have to give that back to me
2  again and I could tell you, probably.
3    Q  Okay.  And mark those up with yellow.
4    A  I'm mark it through their C here.
5    Q  These are C, X, no stars, right?
6    A  Yeah.
7    Q  C, X, no stars with below normal lung
8  function at the time of death.
9    A  No X, so we won't do that one.
10   Q  C, X, no star, plus below normal lung
11 function.
12   A  Mm-hm.  (Answers affirmatively.)  Oh, it
13 looks like they're all going to be in yellow.  I hope
14 you can see the yellow because I can't.  All of these
15 are low -- you can sort out which ones have excess.
16   Q  And of this group, how many of them were
17 never smokers?
18   A  Were never smokers?
19   Q  Yeah.
20   A  I'll look it up.  There's one, two, three --
21 three, four, five -- five.
22   Q  Five.
23     So if we take these first two differences
24 that you've identified in presentation, that is,
25 thinness of plural tissue and low exposure and you

Page 250

1  indicate -- you separate out those that had
2  interstitial involvement and you looked to people who
3  had below normal lung function at the time of death,
4  there are a total of five people who were never
5  smokers?
6    A  Probably.  That may be.
7    Q  Well, that's what you've indicated, right?
8    A  Yeah, whatever I told you.
9    Q  Now, if they're people who have smoking
10 history, they're going to have -- smoking causes both
11 restrictive impairment and obstructive impairment of
12 lung function, correct?
13   A  No, they cause diseases that may give you
14 obstructive disease, but in their own right, they do
15 not.  Only about eight to ten percent of people that
16 are smokers get significant lung disease from their
17 smoking, so --
18   Q  I'm sorry.  Who --
19   A  -- no, I would not agree with you at all
20 about --
21   Q  Well, people who -- I'm sorry.  People who
22 are current or former smokers, those who do suffer
23 affects from the smoking with loss of lung function,
24 that is, principally obstructive lung function,
25 correct?

Page 251

1    A  Yes, if they -- if they develop emphysema,
2  yes, that's the case.
3    Q  Okay.  Now, how many of the people that
4  you've identified in your first category, which is
5  the thinner pleura, had obstructive lung function
6  from smoking?  Can we figure that out?
7    A  That is going to be very difficult to figure
8  out off of this.
9    Q  What would we need in order to figure that
10 out?
11   A  Tables and continuity, actually, so that you
12 could actually look at them.  This is pretty hard to
13 see anything on this thing.
14   Q  Well, would it be best to actually figure
15 out -- if we wanted to know these two differences and
16 what effect, if any, smoking had on the people with
17 these two presentational differences, thin pleura and
18 shorter exposure history, if we really wanted to know
19 what the impact of smoking was, wouldn't we need
20 their medical files?
21   A  Probably would, yeah.
22   Q  And do we have the medical files for all the
23 79?
24   A  Yes, you do.
25   Q  We have all the medical files --

Page 252

1    A  I believe you do.
2    Q  -- in their entirety for all the 79?
3    A  I believe you do, as far as I know.  I mean,
4  I wasn't in charge of getting them to you, but I
5  think you have them all.
6    Q  No, because the 79 includes people who are
7  not your patients, right?
8    A  Oh, you should have a redacted file for that.
9    Q  No, we don't.  No, we don't.
10     MR. LEWIS:  Yes, you do.
11   Q  (By Mr. Bernick)  We have x-rays.  We do not
12 have redacted files.  The redaction wasn't done.
13 Redaction -- there's an objection that it'll be
14 costly to do the redaction, but we don't have the
15 redacted files.
16     MR. LEWIS:  I think you do have the
17 redacted ones for the study.  That's what I -- I
18 honestly believe that.  I could check on that.
19     MR. BERNICK:  I don't believe so.
20     MR. LEWIS:  I think you do.
21   Q  (By Mr. Bernick)  In any event, if we wanted
22 to see what the impact of smoking was within the 79,
23 it would be best to have the medical files, correct?
24   A  Yeah, it would be, but you'd also need to
25 make sure that when you're dealing -- and if you see

(Pages 249 to 252)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                        64

Page 253

1  an obstructive defect, whether it's an obstructive
2  defect due to asbestos disease or whether it's
3  related to smoking --
4      Q  Okay.
5      A  -- and emphysema.
6          (Exhibit-16 marked for
7          identification.)
8      Q  (By Mr. Bernick)  Now, I want to move quickly
9  through the rest of the questions that I have.  This
10 is very helpful and I appreciate your taking the time
11 to do it.
12     I'm going to give you Exhibit-16.  Exhibit-16
13 is the same thing.  I now want to talk about the two
14 other points of distinction that you identified for
15 people at Libby.
16     One point -- further point of distinction
17 was, you said, the rapidity of progression?
18     A  Yes.
19     Q  The second was progression to death, correct?
20     A  Yes.
21     Q  And I take it that with respect to
22 non-malignant disease, your evidence to support both
23 of those points comes again from the CARD mortality
24 data, correct?
25     A  Well, the progression comes from other

Page 254

1  places, if that's what you're talking about, you
2  know, the rapid progression of it.
3      Q  Okay.  Let's talk about rapid progression
4  first.
5      A  Okay.
6      Q  Your evidence of rapid progression at Libby
7  that's different from elsewhere, the source of that
8  data -- that data source is what?
9      A  You have it.  You have a list of names of
10 people and you have the x-rays for them of people
11 that have had rapid progression of their disease over
12 a short period of time.  It's something that's been
13 working and I've worked on to prepare for a paper,
14 but it isn't -- it isn't ready to be published yet,
15 but you have the pulmonary function numbers on those
16 people and you have the x-rays and you have the names
17 and only two of them are not clients and they're in
18 the -- they're initialed in that list.
19     Now, I don't know where it is, but I know you
20 do have that.
21     Q  Just -- you're ahead of me.
22     A  Yeah.
23     Q  For your opinion that says that there's more
24 rapid progression at Libby --
25     A  Yes.

Page 255

1      Q  -- the source of that opinion is data with
2  respect to which people?  Which people?
3      A  Those are the ones I was just telling you
4  about, the eighteen.  That's part of it.  That's the
5  eighteen that are a study population of people that
6  have rapidly progressed that we have documentation of
7  it, both radiographically and with pulmonary
8  functions.
9      We actually have some more of them that -- a
10 number of other ones that I decided I wasn't going to
11 use for the study because I didn't like the quality
12 of the x-rays or something else.  I had to have
13 something that I could document easily.
14     Q  Again, we're not communicating.  Let me take
15 this a step back.
16     I know about the paper that was published in
17 2004.
18     A  This is not published.
19     Q  Okay.  So let's begin and talk about data
20 that you have on progression.  There's the paper in
21 2004, right?
22     A  Yes.
23     Q  You then have people who are in the CARD
24 mortality data set?
25     A  Mm-hm.  (Answers affirmatively.)

Page 256

1      Q  Is the answer to that yes?
2      A  Yes.
3      Q  And how many of the people in the CARD
4  mortality data set are people who progressed to death
5  from severe diffuse pleural thickening?  How many?
6      A  From severe diffuse pleural thickening?
7      Q  Yes, all I'm focused on is severe diffuse
8  pleural thickening.
9      A  Well, we had the low exposure ones that you
10 already know about when the death was --
11     Q  This is why, Dr. Whitehouse, it's so critical
12 that we peel off these questions one at a time.
13     We've been through people with the different
14 presentations, that is, thinner pleura and low
15 exposure.  I now want to know the people whose cases
16 you relied upon for your opinions about rapidity of
17 progression.
18     A  Okay.  You have that.  It was in -- it was in
19 my expert report and you have a copy of that in your
20 expert report that has the pulmonary functions on
21 eighteen people and you have a CD somewhere that has
22 all the x-rays of those people, the serial x-rays.
23 There it is, right there.  He's got it.  And there's
24 another page that shows the pulmonary function.
25     Q  Okay.  Now, this is -- I'm working with

(Pages 253 to 256)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                      65

---

Page 257

1   **Exhibit-6 -- Exhibit-6 to Dr. Whitehouse's May 2009**
2   **report; is that right, Dr. Whitehouse?**
3            MR. LEWIS:  Which is exhibit -- is it
4   Exhibit-1 to this deposition?
5            MR. BERNICK:  Yes.
6            MR. FINCH:  Yes.
7        Q   **(By Mr. Bernick)  Okay.  So if we go to that,**
8   **these are Exhibit-6 to your May report, '09 report,**
9   **are the people who you believe have got rapid**
10  **progression that's distinctive to Libby from**
11  **diffuse -- severe diffuse plural thickening; is that**
12  **correct?**
13       A   And I've actually been told that this is
14  really unusual by the people at Mount Sinai --
15       Q   **I didn't ask you that.**
16       A   -- to do that.
17       Q   **I didn't ask you that.**
18           **I just want to know what your data was.  Is**
19  **that accurate, this is the basis for your opinion --**
20       A   Yes.
21       Q   **-- on rapidity of progression; is that right?**
22       A   That's part of it, yes.
23       Q   **Okay.  This data set, who are these people?**
24  **How do we get from case number here --**
25       A   Let me show you.

Page 258

1        Q   **-- to your spreadsheet?  Are they all --**
2        A   This one -- they're not on this spreadsheet.
3        Q   **Okay.  So --**
4        A   These people are alive.
5        Q   **Okay.  So Exhibit-6 to your May report are**
6   **people who are all alive?**
7        A   Yes.
8        Q   **And they show rapidity of progression?**
9        A   Yeah, and now if you turn the page over,
10  you'll see the names of them.
11       Q   **You'll see the names are on the back of the**
12  **paper?**
13       A   And the initials.
14       Q   **And the --**
15       A   No, the next page down there.
16       Q   **Oh, it's the next page.  It's the names and**
17  **initials?**
18       A   Yeah.
19       Q   **Fair enough.**
20           **And these are different from the people who**
21  **are on -- who were part of the mortality study?**
22       A   That's right.
23       Q   **Okay.  Is there any other data set that you**
24  **rely upon for your opinions regarding rapidity of**
25  **progression?**

Page 259

1        A   No, only my personal experience.
2        Q   **Okay.  Now, the rapidity of progression that**
3   **we see here on Exhibit-6 to your May report, what was**
4   **the criteria for inclusion of these people, that is,**
5   **how did you pick these people out?**
6        A   I haven't worked on this for a while, so I'm
7   trying to remember exactly what -- what I decided.
8   It was something like about a twenty percent drop in
9   lung function over a period of less than two years, I
10  think, as I recall, two years.  Maybe four years.  I
11  think maybe it is four years.
12       Q   **Are there documents that would enable you**
13  **to -- enable us to see what the basis was for your**
14  **saying that there was rapid progression in these**
15  **people?**
16       A   Turn the page over and look at the pulmonary
17  functions and you can see what happened to the
18  pulmonary functions and the dates are on there and
19  all.
20       Q   **But what I want to know is -- what I want to**
21  **know is why you picked these people.**
22       A   Oh, those are people that I saw in the clinic
23  and that Dr. Black saw and made me aware of and so
24  that's how they wound up in that.
25           MR. FINCH:  Use this copy.

Page 260

1        Q   **(By Mr. Bernick)  But the question is -- but**
2   **the question is -- I know that these are people that**
3   **you saw, but why is it you say that these particular**
4   **people who are listed in Exhibit-6 to your May report**
5   **show rapidity of progression from diffuse pleural**
6   **thickening?**
7        A   Let me have the sheet here for a second.
8        Q   **I don't want interstitial stuff.  I want --**
9        A   No.
10       Q   **-- just your diffuse pleural thickening.**
11       A   Oh, I think there's one interstitial in here
12  probably, but most of it's -- maybe two.  Oh, they
13  did it on this -- it makes it a little harder to
14  read.  They put the before, see, on one page, and the
15  after on the next page.
16           MR. FINCH:  Which one?
17           MR. BERNICK:  It's his report.  Has his
18  report been marked as an --
19           MR. FINCH:  Yeah, it's Exhibit-1.
20       Q   **(By Mr. Bernick)  It's Exhibit-1.**
21       A   Yeah.
22       Q   **Okay.  So can we just get that?  That will**
23  **save us a lot of time.  In your stack of exhibits,**
24  **see if you have Exhibit-1.**
25           MR. LEWIS:  I'll help you.

(Pages 257 to 260)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
66

Page 261

1     MR. BERNICK:  Thank you very much.  I
2  appreciate that.
3     Q   (By Mr. Bernick)  So we'll go to Exhibit-1
4  and we'll go to tab six, and I want you to identify,
5  if you can, the people in this collection who do not
6  have interstitial involvement, that is, who were just
7  severe diffuse pleural thickening.
8     A   Well, they'll tell you.  It's number three
9  and it's number thirteen.
10    Q   Number three and number thirteen?
11    A   And number five.  And number five has some
12  interstitial disease too.
13    Q   Okay.  So in the list on Exhibit-6, the ones
14  with -- that are -- that have severe diffuse pleural
15  thickening without --
16    A   I didn't say these had diffuse severe pleural
17  thickening.
18    Q   That's all I want.  I just want to know only
19  about severe diffuse pleural thickening because
20  that's the category I'm focused on in the TDP.  I
21  want to know those people in your list you had that
22  you think is unusually rapid progression from severe
23  diffuse pleural thickening.
24          MR. LEWIS:  I think -- I think --
25  forgive me, Counsel, but I think that's not the

Page 262

1  purpose of this chart.  I think we're just talking
2  about progression here as -- and not defining in
3  terms of severity.
4          MR. BERNICK:  I understand that.
5  That's why I want to know because the criticism is
6  lodged with respect to that TDP category.  I'm
7  focused -- all my stuff is focused on that category.
8     Q   (By Mr. Bernick)  So I need to know -- when
9  you say that there's been more rapid progression from
10  severe diffuse pleural thickening, I need to know
11  whose cases you're pointing to.
12    A   I can't identify them individually.  There's
13  no way to do it from what I have here.  There's no
14  way to identify them.
15    Q   What do you --
16    A   I have a pretty good idea that they're all
17  severe and they were all severe at the end of
18  their -- I can tell you which ones I know for sure
19  are severe as far as their pleural disease because I
20  took -- as you mentioned, there's a couple of
21  interstitial ones in here and I won't discuss those.
22    Q   Well, what I need -- I don't want to have to
23  just rely on your memory, Dr. Whitehouse, because I
24  know you wouldn't want to rely upon that either.
25    A   Well --

Page 263

1     Q   But if we wanted to know those people who had
2  severe diffuse pleural thickening at Libby that you
3  say are distinctive because of rapidity of
4  progression, where would we go to find out who they
5  are and the basis for that?
6     A   Who they are is here, and I guess you could
7  go to your other sheet, if they're on the mortality
8  study, but most of these are not.  There's only one
9  that I know of, maybe two, on that mortality study.
10  You have to go to the charts.
11    Q   Have to go to their charts?
12    A   Mm-hm.  (Answers affirmatively.)
13    Q   But which charts do we have to go to?  The
14  people that --
15    A   All of them -- all of them except the ones
16  that have interstitial disease, look at them.
17    Q   As the charts -- so we would go to the charts
18  of people who are listed in Exhibit- -- tab six to
19  Exhibit-1 of this deposition, we would go there?
20    A   Right.
21    Q   And then we would look for the individual
22  charts of those people who are listed other than the
23  ones with interstitial disease, and what would we
24  look for?
25    A   I think you should look at the ones with

Page 264

1  interstitial disease except for three.  Number three
2  I know doesn't have much pleural disease.
3     Q   Okay.  And then what would we look for in the
4  charts?  What in the charts did you look to in order
5  to say that they had more rapid progression of
6  diffuse -- severe diffuse pleural thickening of
7  what's reported in the literature?
8     A   Well, the first thing I looked at -- the
9  first thing I looked at was their pulmonary functions
10  which is -- tells you a world of information if you
11  look at those because most of them dropped by 50
12  percent over a period of a couple years, and then you
13  look at the x-rays and see what happened in their
14  x-rays.
15    Q   But what was the criteria for your saying
16  that it was more rapid than what appeared in the
17  literature?
18    A   I think I'd have to look at the draft of the
19  paper.  I don't have it with me and I'm sure you
20  don't have it either and it is, indeed, a draft, but
21  I think it was -- and I haven't -- and the reason I
22  don't remember it is because I haven't really looked
23  at this for six months and I haven't had time to, but
24  I think it's -- I think it was either a 20 or 30
25  percent drop in the FVC or DLCO over a period of

(Pages 261 to 264)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
67

## Page 265

1  about three to four years.
2      Q  Three to four years?
3      A  Yeah, that's considered rapid in asbestos.
4      Q  And so I want to be able to -- again, I want
5  to be able to rely upon this so that if you say
6  something, we'll hold you to it when you testify in
7  September.
8      A  Well --
9      Q  We'll hold you --
10     A  -- take a look at the numbers.
11     Q  Well, I don't want to -- I don't want to take
12  a look at the numbers.  I want to know your expert --
13  what you did by way of an expert analysis.  I want to
14  be able to say we talked to you back in June of this
15  year -- when you testify in September, I want to say
16  you told us back in June, Dr. Whitehouse, that
17  rapidity of progression that was different at Libby
18  was determined by X and we've now gone out and tested
19  it, so I need to have you to be able to tell us, if
20  you can, what the criteria was or what the fact was
21  that you observed in these people such that you said
22  there was more rapid progression from diffuse pleural
23  thickening than what's reported in the literature.
24     A  I'll have -- you know, there's one that was
25  radiographic.  The rest of them are both radiographic

## Page 266

1  and pulmonary function and I'll have to look it up
2  and I'll get it to you.  There's no way I can
3  remember it now and I'm not even going to try.
4      Q  See, I can't deal with that.  I'm taking your
5  deposition today.
6      A  Well, I can't give it to you because I don't
7  remember.  Okay?
8      Q  Okay.
9      A  And you'll have to live with that.
10     Q  But how do you know -- well, actually, let me
11  just ask you:  What do you think -- let's go back
12  over this for a second.  We talked about the
13  difference in the thickness of the pleura, right?
14     A  Mm-hm.  (Answers affirmatively.)
15     Q  And you said you think that the people at
16  Libby present differently with diffuse pleural
17  thickening because they have severe impairment
18  with -- even though their pleura tissue is thinner
19  than what's reported in the literature.
20         When you made that comparison, what did you
21  assume the thickness was that was reported in the
22  literature for people outside of Libby?
23     A  No, I was -- I was using for comparison the
24  plan's three millimeter.
25     Q  Oh, you mean the TDP?

## Page 267

1      A  Yeah, the TDP is three millimeters is what I
2  was using.
3      Q  Well, what if we set the TDP to one side and
4  simply said, Dr. Whitehouse, I want to know whether
5  you've determined based upon scientific study that
6  there's a difference in the presentation of diffuse
7  pleural thickening at Libby versus elsewhere.  Forget
8  about the TDP.  I just want to know whether you've
9  determined that the presentation is different than
10  Libby elsewhere.  Could you tell me that what you've
11  seen in Libby in terms of the thickness of the pleura
12  on presentation or severe diffuse pleural thickening
13  is different from that same feature reported in the
14  literature?
15     A  Yes, much more frequent.
16     Q  Not frequent.
17     A  Hey, that counts for a whole lot.
18     Q  I'm not --
19     A  You have to look at it that way.
20     Q  No, no, no, no, no, no, no.  I just want -- I
21  want you to tease out here -- very important -- how
22  it looks.
23         Do you know -- do you know based upon
24  scientific data that the presentation of diffuse
25  pleural thickening at Libby is different in terms of

## Page 268

1  the thickness of the tissue from how it is has been
2  reported, the thickness that's been reported outside
3  of Libby in the scientific literature?
4      A  I haven't -- I doubt it's any significant
5  difference because it's -- I think it's more a matter
6  of degree or more the matter of frequency than it is
7  the amount of degree.  I'm sure you can find the same
8  thing in -- outside of Libby in people if you look
9  for it.  That's all.
10     Q  Okay.  Now, have you done the scientific
11  analysis to say, I've measured and determined that
12  the frequency of thinner pleura in Libby people is
13  greater than the frequency reported in the
14  literature?  Have you done that?
15     A  No.
16     Q  What about when it comes to low exposure?
17  Low exposure has been reported.  We know low exposure
18  has been reported as a source of diffuse pleural
19  thickening outside of Libby, correct?
20     A  Yes.
21     Q  Do you know that the -- have you actually
22  scientifically determined that the frequency of
23  reporting of severe diffuse pleural thickening at
24  Libby is actually higher than the frequency of
25  reporting of diffuse pleural thickening with low

(Pages 265 to 268)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
68

Page 269

1  exposure outside of Libby? Have you determined that
2  scientifically?
3      A  No, it hasn't been reported yet.
4      Q  It hasn't?
5      A  It hasn't been reported.
6      Q  When it comes to the frequency of blunting of
7  costophrenic angle, Libby versus outside of Libby,
8  have you determined scientifically that the rate of
9  reporting outside of Libby is different?
10     A  Well, the literature indicates that -- not
11 the literature, but the Amelia* article, et al., says
12 that you shouldn't have diffuse pleural -- they call
13 it diffuse pleural thickening and it's --
14     Q  I know.
15     A  But that's --
16         MR. LEWIS:  Now you've got to let him
17 finish his answer.
18         MR. BERNICK:  Come on.  Come on, Tom.
19         MR. LEWIS:  No.  Wait.  Wait.  Wait.
20         MR. BERNICK:  We've been getting along
21 fine.
22         MR. LEWIS:  Wait.  Wait.  Wait.
23         MR. BERNICK:  We've been getting along
24 just fine.
25         MR. LEWIS:  That's because you were not

Page 270

1  interrupting his answers.  Let him finish his answer
2  and then you can inquire.
3      Q  (By Mr. Bernick)  Go ahead, Dr. Whitehouse.
4      A  The Amelia article indicates -- or Amelio*,
5  whatever it is, a Frenchman's article a couple of
6  years ago indicates that you shouldn't call diffuse
7  pleural thickening unless there's blunting of the
8  angle.  Okay?  Well, we know clearly from our CT
9  scans that we've got an awful lot of people with
10 diffuse pleural thickening without blunted angles,
11 and so it's contrary to what's reported in the
12 literature.
13     Q  You done?
14     A  Yeah, I'm done.
15     Q  Now, I'm not -- my -- my question had nothing
16 to do with the definition adopted by Dr. Amelia.
17 Nothing.  I'm totally focused on data.
18        Have you determined scientifically that the
19 rate of reporting for severe diffuse pleural
20 thickening at Libby without blunting of the
21 costophrenic angle is different from the data that's
22 reported in the literature outside of Libby?
23     A  Well, you know, we haven't reported it.  We
24 haven't had the opportunity to.
25     Q  No, but do you know that what you've seen at

Page 271

1  Libby is different in frequency from what has been
2  scientifically reported outside of Libby when it
3  comes to blunting?
4      A  Yes, I do know that, but on the other hand,
5  you're -- every time I've tried to testify about
6  things that I reported or I've seen in Libby relative
7  to what's going on outside, you tell me you want to
8  know if I've reported anything or seen scientific
9  data, and what I'm telling you is these are my own
10 observations.
11     Q  Yeah, but we're -- we're -- we're
12 communicating kind of, but not completely here.  I
13 just want to be totally clear, so that there's no
14 confusion.
15        You've got data that you have at Libby.  I've
16 tried to unpack the data that you have at Libby.
17 Some of it we've got, some of it we don't have, but
18 we've had the opportunity to find out about some of
19 it today, so I understand Libby.
20        I'm asking now about whether you know that
21 the experience in Libby is, in fact, different from
22 the experience outside of Libby, and in order to find
23 out about that, I'm asking about how your Libby data
24 compares to data reported in the scientific
25 literature outside of Libby.

Page 272

1          MR. LEWIS:  Objection.
2          MR. BERNICK:  Just make your objection.
3  I'm going to ask the question.
4          MR. LEWIS:  I thought you were --
5          MR. BERNICK:  Do you want to make the
6  objection?
7          MR. LEWIS:  I thought you were done.
8          MR. BERNICK:  Go make the objection.
9          MR. LEWIS:  No, I thought you were
10 finished with your question.
11         MR. BERNICK:  No.
12         MR. LEWIS:  All right.  Go ahead and
13 finish your question and then I'll make my objection.
14     Q  (By Mr. Bernick)  So I want to know whether
15 you scientifically determined that the rate of
16 reporting of severe diffuse pleural thickening at
17 Libby without blunting is higher than the data shows
18 for severe diffuse pleural thickening without
19 blunting outside of Libby.
20         MR. LEWIS:  Objection.  Object to the
21 form of the question.  The question is clearly
22 compound.  It asks several questions.
23     Q  (By Mr. Bernick)  Go ahead.
24     A  It's obvious if Amelia is reporting that
25 there's no diffuse pleural thickening.  You -- the

(Pages 269 to 272)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

69

Page 273

1  powers that be have created a definition for diffuse
2  pleural thickening that excludes diffuse pleural
3  thickening unless the angle is blunted --
4      Q  Which --
5      A  -- and I'm telling you by all our
6  measurements, we've got about half of ours with
7  severe diffuse pleural thickening that don't have
8  blunting.
9      Q  I understand.
10     A  That's the answer to the question.
11     Q  No, it's not.
12     A  There's no other answer.
13     Q  No, because all you've told me about is the
14  authorities on high and a definition in the Amelia
15  paper.  There are many papers that have been reported
16  that have been published on diffuse pleural
17  thickening that have not required blunting of the
18  costophrenic angle to include people in their
19  reports.  That was a later development that took
20  place.
21         McCloud took place before that development.
22  Sargent* took place before that development.  There
23  are a whole series of papers that were written before
24  people incorporated into the definition blunting of
25  the costophrenic angle.

Page 274

1         So what I want to know is:  Can you -- do you
2  have scientific data on the basis of which you could
3  say the rate at which diffuse pleural thickening has
4  been found, severe, without blunting at Libby is
5  different from the rate that appears in the
6  scientific literature outside of Libby for severe
7  diffuse pleural thickening without blunting?
8         MR. LEWIS:  Well, objection.  That
9  assumes facts not in evidence.
10     A  Let me answer the question first.  Obviously,
11  the ILO said that those doctors were wrong, that that
12  wasn't diffuse pleural thickening.  It can't be
13  diffuse pleural thickening.  There's no blunting, so
14  they were obviously wrong.  Amelia's right.  We're
15  right with -- with your plan here.  No, that's --
16  that's clearly the answer because when they changed
17  the ILO standards and said you can't have diffuse
18  pleural thickening without blunting, they basically
19  said to the guys before them, you guys were wrong.
20     Q  (By Mr. Bernick)  I don't --
21     A  That's the answer to it.
22     Q  Well, that may be your interpretation, but I
23  want to know data.
24     A  I don't know what, if any, of that data is in
25  any of that.  I don't know what it is.  I'm not very

Page 275

1  interested in it and I don't know what the data
2  was --
3      Q  What about --
4      A  -- what the percentage was.  I know what
5  McCloud's was.  It was about 45 percent.
6      Q  Right, which is comparable to what you found,
7  right?
8      A  Yeah, it is.
9      Q  Okay.
10     A  But he basically was told, you're wrong,
11  because it's -- that's not the way it works.
12     Q  So at least will you agree with me that
13  the -- that you can say that with respect to McCloud,
14  he found a comparable rate of severe diffuse pleural
15  thickening without blunting is what you found in
16  Libby, correct?
17     A  Yes.
18     Q  And do you have any reason to believe that --
19  do you believe his data is wrong?
20     A  No, I don't believe his data is wrong.  I
21  think Amelia's data is probably wrong.
22     Q  Okay.  Now, when it comes to -- when it comes
23  to exposure outside of Libby, would you say the same
24  thing, that is, you found severe diffuse pleural
25  thickening associated with low -- low exposures at

Page 276

1  Libby, do you know that that is -- do you know
2  scientifically that that is unique to Libby?
3      A  Well, you know, obviously, McCloud's report
4  is chrysotile outside of Libby.
5      Q  Outside Libby?
6      A  Sure.
7      Q  And so that would be consistent, that is,
8  what he observed outside of Libby with respect to low
9  exposure is consistent with what you observed at
10  Libby with respect to low exposure, correct?
11     A  Yes.
12     Q  Okay.  Now, when we talk about progression --
13  when we talk about progression, you've got cases
14  involving progression that are in your report and
15  it's the eighteen in tab six of Exhibit-1 to this
16  deposition, and you've told us we've got to go back
17  and take a look at the files, and if we have, we
18  will, but I want to know on the basis of what test
19  you can say that the rapid progression that you've
20  observed at Libby for severe diffuse pleural
21  thickening is different from the progression that's
22  been observed outside of Libby on the basis of what
23  test you say Libby is different from non-Libby.
24     A  The rapidity of it.
25     Q  Yeah, but measured how?  I want to know what

(Pages 273 to 276)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
70

Page 277

1  measurement you used to say that the rapidity of
2  Libby is different from the rapidity outside of
3  Libby.
4       A  Well, the literature, not only in general,
5  but all the literature indicates it's a slow
6  progressive disease and all of it's directed towards
7  that.  And this sort of phenomenon, to my knowledge,
8  has not been reported in the literature.
9       Q  Have you looked to see --
10      A  Yes.
11      Q  Have you looked --
12      A  Yes.
13      Q  -- for the data on progression of severe
14  diffuse pleural thickening outside of Libby?  Have
15  you looked for it?
16      A  Well, first off, this -- I didn't say this
17  was serve disease.  I didn't say this progressed to
18  severe pleural thickening.  That was your term.
19      Q  And that's pointing to Exhibit-6 of
20  Exhibit-1 --
21      A  I didn't say that.
22      Q  -- is that right?
23      A  It's your term.  You made that assumption.  I
24  just said they rapidly progressed.
25      Q  Okay.  Well, then I will -- then I will

Page 278

1  clarify that too.
2           THE VIDEOGRAPHER:  Counsel, we need to
3  switch out tapes.
4           MR. BERNICK:  We're almost done.
5           THE VIDEOGRAPHER:  We're going off the
6  record.  The time is now 3:19 p.m.  This is the end
7  of disk number three in the continuing deposition of
8  Alan Whitehouse.
9           (Recess.)
10          THE VIDEOGRAPHER:  We're back on the
11  record.  The time is now 3:24 p.m.  This is the
12  beginning of disk number four in the continuing
13  deposition of Dr. Alan Whitehouse.
14          EXAMINATION (Continuing)
15  BY MR. BERNICK:
16      Q  So, Dr. Whitehouse, I think where we broke
17  off I was asking about progression and then you
18  clarified that tab six of Exhibit-1 is not
19  necessarily progression to or associated with severe
20  diffuse pleural thickening, fair?
21      A  That's correct.
22      Q  And so where is your data that says that
23  severe diffuse pleural thickening shows more rapid
24  progression in Libby than what the literature reports
25  outside of Libby?

Page 279

1       A  You know, I don't think that I've actually
2  said exactly that.  What I've said is that we have
3  people that have rapidly progressed their pleural
4  disease which falls into this category here.  Most of
5  these people do have fairly severe disease or at
6  least they did by the end of this.  They had very bad
7  disease and several of them have died from their
8  pleural disease, so I guess you can draw that
9  inference, although I haven't made a great issue out
10  of that.
11          Also, some of the people in the mortality
12  study were people in my practice that I followed for
13  a while and then went ahead and got significantly
14  worse over, you know, a relatively short period of
15  time, although they were already very sick beforehand
16  and went ahead and died, so I don't know that I have
17  any data concerning that except that I know very well
18  from -- this is probably the best data I have except
19  that I don't have it real collated so I could show
20  you all the radiographs and the pleural thickness and
21  things yet.
22      Q  So today if we focused on tab six to
23  Exhibit-1, you say that these people reflect rapid
24  progression, but exactly how and -- how they do that
25  is something that you would need the patient files in

Page 280

1  order to be able to explain, fair?
2       A  Well, yeah, clearly they -- they markedly
3  increased their pleura disease associated with their
4  loss of lung function, at least all but one, and one
5  was purely interstitial.
6       Q  So --
7       A  But whether or not you would say when you
8  look at them whether they'd gone from three to five
9  millimeters or one to three or what, I can't -- I
10  can't recall how many of them actually went to what
11  you would call severe pleural disease.
12      Q  So you can't say on the basis of this that
13  they had a rapid -- a more rapid progression.  This
14  is really what I'm getting at.  There are two issues.
15  The first issue is what you actually say is reflected
16  in tab six to Exhibit-1 by way of progression.
17          And what you've been able to tell us is that
18  there's rapid progression, but you've not been able
19  to tell us exactly the test that you used in saying
20  that there's been rapid progression in these
21  particular cases, fair?
22      A  You're not talking about pulmonary function
23  tests here, you're talking about a test like the
24  radiographs or something?
25      Q  No, I'm -- again, this is you, not me.  This

(Pages 277 to 280)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
71

Page 281

1   is your opinions.  You've said that tab six to
2   Exhibit-1 reflects progression and I have asked,
3   well, with respect to severe diffuse pleural
4   thickening, how does the data in tab six show a rapid
5   progression in diffuse -- severe diffuse pleural
6   thickening, and you said this is not focused
7   specifically on that question, right?
8       A   That's right.
9       Q   So I then said, well, what was the test,
10  how -- whatever you were doing with tab six, what was
11  your test of progression?  And if you can answer
12  that, that would be great.  What was your test of
13  progression for the matters that are set forth in tab
14  six of Exhibit-1?
15      A   Okay.  Except for case ten, where I only have
16  one set of pulmonary functions, but had a lot of
17  x-rays from before, it was a combination of both the
18  x-ray and the pulmonary function.  The x-ray had
19  shown progression of pulmonary -- of pleural disease
20  and the pulmonary functions at the same time had
21  shown a decline consistent with the kind of x-ray
22  changes, I would say.
23      Q   And exactly how you worked with those things
24  in each of these cases, we'd have to have a file in
25  order to explore that with you, fair?

Page 282

1       A   Yeah.
2       Q   Okay.
3       A   If you have the file, I'll be happy to
4   discuss it with you.
5       Q   Okay.
6       A   This is very clear cut when you look at the
7   x-rays and the chart.
8       Q   But you can't articulate it verbally as we
9   sit here?
10      A   Exactly for each one, no, I can't.
11      Q   Okay.
12      A   I mean, I can for some of them, if you'd like
13  me to.
14      Q   No, I want to -- I'd like a rule or a test.
15      I mean, was there any one test or rule or was
16  this a matter of different factors for different
17  people?
18      A   Well, there was sometimes different factors
19  and the paper will reflect the various different
20  factors that went into that.
21      Q   And that's the paper that you have in draft
22  form?
23      A   That's the paper that I've got in a draft,
24  but I haven't -- it isn't anywhere near ready for
25  publication.

Page 283

1       Q   But to be clear, you're not -- you can't say
2   scientifically that the progression that you've
3   observed in tab six is different from what is
4   reported scientifically in the literature for
5   progression of severe diffuse pleural thickening in
6   the scientific literature, can you?
7       A   I think it actually is.  I think this has not
8   been reported.
9       Q   Well, but this data has not been reported,
10  tab six?
11      A   No, no, this phenomenon has not been
12  reported.
13      Q   But you can't -- I mean, have you actually
14  investigated the scientific --
15      A   Yeah.
16      Q   -- literature --
17      A   Yeah, we have.
18      Q   -- to look for progression in the scientific
19  literature?
20      A   Oh, yeah.  Looked at lots of progression
21  articles in the scientific literature and
22  particularly related to amphiboles which, of course,
23  this is.
24      Q   Okay.  So --
25      A   And have not -- I've discovered slow gradual

Page 284

1   progression over decades or progression with small
2   amounts, but not to this degree.
3       Q   Okay.  Well, then, you tell me how -- exactly
4   how -- not just, you know, generally, but you tell me
5   exactly how the progression that you've observed here is
6   reflected in tab six is different from the
7   progression of severe diffuse pleural thickening in
8   specific data in the literature.  I want to know the
9   data in the literature which you're pointing to that
10  says you say scientifically is different from the
11  data that you have in Libby.  I want to know that
12  precisely.  That's what I'm getting at.
13      MR. LEWIS:  Objection.  Compound
14  question.
15      Q   (By Mr. Bernick)  So my question to you is:
16  What precisely is the difference between the data
17  that you report in here at tab six and the data that
18  you see reported in the external literature, and what
19  literature are you referring to?
20      MR. LEWIS:  Objection.  Compound
21  question.
22      A   The -- the extent of the loss rates in this
23  is much higher.  I mean, the loss rates that you see
24  in the literature is going to be one or two percent.
25  The highest one I've seen is about two percent in the

(Pages 281 to 284)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
                                                                    72

## Page 285

1  DLCO from Australia per year.  Okay?  These are --
2  you know, we're looking at 10, 15, 20 percent per
3  year in these people.
4      Q  (By Mr. Bernick)  Okay.
5      A  But those -- those studies do not have any
6  real radiography that goes along with them and I've
7  looked at a number of these and there isn't anything
8  that comes comparatively close to this.
9      Q  These -- these are a total of 22 people or
10  thereabouts?
11      A  Yeah, thereabouts.  It's going to get
12  whittled down some, but --
13      Q  How did you pick them?
14      A  Oh, just these were people that I saw that --
15  you know, I saw in the clinic or Brad had seen in the
16  clinic and, you know, they came in because they were
17  getting more short of breath and looked at things
18  sequentially and their x-rays and all and, indeed,
19  had a good reason for it.
20      Q  Yeah, but this is a very small subgroup of
21  your patients, correct?
22      A  Oh, it is a small -- no, no, I didn't say it
23  happens to everybody by any means.  I'm -- there's
24  going to be more of them and this took a couple of
25  years to collect this.

## Page 286

1      Q  But -- but did you pick them out -- did you
2  pick them out -- well, strike that.
3          Progression is something that you can look
4  for throughout your patient population, right?
5      A  Sure.
6      Q  And if we looked for progression for people
7  who have a non-malignant disease in your whole
8  patient population and we gathered all the data,
9  would we see a pattern of progression that's
10  different from what we see in the literature?
11      A  Probably.  With other diseases, you mean?
12      Q  With other non-malignant diseases.  Your
13  non-malignant disease population at Libby.
14      A  Sure.
15      Q  If we took a non-malignant disease population
16  outside of Libby and we said how have they
17  progressed, Libby, non-Libby, would you see an
18  overall pattern of progression in Libby that is
19  different from progression outside of Libby?
20      A  Well, to my knowledge this is not described
21  in -- outside Libby either.  There are diseases that
22  progress rapidly that are non-malignant.  Emphysema
23  can do that.  Emphysema will progress --
24      Q  Well --
25      A  -- quite rapidly.

## Page 287

1      Q  I'm -- you picked out 18 cases or 22 cases,
2  right?
3      A  Well, they sort of picked themselves out.
4      Q  Right, but they are -- they are a very small
5  subgroup of the total population of people that
6  you've seen with non-malignant disease at Libby,
7  right?
8      A  That's true.
9      Q  And, indeed, they are the ones who are
10  probably most dramatic and pronounced when it comes
11  to progression, correct?
12      A  That's correct.
13      Q  Now, if you go to the populations outside of
14  Libby where you say the progression has been slower,
15  are these very select populations like yours
16  here, 18, 22 people selected or are they larger
17  groups of people?
18      A  Well, you know, this is a selection of 22 out
19  of the whole clinic population.  The studies that
20  I've seen, particularly from Australia which I read
21  on a fairly regular basis because there are many
22  similar problems that they have, they have very large
23  case studies here and most of their studies -- not
24  most of them, all the studies that I've seen out of
25  there related to progression relate to slowly

## Page 288

1  progressive disease.  Now, that's not to say that
2  they don't have some and they haven't published it.
3  I have no idea.
4      Q  Well, but that's the whole point is that if
5  you had done a study that included not just the most
6  significant or pronounced cases at Libby, but the
7  broader population, that would then be comparable to
8  studies outside of Libby working with larger
9  populations, right?
10      A  No, because I think that anybody that was
11  dealing with this on a regular basis that wrote
12  papers or was in a research facility or whatever it
13  is would take note of this and write this up --
14      Q  I didn't -- Dr. Whitehouse --
15      A  -- in a separate paper, not as --
16      Q  That is -- that's a what or a would or a
17  maybe.  I just really want to know what we know.
18  Okay?
19      A  Well, it's no more of a would or a maybe than
20  what you said.
21      Q  No, not at all.  I'm asking for a fact.
22          If you take -- if you want to make a
23  comparison of Libby, non-Libby, you have to have
24  studies that are comparable in scope, right?
25      A  Mm-hm.  (Answers affirmatively.)

(Pages 285 to 288)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
73

Page 289

1      Q   I'm sorry?
2      A   Yes.
3      Q   Okay.  And so if you have a study inside of
4   Libby that's a large population of people with
5   non-malignant disease and you want -- and you ask
6   what's progression like and you record the result, if
7   you want to know whether the same thing is true
8   outside of Libby, you'd have to have a study that
9   picks out a large population and the study is done in
10  the same way, right, apples and apples?
11     A   Yeah.
12     Q   Okay.  Here you have a study in Libby and
13  it's not a big group, it's a small group, and it was
14  a group that was picked precisely because they picked
15  themselves, in your own words, the rapid progression.
16  If you want to know whether that's unique to Libby,
17  you'd have to look for a comparable study outside of
18  Libby, right?
19     A   Right, nobody's published it.
20     Q   And so -- but it's not that you know it's
21  unique to Libby, it's that you haven't seen a study
22  like this outside of Libby, correct?
23     A   Yeah, but, you know, I don't have x-ray
24  vision to know whether they actually have it and
25  haven't published it, so if they haven't published

Page 290

1   it, the likelihood is that they haven't seen it.
2      Q   Well, but that is -- that is an inference on
3   your part.  All you know is that you have a highly
4   select group of people where you've made this
5   observation at Libby and you're not aware of a
6   comparable study outside of Libby, fair?
7      A   That's true.
8      Q   Okay.  Now, if we talk about -- for a moment
9   about a comparable group within Libby, that is, if
10  you were looking for a larger group at Libby to
11  compare it to the larger groups outside of Libby, you
12  said that the larger groups outside of Libby with
13  non-malignant disease reflect gradual loss, fair?
14     A   Generally.
15     Q   Okay.  There are studies that have been done
16  of larger groups of people at Libby, correct?
17     A   At Libby, you said?
18     Q   At Libby.
19     A   They haven't -- not on loss of pulmonary
20  function.
21     Q   Sure, your progression study.
22     A   Oh, my study, yeah.
23     Q   Okay.  So if they took a look at your study
24  that you published in 2004, that's a study of a
25  larger group of people, correct?

Page 291

1      A   Mm-hm.  (Answers affirmatively.)
2      Q   I'm sorry?
3      A   Yes.
4      Q   And that would be a good place to go if you
5   wanted to see is the experience at Libby different
6   from the experience outside of Libby because that's
7   the study that's working with a larger group of
8   people just like the larger group of people outside
9   of Libby, correct?
10     A   That's exactly what it showed, that it was
11  higher than the --
12     Q   We'll get to what it showed.  Just answer the
13  question.
14     A   -- prior published studies.
15     Q   Please just answer the question.
16         Is the study that you did in 2004 on a larger
17  group of people a good place to go for an apples and
18  apples comparison with studies of progression in
19  large groups of people outside of Libby?
20     A   Yes, probably.
21     Q   Okay.  Now, when you did the study in 2004,
22  you picked out people and you looked for progression,
23  correct?
24     A   No.
25     Q   How did you pick out --

Page 292

1      A   No, I didn't.  I just took all-comers.
2      Q   All-comers?
3      A   When they had their second pulmonary function
4   and everybody got a second pulmonary function, so
5   there was no bias in selection.
6      Q   Okay.  So the 2004 progression study that you
7   did was an all-comers, no selection, no bias study,
8   correct?
9      A   Right.
10     Q   And that's comparable apples and apples with
11  large group studies outside of Libby that you've
12  looked at and found the slow progression, correct?
13     A   Yes.
14     Q   Whereas, this -- this paper that's not yet
15  published is not an all-comers paper, it's a select
16  group?
17     A   It is a select group.  Perfectly willing to
18  admit that.
19     Q   Okay.  And that's what's reflected in tab six
20  to Exhibit-1, correct?
21     A   Mm-hm, yes.
22     Q   Now, if we take a look at your 2004 paper,
23  you had the all-comers group, but you only looked at
24  two data points, correct?
25     A   That's true.

(Pages 289 to 292)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
74

Page 293

1      Q  And, in fact, if we look at that all-comers
2  group, it turns out that many of them had many more
3  data points, correct?
4      A  I took the first one that I had and the last
5  one that I had when I was doing the study and they
6  had more data points later on.  No question they had
7  more data points.  There were also some people that
8  got into a study with Enbrel* and that -- I did not
9  take them because of that.
10     Q  Didn't ask you that question with all due
11  respect, Dr. Whitehouse.
12         MR. LEWIS:  Doctor, just try to answer
13  the questions that counsel is asking you.  Okay?
14         THE WITNESS:  I thought I was.
15     Q  (By Mr. Bernick)  I know.  That's okay, but
16  let's just keep on going ahead.
17         The 2004 study, you used only two data points
18  with respect to each of the individuals in that
19  study, correct?
20     A  Yeah.
21     Q  And isn't it true that there were many more
22  data points that were available to be used in that
23  study beyond those two data points?
24     A  No, because I cut it off at a certain point,
25  put the data together and ignored everything that

Page 294

1  went on afterwards.  That wasn't germane to the
2  study.  It was the first and last.
3      Q  Will you agree with me that with respect to
4  all those people, there were many other data points
5  that were available, it was your decision not to use
6  them?
7      A  No, they weren't available when I wrote the
8  paper.
9      Q  Oh.
10     A  That's what I said.
11     Q  They weren't available when you wrote the
12  paper?
13     A  Because they hadn't been done yet.
14     Q  Oh, they hadn't been done yet, okay.
15         So now if we took a look at these people who
16  were in the 123 study -- 123 study in 2004, that same
17  population, and we looked to all of the data that's
18  available on their progression, have you done that
19  analysis?
20     A  I have not.
21     Q  Isn't it a fact that if we looked to the
22  other data points with respect to the people in your
23  2004 study, we'd find dramatically different
24  progression numbers from which you put in the paper?
25     A  I do not know that at all.  I doubt that

Page 295

1  seriously.
2      Q  Would that be an important thing to do to
3  find out the truth of what happened with those
4  people, to look at all the data rather than just two
5  points?
6      A  Well, it'll be a little bit hard to do
7  because about 40 of them have died already.  Between
8  35 and 40.
9      Q  Not at all.
10     A  What?
11     Q  No, because even with respect to those
12  people, you'd have more data before they died.
13     A  You know, there isn't any point to doing
14  that.
15     Q  Why?
16     A  The study was done honestly.  It was done --
17     Q  I'm not --
18     A  -- looking clearly at those studies and --
19     Q  There's no dispute about that.
20     A  Okay.
21     Q  I'm not saying there was -- I'm not saying
22  anything else.  I'm saying if you wanted to know more
23  of the truth of what happened to the people in your
24  all-comers study in 2004, there's more data that
25  could be examined, correct?

Page 296

1      A  You could examine data up until the present
2  time.  You could continue to examine data.
3      Q  Sure.
4      A  But there's no point.
5      Q  Okay.  But you haven't done that examination
6  of data?
7      A  No, and I don't intend to.
8      Q  Have you ever done a progression study with
9  respect to non-malignant disease in all 950 --
10     A  No.
11     Q  -- of the people that you've looked at?
12     A  No.
13     Q  There's no reason you couldn't do it,
14  correct?
15     A  No, and it will be done.
16     Q  Let's talk about progression to death.  That
17  was the other thing that you said was distinctive in
18  connection with the Libby population.
19         Are you aware of any comparable study that's
20  been done of progression outside of Libby?
21     A  Progression in general?
22     Q  No.  You say that the Libby experience with
23  non-malignant disease, severe -- I'm all focused on
24  severe diffuse pleural thickening -- is different
25  because of the rate of the frequency of progression

(Pages 293 to 296)

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.
75

Page 297

1   to death.  Do you remember that?
2       A   Yes.
3       Q   Okay.  And I'm just asking whether you've
4   actually looked for comparable data outside of Libby
5   to know whether it really is unique to Libby.  Have
6   you done that?
7       A   For progression of death, no.
8       Q   Okay.  Now, in progression to death in the
9   case of the Libby data that you have, my
10  understanding -- and I want to get a little bit into
11  this and I've got one more -- a few set of questions
12  and then I'm done, get out of here, take an airplane.
13  Okay?
14      So in the case of Libby, as I understand it
15  with respect to the CARD mortality study, you had a
16  patient population of people who had died and you
17  performed this analysis to determine the
18  circumstances leading to their death and we got down
19  to a subgroup of about 76 people who you say had
20  non-malignant respiratory disease and they progressed
21  and they died, right?
22      A   Yes.
23      Q   And that's what you rely upon as your source
24  of information to say that the people in Libby with
25  non-malignant respiratory disease progressed to death

Page 298

1   with greater frequency than would be the case outside
2   of Libby, correct?
3       A   Correct.
4       Q   Okay.  Now, as part of that exercise, you
5   looked at the death certificates, right?
6       A   Yes.
7       Q   But you also had this procedure called best
8   available information, right?
9       A   Yes.
10      Q   And this best available information procedure
11  that you applied, you felt, had precedence in
12  Selikoff's own work, correct?
13      A   Had precedence?
14      Q   Yes.
15      A   It was sort of an additive more than a
16  precedence.
17      Q   Well, but, see, that you felt there was a
18  precedent for what you're --
19      A   Oh, I see.
20      Q   -- doing.
21      A   I see what you're talking about.  I'm sorry.
22      Q   Yeah.  There's precedent for what you were
23  doing in Selikoff's work, correct?
24      A   Yeah, I think so.  As best I can tell, we try
25  to replicate that.

Page 299

1       Q   Okay.  And Selikoff's work, you also got
2   information on what Selikoff had done and his best
3   available information analysis, you had information
4   from Dr. Frank, right?
5       A   Yes.
6       Q   Okay.  Now, Dr. Frank told us that
7   Dr. Selikoff did this best available information work
8   and he said that there was no written protocol for
9   it.  Is that consistent with your understanding?
10      A   I think so, although I know they did use sort
11  of a protocol as to what they did.  When you read the
12  paper, they sort of tell you how they went about
13  doing it.  Whether that's a protocol or not, I don't
14  know.
15      Q   But are you aware of any written protocol
16  that was actually used by Dr. Selikoff in his work on
17  best available information?
18      A   No.
19      Q   Okay.  Are you aware of any other -- are you
20  aware of any protocol that exists in the field of
21  scientific research for mortality studies that is a
22  best available information protocol?  In other words,
23  can we look anywhere and find in the literature on
24  mortality studies a protocol or an established
25  methodology for doing a best available information

Page 300

1   analysis?
2       A   Not that I'm aware of.
3       Q   Okay.  Now, in connection with your own best
4   available information analysis that was done in
5   connection with the CARD mortality study, was there a
6   written protocol?
7       A   No.
8       Q   Dr. Frank said that in the Selikoff work, he
9   said that there was a death certificate available for
10  all of the people who were involved in Selikoff's
11  mortality study.  Was that your understanding?
12      A   Yes, it is.
13      Q   And he explained to us that a death
14  certificate will have two sources -- two pieces of
15  information about the cause of death.  One is the
16  immediate -- temporally immediate cause of death and
17  the other is the cause of death, that is, an
18  assessment about what the real cause of death was.
19  Is that your understanding of how death certificates
20  are supposed to be filled out?
21      A   That's how they're supposed to be filled out,
22  but that's probably the biggest failure of physicians
23  is filling out death certificates.
24      Q   Right.
25      And he also said that when Selikoff did the

(Pages 297 to 300)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
76

Page 301

1  best available information assessment that the
2  criteria or what was being looked for didn't change.
3  They were looking for the best or the cause of death,
4  what the real cause of death was, not the condition
5  immediately preceding death, but the real cause of
6  death. Is that your understanding of --
7      A  Yes.
8      Q  -- how Selikoff did his BAI or best available
9  information analysis?
10     A  Mm-hm. (Answers affirmatively.)
11     Q  I'm sorry?
12     A  Yes, I agree.
13     Q  Okay. Now, when it came time for doing the
14  best available information assessment in the case of
15  your work on the mortality -- the CARD mortality
16  data, it's true, is it not, that you determined what
17  the -- in the sense, the cause that you were looking
18  for should be, that is, you determined whether you
19  were going to look for a substantial contributing
20  factor to death or the cause of death, that was your
21  decision?
22     A  It was looked -- both of those were looked
23  at.
24     Q  I'm sorry?
25     A  Both of those were looked at.

Page 302

1      Q  When it came to defining what to look for in
2  the CARD mortality data regarding cause of death, the
3  test that was to be applied was your decision, right?
4      A  Yes.
5      Q  Okay. And you've told us that two different
6  tests were used. In the first analysis, the test for
7  determining the cause -- for determining cause of
8  death in the mortality data, the test was, was
9  asbestos a substantial contributing factor, or words
10  to that effect, correct?
11     A  Correct.
12     Q  And on the basis of that, you gathered
13  information regarding these 79 people who had
14  non-malignant disease and died, right?
15     A  Right.
16     Q  And then you changed the test in the second
17  go-round and what was the test in the second
18  go-round?
19     A  Best available information.
20     Q  Best available information regarding what?
21  Whether asbestos was a contributing cause or was it
22  whether the asbestos related to disease was the cause
23  of death?
24     A  Yeah, what we did was -- there were a lot of
25  people that had -- or not a lot, but there were

Page 303

1  people that had a contributing cause where they
2  had -- we knew they had significant asbestosis, but
3  when we really came right down to it in the nitty
4  gritty, we couldn't be sure if they wouldn't have
5  died of their disease of whatever they had at that
6  point, whether it was asbestosis or whatever it was.
7      To use asbestosis as a piece of information,
8  that it was a major causative factor in their death,
9  we had to look at the severity of their disease, how
10  it was affecting them at the time, what happened to
11  them as the terminal event, and whether it could be
12  related either directly to the asbestosis or if the
13  terminal event was such that they couldn't survive it
14  because of their asbestosis.
15     Q  Okay. So let's get this to the bottom line.
16     The people that you rely upon for your
17  opinions regarding progression to death for
18  non-malignant disease are the people that are listed
19  in Exhibit-15, it's those people there, the 79
20  people, right?
21     A  Right.
22     Q  And those 79 people are people who satisfied
23  the best -- the BAI test, the best available
24  information test with respect to non-malignant
25  asbestos disease, correct?

Page 304

1      A  Correct.
2      Q  What was the test they satisfied, that is,
3  are the people on Exhibit-15 people with respect to
4  whom asbestos-related illness was a substantial
5  contributing factor to death, a major causative
6  factor for death, the cause -- the cause of death?
7  What was the test that was used in putting people in
8  the group of 79 that's in Exhibit-15?
9      A  I already answered that. It was the last
10 two.
11     Q  The last two?
12     A  It was either directly asbestosis or it was
13  the asbestosis was so severe that they had something
14  like a pneumonia so that the cause of death may have
15  been pneumonia because a lot of those underlying --
16  and it said asbestosis or if it -- you know, the
17  death certificate said something like COPD, which it
18  did several times, we went and looked through the
19  whole chart and found out that they had severe
20  asbestosis, they didn't even have COPD, and that's
21  been a common problem in Libby for years and years.
22     Q  But -- but my question --
23     A  So it was -- it was a direct result of the
24  asbestosis or we wouldn't have coded it that way.
25     Q  Well, that's really what I'm getting at.

(Pages 301 to 304)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
77

## Page 305

1    On the death certificate, it's supposed to
2  be -- we heard from Dr. Frank it's supposed to be the
3  cause of death, right?
4    A  Yes.
5    Q  Did you apply that test and that test only --
6    A  No.
7    Q  -- in deciding -- so just let me finish my
8  question.
9    Did you apply that test and that test only,
10  that is, the cause of death including people on
11  Exhibit-15 that is within your 79 group or was there
12  some other test as well?
13    A  No, ultimately, it wasn't the death
14  certificate because the death certificates were so
15  frequently wrong.
16    Q  I'm not talking about death certificates.
17    A  It was reviewing the entire chart.
18    Q  I know.
19    A  Well, then I don't get your question.
20    Q  Okay.  That's fine.
21    I know that you could either go with the
22  death certificate or go with more information or go
23  with both.  I know that.  But, ultimately, the
24  information that you're gathering has to be judged
25  according to some test, and we know that the test

## Page 306

1  that's supposed to be used for filling out a death
2  certificate is the test of, well, what was the cause
3  of death, and Dr. Frank has told us that and I think
4  you've agreed, right?
5    A  Yeah.
6    Q  And Dr. Frank says when Selikoff did his BAI
7  work, he looked for more information that was on the
8  death certificate, but the test was still the same,
9  that is, what was the cause of death, so I'm now
10  asking in the case of your work with the CARD
11  mortality data and including people in your group of
12  79 people who are people where you say their death
13  was in some fashion related to non-malignant disease.
14  I'm asking for what tests you used.
15    Was it the test of, what's the cause of
16  death?  Was it, was asbestos-related illness a
17  substantial contributing factor?  Was it, the
18  asbestos-related illness was a major -- which test
19  did you use?
20    A  Same way you described for Selikoff, took the
21  death certificate regardless of what the death
22  certificate said, reviewed the chart, and found out
23  whether or not that was -- if it said asbestosis, was
24  that legitimate, really was asbestosis and
25  respiratory failure or was it a pneumonia but

## Page 307

1  asbestosis was the underlying cause.  Was it cor
2  pulmonale, but asbestosis was a cause of cor
3  pulmonale.
4    Q  So --
5    A  We were looking for direct cause.
6    Q  You were looking for direct cause, that is,
7  the same way a death certificate should be filled
8  out?
9    A  Yeah, the way it should have been filled out
10  in the first place, yes.
11    Q  Okay.  And that's how you included people in
12  your --
13    A  Yes.
14    Q  -- group of 79; is that right?
15    A  Yes.
16    Q  Now, is there anything -- any place that we
17  can go to see how you made that judgment for any of
18  the people who are on your list of 79, that is,
19  Exhibit-15?  Is there any place where we can go to
20  find out how you made the judgment about the cause of
21  death?
22    A  No, except to go to the chart and you've got
23  other places.  You know, I talked to doctors about it
24  and talked to the family physician as to what
25  happened, all kinds of things like that to get the

## Page 308

1  information.
2    Q  That's information?
3    A  Mm-hm.  (Answers affirmatively.)
4    Q  But if I want to know with respect to anybody
5  who is on Exhibit-15, that is, for whom you're
6  relying for your idea of progression to death, is
7  there any way that I can determine how you decided
8  what the cause of death was for any of those people?
9    A  Probably not because it -- after I've gone
10  through all the things I need to go through, then I
11  fill out on my computer whether it was related to
12  asbestos or whether it was not related to the
13  contributing cause.
14    Q  So there's no place that even today --
15    A  There's no written record that will help in
16  that.
17    Q  Now, my last question and I am done -- just
18  in time -- relates to going from your group of 79
19  people.
20    You've told us that the 79 people who are
21  listed in Exhibit-15 are the source of information
22  regarding how people with severe diffuse pleural
23  thickening present differently you think from people
24  with the same disease outside of Libby, and we've
25  gone through that now in all the different areas of

(Pages 305 to 308)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
78

## Page 309

1   difference, thickness of pleura tissue, occupational
2   history or exposure history, blunting, and
3   progression, right?
4       A  Right.
5       Q  Okay.  Now, you offered the view that you
6   could use the information that you have about the 79
7   people from the CARD mortality study and extrapolate
8   to the 950 or, thereabouts, people who have made
9   claims in this case, right?
10      A  Correct.
11      Q  Okay.  And I take it then that you're not
12  going to be relying upon the remaining 850 people for
13  any of your opinions in this case; is that right?
14      A  No, there's no way I would be able to in --
15      MR. LEWIS:  No, I think that was
16  confusing.  I don't mean to interfere.
17      MR. BERNICK:  I'll --
18      MR. LEWIS:  You're talking about -- are
19  you talking about opinions relating to the
20  progression?
21      MR. BERNICK:  I'll be very clear.
22      MR. LEWIS:  Okay.  Because it's --
23      MR. BERNICK:  I'll be very clear.
24      MR. LEWIS:  All right.
25      Q  (By Mr. Bernick)  We know that there's a

## Page 310

1   motion that's been -- are you familiar there's a
2   motion that's been filed in this case?
3       A  Only one, I understand.
4       Q  Okay.  A motion that's been filed in this
5   case to strike testimony that's based on the 1,800
6   because we don't have the 850 files.  Are you
7   familiar with that?
8       A  Yeah, I'm familiar with it.
9       Q  I'm sorry?
10      A  Yes, I am.
11      Q  And who told you about that?
12      A  The lawyers.
13      Q  And what did they tell you about it?
14      A  That I might not have to go back east.
15      Q  That's pretty --
16      A  They were helping me plan my summer.
17      Q  And you understand, therefore, the problem
18  that's been identified or has been alleged in the
19  motion is that the people in this case don't have the
20  records for the 850 people.  Do you understand that?
21      A  That's what I've heard, yeah.
22      Q  And so, basically, is it correct that what
23  you're saying now is that you believe you can offer
24  the opinions that you have to offer in this case
25  without having to rely upon the full 1,800, rather

## Page 311

1   you can express your views simply confined to the 950
2   people?
3       A  Yeah, I think so for a number of reasons.
4       Q  Oh, I didn't ask you reasons.
5       A  Oh, you don't want me to answer that?
6       Q  That's what you're doing and that's --
7       A  That's basically what I'm doing, yes.
8       Q  Okay.  And that's basically, fair enough, a
9   response to this issue that's been raised?
10      A  I guess, you know.
11      Q  Okay.  Now, in order to get opinions about
12  the 950, you don't have analyses of all the 950
13  people, correct?
14      A  Not entirely.  I do have some analyses
15  that -- I have one in particular that's of help.
16      Q  Well, has it been made available to us?
17      A  Yeah, it's on the sheet somewhere.  I don't
18  know where it is, but somewhere it is -- and I can
19  relate it to you right now if you want to, how we --
20  how I arrived basically at some notions concerning
21  that 930 to 950, whatever it is.
22      Q  Hang on for a second.
23          If I have it -- and I don't want something --
24      A  It's probably on that sheet that you had that
25  had all the numbers on it of how many people had

## Page 312

1   pleural disease, et cetera, et cetera.
2       MR. LEWIS:  Exhibit-15 and -16, is that
3   what you're --
4       MR. BERNICK:  No.
5       THE WITNESS:  No, no.
6       MR. BERNICK:  It was the diagram.
7       THE WITNESS:  It was the one that Joel
8   did that --
9       Q  (By Mr. Bernick)  Well, let me just be clear.
10      A  Okay.
11      Q  If I go to your expert report, I cannot
12  find -- let me begin even more basically.
13          The 950 people, you've not performed a study
14  on the entirety of the 950 people, correct?
15      A  That's correct.
16      Q  You've not published a paper on the 950
17  people, correct?
18      A  That's correct.
19      Q  You've not issued an expert report on -- that
20  presents the data of all the 950 people, correct?
21      A  No.
22      Q  I'm sorry.  Is that correct?
23      A  That's correct.
24      Q  Now, you have said though that you believe
25  you can extrapolate from the experience with the

(Pages 309 to 312)

In re: W.R. Grace & Co., Debtor                                    Alan C. Whitehouse, M.D.
79

Page 313

1    subgroup of the 950 to the 950, right?
2        A   That's correct.
3        Q   Okay.  Now, have you presented an expert
4    report on that subject?
5        A   I think it's somewhere in there, but I'm not
6    sure where.
7        Q   Not somebody -- have you actually presented a
8    formal extrapolation from a subgroup of the 950 to
9    the 950?  I haven't seen it anywhere, but if it
10   exists in your report, I'd like to know about it.
11       A   I thought there is some -- there's reference
12   to it in there somewhere, but I don't know where it
13   is exactly.  I can find it if you want me to or try
14   to.
15       Q   What is -- just tell me, what's the subgroup
16   that you're extrapolating from?
17       A   Okay.  The -- there's two parts to this.
18   First off is that all 950 of those that have
19   lawsuits, all sort of -- all filed them before the
20   bankruptcy or shortly -- or around the time of the
21   bankruptcy or the vast majority of them did.  They
22   were all filed somewhere early in this century.
23       Q   Let's just stop there.
24           Where is that data set out?  I'm not aware of
25   the 950 broken down into people who filed before and

Page 314

1    after the bankruptcy.
2        A   Well, no.  Well, almost all of them filed
3    beforehand and I do know that to be a fact.
4        Q   And I've not seen that.  Do we have the
5    analysis?
6        A   No, you don't have an analysis of that.
7        Q   Okay.  Next step.
8        A   The second point is that the breakdown on the
9    mortality study was 33 percent for miners.  The
10   remainder -- it was basically almost a third, a
11   third, a third.
12       Q   You say the mortality study --
13       A   Yeah.
14       Q   When you say the mortality study --
15       A   You extrapolate that --
16       Q   Hang on.
17       A   You --
18       Q   No, no, no.  I just want to get it piece by
19   piece.
20           The breakdown that you say of the mortality
21   study, who in the mortality study, the 79?
22       A   The 79.
23       Q   The 79?
24       A   The 79.
25       Q   So if we go to the 79 people, there's a

Page 315

1    breakdown between who was a worker and who was a
2    family member and who was community?
3        A   Right.
4        Q   Okay.  And that's indicated in Exhibit-15,
5    right?
6        A   That's Exhibit- -- yeah, somewhere in there.
7        Q   Okay.
8        A   And then if you look at the 950 claimants,
9    the breakdown is almost identical.  I mean, it's
10   within a couple of percentage points.
11       Q   Where do we see -- where is that done?
12       A   Oh, the lawyers have done it.
13       Q   Do I have --
14       A   I don't know.
15       Q   Do I have present in some fashion to us here
16   in the case the breakout of the 950 by community
17   exposure, family exposures, and worker exposure?
18       A   I think you do, but I don't know where it is.
19   I mean, they would have given it to you.
20       Q   But you don't have it here today?
21       A   I do not have it here today.
22       Q   So you have the 79 people that we have broken
23   out by community, family, worker?
24       A   Mm-hm.  (Answers affirmatively.)
25       Q   You have the 950 with respect to whom you

Page 316

1    want to offer an opinion, and you believe that they
2    fall into -- they show a similar breakdown,
3    community, worker, family, but we don't have that
4    breakdown here today, fair?
5        A   That's fair.
6        Q   Okay.  Go ahead.
7        A   And based upon that, the probability that the
8    statistics in the mortality study will follow through
9    on the 950 --
10       Q   Okay.
11       A   -- of what we know about the disease and then
12   we'll see a similar -- similar death rate,
13   ultimately.
14       Q   Okay.  And that's your extrapolation?
15       A   That's the extrapolation.
16       Q   Now, is that extrapolation set out in writing
17   anywhere that we can look at?
18       A   I think it is, but I don't know where it is,
19   whether it's in my report or whether it's in the
20   data.  I think it's in the data that was submitted to
21   you.
22       Q   Is there any report that explains for us the
23   scientific basis for believing that that
24   extrapolation is sound?
25       A   I doubt there's any specific report, no.

(Pages 313 to 316)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
80

---

Page 317

1    Q  Okay.  Now, I want to then, finally, focus on
2  epidemiology.  Okay?
3         Is it correct there's no epidemiological
4  analysis that's been done on the CARD patient
5  population?  Is that true?
6    A  Well, yes, there has been because the ATSDR
7  and NASA and all that have followed through and
8  gotten their exposure histories and haven't published
9  it yet.
10   Q  Well, I'm talking about -- I'm talking about
11 something I can get ahold of, something that's
12 available to us.
13        Is there any available epidemiology on the
14 people at the CARD clinic?
15   A  You know, there's some stuff that just came
16 out recently.  There are several things actually you
17 might want to -- one is -- there was a pilot study
18 that was done in 2000.
19   Q  Pilot study?  Is that an epidemiologic study?
20 That's a pilot study.
21   A  Oh, that probably does not qualify, you're
22 right.
23   Q  As of the criminal trial which took place a
24 few weeks ago --
25   A  I think there's some stuff that's come out

---

Page 318

1  recently, but I -- I honestly don't know what's
2  available.
3    Q  Today, can you point to any epidemiological
4  study that's been done on the CARD patient
5  population?
6    A  No, except for the one that I've done on the
7  pulmonary functions which is (inaudible)
8  epidemiologic study.  I guess in a sense the Sullivan
9  study was an epidemiologic study.
10   Q  That's on ATSDR?
11   A  And Peipins was certainly an epidemiologic
12 study.  Those are the three that I'm most familiar
13 with.
14   Q  Well, the Peipins study was on the ATSDR
15 population, right?
16   A  Yeah.
17   Q  And we've already -- we already know that, at
18 least Judge Malloy* didn't feel it was an
19 epidemiological study, correct?
20   A  He -- he said it wasn't.
21   Q  Yeah, that's his --
22   A  Well, he's wrong.
23   Q  Well, he may be right or wrong, but with
24 respect to the CARD patient population, you rely upon
25 the CARD patient population for your opinions in this

---

Page 319

1  case, correct?
2    A  That's true.
3    Q  And today --
4    A  Well --
5    Q  Well, we went through --
6    A  Let me backtrack a little bit on that one
7  before I say yes because a lot of the data that I
8  rely on is -- they are patients at CARD now, but a
9  lot of it goes back way beyond when I was actually in
10 the CARD.  Okay?
11   Q  I know.  That's your personal knowledge and
12 that's your experience, but in terms of scientific
13 data that you're relying upon, you're relying upon
14 scientific data from the CARD Clinic, correct?
15   A  Yeah, and the stuff that you've seen here.
16   Q  Right.  That's all -- all the stuff I've been
17 seeing here, when it comes to Libby, is data from the
18 CARD Clinic, correct?
19   A  Well, there's no place else to get it
20 actually on these people except at the CARD Clinic.
21   Q  And today, is it true, that you can't point
22 to any epidemiological work study that's been done
23 and available to us on the people from the CARD
24 Clinic, correct?
25   A  That's true --

---

Page 320

1    Q  Okay.
2    A  -- except for what you have here.
3    Q  Well, but there is no epidemiology that you
4  presented here on the CARD Clinic, correct?
5    A  Well, the mortality study is an epidemiologic
6  study, sure.
7    Q  The CARD study?
8    A  No, the mortality study.
9    Q  The mortality study is an epidemiologic
10 study?
11   A  Sure.  Sure, it is.
12   Q  Just what you have in your little expert
13 reports is an epidemiological study?
14   A  No, this whole thing here becomes an
15 epidemiologic study.
16   Q  Oh, I'm sorry.
17        So you've now said that Exhibit-15, the list
18 of 79 people, is an epidemiological study?
19   A  Yeah, it's a descriptive epidemiologic study.
20   Q  It's --
21   A  It describes -- it describes in a patient
22 population certain parameters.  That becomes
23 epidemiology.
24   Q  Oh, I see.  Let's talk about a controlled
25 epidemiologic study.

(Pages 317 to 320)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
81

Page 321

1     There's no controlled epidemiological study
2  that's been done on the CARD patient population,
3  correct?
4     A  No, and there probably never will be.
5     Q  There's no controlled epidemiological study
6  that you can cite to support your opinion that the
7  presentation of severe diffuse pleural thickening at
8  Libby is different from the presentation of severe
9  diffuse pleural thickening outside of Libby, correct?
10    A  No, we've already discussed that.
11    Q  I said -- I'm asking about controlled
12  epidemiological studies.  There's no study --
13    A  No, there aren't any.
14    Q  Okay.  And the same thing would be true
15  regarding your opinions of progression, correct?
16  There's no epidemiological study that you can point
17  to, controlled, that supports those opinions,
18  correct?
19    A  That's true.
20    MR. BERNICK:  Okay.  And I have no
21  further questions at this time.  Sorry to take so
22  much of your time today, Dr. Whitehouse, although we
23  always enjoy the debate, right?
24    THE WITNESS:  I'm not so sure about
25  that necessarily.

Page 322

1     MR. BERNICK:  Oh, come on.
2     Anybody on the phone have any questions?
3     MR. SVIRSKY:  Yeah.  This is Gary
4  Svirsky from O'Melveny & Myers.  I have a few
5  questions for Dr. Whitehouse.
6     MR. BERNICK:  How long is it going to
7  take, roughly?
8     MR. SVIRSKY:  I don't know.  It depends
9  on how much Dr. Whitehouse has to say.  Maybe twenty
10  minutes.  Maybe thirty minutes.
11    MR. LEWIS:  Can we take a break then?
12    MR. SVIRSKY:  I'm happy to defer to
13  anybody else in the room who wants --
14    MR. BERNICK:  No, no, we're all dying
15  to hear your questions.
16    MR. SVIRSKY:  Oh, okay.
17    MR. BERNICK:  We're not sure why -- why
18  Arrowood may have any particular interest in this
19  case, but that's also a subject of curiosity, so go
20  ahead.
21    Oh, do you want to take a break?
22    MR. LEWIS:  Just a very short --
23    MR. BERNICK:  We'll take a short break.
24  We'll let you know when we come back.
25    MR. SVIRSKY:  All right.  Let me know

Page 323

1  when you're ready.
2     THE VIDEOGRAPHER:  We're going off the
3  record.  The time now is 4:12 p.m.
4     (Recess.)
5     (Mr. Bernick exits.)
6     THE VIDEOGRAPHER:  We're back on the
7  record.  The time is now 4:24 p.m.
8     EXAMINATION
9  BY MR. SVIRSKY:
10    Q  Dr. Whitehouse, can you hear me?
11    A  I can.
12    Q  Okay.  Good afternoon.  My name is Gary
13  Svirsky.  I'm an attorney at O'Melveny & Myers.  I
14  represent Arrowood Indemnity Company formerly known
15  as Royal Indemnity Company.
16    I've got just a few questions for you, and
17  since we're doing this by phone, please let me know
18  if you can't hear me or something comes across
19  garbled and I'll try and restate.
20    A  Okay.
21    Q  Fair?
22    A  Understood.
23    Q  Okay.  Now, Dr. Whitehouse, am I correct that
24  you stated in your first deposition that you have
25  considered hundreds of exposure histories from

Page 324

1  various asbestos claimants?
2     A  Yes, certainly.
3     Q  How many did you consider in total?
4     A  Are you talking about Libby or -- and what
5  first deposition?  In March or two years ago?
6     Q  I'm referring to the deposition in March.
7     A  I think --
8     Q  How many did you consider in total, sir?
9     A  Well, basically, I'm not sure I can answer
10  that question.  Basically, I see most of the patients
11  at the CARD Clinic at one time or another and I ask
12  most of them about their exposure histories.
13    Q  Could you give an approximate number of the
14  number of individual exposure histories you
15  considered in rendering your opinion in this case?
16    A  That's a hard question to answer because I
17  don't keep track of it, but I'm sure well over a
18  thousand.
19    Q  Is it over two thousand, sir?
20    A  Well, not in Libby, no.  It's less than that.
21    Q  And how many individuals from Libby did you
22  consider?
23    A  Well, that thousand that I told you about is
24  probably the ones that I've taken exposure histories
25  from.

(Pages 321 to 324)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
82

Page 325

1  Q  I see.
2       And are there others outside of Libby that
3  you considered in rendering your opinion in this
4  case?
5  A  Well, yeah, all the patients that I saw for
6  Hanford and other asbestos places in the past, mostly
7  prior to 2002, and there's probably 500 of those.
8  Q  Okay.  And where did you get those patients'
9  information, the ones outside Libby?
10  A  Oh, I took it myself.
11  Q  Now, there's a database that's been referred
12  to as the 550 database.  Are you familiar with that?
13  A  I am.
14  Q  Other than the lost 550 database, how many of
15  the patient histories have you considered both inside
16  Libby or within Libby and outside Libby are still in
17  your possession?
18  A  Oh, the histories?  All of them.  They're all
19  at the CARD Clinic.  Is that what -- is that what
20  you're referring to in those patients?
21  Q  Well, I'm talking -- the CARD Clinic is --
22  does not contain the Libby individuals, does it?
23  A  Yes, it does.
24  Q  It does.
25       So you just told me you considered about a

Page 326

1  thousand individuals within Libby; is that correct?
2  A  Or probably more, but I don't know -- you
3  know, I've seen most of the patients in Libby at one
4  time or another, but some of them I didn't need to
5  take an exposure history from them.  It was already
6  well done.  I didn't need to do it.
7  Q  Of those individuals within Libby whose
8  exposure history you considered, how many are still
9  in your possession?
10  A  They're in the possession of the CARD Clinic,
11  every one of them.  Every patient that I saw in my
12  private practice and at the CARD Clinic's chart
13  remains at Libby unless for some reason it got lost
14  when I quit my practice in 2004.
15  Q  And have you produced those in this action,
16  sir?
17  A  As far as I know, everything has been
18  produced, yes.
19  Q  And what about the patient histories for
20  individuals outside Libby?  How many -- you said you
21  considered about 500 or so of those; is that correct?
22  A  I have none of those charts.  Those charts
23  have undoubtedly been destroyed by now because
24  there's a seven-year statute of limitations and they
25  were in the possession of another pulmonary group

Page 327

1  that act as the -- sort of the safe keeper and
2  distributor of them after I quit practice, so those
3  probably do not exist any more because they just
4  finished, I think, in the last couple of years
5  cleaning out a lot of old charts.
6  Q  Now, Dr. Whitehouse, how many of the
7  individuals whose histories you reviewed claim that
8  they were exposed to asbestos from sources other than
9  Grace?
10  A  You mean the ones in Libby?
11  Q  All the individuals you reviewed.
12  A  Well, the ones that I reviewed, you know, in
13  my office previously, none of them had Grace
14  exposures, those 500.  The ones that I saw in Libby
15  all had exposure in some form or another to Libby
16  asbestos.  They also -- some of them had exposure to
17  other forms of asbestos in their employment.
18  Q  How many of the individuals who had --
19  withdrawn.
20       What percentage of the individuals had
21  exposure to sources other than Grace?
22  A  I have no idea.
23  Q  So is it correct that you did not attempt to
24  quantify what share of the individuals in Libby had
25  exposure to asbestos from sources other than Grace?

Page 328

1  A  No, I don't have that now, although the
2  database in Libby does have it.
3  Q  I'm sorry.  Can you say that again, please?
4  A  The Libby database does have it and it now is
5  nearly at a point where it can function.
6  Q  But you don't know offhand what the
7  percentage is?
8  A  No.
9  Q  Did you ever consider how many of the
10  individuals that you -- whose histories you reviewed
11  worked at blue collar jobs other than Grace?
12  A  Yes.
13  Q  And what percentage of individuals would that
14  be?
15  A  I don't know the exact percentage, but I know
16  there were people that worked in the lumber mill
17  which was blue collar jobs and had some exposure to
18  asbestos as well.
19  Q  What was -- not as an exact number, but
20  what's your best sense of that number?
21  A  Ah, geez.  You know, I really don't know.
22  Probably less than ten percent, but I don't know the
23  number.  The lawyers had that number.
24  Q  Did you consider whether any of the
25  individuals from Grace had worked at blue collar jobs

(Pages 325 to 328)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
83

Page 329

1    other than Grace?
2        A   Yes.  That's what --
3        Q   Is that the ten percent answer you gave me or
4    is that a different number?
5        A   No, that's that ten percent that I -- that's
6    not very exact.  There were people that worked
7    outside of Libby around asbestos.
8        Q   And do you know what percentage of
9    individuals that was?
10       A   No.
11       Q   Did you ever consider whether any individuals
12   whose history you reviewed worked in ship building?
13       A   Yeah, there were some that did work in ship
14   building and there were some in Libby that had worked
15   in ship building.  Some of them were in the Navy
16   also.
17       Q   How many would that be?
18       A   I have no idea.  You're asking me numbers
19   that I haven't kept track of.  Not a lot.  Probably
20   twenty, thirty at the most.
21       Q   Did you consider how many of the individuals
22   whose histories you reviewed had done work with brake
23   linings?
24       A   That question was asked and it was a very
25   small insignificant number.

Page 330

1            (Ms. Rickards returns from
2            recess.)
3        Q   (By Mr. Svirsky)  Did you do -- did you
4    consider how many individuals had been exposed to
5    brake linings in their homes fixing their own cars?
6        A   No, I never asked that question.
7        Q   Did you consider how many individuals were
8    exposed to gaskets, either professionally or in doing
9    personal repairs?
10       A   Not specifically.
11       Q   Is that a no or is there a portion that's
12   not -- specifically that's a yes.
13       A   I guess that's a no.
14       Q   Did you ever consider how many of the
15   individuals whose histories you reviewed were exposed
16   to any form of insulated piping, either
17   professionally in their work or in doing repairs at
18   home or elsewhere?
19       A   No, there's a fair number that were, but,
20   again, I don't have a number on that.
21       Q   Did you consider how many individuals worked
22   with insulated piping not professionally, at home
23   doing repairs?
24       A   I don't think I asked that.
25       Q   Did you consider how many people did welding

Page 331

1    professionally or otherwise?
2        A   Yeah, we do have that in the database, yes.
3        Q   Did you specifically consider how many
4    individuals worked with welding rods in a
5    non-professional setting?
6        A   No, I don't have numbers of any of those
7    things that you're asking me.
8        Q   Well, I wasn't asking for a number, sir.  I
9    was asking whether you considered that.
10       A   I don't remember whether we considered that
11   or not.  I think we just talked about welding.
12       Q   Now, did you consider the effects of asbestos
13   exposure as they're differentiated between men and
14   women?
15       A   No, we have not yet.
16       Q   Did you ever breakdown --
17           MR. LEWIS:  We couldn't hear that
18   question.  There was an interruption on the line or
19   something.  I'm sorry, Counsel.
20       Q   (By Mr. Svirsky)  Did you -- for the
21   individuals whose histories you considered,
22   Dr. Whitehouse, did you ever break it down into
23   permanent residents of Libby versus temporary
24   residents?
25       A   Yeah, that's all been broken down.

Page 332

1        Q   And was there any time frame you used for
2    temporary residents?
3        A   No, it was just recorded as to how long they
4    lived there or whether they vacationed there or what
5    the case may be.
6        Q   Did you break out the effects for miners
7    versus non-miners?
8        A   Oh, yes.
9        Q   Did you break out for smokers versus
10   non-smokers?
11       A   Yeah, we have that in the database too.
12       Q   And for smokers, you broke it out by how much
13   they smoked?
14       A   Yes.
15       Q   And do you know how many of the individuals
16   in Libby were smokers?
17       A   No.  It's got the highest incidence of
18   smoking quitting (sic) in the world, I think, since
19   2000.  Almost every smoker quit.
20       Q   Do you know how many were smokers before
21   2000?
22       A   No, but it probably was like the general
23   population of a blue collar area, and I think a large
24   number of the miners smoked, most of them probably.
25       Q   What is the ratio for the general population?

(Pages 329 to 332)

Buell Realtime Reporting
206 287 9066

In re: W.R. Grace & Co., Debtor                          Alan C. Whitehouse, M.D.
                                                                                84

Page 333

1     A  What do you mean?  Of miners?
2     Q  Yeah.  You just said it's probably like the
3   general population of blue collar workers.
4         What is the ratio of the general population
5   for blue collar workers who were smokers before 2000?
6     A  I don't know.
7     Q  Do you know approximately?
8     A  No.
9     Q  You have no idea?
10    A  No, I don't live in Libby to begin with, and,
11  you know, I know some areas where there was blue
12  collar workers, but I don't know what the total is,
13  you know.  It's a blue collar company town pretty
14  much.
15    Q  Do you have -- do you have any sense of what
16  the general population of blue collar workers in the
17  United States was that smoked before 2000?
18    A  No.
19    Q  Do you know what it was in Washington state?
20    A  No.
21    Q  Did you consider how many of the individuals
22  from Libby whose histories you considered have
23  alleged asbestos-related bodily injury claims against
24  other defendants other than Grace?
25    A  No, I do not.  I only actually know of one,

Page 334

1   but there may be more.
2     Q  I'm sorry.  You said you know of one?
3     A  That's the only -- I only know of one.
4     Q  How did you learn about that one?
5     A  It was a patient of mine.
6     Q  So other than -- withdrawn.
7         So you just learned about it randomly from
8   speaking to your patient?
9     A  It was a patient I saw and he told me about
10  it a long time ago, probably close to ten years ago,
11  and I sent a bunch of stuff off to a lawyer
12  somewhere, and I can't even remember where and that's
13  the last I heard of it.
14    Q  So other than randomly finding out that
15  information from one of your patients, you did not
16  specifically look for that information to consider;
17  is that right?
18    A  No, I think we did.  I think we generally
19  asked people about legal actions and things and there
20  aren't very many people out there that do except for
21  against Grace.
22    Q  I'm sorry.  When you said legal actions, what
23  were you referring to, sir?
24    A  I was referring to people at the CARD Clinic
25  who had legal actions against other -- other

Page 335

1   companies other than W.R. Grace.
2     Q  And you factored that into your analysis,
3   sir?
4     A  No.
5     Q  No.
6         How did you quantify the impact of asbestos
7   from sources other than Grace on the population in
8   Libby that you reviewed for your report?
9     A  In many respects, we actually haven't done so
10  because it's not possible to do it.  Most of the
11  exposure that people had, they weren't even very
12  familiar with how much exposure they had, and so the
13  best we can estimate is whether it was a big exposure
14  or a small exposure from what they tell us, and aside
15  from that, it's not possible to factor into
16  anything.
17    Q  Now, Dr. Whitehouse, you're aware that
18  asbestos is naturally present in soil and rock and
19  elsewhere in the environment, are you not?
20    A  Yes.
21    Q  And it's a fact that asbestos is naturally
22  present in the area of Libby, Montana, is it not?
23    A  No doubt.
24    Q  Did you account for that presence of natural
25  asbestos in Libby, Montana, in rendering your

Page 336

1   opinion?
2     A  That's where it all came from.  It came from
3   the Libby -- or W.R. Grace's vermiculite mine.
4   That's where all the asbestos in town came from.
5     Q  Other than the asbestos in the mine, did you
6   account for other ambient asbestos in Libby -- in the
7   area of Libby, Montana?
8     A  Not that we're aware of.  I don't think there
9   is any other.
10    Q  Did you conduct any tests to determine
11  whether there was any other asbestos or review any --
12  anybody else's tests in that regard?
13    A  No, not really.
14    Q  Are there activities that disturb asbestos
15  that's naturally occurring to release it into the
16  air?
17    A  You mean in Libby?
18    Q  Yes.
19        MR. LEWIS:  Object as to the form of
20  the question.
21        MR. SVIRSKY:  I'll ask it again or
22  differently.
23    Q  (By Mr. Svirsky)  Are there activities in
24  general anywhere, Libby or elsewhere on the planet,
25  that would disturb asbestos naturally occurring in

(Pages 333 to 336)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
85

## Page 337

1  the environment to release asbestos particles in the
2  air?
3      A  Sure, there are.  There's lots of them.
4      Q  What are some of those activities,
5  Dr. Whitehouse?
6      A  Oh, there's one around Sacramento,
7  California.  It's a district where they're building a
8  lot of buildings.  There's apparently a bunch of
9  homes in southern California that have it used as
10  fill in their homes, and there's other places, rock
11  quarries in New Hampshire have asbestos.  There's
12  probably some asbestos in South Carolina in Grace's
13  vermiculite mine.  It's all over.
14      Q  And what activities disturb -- cause the
15  release of that asbestos to increase in the air?
16      A  Well, the obvious is mining and digging it
17  up, but aside from that, I don't know.  I'm not an
18  expert in that and I don't deal with that.
19      Q  So is it fair to say that you did not account
20  for any factors that might have released naturally
21  occurring asbestos in the area of Libby into the air
22  other than through mining activities?
23      A  Oh, no.  People went up to the mine and got
24  vermiculite and they hauled it down in their pickups
25  and put it in their backyard and their attics and

## Page 338

1  their gardens and paved the school tracks, paved
2  roads.  They did all kinds of things with it, and
3  that was outside of the mining itself.
4      Q  Did you consider the release of asbestos
5  other than what you just described as asbestos that
6  was mined and then brought to the town and used?
7      A  Well, you know, we knew that the lumber mill
8  had some chrysotile in pipe insulation.  That's the
9  only other source of asbestos that we know of.
10      Q  Did you account for that asbestos in your
11  analysis?
12      A  We haven't done analyses that would -- I'm
13  not sure what you're talking about.  Account for it
14  in an analyses, tell me what you mean.
15      Q  How did you factor in the asbestos in the
16  lumber mills in to rendering your report?
17      A  We don't.  I haven't.
18      Q  And how did you account for naturally
19  occurring asbestos elsewhere in the area of Libby,
20  Montana, other than what was mined and otherwise used
21  in the town in rendering your report in this case,
22  Dr. Whitehouse?
23      A  We haven't.  There isn't any.
24      Q  I'm sorry.  You said there isn't any.  What
25  do you mean there isn't any?

## Page 339

1      A  I don't think there's any other naturally
2  occurring asbestos around except what's associated
3  with the mine.
4      Q  Well, perhaps I didn't hear you correctly
5  over the phone.  I thought you said you never
6  conducted any tests to determine how much naturally
7  occurring asbestos there was in Libby, Montana, other
8  than in the mine.
9      A  I don't -- I don't know that you understand.
10  I'm a practicing chest physician, not an analytic
11  chemist or anything like that.  I don't do that kind
12  of testing.
13      Q  Well, that's fine, sir.  I just want to -- I
14  just want to have a record of what you did and didn't
15  do.
16          And just so we have it clear, you did not
17  conduct any test to determine what naturally
18  occurring asbestos there was in Libby, Montana, other
19  than what was in the mine, right?
20      A  That's correct.
21      Q  And you didn't review any materials that
22  anybody else had prepared to determine how much
23  naturally occurring asbestos there was in the area of
24  Libby, Montana, other than what was the mine,
25  correct?

## Page 340

1      A  Well, the EPA has done extensive tests, and
2  if you need to look at that in detail, you can ask
3  the EPA for the data which is public data.
4      Q  Dr. Whitehouse, my question was whether you
5  reviewed any materials that measured naturally
6  occurring asbestos in the area of Libby, Montana.
7      A  No, I have not.
8      Q  Now, who determined what documents or other
9  materials you reviewed to prepare your expert report
10  in this case?
11      A  Oh, this is a compilation of articles and
12  research and medical stuff that goes back ten years.
13  Large amounts of stuff that I've collected,
14  literature, particularly large volumes of literature.
15      Q  My question was:  Dr. Whitehouse, who
16  determined what you reviewed?
17      A  I determine what I review.
18      Q  So that was solely in your own discretion; is
19  that right?
20      A  Well, I get things through the clinic
21  sometimes.  You know, a fellow that I work with in
22  the clinic gets articles occasionally, and he has
23  PubMed, and occasionally we look up things there, so
24  there's just a variety, but that's where it comes
25  from.

(Pages 337 to 340)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
86

---

Page 341

1    Q  Did the attorneys who retained you to render
2  a report here direct you to any materials to review
3  in connection with your report?
4    A  Yeah, they've given me materials also.
5    Q  What materials did they give you?
6    A  Mostly it's published articles that they run
7  across for some reason or another.
8    Q  Anything else?
9    A  Not really.  The stuff that they have used an
10  accountant to put together is all stuff that I
11  developed.
12    Q  Now, did you turn over in this case all the
13  documents that you reviewed or relied upon in
14  rendering your report by March 16, 2009?
15    A  I believe I did.  The lawyers were
16  responsible for some of those reports getting sent
17  too, so I turned over everything I was supposed to.
18    Q  To whom did you turn everything over to?
19    A  Well, John Heberling who's the attorney at
20  Kalispell that is doing a lot of this work is -- he's
21  the one that has the various documents and that gets
22  turned over, things that I've developed and things
23  that -- I've written also about things in the
24  literature that I've had.  It's just -- all of it
25  goes through him to be delivered to W.R. Grace.

---

Page 342

1    Q  So just to be clear, by March 16 of 2009,
2  it's your testimony that you have produced to
3  Mr. Heberling or his associates or partners
4  everything that you reviewed or relied upon in
5  rendering your report in this case; is that right?
6    A  Yes, and I have produced everything that
7  anybody has asked me to produce.
8    Q  But you don't know whether Mr. Heberling
9  produced by that date to all the parties to this
10  litigation; is that right?
11    A  I have no idea.
12    Q  Now, in paragraph two of your expert report,
13  you mention 1,800 active cases.  I assume you have a
14  copy of your report somewhere?
15    A  I do.
16    Q  Do you see that reference to 1,800 active
17  cases?
18    A  Yes.
19    Q  Have you turned over all the medical records
20  in connection with those 1,800 cases?
21    A  I haven't personally and I have no idea
22  whether they've been turned over at this point or
23  not.  I don't think all 1,800 have.
24    Q  How many have been turned over?
25    A  Well, I know all the claimants' records have

---

Page 343

1  been turned over and a significant number of my
2  records that are not claimants, but I don't know how
3  many actually totally have been turned over.
4    Q  But not all of the 1,800 have been turned
5  over in production; is that right, sir?
6    A  I don't really know for sure.  I understand
7  there may not be, but that's not my responsibility.
8    Q  I'm not blaming or accusing you,
9  Dr. Whitehouse.  I just want to get the record on
10  this.
11    A  Well, that's the best answer I can give you.
12  I'm sorry.
13    Q  Since May 27, 2009, have you produced to
14  Mr. Heberling or any of the lawyers he works with any
15  additional medical records or documents for
16  production in this case?
17    A  Well, we brought here what's called a final
18  key which has the names of all the Libby claimants
19  with a number that corresponds, I think, to a
20  numbering of charts that they already have, and also
21  in there indicates just their birth date and there's
22  initials for people that do not have attorneys or are
23  not claimants in this case, and those records have
24  been redacted and sent over, I would think too, and
25  there's a total of 1,030 in this list.

---

Page 344

1        MR. LEWIS:  That's Exhibit-3 to this
2  deposition for the record.
3    Q  (By Mr. Svirsky)  Now, in addition to
4  Exhibit-3 to this deposition, have you produced any
5  documents after May 27, 2009, for production in this
6  litigation?
7    A  I don't believe so.  I'm not sure.  I don't
8  think so.
9    Q  Okay.  Now, other than the -- some of the
10  files in connection with the 1,800 active cases in
11  paragraph two of your report, are there any other
12  documents that you reviewed or relied upon in
13  rendering your opinions that have not been produced
14  in this litigation?
15    A  Well, I have a bibliography of about 1,000
16  literature articles that I've read, multiple
17  textbooks.
18    Q  Leaving aside the list of materials in your
19  bibliography, are there any other materials or
20  documents that you relied upon in rendering your
21  opinions?
22    A  I don't think so.  I think it's all been
23  produced.
24    Q  Other than what you described about the 1,800
25  active cases in paragraph two, right?

(Pages 341 to 344)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.
87

## Page 345

1    A   Yeah, and I don't know what the status of all
2    that is.
3    Q   Now, in connection with the so-called 550
4    database, was any of the data that was lost there
5    kept in any other source?
6    A   No, the data actually is all -- the feds have
7    all the data.  They were given it, the Department of
8    Justice for the criminal trial.  Unfortunately, the
9    names were all redacted and so there's -- there's not
10   really any clear way to identify it except by date of
11   birth and it can probably be identified that way.
12   Those are mostly non-claimants, and so there were a
13   lot of charts that were given to the government or
14   given to Grace a long time ago, four, five years ago
15   that were all redacted except that I understand for
16   the date of birth, and so it's all retrievable
17   because I have a list of the names of the people now,
18   but I don't have any charts that go with them, so
19   it's possible to recreate that, although it'd take
20   some work to do it.
21   Q   I'm sorry.  You said it is possible to
22   recreate that -- that data?
23   A   Well, possibly except that unfortunately,
24   you're not going to get the names because of HIPAA
25   laws.  These were mostly my patients and not CARD

## Page 346

1    patients.  I mean, some of them.  Some of them
2    certainly are CARD patients, and I don't know what
3    the breakdown is.
4    Q   And what would you look to to recreate that
5    data?  What information would you look to?
6    A   You'd have to have all the charts there with
7    all the date of births, if they're still intact on
8    the charts, and then I'd have to review them, and I
9    guess we can tell you which ones have lawsuits and
10   which ones don't.
11       You wouldn't be able to get any further
12   information in the ones that don't have lawsuits.
13   The data on -- you know, the data is basically junk
14   because I stopped keeping it.  It was kept sort of
15   erratically after I closed my practice, and so it's
16   not very accurate.
17       Everybody's interested in that.  I'm not sure
18   why.
19   Q   Do you still have the charts and the
20   background data that you described from which you
21   could recreate the 550 database?
22   A   I do not.  I was provided with a chart of the
23   names which came from the CARD Clinic because they
24   kept a list of who they sent to Grace in 2005 or so,
25   and I don't have -- I have nothing left on my

## Page 347

1    computer with that.  I had a computer crash and lost
2    it, and I didn't -- unfortunately, I did not have it
3    backed up.
4        I suspect I didn't back it up because I knew
5    that the CARD had it and that the Department of
6    Justice had it and I didn't worry about it because I
7    wasn't using it, so I didn't -- we didn't track it
8    down at that time.  It wasn't worth doing.
9    Q   So the CARD Clinic has the background
10   information that one would need to recreate the 550
11   database?
12   A   They might be able to.  They can't do it
13   without me.
14   Q   Have you tried to recreate the 550 database
15   by looking at the CARD Clinic information?
16   A   No.
17   Q   Now, Dr. Whitehouse, how much have you been
18   paid in connection with your expert opinion and
19   testimony in this matter?
20   A   What, today or when?
21   Q   In total.
22   A   I already told Mr. Bernick -- or was it
23   Mr. Finch, I guess -- that probably over a long
24   period of time, over $100,000.
25   Q   And on what basis were you compensated?  Was

## Page 348

1    it hourly or piecemeal or another way?
2    A   Hourly.
3    Q   And how many hours -- what was your hourly
4    compensation rate?
5    A   Right now it's 350 for depositions and 300
6    for reviewing records, but probably at the beginning
7    of this was like -- you know, this all began about
8    twelve or fourteen years ago, so it was probably
9    considerably less then.
10   Q   So how many hours would you say you've spent
11   on this case?
12   A   On this case or the bankruptcy or everything
13   else?
14   Q   Yeah, the bankruptcy now.  Let me rephrase
15   that.
16       How many hours did you spend to prepare the
17   report that was submitted in this case?
18   A   You know, really, I don't know because the
19   report has been done piecemeal.  It keeps getting
20   changed periodically when new data becomes available,
21   and then parts of the old -- some of the parts of
22   this report go back probably four or five years and
23   other parts are new.
24       MR. LEWIS:  Counsel, we've been going
25   for over seven hours and I think that's the cutoff

(Pages 345 to 348)

In re: W.R. Grace & Co., Debtor                                                                Alan C. Whitehouse, M.D.
88

## Page 349

1    point. How much more do you have?
2         MR. SVIRSKY: I'm just about done here.
3         MR. LEWIS: Okay. Let's speed it up
4    then, please.
5       **Q   (By Mr. Svirsky)  All right. Did you submit**
6    **billing statements for your work here to get**
7    **compensated?**
8         MR. LEWIS: Objection. Counsel, you're
9    talking about here. This doctor has testified at a
10   federal criminal trial. He's participated in the
11   workup on that.
12        MR. SVIRSKY: Well, let me just correct
13   that, so it's clear.
14        MR. LEWIS: Yeah.
15      **Q   (By Mr. Svirsky)  Did you submit billing**
16   **statements in general for any work you did in**
17   **connection with Libby claimants and bankruptcy or the**
18   **criminal trial or elsewhere so that you could get**
19   **paid for your services?**
20      A  Yeah, I have. Every month, I keep it up to
21   date.
22      **Q   Have those billing statements been produced**
23   **in discovery in this case?**
24      A  No.
25      **Q   Have you received any compensation from any**

## Page 350

1    **individual claimant?**
2       A  No.
3       **Q   Who pays you?**
4       A  Attorneys.
5       **Q   Mr. Heberling?**
6       A  Mr. Heberling, the Department of Justice.
7    There will be a bill that goes to the Grace attorneys
8    for today.
9       **Q   Are you still -- are you treating any of the**
10   **Libby claimants now?**
11      A  Yeah, I still go up there once a month.
12      **Q   How many Libby claimants are your patients**
13   **now?**
14      A  Well, I really don't know because we're --
15   we're -- you know, I see a lot of them once a year,
16   and I probably see ten to fifteen once a month when
17   I'm up there, so I probably see 150, 200 a year. I
18   don't know the exact number though.
19        MR. SVIRSKY: Thank you for your -- for
20   staying behind to answer my questions,
21   Dr. Whitehouse. I don't have anything else.
22        THE WITNESS: Okay.
23        MS. DeCRISTOFARO: Mr. Lewis, this is
24   Elizabeth DeCristofaro. I have just two questions
25   quickly.

## Page 351

1         MR. LEWIS: There's no problem with
2    that, ma'am.
3         EXAMINATION
4    BY MS. DeCRISTOFARO:
5       **Q   Okay. Dr. Whitehouse, my name is Elizabeth**
6    **DeCristofaro. I just wanted to know -- following up**
7    **on the questions you were just asked -- have you**
8    **testified on behalf of a Libby claimant since April**
9    **2001?**
10      A  How did I what?
11        MR. LONGOSZ: Have you.
12      **Q   (By Ms. DeCristofaro)  Have you testified?**
13        MR. LEWIS: Since April 2001?
14        MS. DeCRISTOFARO: Yes.
15      A  Oh, yes, since before that.
16      **Q   (By Ms. DeCristofaro)  Well, no, since that**
17   **time.**
18      A  Oh, yeah, I have.
19      **Q   And in what cases have you testified on**
20   **behalf of a Libby claimant?**
21      A  Well, I testified in several occupational
22   medicine cases. They are actually in the expert
23   report, a list of what I've testified to, so if you
24   have a copy of that, it'll give you the -- give you a
25   list of what I've testified to, and there has not

## Page 352

1    been a lot since 2001. It's about four occupational
2    medicine cases and no trials and then the criminal
3    trial.
4       **Q   Have you prepared any report with respect to**
5    **any of the Libby claimants since 2001?**
6       A  Oh, yeah, it's a huge report.
7       **Q   Okay. Let me clarify. I mean on behalf of**
8    **an individual claimant --**
9       A  No.
10      **Q   -- for a specific claim.**
11      A  No.
12        MS. DeCRISTOFARO: Those are my only
13   questions. Thank you very much.
14        THE WITNESS: Okay.
15        MR. LEWIS: Anyone else?
16        THE VIDEOGRAPHER: We are going off the
17   record. The time is now 5:01 p.m. This is the end
18   of disk number four and, herein, ends the deposition
19   for today.
20        (Signature reserved.)
21        (Deposition concluded
22         at 5:01 p.m.)
23
24
25

(Pages 349 to 352)

In re: W.R. Grace & Co., Debtor                              Alan C. Whitehouse, M.D.
                                                                                89

Page 353

```
1
2
3              S-I-G-N-A-T-U-R-E
4
5
6
7
8              I declare under penalty of perjury
9      under the laws of the State of Washington that I have
10     read my within deposition, and the same is true and
11     accurate, save and except for changes and/or
12     corrections, if any, as indicated by me on the CHANGE
13     SHEET flyleaf page hereof.  Signed
14     in...............WA on the......day
15     of.................., 2009.
16
17
18
19              ........................
20              ALAN C. WHITEHOUSE, M.D.
21              June 16, 2009
22
23
24
25     cmz
```

Page 354

```
1      STATE OF WASHINGTON )    I, CATHY M. ZAK,
                           ) ss CCR# 1922 a duly
2      County of King      )    authorized Notary
                                Public in and for the
3                               State of Washington
                                residing at Bellevue,
4                               do hereby certify:
5
6
7              That the foregoing deposition of
       ALAN C. WHITEHOUSE, M.D., was taken before me and
8      completed on June 16, 2009, and thereafter was
       transcribed under my direction; that the deposition
9      is a full, true and complete transcript of the
       testimony of said witness, including all questions,
10     answers, objections, motions and exceptions;
11             That the witness, before examination,
       was by me duly sworn to testify the truth, the whole
12     truth, and nothing but the truth, and that the
       witness reserved the right of signature;
13             That I am not a relative, employee,
       attorney or counsel of any party to this action or
14     relative or employee of any such attorney or counsel
       and that I am not financially interested in the said
15     action or the outcome thereof.
16             IN WITNESS WHEREOF, I have hereunto
       set my hand and affixed my official seal on June 22,
17     2009.
18
19
20
21
22
23     Cathy M. Zak, CCR
       Notary Public in and for the State
       of Washington, residing at Bellevue.
24
25
```

(Pages 353 to 354)

Buell Realtime Reporting
206 287 9066

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

**A**

**ability (2)** 9:5
  167:1
**able (20)** 9:9 35:11
  119:11 126:4,9
  129:2,4 196:3
  202:20 213:2
  265:4,5,14,19
  280:1,17,18
  309:14 346:11
  347:12
**abnormal (3)** 67:9
  81:16 186:9
**abnormalities (4)**
  81:8 82:14 185:7
  205:2
**abnormality (5)**
  36:24 66:9 68:9
  68:11 77:3
**absence (1)** 71:19
**absent (1)** 70:3
**absentia (1)** 110:25
**absolute (2)** 99:8
  191:18
**absolutely (3)** 58:5
  80:7 222:7
**abusive (2)** 152:25
  153:1
**academic (1)** 74:13
**ACC (1)** 9:1
**accept (1)** 169:24
**acceptable (2)** 60:9
  61:10
**accepted (3)** 60:25
  61:4 63:2
**access (5)** 201:6,8
  201:12,23 203:5
**accessed (2)** 202:3
  202:16
**account (6)** 335:24
  336:6 337:19
  338:10,13,18
**accountant (1)**
  341:10
**accuracy (1)**

195:14
**accurate (11)** 18:24
  20:2,4,8 115:6
  167:19 174:15
  189:8 257:19
  346:16 353:11
**accurately (1)**
  129:5
**accused (1)** 152:15
**accusing (2)** 168:14
  343:8
**act (1)** 327:1
**action (3)** 326:15
  354:13,15
**actions (3)** 334:19
  334:22,25
**active (6)** 246:14
  246:15 342:13,16
  344:10,25
**activities (5)**
  336:14,23 337:4
  337:14,22
**actual (4)** 70:18
  80:17 99:9 129:1
**add (5)** 86:18 94:16
  94:19 101:1
  192:23
**added (4)** 18:8
  84:23 121:8,9
**addition (6)** 10:6
  17:23 65:16 98:14
  101:3 344:3
**additional (1)**
  343:15
**additive (1)** 298:15
**adequate (1)** 44:24
**administer (1)**
  31:14
**administered (2)**
  191:17,19
**admit (1)** 292:18
**admittedly (1)**
  107:9
**adopted (6)** 55:17
  63:10,22,25 65:7
  270:16

**advantage (1)**
  90:14
**advisory (5)** 78:7
  78:12,20 79:1,5
**affect (8)** 27:17,20
  68:4,5 76:4
  150:10,13 194:13
**affirmatively (21)**
  53:18 66:13 78:3
  97:8,17 104:3
  131:3 199:20
  237:22 238:20
  247:14,20 249:12
  255:25 263:12
  266:14 288:25
  291:1 301:10
  308:3 315:24
**affixed (1)** 354:16
**Africa (1)** 125:17
**afternoon (1)**
  323:12
**age (1)** 246:20
**agenda (1)** 190:17
**Aging (2)** 4:22
  103:5
**ago (21)** 19:3,9
  47:22 63:20 67:14
  77:25 81:7 83:8
  97:14 106:14
  232:14 246:17,21
  270:6 317:24
  324:5 334:10,10
  345:14,14 348:8
**agony (1)** 125:9
**agree (77)** 22:17,23
  23:2,3,24 25:17
  26:23 27:14 30:10
  31:12 33:6 34:7
  34:24 36:14 40:8
  47:15 48:25 49:5
  49:6,18,25 51:23
  52:5,13 56:19,24
  57:9 64:25 66:2,3
  66:17,18 68:13
  70:7 71:6,8,12
  72:1,15 73:17

75:25 76:11 79:8
  80:2,23 84:1
  96:12,18 101:10
  115:24 139:2,18
  142:7,11 143:10
  157:7 164:10
  165:23 166:11,19
  171:15,20 173:25
  180:1 181:11
  188:7 189:24
  195:20 198:7,9,14
  203:18,19 250:19
  275:12 294:3
  301:12
**agreed (2)** 78:11
  306:4
**agreeing (1)** 176:12
**agreement (2)**
  158:13 178:6
**agrees (1)** 186:8
**Ah (1)** 328:21
**ahead (14)** 117:8
  147:25 152:7
  173:24 195:2
  254:21 270:3
  272:12,23 279:13
  279:16 293:16
  316:6 322:20
**ahold (1)** 317:11
**Ah-ha (1)** 227:9
**aids (1)** 9:11
**air (4)** 336:16
  337:2,15,21
**airplane (1)** 297:12
**al (4)** 1:5 6:20
  105:7 269:11
**Alan (14)** 1:8 2:21
  4:1 6:5,21 8:6,17
  87:14 184:4,9
  278:8,13 353:20
  354:7
**alive (3)** 225:1
  258:4,6
**alleged (2)** 310:18
  333:23
**allow (2)** 101:7

201:18
**allowing (1)** 184:20
**Allstate (2)** 3:17
  8:11
**alluded (1)** 143:16
**all-comers (7)**
  292:1,2,7,15,23
  293:1 295:24
**alternative (3)**
  184:13,18 185:23
**altogether (2)**
  130:1 241:18
**alveolar-capillar...**
  65:18
**AMA (1)** 103:18
**amazingly (1)** 62:8
**ambient (1)** 336:6
**ambiguous (1)**
  136:14
**Amelia (5)** 269:11
  270:4,16 272:24
  273:14
**Amelia's (2)**
  274:14 275:21
**Amelio (1)** 270:4
**American (3)**
  51:11 53:11
  104:18
**amount (11)** 18:8
  22:2 32:15 38:21
  41:7 45:17 61:14
  67:22 137:24
  242:23 268:7
**amounts (6)** 37:7
  37:17 96:9 173:13
  284:2 340:13
**amphibole (3)**
  20:21 79:11
  129:21
**amphiboles (4)**
  77:14,22 129:23
  283:22
**ample (1)** 185:10
**analogous (2)**
  55:15 63:8
**analyses (5)** 82:8

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

311:12,14 338:12
338:14
**analysis (17)** 44:3
115:7 216:2
265:13 268:11
294:19 297:17
299:3 300:1,4
301:9 302:6 314:5
314:6 317:4 335:2
338:11
**analytic (1)** 339:10
**analyze (1)** 46:4
**analyzed (2)** 144:6
144:8
**analyzes (1)** 145:2
**anatomically (2)**
131:9,16
**anatomy (1)**
131:23
**Andrew (2)** 3:18
8:10
**and/or (1)** 353:11
**angle (43)** 133:6,15
133:19 134:8,19
134:23 135:14,21
136:3 137:17
138:9 139:7,10,22
140:22 141:18,19
142:2,19 144:22
145:16,22 156:19
156:25 157:9,18
158:17 159:22
164:13,16 207:18
211:8,13,25
212:16 214:21
215:10 269:7
270:8,21 273:3,18
273:25
**angles (2)** 219:10
270:10
**angry (1)** 152:3
**answer (66)** 12:3
18:25 40:10,21,24
42:10 46:17 70:25
80:13 97:13
100:19,21 111:23

113:15,22 116:14
117:8,10 119:11
120:8 123:22
129:18,19,20
134:15 135:9
141:20 147:5,25
149:11 151:18,21
159:3 160:19
170:24 171:2,5
176:17 180:5
200:21 212:25
213:19 217:2
219:6 221:21,22
230:25 239:17
256:1 269:17
270:1 273:10,12
274:10,16,21
281:11 291:12,15
293:12 311:5
324:9,16 329:3
343:11 350:20
**answered (8)**
122:14 147:23,24
147:24 158:11
162:5,12 304:9
**answering (3)**
138:4 151:15
174:22
**answers (29)** 53:12
66:13 78:3 97:8
97:14,17 104:3
128:22 131:3
138:22 152:22
190:25 199:20
205:10 237:22
238:20 247:14,20
249:12 255:25
263:12 266:14
270:1 288:25
291:1 301:10
308:3 315:24
354:9
**anticipation (1)**
111:5
**anxious (1)** 152:22
**anybody (17)** 13:15

80:19 114:8,9
137:22 164:13
208:6 237:14
242:25 243:1
288:10 308:4
322:2,13 336:12
339:22 342:7
**anybody's (1)**
187:9
**anymore (3)** 44:22
83:16 193:16
**anyway (2)** 165:8
197:24
**apart (2)** 150:24
228:20
**apparent (2)**
202:23,24
**apparently (1)**
337:8
**appear (1)** 10:5
**appearance (1)**
139:5
**APPEARANCE...**
2:1 3:1
**appeared (2)** 6:5
264:16
**appearing (1)**
108:21
**appears (4)** 10:12
19:21 22:11 274:5
**apples (6)** 289:10
289:10 291:17,18
292:10,10
**applied (2)** 298:11
302:3
**applies (1)** 179:10
**apply (3)** 101:12
305:5,9
**appreciate (5)**
108:9 111:7 152:1
253:10 261:2
**approach (1)** 90:24
**appropriate (1)**
233:21
**appropriately (2)**
163:11,12

**approve (1)** 11:9
**approximate (1)**
324:13
**approximately (6)**
18:1 43:22 83:4
86:6 211:22 333:7
**approximation (1)**
80:3
**April (2)** 351:8,13
**arbitrary (1)** 60:24
**area (11)** 49:12
159:19 166:20
234:4 332:23
335:22 336:7
337:21 338:19
339:23 340:6
**areas (3)** 125:18
308:25 333:11
**argue (2)** 129:16
151:20
**arguing (3)** 138:21
172:4 217:1
**argument (1)**
137:25
**argumentative (5)**
118:15,17 125:6
158:22 160:8
**arises (4)** 133:22
134:2,9 145:21
**arising (2)** 137:16
140:20
**arrived (1)** 311:20
**Arrowood (4)** 3:8
7:17 322:18
323:14
**Art (1)** 25:19
**Arterial (2)** 4:24
103:13
**Arthur (1)** 95:12
**Arthur's (1)** 79:15
**article (23)** 62:5
68:8,12 103:3
104:8,24 105:6,6
105:11 126:8,8
143:17 145:10
149:17 153:9,11

153:12 155:18
164:14 183:6
269:11 270:4,5
**articles (12)** 71:1
125:22 128:18,21
150:2 161:5,7
283:21 340:11,22
341:6 344:16
**articulate (1)** 282:8
**asbestos (213)** 2:11
4:18 5:10 7:1 9:2
15:19,19,20,20,23
15:24 16:1,2,12
16:14,21,24 18:4
18:22,23 20:21
21:13,23,24 22:1
22:1,12,13,15,19
22:21,24 23:1,5,8
23:11 24:4,4,8,9
24:14,14,21,24
25:1,5,7,10,11,11
26:2,4,8,10,13,21
27:7,16,19 28:3,4
29:1,2,16,17 34:9
34:9,23 35:1,25
36:3 37:17,18
38:23 39:25 41:19
42:3,12,13,14,15
43:10,23,25 45:4
45:7 46:8,14,15
46:25 48:3 51:13
52:3 56:5,8 60:16
61:13 68:7,10,15
68:21,24 69:14,24
71:19 72:8,11,11
73:5,6,20 74:8,10
74:16,16,17,21,22
74:23,24 75:8,9
76:16,25 77:3,14
77:15,21,22 79:13
80:4,24 81:9 82:5
82:9 84:4 85:11
85:12 86:4,15
88:19 91:1,6,15
91:17,19,22,24
96:9,10,15,20

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

101:13 103:14
114:23 133:1
162:15,17 164:21
166:12 171:24
172:10 179:3,14
184:21 185:14
186:5,23 188:3
210:2 242:15
253:2 265:3 302:9
302:21,22 303:25
308:12 324:1
325:6 327:8,16,17
327:25 328:18
329:7 331:12
335:6,18,21,25
336:4,5,6,11,14
336:25 337:1,11
337:12,15,21
338:4,5,9,10,15
338:19 339:2,7,18
339:23 340:6
**asbestosis (78)** 4:25
24:19,19,24 25:1
25:4,6 52:19 53:2
65:25 66:16,19
70:3 71:20 72:10
91:3,6 92:6,10
97:16,19 165:20
165:24 166:3,20
167:6,14,16,16,17
167:22 168:24
169:16,18 170:2
170:17,18 171:11
171:17 172:11,14
173:5,16 174:8,20
175:19,24 176:6
176:13,17,21,24
177:2,10,13,17,23
177:25 178:3,6
180:17 181:13,25
201:5 303:2,6,7
303:12,14 304:12
304:13,16,20,24
306:23,24 307:1,2
**asbestos-exposed...**
31:3

**Asbestos-Induce...**
5:8 104:25 105:8
**asbestos-related ...**
15:8 35:23 48:1
51:20 52:6,17
59:13 67:15 71:9
71:14 72:4,19
82:7,20 83:5 84:3
85:13,22,24 89:2
89:18 90:20 91:21
94:9 95:1 104:11
113:10,13,20
114:2,18 198:20
304:4 306:16,18
333:23
**aside (6)** 10:17 29:9
143:23 335:14
337:17 344:18
**asked (43)** 10:20
11:9 18:2 19:9
25:24 60:1 79:4
84:25 107:23
111:23 116:10,10
119:1,2 122:14
126:23 135:2,11
138:7 141:13
143:7 147:24
162:4,11 168:6
180:16 187:10,11
187:12 199:10
223:2,15 231:1,3
231:12,14 281:2
329:24 330:6,24
334:19 342:7
351:7
**asking (40)** 62:20
106:8 128:4
144:23 148:1,3,5
150:3 151:8
161:24 163:8
173:15 175:10,13
175:14 180:9,13
180:15 190:23
207:3 213:3
215:19,24 218:14
224:14 231:5

238:15 271:20,23
278:17 288:21
293:13 297:3
306:10,14 321:11
329:18 331:7,8,9
**asks (1)** 272:22
**aspect (3)** 169:4
183:10 209:14
**aspects (1)** 210:1
**asserted (1)** 24:18
**assertion (1)** 24:23
**assessment (3)**
300:18 301:1,14
**associated (48)**
25:14 35:8 62:6
68:10 119:8 124:1
134:23 135:14,18
137:16 138:8
139:3,6,9,21
140:22 141:17
142:18 143:6,8
144:5,7,21 145:3
145:4,7,15 148:20
149:24 150:1,16
150:20 153:19
155:25 156:2,7,18
156:20,24 157:8
157:10 158:18
167:5 210:17
275:25 278:19
280:3 339:2
**associates (1)** 342:3
**association (3)**
53:11 86:4 156:5
**assume (15)** 32:6
41:12 49:2 51:10
80:25 120:2,3
145:7 161:1 170:6
172:23 202:3
242:9 266:21
342:13
**assumes (3)** 139:14
146:3 274:9
**assuming (3)**
216:15 223:18
231:16

**assumption (4)**
27:21 139:8 141:4
277:23
**asthma (3)** 69:4,5
69:14
**ATS (16)** 51:7 52:6
52:23 54:18 55:13
63:6 69:19 70:21
71:3 99:6 124:2
146:15 149:8
159:5,24 188:19
**ATSDR (24)** 81:6
188:4,7,8,11,19
188:21,21 189:6,9
189:11,14,18,22
189:24 194:16,22
195:3 197:12
202:21 203:1
317:6 318:10,14
**ATSDR's (1)**
195:11
**Attached (1)** 92:17
**attachments (2)**
10:1,3
**attempt (5)** 9:15
78:24 129:8,10
327:23
**attempted (1)**
78:13
**attempts (1)**
167:18
**attention (1)** 119:4
**attic (2)** 21:9,14
**attics (1)** 337:25
**attorney (8)** 2:22
108:1 120:20
230:25 323:13
341:19 354:13,14
**attorneys (6)** 13:24
223:15 341:1
343:22 350:4,7
**attorney's (2)**
121:21 123:5
**attributable (1)**
70:1
**attribute (1)** 71:18

**Australia (4)** 67:22
125:17 285:1
287:20
**Australian (1)**
129:24
**author (2)** 103:5
121:13
**authored (2)**
119:14,17
**authoritative (2)**
51:17 163:23
**authoritatively (1)**
128:5
**authorities (2)**
159:18 273:14
**authorized (1)**
354:2
**authors (3)** 55:13
161:6 188:14
**authorship (1)**
121:13
**availability (1)**
195:19
**available (44)**
58:19,22,23,25
90:23 120:22
189:18 192:18
195:22,24,25
196:16 197:7,13
197:14,25 202:9
202:10 293:22
294:5,7,11,18
298:8,10 299:3,7
299:17,22,25
300:4,9 301:1,8
301:14 302:19,20
303:23 311:16
317:12,13 318:2
319:23 348:20
**Avenue (1)** 2:18
**average (2)** 96:21
171:22
**averaging (1)** 70:1
**aware (31)** 18:12
28:18 78:8,9
114:7 118:6,7,8

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

118:11 143:13
150:24 152:18
153:4 155:22
159:4 161:2
164:13 169:3
172:5 189:4 226:2
259:23 290:5
296:19 299:15,19
299:20 300:2
313:24 335:17
336:8
**awful (3)** 109:24
110:17 270:9
**AXELBERG (1)**
3:5
**a.m (10)** 6:3,14
50:14,18 87:8,12
102:11,15 105:22
105:25

**B**

**B (1)** 2:21
**back (48)** 19:19
21:22 22:4 25:18
26:24 29:8 42:8
47:7 50:17 55:21
57:18 66:24 83:20
87:5,11 92:19
97:6 99:18 100:4
102:14 105:24
121:1 142:15
165:14,20 184:6
198:24 212:22,24
222:10,18 236:23
240:24 249:1
255:15 258:11
265:14,16 266:11
276:16 278:10
310:14 319:9
322:24 323:6
340:12 347:4
348:22
**backed (1)** 347:3
**background (5)**
118:1,2 123:7
346:20 347:9

**backtrack (1)**
319:6
**backyard (1)**
337:25
**bad (2)** 157:14
279:6
**BAI (3)** 301:8
303:23 306:6
**Baker (1)** 248:18
**balance (1)** 86:7
**bankruptcy (13)**
1:1 9:25 11:8
37:17 38:15 40:6
114:9 313:20,21
314:1 348:12,14
349:17
**banks (1)** 43:9
**barely (1)** 201:15
**base (1)** 84:7
**based (19)** 40:21
45:8 75:6 84:5
90:8 169:6,7,20
170:10 174:4
178:5 183:5,6
185:25 209:22
267:5,23 310:5
316:7
**basic (2)** 187:25
189:5
**basically (53)**
10:14 13:21 14:1
16:5,13 17:3,13
34:3 35:21 44:9
64:17 66:4 77:9
78:17 87:24 88:18
90:4,7 92:4 93:18
97:21 109:14
110:9,12 113:1
121:15 127:1
129:22 130:6
134:17 153:21
167:6 169:4,17
186:7 197:9,16
198:21 203:19
205:4 245:19
246:1 274:18

275:10 310:22
311:7,8,20 312:12
314:10 324:9,10
346:13
**basics (1)** 165:22
**basis (32)** 11:5 17:7
28:7 39:3 41:10
53:19 78:21 87:24
100:20 101:7
124:11 179:15
183:8,9 184:14
220:1 224:6
230:16 237:24
238:9 257:19
259:13 263:5
274:2 276:18,22
280:12 287:21
288:11 302:12
316:23 347:25
**bear (1)** 121:14
**beautiful (3)** 106:4
106:6,7
**Becker (2)** 189:8
194:3
**Becker's (2)** 190:20
194:11
**becoming (1)** 59:21
**bedridden (1)**
29:25
**beet (1)** 16:6
**began (1)** 348:7
**beginning (4)**
87:13 184:8
278:12 348:6
**begins (5)** 55:1
116:7 134:24
135:1 136:4
**behalf (3)** 351:8,20
352:7
**believe (26)** 10:3,9
59:15 75:10 84:25
145:12 148:8
152:24 153:1
162:7 163:24
203:15 242:5
252:1,3,18,19

257:9 275:18,19
275:20 310:23
312:24 316:1
341:15 344:7
**believing (1)**
316:23
**Bellevue (2)** 354:3
354:23
**benchmarks (1)**
169:19
**Berman (3)** 78:5,12
78:23
**Bernick (188)** 2:7
4:6 12:24 13:10
62:10,18,22 94:18
106:2 107:25
108:14,18 111:25
112:4,9,13 117:8
117:11,13 118:16
118:19,21 120:12
122:15 124:20,23
125:2,7 126:16,20
129:20 130:9,13
130:16,18,22,24
134:20 135:7,8
136:8,11,13,19,22
136:24 137:4,8,13
139:1 140:6,12,15
140:18 146:5,7,9
147:11,14,25
151:5,10,13,22,25
152:5,8 153:2
158:23 160:9,10
162:6,18 164:23
165:2,6,9,17
168:6,12,16,23
183:21 184:11
195:18 196:8,12
197:22 205:11
208:16 209:19
210:8 213:12,15
213:20,23 214:1,3
215:12,15 216:13
216:18 217:5,8,12
217:14,19,22,24
218:2,5,9,10,13

218:20 222:7,12
222:14,21 226:2,6
226:15,25 227:15
227:20 228:14,17
228:22 229:6,8,17
229:19 231:14,24
232:2,6 236:9,14
236:16,18,22
241:11 244:16,21
252:11,19,21
253:8 257:5,7
260:1,17,20 261:1
261:3 262:4,8
269:18,20,23
270:3 272:2,5,8
272:11,14,23
274:20 278:4,15
284:15 285:4
293:15 309:17,21
309:23,25 312:4,6
312:9 321:20
322:1,6,14,17,23
323:5 347:22
**best (41)** 11:2
57:11 72:18,21
82:11 86:3 90:23
93:14 95:19 137:8
137:10 170:14
210:19 214:18
229:11 231:12
234:7 240:20
251:14 252:23
279:18 298:7,10
298:24 299:2,7,17
299:22,25 300:3
301:1,3,8,14
302:19,20 303:23
303:23 328:20
335:13 343:11
**better (5)** 21:3 23:5
39:23 47:4 195:16
**beyond (8)** 30:7
37:11 73:12
150:18 189:6
197:4 293:23
319:9

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

**bias (3)** 161:13 292:5,7
**biased (4)** 161:4,12 190:22,24
**bibliography (2)** 344:15,19
**big (8)** 64:14 68:2 70:12 81:5 185:1 212:20 289:13 335:13
**biggest (2)** 233:8 300:22
**bill (1)** 350:7
**billing (3)** 349:6,15 349:22
**biopsy (1)** 172:9
**birth (3)** 343:21 345:11,16
**births (1)** 346:7
**bit (20)** 37:20 39:17 57:24 62:11 92:11 112:3 115:11 118:20 122:22 130:7,25 150:12 164:20 165:3 167:13 187:14 244:13 295:6 297:10 319:6
**black (3)** 56:3 201:9 259:23
**blaming (3)** 197:20 197:22 343:8
**blind (1)** 245:4
**blood (2)** 35:12,14
**Bloom (6)** 2:8 7:10 7:10 50:16 88:4 227:6
**blue (9)** 328:11,17 328:25 332:23 333:3,5,11,13,16
**blunted (5)** 133:19 212:16 219:10 270:10 273:3
**blunting (76)** 61:16 61:21 62:6,15,17 62:20,25 63:6

88:2 101:3 133:5 133:14 134:8,18 134:23 135:13 136:3 137:17 138:1,9,16 139:9 139:21 140:22 141:6,10,17,19 142:1,8,18 144:21 145:15,21 155:23 155:25 156:2,6,13 156:19,24 157:8 157:17,24 158:16 158:19,25 159:6 159:21 164:12,16 183:12,13,14 207:18 211:6,12 211:24 212:10 214:21 215:9 269:6 270:7,20 271:3 272:17,19 273:8,17,24 274:4 274:7,13,18 275:15 309:2
**board (5)** 78:7,12 78:20 79:1,5
**boards (1)** 17:22
**bodies (1)** 72:11
**bodily (1)** 333:23
**body (5)** 31:6 125:14 181:7,9 224:9
**bogged (1)** 45:1
**Book (1)** 4:14
**borderline (3)** 170:5 178:14,17
**bored (1)** 110:6
**bottom (7)** 15:18 69:21 71:2 99:20 233:25 248:4 303:15
**Boulevard (3)** 1:10 6:2,15
**bounds (2)** 60:6 63:2
**box (3)** 2:5 3:6 64:14

**boxes (1)** 233:13
**Brad (4)** 3:9 7:16 201:9 285:15
**brake (2)** 329:22 330:5
**break (20)** 50:6,8,9 50:12 87:2 102:5 112:8,11 140:8 160:9 165:8 222:6 222:8,11 322:11 322:21,23 331:22 332:6,9
**breakdown (10)** 83:21 86:5 314:8 314:20 315:1,9 316:2,4 331:16 346:3
**breakout (1)** 315:16
**breath (6)** 30:11,18 31:21 32:10 34:13 285:17
**breathing (1)** 30:12
**Brian (2)** 2:8 7:5
**bridge (1)** 110:18
**bright (2)** 167:15 167:21
**bring (1)** 13:11
**Britain (1)** 125:17
**broad (1)** 29:2
**broader (1)** 288:7
**broke (3)** 115:2 278:16 332:12
**broken (3)** 313:25 315:22 331:25
**bronchiectasis (1)** 69:8
**bronchodilator (1)** 31:6
**brought (3)** 225:25 338:6 343:17
**Bs (1)** 54:14
**Buell (2)** 6:18 8:13
**building (4)** 329:12 329:14,15 337:7
**buildings (1)** 337:8

**bunch (4)** 67:9 246:16 334:11 337:8
**bureaucracy (1)** 45:1
**BURK (1)** 3:18
**B-readers (3)** 161:15,16 166:25

---

**C**

**C (20)** 1:8 4:1 6:5 6:21 8:17 96:25 97:3 239:4,10 248:9,15,17,19,19 249:4,5,7,10 353:20 354:7
**California (3)** 26:19 337:7,9
**call (12)** 11:17 16:2 40:13 42:2 91:11 111:3 140:9,11 214:24 269:12 270:6 280:11
**called (22)** 11:13 31:9 32:12 34:21 35:17 44:13 48:9 53:10 54:22 57:6 65:11 75:15 91:7 116:12,19 131:20 132:1 133:5 172:11 183:25 298:7 343:17
**calling (1)** 16:21
**calls (2)** 170:17 173:17
**calm (1)** 217:23
**cancer (18)** 23:4,7 23:13,14,18,22,25 24:1,6,12 36:2,6 36:11 71:19 77:16 77:22 78:14 89:3
**cancers (3)** 24:13 86:18 94:12
**candid (1)** 127:10
**candidly (1)** 125:3
**capacities (4)** 31:7

31:8 34:16,18
**capacity (20)** 31:22 31:22 32:17,23,24 36:20,20 52:15 65:17,23 66:6,8 66:14 70:2,13 100:17,17 167:7 172:24 186:1
**CAPLIN (1)** 2:13
**carbon (4)** 34:20 65:16,23 66:15
**CARD (85)** 4:16 5:13,14 15:9 17:5 17:6,9 18:12,21 19:8 29:9 35:17 43:24 45:22 64:3 83:5 84:6 88:7 188:5,21 189:6 190:11,14 191:2 191:20 192:11,12 193:6 194:14,16 195:19,22 196:7 196:13,14,16 197:4,13 198:11 198:16,18 199:19 200:2,11,12,17 202:7 203:2 238:11,19 253:23 255:23 256:3 297:15 300:5 301:15 302:2 306:10 309:7 317:4,14 318:4,24 318:25 319:8,10 319:14,18,20,23 320:4,7 321:2 324:11 325:19,21 326:10,12 334:24 345:25 346:2,23 347:5,9,15
**care (3)** 94:1 191:10 198:8
**careful (2)** 107:3 109:23
**carefully (5)** 109:20,21 110:5

In re: W.R. Grace & Co., Debtor                Alan C. Whitehouse, M.D.

144:16 211:2
**Carolina (1)**
337:12
**carrying (1)** 69:22
**carryover (1)**
69:21
**cars (1)** 330:5
**case (68)** 10:1,20
11:8,25 23:10
27:23 38:15 75:4
105:12 106:10,17
108:4 112:19
114:10,15 119:13
119:13 129:3
140:17 144:1
168:8 172:20
175:18 177:6
180:21 185:5
187:20 189:19
195:23 196:6,14
196:16 197:8,15
198:1 201:25
202:10 251:2
257:24 281:15
287:23 297:9,14
298:1 301:14
306:10 309:9,13
310:2,5,19,24
315:16 319:1
322:19 324:15
325:4 332:5
338:21 340:10
341:12 342:5
343:16,23 348:11
348:12,17 349:23
**cases (41)** 42:24
113:12 123:2
170:2,4,5,5 171:7
171:15 172:17
173:7 174:2
175:22,23,24
176:23 178:14,17
181:5,16,19 186:3
190:14 205:18
235:4 256:15
262:11 276:13

280:21 281:24
287:1,1 288:6
342:13,17,20
344:10,25 351:19
351:22 352:2
**Casualty (4)** 2:16
3:12 7:4,24
**CAT (3)** 43:10 55:8
63:22
**categories (5)**
54:13 56:9 66:5
95:22 168:25
**category (12)** 54:11
54:11 168:25
170:11 236:11,12
236:17 251:4
261:20 262:6,7
279:4
**Cathy (5)** 1:25 6:3
8:13 354:1,22
**caught (1)** 198:25
**causative (2)** 303:8
304:5
**cause (57)** 6:19
67:7,14 68:14,24
69:13 77:21 79:10
90:10,11,12,13,21
91:21 92:1 95:18
128:24 144:9
146:16,23 147:1
147:20 148:6
153:5 184:20
250:13 300:15,16
300:17,18 301:3,4
301:5,17,20 302:2
302:7,7,21,22
303:1 304:6,6,14
305:3,10 306:2,9
306:15 307:1,2,5
307:6,20 308:8,13
337:14
**caused (34)** 22:14
22:24 23:1 24:24
25:1,4,6 34:9,25
35:24 42:13,15
45:4,6 52:2,2 56:8

68:6 73:5,6,19,20
74:7,9,16,17,22
74:23 82:5 85:11
92:5 93:15 146:23
188:3
**causes (7)** 21:24
27:16 67:9 146:2
146:11 149:15
250:10
**causing (3)** 30:18
78:14 95:20
**caution (1)** 112:1
**caveat (2)** 170:23
183:8
**CCR (4)** 1:25 6:4
354:1,22
**cc's (1)** 153:21
**CD (2)** 10:2 256:21
**Cecil (2)** 3:22 6:17
**centimeters (1)**
49:16
**Central (1)** 82:3
**century (2)** 3:19
313:22
**certain (14)** 23:20
38:10 58:5 60:13
70:19 73:22 83:14
92:4 96:16 145:6
149:21,25 293:24
320:22
**certainly (12)**
71:16,25 96:17
158:8 159:4
191:25 196:13,19
202:8 318:11
324:2 346:2
**certainty (3)** 85:20
91:20,24
**certificate (15)**
88:20 91:3 93:14
93:15 300:9,14
304:17 305:1,14
305:22 306:2,8,21
306:22 307:7
**certificates (11)**
86:1 90:5,6 91:10

93:24 94:3 298:5
300:19,23 305:14
305:16
**certified (1)** 166:25
**certify (1)** 354:4
**cetera (7)** 56:20,20
88:2 105:1 207:18
312:1,1
**CH (1)** 227:16
**challenge (2)** 28:7
245:4
**chance (1)** 82:16
**chances (1)** 171:1
**change (6)** 33:22
43:7 150:12
183:21 301:2
353:12
**changed (3)** 274:16
302:16 348:20
**changes (6)** 4:21
19:20 103:3
121:10 281:22
353:11
**changing (1)**
183:25
**Chapter (1)** 1:4
**characteristics (1)**
207:17
**characterize (1)**
52:25
**characterized (1)**
16:16
**charge (4)** 17:16,18
17:21 252:4
**charity (1)** 111:19
**chart (16)** 15:3
88:21 90:7 192:24
198:21 199:4
221:4 238:14
262:1 282:7
304:19 305:17
306:22 307:22
326:12 346:22
**charting (1)** 92:8
**charts (25)** 195:12
196:20 199:14,16

199:17 200:23
203:6 219:11
263:10,11,13,17
263:17,22 264:4,4
326:22,22 327:5
343:20 345:13,18
346:6,8,19
**cheat (1)** 219:13
**check (14)** 120:25
186:3 187:4
192:22 233:12,17
234:9 235:6,7,16
241:2 243:12,18
252:18
**checked (2)** 237:15
237:17
**chemist (1)** 339:11
**chest (17)** 43:8
55:16 56:7,15,15
56:25 58:8 63:9
63:16,23 72:24
73:25 88:21
131:23 190:19
191:8 339:10
**choose (1)** 169:7
**CHRISTENSEN...**
3:4
**chronic (4)** 68:17
69:4,6,14
**chrysotile (28)**
15:20 16:4,5
22:19 23:1,7 24:4
24:9,14 25:1,6,11
42:15 77:14,20
79:10 101:19
115:1 129:9,11,12
129:21 130:1,5
203:21 206:23
276:4 338:8
**circle (16)** 2:14
229:11,12,25
230:1,3,9,17
232:17,19,23
239:4,6,7,25
242:3
**circled (5)** 232:24

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

233:11 235:12
239:10 244:1
**circles (1)** 237:21
**circling (1)** 231:6
**circumscribed (1)**
153:20
**circumstances (1)**
297:18
**cite (13)** 48:20
53:16 71:5 102:1
103:14,22 104:21
105:3,11,14,15
149:13 321:6
**cited (3)** 70:21
104:12 149:8
**citing (2)** 48:9
102:5
**City (1)** 26:4
**claim (4)** 42:4,8
327:7 352:10
**claimant (14)** 2:12
14:11,18 27:11,11
27:13 175:16,17
175:17 180:20
350:1 351:8,20
352:8
**claimants (31)** 2:3
2:20 7:1,9 8:7 9:3
27:2,18 38:16
46:1 47:3 79:25
84:8,19,21 85:4
85:21 131:13
176:16,16 219:18
315:8 324:1
342:25 343:2,18
343:23 349:17
350:10,12 352:5
**claims (4)** 37:18
41:20 309:9
333:23
**clarified (1)** 278:18
**clarify (2)** 278:1
352:7
**classification (6)**
55:15 56:1 63:8
161:18 162:1

163:18
**classifications (1)**
193:19
**classify (1)** 63:22
**clean (1)** 137:9
**cleaning (1)** 327:5
**clear (48)** 9:15
108:10 135:12
137:9 141:1,14,23
142:2,21 143:2
148:7 157:9 170:4
170:5 171:7,15
172:17 173:4,7
174:2,2 175:8,18
175:22,24 176:23
180:3,21 181:5,16
181:19 197:3
204:22 221:3
226:15 228:3
232:23 247:7
271:13 282:6
283:1 309:21,23
312:9 339:16
342:1 345:10
349:13
**clearer (1)** 233:25
**clearly (11)** 67:7
140:25 144:24
153:24 177:24
185:14 270:8
272:21 274:16
280:2 295:18
**clients (9)** 13:24
14:2,24 46:7,9,23
93:11,12 254:17
**clinic (70)** 15:9
17:5,7,10 18:13
18:22 19:8 29:9
43:24 64:3 83:5
84:10,16,18 88:7
188:5,21,21 189:6
190:11,14 191:2
191:20 192:11,12
193:1,6 194:14,16
195:3,16,19,22
196:7,13,15,16

197:4,14 198:4,12
198:16,18 200:2
200:11,13,17
209:25 223:24,25
259:22 285:15,16
287:19 317:14
319:14,18,20,24
320:4 324:11
325:19,21 326:10
334:24 340:20,22
346:23 347:9,15
**clinical (2)** 56:13
104:10
**clinically (1)** 70:15
**Clinic's (1)** 326:12
**close (7)** 154:3,7,8
183:2,19 285:8
334:10
**closed (2)** 44:16
346:15
**closely (1)** 191:12
**cmz (1)** 353:25
**coal (2)** 56:3 58:2
**COCKRELL (1)**
3:4
**coded (1)** 304:24
**cohort (13)** 47:9
75:15,18,20,22,25
76:1,9,13,18,22
76:24 82:8
**cohorts (3)** 21:25
69:25 160:15
**Cole (2)** 248:18,18
**collar (9)** 328:11,17
328:25 332:23
333:3,5,12,13,16
**collated (1)** 279:19
**colleague (3)** 7:2,18
102:6
**collect (2)** 202:12
285:25
**collected (3)** 10:4
74:12 340:13
**collection (6)** 73:9
113:3 188:20
189:5 190:8 261:5

**collections (3)**
188:1,20 199:24
**color (1)** 245:4
**colors (1)** 244:8
**column (5)** 14:10
55:12 65:10,11
69:22
**columns (2)** 19:16
229:18
**combination (2)**
79:23 281:17
**combinations (1)**
28:17
**come (22)** 28:25
42:7 57:2,12
71:14 87:5 94:16
95:16 103:7 124:9
142:15 195:5
199:19 200:11,12
200:17 227:10
269:18,18 317:25
322:1,24
**comes (44)** 30:11
30:12 41:13
127:17 149:4,4
166:24 167:4
169:18 179:25
180:1,16 182:20
183:14 190:8
191:1 192:7 194:1
195:18 196:12
198:16 199:8
202:17 215:4,7
216:5 221:12
222:10 223:20,23
224:5,18 253:25
253:25 268:16
269:6 271:3
275:22,22 285:8
287:10 319:17
323:18 340:24
**coming (3)** 83:20
110:14 243:4
**comment (9)** 26:7
28:19,22 29:3,5
89:22 140:1

141:22 213:21
**comments (6)**
79:16 140:4,7
173:14 218:16
221:11
**commercial (4)**
16:5 21:7,17 28:1
**Committee (3)**
2:11 6:25 9:2
**common (5)** 68:9
68:11 69:7 207:9
304:21
**commonly (2)**
33:21 65:17
**Commons (1)** 3:5
**communicating (2)**
255:14 271:12
**community (20)**
46:20 86:7,8
96:15,22 97:1
159:16,19 160:5
238:12 239:1
240:13,16,18
247:18 248:6
315:2,16,23 316:3
**companies (1)**
335:1
**company (11)** 3:8
3:12,13 6:20 7:7
7:18,24,25 323:14
323:15 333:13
**comparable (10)**
275:6,14 288:7,24
289:17 290:6,9
292:10 296:19
297:4
**comparatively (1)**
285:8
**compare (6)** 15:19
42:22 64:15 65:6
85:1 290:11
**compared (7)** 26:3
26:12 46:6,15
73:5 74:8,22
**compares (1)**
271:24

In re: W.R. Grace & Co., Debtor                Alan C. Whitehouse, M.D.

**comparing (1)**
209:4
**comparison (6)**
74:15 234:21
266:20,23 288:23
291:18
**compensated (2)**
347:25 349:7
**compensation (7)**
17:22 101:8 169:6
169:7 170:2 348:4
349:25
**competent (1)** 57:1
**compilation (1)**
340:11
**compilations (1)**
199:24
**complete (2)** 88:22
354:8
**completed (1)**
354:7
**completely (7)**
52:20 60:5,24
124:24 135:25
147:23 271:12
**complicated (1)**
136:15
**complication (1)**
235:4
**Complies (1)** 69:20
**compound (14)**
16:20 28:9 29:7
41:11 117:7,12
136:7,14 160:7
215:11 216:16
272:22 284:13,20
**compounds (1)**
28:18
**comprehend (1)**
110:25
**comprehensive (3)**
125:9,12,19
**computed (1)**
55:10
**computer (4)**
199:11 308:11

347:1,1
**conceivable (1)**
235:11
**concept (1)** 71:24
**concerned (2)**
124:12 193:24
**concerning (14)**
115:1 116:3
123:18 127:5
146:14 169:13,16
191:10 192:21
200:3,4 201:5
279:17 311:20
**conclude (1)** 91:19
**concluded (2)**
91:23 352:21
**conclusion (1)** 98:1
**conclusions (11)**
10:19 28:7 38:7
57:2,12 82:8,15
82:17,18 86:24
101:17
**concur (2)** 116:15
181:7
**condition (8)**
132:13,14,14
133:5,8,14 145:20
301:4
**conditions (1)**
128:23
**conduct (2)** 336:10
339:17
**conducted (1)**
339:6
**confidential (1)**
14:8
**confidentiality (1)**
13:23
**confined (4)** 129:21
145:14,20 311:1
**confines (1)** 106:4
**confirmation (1)**
113:24
**confirmed (1)** 28:3
**confluence (1)**
143:1

**confluent (33)**
60:14 116:3,6,19
132:4,13 139:4,19
140:21 141:10,16
141:25 142:24
144:5,7,12,14,20
145:4,8,11 146:1
146:10,17,19,22
147:2,15 148:2,8
148:14 155:15,20
**confused (1)**
168:16
**confusing (1)**
309:16
**confusion (3)** 116:2
231:23 271:14
**connectin (1)**
122:18
**connection (15)**
106:17 112:19
113:19 114:14
145:21 201:24
296:18 300:3,5
341:3 342:20
344:10 345:3
347:18 349:17
**consequences (2)**
104:10 205:7
**consequent (2)**
135:13 143:14
**consider (23)**
127:15,22 128:4
209:13 225:17
235:7 324:3,8,22
328:9,24 329:11
329:21 330:4,7,14
330:21,25 331:3
331:12 333:21
334:16 338:4
**considerably (1)**
348:9
**considered (17)**
30:8 69:23 91:6
127:7 132:7 265:3
323:25 324:15
325:3,15,25 326:8

326:21 331:9,10
331:21 333:22
**consistency (2)**
174:16 194:22
**consistent (9)**
190:21 194:21,22
194:25 195:15
276:7,9 281:21
299:9
**conspiratorial (1)**
183:24
**constantly (1)**
138:24
**constituencies (1)**
189:19
**constraints (1)**
198:3
**construction (4)**
21:18 26:14 28:2
80:10
**consultant (1)** 17:6
**contain (5)** 28:3,4
226:20 227:20
325:22
**containing (2)** 29:2
200:1
**contains (4)** 10:17
10:19 103:19
208:2
**contaminant (3)**
16:25 21:13,17
**content (2)** 121:3,4
**context (3)** 106:10
141:7 143:20
**Continental (4)**
3:12,12 7:24,24
**continue (1)** 296:2
**continuing (14)** 3:1
5:1 50:21 87:9,13
87:17 165:16
184:3,8,10 222:20
278:7,12,14
**continuity (1)**
251:11
**contrary (1)**
270:11

**contrast (3)** 48:21
85:1 197:12
**contributed (1)**
91:25
**contributing (12)**
90:10,13,21 92:1
95:18 301:19
302:9,21 303:1
304:5 306:17
308:13
**control (1)** 45:2
**controlled (6)** 77:6
320:24 321:1,5,11
321:17
**controls (1)** 75:23
**convenience (1)**
137:1
**convention (3)**
166:20 167:5,11
**conventional (1)**
162:15
**conversely (1)**
35:13
**cool (2)** 217:22
222:11
**COPD (5)** 91:7,8
91:12 304:17,20
**copies (3)** 108:23
109:5 197:1
**copy (8)** 13:9 20:12
92:24 228:13
256:19 259:25
342:14 351:24
**cor (4)** 34:21 92:13
307:1,2
**correct (246)** 10:8
11:6,22,23 12:2
14:17 15:13 25:12
25:19 27:8,9
29:22,23 30:14,15
30:19,25 31:1,16
31:24 33:2 35:18
36:12 37:10 38:11
38:16 40:3 43:20
44:6 48:3,4 51:14
52:3,17,21 53:8

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

54:9,12 56:9,10
57:20 58:10,17
59:3 60:10 63:3
63:16,17 66:24
67:16 68:7,19
70:15 76:7 77:1
78:9 79:2,3,6
82:10,20,21 84:21
85:4,7,9 88:14,17
93:21 97:11 99:1
100:6 101:8,9
103:9 104:14,19
105:17 106:14
108:8 114:13,13
114:20,23 115:17
115:18 120:7
122:8 123:11
131:10,17,18,21
132:3,6,15,16,22
133:2,6,9,17,23
136:5 141:2
145:17,22,23
147:16,17 148:16
149:8 156:6,15,15
156:20 157:2,3,5
157:6 158:20,21
159:2,8,22,23,25
160:6,12,21,25
166:4,5,9 167:8,9
167:11 171:2
172:18 173:18
175:5 177:17,25
178:6,11 179:6
180:22,25 181:1
182:8,24 184:21
187:5 189:12,16
189:19,22,23
191:3 194:4,17,23
195:23 196:16
197:5,8,15 198:1
202:10 207:22
208:3,25 221:19
223:21 224:20,25
235:5 243:18,19
243:23 247:16,17
248:15 250:12,25

252:23 253:19,24
257:12 268:19
275:16 276:10
278:21 285:21
287:11,12 289:22
290:16,25 291:9
291:23 292:8,12
292:20,24 293:3
293:19 295:25
296:14 298:2,3,12
298:23 302:10,11
303:25 304:1
309:10 310:22
311:13 312:14,15
312:17,18,20,22
312:23 313:2
317:3 318:19
319:1,14,18,24
320:4 321:3,9,15
321:18 323:23
326:1,21 327:23
339:20,25 349:12
**corrected (2)** 137:3
137:6
**corrections (2)**
121:1 353:12
**correctly (1)** 339:4
**correlate (4)** 32:9
35:9 62:14 66:21
**correlates (2)** 62:8
73:24
**corresponded (1)**
62:12
**corresponds (1)**
343:19
**costly (1)** 252:14
**costophrenic (36)**
133:5,15 134:8,19
134:23 135:14
136:3 137:17
138:9 139:7,10,22
140:22 141:18
142:1,19 144:22
145:16,22 156:19
156:25 157:9,18
158:17 159:22

164:13,16 211:8
211:13,25 214:21
215:9 269:7
270:21 273:18,25
**counsel (35)** 6:22
7:12,15 13:2
82:25 94:21 112:8
117:10 120:5
124:19,25 126:18
129:13,13 134:16
136:6 137:6
138:20 139:25
151:4,16 213:8
217:15 218:1,3
226:5 228:12
261:25 278:2
293:13 331:19
348:24 349:8
354:13,14
**count (3)** 62:22
99:7 247:5
**counting (7)** 87:23
97:6 99:7,11
220:23,23,24
**country (1)** 83:20
**counts (1)** 267:17
**county (8)** 26:1
80:3 81:4,5,13
82:3 83:16 354:2
**couple (12)** 19:8
45:12 80:9 95:13
122:14 241:20
262:20 264:12
270:5 285:24
315:10 327:4
**course (6)** 108:9
110:12 111:20
115:12 202:7
283:22
**courses (1)** 111:3
**court (6)** 1:1 8:1,12
9:17 11:8 80:1
**courtesy (1)** 152:23
**courthouse (2)**
106:6,7
**courtroom (1)**

17:23
**cover (3)** 14:10
186:21 193:12
**co-counsel (2)**
13:14 226:5
**Craig (3)** 3:18 8:10
8:10
**crash (3)** 110:12
111:3 347:1
**crazy (1)** 157:25
**create (1)** 58:7
**created (1)** 273:1
**crest (1)** 55:23
**criminal (6)** 107:11
317:23 345:8
349:10,18 352:2
**criteria (37)** 11:13
12:1,20 38:10,19
39:5,6 40:15,16
41:3 54:7 62:15
77:5 101:5 169:25
170:3,9 172:5
173:5,10 175:11
175:14,16,19,21
175:21 183:15
185:20 186:2
230:8 231:8
233:18 235:19
259:4 264:15
265:20 301:2
**critical (3)** 160:3
194:10 256:11
**criticism (5)** 11:25
38:15,21 179:9
262:5
**criticisms (6)** 37:6
37:7 39:3 60:18
101:4 177:7
**criticized (2)** 12:19
39:5
**criticizing (1)**
39:21
**crosshatch (1)**
234:4
**crossover (3)** 232:9
240:11 241:19

**cross-examinatio...**
118:17 129:17
152:9,11,16
**crummy (1)** 52:11
**Crump (3)** 78:5,12
78:23
**Cs (3)** 239:6,7,25
**CT (11)** 43:10 64:6
64:6 97:24 98:2,6
98:19 99:1 186:15
187:3 270:8
**CTs (3)** 43:11,12
185:11
**CUMMINGS (1)**
3:4
**cures (1)** 23:20
**curiosity (1)**
322:19
**current (2)** 67:21
250:22
**currently (2)** 49:11
163:16
**Curve (2)** 4:22
103:4
**cut (8)** 19:15,17,24
61:17,18 138:24
282:6 293:24
**cutoff (1)** 348:25
**cuts (1)** 212:21
**CUYLER (1)** 3:18
**C-R-A-I-G (1)** 8:11

**D**

**D (1)** 2:13
**Dallas (1)** 2:23
**dam (1)** 80:9
**Damage (2)** 2:20
8:7
**damaged (1)** 31:16
**Damn (1)** 234:1
**darn (1)** 195:9
**data (170)** 23:21
43:9,13 45:23
79:13 88:23 91:14
112:22 114:17
115:4 116:3

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

126:12 129:1
148:15 157:21
187:23,24 188:1,4
188:5,7,9,14,15
188:17,19,21,21
188:21,23 189:2,5
189:11,14,18,22
189:24 190:6,7,8
190:13,19,19
191:3,20 194:14
194:15,16,19
195:10 196:13,14
196:15 197:4,12
197:14 198:16,23
198:24 199:12
200:2 201:2,4
202:12,15,21
216:2 217:16
220:10,11,12,16
220:16 221:11,12
221:16 223:2,5,8
223:9,19 224:18
224:19 225:3,8,23
227:21 228:4
242:13 244:17
253:24 254:8,8
255:1,19,24 256:4
257:18,23 258:23
267:24 270:17,21
271:9,15,16,23,24
272:17 274:2,23
274:24 275:1,9
275:20,21 277:13
278:22 279:17,18
281:4 283:9 284:8
284:9,11,16,17
286:8 292:24
293:3,6,7,17,22
293:23,25 294:4
294:17,22 295:4
295:12,24 296:1,2
296:6 297:4,9
301:16 302:2,8
306:11 312:20
313:24 316:20,20
319:7,13,14,17

340:3,3 345:4,6,7
345:22 346:5,13
346:13,20 348:20
**database (32)** 44:8
44:11,17,23 191:7
195:11,11 196:1
198:22 199:6,7,10
199:11 200:9,10
201:6,8,16,23
202:8,9 325:11,12
325:14 328:2,4
331:2 332:11
345:4 346:21
347:11,14
**databases (6)**
198:17,18 199:3,9
199:23 200:1
**date (10)** 1:24
63:19 93:13
202:14 342:9
343:21 345:10,16
346:7 349:21
**dates (1)** 259:18
**David (3)** 2:7 105:1
244:15
**day (6)** 17:13 72:22
72:22 110:10
147:13 353:14
**days (4)** 36:15
44:16 106:14
110:10
**dead (2)** 224:3,4
**deal (6)** 129:22
144:4 186:15
198:8 266:4
337:18
**dealing (4)** 146:1
223:24 252:25
288:11
**dealt (3)** 38:18
123:25 179:14
**death (93)** 22:10
23:21 25:6 26:3
30:2 34:10 35:24
42:25 84:5 85:25
86:1 88:14,20

89:17 90:5,6 91:2
91:6,10,21,22,25
92:4 93:13,15,24
94:3,9 203:22
204:23 205:17,25
243:9 245:2,9,15
248:25 249:8
250:3 253:19
256:4,10 296:16
297:1,7,8,18,25
298:5 300:9,13,15
300:16,17,18,19
300:23 301:3,4,5
301:6,20,20 302:2
302:8,23 303:8,17
304:5,6,6,14,17
305:1,3,10,13,14
305:16,22 306:1,3
306:8,9,12,16,21
306:21 307:7,21
308:6,8 316:12
**deaths (3)** 45:13
91:2 204:20
**debate (4)** 71:17
157:13 180:12
321:23
**Debtors (1)** 1:6
**decades (1)** 284:1
**December (3)** 10:7
10:13 63:19
**decent (3)** 101:17
171:5 201:18
**decide (5)** 46:14
109:11 152:10,12
219:24
**decided (8)** 119:25
157:16,20 158:15
158:24 255:10
259:7 308:7
**deciding (3)** 60:22
219:23 305:7
**decision (7)** 72:25
90:7,9 179:16
294:5 301:21
302:3
**decisions (1)** 92:16

**declaratory (1)**
130:10
**declare (1)** 353:8
**decline (14)** 35:14
42:6 43:4,6,19
44:5 45:5 52:9
53:1 54:5,8 70:8
70:10 281:21
**declines (1)** 70:13
**decrease (1)** 153:19
**decreased (2)**
35:12 153:15
**DeCRISTOFAR...**
3:14 4:8 7:22,23
8:3,4 350:23,24
351:4,6,12,14,16
352:12
**defect (4)** 37:1
174:21 253:1,2
**defendant (1)**
37:24
**defendants (3)**
108:4,5 333:24
**defense (1)** 107:19
**defer (1)** 322:12
**definable (1)** 67:8
**define (13)** 30:6
49:14,22 62:25
76:1 99:4 125:12
131:7 136:9
157:16 158:15,24
219:12
**defined (15)** 16:15
16:18 49:11,11
50:1 60:18 66:23
66:25 76:23
116:11,18 207:20
208:6 219:13
240:15
**defining (4)** 59:18
76:24 262:2 302:1
**definitely (1)** 72:3
**definition (27)**
16:23 24:21 39:21
60:3 125:19
145:14,19 156:9

157:17,24,25
158:3,9,16 164:12
164:17 207:25,25
208:8,9,13,16,23
270:16 273:1,14
273:24
**definitions (7)** 49:7
61:5 132:19,21
157:14 158:7
169:18
**definitive (1)** 45:25
**defusion (1)** 37:1
**degree (22)** 16:19
22:2,5,6 23:10
64:24 67:23 73:24
85:20 91:20,23
124:14 166:21,21
167:2,20,22 185:2
194:15 268:6,7
284:2
**degrees (2)** 35:6
36:25
**DELAWARE (1)**
1:2
**delivered (1)**
341:25
**demarcated (1)**
49:13
**demographics (2)**
93:18,20
**demonstrate (2)**
161:8 238:25
**demonstrated (3)**
138:14 153:14
212:8
**demonstrates (4)**
73:10 134:11
135:16 155:3
**demonstration (1)**
52:13
**Denotes (1)** 5:16
**dep (3)** 113:2
165:21 226:12
**Department (4)**
18:5 345:7 347:5
350:6

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

**depend (1)** 23:10
**dependent (2)** 30:1
201:19
**depending (1)**
177:6
**depends (5)** 70:16
154:17,18,21
322:8
**deponent (1)** 6:21
**deposed (3)** 8:19
111:5 113:6
**deposition (60)** 1:8
4:1 6:15 8:15
9:22 10:11 12:13
13:17,19 15:17
17:23 19:6 25:21
25:22 37:3 50:24
51:1 77:25 78:18
87:9,14 102:19
103:24 104:15
106:13 107:19
108:20 109:9,12
110:4,6 111:10
119:2,7 126:10
152:25 163:4
184:3,9 213:11
223:16 226:1,4,19
257:4 263:19
266:5 276:16
278:7,13 323:24
324:5,6 344:2,4
352:18,21 353:10
354:6,8
**depositions (5)**
17:17 109:22
112:18 113:4
348:5
**Desaturation (2)**
4:24 103:13
**describe (3)** 31:25
58:8 77:19
**described (15)**
11:21 42:23,24
47:17 72:12 74:2
76:12 77:12
204:18,24 286:20

306:20 338:5
344:24 346:20
**describes (3)** 30:13
320:21,21
**describing (2)**
29:16 56:14
**description (1)**
207:24
**descriptive (3)**
63:15,16 320:19
**designed (4)** 40:11
55:25 160:17
170:1
**destroyed (1)**
326:23
**detail (1)** 340:2
**detailed (1)** 107:8
**detailing (1)** 75:24
**details (2)** 62:6
203:5
**detect (1)** 55:1
**determination (1)**
89:14
**determine (14)**
61:6 72:3 76:3
81:7 90:1,19 98:5
297:17 308:7
336:10 339:6,17
339:22 340:17
**determined (19)**
35:21 78:20 79:2
89:10 94:8 170:18
265:18 267:5,9
268:11,22 269:1,8
270:18 272:15
301:16,18 340:8
340:16
**determining (4)**
72:13 171:18
302:7,7
**develop (3)** 35:7
64:4 251:1
**developed (8)** 65:2
161:18,20 162:1
162:14 163:22
341:11,22

**development (4)**
162:10 273:19,21
273:22
**develops (3)** 22:18
23:4,6
**deviations (2)**
33:13 34:2
**diagnose (1)** 52:16
**diagnosed (11)**
35:22 43:23 82:19
84:2 85:10,22
113:13,18 198:11
198:19 216:7
**diagnosing (1)**
51:19
**diagnosis (14)** 4:17
51:12,16 84:11
88:19 93:13 99:7
113:25 171:17
179:25 180:19
209:22 210:1
216:7
**diagnostic (7)** 34:1
115:25 116:12,21
165:25 185:10
209:6
**diagram (1)** 312:6
**dialog (2)** 129:1
137:14
**diameter (1)** 49:16
**dictated (1)** 191:9
**die (14)** 22:22
23:13,25 34:14,15
34:20,21,25 35:16
45:20 85:12,24
86:15 95:1
**died (42)** 35:22
36:1,5,9,10,13,16
45:22,24 60:15
62:9 74:6,6 86:11
88:9,10 89:1
90:19 93:14,24
97:15,18,19 98:4
100:6 157:22
205:8 223:9 242:8
242:9,14,14 244:1

244:2 279:7,16
295:7,12 297:16
297:21 302:14
303:5
**dies (2)** 34:8 91:12
**difference (49)**
24:12 67:24 73:18
75:7 78:24 135:21
140:19,23,24
141:1,3,9,15,24
142:2,22 143:2
144:19,23 147:2
179:3 199:2 206:5
206:22 209:7
210:21 211:9
212:20 221:9
222:23 223:4
224:23 229:13,16
230:16 231:14
238:4,10,16,18,18
241:6 243:5
248:14 266:13
267:6 268:5
284:16 309:1
**differences (15)**
46:5,10,13 60:12
77:13 78:13 79:6
205:12 207:3,4
241:5 243:3
249:23 251:15,17
**different (83)**
16:19,19 22:20
23:9 24:25 26:1
27:15 33:14 42:14
46:24 52:1,2 57:2
57:12 61:1 73:11
74:21 90:12
106:10 126:1,2,5
126:5 131:6,8,9
131:16 138:4
139:4,20,22 142:4
142:21 162:16
174:22 178:5
185:16 191:14
193:9 194:1
203:15,23 204:13

205:15 214:15
220:4 229:18,22
232:3 237:3 247:9
248:6 254:7
256:13 258:20
265:17 267:9,13
267:25 269:9
270:21 271:1,21
274:5 276:21,23
277:2 282:16,16
282:18,19 283:3
284:6,10 286:10
286:19 291:5
294:23 296:24
302:5 308:25
321:8 329:4
**differentiated (1)**
331:13
**differently (13)**
194:3 206:7,12
215:6 230:12
232:25 234:23
235:2 238:1 243:7
266:16 308:23
336:22
**differing (3)** 71:14
126:11,21
**differs (1)** 214:5
**difficult (6)** 108:17
110:24 161:10
163:1 186:6 251:7
**difficulty (1)** 56:21
**diffuse (224)** 47:10
47:15,25 48:22
60:13 61:7,17,21
61:24 62:7,15,17
62:19 63:1 65:5
104:11 115:7,11
115:16,19,24
116:6,12,18,20,23
117:5,18,23 118:4
118:9,13,23 119:8
123:9,13,17,19
124:10,16 125:11
125:23 126:2,13
126:23 127:5,18

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

128:7,24 129:7,23
131:6,8 132:19,21
137:15 138:3
139:3,6,8,18,20
139:23 140:20,21
141:5,15,16,24,25
142:9,17,22,23
143:6,8,14,25
144:19,20 145:13
145:20 146:21
147:19 150:1
153:22 155:10,12
156:7,13,18,23
157:8,16,23
158:15,18,24
159:2,7,21 164:3
164:17 180:4
202:19 203:4
204:4,5,7,12,13
204:17 207:5,6,15
207:20,25 208:1,7
208:13,16,23
209:4,9 210:17
211:5,11,11,23
212:4,9,15 214:4
214:12,24 216:8
218:24 220:3
222:24 225:14
228:11 229:22
230:13 231:15
233:1 237:4,5,24
237:25 238:6
239:20,20 240:5,5
240:5,19 241:3,3
242:6 243:6,16
244:22,24 247:1,9
247:9,22 248:7
256:5,6,7 257:11
257:11 260:5,10
261:7,14,16,19,23
262:10 263:2
264:6,6 265:22
266:16 267:6,12
267:24 268:18,23
268:25 269:12,13
270:6,10,19

272:16,18,25
273:1,2,7,16
274:3,7,12,13,17
275:14,24 276:20
277:14 278:20,23
281:3,5,5 283:5
284:7 296:24
308:22 321:7,7
**diffusing (3)** 65:17
65:23 66:14
**diffusion (6)** 31:7,8
34:17 65:18 66:6
66:8
**digest (1)** 149:5
**digging (1)** 337:16
**digression (1)**
187:14
**diminished (2)**
65:16,18
**dioxide (1)** 34:20
**direct (7)** 90:10,12
95:19 304:23
307:5,6 341:2
**directed (3)** 215:2
215:3 277:6
**direction (1)** 354:8
**directly (6)** 35:9
92:5 95:19 195:5
303:12 304:12
**disability (3)** 53:23
58:1 187:15
**disabled (1)** 92:11
**disabling (11)**
179:18,21 180:18
180:21 181:3,16
182:1,3,7,23
184:14
**disagree (5)** 130:19
161:22,25 162:6
168:1
**disagreed (1)**
109:16
**disagrees (1)** 134:5
**disapprove (1)**
11:9
**discover (1)** 176:6

**discovered (2)**
82:14 283:25
**discovery (1)**
349:23
**discrepancies (1)**
59:21
**discrepancy (1)**
94:15
**discretion (2)** 92:3
340:18
**discuss (2)** 262:21
282:4
**discussed (4)** 122:2
123:1 205:1
321:10
**discusses (1)**
155:17
**discussion (2)** 63:5
137:25
**discussions (1)**
62:4
**disease (285)** 4:18
15:8,19,20,23
16:1,4,5,9 18:22
18:23 21:24 22:8
22:9,10,14 23:11
24:17 25:10,12,13
25:14,15,16 26:3
26:12,19,20 27:7
27:17 29:17,21
34:22,23,25 35:23
36:3,3,10,14 37:9
38:24 39:14 41:5
41:6 42:2,3,13,14
42:16,21,25 43:24
45:4,6,11,15,16
45:17,20,24 46:5
46:8,14,15,16,25
47:12,16,25 48:1
51:20 52:8,17,19
53:3,20 56:2,5,18
56:20,21 57:4,11
59:18 67:15,25
68:1,6,9,10,14,17
68:22,24 69:6
72:4,20 73:4,6,19

73:20,22 74:7,9
74:16,17,21,23
75:8,9 76:17 82:5
82:7,20 83:5 84:3
84:13,14,15 85:2
85:3,11,13,23,24
86:4,16 89:18
90:20 91:12,21,22
91:24 92:8 94:9
95:1,20 97:20,23
97:24,25 98:4,8
98:10,12,15,21,22
98:25 99:3,5,10
101:9 114:23
115:21 116:9
124:1 127:3,4
130:4 143:18,23
160:14 162:15
170:11,12 171:23
176:11 177:20
179:18,21,22
180:2,18,22 181:3
181:6,17 182:1,4
182:8,23 184:15
185:3 186:7,9,23
188:2 189:25
203:15,16,16,16
203:17,20 204:7
205:15,15 206:2,6
206:7,11,19,20,23
206:25,25 207:1
208:20 210:2,10
210:17,20,22
215:3,5,5 230:22
231:4,9,22 232:11
232:21 233:6,11
233:12,22 235:5,8
235:17,24 236:2,7
240:2,23 241:1,7
241:13,21,22
242:9,15 247:24
250:14,16 253:2
253:22 254:11
261:12 262:19
263:16,23 264:1,2
277:6,17 279:4,5

279:7,8 280:3,11
281:19 286:7,13
286:15 287:6
288:1 289:5
290:13 296:9,23
297:20,25 302:14
302:22 303:5,9,18
303:25 306:13
308:24 312:1
316:11
**diseased (1)** 84:20
**diseases (20)** 34:9
38:10 51:13,16,24
52:1,2,7 54:4 56:2
69:7,9 71:9 97:11
101:6 179:14
250:13 286:11,12
286:21
**disk (7)** 87:9,13
184:3,8 278:7,12
352:18
**dismiss (1)** 78:16
**dispense (1)** 151:25
**dispute (4)** 28:6
72:17 75:11
295:19
**disrespect (1)**
152:20
**distinct (4)** 74:21
115:25 116:21
165:25
**distinction (2)**
253:14,16
**distinctive (3)**
257:10 263:3
296:17
**distinctness (1)**
73:4
**distinguish (3)**
204:2 210:13,16
**distribute (1)** 40:11
**distribution (4)**
11:14 40:5 168:7
178:18
**distributor (1)**
327:2

**district (2)** 1:2
337:7
**Distrubution (1)**
4:14
**disturb (3)** 336:14
336:25 337:14
**disturbs (1)** 178:24
**divide (1)** 52:8
**divides (2)** 54:2,3
**dividing (2)** 53:20
56:7
**DLCO (27)** 31:9,22
36:21,24 52:15
67:13,15,22 68:4
100:11,13 101:7
174:15,15,16,17
178:9 184:13,21
185:14,23 186:1,4
186:17 246:2
264:25 285:1
**DLCOs (3)** 183:10
246:1,3
**doc (2)** 191:9,13
**docs (3)** 91:10
172:2 187:21
**doctor (19)** 25:18
27:6,25 30:14,16
56:16 58:9 59:16
59:18 60:1,3,21
111:22 112:8
186:25 213:9
230:24 293:12
349:9
**doctors (7)** 57:10
64:23 71:13 182:3
191:14 274:11
307:23
**document (26)**
4:16,19 13:3,20
19:18 20:14,19
40:9 51:4,23
55:20 78:22 87:22
93:8,10 94:25
100:10 101:1
105:3 153:16
163:19 218:22

226:18 228:14
241:24 255:13
**documentation (4)**
42:20 176:9,10
255:6
**documented (1)**
73:12
**documents (9)**
102:4 259:12
340:8 341:13,21
343:15 344:5,12
344:20
**doing (29)** 33:25
45:13 110:10
111:20 130:20
135:10 173:20
187:15 195:15
201:16 217:17
218:4,17 281:10
293:5 295:13
298:20,23 299:13
299:25 301:13
311:6,7 323:17
330:8,17,23
341:20 347:8
**dollar (2)** 37:17
173:13
**doubt (4)** 268:4
294:25 316:25
335:23
**dozen (1)** 26:17
**Dr (137)** 6:21 8:25
9:21 12:17 13:8
13:16 20:12 25:19
48:16 50:23 62:11
66:11 75:3 77:24
78:9 79:15,21,22
87:14,19,24 89:12
89:22 90:3 93:9
99:12 102:16
103:20 106:3,13
106:20,20,22
107:14,16 109:9
109:12,13 111:10
112:13 116:10
118:1,2,3,8,11,21

119:18,22 121:4
121:17 122:5,7,9
122:25 125:8
134:21 137:1,14
139:2 140:19
143:7 147:12
151:1,5 152:14,17
152:20 153:2
159:5 162:22
165:18 168:13
175:9 184:9,12
194:3,11 197:12
202:5 203:14
212:22 213:20,23
214:3 215:19
217:15 218:2,10
218:20 219:22
221:5 222:5,22
223:12 224:10
226:16 227:3
234:22 239:18
256:11 257:1,2
259:23 262:23
265:16 267:4
270:3,16 278:13
278:16 288:14
293:11 299:4,6,7
299:16 300:8
305:2 306:3,6
321:22 322:5,9
323:10,23 327:6
331:22 335:17
337:5 338:22
340:4,15 343:9
347:17 350:21
351:5
**draft (6)** 19:2
120:25 264:18,20
282:21,23
**drafted (2)** 40:2,5
**drag-out (1)**
108:15
**dramatic (1)**
287:10
**dramatically (1)**
294:23

**draw (4)** 38:6
86:24 101:17
279:8
**drawing (2)** 82:15
82:17
**Drive (1)** 3:19
**drives (2)** 216:2
217:16
**driving (1)** 115:3
**drop (2)** 259:8
264:25
**dropped (1)** 264:11
**DRYSDALE (1)**
2:13
**due (14)** 16:1 29:17
34:22 65:17 68:20
68:20 89:17 94:9
134:4 219:22
224:12,14 253:2
293:10
**duly (3)** 8:17 354:1
354:11
**dying (1)** 322:14
**D-E-C-R-I-S-T-...**
8:5
**D-L-C-O (2)** 31:10
31:11
**D.C (3)** 2:10,14,18

————————————
            **E**
**E (1)** 239:3
**eager (1)** 152:21
**early (7)** 46:18 55:2
65:24 66:16,19
194:12 313:22
**easier (2)** 229:9
244:9
**easily (3)** 65:3
184:22 255:13
**east (1)** 310:14
**easy (1)** 65:7
**ECKERT (1)** 2:17
**edges (1)** 49:13
**editing (1)** 48:17
**edition (2)** 53:16,16
**editorial (2)** 140:4

140:7
**Edward (2)** 2:17
7:3
**effect (14)** 5:10
48:22 49:21 105:7
116:4 117:22
118:13 175:12
182:21 183:4,16
184:19 251:16
302:10
**effects (2)** 331:12
332:6
**effort (1)** 111:8
**effusion (1)** 61:25
**effusions (1)** 134:4
**eight (13)** 44:16
98:3 154:10,12
224:4 237:7,8,9
237:19,20 240:13
241:17 250:15
**eighteen (5)** 200:13
255:4,5 256:21
276:15
**eighth (1)** 237:8
**either (36)** 11:9
14:24 17:21 34:19
34:19 36:1 39:8
39:10 46:5 52:14
69:14 72:16 75:2
79:23 85:2 88:18
92:10 94:25 100:7
100:16 148:22
155:13,18 156:3
169:5 172:2
246:22 262:24
264:20,24 286:21
303:12 304:12
305:21 330:8,16
**electron (1)** 171:6
**electronic (2)** 200:1
202:9
**electronically (1)**
199:25
**eleven (2)** 98:3
240:13
**Elias (3)** 3:9 7:16

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

7:16
**eliminate (2)** 186:3
232:13
**eliminated (1)**
141:19
**Elizabeth (5)** 3:14
7:23 8:4 350:24
351:5
**Ellis (3)** 2:9 7:6,11
**Elm (1)** 2:22
**else's (1)** 336:12
**elucidate (1)** 237:3
**emphasis (1)** 130:4
**emphysema (7)**
68:20 69:3,14
251:1 253:5
286:22,23
**employee (2)**
354:13,14
**employment (1)**
327:17
**enable (2)** 259:12
259:13
**Enbrel (1)** 293:8
**ended (2)** 29:1
111:1
**ends (1)** 352:18
**enjoy (1)** 321:23
**enlisted (1)** 111:20
**entered (1)** 198:23
**entering (1)** 199:1
**enters (1)** 12:24
**entire (5)** 82:8
176:19 181:7,9
305:17
**entirely (9)** 45:9
66:3 114:24
133:10,18 138:4
138:22 152:9
311:14
**entirety (3)** 176:22
252:2 312:14
**entitled (6)** 92:20
103:3,12 104:25
151:11,18
**entity (4)** 115:25

116:12,21 165:25
**environment (2)**
335:19 337:1
**environmental (1)**
72:22
**EPA (10)** 78:6,11
78:20 79:1 198:22
200:7,8 202:17
340:1,3
**epidemiologic (11)**
55:24,25 317:19
318:8,9,11 320:5
320:9,15,19,25
**epidemiological (...**
160:13 317:3
318:3,19 319:22
320:13,18 321:1,5
321:12,16
**epidemiology (6)**
66:23 75:15 317:2
317:13 320:3,23
**equal (2)** 234:9,9
**equally (4)** 57:1
71:12 79:10
101:12
**equals (2)** 232:17
232:19
**equation (1)** 33:17
**equations (1)** 33:18
**equipment (2)**
171:5 172:3
**equivalent (1)** 65:4
**Erickson (1)**
248:20
**erratically (1)**
346:15
**error (1)** 169:13
**ESPOSITY (1)**
3:14
**essentially (1)**
242:14
**establish (2)** 37:14
176:7
**established (5)**
170:3 189:15
207:25 211:13

299:24
**establishing (1)**
197:11
**establishment (1)**
160:14
**estimate (2)** 95:19
335:13
**estimated (1)**
113:16
**et (11)** 1:5 6:20
56:20,20 88:2
105:1,7 207:18
269:11 312:1,1
**etiology (6)** 66:8
136:2,3,4,9,10
**evaluating (1)**
41:19
**evaluation (6)** 5:3
5:12 16:9 53:12
103:18 105:9
**evaluations (2)**
53:23 187:15
**event (4)** 92:9
252:21 303:11,13
**everybody (14)**
16:21 43:12 61:24
76:19 93:19
154:20 186:8,8
198:25 199:18
200:14 218:17
285:23 292:4
**everybody's (3)**
109:3 192:24
346:17
**evidence (17)** 26:6
62:1 74:25 75:2
93:14 146:4
170:18 173:6
184:17 185:10
186:15 216:16
247:8 248:13
253:22 254:6
274:9
**evident (3)** 59:21
132:6 202:19
**exact (9)** 18:8

21:19 39:16 81:15
83:8 328:15,19
329:6 350:18
**exactly (26)** 62:8
62:14 64:12 79:12
89:7 102:4 113:15
120:7 124:5 125:4
148:4 172:3
186:19 211:16
212:1 230:20
259:7 279:2,24
280:19 281:23
282:10 284:3,5
291:10 313:13
**exam (3)** 30:22,24
210:3
**examination (16)**
1:8 4:2,3 8:23
50:21 87:17 106:1
137:12 165:16
184:10 222:20
278:14 296:5
323:8 351:3
354:10
**examine (3)** 156:17
296:1,2
**examined (2)**
152:14 295:25
**example (8)** 19:19
26:5,9 59:25
67:18 76:9 123:24
176:2
**examples (3)** 21:6
22:7 35:6
**Excel (1)** 93:6
**excepting (1)**
158:10
**exception (2)** 90:16
162:13
**exceptions (4)**
59:23 61:12,14
354:9
**excerpt (1)** 103:17
**excess (1)** 249:15
**exclude (10)** 25:15
177:8,11,12,15,16

178:3,12 182:2,6
**excluded (5)** 80:19
88:16 98:2 177:19
178:9
**excludes (1)** 273:2
**excluding (1)**
182:22
**exclusive (1)** 132:9
**excuse (4)** 48:7
67:10 227:14
228:12
**exercise (3)** 4:24
103:13 298:4
**exhibit (14)** 4:10,14
5:1 18:11 37:2
79:18,22 92:25
103:11 104:2
226:16 257:3
263:18 315:6
**exhibits (4)** 4:11
5:2 220:15 260:23
**Exhibit-1 (20)** 9:18
9:19,22 10:11,16
15:17 257:4
260:19,20,24
261:3 263:19
276:15 277:20
278:18 279:23
280:16 281:2,14
292:20
**Exhibit-10 (2)**
103:17,25
**Exhibit-11 (1)**
104:2
**Exhibit-12 (1)**
104:15
**Exhibit-14 (1)**
102:12
**Exhibit-15 (22)**
227:18,20 228:3
232:17 237:1,3,21
238:24 242:4
243:2,11 248:1
303:19 304:3,8
305:11 307:19
308:5,21 312:2

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

315:4 320:17

**Exhibit-16 (3)**
253:6,12,12

**Exhibit-2 (4)** 12:13
12:14 168:9,24

**Exhibit-2-A (1)**
196:11

**Exhibit-3 (6)** 13:5
13:6,17,19 344:1
344:4

**Exhibit-4 (3)** 4:14
18:15 19:6

**Exhibit-5 (3)** 50:19
50:24 51:1

**Exhibit-6 (11)**
79:19 83:2,24
257:1,1,8 258:5
259:3 260:4
261:13 277:19

**Exhibit-7 (5)** 87:15
87:20 97:7 99:12
100:5

**Exhibit-8 (3)**
102:12,17,19

**Exhibit-9 (1)**
103:11

**exist (2)** 212:15
327:3

**existence (1)** 57:23

**exists (6)** 48:2 96:7
101:12 214:25
299:20 313:10

**exits (4)** 50:16
73:13 165:13
323:5

**expansion (1)**
26:17

**expect (5)** 18:21
45:18 83:9 148:12
214:12

**expected (2)**
144:13 247:23

**expedite (1)** 151:2

**expedited (10)** 37:8
169:6,10,19,20
170:1 171:8,14

185:17,18

**experience (22)**
23:16,17 42:23
45:11 113:9 114:2
127:3,4,12 132:18
171:21 177:16
183:5 223:23
259:1 271:21,22
291:5,6 296:22
312:25 319:12

**experienced (2)**
125:1 140:16

**experiencing (1)**
31:20

**expert (49)** 4:13
9:25 10:23 11:1
15:16 17:14,19
18:3 37:21,23
77:12 79:24 81:19
103:22 104:22
105:4,12 113:3
119:14,16,17
122:18 124:9,11
124:15 126:11,21
127:1,15,22,25
129:3,4 154:8,24
169:9 256:19,20
265:12,13 312:11
312:19 313:3
320:12 337:18
340:9 342:12
347:18 351:22

**expertise (5)** 37:12
37:16 41:19 46:12
127:13

**experts (8)** 10:18
59:13 107:19
108:21 159:11,13
159:14,15

**Expiratory (2)**
4:22 103:4

**explain (4)** 45:9
158:1 201:13
280:1

**explained (1)**
300:13

**explains (2)** 185:14
316:22

**explanation (1)**
224:15

**explore (1)** 281:25

**exploring (1)**
124:14

**exposed (34)** 22:1,3
22:19,21 24:4,7,8
24:13 26:10,12,21
27:18 29:6 43:25
48:3 76:25 80:4
80:17,24 81:5
82:9 83:10,13
84:4 96:8,9,14,20
101:13,16 327:8
330:4,8,15

**exposure (105)**
11:13 12:1,20
20:21 21:6 22:7
22:15 23:5,7 26:2
26:4 29:17 35:1
35:24 38:9,15
39:5,6,7,9,13,13
39:21,25 40:15
41:3 42:13,15
45:4,6 52:3 56:8
68:7,25 69:24
71:19 73:5,19
74:7,10,16,17,22
74:23 77:4,6 81:9
82:5 85:11 97:1
113:11 115:1
133:1 176:7 185:1
192:8,9 209:15
210:2,23 214:16
215:8 238:7,17
239:1,2,8,9,23
240:6,14,19 241:5
248:14 249:25
251:18 256:9,15
268:16,17,17
269:1 275:23
276:9,10 309:2
315:17,17 317:8
323:25 324:12,14

explains (2) 185:14
316:22

324:24 326:5,8
327:15,16,21,25
328:17 331:13
335:11,12,13,14

**exposures (17)**
39:11 96:15,21,22
101:16 113:14
210:16,20 240:16
247:19,23 248:6,8
248:8 275:25
315:17 327:14

**express (1)** 311:1

**extensive (7)** 71:10
127:2,3 241:19,21
248:9 340:1

**extent (19)** 21:6,19
21:21 24:6 27:15
39:7 45:3,18
101:10 133:15
148:9 160:14
166:16,17,24
211:14 215:8
223:8 284:22

**external (1)** 284:18

**extract (1)** 196:3

**extrapolate (3)**
309:7 312:25
314:15

**extrapolated (1)**
56:4

**extrapolating (1)**
313:16

**extrapolation (6)**
86:9 313:8 316:14
316:15,16,24

**extremely (1)**
205:2

**extremes (1)** 81:4

_____

**F**

**face (1)** 229:15

**facility (2)** 26:14
288:12

**fact (39)** 32:1 38:24
90:14 92:11
116:16 130:3

134:2 137:15
138:18 142:8
144:9 148:14
157:4 163:21
170:20,22 175:18
176:17 178:5
181:5,14 182:1,3
194:10 195:22
197:25 205:1,16
205:18 211:15,19
212:3 265:20
271:21 288:21
293:1 294:21
314:3 335:21

**factor (13)** 95:20
176:9 204:25
233:7,8 301:20
302:9 303:8 304:5
304:6 306:17
335:15 338:15

**factored (1)** 335:2

**factors (5)** 68:3
282:16,18,20
337:20

**factory (1)** 16:6

**facts (3)** 146:4
216:15 274:9

**factual (1)** 224:14

**failure (3)** 34:22
300:22 306:25

**fair (64)** 11:5 38:20
45:7 49:1 61:13
69:7 73:2 81:12
82:12 91:4 111:7
113:6,7 115:5,22
116:21,22 127:9
129:4 137:24
140:1 151:16
152:16 157:14
172:12 173:8
174:6 175:25
176:24,25 177:8,9
177:13 179:23
181:6,19 183:16
193:23 203:12
206:8,15,16

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

209:11 211:1
220:13 221:13
226:22 230:22
233:3,4 238:2
258:19 278:20
280:1,21 281:25
290:6,13 311:8
316:4,5 323:21
330:19 337:19
**fairly (7)** 17:7
42:25 88:22
201:11 209:16
279:5 287:21
**fairness (1)** 101:11
**fall (2)** 34:4 316:2
**falls (3)** 2:5 83:19
279:4
**familiar (14)** 53:12
71:1,17,23 76:6
96:6 169:9 178:18
310:1,7,8 318:12
325:12 335:12
**familiarity (1)**
84:19
**family (12)** 86:8
91:10 96:4,7,19
239:12,14 307:24
315:2,17,23 316:3
**far (17)** 15:14
24:15 39:6 42:21
56:21,22 81:4,5
147:2 174:16
189:9 193:24
231:4 245:10
252:3 262:19
326:17
**fare (1)** 91:13
**fashion (4)** 161:3
218:22 306:13
315:15
**fatal (1)** 22:25
**fault (1)** 197:24
**feature (1)** 267:13
**federal (4)** 136:19
136:20 152:17
349:10

**federally (2)** 198:5
198:6
**feds (1)** 345:6
**feel (1)** 318:18
**fees (1)** 112:6
**Fehrs (2)** 248:19,20
**fellow (1)** 340:21
**felt (2)** 298:11,17
**females (1)** 96:7
**fiber (4)** 16:15
78:14,24 79:6
**fibers (4)** 72:8,11
171:24 172:10
**fibrosis (39)** 5:9,11
24:20 49:12 70:3
72:14 100:2
104:25 105:8
133:16,16,22
134:8,12 135:13
153:19 166:17,21
166:25 167:1,2,21
167:23 170:22
171:9,19,23
172:17 173:8,10
175:5,15 176:4
185:13 208:3,8
241:20 243:17
244:23
**fibrotic (9)** 132:5
132:14 133:4
134:22 136:4
138:8,14,18 166:3
**field (4)** 66:23
128:2 163:23
299:20
**fifteen (1)** 350:16
**fifth (2)** 20:24
53:16
**fights (1)** 108:15
**figure (8)** 80:6,21
236:20 248:12
251:6,7,9,14
**figures (1)** 80:18
**file (3)** 252:8
281:24 282:3
**filed (10)** 14:16

27:3,3 79:25
310:2,4 313:19,22
313:25 314:2
**files (12)** 114:8
191:3 251:20,22
251:25 252:12,15
252:23 276:17
279:25 310:6
344:10
**fill (2)** 308:11
337:10
**filled (4)** 300:20,21
307:7,9
**filler (1)** 28:5
**filling (2)** 300:23
306:1
**film (2)** 58:10 68:2
**films (4)** 64:15
82:14 98:10,20
**filtered (1)** 195:13
**final (6)** 4:15 92:2
95:4 113:2 226:17
343:17
**finally (2)** 98:1
317:1
**financially (1)**
354:14
**Finch (73)** 2:13 4:5
6:24,24 7:14 8:24
9:1,17,21 12:12
12:16,25 13:4,12
13:16 18:10,12,17
20:3,6,8,11,20
28:10,13 37:5,14
37:16 40:24 41:18
50:4,11,22 62:18
62:23 73:14 75:14
79:17,21 83:1,3
87:1,4,18 88:5
89:9,24 90:1 93:5
94:23 101:23
102:16 103:1,2
105:19 107:22
108:3 112:6
123:24 196:10
227:2,8 229:15

236:10,15,17
241:8 244:15
257:2 259:25
260:16,19 347:23
**Finch's (1)** 184:16
**find (17)** 22:7 32:4
72:7 140:18
172:13 217:16
219:25 263:4
268:7 271:18,22
294:23 295:3
299:23 307:20
312:12 313:13
**finding (4)** 66:1,4
67:12 334:14
**fine (17)** 67:11
112:9 130:19
140:10 158:7
161:22,23 163:2
164:1 172:15
205:13 212:24
230:3 269:21,24
305:20 339:13
**finish (9)** 67:10
134:15 135:6
152:6 221:24
269:17 270:1
272:13 305:7
**finished (6)** 100:21
112:10 126:15
138:23 272:10
327:4
**fire (3)** 21:10,10,14
**firm (3)** 13:14
14:25,25
**first (44)** 8:17 14:9
19:2 44:8 45:10
66:10,14 69:22
93:10 95:17 99:4
100:4 103:5 113:8
117:25 138:2
142:14 154:17
175:1,4 184:24
187:9 203:7
206:11 220:9
222:22 228:24

229:21 232:16
249:23 251:4
254:4 264:8,9
274:10 277:16
280:15 293:4
294:2 302:6
307:10 313:18
323:24 324:5
**five (27)** 18:2 19:3
49:16 50:12 64:7
70:2,8,10,13,17
70:17,22,23,23
87:5 102:8 237:18
240:12 249:21,21
249:22 250:4
261:11,11 280:8
345:14 348:22
**fix (1)** 28:4
**fixing (1)** 330:5
**flip (1)** 100:15
**floor (3)** 2:18 3:15
129:15
**Flow-Volume (2)**
4:22 103:4
**flurry (1)** 46:18
**flyleaf (1)** 353:13
**FM (2)** 96:4 97:3
**focus (10)** 24:16
117:3 125:22
135:8 151:1 156:5
175:8 188:2
243:15 317:1
**focused (15)** 38:9
106:9 117:17
129:12 158:2
164:2,7 256:7
261:20 262:7,7
270:17 279:22
281:6 296:23
**folks (1)** 115:13
**follow (8)** 44:21
47:5 51:21 61:5
64:23 76:2 202:24
316:8
**followed (9)** 16:10
62:24 189:15

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

191:2,12 193:5,22
279:12 317:7
**following (7)** 6:7
60:25 61:4,9 77:1
162:13 351:6
**follows (1)** 8:20
**force (1)** 115:3
**forced (7)** 31:22
36:20 70:2,13
100:16 167:7
186:1
**Ford (2)** 3:14 7:23
**foregoing (1)** 354:6
**forever (1)** 168:17
**forget (3)** 81:15
110:17 267:7
**forgive (1)** 261:25
**form (23)** 28:8
47:11 89:21 92:5
107:22 136:14,18
144:2 149:14
150:20 202:18
203:4,16 204:15
215:13 216:12,14
228:2 272:21
282:22 327:15
330:16 336:19
**formal (2)** 46:11
313:8
**former (2)** 246:15
250:22
**formerly (1)**
323:14
**forms (4)** 16:1
101:19 192:21
327:17
**formulating (1)**
127:6
**forth (3)** 11:4 175:5
281:13
**forward (3)** 55:14
63:8,14
**found (10)** 23:19
61:20 274:4 275:6
275:14,15,24
292:12 304:19

306:22
**foundation (1)**
40:22
**four (17)** 33:4
49:16 84:11 176:8
236:16 237:18
240:12 249:21
259:10,11 265:1,2
278:12 345:14
348:22 352:1,18
**fourteen (1)** 348:8
**fourth (1)** 20:24
**frame (1)** 332:1
**Frank (29)** 25:19
78:9 79:22 89:12
90:3 106:13
109:13 112:15
116:10 118:2,3,8
118:11,21 119:18
121:17 122:5,9,25
143:7 159:5 202:5
203:14 299:4,6
300:8 305:2 306:3
306:6
**Frank's (11)** 77:24
79:15 87:24 89:22
109:9,12 111:10
118:1 119:22
121:4 122:7
**Frenchman's (1)**
270:5
**frequency (13)**
22:8,10 203:21
215:9 268:6,12,13
268:22,24 269:6
271:1 296:25
298:1
**frequent (3)** 214:20
267:15,16
**frequently (7)** 19:9
43:3 72:7 94:2
185:9 201:11
305:15
**front (8)** 9:22 11:3
19:12 50:24 51:1
87:20 102:17,19

**full (4)** 54:21 55:1
310:25 354:8
**function (131)** 5:6
5:9,11 30:17,17
30:25 31:2,13,15
31:23 32:16 33:2
33:10,10,20,23
35:2,7,9,12,14
36:17 42:5 43:5,7
43:19 44:4 45:6
48:22 49:21 52:9
52:20 53:1,6,21
54:5,8 65:12 66:7
68:11 70:1 76:17
76:19 77:8 97:9
100:5 104:16
105:1,9 116:4
117:23 118:14,24
123:25 125:11,24
126:4,14,24
127:19 128:8,25
129:7 144:6,10
146:11,16,24
147:1,21 148:6,9
148:15,21 149:15
149:24 150:10,13
150:17,17,21
153:6 154:15
155:1,16,21 156:6
156:20,21 157:1,5
167:6 173:17
184:17 185:7,24
186:10,11 190:19
191:8,17,18 205:3
217:4 242:18,23
243:25 244:3
245:2,8,15,18
248:25 249:8,11
250:3,12,23,24
251:5 254:15
256:24 259:9
266:1 280:4,22
281:18 290:20
292:3,4 328:5
**functional (2)**
52:14 205:2

**functions (12)** 71:4
72:24 92:7 210:4
255:8 256:20
259:17,18 264:9
281:16,20 318:7
**functionwise (1)**
66:20
**funded (2)** 198:5,6
**further (8)** 42:6
112:18 211:3
214:19 230:17
253:16 321:21
346:11
**Future (2)** 2:20 8:7
**FVC (8)** 100:7
153:14,15,19
167:19 173:20
246:2 264:25
**FVCs (1)** 246:1

**G**

**garbled (1)** 323:19
**gardens (1)** 338:1
**Gary (3)** 3:9 7:18
322:3 323:12
**gas (1)** 65:18
**gaskets (1)** 330:8
**gastrointestinal (1)**
24:11
**gather (2)** 125:22
188:9
**gathered (8)**
126:13 188:19
189:11,14 190:7
190:13 286:8
302:12
**gathering (4)**
188:13,17 191:3
305:24
**gears (1)** 165:18
**geez (1)** 328:21
**general (13)** 18:23
62:21,23 169:21
277:4 296:21
332:22,25 333:3,4
333:16 336:24

349:16
**generally (14)**
23:12 30:1 49:12
49:20 56:25 63:2
96:12 169:9 171:6
185:1 190:18
284:4 290:14
334:18
**gentleman (1)**
213:1
**genuinely (1)** 31:19
**germane (1)** 294:1
**gest (1)** 94:19
**getting (18)** 142:7
151:19 164:21
173:1,3 185:16
196:5 198:6
233:14 252:4
269:20,23 280:14
284:12 285:17
304:25 341:16
348:19
**gist (1)** 43:2
**give (30)** 11:5 18:3
25:4 52:24 53:5
60:1 61:6 128:22
140:2 149:16
153:8 176:1
211:18 216:20,21
219:7,19 221:4
224:15 229:5,9
249:1 250:13
253:12 266:6
324:13 341:5
343:11 351:24,24
**given (9)** 109:3
223:5,13 226:18
315:19 341:4
345:7,13,14
**gives (2)** 93:12
151:21
**giving (2)** 215:20
215:22
**glad (3)** 174:23
175:7 230:10
**glanced (2)** 213:9

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

213:10
**GLESER (1)** 3:14
**go (69)** 17:7 19:17
19:19 20:11 29:8
83:23 102:7
108:16 116:16
117:8 120:19
140:7 142:12,14
147:13,25 152:7
165:20 173:24
187:18 195:2
211:2,3,3 212:22
212:24 219:11,19
229:5,7,8 234:6
236:23 240:24
247:18 257:7
261:3,4 263:4,7
263:10,11,13,17
263:19 266:11
270:3 272:8,12,23
276:16 287:13
291:4,17 305:21
305:22,22 307:17
307:19,22 308:10
310:14 312:11
314:25 316:6
322:19 345:18
348:22 350:11
**goal (3)** 58:1,13
171:7
**goals (1)** 58:6
**God (2)** 227:4
236:19
**goes (9)** 33:25
65:22 130:8 197:4
285:6 319:9
340:12 341:25
350:7
**going (118)** 11:4,8
20:25 22:22 23:13
33:4 34:4 40:19
40:19 50:4,13
64:8 80:10 84:7
85:12,24 86:12,15
86:24 87:7 95:15
97:6 101:1,24

102:2,10 105:21
106:8 109:16
111:15 115:13
124:13 125:4
127:11 129:8
131:1 142:12
143:24 144:15,25
144:25 147:4,7
148:8,25 158:9
163:7 165:10
169:25 171:1,11
171:11 172:7,8
173:13 177:21
180:12 181:18
184:1 188:10,16
194:24,24 202:16
203:24,25 205:22
211:2 213:1,6
215:17,24 216:1,4
217:19 218:13
219:3,23,24
221:22,24 222:4,9
222:15 225:25
227:22 229:13,25
230:19,21 233:17
235:6,6 239:2
241:11 245:10
247:4 249:13
250:10 251:7
253:12 255:10
266:3 271:7 272:3
278:5 284:24
285:11,24 293:16
301:19 308:18
309:12 322:6
323:2 345:24
348:24 352:16
**gold (1)** 72:13
**golf (2)** 111:19
112:5
**good (28)** 6:12 14:7
42:20 45:23 50:7
50:8 80:2 87:1
106:3 107:24
108:2,19 113:21
131:23 157:14

165:4,7 170:24
173:7 194:18
195:10 222:11,14
262:16 285:19
291:4,17 323:12
**gotten (2)** 172:23
317:8
**govern (1)** 137:4
**government (2)**
79:9 345:13
**go-round (2)**
302:17,18
**Grace (42)** 1:5 2:7
2:11 6:20,25 7:6
7:11 9:1,25 10:20
11:14,16,17,20
14:15 27:4,23
28:1 37:24 38:14
54:3 80:4 95:24
101:13 201:20,20
203:8 327:9,13,21
327:25 328:11,25
329:1 333:24
334:21 335:1,7
341:25 345:14
346:24 350:7
**Grace's (7)** 21:17
29:2 39:21 80:18
96:20 336:3
337:12
**grade (1)** 63:14
**grading (1)** 56:7
**gradual (2)** 283:25
290:13
**grant (3)** 3:22 6:17
45:1
**grants (1)** 201:18
**great (10)** 2:5
83:19 125:17
129:16,22 158:5
186:15 198:8
279:9 281:12
**greater (10)** 64:23
170:17 174:19
209:8 214:21,22
234:10 237:15

268:13 298:1
**grid (1)** 40:18
**grinning (1)** 108:5
**gritty (1)** 303:4
**grounds (4)** 28:9
40:20 41:11 89:21
**group (31)** 70:12
75:20 84:20 86:5
99:2,24 156:22
220:17 243:13
249:16 289:13,13
289:14 290:4,9,10
290:25 291:7,8,17
292:11,16,17,23
293:2 304:8
305:11 306:11
307:14 308:18
326:25
**grouped (1)** 221:18
**groups (6)** 46:10
287:17 290:11,12
290:16 291:19
**Growth (2)** 4:22
103:5
**guess (23)** 11:2
18:7 49:11,19
58:11,11 82:11
127:7 160:22
164:5 189:10
201:9 234:7,16
244:17 246:11
263:6 279:8
311:10 318:8
330:13 346:9
347:23
**guidance (2)** 52:7
52:24
**guidelines (15)**
51:15 57:16 58:22
59:3,6,10,17 60:4
60:8,13,18,22
61:4,9 62:24
**Guides (3)** 5:3
53:11 103:18
**guy (2)** 32:23
130:23

**guys (5)** 44:13
108:11,12 274:19
274:19

————————

**H**

**half (10)** 26:16
113:23,23 157:22
195:20 197:14
198:24 211:23
219:10 273:6
**hall (1)** 165:1
**hallmarks (1)**
210:1
**Hammer (3)** 75:12
170:24 248:20
**Hammer's (1)** 75:3
**Hampshire (1)**
337:11
**hand (8)** 11:3 81:3
102:7 120:23,24
248:2 271:4
354:16
**handed (1)** 13:3
**handful (1)** 196:11
**handwriting (1)**
192:23
**Hanford (4)** 16:5
45:12,14 325:6
**hang (3)** 225:19
311:22 314:16
**happen (3)** 64:8
68:18 149:2
**happened (12)**
16:13 43:13 64:12
77:7 109:4 110:20
259:17 264:13
295:3,23 303:10
307:25
**happening (1)**
122:23
**happens (8)** 42:1
43:2 47:24 129:5
129:6,9,11 285:23
**happy (3)** 219:6
282:3 322:12
**hard (9)** 22:6 32:2

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

98:4 234:3 238:13
244:6 251:12
295:6 324:16
**harder (1)** 260:13
**hauled (1)** 337:24
**head (6)** 38:5
112:25 149:22
150:11 216:21
219:8
**heading (1)** 65:12
**healthy (3)** 32:2,12
32:20
**hear (8)** 8:2 211:18
211:20 322:15
323:10,18 331:17
339:4
**heard (8)** 8:25
31:10 72:12,15
226:25 305:2
310:21 334:13
**hearing (1)** 9:11
**heart (2)** 34:21
212:23
**Heather (2)** 2:8
7:10
**Heberling (12)**
13:14 46:23
107:23 108:1,19
112:15 341:19
342:3,8 343:14
350:5,6
**Heberling's (3)**
14:24 46:1,7
**held (1)** 129:3
**Hello (4)** 7:14,16
7:20,22
**help (4)** 186:15
260:25 308:15
311:15
**helpful (1)** 253:10
**helping (1)** 310:16
**hereof (1)** 353:13
**hereunto (1)**
354:16
**Hey (1)** 267:17
**he'll (1)** 213:19

**Hi (1)** 8:10
**high (9)** 43:10 55:8
63:22 73:24 75:12
86:13,14 160:24
273:14
**higher (6)** 80:18
96:21 268:24
272:17 284:23
291:11
**highest (2)** 284:25
332:17
**highlighted (2)**
245:6 246:25
**highly (3)** 73:23
181:15 290:3
**HIPAA (1)** 13:25
197:17,19 198:3
345:24
**historical (1)**
200:18
**histories (20)** 185:1
192:9 220:13
221:12,15,17
317:8 323:25
324:12,14,24
325:15,18 326:19
327:7 328:10
329:22 330:15
331:21 333:22
**history (19)** 30:22
30:23 72:23 77:4
176:7 191:6 192:8
209:15 210:2,23
238:7 247:2
250:10 251:18
309:2,2 326:5,8
329:12
**Holbert (1)** 73:16
**hold (6)** 85:9
124:15 126:11,20
265:6,9
**holds (1)** 179:12
**home (4)** 96:10
108:16 330:18,22
**homes (3)** 330:5
337:9,10

**honestly (5)** 31:20
223:12 252:18
295:16 318:1
**hope (3)** 200:24
235:10 249:13
**hospital (1)** 193:8
**hour (6)** 17:15,16
50:5,7 64:5,7
**hourly (4)** 17:15
348:1,2,3
**hours (7)** 109:22
110:8,10 348:3,10
348:16,25
**HRCT (6)** 54:22
55:1,8 63:14 65:3
98:16
**HRCTs (1)** 43:10
**Huh (1)** 107:25
**Huh-uh (1)** 190:25
**hundred (1)** 84:12
**hundreds (3)** 80:8
80:8 323:25
**hungry (1)** 164:22
**hypertension (2)**
34:22 92:14
**hypoxia (6)** 30:1,6
30:7 34:20 35:7,8
**hypoxic (1)** 185:5

---

**I**

**idea (27)** 18:20
43:17 72:18 80:7
83:22 107:18,24
108:2,19 109:8
118:10,25 121:16
121:20,24 122:11
123:5,5 145:13
262:16 288:3
308:6 327:22
329:18 333:9
342:11,21
**identical (1)** 315:9
**identically (1)**
62:12

**identification (12)**
4:11 5:2 9:20
12:15 13:7 18:16
50:20 79:20 87:16
102:13 227:19
253:7
**identified (12)**
13:25 206:1,13
210:9 242:25
243:1,4 249:24
251:4 253:14
310:18 345:11
**identify (10)** 6:22
102:24 218:21
225:5,6 238:23
261:4 262:12,14
345:10
**ignored (1)** 293:25
**illness (9)** 113:10
113:13,20 114:3
114:18 198:20
304:4 306:16,18
**illustrate (1)**
237:23
**ILO (59)** 4:23
55:15,22,24 56:14
56:17 57:3,16
58:16,22 59:2,17
60:4,4,8,12,18,22
61:4 62:24 63:9
63:15,23 64:14,14
99:6 103:12 138:1
159:25 160:2,3,3
160:5,10,13,20,23
161:3,9,10,17,25
162:10,13 163:8
163:18 167:2,25
169:13 170:17
172:21 173:5
193:19,24,25
212:13 234:14
274:11,17
**ILOs (1)** 237:11
**image (1)** 65:6
**imagine (3)** 44:25
59:24 108:16

**IME (1)** 187:21
**immediate (2)**
300:16,16
**immediately (1)**
301:5
**impact (12)** 29:16
76:4 118:23
125:10,24 126:13
126:23 127:17
128:7 251:19
252:22 335:6
**impacted (1)** 30:18
**impaired (8)** 5:9
53:7,7,8 105:1
173:17 225:21
235:3
**impairment (43)**
5:4 48:24 52:14
53:12 103:18
119:8 143:6,8,14
144:2,4,6,24
145:3,3 146:2
157:10 158:20
166:8,17,21 167:4
167:5 170:11,13
174:7,10 175:15
178:13 179:23
180:24 184:17
185:24 206:15
207:19 211:24
212:11 214:10
223:2 241:4
250:11,11 266:17
**impediment (1)**
140:15
**important (9)**
112:24 160:4
175:9 176:9
209:25 210:5,24
267:21 295:2
**imposed (1)** 180:17
**imposing (2)**
179:21,23
**improper (7)**
101:11 124:25
125:1 138:22,25

140:3 213:18
**inadequate (1)**
78:25
**inaudible (2)** 58:3
318:7
**inception (1)**
192:25
**incidence (2)** 62:6
332:17
**incidents (1)** 62:15
**include (16)** 15:7
36:5 94:12 116:19
119:25 132:22
178:9 183:20
189:10 200:14,16
200:22 208:19,20
208:25 273:18
**included (10)** 10:2
10:2 80:16,18
88:23 113:3
175:11 184:13
288:5 307:11
**includes (7)** 158:25
164:12 190:20
200:10 208:8
209:25 252:6
**including (9)**
157:17 158:16
167:7 198:24
200:15 207:18
305:10 306:11
354:9
**inclusion (1)** 259:4
**inconsequential (1)**
69:23
**incorporated (1)**
273:24
**increase (1)** 337:15
**increased (2)**
206:14 280:3
**incredible (1)**
161:8
**incredibly (1)**
205:6
**Indemnity (4)** 3:8
7:18 323:14,15

**independence (2)**
162:2,9
**independent (10)**
99:7 160:3,11,11
160:20,21 163:22
188:8 189:12
190:15
**independently (1)**
88:3
**INDEX (3)** 4:2,10
5:1
**indicate (3)** 229:2
248:5 250:1
**indicated (10)**
24:18 135:4,5
243:10 247:12,23
248:8 250:7 315:4
353:12
**indicates (5)**
269:10 270:4,6
277:5 343:21
**indicating (1)**
229:2
**indicator (4)** 65:24
66:16,20 72:18
**indicators (1)**
72:21
**individual (12)**
23:10 70:10,14
169:8,10 178:19
179:9 216:6
263:21 324:14
350:1 352:8
**individually (1)**
262:12
**individuals (25)**
293:18 324:21
325:22 326:1,7,20
327:7,11,18,20,24
328:10,13,25
329:9,11,21 330:4
330:7,15,21 331:4
331:21 332:15
333:21
**Induced (1)** 5:11
**Industry (1)**

113:25
**inference (2)** 279:9
290:2
**inflamed (1)** 73:24
**inflammatory (2)**
73:22 135:17
**information (51)**
18:18 62:4 79:13
86:3 90:8,23
113:4 129:25
130:6 195:19,21
199:25 200:22
203:3 224:13
226:21 264:10
297:24 298:8,10
299:2,3,3,7,17,24
299:25 300:4,15
301:1,9,14 302:13
302:19,20 303:7
303:24 305:22,24
306:7 308:1,2,21
309:6 325:9
334:15,16 346:5
346:12 347:10,15
**informed (3)** 109:7
110:13,14
**Initial (2)** 4:17
51:12
**initialed (1)** 254:18
**initially (1)** 132:11
**initials (9)** 14:1,7
14:19 93:12
219:16 228:25
258:13,17 343:22
**injured (1)** 40:12
**injury (6)** 2:12 7:1
9:2 37:18 41:19
333:23
**input (2)** 202:25
203:1
**inquire (3)** 134:16
138:23 270:2
**inquiry (1)** 146:12
**inside (14)** 177:22
178:4 179:6,10
183:4,16,24

206:12,13 208:24
209:9 211:16
289:3 325:15
**inside/outside (1)**
209:5
**insignificant (1)**
329:25
**insofar (3)** 53:22
124:12 189:7
**insulated (2)**
330:16,22
**insulation (3)** 21:9
21:14 338:8
**insulators (2)** 76:7
90:25
**Insurance (3)** 3:13
7:25 8:11
**intact (1)** 346:7
**intend (1)** 296:7
**interest (1)** 322:18
**interested (6)**
112:4 160:18
224:17 275:1
346:17 354:14
**interesting (2)**
145:12 174:14
**interfere (2)**
137:12 309:16
**intermingled (1)**
162:25
**International (3)**
1:10 6:2,15
**interpret (1)** 33:22
**interpretation (1)**
274:22
**Interpretative (1)**
5:7
**interpreted (2)**
33:11 159:6
**interreader (2)**
57:6 161:15
**interrupt (1)** 147:9
**interrupting (2)**
147:9 270:1
**interruption (1)**
331:18

**interstitial (84)**
24:19 25:15,16
36:3 38:23 45:15
56:1,18,20 57:4
68:1 70:3 72:14
97:22,24 98:9,11
98:15,21,22,25
99:2,5,9 100:2
130:4 143:17,23
164:21 165:19,24
166:2,12 167:17
171:23 176:3,4
185:2 206:19,25
207:8,21 208:3,8
208:20,25 230:22
231:4,9,20,22
232:11,21 233:5
233:10,12,22
235:5,17,20,24
236:2,7 240:23
241:1,7,13,20,22
243:13,17 247:13
247:24 248:12
250:2 260:8,11
261:6,12 262:21
263:16,23 264:1
280:5
**interval (1)** 191:5
**interview (1)** 199:7
**investigated (1)**
283:14
**involve (1)** 141:10
**involved (14)** 14:3
16:3 59:13 93:21
111:19 114:9
132:25 134:22
159:14,15 161:4
162:3 215:20
300:10
**involvement (8)**
207:8,21 208:25
243:13 247:13
248:12 250:2
261:6
**involves (5)** 133:11
133:18,20 160:24

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

166:3
**involving (7)**
132:14 134:8
136:5 141:25
142:1 144:20
276:14
**irrelevant (1)**
44:17
**isolated (2)** 36:24
49:23
**issue (20)** 60:11,15
126:6 145:13,16
162:8 163:21
173:2,9,22 174:25
175:1,1,3 206:11
215:1,2 279:9
280:15 311:9
**issued (4)** 120:13
122:18 161:18
312:19
**issues (5)** 59:14
71:15 108:13
110:13 280:14
**it'd (2)** 222:11
345:19
**it'll (4)** 151:1
252:13 295:6
351:24
**IV-A (1)** 170:9
**i.e (3)** 27:18 57:10
100:16

**J**

**J (1)** 2:17
**Jeanna (2)** 3:22 7:2
**jerk (1)** 130:15
**Jersey (1)** 3:19
**JKF (2)** 1:5 6:19
**job (3)** 213:25
218:17 219:24
**jobs (4)** 26:18
328:11,17,25
**Joel (1)** 312:7
**John (1)** 341:19
**joint (3)** 122:2,19
123:2

**jointly (1)** 119:17
**Jon (3)** 13:14
107:23 108:1
**Journal (2)** 5:5
104:4
**judge (7)** 140:9,11
152:12,17 177:6
219:24 318:18
**judged (1)** 305:24
**judgment (4)** 91:14
91:16 307:17,20
**judgments (1)** 47:2
**jumped (1)** 108:8
**June (8)** 1:24 6:2
6:13 265:14,16
353:21 354:7,16
**junk (1)** 346:13
**Justice (4)** 18:5
345:8 347:6 350:6

**K**

**K (1)** 3:18
**Kalispell (4)** 3:6
83:19 172:1
341:20
**keep (8)** 201:15,20
215:17 218:4,6
293:16 324:17
349:20
**keeper (1)** 327:1
**keeping (2)** 147:8
346:14
**keeps (2)** 109:7
348:19
**kept (5)** 107:2
329:19 345:5
346:14,24
**key (7)** 4:15 226:17
232:15 236:23,24
248:3 343:18
**killed (2)** 92:10,12
**kills (1)** 34:11
**kind (18)** 17:4,23
25:25 37:23 40:6
54:8 65:6 74:15
92:19 179:15

196:4 204:6 213:6
220:20 241:10
271:12 281:21
339:11
**kindly (1)** 228:16
**kinds (8)** 24:13
28:17 122:2 123:1
180:15 190:12
307:25 338:2
**King (1)** 354:2
**Kirkland (3)** 2:9
7:6,11
**knew (7)** 77:2
90:14 94:1 109:19
303:2 338:7 347:4
**knock-down (1)**
108:15
**know (340)** 9:14
12:22 15:14 18:6
18:8 21:19 24:15
25:19 26:6 27:13
28:16 31:23 32:1
33:3,9,19,24
38:12,20 39:1,12
39:13,24 40:11
41:12,13,16,16
42:10 44:8,12
46:17,21 47:3,4
48:16 50:5 57:25
58:12,25 70:12,22
70:25 71:21 80:13
81:1,1,1,3,5 83:7
83:21 84:8 86:25
95:15 97:4,21
98:7 100:18
101:15,15,18,22
102:4 106:22
107:2 109:13,17
109:21,23 110:15
110:23 113:15,22
119:3,20 120:5,6
120:6,8,9,10,11
121:9,18,20
122:10,24 123:4
123:22 124:4,7,8
124:11,11 125:1

125:19 126:10
128:12,14,14,15
128:15,17,19
129:25 130:16
131:2 134:1,3,25
142:4 143:20,23
145:6,6 146:18
147:1,13 148:5
149:21 150:15
154:1,9 159:11
163:15 165:2
167:25 169:8
171:1,6 172:3
173:3,12 174:24
176:10 178:13
181:24 187:14,18
188:10 191:16
192:5,5,18,20,20
194:2 195:8,8,8,9
196:24 198:15
201:9 202:15
204:11,18 205:9
207:18 209:12
210:25 213:12
216:18,24 218:4
219:18 220:10
223:12 224:8
225:3,12,17,20,21
226:8,16 227:2
231:4 232:9
234:15,18,22
238:12 240:25
241:9 242:13
244:5,25 245:3
246:8,10,18,20,22
247:4 251:15,18
252:3 254:2,19,19
255:16 256:10,15
257:18 259:20,21
260:2 261:18,21
262:5,8,10,18,24
263:1,9 264:2
265:12,24 266:10
267:4,8,23,23
268:17,21 269:14
270:8,23,25 271:4

271:8,20 272:14
274:1,23,24,25
275:1,4 276:1,1,3
276:18,25 279:1
279:14,16,17
284:4,8,11 285:2
285:15,16 287:18
288:17,17 289:7
289:16,20,23,24
290:3 293:15
294:25 295:13,22
297:5 299:10,14
304:16 305:18,21
305:23,25 307:23
308:4 309:25
311:10,18 313:10
313:12 314:3
315:14,18 316:11
316:18 317:15
318:1,17 319:11
322:8,24,25
323:17 326:2,3,17
327:12 328:6,15
328:15,21,21,22
329:8 332:15,20
333:6,7,11,11,12
333:13,19,25
334:2,3 337:17
338:7,9 339:9
340:21 342:8,25
343:2,6 345:1
346:2,13 348:7,18
348:18 350:14,15
350:18 351:6
**knowing (2)** 32:9
38:20
**knowledge (8)**
46:12 55:21 63:21
200:5,14 277:7
286:20 319:11
**knowledgeable (3)**
127:20 179:2,14
**known (7)** 39:12
72:10 74:3 132:13
137:19 174:20
323:14

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

**knows (5)** 112:11
147:12 201:10
227:5 236:19
**Knudson (1)** 103:5
**KOVACICH (1)**
2:4
**Kujawa (1)** 248:21

**L**

**L (1)** 2:4
**lab (2)** 192:3,4
**labor (2)** 32:4
113:25
**labs (1)** 170:25
**lady (1)** 48:13
**laid (1)** 78:21
**Lake (1)** 16:7
**language (1)** 63:11
**large (17)** 15:25
16:3 34:14 61:12
69:24 70:11 211:4
223:6 224:9
287:22 289:4,9
291:19 292:11
332:23 340:13,14
**largely (1)** 83:10
**larger (10)** 287:16
288:8 290:10,11
290:12,16,25
291:7,8,16
**largest (2)** 43:9
49:16
**latitude (3)** 129:17
215:21,22
**Laura (1)** 48:16
**law (3)** 2:22 14:24
14:25
**laws (5)** 197:17,19
198:3 345:25
353:9
**lawsuit (4)** 14:16
27:3,3 46:15
**lawsuits (4)** 46:18
313:19 346:9,12
**lawyer (3)** 131:13
147:4 334:11

**lawyers (6)** 79:25
310:12 315:12
328:23 341:15
343:14
**lay (1)** 39:2
**layer (4)** 131:20
132:1 203:25,25
**layers (4)** 131:10
131:16 138:19
204:1
**laypeople (1)**
131:12
**lead (8)** 25:5 26:3
30:1 34:9 103:5
126:3 133:4
156:25
**leading (1)** 297:18
**leads (4)** 34:12,12
45:5 156:19
**lean (1)** 152:2
**learn (2)** 147:13
334:4
**learned (2)** 122:9
334:7
**leave (3)** 116:6
166:13 203:10
**leaving (2)** 10:17
344:18
**lecture (1)** 151:23
**led (2)** 92:12
162:10
**left (5)** 39:24 88:24
218:7 236:24
346:25
**legal (4)** 41:22
334:19,22,25
**legitimate (5)**
149:11 152:9,11
152:11 306:24
**Lemon (1)** 107:16
**lesser (2)** 64:24
216:9
**let's (53)** 13:4 29:8
32:21 41:4 42:1
42:15 57:18 79:17
92:21 111:1

115:11 118:2
123:7 130:7,24
134:6 135:11
136:2,8 142:17
143:5 150:12,13
150:14 151:25
155:23 164:20
167:13 187:23
197:3 203:10
204:3,4,7 211:3,3
212:22 221:3
222:10 225:9
227:13 237:18
239:15 246:13
254:3 255:19
266:11 293:16
296:16 303:15
313:23 320:24
349:3
**level (18)** 30:7 39:9
39:11,13 42:3
54:7 57:3 77:6
168:25 169:19
170:9 175:5,15
179:18 180:25
182:1,18 183:15
**levels (3)** 37:9
39:25 41:5
**Levine (1)** 201:10
**Lewis (160)** 2:4,4
7:8,8 13:8,13
14:25 20:1,4,7,18
26:25 28:8,11
37:4,11 40:19
41:10 46:1,7,23
82:24 89:20 93:3
94:20 102:21,24
108:11 111:22
112:7 117:6,9
118:15,18 120:7
122:13 124:18,22
124:24 125:5
126:15,17 129:13
129:15 130:11,14
130:17,21 134:15
135:6 136:6,9,17

136:21,23 137:3,6
137:10 138:20
139:25 140:10,13
146:3,6 147:7,22
151:3,8,11,14,24
152:4,7 158:22
160:7 162:4,11
168:11,14,19
194:24 204:15
213:8,13,17,21,24
215:11,13 216:12
216:14,25 217:7,9
217:13,18,21,23
218:1,3,7,11,15
222:5,9,13 226:3
226:8,13 227:10
227:13 228:12,16
229:4 230:24
231:3,11,21 232:1
232:5 236:12
244:19 252:10,16
252:20 257:3
260:25 261:24
269:16,19,22,25
272:1,4,7,9,12,20
274:8 284:13,20
293:12 309:15,18
309:22,24 312:2
322:11,22 331:17
336:19 344:1
348:24 349:3,8,14
350:23 351:1,13
352:15
**Libby (360)** 2:3
4:15 7:9 14:10,18
15:19,24 16:1,2
16:12,14,14,21,24
17:1 18:4,22
20:21,22 21:4,13
21:23,24 22:1,11
22:13,21,24 23:5
23:22 24:4,8,13
24:24 25:5,10,14
26:2,4,8,10,10,13
26:21 27:1,16,17
27:18,19,20 28:3

29:1,17 34:9
35:17,25 37:25
38:16 42:12,13
43:25 44:15,24
45:4,17 46:8,25
47:9 48:3 60:16
61:13 62:9,14
73:5,19,25 74:7
74:16,22 75:8
79:24 80:9,24
82:5,9 84:4,8,19
84:21 85:4,12,21
93:25 96:13,20
101:13,14,17,18
113:10,11,14
114:3,19,23 115:2
115:9,13,16,22
116:14 122:25
123:1 124:12,17
127:4,12,14,17
128:6 129:6 131:2
162:17 163:4
177:11,12,12,16
177:18,20,22
178:4,8,14,22
179:5,6,10 182:2
182:6,13,20,23
183:4,5,16,16
187:23,24 188:1,2
188:9 189:6,7
190:1,9 202:20
203:5,17 204:10
204:12,14,18
205:14,20 206:2,6
206:8,12,13 207:3
207:7,10,16,21
208:2,7,17,24
209:5,7,9 210:17
210:22 211:12,17
214:5,9,17 215:6
215:6,8 216:8,11
218:23 219:2
220:3 222:25
223:4 226:17
229:23,23 230:12
234:23,24 235:2

237:5,6,25 238:1
238:5 243:5 247:8
253:15 254:6,24
257:10 263:2
265:17 266:16,22
267:7,10,11,25
268:3,8,12,19,24
269:1,7,7,9
270:20,22 271:1,2
271:6,15,16,19,21
271:22,23,25
272:17,19 274:4,6
275:16,23 276:1,2
276:4,5,8,10,20
276:22,23 277:2,3
277:14 278:24,25
284:11 286:13,16
286:17,18,19,21
287:6,14 288:6,8
288:23 289:4,8,12
289:16,18,21,22
290:5,6,9,10,11
290:12,16,17,18
291:5,6,9,19
292:11 296:18,20
296:22 297:4,5,9
297:14,24 298:2
304:21 308:24
319:17 321:8,9
324:4,20,21 325:2
325:9,16,16,16,22
326:1,3,7,13,20
327:10,14,15,24
328:2,4 329:7,14
331:23 332:16
333:10,22 335:8
335:22,25 336:3,6
336:7,17,24
337:21 338:19
339:7,18,24 340:6
343:18 349:17
350:10,12 351:8
351:20 352:5
**life (1)** 32:3
**light (2)** 33:23
170:8

**likelihood (1)**
290:1
**Likewise (2)**
173:16 203:2
**Lilis (1)** 105:7
**limit (1)** 33:8
**limitations (2)**
180:11 326:24
**limited (1)** 185:3
**limits (2)** 30:8 35:3
**Lincoln (5)** 26:1
80:3 81:13 82:3
83:15
**line (9)** 64:17
118:20 123:3
130:12 167:15,21
213:9 303:15
331:18
**lines (1)** 233:24
**linings (2)** 329:23
330:5
**list (18)** 93:4
192:22 215:12,15
226:19 229:9
254:9,18 261:13
261:21 307:18
320:17 343:25
344:18 345:17
346:24 351:23,25
**listed (7)** 15:3
100:18 260:4
263:18,22 303:18
308:21
**listen (5)** 72:23
139:13 144:15
219:4,6
**List.xls (2)** 92:20
94:25
**liter (1)** 153:23
**literally (2)** 200:25
201:1
**literature (140)**
42:24 44:3 47:17
50:1 59:23 61:15
62:1 67:1,20,22
70:20 71:9,13,18

77:13,20 96:6
101:25 114:24
115:12,16,20
116:1,2,9,11,17
116:20 118:12,22
119:8 122:10
123:16,16,18
124:16 125:10,14
125:15,16,18,21
126:22 127:5,21
127:23 128:6,9,10
128:11,12 129:2
129:23,24 130:2
130:24,25 131:1,4
131:5,15 134:3,5
134:7 137:25
141:2 143:3,13
144:1,5,8 145:2,5
145:7,9,25 146:10
146:14,19 147:19
148:7,10,13,19,19
148:21 149:2,3,3
149:7 158:17
164:11,15,19
165:24 166:1,12
170:20 171:16
219:1 225:16,19
233:2 239:24
242:7 243:7 264:7
264:17 265:23
266:19,22 267:14
268:3,14 269:10
269:11 270:12,22
271:25 274:6
277:4,5,8 278:24
283:4,6,16,19,21
284:8,9,18,19,24
286:10 299:23
340:14,14 341:24
344:16
**liters (1)** 154:18
**litigation (4)**
122:18 342:10
344:6,14
**little (29)** 37:20
39:17 50:5 62:11

67:13 69:12 92:11
97:14 110:7 112:2
115:11 118:20
122:22 130:7,25
150:12 163:15
164:20,22 165:3
167:13 187:14
238:13 244:13
260:13 295:6
297:10 319:6
320:12
**live (5)** 81:14 83:17
83:21 266:9
333:10
**lived (4)** 80:9 81:4
93:16 332:4
**loaded (2)** 124:24
125:5
**located (1)** 12:4
**location (1)** 6:14
**Lockey (1)** 107:14
**lockstep (1)** 108:12
**lodged (1)** 262:6
**logical (1)** 141:11
**long (17)** 28:16
69:23 144:17
158:12 193:13
215:20 219:5,5
230:5 246:17,17
246:21 322:6
332:3 334:10
345:14 347:23
**longitudinal (2)**
70:24 228:2
**longitudinally (1)**
202:25
**Longosz (8)** 2:17
7:3,3 89:8 164:25
168:21 226:11
351:11
**Longo's (1)** 27:22
**longstanding (1)**
127:2
**long-term (1)** 38:7
**look (78)** 27:6
54:13 58:10 65:4

65:5 72:23,24
73:11 74:1 91:13
105:19 124:5
130:22 132:19
133:13,18,25
149:4 151:12,15
156:4,17 164:11
168:23 169:7
170:8 176:13
179:17 181:2,9
182:11 203:2
210:4 225:13
240:24 243:2,17
243:20 248:14
249:20 251:12
259:16 263:16,21
263:24,25 264:3,4
264:11,13,18
265:10,12 266:1
267:19 268:8
276:17 280:8
282:6 283:18
286:3 289:17
290:23 292:22
293:1 294:15
295:4 299:23
301:19 302:1
303:9 315:8
316:17 334:16
340:2,23 346:4,5
**looked (46)** 19:1,3
76:18 81:11 86:10
89:13 90:5,6,6
92:6 95:14 97:23
145:25,25 146:13
147:18 148:1,13
149:7 185:12
237:1 250:2 264:8
264:9,22 277:9,11
277:15 283:20
285:7,17 286:6
291:22 292:12,23
294:17,21 296:11
297:4 298:5 301:2
301:22,22,25
304:18 306:7

**looking (25)** 45:11
57:10 64:16 76:18
86:11 99:11,17
101:1 110:22
151:6 168:20
170:4,5 194:21
213:5 232:10
248:23 285:2
290:10 295:18
301:3,17 307:5,6
347:15
**looks (9)** 10:11
15:2 168:19 210:3
226:6 240:10,11
249:13 267:22
**Loop (1)** 3:5
**lose (4)** 32:15,24
70:18 148:9
**loss (41)** 34:15 35:7
36:25 53:21
123:25 126:3
144:9 146:11,16
146:23 147:1,3,20
148:6,15,21
149:15,23 150:21
153:22 154:15
155:1,3,4,5,9,16
155:20 156:1,6,20
156:24,25 243:25
244:2 250:23
280:4 284:22,23
290:13,19
**lost (6)** 32:8 242:22
325:14 326:13
345:4 347:1
**lot (63)** 16:7,9
23:18 28:4 39:12
39:24 43:16 45:1
45:23 57:24 73:22
80:10,15,17 83:18
84:23 88:21 91:1
92:3 93:23,24
95:14 99:8 109:24
110:2,17,20
113:24 120:25
123:18 125:15

127:4 128:1,18,20
129:25 137:25
148:24 168:2
172:8 179:3 191:7
201:16 202:15
224:5 227:4 246:3
260:23 267:17
270:9 281:16
302:24,25 304:15
319:7,9 327:5
329:19 337:8
341:20 345:13
350:15 352:1
**lots (5)** 62:19 68:13
211:11 283:20
337:3
**low (25)** 30:7,7
54:7 65:23 66:14
172:24 178:9
210:19 239:2
240:6 241:5 248:8
248:14 249:15,25
256:9,14 268:16
268:17,17,25
275:25,25 276:8
276:10
**lower (9)** 30:8 33:8
35:3 184:21
214:16 215:9
239:23 245:23
247:22
**lumber (3)** 328:16
338:7,16
**lunch (4)** 165:8,12
168:4,21
**Lundstrom (1)**
248:21
**lung (144)** 5:6,9
23:4,7,12,14,18
23:22,25,25 24:6
24:20 30:16,17,25
31:2,6,13,15,21
31:22 32:16,17,22
32:24 33:1,10,10
33:20 34:15 35:2
35:7,9,12,13 36:2

36:16,20,25 38:23
42:5 43:5,7,14,19
44:4 45:5 48:22
49:21 52:9,15,20
53:1,6,20 54:5,8
56:3,4,18 65:16
68:1 69:10,12,25
71:4,19 72:9
77:15,22 78:14
97:9 100:5,17
104:16 105:1
116:4 117:23
118:13,24 123:25
125:11,24 126:3
126:14,24 127:3
127:18 128:8,25
130:4 144:6,9
146:11,16,23
147:1,21 148:6,9
148:15,21 149:15
149:24 150:10,13
150:17,17,21
153:6 154:15
155:1,16,20 156:6
156:20,21,25
157:4 166:4 167:6
172:9 173:17
184:17 185:24
242:18,23 243:25
244:3 245:2,8,15
245:18 248:25
249:7,10 250:3,12
250:16,23,24
251:5 259:9 280:4
**lungs (3)** 68:15
72:2 73:8

---

## M

**M (6)** 2:7 3:9,14
6:3 354:1,22
**machinations (1)**
13:22
**Madam (1)** 9:17
**magic (1)** 111:4
**magical (1)** 25:25
**mainstream (5)**

59:19 60:6 159:1
159:20 164:12
**maintain (2)** 13:23
115:3
**maintained (1)**
198:18
**maintains (1)**
18:13
**major (5)** 101:4
233:7 303:8 304:5
306:18
**majority (12)**
23:25 34:24 35:16
36:15 47:9 83:12
86:9 97:24 99:1
132:8 211:4
313:21
**making (11)** 82:7
91:16 110:22
112:21 136:15,15
141:4 217:5,7,10
218:16
**malfunction (1)**
30:2
**Malloy (1)** 318:18
**managed (1)** 203:8
**management (3)**
4:18 51:12,16
**manifestation (1)**
68:21
**manual (1)** 192:2
**March (6)** 10:8,13
324:5,6 341:14
342:1
**mark (19)** 9:18
12:12 18:10 79:17
101:24 102:6
227:16 229:1,1
230:19,21 231:7
231:18 235:16
238:9 243:12,18
249:3,4
**marked (23)** 9:19
12:14 13:6 18:15
19:5 50:19 79:19
87:15,19 102:13

226:17 227:15,18
237:2,9,21 241:16
242:3,16 245:13
247:11 253:6
260:18
**markedly (1)** 280:2
**marker (2)** 235:24
235:25
**markers (1)** 69:24
**marketed (1)** 21:5
**marking (1)** 231:16
**markings (2)** 227:7
227:8
**Marrin (2)** 3:14
7:23
**Maryland (2)** 2:16
7:4
**Masa (1)** 195:3
**master (1)** 65:6
**match (3)** 228:23
228:24 233:25
**material (1)** 223:3
**materials (9)** 113:3
339:21 340:5,9
341:2,4,5 344:18
344:19
**matter (5)** 212:23
268:5,6 282:16
347:19
**matters (3)** 18:3
151:2 281:13
**Maximal (2)** 4:21
103:4
**ma'am (1)** 351:2
**McCloud (16)**
61:15,20 62:13
135:5 138:13
182:11,12,15,17
182:24 183:6
212:1,3,8 273:21
275:13
**McCloud's (5)** 62:5
134:11 135:16
275:5 276:3
**mean (53)** 15:23
16:11 22:5 24:19

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

27:2 28:17 33:7
41:22 42:19 43:4
57:17 64:13 67:19
68:10,17 69:1
101:18 103:24
105:16 110:6,17
110:22 113:22
123:23 125:15
126:7 146:25
161:14 167:17
176:10 187:13
190:16 192:11
195:25 234:18
242:5 252:3
266:25 282:12,15
283:13 284:23
286:11 309:16
315:9,19 327:10
333:1 336:17
338:14,25 346:1
352:7
**meandering (2)**
212:19,20
**meaning (2)** 33:12
35:10
**meaningful (1)**
137:14
**meanings (1)** 66:25
**means (9)** 14:14
67:5,6,8 92:6
95:23 96:1,4
285:23
**measurable (1)**
126:3
**measure (6)** 43:13
117:22 185:24
233:21 245:17,18
**measured (6)** 36:16
166:22 223:23
268:11 276:25
340:5
**measurement (3)**
31:15 223:8 277:1
**measurements (5)**
225:7 226:10,14
227:24 273:6

**measures (1)** 167:5
**meat (1)** 61:18
**medical (50)** 10:18
11:13,19 12:1,20
15:12 27:25 38:9
40:9,15 41:2 44:3
47:17 48:17 50:1
53:11 59:14,19
60:6,9,25 61:5,10
61:15 63:3 67:1
71:8,15,18 77:13
77:20 85:20 91:20
91:24 96:6 101:25
114:8 160:5
167:21 176:8
191:10 195:20
220:12 251:20,22
251:25 252:23
340:12 342:19
343:15
**medications (1)** 9:4
**medicine (4)** 5:5
104:5 351:22
352:2
**meet (7)** 41:4,5
172:21 180:3
181:18 185:21,25
**meeting (1)** 174:8
**meetings (1)** 66:23
**meets (2)** 172:21
231:8
**member (5)** 96:4
202:7 239:12,14
315:2
**members (6)** 86:7,8
86:8 96:8,19
238:12
**membranes (4)**
235:13 238:2
244:22 245:14
**Memorandum (1)**
4:20
**memorial (1)** 33:20
**memory (1)** 262:23
**men (1)** 331:13
**mention (2)** 97:13

342:13
**mentioned (7)** 34:2
35:4 107:20 124:1
204:21 232:7
262:20
**mesothelioma (13)**
12:1,5,20 22:14
22:18,24,24,25
77:15,21 78:14
79:11 89:2
**met (9)** 122:24
175:16 176:16
177:23 180:6,8
181:4,14 185:20
**method (1)** 78:23
**methodology (1)**
299:25
**microscopy (1)**
171:6
**middle (2)** 187:18
217:2
**mild (4)** 48:21
49:20 166:12,14
**mildly (1)** 53:7
**miles (2)** 33:4
104:7
**mill (3)** 16:6 328:16
338:7
**Miller (1)** 105:7
**millimeter (1)**
266:24
**millimeters (4)**
205:5 230:8 267:1
280:9
**mills (1)** 338:16
**mind (3)** 142:19
144:23 230:16
**mine (14)** 96:14,16
109:10 121:6,21
334:5 336:3,5
337:13,23 339:3,8
339:19,24
**mined (3)** 17:1
338:6,20
**miner (1)** 95:25
**miners (7)** 39:12

58:2 86:7 314:9
332:6,24 333:1
**miner's (1)** 56:4
**mines (1)** 96:2
**minimal (4)** 67:19
98:22 100:1
230:22
**mining (3)** 337:16
337:22 338:3
**Minnesota (1)**
26:19
**minor (1)** 36:25
**minus (2)** 33:12
154:18
**minute (12)** 33:4
119:4 124:13
127:12 142:13
177:21 232:14
234:1 237:15
244:17 245:11,12
**minutes (5)** 64:7
87:6 102:8 322:10
322:10
**miscounting (1)**
95:2
**miserable (1)**
108:15
**mislabeled (1)**
196:25
**mislabeling (1)**
196:23
**mislead (1)** 13:15
**misleading (1)**
172:19
**mismatches (1)**
68:1
**mismatching (1)**
65:19
**missed (1)** 172:11
**Missoula (2)** 83:18
106:4
**misspoke (2)** 90:4
211:21
**misunderstood (2)**
199:15 211:20
**mix (1)** 16:24

**mm-hm (31)** 15:5
53:18 65:14 66:13
78:3 89:4 95:25
97:8,17 104:1,3
131:3 199:20
237:22 238:20
240:17,17 243:9
243:19 247:14,20
249:12 255:25
263:12 266:14
288:25 291:1
292:21 301:10
308:3 315:24
**moderate (1)** 99:16
**modest (2)** 35:6
42:25
**modified (1)**
109:16
**modify (1)** 66:5
**moment (3)** 151:1
153:8 290:8
**Monday (1)** 110:9
**money (8)** 18:1
37:7 40:11 41:7
42:9 195:4 201:15
201:20
**Monocote (4)** 21:3
21:9,13 28:6
**monoxide (3)** 65:17
65:23 66:15
**Montana (31)** 2:5
3:3,6 7:21 17:2
20:22 26:1,2
27:19,20 53:24
80:4 81:15 91:11
106:5 116:14
136:17,21,25
137:1 152:17
195:4,5 335:22,25
336:7 338:20
339:7,18,24 340:6
**month (5)** 44:16
109:5 349:20
350:11,16
**months (4)** 39:22
83:8 200:13

264:23
**Moolgavkar (2)**
106:24,25
**Moolgavkar's (1)**
106:22
**MOORE (1)** 3:4
**morning (6)** 6:12
84:25 106:3,9
114:22 182:10
**mortality (56)** 5:13
5:14 14:4 35:17
45:21 47:6 84:6
88:12 92:20 93:4
93:21 94:25
110:21 205:8
216:21 221:18
223:10,20 224:3
224:19,24 225:6
225:10,11,12,14
227:16 237:10
238:11 253:23
255:24 256:4
258:21 263:7,9
279:11 297:15
299:21,24 300:5
300:11 301:15,15
302:2,8 306:11
309:7 314:9,12,14
314:20,21 316:8
320:5,8,9
**Moses (1)** 16:6
**motion (4)** 310:1,2
310:4,19
**motions (1)** 354:9
**Mount (3)** 76:7
201:10 257:14
**Mountain (1)** 17:1
**mouthful (1)** 16:20
**move (2)** 126:18
253:8
**multiple (3)** 43:12
150:2 344:16
**Myers (4)** 3:10
7:17 322:4 323:13
**M.D (6)** 1:8 4:1 6:5
8:17 353:20 354:7

**N**

**nail (1)** 67:7
**nailing (1)** 67:5
**name (17)** 6:17,24
7:3 8:2,25 61:23
119:22,24,25
121:4,4,14 219:7
219:19 230:5
323:12 351:5
**names (20)** 21:4
93:11 119:18
216:20 219:16
228:24 230:2,20
230:21 248:23
254:9,16 258:10
258:11,16 343:18
345:9,17,24
346:23
**narrowed (1)** 95:14
**NASA (1)** 317:7
**Nate (3)** 9:1 94:19
226:25
**Nathan (2)** 2:13
6:24
**natural (1)** 335:24
**naturally (11)**
335:18,21 336:15
336:25 337:20
338:18 339:1,6,17
339:23 340:5
**nature (3)** 75:23
177:19 216:16
**Navy (1)** 329:15
**near (2)** 92:19
282:24
**nearly (2)** 194:5
328:5
**necessarily (12)**
25:15 43:6 66:19
128:20 133:24
134:1 137:19
138:2 233:8
246:18 278:19
321:25
**necessary (1)** 171:5

**need (26)** 9:11
131:7,22 149:9,12
151:16 213:21
225:3,11,16,21
230:25 251:9,19
252:24 262:8,10
262:22 265:19
278:2 279:25
308:10 326:4,6
340:2 347:10
**negatively (1)**
190:25
**neglected (1)** 130:3
**never (15)** 18:8
31:10 32:19 69:5
81:11 152:15
186:19 193:20
247:16 249:17,18
250:4 321:4 330:6
339:5
**new (13)** 3:11,11,15
3:15,19 26:4,14
42:8 44:17 191:7
337:11 348:20,23
**nice (1)** 130:22
**nine (5)** 23:13,23
99:16 154:13
240:13
**nitty (1)** 303:3
**nobody's (1)**
289:19
**nodules (1)** 23:19
**nominal (1)** 33:12
**Nonmalignant (1)**
4:18
**nonresponsive (1)**
135:25
**non-asbestos (1)**
176:5
**non-cancers (1)**
94:13
**non-claimants (1)**
345:12
**non-confluent (1)**
49:23
**non-Libby (4)**

129:11 276:23
286:17 288:23
**non-malignant (...**
29:21 34:8,25
36:4,10,14 42:2
42:12,14 48:1
51:12,16 52:2,6,8
52:16 54:3,4 72:4
72:20 84:3 85:11
85:22 88:1 90:20
97:10 101:6 188:2
189:5 253:22
286:7,12,13,15,22
287:6 289:5
290:13 296:9,23
297:20,25 302:14
303:18,24 306:13
**non-miners (1)**
332:7
**non-physician (1)**
179:13
**non-professional...**
331:5
**non-smokers (1)**
332:10
**non-specific (2)**
65:25 67:12
**normal (35)** 4:21
30:8 31:24 32:4,7
32:17 33:1,8,15
34:3 35:3 52:20
103:4 150:18,22
153:7,24 154:2,16
154:21 155:1,21
157:5 186:11
200:15 242:19,21
245:2,8,14,18
248:25 249:7,10
250:3
**normally (2)** 9:10
31:3
**norms (3)** 33:12
103:7,8
**nos (2)** 14:23 89:5
**notable (1)** 213:16
**Notary (4)** 6:4 8:18

354:2,23
**note (4)** 90:11
93:22 191:9
288:13
**noted (2)** 224:23
237:9
**notes (2)** 105:20
146:15
**notice (2)** 14:17
236:1
**noticed (2)** 17:14
234:5
**notions (1)** 311:20
**number (78)** 6:19
13:25 14:7 15:25
16:3 17:8 22:2
23:19 34:12,14
37:3,5 61:14 69:7
76:21 80:17 81:11
81:12,16,18 82:13
83:6,8,15 87:9,13
89:7 91:4,7 92:21
99:9 111:14
122:25 161:5,7
176:8 184:3,8
195:13 204:24
205:1 220:19
243:20,21,21,21
243:21,22 245:1
245:25 255:10
257:24 261:8,9,10
261:10,11,11
264:1 278:7,12
285:7 311:3
324:13,14 328:19
328:20,23,23
329:4,25 330:19
330:20 331:8
332:24 343:1,19
350:18 352:18
**numbered (1)**
229:4
**numbering (2)**
14:1 343:20
**numbers (30)** 14:6
35:20 36:19 38:5

39:16 45:21 62:13
62:14 70:18 83:22
92:2 95:4 110:23
112:24,24 168:3
196:25 219:15
223:22 229:5,9
230:3 240:20
254:15 265:10,12
294:24 311:25
329:18 331:6
**nurses (4)** 83:7
191:6 192:16
201:12
**NW (3)** 2:9,14,18

## O

**oath (1)** 203:14
**object (19)** 28:8
37:11 40:20 41:10
89:21 107:22
194:25 195:2
203:7 204:15
215:13 216:12,14
216:15,16,25,25
272:20 336:19
**objection (28)**
117:6 118:15
122:13 124:18
126:17 136:13,18
139:25 146:3
147:22 152:24,24
158:22 160:7
162:4,11 215:11
252:13 272:1,2,6
272:8,13,20 274:8
284:13,20 349:8
**objections (2)**
140:7 354:9
**objective (4)** 31:14
170:3 186:2
204:11
**observable (1)**
98:25
**observation (3)**
208:11 209:6
290:5

**observations (2)**
238:10 271:10
**observed (11)**
209:9 223:4
225:16 230:14
265:21 276:8,9,20
276:22 283:3
284:5
**observers (1)** 168:3
**obstruction (1)**
69:11
**obstructive (16)**
67:25 68:6,9,14
68:17,24 69:6
143:9,14 174:21
250:11,14,24
251:5 253:1,1
**obvious (4)** 91:1
186:16 272:24
337:16
**obviously (10)**
28:18 40:3 62:3
116:2 142:25
224:4 228:7
274:10,14 276:3
**occasion (1)** 106:12
**occasionally (6)**
193:12 194:7,9
203:20 340:22,23
**occupational (5)**
5:5 104:5 309:1
351:21 352:1
**occupationally (2)**
96:8,19
**occurring (9)**
336:15,25 337:21
338:19 339:2,7,18
339:23 340:6
**occurs (2)** 135:17
135:17
**odd (2)** 89:7 122:22
**offer (6)** 40:17 41:6
124:9 310:23,24
316:1
**offered (5)** 107:11
108:20 114:16

220:2 309:5
**offering (1)** 38:1
**offhand (1)** 328:6
**office (5)** 44:16,18
44:20 76:16
327:13
**official (5)** 2:11
6:25 9:2 79:9
354:16
**Oh (71)** 13:21
19:12,22 51:3
57:24 59:15 62:13
70:11 80:25 87:23
96:11 98:19
100:24 102:22
106:20,25 107:2
107:21 108:7
125:15 131:11
159:9 167:18
181:12 188:18
192:11 193:20
194:18 197:24
208:9 212:3
233:25 234:6
239:9 241:9
242:11 246:11,20
248:3 249:12
252:8 258:16
259:22 260:11,12
266:25 283:20
285:14,22 290:22
294:9,14 298:19
311:4,5 315:12
317:21 320:16,24
322:1,16,21
325:10,18 332:8
337:6,23 340:11
351:15,18 352:6
**Ohio (1)** 26:13
**okay (378)** 9:13
10:6,16 11:7
12:25 13:12 14:9
14:20,23 15:2,16
16:23 17:4 19:5
20:17 21:21 23:3
23:24 24:3,6,11

24:23 25:3,9 26:9
27:6,14 28:21
29:8,11,24 30:16
30:23 31:2,8
32:11,21 34:7
36:8,13 37:23
38:8,13 40:2
41:18 42:11 43:18
43:22 46:4 49:2,5
50:4,11 51:11
53:10,25 54:7,20
55:3,12 56:6,24
58:15 61:3 62:18
63:18 64:1,13,20
64:23 65:1,10,22
66:22 67:10 69:15
71:2,23 72:17
73:2 74:5,20 75:3
77:5 78:11 80:21
81:18,24 82:17
83:9,23,25 84:1
85:9 86:17 87:1,3
88:5,24 90:18
92:2,15,17 93:17
93:20 94:4,15
95:5,6,21 96:25
97:6 98:11,24
100:1,4,23 105:19
106:21,25 107:13
108:25 109:6,11
109:13 110:3
111:1,7,18,23,24
112:9,17 113:8,11
114:1,21 115:5,24
116:16,23 117:25
119:10 120:12,23
121:12,16 123:7
128:16,22 130:7
130:13 131:2,9,20
132:4 135:11
136:2,14 137:1
141:1,23,23
142:19,20 143:2,5
143:7 144:4,25
151:17,25 153:10
154:6,10 156:23

159:15 160:15,23
161:23 163:7,13
163:20 164:1,8,10
165:9 166:2
167:10,20 168:6
169:15,23 170:15
170:25 171:3,21
171:23 173:11,24
174:24 175:3
177:1,5,10 178:2
178:8 179:1,25
180:14 181:2,20
181:21,24 183:1
183:14,18 184:25
187:24 188:18
189:3,11 190:11
192:7 194:1 196:4
199:13,23 200:6
200:10,16,20
201:6,8 203:2,12
204:9 205:22
207:2 208:10
209:4,21 210:2,8
213:19 214:2,13
216:1,4,18 218:8
219:4 221:2
226:24 227:15,23
228:9,24 229:12
232:18,22 233:16
234:8 235:19
236:25 237:20
238:4,15 239:1,3
239:15,22,25
240:8,10,22
241:14,15,16
242:3,18 244:10
245:3 246:2
247:18 248:3
249:3 251:3 253:4
254:3,5 255:19
256:18,25 257:7
257:23 258:3,5,23
259:2 260:22
261:13 264:3
266:7,8 268:10
270:8 275:9,22

276:12 277:25
281:15 282:2,5,11
283:24 284:3
285:1,4 288:18
289:3,12 290:8,15
290:23 291:21
292:6,19 293:13
293:15 294:14
295:20 296:5
297:3,8,13 298:4
299:1,6,19 300:3
301:13 302:5
303:15 305:20
307:11 309:5,11
309:22 310:4
311:8,11 312:10
313:3,17 314:7
315:4,7 316:6,10
316:14 317:1,2
319:10 320:1
321:14,20 322:16
323:12,20,23
325:8 344:9 349:3
350:22 351:5
352:7,14
**old (2)** 327:5
348:21
**older (1)** 47:24
**once (7)** 50:6
138:13 181:18
239:17 350:11,15
350:16
**ones (61)** 14:18
33:19,19,21 45:23
84:7 88:1 95:9
98:2 181:17
219:17 221:6
225:6,12,20 228:6
229:11,25 231:6
231:18 235:7,12
237:16,17 238:25
239:2,12,25 240:4
240:25 242:8
243:24 244:2,7
245:6,13 246:6
247:12,24 248:13

248:24 249:15
252:17 255:3,10
256:9 261:13
262:18,21 263:15
263:23,25 287:9
324:24 325:9
327:10,12,14
346:9,10,12
**ongoing (1)** 110:21
**open (1)** 201:15
**operating (3)** 60:5
60:7 185:22
**opinion (26)** 25:4
60:1 61:6 71:22
75:6,10 85:10,19
85:20 88:13 140:2
217:16 220:2
221:16 223:20
230:17 238:18
254:23 255:1
257:19 316:1
321:6 324:15
325:3 336:1
347:18
**opinions (36)** 10:19
11:3,4,5,16,19,20
16:11 24:16 38:1
42:11 45:3 73:3
82:4 84:2 122:7,7
122:11 124:10,12
127:6 143:24
219:25 256:16
258:24 281:1
303:17 309:13,19
310:24 311:11
318:25 321:15,17
344:13,21
**opportunity (7)**
108:8 152:13
158:6 178:19
211:1 270:24
271:18
**opposed (9)** 19:24
21:1 24:14 25:11
36:10 58:9 62:5
129:21 134:9

**optimal (1)** 32:22
**Oral (1)** 1:8
**orally (2)** 199:21
238:21
**order (12)** 13:22
16:20 125:8
219:12 237:3
248:5 251:9 264:4
271:22 280:1
281:25 311:11
**ordinarily (1)**
185:6
**organ (1)** 30:2
**organization (1)**
188:8
**organized (1)**
199:11
**origin (2)** 139:4,5
**original (8)** 58:2,11
58:13 121:12,13
163:10 188:11,13
**originally (10)**
16:15 49:10 56:2
57:17,18,19 58:4
95:9 150:4 163:12
**originates (3)**
137:17,22 138:10
**origination (1)**
138:8
**Orrig (3)** 107:6,7
143:16
**ought (1)** 179:7
**outcome (1)** 354:15
**outliers (1)** 32:13
**outlining (1)** 75:24
**outset (1)** 226:19
**outside (101)** 27:19
59:18 63:2 101:13
101:16 113:10,14
115:8,13,22
124:17 127:14,17
128:6 177:11,12
177:20,22 178:4,8
178:14 179:5,10
182:2,12 183:5,16
183:23 204:14,18

205:19 206:8,12
207:6,16,20 208:2
208:7,17 209:7
210:22 211:12,16
214:8,17 215:6
216:10 219:1
229:23 230:14
234:23 237:5
238:1 266:22
268:2,8,19 269:1
269:7,9 270:22
271:2,7,22,25
272:19 274:6
275:23 276:4,5,8
276:22 277:2,14
278:25 286:16,19
286:21 287:13
288:8 289:8,17,22
290:6,11,12 291:6
291:8,19 292:11
296:20 297:4
298:1 308:24
321:9 325:2,9,16
326:20 329:7
338:3
**overall (1)** 286:18
**overblown (1)**
67:20
**overexpansion (2)**
69:11,13
**overlap (1)** 229:20
**overlapped (1)**
83:10
**overwhelming (2)**
21:5 47:9
**over-disease (1)**
184:25
**over-read (1)**
193:13
**oxygen (7)** 4:24
29:25 30:7 35:11
35:14 103:13
185:4
**O'Hare (1)** 68:12
**O'Melveny (4)**
3:10 7:17 322:4

323:13

---

**P**

**P (1)** 3:4
**pack (1)** 246:20
**page (52)** 4:3,11
5:2 12:25 14:9,10
15:17,18 19:11,12
19:23 20:15 29:9
29:14 47:8 48:5,6
54:19,21 65:10
69:15 81:18,20,21
81:21,23,25 82:22
82:24 83:1,23,24
92:18 99:15,17,18
99:19,20,21,22
100:4 168:24
232:16 241:8
256:24 258:9,15
258:16 259:16
260:14,15 353:13
**pages (4)** 19:19
81:23 109:24
223:7
**paid (8)** 17:9 18:6
37:8,24 38:3
41:14 347:18
349:19
**pain (1)** 73:25
**paltry (1)** 37:21
**paper (37)** 14:4
16:6 43:18 44:10
45:8 53:17 76:12
103:12,14 104:7
124:2 149:8
150:15,19 169:20
185:19 187:9
199:18 218:23
254:13 255:16,20
258:12 264:19
273:15 282:19,21
282:23 288:15
292:14,15,22
294:8,12,24
299:12 312:16
**papers (17)** 79:25

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

114:4,5 117:2,16
117:21 118:4,9
123:9,12,24 151:6
151:9,12 273:15
273:23 288:12
**paragraph (24)**
12:3,8,9,11 20:25
29:11,13,14,20
47:8 48:6,7 54:21
55:1,13 65:15
69:21 71:2 78:6
81:22,22 342:12
344:11,25
**parameters (1)**
320:22
**parenchyma (2)**
24:20 166:4
**parietal (13)** 49:13
131:20 132:6,11
132:15,22 134:9
134:13,24 135:15
135:18,23 138:15
**Parker's (1)** 106:20
**Parsippany (1)**
3:19
**part (36)** 34:19
35:24 49:17 56:17
69:13 83:15 84:15
84:18 90:3,4
104:23 109:3
110:1 112:20
135:22 156:8
159:6,17 164:3
169:4 175:1,2,4
189:9 190:2,3
191:20 204:22
209:24 220:6
238:3 255:4
257:22 258:21
290:3 298:4
**participate (1)** 79:5
**participated (1)**
349:10
**participation (1)**
160:24
**particles (1)** 337:1

**particular (11)**
38:24 41:5 58:12
111:4 221:15,17
224:23 260:3
280:21 311:15
322:18
**particularly (15)**
32:3 42:22 56:22
59:22 61:15 67:21
84:22 109:15
122:24 127:1
129:24 225:13
283:22 287:20
340:14
**parties (3)** 196:13
202:10 342:9
**partners (1)** 342:3
**parts (9)** 43:14
61:1 81:15 96:16
102:1 313:17
348:21,21,23
**party (1)** 354:13
**pass (1)** 182:17
**passed (4)** 20:14,19
228:15 241:24
**paste (1)** 19:17
**path (2)** 47:5
170:25
**pathologic (3)** 72:2
72:9 172:7
**pathological (6)**
74:25 117:4,18
170:18 171:10
173:6
**pathologically (1)**
166:2
**pathologist (2)**
74:25 171:22
**pathologists (1)**
171:10
**pathology (13)**
71:24 72:12,18
73:3,18 74:5,8,15
75:7 117:4,18
171:17 172:13
**patient (31)** 22:3

27:7 29:25 30:11
30:13 33:24 38:24
76:16 115:8 199:7
199:8 208:11
221:12,15,17
279:25 286:4,8
297:16 317:4
318:4,24,25
320:21 321:2
325:15 326:11,19
334:5,8,9
**patients (48)** 4:15
13:23 15:7 26:17
43:11,20 45:22
46:14,15 75:8
83:5,18,20 84:10
84:20 85:3 86:11
88:7 90:15 113:9
114:17 170:21
198:11 200:3,4,18
208:17 218:21,23
219:8,15 224:5,7
224:11 226:18
252:7 285:21
319:8 324:10
325:5,8,20 326:3
334:15 345:25
346:1,2 350:12
**patient's (2)** 31:13
72:24
**pattern (4)** 189:25
190:9 286:9,18
**Pause (6)** 13:9
70:12 73:12 98:10
184:5 246:14
**paved (2)** 338:1,1
**pay (2)** 37:18 119:4
**pays (1)** 350:3
**peckish (1)** 165:3
**peel (4)** 203:25
204:1 209:20
256:12
**peer-reviewed (1)**
164:14
**Peipins (3)** 81:25
318:11,14

**penalty (1)** 353:8
**Pennsylvania (1)**
2:18
**people (416)** 9:11
14:2,23,23 15:3,6
15:11,13,25 16:4
21:25 22:3,7,9
23:25 26:10,12
27:2,7,10,17,18
27:20 29:6 30:10
31:19 32:2,3,12
34:4,25 35:6,16
35:21 36:5,13
37:9,25,25 38:21
39:24 40:12 41:4
43:16,23 44:4,11
45:11,19 46:5,8
46:22,24 51:20
56:22,25 59:9,13
60:15 61:21 62:9
62:16 64:2 70:9
71:3 72:10 73:25
74:6,9 75:20
76:12,25 77:2,7
80:3,8,15,17,24
81:3,8,13,14 82:1
82:6,9,13,19
83:12 84:17 86:1
86:5,10,11 87:25
88:6,24 93:11,12
93:20 94:6,24
96:13,13,19,21
97:15 98:18,21
99:2 101:12,16
113:11,12,18,18
114:2,7,9 115:1
115:22 128:1,1
129:6 134:2
153:20 157:22
159:17,20 160:24
161:3 164:21
166:25 167:24
168:1,2 169:5
171:8,15,18 172:8
174:1,4,7,9
175:13 176:23

177:2,11,12,16,24
177:24 178:4,8,9
178:12,22 179:20
180:3 181:5,15
182:2,6,12,16,20
182:22 183:23
184:14,19,20,25
185:6,12 186:12
186:21,22 189:12
189:16,19 190:14
191:5,20,23
192:12 195:7,13
195:21,23 196:11
197:1 198:4,19
200:11,12,15,16
201:11,16 202:19
202:24 204:19
205:1,8 206:14
209:15 211:4,10
211:11,23 214:6
214:17,20 216:6,6
216:13,19,23
219:16,18 220:3
220:19,25 221:17
223:1,9,24,25
224:1,19,24 225:1
225:4,5,9,11,12
225:13,20 226:19
226:20 228:10
229:3,21 230:12
232:10,24,25
233:9,11 234:22
234:23 235:4
237:8,9,20,23
238:5,11,19,23
239:19 240:16,18
241:3 242:22
243:5,24 244:21
244:24 246:5,24
247:7,11,15,21
248:5,15,24 250:2
250:4,9,15,21,21
251:3,16 252:6
253:15 254:10,10
254:16 255:2,2,5
255:23 256:3,4,13

In re: W.R. Grace & Co., Debtor                Alan C. Whitehouse, M.D.

256:15,21,22
257:9,14,23 258:4
258:6,20 259:4,5
259:15,21,22
260:2,4 261:5,21
263:1,14,18,22
265:21 266:15,22
268:8,12 270:9
273:18,24 279:3,5
279:11,12,23
282:17 285:3,9,14
286:6 287:5,16,17
289:4 290:4,16,25
291:8,8,17,19,22
293:7 294:4,15,22
295:4,12,23
296:11 297:16,19
297:24 300:10
302:13,25 303:1
303:16,18,19 308:8
303:22,22 304:3,3
304:7 305:10
306:11,12,12
307:11,18 308:8
308:19,20,22,23
309:7,8,12 310:19
310:20 311:2,13
311:25 312:13,14
312:17,20 313:25
314:25 315:22
317:14 319:20,23
320:18 328:16
329:6 330:25
334:19,20,24
335:11 337:23
343:22 345:17
**percent (66)** 32:5,7
32:8,14,14,23,24
32:25 33:14 34:4
34:5,5,16,18
36:17,23 61:20
70:2,9,10,14,17
70:18,22,23,24
81:17,17 86:2,3,3
86:15 100:6,7,17
134:3 153:18,22

154:6,11,12,13,19
154:20 174:19
182:16 185:8
186:13 212:6
214:23 245:19,21
245:22,25 250:15
259:8 264:12,25
275:5 284:24,25
285:2 314:9
328:22 329:3,5
**percentage (10)**
23:21 70:19
128:13 275:4
315:10 327:20
328:7,13,15 329:8
**percentages (2)**
86:6 90:12
**Perfectly (1)**
292:17
**performed (2)**
297:17 312:13
**period (12)** 16:10
70:16,24 76:20,21
116:17 254:12
259:9 264:12,25
279:14 347:24
**periodically (2)**
176:3 348:20
**periods (1)** 43:1
**periphery (1)**
119:3
**perjury (1)** 353:8
**permanent (5)** 5:4
53:12 80:19
103:18 331:23
**permutations (1)**
28:17
**person (10)** 24:25
31:4 34:10 53:6,7
53:8 63:1 84:4
128:5 195:10
**personal (10)** 2:12
7:1 9:2 37:18
41:19 87:5 171:21
259:1 319:11
330:9

**personally (1)**
342:21
**perspective (3)**
53:1 73:18 74:24
**pertinent (3)** 149:3
201:2,4
**Peruses (1)** 153:16
**phenomenon (5)**
32:12 57:6,10
277:7 283:11
**phone (5)** 7:13 8:9
322:2 323:17
339:5
**phonetic (1)** 5:16
**photographs (3)**
73:8,9 74:1
**phrased (1)** 141:6
**physical (6)** 30:22
30:22,23,24 32:4
210:3
**physician (6)** 48:14
178:24 202:25
203:1 307:24
339:10
**physicians (1)**
300:22
**physiologic (2)**
205:6 214:10
**physiologically (1)**
34:10
**Ph.D (1)** 28:1
**pick (19)** 37:2 41:4
129:11 170:1
171:7,22 174:1,3
175:22,23,24
176:23 177:1
179:20 259:5
285:13 286:1,2
291:25
**picked (7)** 230:15
259:21 287:1,3
289:14,14 291:22
**picking (4)** 170:21
172:20 173:7
175:12
**picks (1)** 289:9

**pickups (1)** 337:24
**picture (3)** 65:3
189:25 190:9
**piece (7)** 62:4
125:13 128:10
218:22 303:7
314:18,19
**piecemeal (2)**
348:1,19
**pieces (2)** 114:24
300:14
**pilot (3)** 317:17,19
317:20
**pipe (2)** 247:4
338:8
**piping (2)** 330:16
330:22
**pitfalls (2)** 41:15,16
**place (17)** 83:7
136:20,22 201:15
201:20 217:25
273:20,21,22
291:4,17 307:10
307:16,19 308:14
317:23 319:19
**places (6)** 11:21
177:25 254:1
307:23 325:6
337:10
**plain (7)** 55:16,23
63:9 98:10,20
148:9 167:10
**plaintiffs (1)** 108:4
**plan (6)** 11:9
108:21 168:8
237:21 274:15
310:16
**planet (1)** 336:24
**plants (1)** 26:18
**plan's (1)** 266:24
**plaque (5)** 49:9,10
60:3,19 150:20
**plaques (64)** 47:10
48:22 49:2,3,7,20
49:22,24,25 60:14
60:23 61:8 69:23

70:1 71:3 73:23
88:2 116:4,6,19
132:5,8,9,11,13
139:4,20 140:21
141:11,16,25
142:24 143:1
144:5,7,9,12,12
144:15,20 145:4,7
145:8,11 146:1,14
146:16,18,19,22
147:1,2,15 148:6
148:8,10,14,20
149:24 150:3,9,16
153:15,20
**plaquing (8)**
146:11 149:15
150:20 153:5
154:25 155:10,15
155:20
**Plaza (1)** 3:15
**please (16)** 6:22
8:14 9:14 30:5
67:10 77:17
102:25 117:15
129:19 140:3
228:13 238:9
291:15 323:17
328:3 349:4
**plethysmograph ...**
31:7
**pleura (54)** 132:2,6
132:12,15,17,22
132:24,25 133:9
133:16,17,20,23
134:10,24 135:15
135:18,19,22,24
136:5 137:18
138:11 206:3
209:11 210:11
214:8,11 216:9
218:25 223:1,8
225:18 227:25
228:11 230:13
233:1 235:2,15
238:2 242:7 243:8
245:14 247:11,16

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

251:5,17 256:14
266:13,18 267:11
268:12 280:3
309:1
**pleural (351)** 5:8
5:11 21:24 22:8,9
22:10 24:16 25:11
25:13,14 26:12
27:16 36:3 39:14
42:3,16 45:4,6,11
45:16,17,24 47:10
47:11,11,15,25
48:22 49:3,6,9,10
49:13,20,22,23,25
52:19 53:2 55:4
56:1,21 57:11
59:18 60:2,2,4,13
60:19,19,23,23
61:7,8,17,21,24
61:25 62:7,16,17
62:19 63:1 65:5
69:22 71:3 73:4,6
73:19,20 74:7,9
82:5 87:25 88:1
97:19,25 98:4
100:1 101:5
104:11,25 105:8
115:8,11,16,19,24
116:4,6,7,12,18
116:20,23 117:5
117:19,23 118:4,9
118:13,23 119:9
123:9,13,17,19
124:1,10,16
125:11,23 126:3
126:13,23 127:5
127:18 128:7,24
129:7,23 131:6,8
131:10,17,21
132:20,21 134:4
134:13 137:16
138:3,14,15 139:3
139:6,9,19,20,23
140:20,21 141:5,9
141:10,15,17,24
141:25 142:9,17

142:22,23 143:7,8
143:14,25 144:19
144:20 145:14,20
146:21 147:16,20
150:1,9 153:19,23
155:10,12 156:13
156:18,24 157:8
157:16,23 158:15
158:18,24 159:2,7
159:21 164:3,17
165:20 179:18,21
180:4,18,21 181:3
181:17 182:1,4,7
182:23 184:15
185:13 186:7,9
202:19 203:4,16
204:4,5,6,7,12,13
204:17,19 205:3,9
205:14,15,18
206:2,19,25 207:1
207:5,6,16,17,20
208:1,1,7,13,17
208:23 209:4,8,10
209:16 210:10,17
210:20,22 211:5
211:11,23 212:4,6
212:9,15 214:4,5
214:7,24 216:8
218:24 219:9
220:4,20 222:24
225:14 228:11
229:22 230:13
231:6,7,15 232:20
233:1,7 237:4,5
237:11,25 238:6
239:20,20 240:5
240:19 241:4,19
242:4,6,16 243:6
243:16 244:24
247:1,1,10,22
248:7,10,11 256:5
256:6,8 260:5,10
261:7,14,16,19,23
262:10,19 263:2
264:2,6 265:22
266:16 267:7,12

267:25 268:18,23
268:25 269:12,13
270:7,10,19
272:16,18,25
273:2,2,7,16
274:3,7,12,13,18
275:14,24 276:20
277:14,18 278:20
278:23 279:3,8,20
280:11 281:3,5,19
283:5 284:7
296:24 308:22
312:1 321:7,9
**pleuras (1)** 220:5
**pleurisy (1)** 73:25
**plural (4)** 51:24
156:7 249:25
257:11
**plus (8)** 14:2 33:12
93:11 154:18
196:10 199:6
219:16 249:10
**pneumoconiosis ...**
56:3,8
**pneumonia (5)**
91:5 92:13 304:14
304:15 306:25
**pneumonitis (1)**
176:5
**point (41)** 30:9,24
44:24 46:2 59:2
73:12 75:2 78:2
80:10,12 84:9,9
124:6 127:11,11
148:11 150:17
154:23 163:3
176:7 196:25
206:5 207:12
217:12,14 221:9
242:13 253:16,16
288:4 293:24
295:13 296:4
303:6 314:8 318:3
319:21 321:16
328:5 342:22
349:1

**pointed (4)** 222:23
238:5,16 247:8
**pointing (3)** 262:11
277:19 284:9
**points (13)** 253:14
253:23 292:24
293:3,6,7,17,22
293:23 294:4,22
295:5 315:10
**popping (1)** 217:25
**population (36)**
33:1 70:9,11
80:11,16 83:11,13
83:16 115:8
154:20 255:5
286:4,8,13,15
287:5,19 288:7
289:4,9 294:17
296:18 297:16
317:5 318:5,15,24
318:25 320:22
321:2 332:23,25
333:3,4,16 335:7
**populations (4)**
160:15 287:13,15
288:9
**portion (5)** 128:11
133:20 196:15
232:16 330:11
**position (6)** 15:18
17:4 28:21 47:1
75:11 79:9
**possession (4)**
325:17 326:9,10
326:25
**possibility (1)**
113:19
**possible (8)** 33:3
133:21 187:21
242:20 335:10,15
345:19,21
**possibly (2)** 108:16
345:23
**Potentially (1)**
69:10
**powers (1)** 273:1

**practical (2)** 49:15
163:16
**practically (1)**
43:11
**practice (16)** 16:3
56:13 60:10 61:5
61:10 63:3 149:5
191:22 224:8,16
224:23 279:12
326:12,14 327:2
346:15
**practiced (1)** 74:4
**practicing (1)**
339:10
**practitioner (2)**
127:2 148:25
**precedence (3)**
298:11,13,16
**precedent (2)**
298:18,22
**preceding (1)**
301:5
**precise (1)** 152:22
**precisely (3)**
284:12,16 289:14
**preclude (1)** 9:5
**Predict (2)** 4:24
103:13
**predicted (17)** 32:5
32:7,14,15,24,25
34:5,5,17 36:18
70:17,23 100:8
153:18 154:21
245:22,25
**predominance (1)**
203:22
**predominantly (2)**
16:4 143:12
**prefer (1)** 235:22
**preliminary (1)**
106:11
**prep (1)** 113:2
**preparation (1)**
25:21
**preparatory (2)**
130:11 217:11

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

**prepare (3)** 254:13
340:9 348:16
**prepared (3)** 13:13
339:22 352:4
**preparing (1)**
17:18
**preponderance (2)**
45:10 206:18
**presence (2)**
211:22 335:24
**present (20)** 3:21
138:2 141:5
153:17 186:8,9
202:12 216:8
230:12 232:25
234:22,23 235:1
243:6 266:16
296:1 308:23
315:15 335:18,22
**presentation (41)**
117:4,18 139:5
170:10,12 179:22
180:2 204:11
206:24 207:13,19
209:5,21,23,24
210:8,16,21 211:9
214:4,5,16 215:3
215:4 216:5
221:10 222:24
229:22 231:15
232:3 237:4 238:5
243:5 247:9
249:24 267:6,9,12
267:24 321:7,8
**presentational (1)**
251:17
**presentations (1)**
256:14
**presented (18)** 14:4
114:17 117:3,17
123:12 139:19
141:16 142:23
146:22 218:24
231:6 232:10,11
233:6 247:21
313:3,7 320:4

**presenting (4)**
118:8 206:11
233:10 239:19
**presents (5)** 204:8
206:6 215:5
237:25 312:20
**presume (1)** 151:16
**presumptive (1)**
40:15
**pretty (40)** 39:15
56:19 66:7 109:7
109:13 114:22
115:2 116:8
131:23 140:8
147:14 149:25
150:4 154:7,8
162:14 171:17
172:17 173:7
175:18 176:23
177:24 180:3,20
181:5,18 182:25
187:20 190:21
191:21,21 192:25
193:10 195:15,25
201:17 251:12
262:16 310:15
333:13
**prevent (1)** 218:13
**previously (2)**
90:17 327:13
**primarily (1)** 45:8
**principally (1)**
250:24
**printed (2)** 19:7,15
**printout (2)** 21:2
29:10
**prior (12)** 38:5
40:22 41:10 45:24
61:25 111:9,11
138:1 164:6 195:1
291:14 325:7
**private (3)** 148:25
224:8 326:12
**privy (2)** 15:15
62:3
**probability (6)**

84:5 86:13,14,14
88:13 316:7
**probably (80)** 18:6
18:7 19:2 23:9
24:10 33:21 36:22
38:7,18 46:2 47:3
47:19 59:20 62:18
63:4 72:25 75:1
80:17,25 81:2
90:9 96:21,23
98:3 101:21 102:8
113:16,23 120:2
132:10 148:9
155:2 165:4,7
170:14 174:15
188:10 193:7
195:16 196:17
198:3 201:7 202:6
202:16 206:17
242:20,21 246:21
249:2 250:6
251:21 260:12
275:21 279:18
286:11 287:10
291:20 300:22
308:9 311:24
317:21 321:4
324:24 325:7
326:2 327:3
328:22 329:19
332:22,24 333:2
334:10 337:12
345:11 347:23
348:6,8,22 350:16
350:17
**problem (25)** 31:25
33:9,10 71:7
92:12 95:17
130:14 138:20
143:1 155:13
172:4,6 174:17,18
177:4,5 196:1
232:7,8 233:4
244:12,12 304:21
310:17 351:1
**problems (9)** 13:1

16:14 30:12 33:24
60:15 91:9 180:11
196:23 287:22
**procedure (4)**
192:2 193:22
298:7,10
**procedures (4)**
4:14 11:14 40:6
168:8
**proceed (1)** 8:14
**proceeding (2)**
136:20 152:18
**proceedings (2)** 6:7
184:5
**process (26)** 46:19
47:16 132:5 133:4
134:22 136:4,24
137:5 138:8,14,18
140:8,16 160:4,12
161:3,17,19
162:10 163:9,10
164:4 166:3 169:5
178:18 183:24
**processing (1)**
26:13
**produce (2)** 174:20
342:7
**produced (13)**
15:11 157:21
227:3 326:15,18
342:2,6,9 343:13
344:4,13,23
349:22
**produces (1)** 157:4
**production (3)**
343:5,16 344:5
**productive (1)**
77:15
**products (6)** 21:5,7
21:18 28:2,5 29:3
**professionally (4)**
330:8,17,22 331:1
**profusion (1)** 57:3
**prognosis (5)** 22:17
22:20 23:4,6
24:25

**progress (4)** 42:21
45:19 286:22,23
**progressed (8)**
255:6 256:4
277:17,24 279:3
286:17 297:20,25
**progression (92)**
29:21 42:25 43:4
43:16,19 203:22
204:22,23 205:17
205:17,24,25
253:17,19,25
254:2,3,6,11,24
255:20 256:17
257:10,21 258:8
258:25 259:2,14
260:5 261:22
262:2,9 263:4
264:5 265:17,22
276:12,13,14,19
276:21 277:13
278:17,19,24
279:24 280:13,16
280:18,20 281:2,5
281:11,13,19
283:2,5,18,20
284:1,1,5,7 286:3
286:6,9,18,19
287:11,14,25
289:6,15 290:21
291:18,22 292:6
292:12 294:18,24
296:8,16,20,21,25
297:7,8 303:17
308:6 309:3,20
321:15
**progressive (7)**
34:13 42:16,19
123:25 166:6
277:6 288:1
**prolong (1)** 125:8
**promulgated (1)**
57:16
**pronounce (1)**
106:23
**pronounced (4)**

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

205:19 214:8 287:10 288:6
**pronouncement (...** 160:12 161:19
**proof (1)** 171:24
**proofing (2)** 21:10 21:14
**proper (2)** 125:3 217:3
**Property (2)** 2:20 8:6
**proponents (1)** 108:21
**proportion (5)** 182:22 183:4,15 211:16 214:20
**proposal (3)** 55:14 63:7,13
**proposition (1)** 48:21
**protect (2)** 137:11 186:22
**protected (1)** 219:17
**protocol (17)** 189:15 191:1,2,18 191:22 192:15,17 193:5 195:15 299:8,11,13,15,20 299:22,24 300:6
**proven (1)** 185:4
**provide (3)** 31:14 52:7 225:23
**provided (7)** 108:23 114:7,8,16 161:7 225:24 346:22
**providing (1)** 201:21
**proximity (1)** 93:25
**public (4)** 6:4 340:3 354:2,23
**publically (6)** 58:19,22,23,25 192:19 195:23

**publication (1)** 282:25
**published (28)** 55:20 114:3,5 115:15,20,21 117:3,17 118:3 123:9 189:21 190:3,5 198:10 254:14 255:16,18 273:16 288:2 289:19,25,25 290:24 291:14 292:15 312:16 317:8 341:6
**PubMed (1)** 340:23
**pulled (1)** 80:21
**pulmonale (4)** 34:21 92:13 307:2 307:3
**pulmonary (47)** 5:11 17:6 33:23 34:22 65:12 66:7 66:20 68:11,17 69:8 72:24 76:17 76:19 77:8 92:7 92:14 103:6,8 105:8 129:6 185:7 186:10,11 190:19 191:8,16,18 205:3 210:4 254:15 255:7 256:20,24 259:16,18 264:9 266:1 280:22 281:16,18,19,20 290:19 292:3,4 318:7 326:25
**pulmonologist (2)** 178:25 179:2
**pure (6)** 22:19 96:22 98:4 100:1 244:23,23
**purely (4)** 40:8 216:5 243:15 280:5
**purport (1)** 119:17
**purports (1)** 122:6

**purpose (4)** 10:22 11:1 39:2 262:1
**purposes (11)** 16:23 30:5 41:20 53:1 57:4 59:17 60:22 61:6 169:24 170:6 209:6
**pursuant (2)** 136:24 189:14
**pursue (3)** 46:14 130:7 203:24
**pushing (1)** 153:22
**put (39)** 11:2,2,4 18:19 20:15 29:8 53:15 55:14 57:19 63:8,14,18 75:22 79:22 87:19 89:21 90:8 186:10 187:8 195:9 198:22 199:5,7 205:24 230:11 232:15,24 233:9,12 239:3 240:1,9 243:12 246:12 260:14 293:25 294:24 337:25 341:10
**putting (6)** 173:4 196:2 213:17 235:15 243:11 304:7
**p.m (12)** 165:11,15 184:2,7 222:16,19 278:6,11 323:3,7 352:17,22
**P.O (2)** 2:5 3:6

___

**Q**

**qualification (1)** 171:14
**qualified (3)** 40:21 57:1 71:13
**qualifies (1)** 236:6
**qualify (9)** 37:9 42:4 169:5 170:1 174:4 184:19,20 186:1 317:21

**qualifying (3)** 101:8 170:21 184:14
**qualitative (1)** 46:13
**quality (4)** 160:25 162:2,8 255:11
**quantify (4)** 78:13 78:24 327:24 335:6
**quantitate (2)** 22:6 167:18
**Quantitative (2)** 5:12 105:9
**quarries (1)** 337:11
**question (144)** 12:4 19:1 25:25 28:9 28:14,15 37:12 39:17 40:21,23,25 46:17 52:10,11 61:2 85:16 89:22 89:25 94:22,23,23 100:15,20 111:23 113:21,22 115:6 117:7,10,14 119:11,12 120:9 122:13 124:19,21 124:23,25 125:7 126:18 134:20 135:8,9,11 136:7 137:14 138:5,7,19 138:22 139:2,13 139:14,17 140:1,3 141:6,8,11,13 143:6 144:16 145:1 146:8 147:5 147:14,23,24 150:12 151:15 153:3 156:12,16 158:11 159:3 160:19 161:16 170:7 171:22 173:23 174:22 176:18 180:5 184:16 195:1 200:21 203:13

204:16 205:10 212:24 215:2,18 216:15,17 217:10 217:18,21 218:14 219:6 221:21,24 222:10 223:18 224:15 229:21 230:6,11,25 231:22,24,25 234:18 239:13,16 260:1,2 270:15 272:3,10,13,21,21 273:10 274:10 281:7 284:14,15 284:21 291:13,15 293:6,10 304:22 305:8,19 308:17 324:10,16 329:24 330:6 331:18 336:20 340:4,15
**questioning (4)** 130:12 140:13 152:9 230:18
**questions (46)** 9:5 9:14 19:10 62:19 102:2 106:8 119:1 119:2,12 127:10 128:22 129:18 131:1,14 137:9 140:5 152:22 165:19 168:7 169:24 175:9 179:19 180:13,15 188:16 190:12 213:19 217:1 218:16,18,19 253:9 256:12 272:22 293:13 297:11 321:21 322:2,5,15 323:16 350:20,24 351:7 352:13 354:9
**quickly (5)** 65:2 66:7 101:24 253:8 350:25
**quit (6)** 246:16,18

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

Page 388

327:2 332:19
**quite (7)** 27:24
71:10 101:18
121:8 195:6
230:20 286:25
**quitting (1)** 332:18
**quote (5)** 32:17
126:7 150:23,24
161:6
**quoted (2)** 104:8
128:17
**quotes (1)** 36:9

**R**

**radiographic (4)**
4:23 103:12
265:25,25
**radiographically...**
66:21 70:4 255:7
**radiographs (6)**
55:16,23 56:7
63:9 279:20
280:24
**radiography (1)**
285:6
**radiologist (3)**
189:7 193:8,23
**radiologists (2)**
193:9 194:2
**raise (1)** 152:2
**raised (1)** 311:9
**randomly (2)** 334:7
334:14
**range (17)** 29:2
32:5 33:13 34:17
150:18,18,21
153:7,24 154:2,16
155:1,21 166:12
185:9 246:4,4
**ranges (3)** 31:24
53:5 157:5
**rapid (23)** 45:5
254:2,3,6,11,24
257:9 259:14
261:22 262:9
264:5,16 265:3,22

276:19 278:23
279:23 280:13,13
280:18,20 281:4
289:15
**rapidity (15)**
204:21 205:17,24
253:17 256:16
257:21 258:8,24
259:2 260:5 263:3
265:17 276:24
277:1,2
**rapidly (6)** 42:21
255:6 277:24
279:3 286:22,25
**rare (1)** 35:5
**rarely (2)** 204:17
204:23
**rate (12)** 17:15
85:25 167:1 269:8
270:19 272:15
274:3,5 275:14
296:25 316:12
348:4
**rated (1)** 166:22
**rates (2)** 284:22,23
**ratio (3)** 174:19
332:25 333:4
**reach (1)** 163:3
**reaches (1)** 30:9
**read (59)** 10:11
11:7,24 12:18
15:2 20:25 25:21
27:22,24 38:13
39:4 47:20 56:23
64:6 71:13 75:3
77:24 85:16 109:1
109:11,20,20,21
110:3,5,6 111:9
114:24 123:18
124:2,4,7 125:18
127:4 128:10,11
128:18,19 148:10
148:24 149:2,3
166:25 176:19,21
187:3 193:7,8,15
193:18,18 194:2,3

244:6 260:14
287:20 299:11
344:16 353:10
**reader (1)** 189:8
**readers (1)** 161:9
**readily (1)** 225:7
**reading (11)** 56:25
87:25 109:22
110:11 112:17,21
189:9 193:4,5,23
213:13
**readings (4)** 4:23
103:12 190:20
194:11
**ready (3)** 254:14
282:24 323:1
**real (7)** 26:7 206:22
279:19 285:6
300:18 301:4,5
**realize (2)** 198:2
201:19
**really (56)** 15:14
25:9 26:7 28:19
45:12 49:14 66:11
81:1 82:11 91:8
98:7 101:17 107:2
111:15 120:11
124:14 126:10
140:12,15 144:15
152:1 170:15
173:1,2,10 175:10
178:23 179:2,13
179:19 180:12
184:18 196:4
202:6 206:10
209:19 224:2
229:14 234:19
246:22 251:18
257:14 264:22
280:14 288:17
297:5 303:3
304:25 306:24
328:21 336:13
341:9 343:6
345:10 348:18
350:14

**Realtime (2)** 6:18
8:13
**reask (1)** 41:1
**reason (21)** 9:8
12:16 35:11 58:12
122:1 136:25
148:8 157:13,15
157:20 163:24
172:25 186:4
208:21 229:23
264:21 275:18
285:19 296:13
326:13 341:7
**reasonable (5)**
85:20 91:20,23
132:10 164:6
**reasonably (4)**
23:20 159:6 178:1
189:8
**reasons (11)** 44:7
62:2 87:5 88:17
88:22 158:14
184:24 186:16
197:17 311:3,4
**rebuttals (1)** 10:18
**recall (8)** 28:16
77:16 97:16
112:16 143:16
145:10 259:10
280:10
**received (3)** 119:14
119:16 349:25
**recess (12)** 50:15
87:10 89:8 105:23
165:12 168:5,22
222:17 228:19
278:9 323:4 330:2
**recite (1)** 205:16
**recognize (4)** 51:4
103:2 164:2
186:12
**recognized (8)**
127:9 141:2,3
143:3 159:18
160:25 163:23
184:15

**recognizes (1)**
165:24
**recognizing (1)**
204:3
**record (39)** 6:13
30:5 50:14,18
87:8,12 89:23
94:19 102:6,11,15
102:25 105:20,22
105:25 136:16
137:11 152:21
157:9 165:11,15
184:2,7 187:17
213:18 222:16,19
232:23 236:25
278:6,11 289:6
308:15 323:3,7
339:14 343:9
344:2 352:17
**recorded (3)**
126:22 243:25
332:3
**records (9)** 15:12
199:18 310:20
342:19,25 343:2
343:15,23 348:6
**recreate (6)** 345:19
345:22 346:4,21
347:10,14
**red (1)** 73:23
**redacted (7)** 252:8
252:12,15,17
343:24 345:9,15
**redaction (3)**
252:12,13,14
**reduced (3)** 65:17
186:4,17
**reduction (8)** 67:15
69:25 100:7 101:7
128:25 150:16
153:6 157:4
**reduplicate (1)**
90:25
**refer (4)** 12:17 78:5
108:5 132:4
**reference (12)** 5:7

In re: W.R. Grace & Co., Debtor                Alan C. Whitehouse, M.D.

33:17,18 104:17
198:17 207:21
208:2,18 218:22
225:10 313:11
342:16
**references (2)**
92:25 101:25
**referred (2)** 228:5
325:11
**referring (15)**
63:13 74:2 78:22
131:11 163:14,16
175:4 212:3
220:11 232:4
284:19 324:6
325:20 334:23,24
**refers (3)** 16:24
54:21 55:8
**reflect (9)** 94:19
122:6 152:21
154:14,14 228:4
279:23 282:19
290:13
**reflected (5)** 79:16
182:24 280:15
284:6 292:19
**reflects (2)** 131:5
281:2
**regard (4)** 51:15
75:12 129:9
336:12
**regarded (3)**
116:20 160:20,23
**regarding (13)**
118:4,9,12,23
124:10 125:10
258:24 302:2,13
302:20 303:17
308:22 321:15
**regardless (4)**
27:10 197:24
231:22 306:21
**regular (5)** 17:7
179:15 224:6
287:21 288:11
**relate (4)** 115:13

162:16 287:25
311:19
**related (23)** 4:18
36:2 51:13 68:15
86:17 91:15,17,19
91:23 97:10
113:11 114:3
127:1 176:5
185:15 253:3
283:22 287:25
302:22 303:12
306:13 308:11,12
**relates (8)** 52:9
53:20 56:18 71:9
145:11 162:16
182:12 308:18
**relating (4)** 18:4
114:8,17 309:19
**relationship (3)**
116:13 134:11
135:23
**relative (12)** 11:3
12:9 59:22 61:13
123:1 127:21
129:7,23 174:12
271:6 354:13,14
**relatively (2)** 65:25
279:14
**release (4)** 336:15
337:1,15 338:4
**released (1)** 337:20
**relevant (1)** 224:17
**reliable (1)** 171:18
**relied (8)** 60:3,21
104:12 256:16
341:13 342:4
344:12,20
**relies (1)** 61:3
**rely (18)** 51:19
53:19,22 59:17
73:3 104:21 105:3
105:11,16 258:24
262:23,24 265:5
297:23 303:16
310:25 318:24
319:8

**relying (6)** 74:25
88:13 308:6
309:12 319:13,13
**remainder (1)**
314:10
**remaining (1)**
309:12
**remains (1)** 326:13
**remember (12)** 9:6
9:10 44:14 61:23
99:13 259:7
264:22 266:3,7
297:1 331:10
334:12
**REMEMBERE...**
6:1
**remind (2)** 107:1
111:22
**reminding (1)**
108:3
**remover (1)** 228:21
**render (1)** 341:1
**rendering (9)**
324:15 325:3
335:25 338:16,21
341:14 342:5
344:13,20
**reorganization (1)**
11:10
**repairs (3)** 330:9
330:17,23
**repeat (7)** 8:2
40:25 77:17 85:16
100:9 117:15
146:13
**rephrase (11)** 9:15
28:10 52:12 89:24
118:20 146:7
156:12,16 171:13
175:20 348:14
**replace (1)** 10:12
**replicate (1)**
298:25
**report (93)** 4:13
9:25 10:7,7,8,10
10:13,13,16,17,23

11:1 15:16 16:11
17:14,19 24:18
27:22 28:16 29:8
29:12 39:2,4 47:8
75:3 77:12,16,18
77:18 78:6 79:24
80:22 81:19 83:4
92:17,24 93:1
102:2 103:15,22
104:22 105:4
110:15,21 121:17
122:2,4,6,11,12
122:18,19 123:2
148:15 215:21,23
256:19,20 257:2,8
257:8 258:5 259:3
260:4,17,18 276:3
276:14 284:17
312:11,19 313:4
313:10 316:19,22
316:25 335:8
338:16,21 340:9
341:2,3,14 342:5
342:12,14 344:11
348:17,19,22
351:23 352:4,6
**reported (40)** 1:25
65:24 66:15
127:14,17 154:5
204:19,20 209:8
219:1 225:18
233:2 239:24
242:7 264:7
265:23 266:19,21
267:13 268:2,2,13
268:17,18 269:3,5
270:11,22,23
271:2,6,8,24
273:15 277:8
283:4,8,9,12
284:18
**reporter (3)** 8:1,12
9:17
**reporting (10)** 6:18
8:13 141:4 143:13
268:23,25 269:9

270:19 272:16,24
**reports (37)** 11:21
11:24 12:18,18
18:3 37:6 38:13
38:14 39:20 44:2
74:14 104:13
106:18 109:23
113:4 114:15
116:3 119:14,16
119:17,23 120:1
120:13,15,18
121:3,5,14 144:2
153:18 187:5,7
199:5 273:19
278:24 320:13
341:16
**represent (12)** 6:23
6:25 7:4,6,8,11,17
9:1 19:7 237:23
241:12 323:14
**representative (4)**
2:20 8:7 189:25
190:8
**represented (1)**
27:1
**representing (5)**
6:18 7:21,23 20:1
190:9
**represents (1)** 27:1
**reproduction (2)**
20:5,9
**request (2)** 112:14
219:21
**require (2)** 54:8
164:16
**required (5)** 39:14
53:22 62:25
214:23 273:17
**requirement (8)**
39:22 52:15 62:24
101:4 158:25
159:8 171:12
173:17
**requirements (4)**
38:16 180:25
182:17 185:25

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

**requires (4)** 159:21
172:16 236:2,2
**requiring (1)**
214:23
**research (5)** 48:14
160:11 288:12
299:21 340:12
**researchers (1)**
159:2
**resection (1)** 69:12
**reserved (2)** 352:20
354:12
**resident (1)** 80:20
**residents (4)** 81:13
331:23,24 332:2
**residing (2)** 354:3
354:23
**resolution (3)**
43:10 55:8 63:22
**resolve (1)** 37:18
**respect (40)** 82:18
114:1,6 127:23
158:10 160:2
190:11 191:19
195:21 197:13
198:10,11,19
206:7 219:22
220:17 224:12,14
238:11 246:5
253:21 255:2
262:6 275:13
276:8,10 281:3
293:11,18 294:3
294:22 295:11
296:9 297:15
303:24 304:3
308:4 315:25
318:24 352:4
**respectful (1)**
151:20
**respects (3)** 130:2
198:5 335:9
**respiratory (6)**
48:24 91:12
103:19 297:20,25
306:25

**respond (5)** 129:2,4
129:5 199:21
238:21
**responding (1)**
127:10
**response (4)**
135:17 184:16
219:5 311:9
**responsibility (1)**
343:7
**responsible (1)**
341:16
**rest (9)** 10:3 46:20
135:22 165:21
241:21 242:1,12
253:9 265:25
**restate (1)** 323:19
**restriction (1)**
144:2
**restrictive (4)**
48:23 143:9,10
250:11
**result (25)** 18:2
22:18 23:5,7
26:20 43:24 48:2
48:23 68:18 69:6
74:7 81:8 84:3
90:19 95:1 97:15
97:18,19 112:17
133:1,22 166:8
210:20 289:6
304:23
**resulting (2)** 92:13
154:15
**results (10)** 126:1,5
126:12,21 127:16
128:8 154:25
155:15,20 205:6
**retained (1)** 341:1
**retention (1)** 34:20
**retrievable (1)**
345:16
**retrospect (1)**
121:9
**returns (7)** 75:13
88:4 89:8 168:4

168:21 228:18
330:1
**review (35)** 37:8
59:22 79:5 104:12
106:13 107:5,6,7
107:10,13,18
109:8 119:7
120:12 125:9
146:10 153:8
160:4 169:6,8,10
169:11,20 170:1
178:19 179:9
185:17,18,18
186:25 336:11
339:21 340:17
341:2 346:8
**reviewed (25)**
11:12 37:5 78:6
106:17,20 108:2
108:20 113:5
129:22 148:22
306:22 327:7,11
327:12 328:10
329:12,22 330:15
335:8 340:5,9,16
341:13 342:4
344:12
**reviewing (6)** 18:18
57:1 151:6 178:25
305:17 348:6
**revised (2)** 58:16
59:3
**revising (1)** 59:5
**revisions (1)** 59:9
**Rich (3)** 2:21 8:6,6
**richterite (2)** 16:18
16:25
**Rickards (5)** 3:22
7:2 168:4 228:18
330:1
**right (199)** 14:25
15:1,4 19:13
20:11,15 22:15
23:14 35:15,20,25
36:5,6,22 41:14
54:10 57:22 58:24

64:21,24 65:7
66:11 67:1,3
71:24 73:1 78:19
81:9 82:2,22
85:18 88:9,15,16
88:25 89:3,6
93:22 94:7,10,13
95:5 97:2 98:12
100:12,14 101:23
102:3 103:20
106:6,7 108:22
110:19,21 112:3
115:13 122:7
124:3 132:2
136:23 137:7
140:11 143:19
149:21 153:25
158:3 161:6 163:5
167:2 168:11
173:21 175:6
178:10,15 179:10
180:7,13 181:22
182:4,13,18,19
183:7 186:13
187:2,17 188:5,22
189:3 195:24
196:20 197:25
199:4 208:22
209:2,3 210:12,13
210:14 212:5
215:12,15 216:20
220:5,18 222:2
225:2 229:17
230:4,5,19 231:9
231:13 232:1,5
233:14,24 234:25
235:9,18 236:8,9
236:13,19 240:10
240:16 243:8,10
243:13,22 248:22
249:5 250:7,14
252:7 255:21
256:23 257:2,21
258:22 263:20
266:13 272:12
274:14,15 275:6,7

277:22 281:7,8
286:4 287:2,4,7
288:9,24 289:10
289:18,19 292:9
297:21 298:5,8
299:4 300:24
302:3,14,15 303:3
303:20,21 305:3
306:4 307:14
309:3,4,9,13,24
311:19 313:1
315:3,5 317:22
318:15,23 319:16
321:23 322:25
334:17 339:19
340:19 342:5,10
343:5 344:25
348:5 349:5
354:12
**right-hand (2)**
19:16 232:16
**rigorous (1)** 160:4
**risk (2)** 29:6 158:19
**road (3)** 142:12,14
187:18
**roads (1)** 338:2
**rock (2)** 335:18
337:10
**rods (1)** 331:4
**role (3)** 18:18 48:16
59:5
**ROMs (1)** 10:2
**room (5)** 13:2
183:24 213:7
218:17 322:13
**Rosenstock (5)**
48:10,12,20,20
49:19
**roughly (4)** 110:10
183:3 186:20
322:7
**round (1)** 243:2
**routinely (1)** 31:5
**Royal (1)** 323:15
**rule (2)** 282:14,15
**rules (3)** 13:25 58:7

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

137:2
**run (5)** 83:7 121:10
146:20 176:2
341:6
**running (4)** 33:4
195:3,6 201:20
**runs (2)** 81:22
138:18

**S**

**Sacramento (1)**
337:6
**safe (1)** 327:1
**salary (2)** 17:9,12
**Sam (3)** 75:3,12
170:24
**Samantha (2)** 3:4
7:20
**sample (1)** 64:15
**sandwiches (1)**
164:23
**Sargent (1)** 273:22
**sat (1)** 113:1
**satisfied (3)** 180:20
303:22 304:2
**satisfies (1)** 40:16
**satisfy (1)** 181:15
**Saturday (1)**
109:22
**save (2)** 260:23
353:11
**saw (13)** 106:4
113:19 191:9
205:7 259:22,23
260:3 285:14,15
325:5 326:11
327:14 334:9
**saying (31)** 39:20
62:24 91:19 131:7
138:10 156:11
157:21 161:12
177:3,7,15 181:12
181:12,17 193:21
197:23 210:15
212:12,13 214:25
223:19 225:13

235:1 237:24
259:14 264:15
280:19 295:21,21
295:22 310:23
**says (54)** 14:10,14
19:9 20:21 21:3
30:12 63:7 65:15
69:22 79:12,12,14
99:23 100:10
124:16 126:8
128:6 131:15
134:7,22,25
135:12 136:4
137:21,21 138:12
147:10 164:15,18
166:20 170:20
171:10,16 173:6
174:1 175:17,21
176:15,22 177:23
180:2,19 181:4,14
206:1 220:2 232:2
239:8,9 254:23
269:11 278:22
284:10 306:6
**scale (1)** 57:4
**scan (3)** 98:20 99:1
187:3
**scans (6)** 43:10
55:8 63:22 98:6,9
270:9
**scarlet (1)** 73:23
**scarring (1)** 49:12
**schedule (1)** 41:7
**scheduled (1)** 37:8
**school (4)** 25:2
78:17 79:14 338:1
**Schwartz (6)** 105:1
146:16 149:18
150:2,6 153:12
**Schwartz's (1)**
149:17
**science (26)** 60:6
60:25 78:7,12,20
79:1,5 127:16
162:9 171:9 173:6
174:1,7 175:17,21

176:15,22 177:23
180:2,19 181:4,8
181:10,10,13,19
**scientific (43)**
78:21 115:7
116:11 118:12,22
123:16 124:16
125:10,21 126:22
127:16 131:5
141:2 143:3
148:13 159:12,16
159:18 162:9
163:8 164:15
165:23 166:19
167:4,10 170:19
171:16 267:5,24
268:3,10 271:8,24
274:2,6 283:6,14
283:18,21 299:21
316:23 319:12,14
**scientifically (12)**
116:24 167:15
268:22 269:2,8
270:18 271:2
272:15 276:2
283:2,4 284:10
**scientists (8)**
126:22 157:15
158:14,23 159:1
160:25 162:2
163:22
**scope (1)** 288:24
**score (2)** 31:13
246:13
**scores (6)** 35:2 42:5
43:20 53:6 54:5
178:10
**scratch (1)** 234:2
**screened (1)** 84:12
**screening (9)** 23:18
81:7 188:24,25
189:2 190:7 191:5
202:21 203:1
**seal (1)** 354:16
**SEAMANS (1)**
2:17

**search (2)** 125:21
125:22
**searches (1)** 149:1
**seat (2)** 218:6,7
**SeaTac (1)** 6:15
**Seattle (3)** 1:11 6:3
6:18
**second (31)** 20:13
54:21,23 55:1
65:11 82:22,24
83:1 89:20 95:15
95:18 99:18,18
174:18 175:2
213:9 218:11,12
238:16,16 241:6
248:13 253:19
260:7 266:12
292:3,4 302:16,17
311:22 314:8
**secretaries (2)**
120:21,21
**secretary (1)** 19:17
**section (4)** 19:9
65:15 77:16,19
**sections (1)** 103:19
**see (117)** 11:25
12:8,19 14:13
15:21 19:10,18,19
19:22,23,25 20:10
20:12,18,20 21:2
21:10 24:17,23
25:24 27:12 29:11
29:17 30:3,17
37:7 38:14 39:19
44:5 46:9 47:13
51:13 54:22 55:6
55:18 56:22 63:11
64:16 65:12,20
70:5 73:22,23
74:1 76:2 81:25
84:21 86:12 88:5
92:21 98:8,20
99:23 109:14
119:2 130:7
132:11 145:19,25
146:1,10,14

147:19 148:14
168:24 169:1
170:9,16 185:13
195:17 202:20
203:3 205:19
206:18 209:24,25
224:6 234:3
237:18 239:9
241:23 245:3,11
246:13 249:14
251:13 252:22,25
258:10,11 259:3
259:13,17 260:14
260:24 264:13
266:4 277:9
284:18,23 286:9
286:10,17 291:5
298:17,19,21
307:17 315:11
316:12 320:24
324:10 325:1
342:16 350:15,16
350:17
**seeing (6)** 16:3
43:15 66:21 113:9
114:2 319:17
**seeks (1)** 179:20
**seen (53)** 14:21
15:8,25 21:25
26:16 32:19 44:2
47:4 68:2,2 70:9
71:21 73:7 75:8,9
90:16 93:25
101:19 103:16
113:13,16 114:18
126:12 145:8,9
150:19 164:18
195:21 196:6
203:20 204:17,19
206:23 216:7,10
216:10 220:3
228:6 267:11
270:25 271:6,8
284:25 285:15
287:6,20,24
289:21 290:1

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

313:9 314:4
319:15 326:3
**select (4)** 287:15
290:4 292:15,17
**selected (4)** 62:4
76:15,15 287:16
**selection (7)** 5:7
77:5 104:16 109:1
287:18 292:5,7
**Selikoff (11)** 76:6
76:24 90:24 299:2
299:7,16 300:8,25
301:8 306:6,20
**Selikoff's (4)**
298:12,23 299:1
300:10
**send (1)** 121:1
**sense (11)** 32:13
76:14 148:12
159:12 195:14
207:2 212:5
301:17 318:8
328:20 333:15
**sensitive (6)** 65:24
66:16,19,22,25
67:4
**sensitivity (1)** 67:8
**sent (8)** 16:8
113:24 170:24,25
334:11 341:16
343:24 346:24
**sentence (3)** 19:24
29:24 66:11
**separate (6)** 14:9
61:2 116:9 163:1
250:1 288:15
**separated (2)** 66:6
220:22
**separately (1)**
205:23
**September (2)**
265:7,15
**sequentially (1)**
285:18
**serial (1)** 256:22
**series (3)** 30:25

192:21 273:23
**serious (2)** 47:11
229:14
**seriously (2)**
108:18 295:1
**serve (1)** 277:17
**services (1)** 349:19
**set (22)** 41:3 88:22
101:25 143:23
169:19 175:5,14
176:14 187:2
191:18 200:8
255:24 256:4
257:23 258:23
267:3 281:13,16
297:11 313:24
316:16 354:16
**sets (1)** 33:14
**setting (1)** 331:5
**settle (1)** 41:21
**settled (1)** 42:7
**settlement (2)**
40:17 41:6
**seven (1)** 19:19
237:7,19 240:12
248:17 348:25
**seven-year (1)**
326:24
**severe (169)** 21:25
22:8,9,10,25 24:7
25:5,10 26:19,20
27:16 34:15 35:7
37:1 38:23 45:14
46:6 53:2,2 91:5
92:8,13 101:5
155:5,7,16 157:1
157:10 158:20
166:13,14 167:13
167:16,22 168:1
168:24 169:16,18
170:2,16 173:16
174:8 175:18,24
176:13,17,21,23
177:2,10,13,17,23
177:24 178:3,5,13
179:18,21 180:10

180:16,18,21
181:3,13,16,25,25
182:3,7,23 184:14
204:5,7,11,14,17
205:2,6,15 206:1
206:15 207:6
208:1 209:9,16
210:9,20,22
211:24 214:4,6,10
216:8 218:24
220:3 222:24
223:1 225:14
228:11 230:13
231:8 232:25
236:11,12,14,15
237:4,24 238:6
239:19,20 240:2,5
240:5,19 241:3
242:6,10 243:6
244:24 247:1,9,22
248:7 256:5,6,7
257:11 261:7,14
261:16,19,22
262:10,17,17,19
263:2 264:6
266:17 267:12
268:23 270:19
272:16,18 273:7
274:4,6 275:14,24
276:20 277:13,18
278:19,23 279:5
280:11 281:3,5
283:5 284:7
296:23,24 304:13
304:19 308:22
321:7,8
**severely (2)** 53:7
225:21
**severity (12)** 24:12
26:11 46:16 52:8
53:20 54:4 73:4
85:2 170:10
179:23 262:3
303:9
**share (1)** 327:24
**sheet (17)** 87:23

97:6 99:11 220:14
220:15,19,21,23
220:23,24 242:10
242:14 260:7
263:7 311:17,24
353:13
**sheets (4)** 112:22
219:13 242:1
244:7
**she'll (1)** 152:12
**shield (1)** 26:1
**shift (1)** 165:18
**ship (3)** 329:12,13
329:15
**shipyards (1)** 16:7
**Shockley (1)**
248:22
**short (7)** 43:1 50:6
254:12 279:14
285:17 322:22,23
**shortcoming (1)**
94:21
**shorter (1)** 251:18
**shorthand (1)** 58:9
**shortly (1)** 313:20
**shortness (5)** 30:10
30:18 31:21 32:10
34:13
**show (14)** 12:3
32:16,25 156:23
168:9 221:16
225:14 229:3
257:25 258:8
260:5 279:19
281:4 316:2
**showed (2)** 291:10
291:12
**showing (4)** 148:15
149:14 150:19
153:5
**shown (10)** 41:7
52:14 69:25 94:16
146:23 147:20
158:17 212:7
281:19,21
**shows (17)** 56:15

57:11,13 96:7
148:20 149:23,25
150:9,15 154:25
155:15,20 187:24
220:16 256:24
272:17 278:23
**sic (5)** 21:23 110:9
184:25 221:25
332:18
**sick (1)** 279:15
**sicker (2)** 26:11
42:5
**side (7)** 19:16 54:23
205:24 213:7,22
230:1 267:3
**sign (2)** 93:23 94:2
**signature (2)**
352:20 354:12
**signed (3)** 91:2
93:15 353:13
**significant (46)**
23:19 29:6 32:15
35:13 39:14 43:7
45:16 46:24 48:23
60:12 61:14 67:23
69:25 70:15 81:11
86:4 99:5,9
150:13 155:3,4
157:1 170:22
171:8,19 172:17
172:20 173:8
174:9,20 185:6
186:23 196:23
233:5,10,12,21
234:16 235:7,24
236:1 250:16
268:4 288:6 303:2
343:1
**significantly (4)**
22:11 35:2 96:14
279:13
**similar (10)** 61:23
63:23 90:24
101:21 183:17
191:15 287:22
316:2,12,12

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

**similarly (1)** 65:2
**simple (8)** 64:4
　77:9 134:21
　139:17 147:15
　171:13 173:4
　230:11
**simplistic (1)** 67:6
**simply (2)** 267:4
　311:1
**Simultaneous (6)**
　129:14 136:12
　197:21 208:15
　209:18 210:7
**Sinai (3)** 76:7
　201:10 257:14
**single (12)** 67:6
　134:21 135:12
　138:10 150:19,25
　154:25 155:14,19
　216:3 219:11,19
**sir (10)** 51:4 241:23
　324:8,19 326:16
　331:8 334:23
　335:3 339:13
　343:5
**sit (2)** 9:8 282:9
**site (7)** 18:13,19,23
　19:1,8 20:9 26:14
**sites (1)** 124:5
**sitting (1)** 25:3
**situation (4)** 11:3
　186:11,14 238:13
**six (26)** 19:3 39:22
　63:20 83:8 94:24
　95:3,11 223:7
　237:19 240:12
　261:4 263:18
　264:23 276:15
　278:18 279:22
　280:16 281:1,4,10
　281:14 283:3,10
　284:6,17 292:19
**sixth (1)** 53:15
**six-month (1)**
　38:19
**size (1)** 49:14

**sized (1)** 201:18
**skip (1)** 19:14
**SLOVAK (1)** 2:4
**slow (3)** 277:5
　283:25 292:12
**slower (1)** 287:14
**slowly (1)** 287:25
**small (11)** 23:19
　39:15 67:22 185:2
　284:1 285:20,22
　287:4 289:13
　329:25 335:14
**smiley (1)** 229:15
**smoked (3)** 332:13
　332:24 333:17
**smoker (2)** 247:16
　332:19
**smokers (14)** 67:21
　246:7,14,15
　249:17,18 250:5
　250:16,22 332:9
　332:12,16,20
　333:5
**smoking (17)** 67:18
　67:19 68:18,20
　69:1,2 247:2
　250:9,10,17,23
　251:6,16,19
　252:22 253:3
　332:18
**social (1)** 201:3
**Society (2)** 51:11
　104:18
**soil (1)** 335:18
**solely (1)** 340:18
**somebody (20)**
　14:15 32:6,21
　34:1 52:16 65:2
　72:14 95:23 96:1
　122:19 175:11
　176:3 179:13
　185:25 186:24
　187:19 207:5,15
　231:8 313:7
**someone's (1)** 72:2
**someplace (2)**

　137:22 168:10
**somewhat (3)**
　106:9 194:3 206:7
**soon (2)** 140:8
　245:20
**sooner (1)** 111:16
**sophisticated (1)**
　72:8
**sophistication (1)**
　171:4
**sorry (32)** 8:1
　62:10 101:2 130:9
　138:16 152:5,5
　163:1 173:24
　175:20 193:17
　227:14 239:5
　248:19 250:18,21
　289:1 291:2
　298:21 301:11,24
　310:9 312:22
　320:16 321:21
　328:3 331:19
　334:2,22 338:24
　343:12 345:21
**sort (18)** 43:2 44:9
　44:16 58:7 89:7
　90:23 92:9 116:7
　236:20 249:15
　277:7 287:3
　298:15 299:10,12
　313:19 327:1
　346:14
**sought (1)** 117:22
**sound (1)** 316:24
**sounds (1)** 116:7
**source (14)** 185:11
　186:4 221:11,16
　223:2 238:17
　254:7,8 255:1
　268:18 297:23
　308:21 338:9
　345:5
**sources (5)** 300:14
　327:8,21,25 335:7
**South (2)** 125:17
　337:12

**southern (1)** 337:9
**so-called (1)** 345:3
**speak (2)** 53:3
　128:5
**speaking (5)** 23:12
　33:17 49:20 96:13
　334:8
**speaks (1)** 185:18
**special (2)** 112:14
　203:16
**specialist (1)** 6:17
**specific (23)** 66:4
　66:22,25 67:5,6
　126:6 127:18
　128:8 134:6 138:7
　145:10 146:9
　149:13,14 153:3
　188:1,2 218:21,23
　220:11 284:8
　316:25 352:10
**specifically (16)**
　115:17 117:3,17
　117:22 125:23
　144:14 146:1
　147:18 156:5
　164:3 223:15
　281:7 330:10,12
　331:3 334:16
**specimen (1)**
　171:24
**specimens (4)** 72:2
　72:10 74:11 172:7
**speech (1)** 124:18
**speeches (3)** 129:19
　151:17 218:18
**speed (1)** 349:3
**speed-read (1)**
　110:1
**spelling (1)** 5:16
**spend (4)** 80:15
　164:9 201:16
　348:16
**spent (6)** 109:21
　110:8,10 187:14
　187:15 348:10
**spirometry (4)**

**31:5 32:17 52:14**
　103:8
**Spokane (10)** 26:18
　73:10,15 74:4
　81:14 83:18 91:11
　94:1,2 171:25
**sporadic (2)** 44:15
　44:21
**spot (1)** 80:14
**spray-on (2)** 21:9
　21:14
**spread (1)** 21:6
**spreadsheet (9)**
　223:6 226:24
　227:1,3 228:4,8
　228:10 258:1,2
**spreadsheets (2)**
　223:6 225:24
**Square (1)** 3:10
**ss (1)** 354:1
**stack (1)** 260:23
**staff (1)** 202:7
**stage (3)** 29:25 35:1
　36:15
**stand (2)** 137:3,6
**standard (8)** 33:13
　34:2 72:13 90:18
　90:21,22 91:18
　172:21
**standards (3)** 99:6
　162:14 274:17
**standpoint (1)**
　41:22
**standpoints (1)**
　49:15
**stands (2)** 96:25
　100:2
**Stansbury (6)** 2:8
　7:5,5 73:13 75:13
　165:13
**staple (1)** 228:20
**star (8)** 229:13
　240:1 241:10,11
　248:11,15,17
　249:10
**stars (2)** 249:5,7

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

**start (8)** 30:20,21
32:2 76:23 136:1
136:2 226:4,12
**started (7)** 32:1,13
44:15 58:4 88:6
154:17 231:25
**starting (1)** 56:3
**starts (2)** 133:25
135:14
**state (14)** 3:3 6:4
6:23 7:21 16:8
53:23 186:2
187:16 195:5
333:19 353:9
354:1,3,23
**stated (3)** 28:12
83:3 323:24
**statement (22)** 25:8
45:10 48:25 49:1
51:8 52:6,23
54:18 55:13 63:7
63:7,18 66:2
70:21 104:19
126:18 130:10
132:10 151:24
158:12 175:7
217:13
**statements (7)**
66:11 79:23,24
152:1 349:6,16,22
**states (4)** 1:1 49:19
79:9 333:17
**static (1)** 95:12
**statistics (1)** 316:8
**status (1)** 345:1
**statute (1)** 326:24
**staying (1)** 350:20
**step (3)** 221:7
255:15 314:7
**Steve (2)** 189:8
201:9
**stick (1)** 38:12
**stop (3)** 217:2
218:16 313:23
**stopped (2)** 44:14
346:14

**straight (1)** 131:25
**stranding (1)**
135:16
**strands (1)** 134:12
**Strategies (1)** 5:7
**stray (1)** 112:3
**strays (1)** 112:1
**Street (3)** 2:9,22
3:15
**strickened (2)**
89:23 126:19
**strictly (2)** 26:8
114:22
**strike (14)** 77:11
111:2 122:22
132:18 156:1
162:7 171:12,12
174:4 184:12
198:15 201:22
286:2 310:5
**studied (8)** 26:8
81:10 114:22
115:21 116:24
118:12,22,25
**studies (35)** 14:3
33:23 66:7 69:24
76:17,19 90:25
125:22 126:2,5
156:4,5,17,23
188:15 189:21
198:10,10 201:3
212:7 285:5
287:19,23,23,24
288:8,24 290:15
291:14,18 292:11
295:18 299:21,24
321:12
**study (150)** 5:13,14
14:5 35:18 45:21
45:25 46:11 47:6
55:25,25 71:5
75:16,19,20,21
76:1,6,9,13 77:10
82:16 84:6 88:12
93:21 123:16
134:10,11,21,25

135:12,16 137:20
137:21 138:10,11
138:13 149:14,14
149:16 150:8,25
150:25 153:4,5,24
154:25 155:14,19
174:16 182:11,12
182:16,17,24
188:12 202:20
205:8 212:4
216:21,23 221:18
223:10,20 224:3
224:19,24 225:6
225:10,11,12,14
237:10 238:11,19
252:17 255:5,11
258:21 263:8,9
267:5 279:12
288:5 289:3,8,9
289:12,17,21
290:6,21,22,23,24
291:7,16,21 292:6
292:7 293:5,8,17
293:19,23 294:2
294:16,16,23
295:16,24 296:8
296:19 297:15
300:5,11 309:7
312:13 314:9,12
314:14,21,21
316:8 317:17,19
317:19,20 318:4,8
318:9,9,12,14,19
319:22 320:5,6,7
320:8,9,10,13,15
320:18,19,25
321:1,5,12,16
**studying (1)** 75:24
**stuff (20)** 33:25
47:20 110:2
112:21 195:12
196:2 201:2 218:4
227:4 260:8 262:7
317:15,25 319:15
319:16 334:11
340:12,13 341:9

341:10
**sub (1)** 96:1
**subcontractor (1)**
96:2
**subforeman (1)**
32:22
**subgroup (6)**
285:20 287:5
297:19 313:1,8,15
**subject (4)** 38:20
92:2 313:4 322:19
**Subjects (2)** 4:25
103:14
**submission (2)**
169:20 185:19
**submit (4)** 42:3
172:8 349:5,15
**submitted (4)** 10:6
172:23 316:20
348:17
**subpleural (1)**
25:16
**subsequent (1)**
56:5
**subset (1)** 83:13
**substantial (12)**
83:12 90:21 96:9
128:11,25 155:25
158:19 166:8
301:19 302:9
304:4 306:17
**succeed (1)** 170:20
**successful (1)**
187:16
**sue (1)** 14:15
**sued (1)** 14:15
**suffer (1)** 250:22
**suffered (1)** 33:1
**suggest (1)** 169:23
**suggested (1)** 151:7
**suggesting (1)**
174:3
**Suite (2)** 2:22 3:5
**Sullivan (2)** 188:12
318:8
**summarize (2)**

129:8,10
**summarized (1)**
128:20
**summary (1)**
220:14
**summer (2)** 78:7
310:16
**summers (1)** 80:15
**Sunday (1)** 109:22
**super (1)** 32:22
**supplement (1)**
10:12
**Supplemental (1)**
4:12
**support (4)** 78:23
221:12 253:22
321:6
**supporting (1)**
176:8
**supports (2)**
223:19 321:17
**supposed (8)**
200:25 201:1
300:20,21 305:1,2
306:1 341:17
**supposedly (4)**
64:19,20 160:13
225:25
**sure (100)** 8:3 12:4
12:7,23 18:8
20:14 28:19 37:3
40:10,12 41:12
50:10 52:10 57:25
58:13 61:19 70:11
72:15 77:17 81:1
81:20 82:12 85:17
85:18 95:21 96:11
98:5,7 100:19
101:20,22 102:3,4
102:9 103:23
107:4 109:17,18
110:3,13,14,23
111:13,25 112:21
112:23 113:5
117:20 121:9
124:8 131:24

143:21 149:23
150:4 153:9 154:6
155:12 158:12
159:3 163:10,11
171:20 174:13
186:19 190:2
195:11,14 222:12
223:16 228:14,17
228:22 230:7,20
236:20,22,23
252:25 262:18
264:19 268:7
276:6 286:5,14
290:21 296:3
303:4 313:6 320:6
320:11,11 321:24
322:17 324:9,17
337:3 338:13
343:6 344:7
346:17
**Surely (1)** 68:16
**surgeon (3)** 73:9,14
74:2
**surgery (1)** 69:12
**surprised (1)**
108:14
**survive (1)** 303:13
**Sur-Rebuttal (1)**
4:12
**Susan (1)** 104:7
**suspect (5)** 58:3
101:21 157:19
245:11 347:4
**suspected (1)** 33:5
**Svirsky (21)** 3:9
4:7 7:19 322:3,4,8
322:12,16,25
323:9,13 330:3
331:20 336:21,23
344:3 349:2,5,12
349:15 350:19
**swear (1)** 8:14
**switch (1)** 278:3
**sworn (2)** 8:18
354:11
**symptom (2)** 30:11

30:13
**system (18)** 37:25
55:15,16,23,24
56:7,14,18 58:7
63:8,9,15,23
64:14 103:19
125:20 161:10
167:2
**systematic (4)**
123:15,21 127:7
209:20
**systematically (5)**
125:25 148:22,24
149:1 221:8
**systems (1)** 161:18
**S-I-G-N-A-T-U-...**
353:3

---

**T**

**tab (16)** 20:15
261:4 263:18
276:15 278:18
279:22 280:16
281:1,4,10,13
283:3,10 284:6,17
292:19
**table (2)** 152:3
213:22
**Tables (1)** 251:11
**take (58)** 28:6
48:25 50:6,8,11
54:16 60:19 64:7
65:3 72:22 79:4
82:4 87:2 96:25
97:9 102:5 106:11
118:5 132:19
144:17 145:13,16
156:4 168:23
170:8 173:2 177:2
179:17 181:2
192:9 203:25
205:23,23 221:7
222:6,7,10 228:20
243:17 249:23
253:21 255:14
265:10,11 276:17

288:13,22 292:22
293:9 297:12
309:11 321:21
322:7,11,21,23
326:5 345:19
**taken (12)** 1:10,24
19:21 74:5,8 94:1
106:13 191:8,8
192:14 324:24
354:7
**takes (1)** 64:5
**talk (37)** 9:12 12:5
12:10 108:16
112:7 115:11,19
117:25 118:1
126:9 130:25
138:17,17 142:17
143:25 150:8,13
155:23 158:6
163:4 164:20
167:13 187:23
188:14 204:7,8
205:25 206:10
225:9 253:13
254:3 255:19
276:12,13 290:8
296:16 320:24
**talked (9)** 132:24
144:18,18 209:14
265:14 266:12
307:23,24 331:11
**talking (77)** 25:9
29:20 36:19 37:12
49:3 61:16,16
67:13 70:8,17,20
70:23 97:14
115:20 119:20
127:12,13 129:14
134:17,18 136:2
136:12 138:15
143:17,22 144:14
155:5 159:11,12
159:13,15,17
161:17 162:18
163:17,18 172:6
183:3,10 188:11

188:13,15,23
190:3,5,5 195:2
197:2,2,9,21
199:24 206:24
208:15 209:15,17
209:18,21 210:7
211:19 226:9,21
227:21 254:1
262:1 280:22,23
298:21 305:16
309:18,19 317:10
317:10 324:4
325:21 338:13
349:9
**talks (4)** 21:8 52:1
82:1 155:7
**tape (1)** 183:25
**taped (2)** 223:7
244:8
**tapes (1)** 278:3
**TDP (57)** 11:14,17
11:17,20 12:8,11
12:12,21,25 29:10
37:2,6 38:10 39:5
39:22 40:2 41:3
42:2 54:2,3 101:4
169:4,4,17,25
170:17 172:16
173:16 174:1,4,8
176:13,15,21,22
177:10 178:3
179:17,20 180:18
181:2 182:18,21
183:4 185:18
186:22 212:12
214:23 215:2
236:1,6 261:20
262:6 266:25
267:1,3,8
**TDPs (2)** 168:8
177:8
**tears (1)** 110:7
**tease (1)** 267:21
**technical (2)** 39:18
78:22
**techniques (1)** 72:9

**techs (1)** 192:10
**telephone (7)** 2:20
3:3,8,13,17 7:15
183:23
**tell (53)** 73:21 97:4
97:5 101:20 119:6
120:5 126:4
131:22 134:7,10
134:21 137:20,22
138:9 140:23
142:2 147:4
153:10 154:24
155:14,19 204:12
208:6 210:19
214:18 216:6
220:24 221:1,6
225:16 228:9
232:14 234:7
236:25 237:2
240:20 249:2
261:8 262:18
265:19 267:10
271:7 280:17,19
284:3,4 298:24
299:12 310:13
313:15 335:14
338:14 346:9
**telling (3)** 255:3
271:9 273:5
**tells (2)** 125:3
264:10
**TEM (1)** 171:6
**temporally (1)**
300:16
**temporary (2)**
331:23 332:2
**ten (17)** 23:13,23
26:17 64:7 110:10
153:22 154:6
224:5 240:13
250:15 281:15
328:22 329:3,5
334:10 340:12
350:16
**tend (1)** 172:2
**tends (1)** 161:9

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

**ten-minute (1)**
50:12
**term (13)** 16:17
26:25 32:20 49:8
75:15 111:4
126:25 127:24
128:9 195:1 203:7
277:18,23
**terminal (4)** 91:5
92:9 303:11,13
**terminate (1)**
152:25
**terms (11)** 46:16
49:23 54:4 121:12
162:1 167:20,22
262:3 267:11,25
319:12
**test (55)** 31:2 32:17
32:18 35:2,9 42:5
43:20 53:6 54:5
98:24 167:15
170:19,20 171:14
178:2,5 179:22,23
180:3,6,8,10
181:25 191:17,19
276:18,23 280:19
280:23 281:9,11
281:12 282:14,15
302:3,6,8,16,17
303:23,24 304:2,7
305:5,5,9,9,12,25
305:25 306:2,8,15
306:18 339:17
**tested (2)** 28:1
265:18
**testified (10)** 8:19
89:13 119:6 349:9
351:8,12,19,21,23
351:25
**testify (7)** 10:20
28:25 158:6 265:6
265:15 271:5
354:11
**testimony (23)**
17:22,23,24 18:3
40:22 77:24 89:23

106:12,16,18,19
107:5,10,13,18,19
108:20 114:16
228:5 310:5 342:2
347:19 354:9
**testing (3)** 5:6
104:16 339:12
**tests (38)** 30:17,25
31:14,23 33:10,11
35:4 52:20 53:5
65:12 77:8 97:9
100:5 127:19
167:6,21 173:7
174:1,8 175:4
176:14,15,15,18
177:22 180:1,17
180:19 181:14,15
181:18 280:23
302:6 306:14
336:10,12 339:6
340:1
**Texas (1)** 2:23
**text (6)** 19:20,21
48:10,12,21 49:19
**textbook (2)** 48:13
48:18
**textbooks (1)**
344:17
**Thank (7)** 20:7
148:18 214:1
228:16 261:1
350:19 352:13
**theoretically (2)**
64:20,22
**thereabouts (4)**
197:8 285:10,11
309:8
**thereof (1)** 354:15
**they'd (1)** 280:8
**thick (2)** 205:4
230:14
**thickening (241)**
47:11,16,25 48:23
55:4 60:2,4,13,19
60:24 61:7,17,22
61:25 62:7,16,17

62:20 63:1 65:5
104:11 115:8,12
115:16,20,25
116:7,12,18,21,24
117:5,19,23 118:4
118:9,13,23 119:9
123:10,13,17,19
124:10,17 125:11
125:23 126:3,13
126:24 127:5,18
128:7,24 129:7,24
131:6,8 132:20,21
133:1 137:16
138:3 139:3,6,9
139:19,21,23
140:20,21 141:5,9
141:15,17,24
142:1,9,18,22,23
143:7,9,15 144:1
144:19,21 145:14
145:15,20 146:22
147:16,20 150:1
153:23 155:11
156:8,14,18,24
157:8,16,23
158:15,18,24
159:2,7,21 164:3
164:17 165:21
180:4 202:19
203:4 204:5,5,6
204:12,14,18
205:3,9 206:3
207:6,6,16,17,20
208:1,1,7,14,17
208:24 209:5,10
209:10,16 211:5
211:12,23 212:5,6
212:9,15 214:5,7
214:24 215:7,8
216:9 218:24
219:9 220:4,20
222:24 225:15
228:11 229:23
230:13 231:7
232:20 233:1,7
237:4,5,11,25

238:6 239:20,21
240:6,19 241:4,19
242:4,6,16 243:6
243:16 244:25
247:2,10,22 248:7
248:10,11 256:5,6
256:8 257:11
260:6,10 261:7,15
261:17,19,23
262:10 263:2
264:6 265:23
266:17 267:7,12
267:25 268:19,23
268:25 269:13
270:7,10,20
272:16,18,25
273:2,3,7,17
274:3,7,12,13,18
275:15,25 276:21
277:14,18 278:20
278:23 281:4,6
283:5 284:7
296:24 308:23
321:7,9
**thickness (25)** 88:1
88:2 205:5,18
206:2,14 209:8
210:10,23 214:7
214:11 215:7
216:9 218:25
225:15 229:24
231:15 232:3
266:13,21 267:11
268:1,2 279:20
309:1
**thin (16)** 219:9
220:5 225:18
231:7 232:20
235:13,15 237:10
242:4,16 244:22
245:14,14 247:1
247:15 251:17
**thing (36)** 41:8
44:10 86:12 99:19
110:25 115:2
116:8 147:8

169:12 176:20
178:21 179:11
180:24 185:16
206:13,16 209:20
210:11,15 211:4
214:15 222:13
229:11 239:16
242:15 251:13
253:13 264:8,9
268:8 275:24
289:7 295:2
296:17 320:14
321:14
**things (62)** 9:6,10
14:3 18:21 25:13
34:12 38:12 39:25
41:15 45:2 54:16
56:11,23 60:14
64:17 66:5 67:14
67:24 68:5,7,14
68:23 73:7,10
92:14 93:16
109:18 110:20
111:15 112:22
120:19,20 121:8
122:3 123:1
178:23 192:22
194:10 199:5
201:3 205:7,16
215:16,18,25
216:3 242:24
271:6 279:21
281:23 285:17
307:25 308:10
317:16 331:7
334:19 338:2
340:20,23 341:22
341:22,23
**thing's (1)** 19:2
**think (191)** 9:9
12:6 23:15,22
25:2 34:6 35:20
36:22 38:20 39:15
39:23 43:1 44:13
45:9,18 47:2 50:7
51:7 53:9,15

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

57:25 58:4 61:2
61:12,20,22 64:6
72:21,25 73:21
76:14 79:12 80:21
81:1,16,21 83:14
86:2,5,9 99:10
104:8 105:20
107:23 109:2,2,5
109:15 110:5
111:13 112:20
114:21 117:11
118:19 124:7,12
125:2 127:20
128:15 130:18,19
131:7 132:9
133:10,24 136:6,7
137:19 142:5
143:4,12 144:3
146:18,20 150:7
151:11 152:8,10
152:19,20 155:2
155:17 158:10
167:24,24 168:9
172:7 176:12
177:18 178:1,23
180:7 182:10,15
182:20 184:15,22
186:6,10 187:8
189:17 190:10,18
190:18,21,22
191:21 194:5,18
194:18 195:1,20
196:17 198:2
200:19 202:11,14
202:14 204:25
205:14 222:11
231:21,23 233:10
233:20,22 234:10
235:23,25 239:16
241:15 242:22
244:19 245:10,23
246:9 247:3,5
252:5,16,20
259:10,11 260:11
261:22,24,24,25
262:1 263:25

264:18,21,24,24
266:11,15 268:5
275:21 278:16
279:1 283:7,7
288:10 298:24
299:10 306:3
308:23 309:15
311:3 313:5
315:18 316:18,20
317:25 324:7
327:4 330:24
331:11 332:18,23
334:18,18 336:8
339:1 342:23
343:19,24 344:8
344:22,22 348:25
**thinking (1)** 112:10
**thinks (1)** 177:6
**thinner (12)** 220:5
225:18 228:10
233:2 235:2 238:2
242:6 243:8 251:5
256:14 266:18
268:12
**thinness (5)** 220:16
221:10 222:25
247:10 249:25
**third (11)** 65:15
86:6 97:22 98:9
98:11,15,17 241:8
314:10,11,11
**thirteen (3)** 99:14
261:9,10
**thirty (7)** 47:18,19
47:21,22 50:2
322:10 329:20
**Thomas (1)** 2:14
**Thompson (1)**
248:22
**Thoracic (2)** 51:11
104:18
**thoracoscopy (1)**
73:8
**thoroughly (1)**
147:23
**thought (18)** 95:10

100:25,25 107:23
108:1,11,19
109:18 167:25
186:20 244:7,18
272:4,7,9 293:14
313:11 339:5
**thousand (4)**
324:18,19,23
326:1
**thousands (1)**
80:13
**three (28)** 20:24
35:4 42:3 84:11
124:6 184:8 205:4
205:16 230:8,9
236:17,18 237:18
240:12 249:20,21
261:8,10 264:1,1
265:1,2 266:24
267:1 278:7 280:8
280:9 318:12
**time (95)** 6:14
16:22 17:18,21
27:12 35:5,22
39:6 42:6 43:1
44:5 45:24 46:3
50:7,8,14,18
59:21 70:16,24
73:1 76:2 77:1
80:11 83:17 87:2
87:8,12 95:15,17
95:18 102:11,15
105:22,25 106:3
116:17 144:17
147:10 164:9
165:5,7,11,15
184:2,7 187:9
190:10 193:13
196:21 201:16
202:12 213:10
215:20 217:15
221:7 222:16,19
243:9 245:2,9,15
246:17,17,21
249:8 250:3
253:10 254:12

256:12 260:23
264:23 271:5
278:6,11 279:15
281:20 296:2
301:13 303:10
308:18 313:20
321:21,22 323:3,7
324:11 326:4
332:1 334:10
345:14 347:8,24
351:17 352:17
**times (7)** 3:10
23:13 28:18 47:4
122:14,25 304:18
**timing (1)** 33:20
**tissue (5)** 247:1
249:25 266:18
268:1 309:1
**title (2)** 20:20 51:24
**titled (1)** 104:4
**TLC (5)** 100:7,19
173:20 174:14,15
**today (26)** 6:13
8:13 9:8,10 13:2
25:3,22 111:5
128:23 154:24
174:7 221:1 266:5
271:19 279:22
308:14 315:20,21
316:4 318:3 319:3
319:21 321:22
347:20 350:8
352:19
**today's (2)** 6:14,21
**token (1)** 178:2
**told (24)** 123:23
127:24 138:13
159:5 173:12
203:14 211:15
224:18,22 250:8
257:13 265:16
273:13 275:10
276:16 299:6
302:5 306:3
308:20 310:11
324:23 325:25

334:9 347:22
**Tom (3)** 2:4 7:8
269:18
**tomography (1)**
55:10
**tool (1)** 160:13
**top (11)** 81:25
86:18 99:19,23,23
149:21 150:11
151:19 216:20
219:7 232:16
**tort (1)** 37:25
**total (13)** 31:21
36:20 52:15
100:17 226:20
250:4 285:9 287:5
324:3,8 333:12
343:25 347:21
**totally (6)** 132:9
211:1 213:18
270:17 271:13
343:3
**totals (1)** 14:6
**tournament (2)**
111:20 112:5
**town (4)** 333:13
336:4 338:6,21
**Toxicology (2)** 5:5
104:5
**track (7)** 44:19,24
157:9 187:17
324:17 329:19
347:7
**tracked (2)** 43:19
44:4
**tracking (1)** 44:9
**tracks (1)** 338:1
**tract (1)** 24:11
**trade (1)** 21:4
**trailed (1)** 62:11
**trained (1)** 191:23
**transcribed (1)**
354:8
**transcript (3)**
109:9 112:15
354:8

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

**transcripts (2)**
109:1,3
**transient (1)** 80:11
**Travis (3)** 3:4 7:20
7:21
**treadmill (1)** 185:4
**treat (1)** 27:10
**treated (3)** 69:5
116:1,8
**treating (2)** 152:19
350:9
**treatment (1)**
171:8
**tremendous (2)**
45:17 242:23
**tremolite (3)** 16:16
16:19,25
**trial (9)** 107:11,11
159:14,17 317:23
345:8 349:10,18
352:3
**trials (2)** 38:6
352:2
**trick (3)** 142:3,5,7
**tried (4)** 90:24
271:5,16 347:14
**trouble (1)** 131:13
**true (67)** 11:11
52:18,22 57:8
67:17 68:8 84:22
96:23 100:15
114:1,6,12,12,14
115:10 116:11,23
117:2,16,21 118:3
118:21 123:8,12
123:14,15 131:4
131:15 133:24
134:1 144:3
145:24 157:12
159:24,24 160:1
170:19 174:11
176:1 178:22
179:5,6,12 180:24
190:18 196:17
197:6,16 207:9
209:12 214:18

218:5 221:14
287:8 289:7 290:7
292:25 293:21
301:16 317:5
319:2,21,25
321:14,19 353:10
354:8
**truly (1)** 184:18
**trust (11)** 4:14
11:14 40:5,6,16
41:6 42:4,7,8
168:7 178:18
**trusts (1)** 37:17
**truth (5)** 295:3,23
354:11,11,11
**truthful (1)** 18:24
**truthfully (2)** 31:20
120:9
**try (9)** 38:12 50:6
131:14 243:2
266:3 293:12
298:24 313:13
323:19
**trying (11)** 58:1
61:6 64:4 76:3
99:13 137:11
140:18 162:15
209:20 232:13
259:7
**Tuesday (2)** 6:1
111:14
**turn (13)** 15:16
19:5 20:16 54:18
69:15 72:11 81:18
123:7 143:5 258:9
259:16 341:12,18
**turned (9)** 76:20
341:17,22 342:19
342:22,24 343:1,3
343:4
**turns (1)** 293:2
**twelve (2)** 98:4
348:8
**twenty (6)** 33:14
109:22 110:8
259:8 322:9

329:20
**two (70)** 13:24
20:24 21:4,5
33:12 34:2 37:4,5
46:10 54:12 56:25
57:10 61:1 64:17
66:5,11 67:24
68:2,5 76:19 77:7
77:25 87:13
110:10 131:9,16
138:19 139:22
140:24 141:14
184:3 187:25
188:20 198:21
199:2,9 205:4
210:24 237:18
240:12 246:14
249:20,23 251:15
251:17 253:13
254:17 259:9,10
260:12 263:9
280:14 284:24,25
292:24 293:17,23
295:4 300:14,14
302:5 304:10,11
313:17 324:5,19
342:12 344:11,25
350:24
**two-minute (1)**
102:5
**type (10)** 19:20
46:5 48:1 74:24
78:14 85:2 89:2
120:21 139:20
147:19
**typed (1)** 121:2
**types (7)** 45:7 74:9
78:25 79:6 131:6
131:8 139:22
**typewritten (1)**
21:1
**typist (1)** 120:22

_____
**U**
_____
**UIP (1)** 176:4
**ultimately (3)**

305:13,23 316:13
**unbelievable (1)**
67:20
**uncommon (1)**
207:23
**underlying (6)**
23:11 71:20 95:20
98:8 304:15 307:1
**underpinning (1)**
215:25
**understand (60)**
9:5,9,13 10:22
11:7,12 13:21
14:22 15:5 21:16
24:21 28:13,15
32:11 34:3 38:8
39:1 40:14,18
41:2 42:11 52:10
54:2 59:12 60:17
78:10 88:6 94:4
94:21 95:7,21
101:18,19 108:12
117:13 123:20
129:17 130:21
162:19 169:17
178:20,21 179:8
187:25 215:1
220:12 229:19
231:12,19 243:3
262:4 271:19
273:9 297:14
310:3,17,20 339:9
343:6 345:15
**understanding (2...**
10:25 11:10 21:12
21:15 27:4 36:8
41:8,25 49:8
55:22 57:15,22
58:15 59:8 64:13
67:3 75:14,18
78:4 79:1 169:21
196:22 198:24
297:10 299:9
300:11,19 301:6
**understood (3)**
27:2 110:23

323:22
**undertaking (1)**
111:8
**undetermined (2)**
96:23,24
**undoubtedly (1)**
326:23
**unequal (1)** 101:11
**unfair (2)** 101:11
187:13
**unfortunately (8)**
47:23 91:9 92:18
153:17 160:16
345:8,23 347:2
**unified (1)** 58:7
**uniformity (1)**
194:15
**unintelligible (1)**
28:11
**unique (8)** 202:18
203:4,7,11 276:2
289:16,21 297:5
**United (3)** 1:1 79:9
333:17
**University (1)**
48:14
**unpack (1)** 271:16
**unreasonable (1)**
219:20
**unrelated (2)**
114:18 184:21
**unusual (2)** 73:11
257:14
**unusually (1)**
261:22
**update (1)** 10:12
**updates (1)** 10:14
**upfront (1)** 76:2
**usage (1)** 163:16
**use (34)** 33:19 36:9
58:1 64:9,10 65:7
90:18,21,22 92:1
103:9 126:25
127:24 149:5
161:10 170:9
192:21 193:24

199:6 229:13
233:23 235:21
236:4 241:10
245:17,20,22
255:11 259:25
294:5 299:10
303:7 306:19
309:6
**uses (2)** 51:24
170:16
**usual (1)** 176:4
**usually (3)** 14:18
30:20,21
**utilized (1)** 127:6
**U.S (1)** 125:16

---

**V**

**vacationed (2)**
38:22 332:4
**vacationing (1)**
80:14
**vacuum (1)** 33:12
**vague (1)** 195:1
**vain (1)** 61:23
**valid (3)** 76:1 82:6
82:18
**values (8)** 5:7 32:4
33:15 37:24 40:17
41:7 104:17
154:21
**variability (2)** 57:7
161:15
**variation (2)** 161:9
168:3
**variety (5)** 30:16
33:25 56:2 195:7
340:24
**various (16)** 11:21
16:1 26:17 28:1
31:13 37:9 43:14
56:9 88:17 102:1
112:22 120:19,20
282:19 324:1
341:21
**vascular (1)** 69:9
**vast (1)** 313:21

**ventilation-profu...**
65:19
**ventilation-protr...**
67:25
**verbally (2)** 120:25
282:8
**verify (3)** 9:24
213:2,3
**vermiculite (9)**
17:1 21:4,8 26:13
28:4 29:1 336:3
337:13,24
**Vern (1)** 73:16
**version (2)** 21:1,2
**versus (18)** 60:2,19
64:16 89:10 90:2
90:12 97:19
153:20 169:10
210:22 222:25
229:23 237:5
267:7 269:7
331:23 332:7,9
**video (2)** 6:17
213:25
**Videographer (25)**
3:22 6:12 7:12
8:8,12 50:13,17
87:7,11 102:10,14
105:21,24 165:10
165:14 184:1,6
222:15,18 278:2,5
278:10 323:2,6
352:16
**Videotaped (1)** 1:8
**view (5)** 21:23 28:2
62:2 77:19 309:5
**views (2)** 71:14
311:1
**vigorous (1)** 152:15
**violate (1)** 13:24
**Virginia (1)** 58:3
**visceral (14)** 132:1
132:17,24,25
133:9,17,23 134:9
134:12 135:18,23
136:5 137:18

138:11
**visible (2)** 98:16,16
**vision (2)** 245:5
289:24
**vital (9)** 31:22
34:16 36:20 70:2
70:13 100:16
167:7 172:24
186:1
**voice (2)** 62:10
152:2
**volume (2)** 34:15
36:25
**volumes (3)** 31:6
65:16 340:14
**voluminous (1)**
71:11

---

**W**

**W (1)** 95:23
**WA (1)** 353:14
**wait (15)** 124:20
213:8 218:11,11
234:1 237:15
240:15 244:17
245:12 269:19,19
269:19,22,22,22
**waiting (1)** 100:24
**walk (1)** 168:12
**Wall (1)** 3:15
**Wallula (1)** 16:6
**want (140)** 12:6,8
12:17,22,23 13:15
20:15 40:7 50:10
75:21 85:18 87:4
102:3 113:8
115:19 117:10,25
118:1 126:7,9,10
131:24 138:11
142:3 147:9 149:9
150:15 153:2
155:12 158:6,12
165:2,18 168:9,12
169:23,24 170:6
171:13 172:5
175:8 179:17

181:21 187:13
190:12 203:24
204:6,10,10
205:23 206:10
210:25 211:1
216:18,22,24
217:9 218:15,20
220:10 221:8
225:3 229:12,14
230:1 231:7,17
233:18,18 234:16
234:22 236:4
239:6,19 240:3,4
241:2 242:1
244:10,21,25,25
246:10,15 253:8
253:13 256:15
257:18 259:20,20
260:8,8 261:4,18
261:18,21 262:5
262:22,24 265:4,4
265:11,11,12,13
265:15 267:4,8,20
267:21 271:7,13
272:5,14 274:1,23
276:18,25 282:14
284:8,11 288:17
288:22 289:5,7,16
297:10 308:4
311:5,19,23
313:13 314:18
316:1 317:1,17
322:21 339:13,14
343:9
**wanted (13)** 109:14
109:18 113:5
170:15 183:20
243:15 251:15,18
252:21 263:1
291:5 295:22
351:6
**wanting (1)** 171:25
**wants (1)** 322:13
**Washington (18)**
1:11 2:10,14,18
6:3,5,16,19 16:7,8

48:14 113:25
187:16 333:19
353:9 354:1,3,23
**wasn't (31)** 28:19
45:15 62:3 76:23
77:5,6 80:19
92:25 113:11
115:3 121:21,22
121:24 122:17
151:6 187:18
190:21,23 193:22
201:21 248:23
252:4,12 255:10
274:12 294:1
305:13 318:20
331:8 347:7,8
**watched (1)** 42:21
**water (1)** 110:18
**way (60)** 10:5 11:2
28:22 29:3 32:9
32:20 33:6 40:11
58:8 60:18 63:14
63:14,22 64:14
75:2 76:15,24
82:11 120:18
127:8 133:19,25
141:6 147:15
158:25 160:16,17
161:19,20,25
171:18 172:5
184:18 187:22
189:16 197:4
203:3 212:10
219:20 221:1
234:21 245:4
262:13,14 265:13
266:2 267:19
275:11 280:16
289:10 304:24
306:20 307:7,9
308:7 309:14
319:9 345:10,11
348:1
**ways (1)** 46:24
**weak (3)** 78:15,25
79:13

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

**wear (1)** 9:11
**Web (8)** 18:13,19
  18:23 19:1,8,23
  20:9 29:9
**Wednesday (1)**
  111:14
**week (3)** 77:25
  110:22 111:1
**weekend (3)** 111:9
  111:11 113:1
**weeks (4)** 19:8
  38:22 77:25
  317:24
**Welch (1)** 48:17
**Welch's (1)** 106:20
**welding (3)** 330:25
  331:4,11
**well-preserved (1)**
  71:4
**went (16)** 13:22
  28:5 29:1 112:22
  158:11 181:24
  195:10 279:13,16
  280:10 282:20
  294:1 299:12
  304:18 319:5
  337:23
**weren't (6)** 79:4
  88:23 226:4 294:7
  294:11 335:11
**West (1)** 58:3
**western (1)** 16:7
**we'll (19)** 111:25
  140:8 144:16
  163:3,4 165:20
  205:23 212:24
  230:17 241:10
  245:11 261:3,4
  265:6,9 291:12
  316:12 322:23,24
**we're (69)** 6:12
  37:12 43:15 50:13
  50:17 61:16,16
  67:13 72:25 86:12
  87:7,11 99:7
  102:10,14 105:24

115:20 124:13
127:11 134:17
136:25 138:15
142:12 158:13
163:7,7 177:21
178:6 183:3,10
184:6 185:22
203:24,25 205:22
209:4,15 212:17
214:24 217:12,14
221:9 222:15,18
222:22 226:9,15
228:3 229:12
230:10 247:7
255:14 262:1
271:11,11,11
274:14 278:4,5,10
285:2 322:14,17
323:2,6,17 336:8
350:14,15
**we've (30)** 19:20,20
85:25 119:14,16
122:2 132:24
137:13 157:22
171:14 194:18
204:24 213:24
223:22 234:14
239:16 240:10
256:13 265:18
269:20,23 270:9
271:17,18 273:6
276:16 308:24
318:17 321:10
348:24
**WHEREOF (1)**
354:16
**Whitehouse (109)**
1:8 4:1 6:5,21
8:17,25 9:18,21
9:22 10:10,16
12:17 13:4,8,16
13:17,19 15:17
19:6 20:12 50:23
50:23 51:1 62:11
66:12 79:21 83:1
83:24 87:14,19,20

93:9 99:12 102:16
102:17,19 103:11
103:17,20,24
104:15 106:3
112:13 125:8
134:21 137:14
139:2 140:19
147:12 151:1,5
152:14,17,20
153:2 162:22
165:18 168:13
175:9 184:4,9,12
197:12 212:22
213:20 214:3
215:19 217:15
218:10,20 219:22
221:5 222:5,22
223:12 224:10
226:16 227:3
234:22 239:18
256:11 257:2
262:23 265:16
267:4 270:3 278:8
278:13,16 288:14
293:11 321:22
322:5,9 323:10,23
327:6 331:22
335:17 337:5
338:22 340:4,15
343:9 347:17
350:21 351:5
353:20 354:7
**Whitehouse's (2)**
137:1 257:1
**Whitehouse-13 (1)**
104:24
**Whitehouse-14 (1)**
105:6
**Whitehouse-5 (1)**
51:6
**whittled (1)** 285:12
**who've (2)** 32:3
171:15
**widely (5)** 55:17
63:10,21,25 65:7
**wife (2)** 108:16

111:19
**William (1)** 27:22
**willing (3)** 140:10
142:11 292:17
**winchite (2)** 16:18
16:24
**wind (2)** 34:15,17
**wisdom (1)** 213:6
**wit (1)** 6:8
**withdraw (3)**
122:16 203:9,9
**withdrawn (2)**
327:19 334:6
**WITMEYER (1)**
3:14
**witness (48)** 6:6
8:14 9:25 10:23
11:1 20:19 37:13
40:20 50:10 62:13
77:12 79:24 87:3
102:9,22 111:24
112:2 125:3
129:16,18 138:21
140:3,14 147:10
151:17,20 165:4,7
168:15 217:1,10
227:9,11,14 231:2
231:5,13 244:20
293:14 312:5,7
321:24 350:22
352:14 354:9,10
354:12,16
**women (1)** 331:14
**wonder (1)** 116:5
**wondering (1)**
232:12
**word (11)** 51:24
54:16 118:5
120:17,17,18,18
136:1 148:2
194:25 203:10
**words (10)** 16:21
19:17 21:3 42:17
114:21 175:19
232:16 289:15
299:22 302:9

**work (30)** 73:15
75:6 78:5,12,23
105:12 106:17
111:21 112:18
114:14,25 240:10
298:12,23 299:1,7
299:16 300:8
301:15 306:7,10
319:22 329:13,22
330:17 340:21
341:20 345:20
349:6,16
**worked (16)** 73:10
80:8 95:23 96:2
96:14 254:13
259:6 281:23
328:11,16,25
329:6,12,14
330:21 331:4
**worker (7)** 32:12
32:20 95:23 315:1
315:17,23 316:3
**workers (7)** 17:22
45:14 96:8 333:3
333:5,12,16
**working (10)** 32:2
44:15 48:17 64:3
84:24 195:7
254:13 256:25
288:8 291:7
**works (10)** 41:9,13
64:14,18,21,22
170:12 173:20
275:11 343:14
**workup (2)** 34:1
349:11
**world (5)** 57:12
129:9 185:22
264:10 332:18
**worry (1)** 347:6
**worse (5)** 22:11
23:6 217:6,7
279:14
**worth (1)** 347:8
**wouldn't (17)** 9:9
59:16,25 60:21

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

Page 401

172:23 182:17
187:2,13 194:13
195:2 208:20
246:10 251:19
262:24 303:4
304:24 346:11
**wound (2)** 38:23
259:24
**wrap (1)** 19:24
**write (12)** 15:18
29:24 47:9 55:14
120:15,19,23
186:18,19,20
187:22 288:13
**writes (1)** 71:3
**writing (2)** 39:20
316:16
**writings (1)** 74:14
**written (15)** 42:17
60:7 146:17
164:14 185:19
191:24 192:1,15
192:17 273:23
299:8,15 300:6
308:15 341:23
**wrong (14)** 158:3
164:15 234:1
244:6 274:11,14
274:19 275:10,19
275:20,21 305:15
318:22,23
**wrote (4)** 45:8
61:23,24 119:22
119:24 120:17
288:11 294:7,11
**W.R (13)** 1:5 2:7
2:11 6:20,25 7:6
7:11 14:15 27:4
95:23 335:1 336:3
341:25

**X**

**X (12)** 240:1,9
248:9,15,17,19,19
249:5,7,9,10
265:18

**x-ray (21)** 43:8
56:15,15 57:11,13
64:16 81:8 92:7
98:12,16,25
185:13 188:23
190:19 191:8
199:4 210:3
281:18,18,21
289:23
**x-rays (32)** 56:25
57:1 58:8 63:16
63:24 72:23 77:3
81:16 87:25 88:21
89:14 90:7 97:23
167:1 193:4,5,14
193:18,23 194:2,3
252:11 254:10,16
255:12 256:22,22
264:13,14 281:17
282:7 285:18

**Y**

**Yates (1)** 104:9
**yeah (164)** 10:14
12:6 17:3 18:25
21:19 27:12 28:15
33:18 34:6,6
36:22 38:12 47:19
49:1 52:11 54:25
57:21 63:12 70:11
78:10 83:6 86:23
89:19 93:7,22
96:3,5 97:12
98:13,19,22 100:3
100:10,22 103:1,6
103:16,23 104:1,8
107:6,8 108:23
110:5,12 111:6
119:25 121:15
126:16 128:15
131:22 160:22
166:1 168:19
169:2,12 170:14
170:23 173:1,9,22
183:8 185:16
187:1,4 188:23

189:17 191:25
192:13,14,16
193:12 196:17,20
197:16 205:11
207:23 213:3
214:22 215:16
218:9 223:13
226:3 228:6,14
229:7,17 232:8
235:6,14 236:11
237:13 239:9
240:4,20 242:8
243:14 244:14,20
245:16 246:3,11
247:25 248:3,16
248:19,23 249:6
249:19 250:8
251:21 252:24
254:22 258:9,18
260:19,21 265:3
267:1 270:14
271:11 275:8
276:25 280:2
282:1 283:15,17
283:20 285:11,20
289:11,23 290:22
293:20 298:22,24
302:24 306:5
307:9 310:8,21
311:3,17 314:13
315:6 318:16,21
319:15 320:19
322:3 325:5
329:13 331:2,25
332:11 333:2
341:4 345:1
348:14 349:14,20
350:11 351:18
352:6
**year (17)** 58:16,23
58:24 59:2 70:19
76:18 84:23 88:10
88:11 112:23
198:23 202:16
265:15 285:1,3
350:15,17

**years (47)** 16:10,17
17:8 18:2 19:3
26:17 33:16 43:1
45:13 47:18,19,21
47:22 50:2 63:20
69:4 74:3 76:21
80:9 81:7 90:17
113:16 114:25
116:25 130:5
187:15 191:22
224:5 246:20
259:9,10,10,11
264:12 265:1,2
270:6 285:25
304:21,21 324:5
327:4 334:10
340:12 345:14
348:8,22
**yellow (13)** 223:6
226:24 227:1,3,6
227:8,11 228:4,7
246:25 249:3,13
249:14
**yellow-highlight ...**
245:1
**yellow-highlighte...**
246:6
**yeses (1)** 89:6
**York (6)** 3:11,11
3:15,15 26:4,14

**Z**

**Zak (5)** 1:25 6:4
8:13 354:1,22
**zero (2)** 76:17
243:11
**zeros (1)** 243:18
**Zonolite (3)** 21:3,9
21:14
**Zurich (2)** 2:16 7:4

**$**

**$1,000 (1)** 17:13
**$100,000 (2)** 18:7
347:24
**$350 (2)** 17:15,16

**0**

**0/1 (2)** 99:6 237:16
**0/1s (2)** 99:8 235:8
**01-01139 (1)** 1:5
**01-1139 (1)** 6:19
**04 (1)** 51:8
**07054 (1)** 3:19
**09 (1)** 257:8

**1**

**1 (4)** 4:12 15:17,18
234:11
**1,000 (2)** 81:17
344:15
**1,030 (3)** 14:6 15:3
343:25
**1,800 (22)** 15:7,12
43:23 44:4,25
83:4,9,12 84:10
84:17 85:15 197:3
198:11 310:5,25
342:13,16,20,23
343:4 344:10,24
**1/0 (12)** 56:19
98:13 99:6 236:3
236:7,16,17,18,24
237:11,12,15
**1/0s (3)** 99:8 235:8
236:8
**1/1 (7)** 56:19 64:15
65:4 98:13 172:22
235:21 236:5
**1/1s (3)** 178:13
233:17 234:14
**1/2 (6)** 234:9,12,13
234:14,14 235:21
**1:15 (1)** 184:2
**1:17 (1)** 184:7
**1:56 (1)** 222:16
**10 (4)** 5:3 29:14
153:18 285:2
**10,000 (1)** 83:11
**10:30 (1)** 87:8
**10:37 (1)** 87:12
**10:56 (1)** 102:11
**100 (4)** 32:6,25

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

154:19 214:23
**10005 (1)** 3:15
**10036 (1)** 3:11
**102 (7)** 4:21,23 5:3
   5:5,6,8,10
**106 (1)** 4:6
**11 (2)** 1:4 5:5
**11:01 (1)** 102:15
**11:04 (1)** 105:22
**11:18 (1)** 105:25
**110 (6)** 35:23 36:1
   36:5,8 47:5 94:17
**116 (5)** 92:20 93:4
   94:6,15,25
**12 (4)** 4:14 5:6
   63:19 100:18
**12th (1)** 2:18
**12:30 (2)** 165:8,11
**12:50 (1)** 165:15
**120 (3)** 32:14 33:13
   34:5
**123 (3)** 43:20
   294:16,16
**13 (3)** 4:15 5:8 47:8
**14 (2)** 5:10 243:21
**140 (2)** 32:5,14
**1401 (1)** 2:22
**145 (1)** 3:5
**15 (6)** 5:13 232:24
   241:23 243:21
   248:18 285:2
**15th (1)** 2:9
**150 (2)** 32:23
   350:17
**16 (9)** 1:24 5:14 6:2
   248:18 312:2
   341:14 342:1
   353:21 354:7
**16th (1)** 6:13
**17 (1)** 81:17
**1747 (1)** 2:18
**176 (1)** 98:18
**17620 (3)** 1:10 6:2
   6:15
**18 (4)** 4:16 44:25
   287:1,16

**186 (2)** 35:21 88:24
**19 (1)** 81:16
**1922 (2)** 1:25 354:1
**1970s (2)** 116:13,25
**1980 (3)** 47:22
   57:19 163:11
**1980s (1)** 47:21
**1992 (1)** 105:6

_____

### 2

**2 (4)** 4:14 99:20
   168:18 243:20
**2/1 (6)** 56:19
   169:14 170:17
   172:21 173:5
   236:12
**2/1s (2)** 178:12
   233:18
**2:02 (1)** 222:19
**20 (3)** 34:18 264:24
   285:2
**200 (2)** 3:5 350:17
**2000 (20)** 58:17,23
   58:24 59:2 60:4
   60:18,22 61:4
   138:1 153:13
   162:1,10 163:18
   164:4 193:3
   317:18 332:19,21
   333:5,17
**20005 (2)** 2:10,14
**20006 (1)** 2:18
**2001 (5)** 153:14
   351:9,13 352:1,5
**2002 (1)** 325:7
**2003 (1)** 63:19
**2004 (29)** 43:18
   44:16 45:8 52:5
   52:23 54:18 55:13
   55:20 63:6 69:19
   76:12 124:2
   146:15 149:8
   159:5,13 212:12
   255:17,21 290:24
   291:16,21 292:6
   292:22 293:17

294:16,23 295:24
   326:14
**2005 (1)** 346:24
**2008 (2)** 10:7 78:7
**2009 (17)** 1:24 6:2
   6:13 9:25 10:7,8
   10:10,17 257:1
   341:14 342:1
   343:13 344:5
   353:15,21 354:7
   354:17
**202.659.6619 (1)**
   2:19
**202.862.7801 (1)**
   2:15
**202.879.5969 (1)**
   2:10
**204 (1)** 146:15
**212.269.4900 (1)**
   3:16
**212.326.2248 (1)**
   3:11
**214.744.5100 (1)**
   2:23
**22 (8)** 29:11,13,14
   285:9 287:1,16,18
   354:16
**227 (2)** 5:13 88:6
**23rd (1)** 3:15
**2325 (1)** 2:5
**24 (1)** 12:25
**253 (1)** 5:14
**26 (1)** 168:24
**27 (3)** 47:8 343:13
   344:5
**28 (1)** 100:18
**29 (7)** 48:5,6,6,7
   100:11,13 248:20

_____

### 3

**3 (1)** 4:15
**3.16 (1)** 154:10
**3.75 (1)** 153:20
**3/2 (2)** 167:25
   169:13
**3/3 (1)** 167:25

**3:19 (1)** 278:6
**3:24 (1)** 278:11
**30 (10)** 34:16,18
   81:18,20,21,21,23
   246:4 248:19
   264:24
**300 (1)** 348:5
**32 (1)** 100:16
**323 (1)** 4:7
**33 (1)** 314:9
**34 (2)** 89:1 94:16
**340 (1)** 153:21
**343 (1)** 153:21
**35 (3)** 81:22,22
   295:8
**350 (1)** 348:5
**351 (1)** 4:8
**37 (1)** 248:20
**38 (1)** 243:21

_____

### 4

**4 (4)** 3:19 4:16
   99:21,22
**4-A (4)** 169:1,19
   175:5,16
**4-B (5)** 179:18
   180:25 182:1,18
   183:15
**4.09 (3)** 153:21
   154:10,18
**4:12 (1)** 323:3
**4:24 (1)** 323:7
**40 (7)** 32:8 34:16
   100:19 246:4,4
   295:7,8
**406.751.6010 (1)**
   3:7
**406.761.5595 (1)**
   2:6
**41 (1)** 88:16
**45 (2)** 61:20 275:5
**4620 (1)** 2:22
**47 (1)** 248:21
**49 (1)** 248:21

_____

### 5

**5 (1)** 4:17
**5:01 (2)** 352:17,22
**50 (7)** 4:17 32:24
   36:23 86:15
   182:16 212:6
   264:11
**500 (6)** 113:17,18
   113:18 325:7
   326:21 327:14
**51 (1)** 243:21
**52 (2)** 86:2 243:21
**53 (1)** 100:6
**550 (8)** 44:11,14
   325:12,14 345:3
   346:21 347:10,14
**57 (3)** 78:6 86:2,3
**59403 (1)** 2:5
**59904 (1)** 3:6

_____

### 6

**6 (5)** 4:19 99:20,21
   99:22 243:21
**6,000 (2)** 81:10,12
**6,600 (1)** 83:11
**60 (1)** 36:17
**61 (2)** 100:13,16
**65 (8)** 100:7,11,13
   100:17 174:19
   185:8 186:13
   248:22
**655 (1)** 2:9
**69 (1)** 243:22
**697 (4)** 54:19,21,24
   65:10

_____

### 7

**7 (3)** 3:10 4:20
   248:18
**70 (1)** 248:22
**700 (1)** 69:16
**705 (3)** 69:15,17,18
**7370 (1)** 3:6
**75202 (1)** 2:23
**76 (13)** 36:8,13
   89:5,5,14 94:16
   97:10,15 99:2,2

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

100:6 227:16
297:19
**79 (30)** 4:19 219:8
224:19 238:11,18
220:13,17 221:17
251:23 252:2,6,22
302:13 303:19,22
304:8 305:11
306:12 307:14,18
308:18,20 309:6
314:21,22,23,24
314:25 315:22
320:18

196:9,10 197:1,2
197:5,8,10 296:9
309:8 311:1,12,12
311:21 312:13,14
312:16,20 313:1,1
313:8,9,18,25
315:8,16,25 316:9
**973.734.3225 (1)**
3:20
**98188 (1)** 6:16

---
**8**

**8 (2)** 4:5,21
**8:33 (2)** 6:3,14
**80 (7)** 33:13 34:4
245:19,21,22,25
246:2
**80s (1)** 47:20
**800 (2)** 15:12 46:24
**850 (10)** 46:7 84:20
85:3 86:20,20,22
196:8 309:12
310:6,20
**87 (1)** 4:20
**89 (1)** 153:13

---
**9**

**9 (2)** 4:12,23
**9,500 (4)** 80:2,23
82:1 83:11
**9:32 (1)** 50:14
**9:43 (1)** 50:18
**90 (2)** 134:3 154:20
**900 (2)** 197:4
226:20
**91 (3)** 105:13,16
154:18
**92 (3)** 105:13,14,17
**930 (1)** 311:21
**95 (1)** 34:3
**950 (37)** 46:22 47:2
84:9,18 85:3,14
85:15,21 86:6,13