# **EXHIBIT M**

# Law Offices of
## McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

*Telephones:*
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
*Fax:* (406) 752-7124

June 7, 2006

*Emails:* dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

Mark A. Peterson, Esq.
Legal Analysis Systems
970 Calle Arroyo
Thousand Oaks, CA 91360

COPY

RE: Libby settlements

Dear Mark:

  Attached is a sheet titled "Settlements Data." Please ensure that these 37 Libby settlements are in your database. Note that we have divided them into impaired/unimpaired/lung cancer/mesos. If this does not fit your categories, please let me know. If you need any further information, please let me know. We want to make sure these Libby settlements are included in your overall calculations. Please confirm when this has been done.

        Yours sincerely,

        McGARVEY, HEBERLING, SULLIVAN
        & McGARVEY

        JON L. HEBERLING

JLH:joh

Enc.

cc: Dan Cohn

Δπ EXHIBIT 5
Deponent Peterson
Date 6-9-09   Rptr. LL
WWW.DEPOBOOK.COM

# SETTLEMENTS DATA

**3 UNIMPAIRED (TL)**

| | | |
|---|---:|---|
| S. Schnetter | $225,000 | |
| W. Hardgrove | $195,000 | |
| K. Radford | $200,000 | |
| | **$620,000** | AVERAGE **$206,667** |

**3 LUNG CANCERS**

| | | |
|---|---:|---|
| T. Albert | $254,000 | |
| J. Kenworthy | $382,500 | |
| Rex Smith | $310,000 | |
| | **$946,500** | AVERAGE **$315,500** |

**3 MESOS**

| | | |
|---|---:|---|
| R. Graham | $865,000 | |
| T. Riley | $450,000 | |
| D. Garrison | $500,000 | |
| | **$1,815,000** | AVERAGE **$605,000** |

**28 IMPAIRED (7 TL, 21 MHSM)**

| | | |
|---|---:|---|
| F. Alsbury | $440,000 | |
| J. Sallin | $375,000 | |
| J. Mitchell | $280,000 | |
| J. Swennes | $580,000 | |
| B. Wilkins | $800,000 | |
| T. DeShazer | $225,000 | |
| D. Schnetter | $1,100,000 | |
| S. Cannon | $390,000 | |
| E. Carvey | $153,000 | |
| C. Craig | $691,000 | |
| C. Dedrick | $600,000 | |
| K. Finstad | $483,000 | |
| E. Gaston | $306,000 | |
| W. Hagerty | $50,000 | |
| J. Hopkins | $550,000 | |
| B. Hurlbert | $950,000 | |
| C. Larson | $40,000 | |
| J. Lyle | $490,000 | |
| T. Murray | $100,000 | |
| R. Nelson | $670,000 | |
| W. Shearer | $480,000 | |
| L. Skramstad | $660,000 | |
| Ron Smith | $33,000 | |
| M. Vatland | $250,000 | |
| V. Vinson | $102,000 | |
| E. Warner | $591,000 | |
| R. Wilkes | $49,999 | |
| A. Wright | $300,000 | |
| | **$11,738,999** | AVERAGE **$419,250** |

**TOTAL** **$15,120,499** AVERAGE **$386,604**

3/17/2006