# EXHIBIT C

| | |
|---|---|
| **From:** | Shelnitz, Mark |
| **Sent:** | Tuesday, November 9, 2004 6:32 PM |
| **To:** | Siegel, David |
| **Cc:** | Finke, Richard |
| **Subject:** | GUCs Support |

The GUCs position after their meeting today is that they will not sign on to the Plan unless they get default interest compounded quarterly. We will discuss our position tomorrow in a con call with K&E and Blackstone. The GUC's position would add about $10 million per year of interest plus an additional amount for compounding. Pam doesn't think it's worth it but we will need to get K&E's view. We are targeting noon for the call but haven't yet heard what K&E's availability is. I will leave you a voice-mail with the call-in number and time when I can confirm everyone's availability.

Mark