IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket Nos. 22728, 22731,** |
| | ) | **22732, and 22733** |

**PLAN PROPONENTS' MOTION FOR LEAVE TO CONSOLIDATE RESPONSIVE TRIAL BRIEFS AND EXCEED THE SINGLE BRIEF PAGE LIMITATION WITH RESPECT TO THEIR CONSOLIDATED PHASE II TRIAL BRIEFS IN SUPPORT OF CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION**

The Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative and the Official Committee of Equity Security Holders, (the " Plan Proponents") hereby seek leave to consolidate their responsive confirmation trial briefs in order to present the Court with an efficient and logically organized response to the numerous, lengthy and somewhat burdensome set of Trial Briefs filed by the Plan Objectors. In

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

seeking this permission, the Plan Proponents likewise seek leave from the Court's Local Rules to exceed the single page brief limitation. In support of the relief requested, the Plan Proponents respectfully state as follows:

1. Pursuant to the *Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization* [Docket No. 21544], on July 13, 2009 the Plan Objectors filed (25) separate Phase II Confirmation Trial Briefs. These Trial Briefs consist of 658 pages of pleadings and almost 2000 pages of exhibits. The Libby Claimants brief alone was 101 pages. The Lenders' brief was 73 pages with 462 pages of exhibits. Fifteen different Insurance briefs were filed.

2. Pursuant to rules 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules") and General Chambers Procedure 2(a)(iv), answering briefs of 40 pages in length are permitted. As a result, in response to the 25 different Trial Briefs filed by Plan Objectors, the Plan Proponents are, at a minimum, entitled to file a 40 page responsive brief to each ( which totals 1000 pages of responsive pleadings).

3. Parties with common arguments, such as the 15 different Insurers, did not generally, consolidate their arguments or briefs, making responding to such briefs very difficult for the Plan Objectors. Rather than file 25 different responsive briefs, or separate responsive briefs from each Plan Proponent, the Plan Proponents have worked very hard to coordinate with each other, consolidate their responses and keep the total pages filed to a minimum. This has not been an easy task given the volume of pleadings filed and the complexity of the issues.

4. As a result, the Plan Proponents seek leave of the Court to consolidate their responses into four briefs, a Main Trial Brief which addresses the standards for confirmation of the Plan and the majority of the Plan objections, and three companion briefs which address certain issues in these confirmation proceedings that are so specific to various objectors that to cover them with the Main Brief in support of Confirmation would unduly

complicate the Main Brief and potentially confuse issues that could more clearly be presented on their own. These three companion briefs address: (i) the Libby Claimants' Objections as they relate to specific Plan and TDP provisions; (ii) Lender impairment and other confirmation issues that have not been otherwise addressed by the Phase I briefing; and (iii) issues specific to Insurers with respect to open coverage, including the assignment of such insurance to the Asbestos PI Trust.

5. The Plan Proponents are attempting to respond in both an efficient and logically organized manner to all of objectors' Trial Briefs. Filing a separate response to each and every one of the 25 Trial Briefs would be confusing and unduly burdensome to the Court. The consolidated Plan Proponents' briefs, while together totaling approximately 300 pages, respond to all of the objections in a logical and organized manner in far fewer pages then are permitted under the Local Rules.

6. As a result, the Plan Proponents respectfully request that the Court grant them leave to filed their consolidated Trial Briefs and under Local Rules 7007-2 and General Chambers Procedure 2(a)(iv), exceed the single answering brief 40 page limit.

WHEREFORE, the Plan Proponents respectfully request that the Court enter an order (i) authorizing them to file one consolidated responsive Main Confirmation Brief and three related Briefs regarding Libby, the Insurers and the Lenders; (ii) exceed the forty (40) page single brief limit under Local Rule 7007-2 in order to file such briefs, and (iii) granting such other and further relief as the Court may deem just and proper.

Dated: August 7, 2009

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Theodore L. Freedman
        Deanna D. Boll
        601 Lexington Avenue
        New York, NY 10022
        Telephone: (212) 446-4800
        Facsimile: (212) 446-4900

        Barbara Mack Harding
        Brian Stansbury
        655 Fifteenth Street, N.W.
        Washington, D.C. 20005
        Telephone: (202) 879-5000
        Facsimile: (202) 879-5200

        THE LAW OFFICES OF JANET S. BAER, P.C.
        Janet S. Baer, P.C.
        70 W. Madison Street
        Suite 2100
        Chicago, IL 60602
        Telephone: (312) 641-2162

        <u>and</u>

        */s/ James E. O'Neill*
        PACHULSKI, STANG, ZIEHL & JONES LLP
        James E. O'Neill (Bar No. 4042)
        Timothy Cairns (Bar No. 4228)
        Kathleen P. Makowski (Bar No. 3648)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705
        (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        *Counsel for the Debtors and Debtors in Possession*

CAMPBELL & LEVINE, LLC

Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947


and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

5

PHILIPS, GOLDMAN & SPENCE, P.A.

John C. Philips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

SAUL EWING LLP

Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10022
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee of Equity Security Holders*