# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. GRACE & CO.
7500 Grace Drive          **Chapter:** 11
Columbia, MD 21044
  **EIN:** 65–0773649

W.R. Grace & Co., et al.

  **EIN:** 65–0773649          *Case No*.:  01–01139–JKF

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on July 30, 2009 was filed on 8/11/2009 . The following deadlines apply:

The parties have  seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 9/1/2009 .

If a request for redaction is filed, the redacted transcript is due 9/11/2009 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/9/2009 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*David D. Bird*
Clerk of Court

Date: 8/11/09

(ntc)