# EXHIBIT A

{393.001-W0001998.}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No.: 22491 |
| | ) | July 27, 2009, Agenda Item 12 |
| | ) | |
| Debtors. | ) | |

**ORDER REGARDING LIBBY CLAIMANT TESTIMONY**

Upon **Arrowood's Motion for Relief Against the Libby Claimants Based on Their Designation of Over 100 Witnesses for the Confirmation Hearing** (Docket No. 22491) (the "Motion"), due and proper notice of the Motion having been given, several objections and replies having been filed by the parties, the Court having heard arguments in open court on July 27, 2009;

It is hereby ORDERED:

1. With respect to completion of discovery relating to individual claimants who will testify regarding already settled claims, on August 10, 2009, the Libby Claimants identified the following six witnesses:

    (1) Ed Warner

    (2) Butch (Ervin) Hurlbert

    (3) Norita Skramstad

        (a) Ms. Skramstad will only be testifying about her or her husband's settled claims.

    (4) Leroy Thom

        (a) Mr. Thom will lay foundation for documents and certain facts related to conditions at Libby. Mr.

{393.001-W0001998.}

        Thom has an open claim, but will not be testifying about his open claim.

    (5)    Dan Schnetter

    (6)    Jay Swennes

2. Depositions will occur of these witnesses between August 20, 2009 and August 27, 2009.

3. The scope of testimony by such witnesses shall be: Exposure history and/or working conditions of the settled claimant, settlement of claims, short description of medical diagnosis.

4. To the extent not already produced to Grace in the underlying litigation, all documents relating to these witnesses testimony will be isolated and produced in advance of the deposition, including any documents of counsel referring or relating to the settlements.

5. W.R. Grace will supplement its exhibit list with any responsive documents by September 3, 2009.

6. Grace will identify any additional responsive testimony by September 3, 2009.

7. Testimony that the Libby Claimants assert is relevant to vested insurance will be proffered through declarations, per separate stipulation. The personal injury FCR's agreement to such proffered testimony in lieu of testimony at trial is subject to a review of the declarations.

8. Both sides reserve all objections to admissibility regarding evidence related to the issues addressed in this order.

Dated: August ____, 2009
Wilmington, Delaware

                _____
                The Honorable Judith K. Fitzgerald
                United States Bankruptcy Judge