# EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## January 2009 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/6/2009 | 2.3 | $483.00 | Analysis of Court docket and pleadings thru 12/31/08 for pleadings affecting claims for 10K reporting (1.5); revise b-Linx re asbestos claims affected (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2009 | 1.6 | $336.00 | Prep report of active open asbestos pd claims to review for 10K reporting (.3); analysis of active open asbestos pd claims report for 10K reporting (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2009 | 2.0 | $420.00 | Analysis of active reconciled asbestos pd claims to verify all claims properly reflected in b-Linx for 10K reporting |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2009 | 0.2 | $42.00 | Prep e-mail to L Esayian re asbestos pd active open numbers for 4th Qtr SEC reporting (.1); analysis of e-mail from L Esayian re report of open claims for review (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/9/2009 | 0.6 | $126.00 | Prep report of active open asbestos pd claims for L Esayian |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2009 | 0.5 | $105.00 | Telephone from RW Evans re EPA claims (.1); analysis of b-Linx re EPA claims (.2); prepare e-mail to RW Evans re EPA claims (.1); analysis of e-mail from L Esayian re confirmation of asbestos PD numbers for SEC reporting (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2009 | 0.9 | $189.00 | Telephone from RW Evans re Merrill & Coughlin claims (.1); analysis of b-Linx re Merrill & Coughlin claims (.2); telephone to RW Evans re Merrill & Coughlin claims (.1); prepare e-mail to K Davis re docketing issue on Coughlin claim and correction needed (.2); analysis of emails from K Davis re correction of Coughlin docketing issue (.2); prep e-mail to RW Evans re new image and claim no for Merrill claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/22/2009 | 2.4 | $504.00 | Analysis of e-mail from C Bruens re research on Kaneb and Support Terminal (.1); analysis of b-Linx re same Kaneb and Support Terminal (.4); prep report of Kaneb and Support Terminal claims (.1); prep e-mail to C Bruens re b-Linx info on Kaneb and Support Terminal (.1); analysis of Schedule Gs re Kaneb and Support Terminal (1.5); prep e-mail to C Bruens re no Schedule G listing for Kaneb and Support Terminal (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2009 | 0.3 | $63.00 | Analysis of e-mail from D Bibbs re Charles M Cook claim (.1); research b-Linx re Charles M Cook claim (.1); prep e-mail to D Bibbs re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2009 | 0.5 | $105.00 | Analysis of e-mail from C Greco re updating Mass DEP proof of claim for Sutton Brook site (.1); prep e-mail to C Greco re unable to update until processed by Rust (.1); prep e-mail to K Davis at Rust Consulting re Mass DEP proof of claim (.1); analysis of e-mail from K Davis re status of processing new Mass DEP proof of claim (.1); prep e-mail to C Greco re Rust processing new Mass DEP claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2009 | 0.9 | $189.00 | Analysis of e-mail from L Esayian re Dies & Hile active open claims report (.1); prep Dies & Hile active open claim report for L Esayian (.7); prep e-mail to L Esayian re Dies & Hile active open claims report (.1) |
| | | Asbestos Claims Total: | | 12.2 | $2,562.00 | |

## January 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## January 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| DUSTEE DECKER - REC_TEAM | | $75.00 | 1/2/2009 | 0.1 | $7.50 | Telephone with Stephanie McFadden at (000) 000-0000 re questions re claims; directed her to Rust Consulting. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/2/2009 | 0.1 | $7.50 | Review Court docket Nos. 20398-20403, to categorize docket entries. |
| LILIANA ANZALDO - CAS | | $45.00 | 1/2/2009 | 0.1 | $4.50 | Review inquiry from creditor, prep e-mail and pdf to M Araki |
| LILIANA ANZALDO - CAS | | $45.00 | 1/2/2009 | 0.2 | $9.00 | Archive cds and correspondence from Rust Consulting re claims |
| LILIANA ANZALDO - CAS | | $45.00 | 1/2/2009 | 0.1 | $4.50 | Review returned mail for further processing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/2/2009 | 0.6 | $126.00 | Analysis of draft Nov numbers from S Fritz (.5); prep e-mail to S Fritz re approval of draft Nov numbers (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/2/2009 | 0.2 | $42.00 | Analysis of e-mail from L Anzaldo re Canadian ZAI claim received (.1); prep e-mail to L Anzaldo re transmission to Rust (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/2/2009 | 0.2 | $42.00 | Prep e-mail to B Sarikas re payment sent by client to wrong office and corrected address |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2009 | 2.0 | $420.00 | Audit pleadings assigned in DRTT (.8); audit b-Linx re pleadings affecting claims (.7); revise b-Linx per audit (.5) |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/5/2009 | 0.3 | $13.50 | Process 11 pieces Non-COA returned mail |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/5/2009 | 0.2 | $9.00 | Process 6 pieces Non-COA returned mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/5/2009 | 0.1 | $7.50 | Review Court docket Nos. 20404-20408, to categorize docket entries. |
| LILIANA ANZALDO - CAS | | $45.00 | 1/5/2009 | 0.2 | $9.00 | Review inquiry and proofs of claim from creditors (.1); prep e-mail and pdf to M Araki (.1) |
| LUCINA SOLIS - CAS | | $45.00 | 1/5/2009 | 0.1 | $4.50 | Process COA returned mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2009 | 1.7 | $357.00 | Analysis of Court docket re pleadings filed, case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2009 | 0.4 | $84.00 | Prep email to J Doherty re Inuktitut translated packages and invoice requested by counsel (.2); review BMC website re Inuktitut translation of bar date info and claim form (.1); analysis of public site re creditor inquiries (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/5/2009 | 0.1 | $16.50 | Discussion with S Cohen re: claim reconciliation issues requiring higher-level analysis outside normal scope of review. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/5/2009 | 0.1 | $11.00 | Review emails and correspondence re: claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/5/2009 | 0.1 | $11.00 | Discussion with M.Booth re: claim reconciliation issues requiring higher-level analysis outside normal scope of review |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/6/2009 | 0.2 | $9.00 | Process 2 pieces Non-COA returned mail |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 1/6/2009 | 0.4 | $54.00 | Conference call w/ BMC WR Grace team re: case status, planning and logistics |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/6/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/6/2009 | 0.3 | $22.50 | Review Court docket Nos. 20409-20449, to categorize docket entries. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## January 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/6/2009 | 0.9 | $189.00 | Analysis of e-mail from J Doherty re invoice for RRD for client (.1); prep e-mail to D Boll re RRD invoice (.1); analysis of e-mails from J Doherty re approval of Inuktitut proofs for printing for Rust (.3); prep e-mails to J Doherty re approval of Inuktitut proofs for printing for delivery to Rust (.1); weekly status call with S Cohen, C Maxwell and A Dalsass (.1); e-mail to/from C Greco re status of Disclosure Statement and possibility for approval at 1/12 hearing (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/6/2009 | 1.3 | $273.00 | Analysis of e-mail from S Fritz with check received and requested breakdown (.1); analysis of prior payments received (.3); analysis of payments outstanding to reconcile check vs reductions vs approved amts (.7); prep e-mail to S Fritz re application of check to outstandings and write-offs (.2) |
| NOREVE ROA - CAS | | $95.00 | 1/6/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Court docket nos. 20391, 20393 to verify no further action is required. |
| NOREVE ROA - CAS | | $95.00 | 1/6/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos.20378-20408 (32 dkts) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/6/2009 | 0.1 | $11.00 | Conference call with M.Araki, C.Maxwell re: pending issues |
| JAMES MYERS - CAS | | $65.00 | 1/7/2009 | 0.1 | $6.50 | DS & Exh Book (12-23-08): Review and audit monthly production invoices for preparation of combined invoice for delivery to client |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/7/2009 | 0.1 | $7.50 | Review Court docket Nos. 20450-20467, to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/7/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2009 | 0.7 | $147.00 | Analysis of e-mail from S Cohen re claims spreadsheet for Rust Consulting re updates (.1); analysis of draft inactive/active spreadsheet for Rust (.3); analysis of e-mail from C Greco re 10K info request (.1); prep e-mail to C Greco re 10K info request (.1); prep e-mail to WRG Team re status of Discl Stmt approval and revised timeline (.1) |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/8/2009 | 0.3 | $13.50 | Process 9 pieces Non-COA returned mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/8/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/8/2009 | 0.2 | $15.00 | Review Court docket Nos. 20468-20485, to categorize docket entries. |
| LILIANA ANZALDO - CAS | | $45.00 | 1/8/2009 | 0.1 | $4.50 | Prep e-mail to M Araki re inquiries and proofs of claim received |
| LILIANA ANZALDO - CAS | | $45.00 | 1/8/2009 | 0.1 | $4.50 | Review new inquiries and proofs of claims from creditors |
| LILIANA ANZALDO - CAS | | $45.00 | 1/8/2009 | 0.1 | $4.50 | Prep pdfs of inquiries and proofs of claim for M Araki |
| MARISTAR GO - CAS | | $95.00 | 1/8/2009 | 0.5 | $47.50 | Audit categorization updates related to Court Docket Nos. 20411, 20409-20410, 20412-20413, 20415, 20418, 20421, 20422, 20424, 20426, 20428-20430,20432-20433, 20435-20438,20440-20441,20443, 20445-20449, 20452-20455, 20457-20458, 20460-20467 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2009 | 0.3 | $63.00 | Analysis of e-mail and document from JL Aboitiz re WRG notice received (.1); analysis of e-mail from L Anzaldo re Canadian ZAI claims received (.2) |

EXHIBIT 1

# BMC Group
WR GRACE

Monthly Invoice

## January 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| NOREVE ROA - CAS | | $95.00 | 1/8/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 20416-20459 (14 dkts) |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/9/2009 | 0.2 | $9.00 | Process 2 pieces Non-COA returned mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/9/2009 | 0.1 | $7.50 | Review Court docket Nos. 20486-20491, to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/9/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LILIANA ANZALDO - CAS | | $45.00 | 1/9/2009 | 0.1 | $4.50 | Prep WR Grace Canadian claims received in error to Rust Consulting for processing |
| LILIANA ANZALDO - CAS | | $45.00 | 1/9/2009 | 0.1 | $4.50 | Prep image of documents per M Araki request |
| LUCINA SOLIS - CAS | | $45.00 | 1/9/2009 | 0.1 | $4.50 | Process COA returned mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/9/2009 | 0.5 | $105.00 | Analysis of new Canadian ZAI claim received (.1); analysis of Inuktitut package from J Doherty (.1); analysis of S Cohen email re Jan 2009 claims info to Rust (.2); analysis of S Cohen email re no transfer activity to Rust (.1) |
| NOREVE ROA - CAS | | $95.00 | 1/9/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 20468-20485 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/9/2009 | 0.2 | $22.00 | Draft emails and correspondence re: claims review/reconciliation |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/12/2009 | 0.3 | $13.50 | Process 10 pieces Non-COA returned mail |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/12/2009 | 1.0 | $150.00 | Conf call with R Witt and M Araki to review updated solicitation tool and procedures. |
| KATYA BELAS - CAS | | $65.00 | 1/12/2009 | 0.6 | $39.00 | Process 40 pieces of Non-COA returned mail |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/12/2009 | 0.1 | $11.00 | Analyze Court docket nos. 20493 and 20494 and verify no updates in the noticing system are required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/12/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/12/2009 | 0.1 | $7.50 | Review Court docket Nos. 20492-20501, to categorize docket entries. |
| MIKE BOOTH - MANAGER | | $165.00 | 1/12/2009 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re: noticing, claims review/reconciliation. |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/13/2009 | 0.2 | $9.00 | Process 9 pieces Non-COA returned mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/13/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2009 | 1.1 | $231.00 | Analysis of e-mail from S Cohen re 4th Qtr SEC numbers (.1); continue review of S Cohen 4th Qtr SEC reports (1.0) |
| NOREVE ROA - CAS | | $95.00 | 1/13/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Court docket nos. 20493-94 to verify updates are complete. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/13/2009 | 0.1 | $11.00 | Draft emails and correspondence re: claims review/reconciliation |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/14/2009 | 0.2 | $9.00 | Process 8 pieces Non-COA returned mail |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/14/2009 | 0.1 | $11.00 | Analyze Court docket nos. 20502 and 20503 and verify no updates in the noticing system are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/14/2009 | 0.2 | $22.00 | Analyze Court docket no. 20414 and update addresses of impacted entries in the claims database pursuant to the Change of Address request. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/14/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2009 | 1.0 | $210.00 | Analysis of Court docket re case status |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice

## January 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2009 | 1.5 | $315.00 | Audit pleadings assigned in DRTT (.6); audit b-Linx re pleadings affecting claims (.5); revise b-Linx per audit (.4) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/14/2009 | 0.2 | $39.00 | Review correspondence and images on CD received from M. Cole at Rust Consulting (.1); forward to data analyst for upload (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/15/2009 | 0.1 | $11.00 | Analyze Court docket no. 20523 and verify no updates in the noticing system are required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/15/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2009 | 0.5 | $105.00 | Analysis of Canadian ZAI claims received (.1); revise SEC narrative from WR Grace for 4th Qtr 2008 numbers (.2); prepare e-mail to C Greco re 4th Qtr SEC numbers and revised narrative (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/15/2009 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re: noticing, claims review/reconciliation. |
| NOREVE ROA - CAS | | $95.00 | 1/15/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Court docket nos. 20502-20503, 20523 to verify no further action is required. |
| NOREVE ROA - CAS | | $95.00 | 1/15/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Court docket no. 20414 to verify updates are complete. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/15/2009 | 0.1 | $11.00 | Draft and review emails and correspondence re: claims review/reconciliation |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/16/2009 | 0.2 | $9.00 | Process 2 pieces Non-COA returned mail |
| CRAIG MAXWELL - CONSULT_DATA | | $125.00 | 1/16/2009 | 0.7 | $87.50 | Discussed ballot tabulation, returned mail and remailing procedures with production office in Chanhassen to determine needs for up coming solicitation. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/16/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/16/2009 | 0.2 | $15.00 | Review Court docket Nos. 20502-20535, to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2009 | 0.2 | $42.00 | Prep e-mail to L Oberholzer re filing fee app (.1); analysis of e-mail from L Oberholzer re fee app filing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2009 | 0.3 | $63.00 | Analysis of e-mail from C Greco re Cincinnati Belting claim (.1); analysis of b-Linx re same (.1); prep email to C Greco re Cincinnati Belting claim (.1) |
| NOREVE ROA - CAS | | $95.00 | 1/17/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos. 20486-20534 (42 dkts) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/19/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/19/2009 | 0.1 | $7.50 | Review Court docket Nos. 20536-20541, to categorize docket entries. |
| NOREVE ROA - CAS | | $95.00 | 1/19/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 20536, 20538-20541 |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/20/2009 | 0.2 | $9.00 | Process 4 pieces Non-COA returned mail |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/20/2009 | 0.3 | $45.00 | Conference call with project team to review updated Solicitation timelines. |
| JAMES MYERS - CAS | | $65.00 | 1/20/2009 | 0.1 | $6.50 | Review doc from Orrick, prep email transmitting to Proj Mgr |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/20/2009 | 0.1 | $7.50 | Review Court docket No. 20542, to categorize docket entries. |

# BMC Group

WR GRACE

Monthly Invoice

## January 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LUCINA SOLIS - CAS | | $45.00 | 1/20/2009 | 0.1 | $4.50 | Process COA returned mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/20/2009 | 0.2 | $42.00 | Weekly conf call with A Dalsass, K Martin, S Cohen, G Kruse re solicitation w/no docs, use of cd |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/20/2009 | 0.1 | $11.00 | Review and reply to emails and correspondence re: claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/20/2009 | 0.2 | $22.00 | Status call led by A.Dalsass re: pending issues |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/21/2009 | 0.2 | $9.00 | Process 12 pieces Non-COA returned mail |
| CRAIG MAXWELL - CONSULT_DATA | | $125.00 | 1/21/2009 | 0.3 | $37.50 | Contacted tabulation staff in Chanhassen and updated them with new timeline provided by M Araki. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/21/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2009 | 1.0 | $210.00 | Telephone with A Wick re issues with ART reporting tool (.8); analysis of e-mail from C Greco re request for claims reports (.1); discussion with S Cohen re report request (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/21/2009 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re: noticing, claims review/reconciliation. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/21/2009 | 0.1 | $11.00 | Review and reply to emails and correspondence re: claims review/reconciliation |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/22/2009 | 0.2 | $9.00 | Process 5 pieces Non-COA returned mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/22/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 1/22/2009 | 0.2 | $9.00 | Review correspondence received re claim (.1); prep e-mail to M Araki re claim correspondence (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/22/2009 | 0.1 | $16.50 | Discussion with S Cohen re: claim reconciliation issues requiring higher-level analysis outside normal scope of review. |
| MIKE BOOTH - MANAGER | | $165.00 | 1/22/2009 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re: noticing, claims review/reconciliation. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/22/2009 | 0.1 | $11.00 | Discussion with M.Booth re: claim reconciliation issues requiring higher-level analysis outside normal scope of review |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/22/2009 | 0.1 | $11.00 | Review and reply to emails and correspondence re: claims reconciliation/objection management |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/23/2009 | 0.2 | $9.00 | Process 2 pieces Non-COA returned mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/23/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/23/2009 | 0.3 | $22.50 | Review Court docket Nos. 20544-20575, to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2009 | 0.3 | $63.00 | Analysis of e-mail from E Hudgens re request for add'l Canadian English ZAI packages (.1); analysis of e-mail from L Anzaldo re request for Discl Stmt (.1); prep e-mail to L Anzaldo re request for Discl Stmt (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2009 | 2.5 | $525.00 | Audit documents assigned in DRTT (1.5); revise b-Linx re audit (1.0) |
| TERRI MARSHALL - MANAGER | | $185.00 | 1/23/2009 | 0.1 | $18.50 | Review and notarize affidavit of service of amended transfer. |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/26/2009 | 0.3 | $13.50 | Process 8 pieces Non-COA returned mail |
| JAMES MYERS - CAS | | $65.00 | 1/26/2009 | 0.1 | $6.50 | Reviewed mailed communication requesting removal of M Grimsaw (Rutan & Tucker) from mailing list; prep email transmitting same to M Araki |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/26/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice

## January 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/26/2009 | 0.1 | $7.50 | Review Court docket Nos. 20576-20598, to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2009 | 0.5 | $105.00 | Prep e-mail to G Kruse re new claim flag (.1); prep e-mail to D Boll re Rust request for add'l Canadian English ZAI packages (.1); analysis of e-mail from S Fritz re Dec numbers (.1); prep e-mail to S Fritz re Dec numbers (.1); prep e-mail to J Doherty re add'l Canadian English ZAI packages for Rust (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2009 | 3.0 | $630.00 | Analysis of e-mail from C Greco re stips in 4th Qtr (.2); analysis of pleadings re stips for C Greco (1.2); prep e-mail to C Greco re research (.3); analysis of e-mail from C Greco re b-Linx revisions made per e-mails/telecons and not pleadings (.1); analysis of b-Linx re claims with revised status in 4th Qtr and under $50,000 (1.0); prep e-mail to C Greco re results (.2) |
| NOREVE ROA - CAS | | $95.00 | 1/26/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 20544-20573 (26 dkts) |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/27/2009 | 0.2 | $9.00 | Process 3 pieces Non-COA returned mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/27/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/27/2009 | 0.1 | $7.50 | Review Court docket Nos. 20599-20606, to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2009 | 0.4 | $84.00 | Analysis of e-mail from D Boll re Rust reqeust for Canadian ZAI packages (.1); analysis of e-mail from S Fritz re Dec final numbers (.1); analysis of Dec final numbers (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/27/2009 | 0.1 | $11.00 | Review emails and correspondence re: claims review/reconciliation |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/28/2009 | 0.1 | $7.50 | Review Court docket Nos. 20607-20614, to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/28/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2009 | 0.2 | $42.00 | Analysis of e-mail from K Davis re status of new Mass DEP claim (.1); prep e-mail to J Conklin re new Mass DEP claim to be sent by Rust (.1) |
| NOREVE ROA - CAS | | $95.00 | 1/28/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 20577-20597, 20599-20600, 20602-20606. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/28/2009 | 0.1 | $11.00 | Review emails and correspondence re: claims review/reconciliation |
| BRIANNA TATE - CAS | | $45.00 | 1/29/2009 | 0.2 | $9.00 | Responded by email to creditor regarding status of case. |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/29/2009 | 0.2 | $9.00 | Process 3 pieces Non-COA returned mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/29/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/29/2009 | 0.1 | $7.50 | Review Court docket Nos. 20615-20618, to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 1/29/2009 | 0.1 | $4.50 | Process COA returned mail |
| MIKE BOOTH - MANAGER | | $165.00 | 1/29/2009 | 0.1 | $16.50 | Discussion with S Cohen re: claim reconciliation issues requiring higher-level analysis outside normal scope of review. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/29/2009 | 0.1 | $11.00 | Discussion with M.Booth re: claim reconciliation issues requiring higher-level analysis outside normal scope of review |

# BMC Group
WR GRACE

Monthly Invoice

## January 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| BRIANNA TATE - CAS | | $45.00 | 1/30/2009 | 0.1 | $4.50 | Telephone with Kristen Serrao at (412) 355-6310 re obtaining a claim and other info regarding the claim; referred to Rust Consulting. |
| CORAZON DEL PILAR - CAS | | $45.00 | 1/30/2009 | 0.2 | $9.00 | Process 3 pieces Non-COA returned mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/30/2009 | 0.1 | $7.50 | Review Court docket Nos. 20619-20638, to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/30/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 1/30/2009 | 0.2 | $9.00 | Review correspondence received re ZAI claim (.1); prep e-mail to M Araki re claim correspondence (.1) |
| MABEL SOTO - CAS | | $45.00 | 1/30/2009 | 0.1 | $4.50 | Prep 3 Canadian ZAI Asbestos claims for transmission to Rust Consulting Inc |
| MARISTAR GO - CAS | | $95.00 | 1/30/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 20608-20618, 20601 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/30/2009 | 2.0 | $420.00 | Analysis of e-mail from J Conklin re new claim received from Rust Consulting (.1); analysis of new claim in b-Linx and revise (.2); audit pleadings assigned in DRTT (.6); audit b-Linx re pleadings affecting claims (.5); revise b-Linx per audit (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/30/2009 | 1.5 | $315.00 | Analysis of Court docket re pleadings filed, case status |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/30/2009 | 0.1 | $19.50 | Review claims and CD from Rust Consulting; deliver to data analyst for processing |
| NOREVE ROA - CAS | | $95.00 | 1/30/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 20619-20638 (19 dkts) |
| | Case Administration Total: | | | 46.6 | $7,089.00 | |

## January 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/2/2009 | 0.1 | $9.50 | Review and verify returned mail Undeliverable records which required a further review. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/2/2009 | 0.2 | $19.00 | Review and verify creditor address records per data integrity reports. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/6/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 1/6/2009 | 0.1 | $9.50 | Returned Mail Audit and Review |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/7/2009 | 1.2 | $180.00 | Prepare monthly report of active and inactive claims (.8). Export to Excel (.3) and forward to S Cohen for review (.1). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/7/2009 | 0.1 | $9.50 | Update return mail records to b-Linx (PI). |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/8/2009 | 0.2 | $22.00 | Assist S Cohen in data review to summary report of environmental claims to determine claim missing from report |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/8/2009 | 0.7 | $77.00 | Assist S Cohen in data review to summary report of Tax Claims to determine claim missing from report |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/8/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/9/2009 | 0.1 | $9.50 | Update return mail records to b-Linx (PI). |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 1/9/2009 | 0.1 | $9.50 | Returned Mail Audit and Review |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 1/9/2009 | 0.1 | $9.50 | Prepare reportt of data exceptions. |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 1/9/2009 | 0.4 | $38.00 | Analysis of data exceptions report (.3); revise data criteria (.1) |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice

## January 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/12/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| ROBYN WITT - CONSULT_DATA | | $125.00 | 1/12/2009 | 1.4 | $175.00 | Review solicitation data/consult process w/ M. Araki/G. Kruse. |
| ROBYN WITT - CONSULT_DATA | | $125.00 | 1/12/2009 | 0.7 | $87.50 | Correspondence w/ G. Kruse, K. Martin re: plan class criteria. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/13/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/14/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/14/2009 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/14/2009 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/14/2009 | 0.1 | $9.50 | Upload bankruptcy claim to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/14/2009 | 0.1 | $9.50 | Migrate bankruptcy claim's image from CD to server. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/15/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. (PI) |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 1/16/2009 | 1.0 | $95.00 | Review (.5) and update (.5) foreign records for proper format of country name and zip code. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/19/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 1/19/2009 | 0.2 | $19.00 | Review (.1) and analyze (.1) data exception results in creditor claims management tool. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/20/2009 | 1.2 | $180.00 | Generate custom claims report as per criteria provided by M Araki (.9). Export to Excel (.2) and forward to M Araki (.1). |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/21/2009 | 0.8 | $88.00 | Prepare report based on active open list from F7 with M Araki |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/21/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/22/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. (PI) |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 1/22/2009 | 0.3 | $28.50 | Review (.2) and update (.1) docket records for claims appearing on data integrity reports. |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 1/22/2009 | 0.5 | $47.50 | Preparation of report verifying creditor, amount and docket information grouping (.4), and reporting data anomalies to project manager and case support associate (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/23/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/26/2009 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), update tables fields (.3), views and user defined functions (.1) (PI) |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/26/2009 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.3), update tables fields (.2), views and user defined functions (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/26/2009 | 0.2 | $30.00 | Add new claim flag to b-Linx as per M Araki. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/26/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 1/26/2009 | 0.1 | $9.50 | Returned Mail Audit and Review |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/27/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. (PI) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/28/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/30/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/30/2009 | 0.1 | $9.50 | Migrate bankruptcy claim's image from CD to server. |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice

## January 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/30/2009 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/30/2009 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/30/2009 | 0.1 | $9.50 | Correspondence with project team regarding the receipt and upload of new bankruptcy claim. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/30/2009 | 0.1 | $9.50 | Upload bankruptcy claim to b-Linx. |
| | | Data Analysis Total: | | 14.0 | $1,591.50 | |

## January 2009 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2009 | 1.5 | $315.00 | Continue analysis of Aug 08 draft reports for prof billing reqts and Court imposed categories (.8); continue revision of Aug 08 billing entries for fee app compliance (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2009 | 2.0 | $420.00 | Continue analysis of Aug 08 draft report re prof billing reqts and Court imposed categories (.3); revise Aug 08 billing entries for fee app compliance (.3); prep Aug 08 time summary and detail reports (.3); analysis of production exhibits for Aug 08 (.4); revise time summary and detail reports for Aug 08 (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2009 | 2.0 | $420.00 | Draft Aug 08 fee app (1.0); prepare Aug 08 expense exhibits, time detail and summary exhibits for fee app (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2009 | 1.0 | $210.00 | Prep exhibits for Fee Examiner re Aug 08 fee app |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/15/2009 | 0.2 | $39.00 | Review memo and BMC fee application from M Araki (.1); review and execute fee app (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2009 | 1.5 | $315.00 | Finalize Aug 08 fee app and exhibits (1.3); prep e-mail to L Oberholzer re filing Aug 08 fee app (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2009 | 1.5 | $315.00 | Prep draft billing detail reports for Sep 08 (.4); begin analysis of draft reports for prof billing reqts and Court imposed categories (.6); begin revision of Sep 08 billing entries for fee app compliance (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/22/2009 | 2.5 | $525.00 | Continue analysis of Sep 08 draft reports for prof billing reqts and Court imposed categories (1.3); continue revision of Sep 08 billing entries for fee app compliance (1.2) |
| | | Fee Applications Total: | | 12.2 | $2,559.00 | |

## January 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/7/2009 | 0.4 | $44.00 | Initialize preliminary analysis of Q4 2008 non-asbestos claim data and claim summary reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2009 | 2.6 | $546.00 | Analysis of S Cohen email with draft 4th Qtr SEC claim reports for review (.1); analysis of draft 4th Qtr SEC claim reports (2.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2009 | 0.3 | $63.00 | Analysis of e-mail from C Greco re Samson Hydrocarbons proofs of claim (.1); analysis of b-Linx re claims (.1); prep e-mail to C Greco re Samson Hydrocarbons proofs of claim (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## January 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/8/2009 | 2.4 | $264.00 | Continue analysis of Q4 2008 non-asbestos claim data and claim summary reports |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/8/2009 | 3.3 | $363.00 | Finalize analysis of Q4 2008 non-asbestos claim data and claim summary reports; draft follow-up memos to M.Araki re: analysis & report results |
| LILIANA ANZALDO - CAS | | $45.00 | 1/9/2009 | 0.2 | $9.00 | Sent out claims to Rust Consulting per MA request |
| LILIANA ANZALDO - CAS | | $45.00 | 1/9/2009 | 0.1 | $4.50 | Received and processed incoming client mail |
| LILIANA ANZALDO - CAS | | $45.00 | 1/15/2009 | 0.5 | $22.50 | Making pdf's per MA request |
| LILIANA ANZALDO - CAS | | $45.00 | 1/15/2009 | 0.2 | $9.00 | Received and processed incoming client mail |
| LILIANA ANZALDO - CAS | | $45.00 | 1/15/2009 | 0.1 | $4.50 | Sent out e-mail to MA with claims pdf's |
| LILIANA ANZALDO - CAS | | $45.00 | 1/15/2009 | 0.1 | $4.50 | Refiling and archiving cd's |
| LILIANA ANZALDO - CAS | | $45.00 | 1/16/2009 | 0.1 | $4.50 | Received and processed incoming client mail |
| LILIANA ANZALDO - CAS | | $45.00 | 1/16/2009 | 0.1 | $4.50 | Sent out e-mail to MA with claim pdf |
| LILIANA ANZALDO - CAS | | $45.00 | 1/16/2009 | 0.1 | $4.50 | Making pdf per MA request |
| LILIANA ANZALDO - CAS | | $45.00 | 1/16/2009 | 0.1 | $4.50 | Sent out claims to Rust Consulting per MA request |
| LILIANA ANZALDO - CAS | | $45.00 | 1/20/2009 | 0.1 | $4.50 | Making pdf per MA request |
| LILIANA ANZALDO - CAS | | $45.00 | 1/20/2009 | 0.1 | $4.50 | Received and processed incoming client mail |
| LILIANA ANZALDO - CAS | | $45.00 | 1/20/2009 | 0.1 | $4.50 | Sent out e-mail to MA with claim pdf |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/20/2009 | 2.1 | $441.00 | Analysis of e-mail from C Bruens re 225 active open claims report (.1); analysis of e-mail from S Cohen re use of report from G Kruse (.1); analysis of report from G Kruse used by S Cohen (.2); prep e-mail to S Cohen re prior report not applicable (.1); analysis of ART re active open non-asbestos report for C Bruens (.4); prep e-mail to G Kruse re request for active open non-asbestos report due to ART issues (.1); analysis of G Kruse report (.5); revise G Kruse report for C Bruens (.5); prep e-mail to C Bruens with report (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/20/2009 | 0.3 | $49.50 | Analyze recently docketed Notice of Transfers filed by Fair Harbor Capitall LLC (.2); phone discussion with F Glass at Fair Harbor Capital re: request for Amended Notice of transfers related to docket nos. 20542 & 20543 (.1). |
| LILIANA ANZALDO - CAS | | $45.00 | 1/22/2009 | 0.1 | $4.50 | Received and processed incoming client mail |
| LILIANA ANZALDO - CAS | | $45.00 | 1/23/2009 | 0.1 | $4.50 | Received and processed incoming client mail |
| LILIANA ANZALDO - CAS | | $45.00 | 1/23/2009 | 0.2 | $9.00 | Making PDF and sent out e-mail to martha Araki |
| LILIANA ANZALDO - CAS | | $45.00 | 1/23/2009 | 0.1 | $4.50 | Review and file letter per MA request |
| LILIANA ANZALDO - CAS | | $45.00 | 1/23/2009 | 0.1 | $4.50 | Sent out package to Rust Consulting per MA request |
| MIKE BOOTH - MANAGER | | $165.00 | 1/23/2009 | 0.8 | $132.00 | Analysis and update of b-Linx re: claims transfer related to docket no. 20575, including updates related to Amended Notice of Transfer nos. 20542 & 20543 (.3); prepare 20 day notices, certificate of service and forward to Notice Group for service (.5). |
| LILIANA ANZALDO - CAS | | $45.00 | 1/27/2009 | 0.1 | $4.50 | Refiling and archiving correspondence |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2009 | 0.3 | $63.00 | Analysis of e-mail from C Greco re Compro Painting claim (.1); research b-Linx re claim (.1); prep e-mail to C Greco re b-Linx claim results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/27/2009 | 0.3 | $33.00 | Update claims database per recently filed Orders continuing Omnibus Objections |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice

## January 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/27/2009 | 2.6 | $286.00 | Initialize preparation, formatting and analysis of active open and reconciled administrative, priority, secured & unsecured claim reports per C.Greco 1/22/09 request |
| LILIANA ANZALDO - CAS | | $45.00 | 1/28/2009 | 0.2 | $9.00 | Imaged and making pdf's per MA request |
| LILIANA ANZALDO - CAS | | $45.00 | 1/28/2009 | 0.1 | $4.50 | Received and processed incoming client mail |
| LILIANA ANZALDO - CAS | | $45.00 | 1/28/2009 | 0.1 | $4.50 | Sent out e-mail to MA with claims pdf's |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2009 | 0.4 | $84.00 | Analysis of S Cohen e-mail re unresolved claims for C Greco |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/28/2009 | 1.4 | $154.00 | Finalize preparation, formatting and analysis of active open and reconciled administrative, priority, secured & unsecured claim reports per C.Greco 1/22/09 reques (1.2); draft follow-up memo to C.Greco re: analysis & report results (.2) |
| | Non-Asbestos Claims Total: | | | 20.2 | $2,657.50 | |

## January 2009 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/5/2009 | 2.6 | $390.00 | Revisit and review PI claims data in anticipation of Solicitation preparation (1.3). Verify attorney grouping and attorney client counts (1.3). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/5/2009 | 1.9 | $285.00 | Review current Disclosure Stmt and Plan for plan classes definition for database grouping |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/9/2009 | 2.0 | $420.00 | Prep ART reports re claim types for possible plan classes per Plan (.8); analysis of reports re claim types for possible plan classes (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2009 | 1.5 | $315.00 | Analysis of solicitation tool data created by S Kjontvedt and revisions needed to track to latest Plan and Discl Stmt |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2009 | 0.7 | $147.00 | Conf call with R Witt and G Kruse re solicitation tool, creation of plan classes for solicitation |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2009 | 1.8 | $378.00 | Begin revisions to solicitation tool data (1.0); analysis of b-Linx data re descriptions for solicitation tool (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2009 | 2.0 | $420.00 | Analysis of Discl Stmt & Plan re plan classes for solicitation (1.5); revise plan solicitation tool re claims groupings (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2009 | 2.0 | $420.00 | Continue revision of plan solicitation tool re claims groupings (1.2); analysis of Plan and Discl Stmt re add'l info for solicitation (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2009 | 2.0 | $420.00 | Prep report of claim flags/claim types for use in solicitation breakdowns (.8); analysis of claim flags/claim types reports for soliictation planning (1.2) |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 1/20/2009 | 0.8 | $108.00 | Communication w/ M Araki re: DS/Plan production options, including plan summaries, CDs and notice with location of Plan/DS |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## January 2009 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/20/2009 | 1.2 | $252.00 | Analysis of e-mail from C Greco re solicitation w/out copy of Plan and DS (.1); prep e-mail to other PMs re solicitation with no docs in other cases (.1); analysis of responses from other PMs (.1); prep e-mail to C Greco re use of CD to transmit Discl Stmt and Plan and est costs (.2); telephone with C Greco and C Bruens re Discl Stmt and Plan timeline, use of CDs for service in lieu of papers, est costs, solicitation (.3); prep e-mail to C Bruens and C Greco re solicitation procedures in cases where CD used in lieu of paper Plan and DS (.2); prep e-mail to WR Grace project team re current timeline (.2) |
| | WRG Plan & Disclosure Statement Total: | | | 18.5 | $3,555.00 | |
| | January 2009 Total: | | | 123.7 | $20,014.00 | |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice

Grand Total:    123.7   $20,014.00

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 1/1/2009 thru 1/31/2009

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 12.2 | $2,562.00 |
| | Total: | 12.2 | $2,562.00 |
| | | | |
| **Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 0.4 | $18.00 |
| CAS | | | |
| Brianna Tate | $45.00 | 0.3 | $13.50 |
| Corazon Del Pilar | $45.00 | 3.8 | $171.00 |
| James Myers | $65.00 | 0.3 | $19.50 |
| Katya Belas | $65.00 | 0.6 | $39.00 |
| Liliana Anzaldo | $45.00 | 1.1 | $49.50 |
| Mabel Soto | $45.00 | 0.5 | $22.50 |
| Maristar Go | $95.00 | 0.7 | $66.50 |
| Noreve Roa | $95.00 | 2.1 | $199.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.7 | $115.50 |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| Terri Marshall | $185.00 | 0.1 | $18.50 |
| CONSULT_DATA | | | |
| Craig Maxwell | $125.00 | 1.0 | $125.00 |
| Gunther Kruse | $150.00 | 1.3 | $195.00 |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 0.4 | $54.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.1 | $7.50 |
| Lauri Shippers | $110.00 | 0.5 | $55.00 |
| Lelia Hughes | $75.00 | 5.8 | $435.00 |
| Steffanie Cohen | $110.00 | 1.6 | $176.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 25.0 | $5,250.00 |
| | Total: | 46.6 | $7,089.00 |
| | | | |
| **Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.3 | $28.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 2.6 | $390.00 |
| Robyn Witt | $125.00 | 2.1 | $262.50 |
| Sonja Millsap | $95.00 | 2.5 | $237.50 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 3.7 | $407.00 |
| Jacqueline Conklin | $95.00 | 2.8 | $266.00 |
| | Total: | 14.0 | $1,591.50 |

EXHIBIT 1

# BMC Group
WR GRACE
Professional Activity Summary
Date Range: 1/1/2009 thru 1/31/2009

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Fee Applications** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.2 | $39.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 12.0 | $2,520.00 |
| Total: | | 12.2 | $2,559.00 |
| **Non-Asbestos Claims** | | | |
| CAS | | | |
| Liliana Anzaldo | $45.00 | 3.0 | $135.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.1 | $181.50 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 10.4 | $1,144.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 5.7 | $1,197.00 |
| Total: | | 20.2 | $2,657.50 |
| **WRG Plan & Disclosure Statement** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 4.5 | $675.00 |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 0.8 | $108.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 13.2 | $2,772.00 |
| Total: | | 18.5 | $3,555.00 |
| Grand Total: | | 123.7 | $20,014.00 |

EXHIBIT 1