# EXHIBIT 2

**BMC GROUP**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**206/516-3300**

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_090131**

| Period Ending | 1/31/2009 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $617.70 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,067.70** |

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

JANUARY 2009

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_090131 | WR Grace | BMC10, BMC | BMC | $250.00 | 1/31/09 | Website Hosting | Website Hosting |
| 21_090131 | WR Grace | BMC10, BMC | BMC | $850.00 | 1/31/09 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_090131 | WR Grace | BMC10, BMC | BMC | $350.00 | 1/31/09 | B-linx User Fee | B-linx User Fee |
| 21_090131 | WR Grace | BMC10, BMC | BMC | $617.70 | 1/31/09 | Document Storage | 426 boxes |
|  |  |  |  | $2,067.70 |  |  |  |

EXHIBIT 2