## EXHIBIT A

## STIPULATION

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

STIPULATION REGARDING TREATMENT OF
CERTAIN CLAIMS OF THE ST. PAUL COMPANIES, INC., TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA AND CERTAIN OF THEIR AFFILIATES
AND SUBSIDIARIES UNDER THE PLAN[1]

WHEREAS, on April 2, 2001 (the "Petition Date"), W. R. Grace & Co. and W. R. Grace & Co. - Conn. ("Grace-Conn") and certain of their affiliates and subsidiaries (together with W.R. Grace & Co. and Grace-Conn, the "Debtors") petitioned the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for relief under chapter 11 of title 11 of the United States Code;

WHEREAS, prior to the Petition Date, The St. Paul Companies, Inc., for itself and its parents, subsidiaries and affiliates (collectively, "Travelers") issued an appeal bond (the "Appeal Bond") to the Debtors with respect to certain obligations of the Debtors, or subsidiaries, affiliates or divisions thereof, associated with the appeal of the case of *Solow, et al. v W. R. Grace & Co.-Conn* currently pending in the New York Supreme Court, Appellate Division. In addition to their common law liability to indemnify Travelers, the Debtors executed General Contracts of Indemnity (the "GCIs") wherein the Debtors agreed to indemnify and hold Travelers harmless for any and all damages, costs and expenses by reason of the execution of any bond issued by Travelers including the Appeal Bond. Also, Debtors agreed to pay Travelers premiums as they fell due until Travelers has been provided with competent written evidence of discharge;

WHEREAS, prior to the Petition Date, Travelers also issued various other bonds to the Debtors with respect to certain obligations of the Debtors, or subsidiaries, affiliates or divisions thereof as set forth on Schedule A attached hereto (collectively, the "Operating Bonds" and with the Appeal Bond, the "Bonds"), which are also subject to the terms of the GCIs and the associated indemnity obligations;

---

[1] This Stipulation relates to classification and treatment of the Claims described herein under the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 (the "Plan"). If the Plan, as amended from time to time, is not confirmed, this Stipulation shall have no force and effect with all parties reserving any and all rights with respect to the issues referenced herein.

WHEREAS, on March 31. 2003, Travelers timely filed proofs of claim in these cases asserting various claims and rights with respect to the Debtors' obligations under the Bonds and the GCIs (the "Claim");

WHEREAS, on February 27, 2009, the Debtors and others (collectively, the "Plan Proponents") filed their Disclosure Statement (the "Disclosure Statement") in support of the Plan;

WHEREAS, on March 9, 2009, the Bankruptcy Court entered its Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedules and Related Relief (the "Disclosure Statement Order");

WHEREAS, Travelers seeks assurance that with respect to the Appeal Bond, the Plan provides that as an Indirect PD Trust Claimant, Travelers will suffer no loss of any kind or nature pursuant to the terms of its GCIs and otherwise as provided by law and that it will be repaid or reimbursed for all amounts spent by Travelers or paid out by Travelers to third parties in connection with said Appeal Bond and the GCIs;

WHEREAS, Travelers seeks assurance that with respect to the Operating Bonds, the Plan provides that Travelers is unimpaired in connection with any claims resulting therefrom, and that the liability and obligations of the Reorganized Debtors pursuant to the Operating Bonds and GCIs shall be assumed by the Reorganized Debtors and any cure amounts paid as of the Effective Date;

WHEREAS, on May 27, 2009, Travelers filed a Limited Objection and Reservation of Rights with respect to the Plan (the "Objection");

NOW, THEREFORE, it is hereby stipulated and agreed (this "Stipulation") by and between Travelers and the Plan Proponents:

1.  The Claim of Travelers associated with (a) the Appeal Bond shall be allowed as an Indirect PD Trust Claim in the amount of any and all amounts paid by Travelers to third parties or loss incurred by Travelers pursuant to the Appeal Bond and/or GCIs including any fees and costs incurred or sustained in connection therewith, such claim being Unimpaired under the Plan and (b) the Operating Bonds shall be unimpaired under the Plan and assumed by the Reorganized Debtors.

2.  The GCIs shall be deemed assumed by the Reorganized Debtors as of the Effective Date and enforceable in accordance with applicable state law.

3.  Nothing contained within the Plan or any other document or order shall release, compromise, impair or otherwise prejudice or alter the rights and remedies of Travelers under the Bonds or the GCIs, which rights and remedies shall not be affected, modified, or amended by, and shall survive without any modification, among other things, the confirmation of the Plan. The Plan shall preserve and reserve all of Travelers' claims and defenses (including by way of subrogation or any surety defenses available in law or in equity) against any entities or persons.

Nothing contained within the Asbestos PD Trust Agreement or any other document or order shall serve to limit the foregoing.

4. This Stipulation shall only relate to the matters specifically referenced herein and shall not affect or prejudice any other proof(s) of claim filed by any division of Travelers or by any of its affiliates. All such rights are expressly reserved.

5. This Stipulation shall inure to the benefit of Travelers, the Plan Proponents, their successors and assigns.

6. The Debtors shall submit this Stipulation to the Bankruptcy Court for approval. Upon approval by the Bankruptcy Court, the Objection shall be deemed satisfied in accordance with the terms hereof.

7. This Stipulation may be signed in counterparts and by facsimile, with each signed counterpart being deemed a par of the original document.

8. This Stipulation may not be modified, altered, or amended except by a writing signed by the parties.

9. All disputes regarding or arising under this Stipulation shall be determined by the Bankruptcy Court.

| BINGHAM McCUTCHEN LLP | KIRKLAND & ELLIS LLP |
|---|---|
| *[signature]* | *[signature]* |
| Jonathan B. Alter, Esq. | Theodore L. Freedman, Esq. |
| One State Street | Deanna D. Boll, Esq. |
| Hartford, CT 06103 | Citigroup Center |
| Telephone: 860.240.2700 | 601 Lexington Ave |
| Facsimile: 860.240.2800 | New York, NY 10022-4611 |
|  | 212.446.4800 |
| *Attorneys for Travelers Casualty and Surety Company of America* | and |
|  | Janet S. Baer, Esq. |
|  | The Law Offices of Janet S. Baer, P.C. |
|  | 70 W. Madison Street |
|  | Suite 2100 |
|  | Chicago, IL 60602 |
|  | 312.644.2162 |
|  | and |

A/73044416.4

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Telephone: 302.652.4100
Facsimile: 302.652.4400

*Attorneys for the Debtors*

A/73044416.4

# SCHEDULE A

| Insured Name | Bond # | Limit | Premium | Status | Obligee Name | Class Code | Bond Description | Cancellable | Exposure | Continuous | Link Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W.R. GRACE AND COMPANY | 143329 | $66,700.00 | $834.00 | Renewal | STATE OF MONTANA | 981 | Reclamation - Environmental (Coal) | N | Cmml. Sur. | Y | Reclamation - Environmental (Coal) |
| W.R. GRACE & CO. | 188255 | $1,000.00 | $100.00 | Active | STATE OF OREGON PUBLIC UTILITY COMM. | 966 | Misc. Tax | N | Cmml. Sur. | Y | Miscellaneous Tax |
| W.R. GRACE AND CO.-CONN. STANDARD TRANSPIPE, INC. (WR GRACE) | 188954 | $1,000.00 | $101.50 | Active | COMMONWEALTH OF KENTUCKY | 949 | Fuel Tax - Others | N | Cmml. Sur. | Y | Fuel Tax - All Other Sellers and Users |
| | 259565 | $25,000.00 | $0.00 | Renewal | CITY OF VIRGINIA BEACH | 910 | Contracting - Highway/Street | N | Cmml. Sur. | Y | Contracting-Excess Weight/Highway/Street |
| W.R. GRACE & CO.-CONN. RESEARCH DIV OF W.R. GRACE & CO.-CONN. | 278243 | $15,000.00 | $180.00 | Active | U.S.A. DEPT. OF THE TREASURY | 944 | Alcohol - Others | N | Cmml. Sur. | Y | Alcohol Tax - Others |
| | 306081 | $2,910.00 | $300.00 | Marked Off | HOWARD COUNTY MARYLAND | 558 | Misc. Indemnity | N | Cmml. Sur. | Y | Misc. Indemnity |
| W.R. GRACE AND COMPANY | 348873 | $1,000,000.00 | $15,000.00 | Active | TEXAS WORKERS COMPENSATION COMMISSION | 521 | Self Insurer | N | Cmml. Sur. | Y | Self Insurer |
| W.R. GRACE AND COMPANY | 374757 | $3,000.00 | $100.00 | Active | PENNSYLVANIA TURNPIKE COMMISSION | 575 | Toll Payment | N | Cmml. Sur. | Y | Toll Payment |
| W.R. GRACE AND COMPANY | 374758 | $5,000.00 | $100.00 | Active | OHIO TURNPIKE COMMISSION | 575 | Toll Payment | N | Cmml. Sur. | Y | Toll Payment |
| DAREX PR, INC. | 387269 | $9,000.00 | $180.00 | Renewal | PREPA | 570 | Utility Payment Bond | N | Cmml. Sur. | Y | Utility Payment Bond |
| W.R. GRACE & COMPANY, INC. | 407268 | $30,600.00 | $612.00 | Active | SOUTHERN CA EDISON CO | 570 | Utility Payment Bond | N | Cmml. Sur. | Y | Utility Payment Bond |
| W.R.GRACE & COMPANY | 807239 | $1,000.00 | $100.00 | Renewal | Louisiana Department of Revenue Alabama Department of Revenue, Sales, Use & Business Tax Division | 949 | Fuel Tax - Others | Y | Cmml. Sur. | Y | Fuel Tax - All Other Sellers and Users |
| W.R. GRACE AND COMPANY | 814140 | $1,000.00 | $100.00 | Active | STATE OF R.I. & PROV. PLANTATIONS | 949 | Fuel Tax - Others | Y | Cmml. Sur. | Y | Fuel Tax - All Other Sellers and Users |
| W.R. GRACE AND COMPANY | 927056 | $1,000.00 | $100.00 | Marked Off | COMMONWEALTH OF MASSACHUSETTS | 930 | Motor Vehicle - Others | N | Cmml. Sur. | Y | Motor Vehicle - Others |
| W.R. GRACE & CO. | 941923 | $1,000.00 | $188.00 | Marked Off | COMMONWEALTH OF MASSACHUSETTS | 906 | Contracting - Compliance State | N | Cmml. Sur. | Y | Contracting - Compliance State |
| W.R. GRACE & CO., CONSTRUCT. PROD. DIV | 941924 | $1,000.00 | $188.00 | Marked Off | | 906 | Contracting - Compliance State | N | Cmml. Sur. | Y | Contracting - Compliance State |
| W.R. GRACE & CO.-CONN. W.R. GRACE & CO./DAVISON ETAL | 957945 | $24,500.00 | $494.90 | Active | PEOPLES GAS SYSTEMS, INC. | 570 | Utility Payment Bond | N | Cmml. Sur. | Y | Utility Payment Bond |
| DAVISON CHEMICAL DIV. OF W.R. GRACE | 959080 | $500.00 | $100.00 | Active | UNITED STATES OF AMERICA | 944 | Alcohol - Others | N | Cmml. Sur. | Y | Alcohol Tax - Others |
| | 819169 | $25,000.00 | $0.00 | Renewal | COMMISSIONER OF HEALTH | 598 | Floor Brokers Bond | N | Special Risk | N | Financial Guarantee - Traditional Surety |