IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | **Re: Docket No.: 22017** |

### CERTIFICATION OF COUNSEL RE: ORDER DENYING LIBBY CLAIMANTS' MOTION TO RECONSIDER MODIFIED ORDER ON DR. WHITEHOUSE'S EXPERT REPORT AND PRODUCTION OF RELIANCE MATERIALS

1. On May 27, 2009, the Court entered a *Modified Order Granting in Part Motion of Arrowood Indemnity Company, F/K/A Royal Indemnity Company to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order* ("Modified Order") (Docket No. 21874), requiring the Libby Claimants to produce medical records for any individual in the 1,800 patient population whose records had not previously been produced.

2. On June 8, 2009, the Libby Claimants filed the *Libby Claimants' Motion to Reconsider Modified Order Granting in Part Motion of Arrowood Indemnity Company, F/K/A Royal Indemnity Company to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order* (the "Motion") (Docket No. 22017) with the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 Market Street, Wilmington, Delaware 19801.

3. On July 10, 2009, the Debtors and Arrowood filed objections to the Motion. *See* Dkt. Nos. 22388; 22390. The Libby Claimants filed a Reply Brief in response to these oppositions. *See* Dkt No. 22466.

4. The Court heard arguments on the Motion on July 27, 2009, and as a result of its ruling, requested that the parties prepare an order reflecting its ruling.

5. On August 10-11, 2009, the Plan Proponents and Libby Claimants discussed the language of the proposed order. The parties are now in agreement regarding the proposed order.

6. As a result, the Debtors respectfully request that the Court enter the agreed proposed order regarding the Libby Claimants' request for reconsideration attached hereto as <u>Exhibit A</u>.

Dated: August 11, 2009          Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5200

-and-

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602
(312) 641-2162

-and-

2

PACHULSKI, STANG, ZIEHL, & JONES LLP

/s/ Kathleen P. Makowski (#3648)
Laura Davis Jones (#2436)
James E. O'Neill (#4042)
Kathleen P. Makowski (#3648)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

3

DOCS_DE:151967.1