# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No.: 22017 |
| | ) | Hearing Date: July 27, 2009, Agenda |
| | ) | Item 5 |
| Debtors. | ) | |

**ORDER DENYING LIBBY CLAIMANTS' MOTION TO RECONSIDER MODIFIED ORDER ON DR. WHITEHOUSE'S EXPERT REPORT AND PRODUCTION OF RELIANCE MATERIALS**

Upon the **Libby Claimants' Motion to Reconsider Modified Order Granting in Part Motion of Arrowood Indemnity Company, F/K/A Royal Indemnity Company to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order** (the "Motion"), and due and proper notice of the Motion having been given, objections having been filed by the Debtors and Arrowood, a reply having been filed by the Libby Claimants, the Court having heard arguments on July 27, 2009, and the parties being in agreement on the form of this Order, it is hereby

ORDERED, that the Motion is DENIED.

It is FURTHER ORDERED that the Court's Modified Order of May 27, 2009 (Dkt. No. 21874) did not limit Dr. Whitehouse from testifying as a treating physician. However, this Order of August ___, 2009 does not limit the Plan Proponents from seeking to limit or exclude Dr. Whitehouse's testimony and opinions, under Daubert, or on other grounds, pursuant to the agreed upon CMO and other orders of the Court.

5

6

Dated: August ____, 2009

Wilmington, Delaware

                                                                                                                                   _____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge