**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | **Re: Docket Nos.: 22491, 22386** |

**CERTIFICATION OF COUNSEL RE: AGREED ORDER BETWEEN THE PLAN PROPONENTS AND LIBBY CLAIMANTS ON PRETRIAL PROCEEDINGS**

1. On July 10, 2009, the Libby Claimants filed the *Motion for Leave to File Supplement to Libby Claimants' Objections to First Amended Joint Plan of Reorganization* (Docket No. 22386) with the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 Market Street, Wilmington, Delaware 19801. On July 10, 2009, the Debtors and Arrowood filed objections to the Motion. The Debtors objected to this motion. *See* Dkt. No. 22508.

2. On July 17, 2009, Arrowood Indemnity Co. filed *Arrowood's Motion for Relief Against the Libby Claimants Based on Their Designation of Over 100 Witnesses for the Confirmation Hearing* (Docket No. 22491) with the Court. The Court heard oral objections from the Libby Claimants at the July 27, 2009 hearing.

3. The Court heard arguments on the two motions (collectively, the "motions") on July 27, 2009, and as a result of its ruling, requested that the parties prepare orders reflecting its ruling.

4. After conferring on August 4, 2009, the Debtors circulated a proposal to the Libby Claimants and Plan Proponents on August 5, 2009 addressing the various outstanding Libby related pre-trial and discovery issues. Subsequently, on August 7, 2009, the parties exchanged ideas and agreed upon a proposed order for most of the outstanding issues. The one

outstanding issue the parties have not yet agreed upon, however, relates to Libby individual claimant witness testimony, production, and depositions. To date, the parties have been unable to reach an agreement on this issue. The parties will submit an agreed proposed order, or separate, competing proposed orders on these matters as soon as possible.

       5.     As a result, the Debtors respectfully request that the Court enter the proposed agreed order regarding pretrial proceedings attached hereto as <u>Exhibit A</u>.

Dated: August 11, 2009  Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5200

-and-

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602
(312) 641-2162

-and-

PACHULSKI, STANG, ZIEHL, & JONES LLP

  /s/ Kathleen P. Makowski
Laura Davis Jones (#2436)
James E. O'Neill (#4042)
Kathleen P. Makowski (#3648)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession