# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

August 11, 2009

In Reference To:   Bankruptcy Fee Audit Case #01-01139 (JKF)
Invoice #10075

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2009 | WHS | prepare for and attend fee app hearing via telephone | 0.40 | 118.00 |
| | BSR | Detailed review of Alan Rich's quarterly interim fee application for the 31st interim period (including monthly fee applications for Sept. - Dec. 2008) | 0.60 | 156.00 |
| | BSR | Research docket for retention application and retention order of Alan B. Rich and review same | 0.40 | 104.00 |
| | MW | Update database with February e-detail of Bilzin (.2), Ferry Joseph & Pearce (.1) and Hamilton (.1). | 0.40 | 18.00 |
| | MW | Update database with CNO's re Ferry Joseph (.1), Hamilton (.1), Bilzin (.1), Campbell Levine (.1), Caplin Drysdale (.1), Anderson Kill (.1), Charter Oak (.1) and February e-detail of Janet Baer (.1). | 0.80 | 36.00 |
| | MW | Update database with 31st initial report of Casner Edwards and prepare same for service. | 0.20 | 9.00 |
| | JAW | detailed review of Kirkland & Ellis December 2008 monthly invoice (6.5) | 6.50 | 975.00 |
| | DTW | Reviewing 3 emails re initial reports served (.1); Review and revise Casner 31st initial report (.1). | 0.20 | 33.00 |
| 4/2/2009 | BSR | Draft initial report re Kramer Levin for the 31st interim period | 0.90 | 234.00 |

W.R. Grace & Co.                                                                                            Page      2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/2/2009 | BSR | Draft e-mail to Alan Rich re quarterly fee application for the 31st interim period | 0.10 | 26.00 |
|  | BSR | Detailed review of Ferry Joseph & Pearce's 31st interim fee application and monthly fee applications | 0.80 | 208.00 |
|  | BSR | Detailed review of Hamilton's 31st interim fee application and Oct. 2008 monthly fee application | 0.10 | 26.00 |
|  | JAW | Continued detailed review of Kirkland & Ellis December 2008 monthly invoice (9.1) | 9.10 | 1,365.00 |
|  | BSR | Draft e-mails to various applicants re initial reports for the 31st interim period | 0.30 | 78.00 |
|  | BSR | Detailed review of Kramer Levin's 31st interim fee application and monthly fee applications | 1.00 | 260.00 |
|  | BSR | Detailed review of Foley Hoag's 31st interim fee application and monthly fee applications | 0.30 | 78.00 |
|  | BSR | Detailed review of 31st interim expense application of Off. Committee of Asbestos Personal Injury Claimants | 0.10 | 26.00 |
|  | BSR | Detailed review of LAS 31st interim fee application and monthly fee applications | 0.10 | 26.00 |
|  | MW | Update database with February fee application of Duane Morris. | 0.10 | 4.50 |
| 4/3/2009 | BSR | Detailed review of Ogilvy Renault's 31st interim fee application and monthly fee applications | 0.80 | 208.00 |
|  | BSR | Detailed review of Pachulski's 31st interim fee application and monthly fee applications (.9); draft email to Jamie O'Neill with question re same (.1) | 1.00 | 260.00 |
|  | BSR | Draft e-mail to Kramer Levin re initial report for the 31st interim period | 0.10 | 26.00 |
|  | BSR | Detailed review of Phillips, Goldman & Spence's 31st interim fee application and monthly fee applications | 0.70 | 182.00 |

W.R. Grace & Co.                                                                                                Page        3

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/3/2009 | BSR | Detailed review of Piper Jaffray's Oct., Nov. and Dec. 2008 monthly fee applications | 0.30 | 78.00 |
| | BSR | Detailed review of Protiviti's 31st interim fee application and Oct. and Nov. 2008 monthly fee applications (including Pacer search for fee and expense details to applications) (.4); draft email to Marie Hendrixson requesting fee and expense detail (.1) | 0.50 | 130.00 |
| | BSR | Detailed review of Nelson Mullins' Oct., Nov., and Dec. 2008 monthly fee applications | 0.30 | 78.00 |
| | JAW | Continued detailed review of Kirkland & Ellis December 2008 monthly invoice (8.4) | 8.40 | 1,260.00 |
| | MW | Update database with 31st interim initial report re: Kramer. | 0.30 | 13.50 |
| 4/4/2009 | BSR | Draft final report re Pachulski for the 31st interim period | 0.30 | 78.00 |
| 4/6/2009 | JAW | draft summary of Kirkland & Ellis December 2008 monthly invoice (4.4) | 4.40 | 660.00 |
| | BSR | Receive, review, and respond to email inquiry from Arline Pelton re billing in tenths of an hour | 0.20 | 52.00 |
| 4/7/2009 | BSR | Detailed review of Woodcock Washburn's 31st interim fee application and monthly fee applications (.7); research docket and server to see if an amended quarterly application was filed (.2); draft email to Gary Levin re fee discrepancy (.1) | 1.00 | 260.00 |
| | BSR | Detailed review of Reed Smith's 31st interim fee application and monthly fee applications (as well as Dec. 2008 fee summary) | 1.50 | 390.00 |
| 4/8/2009 | MW | Update database with 31st Initial Report re: Caplin Drysdale; prepare same for service. | 0.20 | 9.00 |
| | DTW | Review and revise 31st interim Caplin initial report (.1). | 0.10 | 16.50 |
| | MW | Update database with February e-detail of Piper (.1), Towers (.1), Tre Angeli (.1), Judge Sanders 2nd Interim Fee application (.2), Reed Smith December e-detail (.1) and all summaries re: Kirkland & Ellis for November 2008 (.3). | 0.90 | 40.50 |

W.R. Grace & Co.                                                                                    Page        4

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/8/2009 | BSR | Detailed review of Kirkland & Ellis' Oct. 2008 monthly fee application, as well as fee summary re same | 3.50 | 910.00 |
| | BSR | Detailed review of Steptoe & Johnson's Oct., Nov. and Dec. 2008 monthly fee applications | 0.40 | 104.00 |
| | BSR | Draft initial report re Caplin & Drysdale for the 31st interim period | 0.60 | 156.00 |
| | BSR | Draft initial report re Steptoe & Johnson for the 31st interim period | 0.40 | 104.00 |
| | WHS | detailed review of, and revisions to, FR Pachulski 31Q 10-12.08 | 0.30 | 88.50 |
| | MW | Electronic filing with court of Pachulski's 31st final report; prepare same for service; update database re same. | 0.30 | 13.50 |
| 4/9/2009 | MW | Update database with actual totals of all fee applications to be reviewed. | 0.50 | 22.50 |
| | DTW | Review and revise 31st interim initial report for Steptoe (.1). | 0.10 | 16.50 |
| | BSR | Draft e-mail to Caplin & Drysdale re initial report (31st) | 0.10 | 26.00 |
| | BSR | Detailed review (cont.) of Kirkland & Ellis Oct. 2008 monthly fee application | 0.20 | 52.00 |
| | BSR | Draft initial report re Kirkland & Ellis for the 31st interim period | 1.50 | 390.00 |
| 4/10/2009 | BSR | Draft e-mail to Anne Moran re Steptoe & Johnson initial report (31st) | 0.10 | 26.00 |
| | MW | Update database with review status on all 31st interim applications and applicants. | 0.60 | 27.00 |
| | MW | Update database with February fee applications of Piper Jaffray (.1), Tre Angeli (.1), Towers Perrin (.1), Bilzin (.1), Hamilton (.1), Ferry (.1), Orrick (.1), Duane Morris (.1), Reed Smith (.1), Beveridge Diamond (.1), Foley Hoag (.1), Buchanan Ingersoll (.1), Kramer (.1), Janet Baer (.1), Day Pitney (.1), Casner & Edwards (.1), Kirkland & Ellis (.1), January fee applications of | 2.30 | 103.50 |

W.R. Grace & Co.                                                                                              Page     5

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| | | Beveridge Diamond (.1), Deloitte (.1) and PWC (.1), November and December fee applications of Deloitte Touche (.3). | | |
| 4/10/2009 | WHS | detailed review of FR Pachulski 31Q 10-12.08 | 0.20 | 59.00 |
| | BSR | Detailed review of Kirkland & Ellis' Nov. 2008 monthly fee application (as well as fee summary re same) | 2.50 | 650.00 |
| | BSR | Continued draft of initial report re Kirkland & Ellis for the 31st interim period | 1.70 | 442.00 |
| 4/11/2009 | MW | detailed review of fees and expenses re: Warren H. Smith & Associates for February fee application. | 0.80 | 100.00 |
| 4/12/2009 | BSR | Detailed review of Kirkland & Ellis' Dec. 2008 monthly fee application (including review of fee summary re same) | 3.00 | 780.00 |
| 4/13/2009 | BSR | Continued draft of initial report re Kirkland & Ellis for the 31st interim period | 4.00 | 1,040.00 |
| | BSR | Detailed review of David Austern's 31st interim fee application | 0.10 | 26.00 |
| | BSR | Detailed review of Piper Jaffray's 31st interim fee application; draft email to Jason Solganick re same | 0.10 | 26.00 |
| | BSR | Detailed review of Tre Angeli's 31st interim fee application and monthly fee applications | 0.20 | 52.00 |
| | BSR | Research server and docket for fee detail to Towers Perrin Tillinghast's Nov. 2008 monthly fee application; draft email to Jenni Biggs re same | 0.10 | 26.00 |
| | BSR | Detailed review of Towers Perrin Tillinghast's Oct. and Dec. 2008 monthly fee applications and 31st interim fee application | 0.20 | 52.00 |
| | BSR | Research server for Duane Morris' 31st interim fee application (.1); detailed review of same (.1) | 0.20 | 52.00 |
| | BSR | Draft initial report re Duane Morris for the 31st interim period | 0.30 | 78.00 |

W.R. Grace & Co.                                                                                               Page       6

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/13/2009 | BSR | Detailed review of Reed Smith Dec. 2008 monthly fee application and fee summary re same | 0.20 | 52.00 |
| | MW | Update database with 31st interim fee application of Duane Morris. | 0.10 | 4.50 |
| 4/14/2009 | DTW | Review and revise Duane Morris and K&E 31st interim initial reports (.2). | 0.20 | 33.00 |
| | BSR | Detailed review of PwC's 31st interim fee application and monthly fee applications (3.5); draft emails to Yaprak Soysal re expense spreadsheets (.1) | 3.60 | 936.00 |
| | BSR | Receive and review fee summary re Stroock 31st interim fee application | 0.10 | 26.00 |
| | BSR | Draft e-mail to James Wehrmann re fee summaries for Orrick (31st) | 0.10 | 26.00 |
| | BSR | Detailed review of Orrick's 31st interim fee application | 0.20 | 52.00 |
| | BSR | Detailed review of 31st interim fee application and monthly fee applications (with particular emphasis on expenses) as well as fee summary re same | 0.80 | 208.00 |
| | MW | Update database with 31st initial report re: Kirkland & Ellis; prepare same for service. | 0.30 | 13.50 |
| | MW | Update database with 31st initial report re: Duane Morris; prepare same for service. | 0.30 | 13.50 |
| | MW | Update database with Summaries from J. Wehrmann re: 31st interim of Stroock. | 0.20 | 9.00 |
| 4/15/2009 | BSR | Detailed review of PwC's expenses for Oct - Dec. 2008 | 0.50 | 130.00 |
| | BSR | Receive and review fee summary for Orrick's Dec. 2008 monthly fee application | 0.10 | 26.00 |
| | BSR | Receive and review response from Arlene Krieger re inquiry concerning Stroock's 31st interim fee application | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                          Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/15/2009 | BSR | Receive, review, and respond to email from Gary Levin re amount requested in Woodcock Washburn's 31st interim fee application | 0.20 | 52.00 |
|  | MW | Update database with February fee application of Legal Analysis (.1), 31st interim application of Duane Morris (.2), February fee applications of Caplin (.1), Anderson Kill (.1), Charter Oak (.2), Campbell Levine (.2), Casner Edwards (.1), Interim fee application of Piper (.1), CNO's re Legal Analysis (.1)and 11/08 summaries re Kirkland & Ellis from J. Wehrmann (.2). | 1.40 | 63.00 |
|  | LMH | draft e-mail re: 31st interim period category spreadsheet. | 0.10 | 15.00 |
| 4/16/2009 | MW | Update database with 27th monthly fee application of Ogilvy (.2), Casner's response to 31st interim initial report (.2), Pachulski's February application (.2), Capstone's February application (.1) and Woodcock's February application (.1). | 0.80 | 36.00 |
| 4/17/2009 | MW | Update database with Kramer's response to initial report for 31st interim (.2), Ogilvy's March fee detail (.1), Pachulski's February e-detail (.1), January fee application of Alan Rich (.2), Steptoe Johnson's January, February and March fee detail (.3) | 0.90 | 40.50 |
|  | WHS | receive and review response of Kramer Levin | 0.10 | 29.50 |
| 4/20/2009 | MW | Conference with J. Wehrmann re fee applications for Orrick and Freeh for February 2009. | 0.20 | 9.00 |
|  | MW | Update database with Blackstone's November and December fee applications. | 0.40 | 18.00 |
|  | MW | Electronic filing with court of February fee application of WHSA. | 0.30 | 37.50 |
| 4/21/2009 | WHS | receive and review agenda | 0.10 | 29.50 |
|  | MW | Update database with Orrick's CNO for February (.2), Beveridge & Diamond's February fee application (.2), Kirkland & Ellis' January e-detail (.2). | 0.60 | 27.00 |
| 4/22/2009 | MW | Update database with November and December e-detail re Blackstone (.4), PWC's February e-detail (.2), Beveridge & Diamond's February e-detail (.2), 3 CNO's for February applicants received electronically (.2). | 1.00 | 45.00 |

W.R. Grace & Co.                                                                                          Page        8

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/23/2009 | MW | Electronic filing with court of January fee application of WHSA. | 0.30 | 37.50 |
| | BSR | Receive and review hearing agenda for April 27 omnibus hearing; draft email to Warren Smith re same | 0.10 | 26.00 |
| 4/25/2009 | MW | detailed review of fees and expenses by WHSA for March fee application. | 1.00 | 125.00 |
| | BSR | Detailed review of Deloitte Tax November and December 2008 monthly fee applications (.6); research docket and server for Deloitte Tax quarterly for the 31st interim period (.1) | 0.70 | 182.00 |
| | BSR | Detailed review of Steptoe & Johnson quarterly fee application (31st) | 0.10 | 26.00 |
| | BSR | Detailed review of Blackstone's 31st interim fee application | 0.10 | 26.00 |
| | BSR | Draft initial report re Deloitte Tax for the 31st interim period | 0.30 | 78.00 |
| 4/26/2009 | BSR | Continue drafting initial report re Deloitte Tax for the 31st interim period | 1.20 | 312.00 |
| | BSR | Detailed review (cont'd) of Steptoe & Johnson quarterly (31st) | 0.10 | 26.00 |
| 4/27/2009 | JAW | detailed review of PwC January 2009 monthly invoice (1.1) | 1.10 | 165.00 |
| | BSR | Research server for BMC fee applications; draft email to Martha Araki of BMC inquiring as to status of same | 0.20 | 52.00 |
| | BSR | Draft initial report re Blackstone for the 31st interim period | 0.60 | 156.00 |
| | BSR | Detailed review of Blackstone's Nov. and Dec. 2008 monthly fee applications and 31st interim fee application | 0.60 | 156.00 |
| | BSR | Draft final report re Steptoe & Johnson's 31st interim fee application | 1.40 | 364.00 |

W.R. Grace & Co.                                                                                      Page        9

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/27/2009 | BSR | Detailed review of Campbell & Levine's Oct. 2008 monthly fee application | 0.20 | 52.00 |
| | BSR | Receive and review Casner & Edwards' response to initial report for the 31st interim period | 0.10 | 26.00 |
| | DTW | Review and revise 31st interim initial reports for Deloitte Tax and Steptoe and telephone call with B. Ruhlander re same (.3). | 0.30 | 49.50 |
| 4/28/2009 | DTW | Review and revise Blackstone 31st interim initial report (.1). | 0.10 | 16.50 |
| | MW | Electronic filing with court of March fee application of WHSA. | 0.30 | 37.50 |
| | BSR | Draft e-mail to Tony Scoles re Deloitte Tax initial report (31st) | 0.10 | 26.00 |
| | BSR | Detailed review of Campbell & Levine's Nov. and Dec. 2008 monthly fee applications and 31st interim fee application | 0.60 | 156.00 |
| | BSR | Draft e-mail to Kathleen Campbell Davis re expense issue on Campbell & Levine's 31st interim fee application | 0.20 | 52.00 |
| | BSR | Detailed review of Orrick's 31st interim fee application and monthly fee applications, as well as fee summaries re same (1.2); detailed review of expense itemization subsequently provided by Orrick (1.0) | 2.20 | 572.00 |
| | BSR | Draft initial report re Orrick for the 31st interim period | 2.40 | 624.00 |
| | JAW | Continued detailed review of PwC January 2009 monthly invoice (8.4) | 8.40 | 1,260.00 |
| | WHS | detailed review of, and revisions to, FR Steptoe 31Q 10-12.08. | 0.30 | 88.50 |
| | MW | Draft final revisions to March fee application of WHSA. | 0.90 | 112.50 |
| 4/29/2009 | BSR | Receive and review Kirkland & Ellis' response to initial report for the 31st interim period | 0.60 | 156.00 |

W.R. Grace & Co.                                                                                    Page      10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/29/2009 | JAW | detailed review of K&E January 2009 monthly invoice (9.2) | 9.20 | 1,380.00 |
|  | BSR | Detailed review of Capstone's 31st interim fee application and monthly fee applications | 0.60 | 156.00 |
|  | BSR | Research server for applications not yet received for the 31st interim period | 0.30 | 78.00 |
|  | BSR | Draft e-mail to D. Fullem re Orrick initial report (31st) | 0.10 | 26.00 |
|  | BSR | Continued drafting initial report re Orrick for the 31st interim period (1.2); telephone conference with Doreen Williams re same (.1) | 1.30 | 338.00 |
|  | DTW | Review and revise 31st Orrick initial report (.1); telephone call with B. Ruhlander re same (.1). | 0.20 | 33.00 |
| 4/30/2009 | BSR | Draft e-mail to Pamela Zilly re Blackstone initial report (31st) | 0.10 | 26.00 |
|  | BSR | Telephone conference with Lisa Hamm re project category spreadsheet | 0.10 | 26.00 |
|  | BSR | Detailed review of Protiviti's 31st interim fee application | 0.50 | 130.00 |
|  | BSR | Draft initial report re Protiviti's 31st interim fee application | 0.50 | 130.00 |
|  | JAW | Continued detailed review of K&E January 2009 monthly invoice (8.6) | 8.60 | 1,290.00 |
| 5/1/2009 | JAW | detailed review of K&E January 2009 monthly invoice (8.1) | 8.10 | 1,215.00 |
|  | BSR | Draft final report re Kramer Levin for the 31st interim period | 0.60 | 156.00 |
| 5/3/2009 | DTW | Review and revise Protivity initial report (.1). | 0.10 | 16.50 |

W.R. Grace & Co.                                                                                          Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/4/2009 | JBA | Update database with 3.09 e-detail re: Buchanan pdf and Kramer pdf | 0.10 | 4.50 |
|  | JBA | Update database with Ferry Joseph 3.09 | 0.10 | 4.50 |
|  | JBA | Electronic filing with court of Steptoe 31st Interim Final Report | 0.30 | 13.50 |
|  | JBA | Update database with 3.09 hard copies re: Beveridge, Reed, Bilzin (.2), Hamilton, Pitney Day and Baer (.1) | 0.30 | 13.50 |
|  | JBA | Update database with 3.09 e-detail re: Bilzin and Hamilton | 0.10 | 4.50 |
|  | JBA | Update database with Reed Smith 3.09 | 0.10 | 4.50 |
|  | BSR | Research server for response from Bilzin Sumberg to initial report (31st); draft email to Jay Sakalo inquiring as to same | 0.10 | 26.00 |
|  | JBA | Update database with Stroock 3.09 | 0.10 | 4.50 |
|  | WHS | receive and review agenda | 0.10 | 29.50 |
|  | JAW | Continue detailed review of K&E January 2009 monthly invoice (6.1); draft summary of same (2.7) | 8.80 | 1,320.00 |
|  | WHS | detailed review of Kramer 31st Int FR | 0.20 | 59.00 |
| 5/5/2009 | BSR | Draft final report re Kirkland & Ellis for the 31st interim period | 6.30 | 1,638.00 |
|  | JBA | Update database with Ferry Joseph 3.09 hard copy | 0.10 | 4.50 |
|  | JAW | draft summary of PwC's January 2009 fee application (3.0); t/c with B. Ruhlander re: fee review (0.1). | 3.10 | 465.00 |

W.R. Grace & Co.                                                                                          Page     12

|            |     |                                                                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/5/2009   | BSR | Receive and review K&E's response to initial report for the 31st interim period                               | 0.20  | 52.00  |
|            | JAW | Continued draft summary of K&E's January 2009 monthly invoice (2.6)                                           | 2.60  | 390.00 |
| 5/6/2009   | WHS | detailed review of FR KE 31Q 10-12.08.                                                                        | 0.30  | 88.50  |
|            | BSR | Draft e-mails to various applicants re initial and final reports for the 31st interim period                  | 0.40  | 104.00 |
|            | MW  | Draft monthly application of WHSA for April (1.3); electronically file same with court (.3); update database (.2). | 1.80  | 225.00 |
| 5/7/2009   | BSR | Draft e-mail to Duane Morris re response to initial report (31Q); review response email from Duane Morris     | 0.10  | 26.00  |
|            | BSR | Research docket and server for applications not yet received (.7); draft email to Lynzy Oberholzer at Pachulski re same (.1) | 0.80  | 208.00 |
|            | BSR | Detailed review of Beveridge & Diamond's 31st interim fee application                                         | 0.10  | 26.00  |
|            | WHS | detailed review of FR Duane Morris 31Q 10-12.08                                                               | 0.30  | 88.50  |
|            | JBA | Update database with Final Report of Duane Morris for 31st interim; file electronically and prepare for service. | 0.30  | 13.50  |
|            | JBA | Update database with K&E's 3.09 fee detail.                                                                   | 0.10  | 4.50   |
|            | JBA | Update database with A. Rich 4.09 e-detail; email B. Ruhlander re same.                                       | 0.20  | 9.00   |
|            | BSR | Draft e-mail to Teresa Currier inquiring as to status of firm's quarterly application (31Q)                   | 0.10  | 26.00  |
|            | BSR | Draft final report re Duane Morris for the 31st interim period                                                | 0.40  | 104.00 |

W.R. Grace & Co.                                                                                                                                    Page     13

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/7/2009 | BSR | Draft omnibus final report for the 31st interim period | 4.10 | 1,066.00 |
| | BSR | Detailed review of Buchanan Ingersoll & Rooney's 31st interim fee application | 0.10 | 26.00 |
| 5/8/2009 | BSR | Draft initial report re Hon. Alexander M. Sanders, Jr., for the 31st interim period | 0.60 | 156.00 |
| | BSR | Detailed review of fee application of Hon. Alexander Sanders, Future PD Claims Representative | 0.20 | 52.00 |
| | BSR | Research docket for retention order of Hon. Alexander Sanders, Future PD Claims Rep (.3); review same (.1) | 0.40 | 104.00 |
| | JBA | Update database with November fee detail for BMC Group. | 0.10 | 4.50 |
| | JBA | Telephone call with B. Ruhlander re BMC's 31st interim fee application. | 0.10 | 4.50 |
| | JBA | Update database with e-detail of Ogilvy Renault for 32nd interim fee application. | 0.10 | 4.50 |
| | JBA | Update database with PWC's March '09 monthly application and Foley Lardner's 32nd interim fee application. | 0.20 | 9.00 |
| 5/11/2009 | MW | detailed review of fees and expenses of WHSA for 1.09-3.09 (3.0); begin draft of 32nd interim fee application (1.0). | 4.00 | 500.00 |
| | JAW | Proofread WHSmith's Thirty-Second Interim Fee Application (0.8); e-mail to Melanie White re: fee application review and any changes needed (0.1) | 0.90 | 135.00 |
| | JBA | Update database with Deloitte 31st Interim application | 0.10 | 4.50 |
| | JBA | Update database with Protiviti 31st Interim response e-detail | 0.10 | 4.50 |
| | JBA | Update database with Austern 1.09-3.09 and Orrick 3.09 | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                                      Page     14

|            |     |                                                                                                                                              | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/11/2009  | JBA | Prepare and serve Judge Sanders 31st Interim IR                                                                                               | 0.10  | 4.50   |
|            | JBA | Update database with 32nd Interim applications re: Day Pitney (.1), and 3.09 re: Charter Oak, AKO, Caplin and Campbell (.1)                    | 0.20  | 9.00   |
|            | BSR | Detailed review of Deloitte Tax's quarterly interim fee application for the 30th and 31st interim periods                                     | 0.20  | 52.00  |
|            | DTW | Review and revise Sanders 31st initial report (.1).                                                                                           | 0.10  | 16.50  |
|            | BSR | Receive and review response of Protiviti to initial report for the 31st interim period                                                        | 0.10  | 26.00  |
| 5/12/2009  | MW  | Revise and edit 32nd interim fee application of WHSA (.3); file same electronically with Court (.3).                                           | 0.60  | 75.00  |
|            | JBA | Update database with 32 Interim applications re: Ogilvy and Reed Smith (.1), and PWC 3.09 (.1)                                                 | 0.20  | 9.00   |
|            | JBA | Update database with PWC 32nd Interim application e-detail pdf                                                                                 | 0.10  | 4.50   |
|            | JBA | Receive and review hearing agenda                                                                                                             | 0.10  | 4.50   |
|            | MW  | Draft Certificate of No Objection for February monthly fee application of WHSA (.3); conduct research on Pacer and database for objections filed (.3); electronically file CNO with Court (.3). | 0.90  | 112.50 |
| 5/13/2009  | BSR | Draft e-mail to Jeff Allgood re 2009 hearing dates                                                                                            | 0.20  | 52.00  |
|            | BSR | Detailed review of Sullivan Haseltine monthly fee applications for Oct. through Dec. 2008                                                      | 0.20  | 52.00  |
|            | BSR | Receive and review Blackstone's response to initial report for the 31st interim period (.2); telephone conference with Pam Zilly re same (.1) | 0.30  | 78.00  |
|            | BSR | Draft e-mail to Alan Rich re initial report on Hon. Alexander Sanders for the 31st interim period                                             | 0.10  | 26.00  |

W.R. Grace & Co.                                                                                                    Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/13/2009 | BSR | Research server and docket for BMC's Oct. fee application | 0.30 | 78.00 |
|  | JBA | Update database with Phillips e-detail re: 2.09 and 3.09 pdf | 0.10 | 4.50 |
|  | JBA | Update database with Capstone 3.09 e-detail and Ferry Joseph 32nd Interim application e-detail | 0.10 | 4.50 |
|  | BSR | Receive, review, and respond to email from Alan Rich inquiring as to application deadlines and hearing dates | 0.20 | 52.00 |
| 5/14/2009 | JBA | Update database with Capstone 3.09 hard copy | 0.10 | 4.50 |
|  | JBA | Update database with BMC 10.08 e-detail and hard copy (.1), Buchanan 32nd Interim e-detail, and Phillips 2.09 and 3.09 e-detail (.1) | 0.20 | 9.00 |
| 5/15/2009 | JBA | Update database with Casner 3.09 hard copy | 0.10 | 4.50 |
|  | JBA | Update database with 32nd Interim applications re: Bilzin e-detail, Hamilton hard copy, and Buchanan e-detail | 0.10 | 4.50 |
|  | JBA | Update database with e-detail re: Bilzin 32nd Interim (.1), Hamilton 32nd Interim (.1), and hard copy Buchanan 32nd Interim (.1) | 0.30 | 13.50 |
|  | JBA | Update database with Casner 3.09 | 0.10 | 4.50 |
| 5/18/2009 | BSR | detailed review of BMC's Oct. and Nov. 2008 monthly fee applications | 1.40 | 364.00 |
|  | BSR | Receive and review supplemental time entries provided by Alexander Sanders. | 0.30 | 78.00 |
|  | MW | Update database with 28th Interim Fee Application of Kramer, Levin, Naftalis & Frankel. | 0.20 | 9.00 |
|  | MW | Update database with Capstone 1.09-3.09 interim fee application and fee detail. | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                                    Page    16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/18/2009 | BSR | research regarding amount of time spent by Blackstone professional and car service (in connection with 31st interim fee application) | 0.50 | 130.00 |
|  | JAW | detailed review of Reed Smith February 2009 fee application (1.3); draft summary of same (0.1). | 1.40 | 210.00 |
|  | BSR | Draft omnibus final report for the 31st interim period | 0.30 | 78.00 |
| 5/19/2009 | JBA | Update database with 32nd Interim applications re: Casner and Ferry Joseph. | 0.10 | 4.50 |
|  | JBA | Update database with 32nd Interim applications re: PWC, Caplin, and Campbell (.4), and LAS 3.09 (.1) | 0.50 | 22.50 |
|  | JBA | Update database with Charter 32nd Interim application | 0.10 | 4.50 |
|  | MW | Draft CNO for March invoice of WHSA (.3); research Pacer for objections (.3); electronically file same with Court. (.3) | 0.90 | 112.50 |
|  | JBA | Update database with Capstone 32nd Interim | 0.10 | 4.50 |
| 5/20/2009 | JBA | Update database with Phillip's 32nd Interim application (hard copy) | 0.10 | 4.50 |
|  | JBA | Update database with Casner 3.09 e-detail pdf | 0.10 | 4.50 |
| 5/21/2009 | BSR | Conference with Lisa Hamm re project category spreadsheet | 0.10 | 26.00 |
|  | JBA | Update database with K&E 32nd Interim application | 0.10 | 4.50 |
|  | JAW | detailed review of Orrick February 2009 fee application (5.8); draft summary of same (0.6) | 6.40 | 960.00 |
|  | JBA | Update database with Baer 32nd Interim application e-detail | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                          Page      17

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/21/2009 | JAW | detailed review of PWC February 2009 fee application (1.5) | 1.50 | 225.00 |
| 5/22/2009 | JAW | Continue detailed review of PWC February 2009 fee application (4.4); draft summary of same (1.4) | 5.80 | 870.00 |
| | JBA | Update database with Judge Sanders' 32nd Interim application | 0.10 | 4.50 |
| 5/25/2009 | BSR | Draft final report re Orrick for the 31st interim period | 1.00 | 260.00 |
| | BSR | Receive and review Orrick's response to initial report (31st) | 0.50 | 130.00 |
| 5/26/2009 | BSR | Continue Draft final report re Orrick for the 31st interim period | 0.80 | 208.00 |
| | BSR | Draft e-mail to Richard Wyron re amount sought in Orrick's 31st interim fee application | 0.20 | 52.00 |
| | BSR | research docket for relevant pleadings and other filings and review same | 0.40 | 104.00 |
| | JBA | Update database with Bilzin 4.09 e-detail | 0.10 | 4.50 |
| | JBA | Update database with Bilzin 31st Interim response | 0.10 | 4.50 |
| | JBA | Update database with BMC 12.08 e-detail pdf | 0.10 | 4.50 |
| 5/28/2009 | MW | Draft CNO for April monthly fee application of WHSA (.2); conduct PACER research for filed objections re same (.5); electronically file CNO with the Court. (.2) | 0.90 | 112.50 |
| | JBA | Update database with Woodcock Washburn 3.09 e-detail and hard copy, BMC 32nd Interim application | 0.10 | 4.50 |
| | BSR | Receive and review Alexander Sanders' amended retention order and respond to email from Alan Rich re same | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                           Page      18

|            |     |                                                                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|--------|
| 5/28/2009  | BSR | Draft final report re Bilzin Sumberg's 31st interim fee application                                   | 1.50  | 390.00 |
|            | BSR | Draft omnibus final report for the 31st interim period                                                | 0.10  | 26.00  |
|            | BSR | detailed review of BMC's Dec. 2008 monthly fee application and 31st interim fee application           | 1.10  | 286.00 |
|            | BSR | Draft initial report re BMC for the 31st interim period                                               | 0.70  | 182.00 |
| 5/29/2009  | BSR | Draft e-mail to various applicants concerning responses to our initial reports (31st)                 | 0.30  | 78.00  |
|            | BSR | Draft e-mail to K. Oberholzer at Pachulski re quarterly fee applications not yet filed (31st)         | 0.20  | 52.00  |
|            | JBA | Update database with James Baker 4.09 e-detail pdf                                                    | 0.10  | 4.50   |
|            | BSR | Receive and review response of Deloitte Tax to initial report (31st)                                  | 0.10  | 26.00  |
|            | BSR | Draft e-mail to BMC re initial report for the 31st interim period                                     | 0.10  | 26.00  |
|            | BSR | Draft final report re Bilzin Sumberg for the 31st interim period                                      | 0.90  | 234.00 |
|            | BSR | Draft final report re Deloitte Tax for the 31st interim period                                        | 1.50  | 390.00 |
|            | ALP | Drafted final revisions to BMC Group's initial report concerning the 31st interim period (10-12.08) (.2) | 0.20  | 34.00  |
|            | JBA | Prepare and serve BMC 31st Interim IR                                                                 | 0.10  | 4.50   |
|            | JBA | Update database with Pachulski 3.09 hard copy                                                         | 0.10  | 4.50   |

W.R. Grace & Co.                                                                                     Page     19

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/29/2009 | JBA | Update database with 4.09 hard copies re: Bilzin and Ferry Joseph | 0.10 | 4.50 |
| | JBA | Update database with Stroock 4.09 e-detail | 0.10 | 4.50 |
| | JBA | Update database with 4.09 e-detail re: Campbell, Caplin, AKO, and Charter Oak | 0.30 | 13.50 |
| 5/30/2009 | BSR | Draft final report re Orrick for the 31st interim period | 0.70 | 182.00 |
| 5/31/2009 | BSR | Draft exhibit with fee and expense recommendations for the 31st interim period | 1.20 | 312.00 |
| 6/1/2009 | BSR | Draft final report re Orrick Herrington & Sutcliffe for the 31st interim period | 0.30 | 78.00 |
| | BSR | Draft exhibit with fee and expense recommendations (31st) | 1.80 | 468.00 |
| | BSR | research docket for pertinent pleadings | 0.20 | 52.00 |
| | WHS | detailed review of, and revisions to, FR Deloitte Tax 31Q 6-12.08 | 0.20 | 59.00 |
| | WHS | detailed review of, and revisions to, FR Bilzin 31Q 10-12.08 | 0.30 | 88.50 |
| | JAW | detailed review of K&E February 2009 fee application (7.8) | 7.80 | 1,170.00 |
| | JBA | Update database with Reed Smith 4.09 | 0.10 | 4.50 |
| 6/2/2009 | BSR | Draft e-mails to Bilzin Sumberg and Deloitte Tax regarding their final reports (31st) | 0.20 | 52.00 |
| | BSR | detailed review of Janet Baer's Feb. and Mar. 2009 monthly fee applications and 32nd interim fee application | 0.90 | 234.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/2/2009 | WHS | detailed review of, and revisions to, FR Orrick 31Q 10-12.08 | 0.20 | 59.00 |
| | BSR | Draft initial report re Janet S. Baer for the 32nd interim period | 1.70 | 442.00 |
| | JAW | Continued detailed review of K&E February 2009 fee application (6.7) | 6.70 | 1,005.00 |
| | BSR | Receive and review Janet Baer's retention order and application | 0.20 | 52.00 |
| | MW | Update database with April applications for Kramer Levin (.2), Caplin Drysdale (.2), Anderson Kill (.2), Charter Oak (.2), Stroock & Stroock (.2), 32nd interim application of Stroock & Stroock (.2); distribute same for review (.2). | 1.40 | 63.00 |
| | MW | Update database with final reports for the 31st interim re: Bilzin (.1), Deloitte Tax (.1); File same electronically with Court (.3); prepare same to be served on service parties (.1). | 0.60 | 27.00 |
| | JBA | Update database with 4.09 e-detail pdf re: Phillips, Kramer, Ogilvy, Foley, and Steptoe, Steptoe 3.09 e-detail pdf | 0.10 | 4.50 |
| 6/3/2009 | MW | Draft monthly fee application of WHSA for May 2009. | 1.00 | 130.00 |
| | BSR | Draft initial report re Buchanan Ingersoll & Rooney for the 32nd interim period | 0.20 | 52.00 |
| | ALP | Drafted final revisions to initial report to Bilzin regarding the 32nd interim period (1-3.09) (.4) | 0.40 | 68.00 |
| | ALP | Drafted final revisions to initial report to Janet Baer regarding the 32nd interim period (1-3.09) (.3) | 0.30 | 51.00 |
| | JBA | Update database with 4.09 e-detail pdf re: Casner and Buchanan | 0.10 | 4.50 |
| | JBA | Update database with 4.09 hard copies re: Phillips, Day Pitney, Foley (.1), Steptoe, Ogilvy and Steptoe 3.09 hard copy (.1) | 0.20 | 9.00 |

W.R. Grace & Co.                                                                    Page    21

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/3/2009 | BSR | Draft e-mail to Rick Wyron re Orrick final report for the 31st interim period | 0.10 | 26.00 |
| | JAW | Continued detailed review of K&E February 2009 fee application (9.2) | 9.20 | 1,380.00 |
| | BSR | Draft exhibit A with fee and expense recommendations for the 31st interim period | 0.10 | 26.00 |
| | BSR | telephone conference with Lisa Hamm re project category spreadsheet (31st) | 0.10 | 26.00 |
| | BSR | detailed review of David Austern's Jan. and Feb. 2009 monthly fee applications | 0.10 | 26.00 |
| | BSR | detailed review of Beveridge & Diamond's monthly fee applications for Jan. through March 2009 | 0.40 | 104.00 |
| | BSR | detailed review of Bilzin Sumberg's 32nd interim fee application and monthly fee applications | 1.00 | 260.00 |
| | BSR | Draft initial report re Bilzin Sumberg for the 32nd interim period | 0.30 | 78.00 |
| | BSR | detailed review of Buchanan Ingersoll & Rooney's 32nd interim fee application and monthly fee applications | 0.50 | 130.00 |
| 6/4/2009 | JBA | Update database with 4.09 hard copies re: Casner and Buchanan | 0.10 | 4.50 |
| | JBA | Prepare and serve Buchanan 32nd Interim IR | 0.10 | 4.50 |
| | BSR | detailed review of Campbell & Levine's January 2009 monthly fee application | 0.40 | 104.00 |
| | BSR | detailed review of Campbell & Levine's Feb. 2009 monthly fee application | 0.30 | 78.00 |
| | MW | Electronic filing with court of monthly application for compensation of WHSA for May 2009. | 0.40 | 52.00 |

W.R. Grace & Co.                                                                                          Page    22

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/4/2009 | ALP | Drafted final revisions to initial report to Buchanan regarding the 32nd interim period (10-12.08) (.4) | 0.40 | 68.00 |
| | JAW | Continue detailed review of K&E February 2009 fee application (5.8); draft summary of same (2.6) | 8.40 | 1,260.00 |
| | BSR | Draft e-mail to Kathleen Davis with questions re Campbell & Levine fee application (32nd) | 0.20 | 52.00 |
| 6/5/2009 | BSR | Draft omnibus final report for the 31st interim period (.9); draft email to Jeff Allgood re same (.1) | 1.00 | 260.00 |
| | BSR | detailed review of Capstone's 32nd interim fee application and monthly fee applications | 0.70 | 182.00 |
| 6/8/2009 | MW | Update database with Casner & Edwards' April monthly fee application. | 0.20 | 9.00 |
| | BSR | Draft exhibit A to proposed fee order with fee and expense recommendations for the 31st interim period | 0.50 | 130.00 |
| | BSR | Receive and review Caplin & Drysdale's response and research issues therein (.8); draft follow-up email to Caplin & Drysdale requesting additional information (.1) | 0.90 | 234.00 |
| | BSR | Draft final report re Caplin & Drysdale for the 31st interim period | 1.00 | 260.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: category spreadsheet. | 0.10 | 15.00 |
| 6/9/2009 | BSR | research regarding cumulative fee application preparation fees billed by Capstone in case to date | 1.00 | 260.00 |
| | BSR | Draft initial report re Capstone Advisory Group for the 32nd interim period | 0.40 | 104.00 |
| | BSR | Draft e-mail to E. Ordway at Capstone re initial report (32nd) | 0.10 | 26.00 |
| | BSR | Receive and review additional expense information supplied by Caplin & Drysdale in response to our initial report (31st) and research same | 0.60 | 156.00 |

W.R. Grace & Co.                                                                                         Page    23

|            |     |                                                                                                                                                                                                 | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/9/2009   | BSR | Receive and review BMC's response to initial report for the 31st interim period and email Martha Araki re same                                                                                    | 0.30  | 78.00  |
|            | BSR | Draft final report re BMC for the 31st interim period (including calculation of cumulative fee application preparation fees)                                                                      | 1.20  | 312.00 |
|            | BSR | Draft final report re Caplin & Drysdale for the 31st interim period                                                                                                                               | 1.20  | 312.00 |
|            | MW  | Update database with multiple CNO's received electronically from D. Fullem.                                                                                                                        | 0.20  | 9.00   |
|            | MW  | Update database with Judge Sanders' May fee application (.2); Caplin Drysdale's response to 31st interim (.2); Certificates of No Objection re Kramer Levin's previous fee applications (.2); Capstone's April e-detail and exhibits (.2). | 0.80  | 36.00  |
|            | MW  | Update database with Capstone's April monthly fee application (.2); 32nd interim initial report of Capstone (.2).                                                                                  | 0.40  | 18.00  |
|            | MW  | Update database with hard copy of Caplin & Drysdale response to 31st interim IR.                                                                                                                   | 0.10  | 4.50   |
| 6/10/2009  | MW  | Update database with Piper Jaffray's April fee application (.2); Tre Angeli's April fee detail (.2); Orrick, Herrington's April fee application (.1).                                             | 0.50  | 22.50  |
|            | WHS | detailed review of, and revisions to, FR Caplin 31Q 10-12.08                                                                                                                                      | 0.20  | 59.00  |
|            | WHS | detailed review of FR BMC 31Q 10-12.08                                                                                                                                                            | 0.20  | 59.00  |
|            | WHS | detailed review of omnibus final report 31Q 10-12.08                                                                                                                                              | 0.20  | 59.00  |
|            | BSR | Draft exhibit A with fee and expense recommendations for the 31st interim period (.1); draft email to debtor's counsel re same (.1)                                                               | 0.20  | 52.00  |
|            | BSR | Draft e-mails to various applicants concerning final reports for the 31st interim period                                                                                                          | 0.20  | 52.00  |
|            | JAW | detailed review of Caplin & Drysdale Thirty-Second Interim Fee Application (Jan. 2009 - Mar 2009) (2.1)                                                                                           | 2.10  | 315.00 |

W.R. Grace & Co.                                                                                                    Page     24

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/10/2009 | BSR | telephone conference with Lisa Hamm re project category spreadsheet | 0.10 | 26.00 |
|  | MW | Electronic filing with court of fee auditor's final reports for BMC (.3), Caplin (.3), Omnibus (.3); update database with final versions (.4); send same to case managers for service (.1). | 1.40 | 63.00 |
| 6/11/2009 | MW | Update database with hearing agenda. | 0.10 | 4.50 |
|  | MW | Update database with PWC's e-detail for April's monthly fee application. | 0.20 | 9.00 |
|  | LMH | Receive and review e-mail from B. Ruhlander re: Exhibit A to proposed order on thirty-first interim period applications. | 0.10 | 15.00 |
|  | JAW | Continue detailed review of Caplin & Drysdale Thirty-Second Interim Fee Application (Jan. 2009 - Mar 2009) (8.8); draft summary of same (0.4) | 9.20 | 1,380.00 |
| 6/12/2009 | JAW | detailed review of Anderson Kill Fifteenth Interim Fee Application (Jan. 2009 - Mar 2009) (8.9) | 8.90 | 1,335.00 |
| 6/14/2009 | BSR | telephone conference with Lisa Hamm re project category spreadsheet (31st) | 0.50 | 130.00 |
|  | BSR | Draft e-mails to Melanie White and Lynzy Oberholzer re project category spreadsheet (31st) | 0.10 | 26.00 |
|  | LMH | Draft category spreadsheet for the 31st interim period. | 5.70 | 855.00 |
| 6/15/2009 | LMH | Revisions to draft category spreadsheet for the 31st interim period. | 0.30 | 45.00 |
|  | LMH | telephone conference with B. Ruhlander re: revisions to be made to draft category spreadsheet for the 31st interim period applications. | 0.10 | 15.00 |
|  | LMH | receive, review, and respond to multiple e-mails from B. Ruhlander re: category spreadsheet for the thirty-first interim period. | 0.20 | 30.00 |
|  | BSR | detailed review of Phillips Goldman & Spence's Jan. 2009 monthly fee application | 0.30 | 78.00 |

W.R. Grace & Co.                                                                                                    Page     25

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/15/2009 | BSR | detailed review of Pachulski's Jan., Feb. and March 2009 monthly fee applications | 0.90 | 234.00 |
|  | BSR | Receive and review project category spreadsheet (31st) (.2); telephone conference with Lisa Hamm re revisions to same (.1); draft email to Lisa Hamm re same (.1); exchange emails with Melanie White and Lynzy Oberholzer re same (.1) | 0.50 | 130.00 |
|  | MW | Draft revisions to W.R.Grace category spreadsheet (.7); multiple telephone calls and emails with L. Hamm and B. Ruhlander re same (.2); update database re same (.2). | 1.10 | 143.00 |
|  | JAW | Draft summary of Anderson Kill Fifteenth Interim Fee Application (Jan 2009 - Mar 2009) (0.8) | 0.80 | 120.00 |
|  | JBA | Update database with hard copies of Austern 4.09 and PWC 4.09 | 0.10 | 4.50 |
| 6/16/2009 | JBA | Update database with Ogilvy 5.09 e-detail | 0.10 | 4.50 |
|  | JBA | detailed review of Agenda for hearing on 6.22.09 (Plan Confirmation) | 0.10 | 12.50 |
|  | BSR | research docket for most recent version of debtor's plan of reorganization (.3); review provisions of same pertaining to our post-effective date work (.4); draft email memorandum to Warren Smith re same (.6) | 1.30 | 338.00 |
| 6/17/2009 | JBA | Update database with K&E 4.09 e-detail | 0.10 | 4.50 |
|  | JBA | Update database with J. Baer 32nd Interim IR response e-detail | 0.10 | 4.50 |
|  | JBA | Receive and review Agenda for 6.18.09 hearing re: Plan and fee applications | 0.10 | 4.50 |
|  | JBA | Update database with Ogilvy 5.09 hard copy | 0.10 | 4.50 |
|  | BSR | Receive and review Janet Baer's response to initial report for the 32nd interim period | 0.20 | 52.00 |

W.R. Grace & Co.                                                                                    Page      26

|            |     |                                                                                                                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/19/2009  | BSR | receive, review, and respond to email from Jamie O'Neill inquiring as to whether response time has passed for fee applicants (31st)                            | 0.40  | 104.00 |
|            | BSR | research docket for agenda for June 29 hearing                                                                                                                | 0.10  | 26.00  |
| 6/22/2009  | BSR | research docket for fee order (31st)                                                                                                                          | 0.10  | 26.00  |
|            | JBA | Update database with Baker 12.08-3.09 hard copies                                                                                                             | 0.20  | 9.00   |
| 6/23/2009  | BSR | Receive and review agenda for June 29 omnibus hearing and forward same to Warren Smith                                                                        | 0.20  | 52.00  |
|            | LMH | Draft e-mail to B. Ruhlander re: discrepancy in Capstone's 31st interim period category breakdown.                                                            | 0.10  | 15.00  |
| 6/24/2009  | JBA | Update database with Baker 31st and 32nd Interim applications hard copies                                                                                     | 0.10  | 4.50   |
|            | LMH | receive, review, and respond to e-mail from J. Allgood re: Stroock's 30th interim period category spreadsheet.                                                | 0.10  | 15.00  |
| 6/25/2009  | MW  | Draft CNO regarding application for compensation of WHSA for May 2009 (.3); research PACER for objections to May application (.5); electronic filing with Court of CNO (.2); update database with same (.1). | 1.10  | 143.00 |
| 6/26/2009  | BSR | detailed review of Reed Smith 32nd interim fee application and monthly fee applications                                                                       | 0.80  | 208.00 |
|            | BSR | research docket in advance of fee application hearing (.2); review amended hearing agenda and forward to Jeff Allgood (.1)                                     | 0.30  | 78.00  |
| 6/29/2009  | JBA | Update database with Kramer 5.09 pdf                                                                                                                          | 0.10  | 4.50   |
|            | JBA | Update database with Reed Smith 5.09 e-detail                                                                                                                 | 0.10  | 4.50   |
|            | BSR | detailed review of Stroock's Jan. 2009 monthly fee application                                                                                                | 0.50  | 130.00 |

W.R. Grace & Co.                                                                                                    Page    27

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/29/2009 | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Capstone's 31st interim period category spreadsheet. | 0.10 | 15.00 |
| | JAW | detailed review of Legal Analysis March 2009 fee application (0.4); draft summary of same (0.1) | 0.50 | 75.00 |
| | BSR | detailed review of Capstone's 31st interim fee application in order to reconcile discrepancy between amount sought in application and project category chart (determined application amount and project category spreadsheet to be correct) (1.6); draft email to Lisa Hamm re same (.1) | 1.70 | 442.00 |
| | BSR | Preparation for fee application hearing (.3); attend fee application hearing (.5); draft email to Warren Smith re same; conference with Jeff Allgood re same (.1) | 0.90 | 234.00 |
| 6/30/2009 | JAW | detailed review of PwC March 2009 fee application (1.6); draft summary of same (1.6) | 3.20 | 480.00 |
| | BSR | Draft initial report re Stroock's 32nd interim fee application (including review of cumulative fees for fee application preparation) | 3.60 | 936.00 |
| | BSR | detailed review of Stroock's 32nd interim fee application, as well as Feb. and Mar. 2008 monthlies | 1.70 | 442.00 |

**For professional services rendered**                                                              **322.90 $58,277.00**

Additional Charges :

| | | | |
|---|---|---|---|
| 4/30/2009 | Third party copies & document prep/setup. | | 57.52 |
| | FedEx Shipping Charges | | 11.04 |
| 5/31/2009 | PACER Charges 2/1/09-2/28/09 | | 72.88 |
| | PACER Charges 2/1/09-2/28/09 | | 71.60 |
| | PACER Charges for 4/1/09-4/30/09 | | 12.80 |

W.R. Grace & Co.                                                                    Page    28

|  | **Amount** |
|---|---|
| 6/30/2009 Third party copies & document prep/setup. | 472.18 |
| PACER Charges for May 2009 | 18.32 |
| **Total additional charges** | **$716.34** |
| **Total amount of this bill** | **$58,993.34** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 1.30 | 170.00 | $221.00 |
| Bobbi S. Ruhlander | 114.40 | 260.00 | $29,744.00 |
| Doreen Williams | 1.40 | 165.00 | $231.00 |
| James A. Wehrmann | 151.10 | 150.00 | $22,665.00 |
| Jeff B. Allgood | 0.10 | 125.00 | $12.50 |
| Jeff B. Allgood | 8.70 | 45.00 | $391.50 |
| Lisa M Hamm | 6.90 | 150.00 | $1,035.00 |
| Melanie White | 3.60 | 130.00 | $468.00 |
| Melanie White | 12.70 | 125.00 | $1,587.50 |
| Melanie White | 19.10 | 45.00 | $859.50 |
| Warren H Smith | 3.60 | 295.00 | $1,062.00 |