## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 9/2/09; 4:00 p.m. ET |
| | § | Hearing Date: 12/14/2009; 10:30 a.m. ET |

### THIRD QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE 33RD QUARTERLY PERIOD FROM APRIL 1, 2009 THROUGH JUNE 30, 2009

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr. LR 2016-2, and hereby applies for an order allowing him (i) compensation in the amount of $175,317.50 for the reasonable and necessary legal services he has rendered to the Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

Damage Claimants and Holders of Demands and (ii) reimbursement of actual and necessary

expenses that he has incurred in the amount of $15,682.72, for a total of $191,000.22 or one

hundred percent (100%) of all compensation and expense reimbursement requested, for the

period April 1, 2009 through June 30, 2009 (the "Third Quarterly Fee Application"), and in

support of this Third Quarterly Fee Application, would respectfully show as follows:

## SUMMARY

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2009 through June 30, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $175,317.50 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $15,682.72 |

This is a(n):   ☐Monthly   ☒Quarterly   ☐Interim   ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this 33rd Quarterly Application period Mr. Rich billed 302.4 hours,[2] for a total amount billed of $175,317.50, of which 80% ($140,254.00) has already been paid or has payment pending, leaving the amount not yet approved or paid of $35,063.50.

_____

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

The time for preparation of this First Quarterly Application is approximately 2 hours, for which $1,150.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 214.4 | $123,280.00 |
| Travel | 162.2   (at 100%) | $46,632.50   (at 50%) |
| Fee Applications | 9.4 | $5,405.00 |
| TOTAL | 386.0  (with travel at 100%) | $175,317.50 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Teleconferencing (Hearing and Depositions)<br>Postage | $15,229.27<br>$448.50<br>$4.95 |
| TOTAL | $15,682.72 |

## APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy Code.

2.      On May 3, 2001 , the Court entered an Interim Compensation Order, as amended by the Amended Interim Compensation Order, establishing procedures for monthly compensation and reimbursement of expenses of professionals (each such application, a "Monthly Fee Application"), and whereby any notice party listed in the Amended Interim Compensation Order may object to such Monthly Fee Application.  If no notice party objects to professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and approval of the interim and final fee applications of the professional.

3.      Furthermore, and also pursuant to the Amended Interim Compensation Order, within forty-five (45) days of the end of each quarter, professionals are required to file and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application, less any amounts previously paid in cormection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

4.      By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's Third Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the fee period of April 1, 2009 through June 30, 2009 (the "Fee Period").

6.      Rich has filed with the Court the following Monthly Fee Applications for interim compensation during the Fee Period:

(a)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Eighth Monthly Interim Period from April 1, 2009 Through April 30, 2009, seeking $25,898.00 in fees (80% of $32,372.50) and $2,612.62 in expenses.

(b)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Ninth Monthly Interim Period from May 1, 2009 Through May 31, 2009, seeking $56,304.00 in fees (80% of $70,380.00) and $5,301.01 in expenses.

(c)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Tenth Monthly Interim Period from June 1, 2009 Through June 30, 2008, seeking $56,902.00 in fees (80% of $71,127.50) and $7,769.09 in expenses.

-6-

7.      The monthly fee applications covered by this Third Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Rich during the Fee Period, as well as other detailed information required to be included in fee applications.  The Eighth, Ninth and Tenth monthly applications (collectively, the "Applications") are attached hereto as Exhibits "1," "2," and "3" respectively.

8.      The periods for objecting to the fee and expense reimbursements relating to the Eighth, Ninth and Tenth Monthly Fee Applications have each passed without any objections being filed, whereupon Rich filed Certificates of No Objection with the Court, and Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested, with the exception of the Tenth Monthly Fee Application, for which payment has not yet been received from the Debtor.

9.      Rich has previously filed his First and Second Quarterly Fee Applications.  The First Quarterly Application (for the 31st Quarterly Interim Period) was approved by the Court, although payment from the Debtor has not yet been received.  The Second Quarterly Fee Application (for the 32nd Quarterly Interim Period) is pending.

10.      By this Third Quarterly Fee Application, Rich requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Rich from April 1, 2009 through June 30, 2009, less any amounts previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Monthly Fee Applications that already have been filed with the Court.

11.     Rich reserves his right to seek at a later date compensation for services rendered and expenses incurred during the applicable period that are not otherwise included in the relevant monthly fee application.

12.     At all relevant times, Rich has been a disinterested person as that term is defined in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the United States Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

13.     All services for which compensation is requested by Rich were performed for or on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.     Rich believes that this Third Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.     During the Interim Period, Rich has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order.  There is no agreement or understanding between Rich and any other person for the sharing of compensation to be received for services rendered in these cases.

16.     The professional services and related expenses for which Rich requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

-8-

17.     Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from April 1, 2009 through June 30, 2009, an administrative allowance be made to Rich in the sum of $175,317.50 as compensation for reasonable and necessary professional services rendered to the PD FCR and, in the sum of $15,682.72 for reimbursement of actual and necessary costs and expenses incurred, for a total of $191,000.22; (b) that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums, less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such other and further relief to which Rich is justly entitled.

//

//

//

//

//

//

//

//

//

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350

1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## DECLARATION

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the legal services which I rendered to the PD FCR. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2009.

_____

## CERTIFICATE OF SERVICE

I certify that on the 12th day of August, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 5/25/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE SEVENTH MONTHLY INTERIM
PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009**

Name of Applicant:                                    Alan B. Rich, Esq.

Authorized to Provide Services To:           Hon. Alexander M. Sanders, Jr.,
                                                             Legal Representative for Future Asbestos-
                                                             Related Property Damage Claimants
                                                             and Holders of Demands

Date of Retention:                                    September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                  April 1, 2009 through April 30, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:                        $25,898.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $2,612.62

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application

---

[1] At 80% of the total incurred.

period Mr. Rich billed 56.3 hours,[2] for a total amount billed of $32,372.50 of which 80% is currently sought, in the amount of $25,898.00.

As stated above, this is the Eighth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 33.9 | $19,492.50 |
| Travel | 41.8 | $12,017.50 |
| Fee Applications (Monthly) (Incl. FCR's) | 4.0 | $2,300.00 |
| TOTAL | 79.7 | $33,810.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel Postage | $2,607.67 $4.95 |
| TOTAL | $2,612.62 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 4TH day of May, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-4-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (April, 2009)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 4/1/2009 | Attend April Omnibus Hearing in Wilmington | 2.5 |
| 4/1/2009 | Travel (non-productive) to Dallas (7.0 hrs. @ 50%) | 3.5 |
| 4/2/2009 | Prepare Seventh Monthly Fee Application | 1.5 |
| 4/2/2009 | Email from Ted Freedman re witness meet and confer | 0.1 |
| 4/2/2009 | Review ZAI settlement approval order | 0.1 |
| 4/2/2009 | Review expert report of George Priest | 0.4 |
| 4/2/2009 | Review Debtors' Responses to OneBeacon RFA and RFP (second sets) | 0.2 |
| 4/2/2009 | Email to client re status | 0.1 |
| 4/3/2009 | Emails re phasing meet and confer meeting | 0.1 |
| 4/6/2009 | Prepare FCR's Second Monthly Application | 1.2 |
| 4/6/2009 | Emails re meeting with Grace CFO | 0.1 |

| | | |
|---|---|---|
| 4/6/2009 | Review of Revised Deposition Calendar | 0.1 |
| 4/7/2009 | Attend (by telephone) meet & confer re witnesses for confirmation hearings | 4.0 |
| 4/7/2009 | Review deposition notices of Grace, Scott and Westbrook | 0.1 |
| 4/8/2009 | Emails to and from opposing counsel re discovery deadlines | 0.1 |
| 4/8/2009 | Emails to and from AMH counsel re depositions | 0.1 |
| 4/8/2009 | Emails re meeting with Grace CFO | 0.1 |
| 4/9/2009 | Review deposition notice of PI Committee | 0.1 |
| 4/9/2009 | Telephone conference with Ted Freedman re scheduling | 0.1 |
| 4/9/2009 | emails to and from client and opposing counsel re CFO meeting | 0.1 |
| 4/9/2009 | Emails to and from counsel re conflicts in deposition scehdule | 0.1 |
| 4/9/2009 | Review rebuttal expert reports (Drs. Parker, Weill, Friedman, Stockman, Welch, Henry, Ory, Moolgavkar, Henry and Hammar) | 1.0 |
| 4/10/2009 | emails to and from client and opposing counsel re CFO meeting | 0.1 |
| 4/10/2009 | Continued Review of rebuttal expert reports (Drs. Parker, Weill, Friedman, Stockman, Welch, Henry, Ory, Moolgavkar, Henry and Hammar) | 3.0 |
| 4/10/2009 | Review Insurers' Motion to Strike Whitehouse report | 2.0 |
| 4/10/2009 | Review letter from insurers regarding production of documents by debtor | 0.1 |
| 4/10/2009 | Review draft Grace 30(b)(6) topics from insurers for meet and confer discussion | 0.1 |
| 4/10/2009 | Review Debtors' response to Longacre confirmation discovery | 0.1 |
| 4/12/2009 | Review correspondence from Grace re additional documents produced to virtual data room | 0.1 |
| 4/13/2009 | Email from Grace counsel re meet and confer | 0.1 |

| | | |
|---|---|---|
| 4/13/2009 | Review correspondence from Debtors re additional documents produced to virtual data room | 0.1 |
| 4/13/2009 | Review Anderson Memorial's motion to extend response deadline re ZAI class claim objection | 0.1 |
| 4/13/2009 | Review FFIC 30(b)6) deposition notices (4) to Grace and the ACC, and FFIC interrogatories to Grace and ACC re surety issues | 0.4 |
| 4/13/2009 | Review Court Memorandum Order re status of AMH POC's | 0.2 |
| 4/13/2009 | Review Libby supplemental witness list | 0.1 |
| 4/13/2009 | Review Anderson Memorial's response to ZAI class claim objection | 0.1 |
| 4/13/2009 | Review correspondence from Grace re Anderson Memorial documents produced to virtual data room | 0.1 |
| 4/14/2009 | Attend (by telephone) reconvened Meet and Confer regarding witnesses for confirmation hearings | 1.1 |
| 4/14/2009 | Review Libby proposed protective order | 0.2 |
| 4/14/2009 | Review Memorandum Opinion on Canadian claims | 0.4 |
| 4/15/2009 | Review email from Grace re ZAI depositions and amended deposition notices re ZAI depositions | 0.2 |
| 4/15/2009 | Review Supplemental 30(b)(6) deposition notice to the Debtors | 0.2 |
| 4/16/2009 | Emails re Debtors' and Equity Committee's Phase I witnesses | 0.1 |
| 4/16/2009 | Telephone conference with client re scheduling | 0.1 |
| 4/16/2009 | Review of emails to and from Libby counsel and Equity committee counsel re 30(b)(6) deposition and agreement re same | 0.2 |
| 4/17/2009 | Review final of confirmation discovery protective order and email to J. Baer re same | 0.2 |
| 4/17/2009 | Review confirmation objection by Texas Comptroller | 0.1 |
| 4/17/2009 | Review Libby Claimants' second supplemental witness list | 0.1 |

| | | |
|---|---|---|
| 4/17/2009 | Review Maryland Casualty 30b6 Depo notice to Plan Proponents | 0.1 |
| 4/17/2009 | Review letter from equity committee re<br>Maryland Casualty 30(b)(6) deposition | 0.1 |
| 4/20/2009 | Telephone conferences with client re status | 0.2 |
| 4/20/2009 | Emails to and from Ted Freedman re meeting with CFO | 0.1 |
| 4/20/2009 | Review ACC objection and Debtors' objection to 30(b)(6)<br>depos and emails to and from counsel re 30(b)(6) deposition scheduling | 0.3 |
| 4/20/2009 | Review Debtors' Brief re California Property Damage claim appeal | 0.3 |
| 4/20/2009 | Review Revised Deposition Calendar | 0.1 |
| 4/20/2009 | Email re conference call on 30(b)(6) issues | 0.1 |
| 4/20/2009 | Review Agenda for April Omnibus | 0.1 |
| 4/21/2009 | Review emails re ACC 30(b)(6) deposition; telephone conf with<br>client re CFO meeting and emails to and from T. Freedman re same | 0.2 |
| 4/21/2009 | Review Libby preservation deposition notices | 0.1 |
| 4/21/2009 | Review correspondence and emails from various counsel re pending<br>scheduling and 30b6 deposition issues and meet and confer re same | 0.2 |
| 4/21/2009 | Review Maryland Casualty Claim Objection | 0.4 |
| 4/21/2009 | Travel (non-productive) to Spokane for Scott deposition (9 hrs. @ 50%) | 4.5 |
| 4/22/2009 | Deposition of Darrell Scott | 3.5 |
| 4/22/2009 | Travel (non-productive) from Spokane to Dallas (10 hrs. @ 50%) | 5.0 |
| 4/23/2009 | Review emails to and from various counsel<br>re scheduling of expert and 30b6 depositions | 0.1 |
| 4/23/2009 | Review proposed modifications to stipulation regarding attorney testimony | 0.1 |
| 4/23/2009 | Review proposed modifications to third amended CMO | 0.2 |

| | | |
|---|---|---|
| 4/23/2009 | Travel (non-productive) from Dallas to Charleston, SC (5 hrs. @ 50%) | 2.5 |
| 4/24/2009 | Deposition of Edward Westbrook | 1.8 |
| 4/24/2009 | Review revised protective order | 0.2 |
| 4/24/2009 | Review further revisions to proposed Third Amended CMO | 0.2 |
| 4/24/2009 | Review motion to approve settlement with IRS | 0.1 |
| 4/24/2009 | Review insurers' amended deposition notices to plan proponents and joinders in same | 0.2 |
| 4/24/2009 | Review Notices of Appeal by Anderson Memorial Hospital | 0.1 |
| 4/24/2009 | Travel (non-productive) from Charleston, SC to Dallas (5.8 hrs. @ 50%) | 2.9 |
| 4/25/2009 | Review correspondence from debtor re witness designations for 30b6 deposition notices | 0.3 |
| 4/25/2009 | Review emails from Libby counsel re meet and confer issues and draft protective orders re medical information | 0.3 |
| 4/27/2009 | Review Order expunging Anderson's ZAI class claim | 0.1 |
| 4/27/2009 | Attend telephonic meet and confer re discovery issues | 0.7 |
| 4/27/2009 | Attend telephonic April Omnibus hearing | 0.5 |
| 4/27/2009 | Review letter to libby claimants re confidentiality issues | 0.1 |
| 4/27/2009 | Review debtors' response to Scotts discovery | 0.1 |
| 4/27/2009 | Preparation of filing of first quarterly fee application of the PD FCR | 1.0 |
| 4/27/2009 | Emails from counsel re Mathis and Shein depositions | 0.1 |
| 4/27/2009 | Review Libby claimants motion to postpone phase II hearing and motion to shorten notice | 0.2 |
| 4/27/2009 | Review Travelers depostion notice of Jeff Posner | 0.1 |

| | | |
|---|---|---|
| 4/27/2009 | Review Arrowood deposition notice to debtors and objections to Libby claimant depositions | 0.1 |
| 4/27/2009 | Review Revised Deposition Calendar | 0.1 |
| 4/27/2009 | Review Motion to Strike Florence expert report | 0.2 |
| 4/28/2009 | Review London Market's and Fireman's Fund's and Allianz's deposition notices of Jeff Posner and Austern and ACC | 0.1 |
| 4/28/2009 | Emails to and from client re status | 0.1 |
| 4/28/2009 | Emails to and from various counsel re Lockwood deposition | 0.1 |
| 4/28/2009 | Draft and attend to filing of CNO for PD FCR's second application | 0.3 |
| 4/29/2009 | Review Allstate depo notice to ACC; Libby depo notices of experts and amended notices of claimants, and various insurer joinders in amended notices | 0.3 |
| 4/30/2009 | Travel (non-productive) to Washington DC for Deposition (5 hrs. @ 50%) | 2.5 |

Total: 56.3 hours @ $575.00/hour = **$32,372.50**

Expenses:  Detail on Exhibit 1– **$2,612.62**

**Total Fees and Expenses Due:  $34,985.12**

EXPENSES FOR APRIL 2009                                                                EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 4/14/2009 | Postage | $4.95 |
| 4/22/2009 | Hotel Davenport (Spokane) | $210.72 |
| 4/22/2009 | RT Coach Airfare DFW-Spokane | $411.40 |
| 4/22/2009 | Dinner | $7.77 |
| 4/22/2009 | Taxi | $23.90 |
| 4/23/2009 | Parking at DFW | $36.00 |
| 4/24/2009 | RT Coach Airfare DFW-Charleston | $583.70 |
| 4/24/2009 | dinner | $13.36 |
| 4/24/2009 | Taxi  (Charleston) | $33.00 |
| 4/25/2009 | Hotel Market Pavillion | $291.38 |
| 4/25/2009 | lunch | $30.20 |
| 4/25/2009 | Taxi  (Charleston) | $31.00 |
| 4/25/2009 | Parking DFW | $19.00 |
| 4/27/2009 | cancellation fee due to change to telephonic omnibus hearing | $103.00 |
| 4/30/2009 | RT Coach Airfare DFW-DCA | $509.20 |
| 4/30/2009 | Taxi | $22.00 |
| 4/30/2009 | Westin Hotel, Washington DC | $227.86 |
| 4/30/2009 | Dinner | $13.18 |
| 5/1/2009 | Taxi | $22.00 |
| 5/1/2009 | Parking DFW | $19.00 |
| | TOTAL EXPENSES | $2,612.62 |

# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 6/22/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE NINTH MONTHLY INTERIM
PERIOD FROM MAY 1, 2009 THROUGH MAY 31, 2009**

Name of Applicant:                           Alan B. Rich, Esq.

Authorized to Provide Services To:           Hon. Alexander M. Sanders, Jr.,
                                             Legal Representative for Future Asbestos-
                                             Related Property Damage Claimants
                                             and Holders of Demands

Date of Retention:                           September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                 May 1, 2009 through May 31, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:                    $56,304.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary:            $5,301.01

This is a(n):   ☒ Monthly      ☐ Interim      ☐ Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application

---

[1] At 80% of the total incurred.

period Mr. Rich billed 122.4 hours,[2] for a total amount billed of $70,380.00 of which 80% is currently sought, in the amount of $56,304.00.

As stated above, this is the Ninth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 82.4 | $47,380.00 |
| Travel | 75.2 | $21,620.00 |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 2.4 | $1,380 |
| TOTAL | 160.0 | $70,380.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $5,301.01 |
| TOTAL | $5,301.01 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

-3-

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 1st day of June, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-4-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (May, 2009)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace**, No. 01-1139 (Bankr. D. Del)*

| Date | Services Performed | Time |
|------|--------------------|------|
| 5/1/2009 | Deposition of Peter Lockwood of the ACC | 10.2 |
| 5/1/2009 | Travel (non-productive) to Dallas from Washington DC (4 hrs. @50%) | 2.0 |
| 5/2/2009 | Review Order re shortened notice on Libby motion to postpone | 0.1 |
| 5/2/2009 | Review correspondence from debtor re additional document production to insurers | 0.1 |
| 5/2/2009 | Review Motion to Shorten Notice re motion to strike Libby expert report and order granting same | 0.1 |
| 5/2/2009 | Review Debtors' motion for protection re Libby depositions and motion to shorten re motion to quash libby depositions | 0.2 |
| 5/2/2009 | Review AII Acquisition settlement notice | 0.1 |
| 5/2/2009 | Review objection from the Parry-Hills | 0.1 |
| 5/4/2009 | Attend (by telephone) completion of ACC/Lockwood Deposition | 4.3 |

| | | |
|---|---|---|
| 5/4/2009 | emails to and from client re status | 0.1 |
| 5/4/2009 | Email to E. Westbrook and D. Scott re Parry-Hill objection | 0.1 |
| 5/4/2009 | Prepare and attend to filing of Noltice of Parry-Hill objection | 0.2 |
| 5/4/2009 | Review Order re Priest deposition | 0.1 |
| 5/4/2009 | Review Insurers' (Arrowood and Md Casualty) joinders in debtors' objection to Libby depositions | 0.2 |
| 5/4/2009 | Prepare fee application documents | 1.5 |
| 5/4/2009 | Review BNSF and insurer joinders in deposition notices | 0.1 |
| 5/5/2009 | Attend (by telephone) Kuchinsky Deposition | 1.5 |
| 5/5/2009 | Review correspondence from Libby Claimants re confidential information | 0.1 |
| 5/5/2009 | Review amended Priest Depo notice; Libby Depo Notice of Insulbuch | 0.1 |
| 5/5/2009 | Review Supplemental Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Cannon's and Benefield's Amended First Interrogatories Propounded upon Plan Proponents | 0.1 |
| 5/5/2009 | Review Libby Claimants' Supplemental Response to RFP of Plan Proponents | 0.1 |
| 5/5/2009 | Review PD Committee's Response to Amended Discovery Request of the Plan Proponents | 0.1 |
| 5/5/2009 | Review Arrowood Request for Judicial Notice re Motion to Strike Libby expert report | 0.1 |
| 5/5/2009 | Telephone conference with Ted Freedman re meeting | 0.1 |
| 5/5/2009 | Draft Memorandum to client re dilution issue | 1.0 |
| 5/5/2009 | Review signed Third Amended CMO | 0.1 |
| 5/5/2009 | Review Statements of Issues and Record Designations and Amended Record Designations from two pending AMH appeals re Class Certification and 88 Canadian PD Claims | 0.2 |

| 5/5/2009 | Email from Debtors' counsel re Phase I issues | 0.1 |
|---|---|---|
| 5/5/2009 | Travel (non-productive) to DFW from Washington DC (5.2 hrs. @50%) | 2.6 |
| 5/6/2009 | Deposition of J. Posner | 8.2 |
| 5/6/2009 | Travel (non-productive) to Philadelphia from Washington DC (3 hrs.@50%) | 1.5 |
| 5/7/2009 | Deposition of George Priest | 6.2 |
| 5/7/2009 | Travel (non-productive) from Philadelphia to Washington DC (3 hrs.@50%) | 1.5 |
| 5/7/2009 | Conference with counsel for the ACC re plan issues | 0.2 |
| 5/7/2009 | Review emails from insurer counsel and debtors' counsel re surety bond as phase II issue | 0.1 |
| 5/8/2009 | Meeting with client, Grace CFO and GC re plan issues, and preparation for meeting with client | 3.1 |
| 5/8/2009 | Review correspondence from Libby Claimants re supplement to Whitehouse report | 0.1 |
| 5/8/2009 | Travel (non-productive) to and from Grace meeting in Columbia MD to DFW (5.6 hrs. @50%) | 2.8 |
| 5/8/2009 | Emails from counsel re deposition schedule | 0.1 |
| 5/11/2009 | Emails from counsel re Phase I fact issues | 0.1 |
| 5/11/2009 | Emails to and from debtors' counsel re outstanding discovery requests | 0.1 |
| 5/11/2009 | Review Plan objection of the State of Michigan | 0.1 |
| 5/11/2009 | Review Libby Claimants' Response to Motion to Strike Dr. Whitehouse testimony and Debtors' response in support of the motion to strike | 0.5 |
| 5/11/2009 | Review Briefs filed by Libby, ACC, Debtors and Bank Lenders re Libby Claimants' motion to amend case management order | 0.5 |
| 5/11/2009 | Review Libby response to Debtors' Motion for Protective Order re Libby depositions | 0.3 |

| | | |
|---|---|---|
| 5/11/2009 | Review Notices of Deposition and Joinders<br>(Grace 30(b)(6); Moogavkar; Friedman; Parker; Welch; Weill; Ory) | 0.2 |
| 5/11/2009 | Review Agenda for Hearing of May 14 | 0.1 |
| 5/11/2009 | Email to client re status of Grace criminal matter | 0.1 |
| 5/11/2009 | Review deposition calendar from Debtor as of May 6 | 0.1 |
| 5/11/2009 | Review Dr. Whitehouse deposition corrections | 0.1 |
| 5/11/2009 | Telephone conference with Matt Kramer re status<br>of objection issues and email to client re same | 0.2 |
| 5/12/2009 | Review Libby Claimants' deposition notice | 0.1 |
| 5/12/2009 | Travel (non-productive) from Dallas to Washington DC (4.2 hrs. @50%) | 2.1 |
| 5/13/2009 | Preparation of Second Quarterly fee application | 1.0 |
| 5/13/2009 | Emails to and from client re status | 0.1 |
| 5/13/2009 | Emails to and from PD Committee counsel re plan issues | 0.1 |
| 5/13/2009 | Review Libby correspondence to debtors re discovery | 0.1 |
| 5/13/2009 | Deposition of Richard Finke | 8.7 |
| 5/13/2009 | Travel (non-productive) from Washington DC to Chicago (4.4 hrs. @50%) | 2.2 |
| 5/14/2009 | Attend portions of telephonic Motions hearing | 2.7 |
| 5/14/2009 | Deposition of James Schein | 5.2 |
| 5/14/2009 | Travel (non-productive) from Chicago to Washington DC (4 hrs. @50%) | 2.0 |
| 5/15/2009 | Preparation of FCR's second quarterly fee application | 1.0 |
| 5/15/2009 | Deposition of David Austern | 5.5 |
| 5/15/2009 | Conference wth debtors' counsel re nunc pro tunc<br>amendment to FCR retention order | 0.1 |

| | | |
|---|---|---|
| 5/15/2009 | Review Plan Supplement and emails to and from<br>counsel for ACC and PI FCR re same | 0.6 |
| 5/16/2009 | Rewiew Revised deposition calendar from debtors | 0.1 |
| 5/16/2009 | Review subsequent Notice of Deposition for Elihu Insulbuch | 0.1 |
| 5/15/2009 | Review Preliminary Report of Fee Examiner<br>and Revised time entries of PD FCR | 0.2 |
| 5/17/2009 | Review Rebuttal Report of P. Zilly to Mathis expert report | 0.5 |
| 5/17/2009 | Review various parties' (insurers, Grace, Libby) final Phase I witness lists | 0.5 |
| 5/17/2009 | Review Grace's response to Motion to Strike Florence rebuttal report | 0.2 |
| 5/18/2009 | Travel (non-productive) from Washington DC/ORD to DFW (4.2 hrs. @50%) | 2.1 |
| 5/18/2009 | Teleconference with PD committee re status of objections | 0.3 |
| 5/18/2009 | Teleconference with client re status | 0.2 |
| 5/18/2009 | Review COC and comments thereto and further revisisons<br>thereto re medical issues protective order by Libby and Insureres | 0.4 |
| 5/18/2009 | Memorandum to client re objection issues | 0.5 |
| 5/18/2009 | Email to B. Ruhlander re fee statement issues | 0.1 |
| 5/19/2009 | Email to and from debtors' counsel re discovery extension | 0.1 |
| 5/19/2009 | Review and analysis of Court's ruling regarding<br>default interest for unsecured creditors | 0.4 |
| 5/19/2009 | Email to and from client re plan objection | 0.1 |
| 5/19/2009 | Review Debtors' appeal designations re Anderson Memorial<br>Hosptial appeal re time-barred Canadian claims | 0.1 |
| 5/19/2009 | Review proposed order re Motion to Strike<br>Whitehouse and email to Libby counsel re requested revision | 0.1 |
| 5/19/2009 | Review COC re Libby motion to amend CMO | 0.1 |

| | | |
|---|---|---|
| 5/20/2009 | Review Deposition Notice of Property Damage expert Denise Martin | 0.1 |
| 5/20/2009 | Review Morgan Stanley Notice of Post Petition Interest | 0.1 |
| 5/20/2009 | Review 2009-2010 Pension contribution motion and exhibits | 0.1 |
| 5/20/2009 | Conference with counsel re AMH re plan objections and email to cllient re same | 0.3 |
| 5/20/2009 | Emails to and from J. Baer re stipulation, review and revisions to proposed nunc pro nunc stipulations | 0.3 |
| 5/20/2009 | Review Plan Objections (ERISA Plaintiffs, Zurich, Morgan Stanley, Tyco, Federal Insurance, AIU, Longacre, General Ins., Scotts Co.) | 2.5 |
| 5/20/2009 | Review Fireman's Fund disputed claims classification | 0.3 |
| 5/20/2009 | Emails to and from Ted Freedman re status and agreements | 0.1 |
| 5/21/2009 | Continued Review of Plan Objections (Allstate, Arrowood, Arrowood Phase II Exculpation Objection, London Market, OneBeacon/Seaton, Federal Insurance, FFIC (as Surety), Firemans Fund, GEICO, Maryland Casualty, TIG, Travelers, CNA, Garlock, Montana, National Union) | 5.2 |
| 5/21/2009 | Review emails from insurer counsel and debtors' counsel re surety bond as phase II issue | 0.1 |
| 5/21/2009 | Email from J. Baer to US Trustee re stipulation | 0.1 |
| 5/22/2009 | Continued Review of Plan Objections (Anderson Memorial, Bank Lender Group, BNSF, Edwards Claimants, Libby Claimants, Nanaimo School District, UCC, City of Vancouver, US Trustee, Montana, UCC) | 4.0 |
| 5/22/2009 | Email to and from Libby Claimants re Moolgavkar and Ory depositions | 0.1 |
| 5/22/2009 | Review June 1 Omnibus Agenda | 0.1 |
| 5/22/2009 | Review Certification of Counsel re nunc pro tunc stipulation for Judge Sanders | 0.1 |
| 5/23/2009 | Review Rebuttal Expert Reports or Surrebuttal Reports of Welch, Henry, Molgaard, Whitehouse, Parker, Stockman, Frank, Friedman, Ory, Weill | 3.0 |

| | | |
|---|---|---|
| 5/26/2009 | Review Motions for Temporary Allowance for Voting by Anderson Memorial, Fireman's Fund, City of Vancouver, Nanaimo School District and Pro Se (Reynolds) | 0.6 |
| 5/26/2009 | Review Motion to Strike Heinze testimony, Response to motion to shorten and order on same | 0.2 |
| 5/26/2009 | Review Amended Item 3 to Plan Supplement | 0.1 |
| 5/26/2009 | Email from Debtors' counsel re depositions and email to client re same | 0.1 |
| 5/26/2009 | Review Debtors' motion to expunge Madison Complex PD POC Amendment | 0.3 |
| 5/26/2009 | Review joint motion to remand re PD Settlement with Macerich LP and order setting status conference | 0.1 |
| 5/26/2009 | Attend (by Telephone) Moolgavkar deposition | 5.8 |
| 5/27/2009 | Emails to and from various counsel regarding rebuttal expert depositions | 0.1 |
| 5/27/2009 | Review disputed claim classification papers of Maryland Casualty; Firemans's Fund and Reynolds (pro se) and email to PI FCR and PI Committee counsel re pro se papers | 0.3 |
| 5/27/2009 | Prepare and File CNO for 8th interim period | 0.2 |
| 5/27/2009 | Review Anderson Memorial deposition notice of Mark Peterson | 0.1 |
| 5/27/2009 | Review Arrowood Joinder in Confirmation objections | 0.1 |
| 5/27/2009 | Prepare and File Third Fee Application of PD FCR and Notice thereof | 0.2 |
| 5/27/2009 | Telephone call from client re pro se claimant and telephone call to pro se claimant | 0.1 |
| 5/27/2009 | Attend (by Telephone) Ory deposition | 4.0 |
| 5/27/2009 | Emails to and from Plan Proponents' counsel re exculpation briefing | 0.1 |
| 5/27/2009 | Review Order regarding Motion to Strike Whitehouse testimony | 0.1 |

| | | |
|---|---|---|
| 5/27/2009 | Review Plan Objection filed by St. Paul/Travelers | 0.1 |
| 5/27/2009 | Review Libby notice of Grace (LaForce and Hughes) | 0.1 |
| 5/28/2009 | Review corrected deposition notice of Thomas Florence | 0.1 |
| 5/28/2009 | Review Nunc Pro Tunc order appointing Judge Sanders | 0.1 |
| 5/28/2009 | Email from Grace re Finke and Austern deposition transcript and email to client re same | 0.1 |
| 5/29/2009 | Review Mathis deposition notice | 0.1 |
| 5/29/2009 | Email from client re status and conference with client's office re depositions | 0.1 |
| 5/29/2009 | Review Motion in Limine re Shein and Priest testimony and motion to shorten time re same | 1.0 |
| 5/29/2009 | Review Professor Martin Reliance Materials re PD opinions | 2.0 |
| 5/29/2009 | Email to client re Lockwood depositions | 0.1 |
| 5/29/2009 | Emails to and from D. Speights and J. Restivo re Martin deposition | 0.1 |

Total: 122.4 hours @ $575.00/hour = $70,380.00

Expenses:   Detail on Exhibit 1– $5,301.01

**Total Fees and Expenses Due:   $75,681.01**

EXPENSES FOR MAY 2009                                                            EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 5/4/2009 | RT Coach Airfare from DFW to Washington DC and change fees | $1,135.20 |
| 5/5/2009 | Dinner | $2.48 |
| 5/5/2009 | Airport Transportation | $84.24 |
| 5/5/2009 | Hotel | $342.36 |
| 5/6/2009 | Taxi | $9.00 |
| 5/6/2009 | Amtrak RT DC/PHL | $206.00 |
| 5/6/2009 | Taxi | $9.00 |
| 5/6/2009 | Taxi | $22.00 |
| 5/6/2009 | Dinner | $45.00 |
| 5/6/2009 | Hotel (Philadelphia) | $227.26 |
| 5/7/2009 | Alamo car rental to Columbia MD | $72.57 |
| 5/7/2009 | Hotel | $187.59 |
| 5/7/2009 | Dinner | $55.00 |
| 5/8/2009 | Gas | $7.94 |
| 5/8/2009 | Dinner | $31.07 |
| 5/9/2009 | Airport Parking | $51.00 |
| 5/12/2009 | RT Coach Airfare (DFW-DCA-ORD-DCA-DFW) | $1,465.00 |
| 5/12/2009 | Hotel in DC | $383.20 |
| 5/12/2009 | Taxi | $16.00 |
| 5/13/2009 | Taxi | $8.00 |
| 5/13/2009 | Metrorail | $4.10 |
| 5/13/2009 | Taxi | $40.00 |
| 5/13/2009 | Hotel in Chicago | $310.54 |
| 5/14/2009 | CTA | $2.00 |
| 5/14/2009 | Taxi | $15.00 |
| 5/14/2009 | Dinner | $55.00 |
| 5/14/2009 | Hotel in DC | $412.20 |
| 5/15/2009 | Dinner | $26.26 |
| 5/18/2009 | Airport Parking | $76.00 |

TOTAL EXPENSES                                                                  $5,301.01

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 7/22/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TENTH MONTHLY INTERIM PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2009 through June 30, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $56,902.00    [80% of $71,127.50] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $7,769.09 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application

---

[1] At 80% of the total incurred.

period Mr. Rich billed 123.7 hours,[2] for a total amount billed of $71,127.50 of which 80% is currently sought, in the amount of $56,902.00.

As stated above, this is the Tenth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Disclosure Statement and Confirmation | 98.1 | $56,407.50 |
| Travel | 45.2   (at 100%) | $12,995.00    (at 50%) |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 3.0 | $1,725.00 |
| TOTAL | 146.3 | $71,127.50 |

## EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| Travel | $7,320.59 |
| Teleconferencing (Hearing and Depositions) | $448.50 |
| TOTAL | $7,769.09 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101  [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 1st day of July, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-4-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (June, 2009)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 6/1/2009 | Prepare and file Ninth Monthly interim Fee Application | 1.5 |
| 6/1/2009 | Travel (non-productive) from Dallas to Washington DC (5 hrs.@ 50%) | 2.5 |
| 6/1/2009 | Review CNA's objection to motion to shorted re Motion in Limine re Schein and Priest testimony | 0.1 |
| 6/1/2009 | Review Anderson Memorial's deposition notices of Mark Schelnitz and Jay Hughes | 0.1 |
| 6/1/2009 | Review COC and Stipulation and Order resolving Libby Claimants' wrongful death and loss of consortium standing objection | 0.1 |
| 6/1/2009 | Review Phase I trial briefs and exhibit books of General Insurance Co. and GEICO/Republic/Seaton | 2.2 |
| 6/1/2009 | Reivew revised Deposition Calendar as of 6/1 | 0.1 |
| 6/2/2009 | Continue Review of Phase I trial briefs and exhibit books of Firemans Fund/Allianz, Arrowood (Phase I), AIU Joinder, Arrowood (Exculpation), AXA Belgium, CNA | 5.0 |

| | | |
|---|---|---|
| 6/2/2009 | Review Amended Notice of Deposition of Bill Longo by Anderson Memorial and Notice of Gale Stockman | 0.1 |
| 6/2/2009 | Review Firemans Fund joinder in limited objection to hearing on shortened notice re Schein and Priest | 0.1 |
| 6/2/2009 | Review Motion of UCC to amend CMO and Motion to Shorten Notice | 0.3 |
| 6/2/2009 | Review revised Deposition Calendar as of 6/2 | 0.1 |
| 6/2/2009 | Review renewed motion re settlement of Macerich property damage claim | 0.1 |
| 6/3/2009 | Deposition of Dr. Welch | 8.0 |
| 6/3/3009 | Review motion of Bank Lender group amend CMO and joinder in UCC Motion to Shorten Notice | 0.3 |
| 6/3/2009 | Telephone call with D Speights re PD CMO | 0.1 |
| 6/3/2009 | Travel (non-productive) from Washington DC to Dallas (8 hrs.@ 50%) | 4.0 |
| 6/4/2009 | Review Notice of appeal of bank lender group | 0.1 |
| 6/4/2009 | Review order shortening notice re Motion in Limine and order shortening notice of motion to modify CMO | 0.1 |
| 6/4/2009 | Review Firemans Fund joinder in other insurers' trial briefs | 0.1 |
| 6/4/2009 | Review Debtors' monthly operating report | 0.1 |
| 6/4/2009 | Email to Dan Speights re PD CMO | 0.2 |
| 6/4/2009 | Review Debtors' Motion for Protective Order re Shelnitz deposition | 0.2 |
| 6/4/2009 | Review email from debtor re logistics for pretrial conference | 0.1 |
| 6/4/2009 | Review deposition calendar as of 6/4 | 0.1 |
| 6/4/2009 | Prepare Fourth Monthly interim Fee Application of PD FCR | 1.0 |
| 6/5/2009 | Attend (by telephone) Deposition of Dr. Arthur Frank | 6.0 |

| 6/5/2009 | Reivew emails from J. Baer and Court re binder and exhibit procedures for Phase I trial | 0.1 |
|---|---|---|
| 6/5/2009 | Review Deposition Notice of Pam Zilly | 0.1 |
| 6/5/2009 | Letter from L. Esayian re Document Production site | 0.1 |
| 6/7/2009 | Email to Client re status of fee applications | 0.1 |
| 6/8/2009 | Travel (non-productive) to Los Angeles for Peterson Depo. (5 hrs.@50%) | 2.5 |
| 6/8/2009 | Email from Debtors' counsel re Debtors' Phase I trial exhibits | 0.1 |
| 6/8/2009 | Review Dr. Florence update to Whitehouse rebuttal report | 0.1 |
| 6/8/6009 | Review Notice of resumption of Deposition of Dr. Whitehouse | 0.1 |
| 6/8/2009 | Review affidavit re "550 database" and Certificate of Counsel re same | 0.1 |
| 6/8/2009 | Review Zurich Phase I exhibits | 0.1 |
| 6/8/6009 | Review designations of items for appeal filed by the bank lender group and UCC | 0.1 |
| 6/8/2009 | Review Libby Claimants Motion to Reconsider Whitehouse order | 0.5 |
| 6/9/2009 | Deposition of Dr. Mark Peterson | 6.3 |
| 6/9/2009 | Review of Bank Lender Group Phase I trial exhibits | 0.2 |
| 6/9/2009 | Review Declaration of BMC re Vote Tabulation re Plan | 0.1 |
| 6/9/2009 | Review Plan Proponents' Phase I trial briefing | 1.5 |
| 6/10/2009 | Review ACC deposition of Jay Hughes and Debtors' notice of deposition of Dr. Whitehouse | 0.1 |
| 6/10/2009 | Review of revised deposition calendar as of 6-9 | 0.1 |
| 6/10/2009 | Review Fee Auditors report regarding 31st quarterly hearing | 0.1 |
| 6/10/2009 | Review Exhibit A to the Plan vote tabulation declaration | 0.2 |

| | | |
|---|---|---|
| 6/10/2009 | Travel (non-productive) from Los Angeles to New York (7.6 hrs.@50%) | 3.8 |
| 6/11/2009 | Attend deposition of property damage expert Denise Martin | 2.3 |
| 6/11/2009 | Attend (by telephone) portion of Deposition of Jay Hughes | 6.0 |
| 6/11/2009 | Email re cancellation of deposition of Dr. Weill | 0.1 |
| 6/11/2009 | Letter from Libby Claimants' counsel re production of documents | 0.1 |
| 6/11/2009 | Review BNSF deposition notice of the debtors | 0.1 |
| 6/11/2009 | Review Arrowood Response to Motion to Strike expert report of Professor Priest | 0.5 |
| 6/11/2009 | Review Plan Proponents' Response to Lenders' motion to modify CMO | 0.4 |
| 6/11/2009 | Travel (non-productive) from New York City to Dallas, via Chicago (arriving 6-12), after cancellation of all NYC to DFW flights because of Dallas weather (total 7.6 hrs.@50%) | 3.8 |
| 6/12/2009 | Attend (by telephone) portion of Deposition of Elihu Insulbuch | 2.8 |
| 6/12/2009 | Review Deposition Notices from Arrowood (Kujawa, Heberling, Libby Claimants, BNSF, Spear, Spady and Shea) and from Libby (CNA, Maryland Casualty, Arrowood) | 0.2 |
| 6/12/2009 | Review Maryland Casualty notices of Libby and BNSF | 0.1 |
| 6/12/2009 | Review order shortening notice re Motion to modify CMO | 0.1 |
| 6/12/2009 | Review Agenda for June 18 hearing | 0.1 |
| 6/12/2009 | Review Notice of Filing of Exhibits to Arrowood Response to Motion to Strike expert report of Professor Priest | 0.3 |
| 6/12/2009 | Review email correspondence among counsel re meet and confer for Phase I hearing | 0.1 |
| 6/12/2009 | Review email correspondence among counsel re designation of witnesses on behalf of BNSF | 0.1 |
| 6/15/2009 | Review BNSF Motion to Quash | 0.1 |

| | | |
|---|---|---|
| 6/15/2009 | Emails from Debtors and insurers re issues for meet and confer | 0.1 |
| 6/15/2009 | Review Schwartz Declaration re Motion in Limine response | 0.1 |
| 6/15/2009 | Letter to Court from CNA re exhibits for Phase I | 0.1 |
| 6/15/2009 | Review Debtors' response to Fireman's Fund's interrogatories re surety obligation | 0.1 |
| 6/15/2009 | Review Debtors' objection to temporary allowance of AMH, Vancouver and Nanaimo claims for voting purposes | 0.2 |
| 6/15/2009 | Review UCC Document Request to Debtors | 0.1 |
| 6/15/2009 | Draft and attend to filing of PD FCR's Phase II witness list | 0.2 |
| 6/15/2009 | Email to K. Love at Kirkland and Ellis re deposition transcripts and exhibits | 0.1 |
| 6/15/2009 | Review witness lists of Scotts, General Insurance, FFIC (as surety), Allstate, CNA, PD Committee, Anderson Memorial, Fireman's Fund (non-surety), Allianz, Canada Claimants, Maryland Casualty, Federal Insurance, Zurich, ACC/FCR, OneBeacon, Seaton, BNSF, GEICO, Republic, AXA Belgium, Longacre, UCC | 0.6 |
| 6/15/2009 | Review Correspondence to Debtors re status of Finke and Posner | 0.1 |
| 6/15/2009 | Review Bank Lenders' Motion for Leave to Reply and review Reply re motion to modify CMO | 0.3 |
| 6/15/2009 | Review Anderson Memorial's Requests for Production on feasability issues | 0.1 |
| 6/16/2009 | Review witness lists of the Debtors, ACC, PI FCR London Market Insurers, Libby claimants, and the bank lender group | 0.1 |
| 6/16/2009 | Email to client re status of witness lists | 0.1 |
| 6/16/2009 | Review Agenda for Phase I confirmation hearing | 0.1 |
| 6/16/2009 | Review Debtors' objections to documents | 0.3 |
| 6/16/2009 | Review Debtors' 6-16 draft chart of confirmation objections | 0.4 |

| | | |
|---|---|---|
| 6/16/2009 | Attend (by telephone) deposition of Dr. Whitehouse | 8.0 |
| 6/16/2009 | Review Joinder of Libby Claimants in UCC discovery requests to debtors | 0.1 |
| 6/16/2009 | Review Joinder of the UCC in the bank lender group's motion for leave to reply and reply brief | 0.1 |
| 6/17/2009 | Draft and file CNO for PD FCR's Third Fee Application | 0.1 |
| 6/17/2009 | Telephonic meet and confer regarding phase I issues | 1.3 |
| 6/17/2009 | Review 6-16 deposition calendar | 0.1 |
| 6/17/2009 | Attend (by telephone) deposition of Dr. Stockman | 5.0 |
| 6/17/2009 | Review amended hearing agenda for 6-18 | 0.1 |
| 6/17/2009 | Review order granting leave to reply re motion to amend CMO | 0.1 |
| 6/17/2009 | Review article regarding today's EPA emergency declaration in Libby | 0.1 |
| 6/18/2009 | Review Amended Agenda and Second Amended Agendas for Phase I | 0.1 |
| 6/18/2009 | Attend (by telephone) Pre-trial conference and motions hearing | 4.8 |
| 6/18/2009 | Review certain insurers Posner, Austern, Lockwood and Finke deposition designations | 0.3 |
| 6/18/2009 | Review Notice of telephonic hearing re BNSF motion to quash | 0.1 |
| 6/18/2009 | Review Revised 30(b)(6) Notice of Grace (LaForce) and Dr. Friedman | 0.1 |
| 6/18/2009 | Review proposed stipulation re exhibits | 0.1 |
| 6/19/2009 | Review Order regarding June 29 Omnibus hearing | 0.1 |
| 6/19/2009 | Review certain insurers Insulbuch and Hughes deposition designations | 0.2 |
| 6/19/2009 | Plan Proponents' Joint Motion for Leave From Scheduling Order and to Shorten Notice Period on Motion to Exclude the Expert Report and Testimony of Dr. Terry M. Spear, and Arrowood's joinder in same | 0.1 |

| | | |
|---|---|---|
| 6/19/2009 | Plan Proponents' Joint Expedited Motion in Limine to Exclude the Expert Report and Testimony of Dr. Terry M. Spear and Appendicies | 0.6 |
| 6/19/2009 | Review Supreme Court opinion in Travelers case | 0.4 |
| 6/19/2009 | Email correspondence re LaForce Deposition and Libby Claimant depositions | 0.1 |
| 6/19/2009 | Emails between various counsel regarding trial narratives | 0.1 |
| 6/20/2009 | Review proposed order re Phase I of confirmation | 0.1 |
| 6/20/2009 | Review Powers declaration re GEICO policies | 0.1 |
| 6/20/2009 | Review Order regarding BNSF motion to shorten time re motion to quash | 0.1 |
| 6/20/2009 | Review certain insurers sealed deposition designations of J. Posner | 0.1 |
| 6/20/2009 | Review third amended hearing agenda for Phase I confirmation hearing | 0.1 |
| 6/20/2009 | Review of revisions to chart of objections | 0.1 |
| 6/20/2009 | email from insurer re Priest testimony | 0.1 |
| 6/21/2009 | Travel (non-productive) from Dallas to Pittsburgh (5.4 hrs.@50%) | 2.7 |
| 6/22/2009 | Phase I Confirmation Hearing (Day 1) | 8.6 |
| 6/22/2009 | Review GEICO, Republic and Seaton Insurance Companies pre-trial statement with respect to Phase I of the Confirmation Hearing and Amended Powers Declaration | 0.2 |
| 6/22/2009 | Review Plan Proponents' Bench Brief re Deposition testimony | 0.1 |
| 6/22/2009 | Review CNA's pretrial narrative | 0.1 |
| 6/22/2009 | Pre-Trial statement of AXA Belgium | 0.1 |
| 6/22/2009 | Pre-Trial Statement of General Insurance and Declaration of James Downey | 0.1 |
| 6/22/2009 | Review Order regarding Hearing on Motion in Limine re Spear | 0.1 |
| 6/22/2009 | Review ACC deposition notice of Dr. Moolgard | 0.1 |

| | | |
|---|---|---|
| 6/22/2009 | Certifications of Counsel re Fireman's Fund claims and re Defined Benefit Plan Contributions and CNO re Macerich Property Damage Claim | 0.1 |
| 6/23/2009 | Draft CNO re ABR Ninth Fee Application | 0.2 |
| 6/23/2009 | Review Agenda for June 29 Omnibus | 0.1 |
| 6/23/2009 | Phase I Confirmation Hearing (Day 2) | 5.0 |
| 6/23/2009 | Travel (non-productive) from Pittsburgh to Dallas (6.6 hrs.@50%) | 3.3 |
| 6/23/2009 | Conference with client re status | 0.1 |
| 6/24/2009 | Review Motion to approve settlement with the Royal parties | 0.3 |
| 6/24/2009 | Review Debtors' counterdesignations in Default Interest appeals | 0.1 |
| 6/24/2009 | Emails re postponement of LaForce Deposition | 0.1 |
| 6/24/2009 | Review of Debtors' Amended Final Witness List | 0.1 |
| 6/24/2009 | Review Order resetting hearings | 0.1 |
| 6/25/2009 | Attend (by telephone) deposition of Dr. Moolgard | 6.0 |
| 6/25/2009 | Review Fireman's Fund's Notice of filing and service of Trial Exhibits | 0.1 |
| 6/25/2009 | Telephone conference with AMH counsel re LaForce Deposition and other feasability scheduling matters | 0.2 |
| 6/26/2009 | Review Libby discovery re Royal Settlement | 0.1 |
| 6/26/2009 | Review Certification of Counsel re 31st Quarterly Fee Application | 0.1 |
| 6/26/2009 | Review revised Deposition Calendar as of 6/26 | 0.1 |
| 6/26/2009 | Review Insurers' Supplemental Lockwood designations and exhibits | 0.3 |
| 6/26/2009 | Prepare and attention to filing the CNO for the 4th monthly fee application of the PD FCR | 0.2 |
| 6/26/2009 | Review errata sheets to Lockwood deposition | 0.1 |

| | | |
|---|---|---|
| 6/26/2009 | Review deposition notices of Powers, Kelley, MacDonald and Florence | 0.2 |
| 6/26/2009 | Review Amended Agenda for June 29 hearing | 0.1 |
| 6/26/2009 | Review GEICO, Republic and Seaton Insurance Companies' proffer of evidence for Phase I of the Confirmation Hearing | 0.2 |
| 6/26/2009 | Review Certain Insurance Companies' proffers of evidence for Phase I of the Confirmation Hearing and of proffer of deposition excerpts | 0.2 |
| 6/26/2009 | Review AXA proffer for Phase I (McCabe Declaration) | 0.1 |
| 6/26/2009 | Review proposed orders from Phase I hearing from Debtors' counsel | 0.2 |
| 6/29/2009 | Telephonic Omnibus hearing | 1.0 |
| 6/29/2009 | Review UCC proposed changes to the class 9 impairment hearing order | 0.1 |
| 6/29/2009 | Review return of Lockwood subpoena | 0.1 |
| 6/29/2009 | Review of revised deposition calendar as of 6-29 | 0.1 |
| 6/30/2009 | Review Freegood and Shelnitz Declarations | 0.1 |
| 6/30/2009 | Review ACC's amended deposition notices of MacDonald, Powers & Kelley | 0.1 |
| 6/30/3009 | Review Certification of Counsel re Project Categories | 0.1 |
| 6/30/2009 | Review Revised Deposition Calendars as of 6/30 | 0.1 |

Total: 123.7 hours @ $575.00/hour = $71,127.50

Expenses:   Detail on Exhibit 1– $7,769.09

**Total Fees and Expenses Due:   $78,896.59**

EXPENSES FOR JUNE 2009                                                        EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 5/22/2009 | Court Call for May 21 hearing | $97.50 |
| 5/26/2009 | Court Reporter's Teleconference Bill for Moolgavkar Deposition | $201.00 |
| 6/1/2009 | RT Coach Airfare to Washington DC    (Florence [xcld] and Welch Depos) | $685.20 |
| 6/1/2009 | Lunch | $14.46 |
| 6/1/2009 | Taxi from IAD to Hotel | $70.00 |
| 6/1/2009 | Hotel tips (cash) | $5.00 |
| 6/2/2009 | Hotel -- **2 nights** -- Washington DC | $677.12 |
| 6/2/2009 | Dinner | $55.00 |
| 6/3/2009 | Lunch | $7.69 |
| 6/3/2009 | Dinner | $23.95 |
| 6/3/2009 | Metrorail | $2.05 |
| 6/3/2009 | DFW Airport Parking | $51.00 |
| 6/5/2009 | Court reporting fee for teleconferencing at Frank deposition | $150.00 |
| 6/8/2009 | Coach Airfare DFW-BUR-JFK-DFW   (Peterson and Martin Depos) | $1,099.30 |
| 6/8/2009 | Hotel  (Los Angeles) | $258.79 |
| 6/8/2009 | Hotel tips (cash) | $5.00 |
| 6/8/2009 | Parking | $16.00 |
| 6/8/2009 | Breakfast | $23.00 |
| 6/8/2009 | Lunch | $35.00 |
| 6/8/2009 | Dinner | $50.49 |
| 6/9/2009 | Hotel  (Los Angeles) | $285.36 |
| 6/9/2009 | Lunch | $14.04 |
| 6/9/2009 | Dinner | $55.00 |
| 6/10/2009 | Gasoline | $28.61 |
| 6/10/2009 | Dinner | $55.00 |
| 6/10/2009 | Taxi JFK to Hotel | $53.00 |
| 6/10/2009 | Hotel (New York) | $443.80 |
| 6/11/2009 | Taxi to deposition | $8.00 |
| 6/11/2009 | Taxi to JFK | $53.00 |
| 6/11/2009 | Hotel (Chicago -- due to weather diversion) | $275.81 |
| 6/11/2009 | Dinner | $24.38 |
| 6/12/2009 | DFW Airport Parking | $71.00 |
| 6/21/2009 | RT Coach Airfare and change fees DFW-PIT (Phase I hearing) | $1,409.20 |
| 6/21/2009 | Hotel (William Penn) -- **two nights** | $499.32 |
| 6/21/2009 | Taxi from Airport | $45.00 |
| 6/22/2009 | Breakfast | $25.00 |
| 6/22/2009 | Lunch | $7.75 |
| 6/22/2009 | Dinner | $45.00 |
| 6/22/2009 | Hotel Tips (cash) | $5.00 |
| 6/23/2009 | Lunch | $9.57 |
| 6/23/2009 | Airport Parking (DFW) | $54.00 |
| 6/29/2009 | RT Coach Airfare DFW-LGA for LaForce depo (rescheduled; to be reused) | $774.70 |
|  | TOTAL EXPENSES | $7,769.09 |