**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Re: Docket No. _____ |

**ORDER GRANTING ARROWOOD'S**
**MOTION FOR RELIEF AGAINST THE LIBBY CLAIMANTS**

Upon the Motion of Arrowood for Relief Against the Libby Claimants Based on Their Designation of Over 100 Witnesses for the Confirmation Hearing [Docket No. 22491] (the "Motion"); and the Court having considered the Motion, and after due deliberation; and it appearing that sufficient cause exists for granting the requested relief; it is hereby

ORDERED this _____ day of August 2009, that the Motion is GRANTED.

THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE