**Summary of PwC's Fees By Individual:**
**Thirty Third Interim Quarterly Reporting Period**
**April 1 - June 30, 2009**

Professoinal Profiles
W. R. Grace - Time Tracking Summary
For the Quarter Ended June 30, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John Newstead | Audit Partner | 10+ | Integrated Audit | 647.70 | 8.4 | 5,440.68 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | 990.60 | 3.0 | 2,971.80 |
| Robert Keehan | Audit Partner | 20 | Integrated Audit | 698.50 | 5.5 | 3,841.75 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | 698.50 | 89.5 | 62,515.75 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | 840.18 | 4.0 | 3,360.72 |
| George Baccash | Tax Partner | 30 | Integrated Audit | 582.40 | 43.0 | 25,043.20 |
| Jennifer James | Director | 16 | Integrated Audit | 698.50 | 1.0 | 698.50 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | 624.84 | 1.5 | 937.26 |
| Rafael Garcia | Director | 15 | Integrated Audit | 384.80 | 41.5 | 15,969.20 |
| Paul Francis | Director | 15 | Integrated Audit | 793.76 | 0.5 | 396.88 |
| Jesse Tracey | Director | 11 | Integrated Audit | 552.45 | 1.0 | 552.45 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | 410.21 | 187.5 | 76,914.38 |

| Name | Title | | | | |
|---|---|---|---|---|---|
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | 717.55 | 2.1 | 1,506.86 |
| David Sands | Audit Senior Manager | 8 | Integrated Audit | 410.21 | 27.5 | 11,280.78 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | 297.18 | 6.4 | 1,901.95 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | 428.64 | 1.5 | 642.96 |
| Joanna Own | Tax Manager | 4 | Integrated Audit | 291.20 | 52.2 | 15,200.64 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | 220.98 | 34.5 | 7,623.81 |
| Karen Chiem | Audit Senior Associate | 4 | Integrated Audit | 220.98 | 11.0 | 2,430.78 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | 227.33 | 49.7 | 11,298.30 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | 218.40 | 49.0 | 10,701.60 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | 368.30 | 5.3 | 1,951.99 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | 156.21 | 92.7 | 14,480.67 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | 156.21 | 201.0 | 31,398.21 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | 227.33 | 4.8 | 1,091.18 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | 209.55 | 264.0 | 55,321.20 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | 156.21 | 152.5 | 23,822.03 |
| Karen Geung | Audit Senior Associate | 4 | Integrated Audit | 223.52 | 19.7 | 4,403.34 |
| Jian Hui Lee | Advisory Associate | 2 | Integrated Audit | 298.45 | 2.0 | 596.90 |
| Todd Chesla | Tax Senior Associate | 2 | Integrated Audit | 218.40 | 24.5 | 5,350.80 |

| Alan Harkatz | Tax Associate | 2 | Integrated Audit | 150.80 | 30.9 | 4,659.72 |
|---|---|---|---|---|---|---|
| George Hannigan | Audit Associate | 2 | Integrated Audit | 170.18 | 30.0 | 5,105.40 |
| Eric LaBorde | Audit Associate | 2 | Integrated Audit | 175.26 | 1.0 | 175.26 |
| Kellen DeMarco | Audit Associate | 2 | Integrated Audit | 175.26 | 4.0 | 701.04 |
| Kristina Johnson | Audit Associate | 1 | Integrated Audit | 123.19 | 167.0 | 20,572.73 |
| Kapisha Saigal | Audit Associate | <1 | Integrated Audit | 153.67 | 4.0 | 614.68 |
| Phillip Crosby | Audit Associate | 3 | Integrated Audit | 175.26 | 4.5 | 788.67 |
| Karen Spencer | EA | 24 | Integrated Audit | 114.30 | 5.0 | 571.50 |
| **Grand Total** | | | | | **1,633.2** | **432,835.57** |

Summary of PwC's Fees By Project:
Thirty Third Interim Quarterly Reporting Period
April 1 - June 30, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |

| Category | | |
|---|---|---|
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee - Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 81.8 | $11,263.68 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |

| | | |
|---|---|---|
| 24-Other | | |
| 25-Accounting/Auditing | 1,633.2 | $432,835.57 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,715.0 | $444,099.25 |

PricewaterhouseCoopers LLP
Summary of Expenses
Thirty Third Interim Quarterly Reporting Period
April 1 - June 30, 2009

| Type of Expense | |
|---|---|
| Transportation | $3,720.60 |
| Lodging | 521.02 |
| Sundry | 93.56 |
| Business Meals | 185.33 |
| Grand Total for the Fee Period January 1 through March 31, 2009 | $4,520.51 |