**INDEX OF EXHIBITS CITED IN THE PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF ALAN WHITEHOUSE, M.D., ARTHUR FRANK, M.D., CRAIG MOLGAARD, PH.D.,AND TERRY SPEAR, PH.D.**

| EXHIBIT NO. | DATE | DOCUMENT |
|---|---|---|
| 1 | 12/23/2008 | Expert Report of Dr. Arthur Frank |
| 2 | 5/18/2009 | Sur-rebuttal Report of Dr. Craig Molgaard (Epidemiology) |
| 3 | 12/29/2008 | Expert Report of Dr. Terry Spear |
| 4 | 6/15/2005 | General Affidavit of Dr. Alan C. Whitehouse |
| 5 | 12/29/2008 | Expert Report of Dr. Alan Whitehouse |
| 6 | 3/19/2009 | Videotaped Deposition of Alan C. Whitehouse |
| 7 | 6/16/2009 | Videotaped Deposition Upon Oral Examination of Alan C. Whitehouse, M.D. |
| 8 | 6/5/2009 | Deposition of Arthur L. Frank, M.D., Ph.D. |
| 9 | 6/25/2009 | Videotaped Deposition of Craig Molgaard, Ph.D. |
| 10 | 7/29/2009 | Videotaped Deposition of Terry M. Spear, Ph.D. |
| 11 | 2000 | ILO, *Guidelines for the Use of the ILO Int'l Classification of Radiographs of Pneumoconioses*, O.S.H. No. 22 |
| 12 | 2004 | ATS, *Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos*, 170 Am. J. Respir. Crit. Care Med. 691 |
| 13 | 3/4/09 | *United States v. W.R. Grace*, Trial Transcript, Vol. 7 |
| 14 | 4/6/2009 | Rebuttal Report of Suresh H. Moolgavkar, M.D., Ph.D. |
| 15 | 5/16/09 | Sur-rebuttal and Supplemental Expert Report by Dr. Alan Whitehouse |
| 16 | 4/6/2009 | Rebuttal Expert Report of Dr. Howard Ory |
| 17 | 10/18/07 | Videotaped Deposition of Alan C. Whitehouse, M.D. |

| **EXHIBIT NO.** | **DATE** | **DOCUMENT** |
|---|---|---|
| 18 | 2004 | Alan Whitehouse, *Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana*, 46 Am. J. Indus. Med. 219 |
| 19 | 12/23/08 | Expert Report of Laura S. Welch, M.D., F.A.C.P, F.A.C.O.E.M. |
| 20 | 12/29/08 | Rebuttal Report of Daniel A. Henry, M.D. in Response to Expert Report of Alan C. Whitehouse |
| 21 | 2005 | D. Hanel et al., Imaging of Diseases of the Chest 450-61, 1056-62 (4th ed. 2005) |
| 22 | 2004 | Amiele et al., *Asbestos-Related Pleural Diseases: Dimensional Criteria Are not Appropriate to Differentiate Diffuse Pleural Thickening from Pleural Plaques*, 45 Am. J. Ind. Med. 289 |
| 23 | 1991 | R. Lilis et al., *Pulmonary Function and Pleural Fibrosis: Quantitative Relationships With an Integrative Index of Pleural Abnormalities*, 20 Am. J. Indus. Med. 145 |
| 24 | 1999 | R. Fraser et al., 4 *Fraser & Pare's Diagnosis of Diseases of the Chest* 2430-37 (4th ed.) |
| 25 | 5/15/2009 | Response of Dr. Frank and Dr. Whitehouse to Grace's Dr. J. Parker Report |
| 26 | 5/15/2009 | Response of Dr. Frank and Dr. Whitehouse to Grace's Dr. D. Weill Report |
| 27 | 5/15/2009 | Response of Dr. Frank and Dr. Whitehouse to Report of the ACC's Dr. L. Welch, March 2009 |
| 28 | 7/10/2009 | Supplemental Expert Report of Dr. Craig Molgaard |