# EXHIBIT 1

## EXPERT REPORT OF DR. ARTHUR FRANK

### A.    Qualifications.

1.      I am Dr. Arthur L. Frank.  My work address is Drexel University School of Public Health, 1505 Race Street, 13th Floor, Philadelphia, PA  19102.

2.      I am a physician currently licensed in Pennsylvania and Texas.  I practice occupational Medicine, in which I am board certified, as well as being certified in internal medicine.

3.      My curriculum vitae is attached as Exhibit A.

4.      My Ph.D. degree is in Biomedical Sciences, and the original research carried out to be awarded this degree had to do with the effects of asbestos on organ cultures.  I have also published on the effects of asbestos on cell cultures as well as populations exposed to asbestos.

5.      I studied at the Mount Sinai School of Medicine with Dr. Irving Selikoff and have been involved with asbestos-related activities since 1968.

6.      I have been an invited speaker on the subject of asbestos-related disease on numerous occasions and have lectured throughout the United States as well as internationally.  I have spoken on the subject of asbestos in such countries as Austria, England, Brazil, Italy, Israel, India, Thailand, China and elsewhere.  I have given the keynote address on the subject of asbestos before the American College of Occupational and Environmental Medicine and the comparable group in Canada.

7.      I have examined thousands of asbestos exposed workers either in person or

by x-ray evaluation.

8.      My current professional activities include biomedical research, teaching, departmental administration, service activities to my school, university, state, national and international organizations, and time spent doing medical-legal work, which I have been doing on a regular basis since the latter part of the 1970s. Most of my medical-legal work has had to do with asbestos although I have also been engaged in assessment of persons exposed to silica, coal, gasoline, benzene and several other exposures. I have, over these decades, been deposed many times and testified in court frequently.

9.      My curriculum vitae list the dozens of publications I have authored or co-authored on the subject of asbestos. Most articles have appeared in the peer reviewed literature.

10.      I have worked in the area of occupational medicine for a number of companies, governmental agencies, and have collaborated with unions on a variety of occupational health issues.

11.      I have served as an advisor or consultant on the subject of asbestos to a variety of federal and state agencies including the EPA, NIOSH, OSHA and have worked with the National Academy Institute of Medicine on the subject of asbestos. I have advised international governmental agencies on the hazards of asbestos.

**B.      The Nature of Asbestos.**

12.      There are six fiber types regulated as asbestos, five amphiboles (crocidolite, amosite, tremolite, anthophyllite, and actinolite), and one serpentine form (chrysotile).

There are numerous other fibrous materials that are considered asbestiform, and other fibers that have been studied for their ability to produce malignancy, specifically mesothelioma.

13.    In addition to asbestos, which is the primary cause of mesothelioma in North America, and much of the rest of the world, studies have shown mesothelioma developing after exposure to fibrous zeolites in Turkey and to fluoro-edenite in Sicily. A variety of fibers, including man-made fibers, have produced mesotheliomas in animal studies.

14.    It has been generally agreed that all mineralogic forms of asbestos produce a wide range of diseases, and there is a considerable body of data that there may well be differences in the biological effects of different fiber types.

15.    Asbestos fibers are both inhaled and ingested and can cause disease. Asbestos fibers that are ingested are distributed elsewhere into other parts of the body as well as being removed from the lungs. There is scientific literature that reviews the rate of clearance from lung tissue which documents removal of chrysotile to occur more quickly than amphiboles. I am not aware of any studies that look at asbestiform or other fibrous materials as to the rate of clearance from the lung except for some man-made fibers that have been looked at for their biopersistence.

## C.    Asbestos-Related Diseases.

16.    There are two types of disease caused by asbestos, non-malignant (benign) and malignant (cancerous). As noted above, all the fiber types are known to produce all

of these diseases, although there is literature about differences in response based upon different fiber types.

17.     The non-malignant diseases include asbestos skin warts (of which nothing further will be discussed), benign asbestotic pleural effusion, and asbestosis. Benign asbestotic pleural effusion is generally an uncommon finding, often thought of as the first manifestation of an asbestos disease, often seen within ten years of first exposure. It is characterized by a bloody pleural effusion, without an underlying malignancy. In Libby, Montana, the rate of benign pleural effusions appears to be more frequent than is generally seen in other populations, this view coming from clinical impressions.

18.     Asbestosis is one of the pneumoconioses, or dust diseases of the lung, first described by Dr. Zenker, a pathologist, in 1867. There are numerous pneumoconioses in addition to asbestosis, including silicosis, coal workers pneumoconiosis, talcosis, and others. Asbestosis can be further divided into two types, parenchymal asbestosis and pleural asbestosis. Not all agree to this distinction, but it can be justified by various scientific facts. Parenchymal asbestosis is characterized by fibrotic changes in the lung tissue itself, caused by exposure to asbestos. These changes generally are not seen earlier than ten years after first exposure. Progression after cessation of exposure is dependent on the ILO category at that time; more progression occurs with higher levels. There are reports of disease occurring in less than ten years, but generally with heavy levels of exposure. Pleural asbestosis, a term not accepted by all, develops when fibrotic changes occur in the pleura. Simply calling it pleural plaquing or pleural fibrosis makes no

difference with regard to what is noted. These changes generally do not occur prior to ten years either, and in many populations are often clinically inapparent. Low level exposures that produce pleural asbestosis are rarely clinically significant by themselves, and rarely progress. Here we have a significant difference in that among the people of Libby, both those occupationally exposed and those only environmentally exposed, there appears to be much more progression, and has also been found to be the cause of death in a much larger percentage of cases than noted elsewhere. The one exception to this is the significant diseases seen in the Anatolian Plain of Turkey where there is environmental evidence of significant pleural disease as well as mesothelioma.

19.   There are numerous malignant changes caused by asbestos. Many carcinogens appear to cause only one or a few different forms of malignant disease, although asbestos seems to cause many more malignant diseases than most carcinogens. The cancers caused by asbestos include:  (1) lung cancers of several cell types,  (2) mesothelioma in several sites (pleural, peritoneal, pericardial and testicular), (3) a variety of gastrointestinal tract cancers (esophageal, stomach, colon, etc.) (4) laryngeal cancer and (5) kidney cancer. There is a significant synergistic effect between smoking and asbestos with the development of lung cancers. In general, cancers do not begin to appear before 10-15 years from first exposure; the risk of asbestos-related cancers will last throughout a person's lifetime. There appears to be a dose response relationship with the development of all cancers, without evidence of a threshold, as there is for the development of asbestosis. There appears to be no "safe" level of exposure to asbestos.

Data exists that very short periods of exposure give rise to excess cases of cancer; in animals this can be as short as one day and human data shows less than a month of exposure will double the risk of lung cancer.

**D.     Methods of Diagnosis.**

20.     The diagnosis of asbestos-related disease is based upon standard medical practice. First, one needs to obtain a history of exposure to asbestos. This is the most critical documentation of exposure to asbestos, more important than any tissue evaluation. One problem with obtaining a history is that individuals may not always know that they have been exposed to asbestos, especially with environmental exposure rather than in occupational settings. Physical exam findings related to asbestos exposure occur in a minority of individuals with asbestos-related disease. For non-malignant disease this would include rales, dusky lips and/or nailbeds, changes in fingernails or other findings of chronic lung disease. Radiologic evidence is what is usually available in individual cases and may be either in the form of chest X-rays, often of several views, or from CT scans. There are characteristic changes that can be found, related either to fibrosis in the lungs or the pleura. Pulmonary function testing may or may not be abnormal, and may show restrictive changes, obstructive change, or both. Advanced testing such as diffusing capacity may also be abnormal. Rarely available, but often helpful if available, is tissue which allows for pathologic evaluation. Cancers, on occasion, are diagnosed only on a clinical basis, but the best data comes from pathologic evaluation of tissue. Such tissue can make the diagnosis of both non-malignant and malignant disease.

## E.    The Libby Experience.

21.    The method of evaluation of individuals exposed to Libby vermiculite and its contaminants is no different from the evaluation of any other asbestos exposed group. Numerous studies making use of standard medical and scientific evaluation techniques have been carried out on the Libby cohort. What makes the Libby experience strikingly different from many other situations are the findings that are available. While the diseases found in the Libby cohort have been the same, their time to onset, clinical pattern, and impact on those environmentally exposed is different than in pleural cohorts elsewhere.

22.    The Libby cohort is characterized by predominately pleural disease. In the Peipins (2003) summary of ATSDR screenings in 2000 and 2001, of the 6,668 participants, 18% had pleural abnormalities and under 1% had interstitial abnormalities. Similarly, Whitehouse (2004) found in 123 patients with two or more sets of pulmonary function tests, 55% had pleural disease with no interstitial fibrosis and 45% had pleural disease with only minimal interstitial fibrosis. No patient in the study had advanced interstitial disease.

Few asbestos disease cohorts are reported as predominately pleural disease. Cohorts which may be considered predominately pleural include those in Turkey, Corsica and those living near the Finnish anthophyllite mining activities. None of these are reported as being progressive, severe or leading to pleural death. Mesothelioma cases are reported. Most asbestos disease cohorts show predominately interstitial, with a lesser

pleural disease component, which is rarely progressive and rarely severe. This is in sharp contrast to the Libby cohort, which is predominately pleural, and the pleural disease is generally progressive and often severe.

In the Libby community, pleural disease is widespread. Peipins (2003) uses "central Lincoln County" with a relatively stable population of 9,521 for the past 30 years as a definition of the affected area in and about Libby, Montana. The expert report of Dr. Whitehouse informs as to total numbers diagnosed and numbers with positive screenings, amounting to a very significant percentage of the local community population. Similar numbers for proper comparison are not generally available from other pleural cohorts, but it may be observed that the Libby cohort appears to present more widespread disease in the community, more environmental exposure cases, and perhaps a greater percentage of the community total population than is the case in other pleural cohorts. The only other area with a somewhat similar pattern of disease from environmental exposures is in parts of Turkey.

24.     The Libby cohort is characterized by rapid progression of pleural disease and a pleural disease severity not reported elsewhere. The expert report of Dr. Whitehouse presents observations on rapidity of progression and disease severity. No similar observations have been reported from other pleural disease cohorts, or for that matter for pleural disease in any setting.

Particularly striking is the observed number of cases in the Libby cohort of pleural disease leading to death, with little or no interstitial disease present. Dr. Whitehouse

includes chest x-ray series on a number of patients with diffuse pleural disease, accompanied by increasingly severe restrictive disease leading to death. Nothing of this kind has been reported elsewhere. There are few reports of pleural disease resulting in death in the medical literature. ATS (2004), p.707, cites five. I believe I have heard of a few others in my career of 30 years. Death by pleural disease is generally accepted as a rare occurrence. Not so in Libby. In this aspect, the Libby experience is strikingly different from that reported elsewhere.

The Libby cohort has produced 31 apparently verified cases of mesothelioma, including 19 Grace mine workers and 12 persons environmentally exposed. This is indeed striking in a population under 10,000 in the Libby area. Of course, there is turnover in the population and undoubtedly more have been significantly exposed to Libby vermiculite. This rate would rival that of many regularly exposed occupational groups.

There also appears to be more clinical pain associated with the Libby experience than is generally found with pleural disease elsewhere.

25.    It is also significant that Libby asbestos disease may appear early after intense exposure. As reported in the expert report of Dr. Whitehouse, W.R. Grace chest x-ray series on workers in 1969, 1975 and 1976 showed 17%, 6% and 5% abnormals. With the caveat that these workers likely had community exposures prior to work for W.R. Grace, to be sure these are significant numbers of abnormalities in the first five years after intense occupational exposure. This phenomenon is rarely seen elsewhere,

other than in benign asbestotic pleural effusion. Early presentation also speaks to the high toxicity of the Libby asbestos, in addition to high exposure levels.

26.    The question is presented as to why Libby is so different from other pleural disease cohorts, in intensity, mortality, and impact on those environmentally exposed. The answer to this question is not definitively established as yet.

One explanation is that the Libby materials, the "Libby asbestos," is particularly toxic. The Libby material has been variously referred to as "tremolite," "tremolite-actinolite," and now "winchite." Meeker (2003) appears to be the definitive work on the mineralogy. Meeker refers to the material as the "Vermiculite Mountain amphiboles." The materials meet the chemical definition for amphiboles (p. 1958). The materials are "fibrous" as well as "asbestiform." Most samples met the definition of "true" asbestos (p.1968). In the samples collected, there was a wide range of material, 40% of which was asbestos (p.1963). Meeker (Figure 6) shows that the material is largely winchite, chemically close to tremolite. The difference between winchite and tremolite is minute, but it may be significant in terms of toxicity to humans. It may be that winchite is more toxic than other amphiboles. Or, it may be that the richterite or the tremolite in the mix of fibers is the problem. The combination of fibers may also be responsible. The matter will require further investigation.

All the fibers in question are amphiboles. It is the majority view that amphiboles are more toxic than serpentine asbestos. My own view is that the issue is not settled, as there is evidence going both ways. It may be that the Libby amphibole is a particularly

toxic form of amphibole asbestos.

A second factor which may explain why the Libby experience is so different is that virtually all patients had a 24 hour exposure in Libby, whereas in most cohorts workers went home to an area of respite from asbestos exposure. The Grace workers had eight hour exposures at the mine, but generally went home with asbestos dust on their clothing, to homes in areas of perhaps significant ambient asbestos exposure. Accordingly, their exposure, like that of community members, was generally a 24 hour exposure. The 24 hour exposure without respite for the lungs to clear much of the asbestos might be a factor in the intensity, severity, and the extent of asbestos disease in Libby.

## F.    Prevention of Disease.

27.    The modern era of the appreciation of disease caused by asbestos goes back to the end of the 19th century. The term asbestosis was first used in the mid 1920s. In the 1930s, when there was a growing literature on this subject, both parenchymal and pleural disease were considered to be part of the disease asbestosis. Also, as early as 1930 preventive measures were written about as important to the prevention of asbestos-related disease. The first suggestions that asbestos could cause malignancy were made, in the 1930s, and written about definitively as early as 1942. The lay press was aware of the malignant hazards of asbestos by the end of that decade.

28.    I adopt by this reference the opinions and matters stated in my Report of 9/26/06.

29.    The data and other information considered in forming the above opinions

and observations includes:

a. The Expert Report of Dr. A.C. Whitehouse, which I rely upon and concur in.

b. Four visits to Libby, conferences with Dr. Whitehouse and Dr. Black, and substantial work done for the U.S. Government in the *U.S. v. Grace* criminal case.

c. The common exhibits for the Grace trials in Libby 1997-2000 attached on CD.

d. Consultations with Dr. Terry Spear, Professor of Industrial Hygiene, at Montana Tech of the University of Montana, School of Mines, Butte, Montana.

e. Transcripts of the trials in *Skramstad v. W.R. Grace* (1997), *Benefield v. W.R. Grace* (1998) and *Finstad v. W.R. Grace* (1999), on CD.

f. Depositions upon Earl Lovick, Assistant Manager of the W.R. Grace operations of Libby, Montana, on CD.

g. Occupational medicine and cell biology literature on asbestos and disease.

30. I am being compensated at the rate of $350 per hour.

31. A listing of other cases with trial or deposition testimony is attached as

Exhibit B.

DATED this 25rd day of December, 2008.

_Arthur L. Frank MD_
Arthur L. Frank, MD, PhD

# CURRICULUM VITAE

**NAME**                           Arthur L. Frank, MD, PhD

**DATE AND PLACE OF BIRTH**        June 9, 1947; Sacramento, CA

**CITIZENSHIP**                    United States of America

**MARITAL STATUS**                 Married: Joanne B. Frank
                                   Three children: Matthew and Rebecca 8/5/81
                                   　　　　　　　　　　Aaron 3/8/89

**OFFICE ADDRESS**                 Drexel University
                                   School of Public Health
                                   245 N. 15th Street, Mail Stop 1034
                                   Philadelphia, PA  19102-1192

                                   (For UPS & FedEx use 1505 Race Street, 13th Floor, Bellet Bldg.
                                     Philadelphia, PA  19102)

**HOME ADDRESS**                   1216 Yarmouth Road
                                   Wynnewood, PA  19096

**TELEPHONE**                      (215) 762-3930 Office
                                   (215) 762-8846  Fax
                                   (610) 642-1785  Home
                                   (877) 549-0845  (Pager)
                                   e-Mail: alf13@drexel.edu

**EDUCATION**

　College                         State University of New York at Buffalo
                                   Buffalo, NY  14214
                                   1964-1968, BA, May 31, 1968
                                   Major:  Anthropology

　Medical School                  Mount Sinai School of Medicine
                                   of the City of New York
                                   New York, NY  10029
                                   1968-1972, MD, June 4, 1972


EXHIBIT
A

**EDUCATION** (continued)

Graduate School                     The City University of New York
                                    Biomedical Sciences Doctoral Program
                                    Mount Sinai Medical Center
                                    New York, NY  10029
                                    1971-1977, PhD, June 2, 1977
                                    Thesis Title:  Quantitation of Asbestos-
                                    Induced Hyperplasia in Hamster Trachea
                                    Epithelium Maintained in Organ Culture

**INTERNSHIP AND RESIDENCY**
Straight Medical Internship, Internal Medicine Residency, Mount Sinai
  Hospital, New York, NY, 1972-1973, 1975-1977
Occupational Medicine Residency, 1975-1977, Mount Sinai

**MILITARY SERVICE**
Commissioned Officer (Active), United States Public Health Service
  Rank: SA Surgeon (03) 1973-1975
  Lung Cancer Branch, DCCP, National Cancer Institute, National Institutes
    of Health, Bethesda, MD 20014
  Member, Inactive Reserve, 1975-Present.  Permanent Rank: Surgeon (04)
  Active Duty (variable), 1992-1994.  Temporary Rank: Medical Director (06)

**HONORS AND AWARDS**
College - BA, Cum Laude, with High Honors in Anthropology, 1968
Medical School - National March of Dimes Award, 1971
Residency - Chairman's Award-Department of Medicine, Mount Sinai Hospital, 1977
Graduate School - Sigma Xi, 1977
Horowitz Memorial Award of the Mount Sinai School of Medicine, 1983.
Educator of the Year Award, Association of Teachers of Preventive Medicine
  (First Annual Award), 1987
University of Kentucky Faculty Grant Award, 1988-91 (Awarded to top 20% of
  University-wide faculty)
Honorable Order of Kentucky Colonels (3)
Senior Associateship, National Academy of Science, 1990-91 (NIOSH)
Honorary Ambassador of Labor, Labor Secretary, Commonwealth of Kentucky, 1992
BRASH 1994 Chaos and Strange Attractor Award
Topperman Professorship-The University of Texas Health Center at Tyler 1994-2002
Arthur L. Frank, M.D., Keynote Lectureship, UTHCT 2002
Marcus Key Lecture, TOMA, 2003
American College of Preventive Medicine Distinguished Service Award, 2/2004
Sappington Lectureship, American College of Occupational and Environmental Medicine, 5/2005
Canadian Board of Occupational Medicine Lectureship,  06/2006

**CERTIFICATION & LICENSURE**
National Board of Medical Examiners, 1973 [Certification No. 123394, 7/2/73]
Kentucky State License, MD, #22985 [9/29/83]
New York State License, MD, #116288 [7/2/73]
Maryland State License, MD, Certificate D16595 [5/17/74]
Diplomate, American Board of Internal Medicine [#58896, 9/13/78]
Diplomate, American Board of Preventive Medicine  (Occupational Medicine)
  [#21574, 11/26/79]

**EDUCATION** (continued)

Texas State License [Distinguished Professor's License issued 12/28/94]
(Converted on 3/2/96 to unrestricted Texas License J9855)
Pennsylvania State License, MD, #418954 [3/20/02]

## ACADEMIC APPOINTMENTS

Professor of Public Health, Department of Environmental and Occupational Health, Drexel University School of Public Health 2002 to Present (tenured)

Professor of Medicine, Drexel University School of Medicine (Secondary), 2002 to present

Sam Topperman Professor of Medical Education; Professor of Occupational and Environmental Medicine; Professor of Cell Biology and Environmental Sciences
University of Texas Health Center at Tyler
1994-2002

Adjunct Professor
Department of Preventive Medicine and Community Health
The University of Texas Medical Branch at Galveston
1995-present

Clinical Professor
Department of Medicine
The University of North Texas Health Science Center at Fort Worth
1997-Present

Clinical Professor
Department of Occupational Medicine
University of Texas Health Center at Tyler
3/2004 - Present

Adjunct Graduate Faculty
Stephen F. Austin State University
Nacogdoches, Texas
1997-2002

Adjunct Faculty
US Air Force School of Aerospace Medicine
Brooks AFB, TX
2001 - Present

Professor
Department of Preventive Medicine and Environmental Health
University of Kentucky College of Medicine
1983-1994

Member, Graduate Faculty
Graduate School
University of Kentucky
1987-1994

**ACADEMIC APPOINTMENTS** (Continued)

Member, Graduate Center for Toxicology
University of Kentucky
1988-1994

Associate Member
Appalachian Center
University of Kentucky
1989-1992

Instructor, Assistant Professor, Associate Professor
Department of Community Medicine (Environmental Medicine)
Mount Sinai School of Medicine
1977-78, 1978-82, 1982-83

Instructor
Department of Medicine
Mount Sinai School of Medicine
1978-1983

Member, Graduate Faculty
City University of New York
Biomedical Sciences Program
1980-1983

**ADMINISTRATIVE APPOINTMENTS**

Chairman
Department of Environmental and Occupational Health
Drexel University School of Public Health
2002 - Present

Vice President for Medical Education (title change as of 2/99)
Associate Director for Medical Education (1994-1999)
University of Texas Health Center at Tyler
1999-2002

Ethics Officer
University of Texas Health Center at Tyler, 1998- 2002

Center Director
Southwest Center for Agricultural Health, Injury Prevention
and Education. 1995-2001, Renewed 2001

Medical Director
Lake Country Area Health Education Center
The University of Texas Medical Branch at Galveston
1995-2002

Chairman
Department of Preventive Medicine and Environmental Health
University of Kentucky College of Medicine
1983-1994

**ADMINISTRATIVE APPOINTMENTS** (Continued)

Director
Occupational Medicine Residency Program, 1984-1994
General Preventive Medicine Residency Program, 1984-1989
Department of Preventive Medicine and Environmental Health
University of Kentucky College of Medicine

Principal
Behavioral Research Aspects of Safety and Health Working Group (BRASH)
1984-1994

Director of Graduate Studies, Master of Science in Public Health Degree Program
1987-1994, University of Kentucky Graduate School

Deputy Director
Southeast Center for Agricultural Health and Injury Prevention 1992-1994

Scientific Administrator
Environmental Sciences Laboratory
The Mount Sinai School of Medicine
1981-1983

Director
Residency Programs in Community Medicine, 1977-1981
The Mount Sinai School of Medicine

**HOSPITAL APPOINTMENTS**
Attending Staff and Chief of Service
University Hospital, University of Kentucky Medical Center
  1983-1994
Consultant Appointment, Veterans' Administration Hospital
  Lexington, Kentucky

Courtesy Staff Appointments
Middlesboro ARH 1985-1994
Hazard ARH 1985-1994

Assistant Attending
Mount Sinai Hospital
New York, NY  10029
1982-83
Senior Clinical Assistant, 1978-1982
Clinical Assistant, 1977-1978

**FELLOWSHIPS AND MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS**
American Association for the Advancement of Science, 1972-Elected to Fellowship, 1996
American College of Physicians, Fellow
American College of Preventive Medicine, Fellow, Occupational Medicine Regent, 1997-1999,
Chair, CME Committee, 1997-present, Board of Directors, American Journal of Preventive
Medicine, 1999-2003, Secretary - Treasurer, 2000 - 2004
American Public Health Association
American Thoracic Society
Association of Teachers of Preventive Medicine; Secretary, 1981-84; Board of
  Directors, 1987-90, Education Committee, 1992-1994

5

**FELLOWSHIPS AND MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS** (Continued)

Association of Teachers of Preventive Medicine Foundation, Inc.; Board of
  Directors, 1981-84
New York Academy of Sciences, Life Member
Society for Occupational and Environmental Health, Founding Member; Governing
  Council, 1992-1994, Vice-President 1998-2000
American College of Occupational and Environmental Medicine
Collegium Ramazzini, Executive Board 2002-2006
International Society for Preventive Oncology
Kentucky Occupational Safety and Health Network, Founding Member; Board of
Directors, 1986-94; Executive Board, 1991-94; Secretary, 1992-93;
  President-Elect, 1993-94
National Occupational Safety and Health Education Association, Founding Member, 1989
  Chair, 1990-91
Farm Safety for Just Kids
British Occupational Hygiene Society
Sigma Xi, Life Member
Texas Council on Agricultural Safety and Health, President 1999 – 2001
College of Physicians of Philadelphia 2002 -, elected to Fellowship, 2005

## TEACHING ACTIVITIES

Course Coordinator, Occupational and Environmental Medicine, Georgetown University School of
Medicine, 1975
Division of Industrial Safety, District of Columbia Industrial Safety Board, Washington, DC 1974,
1976
Page and William Black Post-Graduate School of Medicine, Mount Sinai Medical Center, 1977-82
Continuing Education, Mount Sinai Hospital Department of Nursing, 1976-78
Hahnemann Medical School, 1978-82
Hahnemann Hospital, 1980
University of Pennsylvania School of Medicine, 1979
University of Medicine & Dentistry of New Jersey, 1979-1981
Senior Medical Consultants, 1979-83
Practicing Law Institute, 1980-85
State University of New York at Buffalo, 1980-81
State University of New York at Stony Brook, 1981-82
IBM/University of Kentucky EXCEL Program, 1985-89
University of Kentucky Annual Family Medicine Review (Continuing Medical Education), 1985-86,
1993
University of Kentucky Annual Physician Assistant Review, 1987
University of Kentucky College of Engineering, Continuing Education 1984-89, 1994
University of Louisville College of Medicine, 1986-87, 1991
Bay State Medical Center, Springfield, Massachusetts, 1988
Preceptor, William Osler Program, UK Medical Center, 1988-1994
American College of Preventive Medicine, Board Review Course, 1989, 1990
EPOCH Awardee, NIOSH, 1989-91
St. Elizabeth's Hospital, Edgewood, KY, 1991, 1992, 1993, 1994
University of Texas Health Center at Tyler, Tyler, TX, 1993
Beijing Medical University, Beijing, People's Republic of China, 1993, 1995
Methodist Hospital, Indianapolis, IN, 1993
American Occupational Health Conference, Chicago, IL, 1994
Forum Program, Donovan Scholars Program, University of Kentucky, 1994
Kentucky Thoracic Society, 1994 (L. E. Smith Lectureship)
Southern Agromedicine Consortium, Keynote Luncheon Address, 1994

6

**TEACHING ACTIVITIES** (Continued)

Kentucky School Board Insurance Trust, 1994
Qingdao Sanitation and Anti-Epidemic Station, 1995
School of Public Health, University of Texas, Houston, 1995
School of Public Health, University of Texas, San Antonio, 1997
Qingdao University School of Medicine, Qingdao, PRC, 1997
Ain Shams University Institute of Postgraduate Studies, Cairo, Egypt, 1998
UTMB, Course on Occupational Medicine, Galveston, 1999, 2000, 2001
Qingdao Centers for Disease Control and Prevention, Qingdao, PRC, 2000
UTMB, Department of Family Practice, Galveston, Texas, 2000, 2001,2002
UT Southwestern Public Health Program, Dallas, Texas 2000
UNTHSC, Fort Worth, Texas, 7/2001
Air Force School of Aerospace Medicine, Brooks AFB, TX 2/02, 2/03, 6/06
GI Conference, Drexel 2/03
Pulmonary Conference, Drexel 2/03, 5/03

**CONSULTANCIES AND RELATED ACTIVITIES**

Consultant, George Washington University School of Medicine, Science Communication Division, 1976-78
Consultant, Environmental Protection Agency; Ad Hoc Committee for the in-vitro study of fibrous amphiboles, 1977
Consultant, DHEW Committee to Coordinate Toxicology, Subcommittee on Asbestos, 1978
Consultant, State University of New York at Stony Brook, School of Medicine, Department of Community Medicine, 1980
Consultant, National Academy of Sciences Committee on Indoor Air Pollution, 1981
Invited Participant, Conference on Vision Effects of VDT Use, National Academy of Sciences, 1983
Ad Hoc Grant Reviewer, Health Resources Administration, Division of Medicine, Study Section on Environmental Medicine Curriculum Development Grants, 1979; Preventive Medicine Residencies, 1980, 1983, 1988, 1991
Site Visitor, National Institute for Occupational Safety and Health, 1983-91
Editorial Board, *American Journal of Industrial Medicine, Environmental Research, Journal of Community Health, Toxicology and Industrial Health, Cancer Detection and Prevention, International Journal of Occupational Medicine and Toxicology, International Journal of Hygiene and Environmental Health, etc.*
Article Reviewer, *Journal of the National Cancer Institute, Journal of the American Medical Association, Journal of Environmental Pathology and Toxicology, Science, American Journal of Public Health, The American Statistician, Journal of Occupational and Environmental Medicine, Archives of Environmental Health, Southern Medical Journal, Law and Social Inquiry, Occupational and Environmental Medicine, American Journal of Preventive Medicine, Archives of Internal Medicine, etc.*
Associate Editor, Environmental Health Section, *Maxcy-Rosenau-Last Public Health and Preventive Medicine*, 12th Edition, 13th Edition
Advisor, New York City Health Systems Agency Task Force on Environmental Health, 1979
Member, Environmental Health Committee, New York City Health Systems Agency, 1979-80
Member, New York Lung Association Committee on Occupational Hazards to the Lung, 1977-78
Consultant, University of Arizona College of Medicine, Department of Family and Community Medicine, Project on Incorporation of Preventive Medicine into Family Practice, 1985-86
Consultant, Occupational Cancer Project, Workers Occupational Health Clinic, Cincinnati, Ohio, 1985-87
Member, NIOSH Study Section for Occupational Safety and Health, 1985-89;Chairman, 1988-89
Consultant, Labor Cabinet, Commonwealth of Kentucky, 1987-1994
Member, National Board of Medical Examiners, FLEX Examination Committee, 1985-91; NBME Pulmonary Medicine Subcommittee, 1989-91; USMLE Content Reviewer, 1994

**CONSULTANCIES AND RELATED ACTIVITIES** (Continued)

Consultant, Toyota Motor Manufacturing, USA, Inc., 1986-1994
  -1988 Acting Medical Director
Member, Steering Committee, National Conference on Residencies in Occupational Medicine, 1988
Chair, Association of Occupational Medicine Residency Directors, 1988-1989
Grant Reviewer, Arizona Disease Control Research Commission, 1988-2003
Consultant, Ashland Oil, Ashland, Kentucky, 1988-1994
Member, Advisory Board Center for Applied Energy Research, University of Kentucky, 1990-1995
Member, Board of Directors, Occupational Physicians Scholarship Fund, 1988- present
Consultant, Urgent Treatment Center, Lexington, Kentucky, 1989-1994
Consultant, NIOSH Review of Document on Workplace Screening, 1990
Consultant, Natural Resource and Environmental Protection Cabinet, Commonwealth of Kentucky, 1990-1994
Consultant, Island Creek Corporation, 1990-1993
Member, NIOSH Board of Scientific Counselors, 1992-1996
Presenter, International Conference on Exposure to Carcinogens and Mutagens in the Industrial and Ambient Environment, "Issues of Asbestos Carcinogenicity". Jerusalem, Israel, January 30, 1992.
Member, Environmental Board, Commonwealth of Kentucky (Appointed by the Governor), 1991-95
Presenter, Ohio AFL/CIO Worker's Compensation Institute, "The Role of the Primary Care Physician in Occupational Disease". Akron, Ohio, March 1992.
Presenter, (20th Anniversary Class Representative) Alumni Day Program, Mt. Sinai School of Medicine, "The Mt. Sinai-Kentucky Connection". New York, NY April 11, 1992.
Presenter, NIOSH Grand Rounds, ALOSH, Morgantown, WV, 1992.
Associate Editor, *Mosby Year Book of Occupational and Environmental Medicine*, 1992-94, Co-Editor-in-Chief, 1995-98
Guest Editor, Memorial Volume of *Environmental Research* honoring Dr. Irving J. Selikoff, 1992
Consultant, Qingdao Hygiene and Anti-Epidemic Station, Qingdao, Shandong Province,1993-2003
Guest Professor, Beijing Medical University, Peoples Republic of China, 1993-1996
Presenter, From Rio to the Capitals: State Strategies for Sustainable Development, May 25-28, 1993, Louisville, KY
Presenter, State of Ohio Workers Compensation Program, 1993
Presenter, Kentucky Laborer's Union Asbestos Training Program, 1993
Presenter, Collegium Ramazzini Scientific Session, 1993, Session Co-Chair
Kentucky Nominee, Technical Oversight Committee, Southern Appalachian Mountain Initiative, 1993
Consultant, EPA Panel on the Use of Genetic Monitoring for Risk Assessment in Communities Exposed to Hazardous Waste, University of Texas Medical Branch at Galveston, 1994
Member, Residency Advisory Committee, U.S. Air Force Residency Program in Occupational Medicine, Brooks Air Force Base, San Antonio, TX, 1994-
Advisory Board Member, "Cost-effective Medicine Reports", Mosby Publishing Co. 1994-1996
Presenter, Collegium Ramazzini Scientific Session, Carpi, Italy, October 29, 1994
Advisory Board Member, BRASH (Behavioral Research Aspects of Safety and Health) Working Group, University of Kentucky, 1994-
Presenter and Session Chair, SOEH Conference on Tuberculosis in the Workplace. December 1-2, 1994, Washington, DC
Presenter, Andrews Publications Seminar on Asbestos-Related Diseases, Houston, TX March, 1995
Presenter, Bar Ilan University, Israel, March 1995
Presenter, Hadassah Medical School, Israel, March 1995
Presenter, 1st International Congress of the Minia School of Medicine, Minia, Egypt April, 1995
Program Participant, Kentucky Governor's Safety and Health Conference, Louisville, KY April, 1995
Member, Advisory Board, Southwest Center for Occupational and Environmental Health, Houston, Texas, 1995-1998.

**CONSULTANCIES AND RELATED ACTIVITIES** (Continued)

Consultant, Texas Medical Association, Council on Medical Education, 1994-2002.
Subcommittee on Accreditation, 1995-2001, Chair for 1997-2001, CME Committee, 1997-2001.
Presenter, Occupational and Environmental Respiratory Disease Course, The University of Texas School of Public Health, Houston, TX 1995.
Presenter, Departmental Seminar, The Department of Preventive Medicine and Community Health, The University of Texas Medical Branch, Galveston, Texas 1996.
Presenter, Second International Conference of Environmental Mutagenesis in Human Populations at Risk, Prague, Czech Republic 1995.
Session Chair, Annual Meeting of the Society of Occupational and Environmental Health, Bethesda, MD. Dec-6-8, 1995.
Member, Advisory Board, Lake Country AHEC, 1995-2002. Board chair, 1996-1997.
Member, Advisory Board, NIEHS, Toxicology Center, UTMB, 1996-2002
Session Chair and Rapporteur, Third Annual NIOSH Agricultural Health and Safety Conference, Iowa City, Iowa, March, 1996.
Seminar Program Chair, AOHC, San Antonio, Texas, ACOEM 1995-96.
Alumni Day Centennial Program, Mount Sinai Medical Center, New York, NY. April 13, 1996.
Speaker and Session Co-chair, The 6th International Conference on "Preservation of our World in the Wake of Change", Jerusalem, Israel, June, 1996.
Speaker, VIII Inhaled Particles Meeting, Cambridge, England, August, 1996.
Presenter, Collegium Ramazzini Scientific Session, Carpi, Italy, October 27, 1996.
Member and Chair, Residency Advisory Committee, Occupational Medicine, University of Texas Medical Branch, Galveston, Texas 1997-
Member, University of Texas System Master Planning Organization and Task Force for Distance Learning and the Virtual University, 1997.
Member, Advisory Board, Texas A&M University Rural School of Public Health, College Station, Texas, 1997-2002
Presenter, TOMA meeting, Houston, Texas, March 14, 1997
Presenter, Environmental Information Association, New Orleans, Louisiana, March 25, 1997
Presenter, The University of Texas Medical Branch, Galveston, Texas, April 18, 1997
Member, University of Texas Telehealth Committee, 1997-2002
Presenter, ACOEM, AOHC Session, Orlando, Florida, May 12, 1997
Regent, Occupational Medicine, American College of Preventive Medicine, 1997-1999
Presenter, Qingdao Municipal Hospital, Department of Radiology, June, 1997
Presenter, Research in China, Directors Associates. Tyler, June, 1997
Presenter and Session Co-Chair, Collegium Ramazzini meeting, Carpi, Italy October, 1997
Presenter, Medical Education Grand Rounds, Mount Sinai School of Medicine, Nov.,1997, New York, NY.
Member, Shared Student Information Systems Committee, U.T. System, Austin, Texas, 1997-98.
Member, Shared Administrative Support Systems Committee, U.T. System, Austin, Texas, 1997-1998
Member, Texas Council for Agricultural Safety & Health 1997-Chair-elect, 1997-99.
Presenter, "Children in the Workplace", presented at the Annual Ain Shams University Institute of Child Studies Conference, Cairo, Egypt, March, 1998.
Presenter, Texas Academy of Mathematics and Science, University of North Texas, Denton, "Medical Sleuthing: Environmental Toxins", 4/13/98
Grand Rounds Presenter, Presbyterian Hospital of Dallas, Environmental Toxins, April 29, 1998
Member, International Scientific Advisory Committee Third International Conference on Environmental Mutagens in Human Populations, 1998
Member, Telehealth Steering Committee Working Group on Education/Community Networks/ Libraries, Telecommunications Infrastructure Fund Board, Austin, TX 1998-1999
Presenter, AHEC-SW, Texarkana, Arkansas Conference on Respiratory Therapy. "Occupational Lung Cancer" and "Occupational and Environmental Lung Disease Case Studies", Texarkana, Arkansas 8/28/98.

9

**CONSULTANCIES AND RELATED ACTIVITIES** (Continued)

Presentation, First Annual TCASH Scientific Conference, Fort Worth, Texas, 10/16/98.

Presentation on Childhood Agricultural Hazards at Collegium Ramazzini meeting, Carpi, Italy, 10/25/98.

Consultant, Medical Communities Project, Environmental Protection Agency, Washington, D.C., 1998-99.

Two presentations for the Third International Conference on Environmental Mutagens in Human Populations, November-December, 1998, Thailand.

Presenter, TAMS Senior Seminar, 2/1/99.

Presenter, East Texas Council on World Affairs, Tyler, Texas, 2/8/99.

Presenter, Prevention '99, ACPM Session on Preventive Medicine, 3/20/99.

Presenter, Texas Occupational Medicine Association meeting, Dallas, Texas, 5/7/99.

Panelist, East Texas Minority Health Network Conference, Tyler, Texas, 6/3/99.

Presenter, 7th International Conference of the Israel Ecology Society, Jerusalem, Israel, June, 1999.

Presenter, UT Houston School of Public Health Course on Occupational Medicine for the Primary Care Practitioner, Houston, 9/25/99.

Invited Presenter, Committee on Work and Industry, Chamber of Deputies, Brasilia, Brazil, 9/29/99.

Presenter and Session Chair, Collegium Ramazzini, Oct. 1999, Carpi, Italy.

Chair, International Scientific Advisory Committee of the Selikoff Center, Ra´anana, Israel,1999-

Presenter, Texas Academy of Mathematics and Science, Denton, 1/31/00.

Presenter, Pediatrics Grand Rounds, UTHCT, Tyler, Texas, 2/17/00.

Consultant, Qingdao Centers for Disease Control and Prevention, Qingdao, PRC, 2000-

Session Chair, NYCASH Meeting on Agricultural Safety and Health, Cooperstown, 2000.

Site Visitor, NIEHS, 2000.

Guest Consultant, Annual Review of Public Health, Palo Alto, 2000.

Award Recipient, Guest Speaker, ACCME, Chicago, 2000.

Presenter: TMA CME Conference, June, 2000.

Presenter and Conference Planning Committee: International Cancer Conference, Grand Rapids, MI, 9/2000.

Presenter: Pulmonary Program, UTHCT, 9/2000.

Presenter: Collegium Ramazzini, Carpi, Italy 10/2000.

Presenter, Session Chair and Conference Planning Committee:  ISPO Conference Geneva, November, 2000.

Presenter and Session Chair:  Indian Association of Occupational Health Conference, New Dehli, 2/01.

Presenter:  Industrial Toxicology Research Center, Lucknow, India, 2/01.

Member, Editorial Board, Annual Review of Public Health, 2001 - 2005.

Presenter:  Allen Cohen Memorial Lecture, Tyler, Texas, 4/5/01.

Presenter: UTHCT Grand Rounds, 4/6/01.

Presenter: Grand Rounds, Family Practice, UTMB, Galveston, Texas 7/11/01.

Presenter: UTHSC, Grand Rounds, Internal Medicine, Fort Worth, Texas 7/8/01.

Member:  Physicians Panel Member, State Claims Assistance Program, Department of Energy, 10/01 -2004.

Medical Director: Amarillo Health Council, 2001 -

Co-Moderator, Institute of Water Quality, ACPM Meeting, San Antonio, TX, 2/02.

Presenter, East Texas Council on World Affairs, 3/02.

Presenter: Scientific Program, Alumni Day (30th class year representative), Mount Sinai Medical Center, 4/6/02.

Presenter: TAMS Program UNT, Denton, Texas 4/8/02.

Presenter: University of Texas at Tyler School of Nursing, 4/15/02.

Presenter and Chair:  New York Academy of Sciences, Mesothelioma Program, 4/25/02.

Presenter:  Occupational Medicine Program, UTHCT, 6/02.

Presenter, UTMB, Occupational Medicine Residency Program, 7/02.

Session Chair, Collegium Ramazzini Meeting, Bologna, Italy, 10/02.

## CONSULTANCIES AND RELATED ACTIVITIES (Continued)

Member, State Advisory Committee on Environmental Health Tracking, PA 11/02 –
Member, Advisory Committee, Dept. of Env. Protection, Harrisburg, PA 2003-
Drexel University SESEPS Seminar 12/02
Drexel University SPH Grand Rounds 12/02
Air Force School of Aerospace Medicine 02/03
GI Conference, Drexel 02/03
Pulmonary Conference, Drexel 02/03, 05/03
Presenter: University of Pennsylvania Residency Program in Occupational Medicine, 03/03, 3/05,
    4/06
George Washington University Seminar, 04/03
Marcus Key Lecturer, TOMA Meeting 04/03
Consultant, Waste Management Corporation 04/03-
Presenter: ACPM Water Conference, Washington, DC, 06/03
Presenter: UTMB, Galveston, TX   07/03
Presenter: Fox Chase Cancer Center, 09/16/03
Presenter: APHA, 11/03, San Francisco
Moderator: ACPM National Teleconference on Pediatric Environmental Health, 5/04
Member: Environ. Justice Advisory Comm., Dept. of Environ. Protection, Harrisburg, PA, 2004-
2008, Chair – 2006 -
Presenter: Harris Martin Conference, San Francisco – Manganese, 6/15/04
Presenter: UTHCT – Occupational Lung Disease 6/26/04
Presenter: UTMB – Occupational Cancers, Occupational Lung Disease, The History of
Occupational Medicine 7/7/04, 7/5/06
Presenter: Graduate School of Public Health, Pittsburgh, Asthma Seminar 8/10/04
Presenter: Drexel SPH – Agriculture and Public Health, Faculty Seminar 8/13/04
Presenter: PCIEP Program 9/04
Session Chair and Discussant: Olin Seminar on Environ. Justice, Drexel University, 10/04
Presenter: Collegium Ramazzini Annual meeting, Carpi, Italy, 10/04
Presenter: UCLA MD/PhD Program, 11/04
Presenter: Qingdao Centers for Disease Control and Prevention, Qingdao, P.R. China
Presenter: Asbestos Conference, Tokyo, Japan, 11/04
Presenter: Pulmonary Conference, Hahnemann Hospital, 1/05
Member:    Institute of Medicine Committee, Gulf War and Health, 2005-2006
Presenter: Post Graduate Occ. Med. Programs, New Delhi, India 3-4/05, 5/06
Presenter: Department of Labor Conference, Washington, DC  4/05
Presenter: Sappington Lecture, ACOEM, Washington, DC, 05/05
Presenter: US School of Aerospace Medicine, San Antonio, TX, 05/05, 06/06
Presenter: Nahariya Hospital, Israel, Lecture on asbestos 05/05
Presenter: University of Paris France, 6/1/05 Lectures on occupational cancers and asbestos
Presenter: AAMC Meeting on MD/MPH Programs, Chicago, IL, 6/27/05
Presenter: UTMB, Galveston TX, 7/5 and 7/6/05 (Grand Rounds, Residency Program)
Session Chair: Collegium Ramazzini Conference, Living in a Chemical World, Bentivolgio, Italy
    9/19/05
Presenter: Institute of Public Health, Iasi, Romania, Keynote Address 09/22/05, Address
    9/23/05
Presenter: 14th Brazilian Congress of Toxicology, Recife, Brazil 10/10/05
Presenter: Beijing Forum (2005) Beijing, P.R.C. 11/19/05
Member:   ACGME Appeals Panel for Preventive Medicine, 2006 – 2012
Presenter: EPA Public Hearing on Air Pollution Criteria, Representing ATS, 3/8/06
Presenter:  UMDNJ, 03/06
Session Chair: Asbestos Program, ADAO, 4/1/06
Member:  Delaware River Basin Commission, Toxics Advisory Committee 2006-2009.
Presenter: Maulana Azad Medical College, New Delhi, 05/06

**CONSULTANCIES AND RELATED ACTIVITIES** (Continued)

Presenter: Occupational and Environmental Medical Association of Canada, Toronto, CBOM Memorial Lecture 06/06

Presenter:  Summer Public Health Institute, Iasi, Romania 7/06

Session Chair and Presenter:  Asian Asbestos Conference, Bangkok, Thailand 7/06

Presenter:  Business Exchange Breakfast, Philadelphia, 10/17/06

Session Chair and Presenter:  Collegium Ramazzini Meeting, Capri, Italy 10/29/06

Presenter:  PCOEM, 11/06

Presenter:  Asbestos Conference, New Delhi, India, 12/06 and Continuing Education Conference, New Delhi, 12/06

Presenter: State University of New York at Stony Brook, Occupational Lung Diseases, 12/06

Presenter:  PCOM, Internal Medicine Group, 1/07

Participant:  AAD Program, Drexel University School of Public Health, 3/31 – 4/1/07

Lecture:  Physician Assistant Course, Drexel 04/07

Lecture:  ACOEM Program, New Jersey, Asbestos, 5/1/07

Presenter:  Environmental Mutagenesis Conference, Turkey, 05/22/07

Presenter:  Drexel School of Public Health Program, Asbestos, 6/1/07

Presenter:  Occupational Medicine Course, Maulana Azad Medical College, New Delhi, India, 06/07

Presenter:  UTMB, Galveston, 7/07

Member and Chair:  Ad hoc Committee to assess Liver Cancer in Bexar County Texas,                                    San Antonio, 08/07- 12/07.

Presenter:  SUNY Stony Brook, 10/07

Presenter:    Collegium Ramazzini Meeting, Princess Chulaborn Institute, Bangkok, Thailand, 12/07

Presenter:  Integral University, Lucknow, India, 12/07

Presenter:   Sanjay Ghandi Institute, Lucknow, India, 12/07

Presenter:   Joint Labor-Management Safety and Health Meeting, Vishakhaptnam, India, 12/07

Presenter:  Centre for Occupational and Environmental Health, Maulana Azad Medical College,

             Delhi, India, 12/07

Presenter:  Department of Medicine CME Program, Maulana Azad Medical College, Delhi, India, 12/07

Session Chair:  41st Annual Meeting of the Indian College of Allergy, Asthma and Applied Immunology, Delhi, India, 12/07

Presenter:  ToxicLinks Meeting, Delhi, India, 12/07

Presenter:  Philadelphia Zoning Code Commission, 01/08

Member and Chair:  Advisory Committee, Mountain and Plains ERC, Denver, CO, 1/08 –

Speaker:  George Washington University School of Public Health, Washington, DC, 02/08

Lecturer:  U.S. Air Force School of Aerospace Medicine, San Antonio, TX,  03/08

Grant Reviewer:  NIOSH Agricultural Center Program, 3/08.

Session Chair:    ADAO 4th Annual Conference, Detroit, MI, 3/08

Lecturer:  Physician Assistants Program, Drexel University,  04/08

Lecturer:  Maulana Azad Medical College, Delhi, India  05/08

Presenter: National Conference on Climate Change, Delhi, India 05/08
Presenter: 1st International Conference on Mesothelioma, Sao Paulo, Brazil 06/08
**CONSULTANCIES AND RELATED ACTIVITIES** (Continued)

Member: City of Philadelphia Air Pollution Control Board, 06/08 –
Lecturer: UTMB, Galveston, TX 07/08
Lecturer: Qingdao Centers for Disease Control and Prevention, Qingdao, PRC 8/08
Member: Board of Scientific Counselors CDC Center for Environmental Health/ATSDR, 7/08 -6/12
Member: Scientific Review Board, Peking Medical University 08/08
Presenter: ACPM Program on Indoor Air Pollution 08/08
Presenter: Inhaled Particles X Meeting, Sheffield, England 09/08
Presenter: FASLI Occupational Medicine Program, Mumbia, India 09/08
Presenter: ESIC Occupational Medicine Program, Mumbia, India 09/08
Invited Lecturer: University of Brescia, Italy 10/08

Numerous academic committees and governing body activities. Other presentations to professional and non professional groups.

Planned Presentations
Lecturer: Drexel University College of Medicine, 11/08
Speaker: CR/Drexel meeting on Occupational and Environmental Health, Delhi, India 01/09
Lecturer: Occupational Medicine Program, UMDNJ, 3/09
Speaker: Occupational Medicine Program, Maulana Asad Medical College, Delhi, India 05/09
Lecturer: UTMB, Galveston, TX 08/09

## BOOKS, REVIEWS, AND CHAPTERS IN BOOKS

1.    Trump BF, McDowell EM, Barrett LA, Frank A, Harris C. Studies of Ultrastructure. Cytochemistry and Organ Culture of Human Brochial Epithelium. In *Experimental Respiratory Carcinogenesis and Bioassays*. New York: Springer-Verlag, l974, p. 548-563.

2.    Harris C, Autrup H, Van Haaften C, Connor R, Frank A, Barrett L, McDowell E, Trump B. Inhibition of Benzo(a)pyrene Binding to DNA in Cultured Human Bronchi. In *Proc 3rd Int Symposium Cancer Detection and Prevention*, Part I, Vol 2, Nieburgs H. (Ed). Amsterdam: Excerpta Medica, l977, p. l359-l364.

3.    Frank AL. Occupational Lung Cancer. In *Pathogenesis and Therapy of Lung Cancer*, Harris C. (Ed). New York: M. Dekker, Inc., l978, p. 25-5l.

4.    Frank AL. In *Public Health and Preventive Medicine*, llth Edition, Last J. (Ed). New York: Appleton-Century-Crofts, l980. a. Arsenic, p. 660-662; b. Antimony, p. 68l; c. Thorium, p. 68l-682; d. Benzidine, The Napthylamines, and Miscellaneous Carcinogenic Compounds, p. 75l-755; e. Non-Ionizing Radiation, p. 777-787.

5.    Frank AL. *Cancer.* New York: Matthew Bender and Co., l978.

6.    Frank AL, Spigelman M. Lung Cancer. In *Cancer.* New York: Matthew Bender and Co., l980, p. l-5l.

7.    Frank AL. *Asbestosis.* New York: Matthew Bender and Co., l980, p. l-5l.

8.    Frank AL. Definition of Preventive Medicine. In *Charting Graduate Education in Preventive Medicine*, Byrd B. (Ed). Washington, DC: American College of Preventive Medicine, l980, p. 7-8.

9.    Frank AL. Asbestos-Induced Changes in Hamster Trachea Organ Culture. In *The In-Vitro Effects of Mineral Dusts*. Brown R, et al. (Eds). London: Academic Press, l980, p. 235-240.

10.   Wade MJ, Lipkin LE, Stanton MF, Frank AL. P388D$_1$ In-Vitro Cytotoxicity as Applied to Asbestos and Other Minerals: Its Possible Relevance to Carcinogenicity. In *The In-Vitro Effects of Mineral Dusts*, Brown R, et al. (Eds). London: Academic Press, l980, p. 35l-358.

11.   Frank AL. Health Effects of Fibers. *National Academy of Sciences Report on Indoor Air Pollutions*, Washington, DC, l98l.

12.   Frank AL. Occupational and Environmental Exposure. In *An Introduction to Physical Diagnosis*. Swartz M (Ed). New York: Raven Press, l98l, p. 303-3ll.

13.   Frank AL, Spigelman M. Blood-Related Malignancies. In *Cancer.* New York: Matthew Bender & Co., l98l, p. l-123.

14.   Frank AL. The Hospital as an Environmental Health Resource. In *Principles of Hospital-Based Ambulatory Care*, Pascarelli EF (Ed). New York: Appleton- Century- Crofts, l982, p. 309-3l4.

**BOOKS, REVIEWS, CHAPTERS IN BOOKS** (continued)

15.  Frank AL, Spigelman M. Cancer of the Liver, Gall Bladder, and Bile Ducts. In *Cancer*. New York: Matthew Bender and Co., 1982, p.l-43.

16.  Frank AL, Spigelman M. Cancer of the Pancreas. In *Cancer*. New York: Matthew Bender and Co., 1982, p. l-22.

17.  Frank AL. The Etiology and Epidemiology of Lung Cancer. *Clin in Chest Med* 3:219-228, 1982.

18.  Frank AL. The Occupational History. In *Environmental and Occupational Medicine*, Rom W (Ed). Boston: Little, Brown, and Co., 1982, p. 2l-26.

19.  Frank AL, Spigelman M. Cancers of the Digestive Tract. In *Cancer*. New York: Matthew Bender and Co., 1983, p. l-l08.

20.  Frank AL, Spigelman M. Cancers of the Urinary System. In *Cancer*. New York: Matthew Bender and Co., 1983, p. l-62.

21.  Frank AL, Spigelman M. Cancer of the Female Reproductive Organs. In *Cancer*. New York: Matthew Bender and Co. 1984, p. 1-80.

22.  Frank AL. Diethylstilbesterol. In *Cancer*. New York: Matthew Bender and Co., 1984, p. 1-15.

23.  Frank AL, Spigelman M. Cancer of the Breast. In *Cancer*. New York: Matthew Bender and Co., 1984, p. 1-51.

24.  Frank AL, Spigelman M. Cancer of the Head and Neck. In *Cancer*. New York: Matthew Bender and Co., 1984, p. 1-32.

25.  Frank AL, Spigelman M. Specific Cancers of the Head and Neck. In *Cancer*. New York: Matthew Bender and Co., 1985, p. 1-36.

26.  Frank AL, Spigelman M. Cancer of the Brain and Nervous System. In *Cancer*. New York: Matthew Bender and Co., 1985, p. 1-82.

27.  Frank AL, Spigelman M. Sarcomas of Soft Tissue and Bone. In *Cancer*. New York: Matthew Bender and Co., 1985, p. 1-60.

28.  Frank AL. a. The Status of Environmental Health, p. 495-497. b. Non-Ionizing Radiation (with L. Slesin), p. 714-726. In *Public Health and Preventive Medicine*, 12th Edition, Last J (Ed) Norwalk, CT: Appleton-Century-Crofts, 1985.

29.  Frank AL, Spigelman M. Cancer of the Skin: Melanoma. In *Cancer*. New York: Matthew Bender and Co., 1986, p. 1-51.

30.  Frank AL, Spigelman M. Cancer in Children. In *Cancer*. New York: Matthew Bender and Co., 1986, p. 1-30.

31.  Frank AL, Spigelman M. Non-Melanotic Skin Cancer. In *Cancer*. New York: Matthew Bender and Co., 1987, p. 1-29.

**BOOKS, REVIEWS, CHAPTERS IN BOOKS** (continued)

32.     Frank AL. Occupational Medicine. In *Encyclopaedia Britannica Medical and Health Annual 1987.* Chicago: Encyclopaedia Britannica, 1986, p. 404-408.

33.     Frank AL. Occupational Cancers of the Respiratory Tract. In *State of the Art Reviews - Occupational Medicine: Occupational Cancer and Carcinogenesis.* Brandt-Rauf PW (Ed). Philadelphia: Hanley & Belfus, 1987, p. 71-83.

34.     Frank AL, Spigelman M. Mesothelioma. In *Cancer.* New York: Matthew Bender and Co., 1987, p. 1-29.

35.     Frank AL, Spigelman M. Cancer Chemotherapy. In *Cancer.* New York: Matthew Bender and Co, 1987, p. 1-20.

36.     Frank AL. Smokeless Tobacco. In *Cancer.* New York: Matthew Bender and Co, 1987, p. 1-28.

37.     Frank AL. Environmental and Occupational Health. In *Encyclopaedia Britannica 1988 Medical and Health Annual.* Chicago: Encyclopaedia Britannica, 1987, p. 295-299.

38.     Frank AL. The Epidemiology of Lung Cancer. In *Thoracic Oncology.* JA Roth, JC Ruckdeschel, TH Weisenburger (Eds.). Philadelphia: W.B. Saunders, 1989, p. 6-15.

39.     Frank AL. Occupational Cancers of the Respiratory System. In *Seminars in Occupational Medicine.* Brandt-Rauf PW (Ed), p. 257-266, 1987.

40.     Spigelman M, Frank AL. Oncologic Emergencies. In *Cancer.* New York: Matthew Bender and Co., p. 1-143, 1988.

41.     Frank AL. The Epidemiology and Etiology of Lung Cancer. In *Cancer.* New York: Matthew Bender and Co., p. 1-13, 1988.

42.     Frank AL. Environmental and Occupational Health. In *Encyclopaedia Britannica 1989 Medical and Health Annual.* Chicago: Encyclopaedia Britannica, p. 304-308, 1988.

43.     Frank AL. Cancer and AIDS. In *Cancer.* New York: Matthew Bender and Co., p. 1-54, 1988.

44.     Spigelman M, Frank AL. Breast Cancer. In *Cancer.* New York: Matthew Bender and Co., p. 1-60, 1989.

45.     Frank AL. Environmental and Occupational Health. In *Encyclopaedia Britannica 1990 Medical and Health Annual.* Chicago: Encyclopaedia Britannica, 1989, p. 306-310.

46.     Spigelman M, Frank AL. Complications of Cancer Treatment. In *Cancer.* New York: Matthew Bender and Co., p. 1-30, 1989.

47.     Frank AL, Spigelman M. The Basics of Cancer Epidemiology. In *Cancer.* New York: Matthew Bender and Co., p. 1-35, 1989.

48.     Frank AL, Spigelman M. Cancer and Bone Marrow Transplantation. In *Cancer.* New York: Matthew Bender and Co., p. 1-27, 1990.

**BOOKS, REVIEWS, CHAPTERS IN BOOKS** (continued)

49.    Frank AL. Laboratory Models in the Study of Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-13, 1991.

50.    Frank AL. Carcinogen Update. In *Cancer*. New York: Matthew Bender and Co., p. 1-20, 1990.

51.    Frank AL. The Economics of Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-40, 1990.

52.    Frank AL. Cancer and Tobacco Use. In *Cancer*. New York: Matthew Bender and Co., p. 1-14, 1991.

53.    Frank AL. Genetics and Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-9, 1991.

54.    Frank AL. Host Factors and the Development of Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-9, 1991.

55.    Frank AL.  Screening for Cancer. In *Cancer*. New York: Matthew Bender and Co., p. 1-35, 1991.

56.    Frank AL. Environmental and Occupational Health. In *Encyclopaedia Britannica 1992 Medical and Health Annual*. Chicago: Encyclopaedia Britannica, 1991, p. 359-363.

57.    Frank AL. a. The Status of Environmental Health, p. 313-314. b. Nonionizing Radiation (with L. Slesin), p. 513-522. In *Public Health and Preventive Medicine*, 13th Edition, Last J, Wallace RB (Eds). New York: Appleton and Lange, 1991.

58.    Frank AL. The Cancer Specialist. In *Cancer*. New York: Matthew Bender and Co., p. 1-15, 1992.

59.    Frank AL. Carcinogen Update. In *Cancer*. New York: Matthew Bender and Co., p. 1-31, 1992.

60.    Frank AL.  The Occupational and Environmental History and Examination.  In *Environmental and Occupational Medicine*, 2nd Edition. Rom, W. (Editor). Boston: Little, Brown & Company, 1992, p. 29-34.

61.    Frank AL. Taking an Exposure History. (Guest Contributor)  *ATSDR Case Studies in Environmental Medicine*, Number 26, 1992.

62.    Frank AL. Case study. Health and Risk. In Stutsman R., Ed., From Rio to the Capitals: State Strategies for Sustainable Development. Proceedings of a Conference, May 25-28, 1993, pp. 123-124, 1994.

63.    Frank AL. Qualitätsforderungen an den betrieblichen Gesundheitsschutz. In proceedings of a conference on Total Quality Management held at the Bundesanstalt für Arbeitsschutz, Dortmund, Germany, December 7, 1993. Pages 221-225, 1994.

**BOOKS, REVIEWS, CHAPTERS IN BOOKS** (continued)

64.     Frank AL. Failure of Prevention in the Workplace and the Added Outrage of "Revisionist" Science. In Mehlman, M., Upton, A (Eds.) *The Identification and Control of Environmental and Occupational Diseases: Asbestos and Cancers. Vol XXIII, Advances in Modern Environmental Toxicology.* Princeton: Princeton Scientific Publishing Co., Inc., 1994, pp., 549-557.

65.     Frank AL.  The Environmental History.  In *Environmental Medicine,* Brooks, S. (Ed) St. Louis: Mosby, 1995, p.232-239.

66.     Frank AL.  Occupational and Environmental Medicine. In Seltzer,V., Pearse,W.(Eds) *Primary Health Care for Women: Guidelines for Care in the Office Setting.* N.Y.; McGraw-Hill, Inc., 1995, pp 747-751.

67.     Frank AL, Dodson RF, Williams MG. Lack of Tremolite in UICC Reference Chrysotile and the Implication for Carcinogenicity. In Cherry N, Ogden T (Eds) Inhaled Particles VIII. Oxford; Pergamon, 1997, pp. 287-292.

68.     Frank AL. The Status of Environmental Health.  In Wallace RB (Ed.) *Maxcy-Rosenau-Last Public Health and Preventive Medicine*, 14th edition.   Stanford, CT: Appleton and Lange, 1998, pp 413414.

69.     Frank AL, Slesin L.  Nonionizing Radiation.  In Wallace RB (Ed.) *Maxcy-Rosenau-Last Public Health and Preventive Medicine*, 14th edition.   Stamford, CT:  Appleton and Lange, 1998, pp 627635.

70.     Frank AL, Occupational and Environmental Medicine. In Seltzer, V., Pearse, W. (Eds) Primary Health Care for Women:  Guidelines for care in the office setting. 2nd edition NY.; McGraw-Hill, Inc. 1999, pp 1125 - 1130.

71.     Frank, AL, Section Editor, Occupational and Environmental Medicine Self-Assessment Review. McCunney RJ, Rountree PP (Eds) Philadelphia: Lippencott-Raven, 1998.

72.     Frank, AL, "Occupational Safety and Health", McMillan Encyclopedia of Preventive Medicine, Carpal Tunnel Syndrome, Cumulative Trauma; Fair Labor Standards Act; Mesothelioma; Mining; Noise; Occupational Disease; Occupational Lung Disease; Occupational Safety and Health; Worksite Drug Testing, 2002.

73.     Frank, AL, "Approach to the Patient with an Occupational or Environmental Illness", Primary Care: Clinics in Office Practice, 2000, 27: 877-893.

74.     Frank, AL, "Occupational Cancer". In McCunney R (Ed.) A Practical Approach to Occupational and Environmental Medicine, 3rd ed, Balt., Lipincott William & Wilkins, 2003. pp 332-341.

75.     Frank, AL, Li L, Cao W, Pang Z, Zhang Z, Zhang H. "Radiographic evidence of asbestos disease in Chinese factory workers", Ann Occ Hyg  46 (suppl 1): 154-156, 2002.

76.     Frank, AL, Beaty R, Levin JL. "Cigarette smoke as a cause of small irregular opacities on chest radiographs".  Ann Occ Hyg  46(Suppl 1): 118-120, 2002.

77.     Frank, AL. Medical Supplement Vol. 1A, Source book on Asbestos Diseases, Medical Aspects, Matthew Bender, 2003, pp1-75.

**BOOKS, REVIEWS, CHAPTERS IN BOOKS** (continued)

78.    Frank, AL, McKnight, R, Kirkhorn, S, Gunderson, P.  Issues in agricultural safety and health.  Ann Rev of Public Health, 2004,25: 225-45.

79.    Frank, AL, The History of the Extraction and Use of Asbestos,  In: Asbestos. Risk Assessment, Epidemiology and Health Effects.   R. Dodson and S. Hammar eds., Francis & Taylor, Boca Raton, pp 1-7, 2005.

80.    Frank, AL.  Environment and Health, Public Health and Building of a Harmonious Society, Beijing Forum (2005) Organizing Committee, Beijing, P.R.C., 2005 pp. 60-66.

81.    Frank, AL.  The Status of Environmental Health.  In Wallace RB (Ed.), Maxcy-Rosenau – Last Public Health and Preventive Medicine 15th ed. , 2007, pp 503-4.

82.    Frank, AL, Slesin, L.  Non-ionizing Radiation.  In Wallace RB (Ed.) Maxcy-Rosenau – Last Public Health and Preventive Medicine 15th ed., 2007 pp. 743-47.

**ARTICLES**

1.  Frank AL. Holyoke ED. Tumor fluid thromboplastin activity. *Int J Ca* 3:677-682, 1968.

2.  Holyoke ED, Frank AL, Weiss L. Tumor fluid thromboplastin activity in-vitro. *Int J Ca* 9:258-262, 1971.

3.  Harris C, Genta V, Frank AL, Kaufman D, Barrett L, McDowell E, Trump B. Carcinogenic polynuclear hydrocarbons bind to DNA in Cultured Human Bronchi. *Nature* 252:68-69, 1974.

4.  Barrett LA, McDowell EM, Frank AL, Harris CC, Trump BF. Long-term organ culture of human bronchial epithelium. *Cancer Res* 36: 1003-l0l0, l976.

5.  Harris CC, Frank AL, VanHaaften C, Kaufman DG, Conner R, Jackson F, Barrett LA, McDowell EM, Trump BF. Binding of ($H^3$) benzo(a)pyrene to DNA in cultured human bronchus. *Cancer Res* 36:1011-1018, 1976.

6.  Wade MJ, Lipkin LE, Tucker RW, Frank AL. Asbestos cytotoxicity in a long-term macrophage-like cell culture. *Nature* 264:244-245, l976.

7.  Wade MJ, Frank AL, Lipkin LE. Studies in in-vitro asbestos cell interaction. *J Env Path Tox* 2:1029-1039, 1979.

8.  Frank AL, Rohl AN, Wade MJ, Lipkin LE. Biological activity in vitro of chrysotile compared to its quarried parent rock (platy serpentine). *J Env Path Tox* 2:l04l-l047, l979.

9.  Frank AL. Public health significance of smoking-asbestos interactions. *Ann NY Acad Sci,* 330:79l-794, l979.

10. Frank AL. Clinical observations following asbestos exposure. *Env Health Persp* 34:27-30, l980.

11. Ward J, Frank AL, Wenk M, Devor D, Tarone RE. Ingested asbestos and intestinal carcinogenesis in F344 rats. *J Env Path Tox* 3:30l-3l2, l980.

12. Nicholson W, Lilis R, Frank AL, Selikoff IJ. Lung cancer prevalence among shipyard workers. *Am J Ind Med* l:l9l-203, 1980.

13. Frank AL. The insidious attackers: asbestos-related diseases. *Resp Therapy* 12:l45-l47, l98l.

14. Frank AL. Epidemiology of VDT-related conditions. *Ophth Times* 6:l, l98l.

15. Selikoff IJ, Frank AL. Keynote Address: Potential of *in vitro* tests in asbestos-related problems. *Env Health Perspect* 51:1-4, 1983.

16. Frank AL. Occupational medicine. *JAMA* 254:2333-34, 1985. (Also translated into Chinese and Japanese language editions of *JAMA*)

17. Frank AL. Asbestos as an air pollutant and synergism with smoking. *Can Det and Prev* 9:337-341, 1986.

18. Frank AL. Identification and surveillance of individuals at high risk. *Can Det and Prev* 9:429-434, 1986.

**ARTICLES** (continued)

19.    van Nagell JR, Dudik LM, Frank AL, et al.  Cervical cancer.  *Southern Medical Journal* 80:75-81, 1987.

20.    Paz JD, Milliken R, Ingram WT, Frank AL, Atkin A.  Potential ocular damage from microwave exposure during electrosurgery: dosimetric survey.  *J Occup Med* 29:580-583, 1987.

21.    Leigh JP, Frank AL.  Gas taxes and motor vehicle fatalities.  *J Health Politics and Law* 13:723-734, 1988.

22.    Johnson TP, Frank AL, Houghland JG, et al.  Health experiences and behaviors among Appalachian and non-Appalachian Kentuckians:  Results from the Kentucky Health Survey.  In *Health in Appalachia: Proceedings from the 1988 Conference on Appalachia*. Lexington, KY:  University of Kentucky Appalachian Center, 1989, p. 63-75

23.    Frank AL.  Special health problems in Appalachia.  In *Health in Appalachia: Proceedings from the 1988 Conference on Appalachia*.  Lexington, KY:  University of Kentucky Appalachian Center, 1989, p. 187.

24.    Luce EA, Frank AL, Kilner JF, et al.  Lingering death from squamous cell carcinoma of the face.  *Hospital Practice* 24:60-72, October 30, 1989.

25.    Frank AL.  Occupational medicine.  *JAMA* 263:2665-2667, 1990.

26.    Frank, AL.  Occupational cancers of the respiratory system.  Historical and international perspectives.  (Part I).  *East Texas Medicine* 2:36-38, 1990.

27.    Frank, AL.  Occupational cancers of the respiratory system.  Historical and international perspectives.  (Part II).  *East Texas Medicine* 2:42-52, 1990.

28.    Hager DW, Bird M, Callahan JC, Frank AL, David ML, Engleberg J.  Promiscuity and public health:  some clinical and ethical issues.  *Hospital Practice* 25:63-78, 1990.

29.    Frank AL, Reynolds, HT, Kluck C, and Cole H.  University partnership for worksite medical programs with industry.  *VIIth International Pneumoconiosis Conference*, NIOSH, USDHHS, pp. 813-815, 1990.

30.    Frank AL.  Occupational and environmental medicine.  *JAMA Contempo* 258, 385-386, 1992.

31.    Frank AL.  Introduction.  A Special Issue Dedicated to the Memory of I.J. Selikoff.  *Env Res* 59:1-22, 1992.

32.    Frank AL.  The Academic Legacy of Kurt W. Deuschle.  *Mt. Sinai J Med* 59:447-449, 1992.

33.    Cole HP, Rubeck RF, Lin BC, Taylor R, Lineberry GT, Frank AL, Wala AM, Haley JV.  Four Interactive Computer Administered Problem-Solving Simulations for Teaching Critical Health and Safety Skills to Mining Industry Workers.  Final Report to U.S. Bureau of Mines, mining and Minerals Institute Title III Grant (No. G-1114121), 1992.

34.    Frank AL.  Global problems from exposure to asbestos.  *Environmental Health Perspectives*, Vol. 101, (Suppl. 3): 165-167, 1993.

**ARTICLES** (continued)

35.    Kelafant G, Kasarskis E, Horstman SW, Cohen C, Frank AL. Arsenic poisoning in central Kentucky: A case report. *Am J Ind Med*, 24:723-726, 1993.

36.    Cohen C, Frank AL.  Liver disease following occupational exposure to 1-1-1 trichloroethane - a case report. *Am J Ind Med*, 26:237-241, 1994.

37.    Frank AL. Invited commentary regarding the number of occupational medicine residencies in the U.S. *JOM*, 36:675-677, 1994.

38.    Frank AL. Medical and public health approaches to asbestos disease. *Mt Sinai J Med.* 62:401-405, 1995.

39.    Frank AL. The use of asbestos in Japan and China and malignancy related findings. *Med Lav* 86:457-460, 1995.

40.    Frank AL. Asbestos mineralogic analysis as indicator of carcinogenic risk. *Med Lav* 86:490-495, 1995.

41.    Prince TS, Frank AL. Causation, impairment, disability: an analysis of coal workers pneumoconiosis evaluations. *JOEM*, 38:77-82, 1996.

42.    Levin JL, Frank AL, Williams MG, McConnell W, Suzuki Y, Dodson RF. Kaolinosis in a cotton mill worker. *Am J Ind Med,* 29:215-221, 1996.

43.    Frank AL. Scientific and ethical aspects of human monitoring. *Env Health Persp* 104 (Suppl 3):659-662, 1996.

44.    Frank AL. Prevention into the 21st Century. *Mt Sinai J Med*, 63:236-240, 1996.

45.    Prince TS, Frank AL. Unexpected opportunities:  Incidental findings detected during impairment evaluations for coal workers' pneumoconiosis. *S Med J,* 90:413-415, 1997.

46.    Frank AL. The riddle of risk assessment in asbestos carcinogenicity. Med Lav, 88:333-338, 1997.

47.    Frank AL. Rapporteur Report: Pesticides, Ergonomics, priority assessment. J Agromed 4:147-150, 1997.

48.    Levin JL, McLarty JW, Hurst GA, Smith AN, Frank AL.  Tyler Asbestos workers: mortality experience in a cohort exposed to amosite.  Occupational and Environmental Medicine, 55:155-160, 1998.

49.    Frank AL. Issues of agricultural safety and health. European J. Oncol, 3:357-359, 1998.

50.    Frank AL. The carcinogenicity of man-made fibers. European J. Oncol, 3:211-212, 1998.

51.    Frank AL, Dodson RF.  Laboratory assessment of fibers. European J. Oncol. 3:339-341, 1998.

**ARTICLES** (continued)

52.    Frank AL, Dodson RF, Williams MG. Carcinogenic implications of the lack of tremolite in UICC reference chrysotile. Am J Industrial Med 34:314-317, 1998.

53     Frank AL, Gilmore K. Childhood agricultural hazards and their prevention. European J. Oncol, 4:637-639, 1999.

54.    Lowry LK, Frank AL. Exporting DBCP and other banned pesticides: consideration of ethical issues. Int J Occup Environ Health 5:135-141. 1999.

55.    Kersh FW, Frank AL. Environmental awareness among physicians: what are environmental health and environmental medicine. Texas Medicine 95:39-44, 1999.

56.    Frank AL. Ethical aspects of genetic testing. Mutation Research 428:285-290, 1999.

57.    Frank, AL. Injuries related to shiftwork. Am J Prev Med 18 (4S): 33 – 36, 2000.

58.    Frank, AL, Hubert, D, Gilmore, K. Occupational safety and health in the agricultural setting. European J. Oncol, 5:21-23, 2000.

59.    Frank, AL. The ethics of exposure and the role of the Collegium Ramazzini. European J. Oncol, 5:143-145, 2000.

60.    Hubert, D, Frank, AL, Igo, C. Environmental and agricultural literacy education. Water, Air and Soil Pollution, 123:525-532, 2000.

61.    Frank, AL. Ethical and practical aspects of human studies. Mut. Res., 480-1: 333-336, 2001.

62.    Frank, AL. Child labor and occupational cancer. European J. Oncol. 6: 133-134, 2001.

63.    LaDou, J, Landrigan, P, Bailer, JC, Foa, V, Frank AL. Commentary: A call for an international ban on asbestos. Can. Med. A. J., 164: 489 – 490, 2001.

64.    Frank, AL. Translating science into action: The global battle to ban asbestos. European J. Oncol. 7: 9-11, 2002.

65.    Ashford, N.A., Castleman B., Frank A.L., et al. The International Commission on Occupational Health (ICOH) and its influence on international organizations. Int. J. Occup. Environ. Health, 8:156-162, 2002.

66.    Frank, AL. Agricultural Safety and Health, J. Prev. Med. (Submitted)

67.    Perez, HR, Frank, AL, Zimmerman, NJ. Health effects associated with organic dust exposure during the handling of municipal solid waste. Indoor and Built Env. 15 (3): 207-212, 2006.

68.    LaDou, J, Teitelbaum, DT, Egilman, DS, Frank, AL, Kramer, SN, Huff, J, American College of Occupational and Environmental Medicine (ACOEM): a professional association in service to industry. Int J Occup Environ Health 13(4): 404-26,2007.

69.    Frank, AL, Pang, Z, Zhang H, Zhang Y, Mesothelioma Patterns in Qingdao, 2000-2007 (Submitted).

23

**ARTICLES** (continued)

70.     Richter, ED, Castleman, B, Frank AL. Ecocide: A Crime against Humanity, Collegium
        Ramazzini On Line Journal ( In press)

71.     Frank, AL. The Continuing Challenge of Working in Developing Countries, Collegium
        Ramazzini On Line Journal pp1-7, 2008.

**PUBLISHED ABSTRACTS**

1.  Trump B, McDowell E, Barrett L, Frank A, Harris C. Organ Culture of Human Bronchi: An In-Vitro Model to Study Respiratory Carcinogenesis. *Eleventh International Cancer Congress*, 1975.

2.  Harris C, Kaufman D, Frank A, Barrett L, McDowell E, Trump B. Activation of Chemical Carcinogens by Human Bronchial Epithelium in Organ Culture. *Eleventh International Cancer Congress*, 1975.

3.  Harris C, Frank A, van Haaften C, Kaufman D, Barrett L, McDowell E, Trump B. Metabolism of Carcinogenic Polynuclear Hydrocarbons (PNH) by Cultured Human Bronchial Mucosa. *Proceedings of the Third Annual Carcinogenesis Collaborative Program*, 1975.

4.  Trump B, McDowell E, Barrett L, Sato R, Frank A, Harris C. Human Bronchus: Organ Culture and Carcinogenesis Studies. *Proceedings of the Third Annual Carcinogenesis Collaborative Program*, 1975.

5.  Frank AL, Sporn MB, Kaufman DG. Hyperplasia of Hamster Tracheal Epithelium Caused by Amosite Asbestos in Organ Culture. *Proceedings of the American Association for Cancer Research* 14:113, 1975.

6.  Barrett L, McDowell E, Frank A, Harris C, Trump B. Reversal of ischemic cells injury and long-term storage of human bronchus (HB) and hamster trachea (HT). *Fed Proc* 34:834, 1975.

7.  Trump B, McDowell E, Barrett L, Frank A, Harris C. Ultrastructural, cytochemical, and metabolic studies on the pathogenesis of human bronchogenic carcinoma. *Lab Invest* 32:50, 1975.

8.  Harris C, Frank A, Barrett L, McDowell E, Trump B, Paradise L, Boren H. Cytokinetics in the respiratory epithelium of the hamster, cow, and man. *J Cell Biol* 67:196a, 1975.

9.  Harris C, Autrup H, van Haaften C, Frank A, Barrett L, McDowell E, Trump B. Inhibition of 3H-Benzo(a)pyrene Binding to DNA in Cultured Human Bronchial Mucosa. *Proceedings of the Third International Symposium on Detection and Prevention of Cancer*, p. 311.

10. Frank AL, Wade MJ, Lipkin LE. Quantitation of macrophage cytoxicity after exposure to asbestos from quarried serpentine rock. *Am Rev Resp Dis* 117: 232, 1978.

11. Frank AL. Ability of Hamster Trachea Cultures to Distinguish Particulate Carcinogens. *Proceedings of the American Association for Cancer Research* 19:79, 1978.

12. Frank AL. The Use of Hamster Trachea Cultures to Assess Potential Particulate Carcinogens. *XIX International Congress on Occupational Health* 242, 1978.

13. Frank AL, Rohl AN, Wade MJ, Lipkin LE. Quantitation of In Vitro Biological Activity of Asbestos from Quarried Serpentine Rock. *XIX International Congress on Occupational Health* 243, 1978.

14. Frank AL. Asbestos as an air pollutant and synergism with smoking. *VI International Symposium on Cancer Detection and Prevention*, ISPO, Vienna, Austria, 1984.

**PUBLISHED ABSTRACTS** (Continued)

15.    Frank AL. Identification and surveillance of individuals at high risk. *VI International Symposium on Cancer Detection and Prevention*, ISPO, Vienna, Austria, 1984.

16.    Frank AL, Burmaster DR, Combs G, and Begley BJ. University-based occupational health services in Kentucky coal mines. *American Public Health Association 113th Annual Meeting* 1985, p. 252.

17.    Frank AL, Reynolds, HT, Kluck C, and Cole H. University partnership for worksite medical programs with industry. *VIIth International Pneumoconiosis Conference*, August 23-26, 1988.

18.    Frank, AL. Environmental Health Issues in Appalachia: An ounce of prevention is worth a pound of cure. *Conference Proceedings - Environment and Technology in Appalachia*. The Appalachian Center, University of Kentucky. p. 139-140, 1990.

19.    Frank, AL. Global problems from exposure to asbestos. *1st International Conference on Environmental Mutagenesis in Human Populations at Risk*, Cairo, Egypt, January 20, 1992. Abstract No. 71.

20.    Frank, AL. The Intersection of Two Ancient Problems: Silicosis and Tuberculosis, in press, 1995. (Infection Control and Hospital Epidemiology)

21.    Frank, AL. Global transfer of occupational and environmental health risks. First International Congress of Minia, Egypt, April 2-4, 1995. Proceedings, p.60.

22.    Frank, AL. Monitoring of exposed workers and communities–scientific and ethical considerations. 2nd International Conference on Environmental Mutagenesis in Human Populations at Risk, Prague, Czech Republic, August, 1995, F3-3.

23.    Prince, TS, Frank, AL. Incidental findings detected during impairment evaluations for coal workers pneumoconiosis. Southern Med J 88:S66-67, 1995.

24.    Frank, AL, Dodson, RF, Williams, MG. Lack of tremolite in UICC reference chrysotile and the implications for carcinogenicity. Inhaled Particles VIII, p.140, 1996.

25    Levin, JL, McLarty J, Hurst, G., Frank, AL. Tyler asbestos workers mortality update. 25th International Congress on Occupational Health, p.131, 1996.

26.    Frank, AL.  Ethical aspects of genetic testing.  3rd International Conference on Environmental Mutagenesis in Human Populations at Risk.  Bangkok, Thailand, Dec., 1998.

27.    Hubert, D., Frank, A., Igo, C.  Environmental and agricultural literacy education. Proceedings of the 7th International Conference of the Israel Society for Ecology and Environmental Quality Sciences, 1999.

28.    Frank, AL, Gilmore, K., Hubert, D.  Children's health and safety in the agricultural environment.  Proceedings of the 7th International Conference of the Israel Society for Ecology and Environmental Quality Sciences, 1999.

29.    Frank, AL  Ethical and practical aspects of human studies.  7th International Conference on Mechanisms of Antimutagenesis and Anticarcinogensis, 2000.

PUBLISHED **ABSTRACTS**  (continued)

30.     Frank, AL.  Synergistic Exposures. Conference on Impact of Biotechnology on Cancer Diagnostic and Prognostic Indicators, 2000.  Can. Det. Prev. 24: (Supplement 2000) p. S164-5, 2000.

31.     Frank, AL, Li L, Cao W, Pang Z, Zhang Z, Zhang H.  Radiographic evidence of asbestos disease in Chinese factory workers.  Inhaled Particles IX, 2001.

32.     Frank, AL, Beaty R, Levin JL.  Cigarette smoke as a cause of small irregular opacities on chest radiographs.  Inhaled Particles IX, 2001.

33.     Frank, AL. The study of asbestos use in China; Challenges and opportunities.  Global Asbestos Congress, 2004

34.     Frank, AL.  Environment and Health.  Beijing Forum 2005

35.     Frank, AL.  Science for sale.  Asia Asbestos meeting 2006

36.     Frank, AL.  Prevention of Exposure to Hazardous Substances – Social and Ethical Issues.  The 5th International Conference on Environmental Mutagens in Human Populations, 2007.  P. 20.

37.     Frank, AL, Pang Z, Zhang H, Zhang Y. Mesothelioma Patterns in Qingdao, PRC, 2000-2007.  Inhaled Particles X, Sheffield, England, 2008

*November   2008*

12/22/2008

# Legal Cases with Deposition or Trial Appearance
## by Arthur L. Frank, M.D.

(Please note:  There has been no systematic recording of legal activity by Dr. Frank over the past years, especially not prior to October, 1994 when he began his current position at a new educational institution.  The exact listing for the cases has not been maintained.  The list following is the best reconstruction possible.  Some appearances were via videotape.)

| <u>Date</u> | <u>Client Name or Location</u> | <u>Law Firm/Attorney</u> |
|------|------|------|
| 10/94 | Asbestos in Bldg. Case<br>Minneapolis, MN (T) | Messerli & Kramer |
| 10/94 | 12 PI cases, Asbestos<br>Steel Mill, IL (D) | Morris Chapman |
| 11/94 | Frank DiIorio, PI<br>Asbestos, PA (T) | Mitchell Cohen |
| 12/94 | Asbestos Case<br>Louisville, KY, PI (T) | Greitzer and Locks |
| 1/95 | PI Cases<br>IL Steel Mill (T) | Morris Chapman |
| 1/95 | Mayo and Lonergan<br>Asbestos PI Cases (D) | C. O'Donnell |
| 2/95 | Yellow Creek Case<br>London, KY (T) | Robert Reeves |
| 2/95 | Hayes and Wheeler<br>PI Cases (D) | Kenneth Sales |
| 3/95 | Mustapick Case<br>PI Asbestos, NY, NY (D) | C. Hession |
| 3/95 | Mustapick Case<br>PI Asbestos, NY, NY (T) | Mitchell Cohen |
| 3/95 | Chicago Schools<br>Litigation, Asbestos (D) | Marc Weingarten |

1



12/22/2008

| Date | Client Name or Location | LawFirm/Attorney |
|------|-------------------------|------------------|
| 3/95 | Frank Griffith, PI Asbestos Lexington, KY (T) | Robert Reeves |
| 3/95 | John Butler, Sr., PI Asbestos Louisville, KY (T) | Steve Wilson |
| 4/95 | William Forbis PI Asbestos (T) | Steve Wilson |
| 4/95 | George W. Davis PI Asbestos, Georgia (D) | Darrell Gossett |
| 4/95 | Hopkins & Combs PI Asbestos, KY (D) | Steve Wilson |
| 4/95 | Smith, Lonergan & Mayo PI, Asbestos, GA (D) | Barbara Lane |
| 5/95 | Mustapick PI Asbestos (D) | C. Hession |
| 5/95 | Vernon Sexton PI Asbestos (D) | Steve Wilson |
| 6/95 | Patterson PI Asbestos (D) | Mitchell Cohen |
| 7/95 | M. L. Mathes PI Asbestos (D) | C. O'Donnell |
| 7/95 | Dayhoit Community Case, KY Chemical Exposure (D) | Donna Holt |
| 8/95 | Jack Henderson, PI Case Worker's Comp (D) | Jane Koprucki |
| 8/95 | Edgar Wommack PI Asbestos, GA (D) | Daniel O'Connell |
| 8/95 | Block 145 vs. Grace Bldg. Asbestos (D) | Geoffrey Harrison |
| 9/95 | Asbestos Bldg. Case Kentucky vs. Grace (D) | Lawrence Flatley |

2

12/22/2008

| _Date_ | _Client Name or Location_ | _LawFirm/Attorney_ |
|--------|---------------------------|--------------------|
| 9/95 | Kenneth Bearden<br>PI Asbestos, GA (D) | Roger Lane |
| 9/95 | S. Wright (D) | John E. Suthers |
| 10/95 | TransAmerica Bldg. Case<br>Asbestos, Grace (D) | Dori Kuchinski |
| 11/95 | General Reinsurance Case<br>Asbestos (D) | Gita Rothschild |
| 11/95 | David Yarbro vs. Kimberly Clark<br>Asbestos PI (D) | B. J. Wade |
| 1/96<br>3/96 | Thad Lee, PI<br>Asbestos, GA (T) | Roger Lane |
| 1/96 | Wommack, PI Asbestos, GA (T) | Barbara Lane |
| 2/96 | Anderson Case, PI Asbestos<br>Washington, D.C. (D) | Peter Enslein |
| 2/96 | Asbestos Case, Cincinnati PI (T) | Mitchell Cohen |
| 6/96 | M. Harrill Case, PI Asbestos (D) | C. O'Donnell |
| 6/96 | J. Robertson, Asbestos<br>Atlanta, GA (T) | Lane & Gossett |
| 6/96 | Asbestos (T) | Segal, Sales, et al |
| 7/96 | Asman, Asbestos (T) | Greitzer & Locks |
| 9/96 | NCR vs. U. S. Mineral Products Co.<br>Bldg. Asbestos Case (D) | P. Slater |
| 9/96 | Deposition – 9 Asbestos Cases | C. O'Donnell |
| 9/96 | Steed Case, Asbestos PI<br>Texas (T) | B. Bailey |
| 10/96 | North Dakota Case<br>Bldg. Asbestos (D) | D. Speights |

12/22/2008

| _Date_ | _Client Name or Location_ | _LawFirm/Attorney_ |
|---|---|---|
| 10/96 | S. Dehring Case, Asbestos, PI North Carolina (T) | M. Brickman |
| 10/96 | Port Authority Case, Bldg. Asbestos (D) | C. Hession |
| 10/96 | Forbis, et al Asbestos PI (T) | S. Wilson |
| 10/96 | McCarty vs. Lincoln Electric, et al Manganese Poisoning (D) | R. McBride |
| 11/96 | Gilbreath and Weems Asbestos PI (D) | R. Arentson |
| 12/96 | Pfleiger Case, Asbestos PI Penn. (T) | M. Cohen |
| 1/97 | A. Murray Case Asbestos PI (T) | Lane & Gossett |
| 3/97 | Asbestos PI Case, New York City (T) | M. Cohen |
| 3/97 | S. Minardi, Asbestos (D) | Greenberg, Troger, et al |
| 3/97 | J. Hardy (D) Asbestos, P.I | Sheer & Gardner |
| 3/97 | Rowell, (D, T) Asbestos, P.I., GA | Lane & Gossett |
| 3/97 | R. Bregel, R. Cowan, Asbestos (D) | Greitzer & Locks |
| 3/97 | Nance (D) | J. M. Riley |
| 4/97 | Cangiane Case, Asbestos PI New York (D, T) | M. Cohen |
| 4/97 | Worker's Comp (D) | Michael & Jones |
| 4/97 | O. Rowell, Asbestos (D, T) | Lane & Gossett |
| 4/97 | Tarrants Case, Asbestos (T) | Segal, Sales, et al |
| 8/97 | W. Herrin, Asbestos (T) | Lane & Gossett |

4

12/22/2008

| Date | Client Name or Location | LawFirm/Attorney |
|------|------------------------|------------------|
| 8/97 | J. Runnels (D) Welding Fumes P.I., Tx | Chopin, Wager, Cole |
| 9/97 | V. Holland, Asbestos (D, T) | Jordan & O'Donald and Lane & Gossett |
| 10/97 | S. Griffith, Manganese (D, T) | Casino Vaughn |
| 10/97 | R. Jones, Asbestos (D, T) | Lane & Gossett |
| 11/97 | L. Keel, Asbestos (D, T) | Lane & Gossett |
| 11/97 | E. Lopez, Asbestos (D) | Luttrell, Williams, et al |
| 11/97 | 3 Cases, Asbestos (T) | Segal, Sales, et al |
| 11/97 | Trujillo, Sales, Asbestos (D) | John Roven & Assoc. |
| 12/97 | F. Dirksen, Asbestos (T) P.I., GA | Segal, Sales, etc. |
| 12/97 | Perkins, et al, Asbestos P.I. (D) | Herren & Adams |
| 12/97 | Minneapolis, MN Asbestos Bldg. (D, T) | Doherty, Rumble & Butler |
| 1/98 | Various, Asbestos, P.I., GA | Jordan & O'Donnell |
| 2/98 | Aldrick, Harris, Lester Asbestos (D) | Jordan & O'Donnell |
| 2/98 | E. Owens, Asbestos (D) | Middleton, Mixson, et al |
| 2/98 | C. Strickland, Asbestos P.I., GA (D) | Jordan & O'Donnell |
| 3/98 | McGowen, Zorn, Brown Asbestos (D) | D. O'Connell & Assoc. |
| 4/98 | Various (D) Asbestos, P.I., GA | D. J. O'Donnell |
| 5/98 | G. Cole, Asbestos P.I. (T) | Greitzer & Locks |
| 5/98 | Zorn, et al, Asbestos (T) | Lane & Gossett |

5

12/22/2008

| _Date_ | _Client Name or Location_ | _LawFirm/Attorney_ |
|---|---|---|
| 6/98 | Boyd County Cases, KY<br>Asbestos P.I. (T) | Sutter & Enslein |
| 6/98 | Hammer (D)<br>Asbestos, P.I., FL | D. Morris |
| 7/98 | C. Strickland, Asbestos (T) | Lane & Gossett |
| 7/98 | I. Hammer, Asbestos (D) | Wicker, Smith, et al |
| 7/98 | Walker, Manganese (D) | Casino Vaughn |
| 7/98 | I. Hammer, Asbestos<br>Ft. Lauderdale (T) | Reed Bryant |
| 7/98 | R. Wiggington, Asbestos (T) | Segal, Sales, et al |
| 7/98 | Eaves (D) | Goodwin & Carlton |
| 8/98 | P. Lockaby, Asbestos (D) | D. O'Connell & Assoc. |
| 8/98 | W. Wood (D)<br>Asbestos, P.I., MO | Bryan Cove Law Firm |
| 8/98 | S. Slates, Asbestos (D) | Tydings & Rosenberg |
| 9/98 | W. Wood, Asbestos (T) | John Roven & Assoc. |
| 9/98 | P. Lockaby, Asbestos (T) | Lane & Gossett |
| 10/98 | 3 Cases, Asbestos (D, T) | Lane & Gossett |
| 10/98 | 2 Cases, Asbestos (D) | Lane & Gossett |
| 10/98 | Various (D)<br>Asbestos, P.I. | D. Mitchell |
| 10/98 | Various (D)<br>Asbestos, P.I., GA | Jordan & O'Donnell |
| 10/98 | Various (D, T)<br>Asbestos, P.I., GA | Lane & Gossett |

12/22/2008

| Date | Client Name or Location | Law Firm/Attorney |
|---|---|---|
| 10/98 | KY Case(D) | R. Reeves |
| 10/98 | (D) | S. Glover |
| 11/98 | (D) | K. Colbert |
| 11/98 | Wosk (D, T)<br>Asbestos, P.I., PA | Greitzer & Locks |
| 12/98 | Buehner (D) | J. Scharon |
| 1/99 | Sowell (D)<br>Asbestos, P.I., GA | Jordan & O'Donnell |
| 2/99 | Townes (D)<br>Asbestos, P.I., GA | Jordan & O'Donnell |
| 4/99 | Halfacre (D)<br>MN Exposure | P. Bell |
| 5/99 | Pransky (D)<br>Asbestos, P.I., MD | Church & Houff |
| 5/99 | Various (D, T)<br>Asbestos, P.I. | Lane & Gossett |
| 5/99 | Townes (D, T)<br>Asbestos, P.I., GA | Lane & Gossett |
| 6/99 | Rozell (D)<br>Asbestos, P.I., TX | R. Cook |
| 6/99 | Various (D)<br>Asbestos, P.I., KY | J. Satterley |
| 7/99 | Pransky (T)<br>Asbestos, P.I., MD | Greitzer & Locks |
| 8/99 | Forres (T)<br>Firefighter Lung Cancer<br>San Antonio, Texas | R. Poole |
| 9/99 | Lone Star Steel Cases (D)<br>Asbestos, Silica | Nix |

7

12/22/2008

| | | |
|---|---|---|
| 9/99 | Walker, et. al., P.I. (D) Manganese | Cascino Vaughan |
| 10/99 | Bernhardt (T) Asbestos, P.I., PA | Greitzer & Locks |
| 10/99 | R. Boren (D) Chemical Exposure, P.I., NB | C. R. Zwart |
| 12/99 | Tidwell (D, T) Asbestos, P.I., KY | Greitzer & Locks |
| 12/99 | Preston (T) Asbestos, P.I., KY | J. Satterley |
| 12/99 | Walker (T) Manganese | Cascino Vaughn |
| 2/00 | Nelson, Browning (D) Asbestos, P.I., TX | Ness, Motley |
| 2/00 | Hanks (D) Asbestos P.I., | W.T. Causby |
| 2/00 | Various Cases (D) Asbestos, P.I. | Jordan & Bristol |
| 3/00 | Ballard (D) Asbestos, P.I. | A. Parnell |
| 3/00 | Ballard (T) | J. Satterley |
| 3/00 | Boren (T) | Richard Dinsmore |
| 4/00 | Griffin Asbestos (P, I) | Jordan & O'Donnell |
| 5/00 | Hutcheson (D, T) | The Simmons Firm |
| 5/00 | Taylor Jordan (D) | Cook, Doyle & Bradshaw |
| 6/00 | Marion Fox (D) | Smith, Helms, Mulliss & Moore |
| 6/00 | Minzenberger (D) | Jordan & O'Donnell |

12/22/2008

| 6/00 | Mueth, Wright, Smith (D) | The Simmons Firm |
|------|---------------------------|------------------|
| 8/1/00 | Ward, Barnes (D) | Lane & Gossett |
| 8/24/00 | Courson (D) (T) | Cook, Doyle & Bradshaw |
| 8/29/00 | Kerhin (D) | Nolan, Plumhoff & Williams |
| 9/20/00 | Boulden (D) | Taylor, Davis & Ernster |
| 11/20/00 | Migl (D) Bogan (D) | Cook, Doyle & Bradshaw |
| 1/5/01 | Whitesell (VD) | Barbara Kay Lane |
| 1/16 – 17/01 | Fletcher (D) Ross (D) Wallace (D) | Crowley & Douglas |
| 1/19/01 | Williams (D) | Wellborn, Houston, Adkison, Mann, Sadler & Hill |
| 1/26/01 | Fontenot (D) | Cook, Doyle & Bradshaw |
| 2/13/01 | Horton (D) | Willman & Arnold |
| 2/27/01 | Weaver (D) | Jordan & O'Donnell |
| 4/12/01 | Joubert (D) | Cook, Doyle & Bradshaw |
| 4/17/01 | Jones (D) | Hawkins & Parnell |
| 4/18/01 | Padalecki (D) | Cook, Doyle & Bradshaw |
| 4/18 – 19/01 | Roth (T) | Cooney & Cooney |
| 4/30/01 | Dawson (D) | Ness, Motley, Loadholt, Richardson & Pool |
| 5/4/01 | Brown (D) Barton (D) | Huddleston, Bolen, Beatty, Porter & Copen |

9

12/22/2008

| 5/14/01 | Boyd County Cases (T) | The Sutter Law Firm |
| 5/17/01 | Jones, et al (D) | Jordan & O'Donnell |
| 5/22/01 | Jones, O'Steen (T) | Lane & Gossett |
| 6/11/01 | Carter, Dean, Logan, Martin Searcy, Rust, Albright, Holden, Mackey (D) | Wellborn, Houston, Adkison, Mann, Sadler & Hill |
| 6/15/01 | Robinson (D) | Hawkins & Parnell |
| 7/2/01 | Robinson (D) | Barbara Lane |
| 7/3/01 | May; Jeffords | Lane & Gossett |
| 8/16/01 | Hess; Miller; Poe (D) | Burns, White & Hickton |
| 8/17/01 | Abington (D) | Glassman, Edwards, Wade & Wyatt |
| 8/29/01 | Lewis; Brown; Dingess; Hall; Gillian (D) | Sutter Law Firm |
| 10/31/01 | Hutchins (D) | Wallace & Graham |
| 1/17/02 | Evans (D) | Sales, Tillman & Wallbaum |
| 2/5/02 | Barletta (D) | Hendler Law Firm |
| 2/11/02 | Benevue; Hammons; Burgett; Meyer; Scharf | Simmons |
| 2/28/02 | Edwardsville Trial | Simmons |
| 3/8/02 | Morris; Miller (D) | Wallace & Graham |
| 3/14/02 | 16 March Cases (D) | Simmons |
| 3/18/02 | Morris (D) | Simmons |
| 3/18/02 | Anniston, Alabama (T) | Kasowitz, Benson, Torres & Friedman |
| 4/4/02 | Drew (D) | Hall, Bloch, Garland, Meyer |

12/22/2008

| 4/16/02 | Baar, III (T) | Cooney & Conway |
|---|---|---|
| 4/23/02 | Elam | Cascino & Vaughan |
| 6/6/02 | Highsmith (T) | Lane & Gossett |
| 7/10/02 | Anita G. Jones (D) Asbestos PI | Peter T.  Enslein |
| 8/07/02 | Robert Earl Williams(D) | The Simmons Firm |
| 8/20/02 | James Leroy Wallace (D) | Wallace and Graham |
| 9/06/02 | George F. Brannon (D) | Thomas Clare |
| 09/4-5/02 | Mary Samsel (T) | Randall Bono |
| 9/11-12/02 | Hawley,Fisher, Sims, Orlander, McDale Trocki (T) | Randall Bono |
| 9/13/0.23 | Celanese (D) | Thomas G. Tidewell |
| 9/23/02 | Leroy Colbert, Jr.(D) | Ed Pauley |
| 10/3/02 | Leo J. Scheurich (D) | Stephen Bowers |
| 10/3/02 | Leo J. Scheurich (T) | Ken Sales |
| 10/10-17/02 | Seaford, Thomas (D) | Christopher Hickey |
| 10/18/02 | Martin Rogness (D) | Raymond H. Modesitt. |
| 10/30/02 | Four Cases   (D) | Christopher Mauriello |
| 11/21-22/02 | Caudillo & Hernanedez (D) | Gary DiMuzio |
| 11/27/02 | J.Avila, J. Baldi, L. Sayers (D) | William R. Fahey |
| 12/04/02 | Gillespie, Arena, Russell (T) | Elliott Present |
| 12/09/02 | A.Baumann,G.Bates, R.Block (D) | William R. Fahey |
| 12/17/02 | Jerome Klepper       (D) | Andrew O'Brien |
| 12/18/02 | Zehner & Turner      (D) | Robert McCoy |

12/22/2008

| Date | Case | Name |
|---|---|---|
| 01/06/03 | G. Koontz  (D) | Doug B. King |
| 01/3-6/03 | Driver, Bruno, Pierce (T) | Mitchell Cohen |
| 01/8/03 | Welding case  (D) | Robert G. McCoy |
| 01/15/03 | J. Roseman  (T) | Elliott Present |
| 01/14/03 | Joseph Roseman     (D) | Michael Bergin |
| 01/17/03 | Pierce & Strasser     (D) | William G. Fahey |
| 01/27/03 | Willie Lee Robinson (T) | Barbara Lane |
| 01/31/03 | James Freezor  (D) | Mark R. Kurtz |
| 02/06/03 | J.C. Taylor (D) | Reid Acree |
| 02/07/03 | 8 Asbestos Cases & Whittington Case (D) | Randy Bono |
| 02/11/03 | Harold L. Cougenour (D) | Wallace & Graham |
| 02/10-12/03 | William Parks (D) | Elliott Present |
| 02/25/03 | Herbert Dorf  (D) | Michelle Galindo |
| 02/27/03 | William Parks | Elliott Present |
| 03/3-4/03 | Turner (T) | Robert McCoy |
| 03/13/03 | Weyerhouser (D) | Mona Wallace |
| 03/19/03 | Roby Wittington (D) | Randy Bono |
| 03/21/03 | John Richards (D) | Megan Zeregan |
| 04/07/03 | Charles Deese (D) | Reid Acree |
| 04/08/03 | P. Thompson & J. Andrees (D) | Lynn Bradshaw |
| 04/28/03 | Cornelius Alexander (D) | Jill N. Calvert |
| 04/29/03 | Jasper Galm (D) | Elliot Present |
| 05/05/03 | Lear & Tison, Stewart (D) | Roger Lane |

12

12/22/2008

| 05/06/03 | Hill et  (D) | D. Scott Carlile |
| 05/0803 | Roberta Ochs (D) | James Long |
| 05/12/03 | Rolf Lindstrom (D) | Robert Ellenstein |
| 05/16/03 | 6 cases        (D) | William R. Fahey |
| 05/27/03 | Gavrock & Steel (D) | Newton Anderson |
| 05/29/03 | Kenneth Madden (D) | Gary DiMuzio |
| 06/02/03 | Salvi & Carlson  (D) | Michael B. Leh |
| 06/12/03 | M. Gavrock & Wm. Steele (D) | B. J Wade |
| 06/18/03 | 6 Cases        (D) | Ted Gianaris |
| 07/02/03 | Hawkins, Canatella, Baker (D) | Matthew Kieley |
| 07/9-10/03 | Ward case  (D) | Andrew O'Brien |
| 07/11/03 | Dixon & Tarranova  (D) | Charles Heard |
| 07/14-15/03 | Leggett case   (T) | Chip Hickey |
| 07/18/03 | Fanese case (D) | Alan Reich |
| 07/22/03 | Jenkins case (D) | Shawn Parrish |
| 07/30/03 | Caffey et al   (D) | R. Brandon |
| 08/06/03 | Kelley & Richter (D) | Ted Gianaris |
| 08/11-12/03 | Asbestos case  (T) | Christian Hartley |
| 08/13/03 | 9 Asbestos Cases   (D) | William Fahey |
| 08/14-15/03 | Varnadore and Williamson (D) | Roger Lane |
| 09/09/03 | Mrs. Benioist (D) | Andrew O'Brien |
| 09/09/03 | Norrise case  (D) | Joe Satterley |
| 09/11/03 | Jones & Osteen (D) | Roger Lane |

12/22/2008

| 09/11-12/03 | 9 Asbestos cases  (D) | Gary DiMuzio |
| 09/15/03 | Lavi Booth    (D) | M. Agelides |
| 09/16/03 | 2 Asbestos Cases    (D) | Christian Hartley |
| 09/19/03 | Pennington case    (D) | A. V. Conway |
| 09/30/03 | William Jackson (T) | William Fahey |
| 10/07/03 | Norris case   (D) | Robert Paul |
| 10/14/03 | Elam case   (T) | Robert McCoy |
| 10/15/03 | Hargrove case (D) | Wayne Lieg |
| 10/16/03 | Norris  case   (T) | Joe Satterley |
| 10/17/03 | Bell et all & Stephens (D) | Gary DiMuzio |
| 11/04/03 | Feezor   (D) | Joe Satterley |
| 11/10/03 | Ott  case  (D) | Doug King |
| 11/25/03 | Szabo & Ingraham (D) | Christian Hartley |
| 12/08/03 | Mutiple Asbestos cases  (D) | William Fahey |
| 12/16/03 | Quareles  case  (D) | Gary DiMuzio |
| 12/17/03 | Emrich case  (D) | Don Migliori |
| 12/23/03 | Edwin case (D) | Peter G. Bell |
| 12/23/03 | Billy Meadows (D) | C. Hartley |
| 01/06/04 | Troy Hickox  (D) | Roger Lane |
| 01/06/04 | Rolf Lindstrom (D) | Donald Krispin |
| 01/07/04 | Hill...et al  (D) | D. Scott |
| 01/08/04 | Multiple Asbestos cases  (D) | Ted Gianaris |
| 01/22/04 | Easton  case  (D) | Robert Paul |

14

12/22/2008

| 01/22/04 | Smith, Trone, Harris  (D) | Parker, Dumler |
| 01/28/04 | Clark…et al          (D) | DeHay & Elliston |
| 02/03/04 | Eaton & Munro        (D) | Alan Reich |
| 02/25/04 | Lindstrom case       (T) | Donald A. Krispin |
| 03/05/04 | Thomas Lafferty      (D) | B. J. Wade |
| 03/08/04 | Munro…case           (D) | Douglas B. King |
| 03/08/04 | Petruzzi  case       (D) | Kevin Knight |
| 03/11/04 | Eaton & Petruzzi     (D) | Robert Paul |
| 03/30/04 | Jimmie Mills         (D) | Russell Cook |
| 04/01/04 | Multiple Asbestos cases  (D) | Ted N. Gianaris |
| 04/05/04 | J. D. Roberts  (D) | Gary DiMuzio |
| 04/14/04 | Asbestos Case (T) | Roger Lane |
| 04/15/04 | Roy Brem    (D) | Michael Bilbrey |
| 04/22/04 | Courson case   ( D) | Russell Cook |
| 04/28/04 | Stegemoller case  (D) | Doug King |
| 04/29/04 | King  case  (D) | James A. Snowden |
| 04/30/04 | Carlisle  case  (D) | A. Timothy Jones |
| 05/24/04 | Egizi    (D) | Martin,Bank, Pond, etc. |
| 05/25/04 | Bob Brown (D) | Virginia Giokaris |
| 05/28/04 | Mutiple Asbestos cases  (D) | M. Keiley |
| 06/09/04 | L. Franklin (D) | Wade Mitchell |
| 06/18/04 | Valentine     (D) | Joe Satterley |
| 07/01/04 | Multiple Asbestos cases (D) | Ted Gianaris |
| 07/13/04 | M. Gussoff  (T) | Michael Leh |

12/22/2008

| Date | Case | Name |
|------|------|------|
| 08/03/04 | Multiple asbestos cases    (D) | William Fahey |
| 08/16/04 | Mclean & Little   (D) | R. Meriwether |
| 08/16/04 | Multiple asbestos cases   (D) | William Fahey |
| 08/17/04 | Samuel Lewin  (D) | D. Krispin |
| 08/19/04 | Charles Brewster   (D) | Joseph Satterley |
| 08/23/04 | Multiple asbestos cases  (D) | William Fahey |
| 08/27/04 | Multiple asbestos cases   (T) | Gary DiMuzio |
| 08/30/04 | Multiple asbestos cases   (D) | William Fahey |
| 09/30/04 | Williams and others        (D) | Jackson Kennedy |
| 10/07/04 | Landau  (D) | Jeffrey L. Pettit |
| 10/07/04 | Landau   (D) | George Kiser |
| 10/12/04 | Mr. Basciano  (D)<br>(Benzene PI Workers Comp case) | Mitchell Cohen |
| 10/19/04 | Jeffrey Marco (D) | Bartholomew  Baumstark |
| 10/19/04 | Luke Lindau (D) | Michael Bilbrey |
| 10/26/04 | Multiple Asbestos cases (D) | M. Angelides |
| 11/23/04 | Charles Logsdon (D) | J. Robert Shelton |
| 11/30/04 | Frank Dean (D) | Mike Runyan |
| 12/01/04 | Dorothy Hutchins (D) | Mott McDonald |
| 12/20/04 | Multiple asbestos cases (D) | D. Scott Carlile |
| 01/07/05 | Volluz & Walsh....cases (D) | Bartholomew Baumstark |
| 01/27/05 | Karl C. Bowles (D) | Joseph Satterley |
| 02/10/05 | Multiple asbestos cases  (D) | Michael Bilbrey |

12/22/2008

| | | |
|---|---|---|
| 03/02/05 | Dennis Serbin  (Court Appearance) | Marie Terpolilli |
| 03/07/05 | Cook & Flax  (D) | Mark Dumler |
| 03/11/05 | John F. Broyles  (D) | Lou Thomas-Black |
| 03/17/05 | Luis Vega  (D) | J. Katz |
| 03/28/05 | Knoth...case    (D) | Joe Satterley |
| 04/06/05 | Baron....case    (D) | R. McCoy |
| 04/12/05 | Multiple....cases  (D) | Michael  Bilbrey |
| 04/18/05 | Dexter & Edmonds    (D) | R. Shelton |
| 05/09/05 | Sarah Groff  (D) | William Fahey |
| 05/10/05 | For trial appearance  (D) | C. Hartley |
| 05/17/05 | Jones, et al cases    (D) | M. Edmonds |
| 05/17/05 | Court Appearance   ( C) | Joseph Satterley |
| 05/20/05 | Agner/Hutchins... et al  (T) | M. Wallace |
| 06/01/05 | Baren...case   (D) | Robert McCoy |
| 06/13/05 | Trial appearance......(T) | C. Hartley |
| 06/21/05 | Briggs...case    (D) | Lonnie Johnson |
| 06/21/05 | Sholar ...case    (D) | Knight S. Anderson |
| 06/21/05 | Munro....case  (D) | Edward Harney |
| 07/01/05 | M. Martin   (D) | Mike Bergin |
| 07/12/05 | Curtis Lightsey        (D) | O. Harton |
| 08/03/05 | Multiple....cases        (D) | Steve Parrott |
| 08/05/05 | Massey Miller   (D) | B. J. Wade |
| 08/15/05 | Curtis Lightsey   (D) | Roger Lane |

12/22/2008

| 08/18/05 | McDowell...case  (D) | C. Hartley |
| 08/22/05 | Jerry M. Bryant  (D) | Russell Cook |
| 08/23/05 | Baron ...case   (D) | Robert McCoy |
| 08/26/05 | Poindexter...case   (D) | David Palik |
| 09/09/05 | Michael Haussmann  (D) | Alfred J. Carlson |
| 09/15/05 | Adell Rockmore   (D) | D. Scott Carlile |
| 09/26/05 | Madison County Case  (D) | Charles Hartley |
| 10/06/05 | Adell Rockmore    (D) | D. Scott Carlile |
| 10/11/05 | Harris....case   (D) | Roger Lane |
| 11/20/05 | Daubert...case   (T) | Ted Gianaris |
| 10/21/05 | Madison County ...case  (D) | Charles Hartley |
| 10/27/05 | Egizi...case  (D) | A. J. Carlson |
| 10/28/05 | C. White.....case    (D) | Mike Cascino |
| 10/28/05 | James Berlemann...case  (D) | R. Gori |
| 11/08/05 | Boren.....case   (T) | R. McCoy |
| 11/21/05 | JoAnn Witt   (D) | David Bevon |
| 11/28/05 | Flora Franklin  (D) | Joseph Satterley |
| 11/28/05 | David Lancaster   (D) | L. R. King |
| 11/29/05 | Littlefield.....case   (D) | Douglas King |
| 11/30/05 | Alan, Reinstein (D) | Jennifer Hunt |
| 12/02/05 | Multiple .....cases  (D) | Roger Lane |
| 12/05/05 | Michael Haskell     (D) | Robert Bosslet |
| 12/19/05 | K. Jonas    (D) | Frank Wathen |

12/22/2008

| 12/19/05 | J. Gallagher  ( D) | Michael Bilbrey |
| 12/21/05 | Ronald Johnson  (D) | B. Baumstark |
| 12/22/05 | Linda Allen  (D) | Scott Carlile |
| 01/10/06 | Harold Leedom  (D) | Vincent Greene |
| 01/10/06 | Harold Leedom  (D) | M. Scarpitti |
| 01/17/06 | William Shepard  (D) | Lou Black |
| 01/19/06 | Anthony Betti, Sr.  (D) | Andrea McNeil |
| 01/31/06 | Joseph Tizcareno  (D) | Christopher Wood |
| 02/02/06 | Robert Lulich  (D) | William Fahey |
| 02/02/06 | Multiple …..cases  (D) | Edward Nass |
| 02/13/06 | Avis Brown Little  (D) | Ed Pauley |
| 02/16/06 | Kip Ong  (D) | Peter Gilbert |
| 02/20/06 | Ryan and Miller  (D) | Ted Giannaris |
| 02/21/06 | Adams group – Baltimore (D) | Steve Parrott |
| 03/03/06 | William Schell (D) | Robert Paul |
| 03/03/06 | James Turnbow  (D) | Michael Bilbrey |
| 03/06/06 | Roberts……case  (D) | Peter Gilbert |
| 03/08/06 | Parker…..Case  (D) | Stephen Smith, Jr. |
| 03/15/06 | Mutiple……cases  (D) | L. P. Rufo |
| 03/15/06 | Mutiple…..cases  (D) | Ted Giannaris |
| 03/20/06 | Adams…..case  (D) | Peter T. Nicholl |
| 03/24/06 | Gary Randolph  (D) | R. S. Jordan |
| 03/27/06 | John M. McCormick  (D) | Christopher M. Stevens |

19

12/22/2008

| 04/05/06 | Asbestos......cases  (D) | T. Crumpler |
| 04/07/06 | John McCormick  (D) | K. Rank |
| 04/07/06 | John Ritter  (D) | Robert Paul |
| 04/20/06 | James Griffin  (D) | Kendra Smith |
| 05/16/06 | Michael Haussman | A. Carlson |
| 06/01/06 | Charles Clephas  (D) | Joe Satterley |
| 06/15/06 | Gerald White  (D) | C. R. Banford |
| 06/16/06 | Clark.....case  (D) | K. Ranke |
| 06/21/06 | Carol Sutterfield  (D) | Russell Cook |
| 06/23/06 | James Smukal  (D) | R. S. Sigurdson |
| 07/07/06 | W. Blanche, J. Rowan  (D) | M. Cancelliere |
| 0730/06 | Stephen Trombatore  (D) | S. Flanagan |
| 08/15/06 | James Parsons   (D) | R. Krause |
| 08/16/06 | William Lacey   (D) | B. Baumstark |
| 08/16/06 | Multiple .....cases  (D) | M. Kiely |
| 08/21/06 | Harold Garmon    (D) | Ed Pauley |
| 08/22/06 | Multiple....cases   (D) | P. Browder |
| 08/22/06 | Richard Eisinger  (D) | R.T. Connor |
| 08/28/06 | Andrew Baker   (D) | M. Reid Acree |
| 98/31/06 | Leon Parker   (D) | Ken Sales |
| 09/01/06 | Multiple....cases   (D) | Ted Gianaris |
| 09/01/06 | T. Sparks   (D) | Stuart McIntosh |
| 09/06/06 | Joyce Applequist    (D) | C. Hartley |

| 09/07/06 | C. Parisi (D) | Matt Kiely |
| 09/11/06 | Jasinskas & Weir (D) | C. Hartley |
| 09/21/06 | Multiple.....cases (D) | P. Browder |
| 09/29/06 | Carmen Stigliano (D) | Loreto P. Rufo |
| 10/03/06 | Video Depo for Trial | Roger Lane |
| 10/04/06 | Allen Schriener (T) | Ted Gianaris |
| 10/13/06 | Multiple.....cases (D) | Ted Gianaris |
| 10/16/06 | Michael Haskell (T) | R. Bosslet |
| 11/02/06 | Thomas Myers (D) | Robert Paul |
| 11/09/06 | Evart Young (D) | William Kastner |
| 11/13/06 | James R. Edwards (D) | B. Craig |
| 11/14/06 | Arthur Coughlin (D) | P. Gilbert |
| 11/15/06 | Charles Manzie (D) | F. Wathen |
| 11/21/06 | Duel Lee (D) | Kenneth Sales |
| 11/21/06 | Paul V. Landingham (D) | Kenneth Sales |
| 11/21/06 | Meso.....case (D) | Jeffrey Gross |
| 12/07/06 | James Duncan (D) | F. Wathen |
| 12/11&13/06 | Richard Morell (D) | R. Cook |
| 12/19/06 | Donald Melancon (D) | D. Scott Carlile |
| 12/19/06 | Curtis Greenhouse (D) | D. Scott Carlile |
| 01/03/07 | James E. Jackson (D) | D. Marsden |
| 01/04/07 | Multiple......cases (D) | T. Gianaris |
| 01/11/07 | Roger Herr (D) | K. Alexanderson |

12/22/2008

| 01/16/07 | Thomas Gibson   (D) | I. Gustafson |
| 01/17/07 | James Daniels  (D) | M.G. McDonald |
| 01/17/07 | Watson....case    (D) | F. Wathen |
| 01/18/07 | David Thompson   (D) | R. Jordan |
| 01/22/07 | Deposition | Ed Pauley |
| 01/22/07 | Brown....et al.  (D) | M.E. Hutchins |
| 01/24/07 | B. Bell    (D) | R. Jordan |
| 01/30/07 | Multiple cases  (D) | Rufo Associates |
| 02/02/07 | Allen E. Stafford  (D) | M. Cancelliere |
| 02/16/07 | Mary K. Irwin  (D) | Joe Satterley |
| 02/28/07 | Bobby L. Jones  (D) | F. Wathen |
| 03/16/07 | Multiple.....Depos   (D) | R. Sigurdson |
| 03/19/07 | Tyndall Graves  (D) | B. Baumstark |
| 03/21-22/07 | Monroe....case  (D) | T. Gianaris |
| 03/23/07 | Grace Litigation    (D) | L. E. Flatley |
| 04/03/07 | Multiple...cases     (D) | E. Present |
| 04/12/07 | Armstrong & Macaseib   (D) | E. Present |
| 04/20/07 | Multiple Montana Cases  (D) | J. Roberts |
| 04/24/07 | Nicholas Dippolito    (D) | E. Reeves |
| 04/25/07 | Yelko & Rogers    (D) | M. Zerega |
| 04/26/07 | Multiple......cases  (D) | T. Gianaris |
| 04/27/07 | Michael Billas    (D) | E. Reeves. |
| 05/02/07 | Multiple cases  (D) | M. Cancelliere |

12/22/2008

| 05/04/07 | Gary Walewski  (D) | M. Kerensky |
| 05/08/07 | R. Sotkiewiz    (D) | B. P. Mandell |
| 05/10/07 | Thomas Gibson      (D) | Roger Lane |
| 05/29/07 | Multiple cases  (D) | J. Whelan |
| 05/30/07 | R. Mahoney  (D) | Nate Mudd |
| 06/01/07 | Hives....case  (D) | F. Wathen |
| 07/03/07 | Baltimore Lung Cases (T) | F. Jekel |
| 07/06/07 | F. Conley (D) | L.P. Rufo |
| 07/06/07 | Stanley Braschuk (D) | J.J. Ostertag |
| 07/09/07 | Multiple.......cases  (D) | T. Gianaris |
| 07/12/07 | Charles Kilgus, Jr. (D) | M. Terpolilli |
| 07/12/07 | P. Campbell, K. Jasinkas (D) | C. Hartley |
| 07/13/07 | C. Rich     (D) | D. Krispin |
| 07/18/07 | I C. Gobble   (D) | M. G. McDonald |
| 07/19/07 | W. J. Hamrick       (D) | Ed Pauley |
| 07/19/07 | L. Reese     (D) | J. Belcher |
| 07/19/07 | D. Eubanks  (D) | W. Wagnon |
| 07/30/07 | Multiple......cases  (D) | P. Browder |
| 08/01/07 | M. Hampshire      (D) | B. Baumstark |
| 08/09/07 | Multiple....cases  (D) | T.Gianaris |
| 08/10/07 | W. Mackel   (D) | A.D. Gutsche |
| 08/15/07 | J. Schwarber       (D) | A. B. Shadburne |
| 08/15/07 | F. Franklin    (D) | J. Satterley |

12/22/2008

| 08/17/07 | F. Jauregui   (D) | A. Gutsche |
| 08/21/07 | F. Franklin   (T) | J. Satterley |
| 08/28/07 | W. Leapline  (D) | B. Baumstark |
| 08/28/07 | S. Souder   (D) | M. DiGenova |
| 09/05/07 | Multiple.......cases  (D) | R. Lane |
| 09/03/07 | F. Jauregui   (T) | D. Hanley |
| 09/06/07 | A. McGrigor  (D) | S. Carlile |
| 09/07/07 | Multiple ......cases  (D) | T. Gianaris |
| 09/10/07 | C. J. Schwarber   (D) | R. Shelton |
| 09/11/07 | Multiple.....cases  (D) | T. Gianaris |
| 09/26/07 | M. Pound  (D) | J. C. Long |
| 10/01/07 | M. Cofer  (D) | R.S. Kramer |
| 10/01/07 | Avoca Litigation (Hearing Appear) | S. Seach |
| 10/02/07 | Multiple.......cases  (D) | T. Gianaris |
| 10/2-3/07 | J. Larson   (T) | T. Gianaris |
| 10/09/07 | L. W. Reese   (D) | G. DiMuzio |
| 11/01/07 | Video Depo  for trial   (D) | M. Pross |
| 11/02/07 | Telephone Deposition  (D) | T. Gianaris |
| 11/09/07 | B. Cairns            (D) | L. Senekeremian |
| 11/16/07 | Multiple cases      (D) | E. Present |
| 11/19/07 | Multiple asbestos cases  (D) | L.P. Rufo |
| 11/19/07 | McTaggert...case          (D) | C.B. Jabuena |
| 11/20/07 | Multiple ...cases      (D) | T. Gianaris |

24

12/22/2008

| 11/21/07 | C. Stude   (D) | N. Albritton |
| 12/14/07 | W. Atkins   (D) | A. Carlson |
| 12/19/07 | Thompson…case (D) | J.A. Gardner |
| 01/03/08 | Taylor…case  (D) | G. DiMuzio |
| 01/10/08 | Multiple…..cases    (D) | T. Gianaris |
| 01/15/08 | Arnold Russell       (D) | P. Hagerty |
| 01/17/08 | Woker's Comp. Hearing   (D) | M. Pross |
| 01/22/08 | 14 Asbestos…..cases  (D) | J. Olinge |
| 01/25/08 | Robbie Cagle        (D) | W. Fahey |
| 01/29/08 | Madison County       (T) | N. Mudd |
| 02/05/08 | Charles Rich         (T) | J. Admiralty |
| 02/08/08 | Stephen Guilder      (D) | J. Feigeles |
| 02/10/08 | Fry….hearing        (T) | D.F. Clancy |
| 02/14/08 | Glade Cookus        (D) | K. McNaughton |
| 02/18/08 | J. Coffey, R. Montgomery    D) | R. A. Jordan |
| 02/19/08 | 15 Asbestos cases   (D) | N. Mudd |
| 03/06/08 | Brenda Williams      (D) | K. Leahy |
| 03/12/08 | Robert Montgomery  (T) | J. Satterley |
| 03/19/08 | Asbestos …..case  (D) | W. Kohlburn |
| 03/21/08 | Toby Knoth          (D) | T. R. Peters |
| 04/02/08 | Asbestos…..case    (D) | K. Sales |
| 04/15/08 | Harris…..case       (D) | R. Paul |
| 04/16/08 | Nicholas Harris       (D) | R. Lane |

12/22/2008

| 04/18/08 | Steven Guilder  (Video Conf.) | | D. J. Jagolinzer |
| 04/24/08 | Philip Rome | (D) | J. Satterley |
| 04/29/08 | Murphy Oil Case | (D) | K. J. Miller |
| 04/29/08 | Bertrella Watson | (D) | C. Carlile |
| 04/30/08 | Howard Denny | (D) | D. Donahoe |
| 05/01/08 | Howard Denny | (D) | M. Torcello |