# EXHIBIT 2

## SUR-REBUTTAL REPORT OF DR. CRAIG MOLGAARD
### (Epidemiology)

1.      I am Dr. Craig A. Molgaard, Professor and Chair of the School of Public and Community Health Sciences, College of Health Professions and Biomedical Sciences, Skaggs Building 353, Missoula, Montana 59812.

2.      Background and Qualifications. I hold a Ph.D. in anthropology/ health and medical sciences with an MPH in epidemiology, with both degrees earned at the University of California at Berkeley. I have been a National Institute of Heart, Lung and Blood Diseases post-doctoral fellow at UC Berkeley, an NIH pre-doctoral trainee at UC Berkeley, an instructor and research fellow at the Mayo Clinic, and have held faculty positions at the Graduate School of Public Health at San Diego State University (Assistant, Associate and Full Professor and Division Head, Division of Epidemiology and Biostatistics), at the University of Kansas School of Medicine-Wichita (MPH Program Director, Vice-Chair, Chair, Associate Dean for Research, Department of Preventive Medicine and Public Health), at the University of Montana (Professor and Chair, School of Public and Community Health Sciences) and at Washington State University (Research Associate, Intercollegiate Center for Nursing Education). I have also been a Visiting Professor in the Department of Primary Care and Prevention at the University of Oxford in England, and have also been a Visiting Professor at institutions in Denmark and Germany. I have received additional post-graduate training in epidemiology at the University of Minnesota Summer Program and the European Epidemiology Association Program in Florence, Italy.

I am a chronic disease epidemiologist and researcher, and am the author or co-author of over 160 papers in the areas of epidemiology, environmental health, social and behavioral health, and health promotion. I have carried out research in international health in Denmark, Germany, Finland, Great Britain, Japan, Mexico, and India.

I have served on the editorial boards of Neuroepidemiology and Cephalagia, and on various review panels for the Centers for Disease Control, the state of California, and the state of Kansas. I received the Samuel Crumbine Medal from Kansas Public Health Association. My research has been funded by the National Cancer Institute, the Environmental Protection Agency, the National Institute of Ageing, the Kansas Health Foundation, the California Public Health Foundation, the Robert Wood Johnson Foundation, and the Centers for Disease Control, among others.

3.      Attached to this report are:

a.   A copy of my CV, which includes all publications within the last 10 years.

b.   A list of the primary documents relied upon for this report, and compensation information.

c.   A copy of my testifying history for the past four years.

4.   This report primarily responds to W.R. Grace experts Dr. S.H. Moolgavkar (epidemiology) and Dr. H. Ory (epidemiology), and responds in part on epidemiologic matters to the reports of W.R. Grace experts Dr. D.A. Henry, Dr. J. Parker, Dr. D. Weill, and Asbestos Claimants Committee experts G. Friedman, Dr. G. Stockton, and Dr. L. Welch.

5.   **Whitehouse (2004).**  I have reviewed the publication titled Whitehouse (2004), "Asbestos-Related Pleural Disease Due Tremolite Associated With Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana," Am J Ind Med 46:219-225.   I have reviewed the materials and methods for the report. The Whitehouse report follows the definition of a study by Olsen and Basso (2001) in Teaching Epidemiology (2nd Ed. 2001) Oxford University Press: "A study is a process – documented throughout from design to execution – that aims to provide empirical evidence on a given issue." Epidemiology can itself be defined as the study of the distribution of disease and injury in a population and the determinants of that distribution. Furthermore, the distinction is often made in epidemiology between descriptive and analytic epidemiology. The Whitehouse report is an example of a descriptive study, which as defined by Last in A Dictionary of Epidemiology (2001, Oxford University Press), is "A study concerned with and designed only to describe the existing distribution of variables, without regard to causal or other hypotheses. Contrast ANALYTIC STUDY. An example is a community health survey, used to determine the health status of the people in a community. Descriptive studies, e.g., analyses of cancer registry data, can be used to measure risks, generate hypotheses, etc." The Whitehouse study is an example of descriptive epidemiology. See also, "The Patient Record in Epidemiology," Scientific American (1981) Kurland and Molgaard, for examples of descriptive and analytic epidemiology carried out at the Mayo Clinic.

6.   **Whitehouse et al (2008).**  I have reviewed the publication titled Whitehouse, A.C., Black, C.B., Heppe, M.S., Ruckdeschel, J., and Levin, S.M., "Environmental Exposure to Libby Asbestos and Mesotheliomas," Am J Ind Med,

2008, 51(11):877-80. I would also consider this paper an example of descriptive epidemiology.

7. **CARD Mortality Study.** I have reviewed the study titled "CARD Mortality Study," as described in the Expert Report of Dr. Alan C. Whitehouse 12/29/08, Supplemental Expert Report of Dr. Alan C. Whitehouse 3/14/09, and Supplemental Expert Report of Dr. Alan C. Whitehouse May 2009. I consulted with Dr. Whitehouse and Dr. Frank regarding this study and other matters, beginning in December 2008. I have reviewed the materials and methods for the CARD Mortality Study and the Whitehouse Report generally, and they meet epidemiologic requirements.

**Response to Rebuttal Report of Suresh H. Moolgavkar, M.D., Ph.D. 4/6/09.**

8. This response will follow the subject headings in that report.

9. **CARD Mortality Study (Dr. Moolgavkar, p.2)**.

a. **Protocol.** Dr. Moolgavkar's Report of 4/6/09, p.2, states there is "no protocol" for the CARD Mortality Study. It is not clear what he means by this remark. Certainly the CARD Mortality Study does not have the detailed protocol that we would expect of a clinical trial for example, but the examination of a series of clinical cases on several variables of interest in a systematic fashion would qualify as an example of what Last (2001) in a Dictionary of Epidemiology (Oxford University Press) calls a Case-Only Study, defined as "A method that analyzes data from a case series, with assumed or theoretical data on prior distribution of exposure rather than a control group."

b. **Comparison to insulators.** Moolgavkar, p.2, states "Dr. Whitehouse's comparison of the mortality experience of this cohort of patients with that of the insulators' cohort does not follow established scientific practice." This is incorrect. The comparison is described at Expert Report of Dr. Alan C. Whitehouse, 12/29/08, ¶ 32. Dr. Frank has determined that comparison of diagnosed CARD patients to highly probable diagnosed insulators is a proper comparison. It would also seem to me a reasonable comparison.

c. **Age.** Moolgavkar, p.3, states that "age . . . must be accounted for in any comparison of the mortality experience of two populations." . . . Age profiles are normally taken into consideration when comparing two populations. However, as Last (2001), p.145, notes, "unlike the standardized mortality ratio, it (the proportional mortality ratio) does not require data on the age composition of the

population but only on the deaths."

     **d.**   **Exposure to cause disease.** Moolgavkar, p.3, states: "Dr. Whitehouse has absolutely no information on the level of exposure to Libby fibers in his patient population." This is not necessary for an epidemiologic study. Most descriptive epidemiology studies, including those in the area of asbestos disease, do not inquire into dose/response relationships.

     The diagnostic criteria for non-malignant asbestos- related disease are set forth at ATS (2004), "Diagnosis and Initial Management of Non-Malignant Diseases Related to Asbestos." Am J Respir Crit Care Med 170:691-715. Each diagnosis of asbestos-related disease requires "evidence of causation by asbestos as documented by the occupational and environmental history . . ." This means that a level of exposure to Libby fibers sufficient to cause disease has been found in each patient diagnosed.

     **e.**   **Etiologic fraction.** Moolgavkar, p.3, states: "A proper quantitative analysis of other exposures including, if possible, the estimation of the etiologic fraction, is imperative before any conclusions can be drawn regarding the contribution of Libby fibers to disease causation." The etiologic fraction, according to Last (2001), is also known as the attributable fraction for either those exposed or a population. The attributable fraction is "The proportion of all cases that can be attributed to a particular exposure. It is the attributable difference (attributable risk) divided by the incidence rate in the group. If the association is causal, this is also the proportion by which the incidence rate would be reduced if the exposure were eliminated. The attributable fraction may apply to exposed individuals (Attributable Fraction [Exposed]) or to the whole population (Attributable Fraction [Population]." However, in the Whitehouse analysis this is not necessary. As noted above, "evidence of causation by asbestos" is necessary to each diagnosis for each patient. Causation by Libby asbestos is established as part of the case-series by the physician investigator.

     Also, in the ATS (2004) diagnostic criteria, "other exposures" are considered, and the diagnosis must include "exclusion of alternative plausible causes for the findings." The accumulation of over 1,500 diagnoses of asbestos-related disease from exposure to Libby asbestos certainly may form the basis for a conclusion that there was sufficient exposure to Libby asbestos to cause disease. This is a proper epidemiologic conclusion for a population that is both occupationally and environmentally exposed.

    **10.**   **Lung Cancer (Dr. Moolgavkar, p.4).**

a.   **"Internal controls."**  It is unclear what Moolgavkar means by "internal controls."  Last (2001) A Dictionary of Epidemiology, for example, has no entry for internal controls. Perhaps this is a term from outside epidemiology. The Cox model or Proportional Hazards model, is defined by Last (2001) as "A statistical model in SURVIVAL ANALYSIS developed by D.R. Cox in 1972 asserting that the effect of the study factors on the HAZARD RATE in the study population is multiplicative and does not change over time." Its purpose is to be a multivariate form of survival analysis beyond the simpler Kaplan-Meir curves, specifically for censored data.

b.   **Largely guesswork.**  Moolgavkar, p.4, calculates a "Libby potency factor for lung cancer, kl=0.0026. Moolgavkar relies on exposure estimates done by Amandus et al (1987), "The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite - Actinolite - Exposure Estimates," Am J Ind Med 11:1-14.  Exposure estimates are stated at Table 7.  They are estimates only.  At page 6, the authors state: "Assumptions were based on NIOSH experience and the company staff's judgment as to the level of exposure in an LO (location-operation) relative to other LOs or to the dry mill."  The authors call many of the numbers "guesstimates." McDonald (2004), p.364, states that exposure estimates at the Libby mine "inevitably entailed many assumptions."  Dr. McDonald states "the estimates of exposure many years (10-50 years) earlier from scanty environmental data is largely guesswork."  See Sebastian et al, Ann Occup Hyg 32:201 (1988).  Exposure estimates done retroactively for decades long past cannot be reliable.  They cannot form the basis for detailed epidemiologic conclusions.  Dr. Moolgavkar cannot rely on them. Also,  Amandus and Wheeler (1987) in Part II of their study The Morbidity and Mortality of Vermiculite Miners and Millers exposed to Tremolite-Actinolite (American Journal of Industrial Medicine, 1987; 11(1):15-26) are specific in the abstract of their paper that "Results indicated that mortality from nonmalignant respiratory disease (NMRD) and lung cancer was significantly increased compared to the U.S. white male population."

## 11.   Mesothelioma (Dr. Moolgavkar, p.5).

Moolgavkar, p.5, states: "We are able to (compute the potency for Libby fibers) based on the Sullivan data set.  Sullivan reports that there are 15 mesotheliomas in the updated Libby cohort.  Using this number and the detailed exposure history of each member of the cohort . . ."  First, Moolgavkar has not disclosed the Sullivan data set, exposure histories and other information he used in the calculation, so I am not in a position to comment on it.

In Sullivan (2007), the close of data was end of 2001.  Since that time,

death certificates show five more former Grace workers died of mesothelioma, (Davidson, Ferguson, Hansen, Nicholls, and Skramstad), and one is alive with mesothelioma (Chappel). Exhibit 9 to Dr. Whitehouse Report 12/29/08. Dr. Moolgavkar has not used current information.

Moolgavkar, p.5, is in error when he adds 31 mesothelioma cases to the 11 mesotheliomas in Whitehouse (2008) for a total of 42. The 31 verified mesotheliomas are listed at Exhibit 9 to Dr. Whitehouse Report 12/29/08.

### 12. Non-malignant respiratory disease (NMRD) Dr. Moolgavkar, p.6.

Moolgavkar, p.6, states "It is not possible to compare the potency of (the) Libby fiber for NMRD.

### 13. The Whitehouse study (Dr. Moolgavkar, p.6) Whitehouse (2004).

**a.** **Exposure level.** Moolgavkar, p.6, states: "The most serious problem with the study is that Dr. Whitehouse makes no attempt to relate decrements in lung function to the level of asbestos exposure in his study population." This is a problem for the single minded. Few papers address dose/response. Most asbestos studies do not exam exposure levels. Most treating doctors focus on the disease process once it is underway. Whitehouse (2004) is a perfectly acceptable descriptive epidemiologic study.

**b.** **Randomness.** Moolgavkar, p.7, item 1, objects that subjects "were not randomly chosen," and are "not representative of the general Libby population." Dr. Whitehouse has clarified that the study is representative of the asbestos disease population, not the general population of Libby. Libby Expert's Response to Grace's Dr. Moolgavkar, 5/8/07, p.8. Moolgavkar ignores this.

In a descriptive epidemiologic study, subjects need not be randomly chosen. Most epidemiology studies are descriptive, and most do not involve random selection. Most studies are either case series, population based, or selected cohorts from various registries, not random samples of subjects from the general population of a town or larger area.

Moolgavkar, p.7, item 1, objects that there was "no control group." This statement reveals a lack of understanding of pulmonary function testing. Pulmonary function norms are set in large studies. The "percentage predicted" is the percent of "normal" for a subject based upon age, height, race, and gender from large studies, which present a large control group.

    c.    **Two data points.** Moolgavkar, p.7, item 2, states: "Dr. Whitehouse does not use the most appropriate statistical methods." Moolgavkar states that Dr. Whitehouse should have used all data points in lieu of just two data points, first and last pulmonary function test. With 123 subjects, the use of two data points is statistically sound to a high degree of certainty. Once 30 subjects is exceeded in a study, the statistical validity of observations may go from sufficient to high degrees of certainty. 123 is a high number of subjects.

    Secondly, for longitudinal studies of lung function loss due to asbestos exposure, use of two data points is common. See Jones (1989) (two data points 1973 and 1980), Ohlson (1985) (two data points 1976 and 1980), Siracusa (1984) (two data points 1966 and 1972), Murphy (1971, 1978) (two data points 1966 and 1972), Rom (1992) (mean of three data points), Whitehouse (2004) (two data points, first and last).

    d.    **ANOVA.** Moolgavkar, p.7, item 3, states: "Dr. Whitehouse uses (the ANOVA statistical) method incorrectly." However, the only basis Moolgavkar offers for this statement is that "Dr. Whitehouse does not say how the Effect of age can be adjusted using these normative values." The use of pulmonary function test norms and percentage predicted is elementary to a physician familiar with lung function testing. Moolgavkar objects that Whitehouse (2004) does not present the "actual regression equation." It is **certainly** not standard practice to do so.

    e.    **Regressions.** Moolgavkar, p.7, items 2 and 4, states that Whitehouse (2004) should have performed a linear regression "in which pulmonary capacity is modeled as a function of covariates such as age, gender, smoking history, obesity, radiographic changes, pleural thickening, and most importantly history of exposure to asbestos."

    Age and gender are controlled in the pulmonary function testing norms.

    Dr. Whitehouse has reported in the 5/8/07 response to Dr. Moolgavkar's report, p.9, that "smoking was not a confounding variable. Dr. Whitehouse, as part of the peer review process before publication, did perform the calculation. Results showed that smokers do not have greater lung function loss than never smokers, and therefore smoking was not a confounding variable." In any event, there were only eight of 123 subjects in Whitehouse (2004) who were current smokers. This is too small a number for statically significant results.

    As to obesity, Whitehouse (2004), p.221 states "over the course of the study group observation, average BMI increased less than 1kg/m2 and there was

no statistical correlation between the increasing BMI and loss of lung function.

As to the extent of pleural changes and their effect on lung function, Whitehouse (2004), p.223, reports that the analysis was done:

> Extent of pleural changes as measured as described on the chest x-ray was evaluated in relation to the loss of lung function. There was no statistical correlation between the extent of pleural changes measured on the chest x-ray and loss of pulmonary function.

As to any correlation with "asbestos exposure," all subjects had exposure to Libby asbestos. This was a necessary finding in the diagnosis of asbestos-related disease in the first place.

Furthermore Rothman (2001) in Teaching Epidemiology notes at page 73: "multivariate analysis is helpful to achieve various analytic ends, but its problems are often understated . . . my teaching emphases caution in respect to multivariate models, which have more pitfalls than stratified analysis, but have become fashionable, presumably because the technology allows such analyses to be conducted more readily."

   **f.    PFT machines.** Moolgavkar, p.8, item 5 states that Whitehouse (2004) does not indicate "the number of patients whose initial and final measurements were made on different machines and whether any attempt was made to cross calibrate the machines." Dr. Whitehouse has reported in the Response to Dr. Moolgavkar Report, 5/8/07, p.9, that: "this criticism is of no importance. If properly calibrated, different machines should produce reasonably uniform results. American Thoracic Society (1991), "Lung Function Testing: Selection of Reference Values and Interpretative Strategies," Am Rev Respir Dis 144:1202-1218, gives mention to "between instrument variation," but does not find such variation significant.

The AMA Guides to Evaluation of Permanent Impairment, 5th Ed., offer nationwide standards for lung function impairment. In the Guides, all pulmonary function test sheets are subject to uniform norms, regardless of manufacturer. As a matter of standard practice, pulmonologists use the same norms for all equipment, regardless of manufacturer."

   **g.    Forced vital capacity.** Moolgavkar, p.8, states "Dr. Whitehouse does not explain how he chose the best available and valid number" for forced vital capacity. Dr. Whitehouse, in the Response to Dr. Moolgavkar Report, 5/8/07, reports that chest physicians understand that there are standard

methods, universally followed, as published by the American Thoracic Society. Such an explanation does not belong in an article on lung function.

**h.    A math error.**  Moolgavkar, p.8, seems to think that the Whitehouse (2004) average loss of 3.2% per year among 94 patients is not consistent with an average loss of 3.6% for the 79 patients with over 1% loss. There is nothing inconsistent in the numbers. Moolgavkar's observation presents a math error.

**i.    Residents.**  Moolgavkar, p.8, states that Whitehouse (2004) "does not provide the information that would be required to determine to what extent loss of lung function among residents of Libby is attributable to their asbestos exposure." Moolgavkar's assertion misunderstands the point of the study. First, the study is on 123 subjects who are representative of the asbestos disease population. The study does not seek to determine what the extent of loss of lung function may be "among residents of Libby." The study does determine loss of lung function due to asbestos exposure in the 123 subjects with two lung function tests. Their common thread is a diagnosis of asbestos disease. As noted above, alternative plausible causes for the lung function loss were ruled out. There is no evidence that the loss of lung function was due to other causes. Dr. Moolgavkar and other Grace experts have had access to the 123 subjects' lung function data for three years, and present no analysis which shows another cause other than asbestos exposure. In diagnosing the 123 patients, Dr. Whitehouse ruled out "alternative plausible causes for the findings." ATS (2004), Official Statement, p.691.

## 14.    The ATSDR Mortality Study (Dr. Moolgavkar, p.9).

The study is ATSDR (2002), "Health Consultation - Mortality in Libby, Montana (1979-1998)."

**a.    Lung cancer deaths.**  Moolgavkar, p.9, states: "Inclusion of these 50 lung cancer deaths in the revised analyses does not appear to be scientifically defensible." ATSDR's case finding appears to be an attempt to be scientifically complete and thorough.

**b.    Not by chance.**  Moolgavkar, p.10, states: "Even if one mesothelioma death occurred in an individual not occupationally exposed, a single death could have occurred by chance." Perhaps, but this does not detract from the fact that many other deaths occurred as a result of occupational and/or environmental exposure to Libby asbestos.

**c.    Environmental deaths.**  Moolgavkar, p.11, states: "There is no

evidence that environmental exposures contributed to the death from pneumoconiosis.

This is an unqualified statement. Perhaps Dr. Moolgavkar means that ATSDR (2002) provides no such evidence. However, as demonstrated above such a conclusion would be epidemiologically incorrect. It appears that the statement is intended to be unqualified, since similarly unqualified statements appear elsewhere in the report. "There is no evidence to suggest that Libby fibers are any more toxic than other asbestos fibers," p.12. "The potency factors for Libby fibers indicate also that Libby fibers are considerably less toxic than crocidolite," pp.12-13.

Moolgavkar makes sweeping statements based on data that is much as 10 years out of date. Moolgavkar officially recognizes only one environmental mesothelioma. Though Moolgavkar, p.5, mentions the 11 additional environmental mesotheliomas in Whitehouse (2008), he does not use them in any calculations. By any comparison, the number of mesotheliomas in a population this small is excessive.

As to environmental "asbestosis" deaths (ICD9-501), Moolgavkar uses only one such death (Margaret Vatland). Since 1998, CARD mortality study death certificates show 34 such deaths, with 50 per best available information review of medical records. See Whitehouse report, 12/29/08, Exh. 7 and listed spreadsheets. Once again, by any comparison, the number of asbestosis deaths in a population this small is excessive. It should be noted that Moolgavkar has been provided with death certificates, but oddly he is not applying them to these comparisons.

### 15.   The ATSDR medical testing study (Dr. Moolgavkar, p.11).

The study is Peipins et al (2003), "Radiographic Abnormalities and Exposure to Asbestos-Contained Vermiculite in the Community of Libby, Montana, USA," Environ Health Persp 111(14) 1753-59.

**a.   A fine epidemiologic study.** Moolgavkar, p.11, states that Peipins et al (2003) is "not a proper epidemiologic study because the participants were self-selected and there was no control group." There are basically two types of epidemiologic studies, descriptive epidemiology and analytic epidemiology, as described above. Descriptive studies may be self-selected. The potential bias is disclosed. Descriptive studies may be performed on a cohort without a specific control group.  Peipins et al (2003) is a proper descriptive epidemiologic study. It is what Last (2001) refers to as a population based study – "Pertaining to a

10

general population defined by geopolitical boundaries; this population is the denominator and/or the sampling frame." Peipins sampled well over 61% of the population of Libby and Central Lincoln County. This is very reasonable for a population based study.

     **b.**    **A population based study.** Moolgavkar, p.11, item 1, states that because "the study group was self-selected . . . the study subjects cannot be considered to be representative of the general population of the Libby area." Peipins (2003) describes the ATSDR screening process for Libby. The study found 18% of participates had pleural abnormalities, a very high percentage. Peipins (2003) acknowledges that there was outreach for the study, that the participants were volunteers and that there was a problem of "self-selection of participants," which may over represent the "worried well" of the community. Peipins (2003) answers the concerns as follows at p.1758:

> Nevertheless, the medical testing program screened 7,307 people in Libby and the surrounding area. Of those, 5,846 were from the Libby area. This represents a substantial portion (61%) of the 9,521 persons in central Lincoln County - a population that has been relatively stable for the past 30 years (U.S. Bureau of the Census 2002).

If a majority of a population is screened, it would be an example of a population based study. With such a large number of participants, even if none of the remaining non-participants had pleural abnormalities, the rate of abnormalities for the Libby area is still about 12% which is significantly in excess of the norm. Since 61% of the general population was screened, the study certainly provides strong evidence of an association between environmental exposure to Libby fibers and radiographic abnormalities. In the United States it is unusual to get a 61% response for screening purposes in a population.

     **c.**    **Blinded.** Moolgavkar, p.11, item 2, states that "the x-ray readers were not blinded to the source of the plates, and no control plates were used." Moolgavkar considers this a "significant limitation" compromising any use of the study. Peipins et al (2003), p.1758, explains that chest x-ray readers had no information on the participants, other than that they were in the Libby study. They had no information on their exposure status. In published studies, chest x-ray readers often know the source of the chest x-rays in the study. Their training and procedures ensure proper results. The procedure obviously did not compromise the study. It was properly published.

     **d.**    **Control group.** Moolgavkar, p.12, item 3, objects that "there was

no control group so that a background rate for radiographic changes could not be established." Dr. Whitehouse has responded that a background rate of 2-4% for pleural abnormalities is well accepted.

In fact, one cannot construct a control group from within the Libby area. Peipins (2003), p.1758, states: "Given the ubiquitous nature of vermiculite contamination in Libby, along with historical evidence of elevated asbestos concentrations in the air, it would be difficult to find participants who could be characterized as unexposed." Accordingly, Peipins, et al (2003), p.1757, references studies indicating a 2-4% background rate for pleural abnormalities. The text Fraser and Pare, Diagnosis of Diseases of the Chest, 4th Ed. 1999, p.2799, states: "In a review of radiographs of 105,064 civilian and military employees of the U.S. Navy, 1,914 (1.8%) were interpreted as definitely showing pleural plaques. (31)." This is consistent with the background rate at 2-4% for pleural abnormalities. The background rate is properly established for this epidemiologic study.

     e.    **Conclusion.** Moolgavkar, p.11, asserts that the above "significant limitations . . . preclude any conclusions regarding associations between environmental exposure to Libby amphibole and abnormalities on chest x-rays." The three limitations discussed by Moolgavkar (self-selection, not blinded, and no control group) certainly do not preclude use of the Peipins et al (2003) study in drawing conclusions regarding associations between environmental exposure to Libby amphibole and abnormalities on chest x-rays. The Peipins et al (2003) study is a classic example of population-based descriptive epidemiology.

     f.    **McDonald et al (1988).** Moolgavkar, p.12, states that: "McDonald et al (1988) found no increase in radiographic abnormalities over controls in a cohort of vermiculite miners exposed to small amounts of fibrous tremolite." This was a study in South Carolina. There was no indication that the fiber was the same as Libby asbestos.

## RESPONSE OF DR. CRAIG MOLGAARD, TO REPORT OF DR. HOWARD ORY, 4/6/09

**CARD Mortality Study.**

     1.    **Selection process.** Ory, p.8, asserts that "there is no defined section process" and "this is not an epidemiologically valid approach." Ory misreads the selection process description, and wonders if every patient Dr. Whitehouse has seen has died! The Whitehouse Report 12/29/08, ¶ 31, clearly

12

states that "227 patients were identified as deceased through 7/9/08." There was no statement that all patients were tracked to establish whether or not they had died. This is not essential. There is no reason that any "unknown" death would be more or less likely to have died of asbestos-related disease. Dr. Ory's criticisms stem from not having read the study description carefully. This is a valid epidemiological approach because it meets the definition of what Last (2001), Dictionary of Epidemiology (4th Ed.) defines as a case-only study, a form of descriptive epidemiology.

Ory, p.8, states: "Dr. Whitehouse makes no attempt to validly define exposure to Libby vermiculite." A Libby asbestos exposure sufficient for "evidence of causation by asbestos" is a part of each diagnosis. Patients diagnosed and now deceased comprise the case series study. Libby exposures are discussed in other sections of the Whitehouse Report. While more of the background information for the report will need to appear in a formal publication of the study, there is nothing in the selection process which would render the study epidemiologically invalid.

**2.      Cohort of patients diagnosed.** Ory, p.9, states that the 186 patients Dr. Whitehouse reports on are "not representative of the Libby population in general." This is a false issue. No such claim is made in the CARD mortality study description. The study sample is patients diagnosed with asbestos related disease, not the Libby population in general.

**3.      Not "solely" environmentally exposed.** Ory, p.10, claims to have read ATSDR (Aug. 2002), "Review of Asbestos Related Abnormalities Among a Group of Patients From Libby, Montana - A Pilot Study of "Environmental Cases - Final Report." Ory, p.10, states: "ATSDR only confirmed approximately one-third of the cases that Dr. Whitehouse describes as being solely environmentally exposed cases as having no occupational exposure to asbestos." Ory's statement is in error. The cases were never described as "solely environmentally exposed." Dr. Whitehouse submitted potential environmental cases to the ATSDR for further review. ATSDR (Aug. 2002), p.5, states that the group identified by Dr. Whitehouse had "never been employed by the vermiculite mine." The description did not say that patients had never had other occupational exposures in Libby. The ATSDR performed detailed interviews. It found that of the 22 cases, three had had household contacts with miners, five had been secondary contractors at the mine, and two had both. Also, the ATSDR found that four others had been exposed to commercial asbestos from non-vermiculite sources, (p.8).

Ory, p.10, commits another significant error. Ory states: "Far fewer than

66% that Dr. Whitehouse reports in sub-paragraph one were exposed to asbestos solely through environmental exposure." Again we see the word "solely." Nowhere in the Whitehouse Report 12/29/08, ¶ 31(1) can one find the statement "solely through environmental exposure." ¶ 31(1) simply separates mine workers (34%) from community members and family members of miners. (66%).

4.   **An average 7.5 years of life is lost.** Ory, p.12, states: "The age of death in subjects in the CARD mortality data does not appear to be unusual." It does appear to be unusual, if asbestos patients are losing approximately 7.5 years each off their life spans. The issue is how long the patients would have lived had they not been diagnosed with asbestos-related disease.

Whitehouse Report, 12/29/08. (Note ¶ 31(9) states: "Mean age at diagnosis was 69.4. Mean age at death was 76.3. Based upon male life expectancy at diagnosis, an average 7.5 years of life expectancy was lost to asbestos disease." For this we use the life table referenced on Exhibit 5 Whitehouse Report, 12/29/08 (note life expectancy for a white male age 55 is 79.6. Ory used 76.8 for "55 and over." There is a difference here).

In terms of the insulators dying 10 years younger than the 79 subjects deaths in the CARD mortality study, we note that the 79 non-malignant deaths include a significant number of females, with a different pattern of exposure compared to the insulators. In general, it is not surprising from the epidemiologic point of view that different occupational groups with different patterns of exposure to different types of asbestos fiber have somewhat different patterns of mortality. What would be surprising would be if the mortality patterns were very similar. Note that certain minor changes were made in the CARD mortality study for the May 2009 Dr. Whitehouse Report. There are now 76 non-malignant deaths. The comparisons made at ¶ 32, Whitehouse Report May 2009 are epidemiologically sound.

5.   **Death rate.** The Whitehouse Report 12/29/08, ¶ 32, states: "The 62% death rate from asbestos disease appears to be the highest reported for any cohort in the United States." Ory, p.13, responds: "This statement is logically impossible because, as noted above, the CARD mortality data contains only dead subjects." Ory does not understand that Markowitz et al (1997), Table 2, also reports only dead subjects. Ory apparently does not understand that two cohorts of subjects with asbestos disease, with both cohorts now all deceased, can be compared as to the percentage of each cohort that died of asbestos related disease. This is the comparison made between the CARD 79 non-malignant deaths and the 74 non-malignant deaths in Markowitz et al (1997),

14

Table 2. Epidemiologically, this comparison could lead to a form of what Last (2001) considers to be a proportionate mortality ratio. Incidentally, we find no U.S. cohort diagnosed or undiagnosed which exceeds the 59% rate for death by non-malignant asbestos-related disease in the CARD mortality study.

## ATSDR (2002) Mortality Study.

6.      Ory, p.16, reviews the problems with the ATSDR (2002) study.

(1)      **Death Certificates alone.**  Many mortality studies rely on death certificates alone, and share the problems of that method, most of which center around underreporting of specific diseases or conditions. Selikoff and Seidman (1992), Table II, compare the use of death certificates alone to the use of medical records and best available information, and find that death certificates underreport "asbestosis" by 53% (201/427).

(2)      **COPD.**  When Dr. Whitehouse testifies about misclassification as COPD, he testifies from experience with deaths among Libby asbestos disease patients.

(3)      **Primary cause.**  Ory, p.17, states: "Dr. Whitehouse's third criticism of the ATSDR mortality study correctly notes that the ATSDR only looked at primarily cause of death and did not consider underlying conditions." ATSDR (2002), p.5, apparently only looked at "primary underlying cause," not all underlying causes. The statement of case definition and case finding is not clear. If the ATSDR only considered the top cause on the death certificate, then asbestosis deaths are significantly understated.

Ory, p.17, presents another error. In discussion of ATSDR (2002) study of mortality for Central Lincoln County, Ory states "in order to get to the 40 to 60% deaths attributable to asbestosis that Dr. Whitehouse claims, all respiratory deaths would have to be asbestosis." Ory provides no reference for this "claim." The Whitehouse Report makes no such claim as to the ATSDR study or the population of Central Lincoln County. The death rate of 62% by asbestos disease was for the group already diagnosed with asbestos-related disease, not for all citizens.

(4)      **Out of State deaths.**  Ory, p.18, presents another error. Ory writes:

Dr. Whitehouse's fourth criticism, that the ATSDR only collected death certificates for people who were Libby residents at the time of death, simply is not

true. On page 2 of the August 2002 ATSDR mortality study, it states "for those Libby residents dying outside of Montana, death certificates were sought from their respective states . . .

Dr. Ory did not understand that some Libby residents died out-of-state. ATSDR (2002), p.4 explains:

> MDPHHS provided paper copies of death certificates for most decedents documenting Libby as their place of residence at the time of death and dying of one of the selected underlying causes. The majority of deaths occurred in Montana (88%, 477/542) with a few Libby residents dying outside the State (12%, 65/542).

**(5)    Cut off date 1998.** Another major shortcoming with ATSDR (2002) is that its cut off date for data was 1998. Since 1998, from the CARD mortality study alone, there have been six mesothelioma deaths (five miners), 11 lung cancer deaths (two miners), and 56 "asbestosis" deaths (24 miners).[a]  See Whitehouse Report 12/29/08, Exhibit 7 "Summary of Mortality Study Disease Percentages," and spreadsheets listed for Exhibit 7.

**Asbestosis in the ATSDR mortality cohort compared to CARD mortality data.**

**7.    Attempts to compare.** Ory, p.18, attempts to compare the two studies. Ory trips over apples and oranges. First, the ATSDR (2002) study used data through 1998, whereas the CARD mortality study used data through 7/9/08. This is a 10 year difference. Second, ATSDR (2002) considered all deaths in Central Lincoln County, whereas the CARD mortality study considered only deaths where there had earlier been a diagnosis of asbestos-related disease. The two studies are not comparable in the ways Dr. Ory attempts.

Ory, p. 19, points to "Dr. Whitehouse's claim that non-occupationally exposed Libby residents have dramatically high mortality from asbestosis." Ory gives no reference. No such statement is to be found in the Whitehouse Report. The CARD mortality study did not examine all "non-occupationally exposed Libby residents." See Dr. Whitehouse Report, 12/29/08, ¶ 31.

---

[a]Two asbestosis deaths (Don Johnson and Don Riley) were subtracted because the deaths were before 1999. One mesothelioma death (Toni Riley) is subtracted, because the death was before 1999.

16

Ory, p. 19, points to ATSDR (2002), Table 8, presenting one asbestosis death. The title to the table indicates "excluding former workers." ATSDR (2002), p.10, explains that "former workers" means "former workers at the mining and milling facility." Ory misunderstands ATSDR (2002), as attributing "one death to asbestosis among people with no occupational exposure to asbestos." Ory is in error.

**Comparisons of CARD data with Sullivan (2007).**

8.    **Bizarre contentions.** This section requires little response. Dr. Ory, p.20, imagines contentions as follows:

> Dr. Whitehouse's contention that Libby residents with scant environmental exposures have high risks of developing asbestosis.
>
> Dr. Whitehouse's contention that individuals whose only exposures were light environmental exposures have risks of asbestosis greater than the very heavy exposed men in the insulators cohort.
>
> Dr. Whitehouse's contention that the results of asbestos exposure in Libby are unique.

No quotes or references are given for these "contentions." The Whitehouse Report 12/29/08 makes no such contentions.

9.    **Epidemiologically comparable.** Ory, p.20, disagrees that the Markowitz **et al** (1997) analysis of deaths in the insulators cohort is "epidemiologically comparable" to the CARD mortality study. Ory's opinion that the studies are not comparable is based upon objections to design of the CARD mortality study. As discussed above, the selection method was epidemiologically acceptable. Most studies are on volunteers. Subjects need not be followed over time, in fact cross-sectional and retrospective (case control, mortality, historical cohort) studies are common in epidemiology. Apparently a small number of the 186 in the study were referred by law firms. None of Ory's observations compromise the epidemiological status of the study.

Again Ory misreads the CARD mortality study. Ory, p.21, states: "The CARD mortality study required that they all be **exposed** to asbestos and dead." No quotes or references given. Instead, the Whitehouse Report 12/29/08, ¶ 31, states that the study required that subjects have "an asbestos related disease

diagnosis."

    **10.**   **"Solely" again.** Ory, p.22, believes the Whitehouse Report 12/29/08 says "all patients developed disease solely from their exposure to W.R. Grace vermiculite." The report does not so state.

    **11.**   **Representative.** At pages 22-25, Ory offers a number of criticisms of the Whitehouse (2004) publication. Most relate to Ory's misunderstanding of the article. In the materials reviewed, I find that in the Libby Experts' Response to Grace's Dr. Moolgavkar Report, 5/8/07, p.8, Dr. Whitehouse clarified that "representative" in Whitehouse (2004) means "representative of the Libby area asbestos disease population." Once this is understood, most of Dr. Ory's criticisms have no meaning. The paper obviously treats progression in asbestos pleural disease. It does not analyze demographic issues as Ory suggests.

Where Whitehouse (2004), p.220, speaks of the "491 patients in the clinical practice," the reader understands that these are 491 patents with asbestos disease, since that is what the article is about. One does not expect orthopedic patients in the 491.

### RESPONSE OF DR. CRAIG MOLGAARD TO REPORT OF THE ACC's DR. L. WELCH, March 2009

### 1.   Cohort of diagnosed asbestos related disease (ARD) patients.

    Dr. Welch, p.2, states:

> Dr. Whitehouse studied cause of death in a case series of patients, not a population based cohort. . . . Since his group of patients does not present the entire group of Libby residents, this analysis cannot be used to draw conclusions about asbestos-related mortality in the entire cohort of Libby.

A cohort of diagnosed ARD patients is a proper cohort in epidemiology. The CARD mortality study is a proper study in descriptive epidemiology. A Dictionary of Epidemiology, edited by John M. Last, 4th Ed., defines "epidemiology" as follows:

> The study of the distribution and determinants of health-related states or events in specified populations, and the application of this study to control of health problems.

A "descriptive study" is defined as follows:

> A study concerned with and designed only to describe the existing
> distribution of variables, without regard to causal or other
> hypotheses.

As such, the CARD mortality study may properly be compared to other cohorts of
patients diagnosed with ARD, such as a limited group of persons diagnosed with
ARD and who died.

Comparability is the key aspect of the field of epidemiology.
Epidemiologists always ask compared to what when looking at their data,
whether the data is descriptive, analytic or clinical.  Comparison may occur in
terms of comparison populations, special groups, or controls pers se.  For
example, Dr. Frank has determined that the CARD mortality study and the
insulators cohort of 74 deaths by asbestosis at Markowitz et al (1997), Table 2,
are medically comparable.

The CARD mortality study could be used to draw conclusions about
asbestos-related mortality in the entire cohort of Libby, by simply assuming that
in the entire cohort of Libby there were no additional ARD deaths which were not
CARD mortality study deaths.  This is a very conservative assumption of zero
deaths in the rest of the cohort.  The conclusion at Dr. Whitehouse Report
12/29/08 ¶ 44, that "Libby's mesothelioma rate is certainly the highest in the
United States," is a proper conclusion.  It is a proper epidemiologic conclusion
because it rests on comparison with other available mesothelioma rates in the
United States.  This is how epidemiologists make judgments about excess
occurrence of disease and excess occurrence of risk.  It is standard practice in
epidemiology and public health.

This line of reasoning is what allows the conclusion of the Dr. Whitehouse
Report 12/29/08, ¶ 48, that "the Libby area has the highest asbestosis mortality
in the United States."

The conclusion is based on comparing observed mortality in an area or
group, to what one would normally expect for that area or group based on data
from other populations.  This is a very standard approach used in Occupational
Epidemiology, the p0rimary objective of which is "to identify hazardous workplace
exposures to present occupational disease" (Pierce 2001) in Teaching
Epidemiology (2nd Ed. 2001) Oxford University Press.

## 2.     Death certificates.

Dr. Welch, p.3, states: "Standard mortality analyses use the underlying cause of death as determined by a nosologist, someone specifically trained in determining cause of death." It is clear that not all standard mortality analyses use this procedure. A physician working within his area of expertise make determinations on cause of death and routinely does so in epidemiology studies. Many published epidemiologic studies include determinations on cause of death without use of a nosologist. Many use categories other than "underlying cause of death."

Welch, p.3, states: "The conditions listed in Part II of the death certificate are not generally used to determine cause of death." The method used in Sullivan (2007), "any mention" on the death certificate, is common. Most common is the use of any mention in the underlying cause section of the death certificate. For better comparability to the insulators studies, the CARD mortality study has been revisited to evaluate "primary cause" per best available information and "underlying cause" per death certificates.

## 3.     Comparability of Libby and insulators' study.

Welch, p.5, states: "I conclude that Dr. Whitehouse did not follow the methods described by Dr. Selikoff in his 1992 paper for the use of best evidence." Welch implies that the Libby studies and the insulators studies are not comparable. It is rare that epidemiologic studies use exactly the same methods. As Pierce (2001) in Teaching Epidemiology (2nd Ed. 2001) Oxford University Press, notes. "Despite the limitations of standardized mortality ratio (SMR) analyses using the general population as a comparison, this is usually the most practical option for initial analyses. However, alternative comparison populations (e.g., regional mortality rates, other employed workers) should also be considered."

One could assert that because the CARD doctors were treating physicians and actually examined all patients in the CARD mortality study, they had much better information than Selikoff et al, who used cold records. On the other hand, the CARD files often do not have all family physician and hospital documents. The CARD determinations may understate death due to ARD, because where there was sufficient uncertainty the death was not called out as an ARD death. The studies are comparable.

## 4.     Percentage of ARD deaths.

The Whitehouse Report 12/29/08, ¶ 31, reports 62% of deaths were due to ARD (malignant and non-malignant).  Welch, p.5, erroneously states:

> It appears that if an individual had a clinical diagnosis of "asbestosis" or asbestos-related pleural disease then Dr. Whitehouse considered his or her death an asbestos related death, even when the primary cause of death was (other diseases).

Dr. Welch's observation would lead to a 100% ARD death rate, which was not the case.

### 5.    Primary or underlying cause of death.

At page 5, Dr. Welch writes:  "These comparisons are not valid."  With the re-evaluation described in #1 above, the comparisons are increasingly valid.

### 6.    Cross sectional data.

Welch, p.8, seems to suggest that the Whitehouse (2004) study be disregarded, since it uses "cross sectional data."  The vast majority of epidemiologic studies use cross sectional data.  It is a perfectly valid approach, being one of the three basic designs of observational epidemiology (cross-sectional, case-control, cohort.)  Kleinbaum, Kupper and Morgenstern, Epidemiologic Research, Wiley & Sons, 1982.

### 7.    Due solely to chance.

Welch, p.12, writes:

> A change of less than 15% in spirometry values, or a change of less than 9% in DLCO could be due to test to test variation.  Dr. Whitehouse describes an average change of 6.4% in FVC, 6.8% in TLC, and 8.7% in DLCO over a three year period.  Given the test to test variation in these parameters, this change could be due solely to chance.

Dr. Whitehouse and Dr. Frank have pointed out that the 15% and 9% points are incorrect.  Even if the 15% FVC and the 9% DLCO could be correct, the three year lung function loss reported in Whitehouse (2004) could not be "due solely to chance."  Dr. Welch omits to consider that the 15% and the 9% operate plus and minus, and that there are 123 subjects.  The sample size is sufficiently large to stabilize the average estimate.

DATED this __18__ day of May, 2009.

Dr. Craig A. Molgaard

# CRAIG A. MOLGAARD, Ph.D., M.P.H.
# CURRICULUM VITAE

**PERSONAL HISTORY:**

Date of Birth:                  August 14, 1951

Place of Birth:                 Audubon, Iowa

**PRESENT POSITION:**           **Chair and Professor (Tenured)**
                                School of Public and Community Health Sciences
                                College of Health Professions and Biomedical Sciences
                                Skaggs Building 302
                                University of Montana
                                Missoula, Montana 59812
                                   (406)-243-4445 Office (406)-243-4209 Fax
                                   e-mail craig.molgaard@umontana.edu

**EDUCATION:**
**Graduate:**                   Ph.D., 1979, University of California, Berkeley.
                                Anthropology/Health and Medical Sciences Dual Degree Program

                                M.P.H., 1982, University of California, Berkeley.
                                Epidemiology.

**Undergraduate:**              B.A., 1974, Iowa State University, Ames, Iowa.
                                Honors and Phi Beta Kappa.  Anthropology.

**Additional**
**Graduate Education:**         European Educational Programme in Epidemiology
                                Florence, Italy – 1999.

                                Epidemiology and Biostatistics Summer Program
                                University of Minnesota, School of Public Health – 1981.

**EMPLOYMENT HISTORY**

2006 – present                  **Chair and Professor (Tenured)**
                                School of Public and Community Health Sciences
                                The University of Montana
                                Missoula, Montana

2003 – 2006                     **Chair and Professor (Tenured)**
                                Department of Preventive Medicine and Public Health
                                University of Kansas School of Medicine – Wichita
                                Wichita, Kansas

2002 – 2003                     **Associate Dean for Research (Tenured)**
                                University of Kansas School of Medicine – Wichita
                                Wichita, Kansas

2001 – 2003                     **Acting Chair and Professor (Tenured)**
                                Department of Preventive Medicine and Public Health
                                University of Kansas School of Medicine – Wichita
                                Wichita, Kansas

**Craig A. Molgaard**

| | |
|---|---|
| 1998 – 2001 | **Vice Chair and Professor (Tenured)**<br>Department of Preventive Medicine and Public Health<br>University of Kansas School of Medicine – Wichita |
| 1996 – 2002 | **MPH Program Director and Professor (Tenured)**<br>Department of Preventive Medicine and Public Health<br>University of Kansas School of Medicine – Wichita<br>Wichita, Kansas |
| 1990 – 1996 | **Professor and Division Head (Tenured)**<br>Division of Epidemiology and Biostatistics<br>Graduate School of Public Health<br>College of Health and Human Services<br>San Diego State University<br>San Diego, California |
| 1995 – 1996 | **Visiting Professor (Environmental Epidemiology)**<br>Defense Conversion Training Program<br>Department of Defense<br>San Diego State University<br>San Diego, California |
| 1995 (Summer) | **Visiting Professor (Infectious and Environmental Epidemiology)**<br>Department of Sociology and Social Work<br>Fachhochschule<br>Magdeburg, Germany |
| 1990 (Summer) | **Visiting Professor (Epidemiology of Multiple Sclerosis)**<br>University of Roskilde Center<br>Roskilde, Denmark, and the<br>Danish Multiple Sclerosis Society<br>Copenhagen, Denmark |
| 1990 (Winter-Spring) | **Visiting Professor (Cancer Epidemiology)**<br>Department of Community Medicine and General Practice<br>University of Oxford<br>Gibson Laboratories Building<br>Radcliffe Infirmary<br>Oxford, OX2 6HE |
| 1989 (Fall) | **Acting Division Head**<br>Division of Epidemiology and Biostatistics<br>Graduate School of Public Health<br>College of Health and Human Services<br>San Diego State University<br>San Diego, California |
| 1987 – 1990 | **Associate Professor (Tenured)**<br>Division of Epidemiology and Biostatistics<br>Graduate School of Public Health<br>College of Health and Human Services<br>San Diego State University<br>San Diego, California |

**Craig A. Molgaard**

| | |
|---|---|
| 1983 – 1987 | **Assistant Professor**<br>Division of Epidemiology and Biostatistics<br>Graduate School of Public Health<br>College of Health and Human Services<br>San Diego State University<br>San Diego, California |
| 1988 – 1990 | **Adjunct Associate Professor**<br>Department of Mathematical Sciences<br>College of Science<br>San Diego State University<br>San Diego, California |
| 1985 – 1992 | **Adjunct Associate Professor**<br>University Center on Aging<br>College of Health and Human Services<br>San Diego State University<br>San Diego, California |
| 1984 – 1985 | **Special Project Associate**<br>Department of Medical Statistics and Epidemiology<br>Mayo Graduate School of Medicine<br>University of Minnesota, Mayo Clinic<br>Rochester, Minnesota |
| 1981 – 1983 | **Postdoctoral Fellow**<br>Behavioral Factors in Cardiovascular Disease<br>National Institute of Heart, Lung and Blood Disease<br>Department of Biomedical and Environmental Health Sciences<br>School of Public Health<br>University of California, Berkeley<br>Berkeley, California |
| 1982 | **Teaching Associate**<br>Department of Biomedical and Environmental Health Sciences<br>School of Public Health<br>University of California, Berkeley<br>Berkeley, California |
| 1979 – 1981 | **Research Fellow and Instructor in Epidemiology**<br>Department of Medical Statistics and Epidemiology<br>Mayo Graduate School of Medicine<br>University of Minnesota<br>Mayo Clinic<br>Rochester, Minnesota |
| 1977 – 1979 | **Faculty Research Associate**<br>Rural Health Research Project<br>Intercollegiate Center for Nursing Education<br>Washington State University<br>Pullman, Washington |
| 1974 – 1977 | **Pre-doctoral Trainee**<br>National Institute of Health<br>Institute for Human Learning<br>University of California, Berkeley |

**Craig A. Molgaard**                                                                    **4**

Berkeley, California

1974 – 1977                          **Research and Teaching Assistant**
                                     Language-Behavior Research Laboratory
                                     University of California, Berkeley
                                     Berkeley, California

**Craig A. Molgaard**                                                                                                           **5**

**AREAS OF SPECIALIZATION:**
Chronic Disease Epidemiology                      Neuroepidemiology
Health Promotion                                          Social and Behavioral Sciences

**BIBLIOGRAPHY**

**PUBLICATIONS:**

1.    **MOLGAARD, C.A.** Ph.D. Dissertation. (1979). New Age Hunters and Gatherers. Department of
       Anthropology, University of California, Berkeley, California.

2.    **MOLGAARD, C.A.**, Byerly, E., & Snow, C. (1979). Bach's Remedies. Human Organization, 38, 71-74.

3.    Snow, C., & **MOLGAARD, C.A.** (1978). A Semantic Analysis of Selis (Flathead) Color Terms.
       Proceedings of the XII International Conference on Salishan Languages. Victoria British Columbia,
       University of Victoria, Department of Linguistics, pp. 1-25.

4.    Byerly, E., **MOLGAARD, C.A.**, & Snow, C. (1979). Health Hazards of Migrant Farm Workers. Western
       Journal of Nursing, 1, 52-53.

5.    Byerly, E., **MOLGAARD, C.A.**, & Golbeck, A. (1979). Prototypes of Internal Category Structures:
       Fuzzy Sets in Nursing Research. Communicating Nursing Research, 12, 83-84.

6.    Byerly, E., **MOLGAARD, C.A.**, & Snow, C. (1979). Dissonance in the Desert: What to Do with the
       Goldenseal? In M. Leininger (Ed.), Transcultural Nursing (pp. 97-113). New York: Masson
       International Nursing Publications.

7.    Byerly, E., **MOLGAARD, C.A.**, & Snow, C. (1979). Dissonance in the Desert: What to Do with the
       Goldenseal? In M. Leininger (Ed.), Proceedings of the Fourth National Transcultural Nursing
       Conference: Culture Change, Ethics, and Nursing Care Implications (pp. 114-133). Salt Lake City,
       Utah: University of Utah, College of Nursing.

8.    **MOLGAARD, C.A.** & Byerly, E. (1981). Applied Ethnoscience in Rural America. In D. Messerschmidt
       (Ed.), Anthropologists at Home in North America: Methods and Issues in the Study of One's Own
       Society (pp. 153-166). Cambridge, Cambridge University Press.

9.    **MOLGAARD, C.A.** (1981). Kuru (review). Mayo Clinic Proceedings, 56, 529-530.

10.   **MOLGAARD, C.A.**, Golbeck, A., & Byerly, E. (1981). Internal Categories in Health Research. In E.
       Byerly (Ed.), Health Care Alternatives of Multiethnic Migrants (pp. 313-351). National Technical
       Information Service HRP-0903462.

11.   **MOLGAARD, C.A.** & Beverly, E. (1981). The New Age Lapidarie. In E. Byerly (Ed.), Health Care
       Alternatives of Multiethnic Migrants (pp. 352-367). National Technical Information Service HRP-
       0903462.

12.   Byerly, E. & **MOLGAARD, C.A.** (1981). De Morbis Artificum: Diseases of Workers. In E. Byerly (Ed.),
       Health Care Alternatives of Multiethnic Migrants (pp. 368-387). National Technical Information Service
       HRP-0903462

13.   Byerly, E. & **MOLGAARD, C.A.** (1981). Coping With Stigma in Health Seeking. In E. Byerly (Ed.),
       Health Care Alternatives of Multiethnic Migrants (pp. 388-406). National Technical Information Service
       HRP-0903462.

14.   Kurland, L. & **MOLGAARD, C.A.** (1981). The Patient Record in Epidemiology. <u>Scientific American</u>, 245, 54-63.

15.   Kondo, K., **MOLGAARD, C.A.**, Kurland, L., & Onofrio, B. (1981). Protruded Intervertebral Cervical Disk: Incidence and Affected Cervical Level in Rochester, Minnesota, 1950 through 1974. <u>Minnesota Medicine</u>, 64, 751-753.

16.   Strathy, J., **MOLGAARD, C.A.**, Coulam, C., & Melton, J. (1982). Endometriosis and Infertility: A Laparascopic Study of Endometriosis among Fertile and Infertile Women. <u>Fertility and Sterility</u>, 38, 667-672.

17.   Kurland, L., **MOLGAARD, C.A.**, & Schoenberg, B. (1982). Mayo Clinic Records-Linkage: Contributions to Neuroepidemiology. <u>Neuroepidemiology</u>, 1, 102-114.

18.   Kurland, L., Schoenberg, B., Annegars, J., Okazaki, H., **MOLGAARD, C.A.** (1982). The Incidence of Primary Intracranial Neoplasms in Rochester, Minnesota, 1935-1977. In I.J. Selikoff & E.C. Hammond (Eds.), <u>Brain Tumors in the Chemical Industry</u> (pp. 6-16). New York: Annals of the New York Academy of Science.

19.   Kurland, L., **MOLGAARD, C.A.**, & Weigel, K. (1982). The Minimum Basic Data Set and Epidemiologic Research. In P. Lambert and F. Roger (Eds.), <u>Hospital Statistics in Europe</u> (pp. 25-41). Brussels and Luxembourg: North-Holland Publishing Company.

20.   Kurland, L. & **MOLGAARD, C.A.** (1982). Guamanian ALS: Hereditary or Acquired? In L. Rowland (Ed.), <u>Advances in Neurology: Human Motor Neuron Diseases</u> (pp. 165-172). New York: Raven Press.

21.   Alter, M., Kurland, L., & **MOLGAARD, C.A.** (1982). Late Progressive Muscular Atrophy and Antecedent Poliomyelitis. In L. Rowland (Ed.), <u>Advances in Neurology: Human Motor Neuron Diseases</u> (pp. 303-310). New York: Raven Press.

22.   Byerly, E. & **MOLGAARD, C.A.** (1982). Social Institutions and Disease Transmission. In N. Chrisman and T. Maretski (Eds.), <u>Clinically Applied Anthropology: Anthropologists in Health Science Settings</u> (pp. 395-410). Boston: D. Reidel Publishing Company.

23.   Iverson, R., Mulder, D., Elveback, L., Kurland, L., & **MOLGAARD, C.A.** (1984). ALS and Heavy Metals: A Pilot Case-Control Study. <u>Neurology</u>, 34, 393-395.

24.   Kurland, L., **MOLGAARD, C.A.**, Kurland, E., Wiederholt, W., & Kirkpatrick, J., (1984). Swine Flu Vaccine and Multiple Sclerosis. <u>Journal of the American Medical Association</u>, 251, 2672-2675.

25.   Kurland, L., **MOLGAARD, C.A.**, Kurland, E., Erdtmann, F., & Stebbing, G. (1984). Lack of Association of Swine Flu Vaccine and Rheumatoid Arthritis. <u>Mayo Clinic Proceedings</u>, 59, 816-821.

26.   **MOLGAARD, C.A.**, Golbeck, A., & Gresham, L. (1985). Current Concepts in Endometriosis. <u>Western Journal of Medicine</u>, 143, 42-46.

27.   **MOLGAARD, C.A.** & Gresham, L. (1986). Swine Flu Vaccine and Amyotrophic Lateral Sclerosis. <u>Journal of the American Medical Association</u>, 225, (letter), 2294.

28.   **MOLGAARD, C.A.** & Golbeck, A. (1986). Prevalence of Isolated Systolic Hypertension in Alameda County, California. <u>American Journal of Preventive Medicine</u>, 2, 193-197.

29.   Gresham, L., **MOLGAARD, C.A.**, Golbeck, A., & Smith, R. (1986). Amyotrophic Lateral Sclerosis and Heavy Metal Exposure: A Case Control Study. <u>Neuroepidemiology</u>, 5, 29-38.

30.   Hallgren, K., Elder, J., & **MOLGAARD, C.A.** (1986). The Marketing Implications of a Hospital-Based Smoking Cessation Program. Journal of Health Care Marking, 6, 75-78.

31.   Hardie, N., **MOLGAARD, C.A.**, Laws, E., O'Fallon, W., & Kurland, L.T. (1986). The Incidence and Effectiveness of Cerebrospinal Fluid Shunts in Olmsted County, Minnesota, 1956-1981. Neuroepidemiology, 5, 95-104.

32.   **MOLGAARD, C.A.**, Bartok, A., Peddecord, M., & Rothrock, J. (1986). The Association Between Cerebrovascular Disease and Smoking: A Case Control Study. Neuroepidemiology, 5, 85-94.

33.   Nakamura, C. & **MOLGAARD, C.A.** (1986). Neuroepidemiology and Acquired Immune Deficiency Syndrome. Neuroepidemiology, 5, (lead article), 181-193.

34.   Elder, J.P., Stern, R.A., Anderson, M., Hovell, M.F., **MOLGAARD, C.A.**, & Seidman, R. (1987). Contingency-Based Strategies for Alcohol-, Drug-, and Tobacco-Use Prevention: Missing or Unwanted Components of Adolescent Health Promotion? Education and Treatment of Children, 10, Special Issue: Health Promotion in Children – A Behavior Analysis and Public Health Perspective, 33-47.

35.   Gresham, L.S., **MOLGAARD, C.A.**, Golbeck, A.L., & Smith, R. (1987). Amyotrophic Lateral Sclerosis and History of Skeletal Fracture: A Case-Control Study. Neurology, 37, 717-719.

36.   Engelberg, M., Elder, J.P., Hammond, N., Boskin, W., & **MOLGAARD, C.A.** (1987). Procuring Incentives for Community Health Promotion Programs. Journal of Community Health, 12, 56-65.

37.   Laborin-Laniado, R., **MOLGAARD, C.A.**, & Elder, J.P. (1987). A Review of the Anti-tuberculosis Campaign in Mexico. International Quarterly of Community Health Education, 7, 241-258.

38.   **MOLGAARD, C.A.** (1987). A Multivariate Analysis of Hachinski's Scale for Discriminating Senile Dementia of the Alzheimer's Type From Multi-Infarct Dementia. Neuroepidemiology, 6, 153-160.

39.   Bone, C.M., **MOLGAARD, C.A.**, Helmkamp, J.C. & Golbeck, A.L. (1988). Are Nuclear Ships Safer Than Conventionally Powered Ships: A Comparison of Health Outcomes Among Occupational Cohorts. Journal of Environmental Health, 50, (lead article), 277-281.

40.   Elder, J.P., **MOLGAARD, C.A.**, & Laborin-Laniado, R.L. (1988). Patterns and Predictors of Cigarette Use Among Public School Children in Tijuana, Mexico. International Quarterly of Community Health Education, 8, 129-137.

41.   Gresham, L.S., **MOLGAARD, C.A.**, Elder, J.P., & Robin, H. (1988) Breast Cancer and Mammography: Summary of the Educational Impact of a Low Cost Mammogram Program. Health Education, 19, 32-35.

42.   Elder, J.P., **MOLGAARD, C.A.**, & Gresham, L. (1988). Predictors of Chewing Tobacco and Cigarette Use In a Multiethnic Public School Population. Adolescence, 23, 689-702.

43.   **MOLGAARD, C.A.**, Nakamura, C., Hovell, M., & Elder, J.P. (1988). Assessing Alcoholism As A Risk Factor For Acquired Immunodeficiency Syndrome (AIDS). Social Science and Medicine, 27, 1147-1152.

44.   **MOLGAARD, C.A.**, Laborin-Laniado, R., Elder, J.P., & de Moor, C. (1989). The Social Epidemiology of Smoking During Pregnancy Among Mexican Women. New York State Medical Journal, 89, Twenty-Fifth Anniversary Issue In Recognition of the 1964 Surgeon General's Report on Smoking and Health: Cigarette Smoking – Focus on the Workplace, 15-18.

45.    **MOLGAARD, C.A.**, Chambers, C.A., Golbeck, A.L., Elder, J.P., & Ferguson, J. (1989). Maternal
       Alcoholism and Anorexia Nervosa: A Possible Association. International Journal of the Addictions, 24,
       167-173.

46.    Ryden, L.A., **MOLGAARD, C.A.**, & Bobbitt, S. (1989). Benefits of a Back Care and Light Duty Health
       Promotion Program in a Hospital Setting. Journal of Community Health, 13, 222-230.

47.    Ryden, L.A., **MOLGAARD, C.A.**, Bobbitt, S., & Conway, J. (1989). Occupational Low Back Injury in a
       Hospital Employee Population: An Epidemiological Analysis of Multiple Risk Factors for a High Risk
       Occupational Group. Spine, 14, 315-322.

48.    Elder, J.P. Atkins, C., de Moor, C., Edwards, C.C., Golbeck, A., Hovell, M.F., **MOLGAARD, C.A.**,
       Nader, P.R., Sallis, J.F., Shulkin, J., Sleet, D.A., Wilkey, M.B., & Young, R.I. (1989). Prevention of
       Cigarette Smoking and Smokeless Tobacco Use in Public Schools in San Diego County, U.S.A.
       Sozial und Praventivmedizin, 34, 24-29.

49.    **MOLGAARD, C.A.**, Eisenman, P.A., Ryden, L.A., & Golbeck, A.L. (1989). Neuroepidemiology of
       Human T-Lymphotrophic Virus Type I-Associated Tropical Spastic Paraparesis. Neuroepidemiology,
       8, (lead article), 109-123.

50.    Elder, J.P., Schmid, T.L., Hovell, M.F., **MOLGAARD, C.A.**, & Graeff, J.A. (1989). The Global
       Relevance of Behavioral Medicine: Health and Child Survival in the Developing World. Annals of
       Behavioral Medicine, 11, 12-17.

51.    Spry, V.M., Hovell, M.F., Sallis, J.F., Hofstetter, C.R., Elder, J.P., & **MOLGAARD, C.A.** (1989).
       Recruiting Survey Respondents to Mailed Surveys: Controlled Trials of Incentives and Prompts.
       American Journal of Epidemiology, 130, 166-172.

52.    Loue, S., McCutchan, J.A., Brysk, L., Spechko, P., Weinrich, J., **MOLGAARD, C.A.**, Slyman, D., &
       Grant, I. (1989). Cocaine, Marijuana and Alcohol as Risk Factors for HIV Infection in Homosexual
       Men: A Pilot Study. Proceedings of the V International Conference on AIDS: The Scientific and Social
       Challenge. (Abstract) Montreal, Quebec, Canada, p. 767.

53.    de Moor, C., Elder, J.P., Young, R.L., Wildey, M.B., & **MOLGAARD, C.A.** (1989). Generic Tobacco
       Use Among Four Ethnic Groups in a School Age Population. Journal of Drug Education, 19, 257-270.

54.    Morton, D.J., Schoenrock, S.A., Stanford, E.P., Peddecord, K.M., & **MOLGAARD, C.A.** (1989). Use of
       the CES-D Among A Community Sample of Older Mexican Americans. Journal of Cross-Cultural
       Gerontology, 4, 289-306.

55.    **MOLGAARD, C.A.**, Nakamura, C.M., Stanford, E.P., Peddecord, K.M., & Morton, D.J. (1990).
       Prevalence of Alcohol Consumption Among Older Persons. Journal of Community Health, 15, 239-
       251.

56.    Golbeck, A.L. & **MOLGAARD, C.A.** (1990). Methodological Issues Concerning the Sensitive Query in
       Aids/Alcohol Research: Sample Size Estimates for Randomized Response Procedures. In D.
       Seminara (Ed.), Alcohol, Immunosuppression and AIDS (pp. 1-10). New York: Alan R. Liss, Inc.

57.    Nakamura, C.M., **MOLGAARD, C.A.**, Stanford, E.P., Peddecord, K.M., Morton, D.J. Lockery, S.A.,
       Zuniga, M., $ Gardner, L.D. (1990). A Discriminant Analysis of Servere Alcohol Consumption Among
       Older Persons. Alcohol and Alcoholism, 25, 75-80.

58.    Shepard, S.L., Hovell, M.F., Harwood, I.R., Granger, L.E., Hofstetter, C.R., **MOLGAARD, C.A.**, &
       Kaplan, R.M. (1990). A comparative Study of the Psychosocial Assets of Adults with Cystic Fibrosis
       and Their Health Peers. Chest. 97, 1310-1316.

59.   MOLGAARD, C.A., Ryden, L.A., Robin, H., Gresham, L., Elder, J.P., & Scutchfield, F.D. (1990). A
      Public Health Evaluation of a Population-Based Colorectal Cancer Education Screening Project.
      Health Education, 21, 49-52.

60.   Stanford, E.P., Peddecord, K.M., MOLGAARD, C.A., & Chen, M. (1990). Health Status and Lifestyle
      of Asian and Pacific Islanders and American Indians. Final Report to the American Association of
      Retired Persons Andrus Foundation. University Center on Aging, College of Health and Human
      Services, San Diego State University.

61.   MOLGAARD, C.A., Golbeck, A.L., & Elder, J.P. (1990). The Epidemiology of Human Reproduction in
      San Diego County. Final Report to the Western Consortium for Public Health and the City of San
      Diego. Division of Epidemiology and Biostatistics, Graduate School of Public Health, San Diego State
      University.

62.   Elder, J.P., de Moor, C., Young, R.L. Wildey, M.B., MOLGAARD, C.A., Sallis, J.F., Stern, R.A., &
      Golbeck, A.L., (1990). Stages of Adolescent Tobacco-Use Acquisition. Addictive Behaviors, 15, 449-
      454.

63.   MOLGAARD, C.A., Stanford, E.P., Morton, D.J., Ryden, L.A., Golbeck, A.L., & Schubert, K.R. (1990).
      The Epidemiology of Head Trauma and Neurocognitive Impairment in a Multi-Ethnic Population.
      Neuroepidemiology, 9, 223-242.

64.   MOLGAARD, C.A. & Golbeck, A.L. (1990). Mad Cows and Englishmen: Bovine Spongiform
      Encephalopathy (BSE). Neuroepidemiology, 9, 285-286.

65.   Stanford, E.P., Happersett, C.J., Morton, D.J., MOLGAARD, C.A., & Peddecord, K.M. (1991). Early
      Retirement and Functional Impairment from a Multi-ethnic Perspective. Research on Aging, 13, 5-38.

66.   MOLGAARD, C.A., Poikolainen, K., Elder, J.P., Nissinen, A., Pekkanen, J., Golbeck, A.L., de Moor,
      C., Lahtela, K., & Puska, P. (1991). Depression Late After Combat: A Follow-up of Finnish World War
      Two Veterans from the Seven Countries East-West Cohort. Military Medicine, 156, 5, 219-222.

67.   Elder, J.P., Wildey, M.B., Young, R.L., de Moor, C., Shulkin, J.J., Edwards, C.C., MOLGAARD,
      C.A., Hovell, M.F., & Sallis, J. (1991). Implementation Strategies fro School Health Promotion:
      Selecting Facilitators and Cost-Effective Interventions. In D. Nutbeam, B. Haglund, P. Farley, and
      P. Tillgren (Eds.), Youth Health Promotion: From Theory to Practice in School and Community (pp.
      277-291). United Kingdom, London: Forbes Publications Limited.

68.   Brodine, S.K., Oldfield, E.C., Corwin, A.L., Thomas, R.J., Ryan, A.B., Holmberg, J., MOLGAARD,
      C.A., Golbeck, A.L., Ryden, L.A., Benenson, A.S., & Blattner, W.A. (1992). Seroprevalence of
      HTLV-I Among U.S. Marines Stationed in a Hyperendemic Area. Journal of AIDS, 5, 158-162.

69.   de Moor, C., Elder, J.P., Young, R., Wildey, M., & MOLGAARD, C.A. (1992). Smoking Among
      Adolescent Ethnic Minority Groups. In R. Feldman & J. Humphrey (Eds.), Advances in Health
      Education: Current Research, Vol. 3. London: JAI Press.

70.   Morton, D.J., Happersett, C., Stanford, E.P., & MOLGAARD, C.A. (1992). Acculturation and
      Functional Impairment Among Older Chinese and Vietnamese. Journal of Cross-Cultural
      Gerontology, 7, 151-176.

71.   MOLGAARD, C.A. & Brodine, S.K. (1992). Epidemiologic Concepts. In J. Lederberg (Ed.),
      Encyclopedia of Microbiology, Vol. 2 (pp. 95-105). San Diego: Academic Press.

72.   de Moor, D., Cookson, K., Elder, J.P., Young, R., MOLGAARD, C.A., & Wildey, M. (1992).
      Association Between Teaching Attitudes, Behavioral Intentions, and Smoking and the Prevalence
      of Smoking Among Junior High Age Adolescents. Adolescence, 27, 565-578.

73.    **MOLGAARD, C.A.**, Matteucci, R.M., & Rothrock, J. (1993). Neuroepidemiology of Recreational Drug Use and Stroke. In R. Watson (Ed.), Advances in the Biosciences (pp. 155-162). United Kingdom, Oxford: Pergamon Press.

74.    **MOLGAARD, C.A.** (1993). Neuroepidemiology: Theory and Method, (Ed.). San Diego: Academic Press.

75.    **MOLGAARD, C.A.** (1993). An Introduction to Neuroepidemiology. In C. Molgaard (Ed.), Neuroepidemiology: Theory and Methods (pp. 1-20). San Diego: Academic Press.

76.    Spencer Feigelson, H. & **MOLGAARD, C.A.** (1993). The Epidemiology of Wernicke-Korsakoff Syndrome and Related Neurologic Disorders Due to Alcoholism. In C. Molgaard (Ed.), Neuroepidemiology: Theory and Method (pp. 149-164). San Diego: Academic Press.

77.    Villarino, M.E., Golbeck, A., & **MOLGAARD, C.A.** (1993). Prevalence at Birth of Neural Tube Defects in California: A Population-Based Study. In C. Molgaard (Ed.), Neuroepidemiology: Theory and Method (pp. 213-232). San Diego: Academic Press.

78.    Brown, M., Hofherr, L., & **MOLGAARD, C.A.** (1993). A Case-Control Study of Head Injury to Elementary School Children. In C. Molgaard (Ed.), Neuroepidemiology: Theory and Method (pp. 329-349). San Diego: Academic Press.

79.    Golbeck, A., **MOLGAARD, C.A.**, & Gresham, L. (1993). Parkinson's Disease and Tobacco: An Evaluation of Explanatory Models. In R. Watson (Ed.), Advances in the Biosciences (pp. 639-644). United Kingdom, Oxford: Pergamon Press.

80.    Laniado, R., **MOLGAARD, C.A.**, & Elder, J. (1993). Efetividad de un Programa de Prevencion de Tabaquismo en Escolares Mexicanos. Salud Publica de Mexico, 35, 403-408.

81.    Turner L.C., Rothrock, J.F., & **MOLGAARD, C.A.** (1993). A Neural Shift Theory of Migraine. Neuroepidemiology, 12, 249-250.

82.    Elder, J.P., Wildey, M., de Moor, C., Sallis, J.F., Eckhardt, L., Edwards, C., Erickson, A., Golbeck, A., Hovell, M., Johnson, D., Levitz, M.D., **MOLGAARD, C.A.**, Young, R., Vito, D., & Woodruff, S.I. (1993). The Long-Term Prevention of Tobacco Use among Junior High School Students: Classroom and Telephone Interventions. American Journal of Public Health, 83, 1239-1244.

83.    Turner, L., **MOLGAARD, C.A.**, Stang, P., & Rothrock, J. (1993). Prevalence of Migraine Among Mexican-Americans in San Diego, California, U.S.A.: Survey II. Proceedings of the VI Congress of the International Headache Society, Paris, France. Cephalalgia, 15, 49.

84.    Turner, L.C., Rothrock, J., **MOLGAARD, C.A.**, Stang, P., & Golbeck, A. (1993). Neural Shift Theory of Migraine: A Case-Control Study. The Canadian Journal of Neurological Sciences, 20, S226.

85.    Gresham, L., **MOLGAARD, C.A.**, Golbeck, A., & Smith, R. (1993). ALS and Lead Exposure. Neurology, 4 (letter) 2228-2229

86.    Willis, W., de Peyster, A., **MOLGAARD, C.A.**, Walker, C., & MacKendrick, K. (1993). Pregnancy Outcome Among Women Exposed to Pesticides through Work or Residence in an Agricultural Area. Journal of Occupational Medicine, 35, 943-949.

87.    **MOLGAARD, C.A.** (1993). An Understudied Population of Grave Risk for HIV. In HIV and Alcohol Impairment: Reducing Risks: Proceedings of the Alcohol, Tobacco and Other Drug Studies Conference, University of California at San Diego, University of California at San Diego Extension, pp. 80-81.

88.    de Peyster, A., Willis, W., **MOLGAARD, C.A.**, & MacKendrick, T. (1993). Cholinesterase and Self-reported Pesticide Exposure Among Pregnant Women. <u>Archives of Environmental Health</u>, 48, 348-352.

89.    **MOLGAARD, C.A.**, Robyn, B., Golbeck, A., Elder, J., & Villarino, E. (1993). The Reproductive Epidemiology of Miscarriage in San Diego, California: Tap Water Consumption and Adverse Pregnancy Outcomes. <u>Abstracts of the International Symposium on Reproductive Epidemiology and Social Science Research in Reproductive Health</u> (p 10). Chengdu, China.

90.    Tom, T., Brody, A., Valabhji, A., Turner, L., **MOLGAARD, C.A.**, & Rothrock, J. (1994). Validation of a New Instrument for Determining Migraine Prevalence: The UCSD Migraine Questionnaire. <u>Neurology</u>, 44, 925-928.

91.    Gresham, L., **MOLGAARD, C.A.**, & Smith, R. (1994). Induction of Cytochrome P450 Enzymes Via Tobacco Smoke: A Potential Mechanism of Developing Resistance to Environmental Toxins as Related to Parkinsonism and Other Neurologic Diseases. <u>Neuroepidemiology</u>, 12, 114-115.

92.    Feigelson, H., Crique, M., Fronek, A., Langer, R., & **MOLGAARD, C.A.** (1994). Screening for Peripheral Arterial Disease: Sensitivity, Specificity, and Predictive Value of Non-Invasive Tests. <u>American Journal of Epidemiology</u>, 140, 526-534.

93.    Gresham, L.S., **MOLGAARD, C.A.**, & Smith, R.A. (1994). Induction of Cytochrome P-450 Enzymes Via Tobacco Smoke. <u>Parkinson/Alzheimer Digest</u>, 5, 9-10.

94.    Matteuci, R.M., Holbrook, T.L., Hoyt, D.B., & **MOLGAARD, C.A.** (1995). Trauma in Hispanic Children: A Population-Based Study in a Regionalized System of Trauma Care. <u>American Journal of Public Health</u>, 85, 1005-1008.

95.    Brodine, S., Hyams, K.C., **MOLGAARD, C.A.**, Ito, S.I., Thomas, R.J., Roberts, C.R., Golbeck, A.L., Oldfield, E.C., & Blattner, W.A. (1995). The Risk of Human T-Cell Leukemia Virus and Viral Hepatitis Infection Among U.S. Marines Stationed in Okinawa, Japan. <u>Journal of Infectious Diseases</u>, 171, 693-696.

96.    Turner, L.C., **MOLGAARD, C.A.**, Gardner, C.A., Rothrock, J.F., Stang, P.E. (1995). Migraine Trigger Factors in a Non-Clinical Mexican-American Population in San Diego County: Implications for Etiology. <u>Cephalalgia</u>, 15, 523-530.

97.    **MOLGAARD, C.A.** <u>Epidemiology and Public Health Internationale</u>. Chief Editor, Edited Book Series, Academic Press, San Diego, 1995 – 1998.

98.    Gunn, R.A., Covell, R., Criqui, M., Kurtin, P., Lloyd, L., **MOLGAARD, C.A.**, Peddicord, M., Sixt, K., & Tucker, J. (1996). Major Diseases. In Moseley, W., Ross, R., and Scutchfield, F. (Eds.), <u>Charting the Course: A San Diego County Health Needs Assessment</u> (pp. 91-116). San Diego: Hospital Council of San Diego and Imperial Counties.

99.    Xiaohua, C., Yu Xia, M.S., Gresham, L., **MOLGAARD, C.A.**, Thomas, R.G., Galasko, D., Wiederholt, W.C., & Saitoh, T. (1996). APOE and CYP2D6 Polymorphism in Chamorro With and Without Parkinsonism – Dementia Complex of Guam. <u>Neurology</u>, 47, 779-784.

100.   Ries, A.L. Picchi, M.A., Nguyen, L.H., Moser, R.J., **MOLGAARD, C.A.**, & Wasserman, S.I. (1997). Asthma in a Vietnamese Refugee Population. <u>American Journal of Respiratory and Critical Care Medicine</u>, 155, 1895-1901.

101. Frazier, L.M. & **MOLGAARD, C.A.** (1997). Challenges in Designing Epidemiologic Studies of Hearing Among Children Exposed to Noise in Utero. <u>Journal of the Acoustical Society of America</u>, 102 (5 Pt 2), 3110.

102. Gersberg, R.M., Gaynor, K., Tenczar, M.B., Ginsberg, M., Gresham, L.S., **MOLGAARD, C.A.** (1997). Quantitative modeling of lead exposure from glazed ceramic pottery in childhood lead poisoning cases. <u>International Journal of Environmental Health Research</u>, 7:3, September 1993-202.

103. Dismuke, S.E., Fredrickson, D.D., Goldsteen, R., Yecca, L., Brown, J., Goldsteen, K., **MOLGAARD, C.A.,** Kies, K., Brown, D., & Wetta-Hall, R. Community Health Assessment and Improvement Project; In Proceedings of the Collaborative Activities Between Local Public health Agencies and Institutions of Higher Learning, Council on Linkages Between Academia and Public Health Practice, Washington, D.C. Award Paper. (abstract).

104. Klonoff-Cohen, H.S., Schaffroth, L.B., Edelstein, S.L., **MOLGAARD, C.A.,** & Saltzstein, S.L. (1998). Breast Cancer Histology in Caucasians, African Americans, Hispanics, Asians, and Pacific Islanders. <u>Ethnicity & Health</u>, 3, 189-198.

105. **MOLGAARD, C.A.,** Gladhart, S.C., & Edlavitch, S.A. (1998). The Master of Public Health Kansas Program Self-Study for Accreditation. Submitted to the Council of Education in Public Health, Washington, D.C., pg. 174, March 1998. Maximum accreditation received from CEPH.

106. Kech, W., Evans, P., **MOLGAARD, C.A.** (1999). CEPH Accreditation Review, MPH Program, Virginia Commonwealth University.

107. Golbeck, A.L. & **MOLGAARD, C.A.** (1999). Bias in Faculty Recruitment and Development: The Academic Eighty-Twenty Rule Revisited. <u>Academic Leader</u>, 15, 1-8.

108. Garrett, L.C., Magruder, C., & **MOLGAARD, C.A.** (2000). Taking the Terror Out of Bioterrorism: Planning for a Bioterrorist Event from a Local Perspective. <u>Journal of Public Health Management and Practice</u>, 6, 1-7.

109. Frazier, L.M., Hui-Ling, H., & **MOLGAARD, C.A.** (2001). Variability in Physician Management of Employment During Pregnancy. <u>Women & Health</u>, 34, 51-63.

110. **MOLGAARD, C.A.,** Frazier, L.M., & Golbeck, A. (2001). Neurologic Diseases. In J. Olsen & D. Tricholopolous (Eds.), <u>Teaching Epidemiology</u> (second edition). Oxford University Press, pp 229-236.

111. Frazier, L.M. & **MOLGAARD, C.A.** (2001). <u>Environmental Health and Human Development: An Overview</u>. Environmental Protection Agency, Washington, D.C., pp. 584.

112. Gorski, J. & **MOLGAARD, C.A.** (2001) Program Review, MPH Program, University of Nebraska.

113. Frazier, L.M., **MOLGAARD, C.A.,** Fredrickson, D.D., Early, J.L., Schukman, J.S., & Dismuke, S.E. (2001). Barriers to smoking cessation initiatives for Medicaid clients in managed care. <u>Substance Abuse and Misuse</u>, 36, 1875-99.

114. **MOLGAARD, C.A.** (2001). Bioterrorism: The public health response. November 15, 2001. http://wichita.kumc.edu/bioterror/response.html.

115. Wetta-Hall, R., Oler-Manske, J., Young, W., **MOLGAARD, C.A.,** & Fredrickson, D.D. (2001). Mapping a Head Start into the future. ESRI International GIS Web site, http://.esri.com/library/userconf/health01/papers/hc01_p02/hc01_p02b.html. 1-13

116. **MOLGAARD, C.A.** (2002). Cognitive and Social Correlates of Highly Prevalent Endemic Diseases: The Rodney Dangerfield Effect. Headache, 42, 1-3.

117. **MOLGAARD, C.A.**, Rothrock, J., Stang, P.E., & Golbeck, A.L. (2002). Prevalence of Migraine Among Mexican-Americans in San Diego, California: Survey I. Headache, 42, 878-82.

118. Von Busch, T.A., Frazier, L.M., **MOLGAARD, C.A.**, & Sigler, S.J. (2002). Gestational age at which women present for a safety assessment during pregnancy. International Journal of Occupational and Environmental Health, 8, 324-7.

119. **MOLGAARD, C.A.** (2002). Epidemiological Assessment of Health Line Reports About a Dietary Supplement. Monograph. Department of Preventive Medicine and Public Health. University of Kansas School of Medicine-Wichita, Kansas.

120. Altshuler, K., Berg, M., Frazier, L.M., Laurenson, J., Longstreth, J., Mendez, W., & **MOLGAARD, C.A.** (2003). Overview of the Vulnerability and Special Health Problems of Children: OCHP Paper Series on Children's Health and the Environment. Paper 1.

121. Altshuler, K., Berg, M., Frazier, L.M., Laurenson, J., Longstreth, J., Mendez, W., & **MOLGAARD, C.A.** (2003). Critical Periods in Development: OCHP Paper Series on Children's Health and the Environment. Paper 2.

122. Altshuler, K., Berg, M., Frazier, L.M., Laurenson, J., Mendez, W., & **MOLGAARD, C.A.** (2003). Children's Environmental Exposures: OCHP Paper Series on Children's Health and the Environment. Paper 3.

123. Fredrickson, D.D., **MOLGAARD, C.A.**, Dismuke, S.E., Schukman, J., & Walling, A. (2004). Understanding frequent emergency room use by Medicaid-insured children with asthma: a combined quantitative and qualitative study. Journal of the American Board of Family Practice, 17, Mar-Apr: 96-100.

124. Good, M.J., Frazier, L.M., Wetta-Hall, R., Ablah, E., & **MOLGAARD, C.A.** (2004). Kansas Office-Based Nurses' Evaluation of Patient Tobacco Cessation Activities. Journal of Community Health Nursing, 21: 77-85.

125. O'Brien, M.S., Burdsal, C.A., **MOLGAARD, C.A.** (2004). Further development of an Australian-based measure of social capital in a US sample. Social Science & Medicine, 59(6):1207-17.

126. Wetta-Hall, R., Ablah, E., Berry, M., Oler-Manske, J., **MOLGAARD, C.** (2004). Strategies for community-based capacity building: Planning on a shoestring budget. The Health Care Manager, 23(4):302-309.

127. Weller, L., Fredrickson, D.D., Burbach, C., **MOLGAARD, C.A.**, Ngong, L. (2004). Chronic disease medication administration rates in a public school system. Journal of School Health, 74(5):161-165.

128. Paschal, A.M., Ablah, E., Wetta-Hall, R., **MOLGAARD, C.A.**, Liow, K. (2005). Stigma and safe havens: A Medical sociological perspective on African-American female epilepsy patients. Epilepsy and Behavior, 7: 106-115.

129. Wetta-Hall, R., Ablah, E., Dismuke, E., **MOLGAARD, C.A.**, Fredrickson, D., Berry, M. (2005). Emergency Department Use in the US. Emergency Nurse, 13(3):14-20.

130. Fredrickson, D.D., Jones, T.L. **MOLGAARD, C.A.**, Carman, C.G., Schukman, J., Dismuke, S.E., Ablah, E. (2005). Optimal design features for surveying low-income populations. Journal of Health Care for the Poor and Underserved, 16(4): 677-690.

131. Wetta-Hall, R., Ablah, E., Frazier, L.M., Good, M.J., **MOLGAARD, C.A.** (2005). Factors influencing nurses' smoking cessation, assessment and counseling practices. Journal of Addictions Nursing, 16(3):131-135.

132. Walling, A., Woolley, D., **MOLGAARD, C.A.**, & Kallail, K. (2005). Patient Satisfaction with Migraine Management by Family Physicians. Journal of the American Board of Family Practice, 18:563-566.

133. Ablah, E., **MOLGAARD, C.A.**, Fredrickson, D.D., Wetta-Hall, R., Cook, D.J. (2005). Quantitative evaluation of "Can It Happen in Kansas: Response to Terrorism and Emerging Infections." Journal of Public Health Management and Practice, Nov;11(6 Suppl):S17-S24.

134. Fromer, D.B., Ablah, E., Fredrickson, D.D., Wetta-Hall, R., Cook, D.J., **MOLGAARD, C.A.** (2005). Preparing for terrorism and emerging infections: The clinical laboratory. Medical Laboratory Observer, September, 36-39.

135. Wetta-Hall, R., Fredrickson, D.D., Ablah, E., Cook, D.J., **MOLGAARD, C.A.** (2006). Knowing who your partners are: Terrorism preparedness training for nurses. The Journal of Continuing Education in Nursing, 37(3):106-112.

136. Wetta-Hall, R., Berg-Copas, G., Ablah, E., Herrmann, M.B., Kang, S., Orr, S., & **MOLGAARD, C.A** (2006). Regionalization: Collateral Benefits of Emergency Preparedness Activities. Journal of Public Health Management and Practice. In Press.

137. Treaster, C, Hawley, S.R., Paschal, A.M., **MOLGAARD, C.A.**, St.Romain, T. (2006). Addressing Health Disparities in Highly Specialized Minority Populations: Case Study of Mexican Mennonite Farmworkers. Journal of Community Health, 31(2):113-122.

138. Ablah, E., Wetta-Hall, R., **MOLGAARD, C.A.,** Fredrickson, D.D., Grube, C., Skalacki, M., Wolfe, D., Cook, D.J. (2006). Evaluation of Interdisciplinary Terrorism Preparedness Programs: A Pilot Focus Group Study. Journal of Allied Health, 35(4):189-197.

139. Hawley, S.R., **MOLGAARD, C.A.,** Ablah, E., Orr, S.A., Oler-Manske, J., Dismuke, S.E. (2006). Rural public health, social capital and workforce and leadership development. *Submitted to* Health Promotion Practice.

140. Johnston, J., Ablah, E., Scanlan, T., **MOLGAARD, C.A.** (2006). Increasing physical activity and social capital through leadership development: A trans-generational model. *Submitted to* Leadership in Public Health.

141. Hawley, S.R., Ablah, E., Hawley, G.C., Cook, D.J., Orr, S.A., **MOLGAARD, C.A.** (2006). Terrorism and Mental Health in the Rural Midwest. Prehospital and Disaster Medicine, 21(6):*383-389.*

142. Hawley, S.R., Orr, S.A., **Molgaard, C.A.** (2007) Social Capital and Leadership Training Within an Ecological Model. Leadership in Public Health, 7(4):20-23.

143. Zimbelman, M., Paschal, A.M., Hawley, S.R., **Molgaard, C.A.,** St.Romain, T. Addressing Physical Inactivity Among Developmentally Disabled Students Through Visual Schedules and Social Stories. Research in Developmental Disabilities, *In Press.*

144. Whitmer, D.A., Hawley, S.R., Orr, S.A., St.Romain, T., **Molgaard, C.A.** (2006). Social Networks and Best Practices in Public Health: The Example of Regional Billing Groups. Public Health Nursing, 23(6):532-537.

145. Paschal, A.M., Hawley, S.R., Sly, J., **Molgaard, C.A.**, Liow, K., Sadler, T. Epilepsy and Community-Based Participatory Research: Some Issues of Social Capital and Awareness. In

Holloway KJ (Ed), <u>New Research on Epilepsy and Behavior</u>. Hauppauge, NY: Nova Science Publishers, Inc., *2006*.

146.  Hawley, S.R., Hawley, G.C., Ablah, E., St. Romain, T., **Molgaard, C.A.**, Orr, S.A. Mental Health Emergency Preparedness: The Need for Training and Coordination at the State Level. <u>Prehospital and Disaster Medicine</u>, *In Press*.

147.  Chesser, A., Ablah, E., Hawley, S., Wolfe, D., St. Romain, T., Grube, C., **Molgaard, C.A.** (2006). Preparedness Needs Assessment in a Rural State: Themes Derived from Focus Groups. <u>Biosecurity and Bioterrorism</u>, 4(4):376-383.

148.  Hawley, S.R., Paschal, A.M., Ablah, E., St. Romain, T., Liow, K., **Molgaard, C.A.** (2007). Initial Perspectives from Midwestern Neurologist's: Epilepsy Patients' Barriers and Motivators for Seeking Treatment, <u>Epilepsia</u> 48(10):1920-1925.

149.  St. Romain, T., Hawley, S.R., Ablah, E., Kabler, B.S., **Molgaard, C.A.** (2007). Tobacco Use in Silent Film: Precedents of Modern-Day Substance Use Portrayals. <u>Journal of Community Health</u>, 32:413-418.

150.  Paschal, A.M., Hawley, S.R., St. Romain, T., Liow, K., **Molgaard, C.A.**, Sly, J., Sadler, T.L. (2007). Epilepsy Patients' Perceptions About Stigma, Education, and Awareness: Preliminary Responses Based on a Community Participatory Approach, <u>Epilepsy and Behavior</u>, 11:329-337.

## RECENT PRESENTATIONS

1.  Orr, S., **MOLGAARD, C.A.**, & Hawley, S.R. (2004). Kansas Public Health Leadership Institute. National Public Health Leadership Network 11th Annual Conference: Paper Presentation, Saint Louis, Missouri; April 21-23, 2004.

2.  Cook, D., **MOLGAARD, C.A.**, Ablah, E., Fredrickson, D.D., Wetta-Hall, R., Jones, T.L., Chesser, A., & Chance, D. (2004). The University of Kansas Medical Center, Department of Health Technology Outreach: Response to Terror and Emerging Infections. Bethesda, Maryland; May 25-27, 2004.

3.  Hawley, S.R., Orr, S., & **MOLGAARD, C.A.** (2004). Developing Community Partnerships and Social Capital through Leadership Training. Community Health Crossroads: Critical Issues in Community Based Research Partnerships: Poster Presentation, Hartford, CT; June 10-13, 2004.

4.  Hawley, S.R., Orr, S., **MOLGAARD, C.A.**, Hall, G.C., Chesser, A., Jones, T.L., Paschal, A.M., & Gruhn, R. (2004). Disaster Management: Leadership Training and the Public Health Infrastructure. Third International Conference Promoting Global Health: Sharing Visions and Strategies: Poster Presentation, Topeka, Kansas; July 11-12, 2004.

5.  Cook, D., **MOLGAARD, C.A.**, Ablah, E., Wetta-Hall, R., Fredrickson, D.D., Chance, D., Jones, T.L., Chesser, A., Davis, R.J., Grube, D., Skalacki, M., Smoot, R., & Warren, M.B. (2004). Kansas Response to Terrorism Training for Health Professionals: AHECs and Social Capital. Presented at the 2004 National AHEC Organization Conference from July 31 to August 4, 2004 Baltimore, Maryland.

6.  Orr, S.A., **MOLGAARD, C.A.**, & Hawley, S.R. (2004). The Kansas Public Health Leadership Institute: An Important Step in Statewide Workforce Development. Kansas Public Health Association Conference: Poster Presentation, Topeka, Kansas; September 28-29, 2004.

7.  Werder, S.F., Frazier, L.M., **MOLGAARD, C.A.**, Hawley, S.R., Pfeiffer, R., & Boyd, D. (2004). Resources for Managing Substance Abuse in Crawford County, KS: A Quantitative-Qualitative

Community Assessment Project. Submitted to: Kansas Public Health Association Conference: Poster Presentation, Topeka, Kansas; September 28-29, 2004.

8.    Orr, S.A., **MOLGAARD, C.A.,** & Hawley, S.R. (2004). KPHLI and WALD Breakout Session. Kansas Public Health Association Conference: Poster Presentation, Topeka, Kansas; September 28-29, 2004.

9.    Ablah, E., Jones, T.L., **MOLGAARD, C.A.,** Fredrickson, D.D., Wetta-Hall, R., Chesser, A., Chance, D., & Cook, D. (2004). Evaluation of Anti-Terrorism Preparedness Among Kansas Health Professionals. Presented at the Annual Kansas Public Health Association Conference: Topeka, Kansas; September 28-29, 2004.

10.   Oler-Manske, J.E., Orr, S.A., **MOLGAARD, C.A.,** Hall, G.C., Gruhn, R., & Zackula-David, R. (2004). Kansas Chautauqua Project. American Public Health Association Conference: Poster Presentation, Washington, D.C.; November 2004.

11.   Cook, D., Wetta-Hall, R., Jones, T.L., Fredrickson, D.D., Ablah, E., Chance, D., & **MOLGAARD, C.A.** (2004). Terrorism Training in Kansas: Systems and Community Impact of a Statewide Training Program. American Public Health Association Conference: Poster Presentation, Washington, D.C.; November 2004.

12.   Cook, D., **MOLGAARD, C.A.,** Ablah, E., Wetta-Hall, R., Fredrickson, D.D., Chance, D., Chesser, A., Jones, T.J., Davis, R.J., Grube, D., Skalacki, M., Smoot, R., & Warren, M.B. (2004). Can It Happen in Kansas: Response to Terrorism and Emerging Infections. American Public Health Association Conference: Paper Presentation, Washington, D.C.; November 2004.

13.   Hawley, S.R., Orr, S.A., **MOLGAARD, C.A.,** Hall, G.C., Chesser, A., Jones, T.L., Paschal, A.M., & Gruhn, R. (2004). Leadership in Disquieting Times: Training Across Professional Boundaries. American Public Health Association Conference: Paper Presentation, Washington, D.C.; November 2004.

14.   Johnston, J., Ablah, E., Chesser, A., Scanlan, T., **MOLGAARD, C.A.** (2004). Walkin' Wichita: Addressing the built environment and sedentary lifestyle. Kansas Public Health Association Conference: Poster Presentation, Topeka, KS; September 28-29, 2004.

15.   Ablah, E., Jones, T.L., **MOLGAARD, C.A.,** Fredrickson, D.D., Wetta-Hall, R, Chesser, A., Chance, D., Cook, D. (2004). Evaluation of Kansas health professionals in anti-terrorism preparedness. Kansas Public Health Association Conference: Poster Presentation, Topeka, KS; September 28-29, 2004.

16.   Saville, S., Wetta-Hall, R., **MOLGAARD, C.,** Hawley, S. (2005). A cross-sectional study of an evaluation of knowledge and attitudes about asthma among childcare providers. Dental Public Health Seminar Series: Oral Presentation, San Francisco, CA; April 5, 2005.

17.   Saville, S., Wetta-Hall, R., **MOLGAARD, C.,** Hawley, S. (2005). A cross-sectional study of an evaluation of knowledge and attitudes about asthma among childcare providers. National Oral Health Conference: Pre-session Oral Presentation, Pittsburgh, PA; May 1, 2005.

Craig A. Molgaard                                                                                    **17**

### GRANTS/CONTRACTS/AWARDS: (Principal Investigator)

| Years | Title | Source | Amount |
|-------|-------|--------|--------|
| 1985 | ALS and Heavy Metal Exposure | Faculty Research Award, College of Health and Human Services, San Diego State University | $1,000 |
| 1986 | Meritorious Performance and Professional Promise Award | San Diego State University | $2,500 |
| 1987 | Meritorious Performance and Professional Promise Award | San Diego State University | $2,500 |
| 1986-1987 | Occupational Risk Assessment for Adverse Reproductive Outcomes | March of Dimes Birth Defects Foundation, March of Dimes | $24,000 |
| 1988 | Microcomputer Station | Basic Science Research Grant, NIH | $950 |
| 1988 | Meritorious Performance and Professional Promise Award | San Diego State University | $2,500 |
| 1989 | Meritorious Performance and Professional Promise Award | San Diego State University | $2,500 |
| 1989 | San Pasqual Reproductive Epidemiology Survey | Environmental Protection Agency and State of California | $39,200 |
| 1990 | Meritorious Performance and Professional Promise Award | San Diego State University | $2,500 |
| 1990 | Microcomputer and Fax Station | Basic Science Research Grant, National Institute of Health | $8,000 |
| 1990 | AIDS Dementia | Research, Scholarship, and Creative Activity Award, California State University System | $5,000 |
| 1987-1990 | Seroprevalence of HTLV-I Among U.S. Marines Stationed in a Hyperendemic Area | Army Research and Development Command, U.S. Army | $48,000 |
| 1986-1990 | San Diego Epidemiology Project San Diego Total Resource Recovery Program | Environmental Protection Agency and State of California | $550,000 |
| 1991-1992 | HIV Seroconversion in the U.S. Navy | Naval Health Research Center, U.S. Navy | $15,000 |
| 1992 | The Epidemiology of Overuse Syndromes in the U.S. Navy | Naval Health Research Center, U.S. Navy | $3,900 |
| 1992-1993 | Comparison of Physical Therapy | Naval Health Research | $5,000 |

**Craig A. Molgaard**

| | | | |
|---|---|---|---|
| | Treatments of Iliotibian Brand Syndrome and Overuse Syndromes | Center, U.S. Navy | |
| 1992-1993 | Neural Shifts and the Epidemiology of Migraine | Glaxo, Inc. | $136,280 |
| 1993 | The Epidemiology of Tuberculosis | Research, Scholarship, and Creative Activity Award, California State University | $4,124 |
| 1993-1995 | California Chamorro Cohort Project | National Institute of Aging | $159,167 |
| 1993-1996 | Epidemiologic Surveillance of Lead Exposure in Children | State of California | $403,375 |
| 1995 | Evaluation and Management of Sexually Transmitted Diseases in Benin | Hansen International Institute San Diego State University | $2,000 |
| 1995-1997 | Lead Poisoning Prevention | Centers for Disease Control and Prevention | $355,000 |
| 1995-1997 | California Distance Learning Project | State of California | $772,944 |
| 1997-1998 | Quality Improvement Studies | Heartland Health, Inc. | $28,450 |
| 1998 | Medicaid Patient Access Survey | Heartland Health, Inc. | $22,712 |
| 1998 | Indigent Health Care Fellowship | McPherson County Area Health Council | $4,000 |
| 1998 | Davis Faculty Development Scholarship | Kansas Health Foundation | $3,000 |
| 1998-2004 | Master of Public Health Student Scholarships | Kansas Health Foundation | $5,000 |
| 1998 | Master of Public Health Degree Program | Kansas Health Foundation | $587,000 |
| 1998-2002 | Evaluation Component of the Behavioral Risk Date Project | Kansas Health Foundation | $42,000 |
| 1998-1999 | Epidemiology of Injury and Its Prevention in Wichita, Kansas | Safe Communities Coalition/ Department of Transportation | $36,240 |
| 1999 | Livable Communities GIS | ESRI | $7,000 |
| 2000 | Child Care Association Community Assessment | Child Care Association | $2,800 |
| 1999-2001 | Polypharmacy Among Veterans Administration Patients | Via Christi Research Institute | $100,000 |
| 1999-2008 | Kansas Public Health Leadership | Centers for Disease Control | $142,875 |

| 2003-2004 | WALD Center-Chautauqua Project | KDHE | $25,000 |
| 2002-2009 | Workforce and Leadership Development-WALD Center | St. Louis University/ Centers for Disease Control/HRSA | $225,000 |
| 2002-2007 | Kansas Public Health Leadership | Kansas Health Foundation | $490,000 |
| 2003-2008 | Kansas Bioterrorism Preparedness Training Evaluation | HRSA | $296,346 |
| 2005 | Informatics Assessment | Kansas Association of Local Health Departments (KALHD) | $18,000 |
| 2005 | Incident Command System Workshops | Kansas Association of Local Health Departments (KALHD) | $21,000 |
| 2005-2006 | Preparedness Evaluation Projects | Kansas Department of Health and Environment (KDHE) | $150,000 |

## GRANTS/CONTRACTS/AWARDS: (Co-Investigator)

| Years | Title | Source | Amount |
|---|---|---|---|
| 1981-1984 | Teratogenic Effects of Low Dose Maternal Radiation (L. Kurland, P.I.) Department of Medical Statistics and Epidemiology, Mayo Clinic | Environmental Protection Agency | $450,000 |
| 1981-1986 | Rochester Neuroepidemiology Program Project (L. Kurland, P.I.) Department of Medical Statistics and Epidemiology, Mayo Clinic | National Institute of Neurologic Communicative Disorder & Stroke | $700,000 |
| 1985-1990 | Health & Functional Dependency of the Minority Aged (P. Stanford, P.I.) University Center on Aging San Diego State University | National Institute of Aging and National Institute of Mental Health | $816,000 |
| 1986-1989 | Maternal Pesticide Exposure and Pregnancy Outcome (W. Willis, P.I.) Division of Maternal and Child Health Graduate School of Public Health San Diego State University | The Maternal & Child Health & Crippled Children Services Research Grant Program | $465,000 |
| 1987-1988 | A Bi-National Effort for Preventing Tobacco Use in Tijuiana Public Schools (John Elder, P.I.) Division of Health Promotion Graduate School of Public Health San Diego State University | Cowell Foundation | $7,490 |
| 1987-1992 | Project SHOUT-Student Helping Others to Understand Tobacco (John Elder, P.I.) Graduate School of Public Health | National Cancer Institute | $1,400,000 |

San Diego State University

| | | | |
|---|---|---|---|
| 1988-1993 | SANDIOC – San Diego and Imperial Counties Organization for Cancer Control (Sidney Salzstein, P.I.) Department of Pathology School of Medicine University of California, San Diego | California Health Foundation, State of California | $2,100,000 |
| 1989-1990 | Health Status/Lifestyles of Asians, Pacific Islanders, and American Indians (E. Percil Stanford, P.I.) University Center on Aging San Diego State University | American Association of Retired Persons, Andrus Foundation | $50,000 |
| 1990-1993 | Experimental Approach to Tobacco Control for High-Risk Teens (John Elder, P.I.) Graduate School of Public Health San Diego State University | University of California, Berkeley Tobacco Related Research Program | $654,152 |
| 1992 | Preliminary Assessment: Exposure to Electromagnetic Fields and Brain Tumors (Louise Hofherr, P.I.) Graduate School of Public Health San Diego State University | San Diego Gas and Electric | $46,112 |
| 1993-1996 | HIV/AIDS Among Native Americans (Jean Pickus, P.I.) Southern Indian Health Council | California Wellness Foundation | $380,000 |
| 1995-1996 | Latino Immunization Project (F. Scutchfield, P.I.) Graduate School of Public Health San Diego State University | California State Health Department | $1,500,000 |
| 1997-1998 | Healthcare Provider Assessment Survey (L.M. Frazier, P.I.) | Heartland Health, Inc. | $11,900 |
| 1997-1998 | Member Satisfaction Studies (D.D. Fredrickson, P.I.) | Heartland Health, Inc. | $32,460 |
| 1997-1999 | Sedgwick County Community Improvement Health Plan (S. Edwards Dismuke, P.I.) | Kansas Health Foundation | $300,000 |
| 1998-1999 | Turning Point Initiative (G. Mitchell, P.I.) | Robert Wood Johnson/ Kellogg Foundations | $600,000 |
| 1998-2001 | MPH Faculty Development Grant (J. Hagemaster, P.I.) | SAMHSA | $300,000 |
| 2000 | Environmental Health and Human Development: An Overview (L.M. Frazier, P.I.) | EPA | $100,000 |
| 2001 | Kansas Medicaid and SCHIP | Kansas Children's Service | $180,000 |

|           |                                                                                  |                                                                                                  |           |
|-----------|----------------------------------------------------------------------------------|--------------------------------------------------------------------------------------------------|-----------|
|           | Disenrollment Evaluation<br>(D.D. Fredrickson, P.I.)                             | League                                                                                           |           |
| 2003-2004 | Regional Public Health-Medicine<br>Educational Center<br>(L.M. Frazier, P.I.)   | Association of American<br>Medical Colleges and the<br>Centers for Disease Control<br>and Prevention | $49,999   |
| 2005-2008 | Columbia University Emergency<br>Preparedness (E. Ablah, P.I.)                   | HRSA                                                                                             | $419,580  |
| 2005-2007 | Best Immunization Practices<br>(A. Paschal, P.I.)                                | Kansas Association of Local<br>Health Departments                                                | $140,000  |

**COURSES TAUGHT:**[*]

| | |
|---|---|
| Behavioral & Social Science in Public Health | Doctoral Research in Epidemiology |
| Epidemiological Basis for Disease Control | Epidemiology of Chronic Diseases |
| Epidemiology Methods | Epidemiological Research |
| Field Placement in Epidemiology | Health of the Public |
| History and Theory of Epidemiology | International Health |
| Neuroepidemiology | Public Health Practice and the World Wide Web |
| Social and Behavioral Epidemiology | Thesis in Epidemiology |

[*]Teaching evaluations available upon request

**MEMBER, MASTERS THESIS AND DOCTORAL DISSERTATION COMMITTEES**

|     | Student                  | Title                                                                                                                                  | Year | Role          |
|-----|--------------------------|----------------------------------------------------------------------------------------------------------------------------------------|------|---------------|
| 1.  | Daniel Hopwood, B.S.     | Recall Bias Study in a Toxic Inhalation Event                                                                                           | 1984 | Second Member |
| 2.  | Agnes Bartok, B.S.       | Cerebrovascular Disease and Smoking: A Case-Control Study                                                                               | 1985 | Chair         |
| 3.  | Linda Cowley, B.S.       | Estimating the Need for Epidemiologists                                                                                                 | 1985 | Third Member  |
| 4.  | Louise Gresham, B.S.     | Amyotrophic Lateral Sclerosis and Occupational Heavy Metal Exposure: A Retrospective Case-Control Study                                 | 1985 | Chair         |
| 5.  | Kathryn Hallgren, B.S.   | The Use of Success or Failure in a Hospital Based Smoking Cessation Program as an Indicator of Future Services Utilization              | 1985 | Second Member |
| 6.  | Craig M. Bone, M.D.      | Hospitalization for Injury and Disease in the U.S. Navy: A Comparison of Nuclear and Conventionally Powered Surface Ships              | 1986 | Chair         |
| 7.  | Constance Chambers, B.S. | Anorexia Nervosa and Familial Conflict: A Case-Control Study                                                                            | 1986 | Chair         |
| 8.  | Jan Kelley, B.S.         | Pregnancy Risk Factors and Reproductive Outcomes Among Hispanic Women in the Comprehensive Perinatal Program                           | 1986 | Chair         |

| 9. | Laura Granger, B.S. | Physical Health and Social Support in Significant Others of Cystic Fibrosis Patients and a Comparison Group | 1986 | Second Member |
|---|---|---|---|---|
| 10. | Moshe Engelberg, Ph.D. | Procuring Incentives for Community Health Promotion Programs | 1986 | Second Member |
| 11. | L. Alicia Ryden, R.P.T., B.S. | The Epidemiology of Occupational Low Back Pain and Injury | 1986 | Chair |
| 12. | Gilberto Chavez, M.D. | Estimated Blood Lead Levels in the Mexican Descent Population of the U.S. Southwest, 1982-1983 | 1987 | Chair |
| 13. | Steven L. Shepherd, B.S. | Psychosocial Correlates of Functional Status in Adults with Cystic Fibrosis | 1987 | Second Member |
| 14. | Mina Lovrich, B.S. | The Relationship Between Fasting Plasma Glucose (FPG) and Immunoglobulin E in a Defined Population: A Cross-Sectional Study | 1987 | Chair |
| 15. | Shea O'Neil, B.S. | Epidemiology of Dog Bites in San Diego County | 1987 | Second Member |
| 16. | Erik H. Willis, B.S. | Corrective Lens Use and the Common Cold | 1987 | Second Member |
| 17. | Maria Columna, B.S. | Application of a Transtheoretical Model to Correlate Acquired Immunodeficiency Syndrome Attitudes and Knowledge Among Ethnic Groups | 1988 | Second Member |
| 18. | Robert Langer, M.D. | The Public Health Implications of M.D.Lipid and Antihypertensive Interventions for Persons with Moderate Cardiovascular Risk | 1988 | Chair |
| 19. | Sana Loue, M.D. | Alcohol, Cocaine and Marijuana Use as Risk Factors for the Development of HIV Seropositivity and Various Sequelae | 1988 | Chair |
| 20. | Chester Nakamura, M.D. | Prevalence of Alcohol Abuse Among the Aged | 1988 | Chair |
| 21. | Vivian Spry, Ph.D. | Recruiting Survey Respondents to Mailed Surveys: Controlled Trials of Incentive and Prompts | 1988 | Second Member |
| 22. | Elsa Villarino, M.D. | Analysis of the Prevalence at Birth of Neural Tube Defects in the State of California, 1978-1985 | 1988 | Chair |
| 23. | Kim Yeager, M.D. | The Primary Care Physician's Role in Health Promotion and Sports Medicine – An Evaluation of Medical Education and | 1988 | Second Member |

Health Services Provision

| | | | | |
|---|---|---|---|---|
| 24. | Moises Nagiel, M.D. | Determination of the Amount of Oral Rehydration Solution Given by Mothers in the Home Setting to Children with Diarrhea in Mexico | 1988 | Second Member |
| 25. | Alyce Joseph, B.S. | Assessing the Factors Involved in Child Abuse | 1988 | Third Member |
| 26. | Soora Wi, B.S. | Fluoride and Hip Fractures in California: An Ecological Analysis | 1989 | Chair |
| 27. | Richard Garfein, B.S. | Bone Density and Physical Exercise | 1989 | Chair |
| 28. | William Meir, B.S. | Caesarian Births and Sequela | 1989 | Chair |
| 29. | Carol Miller, B.S. | Parkinson's Disease and Smoking | 1989 | Chair |
| 30. | Anita Jones, B.A. | A Study of the Reliability and Validity of Two Stress Measures | 1989 | Second Member |
| 31. | Cheryl Brogan, B.A. | Family Influence on Preschool Children's Exercise Behavior | 1989 | Second Member |
| 32. | Christa Scheidt-Nave, M.D. | A Pilot Study of Community Cholesterol Screening | 1989 | Chair |
| 33. | Paula Eisenman, B.S. | The Epidemiology of Occupational Needle Stick Injuries and the Impact of Implementing a New Needle Disposal System | 1989 | Chair |
| 34. | Ted Grace, M.D. | Evaluation of Human Papilloma Virus Infections of the Cervix: A Decision Analysis Model of Alternative Strategies | 1989 | Chair |
| 35. | Lee Ann Daniels, B.S. | Rubella Vaccination Status and Attitudes Towards Vaccination Status | 1989 | Chair |
| 36. | Wendy Kaler, B.S. | Prevalence of Illness Among Infants and Toddlers Cared for in Day Care Centers, Family Day Care Homes, and at Home | 1989 | Chair |
| 37. | Piera M. Cirillo, B.S. | A Case-Control Study of Pancreatic Cancer in San Diego, California | 1989 | Chair |
| 38. | Bridget Larson, B.S. | Evaluation of a Worksite Health Promotion Program | 1989 | Second Member |
| 39. | Mary Garza-Astudillo, B.S. | Primary Care Preventive Services: Use of Hispanic and Diabetic Patients As Indices of Accurate Reporting | 1989 | Second Member |
| 40. | Christine Kozik, B.S. | The Relative Importance of Acute Non-A, Non-B Hepatitis in a San Diego Community | 1989 | Chair |
| 41. | Bill Bleicher, B.S. | Socioeconomic Status and Breast Cancer | 1990 | Chair |

Some Methodological Issues

| | | | | |
|---|---|---|---|---|
| 42. | Rafael Laborin-Laniado, M.D. | Tobacco Use Among Seventh Graders in Tijuana, Mexico | 1990 | Chair |
| 43. | Stefanie Norman, B.S. | The Predictive Value of Alterations of the Conjunctival Microcirculation for Non-Insulin Dependent Diabetes Mellitus | 1990 | Second Member |
| 44. | Deirdre Browner, B.S. | Behavioral Components of Cancer Etiology | 1990 | Chair |
| 45. | David Hewitt, M.D. | The Association of Race and Hypertension: A Cross-Sectional Study of Whites, Blacks, and Mexican-Americans in San Diego | 1991 | Chair |
| 46. | Monica Brown, B.S. | Head Injuries to School Children in San Diego County | 1991 | Second Member |
| 47. | Stuart Donaldson, B.S. | The Jolly-Fat Hypothesis: A Study of Obesity and Depression in a Defined Population | 1991 | Chair |
| 48. | Karen Freeman, B.S. | Is Male Baldness a Predictor of Coronary Heart Disease? | 1991 | Chair |
| 49. | Ellen Lefkowitz, B.S. | Geographic Distribution of Ovarian Cancer Mortality in the United States: A Hypothesis Regarding Differences in Sunlight | 1991 | Chair |
| 50. | Andrew Ries, M.D. | Outcome Measures in Pulmonary Rehabilitation: A Multivariate Logistic Regression Analysis | 1991 | Chair |
| 51. | Lisa Shames, B.S. | Risk Factors Associated with Haemophilus Influenza Type B Vaccine Failures: A Case Control Study | 1991 | Chair |
| 52. | Heather Feigelsen, Ph.D. | Diagnosing Peripheral Arterial Disease: The Sensitivity, Specificity and Predictive Value of Noninvasive Tests | 1991 | Chair |
| 53. | Brenda Robyn, B.S. | Tap Water Consumption and Birth Outcomes: A Case-Control Study | 1991 | Chair |
| 54. | Maria Stoecklin, B.S. | A Theoretical Model of Hispanic Adolescent Sexual Activity: An Exploration of the Role of Acculturation, Sexual Attitudes, and the Family | 1991 | Second Member |
| 55. | Shelly Rhodes, B.S. | Utilization of a Binding Protein to Determine the Concentration of Cystine in Urine | 1991 | Second Member |

| 56. | Karin Coyne, B.S. | The Role of Social Support and Self-Efficacy on Exercise Adherence in a Post-Cardiac Rehabilitation Population | 1991 | Second Member |
| 57. | Michael Hurst, B.S. | Lipoprotein (a) Levels in Post-Menopausal Women in Oral Premarin Therapy | 1992 | Chair |
| 58. | Joy Zakarian, B.S. | Determinants of Exercise in a High School Population: An Exploratory Analysis | 1992 | Second Member |
| 59. | Omar Shafey, B.S. | The Association Between Birth Interval and Nutritional Status Among Iraqi Infants and Children After the Gulf War | 1992 | Chair |
| 60. | Wesley Stowers, B.A. | The Wind Among the Reeds | 1992 | Third Reader |
| 61. | Tamara Clark, B.S. | Relation Between Leisure-Time, Physical Activity and Bone Mineral Density in an Older Population | 1992 | Chair |
| 62. | James Mudge, B.A. | Surfer's Ear | 1992 | Third Member |
| 63. | Bridget Riley, B.S. | Nutrition and Dementia in a Multi-Ethnic Elderly Population | 1992 | Second Reader |
| 64. | William Pierson, B.A. | Effects of Reagonomic National Health Care Budget Cuts on San Diego County Death Rates: 1974-1985 | 1992 | Third Reader |
| 65. | Bryan Jackson, M.A. | The Paleodemography of the Pag-Ko Indians of New Mexico | 1992 | Third Reader |
| 66. | Michael Bursaw, B.S. | The Epidemiology of Lapse of Consciousness Episodes Among San Diego County Residents | 1992 | Second Chair |
| 67. | Sidney Saltzstein, M.D. | Breast Carcinoma in Women in San Diego County: 1976 and 1980 vs. 1988 and 1989 | 1992 | Second Reader |
| 68. | Renee Matteucci, B.S. | Hispanic Pediatric Trauma Epidemiology: Incidence and Risk for San Diego County-1985 to 1990 | 1992 | Chair |
| 69. | Laurie Schaffroth, B.S. | Breast Cancer Histology and Race | 1992 | Chair |
| 70. | Jose Relayo, M.D. | Tuberculosis Prevalence in a Metropolitan Correctional Center | 1993 | Chair |
| 71. | Fernando Rubinstein, M.D. | Management of a Coronary Artery Disease: Gender Bias and Temporal Trends | 1993 | Chair |
| 72. | Vanessa Miguelino, B.S. | A Study of Cerebrovascular Disease and Cigarette Smoking in Women | 1993 | Chair |
| 73. | Michael Snedecor, M.D. | Validation of a Physical Activity Survey in a | 1993 | Second Member |

Population of Runners

| | | | | |
|---|---|---|---|---|
| 74. | Lisa Schamus, B.S. | Epidemiology of Appropriate Measles Vaccination of 2-Year-Old Children in Two San Diego Communites | 1993 | Second Member |
| 75. | Kamala Deosaransingh, B.S. | Alcohol Consumption Patterns and Their Association With Motor Vehicle Accidents in Native Americans | 1993 | Chair |
| 76. | Lynn Turner, B.S. | Epidemiology of Vascular Tone Disorders: Migraine Headache and Raynaud's Phenomenon | 1993 | Chair |
| 77. | Veronica Green, D.D.S. | Outcome from Surgery in the Hospitalized Old | 1993 | Chair |
| 78. | Patricia Silva, B.S. | A Stochastic Survival Model of Pediatric Near-Drowning | 1993 | Third Member |
| 79. | Katharine Schubert, B.A. | Variation in Age at Menarche in San Diego County: A Study in Reproductive Epidemiology | 1994 | Chair |
| 80. | Michelle De Guire, B.S. | Evaluation Research: Assessing the Effectiveness of the San Diego Options Program | 1994 | Third Member |
| 81. | Eugenia Bastos, B.S. | A Longitudinal Study of Blood Pressure Changes in Three Exercise Groups Using Repeated Measures Analysis Variance | 1994 | Chair |
| 82. | Anita Valabhji, B.S. | Epidemiology of Epilepsy in the Seychelles Islands | 1994 | Chair |
| 83. | Carol J. Horvath, B.A. | Relationship of Lung Function Measures to Asbestos and Tobacco Exposure in Shipyard Workers | 1994 | Chair |
| 84. | Robert Lowok Limlim, M.D. | A Multivariate Epidemiologic Analysis of Poisoning Among Teenagers and Young Adults | 1994 | Chair |
| 85. | David B. Scharf, B.S., M.D. | Multiple Medication and Nutritional Supplement Use in the Community-Residing Elderly | 1994 | Second Member |
| 86. | Aileen Murphy, B.S. | Air Pollution and Emergency Room Visits for Respiratory Illnesses in Montreal: A Daily Time Series Analysis | 1994 | Chair |
| 87. | Kathleen Carroll, B.S. | Otoacoustic Emission Testing in a Normal Neonatal Intensive Care Unit | 1994 | Third Reader |
| 88. | Patrick Olson, M.D. | Epizootiology of Borrelia Burgdorferi in Canines in San Diego County, California | 1994 | Second Reader |
| 89. | Temitayo Lagundaye, M.D. | A Comparative Study of Hypertension in an Urban and Rural Population in | 1994 | Chair |

Southwestern Nigeria

| | | | | |
|---|---|---|---|---|
| 90. | Sue Shallow, B.S. | Risk Factors for the Development of Vivax Malaria in a U.S. Marine Battalion in Somalia | 1995 | Chair |
| 91. | Richard Marks, B.A. | HIV Risk in Migrant Hispanic Farmworkers: Factors Associated with Condom Use with Prostitutes | 1995 | Chair |
| 92. | Henry Johnson, M.D. | Pedestrian Struck Trauma | 1995 | Chair |
| 93. | Ruth Bush, B.A. | Blister Incidence in Male Marine Corps Recruits | 1995 | Chair |
| 94. | Taherah Tabrizi, M.S. | Cancer in Scandinavian Immigrants in the US: 1973-1989 | 1995 | Chair |
| 95. | Cynthia Scofield, B.S. | Disseminated Mycobacterium Avium Complex in a Group of San Diego AIDS Patients: A Screening Procedure to Monitor Therapy | 1995 | Chair |
| 96. | Thomas Shanks, B.S. | Modeling Lung Cancer Risk with Smoking Variables By Multivariate Linear Regression and Cumulative Damage Models | 1995 | Second Reader |
| 97. | Armida Diaz, B.S. | The Relationship Between Stool Frequency and Quality of Life in Patients with Active Mild or Moderate Ulcerative Colitis | 1995 | Chair |
| 98. | David Timberlake, B.S. | Evaluation of Criteria for Classifying Diabetes in an African-American Population | 1995 | Chair |
| 99. | Jeffrey Alvarez, B.S. | Development of a Spanish Language Literacy Assessment Tool | 1995 | Second Reader |
| 100. | Eric Schultz, B.S. | A Statistical Method for Detecting Aberrations in San Diego Health Department Data | 1995 | Chair |
| 101. | Kim Kies, B.S. | Violence as a Public Health Issue: Breaking the Cycle of Violence | 1997 | Chair |
| 102. | Judy Neely, B.S. | Montgomery County Community Health Assessment | 1999 | Chair |
| 103. | Ho Hui-Ling, B.S. | Management of Employment During Pregnancy: A Survey of US Residency Directors | 1999 | Second Reader |
| 104. | Edwin Gabbidon, M.A. | Gang Violence in Wichita | 2000 | Chair |
| 105. | Margaret Kay Smith, B.S. | Corporate Response to Pregnancy-related | 2000 | Second Reader |

Work restrictions: A Pilot Survey

| 106. | Tammy Von Busch, D.V.M. | Gestational Age at Which Air Force Women Presented for an Occupational Safety Assessment During Pregnancy | 2000 | Second Reader |
|------|-------------------------|--------------------------------------------------------------------------------------------------------|------|---------------|
| 107. | Barbara Deenihan, B.S. | Menopausal Health Information in Popular Magazines: An Examination of Topic Frequencies and Readability Scores | 2001 | Second Reader |
| 108. | Lolem Ngong, B.S. | HIV/AIDS In Camaronian Youth | 2001 | Chair |
| 109. | J'Vonnah Griffith | Folic Acid Knowledge Among Health Care Providers in Sedgwick County, Kansas | 2001 | Chair |
| 110. | Maj. Angelique Likely | The effects of a four-month military deployment in the utilization of medical services by family members: a historical cohort control study | 2002 | Chair |
| 111. | Douglas Woolley, M.D. | Comparison of gait speed and hand dexterity speed as predictors of adverse events and increasing dependence in the aged | 2002 | Chair |
| 112. | Alexander Brzezny, M.D. | Community Obesity Initiative: Perceptions about Infant Feeding in One Northwest Community | 2003 | Second Reader |
| 113. | Miriam Ibrahim | Development of Domestic Violence Educational Materials in Spanish Language: Results of a Focus Group Study | 2003 | Second Reader |
| 114. | Jennifer Keller | Will Sedgwick County Health Department Self-Pay Clients Tolerate Increased Fees? Results of a Focus Group Study | 2003 | Second Reader |
| 115. | Mark Berry | Process of Health Communication in a Local Health Department | 2004 | Chair |
| 116. | Steve Werder, DO | Resources for Managing Substance Abuse in Crawford County, Kansas | 2004 | Second Reader |
| 117. | Elizabeth Ablah | Quantitative Evaluation of "Can It Happen in Kansas: Response to Terrorism and Emerging Infections" | 2004 | Chair |
| 118. | Claudia Carman | Family Presence in the Emergency Room or Trauma Suite: A Survey of Family Members' Opinions | 2004 | Chair |
| 119. | Srinivas Bapoje | Comparing the effect of a standardized weight loss program in a cohort of obese patients with and without type ii diabetes mellitus | 2005 | Third Reader |

| 120. | Merilee Zimbelman | Addressing Physical Inactivity among Developmentally Disabled Students through Visual Schedules and Social Stories | 2005 | Third Reader |

## PROFESSIONAL SOCIETIES AND HONORS:

Epidemiology Council, Association of Schools of Public Health, 1991-1996.

Editorial Board, Neuroepidemiology, 1992-1997.

Board of Directors, San Diego and Imperial Counties Organization for Cancer Control, 1987-1993.

American Public Health Association

Phi Beta Delta, Honor Society for International Scholars

Phi Beta Kappa

Epidemiology Section Program Committee, American Public Health Association Annual Meeting, 1988-1996.

Core Committee, American Board of Preventive Medicine, National Board of Medical Examiners, 1991-1992.

Moderator, EIS Western Regional Conference, 1993.

Association of Teachers of Preventive Medicine, 1998-present.

School Resource Officers Program, 1999-2000.

Samuel J. Crumbine Medal, Kansas Public Health Association, 2000.

Editorial Board, Headache, 2001-2002.


## INTERNATIONAL CONSULTING AND RESEARCH:

| | |
|---|---|
| Australia: | Department of Preventive Medicine, University of Western Australia, Perth, Australia. |
| Denmark: | Department of Neurology, University of Roskilde, Denmark. |
| Finland: | National Public Health Institute, Helsinki, Finland. |
| Great Britain: | Department of Neurology, University of London and Department of Community Medicine, Oxford University. |
| India: | Students Project for Amity Among Nations, Office of International Affairs, Iowa State, University and Hyderabad University, India. |
| Japan: | Balboa Naval Hospital, San Diego, California, and Headquarters, Third Marine Division, Okinawa, Japan. |
| Mexico: | Autonomous University of Baja California, Tijuana, Mexico, and Tijuana General Hospital, Tijuana, Mexico. |

# REFERENCES

Amandus (1987)    The Morbidity and Mortality of Vermiculite
Miners and Millers Exposed to Tremolite - Actinolite -
Exposure Estimates," Am J Ind Med 11:1-14.

Amandus and Wheeler (1987) Part II of The Morbidity and Mortality of
Vermiculite Miners and Millers Exposed to Tremolite - Actinolite - Exposure
Estimates," Am J Ind Med 11(1):15-26.

ATS (1991)    Lung Function Testing: Selection of Reference Values and
Interpretative Strategies, Am Rev Respir Dis 1991;
144:1202-1218

ATS (2004)    Diagnosis and Initial Management of Non-Malignant
Diseases Related to Asbestos Am J Respir Crit Care Med
170:691-715

ATS (2004)    Official Statement, Diagnosis and Initial Management of
Non-malignant Diseases Related to Asbestos, Am J Respir
Crit Care Med, vol. 170: 691-715 (2004).

ATSDR (Aug. 2002)    Review of Asbestos Related Abnormalities Among a
Group of Patients from Libby, Montana - A Pilot
Study of "Environmental Cases - Final Report."

ATSDR (2002)    Mortality in Libby, Montana 1979-1998, http://www.atsdr.
cdc.gov/asbestos/sites/libby_montana/mortality_review.html,
accessed August 17, 2007.

Jones (1989)    Progression of Asbestos Effects, Br J Ind Med 1989;
46:97-105

Kleinbaum, Kupper,
and Morganstern (1992) Epidemiologic Research, Wiley & Sons, 1982.

Kurland and Molgaard (1981)    "The Patient Record in Epidemiology," 245(4):
54-64.

Last (2001)  A Dictionary of Epidemiology, 4th Ed., Oxford University Press.

Markowitz (1997)   Clinical Predictors of Mortality from Asbestosis in the North American Insulator Cohort, 1981 to 1991, Am J Res Crit Care Med 1997, 156:101-108.

McDonald (1988)   Health of Vermiculite Miners Exposed to Trace Amount of Fibrous Tremolite Br J Ind Med 43:630-634.

McDonald (2004)   Mortality in a Cohort of Vermiculite Miners Exposed to Fibrous Amphibole in Libby, Montana.  J Occup Env Med 2004; 61:363-366.

Murphy (1971)   Effects of Low Concentrations of Asbestos, 1971; NE J Med 23:285;1271-1278

Murphy (1978)   Diagnosis of "Asbestosis" - Observations from a Longitudinal Survey of Shipyard Pipe Coverers, 1978; Am J Med 65:488-498

Ohlson (1985)   Ventilatory decrements in former asbestos cement workers: a four year follow up. Br J Ind Med, 1985; 42:612-616

Olsen and Basso (2001) Teaching Epidemiology (2nd Ed. 2001) Oxford University Press.

Peipins (2003)   Radiographic Abnormalities and Exposure to Asbestos-Contaminated Vermiculite in the Community of Libby, Montana, USA, Env Health Persp, 2003; 111:14, pp.1753-59.

Rom (1992) Accelerated Loss of Lung Function and Alveolitis in a Longitudinal Study of Non-Smoking Individuals with Occupational Exposure to Asbestos, 1992 Am J Ind Med 21:835-844.

Sebastian (1988)   Estimation of Amphibole Exposure From Asbestos Body and Macrophage Counts in Sputam: A Survey in Vermiculite Miners, Ann Occup Hyg 32:195-201.

Selikoff and Seidman (1992)    Use of Death Certificates in Epidemiological Studies, Including Occupational Hazards: Variations in Discordance of Different Asbestos-Associated Diseases on Best Evidence Ascertainment, 1992; Am J Ind Med 22:482-492.

Siracusa (1984)    Lung Function Among Asbestos Cement Factory Workers: Cross-Sectional and Longitudinal Study, 1984; Am J Ind Med 5:315-325.

Sullivan (2007)    Vermiculite, Respiratory Disease and Asbestos Exposure in Libby, Montana. Update of a Cohort Mortality Study, National Institute of Environ Health Sciences.  Environ Health Persp 2007, 115(4):579-85.

Whitehouse (2004)    Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana, Am J Ind Med (2004) 46:219-225.

Whitehouse (2008)    Environmental Exposure to Libby Asbestos and Mesotheliomas, Am J Ind Med. 2008, 51(11):877-80.

## List of cases previously testified in

1.  Belk
v.
Metabolife International

2.  Sayonara Bhattacharya, et al.
v.
Twin Laboratories, et al.

3.  Bloom
v.
Metabolife

4.  Barbara J. Bradley, et al.
v.
Metabolife International

5.  Cooper
v.
Kunish, et al.

6.  Sherri Cox, as Administrator of the Estate of Linda S. Beckman, Deceased v.
Metabolife International

7.  Ana R. Crucet
v.
Metabolife International

8.  Daigle
v.
AdvoCare International, et al.

9.  Shirley Franks
v.
Metabolife

10.  Frost
v.
Perrigo Company

11.  Lisa Garcia, et al.
v.
Metabolife International, et al.

12.  Brenda Giffith
v.
TrimSpa Corporation, et. al.

List of cases previously testified in

13. Charles Griffith
v.
TrimSpa Corporation, et al.

14. Hendriksen
v.
Metabolife

15. Wilmer Green Hudson
v.
Metabolife

16. Cynthia A. Johnson, et al.
v.
Metabolife International

17. Tina Johnson
v.
Metabolife International

18. Sharon Jones
v.
Wal-Mart Stores, et al.

19. Shirley Kemp, et al.
v.
Metabolife International

20. Lisa Kennedy, et al.
v.
H.E. Butt Grocery Co, et al.

21. Charlene Lattino, et al.
v.
Metabolife International, et al.

22. John A. Lesemann, et al.
v.
General Nutrition Companies, et al.

23. Paul Lewis
v.
Metabolife International

24. Livsey
v.
Metabolife

25. Lowe

List of cases previously testified in

v.
Metabolife International


26.  Michael MacDonald, et al
v.
Twin Laboratories, Inc., et al


27.  Billie Ann Martin, Individually and as Executrix of the Estate of
Pamela Faye Williams, et al.
v.
Gold Star Nutrition, et al.


28.  Howard McDaniel, et al.
v.
AdvoCare International, et al.


29.  Annie McClain
v.
Metabolife


30.  Metabolife International
v.
Susan Wornick, et al.


31.  Luis Enrique Moya
v.
Metabolife International


32.  Neumann
v.
Herbalife


33.  Darrell Petty, et al.
v.
Metabolife International, et al.
v.
Wal-Mart Stores Texas, LP


34.  Rachelle Lucca Potter
v.
Metabolife International


35.  Ramie Alonzo Rodriguez
v.
Twin Laboratories, Inc. and General Nutrition Company, Inc.


36.  Sanchez
v.
Metabolife


37.  Sapp

# List of cases previously testified in

v.
Natural Balance

38. Scurlock
v.
Twin Laboratories

39. Travis Stephens, et al.
v.
Twin Laboratories, Inc., et al.

40. Stumpe
v.
Metabolife

41. Stephanie Turner
v.
Rexall Sundown, Inc.

42. Patricia Diane Tynes, et al.
v.
Advocare International, et al.

43. Wachovia Bank, et al.
v.
Rella Bourn, et al.

44. Wachovia Bank, et al.
v.
Changes International, et al.

45. Robin White, et al.
v.
Metabolife International