# CDs ATTACHED TO WHITEHOUSE AND SPEAR REPORTS

| CD Title | Delivered to Plan Proponents |
|---|---|
| Asbestos Common Exhibits (Spear) | 12/29/08 |
| Libby Studies as of 12/08 | 12/29/08<br>3/11/09 |
| Trial transcripts & Lovick depos (Spear) | 12/29/08 |
| Whitehouse references 12/08 | 12/29/08 |
| Whitehouse Progression films Exh. 6 12/08 | 12/29/08 |
| CARD PFT comparison Exh. 23 12/08 | 12/29/08 |
| Mortality study death certificates 85 Exh. 7 12/08[1] | 12/29/08 |
| Mortality study spreadsheets Exh. 7 12/08 | 12/29/08<br>3/14/09<br>5/20/09 |
| Libby Mesos Exh. 9 12/08 | 12/29/08 |
| Weill Comparison Exh. 19 12/08 | 12/29/08 |
| Mortality study med records 116, Exh. 7 12/08[2] | 12/29/08<br>5/20/09 |
| Photos of pleural plaques item 3/13/09 | 5/7/09 |
| (Exh. 5 Dead in) 123 patients in Whitehouse (2004) [medical records][3] | 12/29/08<br>5/7/09 |
| Whitehouse CT & CHX readings 24 clients 3/14/09 | 3/14/09 |
| Plaques to Interstitial Disease [AD and LB] 3/12/09 | 5/7/09 |

---

[1]Strike "Exh 5 Dead in." This was a labeling error.

[2]Since 12/29/08, six ARD deaths have been eliminated: 3 pancreatic cancers and 3 non-malignant ARD (Paul Collier, DBC, Delores Keller). (DBH, Eddie Eggers and Miles Rightmire).

[3]Attached is a statement of location of attachments for death certificates.

## CD TITLED "MORTALITY STUDY DEATH CERTIFICATES 85 EXH. 7 12/08"

85    Death certificates on clients. (Bruce Baker had two death certificates so client total is 84.)

84    Clients with death certificates

32    Non-clients. See the list at Exh. 7: "116 mortality list" with non-client "patient number" 116," there are 33 numbers, there is no #5, netting 32 non-clients.

---

116   Total ARD deaths in the study as of 12/29/08
 (3)  Pancreatic cancers (DBH, Eddie Eggers, Miles Rightmire)
 (3)  Reevaluated as not ARD deaths pending further information (Paul Collier, DBC, Delores Keller). See spreadsheet "CARD Mortality Study, Non-Malignant ARD Deaths Primary/Contributing Causes."

---

110   Deaths per totals as of May 2009

32    Non-clients above
24    Have death certificates melded into medical records on CD "Mortality Study Medical Records 116, Exh. 7, 12/08."
 8    Have death certificates placed at the end of CD "Mortality Study Medical Records 116, Exh. 7, 5/09."

| # | Last Name | First Name | NUMBER ON CD | Age Death | Birth Date | Death Date | Dx Date | Law Firm | Exp | Per DC | Per BE | County of Death | Residence at Death | DC signed by: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ACL | ACL | | 75 | 9/20/1928 | 5/12/2004 | | none | C or FM | Yes | Yes | Lincoln | Libby MT | Brownlee |
| 2 | Adkins | Dean V | | 68 | 7/13/1937 | 2/1/2005 | 8/24/2000 | MHSM | FM | Yes | Yes | Lincoln | Libby MT | Cuskelly |
| 3 | Alsbury | Fredrick G | | 77 | 9/21/1931 | 5/28/2008 | 6/26/1997 | LSK | W | Yes | Yes | Lincoln | Libby MT | Gunther |
| 4 | Badgley | William J | | 83 | 3/6/1918 | 9/25/2001 | 1/1/1996 | MHSM | W | Yes | Yes | Hill | Havre MT | Kelley |
| 5 | Baenen | K. Ruth | | 86 | 3/16/1920 | 12/8/2006 | 2/15/2000 | MHSM | FM | Yes | Yes | Lincoln | Libby MT | Cuskelly |
| 6 | Baenen | Louis J | | 78 | 3/18/1921 | 9/27/1999 | 7/22/1998 | MHSM | W | No | Yes | Lincoln | Libby MT | Cuskelly |
| 7 | Baker | Mildred M | | 80 | 5/20/1928 | 7/9/2008 | 1/1/1995 | MHSM | FM | Yes | Yes | Lincoln | Libby MT | Cuskelly |
| 8 | Baker | Percy H | | 91 | 4/26/1914 | 7/19/2005 | | LSK | C | Yes | Yes | Lincoln | Libby MT | Rice |
| 9 | Baker | Bruce C | | 64 | 1/26/1938 | 2/4/2002 | 3/21/2000 | MHSM | W | Yes | Yes | Yakima WA | Yakima WA | Menashe |
| 10 | Basham | John S | | 61 | 7/30/1941 | 1/1/2003 | 1/11/2001 | MHSM | FM | Yes | Yes | Lincoln | Libby MT | Nicoletto |
| 11 | BBH | BBH | | 81 | 1/22/1923 | 10/11/2004 | | none | C or FM | Yes | Yes | Lincoln | Libby MT | Kitts |
| 12 | Bennett | Lois A | | 71 | 11/2/1936 | 3/15/2007 | 10/14/1998 | MHSM | FM | Yes | Yes | Benton WA | Dayton WA | Cole |
| 13 | Bennett | Monte G | | 51 | 2/17/1953 | 7/11/2004 | | LSK | W | Yes | Yes | Kootenai ID | Coeur | Kindler |
| 14 | BGM | BGM | | 77 | 11/7/1926 | 11/3/2003 | | none | C or FM | Yes | Yes | Lincoln | Libby MT | Maloney |
| 15 | BJH | BJH | | 65 | 7/16/1942 | 9/21/2007 | | none | C or FM | No | Yes | Lincoln | Troy MT | Boyd |
| 16 | Brothers | Lester D | | 69 | 6/21/1936 | 3/16/2006 | 9/27/2004 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Cuskelly |
| 17 | Burton | Sharon C | | 64 | 7/2/1943 | 2/7/2007 | 7/10/2001 | MHSM | FM | No | Yes | Flathead | Kalispell MT | Stahlberg (c) |
| 18 | Carr | William B | | 69 | 7/13/1932 | 10/10/2001 | 1/1/1999 | MHSM | Sub | No | Yes | Spokane WA | Spokane WA | Laugen |
| 19 | Challinor | James P | | 69 | 10/1/1934 | 8/24/2003 | 5/9/2001 | MHSM | Sub | Yes | Yes | Lincoln | Libby MT | Rice |
| 20 | Cole | Francis E | | 78 | 9/15/1923 | 4/14/2001 | | LSK | C | Yes | Yes | Lincoln | Libby MT | Brownlee |
| 21 | Cole | Myra E | | 81 | 4/5/1926 | 10/11/2007 | | LSK | C | Yes | Yes | Lincoln | Libby MT | Cuskelly |
| 22 | Collier | JoAnn J | | 71 | 6/25/1934 | 12/28/2005 | 11/25/2003 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Gunther |
| 23 | Collier | Paul D | | 69 | 9/22/1935 | 3/2/2004 | 10/30/2000 | MHSM | C | No | Yes | Imperial CA | Tucson AZ | Williams (c) |
| 24 | Collinson | Charles H | | 87 | 12/25/1915 | 8/17/2002 | 8/25/2000 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Gunther |
| 25 | Conn | Cornelia | | 95 | 11/20/1908 | 8/19/2003 | 10/8/2001 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Rice |
| 26 | Crill, Jr | Harold C | | 71 | 9/14/1932 | 6/17/2003 | | LSK | C | Yes | Yes | Lincoln | Libby MT | Black |
| 27 | DAA | DAA | | 76 | 10/4/1930 | 7/8/2006 | | none | C or FM | Yes | Yes | Lincoln | Libby MT | Gunther |
| 28 | Davidson | Richard G | | 66 | 4/9/1934 | 12/21/2000 | 9/21/1998 | MHSM | W | No | Yes | Spokane WA | Libby MT | Garman |
| 29 | Davidson | James E | | 71 | 12/31/1934 | 7/7/2006 | | LSK | W | Yes | Yes | Lincoln | Libby MT | Cuskelly |
| 30 | DBC | DBC | | 83 | 8/25/1921 | 11/7/2004 | | none | C or FM | No | Yes | Lincoln | Libby MT | Brownlee |
| 31 | DBH | DBH | | 89 | 10/14/1918 | 12/22/2007 | | none | C or FM | Yes | Yes | Lincoln | Libby MT | Knecht |
| 32 | Denning | Jody R | | 52 | 11/20/1952 | 6/8/2004 | 7/22/1998 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Gunther |
| 33 | DeShazer | Jack O | | 81 | 5/26/1921 | 8/3/2002 | 7/7/1997 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Gunther |
| 34 | DeShazer | Margaret E | | 81 | 2/9/1923 | 5/23/2004 | 7/7/1997 | MHSM | FM | Yes | Yes | Lincoln | Libby MT | Gunther |
| 35 | DeShazer | Gerald O | | 66 | 1/30/1941 | 1/29/2007 | 8/29/2001 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Rice |
| 36 | DeShazer | Donald L | | 71 | 11/15/1930 | 10/3/2001 | 7/13/1989 | MHSM | W | No | Yes | Cowlitz WA | Kalama WA | Moon |
| 37 | Dickerman | Alfred M | | 83 | 11/6/1920 | 9/9/2003 | 4/13/2000 | MHSM | W | Yes | Yes | Spokane WA | Troy MT | Masumoto |
| 38 | DIK | DIK | | 90 | 3/1/1916 | 10/22/2006 | | none | C or FM | No | Yes | Lincoln | Libby MT | Rice |
| 39 | Doubek | Ronald D | | 70 | 4/4/1935 | 10/21/2005 | | LSK | W | Yes | Yes | Lincoln | Libby MT | Cuskelly |
| 40 | DRH | DRH | | 40 | 8/8/1968 | 2/21/2008 | | none | C or FM | No | Yes | Lincoln | Libby MT | Schnack (c) |
| 41 | Eggers | Eddie E | | 57 | 2/20/1949 | 8/26/2006 | 1/5/1999 | MHSM | W | Yes | Yes | Mineral | Superior MT | Beatty |
| 42 | EIDM | EIDM | | 84 | 3/18/1922 | 4/25/2006 | | none | C or FM | Yes | Yes | Lincoln | Troy MT | Boyd |
| 43 | EJM | EJM | | 81 | 1/3/1921 | 8/16/2002 | | none | C or FM | No | Yes | Lincoln | Libby MT | Tai |

5/13/09