| # | Last Name | First Name | Age | Birth Date | Death Date | Dx Date | Law | Exp | Per | Per | County of | Residence at | DC signed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | Erickson | Rodney A | 75 | 4/26/1929 | 7/26/2004 | 5/24/1960 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Cuskelly |
| 45 | Fehrs | Leland J | 72 | 1/17/1931 | 3/18/2003 |  | LSK | C | Yes | Yes | Lincoln | Libby MT | Cuskelly |
| 46 | FFC | FFC | 82 | 12/29/1921 | 3/1/2003 |  | none | C or FM | Yes | Yes | Lincoln | Libby MT | Schnack (c) |
| 47 | Fletcher | Roy L | 49 | 4/11/1958 | 12/29/2007 |  | LSK | C | No | Yes | Flathead | Libby MT | Born |
| 48 | Fuller | Robert K | 75 | 11/22/1930 | 10/1/2005 | 5/27/1999 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Rice |
| 49 | FWP | FWP | 85 | 8/17/1919 | 10/1/2004 |  | none | C or FM | No | Yes | Lincoln | Libby MT | Nicoletto |
| 50 | Garrison | Daniel | 69 | 8/6/1931 | 8/7/2000 | 7/29/1998 | LSK | W | Yes | Yes | Lincoln | Troy MT | Tai |
| 51 | Gaston | Edward A | 76 | 9/11/1927 | 7/8/2003 | 7/15/1998 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Gunther |
| 52 | Gerard | Carol A | 56 | 1/7/1947 | 5/23/2003 | 9/12/2000 | MHSM | C | Yes | Yes | Salt Lake UT | West Valley | Harris |
| 53 | GMJ | GMJ | 66 | 6/23/1940 | 11/25/2006 |  | none | C or FM | No | Yes | Lincoln | Libby MT | Rice |
| 54 | Haack | Clarice L | 83 | 10/24/1918 | 6/26/2001 | 4/19/2001 | MHSM | FM | Yes | Yes | Spokane WA | Spokane WA | Whitehouse |
| 55 | Hagerty | William J | 96 | 7/9/1909 | 6/26/2005 | 2/16/1999 | MHSM | W | No | Yes | Lincoln | Libby MT | Gunther |
| 56 | Hammer | Peter W | 82 | 10/22/1922 | 7/26/2004 | 4/25/2001 | MHSM | C | Yes | Yes | Spokane WA | Spokane WA | Whitehouse |
| 57 | Hill | Dayton W | 81 | 5/8/1925 | 11/1/2006 | 10/5/2000 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Gunther |
| 58 | HLC | HLC | 73 | 4/14/1933 | 6/22/2006 |  | none | C or FM | No | Yes | Lincoln | Troy MT | Rice |
| 59 | HPT | HPT | 89 | 9/7/1917 | 10/30/2006 |  | none | C or FM | No | Yes | Lincoln | Libby MT | Gunther |
| 60 | HS | HS | 70 | 11/24/1936 | 9/17/2007 |  | none | C or FM | Yes | Yes | Lincoln | Libby MT | Rice |
| 61 | Hutton | Kenneth E | 68 | 11/5/1939 | 11/12/2007 | 12/6/1995 | MHSM | W | No | Yes | Lincoln | Libby MT | Schnack (c) |
| 62 | Johnson | Donald A | 65 | 1/5/1933 | 7/30/1998 | 11/9/1981 | MHSM | W | Yes | Yes | Spokane WA | Libby MT | Whitehouse |
| 63 | Jones | Donald E | 67 | 5/13/1940 | 5/5/2007 | 11/27/2002 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Mahoney |
| 64 | JPH | JPH | 83 | 2/18/1921 | 1/15/2005 |  | none | C or FM | Yes | Yes | Lincoln | Libby MT | Black |
| 65 | Kaeding | Donald M | 80 | 9/16/1922 | 1/30/2002 | 5/2/1996 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Rice |
| 66 | Keller | Deloris M | 76 | 8/24/1930 | 2/10/2006 | 10/19/2000 | MHSM | FM | Yes | Yes | Lincoln | Eureka MT | Stein |
| 67 | Kelly | Patricia A | 58 | 10/10/1944 | 9/28/2003 | 3/9/1999 | MHSM | FM | Yes | Yes | Lake | St. Regis MT | Phinney |
| 68 | Kenelty | Marylin J | 82 | 5/19/1925 | 5/29/2007 | 6/2/2004 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Cuskelly |
| 69 | KNB | KNB | 71 | 10/9/1931 | 3/29/2002 |  | none | C or FM | No | Yes | Lincoln | Libby MT | Cuskelly |
| 70 | Kujawa | Gynell D | 79 | 9/17/1926 | 11/11/2005 | 1/9/2002 | MHSM | C | No | Yes | Lincoln | Libby MT | Peters |
| 71 | Kvapil | Steven D | 63 | 8/8/1938 | 7/11/2002 |  | LSK | C | Yes | Yes | Spokane WA | Libby MT | Benson |
| 72 | LIP | LIP | 86 | 3/19/1922 | 1/21/2008 |  | none | C or FM | No | Yes | Lincoln | Libby MT | Gunther |
| 73 | LMM | LMM | 82 | 4/21/1921 | 2/5/2004 |  | none | C or FM | Yes | Yes | Lincoln | Libby MT | Peters |
| 74 | Lundstrom | Carl M | 79 | 9/10/1927 | 11/22/2006 | 7/26/2001 | MHSM | C | No | Yes | Lincoln | Libby MT | Phelps |
| 75 | Lyle | John B | 60 | 3/13/1940 | 1/16/2001 | 12/6/1993 | MHSM | W | Yes | Yes | Lincoln | Troy MT | Schnack (c) |
| 76 | McGill | Blanche W | 93 | 8/15/1912 | 6/26/2005 | 6/12/2001 | MHSM | FM | Yes | Yes | Fergus | Lewistown | McMahon |
| 77 | McNair | Lavina L | 86 | 3/7/1920 | 4/29/2006 | 1/31/1992 | MHSM | FM | No | Yes | Lincoln | Libby MT | Gunther |
| 78 | MED | MED | 77 | 12/13/1928 | 3/3/2006 |  | none | C or FM | Yes | Yes | Flathead | Libby MT | Pistorese |
| 79 | MMH | MMH | 92 | 1/13/1911 | 6/14/2003 |  | none | C or FM | No | Yes | Lincoln | Libby MT | Tai |
| 80 | Murray | Thomas F | 84 | 7/29/1916 | 6/8/2000 | 3/1/1997 | MHSM | W | Yes | Yes | Missoula | Missoula MT | Bekemeyer |
| 81 | Nelson | Robert D | 70 | 4/6/1935 | 6/9/2005 | 7/16/1998 | MHSM | W | Yes | Yes | Riverside CA | Salome AZ | Sandoval (c) |
| 82 | Nicholls | Alvin R | 81 | 4/7/1926 | 10/31/2007 | 7/8/2002 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Gardner |
| 83 | Noble | William I | 70 | 10/9/1938 | 1/2/2008 | 7/7/1998 | MHSM | W | Yes | Yes | Lincoln | Troy MT | Rice |
| 84 | OCR | OCR | 77 | 11/30/1927 | 3/30/2004 |  | none | C or FM | Yes | Yes | Lincoln | Libby MT | Gunther |
| 85 | Oikle | Edna L | 78 | 12/17/1926 | 11/30/2004 | 3/21/2000 | MHSM | FM | Yes | Yes | King WA | Kirkland WA | Eulberg |
| 86 | Oikle | Gerald S | 79 | 6/29/1925 | 6/14/2002 | 9/8/1989 | MHSM | W | No | Yes | King WA | Kirkland WA | Kim |
| 87 | Olson | James L | 67 | 4/25/1935 | 7/17/2002 | 6/23/1998 | MHSM | FM | Yes | Yes | Lincoln | Libby MT | Tai |
| 88 | Orr | Charlotte E | 87 | 9/10/1919 | 11/12/2006 |  | LSK | FM | No | Yes | Lincoln | Libby MT | Peters |

| # | Last Name | First Name | Age | Birth Date | Death Date | Dx Date | Law | Exp | Per | Per | County of | Residence at | DC signed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | PAM | PAM | 75 | 7/19/1942 | 8/30/2007 | | none | C or FM | Yes | Yes | Lincoln | Libby MT | Knecht |
| 90 | Petrusha | Lorainne E | 80 | 7/23/1925 | 2/11/2005 | 7/17/2001 | MHSM | FM | No | Yes | Flathead | Libby MT | Browder (c) |
| 91 | Racicot | James V | 71 | 3/4/1935 | 12/30/2006 | | LSK | FM | Yes | Yes | Flathead | Libby MT | Welch |
| 92 | RHF | RHF | 82 | 6/20/1926 | 1/26/2008 | | none | W | No | Yes | Lincoln | Libby MT | Schnack (c) |
| 93 | RHK | RHK | 73 | 12/24/1930 | 1/30/2003 | | none | C or FM | No | Yes | Lincoln | Libby MT | Schnack (c) |
| 94 | Rightmire | Miles H | 79 | 10/4/1920 | 9/2/2000 | 7/30/1998 | MHSM | W | Yes | Yes | Flathead | Columbia | Mary Anne |
| 95 | Riley | Darlene J | 54 | 11/9/1944 | 12/4/1998 | 4/15/1996 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Johnson |
| 96 | Riley | Donald A | 58 | 5/16/1939 | 2/26/1997 | 8/31/1981 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Phelps |
| 97 | RLL | RLL | 89 | 3/23/1917 | 6/3/2006 | | none | C or FM | No | Yes | Lincoln | Libby MT | Cuskelly |
| 98 | RRP | RRP | 70 | 1/14/1936 | 2/24/2006 | | none | W | Yes | Yes | Lincoln | Libby MT | Rice |
| 99 | RWF | RWF | 86 | 8/28/1919 | 4/27/2007 | | none | C or FM | Yes | Yes | Lincoln | Libby MT | Rice |
| 100 | Sagen | Kenneth D | 68 | 5/15/1935 | 8/24/2003 | 6/26/2002 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Phelps |
| 101 | Shea | Lois M | 78 | 5/12/1930 | 4/16/2008 | 4/2/2001 | MHSM | C | No | Yes | Lincoln | Libby MT | Gunther |
| 102 | Shockley, Sr | Frank E | 66 | 4/14/1939 | 2/6/2005 | | LSK | C | Yes | Yes | Bonner ID | Sagle ID | Cope |
| 103 | Skramstad | Lester L | 70 | 6/6/1936 | 1/21/2007 | 11/13/1995 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Black |
| 104 | Smith | Rodney R | 54 | 7/15/1948 | 6/27/2003 | | LSK | C | Yes | Yes | Lincoln | Libby MT | Phelps |
| 105 | Spady | Raymond | 74 | 1/12/1929 | 5/14/2003 | 6/28/2002 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Gunther |
| 106 | Spencer | Forrest F | 85 | 5/13/1923 | 6/29/2008 | 1/1/1999 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Gardner |
| 107 | Stacy | Beryl E | 67 | 1/20/1936 | 11/11/2003 | 8/21/2001 | MHSM | FM | No | Yes | Flathead | Rexford MT | Pistorese |
| 108 | Stanley | Robert W | 81 | 11/22/1922 | 8/9/2003 | 8/1/2002 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Rice |
| 109 | Stapley | Kenneth L | 82 | 8/9/1925 | 10/6/2007 | 8/20/2001 | MHSM | C | Yes | Yes | Lincoln | Libby MT | Rice |
| 110 | Thomspon | Harrison E | 87 | 8/24/1919 | 11/23/2006 | | LSK | C | Yes | Yes | Lincoln | Libby MT | Black |
| 111 | Urdahl | John M | 71 | 5/26/1936 | 9/17/2007 | 5/28/1999 | MHSM | FM | Yes | Yes | Lincoln | Libby MT | Cuskelly |
| 112 | VFC | VFC | 68 | 7/25/1938 | 7/22/2007 | | none | C or FM | Yes | Yes | Flathead | Troy MT | Boehme |
| 113 | Vinson | Verle R | 81 | 1/31/1925 | 12/3/2006 | 1/10/1997 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Rice |
| 114 | WFW | WFW | 91 | 5/5/1916 | 10/3/2007 | | none | W | Yes | Yes | Lincoln | Libby MT | Mahoney |
| 115 | Wilkins | Robert E | 75 | 1/22/1927 | 11/10/2002 | 7/23/1998 | LSK | W | Yes | Yes | Spokane WA | Libby MT | Hollenbaugh |
| 116 | Wright | Andrew J | 79 | 5/31/1922 | 5/13/2001 | 5/1/1996 | MHSM | W | Yes | Yes | Lincoln | Libby MT | Phelps |

5/13/09