## LIBBY STUDIES

| AUTHOR/ EDITOR | PUB DATE | TITLE OF ARTICLE/TEXT |
|---|---|---|
| Addison | 1995 | Vermiculite: A Review of the Mineralogy and Health Effects of Vermiculite Exploitation, Regulatory Toxicology and Pharmacology 21, 397-405 (1995) |
| Amandus | 1986 | The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite, NIOSH Final Report 3/17/86 |
| Amandus | 1987 | Prevalence of Radiographic Small Opacities in Vermiculite Miners, Am J Ind Med 12:227-228 (1987) |
| Amandus I | 1987 | The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite - Exposure Estimates, Am J Ind Med 11:1-14 (1987) |
| Amandus II | 1987 | The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite: Mortality, Am J Ind Med 11:15-26 (1987) |
| Amandus III | 1987 | The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite: Radiographic Findings, Am J Ind Med 11:27-37 (1987) |
| Amandus | 1988 | Mortality of Vermiculite Miners Exposed to Tremolite, Ann Occup Hyg, 32:459-467 (1988) |
| Anderson | 2005 | Exposure pathway evaluations for sites that processed asbestos-contaminated vermiculite, Int J Hyg Environ-Health 208:55-65 (2005) |
| Armstrong | 1988 | Radiological Changes in Vermiculite Workers Exposed to Tremolite, Ann Occup Hyg, 32:469-474 (1988) |
| Atkinson | 1982 | Interim Final Report: Exposure Assessment for Asbestos Contaminated Vermiculite, EPA (1982) |
| ATSDR | 2000 | Libby Asbestos Site, Libby, Lincoln County, Montana, DHHS 5/22/00 |
| ATSDR | 2001 | Draft - Chemical-Specific Health Consultation: Tremolite-Related Asbestos, ATSDR (2001) |
| ATSDR | 2001 | Libby Medical Testing Interim Report - Preliminary Findings of Medical Testing of Individuals Potentially Exposed to Asbestoform Minerals Associated with Vermiculite in Libby, MT: An Interim Report for Community Health Planning, ATSDR (2001) |

| AUTHOR/ EDITOR | PUB DATE | TITLE OF ARTICLE/TEXT |
|---|---|---|
| ATSDR | 2001 | Year 2000 Medical Testing of Individuals Potentially Exposed to Asbestoform Minerals Associated with Vermiculite in Libby, MT, ATSDR (2001) |
| ATSDR | 2002 | Preliminary Findings of Libby, Montana, Computed Tomography Study, ATSDR (2002) |
| ATSDR | 2002 | Final Report: Review of Asbestos-Related Abnormalities Among a Group of Patients from Libby, Montana, ATSDR (2002) |
| ATSDR | 2002 | Preliminary "Findings of Libby, Montana, Asbestos Medical Testing (combined testing, 2000 and 2001) (ATSDR (2002) |
| ATSDR | 2002 | Mortality in Libby, Montana, 1979 to 1998, ATSDR (2002) |
| ATSDR | 2003 | Public Health Assessment - Libby Asbestos NPL Site, ATSDR (2003) |
| ATSDR | 2003 | Public Health Assessment - Libby Asbestos Site, Libby, Lincoln County, Montana, ATSDR (2003) |
| Bandli | 2006 | A Review of Scientific Literature Examining the Mining History, Geology, Mineralogy, and Amphibole Asbestos Health Effects of the Rainy Creek Igneous Complex, Libby, Montana, USA |
| Blake | 2007 | Internalization of Libby Amphibole Asbestos and Induction of Oxidative Stress in Murine Macrophages |
| EPA | 1980 | Priority Review Level 1 - Asbestos-Contaminated Vermiculite, EPA (1980) |
| EPA (Atkinson) | 1982 | Collection, Analysis and Characterization of Vermiculite Samples for Fiber Content and Asbestos Contamination, EPA (1982) |
| EPA (Dixon) | 1985 | Exposure Assessment for Asbestos Contaminated Vermiculite, EPA (1985) |
| EPA | 1991 | Health Assessment Document for Vermiculite, EPA (1991) |
| EPA | 2003 | Administrative Order on Consent for Removal Action, CERCLA-08-2003-2004 |
| EPA | 2006 | Phase 2 Study Data Summary Report for Libby, MT. Evaluation of Exposure to Airborne Asbestos Fibers During Routine and Special Activities |
| Hart | 2007 | Evaluation of Asbestos Exposures during Firewood-Harvesting Simulations in Libby, MT USA - Preliminary Data, Ann Occup Hyg 51:8 717-723 (2007) |

| AUTHOR/ EDITOR | PUB DATE | TITLE OF ARTICLE/TEXT |
|---|---|---|
| Horton | 2006 | A Review of the Federal Government's Health Activities in Response to Asbestos-Contaminated Ore Found in Libby, Montana, Inhalation Toxicology, 18:925-940 (2006) |
| Horton | 2008 | Select Mortality and Cancer Incidence Among Residents in Various U.S. Communities that Received Asbestos-Contaminated Vermiculite Ore from Libby, Montana, Inhalation Toxicology, 20:767-775 (2008) |
| Lockey | 1984 | Pulmonary Changes after Exposure to Vermiculite Contaminated with Fibrous Tremolite, Am Rev of Resp Dis. 129:952-958 (1984) |
| McDonald | 1986 | Cohort Study of mortality of vermiculite miners exposed to tremolite, Br J Ind Med, 43:436-444 (1986) |
| McDonald | 1986 | Radiological survey of past and present vermiculite miners exposed to tremolite, Br J Ind Med, 43:445-449 (1986) |
| McDonald | 1988 | Health of vermiculite miners exposed to trace amounts of fibrous tremolite, Br J Ind Med 45:630-634 (1988) |
| McDonald | 2001 | Carcinogenicity of fibrous tremolite in workplace and general environments, _____ |
| McDonald | 2002 | Cohort Mortality Study of Vermiculite Miners Exposed to Fibrous Tremolite: an Update, Ann Occup Hyg 46:93-94 (2002) |
| McDonald | 2004 | Mortality in a cohort of vermiculite miners exposed to fibrous amphibole in Libby, Montana, J. Occup. Envron. Med. 2004; 61:363-366 |
| Meeker | 2003 | The Composition and Morphology of Amphiboles from the Rainy Creek Complex, Near Libby, Montana, American Mineralogist 88:1955-69 |
| MHSA | 2001 | Evaluation of MSHA's Handling of Inspections at the W.R. Grace & Company Mine in Libby, MT, MSHA 2E-06-620-002 (2001) |
| Muravov | 2005 | The Usefulness Computed Tomography in Detecting Asbestos Related Pleural Abnormalities in People who had Indeterminate Chest Radiographs: The Libby, MT, Experience, Int J Hyg Environ-Health 208:87-99 |
| Noonan | 2006 | Nested Case-Control Study of Autoimmune Disease in an Asbestos-Exposed Population, Env Health Persp 2006, 114:1243-47 |
| Office of Inspector General Rpt | 2001 | Office of Inspector General Report - EPA's Actions Concerning Asbestos-Contaminated Vermiculite in Libby, MT, EPA (2001) |

| AUTHOR/ EDITOR | PUB DATE | TITLE OF ARTICLE/TEXT |
|---|---|---|
| Peipins | 2003 | Radiographic Abnormalities and Exposure to Asbestos-Contaminated Vermiculite in the Community of Libby, MT, USA, Environ Health Persp, 2003; 111:14, pp. 1753-59 |
| Pfau | 2005 | Assessment of Autoimmune Responses Associated with Asbestos Exposure in Libby, Montana, USA, Environ Health Persp 2005, 113:25-30 |
| Sebastien | 1988 | Estimation of Amphibole Exposure from Asbestos Body and Macrophage Counts in Sputum: A Survey in Vermiculite Miners, Ann Occup Hyg 32:195-201 (1988) |
| Sullivan | 2007 | Vermiculite, Respiratory Disease and Asbestos Exposure in Libby, MT: Update of a Cohort Mortality Study, Env Health Persp 2007, 115(4):579-85. |
| USGS | 2001 | The Chemical Composition and Physical Properties of Amphibole from Libby, Montana: A Progress Report, USGS (2001) |
| Ward | 2006 | Trees as reservoirs for amphibole fibers in Libby, Montana, Science of the Total Environment 367:460-465 (2006) |
| Webber | 2008 | Separation and Characterization of Respirable Amphibole Fibers from Libby, Montana, Inhalation Toxicology 20:733-740 (2008) |
| Weis | 2001 | Amphibole Mineral Fibers in Source Materials in Residential and Commercial Areas of Libby Pose an Imminent and Substantial Endangerment to Public Health, EPA (2001) |
| Whitehouse | 2004 | Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, MT, Am J Ind Med 2004; 46:219-225 |
| Whitehouse | 2008 | Environmental Exposure to Libby Asbestos and Mesotheliomas, Am J Ind Med. 2008, 51(11):877-80 |

# REFERENCES
Dr. Whitehouse Expert Report

Alfonso (2005)   Effects of Asbestos and Smoking of Gas Diffusion in People Exposed to Crocidolite, MJA 2005, vol. 183

AMA Guides to the Evaluation of Permanent Impairment (5th Ed.), Chapter 5

Amandus (1987)   Prevalence of Radiographic small opacities in vermiculite miners, 1987 Am J Ind Med; 12:227-228

Antman (1993)   Natural History and Epidemiology of Malignant Mesothelioma, Chest 1993, p.373S

ATS (1990)   Health Effects of Tremolite, 1990 Am Rev Respir Dis; 142:1453-1458

ATS (1991)   Lung Function Testing: Selection of Reference Values and Interpretative Strategies, Am Rev Respir Dis 1991; 144:1202-1218

ATS (1995)   Standards for the Diagnosis and Care of Patients with Chronic Obstructive Pulmonary Disease, Am J Resp Crit Care Med, vol. 152, p. 578

ATS (2004)   Official Statement, Diagnosis and Initial Management of Non-malignant Diseases Related to Asbestos, Am J Respir Crit Care Med, vol. 170: 691-715 (2004)

ATS/ERS (2005)   Interpretative Strategies for Lung Function Tests, Eur Respir J 2005; 26:948-968

ATSDR (2002)   Mortality in Libby, Montana 1979-1998, http://www.atsdr.cdc.gov/asbestos/sites/libby_montana/mortality_review.html, accessed August 17, 2007.

ATSDR (2008)   Summary Report - Exposure to Asbestos-Containing Vermiculite from Libby, Montana, at 28 Processing Sites in the United States, http://WWW.atsdr.cdc.gov

Becklake (1979)   Radiological Changes After Withdrawal From Asbestos Exposure, Br J Ind Med 1979, 23-28

Berry (1996)   Mesothelioma Incidence and Community Asbestos Exposure, Environ Res. 1997, 75(1):34-40