Case (1991)   Health Effects of Tremolite, 1991 Annals NY Academy of Sci 491-504

Cookson (1983)   Pleural Thickening and Gas Transfer in Asbestosis, Thorax 1983; 38:657-661

Cookson (1986)   The Natural History of Asbestosis in Former Crocidolite Workers of Wittenoom Gorge, Am Rev Respir Dis 1986; 133:994-998

Copley (2001)   Functional Consequences of Pleural Disease Evaluated with Chest Radiography and CT, Radiology 2001; 220:237-243

Edge (1979)   Incidence of Bronchial Carcinoma in Shipyard Workers with Pleural Plaques, NYAS 1979; 289-294.

Ehrlich (1992)   Long Term Radiological Effects of Third Term Exposure to Amosite Asbestos Among Factory Workers, British Journal of Industrial Medicine, Br J Ind Med 1992; 49:268-275

EPA (5/03)   Report on the Peer Consultation Workshop to Discuss a Proposed Protocol to Assess Asbestos-related Risk,

EPA (10/03) Final Draft   Technical Support Document for a Protocol to Assess Asbestos-related Risk, EPA #9345.4-06

Epler (1979)   A proposed diagnostic classification for asbestosis. Thorax 34:422-423.

Fishman's Pulmonary Diseases and Disorders, 4th Ed. (2008).

Fraser and Pare (1999)   Diagnosis of Diseases of the Chest, 4th Ed. (1999).

Greenberg (1997)   Occupational, Industrial and Environmental Toxicology, (1997) 55:471-487

Gregor (1979)   Radiographic Progression of Asbestosis: Preliminary Report, Annals of the NY Academy of Sciences, 1979 147-156

Hodgson (2000)   The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure, Ann Occup Hyg Vol. 44, no. 8, pp.565-601

Horton (2006)   A Review of the Federal Government's Health Activities in Response to Asbestos-Contaminated Ore found in Libby, Montana, Inhal Toxicol. 2006 18(12):925-40.

Expert Report by Dr. Alan C. Whitehouse        90                    5/16/09
Asbestos/Client/Bankruptcy/Whitehouse Expert Report

| | |
|---|---|
| ILO (2000) | Guidelines For the Use of the ILO International Classification of Radiographs of Pneumoconioses Revised Edition 2000, Int'l Labour Office, Geneva 2002. |
| Jones (1989) | Progression of Asbestos Effects, Br J Ind Med 1989; 46:97-105 |
| Kee (1996) | Causes of Pulmonary Impairment in Asbestos-Exposed Individuals with Diffuse Pleural Thickening, Am J Respir Crit Care Med 1996; 154:789-793 |
| Kouris (1991) | Effects of asbestos-related pleural disease on pulmonary function, Scand J Work Environ Health 1991; 17:179-183 |
| Lee et al (2003) | Radiographic (ILO) readings predict arterial oxygen desaturation during exercise in subjects with asbestosis. Occup Environ Med 2003;60:201-206. |
| Light and Lee | Textbook of Pleural Diseases (2nd Ed. 2008) |
| Lilis (1986) | Asbestosis: Interstitial Pulmonary Fibrosis and Pleural Fibrosis in a Cohort of Asbestos Insulation Workers: Influence of Cigarette Smoking Am J Ind Med 1986; 10:459-470 |
| Lilis (1991) | Pulmonary Function and Pleural Fibrosis: Quantitative Relationships With an Integrative Index of Pleural Abnormalities, 1991, Am J Ind Med, 20:145-161. |
| Lockey (1984) | Pulmonary Changes after Exposure to Vermiculite Contaminated with Fibrous Tremolite, Am Rev Resp Dis (1984) 129:952-958. |
| Markowitz et al (1997) | Clinical Predictors of Mortality from Asbestosis in the North American Insulator Cohort, 1981 to 1991, Am J Res Crit Care Med 1997, 156:101-108 |
| McDonald (1986) | Cohort Study of Mortality of Vermiculite Miners Exposed to Tremolite, Br J Ind Med, 1986; 43:436-440 |
| McDonald (1997) | Chrysotile, Tremolite and Carcinogenicity, Ann Occup Hyg vol. 41, No. 6, pp. 699-705, 1997 |
| McDonald (1999) | Chrysotile, Tremolite and Fibrogenicity, Ann Occup Hyg vol. 43, pp. 439-442, 1999 |
| McDonald (2004) | Mortality in a Cohort of Vermiculite Miners Exposed to Fibrous |

Amphibole in Libby, Montana. J Occup Env Med 2004; 61:363-366

McLoud (1985) — Diffuse Pleural Thickening in an Asbestos exposed Population: Prevalence and Causes, AJR 1985; 144: 9-18

Meeker (2003) — The Composition and Morphology of Amphiboles from the Rainy Creek Complex, Near Libby, Montana, Am Mineralogist, 2003; 88:1955-1969.

Miles et al (2008) Clinical Consequences of Asbestos-related Diffuse Pleural Thickening, a Review 2008, J Occup Med Toxicol. 2008, 8;3:20

Mossman and Churg (1998) — Mechanisms in the Pathogenesis of Asbestosis and Silicosis. Am J Respir Crit Care Med 1998 157:1666-1680.

Mukherjee (2000) — Chest Pain in Asbestos-exposed Individuals with Benign Pleural and Parenchymal Disease. Am J Respir Crit Care Med, 2000; 162:1807-1811.

Murphy (1971) — Effects of Low Concentrations of Asbestos, 1971; NE J Med 23:285;1271-1278

Murphy (1978) — Diagnosis of "Asbestosis" - Observations from a Longitudinal Survey of Shipyard Pipe Coverers, 1978; Am J Med 65:488-498

Ohar et al (2004) — Changing Patterns in Asbestos-Induced Lung Disease, 2004; Chest 125;744-753

Ohlson (1985) — Ventilatory decrements in former asbestos cement workers: a four year follow up. Br J Ind Med, 1985; 42:612-616

Peipins (2003) — Radiographic Abnormalities and Exposure to Asbestos-Contaminated Vermiculite in the Community of Libby, Montana, USA, Env Health Persp, 2003; 111:14, pp.1753-59.

Roggli (2007) — Environmental Asbestos Contamination: What are the Risks? Chest 2007;131;336-338

Rom (1992) Accelerated Loss of Lung Function and Alveolitis in a Longitudinal Study of Non-Smoking Individuals with Occupational Exposure to Asbestos, 1992 Am J Ind Med 21:835-844

Rosenstock et al Textbook of Clinical, Occupational and Environmental Medicine, 2nd Ed.

(2005).

Schwartz (1990)   Asbestos-induced Pleural Fibrosis and Impaired Lung Function, Am Rev Respir Dis 1990; 414:321-326

Schwartz (1990)   Determinants of Restrictive Lung Function in Asbestos - Induced Pleural Fibrosis. J Appl Physical 1990; 68(5):1932-37.

Schwarz and King (2003)   Interstitial Lung Disease, 4th Ed. 2003.

Seidman & Selikoff (1990)   Decline in Death Rates among Asbestos Insulation Workers 1967-1986 Associated with Diminution of Work Exposure to Asbestos, Ann NY Acad Sci 1990; 609:300-321

Selikoff (1964)   The Occurrence of Asbestosis Among Insulation Workers in the United States, 1964; Ann NY Aca Sci 139-155

Selikoff and Seidman (1991)   "Asbestos-Associated Deaths Among Insulation Workers in the U.S. and Canada, 1967-1987. 1991; Ann NY Acad Sci 1991; 643:1-14

Selikoff (1992)   Use of Death Certificates in Epidemiological Studies, Including Occupational Hazards: Variations in Discordance of Different Asbestos-Associated Diseases on Best Evidence Ascertainment, 1992; Am J Ind Med 22:482-492 - or Use of Death Certificates in Epidemiological Studies, Including Occupational Hazards: Discordance with Clinical and Autopsy Findings,1992; Am J Ind Med 22:469-480

Sichleditis (2006)   Diachronic Study of Pleural Plaques in Rural Population with Environmental Exposure to Asbestos, 2006; Am J Ind Med 49:634-641

Sluis-Cremer (1989)   Progression of Irregular Opacities in Asbestos Miners, British Journal of Industrial Medicine, Br J Ind Med 1989; 46:846-852

Stayner (1996)   Occupational Exposure to Chrysotile Asbestos and Cancer Risk: A Review of the Amphibole Hypothesis, Am J Public Health, 86:179-186

Sullivan (2007)   Vermiculite, Respiratory Disease and Asbestos Exposure in Libby, Montana. Update of a Cohort Mortality Study, National Institute of Environ Health Sciences. Environ Health Persp 2007, 115(4):579-85.

Vorwald (1951)   Experimental Studies of Asbestosis, AMA Arch Indus Hyg Occ Med 1951, vol.3, 1-43

Wang (1996)          Respiratory Impairments Due to Dust Exposure: A comparative Study Among Workers Exposed to Silica, Asbestos, and Coalmine Dust; AMJ Ind Med 1997; 31:495-502

Whitehouse (2004)    Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana, Am J Ind Med (2004) 46:219-225

Whitehouse (2008)    Environmental Exposure to Libby Asbestos and Mesotheliomas, Am J Ind Med. 2008, 51(11):877-80.

Yates, et al (1996) Asbestos re Bilateral Diffuse Pleural Thickening: Natural History of Radiographic and Lung Function Abnormalities, Am J Respir Crit Care Med, 153:301-06.