Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| A/D | LastName | FirstName | DiagDate | Birth | Exp Cat |
|---|---|---|---|---|---|
| A | Albert | Lois | 1/25/2002 | 5/1/1930 | Community 295 |
| A | Alkire | Kenneth | 1/4/2001 | 11/8/1931 | Community |
| A | Anderson | Ernest | 1/28/2002 | 3/2/1959 | Community |
| A | Andrews | Cornelia | 12/27/2005 | 6/11/1954 | Community |
| A | Applegate | Duane | 2/14/2001 | 3/24/1939 | Community |
| A | Arlt | Lloyd | 8/11/2000 | 7/19/1926 | Community |
| A | Arlt | Marjorie | 6/4/2001 | 7/20/1926 | Community |
| A | Atchley | Edward | 4/5/2001 | 1/23/1934 | Community |
| A | Baeth | Shirley | 8/12/2001 | 6/14/1937 | Community |
| D | Bailor - PR Judy Bailor | Claude | 8/22/2005 | 5/31/1960 | Community |
| A | Baker | Benjamin | 1/18/2001 | 4/7/1921 | Community |
| D | Ball - PR Keith Ball | Irving | 2/24/1999 | 6/18/1916 | Community |
| A | Benefield | David | 4/10/2001 | 7/31/1939 | Community |
| A | Benefield | Donald | 1/8/2001 | 4/16/1941 | Community |
| D | Benefield - PR Donald Benefield | Barbara | 7/26/2001 | 5/1/1944 | Community |
| A | Bergroos | Raymond | 1/23/2006 | 7/21/1943 | Community |
| A | Billadeau | Elmer | 4/18/2001 | 4/25/1935 | Community |
| A | Bitterman | Alan | 4/23/2001 | 7/31/1947 | Community |
| A | Bitterman | Charlotte | 4/23/2001 | 7/28/1949 | Community |
| A | Blinco | Thomas | 4/18/2001 | 11/18/1946 | Community |
| A | Bock | Fred | 7/1/2002 | 7/25/1940 | Community |
| A | Bolles | Frank | 5/29/2002 | 10/11/1946 | Community |
| A | Bolles | Gerald | 12/23/1999 | 4/12/1942 | Community |
| A | Boring | Ronnie | 6/28/2001 | 12/12/1942 | Community |
| A | Bowker | Michael | 10/24/2001 | 6/16/1956 | Community |
| A | Bowker | Rose | 12/17/2003 | 8/25/1955 | Community |
| A | Bradshaw | Ronald | 5/11/2004 | 3/11/1936 | Community |
| A | Brakke | Leonard | 2/19/2002 | 5/9/1948 | Community |
| A | Breeding | Wanda | 6/6/2006 | 10/7/1937 | Community |
| A | Brewer | Tina | 12/17/2007 | 1/16/1958 | Community |
| A | Brothers | Lester | 10/30/2006 | 10/22/1964 | Community |
| D | Brothers - PR Lester E. Brothers | Lester | 9/27/2004 | 6/21/1936 | Community |
| A | Burley | Alan | 4/4/2005 | 5/6/1948 | Community |
| A | Burns | Dan | 10/5/2000 | 2/6/1946 | Community |
| A | Burns | Michael | 3/10/2003 | 2/12/1955 | Community |
| D | Burrese - PR ?? | Eunice | 2/7/2000 | 5/9/1919 | Community |
| A | Burriss | Carol | 11/11/2002 | 3/4/1939 | Community |
| A | Busby | Dan | 11/8/2001 | 7/10/1948 | Community |
| A | Cannon | Kelly | 7/14/2000 | 10/29/1966 | Community |
| A | Carlson | Maynard | 9/18/2000 | 8/15/1917 | Community |
| A | Carrier | Bruce | 8/6/2000 | 10/30/1931 | Community |
| A | Chapel | Delbert | 1/27/2004 | 7/24/1937 | Community |
| A | Collier | Carletta | 9/14/2005 | 8/2/1941 | Community |
| D | Collier - PR Carletta Collier | Paul | 10/30/2000 | 9/22/1935 | Community |
| D | Collier - PR Glynda Olson | JoAnn | 11/25/2003 | 6/25/1934 | Community |
| D | Conn - PR Robert Conn | Cornelia | | 11/20/1908 | Community |
| A | Coon | Dorothy | 11/8/2000 | 2/21/1938 | Community |
| A | Copeland | Kimm | 3/27/2007 | 3/1/1957 | Community |
| A | Crabtree | Dean | 10/9/2000 | 2/12/1936 | Community |
| A | Crabtree | Michael | 8/15/2005 | 3/26/1946 | Community |
| A | Crabtree | Penny | 8/15/2005 | 9/19/1945 | Community |
| A | Creighton | Elinor | 3/13/2001 | 8/17/1938 | Community |
| A | Creighton | Thomas | 2/8/2001 | 10/30/1949 | Community |
| A | Crispin | Arlene | 5/7/2001 | 6/7/1951 | Community |
| A | Cummings | Larry | 3/13/2001 | 3/10/1945 | Community |
| A | Daniels | Joseph | 3/16/2005 | 1/21/1944 | Community |
| A | Davenport | Craig | 3/27/2006 | 3/11/1960 | Community |



EXHIBIT

5/28/2008

Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| | | | | | |
|---|---|---|---|---|---|
| A | Dean | Gerald | 6/6/2001 | 1/22/1934 | Community |
| A | DeShazer | Daniel | 4/18/2001 | 3/14/1935 | Community |
| A | DeShazer | Sandra | 6/10/2002 | 3/17/1948 | Community |
| D | DeShazer - PR Sandra DeShazer | Gerald | 8/29/2001 | 1/30/1941 | Community |
| A | Dickerman-Auge | Lois | 8/1/2001 | 10/23/1945 | Community |
| A | Douglas | Bill | 1/18/2005 | 8/6/1939 | Community |
| A | Drury | Bruce | 11/26/2001 | 1/25/1962 | Community |
| A | Drury | Delano | 6/22/2000 | 8/11/1934 | Community |
| A | Dunwoody | David | 6/20/2000 | 9/1/1935 | Community |
| A | Dusek | Darrel | 11/26/2001 | 1/18/1949 | Community |
| A | Dutton | Merritt | 9/14/2000 | 4/12/1947 | Community |
| A | Edwards | Robert | 9/27/2001 | 1/17/1926 | Community |
| D | Edwards - PR Robert Edwards | Georgiana | 7/24/2001 | 12/4/1930 | Community |
| A | Eggert | Mavis Darlene | 5/6/2002 | 6/17/1936 | Community |
| A | Eggleston | Edward | 2/9/2005 | 10/17/1955 | Community |
| A | Ellsworth | Gifferd | 5/31/2001 | 10/16/1928 | Community |
| D | Ellsworth - PR Marilyn Ellsworth | Keith | 10/15/2001 | 3/23/1931 | Community |
| A | Emett | Leonard | 12/4/2000 | 12/26/1933 | Community |
| A | Erickson | Donald | 9/20/2000 | 8/6/1929 | Community |
| A | Erickson | Duane | 4/3/2001 | 7/8/1932 | Community |
| D | Erickson - PRs Richard & Chris Erickson | Rodney | 10/22/1992 | 4/26/1929 | Community |
| A | Evans | Fred | 3/25/2004 | 1/7/1941 | Community |
| A | Faris | Dennis | 10/23/2001 | 4/3/1946 | Community |
| A | Farmer | Arthur | 5/1/2001 | 12/1/1942 | Community |
| A | Ferrell | Patricia | 9/29/2005 | 8/13/1940 | Community |
| A | Ferrell | William | 5/25/2006 | 3/3/1939 | Community |
| A | Filopoulos | Frank | 2/7/2002 | 8/5/1937 | Community |
| A | Fleming | Eldon | 4/2/2001 | 5/25/1936 | Community |
| A | Foote | Cameron | 8/22/2001 | 8/21/1968 | Community |
| A | Foote | Maxine | 9/5/2000 | 3/16/1930 | Community |
| A | Foss | Bruce | 5/15/2001 | 6/13/1958 | Community |
| A | Foster | William | 4/28/2004 | 12/9/1941 | Community |
| A | Fox | Sherry | 2/14/2001 | 7/27/1948 | Community |
| A | Freebury | Danny | 10/24/2001 | 8/7/1947 | Community |
| A | French | Roger | 3/23/2004 | 3/29/1940 | Community |
| A | Fuchs | Sally | 9/22/2005 | 5/19/1961 | Community |
| A | Fulgham | Samuel | 7/25/2001 | 10/27/1939 | Community |
| A | Gardiner | Reid | 3/8/2001 | 10/2/1953 | Community |
| A | Garrison | Glenn | 12/27/2000 | 3/7/1956 | Community |
| A | Gary | Nancy | 2/22/2006 | 1/15/1943 | Community |
| D | Gerard - PR Tami Broden | Carol | 9/12/2000 | 1/7/1947 | Community |
| A | Graves | Russell | 8/16/2001 | 7/24/1931 | Community |
| D | Greenup - PR Trina Greenup?? | Joyce | 9/5/2000 | 7/9/1944 | Community |
| A | Groom | Robert | 4/9/2001 | 1/21/1930 | Community |
| A | Gustafson | Kenneth | 6/22/2001 | 1/16/1953 | Community |
| A | Hacke | Margaret | 10/25/2001 | 10/1/1939 | Community |
| A | Haefele | Marvin | 8/15/2005 | 11/21/1932 | Community |
| A | Hagen | Clinton | 10/18/2000 | 8/23/1927 | Community |
| A | Hagen | Eloise | 10/19/2000 | 9/23/1932 | Community |
| A | Hagen | Ivan | 6/6/2001 | 9/30/1959 | Community |
| A | Hale | Douglas | 7/30/2002 | 8/18/1923 | Community |
| A | Hall | Arthur | 5/23/2001 | 6/21/1941 | Community |
| A | Halvorson | Margaret | 3/26/2001 | 4/23/1935 | Community |
| A | Hammer | Mary | 4/25/2001 | 4/26/1927 | Community |
| D | Hammer - PR Mary Hammer (Betty Warner POA Mary) | Peter | 4/25/2001 | 10/22/1922 | Community |
| A | Hammons | Darlene | 9/18/2001 | 9/22/1933 | Community |
| D | Harmon - PR Leone Harmon | Vesta | 3/28/2005 | 11/16/1910 | Community |
| A | Hart | Stuart | 8/23/2001 | 10/5/1952 | Community |

5/28/2008

Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| | | | | | |
|---|---|---|---|---|---|
| A | Harvey | Tom | 6/16/2005 | 8/22/1965 | Community |
| A | Hill | Edward | 3/5/2001 | 12/1/1949 | Community |
| A | Hill | James | 4/12/2001 | 9/9/1947 | Community |
| A | Hill | Larry | 12/27/2000 | 12/1/1952 | Community |
| D | Hill - PR Donald Hill | Dayton | 10/5/2000 | 5/8/1925 | Community |
| A | Hindman | Robert | 4/30/2001 | 6/26/1947 | Community |
| A | Hobbs | William | 3/15/2001 | 4/17/1940 | Community |
| A | Hock | Michael | 5/4/2006 | 8/4/1965 | Community |
| A | Hodges | Donald | 4/18/2002 | 7/23/1923 | Community |
| A | Hoeltzel | Leland | 3/1/2001 | 8/26/1940 | Community |
| A | Hoffman | LeeRoy | 3/26/2001 | 12/24/1943 | Community |
| A | Holter | Susan | 4/3/2003 | 11/13/1945 | Community |
| A | Howe | Richard | 9/20/2006 | 11/7/1944 | Community |
| D | Jacobson - PR Lona Dianne Walker | Dorothy | 7/11/2001 | 7/5/1923 | Community |
| A | Jamison | Betty | 4/3/2006 | 12/21/1934 | Community |
| A | Jantz | Dale | 4/25/2001 | 10/23/1938 | Community |
| A | Jellesed | Joan | 9/12/2001 | 10/26/1939 | Community |
| A | Jellesed | Raynard | 9/13/2001 | 5/25/1939 | Community |
| A | Johnson | Clifford | 1/31/2001 | 5/16/1953 | Community |
| A | Johnson | George | 7/31/2001 | 2/28/1947 | Community |
| A | Johnson | Patricia | 7/5/2001 | 4/29/1950 | Community |
| A | Johnson | Raymond | 3/19/2001 | 12/2/1941 | Community |
| A | Johnson | Theodore | 2/23/2004 | 9/27/1953 | Community |
| A | Johnson | Theresa | 8/30/2006 | 1/30/1955 | Community |
| A | Johnson | Tony | 1/5/2006 | 4/24/1953 | Community |
| D | Johnston - PR Valorie Johnston | William | 3/30/1999 | 10/17/1929 | Community |
| A | Jones | Loretta | 10/5/2000 | 3/24/1945 | Community |
| A | Jones | Oreon | 1/1/1986 | 3/25/1928 | Community |
| D | Jones - PR Loretta Jones | Donald | 11/27/2002 | 5/13/1940 | Community |
| A | Judkins | Charles | 5/2/2001 | 3/8/1940 | Community |
| A | Judkins | James | 11/17/2000 | 2/19/1930 | Community |
| A | Jungst | Lois | 11/9/2003 | 4/24/1926 | Community |
| A | Keck | Diane | 1/1/1993 | 12/24/1939 | Community |
| A | Keeler | Patti | 6/12/2001 | 10/19/1942 | Community |
| A | Kenelty | Gerald | 4/10/2001 | 12/12/1932 | Community |
| D | Kenelty - PR Gerald Kenelty | Marylin | 6/2/2004 | 5/19/1925 | Community |
| A | Kessel | Bruce | 7/10/2001 | 8/22/1938 | Community |
| A | Kessel | Duane | 4/23/2001 | 3/24/1965 | Community |
| A | Knauss | Donald | 3/29/2001 | 7/2/1940 | Community |
| A | Kowalski | Edith | 5/12/2005 | 7/5/1938 | Community |
| A | Kujawa | Loren | 9/27/2001 | 1/12/1927 | Community |
| D | Kujawa - PR Loren Kujawa | Gynell | 1/9/2002 | 9/17/1926 | Community |
| A | Kuntz | Christ Ray | 6/13/2001 | 7/5/1939 | Community |
| A | Lamey | Alan | 9/11/2000 | 6/25/1937 | Community |
| A | Landon | Donna | 1/15/2007 | 1/15/1947 | Community |
| A | Larson | Jeffrey | 10/14/2003 | 12/22/1964 | Community |
| A | Larson | Joan | 1/15/2001 | 8/11/1938 | Community |
| D | Larson - PR Joyce Larson | Carl | 2/16/1998 | 11/14/1936 | Community |
| A | Lethrud | Steve | 1/5/2005 | 7/13/1942 | Community |
| A | Lien | Darryl | 6/11/2001 | 2/1/1947 | Community |
| A | Lindsay | Edna | 4/4/2001 | 10/13/1933 | Community |
| A | Lindsay | LaMar | 11/14/1997 | 9/26/1930 | Community |
| D | Lundstrom - PR Judy Lundstrom | Carl | 7/26/2001 | 9/10/1927 | Community |
| A | Lykins | Leroy | 7/23/2001 | 3/15/1937 | Community |
| A | Mack | LaDonna | 12/21/2000 | 11/30/1933 | Community |
| A | Maclay | M. Scott | 6/21/2001 | 1/30/1958 | Community |
| A | Managhan | Michael | 8/30/2001 | 11/30/1949 | Community |
| A | Martin | Charles | 6/23/2003 | 4/8/1938 | Community |

5/28/2008

Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| | Last Name | First Name | | | Exposure |
|---|---|---|---|---|---|
| A | Martin | Eleanora | 6/5/2007 | 3/14/1942 | Community |
| A | Martineau | John | 3/11/2002 | 3/21/1931 | Community |
| A | Masters | George | 12/31/2001 | 11/5/1944 | Community |
| A | Masters | Ron | 4/13/2001 | 8/28/1951 | Community |
| A | Maxwell | Betty | 5/1/2001 | 12/2/1929 | Community |
| A | Maycumber | Eileen | 4/12/2004 | 9/10/1924 | Community |
| A | Maycumber | Frank | 6/4/2001 | 8/10/1951 | Community |
| A | McKinney | Lynda | 8/7/2006 | 4/24/1936 | Community |
| A | McMillan | David | 9/21/2001 | 9/24/1956 | Community |
| A | McNair | Clysta | 2/16/2005 | 10/17/1953 | Community |
| A | Meyer | Roland | 11/6/2006 | 8/29/1940 | Community |
| A | Michels | Gerald | 8/28/2001 | 2/3/1941 | Community |
| A | Miller | Thomas | 4/26/2001 | 3/28/1941 | Community |
| A | Miller | William | 2/12/2001 | 3/7/1940 | Community |
| A | Moen | Renee | 1/17/2002 | 7/28/1949 | Community |
| A | Moles | Leland | 3/28/2000 | 12/22/1940 | Community |
| D | Moles - PR Steven Moles | Edith | 5/22/2001 | 4/25/1922 | Community |
| D | Moles, Sr - PR Steven Moles | Lester | 6/14/2001 | 7/31/1915 | Community |
| A | Mongan | Larry | 7/14/2005 | 5/15/1943 | Community |
| A | Mongan | Michael | 9/18/2006 | 5/13/1951 | Community |
| A | Montgomery | Mickey | 11/18/2003 | 10/19/1950 | Community |
| A | Montgomery | Yolanda | 7/27/2001 | 1/5/1948 | Community |
| A | Morey | Jim | 2/19/2001 | 6/28/1932 | Community |
| A | Moss | Karen | 10/11/2001 | 3/7/1959 | Community |
| A | Neils | John | 7/19/2001 | 12/21/1946 | Community |
| A | Neils | Rob | 2/13/2001 | 2/22/1945 | Community |
| A | Nelson | Neil | 11/26/2002 | 7/5/1956 | Community |
| A | Nichols | Shirley | 4/19/2007 | 3/28/1934 | Community |
| | Nielsen | Katherine | 3/14/2007 | 4/4/1950 | Community |
| A | Obermayer | Bill | 9/4/2003 | 5/9/1947 | Community |
| A | O'Bleness | Thomas | 7/18/2001 | 3/23/1956 | Community |
| A | O'Brien | Kelly | 3/29/2004 | 12/18/1963 | Community |
| A | O'Brien | Louie | 3/6/2002 | 1/30/1932 | Community |
| A | Orr | Dru | 12/18/2001 | 4/12/1970 | Community |
| A | Orsborn | Elvina | 7/19/2001 | 8/30/1937 | Community |
| A | Osteen | Narven | 3/26/2001 | 1/21/1932 | Community |
| A | Pariseau | Wilbert | 4/2/2002 | 9/6/1936 | Community |
| A | Peck | Jon | 9/13/2006 | 9/15/1928 | Community |
| A | Perkins | Richard | 10/25/2006 | 12/31/1935 | Community |
| A | Perley | Edward | 6/4/2001 | 3/3/1934 | Community |
| A | Post | Dorothy | 3/17/2005 | 8/28/1932 | Community |
| D | Post - PR Dorothy Post | Ernest | 4/7/2004 | 3/12/1931 | Community |
| A | Powell | Wayne | 2/7/2002 | 2/6/1946 | Community |
| A | Powell | William | 11/2/2000 | 9/27/1949 | Community |
| D | Powell - PR Donald Powell, Jr. | Donald | 1/26/2005 | 10/29/1943 | Community |
| A | Price | Judith | 6/30/2004 | 11/17/1938 | Community |
| A | Price | Paul | 1/3/2001 | 3/16/1940 | Community |
| A | Ramel | Ray | 11/28/2000 | 3/6/1928 | Community |
| A | Rebo | Todd | 10/3/2005 | 1/15/1973 | Community |
| D | Reynolds, Jr - PR Randy Reynolds | James | 12/22/1999 | 12/2/1925 | Community |
| A | Riley | Vernon | 9/10/2001 | 9/16/1940 | Community |
| D | Riley - PR Laurie Kempter | Darlene "Toni" | 4/15/1996 | 11/9/1944 | Community |
| A | Ringsbye | Janice | 5/11/2004 | 3/26/1943 | Community |
| A | Robertson | Jeffrey | 10/18/2000 | 6/18/1958 | Community |
| A | Rogina | Leon | 8/2/2005 | 10/14/1943 | Community |
| A | Rosencrans | James | 5/31/2001 | 9/26/1938 | Community |
| A | Rosencrans | Robert | 5/31/2001 | 9/10/1940 | Community |
| A | Roy, Jr | Thomas | 5/23/2000 | 1/6/1938 | Community |

5/28/2008