Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| | | | | | |
|---|---|---|---|---|---|
| D | Sagen - PR Nancy Sagen | Kenneth | 6/26/2002 | 5/15/1935 | Community |
| A | Schauer | Arthur | 6/17/2003 | 1/19/1942 | Community |
| A | Schauss | Charlotte | 9/23/2002 | 3/2/1937 | Community |
| A | Schauss | Guenther | 3/27/2001 | 10/27/1927 | Community |
| A | Shaffer | Donald | 2/2/2005 | 4/21/1936 | Community |
| A | Shaw | Doug | 4/4/2001 | 9/12/1951 | Community |
| A | Shea | Donald | 5/31/2001 | 5/4/1931 | Community |
| D | Shea - PR ?? | Lois | 4/2/2001 | 5/12/1930 | Community |
| A | Shiflett | William | 8/24/2000 | 7/10/1928 | Community |
| A | Shriner | Donna | 2/28/2002 | 4/11/1938 | Community |
| A | Sichting | Roberta | 1/16/2004 | 1/13/1944 | Community |
| A | Siefke | Timothy | 6/2/2004 | 5/8/1945 | Community |
| D | Siefke - PR Trudy Siefke | Raymond | 1/19/1999 | 10/30/1921 | Community |
| A | Skidmore | Victoria | 10/13/1995 | 6/7/1936 | Community |
| A | Skranak | Lois | 1/26/2006 | 6/4/1951 | Community |
| A | Smith | Bennie | 9/11/2002 | 2/27/1936 | Community |
| A | Smith | Donald | 5/2/2001 | 3/1/1953 | Community |
| A | Smith | Harriet | 9/15/2002 | 3/30/1939 | Community |
| A | Sneath | Roy | 2/7/2002 | 8/8/1936 | Community |
| A | Solem | John | 10/12/2000 | 2/2/1927 | Community |
| A | Spencer | Forrest | 1/1/1999 | 5/13/1923 | Community |
| A | Stacy | Norma | 12/19/2001 | 2/6/1945 | Community |
| A | Stacy, Sr | Donald | 2/21/2001 | 7/24/1943 | Community |
| D | Stanley - PR Lynn Stanley | Robert | 8/1/2002 | 11/22/1922 | Community |
| D | Stapley - PR ?? | Kenneth | 8/20/2001 | 8/9/1925 | Community |
| A | Stewart | Charles | 11/26/2001 | 2/10/1939 | Community |
| A | Strand | David | 1/19/2005 | 3/2/1940 | Community |
| A | Swennes | Bernadine | 7/11/2000 | 4/16/1933 | Community |
| | Swennes | Donald | 7/11/2000 | 12/30/1929 | Community |
| A | Tallmadge | Stanley | 10/21/2003 | 11/20/1950 | Community |
| A | Tarbert | Bernard | 3/26/2001 | 5/9/1936 | Community |
| A | Taylor-Regjovich | Shirley | 2/11/2003 | 2/23/1937 | Community |
| A | Templin, Sr | Jack | 12/13/1994 | 12/13/1931 | Community |
| A | Thoeny | Arthur | 1/23/2001 | 8/27/1929 | Community |
| A | Tholen | Richard | 1/15/2001 | 6/3/1930 | Community |
| A | Thomson | Darrell | 3/4/2002 | 1/12/1962 | Community |
| A | Tolle | Maryann | 4/13/2000 | 5/8/1939 | Community |
| A | Tong | Lawrence | 1/31/2003 | 2/27/1944 | Community |
| A | Truman | Franklin | 10/13/2004 | 7/20/1941 | Community |
| A | Tunison | Kerry | 1/30/2007 | 5/27/1952 | Community |
| A | Tunison | Roxann | 3/5/2007 | 1/13/1951 | Community |
| A | Ueland | Joanna | 12/19/2006 | 6/4/1934 | Community |
| A | Vaughn | Gerald | 11/12/2003 | 9/17/1946 | Community |
| A | Vinson | Kay | 5/13/2002 | 12/12/1937 | Community |
| A | Vinson | Richard | 12/5/2001 | 6/13/1957 | Community |
| A | Wagner | Cindy | 2/26/2001 | 4/13/1959 | Community |
| A | Walker | Lona | 7/27/2001 | 12/6/1944 | Community |
| D | Walker - PR Bonnie Hall | Bonnie | 8/29/2001 | 1/31/1926 | Community |
| A | Watkins | Bradley | 5/25/2000 | 12/30/1957 | Community |
| A | Watson | Kelly | 10/22/2007 | 8/3/1956 | Community |
| A | Waychoff | Pieter | 2/22/2001 | 10/4/1938 | Community |
| A | Webb | Michael | 11/29/2000 | 8/30/1943 | Community |
| D | Welch - PR Harriet Welch? Robert Welch? | Nevin | 6/22/2000 | 4/16/1926 | Community |
| A | Westlund | Charles | 4/10/2001 | 2/8/1940 | Community |
| A | Westlund | Tim | 4/19/2001 | 10/23/1963 | Community |
| A | Whalen | William | 3/6/2006 | 5/23/1939 | Community |
| A | Williams, Sr | Lawrence | 3/27/2001 | 6/28/1942 | Community |
| D | Wilson - PR Doralee Wilson | Ford | 6/6/2001 | 12/8/1928 | Community |

5/28/2008

Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| | | | | | |
|---|---|---|---|---|---|
| A | Wood | Connie | 9/13/2005 | 1/15/1941 | Community |
| A | Yeager | Dennis | 10/3/2003 | 3/29/1939 | Community |
| A | Zak | Helen | 8/9/2004 | 12/5/1952 | Community |
| A | Zelenak | Marlene | 2/19/2002 | 10/19/1935 | Community |
| A | Zimmerman | Robert | 12/19/2000 | 1/5/1942 | Community |
| A | Zugg | E. Neven | 8/2/2001 | 2/9/1952 | Community |
| A | Adams | Nancy | 3/9/2005 | 4/8/1945 | Family Member 143 |
| D | Adkins - PR Ellen Adkins | Dean | 8/24/2000 | 7/13/1937 | Family Member |
| A | Albert | Mary | 4/24/2001 | 11/18/1936 | Family Member |
| A | Albert | Robert | 5/29/2001 | 6/11/1955 | Family Member |
| A | Alkire | Mary Beth | 5/12/1997 | 1/22/1942 | Family Member |
| A | Auge | Darlene | 3/7/2001 | 7/10/1942 | Family Member |
| A | Auge | Pamela | 3/21/2005 | 5/29/1962 | Family Member |
| A | Bache | Donna | 10/9/2000 | 7/13/1936 | Family Member |
| A | Badgley | Mike | 3/30/2001 | 7/3/1947 | Family Member |
| D | Baenen - PR Loretta Cook | Kitty | 2/15/2000 | 3/16/1920 | Family Member |
| A | Baeth | Judith | 5/25/2005 | 2/23/1949 | Family Member |
| A | Baeth | Katherine | 2/17/2004 | 8/25/1924 | Family Member |
| A | Baeth | Louise May | 5/21/1997 | 6/26/1938 | Family Member |
| A | Baker | Darryn | 7/24/2000 | 3/6/1972 | Family Member |
| A | Baker | Frances | 3/21/2000 | 7/26/1949 | Family Member |
| A | Baker | Mildred | 1/1/1995 | 5/20/1928 | Family Member |
| D | Basham - PR Dixie Cummings | Jack | 1/11/2001 | 7/30/1941 | Family Member |
| A | Benefield | Gayla | 5/10/2001 | 9/17/1943 | Family Member |
| D | Bennett - PR David Bennett | Lois | 10/14/1998 | 11/2/1936 | Family Member |
| A | Boggess | Darrell | 8/10/2000 | 7/24/1938 | Family Member |
| A | Brickey | Helen | 3/1/2000 | 4/3/1948 | Family Member |
| A | Brown | Doris | 12/14/2000 | 1/19/1943 | Family Member |
| D | Burton - PR Don Burton?? | Sharon | 7/10/2001 | 7/2/1943 | Family Member |
| A | Cannon | Larry | 7/5/2001 | 4/13/1942 | Family Member |
| A | Cannon | Yoko | 7/29/1999 | 4/12/1937 | Family Member |
| A | Cartwright | Judith | 4/19/2001 | 11/8/1949 | Family Member |
| A | Carvey | Steven | 10/30/2000 | 11/22/1941 | Family Member |
| A | Challinor | Wendy | 2/20/2001 | 5/24/1960 | Family Member |
| A | Cole | David | 5/10/2006 | 10/5/1942 | Family Member |
| A | Collinson | Linda | 12/21/1999 | 10/5/1937 | Family Member |
| A | Cook | Leslie | 6/13/2005 | 3/30/1952 | Family Member |
| A | Curtiss | Sharon | 1/21/1997 | 12/28/1945 | Family Member |
| A | Day | Donald | 2/2/1999 | 5/10/1957 | Family Member |
| A | Day | Hazel | 1/2/2002 | 12/6/1950 | Family Member |
| A | Dedrick | Carrie | 6/8/1999 | 12/30/1931 | Family Member |
| D | DeShazer - PR David DeShazer | Margaret | 7/7/1997 | 2/9/1922 | Family Member |
| A | Drury | Marjorie | 2/3/1999 | 2/19/1935 | Family Member |
| A | Edwards | Marilyn | 3/15/2001 | 10/9/1939 | Family Member |
| A | Eldridge | Kristine | 5/15/2001 | 10/24/1954 | Family Member |
| A | Erickson | Sonngard | 9/14/2004 | 6/18/1944 | Family Member |
| A | Foss | Judi | 5/15/2001 | 9/30/1958 | Family Member |
| A | Goff | Daniel | 7/19/2001 | 1/28/1942 | Family Member |
| A | Goff-Tobin | M. Louise | 6/11/2001 | 11/22/1940 | Family Member |
| A | Greenup | Donna | 5/24/1989 | 7/5/1949 | Family Member |
| A | Grenfell | Susan | 2/28/2002 | 10/19/1957 | Family Member |
| D | Haack - PR Brian Corbett | Clarice | 4/19/2001 | 10/24/1918 | Family Member |
| A | Hagerty | Leota | 10/24/2000 | 12/31/1946 | Family Member |
| A | Halsey | Donna | 9/21/2000 | 9/3/1936 | Family Member |
| A | Halsey | Hazel | 3/18/1999 | 8/2/1931 | Family Member |
| A | Hamann | Caroline | 12/6/2000 | 1/22/1941 | Family Member |
| A | Harma | Jerri | 7/25/2007 | 9/14/1963 | Family Member |
| A | Harshaw | Frances | 6/20/2000 | 8/8/1918 | Family Member |

Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| | Last Name | First Name | Date1 | DOB | Exposure |
|---|---|---|---|---|---|
| A | Hopkins | Louise | 9/17/2001 | 4/22/1946 | Family Member |
| A | Hughes | Patricia | 4/3/2001 | 11/20/1943 | Family Member |
| A | Johnson | Cindy | 2/2/2005 | 2/5/1953 | Family Member |
| A | Johnson | Laura | 1/25/2000 | 8/21/1938 | Family Member |
| A | Johnson | Marjorie | 3/4/2002 | 6/19/1949 | Family Member |
| A | Johnson | Steven | 2/7/2002 | 6/22/1959 | Family Member |
| A | Johnston | Valorie | 3/9/1999 | 2/9/1934 | Family Member |
| D | Keller - PR Wilbur Keller | Deloris | 10/19/2000 | 8/24/1930 | Family Member |
| D | Kelly - PR Gyme Kelly | Patricia | 3/9/1999 | 10/10/1944 | Family Member |
| A | Kessel | William | 1/2/2008 | 5/8/1974 | Family Member |
| A | Kirschenmann | Claudette | 1/3/2005 | 5/22/1942 | Family Member |
| A | Kujawa | John | 6/28/2001 | 10/2/1959 | Family Member |
| A | Lundstrom | Judy | 3/22/2000 | 11/17/1940 | Family Member |
| D | Lyle - PR Jimmie Lyle | Shirley | 5/2/2002 | 5/4/1935 | Family Member |
| A | MacDonald | Kelly | 9/20/2000 | 5/30/1957 | Family Member |
| A | Mack | Janet | 4/2/2001 | 8/21/1945 | Family Member |
| A | Maynard | Dolly | 9/13/2001 | 4/25/1931 | Family Member |
| A | McCarty | Dorothy | 2/19/1997 | 2/12/1943 | Family Member |
| A | McComas | Michael | 8/25/2000 | 2/6/1953 | Family Member |
| D | McGill - PR Lona Dianne Walker | Blanche | 6/12/2001 | 8/15/1912 | Family Member |
| D | McMillan - PR James McMillan | Lynn | 8/16/2001 | 10/17/1946 | Family Member |
| A | McNair | Roland | 5/21/1997 | 5/10/1944 | Family Member |
| A | Moeller | Billie | 12/4/2000 | 6/20/1946 | Family Member |
| A | Morton | Carol | 3/1/2001 | 12/16/1932 | Family Member |
| A | Murer | Diane | 4/11/2001 | 2/17/1943 | Family Member |
| A | Murray | Daniel | 12/1/2000 | 3/18/1938 | Family Member |
| A | Murray | Harry | 2/13/2001 | 7/4/1934 | Family Member |
| A | Neise | Sherry | 1/17/2002 | 6/7/1954 | Family Member |
| A | Nelson | JoAnne | 1/27/2003 | 10/16/1941 | Family Member |
| A | Nelson | Karen | 5/3/2001 | 9/30/1962 | Family Member |
| A | Nelson | Richard | 1/30/2006 | 4/4/1938 | Family Member |
| A | Nicholls | Paul | 11/10/2000 | 3/29/1951 | Family Member |
| A | Noble | Benita | 7/5/2001 | 7/11/1957 | Family Member |
| A | Noble | Patricia | 8/12/2001 | 1/7/1953 | Family Member |
| D | Noble - PR Melissa Williams | Roberta | 10/17/2007 | 7/22/1944 | Family Member |
| A | Norton | Marilyn | 5/24/2005 | 4/4/1949 | Family Member |
| D | Oikle - PR Julie Randles | Edna | 3/21/2000 | 12/17/1926 | Family Member |
| A | Olson | Glynda | 1/28/2004 | 7/1/1952 | Family Member |
| D | Olson - PR Glynda Olson | James | 6/23/1998 | 4/25/1935 | Family Member |
| A | Orsborn | Elvira | 12/6/2000 | 7/17/1937 | Family Member |
| A | Orsborn | Roy | 10/5/2000 | 3/23/1936 | Family Member |
| A | Osterhues | Lynn | 5/10/2001 | 12/10/1953 | Family Member |
| D | Owen-Segura - PR Wayne Belcher?? | Linda | 5/22/2001 | 11/15/1942 | Family Member |
| D | Petrusha - PR Robert Petrusha | Lorainne | 7/17/2001 | 7/23/1925 | Family Member |
| A | Philbrick | Constance | 5/26/2000 | 8/5/1948 | Family Member |
| A | Pickett | Julie | 11/10/2004 | 7/10/1956 | Family Member |
| A | Porte | Laurel | 6/21/2000 | 3/20/1957 | Family Member |
| A | Priest | Alice | 3/24/1999 | 5/26/1928 | Family Member |
| A | Redman | Robbin | 8/11/1998 | 8/22/1955 | Family Member |
| A | Righter | Mary | 6/10/1998 | 2/12/1952 | Family Member |
| A | Rogina | Katheryn | 8/2/2005 | 3/31/1955 | Family Member |
| A | Rohan | Dave | 1/4/2000 | 9/2/1949 | Family Member |
| A | Runyan | Jerry | 6/11/2003 | 2/25/1942 | Family Member |
| A | Ryan | Judith | 8/11/2005 | 8/6/1939 | Family Member |
| A | Schnackenberg | Joseph | 3/14/2006 | 11/28/1962 | Family Member |
| A | Shearer | Wilma | 7/16/1997 | 4/24/1941 | Family Member |
| A | Shelmerdine | Judy | 4/11/2001 | 10/28/1950 | Family Member |
| A | Shriner | Susan | 12/12/2006 | 3/21/1965 | Family Member |

5/28/2008

Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| | | | | | | |
|---|---|---|---|---|---|---|
| A | Shriner | | Walter | 6/25/2007 | 9/27/1934 | Family Member |
| A | Sichting | | Francis | 2/5/2001 | 3/9/1939 | Family Member |
| A | Skramstad | | Brent | 3/23/1999 | 5/30/1958 | Family Member |
| A | Skramstad | | Norita | 3/10/1999 | 12/14/1936 | Family Member |
| A | Slauson | | Dale | 11/13/2000 | 1/21/1935 | Family Member |
| A | Smith | | Calvin | 5/7/2001 | 2/28/1957 | Family Member |
| A | Smith | | Opal | 8/27/1998 | 10/9/1931 | Family Member |
| A | Spady, Sr | | Stuart | 6/4/2001 | 5/8/1950 | Family Member |
| A | Spletstoser | | Phyllis | 3/15/2006 | 5/16/1942 | Family Member |
| A | Stacy | | Lois | 11/14/2006 | 12/29/1941 | Family Member |
| D | Stacy - PR Douglas Stacy | | Beryl | 8/28/2001 | 1/20/1936 | Family Member |
| A | Stahlberg | | Rose | 6/28/2000 | 7/26/1936 | Family Member |
| A | Strand | | Peggy | 4/11/2005 | 6/21/1948 | Family Member |
| A | Sunell | | Agnes | 11/2/2000 | 4/14/1956 | Family Member |
| A | Swartzwelder | | Jamie | 7/14/2005 | 1/7/1963 | Family Member |
| A | Templin | | Ida | 7/6/1999 | 7/2/1934 | Family Member |
| A | Tevebaugh | | Mary | 4/15/2002 | 8/27/1938 | Family Member |
| A | Theonnes | | Lois | 4/11/2001 | 8/9/1935 | Family Member |
| A | Thomson | | Eva | 5/1/2001 | 3/7/1939 | Family Member |
| A | Troyer | | A. Diane | 2/11/2004 | 8/21/1949 | Family Member |
| D | Urdahl - PR John Urdahl, Jr. | | John | 5/28/1999 | 5/26/1936 | Family Member |
| D | Vatland - PR Gayla Benefield | | Margaret | 5/28/1985 | 11/19/1918 | Family Member |
| A | Vinion | | Patrick | 6/25/1997 | 12/1/1951 | Family Member |
| A | Wade | | Charlotte | 7/7/1997 | 2/16/1943 | Family Member |
| A | Warner | | Betty | 12/9/1999 | 6/29/1950 | Family Member |
| A | Wasco | | Shirley | 2/22/2001 | 3/7/1943 | Family Member |
| A | Widic | | Sandra | 4/16/2002 | 9/29/1951 | Family Member |
| A | Wilburn | | Barbara | 8/7/2001 | 2/16/1933 | Family Member |
| | Wilkes, Jr | | Larry | 4/9/2001 | 10/4/1953 | Family Member |
| A | Williams | | Melissa | 11/21/2007 | 10/15/1970 | Family Member |
| A | Wright | | Margaret | 8/3/2000 | 9/4/1921 | Family Member |
| A | Young | | Angela | 8/2/2001 | 8/19/1954 | Family Member |
| A | Young | | Quentin | 10/18/2001 | 6/2/1942 | Family Member |
| A | Bache | | Frank | 4/26/2001 | 11/19/1933 | Subcontractor 26 |
| A | Blaine | | Donald | 10/21/1999 | 9/26/1940 | Subcontractor |
| A | Breeding | | Charles | 8/28/2001 | 5/14/1922 | Subcontractor |
| A | Burrell | | Christopher | 6/14/2002 | 12/1/1952 | Subcontractor |
| D | Carr - PR Kelly Carr | | William | 1/1/1999 | 7/13/1932 | Subcontractor |
| D | Challinor - PR Betty Challinor | | Jim | 5/9/2001 | 10/1/1934 | Subcontractor |
| A | Cornwell | | E. Jim | 6/27/2001 | 6/7/1931 | Subcontractor |
| A | Dedrick | | Robert | 4/20/1998 | 7/7/1931 | Subcontractor |
| A | Erickson | | Richard | 7/17/2001 | 1/10/1952 | Subcontractor |
| A | Gardiner | | Blake | 3/14/2001 | 1/1/1951 | Subcontractor |
| A | Hensley | | Myrl | 10/29/2001 | 9/20/1955 | Subcontractor |
| A | Herreid | | N. Dale | 5/9/2001 | 12/27/1937 | Subcontractor |
| A | Jensen | | James | 12/13/2005 | 2/16/1932 | Subcontractor |
| A | Kirschenmann | | Eugene | 1/3/2005 | 2/15/1943 | Subcontractor |
| A | Knudson | | John | 4/12/2000 | 2/7/1938 | Subcontractor |
| A | Linsebigler | | William | 3/21/2007 | 11/2/1930 | Subcontractor |
| A | McCollom | | Bob | 3/29/2001 | 4/14/1935 | Subcontractor |
| A | Rebo | | Debbie | 1/23/2001 | 4/17/1959 | Subcontractor |
| A | Stickney | | Robert | 2/22/2001 | 1/20/1948 | Subcontractor |
| A | Tolle | | James | 3/15/2001 | 3/21/1958 | Subcontractor |
| A | Torgerson | | Richard | 3/8/2001 | 8/24/1935 | Subcontractor |
| A | Totten | | Virgil | 6/21/2005 | 9/2/1940 | Subcontractor |
| A | Welch | | Charles | 3/10/2004 | 7/26/1953 | Subcontractor |
| A | Wheeler | | Gary | 7/14/1999 | 10/19/1941 | Subcontractor |
| A | Wray | | Brian | 4/17/2001 | 9/11/1940 | Subcontractor |

5/28/2008