Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| | | | | | | |
|---|---|---|---|---|---|---|
| A | Zelenak | | Nicholas | 7/27/2005 | 1/18/1940 | Subcontractor |
| D | Albert - PR Mary Albert | | Thomas | 1/9/1999 | 7/7/1933 | Worker 189 |
| A | Allen | | James | 6/9/1993 | 8/5/1944 | Worker |
| A | Allen | | Thomas | 10/12/1999 | 7/1/1929 | Worker |
| A | Auge | | Eugene | 11/27/2000 | 9/4/1942 | Worker |
| D | Badgley - PR Linnea Badgley | | William | 1/1/1996 | 3/6/1918 | Worker |
| D | Baenen - PR Loretta Cook | | Louis | 7/22/1998 | 3/18/1921 | Worker |
| A | Baeth | | Kenneth | 10/29/1997 | 4/18/1922 | Worker |
| D | Baker - PR Frances Baker | | Bruce | 3/21/2000 | 1/26/1938 | Worker |
| D | Balum - PR Cynthia Balum | | James | 6/1/2005 | 5/8/1951 | Worker |
| A | Barnes | | Anson | 10/22/1996 | 4/2/1936 | Worker |
| A | Barnes | | Robert | 7/1/1998 | 12/2/1927 | Worker |
| A | Beagle | | Robert | 3/13/1995 | 9/25/1943 | Worker |
| A | Benoit | | Edward | 8/26/1998 | 10/22/1922 | Worker |
| A | Bland | | Donald | 12/20/2001 | 6/22/1942 | Worker |
| A | Bosch | | Bernard | 1/10/2001 | 1/29/1949 | Worker |
| A | Bowker | | Larry | 10/14/2002 | 10/27/1950 | Worker |
| D | Boyle - PR Lorinda Gartner | | Patrick | 2/25/2002 | 2/19/1934 | Worker |
| D | Brewington - PR Dolores McConnell | | William | 6/1/1995 | 5/30/1928 | Worker |
| A | Brossman | | Raymond | 3/1/2001 | 4/27/1957 | Worker |
| A | Cannon | | Stuart | 5/5/1996 | 3/17/1939 | Worker |
| A | Carlson | | Randy | 1/6/1999 | 3/16/1956 | Worker |
| D | Carvey - PR Ed Carvey?? | | Edward | 8/12/1998 | 11/7/1921 | Worker |
| D | Cassidy - PR Darrel Cassidy | | John | 5/9/2001 | 2/6/1937 | Worker |
| A | Caudill | | Arthur | 1/1/1990 | 9/5/1937 | Worker |
| A | Challinor | | Gerald | 7/18/2001 | 9/11/1940 | Worker |
| A | Chalmers | | Keith | 4/13/2000 | 11/14/1940 | Worker |
| A | Chapman | | George | 7/22/1998 | 9/16/1950 | Worker |
| | Cohenour | | James | 8/12/1997 | 7/31/1938 | Worker |
| D | Collier - PR Glynda Olson | | Glenn | 2/25/2004 | 11/17/1926 | Worker |
| D | Collinson - PR Linda Collinson | | Charles | 8/25/2000 | 12/25/1915 | Worker |
| A | Cook | | Donald | 9/28/1999 | 3/11/1947 | Worker |
| A | Craig | | Carl | 5/21/1997 | 1/30/1953 | Worker |
| D | Crill - PR Darlena Crill | | William | 10/16/2003 | 9/10/1938 | Worker |
| D | Davidson - PR Kay Davidson | | Richard | 9/21/1998 | 4/9/1934 | Worker |
| A | Day | | Dennis | 10/18/2004 | 3/13/1954 | Worker |
| A | Decker | | Mark | 11/6/2000 | 1/17/1951 | Worker |
| D | Denning - PR Shannon Nagle | | Jody | 7/22/1998 | 11/20/1952 | Worker |
| D | DeShazer - PR David DeShazer | | Jack | 7/7/1997 | 5/26/1921 | Worker |
| D | DeShazer - PR Jean DeShazer | | Donald | 7/13/1989 | 11/15/1930 | Worker |
| D | Dickerman - PR Lois Dickerman-Auge | | Alfred | 4/13/2000 | 11/6/1920 | Worker |
| A | Downing | | Joseph | 5/13/1999 | 5/12/1925 | Worker |
| A | Dutton | | Russell | 7/14/1999 | 4/11/1953 | Worker |
| D | Eggers - PR Carol Eggers?? | | Eddie | 1/5/1999 | 2/20/1949 | Worker |
| A | Erickson | | Edwin | 10/2/2001 | 5/4/1942 | Worker |
| A | Farrar | | Jack | 4/26/2000 | 11/24/1941 | Worker |
| A | Fellenberg | | Ruben | 3/21/1985 | 2/10/1924 | Worker |
| A | Ferch | | Warren Dean | 6/29/2000 | 3/26/1950 | Worker |
| A | Fiebelkorn | | William | 7/28/1998 | 5/8/1938 | Worker |
| A | Fincher | | Jerry | 8/2/2006 | 7/17/1943 | Worker |
| D | Finstad - PR Edith Finstad | | Kenneth | 9/1/1998 | 11/22/1942 | Worker |
| A | Foote | | Cecil | 8/24/2004 | 4/17/1926 | Worker |
| A | Fore | | Bill | 9/15/1999 | 3/26/1944 | Worker |
| A | Fredenberg | | Orin | 7/28/1998 | 10/1/1934 | Worker |
| D | Fuller - PR Bonnie Fuller | | Robert | 5/27/1999 | 11/22/1930 | Worker |
| A | Garrison | | John | 2/21/2002 | 1/6/1947 | Worker |
| D | Gaston - PR Susan Grenfell | | Edward | 7/15/1998 | 9/11/1927 | Worker |
| D | Gilden - PR to be Kathy Moore-Gilden | | Scott | 5/8/2006 | 5/8/1963 | Worker |

5/28/2008

Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| | | | | | |
|---|---|---|---|---|---|
| A | Graham | Scott | 11/19/1997 | 12/20/1953 | Worker |
| D | Graham - PR Carol Graham | Robert | 4/1/1997 | 11/5/1927 | Worker |
| D | Hagerty - PR John "Bill" Hagerty | William | 2/16/1999 | 7/9/1909 | Worker |
| A | Halsey | Ronald | 6/17/1997 | 6/18/1936 | Worker |
| A | Hamann | Beverly | 6/27/2000 | 2/7/1932 | Worker |
| A | Hamann | Eugene | 6/27/2000 | 11/3/1931 | Worker |
| D | Hansen - PR Sheryl Hansen | David | 7/10/1997 | 11/23/1924 | Worker |
| A | Heidel | Chester | 7/9/1997 | 6/10/1936 | Worker |
| A | Hendrickson | Franklin | 12/26/2000 | 5/17/1961 | Worker |
| D | Hendrickson - PR Franklin Hendrickson | Edmond | 11/20/1999 | 12/16/1941 | Worker |
| A | Hermsmeyer | Richard | 4/4/2001 | 7/21/1938 | Worker |
| A | Hill | Wayne | 4/26/2001 | 7/16/1953 | Worker |
| A | Hopkins | James | 7/6/1988 | 3/14/1941 | Worker |
| A | Hurlbert, Jr | Ervin | 6/1/1994 | 10/18/1951 | Worker |
| A | Hutton | George | 12/6/2001 | 2/22/1954 | Worker |
| D | Hutton - PRs Lisa Hutton-Woest & Penny Conway | Kenneth | 12/6/1995 | 11/5/1939 | Worker |
| A | Jacobson | James DeWayne | 5/27/1998 | 12/16/1929 | Worker |
| A | Jacobson | Larry | 7/18/2000 | 1/12/1953 | Worker |
| A | Jam | Louis | 5/30/2000 | 12/19/1944 | Worker |
| A | Johnson | Donald | 11/17/2000 | 6/5/1956 | Worker |
| A | Johnson | Orville | 1/1/1993 | 4/6/1938 | Worker |
| D | Johnson - PRs Steven & Donald W. Johnson | Donald | 11/9/1981 | 1/9/1933 | Worker |
| A | Jones | Eugene | 3/19/2004 | 5/4/1926 | Worker |
| D | Kaeding - PR Louise Kaeding | Donald | 5/2/1996 | 9/16/1922 | Worker |
| D | Katarzy - PR Pam Starke | Walter | 8/6/1997 | 8/15/1916 | Worker |
| D | Kelley - PR Claudette Kirschenmann | Merton | 3/1/2000 | 11/25/1937 | Worker |
| D | Kenworthy - PR Patricia Kenworthy | Jack | 4/28/2000 | 1/31/1940 | Worker |
| A | Kilgore | Lucille | 12/27/2000 | 6/5/1949 | Worker |
| | Knopp | Gordon | 5/18/2000 | 1/9/1944 | Worker |
| A | Koester | Clyde | 2/15/2005 | 1/16/1945 | Worker |
| A | Kujawa | Charles | 7/6/2005 | 2/10/1957 | Worker |
| A | Lanman | Robert | 7/9/2003 | 12/18/1956 | Worker |
| A | LeCount | Virgene | 12/17/1998 | 4/4/1946 | Worker |
| A | Leib | John | 8/11/1999 | 9/9/1935 | Worker |
| A | Lucas | Jerome | 11/17/2001 | 1/20/1954 | Worker |
| A | Ludwig | Larry | 8/12/1999 | 8/9/1939 | Worker |
| D | Lyle - PR Glenda Lyle | John | 12/6/1993 | 3/13/1940 | Worker |
| A | Lyle, Jr | Jimmie | 6/12/2001 | 4/17/1938 | Worker |
| A | Mack | Robert | 7/28/1998 | 3/14/1934 | Worker |
| A | Mallory | Alan | 4/7/2000 | 9/7/1945 | Worker |
| A | Mason | Walter | 11/17/1999 | 5/12/1926 | Worker |
| A | Maynard | Thurman | 1/1/1987 | 12/27/1929 | Worker |
| A | McNeff | Timothy | 11/1/2001 | 12/8/1950 | Worker |
| D | McWhirk - PR Phyllis McWhirk | Howard | 3/12/1998 | 10/16/1926 | Worker |
| A | Moles | Lester | 1/13/2000 | 1/11/1944 | Worker |
| A | Moles | Steven | 12/21/1999 | 10/18/1949 | Worker |
| A | Monroe | Dwane | 2/5/2001 | 10/29/1938 | Worker |
| A | Moss | Kenneth | 8/30/2001 | 7/18/1954 | Worker |
| D | Murray - PR Betty Bauer | Thomas | 3/1/1997 | 7/29/1916 | Worker |
| D | Nelson - PR Edd Nelson | Robert | 7/16/1998 | 4/6/1935 | Worker |
| D | Nicholls - PR Marlene Nelson | Alvin | 7/8/2002 | 4/7/1926 | Worker |
| D | Noble - PR Melissa Williams | William | 7/7/1998 | 10/9/1938 | Worker |
| A | Norman, Sr | Michael | 5/9/2001 | 6/5/1953 | Worker |
| A | Norton | Dean | 5/25/2005 | 5/24/1951 | Worker |
| D | Oikle - PR Julie Randles | Gerald | 9/8/1989 | 6/29/1925 | Worker |
| D | Oldham - PR Eva Oldham | George | 5/11/1992 | 5/14/1926 | Worker |
| A | Orr | Herbert | 3/12/1998 | 12/4/1943 | Worker |
| A | Orr | Robert | 11/19/1997 | 12/19/1948 | Worker |

5/28/2008

Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| | | | | | |
|---|---|---|---|---|---|
| A | Parker | Richard | 12/10/1998 | 3/29/1927 | Worker |
| A | Paul | Claude | 8/15/2002 | 10/6/1923 | Worker |
| A | Pennock | Alfred | 4/8/1999 | 12/25/1928 | Worker |
| A | Person | John | 8/13/1997 | 5/11/1939 | Worker |
| A | Petrusha | Robert | 7/17/2001 | 6/13/1925 | Worker |
| D | Post - PR Lois Theonnes | Maurice | 5/6/1999 | 2/12/1931 | Worker |
| A | Preston | Kenneth | 9/14/2000 | 1/7/1942 | Worker |
| A | Racicot | Charles | 4/24/2001 | 3/4/1935 | Worker |
| A | Rantala | Gary | 3/8/2001 | 6/8/1955 | Worker |
| D | Rayome - PR Judy Rayome | Ronald | 7/26/2001 | 7/6/1938 | Worker |
| A | Rice | Leonard | 7/8/1998 | 9/18/1934 | Worker |
| A | Riddle | Clayton | 7/16/1998 | 9/11/1941 | Worker |
| A | Riech | Kenneth | 12/29/1999 | 11/12/1941 | Worker |
| D | Rightmire - PR Donna Knoepfle | Miles "Rusty" | 7/30/1998 | 10/4/1920 | Worker |
| D | Riley - PR Karen Riley | Donald | 8/31/1981 | 5/16/1939 | Worker |
| A | Risley | Stuart Steven | 8/15/2002 | 10/13/1944 | Worker |
| A | Rosling | Michael | 12/5/2001 | 12/15/1952 | Worker |
| A | Rucker, Jr | Joel | 3/15/2001 | 12/23/1951 | Worker |
| D | Ryan - PR Deborah Ryan | Royce | 6/15/1998 | 6/13/1931 | Worker |
| A | Ryan, Sr | Michael | 8/11/2005 | 9/29/1941 | Worker |
| A | Sand | Andy | 5/29/2001 | 9/29/1949 | Worker |
| A | Scauflaire | Claude | 3/13/2001 | 1/19/1951 | Worker |
| A | Schad | Jerome | 10/16/2000 | 1/3/1951 | Worker |
| A | Schnackenberg | John | 1/25/2000 | 7/3/1956 | Worker |
| A | Schnackenberg | Steven | 8/27/2000 | 10/19/1958 | Worker |
| A | Schull | Billie | 8/26/1998 | 11/13/1939 | Worker |
| A | Seay | William | 6/4/2004 | 11/24/1935 | Worker |
| A | Shattuck | George | 3/1/2000 | 2/18/1941 | Worker |
| | Shavlik | Richard | 3/7/2000 | 9/8/1952 | Worker |
| A | Shelton | David | 7/19/2000 | 6/21/1939 | Worker |
| D | Skramstad - PR Norita Skramstad | Lester | 11/13/1995 | 6/6/1936 | Worker |
| A | Smerker | Dennis | 10/27/1997 | 4/14/1944 | Worker |
| A | Smerker | Raymond | 8/25/1997 | 9/28/1954 | Worker |
| A | Smith | Donald | 7/1/1998 | 4/12/1927 | Worker |
| A | Smith | Michael | 11/25/2000 | 9/2/1951 | Worker |
| A | Smith | Ronald | 9/14/1994 | 2/3/1945 | Worker |
| D | Smith - PR Diane Troyer | Rex | 3/11/1987 | 7/14/1921 | Worker |
| D | Spady - PRs Doloris & Stuart Spady | Raymond | 6/28/2002 | 1/12/1929 | Worker |
| A | Spencer | Katherine | 8/18/2000 | 6/13/1928 | Worker |
| A | Spletstoser | Dean | 6/14/1990 | 2/16/1938 | Worker |
| A | Stacy | James | 11/14/2006 | 5/23/1939 | Worker |
| A | Steele | Marvin | 7/17/2001 | 3/21/1939 | Worker |
| A | Stephenson | David | 10/26/2000 | 7/11/1942 | Worker |
| A | Stonehocker | Robert | 3/6/2001 | 10/16/1956 | Worker |
| A | Swennes | Jeffrey | 6/15/1994 | 6/21/1954 | Worker |
| A | Swenson | David | 1/11/2001 | 7/23/1943 | Worker |
| A | Swenson | Gary | 4/27/2000 | 12/4/1936 | Worker |
| A | Tennison | Kathleen | 9/10/1997 | 1/26/1954 | Worker |
| A | Tennison | Rory | 6/30/1997 | 1/3/1949 | Worker |
| A | Thom | Leroy | 7/25/2001 | 11/8/1954 | Worker |
| A | Thomson | Robert | 4/19/2001 | 6/20/1958 | Worker |
| A | Torgison | Walter | 12/9/1999 | 6/12/1956 | Worker |
| A | Trego | Jerald | 11/3/1998 | 6/10/1952 | Worker |
| D | Troyer, Sr - PR Ira Troyer | Ivan | 9/15/1998 | 12/25/1914 | Worker |
| A | Urdahl | Lawrence | 12/3/1998 | 7/18/1934 | Worker |
| A | Urdahl, Jr | Albert | 12/10/2000 | 10/1/1944 | Worker |
| A | Viereck | Richard | 8/23/1990 | 4/29/1945 | Worker |
| A | Vinson | Harvey | 1/3/2001 | 3/24/1940 | Worker |

5/28/2008

Client Sort by Exposure (Community, Family Member, Subcontractor, Worker) CARD patients only

| | | | | | |
|---|---|---|---|---|---|
| D | Vinson - PR Norma Vinson | Verle | 1/10/1997 | 1/31/1925 | Worker |
| A | Volkenand | Jerry | 3/29/2001 | 8/18/1959 | Worker |
| A | Waggener | Ted | 10/19/2000 | 7/9/1924 | Worker |
| A | Warner | Edgar | 3/9/1994 | 12/27/1946 | Worker |
| A | Welch | Charles | 9/25/1996 | 9/19/1935 | Worker |
| A | Wells | David | 3/3/2003 | 7/27/1942 | Worker |
| A | Whitmarsh | Donald | 7/2/1998 | 2/3/1943 | Worker |
| A | Widic | Franklin | 10/3/2000 | 4/8/1949 | Worker |
| D | Wilburn - PR Barbara Wilburn | Harold | 1/1/1986 | 1/6/1917 | Worker |
| A | Wilkes | Robert | 5/6/1996 | 11/26/1924 | Worker |
| D | Wilkes, Sr - PR Mary Wilkes-Sanner | Lawrence | 7/3/1997 | 11/3/1933 | Worker |
| A | Williams | George | 12/29/1998 | 10/21/1947 | Worker |
| A | Wood | Keith | 7/1/2000 | 11/20/1945 | Worker |
| A | Wright | Gerald | 7/3/1996 | 7/28/1947 | Worker |
| A | Wright | Paul | 5/28/1996 | 2/2/1944 | Worker |
| D | Wright - PR Margaret Wright | Andrew | 5/1/1996 | 5/31/1922 | Worker |