Dead in 123 patients – Whitehouse (2004)

| DrW# | Initials | Name | Sex | DOB: | DOD: | Asbestos disease significant in death? | Dx Date | Age at Dx | Lived w/ ARD for yrs? | Age at Death | Life Expect. at Dx | L.E. years | Loss of years of life |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VRV | VERLE R VINSON | M | 1/31/1925 | 12/3/2006 | Yes | 1/10/1997 | 72 | 9 | 81 | 84.2 | 12.2 | 3.2 |
| 14 | LGD | LARRY G DAVIS | M | 8/11/1943 | 8/5/2006 | No | 11/17/1997 | 54 | 9 | 63 | 79.4 | 25.4 | - |
| 23 | MHR | MILES H RIGHTMIRE | M | 10/4/1920 | 9/2/2000 | Yes | 7/30/1998 | 78 | 2 | 80 | 86.9 | 8.9 | 6.9 |
| 28 | RDN | ROBERT D NELSON | M | 4/6/1935 | 6/9/2005 | Yes | 7/16/1998 | 63 | 7 | 70 | 81.3 | 18.3 | 11.3 |
| 33 | DLD | DONALD L DESHAZER | M | 11/15/1930 | 10/3/2001 | Yes | 7/13/1989 | 59 | 12 | 71 | 80.3 | 21.3 | 9.3 |
| 38 | RRS | RODNEY R SMITH | M | 7/15/1948 | 6/27/2003 | Yes | 4/8/1999 | 51 | 4 | 55 | 78.9 | 27.9 | 23.9 |
| 39 | WRT | WAYNE R TELLESCH | M | 7/14/1933 | 1/12/2002 | Yes | 9/14/2000 | 67 | 2 | 69 | 82.5 | 15.5 | 13.5 |
| 42 | EEE | EDDIE E EGGERS | M | 2/20/1949 | 8/26/2006 | DrW yes, no DC yet | 1/5/1999 | 50 | 7 | 57 | 78.8 | 28.8 | 21.8 |
| 43 | GO | GERALD OIKLE | M | 6/29/1925 | 6/14/2002 | Yes | 9/8/1989 | 64 | 13 | 77 | 81.6 | 17.6 | 4.6 |
| 48 | JOD | JACK O DESHAZER | M | 5/26/1921 | 8/3/2002 | Yes | 7/7/1997 | 76 | 5 | 81 | 86.0 | 10.0 | 5.0 |
| 51 | DMK | DONALD M KAEDING | M | 9/16/1922 | 1/30/2002 | Yes | 5/2/1996 | 74 | 6 | 80 | 85.1 | 11.1 | 5.1 |
| 62 | RGD | RICHARD G DAVIDSON | M | 4/9/1934 | 12/21/2000 | Yes | 9/21/1998 | 64 | 2 | 66 | 81.6 | 17.6 | 15.6 |
| 63 | WJH | WILLIAM J HAGERTY | M | 7/9/1909 | 6/26/2005 | Yes | 2/16/1999 | 90 | 6 | 96 | 94.3 | 4.3 | -1.7 |
| 64 | DGS | DANIEL GARRISON | M | 8/6/1931 | 8/7/2000 | Yes | 7/29/1998 | 67 | 2 | 69 | 82.5 | 15.5 | 13.5 |
| 67 | WSJ | WILLIAM S JOHNSTON | M | 10/17/1929 | 12/30/2004 | No | 3/30/1999 | 70 | 5 | 75 | 83.5 | 13.5 | - |
| 80 | IWT | IVAN W TROYER | M | 12/25/1914 | 8/26/2007 | DrW yes, no DC yet | 9/15/1998 | 84 | 9 | 93 | 90.3 | 6.3 | -2.7 |
| 83 | WJB | WILLIAM J BADGLEY | M | 3/6/1918 | 9/25/2001 | Yes | 1/1/1996 | 78 | 5 | 83 | 86.9 | 8.9 | 3.9 |
| 92 | AMD | ALFRED M DICKERMAN | M | 11/6/1920 | 9/9/2003 | Yes | 4/13/2000 | 80 | 3 | 83 | 88.0 | 8.0 | 5.0 |
| 94 | DAR | DONALD A RILEY | M | 5/19/1939 | 2/26/1997 | Yes | 8/31/1981 | 42 | 16 | 58 | 77.8 | 35.8 | 19.8 |
| 95 | EAG | EDWARD A GASTON | M | 9/11/1927 | 7/8/2003 | Yes | 7/15/1998 | 71 | 5 | 76 | 83.9 | 12.9 | 7.9 |
| 109 | RHS | RAYMOND H SIEFKE | M | 10/30/1921 | 7/12/2002 | No | 1/19/1999 | 78 | 3 | 81 | 86.9 | 8.9 | - |
| 116 | JVR | JAMES V RACICOT | M | 3/4/1935 | 12/30/2006 | DrW yes, no DC yet | 9/28/2000 | 65 | 6 | 71 | 81.9 | 16.9 | 10.9 |
| 117 | RR | ROYCE RYAN | M | 6/13/1931 | 5/11/2004 | Yes | 6/15/1998 | 67 | 6 | 73 | 82.5 | 15.5 | 9.5 |
| 119 | REW | ROBERT E WILKINS | M | 1/22/1927 | 11/10/2002 | DrW yes, no DC yet | 7/23/1998 | 71 | 4 | 75 | 83.9 | 12.9 | 8.9 |
| 120 | DAJ | DONALD A JOHNSON | M | 1/9/1933 | 7/30/1998 | Yes | 11/9/1981 | 48 | 17 | 65 | 78.5 | 30.5 | 13.5 |
| 123 | AJW | ANDREW J WRIGHT | M | 5/31/1922 | 5/13/2001 | Yes | 5/1/1996 | 74 | 5 | 79 | 85.1 | 11.1 | 6.1 |
| **NON-CLIENTS:** | | | | | | | | | | | | | |
| 50 | RK | RK (non-client) | M | 4/30/1932 | 3/4/2006 | Yes per DrW (dx date not exact) | 6/1/1989 | 57 | 17 | 74 | 79.9 | 22.9 | 5.9 |
| 121 | HRN | HRN (non-client) | M | 5/15/1928 | 12/10/1990 | Yes per DrW (dx date not exact) | 6/1/1983 | 55 | 7 | 62 | 79.6 | 24.6 | 17.6 |
| | | | | | | | | | | | | *average loss= | 9.5 |
| 28 Total Deceased | | | | | | | | | | | | | |

*average loss of life expectancy = 9.5 years (based on "Future Damage Calculator" extracted from National Center for Health Statistics. Airas, Elizabeth Ph.D. United States Life Tables, 2003. National Vital Statistics Reports; vol 54. Hyattsville, Maryland: National Center for Health Statistics, 2006. Bureau of the Census, Demographic Statistical Methods Division life tables.)

EXHIBIT 5

2a

| CASE # | TYPE OF PROGRESSION | DOB | Type * | Exposure history | Smoking History | Period of loss | FVC BEFORE |
|---|---|---|---|---|---|---|---|
| 1/RM | PLEURAL WITH EFFUSION | ^1934 | M | miner WRG 59-90 | quit 1971 | 2002-2006 | 3.49 |
| 2/HC | PLEURAL W/O EFFUSION | ^1929 | E | Lived Libby lifelong /lumber mill | quit 1995 | 2002-2005 | 3.52 |
| 3/WC | INTERSTITIAL DISEASE | ^1960 | F | Lived Libby 62-75 Step father WRG | quit 2001/ 15 py | 2003-2005 | 3.28 |
| 4/RM | PLEURAL W/O EFFUSION | ^1951 | E | Lifelong resident | none | 2001-2006 | 6.32 |
| 5/LH | PLEURAL AND INTERSTITIAL | ^1952 | E | Resident Libby 52-85 | none | 2004-2006 | 4.97 |
| 6/KM | PLEURAL W/O EFFUSION | ^1954 | M | miner WRG 73-78 | none | 2002-2005 | 3.78 |
| 7/JS | PLEURAL W/O EFFUSION | ^1954 | M | miner WRG 74-93 | none | 1995-2000 | 4.74 |
| 8/LK | PLEURAL W/O EFFUSION | ^1947 | M | Worked for WRG logging/brakes | Smokes 5 cig/d | 2001-2005 | 3.99 |
| 9/CH | PLEURAL WITH EFFUSION | ^1927 | E | Libby resident 1961-present | quit 1996 | 2002-2006 | 3.08 |
| 10/FC | PLEURAL W/O EFFUSION | ^1923 | M | Logger 31 years/ Libby Resident | quit 1960 | 1994-2000 | |
| 11/AD | PLEURAL W/O EFFUSION | ^1920 | M | miner WRG 1967-1983 | never | 1999-2000 | 1.38 |
| 12/AW | PLEURAL W/O EFFUSION | ^1922 | M | miner WRG-1957-1963 | quit 1952 | 1996-1999 | 1.96 |
| 13/DA | PLEURAL AND INTERSTITIAL | ^1937 | F | father worked WRG/logger | quit 1970 | 2001-3002 | 3.65 |
| 14/JD | PLEURAL W/O EFFUSION | ^1921 | M | miner WRG 1947-1957 | quit 1957 | 1997-1999 | 3.62 |
| 15/WT | PLEURAL W/O EFFUSION | ^1953 | M | miner WRG 74-90 | none | 1999-2006 | 4.53 |
| 17/AS | PLEURAL W/O EFFUSION | ^1942 | E | Libby teacher 69-present | 6 mos in 1961 | 2005-2006 | 4.38 |
| 19/RF | PLEURAL W/O EFFUSION | ^1924 | M | miner WRG 58-86/ Lumber Mill 47-57 | 45-72 1 ppd | 2005-2007 | 4.64 |
| 22/WW | PLEURAL WITH EFFUSION | ^1926 | M | WRG Miner 1947-49 | 1955-1958 | 2004-2008 | 3.42 |

\* M=miner, F= family, E= environmental


EXHIBIT

| FVC AFTER | FEV1 BEFORE | FEV1 AFTER | DLCO BEFORE | DLCO AFTER | Date of Death |
|---|---|---|---|---|---|
| 1.13 | 2.48 | 0.83 | 17.94 | 8.60 | |
| 2.02 | 1.79 | 1.15 | 24.22 | 7.54 | |
| 2.23 | 2.82 | 1.84 | 17.57 | 11.42 | |
| 3.28 | 4.03 | 2.87 | 41.70 | 28.00 | |
| 1.88 | 3.94 | 1.5 | 32.20 | XX | |
| 3.17 | 3.01 | 2.67 | 29.92 | 22.33 | |
| 3.37 | 3.8 | 2.83 | 33.1 | 30.48 | |
| 2.63 | 3.11 | 2.33 | 20.42 | 18.62 | |
| 2.50 | 2.12 | 1.74 | 21.42 | 16.03 | |
| 1.78 | | 0.99 | | | 2001 |
| 1.28 | 1.32 | 0.78 | 8.89 | 5.94 | 2003 |
| 1.65 | 1.72 | 1.53 | 18.2 | 14.3 (1997) | 2000 |
| 3.34 | 2.53 | 2.31 | 25.46 | 18.82 | 2003 |
| 3.37 | 1.97 | 1.71 | 19.00 | 18.24 | 2003 |
| 3.53 | 2.91 | 2.57 | 38.70 | 30.67 | |
| 3.34 | 3.52 | 2.61 | 25.13 | 20.42 | |
| 3.69 | 2.49 | 1.87 | 21.87 | 14.32 | |
| 2.41 | 2.85 | 2.3 | 21.68 | 9.87 | |

| CASES # | NAME | DATE | FVC | % | FEV1 | % | DLCO | % |
|---|---|---|---|---|---|---|---|---|
| 1 | ROBERT MACK | 04/04/2000 | 3.58 | 84 | 2.63 | 78 | 24.38 | 90 |
| | | 11/13/2001 | 3.34 | 79 | 2.43 | 72 | 20.12 | 75 |
| | | 07/23/2002 | 3.49 | 83 | 2.48 | 74 | 17.94 | 67 |
| | | 04/22/2004 | 2.67 | 65 | 1.91 | 60 | 19.84 | 76 |
| | | 03/15/2005 | 2.01 | 52 | 1.44 | 47 | 8.74 | 34 |
| | | 06/05/2006 | 1.13 | 35 | 0.83 | 27 | 8.6 | 34 |
| 2 | HC | 01/28/2002 | 3.52 | 106 | 1.79 | 68 | 24.22 | 63 |
| | | 07/07/2004 | 3.05 | 93 | 1.71 | 67 | 13.5 | 57 |
| | | 05/11/2005 | 2.06 | 63 | 1.15 | 45 | 7.54 | 32 |
| 3 | WENDY CHALLINOR | 03/14/2002 | 3.16 | 98 | 2.64 | 97 | 18.14 | 78 |
| | | 03/19/2003 | 3.28 | 102 | 2.82 | 104 | 17.57 | 75 |
| | | 12/17/2003 | | | | | 15.32 | 66 |
| | | 03/15/2004 | 3.02 | 95 | 2.52 | 94 | 13.22 | 57 |
| | | 10/10/2005 | 2.23 | 68 | 1.84 | 67 | 11.42 | 50 |
| | | 10/30/2006 | 2.38 | 76 | 1.82 | 69 | 9.63 | 42 |
| 4 | RON MASTERS | 04/13/2001 | 6.32 | 142 | 4.03 | 111 | 41.7 | 139 |
| | | 03/29/2002 | 4.57 | 106 | 4.14 | 115 | 38.6 | 129 |
| | | 04/08/2003 | 4.40 | 103 | 3.77 | 108 | 31.8 | 107 |
| | | 09/08/2003 | 3.89 | 92 | 3.49 | 101 | 29.85 | 101 |
| | | 05/15/2006 | 3.28 | 78 | 2.87 | 85 | 28.0 | 90 |
| 5 | LARRY HILL | 06/23/2004 | 4.97 | 116 | 3.94 | 113 | 32.2 | 109 |
| | | 06/14/2005 | 3.17 | 75 | 2.54 | 73 | 26.7 | 91 |
| | | 03/27/2006 | 2.47 | 59 | 2.18 | 64 | 28.8 | 99 |
| | | 05/08/2006 | 1.79 | 42 | 1.64 | 48 | CAN'T | |
| | | 06/13/2006 | 1.88 | 44 | 1.50 | 44 | DO | |
| 6 | KEN MOSS | 08/30/2001 | 4.05 | 92 | 3.14 | 87 | 31.47 | 103 |
| | | 10/22/2002 | 3.78 | 87 | 3.01 | 84 | 29.92 | 99 |
| | | 03/24/2003 | 3.55 | 81 | 3.01 | 84 | 26.1 | 86 |
| | | 03/15/2004 | 3.54 | 81 | 2.89 | 81 | 23.64 | 78 |
| | | 04/18/2005 | 3.17 | 72 | 2.67 | 74 | 22.33 | 76 |