| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | JEFF SWENNES | 12/14/1995 | 4.74 | 98 | 3.80 | 98 | 33.1 | 111 |
| | | 11/17/1998 | 4.13 | 88 | 3.49 | 90 | 37.31 | 118 |
| | | 08/04/1999 | 3.83 | 83 | 3.12 | 82 | 30.38 | 97 |
| | | 03/01/2000 | 3.37 | 69 | 2.83 | 71 | 30.48 | 96 |
| 8 | LONNIE KELLEY | 08/31/2001 | 3.99 | 106 | 3.11 | 102 | 20.42 | 73 |
| | | 02/03/2003 | 3.57 | 96 | 2.67 | 88 | 18.12 | 65 |
| | | 05/28/2003 | 3.78 | 102 | 3.04 | 101 | 17.71 | 64 |
| | | 07/21/2004 | 2.95 | 80 | 2.76 | 93 | 18.84 | 69 |
| | | 06/28/2005 | 2.63 | 72 | 2.33 | 79 | 18.62 | 68 |
| | | 12/19/2005 | 2.79 | 77 | 2.50 | 85 | 16.06 | 59 |
| 9 | CLINTON HAGEN | 10/06/2001 | 3.41 | 104% | 2.42 | 95% | 22.82 | 96% |
| | | 11/04/2002 | 3.08 | 95 | 2.12 | 84 | 21.42 | 91 |
| | | 11/17/2003 | 2.72 | 85 | 1.96 | 79 | 15.53 | 67 |
| | | 09/20/2004 | 2.96 | 90 | 2.15 | 84 | 20.46 | 88 |
| | | 05/17/2005 | 2.78 | 85 | 1.86 | 73 | 17.51 | 75 |
| | | 12/12/2005 | 2.5 | 77 | 1.74 | 69 | 16.03 | 70 |
| | | 07/10/2006 | 2.65 | 81 | 1.81 | 72 | 16.75 | 73 |
| 10 | BRUCE COLE | 08/16/2000 | 1.78 | 57 | 0.99 | 41 | | |
| 11 | AL DICKERMAN | 04/03/2000 | 1.38 | 44 | 1.32 | 55 | 8.89 | 39 |
| | | 10/10/2000 | 1.28 | 41 | 0.78 | 32 | 5.94 | 26 |
| 12 | ANDREW WRIGHT | 06/25/1990 | 4.26 | 89 | 2.67 | 88 | | |
| | | 10/07/1996 | 1.96 | 50 | 1.72 | 57 | 18.2 | 81 |
| | | 04/22/1997 | 1.74 | 39 | 1.56 | 45 | 14.3 | 63 |
| | | 09/28/1999 | 1.65 | 35 | 1.53 | 41 | | |
| 13 | DEAN ATKINS | 08/13/2001 | 3.65 | 99 | 2.53 | 86 | 25.46 | 97 |
| | | 09/05/2002 | 3.59 | 98 | 2.36 | 81 | 21.78 | 84 |
| | | 06/16/2003 | 3.34 | 80 | 2.31 | 71 | 18.52 | 71 |
| 14 | JACK DESHAZER | 07/07/1997 | 3.62 | 107 | 1.97 | 76 | 19.00 | 108 |
| | | 03/30/1999 | 3.37 | 96 | 1.71 | 63 | 18.24 | 77 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | WALT TORGISON | 12/09/1999 | 4.53 | 92 | 2.91 | 72 | 38.7 | 120 |
| | | 12/05/2000 | 4.21 | 82 | 2.74 | 65 | 33.9 | 104 |
| | | 07/09/2003 | 4.18 | 83 | 2.66 | 65 | 31.6 | 99 |
| | | 11/12/2003 | 4.07 | 81 | 2.57 | 63 | 31.14 | 98 |
| | | 06/21/2004 | 3.75 | 65 | 2.46 | 60 | 30.48 | 96 |
| | | 04/10/2006 | 3.53 | ? | 2.57 | 65 | 30.67 | 98 |
| 17 | ART SCHAUER | 06/23/2003 | 4.26 | 104 | ^3.57 | 109 | 26.55 | 96 |
| | | 08/30/2004 | 4.44 | 109 | 3.60 | 111 | 30.5 | 112 |
| | | 09/06/2005 | 4.38 | 109 | 3.52 | 109 | 25.13 | 93 |
| | | ^10/31/2006 | 3.34 | 84 | 2.61 | 82 | 20.42 | 76 |
| 19 | RUBEN FELLENBURG | 04/01/1999 | 2.65 | 66 | 1.93 | 62 | 16.81 | 67 |
| | | 12/02/1999 | 2.33 | 58 | 1.67 | 54 | 16.63 | 67 |
| | | 10/05/2000 | 2.03 | 54 | 1.47 | 50 | 15.30 | 63 |
| | | 05/07/2001 | 1.97 | 53 | 1.48 | 51 | 14.61 | 61 |
| 22 | W W | 11/14/2004 | 3.42 | 90 | 2.85 | 97 | 21.68 | 90 |
| | | 12/27/2005 | 3.47 | 92 | 2.66 | 91 | 18.51 | 80 |
| | | 01/17/2007 | | | | | 8.8 | 37 |
| | | 01/02/2008 | 2.41 | 65 | 2.3 | 80 | 9.87 | 42 |

## SUMMARY OF MORTALITY STUDY DISEASE PERCENTAGES
### Significant Contributing Factor Analysis (as of 7/9/08)

| Death Due to Asbestos Disease? [1] | Mine-Worker [2] | Family Member | Community [4] | Total | Percentage of Total |
|---|---|---|---|---|---|
| YES | 37 | 18 | 55 * | 110 | 59% |
| NO | 17 | 6 | 53 | 76 | 41% |
| Total | 54 | 24 | 108 | 186 | 100% |

| Asbestos Disease?  "Yes" per Best Available Information Review: | Mine-Worker [2] | Family Member | Community [4] | Total | Percentage of Yes/No |
|---|---|---|---|---|---|
| Mesothelioma | 5 | 0 | 2 | 7 | 4% |
| Lung Cancer | 3 | 4 | 12 | 19 | 10% |
| Asbestosis (includes ARPD) [5] | 29 | 14 | 33 | 76 | 41% |
| Other Asb Related Cancer [3] | 0 | 2 | 6 | 8 | 4% |
| Total for all asbestos related diseases | 37 | 20 | 53 | 110 | 59% |

| Asbestos Disease "Yes" Per Death Certificate [6]: | Mine-Worker [2] | Family Member | Community [4] | Total | Percentage of Yes/No |
|---|---|---|---|---|---|
| Mesothelioma | 5 | 0 | 2 | 7 | 4% |
| Lung Cancer | 2 | 3 | 11 | 16 | 9% |
| Asbestosis (includes ARPD) [5] | 23 | 8 | 20 | 51 | 27% |
| Other Asb Related Cancer [3] | 0 | 2 | 4 | 6 | 3% |
| Total for all asbestos related diseases | 30 | 13 | 37 | 80 | 43% |

[1] Asbestos disease was at least a significant contributing factor in the death

[2] "Mineworker" includes subcontracted employees

[3] Includes laryngeal and GI cancers (esophageal, stomach, colon, rectum) per Selikoff and Seidman (1992)

[4] "Community" means those who are not mineworkers or family members of mineworkers.

* "Community" includes 24 undetermined as to family member or community status

[5] "ARPD" asbestos related pleural disease

[6] On the death certificate, any mention of asbestos disease as a contributing factor in the death is considered as an asbestos disease death, per Sullivan (2007).

Exhibit 7                                                                                   5/11/2009



EXHIBIT
7

## SUMMARY OF MORTALITY STUDY DISEASE PERCENTAGES
### Primary Cause Analysis (as of 7/9/08)

| Death Due to Asbestos Disease? [1] | Mine-Worker [2] | Family Member | Community [4] | Total | Percentage of Total |
|---|---|---|---|---|---|
| YES | 33 | 18 | 45 * | 96 | 52% |
| NO | 24 | 7 | 59 | 90 | 48% |
| Total | 57 | 25 | 104 | 186 | 100% |

| Asbestos Disease? "Yes" per Best Available Information Review: [1] | Mine-Worker [2] | Family Member | Community [4] | Total | Percentage of Yes/No |
|---|---|---|---|---|---|
| Mesothelioma | 5 | 0 | 2 | 7 | 4% |
| Lung Cancer | 3 | 4 | 12 | 19 | 10% |
| Asbestosis (includes ARPD) [5] | 25 | 12 | 25 | 62 | 33% |
| Other Asb Related Cancer [3] | 0 | 2 | 6 | 8 | 4% |
| Total for all asbestos related diseases | 33 | 18 | 45 | 96 | 52% |

| Asbestos Disease "Yes" Per Death Certificate [6]: | Mine-Worker [2] | Family Member | Community [4] | Total | Percentage of Yes/No |
|---|---|---|---|---|---|
| Mesothelioma | 5 | 0 | 2 | 7 | 4% |
| Lung Cancer | 2 | 3 | 11 | 16 | 9% |
| Asbestosis (includes ARPD) [5] | 17 | 7 | 15 | 39 | 21% |
| Other Asb Related Cancer [3] | 0 | 2 | 4 | 6 | 3% |
| Total for all asbestos related diseases | 24 | 12 | 32 | 68 | 37% |

[1] Asbestos disease was the primary cause of death per best available information review.
[2] "Mineworker" includes subcontracted employees
[3] Includes laryngeal and GI cancers (esophageal, stomach, colon, rectum) per Selikoff and Seidman (1992)
[4] "Community" means those who are not mineworkers or family members of mineworkers.
* "Community" includes 21 undetermined as to family member or community status
[5] "ARPD" asbestos related pleural disease
[6] On the death certificate, underlying cause was used, per Selikoff and Seidman (1991).

Exhibit 7a                                                                   5/11/2009

EXHIBIT

7a

Libby Claimants On Oxygen (CARD patients only)          5/28/2008

| Last Name | First Name | DiagDate | Filed | Served |
|---|---|---|---|---|
| Arlt | Lloyd | 8/11/2000 | | |
| Atchley | Edward | 4/5/2001 | | |
| Bache | Frank | 4/26/2001 | | |
| Baeth | Kenneth | 10/29/1997 | 9/10/1949 | 5/1/1950 |
| Baeth | Katherine | 2/17/2004 | | |
| Baker | Darryn | 7/24/2000 | | |
| Benefield | Donald | 1/8/2001 | | |
| Benoit | Edward | 8/26/1998 | 10/17/1974 | 10/1/1987 |
| Breeding | Charles | 8/28/2001 | | |
| Busby | Dan | 11/8/2001 | | |
| Carvey | Steven | 10/30/2000 | | |
| Challinor | Wendy | 2/20/2001 | | |
| Chapman | George | 7/22/1998 | 3/30/1974 | 3/29/1976 |
| DeShazer | Daniel | 4/18/2001 | | |
| Dickerman-Auge | Lois | 8/1/2001 | | |
| Dutton | Merritt | 9/14/2000 | | |
| Edwards | Robert | 9/27/2001 | | |
| Emett | Leonard | 12/4/2000 | | |
| Erickson | Richard | 7/17/2001 | | |
| Farmer | Arthur | 5/1/2001 | | |
| Fellenberg | Ruben | 3/21/1985 | 6/5/1958 | 7/29/1986 |
| Ferch | Warren Dean | 6/29/2000 | 7/23/1974 | 1/1/1990 |
| Fore | Bill | 9/15/1999 | 12/14/1973 | 1/1/1991 |
| Freebury | Danny | 10/24/2001 | | |
| Gardiner | Blake | 3/14/2001 | | |
| Haefele | Marvin | 8/15/2005 | | |
| Halsey | Hazel | 3/18/1999 | | |
| Hill | Larry | 12/27/2000 | | |
| Hodges | Donald | 4/18/2002 | | |
| Jacobson | Larry | 7/18/2000 | 8/16/1974 | 7/16/1976 |

EXHIBIT 8