Libby Claimants with FVC, TLC, or DLCO <60 (CARD patients only)     5/28/2008

| | LastName | FirstName | DoBdate | PFt date | TLC | FVC | DLCO | |
|---|---|---|---|---|---|---|---|---|
| | Paul | Claude | 8/15/2002 | 1/31/06 crapo | 64 | 67 | 33 | A |
| | Peck | Jon | 9/13/2006 | 9/12/06 crapo | 85 | 71 | 56 | A |
| A | Perley | Edward | 6/4/2001 | 11/28/06 crapo | 109 | 75 | 53 | A |
| A | Post | Dorothy | 3/17/2005 | 6/25/07 | 106 | 75 | 51 | A |
| D | Post - PR Dorothy Post | Ernest | 4/7/2004 | 6/25/07 | 75 | 97 | 46 | A |
| A | Powell | William | 11/2/2000 | 8/15/06 crapo | 79 | 71 | 54 | A |
| D | Powell - PR Donald Powell, Jr. | Donald | 1/26/2005 | 1/26/05 | 109 | 93 | 43 | A |
| A | Priest | Alice | 3/24/1999 | 9/18/06 crapo | 174 | 82 | 19 | A |
| D | Rayome - PR Judy Rayome | Ronald | 7/26/2001 | 6/17/03 | 132 | 34 | 7 | A |
| A | Riley | Vernon | 9/10/2001 | 9/18/06 crapo | 77 | 62 | 46 | A |
| D | Riley - PR Karen Riley | Donald | 8/31/1981 | 11/12/96 | 42 | 41 | 55 | A |
| A | Ringsbye | Janice | 5/11/2004 | 8/24/06 crapo | 87 | 47 | 29 | A |
| A | Ryan | Judith | 8/11/2005 | 8/26/05 | 133 | 69 | 41 | A |
| D | Ryan - PR Deborah Ryan | Royce | 6/15/1998 | 4/25/00 | 62 | 71 | 44 | A, Colon CA |
| A | Ryan, Sr | Michael | 8/11/2005 | 8/26/05 | 88 | 39 | | A |
| A | Schauss | Guenther | 3/27/2001 | 8/13/07 | | 54 | 56 | A |
| A | Schull | Billie | 8/26/1998 | 7/23/07 | 70 | 65 | 58 | A |
| A | Shaffer | Donald | 2/2/2005 | 2/28/06 | | 51 | | A |
| | Shea - PR ?? | Lois | 4/2/2001 | 8/11/05 crapo | 55 | 47 | 28 | A |
| | Shiflett | William | 8/24/2000 | 11/1/06 crapo | 109 | 110 | 19 | A |
| A | Shriner | Donna | 2/28/2002 | 5/14/07 | 102 | 100 | 43 | A |
| A | Sichting | Roberta | 1/16/2004 | 2/21/07 | 80 | 63 | 59 | A |
| A | Skramstad | Norita | 3/10/1999 | 5/24/07 | 89 | 63 | 57 | A |
| A | Skranak | Lois | 1/26/2006 | 2/7/07 | 88 | 63 | 51 | A, LC |
| A | Smith | Opal | 8/27/1998 | 9/20/05 | 96 | 58 | 56 | A |
| A | Smith | Donald | 7/1/1998 | 12/11/07 | 85 | 89 | 57 | A |
| A | Smith | Bennie | 9/11/2002 | 9/12/06 crapo | 95 | 100 | 54 | A |
| A | Solem | John | 10/12/2000 | 9/25/06 crapo | 93 | 74 | 47 | A |
| D | Spady - PRs Doloris & Stuart Spady | Raymond | 6/28/2002 | 7/31/01 | | 58 | | A |
| A | Spencer | Katherine | 8/18/2000 | 11/8/04 | 71 | 66 | 37 | A |
| A | Spencer | Forrest | 1/1/1999 | 10/9/06 crapo | 194 | 73 | 57 | A |
| A | Spletstoser | Dean | 6/14/1990 | 8/30/06 crapo | | 66 | 44 | A |
| A | Stacy | Lois | 11/14/2006 | 11/14/06 crapo | 95 | 99 | 21 | A |
| D | Stacy - PR Douglas Stacy | Beryl | 8/28/2001 | 2/21/02 | 70 | 61 | 57 | A, LC |
| A | Stacy, Sr | Donald | 2/21/2001 | 11/2/06 crapo | 92 | 72 | 57 | A |
| D | Stapley - PR ?? | Kenneth | 8/20/2001 | 2/9/05 | 99 | 104 | 46 | A |
| A | Swenson | David | 1/11/2001 | 1/3/07 | 90 | 96 | 53 | A |
| | Taylor-Regjovich | Shirley | 2/11/2003 | 8/14/07 | | 72 | 22 | A |
| A | Templin, Sr | Jack | 12/13/1994 | 2/7/07 | 122 | 94 | 46 | A |

Libby Claimants with FVC, TLC, or DLCO <60 (CARD patients only)                5/28/2008

| AD | LastName | FirstName | DiagDate | PFT Date | TLC | FVC | DLCO | TX |
|---|---|---|---|---|---|---|---|---|
| A | Thomson | Eva | 5/1/2001 | 12/21/05 crapo | 112 | 101 | 52 | A |
| A | Troyer | A. Diane | 2/11/2004 | 8/14/06 crapo | 69 | 56 | 51 | A |
| A | Ueland | Joanna | 12/19/2006 | 12/19/06 | 117 | 68 | 58 | A |
| D | Urdahl - PR John Urdahl, Jr. | John | 5/28/1999 | 12/28/04 | 105 | 103 | 45 | A |
| A | Vinson | Kay | 5/13/2002 | 3/8/06 crapo | 90 | 57 | 39 | A |
| D | Vinson - PR Norma Vinson | Verle | 1/10/1997 | 9/13/05 | 86 | 86 | 31 | A |
| A | Wade | Charlotte | 7/7/1997 | 3/20/07 | 114 | 79 | 41 | A |
| A | Warner | Edgar | 3/9/1994 | 5/21/07 | 76 | 92 | 55 | A |
| A | Watkins | Bradley | 5/25/2000 | 6/16/06 crapo | 67 | 51 | 54 | A |
| A | Wilburn | Barbara | 8/7/2001 | 4/6/05 | 116 | 63 | 44 | A |
| D | Wilburn - PR Barbara Wilburn | Harold | 1/1/1986 | 3/31/04 | 75 | 99 | 57 | A |
| A | Wilkes | Robert | 5/6/1996 | 2/9/05 | 70 | 58 | 36 | A |
| A | Wray | Brian | 4/17/2001 | 4/16/07 | 68 | 49 | 38 | A |
| D | Wright - PR Margaret Wright | Andrew | 5/1/1996 | 9/26/00 | 53 | 35 | 63 | A |
| A | Young | Angela | 8/2/2001 | 2/23/06 crapo | 89 | 80 | 51 | A |

Mesothelioma Cases with Exposure to Libby Asbestos as a significant factor (Alpha Order)

| | Name | Dates of Work at Grace | Exp Cat | Libby Residence | Law Firm | DOB | Death Certificate | Path | Verified | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Baker, Morland | 1/29/47 - 9/12/49 | Worker | | | 7/27/27 | 5/27/82 meso | | Yes | Los Angeles, CA |
| 2 | Bentley, George W.(?) | 11/13/53 - 2/15/54 | Worker | | | 4/20/07 | No record | | No | |
| 2 | Bentley, Jr., George W.(?) | 5/19/67 - 8/13/76 | Worker | | | 6/18/40 | No record | | | |
| 3 | Calkins, John B. | 1/31/52 - 10/15/58 | Worker | | | 3/9/21 | 11/17/92 meso | | Yes | Wauwatosa, WI |
| 4 | Chappel, Harold T. | 6/20/58 - 7/27/62 (Lumbermill 63-68) | Worker | 58-68 | Worthington | 7/17/36 | Alive | 5/18/07 | Yes | |
| 5 | Davidson, James E. Depo Date: 6/9/05 | 6/12/53 - 10/23/53 (Lumbermill 54-92) | Worker | 34-06 | LSK | 12/31/34 | 7/7/06 meso | 10/17/03 | Yes | Libby, MT |
| 6 | Faris, George R. | environmental (Lumbermill 53-85) | Community | 53-94 | MHSM | 8/29/23 | 8/9/96 meso | | Yes | Colorado Springs, CO |
| 7 | Ferguson, Gordon A. | 6/17/42 - 5/31/46 | Worker | | | 8/9/23 | 3/26/04 presumed meso | | Yes | Spokane, WA |
| 8 | Flatt, Marvin A. | family member | Family Member | 41-59 | MHSM | 1/1/41 | Alive | 9/6/06 | Yes | |
| 9 | Garrison, Sr., Daniel | 12/6/56 - 1/23/57 (Lumbermill 51-52) | Worker | 31-38, 40-00 | LSK | 8/6/31 | 8/7/00 meso | 3/1/00 | Yes | Troy, MT |
| 10 | Gerard, Carol A. | environmental | Community | 68-85 | MHSM | 1/7/47 | 5/23/03 meso | 9/12/00, 5/23/03 | Yes | West Valley City, UT |
| 11 | Graham, Robert L. Depo Date: 9/4/97, 9/5/97 | 8/22/62 - 2/16/90 | Worker | 62-98 | MHSM | 11/5/27 | 1/9/98 meso | 2/19/97 | Yes | Libby, MT |
| 12 | Hansen, David L. | 10/17/51 - 6/16/56 (Lumbermill 58-59) | Worker | 51-56, 58-59, 86-87 | MHSM | 11/23/24 | 5/26/07 meso | 5/22/07 | Yes | Kooskia, ID |
| 13 | Harrison, Jack E. | environmental | Community | summers 80-86 | MHSM | 4/30/24 | 6/2/95 meso | 6/27/05 Clifford ltr | Yes | Lakewood, CO |
| 14 | Hutton, Jack | 9/12/62 - 9/24/62 | Worker | | | 1/21/34 | No record | | No | |

EXH 6

1

12/16/2008

| | Name | Dates of Work at Grace | Exp Cat | Libby Residence | Law Firm | DOB | Death Certificate | Path | Verified | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Johnson, Ronald B. | 5/5/60 - 9/10/76 | Worker | | | 10/29/12 | 3/19/87 meso | | Yes | Spokane, WA |
| 16 | Kimble, Jr., Hord M. | 9/4/62 - 6/21/65 | Worker | | | 9/11/31 | 4/12/84 meso | | Yes | Butler, KY |
| 17 | Lockwood, Darrell W. | 6/29/74 - 4/26/84 | Worker | | LSK | 10/20/28 | 12/3/91 meso | 9/5/90 | Yes | Troy, MT |
| 18 | Lyle, John B. | 11/9/67 - 10/93 (Lumbermill 59-60) | Worker | 44-60, 65-01 | MHSM | 3/13/40 | 1/16/01 meso | 6/10/99 | Yes | Troy, MT |
| 19 | McNair, Michael S. | 2/1/43 - 3/31/75 | Worker | | | 3/15/13 | 5/8/83 possible meso | 4/5/83 | Yes | Libby, MT |
| 20 | Nicholls, Alvin R. | 6/4/58 - 11/17/78 (Lumbermill 43, 46-47) | Worker | 43-44, 46-07 | MHSM | 4/7/26 | 10/31/07 meso | 6/17/06 | Yes | Libby, MT |
| 21 | Olson, Verle L. | 9/9/50 - 3/31/62 | Worker | | | 4/21/19 | 9/25/79 meso | | Yes | Libby, MT |
| 22 | Orem, Loreta E. | family member | Family Member | | Kaeske | 2/16/51 | 4/23/00 meso | 12/9/99 | Yes | Sugar Hill, NH |
| 23 | Pederson, Arnold M. | environmental vacationed in Libby several weeks each summer (1960s) | Community | vacationed 60s, 94-04 | | 12/3/22 | 9/15/04 meso | 6/8/04 | Yes | Libby, MT |
| 24 | Peterson, Clarence A. (see Exh. 193, 12/12/80) | 10/21/46 - 6/27/53 | Worker | | | 8/24/18 | 5/24/80 meso | | Yes | San Joaquin, CA |
| 25 | Riley, Darlene Toni Depo date: 12/10/96 | environmental | Community | 44-51, 56-98, summers 51-54 | MHSM | 11/9/44 | 12/4/98 meso | 4/15/96 | Yes | Libby, MT |
| 26 | Roberts, Ernest F. | environmental | Community | | | 4/22/18 | 4/11/78 (not meso) | | No | Libby, MT |
| 27 | Roberts, James W. | environmental | Community | 31-98 | MHSM | 1/23/28 | 5/13/98 (cancer of soft palate) meso | 2/13/01 Hammar | Yes | Libby, MT |

2

12/16/2008

| | Name | Dates of Work at Grace | Exp Cat | Libby Residence | Law Firm | DOB | Death Certificate | Path | Verified | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Sanderson, J. Everett | environmental<br>Libby resident 10 years<br>early 60s to early 70s | Community | approx 60-70 | | 5/15/20 | 2002<br>meso? No record | 4/23/02 | Yes | |
| 29 | Skidmore, Victoria<br>Depo date: 10/18/05 | environmental | Community | 73-07 | MHSM | 6/7/36 | Alive | 10/12/95,<br>3/27/02 | Yes | |
| 30 | Skramstad, Lester L. | 8/26/59 - 7/15/61<br>(Lumbermill 54-57) | Worker | 54-58, 59-61,<br>66-07 | MHSM | 6/6/36 | 1/21/07<br>meso | 11/3/06 | Yes | Libby,<br>MT |
| 31 | Trimble, Elizabeth P. | environmental | Community | 50-02 | MHSM | 4/14/25 | 9/1/02<br>meso | 5/13/02 | Yes | Libby,<br>MT |
| 32 | Wilson, Ford E. | environmental | Community | 72-76, 84-02 | MSHM | 12/8/28 | 4/1/02<br>(lung cancer) | 1/11/00<br>cytology | Yes | Libby,<br>MT |
| 33 | Wittlake, Jr., Edward | 9/22/51 - 8/1/64 | Worker | | | 9/11/25 | 4/15/93<br>meso | | Yes | Pablo,<br>MT |
| 34 | Not disclosed<br>(Peritoneal meso referenced at McDonald (1986) "Cohort Study of Mortality of Vermiculite Miners Exposed to Tremolite", p. 441.) | worker | Worker | | - | ? | ? | | Yes | |

3

12/16/2008