| | Name | Dates of Work at Grace | Exp Cat | Libby Residence | Law Firm | DOB | Death Certificate | Path | Verified | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Flatt, Marvin A. | family member | Family Member | 41-59 | MHSM | 1/1/41 | Alive | 9/6/06 | Yes | |
| 2 | Skidmore, Victoria | environmental | Community | 73-07 | MHSM | 6/7/36 | Alive | 10/12/95, | Yes | |
| | Depo date: 10/18/05 | | | | | | | 3/27/02 | | |
| 3 | Chappel, Harold T. | 6/20/58 - 7/27/62 (Lumbermill 63-68) | Worker | 58-68 | Worthington | 7/17/36 | Alive | 5/18/07 | Yes | |
| 4 | Bentley, George W.(?) | 11/13/53 - 2/15/54 | Worker | | | 4/20/07 | No record | | No | |
| 4 | Bentley, Jr., George W.(?) | 5/19/67 - 8/13/76 | Worker | | | 6/18/40 | No record | | | |
| 5 | Hutton, Jack | 9/12/62 - 9/24/62 | Worker | | | 1/21/34 | No record | | No | |
| 6 | Not disclosed | worker | Worker | - | ? | ? | | | Yes | |
| | (Peritoneal meso referenced at McDonald (1986) "Cohort Study of Mortality of Vermiculite Miners Exposed to Tremolite", p. 441.) | | | | | | | | | |
| 7 | Roberts, Ernest F. | environmental | Community | | | 4/22/18 | 4/11/78 (not meso) | | No | Libby, MT |
| 8 | Olson, Verle L. | 9/9/50 - 3/31/62 | Worker | | | 4/21/19 | 9/25/79 meso | | Yes | Libby, MT |
| 9 | Peterson, Clarence A. (see Exh. 193, 12/12/80) | 10/21/46 - 6/27/53 | Worker | | | 8/24/18 | 5/24/80 meso | | Yes | San Joaquin, CA |
| 10 | Baker, Morland | 1/29/47 - 9/12/49 | Worker | | | 7/27/27 | 5/27/82 meso | | Yes | Los Angeles, CA |
| 11 | McNair, Michael S. | 2/1/43 - 3/31/75 | Worker | | | 3/15/13 | 5/8/83 possible meso | 4/5/83 | Yes | Libby, MT |
| 12 | Kimble, Jr., Hord M. | 9/4/62 - 6/21/65 | Worker | | | 9/11/31 | 4/12/84 meso | | Yes | Butler, KY |
| 13 | Johnson, Ronald B. | 5/5/60 - 9/10/76 | Worker | | | 10/29/12 | 3/19/87 meso | | Yes | Spokane, WA |
| 14 | Lockwood, Darrell W. | 6/29/74 - 4/26/84 | Worker | | LSK | 10/20/28 | 12/3/91 meso | 9/5/90 | Yes | Troy, MT |

12/16/2008

| | Name | Dates of Work at Grace | Exp Cat | Libby Residence | Law Firm | DOB | Death Certificate | Path | Verified | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Calkins, John B. | 1/31/52 - 10/15/58 | Worker | | | 3/9/21 | 11/17/92 meso | | Yes | Wauwatosa, WI |
| 16 | Wittlake, Jr., Edward | 9/22/51 - 8/1/64 | Worker | | | 9/11/25 | 4/15/93 meso | | Yes | Pablo, MT |
| 17 | Harrison, Jack E. | environmental Libby resident 5 years | Community | summers 80-86 | MHSM | 4/30/24 | 6/2/95 meso | 6/27/05 Clifford ltr | Yes | Lakewood, CO |
| 18 | Faris, George R. | environmental (Lumbermill 53-85) | Community | 53-94 | MHSM | 8/29/23 | 8/9/96 meso | | Yes | Colorado Springs, CO |
| 19 | Graham, Robert L. Depo Date: 9/4/97, 9/5/97 | 8/22/62 - 2/16/90 | Worker | 62-98 | MHSM | 11/5/27 | 1/9/98 meso | 2/19/97 | Yes | Libby, MT |
| 20 | Roberts, James W. | environmental | Community | 31-98 | MHSM | 1/23/28 | 5/13/98 (cancer of soft palate) | 2/13/01 Hammar meso | Yes | Libby, MT |
| 21 | Riley, Darlene Toni Depo date: 12/10/96 | environmental | Community | 44-51, 56-98, summers 51-54 | MHSM | 11/9/44 | 12/4/98 meso | 4/15/96 | Yes | Libby, MT |
| 22 | Orem, Loreta E. | family member | Family Member | | Kaeske | 2/16/51 | 4/23/00 meso | 12/9/99 | Yes | Sugar Hill, NH |
| 23 | Garrison, Sr., Daniel | 12/6/56 - 1/23/57 (Lumbermill 51-52) | Worker | 31-38, 40-00 | LSK | 8/6/31 | 8/7/00 meso | 3/1/00 | Yes | Troy, MT |
| 24 | Lyle, John B. | 11/9/67 - 10/93 (Lumbermill 59-60) | Worker | 44-60, 65-01 | MHSM | 3/13/40 | 1/16/01 meso | 6/10/99 | Yes | Troy, MT |
| 25 | Sanderson, J. Everett | environmental Libby resident 10 years early 60s to early 70s | Community | approx 60-70 | | 5/15/20 | 2002 meso? No record | 4/23/02 | Yes | |
| 26 | Wilson, Ford E. | environmental | Community | 72-76, 84-02 | MSHM | 12/8/28 | 4/1/02 (lung cancer) | 1/11/00 cytology | Yes | Libby, MT |
| 27 | Trimble, Elizabeth P. | environmental | Community | 50-02 | MHSM | 4/14/25 | 9/1/02 meso | 5/13/02 | Yes | Libby, MT |

Mesothelioma Cases with Exposure to Libby Asbestos as a significant factor (Death Date Order)

| | Name | Dates of Work at Grace | Exp Cat | Libby Residence | Law Firm | DOB | Death Certificate | Path | Verified | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Gerard, Carol A. | environmental | Community | 68-85 | MHSM | 1/7/47 | 5/23/03 meso | 9/12/00, 5/23/03 | Yes | West Valley City, UT |
| 29 | Ferguson, Gordon A. | 6/17/42 - 5/31/46 | Worker | | | 8/9/23 | 3/26/04 presumed meso | | Yes | Spokane, WA |
| 30 | Pederson, Arnold M. | environmental vacationed in Libby several weeks each summer (1960s) | Community | vacationed 60s, 94-04 | | 12/3/22 | 9/15/04 meso | 6/8/04 | Yes | Libby, MT |
| 31 | Davidson, James E. Depo Date: 6/9/05 | 6/12/53 - 10/23/53 (Lumbermill 54-92) | Worker | 34-06 | LSK | 12/31/34 | 7/7/06 meso | 10/17/03 | Yes | Libby, MT |
| 32 | Skramstad, Lester L. | 8/26/59 - 7/15/61 (Lumbermill 54-57) | Worker | 54-58, 59-61, 66-07 | MHSM | 6/6/36 | 1/21/07 meso | 11/3/06 | Yes | Libby, MT |
| 33 | Hansen, David L. | 10/17/51 - 6/16/56 (Lumbermill 58-59) | Worker | 51-56, 58-59, 86-87 | MHSM | 11/23/24 | 5/26/07 meso | 5/22/07 | Yes | Kooskia, ID |
| 34 | Nicholls, Alvin R. | 6/4/58 - 11/17/78 (Lumbermill 43, 46-47) | Worker | 43-44, 46-07 | MHSM | 4/7/26 | 10/31/07 meso | 6/17/06 | Yes | Libby, MT |

12/16/2008

## SUMMARY OF DECEASED CLIENTS CHART (MHSM)

*728 total LIBBY CLIENTS*

| Death Due to Asbestos Disease? [1] | Mine-worker | Family Member | Community | Total | Percentage of Yes/No |
|---|---|---|---|---|---|
| Undetermined | 0 | 0 | 3 | 3 | |
| YES | 54 | 21 | 28 | 103 | 73% |
| NO | 19 | 3 | 17 | 39 | |
| Total | 73 | 24 | 48 | 145 | |

| Asbestos Disease? "Yes" per Best Evidence Review | Mine-worker | Family Member | Community | Total | Percentage of Yes/No |
|---|---|---|---|---|---|
| Mesothelioma | 5 | 0 | 7 | 12 | 8% |
| Lung Cancer | 12 | 4 | 2 | 18 | 13% |
| Asbestosis | 34 | 16 | 17 | 67 | 47% |
| Other Asb Related Cancer [2] | 3 | 1 | 2 | 6 | 4% |
| Total for all asbestos related diseases | 54 | 21 | 28 | 103 | 73% |

| Asbestos Disease "Yes" Per Death Certificate: | Mine-worker | Family Member | Community | Total | Percentage of Yes/No |
|---|---|---|---|---|---|
| Mesothelioma | 5 | 0 | 5 | 10 | 7% |
| Lung Cancer | 8 | 4 | 3 | 15 | 11% |
| Asbestosis | 24 | 12 | 13 | 49 | 35% |
| Other Asb Related Cancer [2] | 4 | 1 | 3 | 8 | 6% |
| Total for all asbestos related diseases | 41 | 17 | 24 | 82 | 58% |

"Mineworker" includes subcontracted employees

[1] Asbestos disease was at least a significant contributing factor in the death.

[2] Includes laryngeal and GI cancers (esophageal, stomach, colon, rectum) per Selikoff and Seidman (1992)

NO DEATH CERTIFICATES:    Undetermined
N/A    David Andersen (C)
    Thomas Bachetler (C)
    Eunice Burrese (C)

EXHIBIT
10

| LastName | FirstName | Exp Cat | Libby Residence | Date of Death | Cause per DC | DC signed by Dr: | Date of Dr letter | Asb dis sig factor? | Grace Start | Grace End | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Engle | Rudolph | Worker | 36-60 | 8/24/1960 | Bronchogenic Carcinoma (1 month)<br>Cerebral Metastases<br>Carcinoma of the Lung as above | J.W. Lynch | Exh 225 | Yes | 7/12/1946 | 8/15/1960 | Libby, MT |
| McQueen | Walter | Worker | 44-66 | 10/30/1966 | Respiratory acidosis<br>Pulmonary emphysema<br>? asbestosis | Lyle D. Bolt | Exh 225 | Yes | 11/24/1944 | 1/1/1962 | Libby, MT |
| Kins | Lawrence | Worker | 46-49 | 5/8/1975 | Pulmonary fibrosis & bronchiectasis (3 years)<br>etiology undetermined | Robert C. Lewis | 8/9/04 (Whitehouse), Exh 225 | Yes | 12/7/1946 | 1/31/1949 | Dover, ID |
| Cohenour | Robert | Worker | 48-50, 51-77 | 2/19/1977 | Adenocarcinoma of the lung | Paul W. Herron | Exh 225 | Yes | 8/27/1948 | 1/10/1974 | Troy, MT |
| Rayome | Richard | Worker | 46-75 | 6/15/1980 | Carcinoma of lung | D.A. Daugharty | Exh 225 | Yes | 5/7/1946 | 5/5/1975 | Coeur d'Alene, ID |
| Ostheller | Harry | Worker | 38-57, 66-83 | 12/12/1983 | Respiratory arrest (mins)<br>metastatic adenocarcinoma of kidney<br>Other significant conditions: COPD | Richard Irons | | No | 9/10/1968 | 11/30/1982 | Libby, MT |
| Fredricks | Kenneth | Worker | 56-91 | 1/12/1991 | Carcinoma R lung<br>Acute renal failure<br>Emphysema | R.H. Brus | Exh 225 | Yes | 2/24/1966 | 10/31/1981 | Libby, MT |
| Fields | Willis | Worker | 40s-91 | 8/31/1991 | Carcinoma of the lungs<br>asbestosis of the lungs | Roger H. Brus | Exh 225 | Yes | 6/13/1946 | 7/1/1984 | Libby, MT |
| Oldham | George | Worker | 55-93 | 6/19/1993 | Respiratory failure<br>Asbestosis, pneumonia, emphysema | Lawrence E. Klock | 5/16/98 (Whitehouse), Exh 225 | Yes | 11/2/1955 | 3/11/1966 | Libby, MT |
| Dyer | Lester | Worker | 20-38 | 5/2/1994 | Respiratory cardiac failure<br>Advanced COPD<br>Arteriosclerotic cardioperipheral vascular disease<br>Congestive heart failure | F.L. Bertoglio | 5/29/07 (Whitehouse) | No | 1/1/1932 | 1/1/1938 | Deer Lodge, MT |
| Harrison | Jack | Community | summers 80-86 | 6/2/1995 | Mesothelioma (mos)<br>Asbestos exposure (yrs) | Dennis Clifford | | Yes | | | Lakewood, CO |
| Smith | Rex | Worker | 50-55, 57-96 | 2/11/1996 | Lung cancer (1 month) | Robert C. Sherrick | Exh 225 | Yes | 6/18/1957 | 1/2/1987 | Libby, MT |
| Stufflebeam | Robert | Worker | 66-96 | 3/25/1996 | Respiratory failure (2 years)<br>Chronic obstructive pulmonary disease (years) | Jon Johnson | Exh 225 | Yes | 7/15/1974 | 8/24/1987 | Libby, MT |
| Vatland | Margaret | Family Member | 45-96 | 6/25/1996 | Carbon Dioxide narcosis (3 weeks)<br>Restrictive Airways Disease (4 years)<br>Pulmonary Fibrosis (6 years)<br>Pulmonary Asbestosis (6+ years) | LeGrande Phelps | 1/24/96 (Whitehouse) | Yes | | | Libby, MT |
| Faris | George | Community | 53-94 | 8/29/1996 | Cacheria and inanition (month)<br>Diffuse metastatic disease (months)<br>Mesothelioma of lung (months) | Robert Stafford | | Yes | | | Colorado Springs, CO |
| Riley | Donald | Worker | 51-58, 60-97 | 2/26/1997 | Pulmonary Fibrosis (9+ years)<br>Pulmonary Asbestosis (9 years) | LeGrande Phelps | Exh 225 | Yes | 5/6/1960 | 3/4/1987 | Libby, MT |

12/15/2008