| LastName | FirstName | Exp Cat | Libby Residence | Date of Death | Cause per DC | DC signed by Dr: | Date of Dr letter | Asb dis sig factor? | Grace Start | Grace End | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Albert | Thomas | Worker | 36-65 | 7/28/1997 | Lung cancer - non small cell - right | William Boehme | Exh 225 | Yes | 5/4/1960 | 5/4/1962 | Kalispell, MT |
| Graham | Robert | Worker | 62-98 | 1/9/1998 | mesothelioma malignant (1 year) asbestosis | Jon Johnson | Exh 225 | Yes | 8/22/1962 | 2/16/1990 | Libby, MT |
| Katarzy | Walter | Worker | 25-40, 45-54, 83-98 | 2/11/1998 | congestive heart failure (1 month) coronary artery disease (12 years) | Uwe Fohlmeister | | No | 12/18/1946 | 3/31/1947 | Prescott Valley, AZ |
| Roberts | James | Community | 31-98 | 5/13/1998 | Cancer of soft palate | Clyde Knecht | 2/13/01 (Hammar) | Yes | | | Libby, MT |
| Wilkes | Lawrence | Worker | 44-50, 53-98 | 6/2/1998 | Ruptured abdominal aortic aneurysm (>6 hours) Myocardial infarction w/ cardiac arrest (30 min) | Michael A. Judd | | No | 10/12/1953 | 12/24/1953 | Libby, MT |
| Bundrock | Arthur | Worker | 57-98 | 7/14/1998 | Disrythmia Atherosclerotic Cardiovascular Disease | none (coroner) | Exh 225 | Yes | 7/26/1957 | 10/16/1978 | Libby, MT |
| Johnson | Donald | Worker | 50-98 | 7/30/1998 | Respiratory failure (weeks) asbestosis (years) | Alan Whitehouse | Exh 225 | Yes | 10/5/1950 | 11/6/1981 | Libby, MT |
| Riley | Darlene "Toni" | Community | 44-51, summers 51-54, 56-98 | 12/4/1998 | Malignant Mesothelioma (2 years) | Jon Johnson | | Yes | | | Libby, MT |
| Post | Maurice | Worker | 44-99 | 5/6/1999 | adenocarcinoma - non ?? | Clyde Knecht | 8/9/04 (Whitehouse), Exh 225 | Yes | 8/25/1948 | 9/30/1948 | Libby, MT |
| Larson | Carl | Community | 36-54, 58-99 | 7/9/1999 | Aspiration pneumonitis (16 days) Sclerodema Progressive (10+ years) Other significant conditions: obstructive airways disease, severe | Legrande Phelps | | No | | | Libby, MT |
| Baenen | Louis | Worker | 39-44, 46-99 | 9/27/1999 | Renal Failure Diabetes | William Cuskelly | | Yes | 8/25/1948 | 9/30/1948 | Libby, MT |
| Hendrickson | Edmond | Worker | 59-99 | 11/22/1999 | Pneumonia (4 days) Severe Rheumatoid arthritis (25 Years) | Glenne Gunther | 1/17/01 (Whitehouse) | Yes | 3/25/1960 | 1/1/1987 | Libby, MT |
| Carolan | Alice | Family Member | 44-57, 73-00 | 4/8/2000 | Restrictive/Obstructive Airways Disease (18+ mos.) Pulmonary Fibrosis (3-4 mos.) Asbestos Exposure (5+ years) | Legrande Phelps | | Yes | | | Libby, MT |
| Warren | Michael | Worker | 64-70, 80-87 | 5/23/2000 | sudden death presumed vent. arrhythmia CAD | Stan Wilson | | No | 10/17/1964 | 12/21/1966 | Missoula, MT |
| Kelley | Merton | Worker | 59-61, 65-75 | 5/31/2000 | Cardiorespiratory arrest (minutes) Chronic obstructive pulmonary disease (years) | Stephen McKenzie | 4/4/01 (Whitehouse) | No | 3/14/1966 | 1/1/1971 | Hemet, CA |
| Murray | Thomas | Worker | summers 48 & 49 | 6/8/2000 | diverticulitis ? (hours) other significant conditions: asbestosis/pulm. fibrosis | William Bekemeyer | Exh 225 | Yes | 6/14/1948 | 9/15/1949 | Missoula, MT |

DECEASED CLIENT (Death Date Order)

| LastName | FirstName | Exp Cat | Libby Residence | Date of Death | Cause per DC | DC signed by Dr: | Date of Dr letter | Asb dis sig factor? | Grace Start | Grace End | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hugill | Glenn | Subcontractor | 25-00 | 7/18/2000 | Ischemic cardiomyopathy<br>Coronary artery disease | John Peterson | 3/11/02 (Hammar) | Yes | | | Libby, MT |
| Kenworthy | Jack | Worker | 60-61, 64-66, 68-84 | 8/18/2000 | Metastatic non-small cell lung cancer (9 months) | Thomas C. Weiner | 4/28/00 (Whitehouse), Exh 225 | Yes | 4/10/1968 | 4/2/1984 | Helena, MT |
| Rightmire | Miles "Rusty" | Worker | 59-66 | 9/2/2000 | Metastatic carcinoma<br>Cancer of the pancreas<br>Other significant conditions: COPD | Mary Ann Carlson | 10/10/00 (Whitehouse) | Yes | 5/11/1959 | 5/31/1966 | Columbia Falls, MT |
| Reynolds | Wesley "James" | Community | 55, 61-00 | 11/13/2000 | Abdominal sarcoma primary site unknown (2 mos)<br>Other significant conditions: Asbestosis | Alan Whitehouse | 2/5/08 (Whitehouse) | No | | | Spokane, WA |
| Davidson | Richard | Worker | 38-52, 56-87 | 12/21/2000 | Astrocytoma of cervical spinal cord (10/00) | Todd Garman | 4/16/01 (Whitehouse) | Yes | 4/16/1957 | 5/16/1959 | Libby, MT |
| Stephens | Lyle | Worker | 58-98 | 1/4/2001 | Respiratory arrest (none)<br>pulmonary asbestosis (years) | Robert Winans | | Yes | 10/29/1959 | 7/29/1964 | Colorado Springs, CO |
| Lyle | John | Worker | 44-56, 60-62, 65-01 | 1/16/2001 | Mesothelioma<br>Atherosclurotic Cardiovascular Disease | none (coroner) | | Yes | 1/19/1967 | 10/7/1993 | Troy, MT |
| Welch | Nevin | Community | 26-01 | 1/24/2001 | Pulmonary embolus (hours)<br>Bladder Tumor (months) | Jason Bechard | | Yes | | | Troy, MT |
| Wright | Andrew | Worker | 56-62, 68-73, 75-01 | 5/13/2001 | hypoxemia (3 months +)<br>restrictive airways disease (4+ years)<br>asbestosis (4+ years) | Legrande Phelps | | Yes | 5/27/1957 | 1/18/1963 | Libby, MT |
| Haack | Clarice | Family Member | 34-44, 49-63 | 6/26/2001 | car pulmonale (1 year)<br>asbestosis (years) | Alan Whitehouse | | Yes | | | Spokane, WA |
| Badgley | William | Worker | 49-52 | 9/25/2001 | Cardiac arrest<br>end stage coronary artery disease & ? heart disease<br>end stage asbestosis? & restrictive lung disease<br>pneumonia | James N. Kelley | 10/14/05 (Whitehouse) | Yes | 9/19/1949 | 11/22/1952 | Havre, MT |
| DeShazer | Donald | Worker | 50-51, 58-60, 63-77 | 10/3/2001 | Chronic renal failure (years)<br>Other significant conditions: COPD | David K. Moon | 7/29/02 (Whitehouse) | Yes | 6/17/1958 | 5/31/1959 | Kalama, WA |
| Carr | William | Subcontractor | 32-55, 56-67 | 10/10/2001 | Chronic lymphocytic leukemia (7 years) | Robert H. Laugen | 11/20/01 (Whitehouse) | Yes | | | Spokane, WA |
| Moles | Lester | Community | 47-01 | 10/13/2001 | dysphagia<br>arteriosclerotic cardiovascular disease<br>Other significant conditions: COPD | Bruce Dentler | 5/31/07 (Whitehouse) | No | | | Spokane, WA |
| Moles | Edith | Community | 49-01 | 10/26/2001 | Multiple Cerebral Vascular Accidents | Sally S. Aiken | | No | | | Spokane, WA |

12/15/2008

| LastName | FirstName | Exp Cat | Libby Residence | Date of Death | Cause per DC | DC signed by Dr: | Date of Dr letter | Asb dis sig factor? | Grace Start | Grace End | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cassidy | John | Worker | 62-01 | 12/15/2001 | anoxic encephalopathy (8 days)<br>ventricular fibrillation (8 days)<br>acute myocordial infarction (8 days) | Jon Johnson | 8/9/04 (Johnson) | No | 6/4/1968 | 8/28/1968 | Libby, MT |
| Kaeding | Donald | Worker | 62-02 | 1/30/2002 | asbestosis (>10 years) | Gregory Rice | | Yes | 6/4/1962 | 6/19/1964 | Libby, MT |
| Baker | Bruce | Worker | 60-87 | 2/4/2002 | Respiratory failure (months)<br>post operative pneumonia (months)<br>Poorly differentiated Bronchioaveolar Carcinoma<br>Cigarette Smoking and Asbestos Exposure | Jeffrey M. Reynolds | Whitehouse Depo | Yes | 5/13/1969 | 8/25/1985 | Yakima, WA |
| Wilson | Ford | Community | 72-76, 84-02 | 4/1/2002 | Lung carcinoma | William Cuskelly | 1/20/00 (Obermiller) | Yes | | | Libby, MT |
| Oikle | Gerald | Worker | 50-52,67-73, 75-01 | 6/14/2002 | ventricular fibrillation (2 minutes)<br>coronary artery disease | Edward Kim | 6/29/04 (Whitehouse) | Yes | 8/26/1950 | 3/3/1952 | Kirkland, WA |
| McWhirk | Howard | Worker | 50-77, 71-77 part time | 6/22/2002 | Multiple Blunt Trauma<br>Motor Vehicle Accident | none (coroner) | | No | 8/17/1950 | 6/27/1952 | Sunnyside, WA |
| Siefke | Raymond | Community | 22-02 | 7/12/2002 | Massive damage to internal organs<br>gunshot wound | none (coroner) | | No | | | Libby, MT |
| Olson | James | Family Member | 37-59, 76-02 | 7/17/2002 | metastic lung cancer to vertebrae<br>vertebrae metastic<br>methicilin kemptounl staph infection | Frederick Tai | 1/10/05 (Whitehouse) | Yes | | | Libby, MT |
| DeShazer | Jack | Worker | 47-59, 4 mos yr 73-83, 84-02 | 8/3/2002 | Asbestosis (>10 years) | Glenne Gunther | | Yes | 1/23/1947 | 3/15/1956 | Libby, MT |
| Collinson | Charles | Worker | 15-02 | 8/17/2002 | Asbestosis (10 years)<br>CHF (10 years) | Glenne Gunther | | Yes | 6/6/1946 | 8/31/1946 | Libby, MT |
| Trimble | Elizabeth | Community | 51-02 | 9/1/2002 | mesothelioma (4 months) | James Lechner | | Yes | | | Libby, MT |
| Nelson | Albert | Worker | 13-40, 45-02 | 10/9/2002 | Asbestosis<br>worked @ zonolite 3 mos 1947 | Gregory Rice | | Yes | 9/8/1947 | 9/15/1947 | Libby, MT |
| Brewington | William | Worker | 36-79 | 10/23/2002 | MI<br>C.A.D.<br>other significant conditions: COPD | Allan C. Hilles | | Yes | 9/4/1947 | 12/23/1947 | Bend, OR |
| Hughes | Robert | Worker | 74-02 | 11/27/2002 | Asbestosis | Clyde Knecht | | Yes | 8/26/1974 | 5/31/1986 | Libby, MT |
| Bachteler | Thomas | Community | 69-02 | 12/14/2002 | Obstructive Airways Disease, severe (10+ years)<br>Pulmonary Emphysema ? (10+ years) | Legrande Phelps | | ?? | | | Libby, MT |
| Basham | Jack | Family Member | 46-03 | 1/1/2003 | Metastatic carcinoma esophagus (July 2002)<br>carcinoma esophagus (Nov. 2001)<br>asbestosis (Jan. 13 2002) | Josph Nicoletto | 12/7/05 (Whitehouse) | Yes | | | Libby, MT |
| Edwards | Georgiana | Community | 45-03 | 3/18/2003 | intracerebral hemorrhage (8 hours) | Gregory Rice | | No | | | Libby, MT |

| LastName | FirstName | Exp Cat | Libby Residence | Date of Death | Cause per DC | DC signed by Dr: | Date of Dr letter | Asb dis sig factor? | Grace Start | Grace End | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Spady | Raymond | Worker | 50-51, 52-03 | 5/14/2003 | Asbestosis | Glenne Gunther | | Yes | 10/16/1950 | 6/4/1951 | Libby, MT |
| Gerard | Carol | Community | 68-85 | 5/23/2003 | Aspiration pneumonia (1 day) primary peritoreal mesothelioma (3 years) | Estelle Harris | | Yes | | | West Valley City, UT |
| Foster | Ray | Community | 48-50, 66-71 | 6/2/2003 | Hepatocellular Cancer (weeks) | Steven Oppenheim | | No | | | San Diego, CA |
| Gaston | Edward | Worker | 54, 59-03 | 7/8/2003 | cardiac arrest atheroscleratic heart disease (10 years) asbestosis (20 years) | Glenne Gunther | | Yes | 5/12/1959 | 2/1/1990 | Libby, MT |
| Stanley | Robert | Community | 39-43, 46-03 | 8/9/2003 | Asbestosis in lungs | Gregory Rice | | Yes | | | Libby, MT |
| McMillan | Lynn | Family Member | 46-03 | 8/13/2003 | Multiorgan Failure ?? | Timothy F. Obermiller | | No | | | Libby, MT |
| Conn | Cornelia | Community | 08-03 | 8/19/2003 | Asbestosis (>10 years) | Greg Rice | | Yes | | | Libby, MT |
| Challinor | Jim | Subcontractor | 34-03 | 8/24/2003 | dementia (2-3 years) small stroke syndrome (4 years) atherosclerosis other significant conditions: asbestosis | Gregory Rice | 9/9/05 (Rice) | Yes | | | Libby, MT |
| Sagen | Kenneth | Community | 54-55, 58-03 | 8/24/2003 | Asthenia, marked (1 year) Pneumoconiosis?; Asbestosis (>2 years) | Legrande Phelps | | Yes | | | Libby, MT |
| Dickerman | Alfred | Worker | 67-03 | 9/9/2003 | sepsis asbestosis of lung Gallbladder disease | Gary Masumoto | | Yes | 3/11/1968 | 10/3/1983 | Troy, MT |
| Kelly | Patricia | Family Member | 46-52 | 9/28/2003 | Metastatic lung c.a. | Deanna Phinney | 6/22/04 (Whitehouse) | Yes | | | St. Regis, MT |
| Jacobson | Dorothy | Community | 23-43, 54-58, 62-03 | 10/18/2003 | CHF (2 weeks) Aortic stenosis (5 years) asbestosis (>20 years) | Glenne Gunther | | No | | | Libby, MT |
| Stacy | Beryl | Family Member | 57-60 | 11/11/2003 | Cardiopulmonary arrest (minutes) Metastic squamous cell ca. lung | Brent Pistorese | | Yes | | | Rexford, MT |
| Collier | Paul | Community | 35-48, 54-90 | 3/2/2004 | Acute cardiac Arrest (mins) Hypertension (years) Diabetes (years) | none (coroner) | | Yes | | | Tucson, AZ |
| Ellsworth | Keith | Community | 62-71, 99-04 | 4/21/2004 | metastatic prostate cancer (6 years) | Clare Brownlee | | No | | | Libby, MT |
| Ryan | Royce | Worker | 68-84 | 5/11/2004 | Colon Cancer (years) | Douglas Nelson | 6/22/04 (Whitehouse) | Yes | 9/26/1974 | 9/26/1977 | Kalispell, MT |
| DeShazer | Margaret | Family Member | 47-59, 71-04 | 5/23/2004 | respiratory failure (2 weeks) asbestosis (>10 years) COPD (>10 years) | Glenne Gunther | | Yes | | | Libby, MT |

| LastName | FirstName | Exp Cat | Libby Residence | Date of Death | Cause per DC | DC signed by Dr: | Date of Dr letter | Asb dis sig factor? | Grace Start | Grace End | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Denning | Jody | Worker | 60-79, 82-90, 01-04 | 6/8/2004 | End stage alcoholic liver disease (7 years) Asbestosis (>10 years) | Glenne Gunther | | Yes | 10/7/1974 | 1/20/1978 | Libby, MT |
| Collier | Glen | Worker | 28-43, 45-04 | 7/18/2004 | Asptiration Pneumonia (week) CVA (4 years) Aortic & Mitral Artificial Valves (4 years) Rheumatic Fever (70 years) Other significant conditions: Asbestosis | Gregory Rice | 8/9/04 (Rice) | No | 8/6/1946 | 4/16/1948 | Libby, MT |
| Erickson | Rodney | Community | 53-04 | 7/26/2004 | Chronic Obstructive Pulmonary Disease Asbestosis | William Cuskelly | | Yes | | | Libby, MT |
| Hammer | Peter | Community | 49, 51-02 | 7/26/2004 | Respiratory Failure (weeks) asbestosis (years) | Alan Whitehouse | | Yes | | | Spokane, WA |
| Oikle | Edna | Family Member | 50-52, 67-73, 75-01 | 11/30/2004 | Pulmonary Asbestosis | Michael D. Eulberg | | Yes | | | Kirkland, WA |
| Johnston | William | Community | 29-04 | 12/30/2004 | Carcinoma prostate (metastatic) | Joseph Nicoletto | | No | | | Libby, MT |
| Adkins | Dean | Family Member | 37-39, 48-05 | 2/1/2005 | Pneumonia Asbestosis | William Cuskelly | | Yes | | | Libby, MT |
| Petrusha | Lorainne | Family Member | 47-05 | 2/11/2005 | ASCVD (years) | none (coroner) | | Yes | | | Libby, MT |
| Walker | Bonnie | Community | 54-03 | 4/11/2005 | Ventilatory Failure (days) COPD | Timothy F. Obermiller | 3/24/08 (Whitehouse) | No | | | Bigfork, MT |
| Carvey | Edward "Nick" | Worker | 28-29, 31, 37-42, 45 | 4/23/2005 | cardiorespiratory arrest critical aortic stenosis | Raluca Ioneseu | | No | 1/25/1945 | 12/5/1945 | Eureka, MT |
| Rayome | Ronald | Worker | 38-05 | 6/3/2005 | COPD with asbestosis | William Cuskelly | | No | 7/16/1956 | 8/3/1956 | Libby, MT |
| Nelson | Robert | Worker | 57-60, 62-64, 70-73, 74-75 | 6/9/2005 | Cardiopulmonary Arrest (hours) End Stage Chronic Obstructive Pulmonary Disease (years) Lung Asbestosis Exposure (years) | Phillip Sandoval | | Yes | 8/2/1963 | 6/19/1964 | Salome, AZ |
| Hagerty | William | Worker | 46-05 | 6/26/2005 | Acute pulmonary edema (48 hours) Renal insufficiency (2 weeks) ASCVD (>10 years) | Alan Whitehouse | 4/28/06 (Whitehouse) | Yes | 8/6/1946 | 2/28/1949 | Libby, MT |
| McGill | Blanche | Family Member | 40-63, 66-04 | 6/26/2005 | Aspiration Pneumonia (3 days) Hypoxia (3 days) Chronic Obstructive Pulmonary Disease (>10 years) Asbestosis exposure (>10 years) | Joan M. McMahon | 9/14/05 (Whitehouse) | Yes | | | Lewistown, MT |
| Boyle | Patrick | Worker | 59-69 | 9/22/2005 | (automobile accident) | | | No | 2/15/1968 | 3/25/1969 | Hungry Horse, MT |
| Fuller | Robert | Worker | 58-91, 02-05 | 10/1/2005 | Asbestosis (>10 years) Working at Zonalite Mine in Libby Other significant conditions: COPD right | Gregory Rice | | Yes | 4/20/1965 | 9/21/1990 | Libby, MT |