DECEASED CLIENTS - 39 Death Certificates (identified)

| LastName | FirstName | Exp Cat | Libby Residence | Date of Death | Cause per DC | DC signed by Dr: | Date of Dr letter | Asb dis sig factor? | Grace Start | Grace End | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kujawa | Gynell | Community | 26-31, 46-05 | 11/11/2005 | Anoxia (5 years) Stroke (5 years) | Jana Peters | 1/9/06 (Whitehouse) | Yes | | | Libby, MT |
| Collier | JoAnn | Community | 37-05 | 12/28/2005 | CVA (2 weeks) Diabetes (>10 years) Hypertension (>10 years) Other significant conditions: Asbestosis | Glenne Gunther | 5/5/06 (Whitehouse) | Yes | | | Libby, MT |
| Crill | William | Worker | 65-91 | 2/2/2006 | Cardiopulmonary Arrest (immediate) Coronary Artery Disease (unknown) | Chris Loren Stegelmeirer | | No | 8/2/1974 | 9/2/1991 | Willard, UT |
| Keller | Deloris | Family Member | 30-44 | 2/10/2006 | Chronic Renal Failure (unknown) Diabetic Nephropathy Congestive Heart Failure Asbestosis | Edward Stein | | Yes | | | Eureka, MT |
| Brothers | Lester D. | Community | 57-06 | 3/16/2006 | Lung cancer other significant conditions: Asbestes Related Plural disease COPD | William Cuskelly | | Yes | | | Libby, MT |
| McNair | Lavina | Family Member | 37-84, 94-06 | 4/29/2006 | Pneumonia (2 weeks) Hip Fracture (3 weeks) | Glenne Gunther | 4/22/08 (Whitehouse) | Yes | | | Libby, MT |
| Ball | Irving | Community | 60-06 | 7/11/2006 | congestive heart failure cardiomyopathy | William Cuskelly | | No | | | Libby, MT |
| Balum | James | Worker | 59-77 | 7/18/2006 | hypernephroma (1 year) | Thomas V. Caughlan | | No | 3/4/1974 | 3/18/1974 | Kalispell, MT |
| Gilden | Scott | Community | 63-92 | 7/25/2006 | Metastatic Adeno Carcinoma Unknown Primary (9 months) | Thomas Weiner | 4/17/08 (Whitehouse) | No | | | East Helena, MT |
| Kins | Lillian | Family Member | 46-49, 75-77, 86-06 | 7/27/2006 | Severe COPD | Glenne Gunther | 5/29/07 (Whitehouse) | Yes | | | Libby, MT |
| Eggers | Eddie | Worker | 73-75 | 8/26/2006 | Pancreatic cancer (8 months) | Patrick Beatty | 2/25/08 (Whitehouse) | Yes | 10/31/1974 | 9/27/1975 | Superior, MT |
| Hill | Dayton | Community | 52-06 | 11/1/2006 | metastatic colon carcinoma (6 years) | Glenne Gunther | 12/21/06 (Whitehouse) | Yes | | | Libby, MT |
| Lundstrom | Carl | Community | 69-06 | 11/22/2006 | congestive heart failure (24 months+) cardiomyopathy (28 months+) coronary artery disease (5+ years) Other significant conditions: obstructive/restrictive airways disease | Legrande Phelps | 11/1/07 (Whitehouse) | Yes | | | Libby, MT |

| LastName | FirstName | Exp Cat | Libby Residence | Date of Death | Cause per DC | DC signed by Dr: | Date of Dr letter | Asb dis sig factor? | Grace Start | Grace End | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Vinson | Verle | Worker | 46-06 | 12/3/2006 | pneumonia (5 days) asbestosis (worked at Zonolite 1948-1950) (50 years) | Gregory Rice | | Yes | 2/12/1949 | 1/15/1950 | Libby, MT |
| Baenen | K. Ruth | Family Member | 26-06 | 12/8/2006 | lung carcinoma other significant conditions: asbestosis related disease | William Cuskelly | 3/26/07 (Whitehouse) | Yes | | | Libby, MT |
| Skramstad | Lester | Worker | 54-58, 59-61, 66-07 | 1/21/2007 | cardiopulmonary arrest (unknown) peritoneal mesothelioma (22 days) asbestosis (10+ years) | Brad Black | | Yes | 8/26/1959 | 7/15/1961 | Libby, MT |
| DeShazer | Gerald | Community | 42-54, 67, 68-73, 78-97, 03-07 | 1/29/2007 | pneumonia (13 days) COPD & asbestosis (8 years) cigarettes & asbestos exposure (>20 years) | Gregory Rice | | Yes | | | Libby, MT |
| Powell | Donald | Community | 43-07 minus 5 yrs | 1/29/2007 | atherosclerotic cardiovascular disease (years) | none (coroner) | | No | | | Libby, MT |
| Burton | Sharon | Family Member | 67-73 | 2/7/2007 | Atherosclerotic Cardiovascular Disease (years) | none (coroner) | 2/5/08 (Whitehouse) | Yes | | | Kalispell, MT |
| Bailor | Claude | Community | 60-78, off/on 78-93 | 3/1/2007 | Cardiac Arrhythmia (minutes) Heart Failure Hypertensive Cardiomegaly | none (coroner) | 2/26/08 (Whitehouse) | No | | | Kalispell, MT |
| Smith | Patty | Community | 89-07 | 3/13/2007 | Lung Cancer (6 mo.) COPD (10 years) | Charles Charman | 2/20/08 (Whitehouse) | Yes | | | Libby, MT |
| Benefield | Barbara | Community | 59-61, 63, 67, 77-07 | 3/15/2007 | metastatic ovarian cancer (5 years) | Glenne Gunther | 5/29/07 (Whitehouse) | No | | | Libby, MT |
| Bennett | Lois | Family Member | 47-48, summers 51-52 | 3/15/2007 | chronic obstructive pulmonary disease (>10 years) asbestosis (lifetime) | Frank E. Cole | | Yes | | | Dayton, WA |
| Andersen | David | Community | 61-07 | 5/1/2007 | Chronic Obstructive Pulmonary Disease | Thomas Prenger | | ?? | | | Spokane, WA |
| Jones | Donald | Community | 65-07 | 5/5/2007 | asbestosis (10+ years) | Michael L. Mahoney | | Yes | | | Libby, MT |
| Hansen | David | Worker | 51-56, 58-59, 86-87 | 5/26/2007 | respiratory arrest (hours) ascites (24-48 hrs) mesothelioma - malignant, metastatic (months) | Karen Geheb | | Yes | 10/17/1951 | 6/16/1956 | Kooskia, ID |
| Kenelty | Marylin | Community | 54-07 | 5/29/2007 | metastatic colon cancer (2 yrs) | William Cuskelly | 1/23/08 (Whitehouse) | Yes | | | Libby, MT |
| Wilburn | Harold | Worker | 55, 61, 66-87, 88-90, 04-07 | 7/7/2007 | respiratory failure (days) community acquired pneumonia (days) | John N. Klim | | No | 8/1/1966 | 7/1/1978 | Spokane, WA |

| LastName | FirstName | Exp Cat | Libby Residence | Date of Death | Cause per DC | DC signed by Dr: | Date of Dr letter | Asb dis sig factor? | Grace Start | Grace End | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Troyer | Ivan | Worker | 53-07 | 8/26/2007 | Cardiac Arrest | Danko Martincic | | No | 9/28/1953 | 8/31/1977 | Spokane Valley, WA |
| Urdahl | John | Family Member | 42-54, 58-93, 03-07 | 9/17/2007 | Prostate Cancer bowel perforation (unknown) Other significant conditions: COPD with asbestosis | William Cuskelly | | Yes | | | Libby, MT |
| Owen-Segura | Linda | Family Member | 89-91, 97-07 | 9/28/2007 | heart failure (unknown) ovarian cancer (discovered Oct. 2003) | Connie Boyd | 2/25/08 (Whitehouse) | No | | | Troy, MT |
| Stapley | Kenneth | Community | 50-62, 91-07 | 10/6/2007 | congestive heart failure with ascites (2 yrs) coronary artery disease (13 years) atherosclerosis (>15 yrs) Other significant conditions: asbestosis | Greg Rice | | Yes | | | Libby, MT |
| Greenup | Joyce | Community | 44-05 | 10/15/2007 | metastatic renal cell carcinoma | Leo Obermiller | | No | | | Spokane Valley, WA |
| Nicholls | Alvin | Worker | 43-44, 46-07 | 10/31/2007 | mesothelioma (2 years) asbestosis | Cameron Gardner | | Yes | 6/4/1958 | 11/17/1978 | Libby, MT |
| Hutton | Kenneth | Worker | 39-66, 69-72, 80-07 | 11/8/2007 | Atherosclerotic Cardiovascular Disease (years) | none (coroner) | 2/25/08 (Whitehouse) | Yes | 1/29/1960 | 5/24/1960 | Libby, MT |
| Noble | Roberta | Family Member | ??-08 | 11/14/2008 | lung cancer (29 days) asbestosis | Connie Boyd | | Yes | | | Troy, MT |
| Hunt | Robert | Subcontractor | 64, 70-71, 80-81 | 11/20/2007 | Pulmonary Fibrosis (years) | Mark T. Welch | 2/22/08 (Whitehouse) | Yes | | | Kalispell, MT |
| Post | Ernest | Community | 54-55, 57, 59 | 12/16/2007 | COPD (4 years) | Guy T. Monaco | 1/18/08 (Whitehouse) | Yes | | | Anaconda, MT |
| Perry | William | Subcontractor | 90-03 | 12/22/2007 | Hepatoma (1 months) Chronic Active Hepatitis (5 years) | Thomas Warr | | No | | | Belt, MT |
| Noble | William | Worker | 51-78, 80-81, 82-08 | 1/2/2008 | Cardiac arrest (immediate) Coronary artery disease (7 weeks) atherosclerosis (>10 yrs) Other significant conditions: Asbestosis-from Zonolite mine | Greg Rice | 1/31/08 (Whitehouse) | Yes | 8/28/1959 | 7/21/1976 | Troy, MT |
| Harmon | Vesta | Community | 36-070 | 1/11/2008 | Aesbestosis (20 years) | Aaron Derry | | Yes | | | Missoula, MT |
| Lyle | Shirley | Family Member | 54-75, 79-98, 03-05 | 1/24/2008 | Ruptured Aortic Aneurysm (unknown) | Martin Grotheer | 4/21/08 (Whitehouse) | No | | | Miami, OK |
| Finstad | Kenneth | Worker | 65-67 | 2/4/2008 | Thoracic and Abdominal Trauma (Immediate) Blunt Impact to Chest and Abdomen Motor Vehicle Accident | none (coroner) | | No | 4/28/1965 | 4/1/1967 | Daniel, WY |

DECEASED CLIENT (Death Date Order)

| LastName | FirstName | Exp Cat | Libby Residence | Date of Death | Cause per DC | DC signed by Dr: | Date of Dr letter | Asb dis sig factor? | Grace Start | Grace End | Residence at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shea | Lois | Community | 47-08 | 4/16/2008 | lower GI hemorrhage (2 weeks) | Glenne Gunther | | Yes | | | Libby, MT |
| Burrese | Eunice | Community | 39-05 | 5/12/2008 | Aspiration Pneumonia<br>Advanced Cerebrovascular Disease | Leonard Vanderbosch | | ?? | | | Spokane, WA |
| Spencer | Forrest | Community | 23-43, 46-74, 78-08 | 6/29/2008 | CHF (5 years)<br>HTN (30 years)<br>asbestosis complications | Cameron Gardner | | Yes | | | Libby, MT |
| Baker | Mildred | Family Member | 52-08 | 7/9/2008 | pneumonia (5 days)<br>COPD with asbestosis related disease | William Cuskelly | | Yes | | | Libby, MT |
| Fellenberg | Ruben | Worker | 47-57; 58-08 | 10/1/2008 | subdural hematoma, chronic<br>tractor accident and congulopathy (3 weeks) | Robert F. Hollis | | No | 6/5/1958 | 7/1/1986 | Libby, MT |

The following are not on this list-NON LIBBY:
Froman, Elmer (dth 11/8/03)
Holden, Dennis (dth 9/8/98)
Kinholt, Clifford (dth 12/17/05)
Logan, Kenneth (dth 3/3/02)
Sprunger, Elmer (dth 8/22/07)
Tellesch, Wayne (dth 1/12/02)



Per Exh. 130.4 Grace Headquarters In-house Study

EXHIBIT 11