

Per Exh. 182.115 Grace Headquarters In-house Study

O-35b



# Workers with Disease - 1976

**Per Exh. 182.23 Grace Headquarters In-house Study**

O-35c



Cookson (1985) p.996

W-2

# STUDIES ON RADIOGRAPHIC PROGRESSION OF ASBESTOS DISEASE

| Study (date) | asbestos type | # in study | Avg yrs from 1st exposure to 1st study | yrs to follow-up study | % progression on chest x-rays (compare interstitial and pleural) | Maximum years 1st exposure to last follow-up |
|---|---|---|---|---|---|---|
| **PREDOMINATELY CHRYSOTILE ASBESTOS** | | | | | | |
| Jones (1989) | mainly chrysotile p.97 | 165 p.101 | 20 p.104 | 10 p.98 | interstitia: 13% pleural: 23% combined: 31% p.101, Table 5 | 30 p.104 |
| Gregor (1979) | various jobs p.148 | 71 p.153 | 25 p.153 | 3-7 p.151 | interstitia: 18% p.156 | 25 p.153 |
| Becklake (1979) | chrysotile (all mines) p.23 | 86 p.26 | 11 p.26 | 17 p.26 | interstitia: 8/86 = 9% pleural 19/86 = 22% +equivocal: 31% p.26, Table 5 | 25 p.26 |
| **AMPHIBOLE ASBESTOS** | | | | | | |
| Becklake (1979) | chrysotile with tremolite (Thetford[1]) | 8 17 p.27 | 20 10 p.27 | 16 17 p.27 | interstitia: 62% pleural: 64% combined: 64% p.27, Table 6 | 36 27 p.27 |
| Sluis Cremer (1989) | crocidolite amosite p.846[2] | 1454 p.846 | 7 p.848 | avg 8 p.848 | interstitia 0/1, then progression = 63%[3] p.849 | 16 p.851 |
| Cookson (1986) | crocidolite p.994 | 136 p.995 | 2 to 34 p.995 | up to 34 p.995 | interstitia: in 34 yr: to 1/0: 97% to 2/1: 77% to 3/2: 15% p.996, Figure 1 | 34 p.995 |
| Ehrlich (1992) | amosite p.268 | 212 p.273 | > 20 p.273 | Series p.273 | interstitia: 57% pleural: 53% p.272-273[4] | ? |

---

[1] See McDonald (1999) p.439 Thetford Mines had 4x more tremolite content than the other mines studied.

[2] p.846: "once a dose of asbestos sufficient to initiate the disease has been retained, it is inexorably progressive."

[3] 53/88 (60%) + 46/69 (67%) = 99/157 (63%).

[4] Average of reader 1 & reader 2. See Table 5 (parenchymal totals) and Table 8 (pleural > 30).

C:Asbestos/Whitehouse/Study on Progression/joh

EXHIBIT 13

## WORKERS DEAD FROM ASBESTOS DISEASE

Key to Death Certificates evaluation by Dr. Whitehouse:

| | | |
|---|---|---|
| A1 | = | Asbestosis for sure |
| A2 | = | Probable Asbestosis |
| A1,C1 | = | Asbestosis and Asbestos Lung Cancer |
| A1,M | = | Asbestosis and Mesothelioma |
| C1 | = | Asbestos Lung Cancer for sure |
| C2 | = | Probable Asbestos Lung Cancer |
| M | = | Mesothelioma |

\* Died of LC within 10 yrs. of 1st exposure - not included in cumulative totals.
† If coded A1,C1 deceased worker will be tallied in Asbestosis Lung Cancer column.

| YEAR | NAME | YRS at WRG | DEATH BY ASBESTOS DISEASE ||| DEATH TOTALS ||||
|---|---|---|---|---|---|---|---|---|---|
| | | | Asbestos Lung Cancer | Mesothelioma | Asbestosis | Asbestos Lung Cancer | Mesothelioma | Asbestosis | Total |
| 1960 | Rudolph Engle | 46-60 | C1 | | | 1 | | | 1 |
| 1961 | William Airth | 46-57 | | | A2,A1 | | | | |
| | Glenn Taylor | 44-59 | | | A1 | | | | |
| | Charles Wagner | 49-59 | | | A2 | 1 | | 3 | 4 |
| 1963 | Raymond Orsborn | 48-50 | C1 | | | | | | |
| | Ottis Mast | 47-56 | C1 | | | 3 | | 3 | 6 |
| 1966 | John Ludwig | 57-66 | C1 | | | | | | |
| | Walter McQueen | 44-62 | | | A1 | 4 | | 4 | 8 |
| 1967 | *Merle McComas | 58-67 | CX | | | | | | |
| 1968 | Raymond Bleich | 35-68 | C1 | | | | | | |
| | William Hedrick | 57-68 | | | A2 | 5 | | 5 | 10 |
| 1969 | William Shows | 47-48 | C1 | | | | | | |
| | Jimmie Starr | 52-56 | C1 | | | 7 | | 5 | 12 |
| 1970 | William Smithers | 50-52 | A1,C1 | | | 8 | | 5 | 13 |
| 1971 | Orville D. Murray | 49-52 | | | A2 | 8 | | 6 | 14 |
| 1973 | Lionel Van Horn | 50-73 | C1 | | | | | | |
| | Henry Hammer | 48-54 | | | A2 | 9 | | 7 | 16 |

Death\Exhibit 225 (new version)    1

EXHIBIT 14