| YEAR | NAME | YRS at WRG | DEATH BY ASBESTOS DISEASE | | | DEATH TOTALS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Asbestos Lung Cancer | Mesothelioma | Asbestosis | Asbestos Lung Cancer | Mesothelioma | Asbestosis | Total |
| 1974 | Lilas Welch | 49-67 | | | A1 | | | | |
| | Perley Vatland | 55-74 | | | A1 | 9 | | 9 | 18 |
| 1975 | Lawrence Kins | 46-49 | | | A2 | 9 | | 10 | 19 |
| 1976 | Edward Dinwiddie | 45-55 | C1 | | | | | | |
| | Roy Dawson | 38-43 | C1 | | | 11 | | 10 | 21 |
| 1977 | Robert Cohenour | 48-74 | C1 | | | | | | |
| | Thomas Craver | 59-77 | | | A2 | 12 | | 11 | 23 |
| 1978 | Harold Day | 65-76 | C1 | | | | | | |
| | Ted Wright | 51-56 | C1 | | | | | | |
| | Glenn Mitchell | 62-78 | C1 | | | | | | |
| | *Peter Roberts | 70-74 | CX | | | | | | |
| | Lloyd Miller | 48-76 | A1,C1 | | | | | | |
| | Orville G. Murray | 37-45 | A1,C1 | | | 17 | | 11 | 28 |
| 1979 | Verle Olson | 46-62 | | M | | | | | |
| | Robert Weitzel | 51-56 | | | A2 | 17 | 1 | 12 | 30 |
| 1980 | Clarence Peterson | 46-53 | | M | | | | | |
| | Richard Rayome | 46-75 | C1 | | | 18 | 2 | 12 | 32 |
| 1981 | Morris Ahrenkiel | 47-50 | C1 | | | | | | |
| | John Parker | 48-50 | C1 | | | | | | |
| | Robert Dahms | 57-72 | A1,C1 | | | 21 | 2 | 12 | 35 |
| 1982 | Jack Garrison | 50-65 | A1,C1 | | | | | | |
| | Morland Baker | 47-49 | | M | | | | | |
| | James Gidley | 53-78 | C1 | | | | | | |
| | Virgil Priest | 61-78 | C1 | | | | | | |
| | Allen Boothman | 48-67 | | | A2 | 24 | 3 | 13 | 40 |
| 1983 | Peter Powell | 44-55 | C2 | | | | | | |
| | Michael McNair | 43-75 | | A1,M | | | | | |
| | Kenneth Koehler | 57-64 | C1 | | | | | | |
| | Walter Baker | 45-74 | | | A1 | | | | |
| | Herbert Waltman | 37-40 | C1 | | | 27 | 4 | 14 | 45 |
| 1984 | Hord Kimble, Jr. | 62-65 | | A1,M | | 27 | 5 | 14 | 46 |

| YEAR | NAME | YRS at WRG | DEATH BY ASBESTOS DISEASE | | | DEATH TOTALS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Asbestos Lung Cancer | Meso-thelioma | Asbes-tosis | Asbestos Lung Cancer | Meso-thelioma | Asbes-tosis | Total |
| 1985 | Joseph Lyon | 42-43 | | | A1 | | | | |
| | Walter Dutton | 48-55 | | | A1 | | | | |
| | Lyle Warner | 57-66 | | | A2 | 27 | 5 | 17 | 49 |
| 1986 | Robert Vinion | 56-67 | A1,C1 | | | | | | |
| | Calvin Henderson | 49-52 | C1 | | | | | | |
| | Roy McMillan | 43-49 | | | A2 | 29 | 5 | 18 | 52 |
| 1987 | Merle Everett | 62-64 | C1 | | | | | | |
| | Ronald Johnson | 60-76 | | A1,M | | | | | |
| | James Smith | 51-68 | A1,C1 | | | | | | |
| | John Kilpatrick | 70-71 | C1 | | | | | | |
| | Ray Belangie | 47-76 | A1,C1 | | | 33 | 6 | 18 | 57 |
| 1988 | Jack Lewis, Sr. | 46-47 | | | A1 | | | | |
| | Clyde Basham | 48-? | | | A1 | 33 | 6 | 20 | 59 |
| 1989 | Charles Carroll | 58-76 | | | A1 | | | | |
| | Don Dutton | 47-49 | | | A1 | | | | |
| | Lyle Siefke | 63-0 | | | A1 | | | | |
| | Lloyd Maynard Sr | 57-74 | | | A1 | | | | |
| | Clyde Snyder | 68-73 | C1 | | | | | | |
| | Morriss Kair | 54-79 | | | A1 | 34 | 6 | 25 | 65 |
| 1990 | Harvey Noble | 51-83 | | | A1 | 34 | 6 | 26 | 66 |
| 1991 | Ken Fredericks | 66-81 | C1 | | | | | | |
| | Ted Boyd | 63-65 | C1 | | | | | | |
| | Tom DeShazer | 46-79 | | | A1 | | | | |
| | Willis Fields | 46-84 | A1,C1 | | | | | | |
| | Darrell Lockwood | 74-84 | | M | | 37 | 7 | 27 | 71 |
| 1992 | Robert Thomson | 68-0 | A1,C1 | | | | | | |
| | Frank Starry | 44-53 | | | A1 | | | | |
| | Arnold Smith | 50-79 | C1 | | | | | | |
| | Billy Dorrington | 37-80 | A1,C1 | | | | | | |
| | Raymond Carlson | 57-84 | | | A1 | | | | |
| | Henry Schnetter | 74-84 | C1 | | | | | | |
| | Gerald Nelson | 66-0 | C1 | | | | | | |
| | John Calkins | 52-58 | | M | | 42 | 8 | 29 | 79 |

| YEAR | NAME | YRS at WRG | DEATH BY ASBESTOS DISEASE | | | DEATH TOTALS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Asbestos Lung Cancer | Meso-thelli-oma | Asbes-tosis | Asbestos Lung Cancer | Meso-thelli-oma | Asbes-tosis | Total |
| 1993 | Edward Wittlake<br>George Oldham<br>Donald Peterson<br>John Vinion | 51-64<br>55-66<br>50-53<br>53-71 | | M | A1<br>A1<br>A1 | 42 | 9 | 32 | 83 |
| 1994 | Donald Howard<br>H. Shrewsberry | 48-50<br>52-84 | C1 | | A1 | 43 | 9 | 33 | 85 |
| 1995 | Floyd Cole | 49-0 | | | A1 | 43 | 9 | 34 | 86 |
| 1996 | Rex Smith<br>Robin Clark<br>William Hostetler<br>Rbt. Stufflebeam | 57-86<br>66-67<br>59-80<br>74-86 | A1,C1<br>C1 | | A2<br>A1 | 45 | 9 | 36 | 90 |
| 1997 | Donald Riley<br>Thomas Albert<br>Wesley Siefke | 60-87<br>60-62<br>50-51 | C1<br>C1 | | A1 | 47 | 9 | 37 | 93 |
| 1998 | Robert Graham<br>Arthur Bundrock<br>Donald Johnson | 62-90<br>57-78<br>50-81 | | A1,M | A2<br>A1 | 47 | 10 | 39 | 96 |
| 1999 | Maurice Post | 48-48 | A1,C1 | | | 48 | 10 | 39 | 97 |
| 2000 | Thomas Murray<br>Daniel Garrison<br>Jack Kenworthy | 48-49<br>56-57<br>68-84 | C1 | A1,M | A1 | 49 | 11 | 40 | 100 |

## Audit of HNA Denials and Downgrades of Severity of Disease (December 2005, revised)

Health Network American (HNA) denials of diagnosis were reviewed because of claims of overreading of CXR's.

Only those charts were reviewed that we had letters from HNA. HNA refused to provide us with a list. Approximately 90 +/- charts were reviewed and are summarized below.

70 charts were denials of any abnormalities.

1. ATSDR readers during 2000 and 2001 screenings confirmed CARD readings on 27 of 44 they had read. 14 times the ATSDR readers on balance agreed with the HNA hired doctors and there were three ties. The ATSDR was about 2x as likely to confirm the CARD readings.

2. Dr. Becker (radiologist at S. John's Hospital, Libby) confirmed 51 of 68 he had read. Of the 17 Dr. Becker did not confirm, 16 were confirmed by other outside readers or CT scans.

3. Dr. Teel (Spokane pulmonary radiologist) confirmed CARD readings on 5 of 5 he read.

4. Dr. Lynch or Dr. Newell in Denver confirmed 4 of 4 they had read.

5. 2 of 70 were not confirmed. One is likely normal. One is equivocal due to massive obesity.

6. 7 films were not read by HNA at all, but denied. A letter of denial was issued with no readings presented.

7. Dr. Flynn (HNA Medical Director) overruled his own radiologists 5 times where they had found asbestos disease.

15 were downgraded by HNA from CARD and other radiologists' readings.

- 8 had asbestos interstitial disease (asbestosis) and were read as no disease by HNA readers. 6 of the 8 were confirmed by outside readers or Dr. Becker.



EXHIBIT 15

- 7 had diffuse pleural thickening and were downgraded to pleural plaques by HNA readers. The CARD readings on 3 of the 7 were confirmed by outside readers.

8 were accepted as sent from CARD.

Summary-------------of 93 charts reviewed:
    68 of 70 were rejected incorrectly (1 correctly; 1 equivocal)
    15 downgraded incorrectly
    8 accepted as sent by CARD

5 positives (Shipley, Molina) were overridden to negative (denial) by Dr. Flynn.

Alan C. Whitehouse, MD, FCCP