| ARD DIAG | NAME | STATUS HNA | FVC | FEV1 | RV | TLC | DLCO | BECK CXR | CARD CXR SHIPLEY | HNA CXR SIDER | WHEELER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Schauer, Arthur | 1 | 99 | 100 | 115 | 103 | 78 | 2 | 2 | 1 | |
| 2 | | 1 | 90 | 88 | 106 | 95 | 130 | 2 | 2 | | |
| 2 | Garrison, glenn | 1 | 103 | 111 | 86 | 101 | 82 | 2 | 2 | 1 | |
| 2 | STICKNEY, robert | 1 | 91 | 89 | 136 | 107 | 96 | 2 | 2 | 1 | |
| 2 | | 1 | 95 | 102 | 109 | 100 | 78 | 2 | 2 | 1 | 1 |
| 2 | BACHE, FRANK | 1 | 84 | 82 | 113 | 86 | 90 | 1 | ^2/5 | | |
| 2 | BRALEY, EUGENE | 1 | 81 | 82 | 97 | 89 | 74 | 1 | 2 | 1 | 1 | 1 |
| 2 | BRALEY, LINDA | 1 | | | | | | 1 | 2 | 1 | | |
| 2 | | 1 | 72 | 63 | 150 | 98 | 68 | 2 | 2 | 1 | 1 | |
| 2 | CHALLINOR, CHARLES | 1 | 85 | 89 | 97 | 84 | 83 | 2 | 2 | 1 | | |
| 2 | CUMMINGS, LARRY | 1 | 90 | 89 | 117 | 101 | 63 | 1 | 2 | 1 | 1 | |
| 2 | DAVIS, LARRY | 1 | 75 | 74 | 113 | 86 | 87 | 2 | 3 | 1 | 1 | |
| 2 | FOSS, JUDI | 1 | 103 | 102 | 88 | 100 | 77 | 1 | 2 | | | |
| 2 | HALVORSON, MARGARET | 1 | 104 | 112 | 86 | 90 | 71 | 2 | 2 | 1 | 1 | |
| 2 | HART, STUART | 1 | 99 | 101 | 106 | 103 | 62 | 1 | 2 | 1 | | |
| 2 | JELLESED, JOAN | 1 | 120 | 119 | 118 | 122 | 103 | 1 | 2 | 1 | 1 | |
| 2 | KELLY, DOUGLAS | 1 | 93 | 95 | 110 | 99 | 75 | 2 | 2 | | 1 | 1 |
| 2 | KESSEL, DUANE | 1 | 88 | 88 | 106 | 90 | 80 | 2 | 2 | | | |
| 2 | LUNDSTROM, JUDY | 1 | 92 | 87 | 47 | 74 | 82 | 1 | 2 | 1 | | 1 |
| 2 | | 1 | 100 | 102 | 116 | 105 | 88 | 1 | 2 | 2 | 1 | 1 |
| 2 | MONTGOMERY, YOLANDA | 1 | 97 | 100 | 95 | 95 | 79 | 1 | 2 | 1 | | |
| 2 | NORMAN, MICHAEL | 1 | 85 | 82 | 90 | 83 | 67 | 2 | 2 | 1 | 1 | |
| 2 | ORSBORNE, ELVINA | 1 | 68 | 35 | 202 | 121 | 34 | 1 | 2 | 1 | 1 | |
| 2 | PRIEST, ALICE | 1 | 81 | 42 | 193 | 121 | 23 | ^2 | ^2 | 1 | 1 | |
| 2 | | 1 | 129 | 130 | 83 | 66 | 95 | 2 | 2 | 1 | | |
| 2 | SHAW, DOUGLAS | 1 | 90 | 81 | 108 | 94 | 63 | 2 | 2 | | 1 | |
| 2 | TOLLE, MARY ANN | 1 | 89 | 43 | 149 | 110 | 60 | 1 | ^2/5 | 1 | | 1 |
| 2 | WAGNER, CINDY | 1 | 89 | 87 | 99 | 94 | 71 | 1 | 2 | 1 | | |
| 2 | | 1 | 94 | 95 | 110 | 100 | 87 | 2 | 2 | | 1 | |
| 2 | | 1 | 96 | 100 | 81 | 91 | 69 | 2 | ^2/5 | 1 | | |
| 2 | | 1 | 94 | 82 | 117 | 149 | 115 | 2 | 2 | 1 | | |
| 2 | WICKA, MONTE | 1 | 86 | 99 | 66 | 82 | 90 | 2 | 2 | | 1 | |
| 2 | | 1 | 101 | 94 | 132 | 105 | 72 | 2 | 2 | | | 4 |
| 2 | | 1 | 87 | 85 | 124 | 94 | 59 | 2 | 2 | | | 1 |
| 2 | | 1 | 75 | 63 | 116 | 91 | 38 | 2 | ^2/5 | 1 | 1 | |
| 2 | McALLISTER, SANDRA | 1 | 114 | 111 | 94 | 103 | 81 | 1 | 2 | 1 | 1 | |
| 2 | JUDKINS, JACK | 1 | 77 | 54 | 131 | 95 | 88 | 2 | 2 | 1 | | |
| 2 | BADGLEY, MICHAEL | 1 | 109 | 103 | 111 | 103 | 89 | 1 | 2 | | 1 | |
| 3 | Cole, myra | 1 | 70 | 69 | 65 | 67 | 32 | 2 | 3 | | | 1 |
| 3 | Filopoulos, Frank | 1 | 85 | 91 | 92 | 86 | 57 | 2 | 3 | 1 | | |
| 3 | ARLT, lloyd ^ | 1 | 89 | 73 | 103 | 96 | 103 | 2 | 2 | | 1 | |
| 3 | KELLEY, arnold | 1 | 100 | 83 | 127 | 93 | 66 | 2 | ^3/5 | 1 | | |
| 3 | THOMSON, robert | 1 | 77 | 72 | 108 | 85 | 70 | | 3 | 1 | 1 | 1 |
| 3 | BENEFIELD, DAVID | 1 | 65 | 64 | 124 | 84 | 41 | 1 | 3 | | | |
| 3 | CLEMONS, JOHN | 1 | 78 | 79 | 93 | 81 | 67 | 2 | 3 | 1 | 1 | |
| 3 | | 1 | 85 | 96 | 87 | 83 | 65 | 3 | 3 | 1 | | |
| 3 | FLEMING, ELDON | 1 | 103 | 94 | 107 | 107 | 80 | 1 | 2 | 1 | 1 | |
| 3 | GARDINER, REID | 1 | 88 | 85 | 172 | 111 | 80 | 2 | 3 | 2 | 1 | |
| 3 | HALL ARTHUR | 1 | 75 | 74 | 80 | 76 | 86 | 1 | 2 | 1 | | |
| 3 | KUJAWA, JOHN | 1 | 116 | 124 | 90 | 113 | 81 | 1 | 2 | 1 | | |
| 3 | MANAGHAN, MIKE | 1 | 87 | 89 | 79 | 84 | 76 | 2 | 3 | | 1 | |
| 3 | MAYCUMBER, FRANK | 1 | 81 | 78 | 94 | 83 | 86 | 2 | 3 | 1 | | |
| 3 | Schauss, Charlotte | 1 | 80 | 82 | 155 | 112 | 77 | 1 | 1 | | | |
| 5 | | 1 | 88 | 87 | 91 | 100 | 48 | 1 | 1 | | | |
| 5 | HOPKINS, louise | 1 | 106 | 111 | 79 | 97 | 71 | | ^2/5 | 6 | | |
| 5 | | 1 | 101 | 92 | 122 | 104 | 119 | 1 | ^2/5 | | | |
| 5 | BENOIT, ED | 4 | | | | | | 5 | ^3/5 | 5 | | 5 |
| 2/5 | FOOTE, JOE | 1 | 92 | 94 | 155 | 117 | 84 | 1 | 3 | 1 | 1 | |
| 2/5 | | 1 | 86 | 88 | 85 | 87 | 78 | 1 | 5 | 1 | | |

| Code | Name | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ^2/3 | FOSS, BRUCE | 1 | 87 | 86 | 94 | 87 | 79 | 2 | 3 | 1 | 1 | 1 |
| ^2/5 | STAPLEY, ken | 1 | 80 | 58 | 132 | 99 | 47 | 5 | 3 | 1 | | |
| ^2/5 | ▓▓▓▓ | 1 | 79 | 75 | 87 | 76 | 68 | 2 | ^3/5 | 1 | 6 | 1 |
| ^2/5 | DEAN, gerald ^ | 1 | 62 | 61 | 116 | 82 | 45 | 2 | ^2/5 | 1 | | |
| ^2/5 | COTE, L | 1 | 61 | 60 | 105 | 69 | 70 | ^2/5 | ^3/5 | | | |
| ^2/5 | HAMMER, MARY | 1 | 87 | 89 | 149 | 112 | 64 | 1 | ^2/5 | 1 | | |
| ^2/5 | ▓▓▓▓ | 1 | 74 | 33 | 111 | 186 | 32 | 1 | 2 | | | |
| ^2/5 | WELCH, DENNIS | 1 | 86 | 86 | 106 | 93 | 58 | 1 | 2 | 1 | | |
| ^3/5 | Keeler, Patricia | 1 | 95 | 92 | 104 | 93 | 83 | 1 | ^3/5 | | | |
| ^3/5 | TROYER, Ira | 1 | 92 | 95 | 90 | 93 | 49 | 5 | ^3/5 | 2 | 1 | 4 |
| ^3/5 | VIERECK, richard | 1 | 83 | 81 | 92 | 86 | 53 | ^2/5 | ^3/5 | 1 | | |
| | | | 89.16 | 85.324 | 109 | 96.647 | 72.9706 | | | | | |

**DOWNGRADES**

| Code | Name | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ▓▓▓▓ | 2 | 72 | 61 | 125 | 98 | 78 | | 3 | | | |
| 3 | Masters, Ronald | 2 | 96 | 102 | 77 | 93 | 99 | 2 | 3 | | | |
| 3 | Keck, Diane | 2 | 92 | 83 | 113 | 98 | 75 | | 3 | | | |
| 3 | ▓▓▓▓ | 2 | 82 | 76 | 138 | 100 | 70 | | ^3/5 | | | |
| 3 | JOHNSON, theodore | 2 | 97 | 94 | 101 | 113 | 67 | | 3 | | | 2 |
| 3 | APPLEGATE, DUANE | 2 | 94 | 56 | 109 | 91 | 51 | 2 | 2 | 2 | | |
| 3 | CARTWRIGHT, judith | 2 | 101 | 98 | 102 | 102 | 83 | 2 | 2 | | | |
| 5 | BENEFIELD, BARBARA | 2 | 89 | 89 | 99 | 92 | 69 | ^2/5 | ^3/5 | | | |
| ^2/5 | Challinor, Wendy | 2 | 65 | 62 | 128 | 91 | 50 | 5 | ^2/5 | | | |
| ^2/5 | BLAND, DONALD | 2 | 95 | 77 | 154 | 113 | 90 | 2 | 2 | | | |
| 3/5 | BARNES, ANSON | 2 | 70 | 71 | 107 | 78 | 72 | ^3/5 | ^3/5 | | | 2 |
| 3/5 | BENEFIELD, DONALD | 2 | 86 | 63 | 163 | 105 | 59 | ^3/5 | ^3/5 | | | |
| ^3/5 | BILLADEAU, LEROY | 2 | 66 | 45 | 178 | 100 | 57 | 5 | ^2/5 | | | |
| ^3/5 | BENEFIELD, GAYLA | 2 | 107 | 85 | 140 | 120 | 56 | 1 | ^3/5 | | | |
| | | | 86.57 | 75.857 | 123.9 | 99.571 | 69.7143 | | | | | |

**ACCEPTED**

| Code | Name | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ▓▓▓▓ | 2 | 96 | 97 | 109 | 97 | 82 | 2 | 3 | 1 | 1 | |
| 2 | Thom, Leroy | 2 | 113 | 111 | 67 | 102 | 90 | 1 | | | | |
| 2 | ▓▓▓▓ | 2 | 89 | 84 | 95 | 92 | 86 | 2 | 2 | 2 | | |
| 2 | ▓▓▓▓ | 2 | 91 | 90 | 89 | 94 | 83 | 1 | 2 | | | |
| 3 | Riley, Vernon | 3 | 62 | 39 | 92 | 75 | 51 | ^3/5 | 3 | 3 | | |
| 3 | Perley, Edward | 3 | 65 | 43 | 175 | 104 | 59 | 3 | 3 | 3 | | |
| 3 | Harvey, Tom | 3 | 62 | 69 | 134 | 81 | 60 | | 3 | | | |
| 5 | ATCHLEY, EDWARD | 2 | 78 | 55 | 145 | 97 | 45 | 5 | 5 | | | |
| ^2/5 | ▓▓▓▓ | ^2/5 | 107 | 110 | 88 | 98 | 88 | 1 | ^2/5 | | | |
| | | | 84.78 | 77.556 | 110.4 | 93.333 | 71.5556 | | | | | |

| CXR | ATSDR CXR | LYNCH CXR NEWELL | BECK CT | CARD CT | HNA CT SHIPLEY | SIDER | MOLINA | KAR CT | ATSDR CT | TEEL CT | LYNCH CT NEWELL | xray tallies CARD | xray tallies HNA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2 | 2 | | | | | | | | 4,0 | 0,1 |
| | | | 5 | 2 | | | | | | | | 4,0 | NO READ |
| | | | | | 1 | | | | | | 2 | 3,0 | 0,2 |
| 2 | 2(3/3) | | 2 | | | | ^2/4 | ^2/5 | | | | 8,0 | 1,1 |
| | 2(2/4) | | ^2/5 | 2 | | | | | | | | 6,2 | 0,2 |
| | | | ^2/5 | 2 | | | | | | | | 3,1 | no read |
| | 2(3/3) | | ^2/4 | 2 | | | | | | | | 6,1 | 0,3 |
| | | | | | | 1 | | | | | | 1,1 | 0,2 |
| | | | 2 | 2 | | 1 | | | | | | 4,0 | 0,3 |
| | 2(2/3) | | ^2/5 | | 1 | | | | | | | 5,1 | 0,2 |
| | 2(1/3) | | 2 | 2 | | | | | | | | 4,3 | 0,2 |
| | | | | | | | | | | | | 2,0 | 0,2 |
| | | | 2 | 2 | | | | | | | | 3,1 | not read |
| | | | | 2 | | | | | | | | 3,0 | 0,2 |
| | 2(1/3) | | 2 | ^2/5 | 1 | | | | | | | 4,3 | 0,2 |
| | | | 2 | 2 | | | | | | | | 2,1 | 0,2 |
| | | | 2 | | | | 1 | | | 2 | | 4,0 | 0,3 |
| | 2(3/4) | | 2 | 2 | 1 | | | | | | | 7,1 | 0,1 |
| | | | | | | | 1 | | | | ^2/5 | 2,1 | 0,2 |
| | 2(2/3) | | 2 | 2 | | | | | | | | 5,2 | 1,2 |
| | 2(2/4) | | 2 | | | | | | | | | 4,3 | 0,1 |
| | 2(2/3) | | | | | | | | | | | 4,1 | 0,2 |
| | 2(1/3) | | | | | | | | 1 | | | 2,4 | 0,2 |
| | | | 2 | | | | | | | 2 | | 4,0 | 0,2 |
| | 2(1/3) | | | | | | | | | | | 3,2 | 0,1 |
| | 2(3/3) | | 2 | | | | | | | | | 6,0 | 0,1 |
| | | | | | | | | | | 2 | | 2,1 | 0,2 |
| | 2(1/3) | | 1 | | 1 | | | | | | | 3,3 | 0,2 |
| | | | 2 | 2 | | | | | | | | 4,0 | 0,1 |
| | 2(3/3) | | | | | | | | | | | 5,0 | 0,1 |
| | 2(3/4) | | 2 | | 1 | | | | | | | 6,1 | 0,2 |
| | 2(1/3) | | 1 | 2 | 1 | | | | | | | 4,2 | 0,2 |
| | 2(1/3) | | 2 | 2 | | | | | | | | 5,2 | 0,1 |
| | | | 2 | 2 | | | | | | | | 4,0 | 0,1 |
| | 2(3/4) | | | | | | | | | | | 5,1 | 0,2 |
| | 2(2/3) | | 2 | 2 | | | 4 | | | | | 5,2 | 0,3 |
| | | | 4 | 3 | | | 4 | | | | | 3,1 | 0,2 |
| | 2(1/3) | | 1 | | | | 1 | | 1 | | | 2,5 | 0,2 |
| | 3(3/3) | | ^3/5 | ^3/5 | | | | | | | | 7,0 | 0,1 |
| | 2(2/3) | | 1 | 3 | | | | | | | | 5,1 | 0,1 |
| 3 | ^2/5(3/3) | | 4 | 3 | | | 1 | | | | | 7,1 | 0,2 |
| 2 | ^2/5(4/4) | | 4 | 3 | | | 4 | 2 | | | | 9,0 | 0,2 |
| ^3/5 | 2(2/3) | | 3 | 3 | | | | | | | | 6,1 | 0,3 |
| | ^2/5(2/3) | | 3 | 3 | 1 | | | | | | | 6,2 | 0,1 |
| | 2(3/4) | | 4 | 3 | 1 | | 1 | | | | | 7,1 | 0,4 |
| | 2(3/3) | | 1 | 2 | | | 4 | | | | | 7,0 | 0,2 |
| | 3(3/3) | | ^3 | 3 | 1 | | | | | | | 7,1 | 0,3 |
| | 3(3/3) | | 2 | | | | | | | | | 6,0 | 1,1 |
| | 3(3/3) | | 1 | 3 | | | 4 | | | | | 5,2 | 0,2 |
| | 2(2/3) | | 4 | 2 | | | 4 | | | | | 4,2 | 0,2 |
| | 2(2/4) | | 1 | 3 | | | | | | | | 5,3 | 0,1 |
| | 3(3/3) | | 2 | 3 | 1 | | | | | | | 7,0 | 0,2 |
| | | | 4 | 3 | | | | | 1 | | | 2,3 | not read |
| | 1 | | 1 | 5 | 1 | | | | | | | 0,4 | not read |
| 5 | | | ^5/6 | | | | 6 | 5 | | | | 3,0 | 0,2 |
| | 2(1/4) | | | 5 | 1 | 1 | 1 | | | | | 3,5 | 0,3 |
| | | | | | | | | | | | | 2,0 | 2,0 |
| | 3(1/4) | 3 | ?5 | 2 | | | 1 | | | | 3 | 5,4 | 0,3 |
| | 2(1/4) | | 1 | ?2 | | | | | | | | 3,4 | 0,1 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ^2/5 | 3(1/3) | | | 2 | 3 | | | | | | | 4,0 | 0,3 |
| 1 | | | | 5 | ^2/5 | | | 1 | ^2/5 | | | 7,2 | 0,2 |
| 3 | | | | | | | | | | 5 | | 3,1 | 0,3 |
| | 2(1/3) | | | 3 | 3 | | | | | | | 8,2 | 0,1 |
| | 2(3/3) | | | | | | 1 | | | | | 5,0 | 0,1 |
| | 2/5(3/3) | | | | | 1 | | | | | | 4,1 | 0,2 |
| | | | ^2/5 | 1 | 2 | | | | | | | 2,2 | not read |
| | 5(1/3) | | | | 5 | 1 | | | | 1 | | 3,4 | 0,2 |
| | | | | 1 | 2 | | | | | | 3 | 3,2 | not read |
| ^3/5 | | | | ^3/5 | | | | 1 | ^3/5 | | | 5,0 | 1,3 |
| ^2/5 | 2(2/3) | | | 3 | 3 | | | | ^2/5 | | | 7,1 | 0,1 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | 3 (3/3) | | | 2 | 3 | | | | | | 3 | | |
| | 2(3/3) | | | | | | | | | | | | |
| | | | | | | | | | | 3 | | | |
| | 2 | | | | | | | | | | | | |
| | 3(3/3) | | | | | | | | | | | | |
| | 1(3/3) | | | 3 | 2 | | | | | | | | |
| | 2 (2/3) | | ^2/5 | ^2/5 | | | 2 | | | | | | |
| | 3(3/4) | | ^2/5 | ^2/5 | 2 | | | | | | | | |
| | | | ^2/5 | | | | | | | | | | |
| | 3(1/1) | | ^3/5 | ^3/5 | 3 | | | | | | | | |
| | | | | | | 2 | | | ^3/5 | | | | |
| | 2(1/4) | 3 | ^2/5 | | 2 | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | 2 | | 2 | | | | | | | |
| | | | | 2 | | | | | | | | | |
| 2(1/3) | | | | | | | | | | | | | |
| | | | 1 (EMPHY) | 2 | | | 2 | | | 2 | | | |
| 2(3/3) | | | | | | | | | | | | | |
| | | | | | | | 3 | | | | | | |
| | | | 3 | | | | 3 | | | | | | |
| 2/5(3/3) | | | | | | 1 | 2 | | | | | | |
| | | | | | | | ^2/5 | | | | | | |

| Flynn overrides | O2 | XRAYS NEEDED / XRAY READS | HNA DIAG | SOB | PLEU SYMP | COU OBSTR | REST | RALES EXAM | RUB |
|---|---|---|---|---|---|---|---|---|---|
| | | CT/CXR TO LYNCH | 1 | 1 | 1 | 2 | 1 | 1 | 1 |
| | | CXR/CT TO LYNCH | 2 | 1 | 1 | 1 | 1 | 1 | 1 |
| override molina | | GET NEW CT/ CR&CXR TO LYNCH | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | CT/CXR TO LYNCH | 1 | 3 | 3 | 2 | 1 | 1 | 1 |
| | | CXR/CT TO LYNCH | 2 | 2 | 1 | 2 | 1 | 2 | 1 |
| | | | 1 | 2 | 2 | 2 | 1 | 1 | 1 |
| | 2 | CT TO LYNCH | 1 | 2 | 1 | 2 | 1 | 1 | 1 |
| | | NEW CT/CXR TO LYNCH | 1 | 1 | 1 | 2 | 1 | 1 | 1 |
| | | CXR/CT TO LYNCH | 1 | 2 | 1 | 3 | 2 | 1 | 1 |
| | | CXR TO LYNCH | 1 | 2 | 2 | 3 | 1 | 1 | 2 |
| | | CT TO LYNCH | 1 | 2 | 1 | 1 | 1 | 1 | 1 |
| | | GET NEW CT&CXR TO LYNCH | 1 | 3 | 1 | 1 | 2 | 1 | 1 |
| | | CXR TO LYNCH | 1 | 2 | 1 | 1 | 1 | 1 | 1 |
| | | CT TO LYNCH | 1 | 1 | 1 | 2 | 1 | 1 | 1 |
| | | CT TO LYNCH | 1 | 2 | 2 | 1 | 1 | 1 | 1 |
| | | 2004 CT TO LYNCH | 1 | 1 | 1 | 2 | 1 | 1 | 1 |
| | | | 1 | 4 | 1 | 2 | 1 | 2 | 2 |
| | | CXR TO LYNCH | 1 | 2 | 1 | 1 | 1 | 1 | 1 |
| | | CT TO LYNCH | 1 | 2 | 1 | 2 | 1 | 1 | 1 |
| override shipley | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | | 1 | 2 | 1 | 1 | 2 | 1 | 1 |
| | | CXR TO LYNCH | 1 | 2 | 1 | 1 | 1 | 1 | 1 |
| | 1 | NUMBERED CT TO LYNCH | 1 | 2 | 1 | 2 | 4 | 1 | 1 |
| | 2 | | 1 | 4 | 1 | 2 | 4 | 1 | 1 |
| | | | 1 | 1 | 2 | 1 | 1 | 1 | 1 |
| | | CXR TO LYNCH | 1 | 3 | 1 | 2 | 1 | 1 | 1 |
| | 3 | NEED NEW CT TO LYNCH | 1 | 3 | 2 | 2 | 4 | 2 | 1 |
| | | CXR TO LYNCH | 1 | 2 | 2 | 2 | 1 | 1 | 1 |
| | | 7/30/01 3 VIEW CXR TO LYNCH | 1 | 2 | 2 | 1 | 2 | 1 | 1 |
| | | 2/16/04 CXR TO LYNCH | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | CXR TO LYNCH | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | CXR/CT TO LYNCH | 1 | 1 | 1 | 3 | 1 | 1 | 1 |
| | | CT TO LYNCH | 1 | 2 | 2 | 2 | 1 | 1 | 1 |
| | | CXR/CT TO LYNCH | 1 | 2 | 1 | 1 | 1 | 1 | 1 |
| | | CXR TO LYNCH | 1 | 2 | 1 | 2 | 1 | 1 | 1 |
| | | 05 CT TO LYNCH | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | CT TO LYNCH | 1 | 2 | 1 | 1 | 1 | 1 | 1 |
| | | PROBABLY NORMAL | 1 | 2 | 1 | 1 | 1 | 1 | 1 |
| | 3 | CXR TO LYNCH | 1 | 2 | 1 | 1 | 1 | 1 | 1 |
| | | CT/CXR TO LYNCH | 1 | 2 | 1 | 1 | 1 | 1 | 1 |
| | 2 | CXR TO LYNCH | 1 | 3 | 2 | 1 | 1 | 1 | 1 |
| | | CT/CXR TO LYNCH | 1 | 4 | 2 | 2 | 2 | 1 | 1 |
| | | CT TO LYNCH | 1 | 2 | 2 | 2 | 1 | 1 | 2 |
| | | CT/CXR TO LYNCH | 1 | 2 | 2 | 2 | 2 | 1 | 1 |
| | | CT/CXR TO LYNCH | 1 | 3 | 2 | 1 | 1 | 1 | 2 |
| | | CT/CXR TO LYNCH | 1 | 3 | 2 | 2 | 2 | 1 | 1 |
| | | | 1 | 2 | 2 | 1 | 2 | 2 | 1 |
| override shipley | | CXR TO LYNCH | 1 | 2 | 1 | 1 | 1 | 1 | 1 |
| | | CT/CXR TO LYNCH | 1 | 2 | 1 | 1 | 1 | 2 | 1 |
| | | CXR/CT TO LYNCH | ^1/4 | 2 | 2 | 2 | 1 | 1 | 1 |
| | | CT TO LYNCH | 1 | 2 | 1 | 2 | 1 | 1 | 1 |
| | | CXR TO LYNCH | 1 | 2 | 1 | 3 | 1 | 1 | 1 |
| | | CT TO LYNCH | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| | | CT TO LYNCH | 1 | 2 | 1 | 3 | 2 | 1 | 1 |
| | | CT/CXR TO LYNCH | 6 | 1 | 1 | 2 | 1 | 1 | 1 |
| | | CT/CXR TO LYNCH | 1 | 3 | 2 | 2 | 1 | 2 | 1 |
| de shipley & wheeler | | | 5 | 2 | 1 | 1 | 1 | 2 | 1 |
| | | | 1 | 2 | 1 | 2 | 1 | 1 | 1 |
| | | ??? TO LYNCH | 1 | 2 | 1 | 3 | 2 | 1 | 1 |