3.  **Consumers and bystanders are left out**

The bill only compensates those who were occupationally exposed to asbestos—and then, only if in contact with asbestos for more than 5 years—and the family members of exposed workers. It does not, for example, compensate the high school kids in factory towns across the country who unloaded boxcars filled with vermiculite ore to earn money over their summer vacations and now, maybe 20 years or more later, have developed lung disease. It makes no provision for individuals harmed by non-occupational exposure, other than the residents of Libby, Montana. The EPA currently has 28 nationwide factory site "hot spots" under priority surveillance to determine the health effects of asbestos exposure. These sites received 80% of the Libby, Montana vermiculite ore sent to a total 200 factories in the U.S. where the toxic material was processed for use in consumer goods. The remaining 172 sites are of secondary interest to the EPA, but are also included in its surveillance plan. None of the community members exposed to asbestos dust from factory exhaust and particles transmitted widely by workers on their clothing and skin in any of these 200 towns will be covered under the trust fund.

Also excluded from qualifying for benefits are consumers who purchased and indifferently used and disposed of some 3,000 commercial products containing asbestos, including people who did their own automotive repairs such as replacing brake linings. Nor does the bill include occupants of 30 million houses nationwide containing asbestos-laden insulation in their attics, the health consequences of which have as yet been unexplored—although it has been established that there is no safe level of exposure to asbestos. It leaves out the hundreds of thousands of New Yorkers who have lived and worked in the vicinity of Ground Zero from the World Trade Center's destruction forward. The bottom line is that because the medical criteria rely on occupational exposure thresholds, they exclude millions of individuals who unwittingly incurred the risk of disabling and potentially fatal disease by purchasing products or living in communities with asbestos-related industries.

**Contacts**

*Michael Harbut, MD, MPH, FCCP*, Chief, Center for Occupational and Environmental Medicine; Co-Director, National Center for Vermiculite and Asbestos-Related Cancers, Karmanos Cancer Institute; Clinical Assistant Professor, Internal Medicine, Wayne State University. (248) 547-9100 (w), (248) 506-8871 (c), (248) 367-8265 (beeper), M1har@aol.com.

*Philip J. Landrigan, MD, MSc, DIH*, Chair, Dept. of Community and Preventive Medicine, Mount Sinai School of Medicine. (This is New York's largest clinical facility in occupational medicine and one of the nation's largest research and training programs in occupational health, established by Dr. Irving J. Selikoff, known as the "Father of Asbestos Research in the United States." This department was the major provider of diagnostic services to Ground Zero workers in the aftermath of the World Trade Center destruction, examining over 12,000 workers, many of whom were exposed to asbestos.) (212) 241-4804 (w), phil.landrigan@mssm.edu.

*L. Christine Oliver, MD, MPH, MS, FACPM*, Assistant Clinical Professor of Medicine, Harvard Medical School; Associate Physician, Pulmonary and Critical Medicine, Massachusetts General Hospital. (617) 232-1704 (w), (617) 312-7219 (c), coliver@ohiinc.com.

*Alan C. Whitehouse, MD, FCCP*, Senior consulting physician at the Center for Asbestos Related Disease, Libby, Montana and the pulmonary specialist who first identified asbestos-induced disease among workers in the W.R. Grace mine and manufacturing plant at Libby. (509) 999-5500 (c), (509) 276-1342 (h), (406) 293-9274 (Libby CARD clinic), acw1@sisna.com

###

Public Citizen is a national, nonprofit consumer advocacy organization based in Washington, D.C.

For more information, please visit www.citizen.org



**Alan C. Whitehouse MD**
Board Certified
Internal Medicine & Pulmonary Diseases

2/9/05

1507 E Eloika Rd.
Deer Park, Wa 90006
(509) 999-5500
Fax (509) 276-1343

PRELIMINARY REPORT ON 79 CHEST XRAYS REVIEWED
RELATIVE TO THE ASBESTOS INJURY RESOLUTION ACT OF 2005

At the request of Jon Heberling, Dr Black and I reviewed 79 chest xrays to evaluate qualification for compensation under the Asbestos injury Resolution Act of 2005. This was not a controlled study and it was biased toward the more ill patients. This occurred as all patients xrays looked at were from my Spokane practice which incorporated many severely ill patients and ones who had lost 10-15% of their lung function over a period of several or more years. All films were reviewed carefully and measurements taken of pleural thickness, review of any interstitial disease, review for blunting of either costo-phrenic angle, or charts reviewed for prior thoracic surgery that would create blunting of a costo-phrenic angle. I have read many more films on patients from Libby and estimate that overall only 10 - 20 % of all the patients would qualify.

RESULTS

15 patients were on oxygen with an $FEV_1$/ FVC ratio > 65%; only 4 qualified
8 patients had died- 5 qualified/ 3 did not qualify. All died of respiratory failure from asbestos pleural disease except one.
22 of 27 that qualified had blunting of one costo-phrenic angle.
5 of 27 qualified met the B2 requirement.
17 patients had FVC, TLC, and DLCO all over 80% of predicted (normal) and only 1 qualified
29 patients had FVC, TLC, or DLCO 60- 80% and considered to be in an intermediate range. 10 qualified. All were very symptomatic.
33 patients had FVC, TLC, or DLCO under 60% (severe); only 16 qualified, including only 2 of 6 who died.
Of the 71 living patients, only 22 qualified ( 31%). 18 of these had FVC's or DLCO's of less than 70% of predicted. Only 3 of 71 qualified with FVC above 80% of predicted. 2 of those though had DLCO's below 70% of predicted. Another significant consideration is that we use normal values (Knudsen, Miller), that range 5- 10% higher than the Crapo norms used in the AMA Guides to evaluation of Permanent Impairment (5th Ed.).
The average FVC in this group of 79 was 65% of predicted and the DLCO 70% (Knudsen/ Miller). Of the 22 alive qualifying, 2 had had thoracic surgery which may have created the qualifying blunting of the costo-phrenic angle and would exclude them from compensation.
Only 4 of 79 patients had interstitial disease of 1/0 or greater, typical of Libby tremolite disease. Libby asbestos disease is predominantly a pleural disease.
It is clear that the proposed law is inadequate to compensate the approximately 1500 asbestos victims in Libby, Montana who have been identified so far. There is also no scientific basis for the B2 requirement or the angle bunting requirement outlined in the law.

Alan C. Whitehouse MD
Spokane, Wa.

EXHIBIT 77

LOG OF ASBESTOS PATIENTS CRITERIA STUDY;FVC.xls

| Name | FVC % | TLC % | DLCO % | INT | R THICKNESS | R % | R BLUNTING | L THICKNESS | L % | L BLUNTING | MEETS CRITERIA? PLEURAL | INT | DIED | QUALIFY? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENG[redacted] | 125 | 92 | 58 | NEG | 2 | 80 | NEG | 2 | 70 | NEG | NO | NO | | | |
| | 120 | 100 | 84 | NEG | 1 | 50 | NEG | 2 | 25 | NEG | NO | NO | | | |
| WILBURN[redacted] | 116 | 84 | 53 | NEG | 2 | 30 | NEG | 1 | 40 | NEG | NO | NO | | | |
| RISLEY[redacted] | 113 | 92 | 71 | ^0/1 | 1 | 25 | NEG | 2 | 10 | NEG | NO | NO | | | |
| RECH[redacted] | 112 | 96 | 91 | NEG | 1 | 20 | NEG | 0 | 0 | NEG | NO | NO | | | |
| | 104 | 102 | 82 | NEG | 2 | 50 | NEG | 4 | 60 | NEG | NO | NO | | | |
| MCCO[redacted] | 104 | 103 | 88 | NEG | 2 | 10 | NEG | 3 | 10 | NEG | NO | NO | | | |
| SLAU[redacted] | 103 | 103 | 62 | ^1/1 | 3 | 90 | NEG | 2 | 25 | NEG | NO | YES | | X | |
| RACI[redacted] | 102 | 96 | 93 | ^0/1 | 2 | 15 | NEG | 2 | 25 | NEG | NO | NO | | | |
| | 101 | 96 | 117 | NEG | 2 | 60 | NEG | 2 | 30 | NEG | NO | NO | | | |
| CANN[redacted] | 100 | 98 | 82 | NEG | 5 | 90 | NEG | 5 | 70 | NEG | YES | NO | | X | |
| BADGLEY[redacted] | 98 | 104 | 84 | NEG | 2 | 100 | YES | 2 | 100 | NEG | NO | NO | | X | |
| GREEN[redacted] | 97 | 87 | 69 | NEG | 2 | 10 | NEG | 1 | 15 | NEG | NO | NO | | | |
| BACHE[redacted] | 96 | 88 | 105 | NEG | 3 | 30 | NEG | 2 | 30 | NEG | NO | NO | | | |
| ORR, Robert | 96 | 89 | 84 | NEG | 1 | 50 | NEG | 1 | 50 | NEG | NO | NO | | | |
| PENNOCK[redacted] | 96 | 82 | 98 | NEG | 0 | 0 | NEG | 2 | 5 | NEG | NO | NO | | | |
| WRIGHT[redacted] | 95 | 89 | 115 | NEG | 2 | 15 | NEG | 5 | 70 | NEG | NO | NO | | | |
| ALLEN[redacted] | 92 | 91 | 88 | NEG | 3 | 60 | NEG | 2 | 60 | NEG | NO | NO | | | |
| RIDDLE[redacted] | 90 | 80 | 72 | ^0/1 | 2 | 40 | NEG | 2 | 50 | NEG | NO | NO | | | |
| BENEFIEL[redacted] | 89 | 101 | 88 | NEG | 3 | 20 | NEG | 4 | 50 | NEG | NO | NO | | | |
| COLLINS[redacted] | 89 | 82 | 92 | NEG | 0 | 0 | NEG | 0 | 0 | NEG | NO | NO | | | |
| JOHNSON[redacted] | 89 | 88 | 61 | NEG | 4 | 40 | NEG | 6 | 40 | NEG | NO | NO | | | |
| WRIGHT, Andrew J. | 89 | | | ^0/1 (R only) | 5 | 80 | NEG | 2 | 80 | YES | NO | NO | X | | |
| BOOK[redacted] | 87 | 134 | 83 | NEG | 1 | 30 | NEG | 1 | 50 | NEG | NO | NO | | | |
| SWENNES[redacted] | 87 | 81 | 64 | NEG | 3 | 40 | NEG | 5 | 30 | NEG | NO | NO | | | |
| WARNER[redacted] | 87 | 78 | 54 | NEG | 7 | 100 | NEG | 4 | 100 | NEG | NO | NO | | | |
| LUND[redacted] | 85 | 84 | 95 | NEG | 1 | 25 | NEG | NEG | NEG | NEG | NO | NO | | | |
| | 83 | 98 | 62 | NEG | 5 | 50 | NEG | 3 | 40 | YES | NO | NO | | X | |
| [redacted] | 83 | 80 | 86 | NEG | 3 | 60 | NEG | 0 | 0 | NEG | NO | NO | X | | |
| | 81 | 91 | 78 | NEG | 2 | 30 | NEG | 2 | 40 | NEG | NO | NO | | | |
| WRAY[redacted] | 80 | 93 | 59 | NEG | 3 | 70 | NEG | 3 | 50 | NEG | NO | NO | | | |
| SWITZER[redacted] | 79 | 70 | 59 | NEG | 1 | 30 | NEG | 3 | 50 | YES | NO | NO | | X | |
| WILKES[redacted] | 79 | 81 | 78 | NEG | 3 | 100 | YES | 2 | 100 | NEG | NO | NO | | X | |
| NOB[redacted] | 78 | 79 | 96 | NEG | 1 | 100 | NEG | 1 | 100 | NEG | NO | NO | | | |
| | 76 | | | NEG | 7 | 60 | NEG | 4 | 90 | NEG | NO | NO | X | | |
| [redacted] | 76 | 107 | 66 | NEG | 2 | 100 | NEG | 1 | YES | YES | YES | NO | | X | |
| | 76 | 76 | 79 | NEG | 3 | 100 | NO | 3 | 100 | YES | NO | NO | | X | |
| | 75 | 87 | 59 | NEG | 2 | 70 | YES | 3 | 70 | YES | YES | NO | | X | |
| CRAIG[redacted] | 75 | 89 | 84 | NEG | 3 | 80 | NEG | 3 | 70 | NEG | NO | NO | | | |
| BALL[redacted] | 74 | 82 | 89 | NEG | 2 | 15 | NEG | 3 | 50 | NEG | NO | NO | | | |
| BILLA[redacted] | 74 | 94 | 80 | NEG | 2 | 70 | NEG | 1 | 25 | NEG | NO | NO | | | |
| DICKERMAN[redacted] | 74 | 76 | 69 | NEG | 4 | 25 | NEG | NEG | NEG | NEG | NO | NO | | | |
| STACEY[redacted] | 72 | 88 | 85 | NEG | 3 | 80 | NEG | 5 | 40 | NEG | NO | NO | | | |
| SWENN[redacted] | 72 | 70 | 92 | NEG | 5 | 60 | NEG | 6 | 60 | NEG | YES | NO | | X | |
| BUSBY[redacted] | 70 | 76 | 43 | NEG | 1 | 30 | YES | 1 | 5 | NEG | NO | NO | | X | |
| NOBLE[redacted] | 70 | 88 | 63 | NEG | 5 | 80 | NEG | 3 | 70 | NEG | NO | NO | | | |
| VINS[redacted] | 70 | 83 | 85 | NEG | 2 | 20 | NEG | 2 | 25 | NEG | NO | NO | | | |
| | 68 | 72 | 64 | ^0/1 | 3 | 50 | YES | 2 | 60 | NEG | NO | NO | | X | |
| FARMER[redacted] | 67 | 47 | 72 | ^1/0 | 3 | 40 | NEG | 3 | 25 | NEG | NO | YES | | X | |
| BAENEN[redacted] | 66 | 72 | 64 | NEG | 4 | 100 | NEG | 4 | 100 | YES | NO | NO | | X | |
| CHA[redacted] | 66 | 82 | 87 | ^1/1 | 1 | 80 | NEG | 1 | 80 | NEG | NO | YES | | X | |
| | 64 | 89 | 97 | NEG | 2 | 60 | NEG | 2 | 60 | NEG | NO | NO | | | |
| SMITH[redacted] | 64 | 88 | 58 | NEG | 3 | 80 | NEG | 3 | 90 | NEG | NO | NO | | | |
| VINSON[redacted] | 64 | 61 | 43 | NEG | 1 | 20 | NEG | 2 | 60 | NEG | NO | NO | | | |
| WASCO[redacted] | 64 | 70 | 64 | NEG | 2 | 30 | NEG | 1 | 10 | NEG | NO | NO | | | |
| SHEA[redacted] | 63 | 68 | 50 | NEG | 10 | 80 | YES | 6 | 50 | YES | YES | NO | | X | |
| BOLLES[redacted] | 62 | 78 | 57 | NEG | 3 | 60 | NEG | 6 | 40 | NEG | NO | NO | | | |
| HEDAHL[redacted] | 62 | 60 | 94 | NEG | 5 | 40 | NEG | 2 | 60 | NEG | NO | NO | | | |
| BRALEY[redacted] | 61 | 83 | 97 | ^1/0 (L only) | 3 | 50 | NEG | 3 | 60 | NEG | NO | NO | | | |
| PAUL[redacted] | 61 | 82 | 43 | NEG | 15 | 20 | NEG | 2 | 20 | NEG | NO | NO | | | |
| PINSTAD[redacted] | 60 | 73 | 80 | NEG | 3 | 60 | NEG | 6 | 90 | YES | NO | NO | | X | |
| | 58 | 73 | 78 | NEG | 1 | 25 | NEG | 1 | 20 | NEG | NO | NO | | | |
| OIKLE[redacted] | 57 | | | NEG | 1 | 80 | NEG | 3 | 90 | YES | NO | NO | X | X | |
| FELLENBERG, Ruben | 56 | 45 | 83 | NEG | 3 | 10 | YES | 6 | 50 | YES | YES | NO | | X | |
| DUTTON[redacted] | 55 | 42 | 40 | NEG | 5 | 25 | NEG | 3 | 25 | NEG | NO | NO | | | |
| | 53 | 74 | 49 | NEG | 0 | 0 | NEG | 9 | 50 | YES | NO | NO | | X | |
| COLE[redacted] | 52 | 73 | 47 | NEG | 2 | 80 | NEG | 2 | 70 | NEG | NO | NO | | | |
| VINSON[redacted] | 50 | 51 | 47 | NEG | 3 | 50 | NEG | 2 | 50 | NEG | NO | NO | | | |
| | 48 | 41 | 42 | ^2/2 | 0 | 0 | YES | 1 | 60 | NEG | NO | YES | | X | |
| HILL[redacted] | 47 | 58 | 40 | NEG | 5 | 20 | YES | 3 | 15 | NEG | YES | NO | | X | |
| KAEDING[redacted] | 47 | 47 | 39 | NEG | 6 | 50 | NEG | 7 | 50 | YES | YES | NO | X | X | |
| | 47 | 87 | | NEG | 2 | 80 | NEG | 3 | 100 | YES | YES | NO | | X | |
| DAVIDSON[redacted] G. | 45 | 64 | 102 | NEG | 5 | 40 | NEG | 4 | 40 | YES | YES | NO | | X | |
| | 44 | 64 | 34 | NEG | 5 | 50 | YES | 5 | 90 | YES | YES | NO | | X | |
| DICKERMAN[redacted] | 41 | 79 | 28 | ^1/1 (L ONLY) | 2 | 25 | NEG | 2 | 100 | NEG | NO | NO | X | | |
| JACOBSEN[redacted] | 40 | 72 | 87 | NEG | 5 | 60 | NEG | 3 | 70 | NEG | NO | NO | | | |
| FLETCHER[redacted] | 39 | 58 | 45 | NEG | 4 | 70 | NEG | 2 | 70 | NEG | NO | NO | | | |
| COLE, Francis | 38 | | | NEG | 1 | 100 | NEG | 1 | 40 | NEG | NO | NO | X | | |
| GASTON, Edward A. | 31 | 38 | 29 | NEG | 3 | 70 | NEG | 3 | 70 | YES | YES | NO | X | X | |

LOG OF ASBESTOS PATIENTS CRITERIA STUDY ON O2.xls

|  | FVC % | TLC % | DLCO % | INT | R THICK | R % | R BLUNT | L THICK | L % | L BLUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| BACHE, frank | 96 | 86 | 106 | NEG | 3 | 30 | NEG | 2 | 30 | NEG |
| BALL, irving | 77 | 93 | 87 | NEG | 2 | 15 | NEG | 2 | 15 | NEG |
| BENEFIELD, donald | 96 | 96 | 84 | NEG | 3 | 20 | NEG | 4 | 50 | NEG |
| DICKERMAN, lois | 70 | 86 | 57 | NEG | 3 | 25 | NEG | 4 | 25 | NEG |
| FELLENBERG, Ruben | 56 | 45 | 63 | NEG | 3 | 10 | YES | 6 | 80 | YES |
| HILL, dayton | 47 | 58 | 40 | NEG | 5 | 20 | YES | 3 | 15 | NEG |
| JOHNSON, raymond | 98 | 88 | 71 | NEG | 4 | 40 | NEG | 6 | 40 | NEG |
| MCCOLLUM, bob | 104 | 103 | 88 | NEG | 2 | 10 | NEG | 3 | 10 | NEG |
| PAUL, Claude | 61 | 82 | 43 | NEG | 15 | 20 | NEG | 2 | 20 | NEG |
| SHEA, lois | 63 | 66 | 50 | NEG | 10 | 80 | YES | 8 | 50 | YES |
| VINSON, kay | 50 | 81 | 47 | NEG | 3 | 50 | NEG | 2 | 50 | NEG |
| WILBURN, harold | 116 | 84 | 53 | NEG | 2 | 30 | NEG | 1 | 40 | NEG |
| WRAY, brian | 80 | 93 | 59 | NEG | 3 | 70 | NEG | 3 | 50 | NEG |
| FARMER, ARTHUR | 67 | 47 | 72 | ^1/0 | 3 | 40 | NEG | 3 | 25 | NEG |
| DUTTON, merritt | 63 | 58 | 39 | NEG | 5 | 25 | NEG | 3 | 25 | NEG |