| DEPOS | | | |
|---|---|---|---|
| Benefield, Gayla, PR for Margaret Vatland Wright, Andrew v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-96-170 DV-96-169 | 10/2/97 at 11:35 a.m. |
| Benefield, Gayla, PR for Margaret Vatland Wright, Andrew v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-96-170 DV-96-169 | 10/2/97 at 2:25 p.m. |
| Benefield, Gayla, PR for Margaret Vatland Shearer, Wilma Lyle, John v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-96-170 DV-97-140 DV-95-29 | Continued from 12/2/97 held on 3/4/98 at 1:35 p.m. |
| Benefield, Gayla, PR for Margaret Vatland Shearer, Wilma Lyle, John v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-96-170 DV-97-140 DV-95-29 | 3/4/98 at 2:00 p.m. |
| Benefield, Gayla, PR for Margaret Vatland Shearer, Wilma Lyle, John v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-96-170 DV-97-140 DV-95-29 | 3/4/98 at 5:10 p.m. |
| Alsbury, Frederick | Lincoln County District Court, 19th Judicial Court | DV-97-102 | 5/27/98 |
| DeShazer, Thomas | | | 5/27/98 |
| Smith, Beryl, PR for Rex E. Smith v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-97-119 | 10/19/98 at 11:00 a.m. |
| Benefield, Gayla, PR for Margaret Vatland v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-96-170 | 10/19/98 at 1:30 p.m. |

| DEPOS | | | |
|---|---|---|---|
| Shearer, Wilma v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-97-140 | 10/19/98 at 5:30 p.m. |
| Troyer, Diana, PR for Rex E. Smith v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-97-119 | 1/18/99 at 2:00 p.m. |
| Graham, Carol, PR of Robert Graham, Deceased v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | Cause No. DV-98-72 | 1/22/99 |
| Schull, Bill<br>Finstad, Kenneth R.<br>Gaston, Edward<br>v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-98-138<br>DV-98-139<br>DV-98-142 | 3/19/99 |
| Wilkins v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | Cause No. DV-98-135 | 6/11/99 |
| Warner, Edgar<br>Cannon, Stuart<br>Craig, Carl<br>Albert, Mary v.<br>W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-96-5<br>DV-96-11<br>DV-97-153<br>DV-97-87 | 10/1/99 |
| Warner, Edgar v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | DV-96-5 | 10/8/99 |
| Wilkes, Robert v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | Cause No. DV-96-60 | 12/3/99 8:30 a.m. |
| Nelson, Robert v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | Cause No. DV-98-107 | 12/3/99 10:45 a.m. |
| Ryan, Royce v. W.R. Grace | Lincoln County District Court, 19th Judicial Court | Cause No. DV-98-100 | 12/3/99 12:30 p.m. |

| | | | |
|---|---|---|---|
| Wilkes, Robert<br>Ryan, Robert<br>Nelson, Robert<br>v. W.R. Grace | Lincoln County<br>District Court, 19th<br>Judicial Court | DV-96-60<br>DV-98-100<br>DV-98-107 | Consolidated depo<br>12/3/99 8:30 a.m. |
| Nelson, Robert<br>Ryan, Royce<br>v. W.R. Grace | Lincoln County<br>District Court, 19th<br>Judicial Court | DV-98-108<br>DV-98-100 | 1/10/00 |
| Dedrick, Carrie<br>Hopkins, James<br>v. W.R. Grace | Lincoln County<br>District Court, 19th<br>Judicial Court | DV-99124<br>DV-99-124 | 9/29/00 |
| Wilkins v. Continental Casualty | Workers' Comp. Ct | WCC No. 2002-0539 | 8/2/02 |
| U.S. v. Grace | U.S. District Court Missoula | CV-01-72-M-DWM | 9/6/02 |
| Fellenberg v. Transporation Ins. | Workers' Comp. Ct | WCC No. 2002-0704 | 5/12/03 |
| Crill, Harold v. International Paper | Workers' Comp. Ct | WCC No. 2001-0408 | 6/30/03 |
| Desher, Richard v. International Paper | Workers' Comp. Ct | WCC No. 2002-0661 | 6/30/03 |
| Baker, Bruce v. Transportation Ins. | Workers' Comp. Ct | WCC No. 2003-0839 | 11/7/03 |
| Doubek v. CNA Insurance Co. | Workers' Comp. Ct | WCC-2004-0979 | 4/28/04 |
| Doubek v. CNA Insurance Co. | Workers' Comp. Ct | WCC-2003-0913 | 4/30/04 |
| Paul, Claude v. Transportation Ins. | Workers' Comp. Ct | WCC-2003-0926 | 6/8/04 |
| Leo Gerhard | | 02-2-07334-4SEA | 11/29/04 |
| Glen Kidder | | 02-2-00544-6SEA | 11/29/04 |
| Hertie Mercer | | 02-2-10190-9SEA | 11/29/04 |
| Jacob Raat | | 02-2-27819-1SEA | 11/29/04 |
| Kenneth Stapley | | 03-2-23956-9SEA | 11/29/04 |

| DEPOS | | | |
|---|---|---|---|
| Johnson, Raymond v. International Paper | Workers' Comp. Ct | WCC-2004-1092 | 6/14/05 |
| Donald Hewett | | 04-2-09001-6SEA | 8/17/05 |
| George Johnson | | 04-2-09049-1SEA | 8/17/05 |
| James Bockman | | 05-2-24780-1SEA | 12/15/05 |
| Roy Barnes | | 04-2-03232-6SEA | 12/15/05 |
| Leonard Kimball | | 04-2-00189-7SEA | 12/15/05 |
| Leonard Kukuoka | | 03-2-20489-7SEA | 12/15/05 |
| Jack Holden | | 03-2-37136-0SEA | 12/15/05 |
| Mack v. Transportation Ins. Co. | Workers' Comp. Ct | WCC-2006-1558 | 6/20/06 |
| Hagen et al v. BNSF<br>Hale et al v. BNSF<br>Price et al v. BNSF | Cascade County District Court, 8th Judicial Court | DDV-03-1069<br>BDV-04-006<br>BDV-05-844 | 1/4/07<br>1/5/07<br>1/6/07<br>2/20/07 |
| Johnson | Workers' Comp. Ct | WCC No. 2004-1092 | 8/28/08 |

We cannot be certain that this is a complete listing.