Dated this 6th day of April, 2009

*[signature]*

Howard W Ory, MD, MSc

26

Works Cited

NCHS worktable 310 found at http://www.cdc.gov/nchs/data/dvs/mortfinal2005_worktable_310.pdf, last accessed March 28, 2009).

Nicholson et al. Occupational Exposure to Asbestos: Population at Risk and Projected Mortality – 1980-2030. Am J of Ind Med, 1982, pp 259-311.

Sullivan PA. Vermiculite, Respiratory Disease, and Asbestos Exposure in Libby, Montana: Update of a Cohort Mortality Study. Env Health Perspect 115:579-585 (2007).

# CURRICULUM VITAE

*Howard William Ory*

April, 2009

| | |
|---|---|
| BORN: | October 1, 1944<br>Worcester, Massachusetts |
| EDUCATION: | BS--University of Wisconsin, Madison, Wisconsin, 1966<br>MD--Tufts University School of Medicine, Boston, Massachusetts, 1969<br>MSc (Epidemiology)--Harvard School of Public Health, Boston, Massachusetts, 1974 |
| HONORS: | Career Development USPHS--1973-1974<br>United States Public Health Service Commendation Medal, 1978<br>Elected to membership in the American Epidemiologic Society, 1980<br>Accelerated Promotion to 0-6 (Colonel) for "exceptional capability," 1980<br>Elected as an Associate Fellow of the American College of Obstetricians and Gynecologists, 1981<br>Arthur S. Flemming Award, 1983. "One of the Ten Outstanding Young Men and Women in the Federal Service."<br>Philip S. Brachman Award, 1985. "in Recognition of Outstanding Service in the Education of EIS Officers."<br>PHS Meritorious Service Medal, 1987<br>Interagency Committee on Information Management Award for Management Administrative Excellence, June 1989<br>PHS Outstanding Service Medal, 1990<br>PHS Unit Commendation Medal, 1991<br>PHS Commendation Medal, 1991<br>PHS Unit Commendation Medal, 1992<br>PHS Distinguished Service Medal, 1993 |
| EMPLOYMENT HISTORY: | Consultant in Epidemiology and Health Care Information Systems, 12/96 to present<br>VP, Health Care Information Systems, Prudential Health Care Systems, 4/95 to 12/96<br>VP and Senior Researcher, Prudential Center for Health Care Research, 6/94 to 12/96<br>Consultant in Epidemiology and Health Care Information Systems, 1/1994 to 6/94<br>Director, Information Resources Management Office, Office of Program Support, Centers for Disease Control, 4/85 through 12/93.<br>Deputy Director for Research, Epidemiology Program Office, Centers for Disease Control, 4/83-3/85.<br>Deputy Director, Division of Reproductive Health (Formerly Family Planning Evaluation Division), Centers for Disease Control, 7/82-3/83.<br>Chief, Epidemiologic Studies Branch, Family Planning Evaluation Division, Center for Disease Control, 10/74-6/82.<br>Medical Officer--Family Planning Evaluation Division, Bureau of Epidemiology, Center for Disease Control, 7/71-9/74.<br>Medical Resident--Metropolitan Hospital, New York City, New York, 7/70-6/71.<br>Medical Intern--Metropolitan Hospital, New York City, New York, 7/69-6/70. |
| APPOINTMENTS: | Consultant to the Human Reproduction Program, World Health Organization, January, 1997<br>Adjunct Professor, Department of Epidemiology, Emory University School of Public Health, 1975-Present.<br>Member, Obstetrics and Gynecology Advisory Committee of the United States Food and Drug Administration, 1976-1979.<br>Consultant, Obstetrics and Gynecology Advisory Committee of the USFDA, 1979-1985. |

|  |  |
|---|---|
|  | Interdisciplinary Group in Community Health and Health Care Delivery, Emory School of Medicine, 1976-1983.<br>National Medical Committee--Planned Parenthood--World Population, 1977-1979.<br>Nominating Committee, National Medical Committee, Planned Parenthood, 1977-1979.<br>Vice Chairman, Research Committee, Planned Parenthood, 1977-1979.<br>DHEW-DES Task Force, 1978.<br>World Health Organization Task Force on Neoplasia and Steroid Contraceptives, 1978.<br>Biomedical Advisory Committee, Population Resource Center, 1978-present.<br>Steering Committee, Women's Health Study, 1975-1980.<br>Member, India-United States Task Force on Reproduction and Contraception Research, 1979.<br>Member, US Delegation on Population and Family Planning under US-China Science and Technology Agreement, 1981. |
| BOARDS: | Preventive Medicine, 1976, #410 |
| LICENSURE TO PRACTICE MEDICINE: | New York State #106735<br>Georgia #17257 |
| GRANTS: | National Science Foundation grant to do research on reproductive endocrinology at the Worcester Foundation for Experimental Biology, 1964 (Summer).<br>National Science Foundation grant to do research on reproductive endocrinology at the Worcester Foundation for Experimental Biology, 1965 (Summer).<br>National Science Foundation grant to do research on reproductive endocrinology at Tufts University School of Medicine, 1966 (Summer).<br>Principal Investigator - Interagency Agreement between NIH and CDC to study the association of hepatocellular adenomas and oral contraceptives, 1976.<br>Principal Investigator - Interagency Agreement between NIH and CDC to develop a study of the Association of Breast, Ovary, and Uterine Cancers and Oral Contraceptives, 1978 to 1983. |
| PROFESSIONAL AFFILIATIONS: | National Organizations--American Public Health Association:<br>    Member, APHA Epidemiology Section, 1973 - present.<br>Society for Epidemiologic Research, 1974 - present.<br>American College of Preventive Medicine, 1977 - present.<br>Fellow, American College of Preventive Medicine, #2410.<br>American Epidemiology Society, 1981 - present.<br>Fellow, American College of Epidemiology, 1998 – present. |

PUBLICATIONS:

Cancer and Steroid Hormone Study Group (CASH)

Dr. Ory initiated the Cancer and Steroid Hormone Study in October, 1977. A pilot study was run in 1979 and the full-scale data collection was run in 1980-81. Subsequent to that, a series of papers were produced. From its inception until 1983, Dr. Ory was Principal Investigator of the study. Since that time he has remained as a consultant to the project. The following manuscripts have resulted from that study.

| | |
|---|---|
| 1982 | Centers for Disease Control (including Ory HW). Oral contraceptives and cancer risk. Morbidity and Mortality Weekly Report 1982;31:393-394. |
| 1983 | Layde PM, Webster LA, Wingo PA, Schlesselman JJ, Ory HW, and the Cancer and Steroid Hormone Study Group. Long-term oral contraceptive use and the risk of breast cancer. JAMA 1983;249:1591-1595. |
| | Dicker RC, Webster LA, Layde PM, Wingo PA, Ory HW, and the Cancer and Steroid Hormone Study Group. Oral contraceptive use and the risk of ovarian cancer. JAMA 1983;249:1596-1599. |
| | Rubin GL, Wingo PA, Layde PM, Webster LA, Ory HW, and the Cancer and Steroid Hormone Study Group. Oral contraceptive use and the risk of endometrial cancer. JAMA 1983;249:1600-1604. |
| | Webster LA, Layde PM, Wingo PA, Ory HW. Alcohol consumption and risk of breast cancer. Lancet 1983; 1:724-726. |
| 1984 | Rubin GL. Oral contraceptives and neoplasia. New Perspectives on Oral Contraception. KPR Informedia Newsletter April 1984;1:#2. |
| 1985 | Tyler CW Jr., Webster LA, Ory HW, Rubin GL. Endometrial cancer: How does cigarette smoking influence the risk of women under age 55 years having this tumor? Am J Obstet Gynecol 1985;151:899-905. |
| | Sattin RW, Rubin GL, Webster LA, Huezo CM, Wingo PA, Ory HW, Layde PM. Family history and the risk of breast cancer. JAMA 1985;253:1908-1913. |
| | Rubin GL, Peterson HB. Researchers can now investigate long-term effects of OCs on cancer. Contraceptive Technology Update 1985;6:7-12. |
| | Stadel BS, Rubin GL, Webster LA, Schlesselman JJ, Wingo PA, the Cancer and Steroid Hormone Study Group (Ory HW, Principal Investigator). Oral contraceptives and breast cancer in young women. Lancet Nov 1985;2:970-973. |
| 1986 | Lee NC, Wingo PA, Peterson HB, Rubin GL, Sattin RW. Estrogen therapy and the risk of breast, ovarian and endometrial cancer. ed. Mastroianni L, Paulsen CA, Aging, Reproduction and the Climacteric. Plenum Press, New York, 1986. |
| | Stadel BV, Rubin GL, Wingo PA, Schlesselman JJ. Oral contraceptives and breast cancer in young women: Reply to letters to the editor. Lancet 1986;1:436-437. |
| | Sattin RW, Rubin GL, Wingo PA, Webster LA, Ory HW, and the Cancer and Steroid Hormone Study Group. Oral contraceptive use and the risk of breast cancer. N Engl J Med 1986;315:405-411. |
| | Gwinn ML, Webster LA, Lee NC, Layde PM, Rubin GL, the Cancer and Steroid Hormone Study Group (Ory HW, Principal Investigator). Alcohol consumption and ovarian cancer risk. Am J Epidemiol 1986;123:759-766. |

**1987**
- Wingo PA, Layde PM, Lee NC, Rubin GL, Ory HW. The risk of breast cancer in postmenopausal women who have used estrogen replacement therapy. JAMA 1987;257:209-215.
- Franks AL, Kendrick JS, Tyler CW. Postmenopausal smoking, estrogen replacement therapy, and the risk of endometrial cancer. Am J of Ob Gyn 1987;156:20-23.
- Sattin RW, Wingo PA, Lee NC. Oral contraceptive use and the risk of breast cancer: Reply to letters to the editor. N Engl J Med 1987;316:163-164.
- Kendrick JS, Wingo PA, Rubin GL, Lee NC, Webster LA, Ory HW, and the Cancer and Steroid Hormone Study Group. Combination oral contraceptive use and the risk of endometrial cancer. JAMA 1987;257:796-800.
- Lee NC, Wingo PA, Gwinn ML, Rubin GL, Kendrick JS, Webster LA, Ory HW. The reduction in risk of ovarian cancer associated with oral contraceptive use. N Engl J Med 1987;316:650-655.

**1988**
- Wingo PA, Ory HW, Layde, PM, Lee NC. The evaluation of the data collection process for a multicenter, population-based, case-control design. Am J Epidemiol 1988;123:206-217.

**1989**
- Layde PM, Webster LA, Baughman AL, Wingo PA, Rubin GL, Ory HW. The independent associations of parity, age at first full term pregnancy, and duration of breastfeeding with the risk of breast cancer. J Clin Epidemiol 1989;42:963-973.

**1990**
- Wingo PA, Lee NC, Ory HW, et al. Oral contraceptives and the risk of breast cancer. Ch. 4, in Oral Contraceptives and Breast Cancer: The Implications of the Present Findings for Informed Consent and Informed Choice ed. RD Mann. Parthenon Publishing Group Ltd. Lancs, UK, 1990.

**1991**
- Wingo PA, Lee NC, Ory HW, Beral V, Peterson HB, Rhodes PH. Age-specific differences in the relationship between oral contraceptive use and breast cancer. Obstet Gynecol 1991;78:161-170.

OTHER PUBLICATIONS:

| | |
|---|---|
| 1968 | Hopkins TF, <u>Ory H</u>, Despres E, et al. The effects of rat pituitary and hypothalamic tissue transplanted in super-ovulated immature rats. J Endocr 1968;40:363-369. |
| 1973 | The Boston Collaborative Drug Surveillance Program and Greenblatt DJ, <u>Ory HW</u>, Levy M. Oral contraceptives and venous thromboembolic disease, surgically confirmed gallbladder disease, and breast tumours. Lancet 1973; I:1399-1404. |
| 1974 | The Boston Collaborative Drug Surveillance Program and <u>Ory HW</u>. Functional ovarian cysts and oral contraceptives. JAMA 1974;228:68-69. |
| | <u>Ory HW</u>, Conger B, Richart R, Barron B: Relation of type 2 herpesvirus antibodies to cervical neoplasia. Obstet Gynecol 1974;43:901-904. |
| | Munford RS, <u>Ory HW</u>, Brooks GF, Feldman RA: An analysis of factors contributing to death from diphtheria in the United States, 1959-1970. JAMA 1974;229:1890. |
| 1975 | <u>Ory HW</u>, Jenkins R, Byrd JY, et al. Cervical neoplasia in residents of a low income housing project: An epidemiologic study. Am J Obstet Gynecol 1975;123:275-277. |
| | <u>Ory HW</u>, Allen DT, Conger SB, et al. The epidemiology and interrelationship of cervical dysplasia and type 2 herpes virus antibodies in a low income housing project. Am J Obstet Gynecol 1975;123:269-274. |
| 1976 | <u>Ory HW</u>, Naib Z, Conger SB, et al. Contraceptive choice and prevalence of cervical dysplasia and carcinoma-in-situ. Am J Obstet Gynecol 1976;124:573-577. |
| | <u>Ory HW</u>, Cole PT, MacMahon B, Hoover R. Oral contraceptives and reduced risk of benign breast diseases. N Engl J Med 1976;294:419-422. |
| | Faulkner WL, <u>Ory HW</u>. Intrauterine devices and acute pelvic inflammatory disease. JAMA 1976;235:1851-1853. |
| | Cates W Jr., <u>Ory HW</u>, Rochat RW, Tyler CW Jr. The intrauterine device and deaths from spontaneous abortion. N Engl J Med 1976;295:1155-1159. |
| 1977 | <u>Ory HW</u>, Conger SB, Naib Z, et al. A preliminary analysis of oral contraceptive use and risk of developing premalignant lesions of the uterine cervix. In: Garattini S and Berendes HW (eds). Pharmacology of steroid contraceptive drugs. New York: Raven Press, 1977:211-218. |
| | <u>Ory HW</u>. Oral contraceptive use and breast diseases. In: Garattini S and Berendes HW (eds). Pharmacology of steroid contraceptive drugs. New York: Raven Press, 1977:179-183. |
| | <u>Ory HW</u>. The association of oral contraceptives and myocardial infarction: a review. JAMA 1977;237:2619-2622. |
| | Morisson A, Jick H, <u>Ory HW</u>. Oral contraceptives and hepatitis. Lancet 1977;2:1142-1143. |
| | Rochat RW, Morris L, Cates W Jr., <u>Ory HW</u>. Control de fecundidad y planificacion familiar en EEUU. Accepted for PAHO Bulletin. |
| | <u>Ory HW</u>, Rooks JPB. Oral contraceptives and benign tumors: a review. In: Colombo F, et al. (eds). Epidemiologic evaluation of drugs. Amsterdam: Elsevier, 1977:193-200. |
| | Cates W Jr, Grimes DA, <u>Ory HW</u>, Tyler CW Jr. Publicity and the public health: the elimination of IUD-related abortion deaths. Fam Plann Perspect 1977;9:138-140. |
| | White MK, <u>Ory HW</u>, Goldenberg LA. A case-control study of uterine perforations documented at laparoscopy. Am J Obstet Gynecol 1977;129:623-625. |
| | Rooks JB, <u>Ory HW</u>, Ishak KG, Strauss LT, Greenspan JR, Tyler CW Jr. The association between oral contraception and hepatocellular adenoma--a preliminary report. Int J Gynaecol Obstet 1977;15:143-144. |

1978    Ory HW. A review of the association between intrauterine devices and acute pelvic inflammatory disease. J Reprod Med 1978;20:200-204.
Rochat RW, Ory HW, Schulz KF. Methods for measuring safety and health hazards of currently available fertility-regulating agents in the developing world. Singapore Journal of Obstetrics and Gynecology 1978; 9:1-16.
WHO Scientific Group (Including Ory HW). Steroid contraception and the risk of neoplasia, WHO Technical Report Series No. 619, 1978.
Cates W Jr, Grimes DA, Schulz KF, Ory HW, Tyler CW Jr. World Health Organization studies of prostaglandins versus saline as abortifacients: a re-appraisal. Obstet Gynecol 1978;52:493-498.
Hill, AP, Pike MC, Smith PG, Ory HW. Stratified analysis of case-control studies with the factor under study taking multiple values. J Chron Dis 1978; 31:546-555.
Kim-Farley RJ, Cates W Jr, Ory HW, Hatcher RA. Febrile spontaneous abortion and the IUD. Contraception 1978; 18:561-570.
Ory HW, Tyler CW Jr, Rochat RW, Cates W Jr. Building a flexible program to evaluate the effects of fertility control. In: Kellhammer U and Uberla K (eds). Long-term studies on side-effects of contraception--state and planning. Symposium Munich, 17-29 Sept. 1977. New York:Springer-Verlag, 1978:45-57.

1979    Cates W Jr, Ory HW. IUD Complications: infection, death, and ectopic pregnancy. In: Moghissi, K (ed). Controversies in contraception. Baltimore: Williams and Wilkins, 1979:187-201.
Ory HW. The health effects of fertility control. In: Contraception: science, technology and application--Proceedings of a Symposium, 16-17 May 1978. Washington, DC: National Academy of Sciences, 1979:110-121.
Rooks JB, Ory HW, Ishak KG, et al. Epidemiology of hepatocellular adenoma: the role of oral contraceptive use. JAMA 1979;242:644-648.
Center for Disease Control (including Ory HW). Surgical sterilization surveillance; tubal sterilization 1970-1975. Atlanta, Ga.: Center for Disease Control, 1979.

1980    Layde PM, Fleming D, Greenspan JR, Smith JC, Ory HW. Demographic trends in tubal sterilization in the United States, 1970-1975. Am J Pub Health 1980;70:808-813.
Greenspan JR, Hatcher RA, Moore M, Rosenberg MJ, Ory HW. The association of depo-medroxyprogesterone acetate and breast cancer. Contraception 1980;21:563-569.
Center for Disease Control (including Ory HW). Surgical sterilization surveillance; hysterectomy in women aged 15-44, 1970-1975. Atlanta, Ga.: Center for Disease Control, 1980.
White MK, Ory HW, Rooks JB, Rochat RW. Intrauterine device termination rates and the menstrual cycle day of insertion. Obstet Gynecol 1980;55:220-224.
Ory HW, Rosenfeld A, Landman LC. The pill at 20: an assessment. Fam Plann Perspect 1980;12:278-283.
Dixon GW, Schlesselman JJ, Ory HW, Blye RP. Ethynyl estradiol and conjugated estrogens as postcoital contraceptives. JAMA 1980;244:1336-1339.

1981    Layde PM, Ory HW, Peterson HB, et al. The declining length of hospitalization for tubal sterilization. JAMA 1981; 245:714-718.
Ory HW and the Women's Health Study: Ectopic pregnancy and intrauterine contraceptive devices: new perspectives. Obstet Gynecol 1981;57:137-144.
Peterson HB, Ory HW, Greenspan JR, Tyler CW Jr. Deaths associated with laparoscopic sterilization by unipolar electrocoagulating devices, 1978 and 1979. Am J Obstet Gynecol 1981;139:141-143.
Burkman RT and the Women's Health Study (including Ory HW). Association between intrauterine device and pelvic inflammatory disease. Obstet Gynecol 1981;57:269-276.
Peterson HB, Greenspan JR, DeStefano F, Ory HW, Layde PM. The impact of laparoscopy on tubal sterilization trends in United States hospitals, 1970 and 1975 to 1978. Am J Obstet Gynecol 1981;140:811-814.
Peterson HB, Greenspan JR, Ory HW, DeStefano F. Tubal sterilization mortality surveillance, United States, 1978-1979. Advances in Planned Parenthood. 1981;16(2):71-76.

Centers for Disease Control (including Ory HW). Deaths following female sterilization with unipolar electrocoagulating devices. Morbidity and Mortality Weekly Report 1981;30:149-151.

Center for Disease Control (including Ory HW). Surgical sterilization surveillance; hysterectomy in women aged 15-44, 1976-1978. Atlanta, Ga.: Centers for Disease Control, 1981.

Centers for Disease Control (including Ory HW). Surgical sterilization surveillance; tubal sterilization 1976- 1978. Atlanta, Ga.: Centers for Disease Control, 1981.

Centers for Disease Control (including Ory HW). Hysterectomy in women aged 15-44, United States, 1970-1978. Morbidity and Mortality Weekly Report 1981;30:173-176.

Huggins GR and the Women's Health Study (including Ory HW). IUD use and unexplained vaginal bleeding. Obstet Gynecol 1981; 58:409-416.

Foreman H, Stadel BV, Schlesselman S, and the Women's Health Study (including Ory HW). IUD usage and fetal loss. Obstet Gynecol 1981;58:669-677.

Tyler CW Jr, Ory HW. Reliability of fertility control. Jugosl Ginekol Opstet 1981;21:27-35.

1982

Centers for Disease Control (including Ory HW). Oral contraceptives and cancer risk. Morbidity and Mortality Weekly Report 1982;31:393-394.

Centers for Disease Control (including Ory HW). Ectopic pregnancy surveillance, 1970-1978. Atlanta, Ga.: Centers for Disease Control, 1982.

Peterson HB, Greenspan JR, DeStefano F, and Ory HW. Deaths associated with laparoscopic sterilization in the United States, 1977-1979. J Reprod Med 1982;27:345-347.

Ory HW. The noncontraceptive health benefits from oral contraceptive use. Fam Plann Perspect 1982;14:182-184.

Layde PM, Ory HW. Oral Contraceptives, smoking and cardiovascular disease: response to F. M. Sturtevant. Int J Fertility 1982;27:14-15.

Peterson BP, Greenspan JR, Ory HW. Death following puncture of the aorta during laparoscopic sterilization. Obstet Gynecol 1982;59:133-134.

Ory HW. The extra-contraceptive benefits and effects of oral contraceptives. In: Brosens I (ed). New considerations in oral contraception. New York: Biomedical Information Corporation, 1982:83-96.

Nolan TF, Ory HW, Layde PM, Maze JM, Greenspan JR. Cumulative prevalence rates and corrected incidence rates of surgical sterilization among women in the United States, 1971-1978. Am J Epidemiol 1982;116:776-781.

Rubin GL, Ory HW, Layde PM. Oral contraceptives and pelvic inflammatory disease. Am J Obstet Gynecol 1982;144:630-635.

DeStefano F, Greenspan JR, Ory HW, et al. Demographic trends in tubal sterilization: United States, 1970-1978. Am J Public Health 1982;72:480-484.

Peterson HB, DeStefano F, Greenspan JR, Ory HW. Mortality risk associated with tubal sterilization in United States hospitals. Am J Obstet Gynecol 1982;143:125-129.

Kelaghan JW, Rubin GL, Ory HW, Layde PM. Barrier-method contraceptives and pelvic inflammatory disease. JAMA 1982;248:184-187.

Layde PM, Ory HW, Schlesselman JJ. The risk of myocardial infarction in former users of oral contraceptives. Fam Plann Perspect 1982;14:78-80.

DeStefano F, Peterson HB, Ory HW, Layde PM. Oral contraceptives and postoperative venous thrombosis. Am J Obstet Gynecol 1982;143:227-228.

Dicker RC, Scally MJ, Greenspan JR, Layde PM, Ory HW, et al. Hysterectomy among women of reproductive age. Trends in the United States, 1970-1978. JAMA 1982;248:323-327.

Dicker RC, Greenspan JR, Strauss LT, Cowart MR, Scally MJ, Peterson HB, DeStefano F, Rubin GL, Ory HW. Complications of abdominal and vaginal hysterectomy among women of reproductive age in the United States. The Collaborative Review of Sterilization. Am J Obstet Gynecol 1982;144:841-848.

Rubin GL, Ory HW, Layde PM. Mortality risk of voluntary surgical contraception. Biomedical Bulletin 1982;3(2):1-5.

1983

Layde PM, Ory HW, Kay CR. Incidence of arterial cardiovascular disease among oral contraceptive users. J Royal Coll Gen Practitioners 1983;33:75-82.

Peterson HB, DeStefano F, Rubin GL, Greenspan JR, Lee NC, Ory HW. Deaths attributable to tubal sterilization in the United States, 1977 to 1981. AM J Obstet Gynecol 1983;146:131-136.

Heartwell S and the Women's Health Study (including <u>Ory HW</u>). Risk of uterine perforation among users of IUD's. Obstet Gynecol 1983;61:31-36.

Rosenberg M, Layde P, Strauss L, Rooks J, <u>Ory HW</u>. Agreement between women's histories of oral contraceptive use and physicians' records. Int J Epidemiol 1983;12:34-87.

DeStefano F, Greenspan JR, Dicker RC, Peterson HB, SchulzKF, Strauss LT, Rubin GL, <u>Ory HW</u>. Complications of interval laparoscopic tubal sterilization. Obstet Gynecol 1983;61:153-158.

<u>Ory HW</u>. Mortality associated with fertility and fertility control: 1983. Fam Plann Perspect 1983;15:57-63.

Rubin GL, Peterson HB, Dorfman SF, Layde PM, Maze JM, <u>Ory HW</u>, Cates W Jr. Ectopic pregnancy in the United States: 1970 through 1978. JAMA 1983;249:1725-1729.

Cates W Jr and <u>Ory HW</u>. What matching achieves. Contemporary OB/GYN 1983;22:171-175.

Peterson HB, Lubell I, DeStefano F, <u>Ory HW</u>. The safety and efficacy of tubal sterilization: an international overview. Int J Gynaecol Obstet 1983;21:139-144.

Trevathan E, Layde P, Adams J, Benignd B, <u>Ory HW</u>. Cigarette smoking and dysplasia and carcinoma <u>in situ</u> of the uterine cervix. JAMA 1983;250:499-502.

Huezo CM, DeStefano F, Rubin GL, <u>Ory HW</u>. Risk of wound and pelvic infection after laparoscopic tubal sterilization: instrument disinfection versus sterilization. Obstet Gynecol 1983;61:598-602.

Lee NC, Rubin GL, <u>Ory HW</u>, Burkman RT. Type of intrauterine device and the risk of pelvic inflammatory disease. Obstet Gynecol 1983;62:1-6.

Grubb G, <u>Ory HW</u>. IUD's and pelvic infection. Planned Parenthood Medical Digest. June 1983:1-2.

<u>Ory HW</u>. Questions and answers about the Pill. Planned Parenthood Medical Digest. December 1983:1-2,5.

Cates W Jr, <u>Ory HW</u>. How to spot a well-controlled study. Contemporary OB/GYN 1983;21(6):192-195.

<u>Ory HW</u>, Forrest JD, Lincoln R. Making Choices. Evaluating the health risks and benefits of birth control methods. Washington, DC: The Alan Guttmacher Institute, 1983.

Destefano F, Huezo CM, Peterson HB, Rubin GL, Layde PM, <u>Ory HW</u>. Menstrual changes after tubal sterilization. Obstet Gynecol 1983;62:673-681.

Layde PM, Peterson HB, Dicker RC, DeStefano F, Rubin GL, <u>Ory HW</u>. Risk factors for complications of interval tubal sterilization by laparotomy. Obstet Gynecol 1983;62:180-184.

<u>Ory HW</u>. Contraceptive safety: The need for epidemiologic research. In: Diczfalusy E and Diczfalusy A (eds). Research on the regulation of human fertility: Needs of developing countries and priorities for the future. Copenhagen: Scriptor Publishers, 1983:133-156.

1984

<u>Ory HW</u>, Rubin GL, Jones V, et al. Mortality among young black women using contraceptives. JAMA 1984;251: 1044-1048.

Greenspan JR, Phillips JM, Rubin GL, Rhodenhiser EM, <u>Ory HW</u>. Tubal sterilizations performed in freestanding, ambulatory-care surgical facilities in the U.S. in 1980. J Reprod Med 1984;29:237-241.

Lee NC, Dicker RC, Rubin GL, <u>Ory HW</u>. Confirmation of the preoperative diagnoses for hysterectomy. Am J Obstet Gynecol 1984;150:283-287.

1985

Wingo PA, Huezo CM, Rubin GL, <u>Ory HW</u>, Peterson HB. The mortality risk associated with hysterectomy. Am J Obstet Gynecol 1985;152:803-808.

1986

<u>Ory HW</u>, Koplan JP, Allen JR. Assessment of screening as a preventive technology: The example of HTLV-III/LAV antibody testing. Is J Med Sci 1986;22:524-528.

1991

Burkman RT; Lee NC; <u>Ory HW</u>; Rubin GL. Response to "The intrauterine device and pelvic inflammatory disease: the Women's Health Study reanalyzed" [comment]. J Clin Epidemiol 1991; 44(2):123-5

1993

Friede A; Reid JA; <u>Ory HW</u>. CDC WONDER: a comprehensive on-line public health information system of the Centers for Disease Control and Prevention. Am J Public Health 1993; 83(9):1289-94

**1995**  WHO Consultants Report (including Ory HW). Information management for improving relevance and efficiency in the health sector: a framework for the development of health information systems. WHO/HRH/95.4, 1995

**1996**  Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Breast cancer and hormonal contraceptives: collaborative reanalysis of individual data on 53,297 women with breast cancer and 100,239 women without breast cancer from 54 epidemiological studies. Lancet 1996;347:1713-27

Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Breast cancer and hormonal contraceptives: Further results. Contraception 1996;54:1S-106S

**1997**  Carr BK, Ory HW. Estrogen and Progestin Components of Oral Contraceptives: Relationship to Vascular Disease. Contraception 1997;55:267-72

Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52 705 women with breast cancer and 108 411 women without breast cancer. Lancet 1997; 350: 1047-59

**1998**  Ory HW. Cardiovascular safety of oral contraceptives: what has changed in the last decade. Contraception 1998, 58:S9-S13

**1999**  Schwingl PJ, Ory HW, Visness C. Estimates Of The Risk Of Cardiovascular Death Attributable To Low Dose Oral Contraceptives In The US. Am J of Obstet Gynecol 1999;180:241-9

Burkman RT, Sonnenberg FA, Ory HW, Speroff T, and Plucinski R. The Costs and Health Effects of the Intrauterine Contraceptive Device. Submitted to Am J of Obstet Gynecol

**2001**  Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Familial Breast cancer: collaborative reanalysis of individual data from 52 epidemiological studies of 58,209 women with breast cancer and 101,986 women without the disease. Lancet 2001,358: 1389-1399

**2002**  Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Breast cancer and breastfeeding: collaborative reanalysis of individual data from 47 epidemiological studies in 30 countries, including 50,302 women with breast cancer and 96,973 women without the disease. Lancet 2002,360: 187-195

**2002**  Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Alcohol, Tobacco and Breast cancer : collaborative reanalysis of individual data from 53 epidemiological studies, including 58515 women with breast cancer and 95067 without the disease. British J Cancer 2002, 87, 1234-45

**2004**  Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Breast cancer and abortion: collaborative reanalysis of individual data from 53 epidemiological studies, including 83,000 women with breast cancer from 16 countries. Lancet 2004,363: 1007-1016

**2007**  Wingo PA, Austin H, Marchbanks PA, Whiteman M, Hsia J, Mandel MG, Peterson HB, and Ory HW. Oral Contraceptives and the Risk of Death from Breast Cancer. Obstetrics and Gynecology 2007, 110:793-800

Testimony History

In the last 4 years, I was deposed on October 30, 2007 in conjunction with the testimony I gave in early 2008 in the WR Grace Bankruptcy Trial before Judge Fitzgerald.

My fee is $500 per hour of consultation, deposition or testimony.