# EXHIBIT 21

# IMAGING OF THE DISEASES OF THE CHEST

## FOURTH EDITION

**David M. Hansell**

*Professor of Thoracic Imaging, Department of Radiology, Royal Brompton Hospital, London, UK*

**Peter Armstrong**

*Professor of Radiology, Academic Department of Radiology, St. Bartholomew's Hospital, London, UK*

**David A. Lynch**

*Professor of Radiology and Medicine, Department of Radiology, University of Colorado Health Services Center, Denver, Colorado, USA*

**H. Page McAdams**

*Associate Professor of Radiology, Department of Radiology, Duke University Medical Center, Durham, North Carolina, USA*




Philadelphia Edinburgh London New York Oxford St Louis Sydney Toronto 2005

ELSEVIER
MOSBY
An imprint of Elsevier Ltd

© 1990, 1995 by Mosby – Year Book, Inc.
© Harcourt Publishers Limited 2000
© 2005, Elsevier Limited. All rights reserved.

The right of David M. Hansell, Peter Armstrong, David A. Lynch and H. Page McAdams to be identified as authors of this work has been asserted by them in accordance with the Copyright, Designs and Patents Act 1988.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without either the prior permission of the publishers. Permissions may be sought directly from Elsevier's Health Sciences Rights Department in Philadelphia, USA: phone: (+1) 215 238 7869, fax: (+1) 215 238 2239, e-mail: healthpermissions@elsevier.com. You may also complete your request on-line via the Elsevier homepage (http://www.elsevier.com), by selecting 'Customer Support' and then 'Obtaining Permissions'.

First edition 1990
Second edition 1995
Third edition 2000
Fourth edition 2005

ISBN 0 3230 36600

**British Library Cataloguing in Publication Data**
A catalogue record for this book is available from the British Library

**Library of Congress Cataloging in Publication Data**
A catalog record for this book is available from the Library of Congress

**Notice**
Medical knowledge is constantly changing. Standard safety precautions must be followed, but as new research and clinical experience broaden our knowledge, changes in treatment and drug therapy may become necessary or appropriate. Readers are advised to check the most current product information provided by the manufacturer of each drug to be administered to verify the recommended dose, the method and duration of administration, and contraindications. It is the responsibility of the practitioner, relying on experience and knowledge of the patient, to determine dosages and the best treatment for each individual patient. Neither the Publisher nor the authors assume any liability for any injury and/or damage to persons or property arising from this publication.

*The Publisher*

Working together to grow
libraries in developing countries

www.elsevier.com | www.bookaid.org | www.sabre.org

ELSEVIER BOOK AID International Sabre Foundation

The publisher's policy is to use paper manufactured from sustainable forests

Printed in China
Last digit is the print number: 9 8 7 6 5 4 3 2 1

## Asbestos related diseases

Asbestos is composed of a group of fibrous silicates with differing chemical and physical properties but with the notable common property of heat resistance (Box 8.5). Chemical differences such as solubility and acid resistance, and physical differences such as fiber length, brittleness, and texture, are probably important determinants of the distribution and severity of deleterious effects on the lungs and pleura. Asbestos is divided into two principal subgroups based on the physical properties of the fibers: the serpentines; and the amphiboles. Serpentine asbestos has long, curly, flexible, smooth fibers composed of fibrillary subunits. The only serpentine asbestos used commercially is chrysotile, which accounts for >90% of the asbestos used in the United States today.[196] The amphiboles have straight, needlelike fibers of varying length, diameter, brittleness, and texture. The main types in use are crocidolite (blue asbestos), amosite (brown asbestos), tremolite, and anthophyllite. The longer, less soluble amphibole fibers tend to be very slow to clear from the lung, compared with chrysotile. A major reason for the decline in the use of the amphiboles was the recognition that the amphiboles, particularly crocidolite, have a much greater fibrogenic and carcinogenic potential than the serpentine form chrysotile.[197,198] It has even been suggested that chrysotile in its pure form has a minimal carcinogenic potential, and that contamination with the tremolite is the main reason for the carcinogenicity and fibrogenicity of the chrysotile forms of asbestos.[199–201] However, there is increasing evidence to support the contrary hypothesis that uncontaminated chrysotile is carcinogenic.[202–205]

**Box 8.5 Asbestos**

A family of naturally occurring fibrous silicates highly resistant to physical or chemical destruction

*Two fiber types*

Serpentine asbestos – long curly fibers composed of fibrillary subunits
- Chrysotile

Amphibole asbestos – straight shorter needlelike fibers
- Crocidolite
- Amosite
- Anthophyllite
- Tremolite

*Uses*
- Manufacture of cement, bricks, tiles, paints, fireproof felts and textiles
- Furnace and oven linings
- Insulation of steam pipes and electric lines
- Brake lining manufacture
- Fire proofing and insulation of buildings

World production and use of asbestos have expanded to an extraordinary degree over the past century. Production expanded from 50 tons per annum in the 1860s to a peak of >5 million tons per annum in the early 1970s.[206] Asbestos production has now declined somewhat as alternative materials have become available. Nevertheless, with the long latency which exists before the adverse effects of asbestos exposure become manifest (Box 8.6, Table 8.3), and with the vast tonnages of the material now in place or in use, asbestos is likely to remain one of the major environmental hazards well into the twenty-first century. A recent outbreak of asbestos related pleural disease and mesothelioma related to a vermiculite mine in Libby, Montana, illustrates the need for continued vigilance for asbestos related disease. The vermiculite was thought to be safe, but was contaminated with small amounts of tremolite, which was sufficient to cause a significant increase in mortality from lung cancer, mesothelioma, and asbestosis.[207,208]

**Box 8.6 Adverse effects of asbestos exposure**

Benign asbestos related pleural effusion(s)
Diffuse pleural thickening
Pleural plaque formation
Rounded atelectasis
Asbestosis
Malignancies
- Lung cancer and other epithelial malignancies – larynx, gastrointestinal tract
- Mesothelioma – pleural, peritoneal, pericardial

## Benign asbestos related pleural effusion

Benign asbestos related pleural effusion is one of the less common manifestations of asbestos exposure, but it has the shortest latency period (Box 8.7).[209,210] The transient, often asymptomatic nature of these effusions and the lack of specific markers to indicate their cause undoubtedly accounted for the delayed recognition of this condition. Indeed the diagnosis is one of exclusion and should conform to the following criteria: (1) a history of occupational or environmental asbestos exposure; (2) no other cause for the effusion; and (3) no evidence of malignancy within 3 years of detecting the effusion.

In the noteworthy epidemiologic study by Epler et al,[209] the overall incidence of benign pleural effusion was 3.1%, with a 7% incidence among individuals having a heavy occupational exposure and a 0.2% incidence in environmentally exposed

*Table 8.3* Frequency and latency of asbestos-related diseases (adapted with permission from Lynch et al. Imaging of diffuse lung disease. Hamilton: BC Decker, 2000)[a]

| *Finding* | *Latency (years)* | *Approximate frequency in asbestos workers (%)* |
|---|---|---|
| Asbestos related effusion | 5–20 | 3 |
| Noncalcified plaques | 15–30 | 15–80 |
| Calcified plaques | 30–40 | 10–50 |
| Diffuse pleural thickening | 10–40 | 10 |
| Asbestosis | 20–40 | 15–30 |
| Lung cancer | >15 | 20–40[b] |
| Mesothelioma | 15–40 | 10[b] |

[a]The above figures are provided only as approximate guidelines. The prevalence or incidence of disease depends on the duration and intensity of exposure.
[b]Lifetime incidence.

*Box 8.7* **Pleural changes related to asbestos exposure**

Benign asbestos related pleural effusion(s)
- May be the first manifestation of asbestos exposure
- Unilateral or bilateral
- Often asymptomatic; otherwise fever, pleuritic chest pain, or dyspnea
- Usually small but may be >500 ml
- Fluid – exudative often blood tinged
- Usually resolves completely but may leave diffuse pleural thickening

Diffuse pleural thickening
- Usually follows effusion
- Costophrenic sulcus blunted
- Usually asymptomatic but may cause pulmonary restriction

Pleural plaques
- Usually located on parietal pleura
- Most commonly seen between the fourth and eighth ribs
- No functional significance – they are a marker of asbestos exposure

Malignant mesothelioma

individuals. Effusions may be unilateral or bilateral and tend to recur. The amount of fluid is usually small; effusions >500 ml are uncommon. The fluid has the characteristics of an exudate and may be blood tinged. Symptoms include pleuritic pain, fever, and an elevated white blood cell count, but many patients have only mild symptoms or no symptoms at all. Indeed the presence of significant chest pain should lead to concern for mesothelioma.

Benign pleural effusion is the most common abnormality seen within 10 years of the onset of asbestos exposure. However, it may occur up to 58 years after initial exposure.[211] No direct causal relationship between benign effusions and the subsequent development of malignant pleural effusion has been postulated, but in one study of 70 cases of malignant mesothelioma,[212] five cases were preceded by what were regarded as successive benign pleural effusions for up to 7 years. In asbestos workers with pleural effusions, the diagnosis of benign effusion should be a diagnosis of exclusion.

Mesothelioma should be considered in any patient with a latency longer than 10 years, or in any patient with chest wall pain. In one series of 312 cases of mesothelioma, the latency periods ranged from 14 to 72 years with a mean of 48 years.[213] There appeared to be a relationship to the intensity of exposure with, for example, a mean latency period of 30 years for insulators as opposed to 52 years for domestically exposed women.

Benign pleural effusions are associated with the subsequent development of diffuse pleural thickening (Fig. 8.35).[214,215] McLoud et al[216] found that just over 50% of their patients with benign pleural effusions subsequently developed diffuse basal pleural thickening, an association also emphasized by Cookson et al.[217] As discussed later, there is a possible association between benign pleural effusions and the subsequent development of rounded atelectasis.[218] Diffuse pleural thickening frequently results in some restrictive impairment of pulmonary function.[219,220] This is not usually progressive over time.[219,220] On rare occasion the degree and extent of the subsequent pleural thickening may be such that the resulting impairment of lung function necessitates surgical decortication.[120,221]

## Asbestos related pleural plaques

Irregular pleural thickening and calcification were first positively related to exposure to asbestos in 1955,[218] and the occurrence of noncalcified, asbestos induced plaques was first reported in 1967.[222] Considerable attention has since been paid to these changes, as they represent the most frequent radiographic manifestation of exposure to asbestos. Although the incidence of pleural plaque formation increases with dose, the elapsed time from initial exposure is a more important factor.[223] Pleural







**Fig. 8.35** Diffuse pleural thickening occurring as a sequel of benign asbestos related effusion. **A**, Chest radiograph shows an asymptomatic benign asbestos related effusion on the right. **B**, Chest radiograph 5 years later shows clearing of the effusion, but residual pleural thickening evident by blunting of the right costophrenic sulcus.

Case 01-01139-AMC Doc 22766-58 Filed 08/13/09 Page 6 of 20

plaques are usually first identified >20–30 years after the initial asbestos exposure.[224] Asbestos induced pleural plaques occur on the parietal pleura, especially over the diaphragm and along the posterolateral chest wall. The apices, the costophrenic sulci, and the mediastinal surfaces tend to be spared. The plaques are composed of elevated areas of hyalinized fibrous tissue and frequently lie beneath the ribs. Although usually isolated, they may enlarge, spread, and coalesce. Dystrophic calcification within plaques is common and is more frequent as the plaques age and enlarge. Electron microscopy studies have identified asbestos fibers in the plaques on the parietal pleura, indicating that transpleural migration and assimilation of inhaled asbestos fibers must occur.[225] There is evidence that the widely used, more benign form of asbestos, chrysotile, is particularly associated with this transpleural migration, while the more fibrogenic and carcinogenic amphiboles, crocidolite and amosite, tend to be retained in the lung parenchyma.[224,226] This may account for the widespread finding of asbestos related pleural disease unassociated with parenchymal fibrosis or intrathoracic malignancy.

Population surveys in industrial regions and in asbestos mining areas have revealed a surprisingly high incidence of pleural plaques even in individuals who have only a remote connection with asbestos.[227–229] The use of asbestos is so widespread that many individuals are exposed unknowingly, and therefore accurate data are difficult to obtain. In autopsy based studies of unselected populations, pleural plaques may be found in up to 20% of patients, and a history of asbestos exposure is lacking in most of these,[230, 231] particularly where the plaques are small or unilateral.[231] Therefore, the possibility of another, as yet unidentified, environmental agent as a cause of pleural plaque formation cannot be discounted. In an exhaustive study of pleural plaque formation in a rural region of Czechoslovakia, Rous and Studeny[232] were adamant that asbestos could not be implicated in their cases. Pleural plaque formation and calcification have been noted to occur after contact with other nonasbestos fibrous minerals, such as erionite in Turkey[233] and sepiolite in Bulgaria.[234]

On radiographic examination, noncalcified pleural plaques are irregular, smooth elevations of the pleura most easily identified in profile along the chest wall or over the diaphragm (Fig. 8.36). Plaques are less easily seen en face unless they are large or calcified. Plaques seen en face are seen as amorphous areas of increased density. They are relatively flat in relation to their width, and the density of the opacity projected over the lungs is therefore less than would be expected for a parenchymal lesion of equivalent size. Furthermore, one margin of the lesion is likely to be indistinct as it smooths off into normal pleura. Plaques are usually multiple and bilateral. Although Hu et al[235] reported that pleural plaques detected on chest radiographs



**Fig. 8.36** Noncalcified pleural plaques seen in profile (straight arrows) and en face (curved arrows) in an asbestos exposed individual. Note the typical location between the fourth and eighth ribs, and the sparing of the costophrenic sulcus.



**Fig. 8.37** Linear calcification in pleural plaques over the diaphragm and in the right paravertebral region. There is also calcified plaque formation seen en face, as well as a left upper lobe cavitating bronchial carcinoma.

were statistically more common on the left, a left-sided predominance was not confirmed in a CT based study.[236]

Calcification in pleural plaques is linear when seen in profile (Fig. 8.37), but when seen en face, its appearance is variable (Fig. 8.38), the most common type being "holly leaf" calcification (Fig. 8.39). Extensive pleural calcification in association with parenchymal fibrosis may be lacelike (Fig. 8.40). Enlargement and spreading of plaques result in thick irregular sheets of pleural thickening, which are often calcified. Pleural plaques may occur on the visceral pleura, but these can usually only be identified when a plaque is present in an interlobar fissure (Fig. 8.41).[237,238] Smooth visceral pleural thickening due to plaque must be distinguished from the more irregular subpleural fibrosis which occurs in patients with asbestosis.[239]

Asbestos exposure may be associated with pericardial fibrosis, with or without calcification or effusion.[240,241] Yazicioglu,[242] in a study of 511 cases of pleural disease secondary to environmental exposure to chrysolite asbestos in Turkey, found that 1.7% of cases had coincident pericardial calcification. Asbestos related pericardial fibrosis may lead to constrictive pericarditis.[240,243]



**Fig. 8.38** Radiograph showing en face pleural calcifications (arrows).



**Fig. 8.39** "Holly leaf" calcification in asbestos related plaques seen en face.



**Fig. 8.40** Lacelike asbestos related pleural plaque formation seen en face.

Visualization of pleural plaques is improved by optimal radiographic technique. Oblique views can substantially increase the rate of plaque detection by throwing posterolateral plaques into profile.[244]

The differential diagnosis of pleural plaques includes extrapleural fat deposition in obesity,[245] extrapleural thickening in relation to multiple rib fractures, postinflammatory pleural thickening, and pleural metastases. In practice, the most frequent simulator of asbestos related pleural plaque formation is extra-

Case 01-01139-AMC Doc 22766-58 Filed 08/13/09 Page 8 of 20



**Fig. 8.41** Detail view of lateral chest radiograph shows calcified plaque formation in a major fissure (arrows). Calcification must be in the visceral pleura. There is also extensive diaphragmatic pleural calcification.

pleural fat deposition.[246] Extrapleural fat may be differentiated from pleural plaques by its lower density, its smooth, undulating outline, and by the fact that it typically extends all the way to the lung apices (Fig. 8.42). Fat is most abundant over the fourth to eighth ribs and does not involve the costophrenic sulci. Of course, CT will readily distinguish the soft tissue density of pleural plaques from extrapleural fat.

Although the presence of pleural plaques is associated with less physiologic impairment than diffuse pleural thickening, several studies have indicated that identification of plaques on chest radiographs is associated with evidence of pulmonary restriction, independent of the presence or extent of radiographic parenchymal abnormality.[220,247–250] However, it seems likely that at least some of this association is explained by the presence of subradiographic asbestosis.[251,252]

CT is substantially more sensitive than the chest radiograph for detection of pleural plaques (Fig. 8.43).[253–256] Contiguous CT imaging maximizes sensitivity for plaques.[257] CT is also more sensitive than radiographs for detecting calcification in plaques.[258] Elevated plaques may indent the adjacent lung, and may even cause ground-glass abnormality by interfering with local pulmonary expansion. Thinner plaques may be difficult to distinguish from the intercostal musculature, but may be identified by recognizing that they overlay ribs as well as intercostal spaces (Fig. 8.44).

## Diffuse pleural thickening

It is important to distinguish between asbestos related diffuse pleural thickening and pleural plaques because patients with diffuse pleural thickening commonly have significant impairment of pulmonary function. The radiographic definition of diffuse pleural thickening has varied. The ILO classification defines it as pleural thickening that involves the costophrenic sulci (Figs 8.35 and 8.45),[105] while McLoud et al[216] also included patients in whom pleural plaques occupied more than one-quarter of the chest wall. Most studies have used the more restrictive ILO definition. On CT scanning, the definition of diffuse pleural thickening has also varied. Lynch et al[239] defined it as an area of pleural thickening >3 mm thick, >5 cm in transverse dimension, and >8 cm in craniocaudal dimension.[239] However, Copley et al[259] defined diffuse pleural thickening as pleural thickening with tapered margins, in contrast to pleural plaques, which were required by this definition to have well-defined margins. Since diffuse pleural thickening, by all definitions, is associated with physiologic impairment, it seems likely that the precise definition of this entity is of little importance.

Asbestos related diffuse pleural thickening must be distinguished from the visceral pleural and subpleural fibrosis which occurs in patients with many forms of lung fibrosis (including

A



B



**Fig. 8.42** Extrapleural fat. **A,** Chest radiograph shows soft tissue thickening extending in an undulating fashion all the way to the apices (arrows). The costophrenic sulci are not involved. **B,** CT confirms extrapleural fat (arrows).

A



B




C




**Fig. 8.43** A 60-year-old male with radiographically occult pleural plaques and asbestosis. **A**, Chest radiograph is normal apart from elevated right hemidiaphragm and mild cardiomegaly. **B**, CT shows pleural plaques (arrows) which are not visible on the chest radiograph because they are posterior. **C**, Supine HRCT shows fine parenchymal reticular abnormality with traction bronchiectasis. Septal thickening is seen in the nondependent anterior right lung.



**Fig. 8.44** A 68-year-old man with asbestos related pleural plaques. CT shows bilateral plaques. The plaques on the right are easy to recognize because they are elevated and the more medial plaque is partly calcified. The linear plaques on the left (arrows) are more subtle; the more medial plaque is recognizable because it is hyperdense, while the more lateral plaque is distinguishable from intercostal muscles because it overlies a rib.



**Fig. 8.45** Diffuse pleural thickening. Chest radiograph shows diffuse pleural thickening around the left hemithorax, associated with calcification, and blunting of the costophrenic sulcus. A noncalcified plaque is seen en face on the right (arrow).

Case 01-01139-AMC Doc 22766-58 Filed 08/13/09 Page 10 of 20



**Fig. 8.46** Visceral pleural thickening in asbestosis. HRCT shows reticular abnormality with traction bronchiectasis. Note the fine irregularity of the visceral pleura, which differs from the smooth interface seen with parietal pleural plaques.

asbestosis). Pure parietal pleural thickening is usually sharply defined on CT, while visceral pleural fibrosis is associated with fine fibrous strands extending into the underlying lung, giving a "blurred" or "fluffy" demarcation to the pleural process (Fig. 8.46).[239,260] Visceral pleural fibrosis is usually, but not always, associated with other evidence of lung fibrosis. Visceral pleural/subpleural fibrosis can sometimes be identified on the chest radiograph as thickening of the interlobar fissures (scored as "pi" in the ILO classification system).[261] Asbestos related diffuse pleural thickening often cannot be differentiated from pleural thickening due to prior empyema, infection, or other cause. Interestingly, patients with asbestos related diffuse pleural thickening were found to have a more frequent history of coronary bypass surgery than other asbestos exposed individuals, suggesting that thoracic surgery may have a synergistic role in the development of this complication.[262] Diffuse pleural thickening can usually be differentiated from mesothelioma by the absence of pleural effusion or pleural masses.

The relationship between asbestos related pleural disease and physiologic impairment has been extensively evaluated. It is clear from numerous studies using both chest radiographs[220] and chest CT[259,262] that diffuse pleural thickening, however defined, is associated with substantial restriction of pulmonary function.

## Rounded atelectasis

Rounded atelectasis, also called folded lung,[263] is a masslike area of lung collapse occurring in relation to an area of pleural thickening. The condition is not unique to asbestos related pleural thickening, and may also be seen with any other cause of exudative or organizing pleural disease. Although typically associated with benign pleural disease, it may sometimes be seen with mesothelioma.[264]

Hanke and Kretzschmar[265] proposed that rounded atelectasis occurs when an atelectatic area of lung becomes infolded during resorption of a pleural effusion. Other authors,[266,267] noting that rounded atelectasis is not always preceded by a pleural effusion, have suggested that it may result from centripetal contraction of a focus of visceral pleural fibrosis, causing buckling of the pleura and collapse of the underlying lung parenchyma.

The radiographic findings are characteristic (Box 8.8, Fig. 8.47). Rounded atelectasis typically presents with a masslike area adjacent to the pleura. Despite its name, rounded atelectasis is not usually round, but may be oval, lenticular, or irregular in shape. Acute angles are usually visible at the pleural margins and indicate an intraparenchymal location. The mass is usually separated from the diaphragm by interposed lung. The pleura is thickened, particularly in the vicinity of the lesion, and the costophrenic sulci are usually blunted or obliterated. The pathognomonic feature, however, is the characteristic pattern of distortion of the vessels and bronchi in the vicinity of the lesion. The vessels leading toward the mass are crowded, but as they reach the mass, they tend to arc around the undersurface of the mass before merging with it. This appearance has been described as the "comet tail" sign.[268] Rounded atelectasis may be solitary or multiple,[268] and is most commonly found in one of the lower lobes posteriorly or posteromedially.[269] The lingula or the middle lobe may also be involved (Fig. 8.48), but upper lobe involvement is less common.[266,270]

**Box 8.8 Rounded atelectasis**

*Causes*
- Asbestos related pleural fibrosis (70%)
- Tuberculous pleuritis or any nonspecific pleuritis
- Dressler syndrome or chronic heart failure

*Radiographic features*
- Intraparenchymal mass
- Single or multiple
- Juxtapleural location, often posterior and basal
- Subjacent pleural thickening
- Convergence of bronchovascular bundles into the mass – "comet tail"
- Stability over time

*CT features*
- Mass directly related to pleural thickening
- Curving of bronchi and vessels into medial, lateral, and inferior aspects of mass
- Homogeneous enhancement
- Lobar volume loss (fissural displacement)








**Fig. 8.47** Rounded atelectasis. **A**, Frontal chest radiograph shows a subtle increase in density on the right (arrow). Linear plaque calcification is evident along each hemidiaphragm (arrowheads). **B**, Lateral chest radiograph shows a rounded mass along the posterior pleura (arrows). **C**, CT shows a rounded mass adjacent to an area of pleural thickening, with a vessel curving into its lateral aspect. Lobar volume loss is evident from the posterior displacement of the major fissure (arrows).

CT is usually employed to confirm the diagnosis of rounded atelectasis. The characteristic CT signs of rounded atelectasis are the direct relationship of the mass to an area of pleural thickening, the presence of lobar volume loss with fissural displacement, and the curving of bronchi and vessels into the medial and lateral aspects of the mass (Fig. 8.49).[270–273] The margin directed toward the hilum is usually indistinct, though the other margins are well defined. An air bronchogram may be noted in the lesion. Like most types of atelectasis, rounded atelectasis enhances homogeneously after intravenous

Case 01-01139-AMC Doc 22766-58 Filed 08/13/09 Page 12 of 20



**Fig. 8.48** Rounded atelectasis in the middle lobe of a middle-aged man with a previous asbestos related pleural effusion.



**Fig. 8.49** CT in the prone position (but oriented as if supine) showing bilateral posterior basal rounded atelectasis. Note the marked bilateral posterior fissural displacement.

administration of contrast material.[274] Multiplanar reconstruction can provide an excellent depiction of the converging bronchovascular pattern (Fig. 8.50).

The appearance of rounded atelectasis on MRI has been described.[275] The lesion had a signal intensity similar to liver on T1-weighted images, and blood vessels and bronchi were seen to curve into the mass. On ultrasound, Marchbank et al[276] were able to identify a highly echogenic line extending into the mass from the pleural surface in 12 of 14 patients. These authors postulated that this line represented the scarred invaginated pleura.

The main differential diagnosis of rounded atelectasis is peripheral bronchogenic carcinoma, and biopsy may be necessary to exclude bronchogenic carcinoma where the CT features are atypical for rounded atelectasis. The necessity for continued follow up of cases of rounded atelectasis should be emphasized. Rounded atelectasis is ordinarily a static or very slowly growing process. O'Donovan et al,[277] in an evaluation of the reliability of CT in distinguishing rounded atelectasis from other pleural based masses, found that no single CT feature allowed perfect discrimination. They found the convergence of bronchovascular markings to be the best discriminator, but one case was encountered in which lung cancer developed within an area of rounded atelectasis.

## Asbestosis

Asbestosis is one of the main health hazards related to asbestos exposure, second only to bronchogenic carcinoma.[221] It was first identified with certainty at the turn of the century,[278] and by the mid 1980s an estimated 65,000 individuals in the United States had clinically diagnosable asbestosis.[279] The term "asbestosis" is generally reserved for asbestos induced pulmonary fibrosis (Box 8.9). Pleural abnormalities are excluded by definition, being regarded more as an indication of such exposure than as a significant disease entity. Asbestosis is related to the cumulative dust exposure whereas the parietal pleural changes are more related to the length of time since the initial exposure.[196] The time interval between the initial exposure and the development of evidence of asbestosis is extremely variable, but 20–30 years is usual. Intense exposures can cause asbestosis in as short a period as 3 years, but this is exceptional. The most fibrogenic form of asbestos is crocidolite, and in descending order of fibrogenicity are amosite, anthophyllite, and chrysotile.

***Box 8.9*** **Asbestosis**

Pulmonary fibrosis related to asbestos exposure

*Chest radiograph*
Small irregular opacities with basal and subpleural predominance
Benign asbestos related pleural changes and rounded atelectasis may be present

*Computed tomography*
Prone imaging is essential to detect early changes
Peripheral, basal, and posterior predominance
Interlobular septal thickening
Centrilobular thickening
Reticular abnormality
Honeycombing
Subpleural curvilinear density

A


B



C

**Fig. 8.50** A 76-year-old man with pleural disease and rounded atelectasis related to exposure to vermiculite contaminated with tremolite asbestos. **A,** Axial thin section shows a rounded mass adjacent to an area of pleural thickening, with bronchi and vessels curving into the medial and lateral aspects of the mass. Volume loss is confirmed by the posterior fissural displacement, and rightward mediastinal shift. **B,** Parasagittal maximum intensity projection reconstruction of contrast enhanced image shows the enhancing atelectatic lung (arrows) adjacent to the posterior pleural thickening (arrowheads). **C,** Corresponding lung windows show the "comet tail" of vessels curving into the inferior aspect of the mass.

Asbestos causes interstitial pulmonary fibrosis, spreading centrifugally from the region of the terminal bronchioles and the alveolar ducts,[280] with histologic features that are indistinguishable from those of IPF. The changes predominate in the subpleural portions of the lungs and at the lung bases. Visceral pleural thickening occurs, particularly over the regions of maximum fibrosis. Established asbestos induced pulmonary fibrosis tends to progress with time even after cessation of exposure.[281–283] Symptoms of dyspnea and dry cough usually develop approximately 20 years following initial exposure. Characteristic functional abnormalities consist of progressive reduction of both vital capacity and diffusing capacity.[221]

The diagnosis of asbestosis must not be based on imaging features alone. It requires consideration of the occupational history or possible environmental exposure, the clinical features (breathlessness, clubbing, lung crackles), the results of pulmonary function tests, and the chest radiographic and CT appearances.

On the chest radiograph, asbestosis typically presents with basal predominant reticular interstitial abnormality (small irregular opacities according to the ILO classification), which may later extend up the lateral chest wall (Figs 8.51 and 8.52). Progressive disease leads to honeycombing and lower lobe volume loss. Associated pleural abnormalities facilitate the diagnosis, but may be absent on the chest radiograph in 10% of cases.[284] Coarse or fine linear bands of fibrosis are commonly seen radiating from pleural surfaces. Conglomerate opacities akin to PMF have been reported in asbestosis,[285,286] but may relate to concomitant exposure to silica or talc.[287] A limitation of chest radiographic assessment of asbestosis is the questionable physiologic and pathologic significance of the small irregular opacities which are the chest radiographic hallmark of early asbestosis. In at least some cases these small irregular opacities appear to be related to a combination of cigarette smoke and asbestos exposure.[125]

The main indications for the use of CT in asbestosis are: (1) identification of pulmonary fibrosis as distinct from emphysema or diffuse pleural disease[254]; (2) identification of asbestosis in workers with normal parenchyma on chest radiographs[256,288]; (3) identification of pulmonary fibrosis for compensation purposes when the chest radiographs and pulmonary function tests give conflicting results; and (4) investigation of suspected pleural or parenchymal masses and guidance for their biopsy.

Early asbestosis is manifested on HRCT by prominent centrilobular structures, interlobular septal thickening, intralobular lines, curvilinear subpleural lines, and peripheral reticular opacities (Fig. 8.53).[253,256] Because of the posterior and basal predominance of the lesions of early asbestosis, examination of the lung bases in the prone position is critical for confirming the fixed nature of septal thickening and curvilinear subpleural lines. More advanced asbestosis is characterized by parenchymal bands of fibrosis, honeycombing, and traction bronchiectasis (Figs 8.46 and 8.54). None of these features is specific for asbestosis, and similar changes may be seen in other lung diseases such as IPF.[289] When CT scans of patients with asbestosis are compared with those of patients with IPF, patients with asbestosis have a higher prevalence of parenchymal bands, centrilobular nodules, and subpleural curvilinear lines, while the prevalence of traction bronchiolectasis and honeycombing is lower.[290,291] Copley et al[292] have recently



**Fig. 8.52** Asbestosis with a bronchogenic carcinoma in the left lung. Note basal predominant fibrosis. There is slight blunting of the costophrenic sulci; otherwise, pleural changes are lacking in this case.




**Fig. 8.51** **A**, Frontal and **B**, lateral radiographs of a shipyard worker with asbestosis showing basal predominant interstitial pulmonary fibrosis. There is widespread pleural calcification.



Fig. 8.53 Early asbestosis. Prone HRCT image shows posterior septal thickening (arrows) and centrilobular thickening (arrowheads). The changes were present bilaterally and at multiple levels.

shown that asbestosis shows a coarser pattern of fibrosis on CT than that found in UIP or NSIP.

The chest radiograph is relatively insensitive for detection of asbestosis[22,120,131,293] (Fig. 8.43). Staples et al[288] studied HRCT in asbestos exposed subjects with normal lung parenchyma on chest radiographs. Both vital capacity and diffusing capacity (percent predicted) were significantly lower in those who had abnormal HRCT scans. Similarly, in a study by Oksa et al,[294] an HRCT score for parenchymal abnormalities correlated significantly with diffusing capacity and total lung capacity in patients who had normal lung parenchyma on chest radiographs. Neri et al[295] showed that the presence of parenchymal abnormality on CT was associated with a significantly lower FVC in non-smoking asbestos exposed subjects. Thus, parenchymal abnormalities seen on CT in asbestos workers are clearly associated with physiologic impairment, even in those with normal chest radiographs.

The radiographic and CT changes of asbestosis usually progress over time, but the rate of progression is usually less than that seen in IPF. Akira et al[296] in a serial study of 23 asbestos exposed patients with minimal or no abnormalities on chest radiographs, demonstrated that the changes of early asbestosis progressed in two of seven patients who were reexamined between 10 and 19 months after the first CT scan, and in six of eight patients who were examined between 20 and 39 months after the first CT examination. This evidence of progression on CT was accompanied by decrease in lung diffusing capacity in three of four patients in whom serial pulmonary function tests were available. Progression of disease by HRCT criteria appeared to be more prominent in cigarette smokers. Using post mortem HRCT scans these authors also demonstrated that the centrilobular nodules and branching structures corresponded histologically to fibrosis around the bronchioles, which subsequently involved the alveolar ducts. Pleural based nodular irregularities corresponded histologically to subpleural fibrosis. Hazy patches of increased attenuation tended to correspond to fibrotic thickening of the alveolar walls and interlobular septa.

A study by Gamsu et al[297] shows that the CT findings of early asbestosis are neither sensitive nor specific. Some patients with abnormal lung parenchyma on CT have no histologic evidence of asbestosis, while some with normal CT or minor parenchymal abnormalities have histologic asbestosis. However, the study showed that asbestosis can be diagnosed with confidence when parenchymal changes are bilateral or present at multiple levels.

The relationship between asbestosis and lung cancer is controversial. Histologic asbestosis is almost invariably seen in asbestos workers who develop lung cancer.[131] Although there is a strong association between lung cancer and the presence of radiographic asbestosis[298,299] (Figs 8.55 and 8.56), asbestosis is not always visible on the chest radiograph or chest CT when lung cancer is present.[131,297,300,301]

A



B



Fig. 8.54 Asbestosis. **A,** HRCT shows coarse bands of fibrous tissue extending into the lung from the pleural surface. Some of these bands emanate from a pleural plaque. **B,** HRCT at a lower level shows a right anterior bulla, with left basal reticular abnormality, traction bronchiectasis, and honeycombing. (Courtesy of Dr C Fuhrman, Pittsburgh)

foreign body (Fig. 8.83). These signs were seen in 20–45% of patients in the larger series.[358,360–362] A pneumothorax or a pneumomediastinum may be present, but both are surprisingly uncommon (<2% of patients) following aspiration of a foreign body.[358,362]

Normal inspiratory and expiratory chest radiographs can be expected in about one-quarter of cases. In the series of 200 patients reported by Blazer et al,[358] 15.6% of those with bronchial foreign bodies and 60.6% of those with tracheal foreign bodies showed no abnormalities on inspiratory and expiratory films. CT can be quite helpful in identifying the presence and location of an inhaled foreign body when inspiratory and expiratory radiographs are normal or equivocal, or when the diagnosis is not anticipated (Fig. 8.84).[366]

## REFERENCES


1. Niewoehner DE, Kleinerman J, Rice DB. Pathologic changes in the peripheral airways of young cigarette smokers. N Engl J Med 1974;291:755–758.
2. Fraig M, Shreesha U, Savici D, et al. Respiratory bronchiolitis: a clinicopathologic study in current smokers, ex-smokers, and never-smokers. Am J Surg Pathol 2002;26:647–653.
3. Freemer M, King T. Connective tissue diseases. In: Schwarz M, King T, eds. Interstitial lung disease, 4th edn. Toronto: Brian C Decker, 2003:535–598.
4. King TE Jr. Respiratory bronchiolitis-associated interstitial lung disease. Clin Chest Med 1993;14:693–698.
5. Myers JL, Veal CJ, Shin MS, et al. Respiratory bronchiolitis causing interstitial lung disease. A clinicopathologic study of six cases. Am Rev Respir Dis 1987;135:880–884.
6. Epler GR, Colby TV, McLoud TC, Carrington CB, Gaensler EA. Respiratory bronchiolitis-associated interstitial lung disease and its relationship to desquamative interstitial pneumonia. Mayo Clin Proc 1989;64:1373–1380.
7. Yousem SA, Colby TV, Gaensler EA. Respiratory bronchiolitis-associated interstitial lung disease and its relationship to desquamative interstitial pneumonia. Mayo Clin Proc 1989;64: 1373–1380.
8. Heyneman LE, Ward S, Lynch DA, et al. Respiratory bronchiolitis, respiratory bronchiolitis-associated interstitial lung disease, and desquamative interstitial pneumonia: different entities or part of the spectrum of the same disease process? AJR Am J Roentgenol 1999;173:1617–1622.
9. Moon J, du Bois RM, Colby TV, et al. Clinical significance of respiratory bronchiolitis on open lung biopsy and its relationship to smoking related interstitial lung disease. Thorax 1999;54:1009–1014.
10. Holt R, Schmidt R, Godwin J, et al. High resolution CT in respiratory bronchiolitis-associated interstitial lung disease. J Comput Assist Tomogr 1993;1993:46–50.
11. Park JS, Brown KK, Tuder RM, et al. Respiratory bronchiolitis-associated interstitial lung disease: radiologic features with clinical and pathologic correlation. J Comput Assist Tomogr 2002;26:13–20.
12. Gückel C, Hansell DM. Imaging the 'dirty lung' has high resolution computed tomography cleared the smoke? Clin Radiol 1998;53:717–722.
13. Remy-Jardin M, Remy J, Gosselin B, et al. Lung parenchymal changes secondary to cigarette smoking: pathologic-CT correlations. Radiology 1993;186:643–651.
14. Remy-Jardin M, Edme JL, Boulenguez C, et al. Longitudinal follow-up study of smoker's lung with thin-section CT in correlation with pulmonary function tests. Radiology 2002;222:261–270.
15. Dalphin JC, Debieuvre D, Pernet D, et al. Prevalence and risk factors for chronic bronchitis and farmer's lung in French dairy farmers. Br J Ind Med 1993;50: 941–944.
16. Warren C. Extrinsic allergic alveolitis: a disease commoner in nonsmokers. Thorax 1977;32:567–573.
17. Carrington CB, Gaensler EA, Coutu RE, et al. Natural history and treated course of usual and desquamative interstitial pneumonia. N Engl J Med 1978;298: 801–809.
18. Bjoraker J, Ryu J, Edwin M, et al. Prognostic significance of histopathologic subsets in idiopathic pulmonary fibrosis. Am J Respir Crit Care Med 1998;157:199–203.
19. Hartman TE, Primack SL, Kang EY, et al. Disease progression in usual interstitial pneumonia compared with desquamative interstitial pneumonia. Assessment with serial CT. Chest 1996;110:378–382.
20. Valdivia E, Hensley G, Leory EP, et al. Morphology and pathogenesis of desquamative interstitial pneumonitis. Thorax 1977;32:7–18.
21. Feigin D, Friedman P. Chest radiography in desquamative interstitial pneumonitis: a review of 37 patients. AJR Am J Roentogenol 1980;134:91–99.
22. Epler GR, McLoud TC, Gaensler EA, et al. Normal chest roentgenograms in chronic diffuse infiltrative lung disease. N Engl J Med 1978;298:934–939.
23. Hartman TE, Primack SL, Swensen SJ, et al. Desquamative interstitial pneumonia: thin-section CT findings in 22 patients. Radiology 1993;187:787–790.
24. Akira M, Yamamoto S, Hara H, et al. Serial computed tomographic evaluation in desquamative interstitial pneumonia. Thorax 1997;52:333–337.
25. Hansell DM, Nicholson AG. Smoking-related interstitial lung disease: HRCT-pathologic correlation. Semin Respir Crit Care Med 2003; 24: 377–391.
26. Travis WD, Borok Z, Roum JH, et al. Pulmonary Langerhans cell granulomatosis (histiocytosis X). A clinicopathologic study of 48 cases. Am J Surg Pathol 1993;17:971–986.
27. Hance AJ, Cadranel J, Soler P, et al. Pulmonary and extra pulmonary Langerhan cell granulomatosis (Histiocytosis X). Semin Respir Med 1988;9:349–368.
28. Lewis JG. Eosinophilic granuloma and its variants with special reference to lung involvement: a report of 12 patients. Q J Med 1964;131:337–359.
29. Egeler RM, Neglia JP, Puccetti DM, et al. Association of Langerhans cell histiocytosis with malignant neoplasms. Cancer 1993;71:865–873.
30. A multicentre retrospective survey of Langerhans cell histiocytosis: 348 cases observed between 1983 and 1993. The French Langerhans Cell Histiocytosis Study Group. Arch Dis Childhood 1996;75:17–24.
31. Ha SY, Helms P, Fletcher M, et al. Lung involvement in Langerhans cell histiocytosis: prevalence, clinical features, and outcome. Pediatrics 1992;89:466–469.
32. Kulwiec E, Lynch D, Aguayo S, et al. Imaging of pulmonary histiocytosis X. RadioGraphics 1992;12:515–526.
33. Grenier P, Valeyre D, Cluzel P, et al. Chronic diffuse interstitial lung disease: diagnostic value of chest radiography and high-resolution CT. Radiology 1991;179:123–132.
34. Brauner MW, Grenier P, Mouelhi MM, et al. Pulmonary histiocytosis X: evaluation with high-resolution CT. Radiology 1989;172:255–258.
35. Moore A, Godwin J, Müller N, et al. Pulmonary histiocytosis X: Comparison of radiographic and CT findings. Radiology 1989;172:249–254.

36. Koyama M, Johkoh T, Honda O, et al. Chronic cystic lung disease: diagnostic accuracy of high-resolution CT in 92 patients. AJR Am J Roentgenol 2003;180:827–835.
37. Taylor DB, Joske D, Anderson J, et al. Cavitating pulmonary nodules in histiocytosis-X high resolution CT demonstration. Australas Radiol 1990;34:253–255.
38. Bonelli FS, Hartman TE, Swensen SJ, et al. Accuracy of high-resolution CT in diagnosing lung diseases. AJR Am J Roentgenol 1998;170:1507–1512.
39. Kambouchner M, Basset F, Marchal J, et al. Three-dimensional characterization of pathologic lesions in pulmonary Langerhans cell histiocytosis. Am J Respir Crit Care Med 2002;166: 1483–1490.
40. Marcy T, Reynolds H. Pulmonary histiocytosis X. Lung 1985;163: 129–150.
41. Brauner MW, Grenier P, Tijani K, et al. Pulmonary Langerhans cell histiocytosis: evolution of lesions on CT scans. Radiology 1997;204:497–502.
42. Tazi A, Montcelly L, Bergeron A, et al. Relapsing nodular lesions in the course of adult pulmonary Langerhans cell histiocytosis. Am J Respir Crit Care Med 1998;157:2007–2010.
43. Harari S, Brenot F, Barberis M, et al. Advanced pulmonary histiocytosis X is associated with severe pulmonary hypertension. Chest 1997;111:1142–1144.
44. Crausman RS, Jennings CA, Tuder RM, et al. Pulmonary histiocytosis X: pulmonary function and exercise pathophysiology. Am J Respir Crit Care Med 1996;153:426–435.
45. Crausman RS, King TE Jr. Pulmonary vascular involvement in pulmonary histiocytosis X [letter; comment]. Chest 1997;112:1714.
46. Fartoukh M, Humbert M, Capron F, et al. Severe pulmonary hypertension in histiocytosis X. Am J Respir Crit Care Med 2000;161:216–223.
47. Smets A, Mortele K, de Praeter G, et al. Pulmonary and mediastinal lesions in children with Langerhans cell histiocytosis. Pediatr Radiol 1997;27: 873–876.
48. Odagiri K, Nishihira K, Hatekeyama S, et al. Anterior mediastinal masses with calcifications on CT in children with histiocytosis-X (Langerhans cell histiocytosis). Report of two cases. Pediatr Radio 1991;21:550–551.
49. Bernstrand C, Cederlund K, Sandstedt B, et al. Pulmonary abnormalities at long-term follow-up of patients with Langerhans cell histiocytosis. Med Pediatr Oncol 2001;36:459–468.
50. Murin S, Bilello KS, Matthay R. Other smoking-affected pulmonary diseases. Clin Chest Med 2000;21:121–137.
51. Herody M, Bobrie G, Gouarin C, et al. Anti-GBM disease: predictive value of clinical, histological and serological data. Clin Nephrol 1993;40:249–255.
52. Watanabe K, Fujimura M, Kasahara K, et al. Acute eosinophilic pneumonia following cigarette smoking: a case report including cigarette-smoking challenge test. Intern Med 2002;41:1016–1020.
53. Miki K, Miki M, Okano Y, et al. Cigarette smoke-induced acute eosinophilic pneumonia accompanied with neutrophilia in the blood. Intern Med 2002;41:993–996.
54. Murin S, Inciardi J. Cigarette smoking and the risk of pulmonary metastasis from breast cancer. Chest 2001;119: 1635–1640.
55. Bense L, Eklund G, Wiman LG. Smoking and the increased risk of contracting spontaneous pneumothorax. Chest 1987;92:1009–1012.
56. Cottin V, Streichenberger N, Gamondes JP, et al. Respiratory bronchiolitis in smokers with spontaneous pneumothorax. Eur Respir J 1998;12: 702–704.
57. Baumgartner KB, Samet JM, Stidley CA, et al. Cigarette smoking: a risk factor for idiopathic pulmonary fibrosis. Am J Respir Crit Care Med 1997;155:242–248.
58. Arima K, Ando M, Ito K, et al. Effect of cigarette smoking on prevalence of summer-type hypersensitivity pneumonitis caused by *Trichosporon cutaneum*. Arch Environ Health 1992;47:274–278.
59. Ohtsuka Y, Munakata M, Tanimura K, et al. Smoking promotes insidious and chronic farmer's lung disease, and deteriorates the clinical outcome. Intern Med 1995;34:966–971.
60. Valeyre D, Soler P, Clerici C, et al. Smoking and pulmonary sarcoidosis: effect of cigarette smoking on prevalence, clinical manifestations, alveolitis, and evolution of the disease. Thorax 1988;43:516–524.
61. Selman M. Hypersensitivity pneumonitis. In: Schwarz MI, King TE, eds. Interstitial lung disease, 4th edn. Hamilton: BC Decker, 2003:452–484.
62. Barbee RA, Callies Q, Dickie HA, et al. The long-term prognosis in farmer's lung. Am Rev Respir Dis 1968;97:223–231.
63. Grammer LC. Occupational allergic alveolitis. Ann Allergy Asthma Immunol 1999;83:602–606.
64. Ganier M, Lieberman P, Fink J, et al. Humidifier lung. An outbreak in office workers. Chest 1980;77:183–187.
65. Aksamit TR. Hot tub lung: infection, inflammation, or both? Semin Respir Infect 2003;18:33–39.
66. Hodgson MJ, Bracker A, Yang C, et al. Hypersensitivity pneumonitis in a metal-working environment. Am J Ind Med 2001;39:616–628.
67. Wallace Jr RJ Jr., Zhang Y, Wilson RW, et al. Presence of a single genotype of the newly described species *Mycobacterium immunogenum* in industrial metalworking fluids associated with hypersensitivity pneumonitis. Appl Environ Microbiol 2002;68:5580–5584.
68. Yoshizawa Y, Ohtani Y, Hayakawa H, et al. Chronic hypersensitivity pneumonitis in Japan: a nationwide epidemiologic survey. J Allergy Clin Immunol 1999;103:315–320.
69. Haitjema T, van V, Blad H, van Velzen Blad H, van den Bosch JM, et al. Extrinsic allergic alveolitis caused by goose feathers in a duvet. Thorax 1992;47:990–991.
70. Baur X. Hypersensitivity pneumonitis (extrinsic allergic alveolitis) induced by isocyanates. J Allergy Clin Immunol 1995;95:1004–1010.
71. Simpson C, Garabrant D, Torrey S, et al. Hypersensitivity pneumonitis-like reaction and occupational asthma associated with 1,3-bis(isocyanatomethyl) cyclohexane pre-polymer. Am J Ind Med 1996;30:48–55.
72. Nakashima K, Takeshita T, Morimoto K. Occupational hypersensitivity pneumonitis due to isocyanates: mechanisms of action and case reports in Japan. Ind Health 2001;39:269–279.
73. Schuyler M, Gott K, Cherne A. Mediators of hypersensitivity pneumonitis. J Lab Clin Med 2000;136:29–38.
74. Schuyler M, Gott K, Cherne A, et al. Th1 CD4+ cells adoptively transfer experimental hypersensitivity pneumonitis. Cell Immunol 1997;177:169–175.
75. Glazer CS, Rose CS, Lynch DA. Clinical and radiologic manifestations of hypersensitivity pneumonitis. J Thorac Imaging 2002;17:261–272.
76. Roberts RC, Zais DP, Emanuel DA. The frequency of precipitins to trichloroacetic acid-extractable antigens from thermophilic actinomycetes in farmer's lung patients and asymptomatic farmers. Am Rev Respir Dis 1976;114:23–28.
77. McSharry C, Banham SW, Lynch PP, et al. Antibody measurement in extrinsic allergic alveolitis. Eur J Respir Dis 1984;65:259–265.
78. Lalancette M, Carrier G, Laviolette M, et al. Farmer's lung. Long-term outcome and lack of predictive value of bronchoalveolar lavage fibrosing factors. Am Rev Respir Dis 1993;148:216–221.
79. Bourke SJ, Banham SW, Carter R, et al. Longitudinal course of extrinsic allergic alveolitis in pigeon breeders. Thorax 1989;44:415–418.
80. Coleman A, Colby TV. Histologic diagnosis of extrinsic allergic alveolitis. Am J Surg Pathol 1988;12:514–518.

81. Hayakawa H, Shirai M, Sato A, et al. Clinicopathological features of chronic hypersensitivity pneumonitis. Respirology 2002;7:359–364.
82. Katzenstein AL, Fiorelli RF. Nonspecific interstitial pneumonia/fibrosis. Histologic features and clinical significance. Am J Surg Pathol 1994;18:136–147.
83. Ando M, Arima K, Yoneda R, et al. Japanese summer-type hypersensitivity pneumonitis. Geographic distribution, home environment, and clinical characteristics of 621 cases. Am Rev Respir Dis 1991;144:765–769.
84. Silver S, Müller N, Miller R, et al. Hypersensitivity pneumonitis: evaluation with CT. Radiology 1989;173:441–445.
85. Matar LD, McAdams HP, Sporn TA. Hypersensitivity pneumonitis. AJR Am J Roentgenol 2000;174:1061–1066.
86. Lynch DA, Rose CS, Way D, et al. Hypersensitivity pneumonitis: sensitivity of high-resolution CT in a population-based study. AJR Am J Roentgenol 1992;159:469–472.
87. Frank J, Schleuter D, Sosman A, et al. Clinical survey of pigeon breeders. Chest 1972;62:277–281.
88. Buschman DL, Gamsu G, Waldron J, et al. Chronic hypersensitivity pneumonitis: use of CT in diagnosis. AJR Am J Roentgenol 1992;159:957–960.
89. Akira M, Kita N, Higashihara T, et al. Summer-type hypersensitivity pneumonitis: comparison of high-resolution CT and plain radiographic findings. AJR Am J Roentgenol 1992;158:1223–1228.
90. Remy-Jardin M, Remy J, Wallaert B, et al. Subacute and chronic bird breeder hypersensitivity pneumonitis: sequential evaluation with CT and correlation with lung function tests and bronchoalveolar lavage. Radiology 1993;189:111–118.
91. Patel RA, Sellami D, Gotway MB, et al. Hypersensitivity pneumonitis: patterns on high-resolution CT. J Comput Assist Tomogr 2000;24:965–970.
92. Erkinjuntti-Pekkanen R, Rytkonen H, Kokkarinen JI, et al. Long-term risk of emphysema in patients with farmer's lung and matched control farmers. Am J Respir Crit Care Med 1998;158:662–665.
93. Niimi H, Kang EY, Kwong JS, et al. CT of chronic infiltrative lung disease: prevalence of mediastinal lymphadenopathy. J Comput Assist Tomogr 1996;20:305–308.
94. Adler BD, Padley SP, Müller NL, et al. Chronic hypersensitivity pneumonitis: high-resolution CT and radiographic features in 16 patients. Radiology 1992;185:91–95.
95. Tomiyama N, Müller NL, Johkoh T, et al. Acute parenchymal lung disease in immunocompetent patients: diagnostic accuracy of high-resolution CT. AJR Am J Roentgenol 2000;174:1745–1750.
96. Cormier Y, Brown M, Worthy S, et al. High-resolution computed tomographic characteristics in acute farmer's lung and in its follow-up. Eur Respir J 2000;16:56–60.
97. Hansell DM, Wells AU, Padley SP, et al. Hypersensitivity pneumonitis: correlation of individual CT patterns with functional abnormalities. Radiology 1996;199:123–128.
98. Franquet T, Hansell DM, Senbanjo T, et al. Lung cysts in subacute hypersensitivity pneumonitis. J Comput Assist Tomogr 2003;27:475–478.
99. Small JH, Flower CD, Traill ZC, et al. Air-trapping in extrinsic allergic alveolitis on computed tomography. Clin Radiol 1996;51:684–688.
100. Lucidarme O, Coche E, Cluzel P, et al. Expiratory CT scans for chronic airway disease: correlation with pulmonary function test results. AJR Am J Roentgenol 1998;170:301–307.
101. Lynch D, Newell J, Logan P, et al. Can CT distinguish idiopathic pulmonary fibrosis from hypersensitivity pneumonitis? AJR Am J Roentgenol 1995;165:807–811.
102. Kim KI, Kim CW, Lee MK, et al. Imaging of occupational lung disease. RadioGraphics 2001;21:1371–1391.
103. Parkes WR. Occupational lung disorders, 2nd edn. London: Butterworths, 1982.
104. Guidelines for the use of ILO international classification of radiographs of pneumoconioses. Revised Edition 1980. Geneva: International Labour Office, 1980.
105. Classification of radiographs of the pneumoconioses. Med Radiogr Photogr 1981;57:2–17.
106. Chien VC, Chai SK, Hai DN, et al. Pneumoconiosis among workers in a Vietnamese refractory brick facility. Am J Ind Med 2002;42:397–402.
107. Finkelstein MM. Radiographic silicosis and lung cancer risk among workers in Ontario. Am J Indust Med 1998;34: 244–251.
108. Parihar YS, Patnaik JP, Nema BK, et al. Coal workers' pneumoconiosis: a study of prevalence in coal mines of eastern Madhya Pradesh and Orissa states of India. Ind Health 1997;35:467–473.
109. Ogle CJ, Rundle EM, Sugar ET. China clay workers in the south west of England: analysis of chest radiograph readings, ventilatory capacity, and respiratory symptoms in relation to type and duration of occupation. Br J Ind Med 1989;46:261–270.
110. Ogawa S, Imai H, Ikeda M. A 40-year follow-up of whetstone cutters on silicosis. Ind Health 2003;41:69–76.
111. Fernie JM, Ruckley VA. Coalworkers' pneumoconiosis: correlation between opacity profusion and number and type of dust lesions with special reference to opacity type. Br J Ind Med 1987;44: 273–277.
112. Rosenstock L, Barnhart S, Heyer NJ, et al. The relation among pulmonary function, chest roentgenographic abnormalities, and smoking status in an asbestos-exposed cohort. Am Rev Respir Dis 1988;138:272–277.
113. Miller A, Lilis R, Godbold J, et al. Relationship of pulmonary function to radiographic interstitial fibrosis in 2,611 long-term asbestos insulators. An assessment of the International Labour Office profusion score. Am Rev Respir Dis 1992;145:263–270.
114. Ng TP, Chan SL. Lung function in relation to silicosis and silica exposure in granite workers. Eur Respir J 1992;5: 986–991.
115. Maclaren WM, Soutar CA. Progressive massive fibrosis and simple pneumoconiosis in ex-miners. Br J Ind Med 1985;42:734–740.
116. Bourgkard E, Bernadac P, Chau N, et al. Can the evolution to pneumoconiosis be suspected in coal miners? A longitudinal study. Am J Respir Crit Care Med 1998;158:504–509.
117. Cowie RL, Hay M, Thomas RG. Association of silicosis, lung dysfunction, and emphysema in gold miners. Thorax 1993;48:746–749.
118. Cookson WO, Musk AW, Glancy JJ, et al. Compensation, radiographic changes, and survival in applicants for asbestosis compensation. Br J Ind Med 1985;42: 461–468.
119. Markowitz SB, Morabia A, Lilis R, et al. Clinical predictors of mortality from asbestosis in the North American Insulator Cohort, 1981 to 1991. Am J Respir Crit Care Med 1997;156:101–108.
120. Gaensler E, Carrington C, Coutu R, et al. Pathologic, physiologic, and radiologic correlations in the pneumoconioses. Ann NY Acad Sci 1972;200:574–607.
121. Blanc P, Golden J, Gamsu G. Asbestos exposure-cigarette smoking interactions among shipyard workers. JAMA 1988;259:370–373.
122. Blanc PD, Gamsu G. The effect of cigarette smoking on the detection of small radiographic opacities in inorganic dust diseases. J Thorac Imag 1988;3:51–56.
123. Hnizdo E, Sluis-Cremer GK. Effect of tobacco smoking on the presence of asbestosis at postmortem and on the reading of irregular opacities on roentgenograms in asbestos-exposed workers. Am Rev Resp Dis 1988;138: 1207–1212.
124. Kilburn K, Lilis R, Anderson H, et al. Interaction of asbestos, age, and cigarette smoking in producing radiographic evidence of diffuse pulmonary fibrosis. Am J Med 1986;80:377–381.

125. Weiss W. Cigarette smoke, asbestos, and small irregular opacities. Am Rev Respir Dis 1984;130:293–301.
126. Sluis-Cremer GK, Hessel PA, Hnizdo E. Factors influencing the reading of small irregular opacities in a radiological survey of asbestos miners in South Africa. Arch Environ Health 1989;44:237–243.
127. Akira M, Higashihara T, Yokoyama K, et al. Radiographic type p pneumoconiosis: high-resolution CT. Radiology 1989;171:117–123.
128. Gevenois PA, Pichot E, Dargent F, et al. Low grade coal worker's pneumoconiosis. Comparison of CT and chest radiography. Acta Radiol 1994;35:351–356.
129. Vallyathan V, Brower PS, Green FH, et al. Radiographic and pathologic correlation of coal workers' pneumoconiosis. Am J Respir Crit Care Med 1996;154: 741–748.
130. Hnizdo E, Murray J, Sluis-Cremer GK, et al. Correlation between radiological and pathological diagnosis of silicosis: an autopsy population based study. Am J Ind Med 1993;24:427–445.
131. Kipen HM, Lilis R, Suzuki Y, et al. Pulmonary fibrosis in asbestos insulation workers with lung cancer: a radiological and histopathological evaluation. Br J Ind Med 1987;44:96–100.
132. Begin R, Ostiguy G, Fillion R, et al. Computed tomography in the early detection of silicosis. Am Rev Respir Dis 1991;144:697–705.
133. Harkin TJ, McGuinness G, Goldring R, et al. Differentiation of the ILO boundary chest roentgenograph (0/1 to 1/0) in asbestosis by high-resolution computed tomography scan, alveolitis, and respiratory impairment. J Occup Environ Med 1996;38:46–52.
134. Henry D. The ILO classification system in the age of imaging: relevant or redundant? J Thorac Imag 2002;17: 179–188.
135. Jacobsen M. The International Labour Office classification: use and misuse. Ann N Y Acad Sci 1991;643:100–107.
136. Ziskind M, Jones RN, Weill H. Silicosis. Am Rev Respir Dis 1976;113:643–665.
137. Seaton A, Legge JS, Henderson J, et al. Accelerated silicosis in Scottish stonemasons. Lancet 1991;337:341–344.
138. Castranova V, Vallyathan V. Silicosis and coal workers' pneumoconiosis. Environ Health Perspect 2000;108 Suppl 4:675–684.
139. Sonnenberg P, Murray J, Glynn JR, et al. Risk factors for pulmonary disease due to culture-positive *M. tuberculosis* or nontuberculous mycobacteria in South African gold miners. Eur Respir J 2000;15:291–296.
140. Prendergrass EP. Silicosis and a few of the other pneumoconioses: observations on certain aspects of the problem with emphasis in the role of the radiologist. AJR Am J Roentgenol 1958;80:1–41.
141. Bergin CJ, Müller NL, Vedal S, et al. CT in silicosis: correlation with plain films and pulmonary function tests. AJR Am J Roentgenol 1986;146:477–483.
142. Remy-Jardin M, Degreef JM, Beuscart R, et al. Coal worker's pneumoconiosis: CT assessment in exposed workers and correlation with radiographic findings. Radiology 1990;177:363–371.
143. Gurney JW, Schroeder BA. Upper lobe lung disease: physiologic correlates. Radiology 1988;167:359–366.
144. Remy-Jardin M, Beuscart R, Sault MC, et al. Subpleural micronodules in diffuse infiltrative lung diseases: evaluation with thin-section CT scans. Radiology 1990;177:133–139.
145. Jacobson GJ, Felson B, Pendergrass EP, et al. Eggshell calcifications in coal and metal miners. Semin Roentgenol 1967;2:276–282.
146. Jiang CQ, Xiao LW, Lam TH, et al. Accelerated silicosis in workers exposed to agate dust in Guangzhou, China. Am J Ind Med 2001;40:87–91.
147. Weissman D, Banks D. Silicosis. In: Schwarz MI, King TE, eds. Interstitial lung disease, 4th edn. Hamilton: BC Decker, 2003:387–401.
148. Suratt PM, Winn WC Jr, Brody AR, et al. Acute silicosis in tombstone sandblasters. Am Rev Respir Dis 1977;115:521–529.
149. Buechner HA, Ansari A. Acute silico-proteinosis. A new pathologic variant of acute silicosis in sandblasters, characterized by histologic features resembling alveolar proteinosis. Dis Chest 1969;55:274–278.
150. Dee P, Suratt P, Winn W. The radiographic findings in acute silicosis. Radiology 1978;126:359–363.
151. American Thoracic Society. Adverse effects of crystalline silica exposure. Am J Respir Crit Care Med 1997; 155:761–765.
152. Marchiori E, Ferreira A, Müller NL. Silicoproteinosis: high-resolution CT and histologic findings. J Thorac Imaging 2001;16:127–129.
153. International Agency for Research on Cancer. Silica, some silicates, coal dust and para-aramid fibrils. Lyon: IARC, 1997.
154. Begin R, Filion R, Ostiguy G. Emphysema in silica- and asbestos-exposed workers seeking compensation. A CT scan study. Chest 1995;108:647–655.
155. Hnizdo E, Sluis CG, Baskind E, et al. Emphysema and airway obstruction in non-smoking South African gold miners with long exposure to silica dust. Occup Environ Med 1994;51: 557–563.
156. Gevenois PA, Sergent G, De Maertelaer V, et al. Micronodules and emphysema in coal mine dust or silica exposure: relation with lung function. Eur Respir J 1998;12:1020–1024.
157. Honma K, Chiyotani K. Diffuse interstitial fibrosis in nonasbestos pneumoconiosis: a pathological study. Respiration 1993;60:120–126.
158. Baumgartner KB, Samet JM, Coultas DB, et al. Occupational and environmental risk factors for idiopathic pulmonary fibrosis: a multicenter case-control study. Collaborating Centers. Am J Epidemiol 2000;152:307–315.
159. Englert H, Small-McMahon J, Davis K, et al. Male systemic sclerosis and occupational silica exposure-a population-based study. Australas N Z J Med 2000;30:215–220.
160. Steen VD. Occupational scleroderma. Curr Opin Rheumatol 1999;11:490–494.
161. Shida H, Chiyotani K, Honma K, et al. Radiologic and pathologic characteristics of mixed dust pneumoconiosis. RadioGraphics 1996;16:483–498.
162. Honma K, Shida H, Chiyotani K. Rounded atelectasis associated with silicosis. Wien Klin Wochenschr 1995;107:585–589.
163. Hurley JF, Burns J, Copland L, et al. simple pneumoconiosis and exposure to dust at 10 British coalmines. Br J Ind Med 1982;39:120–127.
164. Gough J. Pneumoconiosis of coal trimmers. J Path Bacteriol 1940;51: 277–285.
165. Rivers D, Wise ME, King ES, et al. Dust content, radiology, and pathology in simple pneumoconiosis of coal workers. Br J Ind Med 1960;17:87–108.
166. Morgan WK, Lapp NL. Respiratory disease in coal miners. Am Rev Respir Dis 1976;113:531–559.
167. Jacobsen M. New data on the relationship between simple pneumoconiosis and exposure to coal mine dust. Chest 1980;78:408–410.
168. Seaton A, Dick JA, Dodgson J, et al. Quartz and pneumoconiosis in coalminers. Lancet 1981;2:1272–1275.
169. Naeye RL, Dellinger WS. Coal workers' pneumoconiosis. Correlation of roentgenographic and postmortem findings. JAMA 1972;220:223–227.
170. Pratt PC. Role of silica in progressive massive fibrosis. In coal workers' pneumoconiosis. Arch Environ Health 1968;16:734–737.
171. Nagelschmidt G, Rivers D, King EJ, et al. Dust and collagen content of lungs of coal workers with progressive massive fibrosis. Br J Ind Med 1963;20: 181–191.
172. Heppleston AG. The pathological recognition and pathogenesis of emphysema and fibrocystic disease of the lung with special reference to coal

workers. Ann N Y Acad Sci 1972;200: 347–369.
173. Ryder R, Lyons JP, Campbell H, et al. Emphysema in coal workers' pneumoconiosis. Br Med J 1970;3:481–487.
174. Caplan A. Correlation of radiological category with lung pathology in coal worker's pneumoconiosis. Br J Ind Med 1962;19:171–179.
175. Leigh J, Outhred KG, McKenzie HI, et al. Quantified pathology of emphysema, pneumoconiosis, and chronic bronchitis in coal workers. Br J Ind Med 1983;40:258–263.
176. Lyons JP, Ryder R, Campbell H, et al. Pulmonary disability in coal workers' pneumoconiosis. Br Med J 1972;1:713–716.
177. Oxman AD, Muir DC, Shannon HS, et al. Occupational dust exposure and chronic obstructive pulmonary disease. A systematic overview of the evidence. Am Rev Respir Dis 1993;148:38–48.
178. Williams JL, Moller GA. Solitary mass in the lungs of coal miners. Am J Roentgenol Radium Ther Nucl Med 1973;117:765–770.
179. Greening RR, Heslep JH. The roentgenology of silicosis. Semin Roentgenol 1967;2:265–275.
180. Kirchner J, Kirchner EM. Melanoptysis: findings on CT and MRI. Br J Radiol 2001;74:1003–1006.
181. Matsumoto S, Mori H, Miyake H, et al. MRI signal characteristics of progressive massive fibrosis in silicosis. Clinical Radiology 1998;53:510–514.
182. Cockcroft A, Lyons JP, Andersson N, et al. Prevalence and relation to underground exposure of radiological irregular opacities in South Wales coal workers with pneumoconiosis. Br J Ind Med 1983;40:169–172.
183. Trapnell DH. Septal lines in pneumoconiosis. Br J Radiol 1964;37:805–810.
184. Cockcroft A, Berry G, Cotes JE, et al. Shape of small opacities and lung function in coalworkers. Thorax 1982;37:765–769.
185. Brichet A, Wallaert B, Gosselin B, et al. "Primary" diffuse interstitial fibrosis in coal miners: a new entity? Study Group on Interstitial Pathology of the Society of Thoracic Pathology of the North. Revue des Maladies Respiratoires 1997;14: 277–285.
186. Katabami M, Dosaka-Akita H, Honma K, et al. Pneumoconiosis-related lung cancers: preferential occurrence from diffuse interstitial fibrosis-type pneumoconiosis. Am J Respir Crit Care Med 2000;162:295–300.
187. Gough J, James WRL, Wentworth JE. A comparison of the radiological and pathological changes in coal worker's pneumoconiosis. J Fac Radiol 1949; 1:28–60.
188. Heitzman ER, Naeye RL, Markarian B. Roentgen pathological correlations in coal workers' pneumoconiosis. Ann N Y Acad Sci 1972;200:510–526.
189. Ruckley VA, Fernie JM, Chapman JS, et al. Comparison of radiographic appearances with associated pathology and lung dust content in a group of coalworkers. Br J Ind Med 1984;41: 459–467.
190. Rossiter CE. Relation of lung dust content to radiological changes in coal workers. Ann N Y Acad Sci 1972;200: 465–477.
191. Newell DJ, Browne RC. Symptomatology and radiology in pneumoconiosis: a survey in the Durham coalfield. J Fac Radiol 1955;7:20–28.
192. Lyons JP, Ryder RC, Campbell H, et al. Significance of irregular opacities in the radiology of coalworkers' pneumoconiosis. Br J Ind Med 1974;31:36–44.
193. Cockcroft A, Seal RM, Wagner JC, et al. Post-mortem study of emphysema in coalworkers and non-coalworkers. Lancet 1982;2:600–603.
194. Ruckley VA, Gauld SJ, Chapman JS, et al. Emphysema and dust exposure in a group of coal workers. Am Rev Respir Dis 1984;129:528–532.
195. Kinsella M, Müller N, Vedal S, et al. Emphysema in silicosis. A comparison of smokers with nonsmokers using pulmonary function testing and computed tomography. Am Rev Respir Dis 1990;141:1497–1500.
196. Casey KR, Rom WN, Moatamed F. Asbestos-related diseases. Clin Chest Med 1981;2:179–202.
197. Talcott JA, Thurber WA, Kantor AF, et al. Asbestos-associated diseases in a cohort of cigarette-filter workers. N Engl J Med 1989;321:1220–1223.
198. Weill H, Hughes JM. Asbestos as a public health risk: disease and policy. Annu Rev Publ Health 1986;7:171–192.
199. McDonald JC, McDonald AD, Hughes JM. Chrysotile, tremolite and fibrogenicity. Ann Occup Hyg 1999;43:439–442.
200. Keller CA, Naunheim KS, Osterloh J, et al. Histopathologic diagnosis made in lung tissue resected from patients with severe emphysema undergoing lung volume reduction surgery. Chest 1997;111:941–947.
201. Cullen MR. Chrysotile asbestos: enough is enough. Lancet 1998; 351:1377–1378.
202. Frank AL, Dodson RF, Williams MG. Carcinogenic implications of the lack of tremolite in UICC reference chrysotile. Am J Ind Med 1998;34:314–317.
203. Nicholson WJ. The carcinogenicity of chrysotile asbestos: a review. Ind Health 2001;39:57–64.
204. Smith AH, Wright CC. Chrysotile asbestos is the main cause of pleural mesothelioma. Am J Ind Med 1996;30:252–266.
205. Stayner LT, Dankovic DA, Lemen RA. Occupational exposure to chrysotile asbestos and cancer risk: a review of the amphibole hypothesis. Am J Public Health 1996;86:179–186.
206. Becklake MR. Asbestos-related diseases of the lung and other organs: their epidemiology and implications for clinical practice. Am Rev Respir Dis 1976;114:187–227.
207. Amandus HE, Wheeler R. The morbidity and mortality of vermiculite miners and millers exposed to tremolite-actinolite: Part II. Mortality. Am J Ind Med 1987;11:15–26.
208. Centers for Disease Control. Mortality from asbestosis in Libby, Montana, 1979–1998. http://www.atsdr.cdc.gov/HAC/PHA/libby/lib_p1.html, 2003.
209. Epler G, McLoud T, Gaensler E. Prevalence and incidence of benign asbestos pleural effusion in a working population. JAMA 1982;247:617–622.
210. Gaensler EA, Kaplan AI. Asbestos pleural effusion. Ann Intern Med 1971;74:178–191.
211. Hillerdal G, Ozesmi M. Benign asbestos pleural effusion: 73 exudates in 60 patients. Eur J Respir Dis 1987;71:113–121.
212. Delajartre M, Delajartre A. Mesothelioma on the coast of Brittany, France. Ann N Y Acad Sci 1979;330:323–332.
213. Bianchi C, Giarelli L, Grandi G, et al. Latency periods in asbestos-related mesothelioma of the pleura. Eur J Cancer Prev 1997;6:162–166.
214. Lilis R, Lerman Y, Selikoff IJ. Symptomatic benign pleural effusions among asbestos insulation workers: residual radiographic abnormalities. Br J Ind Med 1988;45:443–449.
215. Hillerdal G. Non-malignant asbestos pleural disease. Thorax 1981:669–675.
216. McLoud TC, Woods BO, Carrington CB, et al. Diffuse pleural thickening in an asbestos-exposed population: Prevalence and causes. AJR Am J Roentgenol 1985;144:9–18.
217. Cookson WO, De Klerk NH, Musk AW, et al. Benign and malignant pleural effusions in former Wittenoom crocidolite millers and miners. Aust N Z J Med 1985;15:731–737.
218. Jacob B, Bohlig, H. Die roentgenologische Komplikationen der lungen Asbestose. Fortrschr roentgenstr 1955;83:515–525.
219. Yates DH, Browne K, Stidolph PN, et al. Asbestos-related bilateral diffuse pleural thickening: natural history of radiographic and lung function abnormalities. Am J Respir Crit Care Med 1996;153:301–306.