220. Schwartz DA, Fuortes LJ, Galvin JR, et al. Asbestos-induced pleural fibrosis and impaired lung function. Am Rev Respir Dis 1990;141:321–326.
221. Gefter WB, Conant EF. Issues and controversies in the plain-film diagnosis of asbestos-related disorders in the chest. J Thorac Imaging 1988;3:11–28.
222. Anton HC. Multiple pleural plaques. Br J Radiol 1967;40:685–690.
223. Wain S, Roggli V, Foster W. Parietal pleural plaques, asbestos bodies, and neoplasia: A clinical, pathologic, and roentgenographic correlation of 25 consecutive cases. Chest 1984;86:707–713.
224. Rudd RM. New developments in asbestos-related pleural disease. Thorax 1996;51:210–216.
225. Kannerstein M. Recent advances and perspectives relevant to the pathology of asbestos-related diseases in man. IARC Sci Publ 1980:149–162.
226. Sebastien P, Janson X, Gaudichet A, et al. Asbestos retention in human respiratory tissues: comparative measurements in lung parenchyma and in parietal pleura. IARC Sci Publ 1980:237–246.
227. Albelda SM, Epstein DM, Gefter WB, et al. Pleural thickening: its significance and relationship to asbestos dust exposure. Am Rev Respir Dis 1982;126:621–624.
228. Hilt B, Lien JT, Lund-Larsen PG, et al. Asbestos-related findings in chest radiographs of the male population of the county of Telemark, Norway: a cross-sectional study. Scand J Work Environ Health 1986;12:567–573.
229. Sider L, Holland EA, Davis TM Jr, et al. Changes on radiographs of wives of workers exposed to asbestos. Radiology 1987;164:723–726.
230. Churg A. Asbestos fibers and pleural plaques in a general autopsy population. Am J Pathol 1982;109:88–96.
231. Mollo F, Andrion A, Bellis D, et al. Screening of autopsy populations for previous occupational exposure to asbestos. Arch Environ Health 1987;42:44–50.
232. Rous V, Studeny J. Aetiology of pleural plaques. Thorax 1970;25:270–284.
233. Baris I, Simonato L, Artvinli M, et al. Epidemiological and environmental evidence of the health effects of exposure to erionite fibres: a four-year study in the Cappadocian region of Turkey. Int J Cancer 1987;39:10–17.
234. Stephens M, Gibbs AR, Pooley FD, et al. Asbestos induced diffuse pleural fibrosis: pathology and mineralogy. Thorax 1987;42:583–588.
235. Hu H, Beckett L, Kelsey K, et al. The left-sided predominance of asbestos-related pleural disease. Am Rev Resp Dis 1993;148:981–984.
236. Gallego JC. Absence of left-sided predominance in asbestos-related pleural plaques: a CT study. Chest 1998;113:1034–1036.
237. Rockoff S, Kagan E, Schwartz A, et al. Visceral pleural thickening in asbestos exposure: The occurrence and implications of thickened interlobar fissures. J Thorac Imag 1987;2:58–66.
238. Webb WR, Cooper C, Gamsu G. Interlobar pleural plaque mimicking a lung nodule in a patient with asbestos exposure. J Comput Assist Tomogr 1983;7:135–136.
239. Lynch D, Gamsu G, Aberle D. Conventional and high resolution CT in the diagnosis of asbestos-related diseases. RadioGraphics 1989;9:523–551.
240. Davies D, Andrews MI, Jones JS. Asbestos induced pericardial effusion and constrictive pericarditis. Thorax 1991;46:429–432.
241. Cooper M, Johnson K, Delany DJ. Case report: asbestos related pericardial disease. Clin Radiol 1996;51:656–657.
242. Yazicioglu S. Pleural calcification associated with exposure to chrysotile asbestos in southeast Turkey. Chest 1976;70:43–47.
243. Fischbein L, Namade M, Sachs RN, et al. Chronic constrictive pericarditis associated with asbestosis. Chest 1988;94:646–647.
244. Baker E, Greene R. Incremental value of oblique chest radiographs in the diagnosis of asbestos-induced pleural disease. Am J Ind Med 1982;3:17–22.
245. Sargent E, Boswell W, Ralls P, et al. Subpleural fat pads in patients exposed to asbestos: Distinction from non-calcified pleural plaques. Radiology 1984;152:273–277.
246. Vix VA. Extrapleural costal fat. Radiology 1974;112:563–565.
247. Kouris SP, Parker DL, Bender AP, et al. Effects of asbestos-related pleural disease on pulmonary function. Scand J Work Environ Health 1991;17:179–183.
248. Broderick A, Fuortes LJ, Merchant JA, et al. Pleural determinants of restrictive lung function and respiratory symptoms in an asbestos-exposed population. Chest 1992;101:684–691.
249. Kilburn KH, Warshaw R. Pulmonary functional impairment associated with pleural asbestos disease. Circumscribed and diffuse thickening. Chest 1990;98:965–672.
250. Bourbeau J, Ernst P, Chrome J, et al. The relationship between respiratory impairment and asbestos-related pleural abnormality in an active work force. Am Rev Respir Dis 1990;142:837–842.
251. Schwartz DA, Galvin JR, Dayton CS, et al. Determinants of restrictive lung function in asbestos-induced pleural fibrosis. J Appl Physiol 1990;68:1932–1937.
252. Shih JF, Wilson JS, Broderick A, et al. Asbestos-induced pleural fibrosis and impaired exercise physiology. Chest 1994;105:1370–1376.
253. Aberle DR, Gamsu G, Ray CS, et al. Asbestos-related pleural and parenchymal fibrosis: detection with high-resolution CT. Radiology 1988;166:729–734.
254. Friedman AC, Fiel SB, Fisher MS, et al. Asbestos-related pleural disease and asbestosis: A comparison of CT and chest radiography. AJR Am J Roentgenol 1988;150:269–275.
255. Kreel L. Computer tomography in the evaluation of pulmonary asbestosis. Acta Radiol 1976;17:405–412.
256. Aberle DR, Gamsu G, Ray CS. High-resolution CT of benign asbestos-related diseases: clinical and radiographic correlation. AJR Am J Roentgenol 1988;151:883–891.
257. Gevenois PA, de Vuyst P, Dedeire S, et al. Conventional and high-resolution CT in asymptomatic asbestos-exposed workers. Acta Radiologica 1994;35:226–229.
258. Sperber M, Mohan KK. Computed tomography: a reliable diagnostic modality in pulmonary asbestosis. Comput Radiol 1984;8:125–132.
259. Copley SJ, Wells AU, Rubens MB, et al. Functional consequences of pleural disease evaluated with chest radiography and CT. Radiology 2001;220:237–243.
260. Solomon A. Radiological features of asbestos-related visceral pleural changes. Am J Ind Med 1991;19:339–355.
261. Solomon A, Irwig L, Sluis-Cremer G, et al. Thickening of pulmonary interlobar fissures: exposure-response relationship in crocidolite and amosite miners. Br J Ind Med 1979;36:195–198.
262. Kee ST, Gamsu G, Blanc P. Causes of pulmonary impairment in asbestos-exposed individuals with diffuse pleural thickening. Am J Respir Crit Care Med 1996;154:789–793.
263. Blesovsky A. The folded lung. Br J Dis Chest 1966;60.
264. Munden RF, Libshitz HI. Rounded atelectasis and mesothelioma. AJR Am J Roentgenol 1998;170:1519–1522.
265. Hanke R, Kretzschmar R. Rounded atelectasis. Semin Roentgenol 1980;15:174–182.
266. Hillerdal G, Hemmingsson A. Pulmonary pseudotumours and asbestos. Acta Radiologica 1979;21:615–620.
267. Menzies R, Fraser R. Round atelectasis. Pathologic and pathogenetic features. Am J Surg Pathol 1987;11:674–681.
268. Schneider HJ, Felson B, Gonzales LL. Rounded atelectasis. AJR Am J Roentgenol 1980;134:225–232.

269. Voisin C, Fisekci F, Voisin-Saltiel S, et al. Asbestos-related rounded atelectasis. Radiologic and mineralogic data in 23 cases. Chest 1995;107:477–481.
270. Carvalho PM, Carr DH. Computed tomography of folded lung. Clin Radiol 1990;41:86–91.
271. Doyle TC, Lawler GA. CT features of rounded atelectasis of the lung. AJR Am J Roentgenol 1984;143:225–228.
272. Lynch D, Gamsu G, Ray C, et al. Asbestos-related focal lung masses: manifestations on conventional and high-resolution CT scans. Radiology 1988;169:603–607.
273. McHugh K, Blaquiere RM. CT features of rounded atelectasis. AJR Am J Roentgenol 1989;153:257–260.
274. Taylor PM. Dynamic contrast enhancement of asbestos-related pulmonary pseudotumours. Br J Radiol 1988;61:1070–1072.
275. Verschakelen JA, Demaerel P, Coolen J, et al. Rounded atelectasis of the lung: MR appearance. AJR Am J Roentgenol 1989;152:965–966.
276. Marchbank ND, Wilson AG, Joseph AE. Ultrasound features of folded lung. Clin Radiol 1996;51:433–437.
277. O'Donovan PB, Schenk M, Lim K, et al. Evaluation of the reliability of computed tomographic criteria used in the diagnosis of round atelectasis. J Thorac Imaging 1997;12:54–58.
278. Cooke WE. Pulmonary asbestosis. Br Med J 1927;2:1024–1025.
279. Walker AM, Loughlin JE, Friedlander ER, et al. Projections of asbestos-related disease 1980–2009. J Occup Med 1983;25:409–425.
280. Craighead JE, Mossman BT. The pathogenesis of asbestos-associated diseases. N Engl J Med 1982;306:1446–1455.
281. Gregor A, Parkes RW, du Bois R, et al. Radiographic progression of asbestosis: preliminary report. Ann N Y Acad Sci 1979;330:147–156.
282. Rubino GF, Newhouse M, Murray R, et al. Radiologic changes after cessation of exposure among chrysotile asbestos miners in Italy. Ann N Y Acad Sci 1979;330:157–161.
283. Shepherd JR, Hillerdal G, McLarty J. Progression of pleural and parenchymal disease on chest radiographs of workers exposed to amosite asbestos. Occup Environ Med 1997;54:410–415.
284. Gefter W, Epstein D, Miller W. Radiographic evaluation of asbestos-related chest disorders. CRC Crit Rev Diagn Imaging 1984;21:123–181.
285. Green RA, Dimcheff DG. Massive bilateral upper lobe fibrosis secondary to asbestos exposure. Chest 1974;65:52–55.
286. Hillerdal G. Asbestos exposure and upper lobe involvement. AJR Am J Roentgenol 1982;139:1163–1166.
287. Feigin DS. Talc: understanding its manifestations in the chest. AJR Am J Roentgenol 1986;146:295–301.
288. Staples CA, Gamsu G, Ray CS, et al. High resolution computed tomography and lung function in asbestos-exposed workers with normal chest radiographs. Am Rev Respir Dis 1989;139:1502–1508.
289. Bergin CJ, Castellino RA, Blank N, et al. Specificity of high-resolution CT findings in pulmonary asbestosis: do patients scanned for other indications have similar findings? AJR Am J Roentgenol 1994;163:551–555.
290. al Jarad N, Strickland B, Pearson MC, et al. High resolution computed tomographic assessment of asbestosis and cryptogenic fibrosing alveolitis: a comparative study. Thorax 1992;47:645–650.
291. Akira M, Yamamoto S, Inoue Y, et al. High-resolution CT of asbestosis and idiopathic pulmonary fibrosis. AJR Am J Roentgenol 2003;181:163–169.
292. Copley S, Wells A, Sivakumaran P, et al. Asbestosis and idiopathic pulmonary fibrosis: comparison thin-section CT features. Radiology 2003;229:731–736.
293. Rockoff SD, Schwartz A. Roentgenographic underestimation of early asbestosis by international labor organization classification. Chest 1988;93:1988–1991.
294. Oksa P, Suoranta H, Koskinen H, et al. High-resolution computed tomography in the early detection of asbestosis. Int Arch Occ Envir Health 1994;65:299–304.
295. Neri S, Boraschi P, Antonelli A, et al. Pulmonary function, smoking habits, and high resolution computed tomography (HRCT) early abnormalities of lung and pleural fibrosis in shipyard workers exposed to asbestos. Am J Ind Med 1996;30:588–595.
296. Akira M, Yokoyama K, Yamamoto S, et al. Early asbestosis: evaluation with high-resolution CT. Radiology 1991;178:409–416.
297. Gamsu G, Salmon CJ, Warnock ML, et al. CT quantification of interstitial fibrosis in patients with asbestosis: a comparison of two methods. AJR Am J Roentgenol 1995;164:63–68.
298. Hughes JM, Weill H. Asbestosis as a precursor of asbestos related lung cancer: results of a prospective mortality study. Br J Ind Med 1991;48:229–233.
299. Weiss W. Asbestosis: a marker for the increased risk of lung cancer among workers exposed to asbestos. Chest 1999;115:536–549.
300. Wilkinson P, Hansell DM, Janssens J, et al. Is lung cancer associated with asbestos exposure when there are no small opacities on the chest radiograph? [see comments]. Lancet 1995;345:1074–1078.
301. Finkelstein MM. Radiographic asbestosis is not a prerequisite for asbestos-associated lung cancer in Ontario asbestos-cement workers. Am J Ind Med 1997;32:341–348.
302. Scancarello G, Romeo R, Sartorelli E. Respiratory disease as a result of talc inhalation. J Occup Environ Med 1996;38:610–614.
303. Wells IP, Bhatt RC, Flanagan M. Kaolinosis: a radiological review. Clin Radiol 1985;36:579–582.
304. Kennedy T, Rawlings W Jr, Baser M, et al. Pneumoconiosis in Georgia kaolin workers. Am Rev Respir Dis 1983;127:215–220.
305. Oldham PD. Pneumoconiosis in Cornish china clay workers. Br J Ind Med 1983;40:131–137.
306. Han D, Goo JM, Im JG, et al. Thin-section CT findings of arc-welders' pneumoconiosis. Korean J Radiol 2000;1:79–83.
307. Akira M. Uncommon pneumoconioses: CT and pathologic findings. Radiology 1995;197:403–409.
308. Yoshii C, Matsuyama T, Takazawa A, et al. Welder's pneumoconiosis: diagnostic usefulness of high-resolution computed tomography and ferritin determinations in bronchoalveolar lavage fluid. Intern Med 2002;41:1111–1117.
309. Mapel D, Coultas DB. Disorders due to metals other than silica, coal, asbestos, to metals. In: Hendrick D, Burge P, Beckett W, Churg A, eds. Occupational disorders of the lungs: recognition, management, and prevention. London: Harcourt, 2002:163–191.
310. Kim CK, Kim SW, Kim JS, et al. Bronchiolitis obliterans in the 1990s in Korea and the United States. Chest 2001;120:1101–1106.
311. Shaver CG, Riddell AR. Lung changes associated with the manufacture of alumina abrasive. J Ind Hyg 1947;29:145–157.
312. Brooks SM. Lung disorders resulting from the inhalation of metals. Clin Chest Med 1981;2:235–254.
313. Vahlensieck M, Overlack A, Müller KM. Computed tomographic high-attenuation mediastinal lymph nodes after aluminum exposition. Eur Radiol 2000;10:1945–1946.
314. Hooper WF. Acute beryllium lung disease. N C Med J 1981;42:551–553.
315. Kreiss K, Wasserman S, Mroz MM, et al. Beryllium disease screening in the ceramics industry. Blood lymphocyte test performance and exposure-disease relations. J Occup Med 1993;35:267–274.
316. Kreiss K, Mroz MM, Zhen B, et al. Epidemiology of beryllium sensitization and disease in nuclear workers. Am Rev Respir Dis 1993;148:985–991.

Unusual causes, including paragonimiasis,[427] are described.[350] The clinical context in which the effusion occurs is so characteristic that pseudochylothorax rarely causes diagnostic confusion with a true chylothorax. Imaging may also help differentiate between these entities, since true chylothorax is rarely associated with pleural thickening, loculation, or calcification.

## HEMOTHORAX

Hemothorax usually results from trauma.[428] However, on occasion it occurs in other conditions (Box 15.9). The natural history of hemothorax depends in part on the source of the bleeding. Low pressure bleeding from the lung tends to stop spontaneously because the pleural fluid compresses and collapses the lung. High pressure bleeding from systemic vessels is less susceptible to the tamponade effect of pleural fluid,[448] and the bleeding may be rapid and persistent with the formation of a tension hemothorax.[429] In the context of trauma

---

**Box 15.9  Causes of hemothorax**

*Trauma*
Open
Closed (with or without fracture)
Iatrogenic[431]

*Infection*
Varicella[432]

*Coagulopathy*
Hemophilia[433]
Anticoagulants[429,434,435]

*Vascular abnormality*
Arteriovenous malformation[436]
Dissecting aortic aneurysm
Atherosclerotic aneurysm[437]

*Rib exostosis[438]*

*Neurofibromatosis with pregnancy[130]*

*Pulmonary and pleural neoplasms[437,439]*

*Extramedullary hemopoiesis[440,441]*

*Pneumothorax[430,442]*

*Catamenial hemothorax (endometriosis)[443,444]*

*Idiopathic[445–447]*

---

other causes of rapidly accumulating pleural fluid should be considered, including ruptured esophagus, ruptured thoracic duct, traumatic subarachnoid pleural fistula,[449] and iatrogenic causes, particularly venous perforation from line placement.

In the acute state nothing on the chest radiograph distinguishes hemothorax from other collections of pleural fluid. However, on CT a hemothorax may show areas of hyperdensity (see Fig. 15.14).[450] With clotting of the blood, loculation tends to occur and fibrin bodies may form.[59,430] Hemothorax may eventually organize and cause massive pleural thickening (fibrothorax), necessitating decortication, a complication that can be avoided by early evacuation of the pleural space.

## PLEURAL THICKENING

Pleural thickening can be localized or diffuse, and usually represents the organized end stage of a variety of active processes, particularly infective and noninfective inflammation, hemothorax, and asbestos- and drug-related disease (see Box 15.10). It is virtually always present after thoracotomy and pleurodesis,[451] and may follow irradiation. The most common causes are probably hemothorax, bacterial infection, and tuberculosis.[5] Particularly marked pleural thickening is seen following tuberculosis or irradiation. Identification of diffuse pleural thickening is important because it is commonly associated with significant restrictive physiologic impairment. It can be important to try to distinguish between diffuse pleural thickening, which may be due to a large variety of causes, and localized pleural plaques which are usually related to asbestos exposure (see p. 1043). On the chest radiograph, diffuse postinflammatory pleural thickening almost always involves the costophrenic sulci (Fig. 15.44), while pleural plaques present with localized areas of soft tissue density along the chest wall. The presence of bilateral abnormality favors asbestos related disease.[10]

---

**Box 15.10  Causes of pleural thickening**

*Infection*
Tuberculosis
Empyema

*Hemothorax*

*Asbestos exposure*

*Surgery or pleurodesis*

*Radiation*

*Malignancy*
Metastasis
Mesothelioma
Leukemia
Lymphoma

---

The radiographic changes of diffuse pleural thickening are more commonly unilateral and consist of soft tissue shadowing, characteristically in the more dependent lateral and posterior parts of the chest. There may be radiographic signs of ipsilateral rib enlargement in patients with chronic (particularly tuberculous) pleural disease.[452] Blunting of the costophrenic angle is common and is often angular, distinguishing it from the more smoothly curvilinear pleural fluid. Decubitus radiographs and ultrasonography are particularly helpful in making this distinction. En face, extensive pleural thickening gives a veil-like opacity that has no clear margins and crosses known pulmonary boundaries. Tangentially, it appears as a soft tissue density immediately inside and parallel to the chest wall, sharply marginated on its inner aspect and fading into the soft tissues of the chest wall laterally. Such pleural thickening can extend into and thicken fissures.







**Fig. 15.44** Diffuse pleural thickening related to previous pneumonia. **A**, Frontal chest radiograph shows smooth pleural thickening extending along the right lateral chest wall, with blunting of the costophrenic sulcus, and marked inferior displacement of the right hilum. **B**, Lateral radiograph shows a posterior mass with vessels curving into it. **C**, CT shows dense pleural thickening, with typical features of round atelectasis, with bronchi and vessels curving into the medial and lateral aspects of the mass, and fissural displacement indicating marked right lower lobe volume loss.

On ultrasound, pleural thickening produces a homogeneously echo dense layer subjacent to the chest wall, but it cannot be reliably detected unless it is about 1 cm or more thick.[86] There is no posterior echo enhancement, but this is often difficult to assess because the soft tissue–lung interface is normally so reflective.

On CT, pleural thickening is detected as a layer of soft tissue opacity lying at the chest wall–lung interface. It can be detected almost as well with conventional CT as with HRCT, though the latter is more sensitive in assessing asbestos related plaques.[453] In addition, HRCT may sometimes clarify equivocal findings on conventional CT.[454] On HRCT, pleural thickening is best assessed inside ribs where there should be no discernible soft tissue; exceptions to this "rule" are discussed on page 40.[455] Paravertebrally any thickening of the normally insignificant pleural line is abnormal. HRCT is very sensitive and can detect thickening on the order of 1–2 mm. The extrapleural fat layer, which is normally absent or relatively thin, thickens in chronic pleural disease, particularly with chronic empyema,[455–458] making appreciation of pleural thickening easier. When this fat has higher density than usual, it suggests that there is active inflammation in the pleural space.[459] Both the distribution and morphology[89] of diffuse pleural thickening are helpful in identifying a cause. In one study the specificity of various CT signs in differentiating a malignant from a benign pleural process was evaluated. The four most useful signs of malignancy (with specificities) were circumferential thickening (100%), nodularity (94%), parietal thickening >1 cm (94%), and mediastinal pleural involvement.[454] Early experience suggests that positron emission tomography (PET) with $^{18}$F-fluorodeoxyglucose ($^{18}$F-FDG) may have a role in the differentiation between malignant and benign pleural disease.[460] In a study of 23 patients, $^{18}$F-FDG PET correctly identified all 16 cases of malignant pleural infiltration; there was intense uptake of $^{18}$F-FDG in 14 of 16 cases (Fig. 15.45). Seven of nine benign lesions were characterized by an absence of tracer uptake but there was moderate uptake in two patients, one with a parapneumonic effusion and one with tuberculous pleurisy.[460] Another study found that MRI was more accurate than CT in diagnosis of malignant pleural disease: malignant disease was associated with increased signal intensity on T2-weighted images, and with enhancement following gadolinium administration.[461]

Pleural thickening, particularly when generalized, is often correctly dismissed as an inactive residuum. Care, however, must







Fig. 15.45   Activity of PET in malignant pleural disease due to mesothelioma (same patient as in Fig. 15.32). **A**, Chest radiograph shows circumferential pleural thickening. **B**, Coronal MRI confirms the presence of circumferential pleural thickening extending into the costophrenic sulci, with a mass in the major fissure. **C**, Coronal PET image obtained with $^{18}$F-fluoro-deoxyglucose shows circumferential increase in metabolic activity, extending into the fissures.

be taken to distinguish it from various active processes, some of which are neoplastic. Although a number of these conditions tend to give plaquelike, nodular, or irregular shadowing (Fig. 15.45), they occasionally closely resemble simple inactive pleural thickening. Disorders to consider include mycetoma related pleural thickening,[462] mesothelioma, diffuse pleural metastases (e.g. from thymoma[463]), leukemia,[464] lymphoma, and Wegener granulomatosis. It should also be remembered that a thick pleural peel occurring following empyema will usually decrease progressively over the subsequent 12 weeks.[465]

There are several uncommon syndromes of idiopathic bilateral pleural thickening. In the entity of cryptogenic bilateral fibrosing pleuritis there is widespread thickening of the pleura preceded by effusions (Fig. 15.46).[466,467] Patients may have an elevated erythrocyte sedimentation rate, restrictive lung function, and evidence of rounded atelectasis on CT.[466] Another uncommon idiopathic syndrome is associated with progressive apical pleural and subpleural fibrosis, with restrictive physiology.[468] This syndrome may be familial,[469] and may be associated with renal tubular acidosis.[470]

## Mimics

Pleural thickening must be differentiated from apical pleural caps and extrapleural fat. The apical pleural cap, though it looks like pleural thickening, is usually due either to extrapleural fat or to subpleural fibrosis. Older publications refer to serratus



Fig. 15.46   Cryptogenic bilateral fibrosing pleuritis. Prone CT image shows bilateral smooth pleural thickening with bilateral lower lobe volume loss and parenchymal scarring.



Fig. 15.47   Extrapleural fat in a patient treated with steroids. Chest radiograph shows lobulated smooth thickening along the chest wall bilaterally, extending to the lung apices, and extending. Symmetric curvilinear interfaces in the upper chest (arrows) are due to invagination of fat into the major fissures bilaterally.

anterior shadows and rib companion shadows as mimics of pleural plaques on chest radiographs.[471,472] These are not discussed here because it is very rare for the serratus anterior muscle or ribs to be so sharply outlined by air as to produce a radiographically distinct interface.

## Extrapleural fat

Extrapleural fat may generate confusing shadows that can resemble generalized pleural thickening or plaques (Fig. 15.47).[473,474] The distribution varies from patient to patient. Sometimes the fat is widely distributed, mimicking a pleural peel. At other times, it is localized and develops particularly over the fourth to eighth ribs between the anterior axillary line and the rib angles.[473] Excess thoracic fat is more common in obese patients, and associated with mediastinal lipomatosis, but may also be found in thinner individuals. Extrapleural fat may be distinguished from pleural thickening by its symmetry and its undulating outline, often extending to the lung apices but sparing the costophrenic sulci.[473] If doubt remains, CT will readily differentiate thickening from fat, but this distinction is not usually clinically important.[473]

## Apical pleural cap

An idiopathic apical pleural cap is an irregular, usually homogeneous, soft tissue density that is found at the extreme lung apex (Fig. 15.48).[475] The lower border is usually sharply marginated and may be smoothly curvilinear, tented, or undulating.[476] Caps are usually <5 mm thick, but the width is variable. In two series caps were about as common unilaterally (11 and 7%) as bilaterally (11 and 12%).[476,477] When bilateral the caps were usually asymmetric. The frequency of occurrence increases with age: 6.2% up to 45 years of age and 15.9% over



Fig. 15.48   Apical pleural caps. Symmetric soft tissue opacities are projected under both second ribs. They are slightly atypical for pleural caps, being thicker (1 cm) than usual, with some irregularity of their lower margins. The appearance of pleural caps is quite variable.

45 years of age.[475] The opacity is formed by an apical subpleural scar that is nonspecific and unrelated to tuberculosis.[478]

In contrast to the smooth or undulating outline of the apical cap on the chest radiograph, CT usually shows a subpleural irregular linear abnormality, consistent with the pathologic findings of dense subpleural fibrosis, and sometimes difficult to distinguish from a spiculated lung cancer (Fig. 15.49). Indeed, Yousem[479] presented a series of 13 such cases which had been resected because of suspected lung cancer.

The differential diagnosis of an idiopathic apical cap includes nongranulomatous and granulomatous (tuberculous, fungal) infection, radiation pleuritis, lymphoma, pleural and extrapleural neoplasms, extrapleural hematoma, prominent subclavian artery, mediastinal lipomatosis,[480] and apicolateral extrapleural fat.[481] A HRCT study has shown, somewhat surprisingly, that the bulk of the apical "pleural" opacity







Fig. 15.49  Apical pleural scar. **A**, Chest radiograph shows asymmetric soft tissue thickening at the right apex. **B** and **C**, CT shows irregular subpleural density, with spiculation mimicking lung cancer. The patient was followed for 2 years without evidence of progression.



Fig. 15.50  Pancoast tumor. Chest radiograph shows apical pleural thickening associated with destruction of the posterior left second rib.

associated with previous tuberculosis is caused by a thickened (up to 25 mm) layer of fat between visceral pleura and the endothoracic fascia-innermost intercostal muscle stripe.[482] This may be related to contraction of the upper lobe, with filling of the extrapleural space by fat. The most important differential diagnosis is with Pancoast tumor, which should be suspected if there is marked asymmetry or nodularity of apical pleural thickening, if the patient has local pain, and particularly if there is underlying bone destruction (Fig. 15.50).[480]

## RADIOLOGIC APPEARANCE FOLLOWING PLEURODESIS

The most common indications for pleurodesis are recurrent pneumothorax, and malignant pleural effusion. The perfect agent for pleurodesis has not yet been found, but talc is increasingly used in place of chemical agents such as tetracycline or bleomycin, because of its higher success rates and lower rate of local and systemic symptoms.[336,483,484] Talc may be administered either as an aerosolized powder at thoracoscopy,[485,486] or as a slurry via large- or small-bore chest tubes at the bedside.[336,487,488]

After pleurodesis, the pleural space usually undergoes a phase of organization, with pleural thickening and loculations evident on chest radiograph; about 60% of patients have radiographically visible pleural thickening at longterm follow up.[451] On CT obtained after talc pleurodesis, the pleural space usually reveals variable degrees of pleural thickening and nodularity, often with a residual loculated effusion. High-attenuation areas representing talc deposits may mimic pleural calcification (Fig. 15.51).[489] The use of talc as a pleurodesis agent remains controversial, mainly because of recurrent reports of acute respiratory distress syndrome or lung edema occurring after talc pleurodesis.[485,490–492] Although expert opinion favors its use, the search for a better agent continues.



**Fig. 15.51** CT appearances following talc pleurodesis. CT in a patient who had aerosolized talc pleurodesis for a left-sided mesothelioma shows a nodular area of hyperattenuation along the left posterior chest wall. A further nodular collection of talc is seen anterior to the heart.

> **Box 15.11  Causes of pleural calcification**
>
> *Infection*
> Tuberculous empyema
> Nontuberculous empyema
>
> *Hemothorax*
>
> *Mineral inhalation*
> Asbestos (including tremolite talc)
> Mica
> Zeolites
>
> *Miscellaneous*
> Chronic pancreatitis[520]
> Chronic hemodialysis[521]
> Calcified metastasis
> Alveolar microlithiasis[522,523]



**Fig. 15.52** Pleural calcification. Localized view of right middle and lower zone shows sheetlike calcification. Laterally, where calcification is tangential to the x-ray beam, it is dense and homogeneous, but medially – where it is seen en face – it is more broken up and nodular. There is a 1 cm thick band of noncalcified pleural thickening along the lateral chest wall.

## PLEURAL CALCIFICATION

Virtually any process that can cause pleural thickening can be responsible for later pleural calcification,[493] but in practice calcification is usually due to infection, hemorrhage, or asbestos exposure. The recognized causes are listed in Box 15.11.

Calcification in asbestos inhalation and related conditions is morphologically characteristic,[494] and is considered on page 451. Calcification following infection and hemorrhage generally cannot be distinguished from each other. Such calcification is usually unilateral and varies from barely detectable to massive (Fig. 15.52). In the latter circumstance it becomes sheetlike and, reflecting the gravitationally determined distribution of the preceding pleural fluid, is often concentrated posterolaterally.[493] En face it appears as a hazy veil-like opacity, but in profile it is dense and linear, often parallel to the inner chest wall. The calcification in old empyemas occurs in both visceral and parietal pleura.[457,495] Sometimes these calcified layers are separated, an observation that can be made on radiographs or more easily on CT (Fig. 15.53).[457] In a series of 140 calcified fibrothoraces, 15.7% had a persistent effusion that was sandwiched between layers of thickened calcified pleura and was demonstrable on CT by virtue of its attenuation, location, homogeneity, and failure to enhance.[457] This can be suspected from the plain radiograph with pleural thickening of >2 cm and a double layer of calcification.[457] Active infection of these loculated collections is manifest by expansion of the pleural opacity and development of an air–fluid level signifying a bronchopleural fistula.[495]



Fig. 15.53 Pleural calcification – old tuberculous empyema. Lenticular pleural opacity shows soft tissue density centrally and is marginated by heavy calcification both in the visceral and parietal pleura.

Occasionally postempyema calcification in the pleural space is manifest as a milk of calcium collection. These are often lenticular in shape and surrounded by mildly thickened pleura. On CT they are high density (200–300 HU) and typically homogeneous.[479]

## THORACIC SPLENOSIS

Thoracic splenosis occurs when tissue from a traumatized spleen crosses an injured diaphragm and proliferates within the left hemithorax.[497] It is an uncommon condition[498]; in one prospective review there was evidence of splenic tissue within the thorax in only three of 17 patients who had sustained combined splenic and diaphragmatic injury.[499] Tissue from a traumatized spleen crosses an injured diaphragm and proliferates within the left thorax.[497] The resulting pleural nodules are often multiple and usually <3 cm in diameter, but may be up to 7 cm.[497] The nodules are implanted on parietal or viscera pleura, including fissures.[500]

On radiologic study, lesions of splenosis usually appear as pleural masses of soft tissue attenuation (Fig. 15.54), but they may appear intraparenchymal both on conventional radiographs and CT.[497] It is likely that the majority of apparently intrapulmonary lesions have pleural contact, though possibly some have been implanted in a lung laceration rather than on the pleural surface. On CT, the lesion may be lobulated or smooth and of soft tissue density.[499] On T1- and T2-weighted MRI the masses have been shown to be isointense with paraspinal muscles and subcutaneous fat, respectively.[499] Should the spleen have been removed at the time of trauma, the absence of Howell-Jolly bodies in a blood film would suggest persisting ectopic splenic activity.

The diagnosis may be confirmed with scintiscans using $^{99m}$Tc-sulfur colloid, $^{99m}$Tc-labeled heat damaged erythrocytes, or $^{111}$In-labeled platelets, all of which are taken up by the ectopic splenic tissue.[497,501–503]

## PNEUMOTHORAX

Traditionally, pneumothorax is divided into spontaneous and traumatic types. The most common causes in adults are listed in Box 15.12. Only spontaneous pneumothorax is discussed in this chapter, apart from a brief consideration of pneumothorax associated with mechanical ventilation.

### Primary spontaneous pneumothorax

A pneumothorax occurring without an obvious precipitating traumatic event is termed *spontaneous*; if, in addition, the individual is apparently healthy, the pneumothorax is termed




Fig. 15.54 Thoracic splenosis in a patient with a history of previous trauma. **A**, Chest radiograph shows a well-defined soft tissue mass in the left upper chest. **B**, CT confirms a posterior pleural mass. Splenosis was confirmed by sulfur colloid scan.



Fig. 15.71  Central bronchopleural fistula in a 70-year-old woman following left pneumonectomy for a bronchial carcinoma. CT shows a large amount of air in the pneumonectomy space. Air leads from the bronchial stump to the pneumonectomy space (arrow).



Fig. 15.72  Peripheral bronchopleural fistula in a 37-year-old female following wedge resection of the superior segment of the right lower lobe. There is air in the pleural space, but the fistula is not directly demonstrated.

Bronchopleural fistulas complicating infections (Fig. 15.62) are considered in the discussion of empyema (see p. 203). Postsurgical fistulas are considered here. They occur with a frequency of about 2.5–3%[746,747] and usually develop within 2 weeks of surgery. They should be suspected with the postoperative development of fever, hemoptysis, cough (especially if productive of a large amount of brown sputum), and a persistent large air leak from the pleural drains. Postoperative bronchopleural fistulas are usually associated with infection, and are much more common after surgery performed for pulmonary infections such as tuberculosis.[748]

The chest radiographic signs of bronchopleural fistula following recent pneumonectomy are: (1) a sudden increase in the amount of air in the pneumonectomy space, or in the adjacent chest wall; (2) a decreased amount of fluid; (3) loss of the normal mediastinal shift toward the operated side; and (4) sometimes a contralateral parenchymal opacity due to aspiration of fluid from the pneumonectomy space. Occasionally, unchanged persistence of an airspace following pneumonectomy indicates a fistula. This happens when the residual space is surrounded by pleural fibrosis and scarring so that it cannot change shape.[746] Extensive scarring may also prevent the mediastinal shift sign from being seen.[749] It is not uncommon for radiographic signs (increasing pleural air) of bronchopleural fistula to appear in otherwise well patients who go on without complication or interference to successful obliteration of the pleural cavity.[750] This is ascribed to a flap valve type of fistula that is self healing. Delayed bronchopleural fistula, occurring after air has been eliminated from the pneumonectomy or lobectomy space, is signaled by the reappearance of air in the pleural space (Fig. 15.71).

A fistula may be detected with $^{133}$Xe lung scintigraphy in the washout phase.[751] However, it usually cannot be demonstrated with DTPA aerosol. Injection of water soluble contrast into the relevant bronchus, or into the pleural space may occasionally be helpful. CT can be helpful in depicting the anatomic details of a fistula, particularly in a peripheral bronchopleural fistula which cannot be directly visualized at bronchoscopy.[741,743] Although CT will directly visualize a peripheral bronchopleural fistula in only 30–50% of cases, it will show a probable cause of the bronchopleural fistula (e.g. peripheral cavity, bulla) in most of the others.[742,743] Use of thin sections through areas of suspected fistula may be helpful in directly identifying the site of leakage.[743] Postoperative peripheral bronchopleural fistulas (Fig. 15.72), or those related to bullae, are less likely to be demonstrated than other types of fistulas.[742,743]

## REFERENCES

1. Zocchi L. Physiology and pathophysiology of pleural fluid turnover. Eur Respir J 2002;20:1545–1558.
2. Henschke CI, Davis SD, Romano PM, et al. The pathogenesis, radiologic evaluation, and therapy of pleural effusions. Radiol Clin North Am 1989;27:1241–1255.
3. Sahn SA. State of the art. The pleura. Am Rev Respir Dis 1988;138:184–234.
4. Agostoni E. Mechanics of the pleural space. Physiol Rev 1972;52:57–128.
5. Light RW. Pleural diseases, 2nd edn. Philadelphia: Lea and Febiger, 1990.
6. Noppen M, De Waele M, Li R, et al. Volume and cellular content of normal pleural fluid in humans examined by pleural lavage. Am J Respir Crit Care Med 2000;162:1023–1106.
7. Moskowitz H, Platt RT, Schachar R, et al. Roentgen visualization of minute pleural effusion. An experimental study to determine the minimum amount of pleural fluid

visible on a radiograph. Radiology 1973;109:33–35.
8. Hessen J. Roentgen evaluation of pleural fluid: a study of the localization of free effusions, the potentialities of diagnosing minimal quantities of fluid and its existence under physiologic conditions. Acta Radiol 1951;86:7–80.
9. Wiener-Kronish JP, Albertine KH, Licko V, et al. Protein egress and entry rates in pleural fluid and plasma in sheep. J Appl Physiol 1984;56:459–463.
10. Müller NL. Imaging of the pleura. Radiology 1993;186:297–309.
11. Wang NS. Anatomy and physiology of the pleural space. Clin Chest Med 1985;6:3–16.
12. Light RW, Macgregor MI, Luchsinger PC, et al. Pleural effusions: the diagnostic separation of transudates and exudates. Ann Intern Med 1972;77:507–513.
13. Romero S, Martinez A, Hernandez L, et al. Light's criteria revisited: consistency and comparison with new proposed alternative criteria for separating pleural transudates from exudates. Respiration 2000;67:18–23.
14. Heffner JE, Brown LK, Barbieri CA. Diagnostic value of tests that discriminate between exudative and transudative pleural effusions. Primary Study Investigators. Chest 1997;111:970–980.
15. Gazquez I, Porcel JM, Vives M, et al. Comparative analysis of Light's criteria and other biochemical parameters for distinguishing transudates from exudates. Respir Med 1998;92:762–765.
16. Heffner JE, Highland K, Brown LK. A meta-analysis derivation of continuous likelihood ratios for diagnosing pleural fluid exudates. Am J Respir Crit Care Med 2003;167:1591–1599.
17. Chakko S. Pleural effusion in congestive heart failure. Chest 1990;98:521–522.
18. Romero-Candeira S, Fernandez C, Martin C, et al. Influence of diuretics on the concentration of proteins and other components of pleural transudates in patients with heart failure. Am J Med 2001;110:681–686.
19. Horowitz ML, Schiff M, Samuels J, et al. Pneumocystis carinii pleural effusion. Pathogenesis and pleural fluid analysis. Am Rev Respir Dis 1993;148:232–234.
20. el-Naggar T, Abd-el-Maeboud KH, Abdallah MY, et al. Peripartum pleural effusion. Respir Med 1994;88:541–542.
21. Gourgoulianis KI, Karantanas AH, Diminikou G, et al. Benign postpartum pleural effusion. Eur Respir J 1995;8:1748–1750.
22. Kumagai-Kurata N, Kunitoh H, Nagamine-Nishizawa M, et al. Idiopathic lobular panniculitis with specific pleural involvement. Eur Respir J 1995;8:1613–1615.
23. McNeil KD, Fong KM, Walker QJ, et al. Gorham's syndrome: a usually fatal cause of pleural effusion treated successfully with radiotherapy. Thorax 1996;51:1275–1276.
24. Panchal N, Bhagat R, Pant C, et al. Allergic bronchopulmonary aspergillosis: the spectrum of computed tomography appearances. Respir Med 1997;91:213–219.
25. Man A, Schwarz Y, Greif J. Pleural effusion as a presenting symptom of ovarian hyperstimulation syndrome. Eur Respir J 1997;10:2425–2426.
26. Trudo FJ, Gopez EV, Gupta PK, et al. Pleural effusion due to herpes simplex type II infection in an immunocompromised host. Am J Respir Crit Care Med 1997;155:371–373.
27. Bass SN, Ailani RK, Shekar R, et al. Pyogenic vertebral osteomyelitis presenting as exudative pleural effusion: a series of five cases. Chest 1998;114:642–647.
28. Jay SJ. Diagnostic procedures for pleural disease. Clin Chest Med 1985;6:33–48.
29. Smyrnios NA, Jederlinic PJ, Irwin RS. Pleural effusion in an asymptomatic patient. Spectrum and frequency of causes and management considerations. Chest 1990;97:192–196.
30. Maher GG, Berger HW. Massive pleural effusion: malignant and nonmalignant causes in 46 patients. Am Rev Respir Dis 1972;105:458–460.
31. Adams RF, Gleeson FV. Percutaneous image-guided cutting-needle biopsy of the pleura in the presence of a suspected malignant effusion. Radiology 2001;219:510–514.
32. Adelman M, Albelda SM, Gottlieb J, et al. Diagnostic utility of pleural fluid eosinophilia. Am J Med 1984;77:915–920.
33. Jeanfaivre T, Cimon B, Tolstuchow N, et al. Pleural effusion and toxocariasis. Thorax 1996;51:106–107.
34. Ishiura Y, Fujimura M, Nakamura N, et al. Intrapleural corticosteroid injection therapy for post-traumatic eosinophilic pleural effusion. Respir Med 1996;90:501–503.
35. Kuhn M, Fitting JW, Leuenberger P. Probability of malignancy in pleural fluid eosinophilia. Chest 1989;96:992–994.
36. Hirsch A, Ruffie P, Nebut M, et al. Pleural effusion: laboratory tests in 300 cases. Thorax 1979;34:106–112.
37. Storey DD, Dines DE, Coles DT. Pleural effusion. A diagnostic dilemma. JAMA 1976;236:2183–2186.
38. Ansari T, Idell S. Management of undiagnosed persistent pleural effusions. Clin Chest Med 1998;19:407–417.
39. Ferrer JS, Munoz XG, Orriols RM, et al. Evolution of idiopathic pleural effusion: a prospective, long-term follow-up study. Chest 1996;109:1508–1513.
40. Agostoni E, D'Angelo E. Thickness and pressure of the pleural liquid at various heights and with various hydrothoraces. Respir Physiol 1969;6:330–342.
41. Gillett D, Ford GT, Anthonisen NR. Shape and regional volume in immersed lung lobes. J Appl Physiol 1981;51:1457–1462.
42. Raasch BN, Carsky EW, Lane EJ, et al. Pleural effusion: explanation of some typical appearances. AJR Am J Roentgenol 1982;139:899–904.
43. Dandy WE Jr. Incomplete pulmonary interlobar fissure sign. Radiology 1978;128:21–25.
44. Heitzman E, editor. Subsegmental anatomy of the lung. In: The lung: Radiographic-pathologic correlations. St Louis: CV Mosby, 1984.
45. Oestreich AE, Haley C. Pleural effusion: the thorn sign. Not a rare finding. Chest 1981;79:365–366.
46. Pecorari A, Weisbrod GL. Computed tomography of pseudotumoral pleural fluid collections in the azygoesophageal recess. J Comput Assist Tomogr 1989;13:803–805.
47. Stark P, Leung A. Effects of lobar atelectasis on the distribution of pleural effusion and pneumothorax. J Thorac Imaging 1996;11:145–149.
48. Mintzer RA, Hendrix RW, Johnson CS, et al. The radiologic significance of the left pulmonary ligament. Experience with 26 patients. Chest 1979;76:401–405.
49. Rabinowitz JG, Wolf BS. Roentgen significance of the pulmonary ligament. Radiology 1966;87:1013–1020.
50. Rigby M, Zylak CJ, Wood LD. The effect of lobar atelectasis on pleural fluid distribution in dogs. Radiology 1980;136:603–607.
51. Colins JD, Burwell D, Furmanski S, et al. Minimal detectable pleural effusions. A roentgen pathology model. Radiology 1972;105:51–53.
52. Vix VA. Roentgenographic recognition of pleural effusion. JAMA 1974;229:695–698.
53. Kocijancic I, Tercelj M, Vidmar K, et al. The value of inspiratory-expiratory lateral decubitus views in the diagnosis of small pleural effusions. Clin Radiol 1999;54:595–597.
54. Petersen J. Recognition of infrapulmonary pleural effusion. Radiology 1960;74:34–41.
55. Fleischner F. Atypical arrangement of free pleural effusion. Radiol Clin North Am 1963;1:347–362.
56. Bryk D. Intrapulmonary effusion. Effect of expiration on the pseudodiaphragmatic contour. Radiology 1976;120:33–36.
57. Schwarz MI, Marmorstein BL. A new radiologic sign of subpulmonic effusion. Chest 1975;67:176–178.
58. Dunbar J, Favreau M. Infrapulmonary pleural effusions with particular

reference to its occurrence in nephrosis. J Can Assoc Radiol 1959;10:24.
59. Felson B. Chest roentgenology. Philadelphia: WB Saunders, 1973.
60. Kaplan LM, Epstein SK, Schwartz SL, et al. Clinical, echocardiographic, and hemodynamic evidence of cardiac tamponade caused by large pleural effusions. Am J Respir Crit Care Med 1995;151:904–908.
61. Lai CL, Tsai TT, Ko SC, et al. Superior vena cava syndrome caused by encapsulated pleural effusion. Eur Respir J 1997;10:1675–1677.
62. Romero S, Martin C, Hernandez L, et al. Effect of body position on gas exchange in patients with unilateral pleural effusion: influence of effusion volume. Respir Med 1995;89:297–301.
63. Agusti AG, Cardus J, Roca J, et al. Ventilation-perfusion mismatch in patients with pleural effusion: effects of thoracentesis. Am J Respir Crit Care Med 1997;156:1205–1209.
64. Pantoja E, Kattan KR, Thomas HA. Some uncommon lower mediastinal densities: a pictorial essay. Radiol Clin North Am 1984;22:633–646.
65. Proto AV, Merhar GL. Central bronchial displacement with large posterior pleural collections. Findings on the lateral chest radiograph and CT scans. J Can Assoc Radiol 1984;35:128–132.
66. Swingle JD, Logan R, Juhl JH. Inversion of the left hemidiaphragm. JAMA 1969;208:863–864.
67. Abu Yousef MM. Case of the fall season. Semin Roentgenol 1980;15:269–271.
68. Lowe SH, Cosgrove DO, Joseph AE. Inversion of the right hemidiaphragm shown on ultrasound examination. Br J Radiol 1981;54:754–757.
69. Subramanyam BR, Raghavendra BN, Lefleur RS. Sonography of the inverted right hemidiaphragm. AJR Am J Roentgenol 1981;136:1004–1006.
70. Katzen BT, Choi WS, Friedman MH, et al. Pseudomass of the liver due to pleural effusion and inversion of the diaphragm. AJR Am J Roentgenol 1978;131:1077–1078.
71. Hertzanu Y, Solomon A. Inversion of the right diaphragm: a thoracoabdominal CT pitfall. Gastrointest Radiol 1986;11:200–202.
72. Levitt RG, Sagel SS, Stanley RJ, et al. Accuracy of computed tomography of the liver and biliary tract. Radiology 1977;124:123–128.
73. Rogers CI, Meredith HC. Osler revisited: an unusual cause of inversion of the diaphragm. Radiology 1977;125:596.
74. Demos TC, Pieters C. Abdominal pseudotumor due to inverted hemidiaphragm. Radiographic, sonographic, and computed tomographic diagnosis. Chest 1984;86:466–468.
75. Dallemand S, Twersky J, Gordon DH. Pseudomass of the left upper quadrant from inversion of the left hemidiaphragm: CT diagnosis. Gastrointest Radiol 1982;7:57–59.
76. Felson B. The extrapleural space. Semin Roentgenol 1977;12:327–333.
77. Feder B, Wilk S. Localized interlobar effusion in heart failure: phantom lung tumor. Dis Chest 1956;30:289–297.
78. Weiss W, Boucot K, Gefter W. Localized interlobar effusion in congestive heart failure. Ann Intern Med 1953;38:1177–1186.
79. Ruskin JA, Gurney JW, Thorsen MK, et al. Detection of pleural effusions on supine chest radiographs. AJR Am J Roentgenol 1987;148:681–683.
80. Woodring JH. Recognition of pleural effusion on supine radiographs: how much fluid is required? AJR Am J Roentgenol 1984;142:59–64.
81. Moller A. Pleural effusion. Use of the semi-supine position for radiographic detection. Radiology 1984;150:245–249.
82. Rudikoff JC. Early detection of pleural fluid. Chest 1980;77:109–111.
83. Trackler RT, Brinker RA. Widening of the left paravertebral pleural line on supine chest roentgenograms in free pleural effusions. Am J Roentgenol Radium Ther Nucl Med 1966;96:1027–1034.
84. Onik G, Goodman PC, Webb WR, et al. Hydropneumothorax: detection on supine radiographs. Radiology 1984;152:31–34.
85. Kuhlman JE, Singha NK. Complex disease of the pleural space: radiographic and CT evaluation. Radiographics 1997;17:63–79.
86. McLoud TC, Flower CD. Imaging the pleura: sonography, CT, and MR imaging. AJR Am J Roentgenol 1991;156:1145–1153.
87. Pugatch RD, Faling LJ, Robbins AH, et al. Differentiation of pleural and pulmonary lesions using computed tomography. J Comput Assist Tomogr 1978;2:601–606.
88. Bressler EL, Francis IR, Glazer GM, et al. Bolus contrast medium enhancement for distinguishing pleural from parenchymal lung disease: CT features. J Comput Assist Tomogr 1987;11:436–440.
89. Maffessanti M, Tommasi M, Pellegrini P. Computed tomography of free pleural effusions. Eur J Radiol 1987;7:87–90.
90. Kollins SA. Computed tomography of the pulmonary parenchyma and chest wall. Radiol Clin North Am 1977;15:297–308.
91. Vock P, Effmann EL, Hedlund LW, et al. Analysis of the density of pleural fluid analogs by computed tomography. Invest Radiol 1984;19:10–15.
92. Williford ME, Hidalgo H, Putman CE, et al. Computed tomography of pleural disease. AJR Am J Roentgenol 1983;140:909–914.
93. Lawton F, Blackledge G, Johnson R. Co-existent chylous and serous pleural effusions associated with ovarian cancer: a case report of Contarini's syndrome. Eur J Surg Oncol 1985;11:177–178.
94. Sullivan KL, Steiner RM, Wechsler RJ. Lymphaticopleural fistula: diagnosis by computed tomography. J Comput Assist Tomogr 1984;8:1005–1006.
95. Aquino SL, Webb WR, Gushiken BJ. Pleural exudates and transudates: diagnosis with contrast-enhanced CT. Radiology 1994;192:803–808.
96. Arenas-Jimenez J, Alonso-Charterina S, Sanchez-Paya J, et al. Evaluation of CT findings for diagnosis of pleural effusions. Eur Radiol 2000;10:681–690.
97. Dwyer A. The displaced crus: a sign for distinguishing between pleural fluid and ascites on computed tomography. J Comput Assist Tomogr 1978;2:598–599.
98. Naidich DP, Megibow AJ, Hilton S, et al. Computed tomography of the diaphragm: peridiaphragmatic fluid localization. J Comput Assist Tomogr 1983;7:641–649.
99. Halvorsen RA, Fedyshin PJ, Korobkin M, et al. CT differentiation of pleural effusion from ascites. An evaluation of four signs using blinded analysis of 52 cases. Invest Radiol 1986;21:391–395.
100. Teplick JG, Teplick SK, Goodman L, et al. The interface sign: a computed tomographic sign for distinguishing pleural and intra-abdominal fluid. Radiology 1982;144:359–362.
101. Alexander ES, Proto AV, Clark RA. CT differentiation of subphrenic abscess and pleural effusion. AJR Am J Roentgenol 1983;140:47–51.
102. Federle MP, Mark AS, Guillaumin ES. CT of subpulmonic pleural effusions and atelectasis: criteria for differentiation from subphrenic fluid. AJR Am J Roentgenol 1986;146:685–689.
103. Silverman PM, Baker ME, Mahony BS. Atelectasis and subpulmonic fluid: a CT pitfall in distinguishing pleural from peritoneal fluid. J Comput Assist Tomogr 1985;9:763–766.
104. Griffin DJ, Gross BH, McCracken S, et al. Observations on CT differentiation of pleural and peritoneal fluid. J Comput Assist Tomogr 1984;8:24–28.
105. Stark DD, Federle MP, Goodman PC, et al. Differentiating lung abscess and empyema: radiography and computed tomography. AJR Am J Roentgenol 1983;141:163–167.
106. Hirsch JH, Rogers JV, Mack LA. Real-time sonography of pleural opacities. AJR Am J Roentgenol 1981;136:297–301.
107. Yang PC, Luh KT, Chang DB, et al. Value of sonography in determining the nature of pleural effusion: analysis of 320 cases. AJR Am J Roentgenol 1992;159:29–33.
108. Marks WM, Filly RA, Callen PW. Real-time evaluation of pleural lesions: new

observations regarding the probability of obtaining free fluid. Radiology 1982;142:163–164.
109. Rosenberg ER. Ultrasound in the assessment of pleural densities. Chest 1983;84:283–285.
110. Lomas DJ, Padley SP, Flower CD. The sonographic appearances of pleural fluid. Br J Radiol 1993;66:619–624.
111. Wu RG, Yuan A, Liaw YS, et al. Image comparison of real-time gray-scale ultrasound and color Doppler ultrasound for use in diagnosis of minimal pleural effusion. Am J Respir Crit Care Med 1994;150:510–514.
112. Wu RG, Yang PC, Kuo SH, et al. "Fluid color" sign: a useful indicator for discrimination between pleural thickening and pleural effusion. J Ultrasound Med 1995;14:767–769.
113. Lipscomb DJ, Flower CD, Hadfield JW. Ultrasound of the pleura: an assessment of its clinical value. Clin Radiol 1981;32:289–290.
114. Dorne HL. Differentiation of pulmonary parenchymal consolidation from pleural disease using the sonographic fluid bronchogram. Radiology 1986;158:41–42.
115. Yu CJ, Yang PC, Wu HD, et al. Ultrasound study in unilateral hemithorax opacification. Image comparison with computed tomography. Am Rev Respir Dis 1993;147:430–434.
116. O'Moore PV, Mueller PR, Simeone JF, et al. Sonographic guidance in diagnostic and therapeutic interventions in the pleural space. AJR Am J Roentgenol 1987;149:1–5.
117. Weingardt JP, Guico RR, Nemcek AA Jr, et al. Ultrasound findings following failed, clinically directed thoracenteses. J Clin Ultrasound 1994;22:419–426.
118. Grogan DR, Irwin RS, Channick R, et al. Complications associated with thoracentesis. A prospective, randomized study comparing three different methods. Arch Intern Med 1990;150:873–877.
119. Osranek M, Bursi F, O'Leary PW, et al. Hand-carried ultrasound-guided pericardiocentesis and thoracentesis. J Am Soc Echocardiogr 2003;16:480–484.
120. Petersen S, Freitag M, Albert W, et al. Ultrasound-guided thoracentesis in surgical intensive care patients. Intensive Care Med 1999;25:1029.
121. Lichtenstein D, Hulot JS, Rabiller A, et al. Feasibility and safety of ultrasound-aided thoracentesis in mechanically ventilated patients. Intensive Care Med 1999;25:955–958.
122. Keske U. Ultrasound-aided thoracentesis in intensive care patients. Intensive Care Med 1999;25:896–897.
123. Himelman RB, Callen PW. The prognostic value of loculations in parapneumonic pleural effusions. Chest 1986;90:852–856.
124. Newlin N, Silver TM, Stuck KJ, et al. Ultrasonic features of pyogenic liver abscesses. Radiology 1981;139:155–159.
125. Patz EJ, Shaffer K, Piwnica WD, et al. Malignant pleural mesothelioma: value of CT and MR imaging in predicting resectability. AJR Am J Roentgenol 1992;159:961–966.
126. Imanaka K, Sugimoto K, Aoki M, et al. MRI finding of chronic hemorrhagic empyema: a case report. Radiat Med 1996;14:201–203.
127. Tscholakoff D, Sechtem U, de Geer G, et al. Evaluation of pleural and pericardial effusions by magnetic resonance imaging. Eur J Radiol 1987;7:169–174.
128. Joseph J, Sahn SA. Connective tissue diseases and the pleura. Chest 1993;104:262–270.
129. Hughson WG, Friedman PJ, Feigin DS, et al. Postpartum pleural effusion: a common radiologic finding. Ann Intern Med 1982;97:856–858.
130. Heffner JE, Sahn SA. Pleural disease in pregnancy. Clin Chest Med 1992;13:667–678.
131. Haddad B, Barton JR, Livingston JC, et al. HELLP (hemolysis, elevated liver enzymes, and low platelet count) syndrome versus severe preeclampsia: onset at < or = 28.0 weeks' gestation. Am J Obstet Gynecol 2000;183:1475–1479.
132. Sahn SA, Miller KS. Obscure pleural effusion. Look to the kidney. Chest 1986;90:631.
133. Sanders RC. Post-operative pleural effusion and subphrenic abscess. Clin Radiol 1970;21:308–312.
134. DeCrosse JJ, Poulin TL, Fox PS, et al. Subphrenic abscess. Surg Gynecol Obstet 1974;138:841–846.
135. Sherman NJ, Davis JR, Jesseph JE. Subphrenic abscess. A continuing hazard. Am J Surg 1969;117:117–123.
136. Miller WT, Talman EA. Subphrenic abscess. Am J Roentgenol Radium Ther Nucl Med 1967;101:961–969.
137. Ballantyne KC, Sethia B, Reece IJ, et al. Empyema following intra-abdominal sepsis. Br J Surg 1984;71:723–725.
138. Haaga JR, Weinstein AJ. CT-guided percutaneous aspiration and drainage of abscesses. AJR Am J Roentgenol 1980;135:1187–1194.
139. Rubin RH, Swartz MN, Malt R. Hepatic abscess: changes in clinical, bacteriologic and therapeutic aspects. Am J Med 1974;57:601–610.
140. Light RW. Exudative pleural effusions secondary to gastrointestinal diseases. Clin Chest Med 1985;6:103–111.
141. Logue R, Rogers J, Gay B. Subtle radiographic signs of left heart failure. Am Heart J 1963;65:464–473.
142. McPeak E, Levine S. The preponderance of right hydrothorax in congestive heart failure. Ann Intern Med 1946;25:916–927.
143. Leuallen E, Carr D. Pleural effusion: a statistical study of 436 patients. N Engl J Med 1955;252:79–83.
144. Bedford D, Lovibond J. Hydrothorax in heart failure. Br Heart J 1941;3:93–111.
145. Peterman TA, Brothers SK. Pleural effusions in congestive heart failure and in pericardial disease. N Engl J Med 1983;309:313.
146. Weiss JM, Spodick DH. Laterality of pleural effusions in chronic congestive heart failure. Am J Cardiol 1984;53:951.
147. White P, August S, Michie C. Hydrothorax in congestive heart failure. Am J Med Sci 1947;214:243–247.
148. Race G, Scheifley C, Edwards J. Hydrothorax in congestive heart failure. Am J Med 1957;22:83–89.
149. Mellins RB, Levine OR, Fishman AP. Effect of systemic and pulmonary venous hypertension on pleural and pericardial fluid accumulation. J Appl Physiol 1970;29:564–569.
150. Wiener-Kronish JP, Matthay MA, Callen PW, et al. Relationship of pleural effusions to pulmonary hemodynamics in patients with congestive heart failure. Am Rev Respir Dis 1985;132:1253–1256.
151. Wiener-Kronish JP, Goldstein R, Matthay RA, et al. Lack of association of pleural effusion with chronic pulmonary arterial and right atrial hypertension. Chest 1987;92:967–970.
152. Lee YC, Vaz MA, Ely KA, et al. Symptomatic persistent post-coronary artery bypass graft pleural effusions requiring operative treatment: clinical and histologic features. Chest 2001;119:795–800.
153. Light RW. Pleural effusions after coronary artery bypass graft surgery. Curr Opin Pulm Med 2002;8:308–311.
154. Kollef MH. Chronic pleural effusion following coronary artery revascularization with the internal mammary artery. Chest 1990;97:750–751.
155. Parenti C. Pulmonary embolism after coronary artery bypass surgery. Crit Care Nurs Q 1994;17:48–50.
156. Pego-Fernandes PM, Ebaid GX, Nouer GH, et al. Chylothorax after myocardial revascularization with the left internal thoracic artery. Arq Bras Cardiol 1999;73:383–390.
157. Brancaccio G, Prifti E, Cricco AM, et al. Chylothorax: a complication after internal thoracic artery harvesting. Ital Heart J 2001;2:559–562.
158. Kaminsky ME, Rodan BA, Osborne DR, et al. Postpericardiotomy syndrome. AJR Am J Roentgenol 1982;138:503–508.
159. Weiss JM, Spodick DH. Association of left pleural effusion with pericardial disease. N Engl J Med 1983;308:696–697.
160. Dressler W. The post-myocardial-infarction syndrome: a report on 44 cases. Arch Intern Med 1959;103:28–42.

161. Engle M, Ito T. The postpericardiotomy syndrome. Am J Cardiol 1961;7:73–82.
162. Hearne C, Forjuoh SN. Postcardiac injury syndrome after coronary angioplasty and stenting. J Am Board Fam Pract 2003;16:73–74.
163. Stefanelli CB, Bradley DJ, Leroy S, et al. Implantable cardioverter defibrillator therapy for life-threatening arrhythmias in young patients. J Interv Card Electrophysiol 2002;6:235–244.
164. Spindler M, Burrows G, Kowallik P, et al. Postpericardiotomy syndrome and cardiac tamponade as a late complication after pacemaker implantation. Pacing Clin Electrophysiol 2001;24:1433–1434.
165. Bajaj BP, Evans KE, Thomas P. Postpericardiotomy syndrome following temporary and permanent transvenous pacing. Postgrad Med J 1999;75:357–358.
166. Liem KL, ten Veen JH, Lie KI, et al. Incidence and significance of heartmuscle antibodies in patients with acute myocardial infarction and unstable angina. Acta Med Scand 1979;206:473–475.
167. Sahn SA. Immunologic diseases of the pleura. Clin Chest Med 1985;6:83–102.
168. Stelzner TJ, King TE Jr, Antony VB, et al. The pleuropulmonary manifestations of the postcardiac injury syndrome. Chest 1983;84:383–387.
169. Areno JP, McCartney JP, Eggerstedt J, et al. Persistent pleural effusions following coronary bypass surgery. Chest 1998;114:311–474.
170. Levin EJ, Bryk D. Dressler syndrome (postmyocardial infarction syndrome). Radiology 1966;87:731–736.
171. Tabatznik B, Isaacs J. Postpericardiotomy syndrome following traumatic hemopericardium. Am J Cardiol 1961;7:83–96.
172. Soulen RL, Freeman E. Radiologic evaluation of myocardial infarction. Radiol Clin North Am 1971;9:567–582.
173. Szabo G, Magyar Z. Effect of increased systemic venous pressure on lymph pressure and flow. Am J Physiol 1967;212:1469–1474.
174. Hussey H, Katz S, Yater W. The superior vena caval syndrome: report of thirty-five cases. Am Heart J 1946;31:1–26.
175. Perez CA, Presant CA, Van Amburg AL, 3rd. Management of superior vena cava syndrome. Semin Oncol 1978;5:123–134.
176. Javaheri S, Hales CA. Sarcoidosis: a cause of innominate vein obstruction and massive pleural effusion. Lung 1980;157:81–85.
177. Good JT Jr, Moore JB, Fowler AA, et al. Superior vena cava syndrome as a cause of pleural effusion. Am Rev Respir Dis 1982;125:246–247.
178. Diaconis JN, Weiner CI, White DW. Primary subclavian vein thrombosis and bilateral chylothorax documented by lymphography and venography. Radiology 1976;119:557–558.
179. Seibert JJ, Golladay ES, Keller C. Chylothorax secondary to superior vena caval obstruction. Pediatr Radiol 1982;12:252–254.
180. Bynum LJ, Wilson JE 3rd. Radiographic features of pleural effusions in pulmonary embolism. Am Rev Respir Dis 1978;117:829–834.
181. Moses DC, Silver TM, Bookstein JJ. The complementary roles of chest radiography, lung scanning, and selective pulmonary angiography in the diagnosis of pulmonary embolism. Circulation 1974;49:179–188.
182. Talbot S, Worthington BS, Roebuck EJ. Radiographic signs of pulmonary embolism and pulmonary infarction. Thorax 1973;28:198–203.
183. Dalen JE, Haffajee CI, Alpert JS 3rd, et al. Pulmonary embolism, pulmonary hemorrhage and pulmonary infarction. N Engl J Med 1977;296:1431–1435.
184. Simon HB, Daggett WM, DeSanctis RW. Hemothorax as a complication of anticoagulant therapy in the presence of pulmonary infarction. JAMA 1969;208:1830–1834.
185. McArdle CR, Sacks BA. Ovarian hyperstimulation syndrome. AJR Am J Roentgenol 1980;135:835–836.
186. Schenker JG, Weinstein D. Ovarian hyperstimulation syndrome: a current survey. Fertil Steril 1978;30:255–268.
187. Miller WT Jr. Drug-related pleural and mediastinal disorders. J Thorac Imaging 1991;6:36–51.
188. Xiol X, Guardiola J. Hepatic hydrothorax. Curr Opin Pulm Med 1998;4:239–242.
189. Kinasewitz GT, Keddissi JI. Hepatic hydrothorax. Curr Opin Pulm Med 2003;9:261–265.
190. Morrow C, Kantor M, Armen R. Hepatic hydrothorax. Ann Intern Med 1958;49:193–203.
191. Islam N, Ali S, Kabir H. Hepatic hydrothorax. Br J Dis Chest 1965;59:222–227.
192. Mattison LE, Coppage L, Alderman DF, et al. Pleural effusions in the medical ICU: prevalence, causes, and clinical implications. Chest 1997;111:1018–1023.
193. Johnston R, Loo R. Hepatic hydrothorax: studies to determine the source of the fluid and report of thirteen cases. Ann Intern Med 1964;61:385–401.
194. Lieberman FL, Hidemura R, Peters RL, et al. Pathogenesis and treatment of hydrothorax complicating cirrhosis with ascites. Ann Intern Med 1966;64:341–351.
195. Lieberman FL, Peters RL. Cirrhotic hydrothorax. Further evidence that an acquired diaphragmatic defect is at fault. Arch Intern Med 1970;125:114–117.
196. McKay D, Sparling H, Robbins S. Cirrhosis of the liver with massive hydrothorax. Arch Intern Med 1947;79:501–509.
197. Williams M. Pleural effusion produced by abdominal-pleural communication in a patient with Laennec's cirrhosis of the liver and ascites. Ann Intern Med 1950;33:216–221.
198. Mirouze D, Juttner HU, Reynolds TB. Left pleural effusion in patients with chronic liver disease and ascites. Prospective study of 22 cases. Dig Dis Sci 1981;26:984–988.
199. Black LF. The pleural space and pleural fluid. Mayo Clin Proc 1972;47:493–506.
200. Frazer IH, Lichtenstein M, Andrews JT. Pleuroperitoneal effusion without ascites. Med J Aust 1983;2:520–521.
201. Bradley JW, Feilding LP. Hydropneumothorax complicating perforated peptic ulcer. Br J Surg 1972;59:72–73.
202. Nakamura A, Kojima Y, Ohmi H, et al. Peritoneal-pleural communications in hepatic hydrothorax demonstrated by thoracoscopy. Chest 1996;109:579–581.
203. Siegerstetter V, Deibert P, Ochs A, et al. Treatment of refractory hepatic hydrothorax with transjugular intrahepatic portosystemic shunt: long-term results in 40 patients. Eur J Gastroenterol Hepatol 2001;13:529–534.
204. Spencer EB, Cohen DT, Darcy MD. Safety and efficacy of transjugular intrahepatic portosystemic shunt creation for the treatment of hepatic hydrothorax. J Vasc Interv Radiol 2002;13:385–390.
205. Salmon V. Benign pelvic tumours associated with ascites and pleural effusion. J Mt Sinai Hosp 1934;1:169–172.
206. Meigs J, Cass J. Fibroma of the ovary with ascites and hydrothorax: with a report of seven cases. Am J Obstet Gynecol 1937;33:249–267.
207. Meigs J. Fibroma of the ovary with ascites and hydrothorax Meigs' syndrome. Am J Obstet Gynecol 1954;67:962–987.
208. Majzlin C, Stevens F. Meigs' syndrome: case report and review of literature. J Int Coll Surg 1964;42:625–630.
209. Solomon S, Farber S, Caruso L. Fibromyomata of the uterus with hemothorax – Meigs' syndrome? Arch Intern Med 1971;127:307–309.
210. Kebapci M, Aslan O, Kaya T, et al. Pedunculated uterine leiomyoma associated with pseudo-Meigs' syndrome and elevated CA-125 level: CT features. Eur Radiol 2002;12 Suppl 3:S127–129.
211. La Fianza A, Alberici E. CT diagnosis of Pseudo-Meigs' syndrome. Clin Radiol 2002;57:315–317.
212. Weise M, Westphalen S, Fayyazi A, et al. Pseudo-Meigs syndrome: uterine

leiomyoma with bladder attachment associated with ascites and hydrothorax – a rare case of a rare syndrome. Onkologie 2002;25:443–446.
213. Amant F, Gabriel C, Timmerman D, et al. Pseudo-Meigs' syndrome caused by a hydropic degenerating uterine leiomyoma with elevated CA 125. Gynecol Oncol 2001;83:153–157.
214. Migishima F, Jobo T, Hata H, et al. Uterine leiomyoma causing massive ascites and left pleural effusion with elevated CA 125: a case report. J Obstet Gynaecol Res 2000;26:283–287.
215. Handler CE, Fray RE, Snashall PD. Atypical Meigs' syndrome. Thorax 1982;37:396–397.
216. O'Flanagan SJ, Tighe BF, Egan TJ, et al. Meigs' syndrome and pseudo-Meigs' syndrome. J R Soc Med 1987;80:252–253.
217. Meigs J. Pelvic tumours other than fibromas of the ovary with ascites and hydrothorax. Obstet Gynecol 1954;3:471–485.
218. Dockerty M, Masson J. Ovarian fibromas: a clinical and pathologic study of 283 cases. Am J Obstet Gynecol 1944;47:741–752.
219. Mokrohisky J. So-called "Meigs' syndrome" associated with benign and malignant ovarian tumors. Radiology 1958;70:578–581.
220. Fishbein R, Murphy G, Wilder R. The pleuropulmonary manifestations of pancreatitis. Dis Chest 1962;41:392–397.
221. Murphy D, Duncan JG, Imrie CW. The "negative chest radiograph" in acute pancreatitis. Br J Radiol 1977;50:264–265.
222. Heller SJ, Noordhoek E, Tenner SM, et al. Pleural effusion as a predictor of severity in acute pancreatitis. Pancreas 1997;15:222–225.
223. Millward SF, Breatnach E, Simpkins KC, et al. Do plain films of the chest and abdomen have a role in the diagnosis of acute pancreatitis? Clin Radiol 1983;34:133–137.
224. Talamini G, Uomo G, Pezzilli R, et al. Serum creatinine and chest radiographs in the early assessment of acute pancreatitis. Am J Surg 1999;177:7–14.
225. Kaye MD. Pleuropulmonary complications of pancreatitis. Thorax 1968;23:297–306.
226. Rockey DC, Cello JP. Pancreaticopleural fistula. Report of 7 patients and review of the literature. Medicine (Baltimore) 1990;69:332–344.
227. McKenna JM, Chandrasekhar AJ, Skorton D, et al. The pleuropulmonary complications of pancreatitis. Clinical conference in pulmonary disease from Northwestern University-McGaw Medical Center and Veterans Administration Lakeside Hospital, Chicago. Chest 1977;71:197–204.
228. Anderson WJ, Skinner DB, Zuidema GD, et al. Chronic pancreatic pleural effusions. Surg Gynecol Obstet 1973;137:827–830.
229. Miridjanian A, Ambruoso VN, Derby BM, et al. Massive bilateral hemorrhagic pleural effusions in chronic relapsing pancreatitis. Arch Surg 1969;98:62–66.
230. Tewari SC, Jayaswal R, Chauhan MS, et al. Bilateral recurrent haemorrhagic pleural effusion in asymptomatic chronic pancreatitis. Thorax 1989;44:824–825.
231. Cameron JL. Chronic pancreatic ascites and pancreatic pleural effusions. Gastroenterology 1978;74:134–140.
232. Kirchner SG, Heller RM, Smith CW. Pancreatic pseudocyst of the mediastinum. Radiology 1977;123:37–42.
233. Louie S, McGahan JP, Frey C, et al. Pancreatic pleuropericardial effusions. Fistulous tracts demonstrated by computed tomography. Arch Intern Med 1985;145:1231–1234.
234. Faling LJ, Gerzof SG, Daly BD, et al. Treatment of chronic pancreatitic pleural effusion by percutaneous catheter drainage of abdominal pseudocyst. Am J Med 1984;76:329–333.
235. Dewan NA, Kinney WW, O'Donohue WJ Jr. Chronic massive pancreatic pleural effusion. Chest 1984;85:497–501.
236. Akahane T, Kuriyama S, Matsumoto M, et al. Pancreatic pleural effusion with a pancreaticopleural fistula diagnosed by magnetic resonance cholangiopancreatography and cured by somatostatin analogue treatment. Abdom Imaging 2003;28:92–95.
237. Mori Y, Iwai A, Inagaki T, et al. Pancreaticopleural fistula imaged with magnetic resonance pancreatography. Pancreatology 2001;1:369–370.
238. Materne R, Vranckx P, Pauls C, et al. Pancreaticopleural fistula: diagnosis with magnetic resonance pancreatography. Chest 2000;117:912–914.
239. Glorioso LW, 3rd, Lang EK. Pulmonary manifestations of renal disease. Radiol Clin North Am 1984;22:647–658.
240. Hopps H, Wissler R. Uremic pneumonitis. Am J Pathol 1955;31:261–274.
241. Berger HW, Rammohan G, Neff MS, et al. Uremic pleural effusion. A study in 14 patients on chronic dialysis. Ann Intern Med 1975;82:362–364.
242. Nidus BD, Matalon R, Cantacuzino D, et al. Uremic pleuritis – a clinicopathological entity. N Engl J Med 1969;281:255–256.
243. Galen MA, Steinberg SM, Lowrie EG, et al. Hemorrhagic pleural effusion in patients undergoing chronic hemodialysis. Ann Intern Med 1975;82:359–361.
244. Gilbert L, Ribot S, Frankel H, et al. Fibrinous uremic pleuritis: a surgical entity. Chest 1975;67:53–56.
245. Rodelas R, Rakowski TA, Argy WP, et al. Fibrosing uremic pleuritis during hemodialysis. JAMA 1980;243:2424–2425.
246. Salcedo JR. Urinothorax: report of 4 cases and review of the literature. J Urol 1986;135:805–808.
247. Barek LB, Cigtay OS. Urinothorax – an unusual pleural effusion. Br J Radiol 1975;48:685–686.
248. Baron RL, Stark DD, McClennan BL, et al. Intrathoracic extension of retroperitoneal urine collections. AJR Am J Roentgenol 1981;137:37–41.
249. Lahiry SK, Alkhafaji AH, Brown AL. Urinothorax following blunt trauma to the kidney. J Trauma 1978;18:608–610.
250. Redman JF, Arnold WC, Smith PL, et al. Hypertension and urino-thorax following an attempted percutaneous nephrostomy. J Urol 1982;128:1307–1308.
251. Carcillo J Jr, Salcedo JR. Urinothorax as a manifestation of nondilated obstructive uropathy following renal transplantation. Am J Kidney Dis 1985;5:211–213.
252. Corriere JN Jr, Miller WT, Murphy JJ. Hydronephrosis as a cause of pleural effusion. Radiology 1968;90:79–84.
253. Laforet EG, Kornitzer GD. Nephrogenic pleural effusion. J Urol 1977;117:118–119.
254. Nusser RA, Culhane RH. Recurrent transudative effusion with an abdominal mass. Urinothorax. Chest 1986;90:263–264.
255. Jenkins PG, Shelp WD. Recurrent pleural transudate in the nephrotic syndrome. A new approach to treatment. JAMA 1974;230:587–588.
256. Llach F, Arieff AI, Massry SG. Renal vein thrombosis and nephrotic syndrome. A prospective study of 36 adult patients. Ann Intern Med 1975;83:8–14.
257. Holzel A, Fawcitt J. Pulmonary changes in acute glomerulonephritis in childhood. J Pediatr 1960;57:695–703.
258. Edwards SR, Unger AM. Acute hydrothorax – a new complication of peritoneal dialysis. JAMA 1967;199:853–855.
259. Rudnick MR, Coyle JF, Beck LH, et al. Acute massive hydrothorax complicating peritoneal dialysis, report of 2 cases and a review of the literature. Clin Nephrol 1979;12:38–44.
260. Finn R, Jowett EW. Acute hydrothorax complicating peritoneal dialysis. Br Med J 1970;2:94.
261. Townsend R, Fragola JA. Hydrothorax in a patient receiving continuous ambulatory peritoneal dialysis: successful treatment with intermittent peritoneal dialysis. Arch Intern Med 1982;142:1571–1572.
262. Nassberger L. Left-sided pleural effusion secondary to continuous ambulatory peritoneal dialysis. Acta Med Scand 1982;211:219–220.

263. Lorentz WB Jr. Acute hydrothorax during peritoneal dialysis. J Pediatr 1979;94:417–419.
264. Polsky MS, Weber CH, Ball TP Jr. Infected pyelocaliceal diverticulum and sympathetic pleural effusion. J Urol 1975;114:301–303.
265. Chun CH, Raff MJ, Contreras L, et al. Splenic abscess. Medicine (Baltimore) 1980;59:50–65.
266. Johnson JD, Raff MJ, Barnwell PA, et al. Splenic abscess complicating infectious endocarditis. Arch Intern Med 1983;143:906–912.
267. Sarr MG, Zuidema GD. Splenic abscess – presentation, diagnosis, and treatment. Surgery 1982;92:480–485.
268. Warren MS, Gibbons RB. Left-sided pleural effusion secondary to splenic vein thrombosis. A previously unrecognized relationship. Chest 1991;100:574–575.
269. Koehler PR, Jones R. Association of left-sided pleural effusions and splenic hematomas. AJR Am J Roentgenol 1980;135:851–853.
270. Light RW, George RB. Incidence and significance of pleural effusion after abdominal surgery. Chest 1976;69:621–625.
271. Nielsen PH, Jepsen SB, Olsen AD. Postoperative pleural effusion following upper abdominal surgery. Chest 1989;96:1133–1135.
272. Aronchick JM, Epstein DM, Gefter WB, et al. Chronic traumatic diaphragmatic hernia: the significance of pleural effusion. Radiology 1988;168:675–678.
273. Libshitz HI, Southard ME. Complications of radiation therapy: the thorax. Semin Roentgenol 1974;9:41–49.
274. Whitcomb ME, Schwarz MI. Pleural effusion complicating intensive mediastinal radiation therapy. Am Rev Respir Dis 1971;103:100–107.
275. Bachman A, Macken K. Pleural effusions following supervoltage radiation for breast carcinoma. Radiology 1959;72:699–709.
276. Antony VB. Drug-induced pleural disease. Clin Chest Med 1998;19:331–340.
277. Miller WT, Jr. Pleural and mediastinal disorders related to drug use. Semin Roentgenol 1995;30:35–48.
278. Urban C, Nirenberg A, Caparros B, et al. Chemical pleuritis as the cause of acute chest pain following high-dose methotrexate treatment. Cancer 1983;51:34–37.
279. Walden PA, Mitchell-Heggs PF, Coppin C, et al. Pleurisy and methotrexate treatment. Br Med J 1977;2:867.
280. Everts CS, Westcott JL, Bragg DG. Methotrexate therapy and pulmonary disease. Radiology 1973;107:539–543.
281. Ecker MD, Jay B, Keohane MF. Procarbazine lung. AJR Am J Roentgenol 1978;131:527–528.
282. Orwoll ES, Kiessling PJ, Patterson JR. Interstitial pneumonia from mitomycin. Ann Intern Med 1978;89:352–355.
283. Smalley RV, Wall RL. Two cases of busulfan toxicity. Ann Intern Med 1966;64:154–164.
284. Holoye PY, Luna MA, MacKay B, et al. Bleomycin hypersensitivity pneumonitis. Ann Intern Med 1978;88:47–49.
285. Pascual RS, Mosher MB, Sikand RS, et al. Effects of bleomycin on pulmonary function in man. Am Rev Respir Dis 1973;108:211–217.
286. Mann H, Ward JH, Samlowski WE. Vascular leak syndrome associated with interleukin-2: chest radiographic manifestations. Radiology 1990;176:191–194.
287. Saxon RR, Klein JS, Bar MH, et al. Pathogenesis of pulmonary edema during interleukin-2 therapy: correlation of chest radiographic and clinical findings in 54 patients. AJR Am J Roentgenol 1991;156:281–285.
288. Conant EF, Fox KR, Miller WT. Pulmonary edema as a complication of interleukin-2 therapy. AJR Am J Roentgenol 1989;152:749–752.
289. Jung JI, Choi JE, Hahn ST, et al. Radiologic features of all-trans-retinoic acid syndrome. AJR Am J Roentgenol 2002;178:475–480.
290. Holmberg L, Boman G. Pulmonary reactions to nitrofurantoin. 447 cases reported to the Swedish Adverse Drug Reaction Committee 1966–1976. Eur J Respir Dis 1981;62:180–189.
291. Pfitzenmeyer P, Foucher P, Dennewald G, et al. Pleuropulmonary changes induced by ergoline drugs. Eur Respir J 1996;9:1013–1019.
292. Knoop C, Mairesse M, Lenclud C, et al. Pleural effusion during bromocriptine exposure in two patients with pre-existing asbestos pleural plaques: a relationship? Eur Respir J 1997;10:2898–2901.
293. Graham JR, Suby HI, LeCompte PR, et al. Fibrotic disorders associated with methysergide therapy for headache. N Engl J Med 1966;274:359–368.
294. Graham JR. Cardiac and pulmonary fibrosis during methysergide therapy for headache. Am J Med Sci 1967;254:1–12.
295. Hindle W, Posner E, Sweetnam MT, et al. Pleural effusion and fibrosis during treatment with methysergide. Br Med J 1970;1:605–606.
296. Kok-Jensen A, Lindeneg O. Pleurisy and fibrosis of the pleura during methysergide treatment of hemicrania. Scand J Respir Dis 1970;51:218–222.
297. Gefter WB, Epstein DM, Bonavita JA, et al. Pleural thickening caused by Sansert and Ergotrate in the treatment of migraine. AJR Am J Roentgenol 1980;135:375–377.
298. Taal BG, Spierings EL, Hilvering C. Pleuropulmonary fibrosis associated with chronic and excessive intake of ergotamine. Thorax 1983;38:396–398.
299. Allen MB, Tosh G, Walters G, et al. Pleural and pericardial fibrosis after ergotamine therapy. Respir Med 1994;88:67–69.
300. Cooper JA Jr, White DA, Matthay RA. Drug-induced pulmonary disease. Part 2: Noncytotoxic drugs. Am Rev Respir Dis 1986;133:488–505.
301. Kuhlman J, Teigen C, Ren H, Hruban R, et al. Amiodarone pulmonary toxicity: CT findings in symptomatic patients. Radiology 1990;177:121–125.
302. Gonzalez-Rothi RJ, Hannan SE, Hood CI, et al. Amiodarone pulmonary toxicity presenting as bilateral exudative pleural effusions. Chest 1987;92:179–182.
303. Rakita L, Sobol SM, Mostow N, et al. Amiodarone pulmonary toxicity. Am Heart J 1983;106:906–916.
304. Zaher C, Hamer A, Peter T, et al. Low-dose steroid therapy for prophylaxis of amiodarone-induced pulmonary infiltrates. N Engl J Med 1983;308:779.
305. Middleton KL, Santella R, Couser JI Jr. Eosinophilic pleuritis due to propylthiouracil. Chest 1993;103:955–956.
306. Petusevsky ML, Faling LJ, Rocklin RE, et al. Pleuropericardial reaction to treatment with dantrolene. JAMA 1979;242:2772–2774.
307. Webb DB, Whale RJ. Pleuropericardial effusion associated with minoxidil administration. Postgrad Med J 1982;58:319–320.
308. McElvaney NG, Wilcox PG, Churg A, et al. Pleuropulmonary disease during bromocriptine treatment of Parkinson's disease. Arch Intern Med 1988;148:2231–2236.
309. Wiggins J, Skinner C. Bromocriptine induced pleuropulmonary fibrosis. Thorax 1986;41:328–330.
310. Shaunak S, Wilkins A, Pilling JB, et al. Pericardial, retroperitoneal, and pleural fibrosis induced by pergolide. J Neurol Neurosurg Psychiatry 1999;66:79–81.
311. Erwteman TM, Braat MC, van Aken WG. Interstitial pulmonary fibrosis: a new side effect of practolol. Br Med J 1977;2:297–298.
312. Fleming HA, Hickling P. Letter: Pleural effusions after practolol. Lancet 1975;2:1202.
313. Hall DR, Morrison JB, Edwards FR. Pleural fibrosis after practolol therapy. Thorax 1978;33:822–824.
314. Marshall AJ, Eltringham WK, Barritt DW, et al. Respiratory disease associated with practolol therapy. Lancet 1977;2:1254–1257.
315. Wood GM, Bolton RP, Muers MF, et al. Pleurisy and pulmonary granulomas

after treatment with acebutolol. Br Med J (Clin Res Ed) 1982;285:936.
316. Ahmad S. Sclerosing peritonitis and propranolol. Chest 1981;79:361–362.
317. Jewelewicz R, Vande Wiele RL. Acute hydrothorax as the only symptom of ovarian hyperstimulation syndrome. Am J Obstet Gynecol 1975;121:1121.
318. Roden S, Juvin K, Homasson JP, et al. An uncommon etiology of isolated pleural effusion. The ovarian hyperstimulation syndrome. Chest 2000;118:256–258.
319. Tansutthiwong AA, Srisombut C, Rojanasakul A. Unilateral massive pleural effusion as the only principal manifestation of severe ovarian hyperstimulation syndrome. J Assist Reprod Genet 2000;17:454–456.
320. Loret de Mola JR. Pathophysiology of unilateral pleural effusions in the ovarian hyperstimulation syndrome. Hum Reprod 1999;14:272–273.
321. Brown SD, Brashear RE, Schnute RB. Pleural effusion in a young woman with myxedema. Arch Intern Med 1983;143:1458–1460.
322. Chetty KG. Transudative pleural effusions. Clin Chest Med 1985;6:49–54.
323. Gottehrer A, Roa J, Stanford GG, et al. Hypothyroidism and pleural effusions. Chest 1990;98:1130–1132.
324. Marks P, Roof B. Pericardial effusion associated with myxedema. Ann Intern Med 1953;39:230–240.
325. Schneierson S, Katz M. Solitary pleural effusion due to myxedema. JAMA 1958;168:1003–1005.
326. Samman P, White W. The "yellow nail" syndrome. Br J Dermatol 1964;76:153–157.
327. Hurwitz P, Pinals D. Pleural effusion in chronic hereditary lymphedema (Nonne, Milroy, Meige's disease). Radiology 1964;82:246–248.
328. Emerson PA. Yellow nails, lymphoedema, and pleural effusions. Thorax 1966;21:247–253.
329. Nordkild P, Kromann-Andersen H, Struve-Christensen E. Yellow nail syndrome – the triad of yellow nails, lymphedema and pleural effusions. A review of the literature and a case report. Acta Med Scand 1986;219:221–227.
330. Beer DJ, Pereira W Jr, Snider GL. Pleural effusion associated with primary lymphedema: a perspective on the yellow nail syndrome. Am Rev Respir Dis 1978;117:595–599.
331. Anon. Yellow nails and oedema. Br Med J 1972;4:130.
332. Hiller E, Rosenow EC 3rd, Olsen AM. Pulmonary manifestations of the yellow nail syndrome. Chest 1972;61:452–458.
333. Wiggins J, Strickland B, Chung KF. Detection of bronchiectasis by high-resolution computed tomography in the yellow nail syndrome. Clin Radiol 1991;43:377–379.
334. Solal-Celigny P, Cormier Y, Fournier M. The yellow nail syndrome. Light and electron microscopic aspects of the pleura. Arch Pathol Lab Med 1983;107:183–185.
335. Runyon BA, Forker EL, Sopko JA. Pleural-fluid kinetics in a patient with primary lymphedema, pleural effusions, and yellow nails. Am Rev Respir Dis 1979;119:821–825.
336. Glazer M, Berkman N, Lafair JS, et al. Successful talc slurry pleurodesis in patients with nonmalignant pleural effusion. Chest 2000;117:1404–1409.
337. Jiva TM, Poe RH, Kallay MC. Pleural effusion in yellow nail syndrome: chemical pleurodesis and its outcome. Respiration 1994;61:300–302.
338. Cook GC. Periodic disease, recurrent polyserositis, familial Mediterranean fever, or simply 'FMF'. Q J Med 1986;60:819–823.
339. Barakat MH, Karnik AM, Majeed HW, et al. Familial Mediterranean fever (recurrent hereditary polyserositis) in Arabs – a study of 175 patients and review of the literature. Q J Med 1986;60:837–847.
340. Nugent FW, Burns JR. Periodic disease. Med Clin North Am 1966;50:371–378.
341. Sohar E, Gafni J, Pras M, et al. Familial Mediterranean fever. A survey of 470 cases and review of the literature. Am J Med 1967;43:227–253.
342. Mancini JL. Familial paroxysmal polyserositis, phenotype I (familial Mediterranean fever). A rare cause of pleurisy. Case report and review of the literature. Am Rev Respir Dis 1973;107:461–463.
343. el-Kassimi FA. Acute pleuritic chest pain with pleural effusion and plate atelectasis. Familial Mediterranean fever (periodic disease). Chest 1987;91:265–266.
344. Meyerhoff J. Familial Mediterranean fever: report of a large family, review of the literature, and discussion of the frequency of amyloidosis. Medicine (Baltimore) 1980;59:66–77.
345. Villena V, Lopez-Encuentra A, Pozo F, et al. Measurement of pleural pressure during therapeutic thoracentesis. Am J Respir Crit Care Med 2000;162:1534–1538.
346. Light RW, Jenkinson SG, Minh VD, et al. Observations on pleural fluid pressures as fluid is withdrawn during thoracentesis. Am Rev Respir Dis 1980;121:799–804.
347. Bessone LN, Ferguson TB, Burford TH. Chylothorax. Ann Thorac Surg 1971;12:527–550.
348. Dahlgren S. Anatomy of the thoracic duct from the standpoint of surgery for chylothorax. Acta Chir Scand 1963;125:201–206.
349. Rosenberger A, Abrams HL. Radiology of the thoracic duct. Am J Roentgenol Radium Ther Nucl Med 1971;111:807–820.
350. Sassoon CS, Light RW. Chylothorax and pseudochylothorax. Clin Chest Med 1985;6:163–171.
351. Schulman A, Fataar S, Dalrymple R, et al. The lymphographic anatomy of chylothorax. Br J Radiol 1978;51:420–427.
352. Kausel H, Reeve T, Stein A, et al. Anatomic and pathologic studies of the thoracic duct. J Thorac Surg 1957;34:631–641.
353. Van Pernis P. Variations of thoracic duct. Surgery 1949;26:806–809.
354. Meade R, Head J, CW M. The management of chylothorax. J Thorac Surg 1950;19:709–723.
355. Thorne P. Traumatic chylothorax. Tubercle 1958;39:29–34.
356. Neyazaki T, Kupic EA, Marshall WH, et al. Collateral lymphatico-venous communications after experimental obstruction of the thoracic duct. Radiology 1965;85:423–432.
357. Lampson R. Traumatic chylothorax: a review of the literature and report of a case treated by mediastinal ligation of the thoracic duct. J Thorac Surg 1948;17:778–791.
358. Meade R, Head J, Moen C. The management of chylothorax. J Thorac Surg 1950;19:709–723.
359. Valentine VG, Raffin TA. The management of chylothorax. Chest 1992;102:586–591.
360. Grant T, Levin B. Lymphangiographic visualization of pleural and pulmonary lymphatics in a patient without chylothorax. Radiology 1974;113:49–50.
361. Trapnell D. The peripheral lymphatics of the lung. Br J Radiol 1963;36:660–672.
362. Weidner WA, Steiner RM. Roentgenographic demonstration of intrapulmonary and pleural lymphatics during lymphangiography. Radiology 1971;100:533–539.
363. Ducharme JC, Belanger R, Simard P, et al. Chylothorax, chylopericardium with multiple lymphangioma of bone. J Pediatr Surg 1982;17:365–367.
364. Berkenbosch JW, Monteleone PM, Tobias JD. Chylothorax following apparently spontaneous central venous thrombosis in a patient with septic shock. Pediatr Pulmonol 2003;35:230–233.
365. Kramer SS, Taylor GA, Garfinkel DJ, et al. Lethal chylothoraces due to superior vena caval thrombosis in infants. AJR Am J Roentgenol 1981;137:559–563.
366. Thurer RJ. Chylothorax: a complication of subclavian vein catheterization and parenteral hyperalimentation. J Thorac Cardiovasc Surg 1976;71:465–468.
367. Fossum TW, Birchard SJ. Lymphangiographic evaluation of experimentally induced chylothorax

after ligation of the cranial vena cava in dogs. Am J Vet Res 1986;47:967–971.
368. Nix J, Albert M, Dugas J, et al. Chylothorax and chylous ascites; a study of 302 selected cases. Am J Gastroenterol 1957;28:40–53.
369. Ross J. A review of the surgery of the thoracic duct. Thorax 1961;16:12–21.
370. Bower G. Chylothorax: observations in 20 cases. Dis Chest 1964;46:464–468.
371. Staats BA, Ellefson RD, Budahn LL, et al. The lipoprotein profile of chylous and nonchylous pleural effusions. Mayo Clin Proc 1980;55:700–704.
372. Seriff NS, Cohen ML, Samuel P, et al. Chylothorax: diagnosis by lipoprotein electrophoresis of serum and pleural fluid. Thorax 1977;32:98–100.
373. Yeam I, Sassoon C. Hemothorax and chylothorax. Curr Opin Pulm Med 1997;3:310–314.
374. Macfarlane JR, Holman CW. Chylothorax. Am Rev Respir Dis 1972;105:287–291.
375. Roy P, Carr D, Payne W. The problem of chylothorax. Mayo Clin Proc 1967;42:457–467.
376. Cevese PG, Vecchioni R, D'Amico DF, et al. Postoperative chylothorax. Six cases in 2,500 operations, with a survey of the world literature. J Thorac Cardiovasc Surg 1975;69:966–971.
377. Kshettry VR, Rebello R. Chylothorax after coronary artery bypass grafting. Thorax 1982;37:954.
378. Weber DO, Mastro PD, Yarnoz MD. Chylothorax after myocardial revascularization with internal mammary graft. Ann Thorac Surg 1981;32:499–492.
379. Nygaard SD, Berger HA, Fick RB. Chylothorax as a complication of oesophageal sclerotherapy. Thorax 1992;47:134–135.
380. Shimizu K, Yoshida J, Nishimura M, et al. Treatment strategy for chylothorax after pulmonary resection and lymph node dissection for lung cancer. J Thorac Cardiovasc Surg 2002;124:499–502.
381. Orringer MB, Bluett M, Deeb GM. Aggressive treatment of chylothorax complicating transhiatal esophagectomy without thoracotomy. Surgery 1988;104:720–726.
382. Dulchavsky SA, Ledgerwood AM, Lucas CE. Management of chylothorax after blunt chest trauma. J Trauma 1988;28:1400–1401.
383. Cammarata SK, Brush RE Jr, Hyzy RC. Chylothorax after childbirth. Chest 1991;99:1539–1540.
384. Reilly KM, Tsou E. Bilateral chylothorax. A case report following episodes of stretching. JAMA 1975;233:536–537.
385. van Straaten HL, Gerards LJ, Krediet TG. Chylothorax in the neonatal period. Eur J Pediatr 1993;152:2–5.
386. Ryu JH, Doerr CH, Fisher SD, et al. Chylothorax in lymphangi-oleiomyomatosis. Chest 2003;123:623–627.
387. Gardner TW, Domm AC, Brock CE, et al. Congenital pulmonary lymphangiectasis. A case complicated by chylothorax. Clin Pediatr (Phila) 1983;22:75–78.
388. Baltaxe HA, Lee JG, Ehlers KH, et al. Pulmonary lymphangiectasia demonstrated by lymphangiography in 2 patients with Noonan's syndrome. Radiology 1975;115:149–153.
389. Brown LR, Reiman HM, Rosenow EC 3rd, et al. Intrathoracic lymphangioma. Mayo Clin Proc 1986;61:882–892.
390. Duckett JG, Lazarus A, White KM. Cutaneous masses, rib lesions, and chylous pleural effusion in a 20-year-old man. Chest 1990;97:1227–1228.
391. Steiner GM, Farman J, Lawson JP. Lymphangiomatosis of bone. Radiology 1969;93:1093–1098.
392. Aviv R, McHugh K. Mechanisms of chylous effusion in lymphangiomatosis. AJR Am J Roentgenol 2000;175:1191.
393. Swensen SJ, Hartman TE, Mayo JR, et al. Diffuse pulmonary lymphangiomatosis: CT findings. J Comput Assist Tomog 1995;19:348–352.
394. Takahashi K, Takahashi H, Maeda K, et al. An adult case of lymphangiomatosis of the mediastinum, pulmonary interstitium and retroperitoneum complicated by chronic disseminated intravascular coagulation. Eur Respir J 1995;8:1799–1802.
395. Lee WS, Kim SH, Kim I, et al. Chylothorax in Gorham's disease. J Korean Med Sci 2002;17:826–829.
396. Yoo SY, Goo JM, Im JG. Mediastinal lymphangioma and chylothorax: thoracic involvement of Gorham's disease. Korean J Radiol 2002;3:130–132.
397. Brenner WI, Boal BH, Reed GE. Chylothorax as a manifestation of rheumatic mitral stenosis: its postoperative management with a diet of medium-chain triglycerides. Chest 1978;73:672–673.
398. Villena V, de Pablo A, Martin-Escribano P. Chylothorax and chylous ascites due to heart failure. Eur Respir J 1995;8:1235–1236.
399. Effmann EL, Ablow RC, Touloukian RJ, et al. Radiographic aspects of total parenteral nutrition during infancy. Radiology 1978;127:195–201.
400. Hinckley ME. Thoracic-duct thrombosis with fatal chylothorax caused by a long venous catheter. N Engl J Med 1969;280:95–96.
401. Warren WH, Altman JS, Gregory SA. Chylothorax secondary to obstruction of the superior vena cava: a complication of the LeVeen shunt. Thorax 1990;45:978–979.
402. Adams J, McEvoy R, DeWeese J. Primary deep venous thrombosis of upper extremity. Arch Surg 1965;91:29–42.
403. Delgado C, Martin M, de la Portilla F. Retrosternal goiter associated with chylothorax. Chest 1994;106:1924–1925.
404. Vennera MC, Moreno R, Cot J, et al. Chylothorax and tuberculosis. Thorax 1983;38:694–695.
405. Freundlich IM. The role of lymphangiography in chylothorax. A report of six nontraumatic cases. Am J Roentgenol Radium Ther Nucl Med 1975;125:617–627.
406. Kitchen ND, Hocken DB, Greenhalgh RM, et al. Use of the Denver pleuroperitoneal shunt in the treatment of chylothorax secondary to filariasis. Thorax 1991;46:144–145.
407. Moss R, Hinds S, Fedullo AJ. Chylothorax: a complication of the nephrotic syndrome. Am Rev Respir Dis 1989;140:1436–1437.
408. Valdes L, Alvarez D, Pose A, et al. Cirrhosis of the liver, an exceptional cause of chylothorax: two cases. Respir Med 1996;90:61–62.
409. Romero S, Martin C, Hernandez L, et al. Chylothorax in cirrhosis of the liver: analysis of its frequency and clinical characteristics. Chest 1998;114:154–159.
410. Jarman PR, Whyte MK, Sabroe I, et al. Sarcoidosis presenting with chylothorax. Thorax 1995;50:1324–1325.
411. Riantawan P, Tansupasawasdikul S, Subhannachart P. Bilateral chylothorax complicating massive osteolysis (Gorham's syndrome). Thorax 1996;51:1277–1278.
412. Anton PA, Rubio J, Casan P, et al. Chylothorax due to Mycobacterium tuberculosis. Thorax 1995;50:1019.
413. Lowell J. Pleural effusions: a comprehensive review. Baltimore: University Park Press, 1977.
414. Fairfax AJ, McNabb WR, Spiro SG. Chylothorax: a review of 18 cases. Thorax 1986;41:880–885.
415. Hom M, Jolles H. Traumatic mediastinal lymphocele mimicking other thoracic injuries: case report. J Thorac Imaging 1992;7:78–80.
416. Suzuki K, Yoshida J, Nishimura M, et al. Postoperative mediastinal chyloma. Ann Thorac Surg 1999;68:1857–1858.
417. Higgins CB, Mulder DG. Mediastinal chyloma, a roentgenographic sign of chylous fistula. JAMA 1970;211:1188.
418. Mine H, Tamura K, Tanegashima K, et al. Non-traumatic chylothorax associated with diffuse lymphatic dysplasia. Lymphology 1984;17:111–112.
419. Ngan H, Fok M, Wong J. The role of lymphography in chylothorax following thoracic surgery. Br J Radiol 1988;61:1032–1036.
420. Day DL, Warwick WJ. Thoracic duct opacification for CT scanning. AJR Am J Roentgenol 1985;144:403–404.
421. Qureshy A, Kubota K, Ono S, et al. Thoracic duct scintigraphy by orally

administered I-123 BMIPP: normal findings and a case report. Clin Nucl Med 2001;26:847–855.
422. Kettner BI, Aurisch R, Ruckert JC, et al. Scintigraphic localization of lymphatic leakage site after oral administration of iodine-123-IPPA. J Nucl Med 1998;39:2141–2144.
423. Al-Sebeih K, Sadeghi N, Al-Dhahri S. Bilateral chylothorax following neck dissection: a new method of treatment. Ann Otol Rhinol Laryngol 2001;110:381–384.
424. Hillerdal G. Chylothorax and pseudochylothorax. Eur Respir J 1997;10:1157–1162.
425. Hillerdal G. Chyliform (cholesterol) pleural effusion. Chest 1985;88:426–428.
426. Ferguson GC. Cholesterol pleural effusion in rheumatoid lung disease. Thorax 1966;21:577–582.
427. Johnson JR, Falk A, Iber C, et al. Paragonimiasis in the United States. A report of nine cases in Hmong immigrants. Chest 1982;82:168–171.
428. Groskin SA. Selected topics in chest trauma. Radiology 1992;183:605–617.
429. Banks J, Cassidy D, Campbell IA, et al. Unusual clinical signs complicating tension haemothorax. Br J Dis Chest 1984;78:272–274.
430. Willson SA, Sawicka EH, Mitchell IC. Spontaneous pneumothorax: an unusual radiological appearance. Br J Radiol 1985;58:173–175.
431. Milner LB, Ryan K, Gullo J. Fatal intrathoracic hemorrhage after percutaneous aspiration lung biopsy. AJR 1979;132:280–281.
432. Rodriguez E, Martinez J, Javaloyas M, et al. Haemothorax in the course of chickenpox. Thorax 1986;41:491.
433. Rasaretnam R, Chanmugam D, Sivathasan C. Spontaneous haemothorax in a mild haemophiliac. Thorax 1976;31:601–604.
434. Millard CE. Massive hemothorax complicating heparin therapy for pulmonary infarction. Chest 1971;59:235–237.
435. Robinson NMK, Thomas MR, Jewitt DE. Spontaneous haemothorax as a complication of anti-coagulation following coronary angioplasty. Respir Med 1995;89:629–630.
436. Spear BS, Sully L, Lewis CT. Pulmonary arteriovenous fistula presenting as spontaneous haemothorax. Thorax 1975;30:355–356.
437. DeFrance JH, Blewett JH, Ricci JA, et al. Massive hemothorax: two unusual cases. Chest 1974;66:82–84.
438. Castells L, Comas P, Gonzalez A, et al. Case report: haemothorax in herediary multiple exostosis. Br J Radiol 1993;66:269–270.
439. Kravis MMJ, Hutton LC. Solitary plasma cell tumor of the pleura manifested as massive hemothorax. AJR 1993;161:543–544.
440. Kupferschmid JP, Shahian DM, Villanueva AG. Massive hemothorax associated with intrathoracic extramedullary hematopoiesis involving the pleura. Chest 1993;103:974–975.
441. Sulis E, Floris C. Haemothorax due to thoracic extramedullary erythropoiesis in thalassaemia intermedia. Br Med J 1985;291:1094.
442. Calvert RJ, Smith E. An analytical review of spontaneous haemopneumothorax. Thorax 1955;10:64–72.
443. Shepard MK, Mancini MC, Campbell GD Jr, George R. Right-sided hemothorax and recurrent abdominal pain in a 34-year-old woman. Chest 1993;103:1239–1240.
444. Yeh T. Endometriosis within the thorax: metaplasia, implantation, or metastasis? J Cardiovasc Surg 1967;53:201–205.
445. Deaton W, Johnston F. Spontaneous hemopneumothorax. J Thorac Cardiovasc Surg 1962;43:413–415.
446. Slind RO, Rodarte JR. Spontaneous hemothorax in an otherwise healthy young man. Chest 1974;66:81.
447. Yung CM, Bessen SC, Hingorani V, et al. Idiopathic hemothorax, Chest 1979;103:638–639.
448. Reynolds J, Davis JT. Injuries of the chest wall, pleura, pericardium, lungs, bronchi and esophagus. Radiol Clin North Am 1966;4:383–401.
449. Qureshi MM, Roble DC, Gindin RA, et al. Subarachnoid-pleural fistula. Case report and review of the literature. J Thorac Cardiovasc Surg 1986;91:238–241.
450. Wolverson MK, Crepps LF, Sundaram M, et al. Hyperdensity of recent hemorrhage at body computed tomography: incidence and morphologic variation. Radiology 1983;148:779–784.
451. McLoud TC, Isler R, Head J. The radiologic appearance of chemical pleurodesis. Radiology 1980;135:313–317.
452. Eyler WR, Monsein LH, Beute GH, et al. Rib enlargement in patients with chronic pleural disease. AJR Am J Roentgenol 1996;167:921–926.
453. Aberle DR, Gamsu G, Ray CS. High-resolution CT of benign asbestos-related diseases: clinical and radiographic correlation. AJR Am J Roentgenol 1988;151:883–891.
454. Leung AN, Müller NL, Miller RR. CT in differential diagnosis of diffuse pleural disease. AJR Am J Roentgenol 1990;154:487–492.
455. Im J-G, Webb W, Rosen A, et al. Costal pleura: Appearances at high-resolution CT. Radiology 1989;171:125–131.
456. Hulnick DH, Naidich DP, McCauley DI. Pleural tuberculosis evaluated by computed tomography. Radiology 1983;149:759–765.
457. Schmitt WG, Hubener KH, Rucker HC. Pleural calcification with persistent effusion. Radiology 1983;149:633–638.
458. Waite RJ, Carbonneau RJ, Balikian JP, et al. Parietal pleural changes in empyema: appearances at CT. Radiology 1990;175:145–150.
459. Takasugi JE, Godwin JD, Teefey SA. The extrapleural fat in empyema: CT appearance. Br J Radiol 1991;64:580–583.
460. Bury T, Paulus P, Dowlati A, et al. Evaluation of pleural diseases with FDG-PET imaging: preliminary report. Thorax 1997;52:187–189.
461. Hierholzer J, Luo L, Bittner RC, et al. MRI and CT in the differential diagnosis of pleural disease. Chest 2000;118:604–609.
462. Franquet T, Gimenez A, Cremades R, et al. Spontaneous reversibility of "pleural thickening" in a patient with semi-invasive pulmonary aspergillosis: radiographic and CT findings. Eur Radiol 2000;10:722–724.
463. Chong VF, Fan YF. Invasive thymoma presenting as pleural thickening. AJR Am J Roentgenol 1997;168:568–569.
464. Lee MJ, Breatnach E. Pleural thickening caused by leukemic infiltration: pleural findings. AJR Am J Roentgenol 1994;163:1527–1528.
465. Neff CC, vanSonnenberg E, Lawson DW, et al. CT follow-up of empyemas: pleural peels resolve after percutaneous catheter drainage. Radiology 1990;176:195–197.
466. Buchanan DR, Johnston ID, Kerr IH, et al. Cryptogenic bilateral fibrosing pleuritis. Br J Dis Chest 1988;82:186–193.
467. Lee-Chiong TL Jr, Hilbert J. Extensive idiopathic benign bilateral asynchronous pleural fibrosis. Chest 1996;109:564–565.
468. Oliver RM, Neville E. Progressive apical pleural fibrosis: a 'constrictive' ventilatory defect. Br J Dis Chest 1988;82:439–443.
469. Azoulay E, Paugam B, Heymann MF, et al. Familial extensive idiopathic bilateral pleural fibrosis. Eur Respir J 1999;14:971–973.
470. Hayes JP, Wiggins J, Ward K, et al. Familial cryptogenic fibrosing pleuritis with Fanconi's syndrome (renal tubular acidosis). A new syndrome. Chest 1995;107:576–578.
471. Gilmartin D. The serratus anterior muscle on chest radiographs. Radiology 1979;131:629–635.
472. Collins JD, Brown RK, Batra P. Asbestosis and the serratus anterior muscle. J Natl Med Assoc 1983;75:296–300.
473. Sargent EN, Boswell WD Jr, Ralls PW, et al. Subpleural fat pads in patients exposed to asbestos: distinction from non-calcified pleural plaques. Radiology 1984;152:273–277.
474. Vix VA. Extrapleural costal fat. Radiology 1974;112:563–565.

75. Renner RR, Pernice NJ. The apical cap. Semin Roentgenol 1977;12:299–302.
76. Renner RR, Markarian B, Pernice NJ, et al. The apical cap. Radiology 1974;110:569–573.
71. Jamison H. Anatomic-roentgenographic study of pleural domes and pulmonary apices, with special reference to apical subpleural scars. Radiology 1941;36:302–314.
78. Butler C, 2nd, Kleinerman J. The pulmonary apical cap. Am J Pathol 1970;60:205–216.
79. Yousem SA. Pulmonary apical cap: a distinctive but poorly recognized lesion in pulmonary surgical pathology. Am J Surg Pathol 2001;25:679–683.
80. McLoud TC, Isler RJ, Novelline RA, et al. The apical cap. AJR Am J Roentgenol 1981;137:299–306.
81. Proto AV. Conventional chest radiographs: anatomic understanding of newer observations. Radiology 1992;183:593–603.
82. Im JG, Webb WR, Han MC, et al. Apical opacity associated with pulmonary tuberculosis: high-resolution CT findings. Radiology 1991;178:727–731.
83. Reeder LB. Malignant pleural effusions. Curr Treat Options Oncol 2001;2:93–96.
84. Sahn SA. Management of malignant pleural effusions. Monaldi Arch Chest Dis 2001;56:394–399.
85. de Campos JR, Vargas FS, de Campos Werebe E, et al. Thoracoscopy talc poudrage: a 15-year experience. Chest 2001;119:801–806.
86. Tschopp JM, Frey JG. Treatment of primary spontaneous pneumothorax by simple talcage under medical thoracoscopy. Monaldi Arch Chest Dis 2002;57:88–92.
87. Marom EM, Erasmus JJ, Herndon JE, 2nd, et al. Usefulness of imaging-guided catheter drainage and talc sclerotherapy in patients with metastatic gynecologic malignancies and symptomatic pleural effusions. AJR Am J Roentgenol 2002;179:105–108.
88. Marom EM, Patz EF Jr, Erasmus JJ, et al. Malignant pleural effusions: treatment with small-bore-catheter thoracostomy and talc pleurodesis. Radiology 1999;210:277–281.
89. Murray JG, Patz EF Jr, Erasmus JJ, et al. CT appearance of the pleural space after talc pleurodesis. AJR Am J Roentgenol 1997;169:89–91.
90. Light RW. Talc should not be used for pleurodesis. Am J Respir Crit Care Med 2000;162:2024–2026.
91. Sahn SA. Talc should be used for pleurodesis. Am J Respir Crit Care Med 2000;162:2023–2024; discussion 2026.
92. Brant A, Eaton T. Serious complications with talc slurry pleurodesis. Respirology 2001;6:181–185.
493. Vix VA. Roentgenographic manifestations of pleural disease. Semin Roentgenol 1977;12:277–286.
494. Sargent EN, Jacobson G, Gordonson JS. Pleural plaques: a signpost of asbestos dust inhalation. Semin Roentgenol 1977;12:287–297.
495. Shapir J, Lisbona A, Palayew MJ. Chronic calcified empyema. J Can Assoc Radiol 1981;32:24–27.
496. Im JG, Chung JW, Han MC. Milk of calcium pleural collections: CT findings. J Comput Assist Tomogr 1993;17:613–616.
497. Scales FE, Lee ME. Nonoperative diagnosis of intrathoracic splenosis. AJR Am J Roentgenol 1983;141:1273–1274.
498. Dalton ML Jr, Strange WH, Downs EA. Intrathoracic splenosis. Case report and review of the literature. Am Rev Respir Dis 1971;103:827–830.
499. Normand JP, Rioux M, Dumont M, et al. Thoracic splenosis after blunt trauma: frequency and imaging findings. AJR Am J Roentgenol 1993;161:739–741.
500. Moncada R, Williams V, Fareed J, et al. Thoracic splenosis. AJR Am J Roentgenol 1985;144:705–706.
501. Yammine JN, Yatim A, Barbari A. Radionuclide imaging in thoracic splenosis and a review of the literature. Clin Nucl Med 2003;28:121–123.
502. Naylor MF, Karstaedt N, Finck SJ, et al. Noninvasive methods of diagnosing thoracic splenosis. Ann Thorac Surg 1999;68:243–244.
503. Davis HH, 2nd, Varki A, Heaton WA, et al. Detection of accessory spleens with indium 111-labeled autologous platelets. Am J Hematol 1980;8:81–86.
504. Chee CB, Abisheganaden J, Yeo JK, et al. Persistent air-leak in spontaneous pneumothorax – clinical course and outcome. Respir Med 1998;92:757–761.
505. Abolnik IZ, Lossos IS, Gillis D, et al. Primary spontaneous pneumothorax in men. Am J Med Sci 1993;305:297–303.
506. Killen D, Gobbel W. Spontaneous pneumothorax. Boston: Little, Brown, 1968.
507. Inouye WY, Berggren RB, Johnson J. Spontaneous pneumothorax: treatment and mortality. Dis Chest 1967;51:67–73.
508. Melton LJ, 3rd, Hepper NG, Offord KP. Incidence of spontaneous pneumothorax in Olmsted County, Minnesota: 1950 to 1974. Am Rev Respir Dis 1979;120:1379–1382.
509. Greene R, McLoud TC, Stark P. Pneumothorax. Semin Roentgenol 1977;12:313–325.
510. Ruckley CV, McCormack RJ. The management of spontaneous pneumothorax. Thorax 1966;21:139–144.
511. Lesur O, Delorme N, Fromaget JM, et al. Computed tomography in the etiologic assessment of idiopathic spontaneous pneumothorax. Chest 1990;98:341–347.
512. Bense L, Lewander R, Eklund G, et al. Nonsmoking, non-alpha 1-antitrypsin deficiency-induced emphysema in nonsmokers with healed spontaneous pneumothorax, identified by computed tomography of the lungs [see comments]. Chest 1993;103:433–438.
513. Warner BW, Bailey WW, Shipley RT. Value of computed tomography of the lung in the management of primary spontaneous pneumothorax. Am J Surg 1991;162:39–42.
514. West JB. Distribution of mechanical stress in the lung, a possible factor in localisation of pulmonary disease. Lancet 1971;1:839–841.
515. Glazier JB, Hughes JM, Maloney JE, et al. Vertical gradient of alveolar size in lungs of dogs frozen intact. J Appl Physiol 1967;23:694–705.
516. Melton LJ, 3rd, Hepper NG, Offord KP. Influence of height on the risk of spontaneous pneumothorax. Mayo Clin Proc 1981;56:678–682.
517. Giuffre B. Supine pneumothoraces in adults. Australas Radiol 1984;28:335–338.
518. Scott GC, Berger R, McKean HE. The role of atmospheric pressure variation in the development of spontaneous pneumothoraces. Am Rev Respir Dis 1989;139:659–662.
519. Gilmartin JJ, Wright AJ, Gibson GJ. Effects of pneumothorax or pleural effusion on pulmonary function. Thorax 1985;40:60–65.
520. Norris RM, Jones JG, Bishop JM. Respiratory gas exchange in patients with spontaneous pneumothorax. Thorax 1968;23:427–433.
521. Kircher L, Swartzel R. Spontaneous pneumothorax and its treatment. JAMA 1954;155:24–29.
522. Northfield TC. Oxygen therapy for spontaneous pneumothorax. Br Med J 1971;4:86–88.
523. Lippert HL, Lund O, Blegvad S, et al. Independent risk factors for cumulative recurrence rate after first spontaneous pneumothorax. Eur Respir J 1991;4:324–331.
524. Jenkinson SG. Pneumothorax. Clin Chest Med 1985;6:153–161.
525. Sharpe IK, Ahmad M, Braun W. Familial spontaneous pneumothorax and HLA antigens. Chest 1980;78:264–268.
526. Leites V, Tannenbaum E. Familial spontaneous pneumothorax. Am Rev Respir Dis 1960;82:240–241.
527. Wilson WG, Aylsworth AS. Familial spontaneous pneumothorax. Pediatrics 1979;64:172–175.
528. Sugiyama Y, Maeda H, Yotsumoto H, et al. Familial spontaneous pneumothorax. Thorax 1986;41:969–970.
529. Rashid A, Sendi A, Al-Kadhimi A, et al. Concurrent spontaneous pneumothorax in identical twins. Thorax 1986;41:971.