opacities similar to those seen in silicosis.[973, 977] Spontaneous pneumothorax occurs in slightly more than 10% of cases.[971] Rare complications include fungus ball formation[978] and extensive calcification of the nodules.[977]

Clinical Manifestations

The majority of patients reported to have chronic berylliosis have been exposed to the dust for more than 2 years. Typically, symptoms develop insidiously after a latent period that may be as long as 15 years after the last exposure to dust.[948, 979, 980] Occasionally, patients have minimal symptoms and radiographic manifestations.[883] Some investigators believe that the disease can be precipitated by certain trigger factors, such as pregnancy, withdrawal from exposure, and even the performance of a beryllium patch test.[950, 981]

Early symptoms include cough, fatigue, weight loss, increasing dyspnea on exertion, and, sometimes, migratory arthralgia. Crackles may be heard on auscultation, and the liver and spleen may be palpable. With progression of disease, cyanosis may become evident, and in approximately 30% of patients, clubbing of the fingers and toes develops; cor pulmonale is frequent at this stage. Symptoms of systemic disease may be related to myocarditis, gout, and nephrolithiasis. Dermal lesions similar to those seen in sarcoidosis may occur.

Laboratory Findings and Diagnosis

Hypergammaglobulinemia, hypercalciuria, hyperuricemia, and polycythemia are not uncommon findings;[948, 979, 980, 982] up to 10% of patients develop renal calculi. The serum angiotensin-converting enzyme level may be elevated, although this may also be seen in healthy beryllium-exposed workers.[983] The total number of cells obtained by BAL is increased, principally owing to larger numbers of lymphocytes;[954] most are CD4+ T cells,[957] and there is consequently an increased helper-to-suppressor ratio. In nonsmokers, the intensity of this "lymphocytic alveolitis" correlates with the clinical severity of the berylliosis.[984]

Confirmation of the diagnosis may be obtained by a patch test showing hypersensitivity to beryllium.[985, 986] The proliferative response to beryllium of lymphocytes in specimens obtained by BAL has also been proposed as a useful diagnostic test,[941, 987-989] although its expense and time-consuming nature may preclude its use as a screening tool.[990] A positive test may precede the development of clinically evident disease or abnormalities of pulmonary function.[991, 992] Abnormal peripheral blood lymphocyte proliferation on exposure to beryllium is seen in most patients;[951, 955, 991] this test may be useful in differential diagnosis of other granulomatous disorders[989] because beryllium-exposed workers who do not have disease or sensitization do not demonstrate this response. In one study of a small number of patients who had chronic berylliosis, one group of workers found this test to show 100% sensitivity and specificity.[988] In one study, a serum neopterin value of 1.27 ng/ml in workers who had an abnormal beryllium lymphocyte proliferation test was 88% specific and had a positive predictive value of 92% for the diagnosis of chronic beryllium disease.[993]

For obvious reasons, the disease may be confused with sarcoidosis.[941, 994] Careful elucidation of any history of possible exposure to beryllium helps prevent diagnostic error. As indicated previously, although there is overlap between healthy individuals and patients who have sarcoidosis or berylliosis, the tissue level of beryllium is generally higher in berylliosis, and its measurement may be helpful in some cases in which exposure history is unclear.[968]

Pulmonary Function Tests

Abnormalities of pulmonary function are common.[996] In one investigation of 41 patients, they were apparent in 39;[997] 16 manifested an obstructive pattern, 8 manifested a restrictive one, and 15 had diminished diffusing capacity without evidence of either obstruction or restriction. Patients who had obstructive lung disease were not necessarily smokers. Similar findings were reported in a more recent study.[998] Evidence of functional derangement may precede radiographic evidence of disease;[999] the first measurable abnormality is likely an elevation of dead space ventilation on exercise.[998] In more advanced disease, $PaO_2$ is decreased, even at rest. Diffusing capacity may be reduced, and alveolar-arterial oxygen difference may be increased. A few patients have functional impairment suggestive of emphysema.

Prognosis and Natural History

The prognosis of patients who have symptomatic, chronic berylliosis is poor,[997, 998] particularly when there is complicating cor pulmonale. There is evidence that the presence of a granulomatous reaction in the lung parenchyma as opposed to simple mononuclear inflammatory cell infiltration is associated with a better prognosis.[945] Despite these findings, there is evidence that a reduction in the concentration of beryllium in the air can result in a significant improvement in lung function. For example, in one study of 20 men who had hypoxemia at the time air pollution was reduced, 13 showed improvement in arterial blood gases and lower alveolar-arterial gradients in a follow-up study 3 years later;[1000] some of these patients also showed an improvement in the severity of radiographic abnormalities.

Beryllium is a well-known carcinogen that is capable of causing pulmonary carcinoma in animals.[1001] Large cohort studies support the hypothesis that it is a carcinogen for humans as well,[1002, 1003] particularly for those individuals who have suffered from acute berylliosis.

**Aluminum**

Because of its versatility and metallic properties, occupational contact with aluminum is common: in the United States, approximately 2 million individuals are exposed directly to aluminum oxide, and almost the same number have contact with base or coated metal.[1004] Exposure can occur in several situations, including the following:

1. In the reduction of alumina to metallic aluminum during the process of smelting.[1005] This occurs in large rooms (pot rooms) that contain many potentially toxic gases and fumes in addition to aluminum dust. Although bauxite itself is generally believed to be innocuous, the results of one pathologic study suggested that it may cause pulmonary

fibrosis.[1007] In addition, workers involved in the mining and refining of bauxite have been found to have an increasing prevalence of low-profusion reticular densities radiologically with increasing dust exposure, an effect enhanced by smoking but unexplained by age.[1008]

    2. During the preparation or use of aluminum powder derived either from stamping of cold metal (flake type) or directly from molten metal (granular type).[1009–1013]

    3. During aluminum arc welding.[1014–1016]

    4. During the grinding or polishing of aluminum products[1017, 1018] or in the manufacture or use of aluminum-based abrasive grinding tools.[1004]

    Although each of these situations has been associated with pulmonary disease, it is not certain that aluminum is the pathogenetic agent in every instance because there is often concomitant exposure to other potentially toxic substances.[1005, 1019] This pathogenetic uncertainty is supported by experimental animal studies in which there has been minimal or no pulmonary reaction to inhaled aluminum.[1020, 1021] In addition, after the observation that silicosis does not develop in rabbits that inhale dust containing 1 part of aluminum to 100 parts of freshly fractured quartz,[1022] aluminum was added prophylactically to dust inhaled by miners exposed to silica;

such addition apparently has had no untoward effects.[1023] Despite these findings, other animal experiments have been associated with a significant fibrotic reaction to inhaled aluminum,[1024, 1025] implying that true toxicity may occur in some situations. Although differences in the species, method of aluminum administration, or form of aluminum employed (e.g., fibrous versus nonfibrous[1004]) may underlie the discrepant findings in the experimental studies, it has been hypothesized that host factors, perhaps mediated by immunologic mechanisms, may also be responsible.[1013, 1016]

    Pathologic findings in the lungs of individuals exposed to aluminum are variable and, as indicated, may be caused in some cases by substances other than aluminum itself. Diffuse interstitial fibrosis has been described in workers engaged in smelting[1026, 1027] and in the production of grinding wheels[1004] and abrasives.[1010] Other histologic reactions that have been reported include desquamative interstitial pneumonitis,[1014] alveolar proteinosis,[1017] and diffuse granulomatous inflammation.[1013, 1016]

    Radiographic abnormalities may become apparent after a few months or several years of exposure.[215, 1011] Fully developed changes consist of a fine-to-coarse reticular pattern widely distributed throughout the lungs (Fig. 60–61), sometimes with a nodular component.[1011] The fibrosis fre-





**Figure 60–61. Bauxite Pneumoconiosis (Shaver's Disease).** A 29-year-old man had been exposed for a number of years to bauxite in the manufacture of corundum. The first posteroanterior radiograph *(A)* revealed a coarse reticulonodular pattern throughout both lungs involving predominantly the upper and middle lung zones. Slightly more than 1 year later *(B),* the disease had extended to a remarkable degree, the reticulonodular shadows being confluent in many areas. Shortly after this second radiograph was obtained, the patient suffered bilateral pneumothorax *(C)* associated with marked collapse of both lungs. This was one of several similar episodes of pneumothorax, some of which were unilateral and others bilateral.



**Figure 60–62. Aluminum Pneumoconiosis.** A 52-year-old man with a history of exposure to aluminum for 7 years presented with exertional dyspnea. A posteroanterior chest radiograph *(A)* demonstrates a diffuse, bilateral reticular pattern. HRCT images targeted to the right lung *(B)* better demonstrate the reticular pattern and the presence of honeycombing. (Courtesy of Dr. Masanori Akira, Department of Radiology, National Kinki Chuo Hospital Chest Disease, Osaka, Japan.)

quently involves the upper lobes.[1004] HRCT findings have been described in one study of six workers, in whom the abnormalities consisted of predominantly small nodular opacities in two and a reticular pattern in four;[1029] honeycombing was also present in two patients (Fig. 60–62). In five of the six patients, the abnormalities involved mainly the upper lung zones. Lung volume may be greatly decreased, and the pleura may become thickened; spontaneous pneumothorax is a frequent complication (*see* Fig. 60–61).

Breathlessness is the chief symptom; in severe cases, it may be disabling and lead to death from pulmonary insufficiency.[1010, 1011] Work in aluminum smelters has been

associated with the development of both asthma and chronic air-flow obstruction.[1030–1039] Pulmonary function studies have shown both restrictive and obstructive disease with reduction in diffusing capacity.[215, 1004] No association with the development of carcinoma was found in one cohort study.[1006]

### Cobalt and Tungsten Carbide

The term *hard metal* is usually used to refer to an alloy of tungsten, carbon, and cobalt, occasionally with the addition of small amounts of other metals, such as titanium, tantalum, nickel, and chromium.[1040, 1041] The resulting product is extremely hard and resistant to heat and is used extensively in the drilling and polishing of other metals. Exposure to dust can occur during either the manufacture or the use of the metal and is well recognized as a cause of interstitial pneumonitis and fibrosis.[1042–1046]

The etiology and pathogenesis of disease are unclear. The results of experimental studies in animals suggest that cobalt is the causative agent,[1041, 1047] a hypothesis supported by the observation that diamond polishers—who are exposed to high concentrations of cobalt alone—develop pulmonary disease virtually identical to that seen in hard metal workers.[1048] There is evidence, however, that the effects of cobalt are enhanced by the presence of tungsten carbide;[1041] moreover, in some autopsy studies of patients who have interstitial fibrosis and a history of exposure to hard metals, cobalt has not been found in the lung tissue.[1049, 1050] It has thus been suggested that the disease may result in some workers from a hypersensitivity reaction analogous to that seen in berylliosis.[1044, 1049] Some cases of asthma have also been associated with cobalt exposure;[1051, 1052] there is evidence that this may be caused by an immunologically mediated hypersensitivity reaction,[1053, 1054] possibly enhanced by cigarette smoking.[1055]

Pathologic findings are predominantly those of interstitial pneumonitis and fibrosis.[1040, 1047] Characteristically, numerous macrophages are present in alveolar air spaces, creating a pattern simulating desquamative interstitial pneumonitis. In many cases, multinucleated giant cells are prominent, both in the air spaces and lining alveolar walls, resulting in a pattern of giant cell interstitial pneumonitis (Fig. 60–63);[1040, 1044, 1056, 1057] the giant cells can also be seen in cytology specimens obtained by bronchial washing.[1058] Obliterative bronchiolitis has been noted occasionally.[1040, 1056] Particulate material may or may not be identified within the macrophages or giant cells by light microscopy; spectroscopic analysis reveals predominantly tungsten with little evidence of cobalt.[1040]

The radiographic findings consist of a diffuse micronodular and reticular pattern, sometimes associated with lymph node enlargement; the reticulation may be coarse[1059] and in advanced disease may be accompanied by small cystic spaces.[1047, 1060] In one study of two hard metal workers, the HRCT findings consisted of bilateral areas of ground-glass attenuation, areas of consolidation, and extensive reticular opacities and traction bronchiectasis indicative of fibrosis (Fig. 60–64);[1029] autopsy correlation in one case showed the areas of ground-glass attenuation and consolidation to correspond to aggregates of mononuclear and multinucleated giant cells.

Symptoms include cough, sometimes productive,[1043]



**Figure 60–63. Hard Metal Lung Disease.** The section shows moderately severe interstitial pneumonitis and fibrosis and the presence of a large number of irregular multinucleated giant cells in the alveolar air spaces. (×80.)

and dyspnea on exertion; severe respiratory insufficiency sometimes develops and can prove fatal.[1059, 1061, 1062] Weight loss out of proportion to the degree of respiratory impairment is frequently seen, possibly related to the elaboration of TNF-α by lung inflammatory cells.[1063]

In the appropriate clinical setting, the identification of multinucleated giant cells in BAL fluid supports the diagnosis. Eosinophilia was noted in the BAL fluid of one worker who had combined heavy metal and aluminum dust exposure.[1064] Pulmonary function tests reveal both restrictive[1043, 1065] and obstructive patterns,[1066] and diffusing capacity may be reduced.[1043, 1047, 1065] Minor alterations in spirometry without radiologic abnormalities were described in a group of diamond polishers[1066a] and in a group of saw filers[1067] exposed to "high" cobalt exposure, which nevertheless respected the industry threshold limit value for cobalt.

### Silicon Carbide

Silicon carbide (carborundum) is produced by fusion at high temperature of high-grade sand, finely ground carbon (coke), salt, and wood dust.[1068] The resulting product is extremely hard and is used as an abrasive. Although the findings of experimental animal studies have suggested that



**Figure 60–64. Hard Metal Lung Disease.** A 45-year-old Japanese man presented with exertional dyspnea. He had a history of exposure to hard metal for 5 years. A chest radiograph *(A)* demonstrates a coarse reticular pattern involving mainly the peripheral lung regions and the lower lung zones. HRCT images targeted to the left lung *(B)* demonstrate extensive areas of ground-glass attenuation. Irregular linear opacities and traction bronchiectasis consistent with fibrosis are also evident. Several cystic spaces consistent with end-stage honeycombing are present in the subpleural lung regions. (Courtesy of Dr. Masanori Akira, Department of Radiology, National Kinki Chuo Hospital Chest Disease, Osaka, Japan.)

the substance is inert,[1068–1070] workers in the carborundum industry have had pathologic evidence of interstitial fibrosis and macrophage accumulation[1071] accompanied by radiographic and pulmonary function abnormalities.[1069, 1072–1075] It is not certain to what extent these changes are caused by silica derived from the sand, by other contaminants in the dust such as cristobalite or tridymite, or by silicon carbide fibers produced during the manufacturing process.[1069, 1076, 1077]

Silicon carbide can be identified in tissue sections as thin black fibers often associated with an iron-protein coat (ferruginous bodies) (Fig. 60–65). Some investigators have suggested a possible association of exposure with pulmonary carcinoma;[1071] however, in one large epidemiologic study, no evidence of excess deaths from this cause was found.[1078] Radiographic findings include nodular, reticulonodular, or reticular opacities with or without hilar lymphadenopathy (Fig. 60–66).[1079, 1081] Pleural plaques similar to those seen in asbestos-exposed individuals have also been described.[1075]

### Polyvinyl Chloride

In its pure form, polyvinyl chloride is a white powder that is produced by polymerization under pressure of the gas vinyl chloride;[1082] it is used in the manufacture of plastics, synthetic fibers, and numerous other commercial products. There is evidence that inhalation of the substance, either

during its production or its use in the manufacture of other materials, may be associated with chronic pulmonary disease. Epidemiologic studies have shown the presence of radiographic abnormalities consistent with pneumoconiosis in 3% to 20% of workers.[1083–1085] Evidence of obstructive pulmonary function was identified in almost half of workers in one investigation. Occasional case reports in humans and experimental studies in animals have also documented a possible association between exposure and the presence of interstitial pneumonitis and fibrosis or the accumulation of interstitial and intra-alveolar macrophages.[1082, 1086–1089] An immunologically-mediated multisystem disorder manifested by Raynaud's phenomenon, acro-osteolysis, thrombocytopenia, portal fibrosis, and hepatic and pulmonary dysfunction has also been ascribed to both polyvinyl chloride and vinyl chloride.[1089a, b, c]

### Titanium Dioxide

Titanium dioxide (rutile, anatase) is derived from the ore ilmenite and is used chiefly as a pigment in paints, paper, and other products; as a mordant in dyeing; as a food additive; and as an alloy in some hard metals. Pathologic examination of the lungs of workers who have been in contact with the substance has generally shown alveolar and interstitial accumulation of pigment-laden macrophages but



**Figure 60–65. Carborundum Lung.** The section *(A)* shows a moderate degree of peribronchiolar fibrosis and pigmented macrophage accumulation. Higher magnification *(B)* shows macrophages to contain abundant "anthracotic" pigment and scattered ferruginous bodies *(arrow)* that have a black fibrous core, representing carborundum. *(A, ×60; B, ×250.)*



**Figure 60–66. Carborundum Lung.** A posteroanterior chest radiograph *(A)* demonstrates bilateral hilar lymphadenopathy as well as small nodular and irregular linear opacities involving mainly the lower lung zones. A magnified view of the right lower lung *(B)* better demonstrates the fine reticulonodular pattern and interlobular septal thickening. The patient had been exposed to carborundum for 33 years in a factory manufacturing abrasives. (Courtesy of Dr. Gaston Ostiguy, Maisonneuve-Rosemont Hospital, Montreal.)

no[1090] or minimal[1091] fibrosis. The apparent innocuity of the material has been corroborated by experimental studies in animals.[1091] Despite these observations, clinical and radiographic disease and histologically evident interstitial fibrosis have been documented in some patients,[1093] and the inertness of the substance has been questioned.

Nonnecrotizing granulomatous inflammation was identified in a biopsy specimen from one patient;[1094] because of a positive lymphocyte transformation test on exposure to titanium, the authors considered the possibility of a hypersensitivity reaction similar to that proposed for berylliosis. In macrophages, titanium dioxide appears as small black granules similar to "anthracotic" pigment (Fig. 60–67); however, in contrast to the latter, they are strongly birefringent.[1091, 1092] Radiographic changes considered consistent with pneumoconiosis have been reported in workers involved in pigment production.[1090–1092] A cross-sectional survey of 209 titanium metal production workers showed a reduction in ventilatory capacity and radiographic evidence of pleural plaques and thickening not clearly attributable to asbestos exposure.[1095] In another investigation of 67 workers in a paint factory in Nigeria, almost 50% were found to have pulmonary symptoms (chest pain, cough) and about 40% to have functional evidence of restrictive lung disease.[1080]

### Volcanic Dust

Volcanic eruption occurs when magma (liquid rock) is extruded from the depths of the earth to its surface. Although the magma may simply flow over the rim of the volcano onto the adjacent earth (where it is known as lava), violent eruption into the atmosphere can also occur and can produce large amounts of ash (tephra). Depending on the severity and nature of the eruption (e.g., whether it is vertical or at an angle to the earth's surface) and on the composition of the magma itself, significant quantities of potentially harmful ash may be spewed into the atmosphere.

The best-studied volcanic eruption from the point of view of human health occurred at Mount Saint Helens in 1980.[1096] As of 1981, 35 individuals were known to have died directly as a result of the eruption;[1097] among the 25 who underwent autopsy, the majority were considered to have asphyxiated as a result of major airway plugging by mucus and inhaled volcanic ash.[1098] In individuals outside the areas of most severe damage, there was a mild increase in the number of acute respiratory complaints, such as cough, wheezing, and dyspnea, probably secondary to airway irritation.[1096] A considerable increase in emergency department attendance by patients who had asthma and bronchitis was also recorded at local hospitals.[1099]

The long-term consequences, if any, of volcanic ash inhalation are unclear. It has been estimated that free crystalline silicates formed about 3% to 7% of the ash of the Mount Saint Helens eruption,[1096] and it is conceivable that persons who suffered heavy exposure might develop chronic pulmonary disease, presumptively and rather remarkably designated *pneumonoultramicroscopicsilicovolcanoconiosis*![1100] Whether individuals exposed to ash derived from other volcanic sites also have a risk for the development of disease is unclear.



**Figure 60–67. Titanium Lung.** A section of lung shows patchy, moderately severe interstitial thickening *(A)* caused by an accumulation of numerous macrophages *(B)* containing finely granular black pigment; there is minimal fibrosis. (*A*, ×25; *B*, ×630.) (From Moran CA, Mullick FG, Ishak KG, et al: *Identification of titanium in human tissues.* Hum Pathol 22:450, 1991.)

### Synthetic Mineral Fibers

Synthetic mineral fibers are amorphous silicates derived from industrial slag, volcanic rock, ceramic, or glass. Their diameter and length vary considerably, depending on the specific use to which they are put;[1101] for example, fibers used in textiles and as reinforcement in plastics and other materials are mostly between 9 and 25 μm in diameter, whereas those employed in insulation are generally smaller (3 to 6 μm). In contrast to natural silicates, such as asbestos, synthetic fibers break transversely rather than longitudinally when traumatized, resulting in small fragments whose diameter is the same as that of their parents.[1101] Because the potential for causing disease is related to a high length-to-diameter ratio, at least in part,[467, 1101, 1102] this effect may be important in explaining the relative lack of toxicity of these substances.

The bulk of evidence suggests that inhaled synthetic mineral fibers have little, if any, harmful effects on the lungs.[1101] In one autopsy study, no gross or microscopic abnormality was found in the lungs of workers exposed to fiberglass;[1101] in addition, the total number of fibers per gram of dry lung was similar to that of a control group, implying adequate clearance of inhaled particles.[1103] Inhalation of synthetic mineral fibers by rats, hamsters, and monkeys has failed to cause significant fibrosis or neoplasia;[1101, 1104] no alteration of pulmonary structure or inflammatory reaction has been observed except for the presence of alveolar macrophages during the early stages and the development of pro-

teinosis in some animals after 90 days of inhalation.[1105] In addition to these pathologic studies, most epidemiologic investigations, radiographic surveys, and tests of pulmonary function of workers exposed to synthetic mineral fibers have shown no differences from those of appropriate controls.[1101, 1104, 1106, 1107]

Despite the abundant evidence implying lack of pathogenicity of these fibers, the possibility that toxicity might occur in some situations cannot be entirely excluded. It has been suggested, for example, that the results cited previously may simply reflect a relatively low dust exposure.[1107, 1108] In addition, the results of some studies have raised the possibility that the fibers can cause significant tissue damage.[1109] For example, in one investigation of 1,448 fiberglass workers, a statistically significant increase in the number of deaths caused by respiratory disease other than cancer and pneumonia was identified compared with controls.[1110] In another survey of workers involved in the manufacture of refractory ceramic fibers, a type of man-made vitreous fiber, pleural plaques were identified in 5 of 19 workers (26%) who had more than 20 years' exposure, a finding that was not explained by asbestos exposure.[1111] In addition, in a murine model of intense fiberglass exposure, the pulmonary response to fiberglass was found to be similar to that described for crocidolite asbestos.[1112]

The results of several investigations of pulmonary function have also raised questions about the lack of toxicity of synthetic mineral fibers.[1113] For example, in one group of appliance manufacturing workers who had little or no asbes-

tos exposure and who had more than 20 years' exposure to fiberglass, pleural and parenchymal changes as well as alterations in lung function similar to those of asbestos-exposed workers were described in 13%.[1114] However, this study has been criticized for its failure to include control radiographs in the interpretation of the films,[1115] for its failure to adjust for smoking intensity,[1115] and for inadequate consideration of the effects of associated asbestos exposure.[1116] In another study of insulation workers exposed to rock and glass wool, the presence of obstructive lung function and a faster rate of decline in FEV₁ compared to a control group of non–dust-exposed bus drivers were identified.[1117] In a third investigation of workers involved in the manufacture of refractory ceramic fibers, a significant decrease in FVC was found in those individuals who had at least 7 years exposure.[995]

On the basis of the results of these various studies, it seems reasonable to conclude that there is a possible, albeit quantitatively uncertain, risk for the development of pulmonary disease after exposure to man-made mineral fibers.

In contrast to the relative benignity of inhaled synthetic mineral fibers, their instillation directly into the pleural or peritoneal cavities of experimental animals has been shown to be associated with the development of mesothelioma.[1102] Some man-made mineral fibers have been shown to cause hydroxyl radical mediated DNA base modification *in vitro*, possibly explaining the fibers' carcinogenicity.[1118] Despite these observations, no association between mineral fiber inhalation and human mesothelioma has been documented. Some investigators have argued that fibrous glass materials are carcinogenic and that they may be as potent in this respect as asbestos on a fiber-per-fiber basis.[1119] However, when cigarette smoking is taken into account, no increase in the prevalence of pulmonary carcinoma has been found in exposed workers.[1120–1124]

### Dust Exposure in Dental Technicians

Although the radiographic abnormalities that sometimes develop in dental technicians have been attributed to SiO₂, it is probable that other agents are involved as well: Air concentration exposure studies and mineralogic analyses of BAL fluid and lung tissue of affected patients have disclosed a variety of substances in addition to silica, including chromium, nickel, aluminum, cobalt, molybdenum, beryllium, acrylic resin, and alginate impression powder.[14, 15, 1125–1128] The prevalence of pulmonary disease in this occupation may be significant; in one study of dental technicians who had more than 30 years' exposure, 22% were found to have radiologic evidence of pneumoconiosis.[1129]

### Cement Dust

The results of several studies, some epidemiologic and others single case reports, have implicated cement as a cause of pneumoconiosis.[1130] In a radiographic survey of 195 cement workers, many years' exposure to a high concentration of raw and mixed cement dust was found to be associ-

ated with the accentuation of linear markings and ill-defined micronodulation;[1131] however, little or no evidence of radiographic abnormality has been found in other studies.[1131, 1132] Although an increased incidence of carcinoma of the stomach was described in cement workers in one study,[1133] no increase in mortality was observed from respiratory disease. It has been speculated that cement dust may be involved in the pathogenesis of chronic air-flow obstruction in tunnelers using the shotcrete method (in which the tunnel is excavated by shooting a mixture of cement, water, and sand under high pressure).[1134] A case of alveolar proteinosis arising in a cement truck driver has also been reported.[1135] It is possible that these abnormalities may have been caused by the quartz and asbestos that are present in varying amounts in some cement.

### Zirconium

Zirconium is a heavy metal used as an alloy in the nuclear industry and in the glazing of ceramic tiles. A single case of pulmonary fibrosis has been reported in association with its use.[1136] Granulomatous interstitial disease imitating sarcoidosis or acute hypersensitivity pneumonitis has also been described in some individuals.[1137–1139] Such effects are unusual, however; in one long-term study of 178 men followed from 1975 to 1988, no evidence of radiographic or functional abnormalities related to the mineral was identified.[1140]

### Nylon Flock

Flock is finely cut nylon that is used in upholstery, clothing, and automobiles. An excess incidence of chronic diffuse interstitial lung disease has been described in two North American nylon flock production/flocking plants;[1028, 1141] in one study of 165 workers in a plant in Rhode Island, 7 (4%) were affected. Tissue obtained from transbronchial and wedge lung biopsy specimens has demonstrated nonspecific interstitial pneumonitis or (rarely) bronchiolitis obliterans organizing pneumonia;[1028] nodular lymphoid infiltrates with germinal centers have been seen in most patients, particularly in a peribronchovascular distribution. No granulomatous inflammation has been noted, and the precise cause of the abnormalities has not been identified.

In one investigation of eight patients, four had diffuse reticulonodular opacities, one had patchy consolidation, and three had normal chest radiographs.[1028] HRCT demonstrated bilateral patchy areas of ground-glass attenuation in six patients and peripheral honeycombing in the other two patients;[1028] two patients had focal areas of consolidation and one had diffuse micronodularity associated with the areas of ground-glass attenuation. Symptoms of dry cough and dyspnea occur with a mean latency of 6 years after initial exposure. Improvement has been noted after cessation of exposure and with the use of corticosteroids; however, no workers have recovered completely during the reported follow-up period.[1141]

# REFERENCES

1. The Fourth International Pneumoconiosis Conference: Working Party on the Definition of Pneumoconiosis Report. Geneva, 1971.

2. Vallyathan V, Mega JF, Shi X, et al: Enhanced generation of free radicals from phagocytes induced by mineral dusts. Am J Respir Cell Mol Biol 6:404, 1992.

3. Utell MJ, Samet JM: Particulate air pollution and health: New evidence on an old problem. Am Rev Respir Dis 147:1334, 1993.

4. Pope CA III, Dockery DW: Acute health effects of $PM_{10}$ pollution on symptomatic and asymptomatic children. Am Rev Respir Dis 145:1123, 1992.

5. Schwartz J, Dockery DW: Increased mortality in Philadelphia associated with daily air pollution concentrations. Am Rev Respir Dis 145:600, 1992.

6. Dockery DW, Schwartz K, Spengler JD: Air pollution and daily mortality: Associations with particulates and acid aerosols. Environ Res 59:362, 1992.

7. Pope CA III: Respiratory hospital admissions associated with $PM_{10}$ pollution in Utah, Salt Lake, and Cache Valleys. Arch Environ Health 46:90, 1991.

8. Chariot P, Couste B, Guillon F, et al: Nonfibrous mineral particles in bronchoalveolar lavage fluid and lung parenchyma from the general population. Am Rev Respir Dis 146:61, 1992.

9. Dumortier P, De Vuyst P, Yernault JC: Comparative analysis of inhaled particles contained in human bronchoalveolar lavage fluids, lung parenchyma and lymph nodes. Environ Health Perspect 102:257, 1994.

9a. Brady AR, Vallyathan NV, Craighead JE: Use of scanning electron microscopy and x-ray energy spectrometry to determine the elemental content of inclusions in human tissue lesions. In Becker RP, Johari O (eds): Scanning Electron Microscopy/1978/II. AMF O'Hare, IL, Scanning Electron Microscopy, Inc, 1978, pp 615–621.

10. Weill H: Epidemiologic methods in the investigation of occupational lung disease. Am Rev Respir Dis 112:1, 1975.

11. Seaton A, Lamb D, Brown WR, et al: Pneumoconiosis of shale miners. Thorax 36:412, 1981.

12. Harris DK: Some hazards in the manufacture and use of plastics. Br J Ind Med 16:221, 1959.

13. Morgenroth K, Kronenberger H, Michalke G, et al: Morphology and pathogenesis of pneumoconiosis in dental technicians. Pathol Respir Pract 179:528, 1985.

14. Rom WN, Lockey JE, Lee JS, et al: Pneumoconiosis and exposures of dental laboratory technicians. Am J Public Health 74:1252, 1984.

15. De Vuyst P, Vande Weyer R, De Coster A, et al: Dental technician's pneumoconiosis: A report of two cases. Am Rev Respir Dis 133:316, 1986.

16. McLaughlin AIG: Pneumoconiosis in foundry workers. Br J Tuberc 51:297, 1957.

17. McLaughlin AIG, Harding HE: Pneumoconiosis and other causes of death in iron and steel foundry workers. AMA Arch Ind Health 14:350, 1956.

18. Morgan WKC, Kerr HD: Pathologic and physiologic studies of welders' siderosis. Ann Intern Med 58:293, 1963.

19. Edstrom HW, Rice DMD: "Labrador lung": An unusual mixed dust pneumoconiosis. CMAJ 126:27, 1982.

20. Mark GJ, Monroe CB, Kazemi H: Mixed pneumoconiosis: Silicosis, asbestosis, talcosis, and berylliosis. Chest 75:726, 1979.

21. Reilly MJ, Rosenman KD, Watt FC, et al: Silicosis surveillance—Michigan, New Jersey, Ohio and Wisconsin, 1987–1990. MMWR CDC Surveillance Summaries 42:23, 1993.

22. Huang J, Shibita E, Takeuchi Y, et al: Comprehensive health evaluation of workers in the ceramics industry. Br J Ind Med 50:112, 1993.

23. Van Sprundel MP: Pneumoconiosis: The situation in developing countries. Exp Lung Res 15:5, 1990.

24. Petrova E, Tsacheva N, Marinova B: Pneumoconioses in Bulgaria—prevalence, development, prognosis and prevention. Cent Eur J Public Health 2:47, 1994.

25. Knishkowy B, Baker EL: Transmission of occupational disease to family contacts. Am J Ind Med 9:543, 1986.

26. Salvi S, Joshi DR, Tayade BO: Hut lung—a domestically acquired pneumoconiosis. J Assoc Physicians India 42:746, 1994.

27. Saiyed HN, Sharma YK, Sadhu HG, et al: Non-occupational pneumoconiosis at high altitude villages in central Ladakh. Br J Ind Med 48:825, 1991.

28. Rey F, Boutin C, Viallat JR, et al: Environmental asbestotic pleural plaques in northeast Corsica: Correlations with airborne and pleural mineralogic analysis. Environ Health Perspect 102:251, 1994.

29. Amandus HE, Reger RB, Pendergrass EP, et al: The pneumoconioses: Methods of measuring progression. Chest 63:736, 1973.

30. International Labor Office (League of Nations): Silicosis. Records of the international conference held at Johannesburg 13–27 August 1930. International Labour Office, Studies and Reports, Series F (Industrial Hygiene), No. 13. Geneva, International Labour Office, 1930, pp 86–93.

30a. International Labor Office: Guidelines for the use of ILO International classification of radiographs of pneumoconioses. Geneva, 1980, pp 1–48.

31. Liddell FDK: An experiment in film reading. Br J Ind Med 20:300, 1963.

32. Liddell FDK, Lindars DC: An elaboration of the I.L.O. classification of simple pneumoconiosis. Br J Ind Med 26:89, 1969.

33. Felson B, Morgan WKC, Bristol LJ, et al: Observations on the results of multiple readings of chest films on coal miners' pneumoconiosis. Radiology 109:19, 1973.

34. Morgan RH, Donner MW, Gayler BW, et al: Decision processes and observer error in the diagnosis of pneumoconiosis by chest roentgenography. Am J Roentgenol 117:757, 1973.

35. Amandus HE, Pendergrass EP, Dennis JM, et al: Pneumoconiosis: Inter-reader variability in the classification of the type of small opacities in the chest roentgenogram. Am J Roentgenol 122:740, 1974.

36. Albin M, Engholm G, Fröström K, et al: Chest x ray films from construction workers: International Labour Office (ILO 1980) classification compared with routine readings. Br J Ind Med 49:862, 1992.

37. Castellan RM, Sanderson WT, Petersen MR: Prevalence of radiographic appearance of pneumoconiosis in an unexposed blue collar population. Am Rev Respir Dis 131:684, 1985.

38. Meyer JD, Islam SS, Ducatman AM, et al: Prevalence of small lung opacities in populations unexposed to dusts. Chest 111:404, 1997.

39. Zitting AJ: Prevalence of radiographic small lung opacities and pleural abnormalities in a representative adult population sample. Chest 107:126, 1995.

40. Liddell FDK: Assessment of radiological progression of simple pneumoconiosis in individual miners. Br J Ind Med 31:185, 1974.

41. Mulloy KB, Coultas DB, Samet JM: Use of chest radiographs in epidemiological investigations of pneumoconioses. Br J Ind Med 50:273, 1993.

42. White NW, Chetty R, Bateman ED: Silicosis among gemstone workers in South Africa: Tiger's-eye pneumoconiosis. Am J Ind Med 19:205, 1991.

43. Rastogi SK, Gupta BN, Chandra H, et al: A study of the prevalence of respiratory morbidity among agate workers. Int Arch Occup Environ Health 63:21, 1991.

44. Hosoda Y, Ueda A, Fujii T: Clay dye pneumoconiosis among rush mat workers. Semin Respir Med 12:55, 1991.

45. Landrigan PJ, Cherniack MG, Lewis FA, et al: Silicosis in a grey iron foundry: The persistence of an ancient disease. Scand J Work Environ Health 12:32, 1986.

46. Posner E: Pneumoconiosis in makers of artificial grinding wheels, including a case of Caplan's syndrome. Br J Ind Med 17:109, 1960.

47. Saiyed HN, Parikh DJ, Ghodasara NB, et al: Silicosis in slate pencil workers: I. An environmental and medical study. Am J Ind Med 8:127, 1985.

48. Saiyed HN, Chatterjee BB: Rapid progression of silicosis in slate pencil workers: II. A follow-up study. Am J Ind Med 8:135, 1985.

49. Rees D, Cronje R, du Toit RS: Dust exposure and pneumoconiosis in a South African pottery: 1. Study objectives and dust exposure. Br J Ind Med 49:459, 1992.

50. Gerhardsson L, Ahlmark A: Silicosis in women: Experience from the Swedish Pneumoconiosis Register. J Occup Med 27:347, 1985.

51. Roche AD, Picard O, Vernhes A: Silicosis of ocher workers: A clinical and anatomopathologic study. Am Rev Tuberc 77:839, 1958.

52. Phibbs BP, Sundin RE, Mitchell RS: Silicosis in Wyoming bentonite workers. Am Rev Respir Dis 103:1, 1971.

53. Erdélyi J, Ökrös A: Über die durch emaileinatmung bewirkten erkrankungen. [Enamel pneumoconiosis.] Fortschr Röntgenstr 92:235, 1960.

54. Parkes WR: Occupational Lung Disease. 3rd ed. Oxford, Butterworth-Heinemann, 1994.

55. Balaan MR, Weber SL, Banks DE: Clinical aspects of coal worker's pneumoconiosis and silicosis. Occup Med 8:19, 1993.

56. Graham WG: Silicosis. Clin Chest Med 13:253, 1992.

57. Morgan WKC, Seaton A: Occupational Lung Diseases. Philadelphia, WB Saunders, 1995.

58. Lapp NL: Lung disease secondary to inhalation of nonfibrous minerals. Clin Chest Med 2:219, 1981.

59. Ziskind M, Jones RN, Weill H: Silicosis. Am Rev Respir Dis 113:643, 1976.

60. Graham WGB, Ashikaga T, Hemenway D, et al: Radiographic abnormalities in Vermont granite workers exposed to low levels of granite dust. Chest 100:1507, 1991.

61. Ng TP, Phoon WH, Lee HS, et al: An epidemiological survey of respiratory morbidity among granite quarry workers in Singapore: Radiological abnormalities. Ann Acad Med Singapore 21:305, 1992.

62. Costello J, Graham WG: Vermont granite workers' mortality study. Am J Ind Med 13:483, 1988.

63. Pang D, Fu SC, Yang GC: Relation between exposure to respirable silica dust and silicosis in a tungsten mine in China. Br J Ind Med 49:38, 1992.

64. Seaton A, Ruckley VA, Addison J, et al: Silicosis in barium miners. Thorax 41:591, 1986.

65. Trapp E, Renzetti AD Jr, Kobayashi T, et al: Cardiopulmonary function in uranium miners. Am Rev Respir Dis 101:27, 1970.

66. Oechsli WR, Jacobson G, Brodeur AE: Diatomite pneumoconiosis: Roentgen characteristics and classification. Am J Roentgenol 85:263, 1961.

67. Caldwell DM: The coalescent lesion of diatomaceous earth pneumoconiosis. Am Rev Tuberc 77:644, 1958.

68. Beskow R: Silicosis in diatomaceous earth factory workers in Sweden. Scand J Respir Dis 59:216, 1978.

69. Cooper WC, Sargent EN: A 26-year radiographic follow-up of workers in a diatomite mine and mill. J Occup Med 26:456, 1984.

70. Banks DE, Morring KL, Boehlecke BA, et al: Silicosis in silica flour workers. Am Rev Respir Dis 124:445, 1981.

71. Middleton EL: The present position of silicosis in industry in Britain. BMJ 2:485, 1929.

72. Gong H Jr, Tashkin DP: Silicosis due to intentional inhalation of abrasive

scouring powder: Case report with long-term survival and vasculitic sequelae. Am J Med 67:358, 1979.

73. Ng TP, Tsin TW, O'Kelly FJ, et al: A survey of the respiratory health of silica-exposed gemstone workers in Hong Kong. Am Rev Respir Dis 135:1249, 1987.

74. Ng TP, Allan WG, Tsin TW, et al: Silicosis in jade workers. Br J Ind Med 42:761, 1985.

75. Kawakami M, Sato S, Takishima T: Silicosis in workers dealing with tonoko: Case reports and analyses of tonoko. Chest 72:635, 1977.

75a. Hughes JM, Weill H, Checkoway H, et al: Radiographic evidence of silicosis risk in the diatomaceous earth industry. Am J Respir Crit Care Med 158:807, 1998.

76. Prowse K, Allen MB, Bradbury SP: Respiratory symptoms and pulmonary impairment in male and female subjects with pottery workers' silicosis. Ann Occup Hyg 33:375, 1989.

77. Hirsch M, Bar-Ziv J, Lehmann E, et al: Simple siliceous pneumoconiosis of Bedouin tribesmen in the Negev desert. Clin Radiol 25:507, 1974.

78. Palmer PES, Daynes G: Transkei silicosis. S Afr Med J 41:1182, 1967.

79. Norboo T, Angchuk PT, Yahya M, et al: Silicosis in a Himalayan village population: Role of environmental dust. Thorax 46:341, 1991.

80. Saiyed HN, Sharma YK, Sadhu HG, et al: Non-occupational pneumoconiosis at high altitude villages in central Ladakh. Br J Ind Med 48:825, 1991.

81. Dumontet C, Biron F, Vitrey D, et al: Acute silicosis due to inhalation of a domestic product. Am Rev Respir Dis 143:880, 1991.

82. Gong H, Tashkin DP: Silicosis due to intentional inhalation of abrasive scouring powder. Am J Med 67:358, 1979.

83. Daize E, Marti-Flich J, Palmier B, et al: Acute silicosis caused by intentional inhalation of scouring powder. Ann Fr Anesth Reanim 13:251, 1994.

84. International Agency for Research on Cancer: Silica and some silicates. IARC Monogr Eval Carcinog Risks Hum vol 42, 1986.

85. Seaton A, Legge JS, Henderson J, et al: Accelerated silicosis in Scottish stonemasons. Lancet 337:341, 1991.

86. Valiante DJ, Rosenman KD: Does silicosis still occur? JAMA 262:3003, 1989.

87. Carel RS, Salman H, Bar-Ziv J: "Souvenir" casting silicosis. Chest 106:1272, 1994.

88. Banks DE, Balaan M, Wang M: Silicosis in the 1990s revisited. Chest 111:837, 1997.

89. Rosenman KD, Reilly MJ, Kalinowski DJ, et al: Silicosis in the 1990s. Chest 111:779, 1997.

90. Beckett W, Abraham J, Becklake M, et al: Adverse effects of crystalline silica exposure. Am J Respir Crit Care Med 155:761, 1997.

90a. Silicosis deaths among young adults—United States, 1968–1994. MMWR 47:331, 1998.

91. Murray J, Kielkowski D, Reid P: Occupational disease trends in black South African gold miners. Am Rev Respir Crit Care Med 153:706, 1996.

92. Zhong Y, Li D: Potential years of life lost and work tenure lost when silicosis is compared with other pneumoconioses. Scand J Work Environ Health 21(Suppl 2):91, 1995.

93. Bégin R, Cantin A, Massé S: Recent advances in the pathogenesis and clinical assessment of mineral dust pneumoconioses: Asbestosis, silicosis and coal pneumoconiosis. Eur Respir J 2:988, 1989.

94. Davis GS: The pathogenesis of silicosis. Chest 3:166, 1986.

95. Lapp NL, Castranova V: How silicosis and coal workers' pneumoconiosis develop—a cellular assessment. Occup Med 8:35, 1993.

96. Heppleston AG: Pathogenesis of mineral pneumoconioses. In Parkes WR (ed): Occupational Lung Disease. 3rd ed. Oxford, Butterworth-Heinemann, 1994.

96a. Mossman BT, Churg A: Mechanisms in the pathogenesis of asbestosis and silicosis. Am J Respir Crit Care Med 157:1666, 1998.

97. Hnizdo E, Sluis-Cremer GK: Risk of silicosis in a cohort of white South African gold miners. Am J Ind Med 24:447, 1993.

98. Brody AR, Roe MW, Evans JN, et al: Deposition and translocation of inhaled silica in rats: Quantification of particle distribution, macrophage participation, and function. Lab Invest 47:533, 1982.

99. Warheit DB, Overly LA, George G, et al: Pulmonary macrophages are attracted to inhaled particles through complement activation. Exp Lung Res 14:51, 1988.

100. Reynolds HY: Lung inflammation: Role of endogenous chemotactic factors in attracting polymorphonuclear granulocytes. Am Rev Respir Dis 127:16, 1983.

101. Sjöstrand M, Absher PM, Hemenway DR, et al: Comparison of lung alveolar and tissue cells in silica-induced inflammation. Am Rev Respir Dis 143:47, 1991.

102. Bowden DH, Hedgecock C, Adamson IYR: Silica-induced pulmonary fibrosis involves the reaction of particles with interstitial rather than alveolar macrophages. J Pathol 158:73, 1989.

103. Adamson IYR, Prieditis H, Bowden DH: Instillation of chemotactic factor to silica-injected lungs lowers interstitial particle content and reduces pulmonary fibrosis. Am J Pathol 1421:319, 1992.

104. Bagchi N: What makes silica toxic? Br J Ind Med 49:163, 1992.

105. Allison AC, Harington JS, Birbeck M: An examination of the cytotoxic effects of silica on macrophages. J Exp Med 124:141, 1966.

106. Kane AB, Stanton RP, Raymond EG, et al: Dissociation of intracellular lysosomal rupture from the cell death caused by silica. J Cell Biol 87:643, 1980.

107. Gee JBL: Cellular mechanisms in occupational lung disease. Chest 78(Suppl):384, 1980.

108. Bégin RO, Cantin AM, Boileau RD, et al: Spectrum of alveolitis in quartz-exposed human subjects. Chest 92:1061, 1987.

109. Christman JW, Emerson RJ, Graham WGB, et al: Mineral dust and cell recovery

from the bronchoalveolar lavage of healthy Vermont granite workers. Am Rev Respir Dis 132:393, 1985.

110. Brown GP, Monicj M, Hunninghake GW: Fibroblast proliferation induced by silica-exposed human alveolar macrophages. Am Rev Respir Dis 138:85, 1988.

111. Bégin R, Martel M, Desmarais Y, et al: Fibronectin and procollagen 3 levels in bronchoalveolar lavage of asbestos-exposed human subjects and sheep. Chest 89:237, 1986.

112. Jagirdar J, Bégin R, Dufresne A, et al: Transforming growth factor-β (TGF-β) in silicosis. Am J Respir Crit Care Med 154:1076, 1996.

113. Dubois CM, Bissonnette E, Rola-Pleszczynski M: Asbestos fibers and silica particles stimulate rat alveolar macrophages to release tumour necrosis factor. Am Rev Respir Dis 139:1257, 1989.

114. Lugano EM, Dauber JH, Elias JA, et al: The regulation of lung fibroblast proliferation by alveolar macrophages in experimental silicosis. Am Rev Respir Dis 129:767, 1984.

115. Kovacs EJ, Kelley J: Release of macrophage-derived growth factor during acute lung injury induced by bleomycin. J Leukoc Biol 37:1, 1985.

116. Hunninghake GW, Hemken C, Brady M, et al: Immune interferon is a growth factor for human lung fibroblasts. Am Rev Respir Dis 134:1025, 1986.

117. Bitterman PB, Rennard SI, Adelberg S, et al: Role of fibronectin as a growth factor for fibroblasts. J Cell Biol 97:1925, 1983.

118. Schmidt JA, Oliver CN, Lepe-Zuniga JL, et al: Silica-stimulated monocytes release fibroblast proliferation factors identical to interleukin. Int J Clin Invest 73:1462, 1984.

119. Kampschmidt RF, Worthington ML III, Mesecher MI: Release of interleukin-1 (IL-1) and IL-1-like factors from rabbit macrophages with silica. J Leukoc Biol 39:123, 1986.

120. Mohr C, Davis GS, Graebner C, et al: Reduced release of leukotrienes B₄ and C₄ from alveolar macrophages of rats with silicosis. Am J Respir Cell Mol Biol 7:542, 1992.

121. Gritter HL, Adamson IYR, King GM: Modulation of fibroblast activity by normal and silica-exposed alveolar macrophages. J Pathol 148:263, 1986.

122. Huaux F, Jouahed J, Hudspith B, et al: Role of interleukin-10 in the lung response to silica in mice. Am J Respir Cell Mol Biol 18:51, 1998.

123. Wallaert B, Lassalle P, Fortin F, et al: Superoxide anion generation by alveolar inflammatory cells in simple pneumoconiosis and in PMF of nonsmoking coal workers. Am Rev Respir Dis 141:129, 1990.

124. Brown GM, Donaldson K: Degradation of connective tissue components by lung derived leucocytes in vitro: Role of proteases and oxidants. Thorax 43:132, 1988.

125. Davis GS: Pathogenesis of silicosis: Current concepts and hypotheses. Lung 164:139, 1986.

126. Struhar D, Harbeck RJ, Mason RJ: Lymphocyte populations in lung tissue, bronchoalveolar lavage fluid, and peripheral blood in rats at various times during the development of silicosis. Am Rev Respir Dis 139:28, 1989.

127. Hubbard AK: Role for T lymphocytes in silica-induced pulmonary inflammation. Lab Invest 61:46, 1989.

128. Rom WN, Turner WG, Kanner RE, et al: Antinuclear antibodies in Utah coal miners. Chest 3:515, 1983.

129. Jones RN, Turner-Warwick M, Ziskind M, et al: High prevalance of antinuclear antibodies in sandblasters' silicosis. Am Rev Respir Dis 113:393, 1976.

130. Doll NJ, Stankus RP, Hughes J, et al: Immune complexes and autoantibodies in silicosis. J Allergy Clin Immunol 68:281, 1981.

131. Vigliani EC, Pernis B: Immunological factors in the pathogenesis of the hyaline tissue of silicosis. Br J Ind Med 15:8, 1958.

132. Giles RD, Sturgill BC, Suratt PM, et al: Massive proteinuria and acute renal failure in a patient with acute silicoproteinosis. Am J Med 64:336, 1978.

133. Banks DE, Milutinovic J, Desnick RJ, et al: Silicon nephropathy mimicking Fabry's disease. Am J Nephrol 3:279, 1983.

134. Sluis-Cremer GK, Hessel PA, Hnizdo E, et al: Relationship between silicosis and rheumatoid arthritis. Thorax 41:596, 1986.

135. Neyer U, Woss E, Neuweiler J: Wegener's granulomatosis associated with silicosis. Nephrol Dial Transplant 9:559, 1994.

136. McHigh NJ, Whyte J, Harvey G, et al: Anti-topoisomerase I antibodies in silica-associated systemic sclerosis: A model for autoimmunity. Arthritis Rheum 37:1198, 1994.

137. Dionisio M, Cozzoline G, Matarazzo M, et al: A case of silicosis associated with Crohn's disease: Diagnostic and pathogenetic considerations. Panminerva Med 35:173, 1993.

138. Puisieux F, Hachulla E, Brouillard M, et al: Silicosis and primary Gougerot-Sjogren syndrome. Rev Med Int 15:575, 1994.

139. Slavin RE, Swedo JL, Brandes D, et al: Extrapulmonary silicosis: A clinical, morphologic, and ultrastructural study. Hum Pathol 16:393, 1985.

140. Boujemaa W, Lauwerys R, Bernard A: Early indicators of renal dysfunction in silicotic workers. Scand J Work Environ Health 20:180, 1994.

141. Calhoun WJ, Christman JW, Ershler WB, et al: Raised immunoglobulin concentrations in bronchoalveolar lavage fluid in healthy granite workers. Thorax 41:266, 1986.

142. Burrell R, Esber HJ, Hagadorn JE, et al: Specificity of lung reactive antibodies in human serum. Am Rev Respir Dis 94:743, 1966.

143. Lewis DM, Burrell R: Induction of fibrogenesis by lung antibody-treated macrophages. Br J Ind Med 33:35, 1976.

144. Nagaoka T, Tabata M, Kobayashi K, et al: Studies on production of anticollagen antibodies in silicosis. Environ Res 60:12, 1993.

145. Gusev VA, Danilovskaja YV, Vatolkina OY, et al: Effect of quartz and alumina

dust on generation of superoxide radicals and hydrogen peroxide by alveolar macrophages, granulocytes and monocytes. Br J Ind Med 50:732, 1993.

146. Suzuki N, Horiuchi T, Ohta K, et al: Mast cells are essential for the full development of silica-induced pulmonary inflammation: A study with mast cell-deficient mice. Am J Respir Cell Mol Biol 9:475, 1993.

147. Scharfman A, Hayem A, Davril M, et al: Special neutrophil elastase inhibitory activity in BAL fluid from patients with silicosis and asbestosis. Eur Respir J 2:751, 1989.

148. Leibowitz MC, Goldstein B: Some investigations into the nature and cause of massive fibrosis (MF) in the lungs of South African gold, coal, and asbestos mine workers. Am J Ind Med 12:129, 1987.

149. Ng TP, Chan SL: Factors associated with massive fibrosis in silicosis. Thorax 46:229, 1991.

150. Chiappino G, Vigliani EC: Role of infective, immunological and chronic irritative factors in the development of silicosis. Br J Ind Med 39:253, 1982.

151. Koskinen H, Tiilikainen A, Nordman H: Increased prevalence of HLA-Aw19 and of phenogroup Aw19,B18 in advanced silicosis. Chest 83:848, 1983.

152. Kreiss K, Danilovs JA, Newman LS: Histocompatibility antigens in a population based silicosis series. Br J Ind Med 46:364, 1989.

153. Nery LE, Florencio RT, Sandoval PRM, et al: Additive effects of exposure to silica dust and smoking on pulmonary epithelial permeability: A radioaerosol study with technetium-99m labelled DTPA. Thorax 48:264, 1993.

154. Heppleston AG, Wright MA, Stewart JA: Experimental alveolar lipo-proteinosis following the inhalation of silica. J Pathol 101:293, 1970.

155. Buechner HA, Ansari A: Acute silicoproteinosis: A new pathologic variant of acute silicosis in sandblasters, characterized by histologic features resembling alveolar proteinosis. Dis Chest 55:274, 1969.

156. Hoffman EO, Lamberty J, Pizzolato P, et al: The ultrastructure of acute silicosis. Arch Pathol 96:104, 1973.

157. Bowden DH, Adamson IYR: The role of cell injury and the continuing inflammatory response in the generation of silicotic pulmonary fibrosis. J Pathol 144:149, 1984.

158. Miller BE, Dethloff LA, Gladen BC, et al: Progression of type II cell hypertrophy and hyperplasia during silica-induced pulmonary inflammation. Lab Invest 57:546, 1987.

159. Suwabe A, Panos RJ, Voelker DR: Alveolar type II cells after silica-induced lung injury in rats have increased surfactant protein A (SP-A) receptor activity. Am J Respir Cell Mol Biol 4:264, 1991.

160. Kawada H, Horiuchi T, Shannon JM, et al: Alveolar type II cells, surfactant protein A (SP-A), and the phospholipid components of surfactant in acute silicosis in the rat. Am Rev Respir Dis 140:460, 1989.

161. Miller BE, Hook GER: Isolation and characterization of hypertrophic Type II cells from the lungs of silica-treated rats. Lab Invest 58:565, 1988.

162. Vallyathan V, Shi X, Dalal NS, et al: Generation of free radicals from freshly fractured silica dust: Potential role in acute silica-induced lung injury. Am Rev Respir Dis 138:1213, 1988.

163. Vallyathan V, Castranova D, Pack D, et al: Freshly fractured quartz inhalation leads to enhanced lung injury and inflammation. Am J Respir Crit Care Med 152:1003, 1995.

164. Emerson R, Davis GS: Effect of alveolar lining material on quartz induced rat alveolar macrophages. Environ Health Perspect 51:81, 1983.

165. Allison AC, Hart PD: Potentiation by silica of the growth of Mycobacterium tuberculosis in macrophage cultures. Br J Exp Pathol 49:465, 1968.

166. Craighead JE, Kleinerman J, Abraham JL, et al: Diseases associated with exposure to silica and nonfibrous silicate minerals. Arch Pathol Lab Med 112:673, 1988.

167. del Campo JM, Hitado J, Gea G, et al: Anaerobes: A new aetiology in cavitary pneumoconiosis. Br J Ind Med 39:392, 1982.

167a. Kampalath BN, McMahon JT, Cohen A, et al: Obliterative central bronchitis due to mineral dust in patients with pneumoconiosis. Arch Pathol Lab Med 122:56, 1998.

168. Schuyler MR, Gaumer HR, Stankus RP, et al: Bronchoalveolar lavage in silicosis: Evidence of type II cell hyperplasia. Lung 157:95, 1980.

169. Curran RC: Observations on the formation of collagen in quartz lesions. J Pathol Bacteriol 66:271, 1953.

170. Craighead JE, Vallyathan MV: Cryptic pulmonary lesions in workers occupationally exposed to dust containing silica. JAMA 244:1939, 1980.

171. Tosi P, Franzinelli A, Miracco C, et al: Silicotic lymph node lesions in nonoccupationally exposed lung carcinoma patients. Eur J Respir Dis 68:362, 1986.

171a. Eide J, Gylseth B, Skaug V: Silicotic lesions of the bone marrow: Histopathology and microanalysis. Histopathology 8:693, 1984.

172. Bergin CJ, Müller NL, Vedall S, et al: CT in silicosis: Correlation with plain films and pulmonary function tests. Am J Roentgenol 146:477, 1986.

173. Theron CP, Walters LG, Webster I: The international classification of radiographs of the pneumoconioses: Based on the findings in 100 deceased white South African gold miners: An evaluation. Med Proc (Johannesburg) 10:352, 1964.

174. Greening RR, Heslep JH: The roentgenology of silicosis. Semin Roentgenol 2:265, 1967.

175. Pendergrass EP: Caldwell Lecture 1957—Silicosis and a few of the other pneumoconioses: Observations on certain aspects of the problem, with emphasis on the role of the radiologist. Am J Roentgenol 80:1, 1958.

176. Jacobson G, Felson B, Pendergrass EP, et al: Eggshell calcifications in coal and metal workers. Semin Roentgenol 2:276, 1967.

177. Bellini F, Ghislandi E: "Egg-shell" calcifications at extrahilar sites in a silico-tuberculotic patient. Med Lav 51:600, 1960.

178. Jacobs LG, Gerstl B, Hollander AG, et al: Intra-abdominal egg-shell calcifications due to silicosis. Radiology 67:527, 1956.

178a. Gross BH, Schneider HJ, Proto AV: Eggshell calcification of lymph nodes: An update. Am J Roentgenol 135:1265, 1980.

179. Tschopp JM, Rossini MJ, Richon CA, et al: Retroperitoneal silicosis mimicking pancreatic carcinoma in an Alpine miner with chronic lung silicosis. Thorax 47:480, 1992.

180. Cahill RC, Harmon KR, Shumway SJ, et al: Tracheobronchial obstruction due to silicosis. Am Rev Respir Dis 145:719, 1992.

181. Nicod J-L, Gardiol D: Silicose et paralysie du diaphragme. [Silicosis and paralysis of the diaphragm.] Schweiz Med Wochenschr 94:1461, 1964.

182. Paterson JF: Silicosis in hardrock miners in Ontario: The problem and its prevention. Can Med Assoc J 84:594, 1961.

183. Michel RD, Morris JF: Acute silicosis. Arch Intern Med 113:850, 1964.

184. Dee PM, Suratt P, Winn W: The radiographic findings in acute silicosis. Radiology 126:359, 1978.

185. Buechner HA, Ansari A: Acute silicoproteinosis: A new pathologic variant of acute silicosis in sandblasters, characterized by histologic features resembling alveolar proteinosis. Dis Chest 55:274, 1969.

186. Sluis-Cremer GK, Hessel PA, Hnizdo E, et al: Relationship between silicosis and rheumatoid arthritis. Thorax 41:596, 1986.

187. Maclaren WM, Soutar CA: Progressive massive fibrosis and simple pneumoconiosis in ex-miners. Br J Ind Med 42:734, 1985.

188. Bégin R, Bergeron D, Samson R, et al: CT assessment of silicosis in exposed workers. Am J Roentgenol 148:509, 1987.

189. Bégin R, Ostiguy G, Fillion R, Colman N: Computed tomography scan in the early detection of silicosis. Am Rev Respir Dis 144:697, 1991.

190. Akira M, Higashihara T, Yokoyama K, et al: Radiographic type p pneumoconiosis: High-resolution CT. Radiology 171:117, 1989.

191. Grenier P, Chevret S, Beigelman C, et al: Chronic diffuse infiltrative lung disease: Determination of the diagnostic value of clinical data, chest radiography, and CT with Bayesian analysis. Radiology 191:383, 1994.

192. Mathieson JR, Mayo JR, Staples CA, Müller NL: Chronic diffuse infiltrative lung disease: Comparison of diagnostic accuracy of CT and chest radiography. Radiology 171:111, 1989.

193. Remy-Jardin M, Remy J, Farre I, Marquette CH: Computed tomographic evaluation of silicosis and coal worker's pneumoconiosis. Radiol Clin North Am 30:1155, 1992.

194. Kinsella M, Müller N, Vedal S, et al: Emphysema in silicosis. Am Rev Respir Dis 141:1497, 1990.

194a. Matsumoto S, Mori H, Miyake H, et al: MRI signal characteristics of progressive massive fibrosis in silicosis. Clin Radiol 53:510, 1998.

195. Nozaki S, Sawada Y: Progress of simple pulmonary silicosis in retired miners. Jpn J Clin Tuberc 18:154, 1959.

196. Koskinen H: Symptoms and clinical findings in patients with silicosis. Scand J Work Environ Health 11:101, 1985.

197. Munakata M, Homma Y, Matsuzaki M, et al: Rales in silicosis: A correlative study with physiological and radiological abnormalities. Respiration 48:140, 1985.

198. Murray J, Reid G, Kielkowski D, et al: Cor pulmonale and silicosis: A necropsy based case-control study. Br J Ind Med 50:544, 1993.

199. Oleru UG: Respiratory and nonrespiratory morbidity in a titanium oxide paint factory in Nigeria. Am J Ind Med 12:173, 1987.

200. Bailey WC, Brown M, Buechner HA, et al: Silico-mycobacterial disease in sandblasters. Am Rev Respir Dis 110:115, 1974.

201. Hughes JM, Jones RN, Gilson JC, et al: Determinants of progression in sandblasters' silicosis. Ann Occup Hyg 26:701, 1982.

202. Tukiainen P, Taskinen E, Korhola O, et al: TruCut needle biopsy in asbestosis and silicosis: Correlation of histological changes with radiographic changes and pulmonary function in 41 patients. Br J Ind Med 35:292, 1978.

203. Funahashi A, Schlueter DP, Pintar K, et al: Value of in situ elemental microanalysis in the histologic diagnosis of silicosis. Chest 85:506, 1984.

204. Nugent KM, Dodson RF, Idell S, et al: The utility of bronchoalveolar lavage and transbronchial lung biopsy combined with energy-dispersive x-ray analysis in the diagnosis of silicosis. Am Rev Respir Dis 140:1438, 1989.

205. Lusuardi M, Capelli A, Donner CF, et al: Semi-quantitative x-ray microanalysis of bronchoalveolar lavage samples from silica-exposed and nonexposed subjects. Eur Respir J 5:798, 1992.

206. Gronhagen-Riska C, Kurppa K, Fyhrquist F, et al: Angiotensin-converting enzyme and lysozyme in silicosis and asbestosis. Scand J Respir Dis 59:228, 1978.

207. Bucca C, Veglio F, Rolla G, et al: Serum angiotensin converting enzyme (ACE) in silicosis. Eur J Respir Dis 65:477, 1984.

208. Nordman H, Koskinen H, Froseth B: Increased activity of angiotensin-converting enzyme in progressive silicosis. Chest 86:203, 1984.

209. Serbescu A, Paunescu E: The importance of assessing angiotensin-converting activity on silicosis patients. Pneumoftiziologia 41:17, 1992.

210. Teculescu DR, Stanescu DC: Carbon monoxide transfer factor for the lung in silicosis. Scand J Respir Dis 51:150, 1970.

211. Renzetti AD Jr, Kobayshi T, Bigler A, et al: Regional ventilation and perfusion in silicosis and in the alveolar-capillary block syndrome. Am J Med 49:5, 1970.

212. Violante B, Brusasco V, Buccheri G: Exercise testing in radiologically-limited simple pulmonary silicosis. Chest 3:411, 1986.

213. Ng TP, Chan SL: Lung function in relation to silicosis and silica exposure in granite workers. Eur Respir J 5:986, 1992.

214. Cowie RL: The influence of silicosis on deteriorating lung function in gold miners. Chest 113:340, 1998.
215. Becklake MR: Pneumoconioses. *In* Fenn WO, Rahn H (eds): Handbook of Physiology, Section III, Vol 2. Baltimore, Waverly Press, 1965, pp 1601–1614.
216. Cowie RL, Mabena SK: Silicosis, chronic airflow limitation and chronic bronchitis in South African gold miners. Am Rev Respir Dis 143:80, 1991.
217. Wang X, Yano E, Nonaka K, et al: Respiratory impairments due to dust exposure: A comparative study among workers exposed to silica, asbestos, and coalmine dust. Am J Ind Med 31:495, 1997.
218. Bégin R, Ostiguy G, Cantin A, et al: Lung function in silica-exposed workers. A relationship to disease severity assessed by CT scan. Chest 94:539, 1988.
219. Bates DV, Macklem PT, Christie RV: Respiratory Function in Disease: An Introduction to the Integrated Study of the Lung. 2nd ed. Philadelphia, WB Saunders, 1971.
220. Bégin R, Ostiguy G, Cantin A, Bergeron D: Lung function in silica-exposed workers: A relationship to disease severity assessed by CT scan. Chest 94:539, 1988.
221. Hnizdo E: Combined effects of silica dust and tobacco smoking on mortality from chronic obstructive lung disease in gold miners. Br J Ind Med 47:656, 1990.
222. Wright JL, Harrison N, Wiggs B, et al: Quartz but not iron oxide causes airflow obstruction, emphysema, and small airways lesions in the rat. Am Rev Respir Dis 138:129, 1988.
223. Soutar C, Campbell S, Gurr D, et al: Important deficits of lung function in three modern colliery populations. Am Rev Respir Dis 147:797, 1993.
224. Musk AW, Rouse IL, Rivera B,et al: Respiratory disease in nonsmoking Western Australian goldminers. Br J Ind Med 49:750, 1992.
225. Oxman AD, Muir DC, Shannon HS, et al: Occupational dust exposure and chronic obstructive pulmonary disease: A systematic overview of the evidence. Am Rev Respir Dis 148:38, 1993.
226. Graham WG, Weaver S, Ashikaga T, et al: Longitudinal pulmonary function losses in Vermont granite workers—a re-evaluation. Chest 106:125, 1994.
227. Hnizdo E, Sluis-Cremer GK, Abramowitz JA: Emphysema type in relation to silica dust exposure in South African gold miners. Am Rev Respir Dis 143:1241, 1991.
228. Hnizdo E, Sluis-Cremer GK, Baskind E, et al: Emphysema and airway obstruction in nonsmoking South African gold miners with long exposure to silica dust. Occup Environ Med 51:557, 1994.
229. Chia KS, Ng TP, Jeyaratnam J: Small airways function of silica-exposed workers. Am J Ind Med 22:155, 1992.
230. Choudat D, Frisch C, Barrat G, et al: Occupational exposure to amorphous silica dust and pulmonary function. Br J Ind Med 47:763, 1990.
231. Ng TP, Phoon WH, Lee HS, et al: An epidemiological survey of respiratory morbidity among granite quarry workers in Singapore: Chronic bronchitis and lung function impairment. Ann Acad Med Singapore 21:312, 1992.
232. Kreiss K, Greenberg LM, Kogut SJH, et al: Hard-rock mining exposures affect smokers and nonsmokers differently. Am Rev Respir Dis 139:1487, 1989.
233. Bégin R, Filion R, Ostiguy G: Emphysema in silica- and asbestos-exposed workers seeking compensation. Chest 108:647, 1995.
234. Infante-Rivard C, Armstrong B, Ernst P, et al: Descriptive study of prognostic factors influencing survival of compensated silicotic patients. Am Rev Respir Dis 144:1070, 1991.
235. Ng TP, Chan SL, Lee J: Predictors of mortality in silicosis. Respir Med 86:115, 1992.
236. International Agency for Research on Cancer: Silica, some silicates, coal dust and para-aramid fibrils. IARC Monogr Eval Carcinog Risks Hum vol 68, 1996.
237. Finkelstein M, Liss GM, Krammer F, et al: Mortality among workers receiving compensation awards for silicosis in Ontario 1940–85. Br J Ind Med 44:588, 1987.
238. Carta P, Cocco PL, Casula D: Mortality from lung cancer among Sardinian patients with silicosis. Br J Ind Med 48:122, 1991.
239. Amandus HE, Castellan RM, Shy C, et al: Reevaluation of silicosis and lung cancer in North Carolina dusty trades workers. Am J Ind Med 22:147, 1992.
240. Amandus H, Costello J: Silicosis and lung cancer in U.S. metal miners. Arch Environ Health 46:82, 1991.
241. Chiyotani K, Saito K, Okubo T, et al: Lung cancer risk among pneumoconiosis patients in Japan, with special reference to silicotics. IARC Sci Publ 97:95, 1990.
242. Infante-Rivard C, Armstrong B, Petitclerc M, et al: Lung cancer mortality and silicosis in Quebec, 1938–85. Lancet 2:1504, 1989.
243. Hnizdo E, Murray J, Klempman S: Lung cancer in relation to exposure to silica dust, silicosis and uranium production in South African gold miners. Thorax 52:271, 1997.
244. Neuberger M, Kundi M: Occupational dust exposure and cancer mortality—results of a prospective cohort study. IARC Sci Publ 97:65, 1990.
245. Siemiatycki J, Gerin M, Dewar R, et al: Silica and cancer associations from a multicancer occupational exposure case-referent study. IARC Sci Publ 97:29, 1990.
246. Checkoway H, Heyer NJ, Demers PA, et al: Mortality among workers in the diatomaceous earth industry. Br J Ind Med 50:586, 1993.
247. Steenland K, Brown D: Mortality study of gold miners exposed to silica and nonasbestiform amphibole minerals: An update with 14 more years of follow-up. Am J Ind Med 27:217, 1995.
248. Smith AH, Lopipero PA, Barroga VR: Meta-analysis of studies of lung cancer among silicotics. Epidemiology 6:617, 1995.
249. Steenland K, Loomis D, Shy C, et al: Review of occupational lung carcinogens. Am J Ind Med 29:474, 1996.
250. Lynge E, Kurppa K, Kristofersen L, et al: Occupational groups potentially exposed to silica dust: A comparative analysis of cancer mortality and incidence based on the Nordic occupational mortality and cancer incidence registers. IARC Sci Publ 97:7, 1990.
251. Mehnert WH, Staneczek W, Mohner M, et al: A mortality study of a cohort of slate quarry workers in the German Democratic Republic. IARC Sci Publ 97:55, 1990.
252. Guenel P, Hojberg G, Lynge E: Cancer incidence among Danish stone workers. Scand J Work Environ Health 15:265, 1989.
253. Forastiere F, Lagorio S, Michelozzi P, et al: Silica, silicosis and lung cancer among ceramic workers: A case-referent study. Am J Ind Med 10:363, 1986.
254. Axelson O: Editorial—Confounding from smoking in occupational epidemiology. Br J Ind Med 46:505, 1989.
255. Wang Z, Dong D, Liang X, et al: Cancer mortality among silicotics in China's metallurgical industry. Int J Epidemiol 25:913, 1996.
256. Mosquera JA, Rodrigo L, Gonzalvez F: The evolution of pulmonary tuberculosis in coal miners in Asturias, northern Spain. Eur J Epidemiol 10:291, 1994.
257. Becklake MR: The mineral dust diseases. Tuber Lung Dis 73:13, 1992.
258. Cowie RL: The epidemiology of tuberculosis in gold miners with silicosis. Am J Respir Crit Care Med 150:1460, 1994.
259. Brink GC, Grzybowski S, Lane GB: Silicotuberculosis. Can Med Assoc J 82:959, 1960.
260. Cheng SJ, Ma Y, Pan YX: A study on the diagnosis of pulmonary tuberculosis and silicotuberculosis by PCR. Chung Hua Chieh Ho Ho Hu Hsi Tsa Chih 16:221, 1993.
261. Fisher ER, Watkins G, Lam NV, et al: Objective pathological diagnosis of coal workers' pneumoconiosis. JAMA 245:1829, 1981.
262. Lister WB: Carbon pneumoconiosis in a synthetic graphite worker. Br J Ind Med 18:114, 1961.
263. Miller AA, Ramsden F: Carbon pneumoconiosis. Br J Ind Med 18:103, 1961.
264. Pendergrass EP, Vorwald AJ, Mishkin MM, et al: Observations on workers in the graphite industry: Part I. Med Radiogr Photogr 43:70, 1967.
265. Pendergrass EP, Vorwald AJ, Mishkin MM, et al: Observations on workers in the graphite industry: Part II. Med Radiogr Photogr 44:2, 1968.
266. Gaensler EA, Cadigan JB, Sasahara AA, et al: Graphite pneumoconiosis of electrotypers. Am J Med 41:864, 1966.
267. Miller AA, Ramsden F: Carbon pneumoconiosis. Br J Ind Med 18:103, 1961.
268. Watson AJ, Black J, Doig AT, et al: Pneumoconiosis in carbon electrode makers. Br J Ind Med 16:274, 1959.
269. Golden EB, Varnock ML, Hulett LD Jr, et al: Fly ash lung: A new pneumoconiosis? Am Rev Respir Dis 125:108, 1982.
270. Shrivastava DK, Kapre SS, Cho K, et al: Acute lung disease after exposure to flay ash. Chest 106:309, 1994.
271. Green FHY, Laqueur WA: Coal workers' pneumoconiosis. Pathol Ann 15:333, 1980.
272. Naeye RL, Mahon JK, Dellinger WS: Rank of coal and coal workers' pneumoconiosis. Am Rev Respir Dis 103:350, 1971.
273. Seaton A, Dodgson J, Dick JA, et al: Quartz and pneumoconiosis in coalminers. Lancet 2:1272, 1981.
274. Finkelstein MM: Radiographic silicosis and lung cancer risk among workers in Ontario. Am J Ind Med 34:244, 1998.
274a. de Klerk HH, Musk AW: Silica, compensated silicosis, and lung cancer in Western Australian goldminers. Occup Environ Med 55:243, 1998.
275. Banks DE, Bauer MA, Castellan RM, et al: Silicosis in surface coalmine drillers. Thorax 38:275, 1983.
276. Attfield MD, Castellan RM: Epidemiological data on US coal miners' pneumoconiosis. Am J Public Health 82:964, 1992.
277. Attfield MD, Morring K: An investigation into the relationship between coal workers' pneumoconiosis and dust exposure in U.S. coal miners. Am Ind Hyg Assoc J 53:486, 1992.
278. Attfield MD, Seixas NS: Prevalence of pneumoconiosis and its relationship to dust exposure in a cohort of U.S. bituminous coal miners and ex-miners. Am J Ind Med 27:137, 1995.
279. Attfield MD: British data on coal miners' pneumoconiosis and relevance to US conditions. Am J Public Health 82:978, 1992.
280. Morgan WKC: Respiratory disease in coal miners. JAMA 231:1347, 1975.
281. Penman RW: Conference on pneumoconiosis: A summary of the conclusions from an international conference on coal workers' pneumoconiosis. Am Rev Respir Dis 102:243, 1970.
282. Morgan WKC, Burgess DB, Jacobsen G, et al: The prevalence of coal workers' pneumoconiosis in U.S. coal miners. Arch Environ Health 27:221, 1973.
283. Lapp ML, Parker JE: Coal workers' pneumoconiosis. Clin Chest Med 13:243, 1992.
284. Bonnell JA, Schilling CJ, Massey PMO: Clinical and experimental studies of the effects of pulverized fuel ash: A review. Ann Occup Hyg 23:159, 1980.
285. Morgan WKC, Seaton A: Occupational Lung Disease. Philadelphia, WB Saunders, 1975, p 241.
286. Crosbie WA: The respiratory health of carbon black workers. Arch Environ Health 41:346, 1986.
287. Gardiner K, Trethowan NW, Harrington JM, et al: Respiratory health effects of carbon black: A survey of European carbon black workers. Br J Ind Med 50:1082, 1993.
288. Jones HD, Jones TR, Lyle WH: Carbon fibre: Results of a survey of process

workers and their environment in a factory producing continuous filament. Ann Occup Hyg 26:861, 1982.

289. Uragoda CG: Clinical and radiographic study of activated carbon workers. Thorax 44:303, 1989.

290. Attfield MD, Morring K: The derivation of estimated dust exposures for U.S coal miners working before 1970. Am Ind Hyg Assoc J 53:248, 1992.

291. Hurley JF, Alexander WP, Hazledine DJ, et al: Exposure to respirable coalmine dust and incidence of PMF. Br J Ind Med 444:661, 1987.

292. Douglas AN, Robertson A, Chapman JS, et al: Dust exposure, dust recovered from the lung, and associated pathology in a group of British coalminers. Br J Ind Med 43:795, 1986.

293. King EJ, Maguire BA, Nagelschmidt G: Further studies of the dust in lungs of coal-miners. Br J Ind Med 13:9, 1956.

294. Love RG, Miller BG: Longitudinal study of lung function in coal-miners. Thorax 37:193, 1982.

295. Hurley JF, Soutar CA: Can exposure to coalmine dust cause a severe impairment of lung function? Br J Ind Med 43:150, 1986.

296. Soutar CA, Collins HP: Classification of PMF of coalminers by type of radiographic appearance. Br J Ind Med 41:334, 1984.

297. Liu L: Logistic regression analysis of risk factors influencing the occurrence of category III pneumoconiosis in the coal mine. Chung Hua Liu Hsing Ping Hsueh Tsa Chih 12:277, 1991.

298. Maclaren WM, Hurley JF, Collins HPR, et al: Factors associated with the development of PMF in British coalminers: A case-control study. Br J Ind Med 46:597, 1989.

299. Gautrin D, Auburtin G, Alluin F, et al: Recognition and progression of coal workers' pneumoconiosis in the collieries of northern France. Exp Lung Res 20:395, 1994.

300. Seal RME, Cockcroft A, Kung I, et al: Central lymph node changes and PMF in coalworkers. Thorax 41:531, 1986.

301. Davis JMG, Chapman J, Collings P, et al: Variations in the histological patterns of the lesions of coal workers' pneumoconiosis in Britain and their relationship to lung dust content. Am Rev Respir Dis 128:118, 1983.

302. Seaton A: Coalworkers pneumoconiosis in Britain today and tomorrow. BMJ 284:1507, 1982.

303. Parkes WR: Pneumoconiosis associated with coal and other carbonaceous materials. In Parkes WR (ed): Occupational Lung Disorders. 3rd ed. Oxford, Butterworth-Heinemann, 1994

304. Ghio AJ, Quigley DR: Complexation of iron by humic-like substances in lung tissue: Role in coal workers' pneumoconiosis. Am J Physiol 267:L173, 1994.

305. Evelop CT, Bos RP, Borm PJ: Decreased glutathione content and glutathione S-transferase activity in red blood cells of coal miners with early stages of pneumoconiosis. Br J Ind Med 50:633, 1993.

306. Wallaert B, Lassalle P, Fortin F, et al: Superoxide anion generation by alveolar inflammatory cells in simple pneumoconiosis and in PMF of nonsmoking coal workers. Am Rev Respir Dis 141:129, 1990.

307. Vanhée D, Gosset P, Marquette CH, et al: Secretion and mRNA expression of TNFα and IL-6 in the lungs of pneumoconiosis patients. Am J Respir Crit Care Med 152:298, 1995.

308. Vanhee D, Gosset P, Wallaert B, et al: Mechanisms of fibrosis in coal worker's pneumoconiosis. Am J Respir Crit Care Med 150:1049, 1994.

309. Lesur OJ, Mancine NM, Humbert JC, et al: Interleukin-6, interferon-gamma and phospholipid levels in the alveolar lining fluid of human lungs. Chest 106:407, 1994.

310. Borm PJA, Palmen N, Engelen JJM, et al: Spontaneous and stimulated release of tumour necrosis factor-alpha (TNF) from blood monocytes of miners with coal workers pneumoconiosis. Am Rev Respir Dis 138:1589, 1988.

311. Porcher JM, Oberson D, Viseux N, et al: Evaluation of tumour necrosis factor-alpha (TNF) as an exposure or risk marker in three French coal mining regions. Exp Lung Res 20:433, 1994.

312. Robertson MD, Boyd JE, Collins HP, et al: Serum immunoglobulin levels and humoral immunine competence in coalworkers. Am J Ind Med 6:387, 1984.

313. Rom WN, Turner WG, Kanner RE, et al: Antinuclear antibodies in Utah coal miners. Chest 83:515, 1983.

314. Soutar CA, Turner-Warwick M, Parkes WR: Circulating antinuclear antibody and rheumatoid factor in coal pneumoconiosis. BMJ 3:145, 1974.

315. Wagner JC, McCormick JN: Immunological investigations of coal workers' disease. J R Coll Physicians Lond 2:49, 1967.

316. Caplan A, Payne RB, Withey JL: A broader concept of Caplan's syndrome related to rheumatoid factors. Thorax 17:205, 1962.

317. Lippman M, Eckert HL, Hahon N, et al: Circulating antinuclear and rheumatoid factors in coal miners: A prevalence study in Pennsylvania and West Virginia. Am Intern Med 79:807, 1973.

318. Pearson DJ, Mentnech MS, Elliot JA, et al: Serologic changes in pneumoconiosis and PMF of coal workers. Am Rev Respir Dis 124:696, 1981.

319. Robertson MD, Boyd JE, Fernie JM, et al: Some immunological studies on coalworkers with and without pneumoconiosis. Am J Ind Med 4:467, 1983.

320. Caplan A: Certain unusual radiological appearances in the chest of coal-miners suffering from rheumatoid arthritis. Thorax 8:29, 1953.

321. Yeh Y, Lai Y: Influence of rheumatoid factor in coalminers' pneumoconiosis in the Fujian Shaowu colliery, South China. Br J Ind Med 47:773, 1990.

322. Burrell R: Immunological aspects of coal workers' pneumoconiosis. Ann N Y Acad Sci 200:94, 1972.

323. Burrell R, Flaherty DK, Schreiber JK: Immunological studies of experimental coal workers' pneumoconiosis. Presented at the Fourth International Conference on Inhaled Particles, Edinburgh, September 1975.

324. Heise ER, Mentnech MS, Olenchock SA, et al: HLA-A1 and coalworkers' pneumoconiosis. Am Rev Respir Dis 119:903, 1979.

325. Rasche B, Reisner MTR, Islam MS, et al: Individual factors in the development of coal miners' pneumoconiosis. Ann Occup Hyg 26:713, 1982.

326. Soutar CA, Coutts I, Parkes WR, et al: Histocompatibility antigens in coal miners with pneumoconiosis. Br J Ind Med 40:34, 1983.

327. Rihs HP, Lips P, May-Taube K, et al: Immunogenetic studies on HLA-DR in German coal miners with and without coal worker's pneumoconiosis. Lung 172:347, 1994.

328. Heppleston AG: The essential lesion of pneumokoniniosis in Welsh coal workers. J Pathol Bacteriol 59:453, 1947.

329. Kleinerman J, Green F, Harley RA, et al: Pathology standards for coal workers' pneumoconiosis. Arch Pathol Lab Med 103:375, 1979.

330. Morgan WKC, Lapp NL: Respiratory disease in coal miners. Am Rev Respir Dis 113:531, 1976.

331. Pelstring RJ, Kim CK, Lower EE, et al: Marrow granulomas in coal workers' pneumoconiosis: A histological study with elemental analysis. Am J Clin Pathol 89:553, 1988.

332. Gough J, Heppleston AG: The pathology of the pneumoconioses. In King EJ, Fletcher CM (eds): Industrial Pulmonary Diseases: A Symposium Held at the Postgraduate Medical School of London, 18–20 September 1957 and 25–27 March 1958. London, J A Churchill, 1960, pp 23–26.

333. Lyons JP, Campbell H: Relation between PMF, emphysema, and pulmonary dysfunction in coalworkers' pneumoconiosis. Br J Ind Med 38:125, 1981.

334. Goodwin RA, Des Prez RM: Apical localization of pulmonary tuberculosis, chronic pulmonary histoplasmosis, and PMF of the lung. Chest 83:801, 1983.

335. Prignot J, Van de Velde R: La cavitation aseptique des pseudo-tumeurs dans l'anthraco-silicose. Etude clinique et radiologique. [Aseptic cavitation of pseudotumors in anthracosilicosis: Clinical and radiological study.] J Fr Med Chir Thorax 12:623, 1958.

336. Theodos PA, Cathcart RT, Fraimow W: Ischemic necrosis in anthracosilicosis. Arch Environ Health 2:609, 1961.

337. Seaton A, Lapp NL, Chang CEJ: Lung perfusion scanning in coal workers' pneumoconiosis. Am Rev Respir Dis 103:338, 1971.

338. Gross P, Deteville RTP: The lung as an embattled domain against insoluble pollutants: A precis of mechanisms. Am Rev Respir Dis 106:684, 1972.

339. Wagner JC, Wasteman FS, Edwards JH, et al: The composition of massive lesions in coal miners. Thorax 30:382, 1975.

340. Wagner JC, Burns J, De Munday JM: Presence of fibronectin in pneumoconiotic lesions. Thorax 37:54, 1982.

341. Lapp NL, Seaton A, Kaplan KC, et al: Pulmonary hemodynamics in symptomatic coal miners. Am Rev Respir Dis 104:418, 1971.

342. Naeye RL, Laqueur WA: Chronic cor pulmonale: Its pathogenesis in Appalachian bituminous coal workers. Arch Pathol 90:487, 1970.

343. Fernie JM, Douglas AN, Lamb D, et al: Right ventricular hypertrophy in a group of coalworkers. Thorax 38:436, 1983.

344. Town JD: Pseudoasbestos bodies and asteroid giant cells in a patient with graphite pneumoconiosis. Can Med Assoc J 98:100, 1968.

345. Johnson FB: Identification of graphite in tissue sections. Arch Pathol Lab Med 104:491, 1980.

346. Cockcroft AE, Wagner JC, Seal EM, et al: Irregular opacities in coalworkers' pneumoconiosis: Correlation with pulmonary function and pathology. Ann Occup Hyg 26:767, 1982.

347. Musk AW, Cotes JE, Bevan C, et al: Relationship between type of simple coalworkers pneumoconiosis and lung function: A 9-year follow-up study of subjects with small rounded opacities. Br J Ind Med 38:313, 1981.

348. Cockcroft A, Lyons JP, Andersson N, et al: Prevalence and relation to underground exposure of radiological irregular opacities in South Wales coal workers with pneumoconiosis. Br J Ind Med 40:169, 1983.

349. Trapnell DH: Septal lines in pneumoconiosis. Br J Radiol 37:805, 1964.

350. Gough J, James WRL, Wentworth JE: A comparison of the radiological and pathological changes in coalworkers' pneumoconiosis. J Fac Radiol 1:28, 1949.

351. Williams JL, Moller GA: Solitary mass in the lungs of coal miners. Am J Roentgenol 117:765, 1973.

352. Young RC R, Rachel RE, Carr PG, Press HC: Patterns of coal workers' pneumoconiosis in Appalachian former coalminers. J Natl Med Assoc 84:41, 1992.

353. Shennan DH, Washington JS, Thomas DJ, et al: Factors predisposing to the development of PMF in coal miners. Br J Ind Med 38:321, 1981.

354. Davies D: Disability and coal worker's pneumoconiosis. BMJ 2:652, 1974.

355. Seaton A, Soutar CA, Melville AWT: Radiological changes in coalminers on leaving the industry. Br J Dis Chest 74:310, 1980.

356. Caplan A: Correlation of radiological category with lung pathology in coal workers' pneumoconiosis. Br J Ind Med 19:171, 1962.

357. Pendergrass EP: An evaluation of some of the radiologic patterns of small opacities in coal workers' pneumoconiosis. Am J Roentgenol 115:457, 1972.

358. Reger RB, Smith CA, Kibelstis JA, et al: The effect of film quality and other factors on the roentgenographic categorization of coal workers' pneumoconiosis. Am J Roentgenol 115:462, 1972.

359. Reger RB, Amandus HE, Morgan WKC: On the diagnosis of coal workers' pneumoconiosis: Anglo-American disharmony. Am Rev Respir Dis 108:1186, 1973.

360. Remy-Jardin M, Degreef JM, Beuscart R, et al: Coal worker's pneumoconiosis: CT assessment in exposed workers and correlation with radiographic findings. Radiology 177:363, 1990.

361. Gevenois PA, Pichot E, Dargent S, et al: Low grade coal worker's pneumoconiosis: Comparison of CT and chest radiography. Acta Radiol 35:351, 1994.

362. Remy-Jardin M, Beuscart R, Sault MC, et al: Subpleural micronodules in diffuse infiltrative lung diseases: Evaluation with thin-section CT scans. Radiology 177:133, 1990.

363. Rebstock-Bourgkard E, Chau N, Caillier J, et al: Respiratory symptoms of coal miners presenting radiological pulmonary abnormalities. Rev Epidemiol Sante Publique 42:533, 1994.

364. Ball J: The natural history and management of coal workers' pneumoconiosis. In King EJ, Fletcher CM (eds): Industrial Pulmonary Diseases: A Symposium held at the Postgraduate Medical School of London, 18–20 September 1957 and 25–27 March 1958. London, J & A Churchill, 1960, pp 241–254.

365. Cathcart RT, Theodos PA, Fraimow W: Anthracosilicosis. Selected aspects related to the evaluation of disability, cavitation, and the unusual x-ray. Arch Intern Med 106:368, 1960.

366. Mosquera JA: Massive melanoptysis: A serious unrecognized complication of coal worker's pneumoconiosis. Eur Respir J 1:766, 1988.

367. Pendergrass EP: The Pneumoconiosis Problem, with Emphasis on the Role of the Radiologist. Springfield, IL, Charles C Thomas, 1958, pp 16–17.

368. Sherani TM, Angelini GD, Passani SP, et al: Vocal cord paralysis associated with coalworkers' pneumoconiosis and PMF. Thorax 39:683, 1984.

369. James WRL: The relationship of tuberculosis to the development of massive pneumoconiosis in coal workers. Br J Tuberc 48:89, 1954.

370. Seaton A: Editorial: Coalmining, emphysema and compensation. Br J Ind Med 47:433, 1990.

371. Rom WN, Kanner RE, Renzetti AD Jr, et al: Respiratory disease in Utah coal miners. Am Rev Respir Dis 123:372, 1981.

372. Douglas AN, Lamb D, Ruckley VA: Bronchial gland dimensions in coalminers: Influence of smoking and dust exposure. Thorax 37:760, 1982.

373. Leigh J, Wiles AN, Glick M: Total population study of factors affecting chronic bronchitis prevalence in the coal mining industry of New South Wales, Australia. Br J Ind Med 43:263, 1986.

374. Marine WM, Gurr D, Jacobsen M: Clinically important respiratory effects of dust exposure and smoking in British coal miners. Am Rev Respir Dis 137:106, 1988.

375. Ryder R, Lyons JP, Campbell H, et al: Emphysema in coal workers' pneumoconiosis. BMJ 3:481, 1970.

376. Cockcroft A, Seal RME, Wagner JC, et al: Postmortem study of emphysema in coalworkers and noncoalworkers. Lancet 2:600, 1982.

377. Leigh J, Outhred KG, McKenzie HI, et al: Quantified pathology of emphysema, pneumoconiosis, and chronic bronchitis in coal workers. Br J Ind Med 40:258, 1983.

378. Rogan JM, Attfield MD, Jacobsen M, et al: Role of dust in the working environment in development of chronic bronchitis in British coal miners. Br J Ind Med 30:217, 1973.

379. Soutar CA, Hurley JF: Relationship between dust exposure and lung function in miners and ex-miners. Br J Ind Med 43:150, 1986.

380. Ruckley VA, Gauld SJ, Chapman JS, et al: Emphysema and dust exposure in a group of coal workers. Am Rev Respir Dis 129:528, 1984.

381. Leigh J, Driscoll TR, Cole BD, et al: Quantitative relation between emphysema and lung mineral content in coalworkers. Occup Environ Med 51:400, 1994.

382. Attfield MD, Hodous TK: Pulmonary function of U.S coal miners related to dust exposure estimates. Am Rev Respir Dis 145:605, 1992.

383. Seixas NS, Robins TG, Attfield MD, et al: Longitudinal and cross sectional analyses of exposure to coal mine dust and pulmonary function in new miners. Br J Ind Med 50:929, 1993.

384. Morgan WKC: Coal mining, emphysema, and compensation revisited. Br J Ind Med 50:1051, 1993.

385. Susskind H, Rom WN: Lung inflammation in coal miners assessed by uptake of ⁹⁹ᵐGa-citrate and clearance of inhaled ⁹⁹ᵐTc-labelled diethylenetriamine pentaacetate aerosol. Am Rev Respir Dis 146:47, 1992.

386. Rego GF, Achaerandio GO, Cuervo VG, et al: Presence of acute phase response in coal workers' pneumoconiosis. Br J Ind Med 48:193, 1991.

387. Schins RP, Borm PJ: Serum procollagen type III peptide in coal workers' pneumoconiosis: A five-year follow-up study. Exp Lung Res 20:445, 1994.

388. Gilson J, Hugh-Jones P: Lung function in coal workers' pneumoconiosis. Medical Research Council, Special Report 290, HMSO London, 1955.

389. Nemery B, Veriter C, Brasseur L, et al: Impairment of ventilatory function and pulmonary gas exchange in nonmining coalminers. Lancet 2:1427, 1987.

390. Kibelstis JA: Diffusing capacity in bituminous coal miners. Chest 63:501, 1973.

391. Seaton A, Lapp NL, Morgan WKC: The relationship of pulmonary impairment in simple coal workers' pneumoconiosis to type of radiologic capacity. Br J Ind Med 29:50, 1972.

392. Susskind H, Acevedo JC, Iwai J, et al: Heterogeneous ventilation and perfusion: A sensitive indicator of lung impairment in nonsmoking coalminers. Eur J Respir J:232, 1988.

393. Legg SJ, Cotes JE, Bevan C: Lung mechanics in relation to radiographic category of coalworkers' simple pneumoconiosis. Br J Ind Med 40:28, 1983.

394. Rasmussen DL, Laquer WA, Futterman P, et al: Pulmonary impairment in Southern West Virginia coal miners. Am Rev Respir Dis 98:658, 1968.

395. Lyons JP, Clarke WG, Hall AM, et al: Transfer factor (diffusing capacity) for the lung in simple pneumoconiosis of coal workers. BMJ 4:772, 1967.

396. Rasmussen DL, Nelson CW: Respiratory function in Southern Appalachian coal miners. Am Rev Respir Dis 103:240, 1971.

397. Cotkcroft A, Berry G, Cotes JE, et al: Shape of small opacities and lung function in coalworkers. Thorax 37:765, 1982.

398. Morgan WKC, Lapp NL: Respiratory disease in coal miners. Am Rev Respir Dis 113:531, 1976.

399. Musk AW, Cotes JE, Bevan C, et al: Relationship between type of simple coal workers' pneumoconiosis and lung function: A nine-year follow-up study of subjects with small rounded opacities. Br J Ind Med 38:313, 1981.

400. Lyons JP, Campbell H: Relation between PMF, emphysema, and pulmonary dysfunction in coal workers' pneumoconiosis. Br J Ind Med 38:125, 1981.

401. Constantinidis K, Musk AW, Jenkins JP, et al: Pulmonary function in coal workers with Caplan's syndrome and nonrheumatoid complicated pneumoconiosis. Thorax 33:764, 1978.

402. Cochrane AL, Moore F, Moncrieff CB: Are coalminers, with low "risk factors" for ischaemic heart disease at greater risk of developing PMF? Br J Ind Med 39:265, 1982.

403. Davies GM: A mortality study of coke oven workers in two South Wales integrated steelworks. Br J Ind Med 34:291, 1977.

404. Miller BG, Jacobson M: Dust exposure, pneumoconiosis and mortality of coalminers. Br J Ind Med 42:723, 1985.

405. Meijers JM, Swaen GM, Slangen JJ, et al: Long-term mortality in miners with coal workers' pneumoconiosis in the Netherlands: A pilot study. Am J Ind Med 19:43, 1991.

406. Sadler RL, Roy TJ: Smoking and mortality from coalworkers' pneumoconiosis. Br J Ind Med 47:141, 1990.

407. Cochrane AL, Moore F: A 20-year follow-up of men aged 55–64 including coal-miners and foundry workers in Staveley, Derbyshire. Br J Ind Med 37:226, 1980.

408. Morgan WKC, Lapp NL, Seaton D: Respiratory disability in coal miners. JAMA 243:2401, 1980.

409. Bégin R, Dufresne A, Plante F, et al: Asbestos related disorders. Can Respir J 1:167, 1994.

410. Sluis-Cremer GK, Liddell FDK, Logan WPD, et al: The mortality of amphibole miners in South Africa, 1946–80. Br J Ind Med 49:566, 1992.

411. Case BW: Health effects of tremolite now and in the future. Ann N Y Acad Sci 643:491, 1991.

412. Weill H, Abraham JL, Balmes JR, et al: Health effects of tremolite. Am Rev Respir Dis 142:1453, 1990.

413. Churg A, Wright JL, Vedal S: Fiber burden and patterns of asbestos-related disease in chrysotile miners and millers. Am Rev Respir Dis 148:25, 1993.

414. Bourgkard E, Bernadac P, Chau N, et al: Can the evolution to pneumoconiosis be suspected in coal miners? Am J Respir Crit Care Med 158:504, 1998.

415. Leading article: Asbestosis. BMJ 3:62, 1967.

416. Selikoff IJ: Household risks with inorganic fibers. Bull N Y Acad Med 57:947, 1981.

417. Henneberger PK, Stanbury MJ: Patterns of asbestosis in New Jersey. Am J Ind Med 21:689, 1992.

418. Oksa P, Koskinen H, Rinne JP, et al: Parenchymal and pleural fibrosis in construction workers. Am J Ind Med 21:561, 1992.

419. Cullen MR, Lopez-Carrillo L, Alli B, et al: Chrysotile asbestos and health in Zimbabwe: II. Health status survey of active miners and millers. Am J Ind Med 19:171, 1991.

420. Cullen MR, Baloyi RS: Chrysotile asbestos and health in Zimbabwe: I. Analysis of miners and millers compensated for asbestos-related diseases since independence. Am J Ind Med 19:161, 1991.

421. Talcott JA, Thurber WA, Kantor AF, et al: Asbestos-associated disease in a cohort of cigarette-filter workers. N Engl J Med 321:1220, 1989.

422. Rogan WJ, Gladen BC, Ragan ND, et al: U.S. prevalence of occupational pleural thickening: A look at chest x-rays from the first National Health and Nutrition Examination Survey. Am J Epidemiol 126:893, 1987.

423. Miller A, Teirstein AS, Selikoff IJ: Ventilatory failure due to asbestos pleurisy. Am J Med 75:911, 1983.

424. Landrigan PJ: Commentary: Environmental disease—a preventable epidemic. Am J Public Health 82:941, 1992.

425. Craighead JE, Mossman BT: The pathogenesis of asbestos-associated diseases. N Engl J Med 306:1446, 1982.

426. Murphy RLH Jr, Gaensler EA, Ferris BG, et al: Diagnosis of "asbestosis": Observations from a longitudinal survey of shipyard pipe coverers. Am J Med 65:488, 1978.

427. Kilburn KH, Warshaw R, Thornton JC: Asbestosis, pulmonary symptoms and functional impairment in shipyard workers. Chest 88:254, 1985.

428. Selikoff IJ, Lilis R, Levin G: Asbestotic radiological abnormalities among United States merchant marine seamen. Br J Ind Med 47:292, 1990.

429. Demers RY, Neale AV, Robins T, et al: Asbestos-related pulmonary disease in boilermakers. Am J Ind Med 17:327, 1990.

430. Oliver LC, Eisen EA, Greene RE, et al: Asbestos-related disease in railroad workers: A cross-sectional study. Am Rev Respir Dis 131:499, 1985.

431. McDonald AD, Fry JS, Woolley AJ, et al: Dust exposure and mortality in an American factory using chrysotile, amosite, and crocidolite in mainly textile manufacture. Br J Ind Med 50:1285, 1988.

432. Sherson D, Maltbaek N, Olsen O: Small opacities among dental laboratory technicians in Copenhagen. Br J Ind Med 45:320, 1988.

433. Kern DG, Frumkin H: Asbestos-related disease in the jewelry industry: Report of two cases. Am J Ind Med 13:407, 1988.

434. Baris YI, Artvinli M, Sahin AA, et al: Non-occupational asbestos related chest disease in a small Anatolian village. Br J Ind Med 45:841, 1988.

435. Cordier S, Lazar P, Brochard P, et al: Epidemiologic investigation of respiratory effects related to asbestos inside insulated buildings. Arch Environ Health 42:303, 1987.

436. Sebastien P, Bignon J, Martin M: Indoor airborne asbestos pollution: From the ceiling and the floor. Science 216:1410, 1982.
437. Ganor E, Fischbein A, Brenner S, et al: Extreme airborne asbestos concentrations in a public building. Br J Ind Med 49:486, 1992.
438. Oliver LC, Sprince NL, Greene R: Asbestos-related disease in public school custodians. Am J Ind Med 19:303, 1991.
439. Young J, West S, Jackson J, et al: Prevalence of asbestos related lung disease among employees in nonasbestos industries. Med J Aust 1:464, 1981.
440. Peacock PR, Biancifiori C, Bucciarelli E: Examination of lung smears for asbestos bodies in 109 consecutive necropsies in Perugia. Eur J Cancer 5:155, 1969.
441. Roberts GH: Asbestos bodies in lung at necropsy. J Clin Pathol 20:570, 1967.
442. Thomson JG, Graves WM Jr: Asbestos as an urban air contaminant. Arch Pathol 81:458, 1966.
443. Donisch I, Swettenham KV, Hathorn MKS: Prevalence of asbestos bodies in a necropsy series in East London: Association with disease, occupation, and domiciliary address. Br J Ind Med 32:16, 1975.
444. Cauna D, Totten RS, Gross P: Asbestos bodies in human lungs at autopsy. JAMA 192:371, 1965.
445. Xipell JM, Bhathal PS: Asbestos bodies in lungs: An Australian report. Pathology 1:327, 1969.
446. Anjilvel L, Thurlbeck WM: The incidence of asbestos bodies in the lungs in random necropsies in Montreal. Can Med Assoc J 95:1179, 1966.
447. Becklake MR: Asbestos-related diseases of the lung and other organs: Their epidemiology and implications for clinical practice. Am Rev Respir Dis 114:187, 1976.
448. Churg A: Lung asbestos content in long-term residents of a chrysotile mining town. Am Rev Respir Dis 134:125, 1986.
449. Kivilouto R: Pleural calcification as a roentgenologic sign of nonoccupational endemic anthophyllite asbestosis. Acta Radiol 194:1, 1960.
450. Newhouse ML: A study of the mortality of workers in an asbestos factory. Br J Ind Med 26:294, 1969.
451. Bianchi C, Brollo A, Ramani L, et al: Exposure to asbestos in Monfalcone, Italy: A necropsy-based study. IARC Sci Publ 112:127, 1991.
452. Rey F, Boutin C, Viallat JR, et al: Environmental asbestotic pleural plaques in northeast Corsica: Comparison with airborne and pleural mineralogic analysis. Environ Health Perspec 5:251, 1994.
453. Champion P: Two cases of malignant mesothelioma after exposure to asbestos. Am Rev Respir Dis 103:821, 1971.
454. Epler GR, Fitzgerald MX, Gaensler EA, et al: Asbestos-related disease from household exposure. Respiration 39:229, 1980.
455. Sider L, Holland EA, Davis TM Jr, et al: Changes on radiographs of wives of workers exposed to asbestos. Radiology 164:723, 1987.
456. Magnani C, Terracini B, Ivaldi C, et al: A cohort study on mortality among wives of workers in the asbestos cement industry in Casale Monferrato, Italy. Br J Ind Med 50:779, 1993.
457. Constantopoulos SH, Goudevenos JA, Saratzis N, et al: Metsovo lung: Pleural calcification and restrictive lung function in northwestern Greece: Environmental exposure to mineral fiber as etiology. Environ Res 38:319, 1985.
458. Constantopoulos SH, Saratzis NA, Kontogiannis D, et al: Tremolite whitewashing and pleural calcifications. Chest 92:709, 1987.
459. Yazicioglu S, Ilcayto R, Balci K, et al: Pleural calcification, pleural mesotheliomas, and bronchial cancers caused by tremolite dust. Thorax 35:564, 1980.
460. Baris YI, Sahin AA, Erkan ML: Clinical and radiological study in sepiolite workers. Arch Environ Health 35:343, 1980.
461. De Vuyst P, Mairesse M, Gaudichet A, et al: Mineralogical analysis of bronchoalveolar lavage fluid as an aid to diagnosis of "imported" pleural asbestosis. Thorax 38:628, 1983.
462. De Vuyst P, Dumortier P, Jacobovitz D, et al: Environmental asbestosis complicated by lung cancer. Chest 105:1593, 1994.
463. Berry G, Newhouse ML: Mortality of workers manufacturing friction materials using asbestos. Br J Ind Med 40:1, 1983.
464. Wright GW: Asbestos and health in 1969. Am Rev Respir Dis 100:467, 1969.
465. Donaldson K, Brown RC, Brown GM: Respirable industrial fibres: Mechanisms of pathogenicity. Thorax 48:390, 1993.
466. Mossman BT, Churg A: Mechanisms in the pathogenesis of asbestosis and silicosis. Am J Respir Crit Care Med 157:1666, 1998.
467. Becklake MR: Editorial—Fiber burden and asbestos-related lung disease: Determinants of dose-response relationships. Am J Respir Crit Care Med 150:1488, 1994.
468. Churg A, Wright JL, Vedal S: Fiber burden and patterns in millers. Am Rev Respir Dis 148:25, 1993.
469. Churg A, Wright JL, Depaoli L, et al: Mineralogic correlates of fibrosis in Chrysotile miners and millers. Am Rev Respir Dis 139:891, 1989.
470. Churg A, Vedal S: Fiber burden and patterns of asbestos-related disease in workers with heavy mixed Amosite and Chrysotile exposure. Am J Respir Crit Care Med 150:663, 1994.
471. Bégin R, Massé S, Sébastien P, et al: Asbestos exposure and retention as determinants of airway disease and asbestos alveolitis. Am Rev Respir Dis 134:1176, 1986.
472. Gibbs AR, Gardner MJ, Pooley FD, et al: Fiber levels and disease in workers from a factory predominantly using amosite. Envir Health Perspec 5:261, 1994.
473. Green FH, Harley R, Vallyathan V: Exposure and mineralogical correlates of pulmonary fibrosis in chrysotile asbestos workers. Occup Environ Med 54:549, 1997.

474. Wagner JC, Newhouse ML, Corrin B, et al: Correlation between fibre content of the lung and disease in East London asbestos factory workers. Br J Ind Med 45:305, 1988.
475. Mossman BT, Kessler JB, Ley BW, et al: Interaction of crocidolite asbestos with hamster respiratory mucosa in organ culture. Lab Invest 36:131, 1977.
476. Adamson IYR, Bowden DH: Crocidolite-induced pulmonary fibrosis in mice: Cytokinetic and biochemical studies. Am J Pathol 122:261, 1986.
477. Spurzem JR, Saltini C, Rom W, et al: Mechanisms of macrophage accumulation in the lungs of asbestos-exposed subjects. Am Rev Respir Dis 136:276, 1987.
478. Brody AR: Pulmonary cell interactions with asbestos fibers in vivo and in vitro. Chest 89:155, 1986.
479. Adamson IYR, Letourneau HL, Bowden DH: Comparison of alveolar and interstitial macrophages in fibroblast stimulation after silica and long or short asbestos. Lab Invest 64:339, 1991.
480. Brody AR, Overby LH: Incorporation of tritiated thymidine by epithelial and interstitial cellls in bronchiolar-alveolar regions of asbestos-exposed rats. Am J Pathol 134:133, 1989.
481. Review of Fibre Toxicology. Sheffield, Health and Safety Executive (UK).
482. Zhang Y, Lee TC, Guillemin B, et al: Enhanced IL-1 beta and tumour necrosis factor-alpha release and messenger RNA expression in macrophages from idiopathic pulmonary fibrosis or after asbestos exposure. J Immunol 150:4188, 1993.
483. Perkins RC, Scheule RK, Hamilton R, et al: Human alveolar macrophage cytokine release in response to in vitro and in vivo asbestos exposure. Exp Lung Res 19:55, 1993.
484. Rom WN, Travis WD, Brody AR: Cellular and molecular basis of the asbestos-related diseases. Am Rev Respir Dis 143:408, 1991.
485. Garcia JGN, Friffith DE, Cohen AB, et al: Alveolar macrophages from patient with asbestos exposure release increased levels of leukotriene $B_4$. Am Rev Respir Dis 139:1494, 1989.
486. Hayes AA, Rose AH, Musk AW, et al: Neutrophil chemotactic factor release and neutrophil alveolitis in asbestos-exposed individuals. Chest 94:521, 1988.
487. Cullen MR, Merrill WW: Association between neutrophil concentration in bronchoalveolar lavage fluid and recent losses in diffusing capacity in men formerly exposed to Asbestos. Chest 102:682, 1992.
488. Al Jarad NA, Gellert AR, Rudd RM: Bronchoalveolar lavage and 99mTc-DTPA clearance as prognostic factors in asbestos workers with and without asbestosis. Respir Med 87:265, 1993.
489. Schwartz DA, Davis CS, Merchant JA, et al: Longitudinal changes in lung function among asbestos-exposed workers. Am J Respir Crit Care Med 150:1243, 1994.
490. Xaubet A, Rodriguez-Roisin R, Bombi JA, et al: Correlation of bronchoalveolar lavage and clinical and functional findings in asbestosis. Am Rev Respir Dis 133:848, 1986.
491. Robinson BW, Rose AH, James A, et al: Alveolitis of pulmonary asbestosis: Bronchoalveolar lavage studies in crocidolite- and chrysotile-exposed individuals. Chest 90:396, 1986.
492. Robinson BWS, Rose AH, James A, et al: Alveolitis of pulmonary asbestosis. Chest 90:396, 1986.
493. Kamp DW, Graceffa P, Pryor WA, et al: The role of free radicals and asbestos-induced disease. Free Radic Biol Med 12:293, 1992.
494. Goodglick LE, Pietras LA, Kane AB: Evaluation of the causal relationship between crocidolite asbestos-induced lipid peroxidation and toxicity to macrophages. Am Rev Respir Dis 139:1265, 1989.
495. Kamp DW, Weitzman SA: Asbestosis: Clinical spectrum and pathogenic mechanisms. Proc Soc Exp Biol Med 214:12, 1997.
496. Garcia JGN, Gray LD, Dodson RF, et al: Asbestos-induced endothelial cell activation and injury. Am Rev Respir Dis 138:958, 1988.
497. Quinlan TR, Marsh JP, Janssen YMW, et al: Dose-responsive increases in pulmonary fibrosis after inhalation of asbestos. Am J Respir Crit Care Med 150:200, 1994.
498. Cantin A, Allard C, Bégin R: Increased alveolar plasminogen activator in early asbestosis. Am Rev Respir Dis 140:604, 1989.
499. Callahan KS, Griffith DE, Garcia JGN: Asbestos exposure results in increased lung procoagulant activity in vivo and in vitro. Chest 98:112, 1990.
500. Jakobsson K, Rannug A, Alexandrie AK, et al: Genetic polymorphism for glutathione-S-transferase mu in asbestos cement workers. Occup Environ Med 51:812, 1994.
501. Weiss: Cigarette smoke, asbestos, and small irregular opacities. Am Rev Respir Dis 130:293, 1984.
502. Ducatman AM, Withers B, Yang WN: Smoking and roentgenographic opacities in US Navy asbestos workers. Chest 97:810, 1990.
503. Karjalainen A, Karhunen PJ, Lalu K, et al: Pleural plaques and exposure to mineral fibers in a male urban necropsy population. Occup Environ Med 51:456, 1994.
504. Blanc PD, Golden JA, Gamsu G, et al: Asbestos exposure—cigarette smoking interactions among shipyard workers. JAMA 259:370, 1988.
505. Weiss W: Cigarette smoking and small irregular opacities. Br J Ind Med 48:841, 1991.
506. Barnhart S, Thornquist M, Omenn GS, et al: The degree of roentgenographic parenchymal opacities attributable to smoking among asbestos-exposed subjects. Am Rev Respir Dis 141:1102, 1990.
507. Kilburn KH, Warshaw RH: Severity of pulmonary asbestosis as classified by international labour organization profusion of irregular opacities in 8749 asbestos-exposed American workers. Arch Intern Med 152:325, 1992.

508. Lilis R, Miller A, Godbold J, et al: Radiographic abnormalities in asbestos insulators: Effects of duration from onset of exposure and smoking: Relationships of dyspnea with parenchymal and pleural fibrosis. Am J Ind Med 20:1, 1991.

509. McFadden D, Wright J, Wiggs B, et al: Cigarette smoke increases the penetration of asbestos fibers into airway walls. Am J Pathol 123:95, 1986.

510. McFadden D, Wright JL, Wiggs B, et al: Smoking inhibits asbestos clearance. Am Rev Respir Dis 133:372, 1986.

511. Churg A, Wright JL, Hobson J, et al: Effects of cigarette smoke on the clearance of short asbestos fibers from the lung and a comparison with the clearance of long asbestos fibers. Int J Exp Pathol 73:287, 1992.

512. Davis JM, Addison J, Bolton RE, et al: The pathogenicity of long versus short fibre samples of amosite asbestos administered to rats by inhalation and intraperitoneal injection. J Exp Pathol 67:415, 1986.

513. Donaldson K, Brown GM, Brown DM, et al: Inflammation generating potential of long and short fibre amosite asbestos samples. Br J Ind Med 46:271, 1989.

514. Mossman BT, Gee JBL: Asbestos-related diseases. New Engl J Med 320:1721, 1989.

515. Schwartz DA, Galvin JR, Merchant RK, et al: Influence of cigarette smoking on bronchoalveolar lavage cellularity in asbestos-induced lung disease. Am Rev Respir Dis 145:400, 1992.

516. Morimoto Y, Kido M, Tanaka I, et al: Synergistic effects of mineral fibres and cigarette smoke on the production of tumour necrosis factor by alveolar macrophages of rats. Br J Ind Med 50:955, 1993.

517. Churg A, Hobson J, Bereau K, et al: Scavengers of active oxygen species prevent cigarette smoke–induced asbestos fiber penetration in rat tracheal explants. Am J Pathol 135:599, 1989.

518. Churg A, Hobson J, Wright J: Effects of cigarette smoke dose and time after smoke exposure on uptake of asbestos fibers by rat tracheal epithelial cells. Am J Respir Cell Mol Biol 3:265, 1990.

519. Lesur O, Bernard AM, Bégin RO: Clara cell protein (CC-16) and surfactant-associated protein (SP-A) in asbestos-exposed workers. Chem 109:467, 1996.

520. Churg A, Stevens B: Enhanced retention of asbestos fibers in the airways of human smokers. Am J Respir Crit Care Med 151:1409, 1995.

521. Becklake MR, Toyota B, Stewart M, et al: Lung structure as a risk factor in adverse pulmonary responses to asbestos exposure: A case-referent study in Quebec chrysotile miners and millers. Am Rev Respir Dis 128:385, 1983.

522. Rom WN, Travis WD: Lymphocyte-macrophage alveolitis in nonsmoking individuals occupationally exposed to asbestos. Chest 101:779, 1992.

523. Wallace JM, Oishi JS, Barbers RG, et al: Bronchoalveolar lavage cell and lymphocyte phenotype profiles in healthy asbestos-exposed shipyard workers. Am Rev Respir Dis 139:33, 1989.

524. Corsini E, Luster MI, Mahler J, et al: A protective role for T lymphocytes in asbestos-induced pulmonary inflammation and collagen deposition. Am J Respir Cell Mol Biol 11:531, 1994.

525. Robinson BW, Rose AH, Hayes A, et al: Increased pulmonary gamma interferon production in asbestosis. Am Rev Respir Dis 138:278, 1988.

526. Constantopoulos SH, Dalavanga YA, Sakellariou K, et al: Lymphocytic alveolitis and pleural calcifications in nonoccupational asbestos exposure. Am Rev Respir Dis 146:1565, 1992.

527. Sprince NL, Oliver LC, McLoud TC, et al: Asbestos exposure and asbestos-related pleural and parenchymal disease. Am Rev Respir Dis 143:822, 1991.

528. Turner-Warwick M, Parkes WR: Circulating rheumatoid and antinuclear factors in asbestos workers. BMJ 1:886, 1965.

529. Doll NJ, Diem JE, Jones RN, et al: Humoral immunologic abnormalities in workers exposed to asbestos cement dust. J Allergy Clin Immunol 72:509, 1983.

530. Deshazo RD, Hendrick DJ, Diem JE, et al: Immunologic aberrations in asbestos cement workers: Dissociation from asbestosis. J Allergy Clin Immunol 72:454, 1983.

531. Huuskonen MS, Rasanen JA, Juntunen J, et al: Immunological aspects of asbestosis: Patients' neurological signs and asbestosis progression. Am J Ind Med 5:461, 1984.

532. Haslam PL, Lukoszek A, Merchant JA, et al: Lymphocyte responses to phytohaemagglutinin in patients with asbestosis and pleural mesothelioma. Clin Exp Immunol 31:178, 1978.

533. Pierce R, Turner-Warwick M: Skin tests with tuberculin (PPD), Candida albicans and Trichophyton spp. in cryptogenic fibrosing alveolitis and asbestos related lung disease. Clin Allergy 10:229, 1980.

534. Lange A, Garncarek D, Tomeczako J, et al: Outcome of asbestos exposure (lung fibrosis and antinuclear antibodies) with respect to skin reactivity: An 8-year longitudinal study. Environ Res 41:1, 1986.

535. Toivanen A, Salmivalli M, Molnar G: Pulmonary asbestosis and autoimmunity. BMJ 1:691, 1976.

536. Bégin R, Menard H, Decarie F, et al: Immunogenetic factors as determinants of asbestosis. Lung 165:159, 1987.

537. Shih JF, Hunninghake GW, Goeken NE, et al: The relationship between HLA-A, B, DQ and Dr antigens and asbestos-induced lung disease. Chest 104:26, 1993.

538. Jarad NA, Uthayakumar S, Buckland EJ, et al: The histocompatibility antigen in asbestos related disease. Br J Ind Med 49:826, 1992.

539. Warnock ML, Prescott BT, Kuvahara TJ: Numbers and types of asbestos fibers in subjects with pleural plaques. Am J Pathol 109:37, 1982.

540. Churg A: Asbestos fibers and pleural plaques in a general autopsy population. Am J Pathol 109:88, 1982.

541. Wain SL, Roggli VL, Foster WL Jr: Parietal pleural plaques, asbestos bodies, and neoplasia. Chest 86:707, 1984.

542. Churg A, Golden J: Current problems in the pathology of asbestos-related disease. Pathol Ann 17(pt 2):33, 1982.

543. Roberts GH: The pathology of parietal pleural plaques. J Clin Pathol 24:348, 1971.

544. Craighead JE, Abraham JL, Churg A, et al: The pathology of asbestos-associated diseases of the lungs and pleural cavities: Diagnostic criteria and proposed grading schema. Arch Pathol Lab Med 106:544, 1982.

545. Mollo F, Bellis D, Magnani C, et al: Hyaline splenic and hepatic plaques: Correlation with cirrhosis, pulmonary tuberculosis, and asbestos exposure. Arch Pathol Lab Med 117:1017, 1993.

546. Hourihane DO, Lessof L, Richardson PC: Hyaline and calcified pleural plaques as an index of exposure to asbestos: A study of radiological and pathological features of 100 cases with a consideration of epidemiology. BMJ 1:1069, 1966.

547. Meurman L: Asbestos bodies and pleural plaques in a Finnish series of autopsy cases. Acta Pathol Microbiol Scand 181(Suppl):97, 1966.

548. Francis D, Jussal A, Mortensen T, et al: Hyaline pleural plaques and asbestos bodies in 198 randomized autopsies. Scand J Respir Dis 58:193, 1977.

549. Hilkerdal G: Pleural plaques in a health survey material: Frequency, development and exposure to asbestos. Scand J Respir Dis 59:257, 1978.

550. Albelda SM, Epstein DM, Gefter WB, et al: Pleural thickening: Its significance and relationship to asbestos dust exposure. Am Rev Respir Dis 126:621, 1982.

551. Sison RF, Hruban RH, Moore GW, et al: Pulmonary disease associated with pleural "asbestos" plaques. Chest 95:831, 1989.

552. Kuwahara M, Kuwahara M, Verma K, et al: Asbestos exposure stimulates pleural mesothelial cells to secrete the fibroblast chemoattractant, fibronectin. Am J Respir Cell Mol Biol 10:167, 1994.

553. Stephens M, Gibbs AR, Pooley FD, et al: Asbestos induced diffuse pleural fibrosis: Pathology and mineralogy. Thorax 42:583, 1987.

554. O'Brien CJ, Franks AJ: Paraplegia due to massive asbestos-related pleural and mediastinal fibrosis. Histopathology 11:931, 1987.

555. Sluis-Cremer GK, Webster I: Acute pleurisy in asbestos exposed persons. Environ Res 5:380, 1972.

556. Gaensler EA, Kaplan AI: Asbestos pleural effusion. Ann Intern Med 74:178, 1971.

557. Shore BL, Daughaday CC, Spilberg I: Benign asbestos pleurisy in the rabbit. Am Rev Respir Dis 128:481, 1983.

558. Antony VB, Owen CL, Hadley KJ: Pleural mesothelial cells stimulated by asbestos release chemotactic activity for neutrophils in vitro. Am Rev Respir Dis 139:199, 1989.

559. Churg AM, Warnock ML: Asbestos and other ferruginous bodies: Their formation and clinical significance. Am J Pathol 102:447, 1981.

560. Churg A, Warnock ML: Analysis of the cores of asbestos bodies from members of the general population: Patients with probable low-degree exposure to asbestos. Am Rev Respir Dis 120:781, 1979.

561. Warnock ML, Churg AM: Asbestos bodies. Chest 77:129, 1980.

562. Roggli VL, Benning TL: Asbestos bodies in pulmonary hilar lymph nodes. Mod Pathol 3:513, 1990.

563. Kobayashi H, Ming ZW, Watanabe H, et al: A quantitative study on the distribution of asbestos bodies in extrapulmonary organs. Acta Pathol Jpn 37:375, 1987.

564. Auerbach O, Conston AS, Garfinkel L, et al: Presence of asbestos bodies in organs other than the lung. Chest 45:23, 1980.

565. Kobayashi H, Okamura A, Ohnishi Y, et al: Generalized fibrosis associated with pulmonary asbestosis. Acta Pathol Jpn 33:1223, 1983.

566. Roggli VL, Greenberg SD, McLarty JV, et al: Comparison of sputum and lung asbestos body counts in former asbestos workers. Am Rev Respir Dis 122:941, 1980.

567. Wheeler TM, Johnson EH, Coughlin D, et al: The sensitivity of detection of asbestos bodies in sputa and bronchial washings. Acta Cytol 32:647, 1988.

568. Greenberg SD: Cytopathology of asbestos-associated pulmonary disease. Diagn Cytopathol 1:177, 1985.

569. Roggli VL, Johnston WW, Kaminsky DB: Asbestos bodies in fine needle aspirates of the lung. Acta Cytol 28:493, 1984.

570. Corhay JL, Delavignette JP, Bury T, et al: Occult exposure to asbestos in steel workers revealed by bronchoalveolar lavage. Arch Environ Health 45:278, 1990.

571. De Vuyst P, Dumortier P, Moulin E, et al: Asbestos bodies in bronchoalveolar lavage reflect lung asbestos body concentration. Eur Respir J 1:362, 1988.

572. Sebastien P, Armstrong B, Monchaux G, et al: Asbestos bodies in bronchoalveolar lavage fluid and in lung parenchyma. Am Rev Respir Dis 137:75, 1988.

573. Gellert AR, Kitajewska JY, Uthayakumar S, et al: Asbestos fibres in bronchoalveolar lavage fluid from asbestos workers: Examination by electron microscopy. Br J Ind Med 43:170, 1986.

574. Roggli VL, Piantadosi CA, Bell DY: Asbestos bodies in bronchoalveolar lavage fluid: A study of 20 asbestos-exposed individuals and comparison to patients with other chronic interstitial lung diseases. Acta Cytol 30:470, 1986.

575. Schwartz DA, Galvin JR, Burmeister LF, et al: The clinical utility and reliability of asbestos bodies in bronchoalveolar fluid. Am Rev Respir Dis 144:684, 1991.

576. Suzuki Y, Churg J: Structure and development of the asbestos body. Am J Pathol 55:79, 1969.

577. Koerten HK, Hazekamp J, Kroon M, et al: Asbestos body formation and iron accumulation in mouse peritoneal granulomas after the introduction of crocidolite asbestos fibers. Am J Pathol 136:141, 1990.

578. Gross P, deTreville RTP, Cralley LJ, et al: Pulmonary ferruginous bodies: Development in response to filamentous dusts and a method of isolation and concentration. Arch Pathol 85:539, 1968.

579. Crouch E, Churg A: Ferruginous bodies and the histologic evaluation of dust exposure. Am J Surg Pathol 8:109, 1984.
580. Churg A, Warnock ML, Green M: Analysis of the cores of ferruginous (asbestos) bodies from the general population. Lab Invest 40:31, 1979.
581. Sebastien P, Gaudichet A, Bignon J, et al: Zeolite bodies in human lungs from Turkey. Lab Invest 44:420, 1981.
582. Dodson RF, O'Sullivan MF, Corn CJ, et al: Ferruginous body formation on a nonasbestos mineral. Arch Pathol Lab Med 109:849, 1985.
583. Steele RH, Thomson KJ: Asbestos bodies in the lung: Southampton (U.K.) and Wellington (New Zealand). Br J Ind Med 39:349, 1982.
584. Vollmer RT, Roggli VL: Asbestos body concentrations in human lung: Predictions from asbestos body counts in tissue sections with a mathematical model. Hum Pathol 16:713, 1985.
585. Churg A: Fiber counting and analysis in the diagnosis of asbestos-related disease. Pathol Annu 13:381, 1982.
586. Roggli VL, Greenberg SD, Seitzman LH, et al: Pulmonary fibrosis, carcinoma, and ferruginous body counts in amosite asbestos workers. Am J Clin Pathol 73:496, 1980.
587. Roggli VL, Pratt PC: Numbers of asbestos bodies on iron-stained tissue sections in relation to asbestos body counts in lung tissue digests. Hum Pathol 14:355, 1983.
588. Murai Y, Kitagawa M, Yasuda M, et al: Asbestos fiber analysis in seven asbestosis cases. Environ Health 49:67, 1994.
589. Warrock ML, Wolery G: Asbestos bodies and fibers and the diagnosis of asbestosis. Environ Res 44:29, 1987.
590. Dodson RF, Williams MG Jr, O'Sullivan MF, et al: A comparison of the ferruginous body and uncoated fiber content in the lungs of former asbestos workers. Am Rev Respir Dis 132:143, 1985.
591. Churg A, Warnock M: Asbestos fibers in the general population. Am Rev Respir Dis 122:669, 1980.
592. Davis JMG: The pathology of asbestos-related disease. Thorax 39:801, 1984.
593. Case BW, Sebastien P: Environmental and occupational exposures to chrysotile asbestos: A comparative microanalytic study. Arch Environ Health 42:185, 1987.
594. Churg A: Editorial: Analysis of lung asbestos content. Br J Ind Med 48:649, 1991.
595. Kuhn C III, Kuo TT: Cytoplasmic hyalin in asbestosis: A reaction of injured alveolar epithelium. Arch Pathol 95:190, 1973.
596. Warnock ML, Press M, Churg A: Further observations on cytoplasmic hyaline in the lung. Hum Pathol 11:59, 1980.
597. Bellis D, Andrion A, Delsedime L, et al: Minimal pathologic changes of the lung and asbestos exposure. Hum Pathol 20:102, 1989.
598. Bégin R, Massé S, Sébastien P, et al: Asbestos exposure and retention as determinants of airway disease and asbestos alveolitis. Am Rev Respir Dis 134:1176, 1986.
599. Wright JL, Churg A: Morphology of small-airway lesions in patients with asbestos exposure. Hum Pathol 15:68, 1984.
600. Churg A, Wright JL: Small-airway lesions in patients exposed to nonasbestos mineral dusts. Hum Pathol 14:688, 1983.
601. Churg A: Asbestos fiber content of the lungs in patients with and without asbestos airways disease. Am Rev Respir Dis 127:470, 1983.
602. Churg A, Wright JL, Wiggs B, et al: Small airways disease and mineral dust exposure. Am Rev Respir Dis 131:139, 1985.
603. Cohen BM, Adasczik A, Cohen EM: Small airways changes in workers exposed to asbestos. Respiration 45:296, 1984.
604. Bégin R, Cantin A, Berthiaume Y, et al: Airway function in lifetime-nonsmoking older asbestos population. Am J Med 75:631, 1983.
605. Rodrigues-Roisin R, Merchant JEM, Cochrane GM, et al: Maximal expiratory flow volume curves in workers exposed to asbestos. Respiration 39:158, 1980.
606. Secker-Walker RH, Ho JE: Regional lung function in asbestos workers: Observations and speculations. Respiration 43:8, 1982.
607. Bégin R, Masse S, Bureau MA: Morphologic features and function of the airways in early asbestosis in the sheep model. Am Rev Respir Dis 126:870, 1982.
608. Wright JL, Tron V, Filipenko D, et al: Pathophysiologic correlations in asbestos-induced airway disease in the guinea pig. Exp Lung Res 11:307, 1986.
609. Blesovsky A: The folded lung. Br J Dis Chest 60:19, 1966.
610. Menzies R, Fraser R: Round atelectasis: Pathologic and pathogenetic features. Am J Surg Pathol 11:674, 1987.
611. Dernevik L, Garzinsky P, Hultman E, et al: Shrinking pleuritis with atelectasis. Thorax 37:252, 1982.
612. Doyle TC, Lawler GA: CT features of rounded atelectasis of the lung. Am J Roentgenol 143:225, 1984.
613. Tallroth K, Kiviranta K: Round atelectasis. Respiration 45:71, 1984.
614. Chung-Park M, Tomashefski JF Jr, Cohen AM, et al: Shrinking pleuritis with lobar atelectasis, a morphologic variant of "round atelectasis." Hum Pathol 20:382, 1989.
615. Mintzer RA, Gore RM, Vogelzang RL, et al: Rounded atelectasis and its association with asbestos-induced pleural disease. Radiology 139:567, 1981.
616. Hillerdal G, Hemmingsson A: Pulmonary pseudotumours and asbestos. Acta Radiol Diagn 21:615, 1980.
617. Mintzer RA, Cugell DW: The association of asbestos-induced pleural disease and rounded atelectasis. Chest 81:457, 1982.
618. Hillerdal G: Rounded atelectasis: Clinical experience with 74 patients. Chest 95:836, 1989.

619. Hammar SP: Controversies and uncertainties concerning the pathologic features and pathologic diagnosis of asbestosis. Semin Diagn Pathol 9:102, 1992.
620. Rom WN, Travis WD: Lymphocyte-macrophage alveolitis in nonsmoking individuals occupationally exposed to asbestos. Chest 101:779, 1992.
621. Gaensler EA, Jederlinic PJ, Churg A: Idiopathic pulmonary fibrosis in asbestos-exposed workers. Am Rev Respir Dis 144:689, 1991.
622. Hurwitz M: Roentgenologic aspects of asbestosis. Am J Roentgenol 85:256, 1961.
623. Freundlich IM, Greening RR: Asbestosis and associated medical problems. Radiology 89:224, 1967.
624. Fletcher DE, Edge JR: The early radiological changes in pulmonary and pleural asbestosis. Clin Radiol 21:355, 1970.
625. Anton HC: Multiple pleural plaques, part II. Br J Radiol 41:341, 1968.
626. Zitting A, Huuskonen MS, Alanko K, et al: Radiographic and physiological findings in patients with asbestosis. Scand J Work Environ Health 4:275, 1978.
627. Friedman AC, Fiel SB, Fisher MS, et al: Asbestos-related pleural disease and asbestosis: A comparison of CT and chest radiography. Am J Roentgenol 150:269, 1988.
628. Aberle DR, Gamsu G, Ray CS, et al: Asbestos-related pleural and parenchymal fibrosis: Detection with high-resolution CT. Radiology 166:729, 1988.
629. Staples CA, Gamsu G, Ray CS, et al: High-resolution computed tomography and lung function in asbestos-exposed workers with normal chest radiographs. Am Rev Respir Dis 139:1502, 1989.
630. Gamsu G, Salmon CJ, Warnock ML, Blanc PD: CT quantification of interstitial fibrosis in patients with asbestosis: A comparison of two methods. Am J Roentgenol 164:63, 1995.
631. Sargent EN, Gordonson J, Jacobson G, et al: Bilateral pleural thickening: A manifestation of asbestos dust exposure. Am J Roentgenol 131:579, 1978.
632. Sprince NL, Oliver LC, McLoud TC: Asbestos-related disease in plumbers and pipefitters employed in building construction. J Occup Med 27:771, 1985.
633. Lawson JP: Pleural calcification as a sign of asbestosis: A report of three cases. Clin Radiol 14:414, 1963.
634. Schneider L, Wimpfheimer F: Multiple progressive calcific pleural plaque formation: A sign of silicatosis. JAMA 189:328, 1964.
635. Oosthuizen SF, Theron CP, Sluis-Cremer GK: Calcified pleural plaques in asbestosis: An investigation into their significance. Med Proc (Johannesburg) 10:496, 1964.
636. Mackenzie FAF: The radiological investigation of the early manifestations of exposure to asbestos dust. Proc R Soc Med 64:834, 1971.
637. Bégin R, Boctor M, Bergeron D, et al: Radiographic assessment of pleuropulmonary disease in asbestos workers: Posteroanterior, four view films, and computed tomograms of the thorax. Br J Ind Med 41:373, 1984.
638. Fisher MS: Asymmetrical changes in asbestos-related disease. J Can Assoc Radiol 36:110, 1985.
639. Withers BF, Ducatman AM, Yang WN: Roentgenographic evidence for predominant left-sided location of unilateral pleural plaques. Chest 95:1262, 1984.
640. Hu H, Beckett L, Kelsey K, Christiani D: The left-sided predominance of asbestos-related pleural disease. Am Rev Respir Dis 148:981, 1993.
641. Sargent EN, Gordonson T, Jacobson G, et al: Bilateral pleural thickening: A manifestation of asbestos dust exposure. Am J Roentgenol 131:579, 1978.
641a. Gallego JC: Absence of left-sided predominance in asbestos-related pleural plaques: A CT study. Chest 113:1034, 1998.
642. Rockoff SD, Kagan E, Schwartz A, et al: Visceral pleural thickening in asbestos exposure: The occurrence and implications of thickened interlobar fissures. J Thorac Imaging 2:58, 1987.
643. Hillerdal G, Lindgren A: Pleural plaques: Correlation of autopsy findings to radiographic findings and occupational history. Eur J Respir Dis 61:315, 1980.
644. Sargent EN, Boswell WD Jr, Ralls PW, et al: Subpleural fat pads in patients exposed to asbestos: Distinction from noncalcified pleural plaques. Radiology 152:273, 1984.
645. Im JG, Webb WR, Rosen A, Gamsu G: Costal pleural: Appearance at high-resolution CT. Radiology 171:125, 1989.
646. Smith AR: Pleural calcification resulting from exposure to certain dusts. Am J Roentgenol 67:375, 1952.
647. Kleinfeld M: Pleural calcification as a sign of silicatosis. Am J Med Sci 251:215, 1966.
648. Krige L: Asbestosis—with special reference to the radiological diagnosis. S Afr J Radiol 4:13, 1966.
649. Solomon A: Radiology of asbestosis. Environ Res 3:320, 1970.
650. Sargent EN, Jacobson G, Wilkinson EE: Diaphragmatic pleural calcification following short occupational exposure to asbestos. Am J Roentgenol 115:473, 1972.
651. McLoud TC, Woods BO, Carrington CB, et al: Diffuse pleural thickening in an asbestos-exposed population: Prevalence and causes. Am J Roentgenol 144:9, 1985.
652. Lynch DA, Gamsu G, Aberle DR: Conventional and high resolution computed tomography in the diagnosis of asbestos-related diseases. Radiographics 9:523, 1989.
653. Hillerdal G, Malmberg P, Hemmingsson A: Asbestos-related lesions of the pleura: Parietal plaques compared to diffuse thickening studied with chest roentgenography, computed tomography, lung function, and gas exchange. Am J Ind Med 18:627, 1990.
654. Aberle DR, Gamsu G, Ray CS, Feuerstein IM: Asbestos-related pleural and parenchymal fibrosis: Detection with high-resolution CT. Radiology 166:729, 1988.

655. Leung AN, Müller NL, Miller RR: CT in differential diagnosis of diffuse pleural disease. Am J Roentgenol 154:487, 1990.
656. Friedman AC, Fiel SB, Radecki PD, Lev-Toaff AS: Computed tomography of benign thoracic and pulmonary parenchymal abnormalities related to asbestos exposure. Semin Ultrasound CT MR 11:393, 1990.
657. Müller NL: Imaging of the Pleura. Radiology 186:297, 1993.
658. Gaensler EA, Kaplan AI: Asbestos pleural effusion. Ann Intern Med 74:178, 1971.
659. Sluis-Cremer GK, Webster I: Acute pleurisy in asbestos exposed persons. Environ Res 5:380, 1972.
660. Epler GR, McLoud TC, Gaensler EA: Prevalence and incidence of benign asbestos pleural effusion in working population. JAMA 247:617, 1982.
661. Eisenstadt HB: Benign asbestos pleurisy. JAMA 192:419, 1965.
662. Rabinowitz JG, Efremidis SC, Cohen B, et al: A comparative study of mesothelioma and asbestosis using computed tomography and conventional chest radiography. Radiology 144:453, 1982.
663. Katz D, Kreel L: Computed tomography in pulmonary asbestosis. Clin Radiol 30:207, 1979.
664. Adams VI, Unni KK, Muhm JR, et al: Diffuse malignant mesothelioma of pleura: Diagnosis and survival in 92 cases. Cancer 58:1540, 1986.
665. Grant DC, Seltzer SE, Antman KH, et al: Computed tomography of malignant pleural mesothelioma. J Comput Assist Tomogr 7:626, 1983.
666. Kawashima A, Libshitz HI: Malignant pleural mesothelioma: CT manifestations in 50 cases. Am J Roentgenol 155:965, 1990.
667. Goldstein B: Two malignant pleural mesotheliomas with unusual histological features. Thorax 34:375, 1979.
668. Nichols DM, Johnson MA: Calcification in a pleural mesothelioma. J Can Assoc Radiol 34:311, 1983.
669. Smith KW: Pulmonary disability in asbestos workers. AMA Arch Ind Health 12:198, 1955.
670. Sampson C, Hansell DM: The prevalence of enlarged mediastinal lymph nodes in asbestos-exposed individuals: A CT study. Clin Radiol 45:340, 1992.
671. Hillerdal G: Asbestos exposure and upper lobe involvement. Am J Roentgenol 139:1163, 1982.
672. Solomon A, Goldstein B, Webster I, et al: Massive fibrosis in asbestosis. Environ Res 4:430, 1971.
673. Gefter WB, Conant EF: Issues and controversies in the plain-film diagnosis of asbestos-related disorders in the chest. J Thorac Imaging 3:11, 1988.
674. Epler GR, McLoud TC, Gaensler EA, et al: Normal chest roentgenograms in chronic diffuse infiltrative lung disease. N Engl J Med 298:934, 1978.
675. Kipen HM, Lilis R, Suzuki Y, et al: Pulmonary fibrosis in asbestos insulation workers with lung cancer: A radiological and histopathological evaluation. Br J Ind Med 44:96, 1987.
676. Akira M, Yokoyama K, Yamamoto S, et al: Early asbestosis: Evaluation with high-resolution CT. Radiology 178:409, 1991.
677. Yoshimura H, Hatakeyama M, Otsuji H, et al: Pulmonary asbestosis: CT study of subpleural curvilinear shadow. Radiology 158:653, 1986.
678. Akira M, Yamamoto S, Yokoyama K, et al: Asbestosis: High-resolution CT-pathologic correlation. Radiology 176:389, 1990.
679. Al-Jarad N, Strickland B, Pearson MC, et al: High-resolution computed tomographic assessment of asbestosis and cryptogenic fibrosing alveolitis: A comparative study. Thorax 47:645, 1992.
680. Primack SL, Hartman TE, Hansell DM, Müller NL: End-stage lung disease: CT findings in 61 patients. Radiology 189:681, 1993.
681. Bergin CJ, Castellino RA, Blank N, Moses L: Specificity of high-resolution CT findings in pulmonary asbestosis: Do patients scanned for other indications have similar findings? Am J Roentgenol 163:551, 1994.
682. Murray KA, Gamsu G, Webb WR, et al: High-resolution computed tomography sampling for detection of asbestos-related lung disease. Acad Radiol 2:111, 1995.
683. Majurin ML, Varpula M, Kurki T, Pakkala L: High-resolution CT of the lung in asbestos-exposed subjects: Comparison of low-dose and high-dose HRCT. Acta Radiol 35:473, 1994.
684. Mintzer RA, Gore RM, Vogelzang RL, et al: Rounded atelectasis and its association with asbestos-induced pleural disease. Radiology 139:567, 1981.
685. Schneider HJ, Felson B, Gonzalez LL: Rounded atelectasis. Am J Roentgenol 134:225, 1980.
686. Franzblau A: Asbestos-associated round atelectasis: A case report and review of the literature. Mt Sinai J Med 56:321, 1989.
687. Lynch DA, Gamsu G, Ray CS, Aberle DR: Asbestos-related focal lung masses: Manifestations on conventional and high-resolution CT scans. Radiology 169:603, 1988.
688. McHugh K, Blaquiere RM: CT features of rounded atelectasis. Am J Roentgenol 153:257, 1989.
689. Carvalho PM, Carr DH: Computed tomography of folded lung. Clin Radiol 41:86, 1990.
690. Taylor PM: Dynamic contrast enhancement of asbestos-related pulmonary pseudotumours. Br J Radiol 61:1070, 1988.
691. Westcott JL, Hllisey MJ, Volpe JP: Dynamic CT of round atelectasis. Radiology 181:182, 1991.
692. Hillerdal G: Rounded atelectasis: Clinical experience with 74 patients. Chest 95:836, 1989.
693. Verschakelen JA, Demaerel P, Coolen J, et al: Rounded atelectasis of the lung: MR appearance. Am J Roentgenol 152:965, 1989.
693a. McAdams HP, Erasmus JJ, Patz EF, et al: Evaluation of patients with round

atelectasis using 2-[18F]fluoro-2-deoxy-D-glucose PET. J Comput Assist Tomogr 22:601, 1998.
694. Smyth MDP, Goodman NG, Basu AP, et al: Pulmonary asbestosis. Chest 60:370, 1971.
695. Eisenstadt HB: Asbestos pleurisy. Dis Chest 46:78, 1964.
696. Robinson BWS, Musk AW: Benign asbestos pleural effusion: Diagnosis and course. Thorax 36:896, 1981.
697. Hillerdal G: Non-malignant asbestos pleural disease. Thorax 36:669, 1981.
698. Miller A: Chronic pleuritic pain in four patients with asbestos induced pleural fibrosis. Br J Ind Med 47:147, 1990.
699. Rosenstock L, Barnhart S, Heyer NJ, et al: The relation among pulmonary function, chest roentgenographic abnormalities and smoking status in an asbestos-exposed cohort. Am Rev Respir Dis 138:272, 1988.
700. McGavin CR, Sheers G: Diffuse pleural thickening in asbestos workers: Disability and lung function abnormalities. Thorax 39:604, 1984.
701. Britton MG: Asbestos pleural disease. Br J Dis Chest 76:1, 1982.
702. Hilt B, Lien JT, Lund-Larsen PG: Lung function and respiratory symptoms in subjects with asbestos-related disorders: A cross-sectional study. Am J Ind Med 11:517, 1987.
703. Schüler P, Maturana V, Cruz E, et al: Pulmonary asbestosis. Rev Chil Enferm Torax 25:37, 1959.
704. Kleinfeld M, Messite J, Shapiro J: Clinical, radiological, and physiological findings in asbestosis. Arch Intern Med 117:813, 1966.
705. Enarson DA, Embree V, MacLean L, et al: Respiratory health in chrysotile asbestos miners in British Columbia: A longitudinal study. Br J Ind Med 45:459, 1988.
706. Brodken CA, Barnhart S, Anderson G, et al: Correlation between respiratory symptoms and pulmonary function in asbestos-exposed workers. Am Rev Respir Dis 148:32, 1993.
707. Murphy RLH Jr, Ferris BG Jr, Burgess WA, et al: Effects of low concentrations of asbestos: Clinical, environmental, radiologic and epidemiologic observations in shipyard pipe coverers and controls. N Engl J Med 285:1271, 1971.
708. Mitchell CA, Charney M, Schoenberg JB: Early lung disease in asbestos-product workers. Lung 154:261, 1978.
709. Shirai F, Kudoh S, Shibuya A, et al: Crackles in asbestos workers: Auscultation and lung sound analysis. Br J Dis Chest 75:386, 1981.
710. Begin R, Cantin A, Berthiaume Y, et al: Clinical features to stage alveolitis in asbestos workers. Am J Ind Med 8:521, 1985.
711. Huuskonen MS: Clinical features, mortality and survival of patients with asbestosis. Scand J Work Environ Health 4:265, 1978.
712. Picado C, Roisin RR, Sala H, et al: Diagnosis of asbestosis: Clinical, radiological and lung function data in 42 patients. Lung 162:325, 1984.
713. Al Jarad N, Davies SW, Logan-Sinclair R, et al: Lung crackle characteristics in patients with asbestosis. Respir Med 88:37, 1994.
714. Coutts II, Gilson JC, Kerr IH, et al: Significance of finger clubbing in asbestosis. Thorax 42:117, 1987.
715. Fischbein L, Namade M, Sach RN, et al: Chronic constrictive pericarditis associated with asbestosis. Chest 94:646, 1988.
716. Bégin R, Cantin A, Drapeau G, et al: Pulmonary uptake of gallium-67 in asbestos-exposed humans and sheep. Am Rev Respir Dis 127:623, 1983.
717. Gellert AR, Perry D, Langford JA, et al: Asbestosis: Bronchoalveolar lavage fluid proteins and their relationship to pulmonary epithelial permeability. Chest 88:730, 1985.
718. Miller A: Pulmonary function in asbestosis and asbestos-related pleural disease. Environ Res 61:1, 1993.
719. Miller A, Lilis R, Godbold J, et al: Relationship of pulmonary function to radiographic interstitial fibrosis in 2,611 long-term asbestos insulators. Am Rev Respir Dis 145:263, 1992.
720. Griffith DE, Garcia JG, Dodson RF, et al: Airflow obstruction in nonsmoking, asbestos and mixed dust-exposed workers. Lung 171:213, 1993.
721. Miller A, Lilis R, Godbold J, et al: Spirometric impairments in long-term insulators. Chest 105:175, 1994.
722. Fournier-Massey G, Becklake MR: Pulmonary function profiles in Quebec asbestos workers. Bull Physiopathol Respir (Nancy) 11:429, 1975.
723. Kilburn KH, Warshaw RH: Airways obstruction from asbestos exposure. Chest 106:1061, 1994.
724. Barnhart S, Hudson LD, Mason SE, et al: Total lung capacity: An insensitive measure of impairment in patients with asbestosis and chronic obstructive pulmonary disease? Chest 93:299, 1988.
725. Kilburn KH, Warshar RH: Total lung capacity in asbestosis: A comparison of radiographic and body plethysmographic methods. Am J Med Sci 305:84, 1993.
726. Barnhart S, Hudson LD, Mason SE, et al: Total lung capacity—an insensitive measure of impairment in patients with asbestosis and chronic obstructive pulmonary disease? Chest 93:299, 1988.
727. Kilburn KH, Miller A, Warshaw RH: Measuring lung volumes in advanced asbestosis: Comparability of plethysmographic and radiographic versus helium rebreathing and single breath methods. Respir Med 87:115, 1993.
728. Chen CR, Chang HY, Suo J, et al: Occupational exposure and respiratory morbidity among asbestos workers in Taiwan. J Formos Med Assoc 91:1138, 1992.
729. Osim EE, Esin RA, Fossung FE, et al: Ventilatory function in Nigerian asbestos factory workers. East Afr Med J 69:254, 1992.
730. Bader ME, Bader RA, Selikoff IJ: Pulmonary function in asbestosis of the lung: An alveolar-capillary block syndrome. Am J Med 30:235, 1961.
731. Leatham GL: Clinical, bronchographic, radiological and physiological observations in ten cases of asbestosis. Br J Ind Med 17:213, 1960.

732. Wang ML, Lu PL: Lung function studies of asbestos workers. Scand J Work Environ Health 11(Suppl 4):34, 1985.

733. Jodoin G, Gibbs GW, Macklem PT, et al: Early effects of asbestos exposure on lung function. Am Rev Respir Dis 104:525, 1971.

734. Smith DD, Agostoni PG: The discriminatory value of the P(A-a) O₂ during exercise in the detection of asbestosis in asbestos exposed workers. Chest 95:52, 1989.

734a. Divertie MB, Cassan SM, Brown AL Jr: Ultrastructural morphometry of the diffusion surface in a case of pulmonary asbestosis. Mayo Clin Proc 50:193, 1975.

735. Cookson WO, Musk AW, Glancy JJ: Asbestosis and crytptogenic fibrosing alveolitis: A radiological and functional comparison. Aust N Z J Med 14:626, 1984.

736. Agust AGN, Roca J, Rodriguez-Roisin R, et al: Different patterns of gas exchange response to exercise in asbestosis and idiopathic pulmonary fibrosis. Eur Respir J 1:510, 1988.

737. Al Jarad N, Poulakis N, Pearson MC, et al: Assessment of asbestos-induced pleural diseases by computed tomography—correlation with chest radiograph and lung function. Respir Med 85:203, 1991.

738. Broderick A, Fuortes L, Merchant JA, et al: Pleural determinants of restrictive lung function and respiratory symptoms in an asbestos-exposed population. Chest 101:684, 1992.

739. Schwartz DA, Fuortes LJ, Galvin JR, et al: Asbestos-induced pleural fibrosis and impaired lung function. Am Rev Respir Dis 141:321, 1990.

740. Bourbeau J, Ernst P, Chrome J, et al: The relationship between respiratory impairment and asbestos-related pleural abnormality in an active work force. Am Rev Respir Dis 142:837, 1990.

741. Cotes JE, King B: Relationship of lung function to radiographic reading (ILO) in patients with asbestos related lung disease. Thorax 43:777, 1988.

742. Kilburn KH, Warshaw RH: Abnormal lung function associated with asbestos disease of the pleura, the lung, and both: A comparative analysis. Thorax 46:33, 1991.

743. Kilburn KH, Warshaw R: Pulmonary functional impairment associated with pleural disease. Chest 98:965, 1990.

744. Kilburn KH, Warshaw RH: Abnormal pulmonary function associated with diaphragmatic pleural plaques due to exposure to asbestos. Br J Ind Med 47:611, 1990.

745. Wright PH, Hanson A, Kreel L, et al: Respiratory function changes after asbestos pleurisy. Thorax 35:31, 1980.

746. Cookson WO, Musk AW, Glancy JJ: Pleural thickening and gas transfer in asbestosis. Thorax 38:657, 1983.

747. Agostoni P, Smith DD, Schoene RB, et al: Evaluation of breathlessness in asbestos workers: Results of exercise testing. Am Rev Respir Dis 135:812, 1987.

748. Miller A, Bhuptsani A, Sloane MF, et al: Cardiorespiratory responses to incremental exercise in patients with asbestos-related pleural thickening and normal or slightly abnormal lung function. Chest 103:1045, 1993.

749. Shih JF, Wilson JS, Broderick A, et al: Asbestos-induced pleural fibrosis and impaired exercise physiology. Chest 105:1370, 1994.

750. Becklake MR: Asbestos-related diseases of the lungs and pleura: Current clinical issues. Am Rev Respir Dis 126:187, 1982.

751. Vianna NJ, Polan AK: Non-occupational exposure to asbestos and malignant mesothelioma in females. Lancet 1:1061, 1978

752. Stoeckle JD, Oliver LC, Hardy HL: Women with asbestosis in a medical clinic: Under reported women workers, delayed diagnosis and smoking. Women Health 7:31, 1982.

753. Dumortier P, De Vuyst P, Strauss P, et al: Asbestos bodies in bronchoalveolar lavage fluids of brake lining and asbestos cement workers. Br J Ind Med 47:91, 1990.

754. Dodson RF, O'Sullivan M, Corn CJ, et al: Analysis of ferruginous bodies in bronchoalveolar lavage from foundry workers. Br J Ind Med 50:1032, 1993.

755. Tuomi T, Oksa P, Anttila S, et al: Fibres and asbestos bodies in bronchoalveolar lavage fluids of asbestos workers. Br J Ind Med 49:480, 1992.

756. Schwartz DA, Galvin JR, Burmeister LF, et al: The clinical utility and reliability of asbestos bodies in bronchoalveolar fluid. Am Rev Respir Dis 144:684, 1991.

757. Teschler H, Konietzko N, Schoenfeld B, et al: Distribution of asbestos bodies in the human lung as determined by bronchoalveolar lavage. Am Rev Respir Dis 147:1211, 1993.

758. Teschler H, Thompson AB, Dollenkamp R, et al: Relevance of asbestos bodies in sputum. Eur Respir J 9:680, 1996.

759. Lerman Y, Ribak J, Selikoff IJ: Hazards of lung biopsy in asbestos workers. Br J Ind Med 43:165, 1986.

760. Kohyama N, Kyono H, Yokoyama K, et al: Evaluation of low-level asbestos exposure by transbronchial lung biopsy with analytical electron microscopy. J Electron Microsc 42:315, 1993.

761. Monso E, Tura JM, Pujadas J, et al: Lung dust content in idiopathic pulmonary fibrosis: A study with scanning electron microscopy and energy dispersive x-rays and analysis. Br J Ind Med 48:327, 1991.

762. Rockoff SD, Schwartz A: Roentgenographic underestimation of early asbestosis by international labor organisation classification. Chest 93:1089, 1988.

763. Staples CA, Gamsu G, Ray CS, et al: High resolution computed tomography and lung function in asbestos-exposed workers with normal chest radiographs. Am Rev Respir Dis 139:1502, 1989.

764. Bégin R, Ostiguy GR, Fillion, et al: Computed tomography in the early detection of asbestosis. Br J Ind Med 50:689, 1993.

765. Klaas VE: A diagnostic approach to asbestosis, utilizing clinical criteria, high resolution computed tomography, and gallium scanning. Am J Ind Med 23:801, 1993.

766. Dujic Z, Tocilj J, Saric M: Early detection of interstitial lung disease in asbestos exposed nonsmoking workers by mid-expiratory flow rate and high resolution computed tomography. Br J Ind Med 48:663, 1991.

767. Akira M, Yokoyama K, Yamamoto S, et al: Early asbestosis: Evaluation with high resolution CT. Radiology 178:409, 1991.

768. Neri S, Antonelli A, Falaschi F, et al: Findings from high resolution computed tomography of the lung and plan of symptom free workers exposed to amosite who had normal chest radiographs and pulmonary function tests. Occup Environ Med 51:239, 1994.

769. Gevenois PA, De Vuyst P, Dedeire S, et al: Conventional and high-resolution CT in asymptomatic asbestos-exposed workers. Acta Radiol 35:226, 1994.

770. Hayes AA, Mullan B, Lovegrove FT, et al: Gallium lung scanning and bronchoalveolar lavage in crocidolite-exposed workers. Chest 96:22, 1989.

771. Payne CR, Jaques P, Kerr JH: Lung folding simulating peripheral pulmonary neoplasm (Blesovsky's syndrome). Thorax 35:936, 1980.

772. Inoshita T, Boyd WJ: Rounded atelectasis shown by computerized tomography. South Med J 79:764, 1986.

773. Markoitz SB, Morabia A, Lilis R, et al: Clinical predictors of mortality from asbestosis in the North American insulator cohort, 1981 to 1991. Am J Respir Crit Care Med 156:101, 1997.

774. McDonald JC: Asbestos and lung cancer: Has the case been proven? Chest 78(Suppl):374, 1980.

775. McDonald JC, McDonald AD: Epidemiology of asbestos-related lung cancer. *In* Asbestos-Related Malignancy. Orlando, Grune & Stratton, 1986.

776. McDonald JC, Liddell FDK, Gibbs GW, et al: Dust exposure and mortality in chrysotile mining, 1910–75. Br J Ind Med 37:11, 1980.

777. McDonald JC, Liddell FDK, Dufresne A, et al: The 1891–1920 birth cohort of Quebec chrysotile miners and millers: Mortality 1976–88. Br J Ind Med 50:1073, 1993.

778. Castleman BI: Asbestos and cancer: History and public policy. Br J Ind Med 48:427, 1991.

779. McDonald AD, Case BW, Churg A, et al: Mesothelioma in Quebec chrysotile miners and millers: Epidemiology and aetiology. Am Occup Hyg 41:707, 1997.

780. Sluis-Cremer GK: The relationship between asbestosis and bronchial cancer. Chest 78(Suppl):380, 1980.

781. Selikoff IJ, Bader RA, Bader ME, et al: Asbestosis and neoplasia. Am J Med 42:487, 1967.

782. Weill H, Hughes J, Waggenspack C: Influence of dose and fiber type on respiratory malignancy risk in asbestos cement manufacturing. Am Rev Respir Dis 120:345, 1979.

783. Stovin PGI, Partridge P: Pulmonary asbestos and dust content in East Africa. Thorax 37:185, 1982.

784. Baba K: Indications of an increase of occupational pleural mesothelioma in Japan. Sangyo Ika Daigaku Zasshi 5:3, 1983.

785. McDonald AD, Fry JS, Woolley AJ, et al: Dust exposure and mortality in an American chrysotile textile plant. Br J Ind Med 40:361, 1983.

786. Wagner JC, Moncrieff CB, Coles R, et al: Correlation between fibre content of the lungs and disease in naval stockyard workers. Br J Ind Med 43:391, 1986.

787. Hughes JM, Weill H, Hammad YY: Mortality of workers employed in two asbestos cement manufacturing plants. Br J Ind Med 44:161, 1987.

788. Leading article: Asbestos pollution and pleural plaques. Med J Aust 1:444, 1981.

789. Albin M, Johansson L, Pooley FD, et al: Mineral fibres, fibrosis, and asbestos bodies in lung tissue from deceased asbestos cement workers. Br J Ind Med 47:767, 1990.

790. Hourihane DO: The pathology of mesotheliomata and an analysis of their association with asbestos exposure. Thorax 19:268, 1964.

791. Enticknap JB, Smither WJ: Peritoneal tumours in asbestosis. Br J Ind Med 21:20, 1964.

792. Selikoff IJ, Churg J, Hammond EC: Asbestos exposure and neoplasia. JAMA 188:22, 1964.

793. Kishimoto T: Intensity of exposure to asbestos in metropolitan Kure City as estimated by autopsied cases. Cancer 69:2598, 1992.

794. Selikoff IJ, Hammond EC: Asbestos and smoking (editorial). JAMA 242:458, 1979.

795. Snell PM, McGill P: Asbestos and laryngeal carcinoma. Lancet 2:416, 1973.

796. Newhouse ML, Berry G: Asbestos and laryngeal carcinoma. Lancet 2:615, 1973.

797. Libshitz HI, Wershba MS, Atkinson GW, et al: Asbestosis and carcinoma of the larynx: A possible association. JAMA 228:1571, 1974.

798. Raffin E, Lynge E, Juel K, et al: Incidence of cancer and mortality among employees in the asbestos cement industry in Denmark. Br J Ind Med 46:90, 1989.

799. Kishimoto T, Ono T, Okada K: Acute myelocytic leukemia after exposure to asbestos. Cancer 62:787, 1988.

800. Gerber MA: Asbestosis and neoplastic disorders of the hematopoietic system. Am J Clin Pathol 53:204, 1970.

801. Albin M, Jakobsson K, Attewell R, et al: Mortality and cancer morbidity in cohorts of asbestos cement workers and referents. Br J Ind Med 47:602, 1990.

802. Sanden A, Järvholm B, Larsson S: The importance of lung function, nonmalignant disease associated with asbestos, and symptoms as predictors of ischaemic heart disease in shipyard workers exposed to asbestos. Br J Ind Med 50:785, 1993.

803. McDonald JC, Liddell FDK, Dufresne A, et al: The 1891–1920 birth cohort of Quebec chrysotile miners and millers: Mortality 1976–88. Br J Ind Med 50:1073, 1993.
804. Segarra-Obiol F, Lopez-Ibanez P, Perez NJ: Asbestosis and tuberculosis. Am J Ind Med 4:755, 1983.
805. Armstrong BK, de Klerk NH, Musk AW, et al: Mortality in miners and millers of crocidolite in Western Australia. Br J Ind Med 45:5, 1988.
806. Gysbrechts C, Michiels E, Verbeken E, et al: Interstitial lung disease more than 40 years after a 5 year occupational exposure to talc. Eur Respir J 11:1425, 1998.
807. Hildick-Smith GY: The biology of talc. Br J Ind Med 33:217, 1976.
808. Messite J, Reddin G, Kleinfeld M: Pulmonary talcosis, a clinical and environmental study. AMA Arch Ind Health 20:408, 1959.
809. Wegman DH, Peters JM, Boundy MG, et al: Evaluation of respiratory effects in miners and millers exposed to talc free of asbestos and silica. Br J Ind Med 39:233, 1982.
810. Gamble JF, Fellner W, Dimeo MJ: An epidemiologic study of a group of talc workers. Am Rev Respir Dis 119:741, 1979.
811. Ahlmark A, Bruce T, Nyström A: Pneumoconiosis (talcosis) in soapstone workers. Nord Med 59:287, 1958.
812. Berner A, Gylseth B, Levy F: Talc dust pneumoconiosis. Acta Pathol Microbiol Scand (A) 89:17, 1981.
813. Nam K, Gracey DR: Pulmonary talcosis from cosmetic talcum powder. JAMA 221:492, 1972.
814. Wells IP, Dubbins PA, Whimster WF: Pulmonary disease caused by the inhalation of cosmetic talcum powder. Br J Radiol 52:586, 1979.
815. Wells IP, Dubbins PA, Whimster WF: Pulmonary disease caused by the inhalation of cosmetic talcum powder. Br J Radiol 52:586, 1979.
816. Leading article: Accidental inhalation of talcum powder. BMJ 4:5, 1969.
817. Gould SR, Barnardo DE: Respiratory distress after talc inhalation. Br J Dis Chest 66:230, 1970.
818. Bouchàma A, Chastre J, Gaudichet A, et al: Acute pneumonitis with bilateral pleural effusion after talc pleurodesis. Chest 86:795, 1984.
819. Research Committee of the British Thoracic Association and the Medical Research Council Pneumoconiosis Unit: A survey of the long-term effects of talc and kaolin pleurodesis. Br J Dis Chest 73:285, 1979.
820. de Vuyst P, Dumortier P, Leophonte P, et al: Mineralogical analysis of bronchoalveolar lavage in talc pneumoconiosis. Eur J Respir Dis 70:150, 1987.
821. Gibbs AE, Pooley FD, Griffiths DM, et al: Talc pneumoconiosis: A pathologic and mineralogic study. Hum Pathol 23:1344, 1992.
822. Vallyathan NV, Craighead JE: Pulmonary pathology in workers exposed to nonasbestiform talc. Hum Pathol 12:28, 1981.
823. Gibbs AE, Pooley FD, Griffiths DM, et al: Talc pneumoconiosis: A pathologic and mineralogic study. Hum Pathol 23:1344, 1992.
824. Vallyathan NV, Green FHY, Craighead JE: Recent advances in the study of mineral pneumoconiosis. *In* Sommers SC, Rosen PP (eds): Pathology Annual, part II. New York, Appleton-Century-Crofts, 1980, p 15.
825. Lapenas DJ, Davis GS, Gale PN, et al: Mineral dusts as etiologic agents in pulmonary fibrosis: The diagnostic role of analytical scanning electron microscopy. Am J Clin Pathol 78:701, 1982.
826. Siegal W, Smith AR, Greenburg L: The dust inhaled in tremolite talc mining, including roentgenological findings in talc workers. Am J Roentgenol 49:11, 1943.
827. Kleinfeld M, Messite J, Tabershaw IR: Talc pneumoconiosis. AMA Arch Ind Health 12:66, 1955.
828. Seeler AO, Gryboski JS, MacMahon HE: Talc pneumoconiosis. AMA Arch Ind Health 19:392, 1959.
829. Porro FW, Patton JR, Hobbs AA Jr: Pneumoconiosis in the talc industry. Am J Roentgenol 47:507, 1942.
830. Alivisatos GP, Pontikakis AE, Terzis B: Talcosis of unusually rapid development. Br J Ind Med 12:43, 1955.
831. Kleinfeld M, Messite J, Shapiro J, et al: Effect of talc dust inhalation on lung function. Arch Environ Health 10:431, 1965.
832. Tukiainen P, Nickels J, Taskinen E, et al: Pulmonary granulomatous reaction: Talc pneumoconiosis or chronic sarcoidosis? Br J Ind Med 41:84, 1984.
833. Rubino GF, Scansetti G, Piolatto G, et al: Mortality study of talc miners and millers. J Occup Med 18:186, 1976.
834. Kleinfeld M, Messite J, Zaki MM: Mortality experience among talc workers: A followup study. J Occup Med 16:345, 1974.
835. Steele WT, Tabershaw IR: The mortality experience of upstate New York talc workers. J Occup Med 24:480, 1982.
835a. de Coster C, Verstraeten JM, Dumortier P, et al: Atypical mycobacteriosis as a complication of talc pneumoconiosis. Eur Respir J 9:1757, 1996.
836. Kleinfeld M, Messite J, Shapiro J, et al: Effect of talc dust inhalation on lung function. Arch Environ Health 10:431, 1965.
837. Kleinfeld M, Messite J, Shapiro J, et al: Lung function in talc workers, a comparative physiologic study of workers exposed to fibrous and granular talc dust. Arch Environ Health 9:559, 1964.
838. Gamble J, Greife A, Hancock J: An epidemiological-industrial hygiene study of talc workers. Ann Occup Hyg 26:841, 1982.
839. Craighead JE, Emerson RJ, Stanley DE: Slateworker's pneumoconiosis. Hum Pathol 23:1098, 1992.
840. Lockey JE, Brooks SM, Jarabek AM, et al: Pulmonary changes after exposure to vermiculite contaminated with fibrous tremolite. Am Rev Respir Dis 129:952, 1984.
841. Davies D, Cotton R: Mica pneumoconiosis. Br J Ind Med 40:22, 1983.
842. Dreesen WC, Dallavalle JM, Edwards TI, et al: Pneumoconiosis among mica and pegmatite workers. Public Health Bulletin No. 250. Washington, DC, US Public Health Service, 1940, pp 1–74.
843. Vorwald AJ, MacEwen JD, Smith RG: Mineral content of lung in certain pneumoconioses. Arch Pathol 74:267, 1962.
844. Pimentel JC, Menezes AP: Pulmonary and hepatic granulomatous disorders due to the inhalation of cement and mica dusts. Thorax 33:219, 1978.
845. Skulberg KR, Gylseth B, Skaug V, et al: Mica pneumoconiosis: A literature review. Scand J Work Environ Health 11:65, 1985.
846. Jones RN, Weill H, Parkes WR: Disease related to nonasbestos silicates. *In* Parkes WR (ed): Occupational Lung Disorders. 3rd ed. Oxford, Butterworth-Heinemann, 1994, p 557.
847. Landas SK, Schwartz DA: Mica-associated pulmonary interstitial fibrosis. Am Rev Respir Dis 144:718, 1991.
848. Phibbs BP, Sundin RE, Mitchell RS: Silicosis in Wyoming bentonite workers. Am Rev Respir Dis 103:1, 1971.
849. Sakula A: Pneumoconiosis due to Fuller's earth. Thorax 16:176, 1961.
850. Gibbs AR, Pooley FD: Fuller's earth (montmorillonite) pneumoconiosis. Occup Environ Med 51:644, 1994.
851. McNally WD, Trostler IS: Severe pneumoconiosis caused by inhalation of Fuller's earth. J Ind Hyg 23:118, 1941.
852. Sepulveda M-J, Vallyathan V, Attfield MO, et al: Pneumoconiosis and lung function in a group of kaolin workers. Am Rev Respir Dis 127:231, 1983.
853. Lapenas D, Gale P, Kennedy T, et al: Kaolin pneumoconiosis: Radiologic, pathologic, and mineralogic findings. Am Rev Respir Dis 130:282, 1984.
854. Lesser M, Zia M, Kilburn KH: Silicosis in kaolin workers and firebrick makers. South Med J 71:1242, 1978.
855. Altekruse EB, Chaudhary BA, Pearson MG, et al: Kaolin dust concentrations and pneumoconiosis at a kaolin mine. Thorax 39:436, 1984.
856. Wagner JC, Pooley FD, Gibbs A, et al: Inhalation of china stone and china clay dusts: Relationship between the mineralogy of dust retained in the lungs and pathological changes. Thorax 41:190, 1986.
857. Herman SJ, Olscamp GC, Weisbrod GL: Pulmonary kaolin granulomas. J Can Assoc Radiol 33:279, 1982.
858. Lapenas DJ, Gale PN: Kaolin pneumoconiosis: A case report. Arch Pathol Lab Med 107:650, 1983.
859. Edenfield RW: A clinical and roentgenological study of kaolin workers. Arch Environ Health 1:392, 1960.
860. Sheers G: Prevalence of pneumoconiosis in Cornish china clay workers. Br J Ind Med 21:218, 1964.
861. Oldham PD: Pneumoconiosis in Cornish china clay workers. Br J Ind Med 40:131, 1983.
862. Kennedy T, Rawlings W Jr, Baser M, et al: Pneumoconiosis in Georgia kaolin workers. Am Rev Respir Dis 127:215, 1983.
863. Hale LW: Pneumoconiosis in Cornwall. *In* King EJ, Fletcher CM (eds): Industrial Pulmonary Diseases: A Symposium Held at the Postgraduate Medical School of London, 18–20 September 1957 and 25–27 March 1958. London, J & A Churchill, 1960, pp 139–145.
864. Morgan WKC, Donner A, Higgins ITT, et al: The effects of kaolin on the lung. Am Rev Respir Dis 138:813, 1988.
865. Rundle EM, Sugar ET, Ogle CJ: Analyses of the 1990 chest health survey of china clay workers. Br J Ind Med 50:913, 1993.
866. Baser ME, Kennedy TP, Dodson R, et al: Differences in lung function and prevalence of pneumoconiosis between two kaolin plants. Br J Ind Med 46:773, 1989.
867. Bristol LJ: Pneumoconioses caused by asbestos and by other siliceous and nonsiliceous dusts. Semin Roentgenol 2:283, 1967.
868. Hale LW, Gough J, King EJ, et al: Pneumoconiosis of kaolin workers. Br J Ind Med 13:251, 1956.
869. Lynch KM, McIver FA: Pneumoconiosis from exposure to kaolin dust: Kaolinosis. Am J Pathol 30:1117, 1954.
870. Baris YI, Artvinli M, Sahin AA, et al: Diffuse lung fibrosis due to fibrous zeolite (erionite) exposure. Eur J Respir Dis 70:122, 1987.
871. Casey KR, Shigeoka JW, Rom WM, et al: Zeolite exposure and associated pneumoconiosis. Chest 87:837, 1985.
872. Baris YI, Sahin AA, Ozesmi M, et al: An outbreak of pleural mesothelioma and chronic fibrosing pleurisy in the village of Karain/Ürgüp in Anatolia. Thorax 33:181, 1978.
873. Baris YI, Saracci R, Simonato L, et al: Malignant mesothelioma and radiological chest abnormalities in two villages in Central Turkey. Lancet 1:984, 1981.
874. Artvinli M, Baris YI: Environmental fiber-induced pleuro-pulmonary diseases in an Anatolian village: An epidemiologic study. Arch Environ Health 37:177, 1982.
875. Musk AW, Greville HW, Tribe AE: Pulmonary disease from occupational exposure to an artificial aluminum silicate used for cat litter. Br J Ind Med 37:367, 1980.
876. Barrie HJ, Gosselin L: Massive pneumoconiosis from a rock dust containing no free silica: Nepheline lung. Arch Environ Health 1:109, 1960.
877. Olscamp G, Herman SJ, Weisbrod GL: Nepheline rock dust pneumoconiosis: A report of 2 cases. Radiology 142:29, 1982.
878. Huuskonen MS, Tossavainen A, Koskinen H, et al: Wollastonite exposure and lung fibrosis. Environ Res 30:291, 1983.
879. Huuskonen MS, Jarvisalo J, Koskinen H, et al: Preliminary results from a cohort of workers exposed to wollastonite in a Finnish limestone quarry. Scand J Work Environ Health 9:169, 1983.

880. Hanke W, Sepulveda MJ, Watson A, et al: Respiratory morbidity in wollastonite workers. Br J Ind Med 41:474, 1984.
881. Clark TC, Harrington VA, Asta J, et al: Respiratory effects of exposure to dust in taconite mining and processing. Am Rev Respir Dis 121:959, 1980.
882. Gylseth B, Norseth T, Skaug V: Amphibole fibers in a taconite mine and in the lungs of the miners. Am J Ind Med 2:175, 1981.
883. Newman LS, Kreiss K, King TE Jr, et al: Pathologic and immunologic alterations in early stages of beryllium disease: Re-examination of disease definition and natural history. Am Rev Respir Dis 139:1479, 1989.
884. Morgan WKC: Magnetite pneumoconiosis. J Occup Med 20:762, 1978.
885. Harding HE, McLaughlin AIG, Doig AT: Clinical, radiographic, and pathological studies of the lungs of electric-arc and oxacetylene welders. Lancet 2:394, 1958.
886. Stacy BD, King EJ, Harrison CV, et al: Tissue changes in rats' lungs caused by hydroxides, oxides and phosphates of aluminium and iron. J Pathol Bacteriol 77:417, 1959.
887. Harding HE, Grout JLA, Davies TAL: The experimental production of x-ray shadows in the lungs by inhalation of industrial dusts: I. Iron oxide. Br J Ind Med 4:223, 1947.
888. Mclaughlin AIG: Iron and other radiopaque dusts. In King EJ, Fletcher CM (eds): Industrial Pulmonary Diseases: A Symposium Held at the Postgraduate Medical School of London, 18–20 September 1957 and 25–27 March 1958. London, J & A Churchill, 1960, pp 146–167.
889. Hunnicutt TN Jr, Cracovaner DJ, Myles JT: Spirometric measurements in welders. Arch Environ Health 8:661, 1964.
890. Sferlazza SJ, Beckett WS: The respiratory health of welders. Am Rev Respir Dis 143:1134, 1991.
891. Johnson NF, Haslam PL, Dewar A, et al: Identification of inorganic dust particles in bronchoalveolar lavage macrophages by energy dispersive x-ray microanalysis. Arch Environ Health 41:133, 1986.
892. Guidotti TL, Abraham JL, DeNee PB, et al: Arc welders' pneumoconiosis: Application of advanced scanning electron microscopy. Arch Environ Health 33:117, 1978.
893. Funahashi A, Schlueter DP, Pintar K, et al: Welders' pneumoconiosis: Tissue elemental microanalysis by energy dispersive x-ray analysis. Br J Ind Med 45:14, 1988.
894. Fontenot AP, Kotzin BL, Comment CE, et al: Expansions of T-cell subsets expressing particular T-cell receptor–variable regions in chronic beryllium disease. Am J Respir Cell Mol Biol 18:581, 1998.
895. Enzer N, Sander OA: Chronic lung changes in electric arc welders. J Ind Hyg 20:333, 1938.
896. Harding HE, McLaughlin AIG, Doig AT: Clinical, radiographic and pathological studies of the lungs of electric arc and oxyacetylene welders. Lancet 2:394, 1958.
897. Plamenac P, Nikulin A, Pikula B: Cytologic changes of the respiratory epithelium in iron foundry workers. Acta Cytol 18:34, 1974.
898. Attfield MD, Ross DS: Radiological abnormalities in electric-arc welders. Br J Ind Med 35:117, 1978.
899. McLaughlin AIG, Grout JLA, Barrie HJ, et al: Iron oxide dust and the lungs of silver finishers. Lancet 1:337, 1945.
900. Sander OA: The nonfibrogenic (benign) pneumoconioses. Semin Roentgenol 2:312, 1967.
901. Antti-Poika M, Hassi J, Pyy L: Respiratory diseases in arc welders. Int Arch Occup Environ Health 40:225, 1977.
902. Low I, Mitchell C: Respiratory disease in foundry workers. Br J Ind Med 42:101, 1985.
903. Hjortsberg U, Orbaek P, Arborelius Jr M: Small airways dysfunction among nonsmoking shipyard arc welders. Am J Ind Med 24:491, 1992.
904. Kilburn KH, Warshaw RH: Pulmonary functional impairment from years of arc welding. Am J Med 87:62, 1989.
905. Billings CG, Howard P: Occupational siderosis and welder's lung: A review. Monaldi Arch Chest Dis 48:304, 1993.
906. Faulds JS: Haematite pneumoconiosis in Cumberland miners. J Clin Pathol 10:187, 1957.
907. McLaughlin AIG, Harding HE: The causes of death in iron and steel workers (nonfoundry). Br J Ind Med 18:33, 1961.
908. Mun JM, Meyer-Bisch C, Pham QT, et al: Risk of lung cancer among iron ore miners: A proportional mortality study of 1,075 deceased miners in Lorraine, France. J Occup Med 29:762, 1987.
909. Chau N, Benamghar L, Pham QT, et al: Mortality of iron miners in Lorraine (France): Relations between lung function and respiratory symptoms and subsequent mortality. Br J Ind Med 50:1017, 1993.
910. Chen SY, Hayes RB, Liang SR, et al: Mortality experience of haematite mine workers in China. Br J Ind Med 47:175, 1990.
911. Pham QT, Teculescu D, Bruant A, et al: Iron miners—a ten year follow up. Eur J Epidemiol 8:594, 1992.
912. Smith GH, Williams FL, Lloyd OL: Respiratory cancer and air pollution from iron foundries in a Scottish town: An epidemiological and environmental study. Br J Ind Med 44:795, 1987.
913. Barrie HJ, Harding HE: Argyro-siderosis of the lungs in silver finishers. Br J Ind Med 4:225, 1947.
914. Robertson AJ, Rivers D, Nagelschmidt G, et al: Benign pneumoconiosis due to tin dioxide. Lancet 1:1089, 1961.
915. Robertson AJ, Whitaker PH: Radiological changes in pneumoconiosis due to tin oxide. J Fac Radiol 6:224, 1955.

916. Robertson AJ: Pneumoconiosis due to tin oxide. In King EJ, Fletcher CM (eds): Industrial Pulmonary Diseases: A Symposium Held at the Postgraduate Medical School of London, September 18–20, 1957, and March 25–27, 1958. London, J & A Churchill, 1960, pp 168–184.
917. Arrigoni A: La pneumoconiosi da bario. Clin Med Ital 64:299, 1933.
918. Huppertz A: Barylunge. [Baritosis.] Fortschr Röntgenstr 89:146, 1958.
919. Lévi-Valensi P, Drif M, Dat A, et al: A propos de 57 observations de barytose pulmonaire. Résultats d'une enquête systématique dans une usine de baryte. [Observations on 57 cases of barium sulfate pneumoconiosis: Results of a systematic investigation in a barium sulfate mill.] J Fr Med Chir Thorac 20:443, 1966.
920. Pendergrass EP, Greening RR: Baritosis: Report of a case. AMA Arch Ind Hyg 7:44, 1953.
921. Doig AT: Baritosis: A benign pneumoconiosis. Thorax 31:30, 1976.
922. McCallum RI: Detection of antimony in process workers' lungs by X-radiation. Trans Soc Occup Med 17:134, 1967.
923. Potkonjak V, Pavlovich M: Antimoniosis: A particular form of pneumoconiosis: I. Etiology, clinical and X-ray findings. Int Arch Occup Environ Health 51:199, 1983.
924. Cooper DA, Pendergrass EP, Vorwald AJ, et al: Pneumoconiosis among workers in an antimony industry. Am J Roentgenol 103:495, 1968.
925. Waring PM, Watling RJ: Rare earth deposits in a deceased movie projectionist. A new case of rare earth pneumoconiosis? Med J Aust 153:726, 1990.
926. Hoschek R: Röentgenologische lungenveränderungen durch seltene erden. Vorlädige mitteilung. [Roentgenologic lung changes by rare earth elements: Preliminary communication.] Zentralbl Arbeitsmed 14:281, 1964.
927. Suzuki KT, Kobayashi E, Ito Y, et al: Localization and health effects of lanthanum chloride instilled intratracheally into rats. Tox 76:141, 1992.
928. Cain H, Egner E, Ruska J: Ablagerungen seltener erden in der menschlichen lunge und in tierexperiment. [Deposits of rare earth metals in the lungs of man, and in experimental animals]. Virchows Arch 374:249, 1977.
929. Vocaturo G, Colombo F, Zanoni M, et al: Human exposure to heavy metals: Rare earth pneumoconiosis in occupational workers. Chest 83:780, 1983.
930. Haley PJ: Pulmonary toxicity of stable and radioactive lanthanides. Health Phys 61:809, 1991.
931. Sulotto F, Romano C, Berra A, et al: Rare-earth pneumoconiosis: A new case. Am J Ind Med 9:567, 1986.
932. Heuck F, Hoschek R: Cer-pneumoconiosis. Am J Roentgenol 104:777, 1968.
933. Eisenbud M, Lisson J: Epidemiological aspects of beryllium induced nonmalignant lung disease: A 30 year update. J Occup Med 25:196, 1983.
934. Kanarek DJ, Wainer RA, Chamberlin RI, et al: Respiratory illness in a population exposed to beryllium. Am Rev Respir Dis 108:1295, 1973.
935. Yoshida T, Shima S, Nagaoka K, et al: A study on the beryllium lymphocyte transformation test and the beryllium levels in working environment. Ind Health 35:374, 1997.
936. Kreiss K, Mroz MM, Newman LS, et al: Machining risk of beryllium disease associated with median exposures below 2 micrograms/m³. Am J Ind Med 30:16, 1996.
937. Meyer KC: Beryllium and lung disease. Chest 106:942, 1994.
938. Kriebel D, Brain JD, Sprince NL, et al: The pulmonary toxicity of beryllium. Am Rev Respir Dis 137:464, 1988.
939. Kreiss K, Mroz MM, Zhen B, et al: Epidemiology of beryllium sensitization and disease in nuclear workers. Am Rev Respir Dis 148:985, 1993.
940. Stange AW, Hilmas DE, Furman FJ: Possible health risks from low level exposure to beryllium. Toxicology 111:213, 1996.
941. Cullen MR, Kominsky JR, Rossman MD, et al: Chronic beryllium disease in a precious metal refinery: Clinical, epidemiologic, and immunologic evidence for continuing risk from exposure to low level beryllium fume. Am Rev Respir Dis 135:201, 1987.
942. Kotloff RM, Richman PS, Greenacre JK, et al: Chronic beryllium disease in a dental laboratory technician. Am Rev Respir Dis 147:205, 1993.
943. Newman LS, Kreiss K: Nonoccupational beryllium disease masquerading as sarcoidosis: Identification by blood lymphocyte proliferative response to beryllium. Am Rev Respir Dis 145:1212, 1992.
944. Hazard JB: Pathologic changes of beryllium disease: The acute disease. AMA Arch Ind Health 19:179, 1959.
945. Frieman DG, Hardy HL: Beryllium disease. Hum Pathol 1:25, 1970.
946. Denardi JM, Van Ordstrand HS, Curtis GH: Berylliosis: Summary and survey of all clinical types in ten year period. Cleve Clin Q 19:171, 1952.
947. Momose T, Koike S, Sakamoto A, et al: Impaired pulmonary function in acute beryllium poisoning. Nihon Rinsho 17:1224, 1959.
948. American College of Chest Physicians Report of the Section on Nature and Prevalence Committee on Occupational Diseases of the Chest: Beryllium disease. Dis Chest 48:550, 1965.
949. Shima M, Ohta K: Three cases of acute pneumonitis due to beryllium inhalation. Jpn J Chest Dis 19:707, 1960.
950. Cotes JE, Gilson JC, McKerrow CB, et al: A long-term follow-up of workers exposed to beryllium. Br J Ind Med 40:13, 1983.
951. Deodhar SD, Barna B, Van Ordstrand HS: A study of the immunologic aspects of chronic berylliosis. Chest 63:309, 1973.
952. Hanifin JM, Epstein WL, Cline MJ: In vitro studies of granulomatous hypersensitivity to beryllium. J Invest Dermatol 55:284, 1970.
953. Henderson WR, Fukuyama K, Epstein WL, et al: In vitro demonstration of delayed hypersensitivity in patients with berylliosis. J Invest Dermatol 58:5, 1972.

954. Daniele RP: Cell-mediated immunity in pulmonary disease. Hum Pathol 17:154, 1986.

955. Williams WJ, Williams WR: Value of beryllium lymphocyte transformation tests in chronic beryllium disease and in potentially exposed workers. Thorax 38:41, 1983.

956. Rom WN, Lockey JE, Bang KM, et al: Reversible beryllium sensitization in a prospective study of beryllium workers. Arch Environ Health 38:302, 1983.

957. Saltini C, Winestock K, Kirby M, et al: Maintenance of alveolitis in patients with chronic beryllium disease by beryllium-specific helper T cells. N Engl J Med 320:1103, 1989.

958. Inoue Y, Barker E, Daniloff E, et al: Pulmonary epithelial cell injury and alveolar-capillary permeability in berylliosis. Am J Respir Crit Care Med 156:109, 1997.

959. Tinkle SS, Schwitters PW, Newman LS: Cytokine production by bronchoalveolar cells in chronic beryllium disease. Environ Health Perspect 104(Suppl 5):969, 1996.

960. Bost TW, Riches DWH, Schumacher B, et al: Alveolar macrophages from patients with beryllium disease and sarcoidosis express increased levels of mRNA for tumor necrosis factor-α and interleukin-6 but not interleukin-1β. Am J Respir Cell Mol Biol 10:506, 1994.

961. Tinkle SS, Newman LS: Beryllium-stimulated release of tumor necrosis factor alpha, interleukin-6, and their soluble receptors in chronic beryllium disease. Am J Respir Crit Care Med 156:1884, 1997.

962. Tinkle SS, Kittle LA, Schumacher BA, et al: Beryllium induces IL-2 and IFN-gamma in berylliosis. J Immunol 158:518, 1997.

963. Richeldi L, Sorrentino R, Saltini C: HLA-DPB1 glutamate 69: A genetic marker of beryllium disease. Science 262:242, 1993.

964. Richeldi L, Kreiss K, Mroz MM, et al: Interaction of genetic and exposure factors in the prevalence of berylliosis. Am J Ind Med 32:337, 1997.

965. Prine JR, Brokeshoulder SF, McVean DE, et al: Demonstration of the presence of beryllium in pulmonary granulomas. Am J Clin Pathol 45:448, 1966.

966. Williams WJ, Kelland D: New aid for diagnosing chronic beryllium disease (CBD): Laser ion mass analysis (LIMA). J Clin Pathol 39:900, 1986.

967. Robinson FR, Brokeshoulder SF, Thomas AA, et al: Microemission spectrochemical analysis of human lungs for beryllium. Am J Clin Pathol 49:821, 1968.

968. Sprince ML, Kazemi H, Hardy HL: Current (1975) problem of differentiating between beryllium disease and sarcoidosis. Am N Y Acad Sci 278:654, 1976.

969. Gary JE, Schatzki R: Radiological abnormalities in chronic pulmonary disease due to beryllium. AMA Arch Ind Health 19:117, 1959.

970. Tebrock HE: Beryllium poisoning (berylliosis): X-ray manifestations and advances in treatment. Am J Surg 90:120, 1955.

971. Weber AL, Stoeckle JD, Hardy HL: Roentgenologic patterns in long-standing beryllium disease: Report of 8 cases. Am J Roentgenol 93:879, 1965.

972. Aronchick JM, Rossman MD, Miller WT: Chronic beryllium disease: Diagnosis, radiographic findings, and correlation with pulmonary function tests. Radiology 163:677, 1987.

973. Newman LS, Buschman DL, Newell JD Jr, Lynch DA: Beryllium disease: Assessment with CT. Radiology 190:835, 1994.

974. Brauner MW, Grenier P, Mompoint D, et al: Pulmonary sarcoidosis: Evaluation with high-resolution CT. Radiology 172:467, 1989.

975. Müller NL, Kullnig P, Miller RR: The CT findings of pulmonary sarcoidosis: Analysis of 25 patients. Am J Roentgenol 152:1179, 1989.

976. Harris KM, McConnochie K, Adams H: The computed tomographic appearances in chronic beryllium disease. Clin Radiol 47:26, 1993.

977. Gevenois PA, Weyer RV, De Vuyst P: Beryllium disease: Assessment with CT. Radiology 193:283, 1994.

978. O'Brien AA, Moore DP, Keogh JA: Pulmonary berylliosis on corticosteroid therapy with cavitating lung lesions and aspergilloma: Report on a fatal case. Postgrad Med J 63:797, 1987.

979. Hardy HL: Beryllium disease: A continuing diagnostic problem. Am J Med Sci 242:150, 1961.

980. Hall TC, Wood CH, Stoeckle JD, et al: Case data from the beryllium registry. AMA Arch Ind Health 9:100, 1959.

981. Kelley WN, Goldfinger SE, Hardy HL: Hyperuricemia in chronic beryllium disease. Ann Intern Med 70:977, 1969.

982. Stockle JD, Hardy HL, Webber AL: Chronic beryllium disease: Long-term follow-up of sixty cases and selective review of the literature. Am J Med 46:545, 1969.

983. Newman LS, Orton R, Kreiss K: Serum angiotensin converting enzyme activity in chronic beryllium disease. Am Rev Respir Dis 146:39, 1992.

984. Newman LS, Bobka C, Schumacher B, et al: Compartmentalized immune response reflects clinical severity of beryllium disease. Am J Respir Crit Care Med 150:135, 1994.

985. Norris GF, Peard MC: Berylliosis: Report of two cases, with special reference to the patch test. BMJ 1:378, 1963.

986. Curtis GH: The diagnosis of beryllium disease, with special reference to the patch tests. AMA Arch Ind Health 19:150, 1959.

987. Aronchick JM, Rossman MD, Miller WT: Chronic beryllium disease: Diagnosis, radiographic findings, and correlation with pulmonary function tests. Radiology 163:677, 1987.

988. Rossman MD, Kern JA, Elias JA, et al: Proliferative response of bronchoalveolar lymphocytes to beryllium: A test for chronic beryllium disease. Ann Intern Med 108:687, 1988.

989. Mroz MM, Kreiss K, Lezotte DC, et al: Reexamination of the blood lymphocyte transformation test in the diagnosis of chronic beryllium disease. J Allergy Clin Immunol 88:54, 1991.

990. Stokes RF, Rosman MD: Blood cell proliferation response to beryllium: Analysis by receiver-operating characteristics. J Occup Med 33:23, 1991.

991. Newman LS, Kreiss K, King TE Jr, et al: Pathologic and immunologic alterations in early stages of beryllium disease. Am Rev Respir Dis 139:1479, 1989.

992. Newman LS: Significance of the blood beryllium lymphocyte proliferation test. Environ Health Perspect 104(Suppl 5):953, 1996.

993. Harris J, Bartelson BB, Barker E, et al: Serum neopterin in chronic beryllium disease. Am J Ind Med 32:21, 1997.

994. Beryllium disease among workers in a spacecraft-manufacturing plant—California. MMWR 32:419, 425, 1983.

995. Lockey JE, Levin LS, Lemasters GK, et al: Longitudinal estimates of pulmonary function in refractory ceramic fiber manufacturing workers. Am J Respir Crit Care Med 157:1226, 1998.

996. Gaensler EA, Verstraeten JM, Weil WB, et al: Respiratory pathophysiology in chronic beryllium disease: Review of thirty cases with some observations after long-term steroid therapy. AMA Arch Ind Health 19:32, 1959.

997. Andrews JL, Kazemi H, Hardy HL: Patterns of lung dysfunction in chronic beryllium disease. Am Rev Respir Dis 100:791, 1969.

998. Pappas GP, Newman LS: Early pulmonary physiologic abnormalities in beryllium disease. Am Rev Respir Dis 148:661, 1993.

999. Kriebel D, Sprince N, Eisen E, et al: Beryllium exposure and pulmonary function: A cross sectional study of beryllium workers. Br J Ind Med 45:167, 1988.

1000. Sprince NL, Kanarek DJ, Weber AL, et al: Reversible respiratory disease in beryllium workers. Am Rev Respir Dis 117:1011, 1978.

1001. Nickell-Brady C, Hahn FF, Finch GL, et al: Analysis of K-ras, p53 and c-raf-1 mutations in beryllium-induced rat lung tumours. Carcinogenesis 15:257, 1994.

1002. Ward E, Okun A, Ruder A, et al: A mortality study of workers at seven beryllium processing plants. Am J Ind Med 22:885, 1992.

1003. Steenland K, Ward E: Lung cancer incidence among patients with beryllium disease: A cohort mortality study. J Natl Cancer Inst 83:1380, 1991.

1004. Jederlinic PJ, Abraham JL, Churg A, et al: Pulmonary fibrosis in aluminum oxide workers: Investigation of nine workers, with pathologic examination and microanalysis in three of them. Am Rev Respir Dis 142:1179, 1990.

1005. Abramson MJ, Wlodarczyk JH, Saunders NA, et al: Does aluminum smelting cause lung disease? Am Rev Respir Dis 139:1042, 1989.

1006. Gibbs GW: Mortality of aluminum reduction plant workers, 1950 through 1977. J Occupat Med 27:761, 1985.

1007. Bellot SM, Schade van Westrum JAFM, Wagenvoort CA, et al: Deposition of bauxite dust and pulmonary fibrosis. Pathol Res Pract 179:225, 1984.

1008. Townsend MC, Sussman NB, Enterline PE, et al: Radiographic abnormalities in relation to total dust exposure at a bauxite refinery and alumina-based chemical products plant. Am Rev Respir Dis 138:90, 1988.

1009. Mitchell J: Pulmonary fibrosis in an aluminum worker. Br J Ind Med 16:123, 1959.

1010. Mitchell J, Manning GB, Molyneux M, et al: Pulmonary fibrosis in workers exposed to finely powdered aluminum. Br J Ind Med 18:10, 1961.

1011. Edling NPG: Aluminum pneumoconiosis: A roentgendiagnostic study of five cases. Acta Radiol 56:170, 1961.

1012. Mclaughlin AIG, Kazantzis G, King E, et al: Pulmonary fibrosis and encephalopathy associated with the inhalation of aluminum dust. Br J Ind Med 19:253, 1962.

1013. DeVuyst P, DuMortier P, Schandene L, et al: Sarcoidlike lung granulomatosis induced by aluminum dusts. Am Rev Respir Dis 135:493, 1987.

1014. Herbert A, Sterling G, Abraham J, et al: Desquamative interstitial pneumonia in an aluminum welder. Chest 81:372, 1982.

1015. Vallyathan V, Bergeron WN, Robichaux PA, et al: Pulmonary fibrosis in an aluminum arc welder. Chest 81:372, 1982.

1016. Chen W, Monnat RJ Jr, Chen M, et al: Aluminum induced pulmonary granulomatosis. Hum Pathol 9:705, 1978.

1017. Miller R: Pulmonary alveolar proteinosis and aluminum dust exposure. Am Rev Respir Dis 130:312, 1984.

1018. DeVuyst P, Dumortier P, Rickaert F, et al: Occupational lung fibrosis in an aluminium polisher. Eur J Respir Dis 68:131, 1986.

1019. Jederlinic PJ, Abraham JL, Churg A, et al: Pulmonary fibrosis in aluminum oxide workers. Am Rev Respir Dis 142:1179, 1990.

1020. Pigott GH, Gaskell BA, Ishmael J: Effects of long term inhalation of alumina fibres in rats. Br J Exp Pathol 62:323, 1981.

1021. Musk AW, Beck BD, Greville HW, et al: Pulmonary disease from exposure to an artificial aluminium silicate: Further observations. Br J Ind Med 45:246, 1988.

1022. Denny JJ, Robson WD, Irwin DA: The prevention of silicosis by metallic aluminum: I. A preliminary report. Can Med Assoc J 37:1, 1937.

1023. Campbell IK, Cass JS, Cholak J, et al: Aluminum in the environment of man: A review of its hygienic status. AMA Arch Ind Health 15:359, 1957.

1024. Gross P, Harley RA Jr, deTreville RTP: Pulmonary reaction to metallic aluminum powders. Arch Environ Health 26:227, 1973.

1025. King EJ, Harrison CV, Mohanty GP: The effect of various forms of alumina on the lungs of rats. J Pathol Bacteriol 69:81, 1955.

1026. Wyatt JP, Riddell ACR: The morphology of bauxite-fume pneumoconiosis. Am J Pathol 25:447, 1949.

1027. Gilks B, Churg A: Aluminum-induced pulmonary fibrosis: Do fibers play a role? Am Rev Respir Dis 136:176, 1987.

1028. Kern DG, Crausman RS, Durand KT, et al: Flock worker's lung: Chronic interstitial lung disease in the nylon flocking industry. Ann Intern Med 129:261, 1998.

1029. Akira M: Uncommon pneumoconioses: CT and pathologic findings. Radiology 197:403, 1995.

1030. Carta P, Boscaro G, Mantovano S, et al: Respiratory symptoms and pulmonary function in the Italian primary aluminum industry. Med Lav 83:438, 1992.

1031. Soyseth V, Kongerud J, Ekstrand J, et al: Relation between exposure to fluoride and bronchial responsiveness in aluminum potroom workers with work-related asthma-like symptoms. Thorax 49:984, 1994.

1032. Soyseth V, Kongerud K, Kjuus H, et al: Bronchial responsiveness and decline in FEV1 in aluminum potroom workers. Eur Respir J 7:888, 1994.

1033. Alessandri MV, Baretta L, Magarotto G: Chronic bronchitis and respiratory function in those employed in primary aluminum production. Med Lav 83:445, 1992.

1034. Carta P, Boscaro G, Mantovano S, et al: Respiratory symptoms and pulmonary function in the Italy primary aluminum industry. Med Lav 83:438, 1992.

1035. Kilburn KH, Warshaw RH: Irregular opacities in the lung, occupational asthma, and airways dysfunction in aluminum workers. Am J Ind Med 21:845, 1992.

1036. Soyseth V, Kongerud J: Prevalence of respiratory disorders among aluminum potroom workers in relation to exposure to fluoride. Br J Ind Med 49:125, 1992.

1037. Soyseth V, Boe J, Kongerud J: Relation between decline in FEV1 and exposure to dust and tobacco smoke in aluminium potroom workers. Occup Environ Med 54:27, 1997.

1038. Sorgdrager B, Pal TM, de Looff AJ, et al: Occupational asthma in aluminium potroom workers related to pre-employment eosinophil count. Eur Respir J 8:1520, 1995.

1039. Soyseth V, Kongerud J, Aalen OO, et al: Bronchial responsiveness decreases in relocated aluminum potroom workers compared with workers who continue their potroom exposure. Int Arch Occup Environ Health 67:53, 1995.

1040. Davison AG, Haslam PL, Corrin B, et al: Interstitial lung disease and asthma in hard-metal workers: Bronchoalveolar lavage, ultrastructural, and analytical findings and results of bronchial provocation tests. Thorax 38:119, 1983.

1041. Rizzato G, Lo Cicero S, Barberis M, et al: Trace of metal exposure in hard metal lung disease. Chest 90:101, 1986.

1042. Sprince NL, Oliver LC, Eisen EA, et al: Cobalt exposure and lung disease in tungsten carbide production. Am Rev Respir Dis 138:1220, 1988.

1043. Meyer-Bisch C, Pham QT, Mur JM, et al: Respiratory hazards in hard metal workers: A cross sectional study. Br J Ind Med 46:302, 1989.

1044. Cugell DW: The hard metal disease. Clin Chest Med 13:269, 1992.

1045. Auchincloss JH, Abraham JL, Gilbert R, et al: Health hazard of poorly regulated exposure during manufacture of cemented tungsten carbides and cobalt. Br J Ind Med 49:832, 1992.

1046. Migliori M, Mosconi G, Michetti G, et al: Hard metal disease: Eight workers with interstitial lung fibrosis due to cobalt exposure. Sci Total Environ 150:187, 1994.

1047. Coates EO Jr, Watson JHL: Diffuse interstitial lung disease in tungsten carbide workers. Ann Intern Med 75:709, 1971.

1048. Demedts M: Cobalt lung in diamond polishers. Am Rev Respir Dis 130:130, 1984.

1049. Kitamura H, Kitamura H, Tozawa T, et al: Cemented tungsten carbide pneumoconiosis. Acta Pathol Jpn 28:921, 1978.

1050. Ruttner JR, Spycher MA, Stolkin I: Inorganic particulates in pneumoconiotic lungs of hard metal grinders. Br J Ind Med 44:657, 1987.

1051. Sjogren I, Hillerdal G, Andersson A, et al: Hard metal lung disease: Importance of cobalt in coolants. Thorax 35:653, 1980.

1052. Van Cutsem LJ, Ceuppens JL, Lacquet LM, et al: Combined asthma and alveolitis induced by cobalt in a diamond polisher. Eur J Respir Dis 70:54, 1987.

1053. Shirakawa T, Kusaka Y, Fujimura N, et al: Occupational asthma from cobalt sensitivity in workers exposed to hard metal dust. Chest 95:29, 1989.

1054. Demedts M, Ceuppens JL: Respiratory diseases from hard metal or cobalt exposure—solving the enigma. Chest 95:2, 1989.

1055. Shirakawa T, Kusaka Y, Morimoto K: Combined effect of smoking habits and occupational exposure to hard metal on total IgE antibodies. Chest 101:569, 1992.

1056. Anttila S, Sutinen S, Paananen M, et al: Hard metal lung disease: A clinical, histological, ultrastructural and x-ray microanalytical study. Eur J Respir Dis 69:83, 1986.

1057. Loewen GM, Weiner D, McMahan U: Pneumoconiosis in an elderly dentist. Chest 93:1313, 1988.

1058. Tabatowski K, Roggli VL, Fulkerson WJ, et al: Giant cell interstitial pneumonia in a hard-metal worker: Cytologic, histologic and analytical electron microscopic investigation. Acta Cytol 32:240, 1988.

1059. Forrest ME, Skerker LB, Nemirott MJ: Hard metal pneumoconiosis: Another cause of diffuse interstitial fibrosis. Radiology 128:609, 1978.

1060. Bech AO, Kipling MD, Heather JC: Hard metal disease. Br J Ind Med 19:239, 1962.

1061. Nemery B, Nagels J, Verbeken E, et al: Rapidly fatal progression of cobalt lung in a diamond polisher. Am Rev Respir Dis 141:1373, 1990.

1062. Ratto D, Balmes J, Boylen T, et al: Pregnancy in a woman with severe pulmonary fibrosis secondary to hard metal disease. Chest 93:663, 1988.

1063. Rolfe MW, Paine R, Davenport RB, et al: Hard metal pneumoconiosis and the association of tumour necrosis factor-alpha. Am Rev Respir Dis 146:1600, 1992.

1064. Schwarz T, Kivity S, Fischbein A, et al: Eosinophilic lung reaction to aluminum and hard metal. Chest 105:1261, 1994.

1065. Fischbein A, Lou JCJ, Solomon SJ, et al: Clinical findings among hard metal workers. Br J Ind Med 49:17, 1992.

1066. Sprince NL, Chamberlin RI, Hales CA, et al: Respiratory disease in tungsten carbide production workers. Chest 86:549, 1984.

1066a. Nemery B, Casier P, Roosels D, et al: Survey of cobalt exposure and respiratory health in diamond polishers. Am Rev Respir Dis 145:610, 1992.

1067. Kennedy SM, Chan-Yeung M, Marion S, et al: Maintenance of stellite and tungsten carbide saw tips: respiratory health and exposure-response evaluations. Occup Environ Med 52:185, 1995.

1068. Funahashi A: Pneumoconiosis in workers exposed to silicon carbide. Am Rev Respir Dis 129:635, 1984.

1069. Bégin R, Dufresne A, Cantin A, et al: Carborundum pneumoconiosis: Fibers in the mineral activate macrophages to produce fibroblast growth factors and sustain the chronic inflammatory disease. Chest 95:842, 1989.

1070. Bruch J, Rehn B, Song H, et al: Toxicological investigations on silicon carbide—inhalation studies. Br J Ind Med 50:797, 1993.

1071. Massé S, Bégin R, Cantin A: Pathology of silicon carbide pneumoconiosis. Mod Pathol 1:104, 1988.

1072. Hayashi H, Kajita A: Silicon carbide in lung tissue of a worker in the abrasive industry. Am J Ind Med 14:145, 1988.

1073. Marcer G, Bernardi G, Bartolucci GB, et al: Pulmonary impairment in workers exposed to silicon carbide. Br J Ind Med 49:489, 1992.

1074. Cukier A, Algranti E, Terra Filho M, et al: Pneumoconiosis in abrasive industry workers. Rev Hosp Clin Fac Med Sao Paulo 46:180, 1991.

1075. Durand P, Bégin R, Samson L, et al: Silicon carbide pneumoconiosis: A radiographic assessment. Am J Ind Med 20:37, 1991.

1076. Bruch J, Rehn B, Song W, et al: Toxicological investigations on silicon carbide—in vitro cell tests and long term injection tests. Br J Ind Med 50:807, 1993.

1077. Dufresne A, Loosereewanich P, Harrigan M, et al: Pulmonary dust retention in a silicon carbide worker. Am Ind Hyg Assoc J 54:327, 1993.

1078. Wegman DH, Eisen EA: Causes of death among employees of a synthetic abrasive product manufacturing company. J Occup Med 23:748, 1981.

1079. Funahashi A, Schlueter DP, Pintar K, et al: Pneumoconiosis in workers exposed to silicon carbide. Am Rev Respir Dis 129:635, 1984.

1080. Oleru UG: Respiratory and nonrespiratory morbidity in a titanium oxide paint factory in Nigeria. Am J Ind Med 12:173, 1987.

1081. Marcer G, Bernardi G, Bartolucci GB, et al: Pulmonary impairment in workers exposed to silicon carbide. Br J Ind Med 49:489, 1992.

1082. Cordasco EM, Demeter SL, Kerkay J, et al: Pulmonary manifestations of vinyl and polyvinyl chloride (interstitial lung disease). Chest 78:6, 1980.

1083. Mastrangelo G, Manno M, Marcer G, et al: Polyvinyl chloride pneumoconiosis: Epidemiological study of exposed workers. J Occup Med 21:540, 1979.

1084. Lilis R, Anderson H, Miller A, et al: Pulmonary changes among vinyl chloride polymerization workers. Chest 69:299, 1976.

1085. Boutar C, Copland L, Thornley P, et al: An epidemiologic study of respiratory disease in workers exposed to polyvinylchloride dust. Chest 80:60S, 1981.

1086. Antti-Poika M, Nordman H, Nickels J, et al: Lung disease after exposure to polyvinyl chloride dust. Thorax 41:566, 1986.

1087. Arnaud A, De Santi PP, Garbe L, et al: Polyvinyl chloride pneumoconiosis. Thorax 33:19, 1978.

1088. Prodan L, Suciu I, Pislaru V, et al: Experimental chronic poisoning with vinyl chloride (monochloroethylene). Ann N Y Acad Sci 246:159, 1975.

1089. Aargarwal DK, Kaw JL, Srivastava SO, et al: Some biochemical and histopathological changes induced by polyvinyl chloride dust in rat lung. Environ Res 16:333, 1978.

1089a. Ward AM, Udnoon S, Watkins J, et al: Immunological mechanisms in the pathogenesis of vinyl chloride disease. BMJ 1:936, 1976.

1089b. Suciu I, Prodan L, Ilea E, et al: Clinical manifestations in vinyl chloride poisoning. Ann N Y Acad Sci 246:53, 1975.

1089c. Martseller HJ, Lelbach WK: Unusual splenomegalic liver disease as evidenced by peritoneoscopy and guided liver biopsy among polyvinyl chloride production workers. Ann N Y Acad Sci 246:95, 1975.

1090. Rode LE, Ophus EM, Gylseth B: Massive pulmonary deposition of rutile after titanium dioxide exposure. Acta Pathol Microbiol Scand (A) 89:455, 1981.

1091. Elo R, Määttä K, Uksila E, et al: Pulmonary deposits of titanium dioxide in man. Arch Pathol 94:417, 1972.

1092. Yamadori I, Ohsumi S, Taguchi K: Titanium dioxide deposition and adenocarcinoma of the lung. Acta Pathol Jpn 36:783, 1986.

1093. Moran CA, Mullick FG, Ishak KG, et al: Identification of titanium in human tissues: Probable role in pathologic processes. Hum Pathol 22:450, 1991.

1094. Redline S, Barna BP, Tomashefski JF Jr, et al: Granulomatous disease associated with pulmonary deposition of titanium. Br J Ind Med 43:652, 1986.

1095. Garabrant DH, Fine LJ, Oliver C, et al: Abnormalities of pulmonary function and pleural disease among titanium metal production workers. Scand J Work Environ Health 13:47, 1987.

1096. Craighead JE, Adler KB, Butler GB, et al: Biology of disease: Health effects of Mount St. Helens volcanic dust. Lab Invest 48:5, 1983.

1097. Eisele JW, O'Halloran RL, Reay DT, et al: Deaths during the May 18, 1980 eruption of Mount St. Helens. Med Intell 305:931, 1981.

1098. Merchant JA, Baxter P, Bernstein R, et al: Health implications of the Mount St. Helens eruption: Epidemiological considerations. Ann Occup Hyg 26:911, 1982.

1099. Baxter PJ, Ing R, Falk H, et al: Mount St. Helen's eruptions: The acute respiratory etiology of volcanic ash in a North American community. Arch Environ Health 38:138, 1983.

1100. Buist S: Personal communication, 1989.

1101. Hill JW: Health aspects of man-made mineral fibres: A review. Ann Occup Hyg 20:161, 1977.

1102. Stanton MF, Layard M, Tegeris A, et al: Carcinogenicity of fibrous glass: Pleural response in the rat in relation to fiber dimension. J Natl Cancer Inst 58:587, 1977.

1103. Sebastien P: Biopersistence of man-made vitreous silicate fibers in the human lung. Env Health Perspec 5:225, 1994.

1104. Gross P: Man-made vitreous fibers: An overview of studies on their biologic effects. Am Ind Hyg Assoc J 47:717, 1986.

1105. Lee KP, Barras CE, Griffith FD, et al: Pulmonary response to glass fiber by inhalation exposure. Lab Invest 40:123, 1979.

1106. Morgan RW, Kaplan SD, Bratsberg JA: Mortality study of fibrous glass production workers. Arch Environ Health 36:179, 1981.

1107. Shannon HS, Hayes M, Julian JA, et al: Mortality experience of glass fibre workers. Br J Ind Med 41:35, 1984.

1108. Enterline PE, Marsh GM, Esmen NA: Respiratory disease among workers exposed to man-made mineral fibers. Am Rev Respir Dis 128:1, 1983.

1109. Goldsmith JR: Comparative epidemiology of men exposed to asbestos and man-made mineral fibers. Am J Ind Med 10:543, 1986.

1110. Bayliss DL, Dement JM, Wagoner JK, et al: Mortality patterns among fibrous glass production workers. Ann N Y Acad Sci 271:324, 1976.

1111. Lockey J, Lemasters G, Rice C, et al: Refactory ceramic fiber exposure and pleural plaques. Am J Respir Crit Care Med 154:1405, 1996.

1112. Adamson IY, Prieditis H, Hedgecock C: Pulmonary response of mice to fiber-glass: Cytokinetic and biochemical studies. J Toxicol Environ Health 46:411, 1995.

1113. Sixt R, Bake B, Abrahamsson G, et al: Lung function of sheet workers exposed to fiber glass. Scand J Work Environ Health 9:9, 1983.

1114. Kilburn KH, Powers D, Warshaw RH: Pulmonary effects of exposure to fine fibreglass: Irregular opacities and small airways obstruction. Br J Ind Med 49:714, 1992.

1115. Weiss W: Pulmonary effects of exposure to fine fibreglass: Irregular opacities and small airways obstruction (letter; comment). Br J Ind Med 50:863, 1993.

1116. Bender JR: Pulmonary effects of exposure to fine fibreglass: Irregular opacities and small airways obstruction (letter; comment). Br J Ind Med 50:381, 1993.

1117. Clausen J, Netterstrom B, Wolff C: Lung function in insulation workers. Br J Ind Med 50:252, 1993.

1118. Leanderson P, Soderkvist P, Tragesson C: Hydroxyl radical mediated DNA base modification by manmade mineral fibers. Br J Ind Med 46:435, 1989.

1119. Infante PF, Schuman LD, Dement J, et al: Fibrous glass and cancer. Am J Ind Med 26:559, 1994.

1120. Chiazze L Jr, Watkins DK, Fryar C: A case-control study of malignant and nonmalignant respiratory disease among employees of a fibreglass manufacturing facility. Br J Ind Med 49:326, 1992.

1121. Wong O, Foliart D, Trent LS: A case-control study of lung cancer in a cohort of workers potentially exposed to slag wool fibres. Br J Ind Med 48:818, 1991.

1122. Chiazze L Jr, Watkins DK, Fryar C: Adjustment for the confounding effect of cigarette smoking in an historical cohort mortality study of workers in a fiberglass manufacturing facility. Br J Ind Med 49:326, 1992.

1123. Weiss W: Epidemiology of fibrous glass and lung cancer. Am J Ind Med 30:105, 1996.

1124. Lee IM, Hennekens CH, Trichopoulos D, et al: Man-made vitreous fibers and risk of respiratory system cancer: A review of the epidemiologic evidence. J Occup Environ Med 37:725, 1995.

1125. Barrett TE, Pietra GG, Maycock RL, et al: Case report: Acrylic resin pneumoconiosis: Report of a case in a dental student. Am Rev Respir Dis 139:841, 1989.

1126. Sherson D, Maltback N, Heydorn K: A dental technician with pulmonary fibrosis: A case of chromium-cobalt alloy pneumoconiosis? Eur Respir J 3:1227, 1990.

1127. Bernstein M, Pairon JC, Morabia A, et al: Non-fibrous dust load and smoking in dental technicians: A study using bronchoalveolar lavage. Occup Environ Med 51:23, 1994.

1128. Seldon A, Sahle W, Johansson L, et al: Three cases of dental technician's pneumoconiosis related to cobalt-chromium-molybdenum dust exposure. Chest 109:837, 1996.

1129. Choudat D, Triem S, Weill B, et al: Respiratory symptoms, lung function, and pneumoconiosis among self employed dental technicians. Br J Ind Med 50:443, 1993.

1130. Albin M, Johansson L, Pooley FD, et al: Mineral fibres, fibrosis, and asbestos bodies in lung tissue from deceased asbestos cement workers. Br J Ind Med 47:767, 1990.

1131. Sander OA: Roentgen resurvey of cement workers. AMA Arch Ind Health 17:96, 1958.

1132. Parkes WR: Occupational Lung Disorders. 2nd ed. London, Butterworths, 1982.

1133. McDowall ME: A mortality study of cement workers. Br J Ind Med 41:179, 1984.

1134. Kessel R, Redl M, Mauermayer R, et al: Changes in lung function after working with the shotcrete lining method under compressed air conditions. Br J Ind Med 46:128, 1989.

1135. McCunney RJ, Godefroi R: Pulmonary alveolar proteinosis and cement dust: A case report. J Occup Med 31:233, 1989.

1136. Bartter T, Irwin RS, Abraham JL, et al: Zirconium compound-induced pulmonary fibrosis. Arch Intern Med 151:1197, 1991.

1137. Romeo L, Cazzadori A, Bontempini L, et al: Interstitial lung granulomas as a possible consequence of exposure to zirconium dust. Med Lav 85:219, 1994.

1138. Liippo KK, Anttila SL, Taikina-Aho O, et al: Hypersensitivity pneumonitis and exposure to zirconium silicate in a young ceramic tile worker. Am Rev Respir Dis 148:1089, 1993.

1139. Kotter JM, Zieger G: Sarcoid granulomatosis after many years of exposure to zirconium, "zirconium lung." Pathologe 13:104, 1992.

1140. Marcus RL, Turner S, Cherry NM: A study of lung function and chest radiographs in men exposed to zirconium silicate. Occup Med (Oxf) 46:109, 1996.

1141. Anonymous: Chronic interstitial lung disease in nylon flocking industry workers—Rhode Island, 1992–1996. MMWR 46:897, 1997.