## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Chapter 11 |
| | ) |
| DEBTORS | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| W.R. GRACE & CO*., et al.*; | ) |
| OFFICIAL COMMITTEE OF | ) |
| ASBESTOS PERSONAL INJURY | ) Objection Deadline: 9/1/09 |
| CLAIMANTS; | ) Hearing Date & Time: |
| ASBESTOS PI FUTURE CLAIMANTS' | ) 9/8/09 |
| REPRESENTATIVE; | ) Pittsburgh, Pennsylvania |
| OFFICIAL COMMITTEE OF EQUITY | ) |
| SECURITY HOLDERS; | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## ORDER GRANTING PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF ALAN WHITEHOUSE, M.D., ARTHUR FRANK, M.D., CRAIG MOLGAARD, PH.D., AND TERRY SPEAR, PH.D.

Upon consideration of the Plan Proponents' Motion in Limine to Exclude Expert Testimony of Alan Whitehouse, M.D., Arthur Frank, M.D., Craig Molgaard, Ph.D., and Terry Spear, Ph.D. (the "Motion"), and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted.

Dated:  _____

Wilmington, Delaware


_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge