IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

PLEASE TAKE NOTICE, that effective August 10, 2009, the Pittsburgh office of REED SMITH LLP, has changed the address of their office as listed below:

REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
www.reedsmith.com

Dated: August 13, 2009

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Theodore L. Freedman
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

91100-001\DOCS_DE:151729.1

-and-

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
          mseidl@pszjlaw.com
          tcairns@pszjlaw.com

Co-Counsel for the Debtors and Debtors in Possession