# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

## NOTICE OF FILING AND SERVICE

PLEASE TAKE NOTICE that the Debtors hereby file the attached Stipulation by and between the State of Montana and the Plan Proponents as to the Admissibility of Exhibit at the Phase II Confirmation Hearing, dated August 13, 2009 (the "Stipulation"), with the Clerk of the Court.

PLEASE TAKE FURTHER NOTICE that the Stipulation was served upon all parties to the 2002 service list.

Dated: August 13, 2009

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (#2436)
James E. O'Neill (#4042)
Timothy P. Cairns (#4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
Ph: (302) 652-4100

-and-

Kirkland & Ellis LLP
David M. Bernick, P.C.
200 East Randolph Drive
Chicago, IL  60601
Ph:  (312) 861-2000
Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
153 East 53rd Street
New York, NY  10022

*Counsel for the Debtors and Debtors-in-Possession*