# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

## THE STATE OF MONTANA'S AND THE PLAN PROPONENTS' STIPULATION AS TO THE ADMISSIBILITY OF EXHIBITS AT THE PHASE II CONFIRMATION HEARING

The State of Montana, the Debtors and Debtors-in-Possession, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Equity Security Holders, and David T. Austern, the Court-appointed legal representative for future personal injury claimants, enter into the following Stipulation as to the Admissibility of Exhibits at the Phase II Confirmation Hearing:

The following exhibits (hereinafter referred to collectively as the "Exhibits") are admissible into evidence at the Phase II Confirmation Hearing in the above-captioned bankruptcy cases, without the necessity of calling the various custodians to identify and authenticate the Exhibits, to establish their contents, including that certain allegations have been made, but not for the truth of the matter asserted therein:

- Complaints against the State of Montana alleging personal injuries and/or property damage arising from the vermiculite-related activities of the Debtors in Lincoln County, Montana, including alleging a failure to warn or comply with and meet statutory and common law duties in connection with such activities, a list of which complaints is attached hereto as Exhibit "A" and is incorporated herein by reference;

- The State of Montana's proofs of claim against the Debtors.

WCSR 4178611v1

This Stipulation is being entered into only for the purposes of the Phase II Confirmation Hearing in the above-captioned bankruptcy cases and may not be used by any party or person for any other purpose.

Dated: August 13, 2009

| Womble Carlyle Sandridge & Rice, PLLC | Campbell & Levine, LLC |
|---|---|
| /s/ Kevin J. Mangan | /s/ Marla R. Eskin |
| Francis A. Monaco, Jr. (#2078) | Marla R. Eskin (#2989) |
| Kevin J. Mangan (#3810) | Mark T. Hurford (#3299) |
| Matthew P. Ward (#4471) | 800 King Street, Suite 300 |
| 222 Delaware Avenue, Suite 1501 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Ph: (302) 426-1900 |
| Ph: (302) 252-4320 | |

*Counsel for the State of Montana*

and

Caplin & Drysdale, Chartered
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152
Ph: (212) 319-7125

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005
Ph: (202) 862-5000

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Phillips, Goldman & Spence, P.A.

_____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE  19806
Ph: (302) 655-4200

and

Orrick, Herrington & Sutcliffe LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Kathleen A. Orr
Columbia Center
1152 15th Street, NW
Washington, D.C.  2005
Ph: (202) 339-8400

*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

Saul Ewing LLP

_____
Teresa K.D. Currier (#3080)
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899
Ph: (302) 421-6800

and

Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Douglas H. Mannal
1177 Avenue of the Americas
New York, NY  10036
Ph: (212) 715-9100

*Counsel for the Official Committee of Equity Security Holders*

Pachulski Stang Ziehl & Jones LLP

*[signature]*

Laura Davis Jones (#2436)
James E. O'Neill (#4042)
Timothy P. Cairns (#4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899
Ph:  (302) 652-4100

and

Kirkland & Ellis LLP
David M. Bernick, P.C.
200 East Randolph Drive
Chicago, IL  60601
Ph:  (312) 861-2000

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
153 East 53rd Street
New York, NY  10022
Ph:  (212) 446-4800

*Counsel for the Debtors and Debtors-in-Possession*