IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Ref. No. 21365 |

**TENTH AMENDED AND RESTATED VERIFIED STATEMENT
IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS
REQUIRED BY FED. R. BANKR. P. 2019**

Christopher M. Candon, on behalf of Cohn Whitesell & Goldberg LLP ("CWG"), and Adam G. Landis, on behalf of Landis Rath & Cobb LLP ("LRC"), as attorneys for the claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana identified in the exhibits referred to in paragraph 9 below (the "Libby Claimants"), make the following statement:

1. This Amended and Restated Verified Statement is filed in accordance with Fed. R. Bankr. 2019 and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 [Docket No. 6715], as it has been supplemented by the Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (the "2019 Order").

2. CWG and LRC are counsel for the Libby Claimants in the above-captioned cases.

3. CWG was engaged as co-counsel by the Libby Claimants' personal injury counsel, McGarvey, Heberling, Sullivan & McGarvey, P.C. ("MHSM") of Kalispell, Montana, and Lewis, Slovak & Kovacich, P.C. ("LSK") of Great Falls, Montana (collectively, "Montana Counsel"), to provide services related to the Debtors' cases on behalf of all of their respective clients having claims against the Debtors. In turn, CWG engaged LRC to serve as Delaware

counsel. CWG and LRC will also represent any future clients of Montana Counsel who hold personal injury claims against the Debtors.

4. LRC also is Delaware counsel to ICI Americas, a division of Akzo Nobel ("ICI"). ICI is a creditor in these chapter 11 cases.

5. LRC also is Delaware counsel to (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Babson Capital Management, Inc.; (iv) Bass Companies; (v) Caspian Capital Advisors, LLC; (vi) Catalyst Investment Management Co., LLC; (vii) Cetus Capital LLC; (viii) D.E. Shaw Laminar Portfolios, LLC; (ix) Farallon Capital Management, L.L.C. (x) Goldman Sachs & Co.; (xi) Halcyon Asset Mgmt, LLC (xii) Intermarket Corp.; (xiii) JP Morgan Chase, N.A. Credit Trading Group; (xiv) Loeb Partners Corporation; (xv) MSD Capital, L.P.; (xvi) Normandy Hill Capital, L.P.; (xvii) Onex Debt Opportunity Fund, Ltd.; (xviii) P. Schoenfeld Asset Management, LLC; (xix) Restoration Capital Management, LLC; and (xx) Royal Bank of Scotland, PLC, (collectively, the "Bank Debt Holders"), interested parties in the above-referenced cases to represent them in their capacities as members of an informal group of holders of claims against the Debtors (or as managers or advisors to such holders).

6. LRC also is Delaware counsel to (a) JPMorgan Chase Bank as Administrative Agent for the Credit Agreement dated as of May 14, 1998; and (b) JPMorgan Chase Bank as Administrative Agent for the 364-Day Credit Agreement dated as of May 5, 1999 (collectively, the "Administrative Agent"). The Libby Claimants, ICI, Bank Debt Holders and Administrative Agent are hereinafter collectively referred to as, the "Clients."

7. LRC has advised the Clients with respect to concurrent representations described herein. The Clients each have (a) consented to such representation and (b) requested that LRC represent them in this case.

8. CWG and LRC do not possess any claims against or interests in the Debtors.

2

{393.001-W0002105.}

9. In accordance with the provisions of the 2019 Order, separate exhibits for the MHSM and LSK firms, containing the information required by the 2019 Order, have been submitted to the Clerk of this Court but have not been electronically filed.

Dated: August 14, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mumford@lrclaw.com

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for the Libby Claimants*