## VERIFICATION

Christopher M. Candon, an associate of CWG, and Adam G. Landis, a partner of LRC, each hereby verifies that he has read the foregoing Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 and that: (a) as to the statements related to CWG, Christopher M. Candon verifies that the statements contained therein are true and accurate based on his personal knowledge; and (b) as to the statements related to LRC, Adam G. Landis verifies that the statements contained therein are true and accurate based on his personal knowledge.

Signed under the penalties of perjury.

_____
Christopher M. Candon
Dated: August 11, 2009

_____
Adam G. Landis
Dated: August 14, 2009

G:\Data\877p\2019 Statement (amended)9.doc