## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**W.R. GRACE & CO.**, *et al.*,<br><br>                    **Debtors.** | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>         **(Jointly Administered)** |

### <u>NOTICE OF DEPOSITION OF MIKE A. HATCHELL</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), by and through their undersigned attorneys, will take the deposition of **Mike A. Hatchell, Esq.**.  The deposition will take place on **August 27, 2009** at **10:00 a.m.** at the Washington, D.C. office of Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004 and will continue from day to day thereafter until complete.  The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths.

Dated:  August 14, 2009

**CAMPBELL & LEVINE, LLC**

/s/ Mark T. Hurford
Mark T. Hurford (#3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile:  (302) 426-9947
mhurford@camlev.com

*Co-Counsel for the Official Committee*
*of Asbestos Personal Injury Claimants*

and

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY  10152-3500
Telephone: (212) 319-7125
Facsimile:  (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile:  (202) 429-3301

*Co-Counsel for the Official Committee*
*of Asbestos Personal Injury Claimants*

and

**ANDERSON KILL & OLICK, P.C.**
Robert M. Horkovich
Todd E. Duffy
1251 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 278-1000
Facsimile:  (212) 278-1733

*Insurance Counsel for the Official Committee of*
*Asbestos Personal Injury Claimants*