**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

**CERTAIN PLAN OBJECTORS' NOTICE OF DESIGNATIONS**
**FOR PHASE II OF THE CONFIRMATION HEARING**
**WITH RESPECT TO THE DEPOSITION OF DAVID T. AUSTERN**

The undersigned parties (collectively, "Certain Plan Objectors"), by and through their respective undersigned attorneys, hereby designate the attached excerpts from the transcript of the deposition of David T. Austern, taken on May 15, 2009 (the "Deposition Transcript"), together with any pertinent exhibits thereto, which may be offered in evidence in connection with Phase II of the Confirmation Hearing in this matter, pursuant to Rule 32 of the Federal Rules of Civil Procedure. Certain Plan Objectors reserve the right to supplement these designations following receipt of Plan Proponents' counter-designations, if any. Certain Plan Objectors further reserve the right to use any part of the Deposition Transcript, even if it is not designated, for the purpose of contradicting or impeaching testimony given by the deponent as a witness. Finally, Certain Plan Objectors reserve the right to call the witness at trial to supplement the deposition testimony designated herein.

An excerpted copy of the Deposition Transcript, together with pertinent exhibits, is attached as Exhibit "A" hereto, with the portions designated by Certain Plan Objectors marked in green.

Dated: August 14, 2009
Wilmington, Delaware

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | STEVENS & LEE, P.C. |
| /s/ David P. Primack | /s/ John D. Demmy. |
| Warren T. Pratt (4334) | John D. Demmy (DE Bar No. 2802) |
| David P. Primack (4449) | 1105 North Market Street |
| 1100 N. Market Street, Suite 1000 | 7th Floor |
| Wilmington, DE 19801-1254 | Wilmington, DE 19801 |
| Telephone: 302-467-4200 | Telephone: (302) 425-3308 |
| | Facsimile: (610) 371-8515 |
| - and - | Email: jdd@stevenslee.com |
| Michael F. Brown (*pro hac vice*) | -and- |
| Jeffrey M. Boerger (*pro hac vice*) | |
| One Logan Square | Leonard P. Goldberger |
| Philadelphia, PA 19103-6996 | Marnie E. Simon |
| Telephone: 215-988-2700 | (Members of the PA Bar) |
| | 1818 Market Street |
| *Attorneys for Government Employees Insurance Company, Republic Insurance Company n/k/a Starr Indemnity & Liability Company, OneBeacon America Insurance Company, and Seaton Insurance Company* | 29th Floor |
| | Philadelphia, PA 19103-1702 |
| | Telephone: (215) 751-2864/2885 |
| | Facsimile: (610) 371-7376/8505 |
| | Email: lpg@stevenslee.com |
| | Email: mes@stevenslee.com |
| | |
| | *Attorneys for Fireman's Fund Insurance Company and Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft* |

| | |
|---|---|
| CONOLLY BOVE LODGE & HUTZ LLP | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| /s/ Jeffrey C. Wisler | /s/ Edward B. Rosenthal |
| Jeffrey C. Wisler (#2795) | Edward B. Rosenthal (Bar No. 3131) |
| Marc J. Phillips (#4445) | P.O. Box 1070 |
| The Nemours Building | Wilmington, Delaware 19899 |
| 1007 N. Orange Street | Telephone: (302) 656-4433x6 |
| P.O. Box 2207 | Facsimile: (302) 658-7567 |
| Wilmington, DE 19899 | |
| Telephone: (302) 658-9141 | -and- |
| Facsimile: (302) 658-0380 | |
| | GOODWIN PROCTER LLP |
| OF COUNSEL: | Daniel M. Glosband (*pro hac vice*) |
| | Brian H. Mukherjee (*pro hac vice*) |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC | Exchange Place |
| Edward J. Longosz, II | Boston, Massachusetts 02109 |
| Gabriella Cellarosi | Telephone: (617) 570-1000 |
| 1747 Pennsylvania Avenue, N.W. | Facsimile: (617) 523-1231 |
| Suite 1200 | |
| Washington, D.C. 20006 | -and- |
| Telephone: (202) 659-6600 | |
| Facsimile: (202) 659-6699 | Michael S. Giannotto (*pro hac vice*) |
| | Frederick C. Shafrick (*pro hac vice*) |
| | 901 New York Avenue, N.W. |
| WILEY REIN LLP | Washington, D.C. 20001 |
| Richard A. Ifft | Telephone: (202) 346-4000 |
| Karalee C. Morell | Facsimile: (202) 346-4444 |
| 1776 K Street, N.W. | |
| Washington, D.C. 20006 | -and- |
| Telephone: (202) 719-7170 | |
| Facsimile: (202) 719-7049 | FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P. |
| | Elizabeth DeCristofaro (*pro hac vice*) |
| *Attorneys for Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd.* | Wall Street Plaza |
| | 23rd Floor |
| | New York, New York 10005-1875 |
| | Telephone: (212) 269-4900 |
| | Facsimile: (212) 344-4294 |
| | |
| | *Attorneys for Continental Casualty Company and Continental Insurance Company and related subsidiaries and affiliates* |

| COZEN O'CONNOR | TUCKER ARENSBERG |
|---|---|
| /s/ Barry Klayman | /s/ Michael A. Shiner |
| Barry M. Klayman (DE No. 3676) | Michael A. Shiner, *pro hac vice* |
| 1201 N. Market Street | 1500 One PPG Place |
| Suite 1400 | Pittsburgh, PA 15222-5401 |
| Wilmington, DE 19801 | Telephone: (412) 566-1212 |
| Telephone: (302) 295-2035 | Facsimile: (412) 594-5619 |
| Facsimile: (215) 701-2209 | Email: mshiner@tuckerlaw.com |
| - and - | -and- |
| William P. Shelley (PA ID 40875) | MENDES & MOUNT, LLP |
| Jacob C. Cohn (PA ID 54139) | Eileen T. McCabe, *pro hac vice* |
| Ilan Rosenberg (PA ID 89668) | 750 Seventh Avenue |
| 1900 Market Street | New York, NY 10019 |
| Philadelphia, PA 19103 | Telephone: (212)261-8254 |
| Telephone: (215) 665-2000 | Facsimile: (302)235-2536 |
| Facsimile: (215) 665-2013 | Email: eileen.mccabe@mendes.com |
| *Attorneys for Federal Insurance Company* | -and- |
| | John S. Spadaro (No. 3155) |
| | 724 Yorklyn Road |
| | Suite 375 |
| | Hockessin, DE 19707 |
| | Telephone: (302) 235-7745 |
| | Facsimile: (302) 235-2536 |
| | Email: jspadaro@johnsheehanspadaro.com |
| | *Attorneys for AXA Belgium as successor to Royal Belge SA* |