**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

**CERTAIN PLAN OBJECTORS' NOTICE OF DESIGNATIONS
FOR PHASE II OF THE CONFIRMATION HEARING WITH RESPECT TO
THE DEPOSITION OF RICHARD CHARLES FINKE (MARCH 30, 2009)**

The undersigned parties (collectively, "Certain Plan Objectors"), by and through their respective undersigned attorneys, hereby designate the attached excerpts from the transcript of the deposition of Richard Charles Finke, taken on March 30, 2009 (the "Deposition Transcript"), together with any pertinent exhibits thereto, which may be offered in evidence in connection with Phase II of the Confirmation Hearing in this matter, pursuant to Rule 32 of the Federal Rules of Civil Procedure. Certain Plan Objectors reserve the right to supplement these designations following receipt of Plan Proponents' counter-designations, if any. Certain Plan Objectors further reserve the right to use any part of the Deposition Transcript, even if it is not designated, for the purpose of contradicting or impeaching testimony given by the deponent as a witness. Finally, Certain Plan Objectors reserve the right to call the witness at trial to supplement the deposition testimony designated herein.

An excerpted copy of the Deposition Transcript, together with pertinent exhibits, is attached as Exhibit "A" hereto, with the portions designated by Certain Plan Objectors marked in green.

Dated:  August 14, 2009
Wilmington, Delaware

| DRINKER BIDDLE & REATH LLP | STEVENS & LEE, P.C. |
|---|---|
| /s/ David P. Primack | /s/ John D. Demmy. |
| Warren T. Pratt (4334) | John D. Demmy (DE Bar No. 2802) |
| David P. Primack (4449) | 1105 North Market Street |
| 1100 N. Market Street, Suite 1000 | 7th Floor |
| Wilmington, DE  19801-1254 | Wilmington, DE 19801 |
| Telephone:  302-467-4200 | Telephone: (302) 425-3308 |
| | Facsimile: (610) 371-8515 |
| - and - | Email: jdd@stevenslee.com |
| Michael F. Brown (*pro hac vice*) | -and- |
| Jeffrey M. Boerger (*pro hac vice*) | |
| One Logan Square | Leonard P. Goldberger |
| Philadelphia, PA  19103-6996 | Marnie E. Simon |
| Telephone:  215-988-2700 | (Members of the PA Bar) |
| | 1818 Market Street |
| *Attorneys for Government Employees Insurance Company, Republic Insurance Company n/k/a Starr Indemnity & Liability Company, OneBeacon America Insurance Company, and  Seaton Insurance Company* | 29th Floor |
| | Philadelphia, PA 19103-1702 |
| | Telephone:  (215) 751-2864/2885 |
| | Facsimile:  (610) 371-7376/8505 |
| | Email: lpg@stevenslee.com |
| | Email: mes@stevenslee.com |
| | *Attorneys for Fireman's Fund Insurance Company and Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft* |

CONOLLY BOVE LODGE & HUTZ LLP

 /s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
Telephone: (302) 658-9141
Facsimile: (302) 658-0380

OF COUNSEL:

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II
Gabriella Cellarosi
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C.  20006
Telephone: (202) 659-6600
Facsimile: (202) 659-6699

WILEY REIN LLP
Richard A. Ifft
Karalee C. Morell
1776 K Street, N.W.
Washington, D.C.  20006
Telephone: (202) 719-7170
Facsimile: (202) 719-7049

*Attorneys for Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd.*

ROSENTHAL, MONHAIT & GODDESS, P.A.

 /s/ Edward B. Rosenthal
Edward B. Rosenthal (Bar No. 3131)
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433x6
Facsimile: (302) 658-7567

-and-

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

-and-

Michael S. Giannotto (*pro hac vice*)
Frederick C. Shafrick (*pro hac vice*)
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

-and-

FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza
23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
Facsimile: (212) 344-4294

*Attorneys for Continental Casualty Company and Continental Insurance Company and related subsidiaries and affiliates*

| COZEN O'CONNOR | TUCKER ARENSBERG |
|---|---|
| /s/ Barry Klayman | /s/ Michael A. Shiner |
| Barry M. Klayman (DE No. 3676) | Michael A. Shiner, *pro hac vice* |
| 1201 N. Market Street | 1500 One PPG Place |
| Suite 1400 | Pittsburgh, PA 15222-5401 |
| Wilmington, DE 19801 | Telephone: (412) 566-1212 |
| Telephone: (302) 295-2035 | Facsimile: (412) 594-5619 |
| Facsimile: (215) 701-2209 | Email: mshiner@tuckerlaw.com |
| - and - | -and- |
| William P. Shelley (PA ID 40875) | MENDES & MOUNT, LLP |
| Jacob C. Cohn (PA ID 54139) | Eileen T. McCabe, *pro hac vice* |
| Ilan Rosenberg (PA ID 89668) | 750 Seventh Avenue |
| 1900 Market Street | New York, NY 10019 |
| Philadelphia, PA 19103 | Telephone: (212)261-8254 |
| Telephone: (215) 665-2000 | Facsimile: (302)235-2536 |
| Facsimile: (215) 665-2013 | Email: eileen.mccabe@mendes.com |
| *Attorneys for Federal Insurance Company* | -and- |
| | John S. Spadaro (No. 3155) |
| | 724 Yorklyn Road |
| | Suite 375 |
| | Hockessin, DE 19707 |
| | Telephone: (302) 235-7745 |
| | Facsimile: (302) 235-2536 |
| | Email: jspadaro@johnsheehanspadaro.com |
| | *Attorneys for AXA Belgium as successor to Royal Belge SA* |