# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: August 28, 2009** |
| | ) | **Hearing Date: September 8, 2009 at 11:00 a.m.** |

## ORDER GRANTING MOTION OF THE PLAN PROPONENTS TO EXCLUDE TESTIMONY OF INDIVIDUAL CLAIMANTS REGARDING GRACE'S CULPABILITY AND THE EFFECTS OF ASBESTOS ILLNESSES

Upon consideration of the Plan Proponents' Motion to Exclude the Testimony of Individual Claimants Regarding Grace's Culpability and the Effects of Asbestos Illnesses (the "Motion"), and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further.

ORDERED, that any individual Libby claimants who testify in the Phase II hearings shall not testify concerning Grace's culpability and the effect of asbestos illnesses on their lives.

Dated: _____
Wilmington, Delaware

 

                                                    The Honorable Judith K. Fitzgerald
                                                    United States Bankruptcy Judge