HE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: August 28, 2009** |
| | ) | **Hearing Date: September 8, 2009 at 11:00 a.m.** |

## ORDER GRANTING PLAN PROPONENTS' MOTION IN LIMINE TO PRECLUDE EXPERT TESTIMONY ON BEHALF OF THE LIBBY CLAIMANTS WHERE THE RELIANCE MATERIALS ON WHICH THE TESTIMONY IS BASED HAVE NOT BEEN PRODUCED

Upon consideration of the Plan Proponents' motion in limine to preclude expert testimony on behalf of the Libby Claimants where the reliance materials on which the testimony is based have not been produced (the "Motion"), and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted.

Dated: _____
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

13