## CERTIFICATE OF SERVICE

        I, Erin R. Fay, certify that I am not less than 18 years of age, and that service of the foregoing **Travelers Casualty And Surety Company's Deposition Designations Regarding Phase II Confirmation Hearing On First Amended Joint Plan of Reorganization Date February 27, 2009** was caused to be made on August 14, 2009, in the manner indicated upon the parties identified on the attached service list.

Dated: August 14, 2009　　　　　　　　　　　　　　*/s/ Erin R. Fay*
　　　　　　　　　　　　　　　　　　　　　　　　　Erin R. Fay (No. 5268)

3070233.1