# SERVICE LIST

**BY HAND-DELIVERY**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, P.O. Box 8705
Wilmington, DE  19899-8705

Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE  19899

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899

Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE  19801

Robert J. Stearn, Jr., Esq.
Cory D. Kandestin, Esq.
Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Jeffrey C. Wisler, Esq.
Michelle McMahon, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street
10th Floor
Wilmington, DE  19899

Francis A. Monaco, Jr., Esq.
Womble Carlye Sandridge
     & Rice LLC
1201 North Orange Street
Suite 400
P.O. Box 2031
Wilmington, DE  19801

Michael B. Joseph, Esq.
Theodore Tacconelli, Esq.
Ferry & Joseph, P.A.
222 Delaware Avenue
15th Floor
Wilmington, DE  19801

Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Joseph Grey, Esq.
Stevens & Lee
1105 North Market Street
Suite 700
Wilmington, DE  19801-1270

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor
P.O. Box 951
Wilmington, DE  19899

David Klauder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207
Wilmington, DE  19801

Kathleen Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
P.O. Box 410
Wilmington, DE  19899

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market Street
Suite 700
Wilmington, DE  19801-1270

Thomas G. Whalen, Esq.
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE  19801

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street
Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

Rachel B. Mersky, Esq.
Monzack and Monaco, P.A.
1201 North Orange Street
Suite 400
Wilmington, DE  19801

| | |
|---|---|
| Allison E. Reardon<br>Delaware Division of Revenue<br>820 North French Street<br>8th Floor<br>Wilmington, DE  19801 | David P. Primack, Esq.<br>Drinker Biddle & Reath LLP<br>1100 North Market Street<br>Suite 1000<br>Wilmington, DE  19801-1254 |
| Steven K. Kortanek, Esq.<br>Klehr, Harrison, Harvey,<br>   Branzburg & Ellers LLP<br>919 North Market Street<br>Suite 1000<br>Wilmington, DE  19801 | Ian Connor Bifferato, Esq.<br>Joseph K. Koury, Esq.<br>Bifferato LLC<br>800 King Street<br>First Floor<br>Wilmington, DE  19899 |
| William F. Taylor, Jr., Esq.<br>McCarter & English, LLP<br>Mellon Bank Center<br>919 North Market Street<br>Suite 1800<br>Wilmington, DE  19899 | Christopher D. Loizides, Esq.<br>Loizides & Associates<br>Legal Arts Building<br>1225 King Street<br>Suite 800<br>Wilmington, DE  19801 |
| Laurie S. Polleck, Esq.<br>Jaspan Schlesinger Hoffman LLP<br>913 North Market Street<br>12th Floor<br>Wilmington, DE  19801 | Richard S. Cobb, Esq, Esq.<br>Megan N. Harper, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE  19801 |
| John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | Carmella P. Keener, Esq.<br>Rosenthal, Monhait, Gross<br>   & Goddess, P.A.<br>919 Market Street<br>Suite 1401<br>P.O. Box 1070<br>Wilmington, DE  19899-1070 |
| Adam G. Landis, Esq.<br>Keri K. Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE  19801 | William D. Sullivan, Esq.<br>Sullivan Hazeltine Allinson LLC<br>4 E. 8th Street<br>Suite 400<br>Wilmington, DE  19801 |
| Daniel K. Hogan, Esq.<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE  19806 | William M. Aukamp, Esq.<br>Archer & Greiner<br>300 Delaware Avenue<br>Suite 1370<br>Wilmington, DE  19801 |
| James S. Yoder<br>Curtis Crowther<br>White and Williams LLP<br>824 Market Street<br>Suite 902<br>Wilmington, DE  19899-0709 | Robert Jacobs, Esq.<br>Marla Rosoff Eskin, Esq.<br>Jacobs & Crumplar, PA<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE  19899 |
| Brian L. Kasprzak, Esq.<br>Marks, O'Neill, O'Brien<br>   and Courtney, P.C.<br>913 North Market Street<br>Suite 800<br>Wilmington, DE  19801 | |

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801

Frederick B. Rosner, Esq.
Messana, Rosner & Stern, LLP
1000 N. West Street
Suite 1200
Wilmington, DE  19801

Barry M. Klayman, Esq.
Cozen O'Connor
1201 North Market Street
Suite 1400
Wilmington, DE  19801

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

Tobey M. Daluz, Esq.
Leslie C. Heilman, Esq.
Ballard Spahr Andrews
    & Ingersoll, LLP
919 N. Market Street
12th Floor
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris
1100 N. Market St.
Suite 1200
Wilmington, DE  19801-1246

 Teresa K.D.
Courier
Saul Ewing
222 Delaware Avenue
Suite 1200
Wilmington, DE  19801

Karl Hill
Seitz Van Ogtrop & Green
222 Delaware Avenue
Suite 1500
Wilmington, DE  1980

Norman L. Pernick Esq.
J. Kate Stickles Esq.
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

**BY FIRST CLASS MAIL**

Derrick C. Tay, Esq.
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4
CANADA

Yves Lauzon, Esq.
Michel Belanger, Esq.
Lauzon Belanger, Inc.
286 Saint-Paul West
Suite 100
Montreal, Quebec  H2Y 2A3
CANADA

Jacqueline Dais-Visca
Senior Counset
Business Law Section
The Exchange Tower
King Street West 3400
C.P. 36
Toronto, ON  M5X 1K6
CANADA

Gordon A. Davies
Chief Legal Officer
Nortel
195 The West Mall
Toronto, ON  M9C 5K1
CANADA

Nancy Worth Davis, Esq.  
Motley Rice LLC  
28 Bridgeside Boulevard  
P.O. Box 1792  
Mount Pleasant, SC  29465  

Secretary of State  
Division of Corporations  
Franchise Tax  
P.O. Box 7040  
Dover, DE  19903  

Charlotte Klenker, Esq.  
Schneider National, Inc.  
3101 S. Packerland  
P.O. Box 2545  
Green Bay, WI  54306  

David S. Rosenbloom  
Jeffrey E. Stone  
Lewis S. Rosenbloom  
McDermott, Will & Emery  
227 West Monroe Street  
Chicago, IL  60606-5096  

Cindy Schultz  
Ingersoll-Rand Fluid Products  
One Aro Center  
P.O. Box 151  
Bryan, OH  43506  

John P. Dillman, Esq.  
Linebarger Heard Goggan  
P.O. Box 3064  
Houston, TX  77253-3064  

Attn: Sheree L. Kelly, Esq.  
William E. Frese  
P.O. Box 570  
80 Park Plaza, T5D  
Newark, NJ  07101  

Paul G. Sumers, Esq.  
Tennessee Attorney General's Office  
Bankruptcy Unit  
P.O. Box 20207  
Nashville, TN  37202-0207  

Rosa Dominy  
IOS Capital, Inc.  
Bankruptcy Administration  
1738 Bass Road  
P.O. Box 13708  
Macon, GA  31208-3708  

Stephanie Nolan Deviney, Esq.  
Brown & Connery, LLP  
360 Haddon Avenue  
P.O. Box 539  
Westmont, NJ  08108  

Danice Sims  
P.O. Box 66658  
Baton Rouge, LA  70896  

Arthur Stein, Esq.  
1041 W. Lacey Road  
P.O. Box 1070  
Forked River, NJ  08731-6070  

Robert Cimino, Esq.  
Suffolk County Attorney  
Attn: Diane Leonardo Beckman  
H. Lee Dennison Building  
100 Veterans Memorial Hwy  
P.O. Box 6100  
Hauppauge, NY  11788-0099  

Robert T. Aulgur, Jr., Esq.  
P.O. Box 617  
Odessa, DE  19730  

Diane Stewart  
Peoples First Community Bank  
P.O. Box 59950  
Panama City, FL  32412-0950  

Steven B. Flancher, Esquire  
Department of Attorney General  
Revenue and Collections Div  
P.O. Box 30754  
Lansing, MI  48909  

Deirdre Woulfe Pacheco, Esq.  
Wilentz, Goldman & Spitzer  
90 Woodbridge Center Drive  
P.O. Box 10  
Woodbridge, NJ  07095  

Mark Browning, Esquire  
c/o Sherri K. Simpson, Legal Assistant  
Office of the Attorney General  
Bankruptcy & Collections Div.  
P.O. Box 12548  
Austin, TX  78711-2548  

Daniel A. Speights, Esq.  
Speights & Runyan  
200 Jackson Avenue, East  
P.O. Box 685  
Hampton, SC  29924

Gary L. Barnhart
Missouri Dept. of Revenue
P.O. Box 475
Bankruptcy Unit
Jefferson City, MO  65105-0475

Charles C. Trascher, III, Esq.
Snellings, Breard, Sartor,
    Inabnett & Trascher, LLP
P.O. Box 2055
Monroe, LA  71207

Margaret A. Holland, Esq.
Deputy Attorney General
NJ Attorney General's Office
R.J. Hughes Justice Complex
P.O. Box 106
Division of Law
Trenton, NJ  08625

Rachel Jeanne Lehr, Esq.
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA  19027

Hillary Browning-Jones, Esq.
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

Edward L. Jacobs, Esq.
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

Lori Gruver Robertson, Esq.
Linebarger Goggan Blair
    & Sampson, LLP
1949 South I.H. 35
P.O. Box 17428
Austin, TX  78760

J. Robert Nelson, Esq.
VanCott Bagley Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT  84145

John Waters, Esq.
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

Jeffrey S. Hebrank, Esq.
Carl P. McNulty, II, Esq.
Burroughs Hepler Broom MacDonald
    Hebrank & True, LLP
103 West Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, IL  62025-0510

William A. Frazell, Esquire
Texas Attorney General
P.O. Box 12548
Bankruptcy & Collections Div.
Austin, TX  78711-2548

Beth E. Cook, Esq.
Cathy J. Burdette, Esq.
U.S. Department of Justice-Civil Div.
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DE  20044

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour
    & Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43215

Alan B. Rich
Attorney and Counselor
Elm Place
1401 Elm St. Suite 4620
Dallas, TX  75201

Trade-Debt.Net
2 Stamford Plaza
#1501
Stamford, CT  06901-3263

David Boutrous
Kirkland & Ellis
300 N. LaSalle
Chicago, IL  60654

Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena
    Price & Axelrod LLP
2500 Wachovia Financial Center
200 S. Biscayne Blvd.
Miami, FL  33131

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

D.J. Baker, Esq.
Skadden, Arps, Slate,
    Meagher & Flom LLP
Four Times Square
New York, NY  10036

Todd Meyers, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

Office of Reorganization
Securities & Exchange Commission
3475 Lenox Road, N.E.
Suite 1000
Atlanta, GA  30326-1232

Attn:  Insolvency
Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

Michael A. Berman, Esq.
Securities & Exchange Commission
100 F. Street, NE
General Counsel-Bankruptcy
Washington, DC  20549

James D. Freeman, Esq.
U.S. Department of Justice
1961 Stout St. 8th Fl.
Environmental Enforcement Sec.
Denver, CO  80294-1961

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan &
    McGarvey, PC
745 South Main Street
Kalispel, MT  59901

David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

Charles E. Boulbol, Esq.
26 Broadway
17th Floor
New York, NY  10004

Ira S. Greene, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

James A. Sylvester, Esq.
Intercat, Inc.
2399 Highway 34, C1
Manasquan, NJ  08736-1500

Steven J. Johnson, Esq.
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1125

Charles L. Finke, Asst. Gen. Counsel
Brad Rogers, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K Street, N.W.
Washington, DC  20005-4026

Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY  10154

Jan M. Hayden, Esq.
William H. Patrick, Esq.
Heller, Draper, Hayden,
    Patrick & Horn LLC
650 Poydras Street
Suite 2500
New Orleans, LA  70130-6103

Michael J. Hanners, Esq.  
Silber Pearlman, LLP  
3102 Oak Lawn Avenue  
Suite 400  
Dallas, TX  75219-6403  

Alan R. Brayton, Esq.  
Brayton & Purcell  
222 Rush Landing Road  
Novato, CA  94945  

Jonathan W. Young, Esq.  
Wildman Harrold Allen & Dixon  
225 West Wacker Drive  
Suite 3000  
Chicago, IL  60606-1229  

Shelby A. Jordan, Esq.  
Nathaniel P. Holzer, Esq.  
Jordan Hyden Womble & Culbreth, P.C.  
500 N. Shoreline Boulevard  
Suite 900  
Corpus Christi, TX  78471  

The Mills Corporation  
Ontario Mills LP  
Legal Department  
225 W. Washington Street  
Indianaolis, IN  46204-3435  

T. Kellan Grant, Esq.  
Wildman Harrold Allen & Dixon  
225 West Wacker Drive  
Suite 3000  
Chicago, IL  60606-1229  

The Gibson Law Firm, PLLC  
447 Northpark Drive  
Ridgeland, MS  39157  

Paul M. Baisier, Esq.  
Seyfarth Shaw  
1545 Peachtree Street  
Suite 700  
Atlanta, GA  30309  

Bernice Conn, Esq.  
Robins Kaplan Miller & Ciresi LLP  
2049 Century Park East  
Suite 3700  
Los Angeles, CA  90067  

Steven R. Schlesinger, Esq.  
Jaspan Schlesinger Hoffman LLP  
300 Garden City Plaza  
Garden City, NY  11530  

Steven J. Kherkher, Esq.  
Laurence G. Tien, Esq.  
Williams Kherkher Hart  
   & Boundas, LLP  
8441 Gulf Freeway  
Suite 600  
Houston, TX  77017  

Delta Chemical Corporation  
2601 Cannery Avenue  
Baltimore, MD  21226-1595  

Steven T. Hoort, Esq.  
Ropes & Gray  
One International Place  
Boston, MA  02110-2624  

Peter Van N. Lockwood, Esq.  
Julie W. Davis, Esq.  
Trevor W. Swett, III, Esq.  
Nathan D. Finch, Esq.  
Caplin & Drysdale, Chartered  
One Thomas Circle, N.W.  
Washington, DC  20005  

Peter A. Chapman  
572 Fernwood Lane  
Fairless Hills, PA  19030  

Paul M. Matheny, Esq.  
The Law Offices of Peter G. Angelos, PC  
One Charles Center  
100 North Charles Street  
Baltimore, MD  21201-3804  

Michael J. Urbis, Esq.  
Jordan Hyden Womble & Culbreth, P.C.  
1534 E. 6th Street, Ste. 104  
Brownsville, TX  78520  

Mary A. Coventry  
Katherine White  
Sealed Air Corporation  
200 Riverfront Blvd.  
Elmwood Park, NJ  07407-1033  

Joseph T. Kremer, Esq.  
Lipsiptz Green Fahringer Roll  
   Salisbury & Cambria, LLP  
42 Delaware Avenue, Ste. 300  
Buffalo, NY  14202  

Elizabeth S. Kardos, Esq.  
Gibbons P.C.  
One Gateway Center  
Newark, NJ  07102-5310

Thomas J. Noonan, Jr.  
c/o R & S Liquidation Company  
5 Lyons Mall PMB #530  
Basking Ridge, NJ   07920-1928  

Harry Lee, Esq.  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, NW  
Washington, DC   20036  

Scott Wert, Esq.  
Foster & Sear, LLP  
817 Greenview Drive  
Suite 200  
Grand Prairie, TX   75050  

C. Randall Bupp, Esq.  
Bardelli, Straw & Cavin LLP  
2000 Crow Canyon Place  
Suite 330  
San Ramon, CA   94583  

Anton Volovsek  
191 Battle Ridge Road  
Kooskia, ID   83539-5072  

Peter S. Goodman, Esq.  
Andrews & Kurth LLP  
450 Lexington Avenue  
15th Floor  
New York, NY   10017  

Jonathan H. Alden, Esq.  
Assistant General Counsel  
3900 Commonwealth Blvd.  
MS 35  
Tallahassee, FL   32399-3000  

Michelle T. Sutter  
Revenue Recovery  
State Library of Ohio  
Office of the Attorney General  
150 East Gay Street  
23rd Floor  
Columbus, OH   43215  

Greif, Inc.  
Attn:  Credit Department  
366 Greif Parkway  
Delaware, OH   43015  

Margaret Ann Nolan  
Camela Chapman  
Howard County Office of Law  
George Howard Building 3rd Fl.  
3430 Courthouse Drive  
Ellicott City, MD   21043  

M. Diane Jasinski, Esq.  
Michael D. Hess, Esq.  
New York City Corporation Counsel  
100 Church Street, Rm 6-127  
New York, NY   10007  

Janet Napolitano  
Robert R. Hall  
Russell W. Savory  
1275 West Washington Street  
Phoenix, AZ   85007-1278  

Russell W. Savory  
Gotten, Wilson & Savory, PLLC  
88 Union Avenue, 14th Flr.  
Memphis, TN   38103  

Credit Manager  
Belz Enterprises  
100 Peabody Place  
Suite 1400  
Memphis, TN   38103  

James P. Ruggeri  
Scott A. Shail  
Hogan & Harton LLP  
555 Thirteenth Street, N.W.  
Washington, DC   20004-1109  

Daniel H. Slate, Esq.  
Hughes Hubbard & Reed LLP  
350 South Grand Avenue  
Los Angeles, CA   90071-3442  

Andrea L. Hazzard, Esq.  
Hughes Hubbard & Reed LLP  
One Battery Park Plaza  
New York, NY   1004-1482  

Robert H. Rosenbaum, Esq.  
M. Evan Meyers, Esq.  
Meyers, Rodbell & Rosenbaum, PA  
Berkshire Building  
6801 Kenilworth Ave. Ste. 400  
Riverdale, MD   20737-1385  

Colin D. Moore  
Provost & Umphrey Law Firm, LLP  
490 Park Street  
Beaumont, TX   77701  

Anne Marie P. Kelley, Esq.  
Dilworth Paxson, LLP  
Liberty View - Suite 700  
457 Haddonfield Road  
Cherry Hill, NJ   08002

Kevin James, Esq.
Deputy Attorney General
State of California
Department of Justice
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Dorine Vork, Esq.
Stibbe, PC
489 Fifth Avenue
32nd Floor
New York, NY  10017

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

Bart Hartman
Treasurer/Tax Collector
Attn: Elizabeth Molina
County of San Diego
1600 Pacific Highway, Rm 162
San Diego, CA  92101

David Aelvoet, Esq.
Linebarger Goggan Blair Graham
   Pena & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Ste. 300
San Antonio, TX  78205

Kathleen Maxwell, Esq.
The Dow Chemical Company
Legal Department
2030 Dow Center_Office 732
Midland, MI  48674

Ronald S. Beacher, Esq.
Pitney Hardin Kipp & Szuch LLP
7 Times Square
New York, NY  10036-6524

Gina Baker Hantel, Esq.
Attorney General's Office
State of Tennessee
Bankruptcy Division
425 5th Avenue North, Flr 2
Nashville, TN  37243

Jeffrey L. Glatzer, Esq.
Anderson, Ill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

E. Katherine Wells, Esq.
SC Dept of Health & Environmental
Control
2600 Bull Street
Columbia, SC  29201-1708

James M. Garner, Esq.
Sher Garner Cahill Richter
   Klein & Hilbert, L.L.C.
909 Poydras Street
Suite 2800
New Orleans, LA  70112-1033

William H. Johnson, Esq.
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

Craig Barbarosh, Esq.
Pillsbury Winthrop LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA  92626-7122

Jonathan C. Hantke, Esq.
Pamela H. Walters, Esq.
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Julien A. Heckt, Esq.
DAP Products, Inc.
2400 Boston Street
Suite 200
Baltimore, MD  21224

Leonard P. Goldberger, Esq.
Stevens & Lee, P.C.
1818 Market Street
29th Floor
Philadelphia, PA  19103-1702

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

Donna J. Petrone, Esq.
ExxonMobil Chemical Company
Law Dept - Bankruptcy
13501 Katy Freeway
Room W1-562
Houston, TX  77079-1398

David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Van J. Hooker, Esq.
Stutzman Bromberg Esserman
   & Plifka PC
2323 Bryan Street
Suite 2200
Dallas, TX  75201

Randall A. Rios, Esq.
Floyd, Isgur, Rios
   & Wahrlich, P.C.
700 Louisiana
Suite 4600
Houston, TX  77002

Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann
   & Bernstein, LLP
Embacadero Center West
275 Battery Street 30th Fl.
San Francisco, CA  94111

Thomas M. Sobol, Esq.
Hagens Berman LLP
One Main Street
4th Floor
Cambridge, MA  02142

Robert M. Fishman, Esq.
Shaw Gussis Domanskis
   Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, IL  60610

Edward Tillinghast, III, Esq.
Sheppard, Mullin, Richter
   & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112

Darrell W. Scott, Esq.
The Scott Law Group
926 W. Sprague Avenue
Suite 583
Spokane, WA  99201

Gary M. Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Christopher R. Momjian, Esq.
Sr. Deputy Atty. General
I.D. No. 057482
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Denise A. Kuhn, Esq.
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue
Suite 1430
Woodland Hills, CA  91367

Richard B. Specter, Esq.
Corbett, Steelman & Specter
18200 Von Karman Avenue
Suite 900
Irvine, CA  92612

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox
   & Elliott, LLP
445 S. Figueroa Street
31st Floor
Los Angeles, CA  90071

Oscar B. Fears, III, Esq.
Asst. Attorney General
Georgia Department of Revenue
40 Capitol Square, S.W.
Atlanta, GA  30334

Philip J. Ward, Esq.
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA  30303

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1720
Dallas, TX  75201-2691

Lynn K. Neuner, Esq.
Samuel J. Rubin, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017

Gerald G. Pecht, Esq.
Fulbright & Jaworski, LLP
1301 McKinney
Suite 5100
Houston, TX  77010-3095

Jonathan D. Berger, Esq.
Russell Henkin, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

Richard G. Placey, Esq.
Montgomery McCracken
   Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Julie Bubnack
DACA V, LLC
1565 Hotel Cir S, Ste. 310
San Diego, CA  92108-3419

Ronald D. Gorsline
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT  06830

Martha E. Romero, Esq.
6516 Bright Avenue
Whittier, CA  90601-4503

Michael S. Davis, Esq.
Zeichner Ellman & Krause
575 Lexington Avenue
10th Floor
New York, NY  10022

Richard A. O'Halloran, Esq.
Burns White & Hickton, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Rd
West Conshohocken, PA  19428

Don C. Fletcher, Esq.
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ  85004

Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

Barbara G. Billet, Esq.
Elaine Z. Cole, Esq.
New York State
Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604

James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Street
Pittsburgh, PA  15219

Michael S. Sandberg, Esq.
Hellmuth & Johnson, PLLC
10400 Viking Drive, Ste. 560
Eden Prairie, MN  55344
`

Thomas J. Quinn, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

Jerel L. Ellington, Esq.
U.S. Department of Justice
Environment & Natural Resource Division
Enforcement SecTION
1961 Stout Street - 8th Floor
Denver, CO  80294

Ann Beimdiek Kinsella, Esq.
Asst. Attorney General
445 Minnesota Street
Suite 1200
St. Paul, MN  55101-2127

Deborah L. Thorne, Esq.
FabelHaber LLC
55 East Monroe Street
40th Floor
Chicago, IL  60603

Brad N. Friedman, Esq.
Rachel Fleishman, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

Xerox Capital Services, LLC
P.O. Box 660502
Dallas, TX  75266-0502

Carl Pericone, Esq.
Wilson Elser Moskowitz
   Edelman Dicker LLP
150 East 42nd Street
New York, NY  10019-5639

Anthony F. Parise, Esq.
Cornell University
Office of University Counsel
300 CCC Building, Garden Ave.
Ithaca, NY  14853-2601

Daniel C. Cohn, Esq.
Christopher Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

Thomas O. Bean, Esq.
McDermott Will & Emery
28 State Street
34th Floor
Boston, MA  02109-1706

Jacob C. Cohn,  Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Alisa Minsch
Contrarian Capital Trade Claims LP
411 W. Putnam Avenue, S-225
Greenwich, CT  06830-6263

Debt Acquisition Co. of America V LLC
1565 Hotel Cir S, Ste. 310
San Diego, CA  92108-3419

Maurie Shalome
Longacre Master Fund Ltd.
810 7th Avenue
33rd Floor
New York, NY  10019-5818

Sierra Asset Management LLC
2699 White Road, Ste. 225
Irvine, CA  92614-6264

Daniel M. Glosband, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109-2881

John Preefer
128 Willow Street, Apt. 6-B
Brooklyn, NY  11201

Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Peter B. McGlynn, Esq.
Bruce D. Levin, Esq.
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA  02110

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20007-5135

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Amy Pritchard-Williams, Esq.
Margaret Westbrook, Esq.
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

Julie A. Ardoin, Esq.
Julie Ardoin, LLC
2200 Veterans Memorial Blvd
Suite 210
Kenner, LA  70062-4032

Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

Sergio I. Scuteri, Esq.
Capehart & Scatchard, P.A.
8000 Midlantic Drive
Suite 300 S
Mount Laurel, NJ  08054

Mark D. Plevin, Esq.
Leslie A. Epley, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave, N.W.
Washington, DC  20004-2595

Frederick Jekel, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464

Michael F. Brown, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

Matthew J. Siembieda, Esq.
Benjamin Stonelake, Esq.
Scott E. Coburn, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

DK Acquisition Partners
65 East 55th Street, 19th Flr.
New York, NY  10022

Fred Glass
Fair Harbor Capital LLC
1841 Broadway
Suite 1007
New York, NY  10023

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

David Jagolinzer, Esq.
Ferraro & Associates, P.A.
4000 Ponce deLeon Boulevard
Suite 700
Miami, FL  33146

Steven J. McCardell, Esq.
Jared Inouye, Esq.
Durham Jones & Pinegar
111 E. Broadway, Ste. 900
Salt Lake City, UT  84111

Martin J. Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
Riker Danzig Scherer Hyland
   & Peretti LLP
Headquarters Plaza
1 Speedwell Avenue
Morristown, NJ  07962-1981

Robert B. Millner, Esq.
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606

Christopher E. Prince, Esq.
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa street
Suite 2500
Los Angeles, CA  90017

Garland Cassada, Esq.
Richard C. Worf, Esq.
Robinson, Bradshaw & Hinson
101 North Tryon Street
Suite 1900
Charlotte, NC  28246

Richard Levy, Jr., Esq.
Pryor Cashman LLP
7 Times Square
New York, NY  10036-6569

Hal Pitkow, Esq.
The Falls at Lambertville
351 South Main Street
Lambertville, NJ  08530

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
   & Brickman
1037 Chuck Dawlay Blvd.
Building A
Mount Pleasant, SC  29464

Brad N. Elias, Esq.
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036

Steven J. Mandelsberg, Esq.
Christiana J. Kang, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY  11106

Brian D. Salwowski, Esq.
Office of the Attorney General
Indiana Gov. Center South
5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770

Law Offices of Janet S. Baer PC
70 W. Madison Street
Suite 2100
Chicago, IL  60602

Lewis Kruger
Stroock & Strook & Lavan
180 Maiden Lane
New York, NY  10038-4982

Christopher L. Beard Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD  21701

Paul D. Henderson
Paul D. Henderson PC
712 Division Avenue
Orange, TX  77630

William S. Katchen
Duane Morris
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

Glen W. Morgan Esquire
Reaud Morgan & Quinn Inc
801 Laurel
Beaumont, TX  77701

William A. Grubbs Jr. Asst Controller
Southeast Region
AON Consulting Inc.
1100 Reynolds Boulevard
Winston-Sale, NC  27105

John W. Kozyak
Charles W. Throckmorton
David L. Rosendorf
Corali Lopez-Castro
Kozyak Tropin & Throckmorton PA
2525 Ponce de Leon
9th Floor
Coral Gables, FL  33134

Harley E. Riedel
Stichter Riedel Blain & Prosser PA
110 E. Madison Street
Suite 200
Tampa, FL  33602

Kevin Welch Esquire
Office of General Counsel
Division of Waste Management
200 Faiar Oaks Lane 1st Floor
Frankfort, KY  40601