**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                               :
In re:                                                         :
                                                               : Chapter 11
                                                               :
W.R. GRACE & CO., et al.,                                      : Case No. 01-01139 (JKF)
                                                               : Jointly Administered
                                                               :
                      Debtors.            : **Hearing Date: September 8, 2009**
                                                               :
                                                               : **Re: Docket Nos. 20872, 21796, 22420,**
                                                                 **22539**
---------------------------------------------------------------x

**TRAVELERS CASUALTY AND SURETY COMPANY'S**
**DEPOSITION DESIGNATIONS REGARDING**
**PHASE II CONFIRMATION HEARING ON FIRST AMENDED**
**JOINT PLAN  OF REORGANIZATION DATED FEBRUARY 27, 2009**

        Robert J. Dehney (#3578)
        Ann C. Cordo (#4817)
        Erin R. Fay (#5268)
        MORRIS, NICHOLS, ARSHT & TUNNELL
        1201 N. Market Street
        Wilmington, Delaware 19899
        Telephone: (302) 658-9200
        Email: RDehney@MNAT.com
               ACordo@MNAT.com
               Efay@MNAT.com

        Mary Beth Forshaw
        Kathrine A. McLendon
        Elisa Alcabes
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York 10017-3954
        Telephone: (212) 455-2000
        Email: mforshaw@stblaw.com
               kmclendon@stblaw.com
               ealcabes@stblaw.com

        *Attorneys for Travelers Casualty and Surety*
        *Company*

Pursuant to the Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization filed with this Court under a Certification of Counsel on August 5, 2009 (the "CMO"), Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company ("Travelers"), hereby designates as testimony for Phase II of the Confirmation Hearing in the above-captioned case, the following testimony from the depositions of David Austern taken on May 15, 2009, Richard Finke taken on May 13, 2009, Elihu Inselbuch taken on June 12, 2009, and Peter Van N. Lockwood taken on May 1, 2009. Pursuant to the CMO, highlighted copies of the deposition designations are concurrently being supplied to counsel for the Debtors for submission to the Court on August 25, 2009.

Travelers reserves the right to supplement or revise these designations after receiving the other parties' exhibit lists and deposition designations. In addition, to the extent the Debtors fail to produce for live testimony at the Phase II Confirmation Hearing any witnesses designated by Travelers for live examination, as set forth in Travelers Phase II Pre-Trial Submission (dkt. no. 22539), Travelers reserves the right to submit deposition designations for any such witnesses. Travelers further reserves the right to offer as evidence any deposition testimony designated by any other party and the right to use deposition testimony not on this list for impeachment, rebuttal or any other permissible purpose.

**DEPOSITION DESIGNATIONS**

**1.     David Austern, May 15, 2009**

The following portions of David Austern's deposition transcript, May 15, 2009, are hereby designated:

| |
|---|
| 12:20-22 |
| 18:22-19:3 |
| 19:8-23 |
| 43:6-22 |
| 46:18-47:1 |

| |
|---|
| 49:24-51:4 |
| 51:8-52:15 |
| 52:22-24 |
| 95:24-96:18 |
| 97:4-99:6 |
| 99:16-103:24 |
| 104:5-105:20 |
| 105:22-106:9 |
| 106:11-14 |
| 107:7-10 |
| 107:13-109:4 |
| 110:8-11 |
| 110:13-19 |
| 113:10-114:21 |
| 115:16-116:10 |
| 118:6-12 |
| 118:15-18 |
| 119:1-7 |
| 119:10-121:13 |
| 121:17-24 |
| 122:4-19 |
| 122:22-123:5 |

**2.**     **Richard Finke, May 13, 2009**

The following portions of Richard Finke's deposition transcript, May 13, 2009, are designated:

| |
|---|
| 15:23-18:2 |
| 47:3-6 |
| 47:9-14 |
| 48:5-14 |
| 91:7-19 |
| 91:22-92:5 |
| 92:13-93:4 |
| 93:9-94:19 |
| 105:14-105:24 |
| 106:5-21 |
| 106:24 |
| 113:3-7 |
| 113:11-114:13 |
| 115:1-8 |
| 115:11-14 |
| 115:21-116:8 |
| 116:13-24 |

| |
|---|
| 117:3-10 |
| 117:13-20 |
| 118:2-7 |
| 128:11-129:9 |
| 129:12-19 |
| 131:5-134:7 |
| 134:10-13 |
| 134:16-135:12 |
| 135:22-136:2 |
| 136:18-21 |
| 137:3-5 |
| 137:14-21 |
| 138:7-21 |
| 139:14-140:19 |
| 140:24-141:14 |
| 143:10-16 |
| 143:19-144:4 |
| 144:7-8 |
| 145:1-11 |
| 145:15-146:2 |
| 146:14-147:3 |
| 147:9-19 |
| 152:14-153:5 |
| 153:10-17 |
| 153:20-21 |
| 155:4-7 |
| 155:12-157:10 |
| 157:17-20 |
| 158:1-8 |
| 158:11-14 |
| 158:17-159:4 |
| 159:9-23 |
| 160:4-16 |
| 161:1-18 |
| 161:21-23 |
| 162:2-5 |
| 162:9-16 |
| 162:20-21 |
| 163:9-16 |
| 163:23-164:2 |
| 167:24-168:20 |
| 168:23-169:15 |
| 169:19-24 |
| 170:9-172:5 |
| 174:5-6 |

| |
|---|
| 174:9-176:7 |
| 176:10-14 |
| 176:17-18 |
| 176:20-177:1 |
| 177:6-179:18 |
| 185:6-186:16 |
| 291:20-292:4 |
| 293:16-17 |
| 293:20-294:11 |

**3.    Deposition of Elihu Inselbuch, June 12, 2009**

The following portions of Elihu Inselbuch's deposition transcript, June 12, 2009, are designated:

| |
|---|
| 11:1-6 |
| 11:22-12:10 |
| 23:1-6 |
| 242:10-244:13 |
| 244:18-245:8 |
| 245:14-246:1 |
| 246:5-247:13 |
| 247:15-16 |
| 247:19 |

**4.    Deposition of Peter Van N. Lockwood, May 1, 2009**

The following portions of Peter Van N. Lockwood's deposition transcript, May 1, 2009, are designated:

| |
|---|
| 12:21-15:10 |
| 104:2-5 |
| 104:10-105:3 |
| 105:12-108:22 |
| 109:1-115:1 |
| 254:20-255:2 |
| 255:9-14 |
| 256:20-257:2 |
| 257:6-258:10 |
| 264:1-267:16 |
| 269:14-276:1 |
| 276:3-16 |

| |
|---|
| 278:7-279:12 |
| 279:21-280:10 |
| 280:14-18 |
| 285:6-289:13 |
| 292:4-24 |
| 293:3-9 |
| 294:7-18 |
| 294:21-296:1 |
| 296:6-298:10 |
| 298:12-299:21 |
| 300:2-301:17 |
| 301:22-24 |
| 302:9-13 |
| 302:16-23 |
| 306:19-308:22 |
| 309:1-310:1 |
| 310:17-311:5 |
| 312:1-313:22 |
| 318:9-18 |
| 319:1-320:1 |
| 320:5-7 |

Dated: August 14, 2009

Respectfully submitted,

    */s/ Erin R. Fay*
Robert J. Dehney (#3578)
Ann C. Cordo (#4817)
Erin R. Fay (#5268)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Email: RDehney@MNAT.com
       ACordo@MNAT.com

Mary Beth Forshaw
Kathrine A. McLendon
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Email: mforshaw@stblaw.com
       kmclendon@stblaw.com
       ealcabes@stblaw.com
*Attorneys for Travelers Casualty and Surety Company*