## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| _____ ) | Chapter 11 |
| In re ) | |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.,* ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| _____ ) | **Related to Dkt. No. 20872** |

## DEPOSITION DESIGNATION BY FIREMAN'S FUND INSURANCE COMPANY, WITH RESPECT TO ITS "SURETY CLAIM," FOR PHASE II OF THE HEARING ON CONFIRMATION OF THE FIRST AMENDED PLAN OF REORGANIZATION

Pursuant to Paragraph 3 of the proposed Fourth Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization (Dkt. No. 22705), Fireman's Fund Insurance Company ("Fireman's Fund") hereby designates the following deposition testimony with respect to its "Surety Claim" for Phase II of the hearing on confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co. (the "Plan," Dkt. No. 20872):

1.      Richard Finke (May 13, 2009):  264:20-266:2, 266:4-268:18, 269:2-270:19; 270:24-271:2, 274:7-13, 274:21-275:1, 275:16-276:11; 277:9-13, 277:16-278:2, 279:22-280:8, 281:7-11, 281:18-282:7, 282:13-283:1, 283:9-21, 336:24-337:4, 337:11-13, and Finke Deposition Exhibit 2 (*see* Exhibit A hereto).

2.      Peter Van N. Lockwood (May 4, 2009):   607:2-18, 607:20-613:22, 614:1-20, 616:23-618:20, and ACC Deposition Exhibit 11 (*see* Exhibit B hereto).

3.      David Austern (May 15, 2009):  193:2-194:19, 200:9-16, 200:23-201:1, 201:3-11, 201:17-20, 201:22-23, 202:19-203:15, 204:17-24, 205:5-17, 205:19-206:4 (*see* Exhibit C hereto).

Fireman's Fund reserves the right to supplement and/or amend its designations in light of any information or evidence submitted by Plan Proponents or any other party concerning the Plan, or otherwise.  Fireman's Fund further reserves the right to rely on any designations submitted by Plan Proponents or any other party.

Dated:  August 14, 2009

Respectfully submitted,

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone:  (302) 425-3308
Telecopier:  (610) 371-8515
Email:  jdd@stevenslee.com

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 624-2500
Telecopier:  (202) 628-5116
Email:  mplevin@crowell.com
Email:  ldavis@crowell.com
Email:  tyoon@crowell.com

Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702
Telephone:  (215) 751-2864/2885
Telecopier:  (610) 371-7376/8505
Email:  lpg@stevenslee.com
Email:  mes@stevenslee.com

Attorneys for Fireman's Fund Insurance
Company