IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF) (Jointly Administered) |
| | * | Related Docket No. 20872, 21544, 21794, 22705 (proposed) |

--------------------------------------------------------x

### CNA'S NOTICE OF DESIGNATIONS WITH RESPECT TO THE DEPOSITIONS OF PETER VAN N. LOCKWOOD AND JEFFREY POSNER

Continental Casualty Company and Continental Insurance Company, on their behalf and on behalf of their predecessor companies, affiliates and subsidiaries which issued insurance policies to the Debtors (individually or collectively, "CNA") hereby designate the attached excerpts from the transcripts of the deposition of Peter Van N. Lockwood, taken on May 1 and May 4, 2009, and the deposition of Jeffrey Posner, taken on May 6, 2009 (collectively the "Deposition Transcripts"), which may be offered in evidence in connection with the Phase II Confirmation Hearing in this matter.

Excerpted copies of the Deposition Transcripts are attached as Exhibits "A," "B" and "C" hereto. CNA reserves the right to supplement these designations following receipt of Plan Proponents' counter-designations, if any. In addition, CNA reserves the right to use any part of the Deposition Transcripts, even if not previously designated, for the purpose of contradicting or impeaching testimony given by the deponent as a witness. Finally, CNA reserves the right to call the witnesses at trial to supplement the deposition testimony designated herein.

LIBW/1716011.1

Respectfully submitted,

| | |
|---|---|
| FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P. | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| | By:   */s/ Edward B. Rosenthal* |
| Elizabeth DeCristofaro (*pro hac vice*) | Edward B. Rosenthal (*Bar No. 3131*) |
| Wall Street Plaza, 23rd Floor | P.O. Box 1070 |
| New York, New York 10005-1875 | Wilmington, Delaware 19899 |
| Telephone: (212) 269-4900 | Telephone: (302) 656-4433x6 |
| Facsimile: (212) 344-4294 | Facsimile: (302) 658-7567 |
| | |
| WILDMAN, HARROLD, ALLEN & DIXON LLP | GOODWIN PROCTER LLP |
| Jonathan W. Young | Daniel M. Glosband (*pro hac vice*) |
| Jeff Chang | Brian H. Mukherjee (*pro hac vice*) |
| 225 West Wacker Drive | Goodwin Procter LLP |
| Chicago, Illinois 60606-1229 | Exchange Place |
| Telephone:  (312) 201-2662 | Boston, Massachusetts 02109 |
| Facsimile:  (312) 416-4524 | Telephone: (617) 570-1000 |
| | Facsimile: (617) 523-1231 |
| | --and -- |
| | Michael S. Giannotto (*pro hac vice*) |
| | Frederick C. Schafrick (*pro hac vice*) |
| | 901 New York Avenue, N.W. |
| | Washington, D.C. 20001 |
| | Telephone:  (202) 346-4000 |
| | Facsimile:  (202) 346-4444 |

*Counsel for Continental Casualty Company,*<br>*Transportation Insurance Company and their American insurance affiliates*

Dated:  August 14, 2009