# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket No. 22766** |

## ARROWOOD'S LIMITED[1] JOINDER TO PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF ALAN WHITEHOUSE, M.D., ARTHUR FRANK, M.D., CRAIG MOLGAARD, PH.D., AND TERRY SPEAR, PH.D.

Arrowood Indemnity Company f/k/a Royal Indemnity Company, through its undersigned counsel, hereby files this *Limited[1] Joinder to Plan Proponents' Motion in Limine to Exclude Expert Testimony of Alan Whitehouse, M.D., Arthur Frank, M.D., Craig Molgaard, Ph.D., and Terry Spear, Ph.D.* [Dk. No. 22766].

| | |
|---|---|
| Dated: August 14, 2009<br>Wilmington, Delaware | /s/ Garvan F. McDaniel<br>Garvan F. McDaniel, Esq. (#4167)<br>BIFFERATO GENTILOTTI, LLC<br>800 N. King Street-Plaza Lebel<br>Wilmington, DE 19801<br>Tel: (302) 429-1900<br>Fax: (302) 429-8600<br><br>-and-<br><br>Carl. J. Pernicone, Esq.<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP<br>150 East 42nd Street<br>New York, New York 10017<br>Tel: (212) 490-3000<br><br>-and- |

---

[1] Arrowood does <u>not</u> join in the Motion with respect to Dr. Whitehouse testifying as a treating physician in this case because he was not disclosed as a witness in this capacity and, furthermore, did not provide a report based on the fact he was a treating physician. Moreover, the term "treating physician" is not adequately defined and, therefore, the Libby Claimants have not provided a sufficient background in order for Dr. Whitehouse to testify in this regard.

                        Tancred V. Schiavoni, Esq.
                        O'MELVENY & MYERS LLP
                        7 Times Square
                        New York, New York 10036
                        (212) 326-2000

                        *Attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company*