## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

### THE STATE OF MONTANA'S DEPOSITION
### DESIGNATIONS FOR THE PHASE II CONFIRMATION HEARING

The State of Montana ("Montana"), pursuant to the proposed Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, which was submitted under certification of counsel on August 5, 2009 (Docket No. 22705), by and through its undersigned counsel, hereby designates the deposition testimony of Richard Finke, Jeffrey Posner, Jay Hughes, and Peter Lockwood to be introduced at the Phase II confirmation hearings, currently scheduled to commence on September 8, 2009.

Montana reserves the right to join in or object to deposition designations of any other party. Additionally, because discovery has not yet been completed, Montana reserves its right to supplement or alter these deposition designations.

Dated: August 14, 2009

Respectfully submitted,

Womble Carlyle Sandridge & Rice, PLLC

    /s/ Matthew P. Ward
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
Matthew P. Ward (#4471)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Ph: (302) 252-4320
Fax: (302) 252-4330

Counsel for the State of Montana

WCSR 4186741v1