IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**BNSF RAILWAY COMPANY'S CONFIDENTIAL INITIAL DEPOSITION DESIGNATIONS OF TESTIMONY OF JEFFERY POSNER, RICHARD FINKE, JAY HUGHES, AND PETER VAN N. LOCKWOOD**

# CERTAIN DOCUMENTS FILED UNDER SEAL PURSUANT TO APRIL 2009 PROTECTIVE ORDER

The attached Deposition Designations of BNSF Railway Company include designations from confidential portions of the relevant transcripts, which are being filed under seal.

Dated: August 14, 2009
Wilmington, DE

PEPPER HAMILTON LLP

John H. Schanne, II (DE No. 5260)
Edmond D. Johnson
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 777-6511

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750

*Counsel for BNSF Railway Company*

#11352949 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., *et al.* | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | |
| | : | |

**BNSF RAILWAY COMPANY'S CONFIDENTIAL INITIAL DEPOSITION
DESIGNATIONS OF TESTIMONY OF JEFFERY POSNER, RICHARD FINKE,
JAY HUGHES, AND PETER VAN N. LOCKWOOD**

BNSF Railway Company ("BNSF") designates the attached excerpts from the deposition testimony of Jeffery Posner (Exhibit A)[1], Richard Finke (Exhibit B)[2], Peter Van N. Lockwood (Exhibit C) and Jay Hughes (Exhibit D), which may be offered in evidence in connection with the Phase II Confirmation Hearing in this matter, pursuant to Rule 32 of the Federal Rules of Civil Procedure.  BNSF reserves the right to supplement these designations following receipt of Plan Proponents' counter-designations, if any.  BNSF further reserves the right to use any part of the respective deposition transcripts, even if not designated, for the purpose of contradicting or impeaching testimony given by the deponent as a witness.  BNSF reserves the right to call the witness at trial to supplement the deposition testimony designated herein.

---

[1] The deposition of Mr. Posner was designated "Confidential."  As such, the designated portions of the transcript will be filed under seal.

[2] The deposition of Mr. Finke was designated "Confidential."  As such, the designated portions of the transcript will be filed under seal.

#11352949 v1

## JEFFERY POSNER

In Re W.R. Grace, et al., Case No. 01-01139(JKF)
Deposition Testimony on May 6, 2009 (See Exhibit A **Confidential; Redacted**)

### PAGE:LINE
118:5-134:3
240:9-241:2
241:3-242:9
245:8-246:2
247:7-248:12

## RICHARD FINKE

In Re W.R. Grace, et al., Case No. 01-01139(JKF)
Deposition Testimony on May 13, 2009 (See Exhibit B **Confidential; Redacted**)

### PAGE:LINE
313:6-315:6
315:11-315:21
318:7-318:19
327:11-328:22
370:8-371:20

## PETER VAN N. LOCKWOOD

In Re W.R. Grace, et al., Case No. 01-01139(JKF)
Deposition Testimony on May 1, and May 4, 2009 (See Exhibit C **Confidential; Partially Redacted**)

### PAGE:LINE
130:14-133:5
139:11-140:15
184:23-185:21
186:9-187:9
191:1-194:23
309:22-310:16 (Designated Confidential; filed under seal)
343:15-344:2
347:17-348:5
519:1-522:8
550:20-558:3
558:14-559:15
559:17-562:18
635:1-635:10

#11352949 v1

**JAY HUGHES**

In Re W.R. Grace, et al., Case No. 01-01139(JKF)
Deposition Testimony on June 11, 2009 (See Exhibit D)

**PAGE:LINE**
184:7-188:12
241:14-242:10
248:8-248:17
273:11-274:9
445:6-446:4
459:22-460:7

Dated: August 14, 2009          PEPPER HAMILTON LLP
Wilmington, DE

/s/ John H. Schanne II
Evelyn J. Meltzer (DE 4581)
John H. Schanne II (DE 5260)
Edmond D. Johnson
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 777-6511

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750

Counsel for BNSF Railway Company

#11352949 v1