IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**EXHIBIT B TO**
**BNSF RAILWAY COMPANY'S CONFIDENTIAL INITIAL DEPOSITION OF**
**TESTIMONY OF JEFFERY POSNER, RICHARD FINKE, JAY HUGHES, AND**
**PETER VAN N. LOCKWOOD**

# DOCUMENT FILED UNDER SEAL
# PURSUANT TO APRIL 2009 PROTECTIVE ORDER

Dated: August 14, 2009
Wilmington, DE

PEPPER HAMILTON LLP

John H. Schanne, II (DE No. 5260)
Edmond D. Johnson
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 777-6511


Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750


*Counsel for BNSF Railway Company*