## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 22805** |

## CERTIFICATE OF SERVICE

I, Matthew P. Ward, hereby certify that on this 14th day of August 2009, I caused a copy of the **State of Montana's Deposition Designations for the Phase II Confirmation Hearing (Docket No. 22805)** to be served upon the parties listed on the attached list by email.

    */s/ Matthew P. Ward*
    Matthew P. Ward