**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Related Docket Nos.: _____ |

**ORDER GRANTING PLAN PROPONENTS' MOTION TO EXCLUDE OR LIMIT
TESTIMONY OF JAMES B. SHEIN PURSUANT TO *DAUBERT* AND RULES
702 AND 703 OF THE FEDERAL RULES OF EVIDENCE**

Upon consideration of the Plan Proponents' Motion to Exclude or Limit Testimony of James B. Shein Pursuant To *Daubert* and Rules 702 And 703 of The Federal Rules of Evidence (the "Motion"), for the entry of an order pursuant to Rules 702 and 703 of the Federal Rules of Evidence to exclude or limit the testimony of James B. Shein in connection with confirmation of the First Amended Joint Plan of Reorganization, as amended; and due and adequate notice of the Motion having been given; and objections, if any, having been resolved or overruled; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and after a hearing on the Motion; and after due deliberation;

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The testimony of James B. Shein shall be excluded from the evidence to be

{D0159421.1 }

considered in connection with confirmation of the First Amended Joint Plan of Reorganization, as amended.


Dated: _____, 2009

                                                   The Honorable Judith K. Fitzgerald
                                                   United States Bankruptcy Judge