# EXHIBIT "B"

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>April 1, 2009 through June 30, 2009</u>

1.   Asbestos: Claims Analysis & Evaluation – 2.5 ($1,562.50)

   • Review confer and meet memorandum, voting results and historical files regarding Sealed Air Estimates