# EXHIBIT "C"

# HR&A                                                         INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

May 5, 2009
Invoice No. HRA20090505

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of April, 2009.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz | |
| 1.00 hours @ $ 625 per hour | $ 625.00 |

**TOTAL DUE:**
**$ 625.00**

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351

APRIL, 2009 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 04/15/09 | 1.00 | Quick review of meet and confer memo and comments. |
| Total: | 1.00 | |

# HR&A

# INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
Policy, Financial & Management Consultants

July 6, 2009
Invoice No. HRA20090706

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of June, 2009.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz<br>1.50 hours @ $ 625 per hour | $ 937.50 |
| **TOTAL:** | **$ 937.50** |

### Prior Billings

| | |
|---|---|
| 02/12/09 Invoice | $ 1,875.00 |
| 05/05/09 Invoice | 625.00 |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

JUNE, 2009 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|------|------|------|
| 06/09/09 | 1.00 | Review voting results. |
| 06/11/09 | 0.50 | Review historical files to respond to Speights question re Peterson Sealed Air estimates. |
| Total: | 1.50 | |