IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>                           Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>**Objection Date: August 28, 2009 @ 4:00 p.m.**<br>**Hearing Date: September 8, 2009 @ 11:00 a.m. in**<br>**Pittsburgh, Pennsylvania** |

**PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE IMPROPER OPINION
TESTIMONY PROFFERED BY FIREMAN'S FUND INSURANCE COMPANY**

       The Plan Proponents[1] respectfully request that the Court exclude any improper opinion testimony proffered by Fireman's Fund Insurance Company ("FFIC").[2] The Plan Proponents believe that FFIC may rely at trial on substantial and improper opinion testimony. Upon information and belief, such testimony may include speculative opinion testimony regarding the appeal by attorney Mike Hatchell, which is referenced in his declaration of May 20, 2009. Having not yet had the opportunity to depose FFIC witnesses, the Plan Proponents can make no further representations as to the content of such testimony. The Plan Proponents reserve the right to supplement and/or alter this motion in limine as depositions are taken, but file this motion in light of the Case Management Order deadline.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings given to them in the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated February 27, 2009 [D.I. 20872].

[2] A lay witness may not testify as to information of which he or she does not have first-hand knowledge. See Fed. R. Civ. P. 701, Advisory Committee Notes. Furthermore, a court should exclude as unhelpful lay testimony in the form of "meaningless assertions which amount to little more than choosing up sides." Id. Finally, a court should exclude the testimony of a lay witness where he or she attempts to render an expert opinion and is unqualified to do so. See McConnell v. United States, 81 F.2d 639, 639 (3d Cir. 1936). Thus, to the extent that FFIC attempts to proffer opinion testimony of a lay witness, such as improper legal opinions, that does not satisfy the three conditions set forth in Rule 701, the Court should preclude such testimony. See e.g., United States v. Leo, 941 F.2d 181, 196 (3d Cir. 1991) ("not permissible for a witness to testify as to the governing law").

{D0159516.1}

1

WHEREFORE, the Plan Proponents respectfully request that the Court preserve their right to seek the preclusion of any opinion testimony that FFIC proffers to the extent that it constitutes (1) an improper opinion by a lay witness or (2) an opinion by an expert witness that FFIC has failed to designate.

Dated: August 14, 2009  
Wilmington, Delaware

Respectfully submitted,

KIRKLAND & ELLIS LLP  
David M. Bernick, P.C.  
Theodore L. Freedman  
Lisa G. Esayian  
601 Lexington Avenue  
New York, NY  10022  
Telephone: (212) 446-4800  
Facsimile: (212) 446-4900

Barbara Harding  
655 Fifteenth Street, N.W.  
Washington, D.C. 20005  
Telephone: (202) 879-5000  
Facsimile:  (202) 879-5200

*and*

THE LAW OFFICES OF JANET S. BAER, P.C.  
Janet S. Baer, P.C.  
70 W. Madison Street  
Suite 2100  
Chicago, IL 60602  
Telephone: (312) 641-2162

*and*

PACHULSKI, STANG, ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
jo'neill@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*


CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

*and*

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
James P. Wehner
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee
of Asbestos Personal Injury Claimants*

{D0159516.1}

ANDERSON KILL & OLICK, P.C.
Robert M. Horkovich
Mark Garbowski
Robert Y. Chung
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

*Insurance Counsel for the Official Committee of Asbestos Personal Injury Claimants*


PHILIPS, GOLDMAN & SPENCE, P.A.

*/s/John C. Philips*_____
John C. Philips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pgslaw.com

*and*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern,*
 *Asbestos PI Future Claimants' Representative*

SAUL EWING LLP

*/s/ Teresa K.D. Currier*_____
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
tcurrier@saul.com

{D0159516.1}

4

*and*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
David E. Blabey, Jr.
1177 Avenue of the Americas
New York, NY 10022
Telephone:  (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee
of Equity Security Holders*