**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>**Objection Date: August 28, 2009 @ 4:00 p.m.**<br>**Hearing Date: September 8, 2009 @ 11:00 a.m. in**<br>**Pittsburgh, Pennsylvania** |

### NOTICE OF THE PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE IMPROPER OPINION TESTIMONY PROFERRED BY FIREMAN'S FUND INSURANCE COMPANY

TO:　　All Parties on the Attached List

　　PLEASE TAKE NOTICE, that on August 14, 2009, the Plan Proponents filed and served the attached **Motion in Limine to Exclude Improper Opinion Testimony Proferred by Fireman's Fund Insurance Company** (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801. A copy of the Motion is attached hereto.

　　PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing and filed with the Bankruptcy Court on or before August 28, 2009 at 4:00 p.m.

　　PLEASE TAKE FURTHER NOTICE that at a copy of any responses or objections must also be served upon the following: (i) co-counsel for the Debtors, Theodore L. Freedman, Kirkland & Ellis LLP, Citigroup Center, 601 Lexington Avenue, New York, NY 10022-4611 (fax number 212-446-4800), Janet S. Baer, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, IL 60602 (Fax number 312-641-2165); and James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, PO. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) counsel to

{D0159443.1 }　　　　　　　　　　　　　　　　1

the Official Committee of Unsecured Creditors, Lewis Kruger, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, NY 10038-4982 (fax 212-806-6006), and Michael R. Lastowski, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246 (fax 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 (fax 305-374-7593), and Michael B. Joseph, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899 (fax 302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Caplin & Drysdale, Chartered, 375 Park Avenue, 35th Floor, New York, NY 10152-3500 (fax 212-644-6755), and Mark T. Hurford, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, DE 19801 (fax 302-426-9947); (v) counsel to the Official Committee of Equity Holders, Philip Bentley, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022 (fax 212-715-8000), and Teresa K.D. Currier, Saul Ewing LLP, 222 Delaware Avenue P.O. Box 1266, Wilmington, DE 19899-1397 (fax 302-421-6813); (vi) counsel to the Future Claimants' Representative, Richard H. Wyron, Orrick, Herrington & Sutcliffe LLP 1152 15th Street, NW, Washington, DC 20005 (fax 202 339-8500), and John C. Phillips, Jr., Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806 (fax 302-655-4210); (vii) the Office of the United States Trustee, Attn: David Klauder, 844 N. King Street, Wilmington, DE 19801 (fax 302-573-6497); and (viii) counsel to the Property Damage Future Claimants' Representative, Karl Hill, Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, P.O. Box 68, Wilmington, DE 19899 (fax 302-888-0606) and Alan B. Rich, Law Office of Alan B. Rich, Esq., 1201 Main Street, Suite 1910, LB 201, Dallas, TX 75202 (fax 214-749-0325).

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY JUDGE, IN HER COURTROOM IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, 5464 U.S. STEEL TOWER, 600 GRANT STREET, PITTSBURGH, PENNSYLVANIA 15219.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 14, 2009
Wilmington, Delaware

| CAMPBELL & LEVINE, LLC | PACHULSKI, STANG, ZIEHL & JONES LLP |
|---|---|
| */s/ Mark T. Hurford* | */s/ James E. O'Neill* |
| Mark T. Hurford (No. 3299) | James E. O'Neill (Bar No. 4042) |
| 800 N. King Street, Suite 300 | Timothy Cairns (Bar No. 4228) |
| Wilmington, DE 19801 | 919 North Market Street, 16th Floor |
| Telephone: (302) 426-1900 | P.O. Box 8705 |
| Facsimile: (302) 426-9947 | Wilmington, Delaware 19899-8705 |
| mhurford@camlev.com | (Courier 19801) |
|  | Telephone: (302) 652-4100 |
| *and* | Facsimile: (302) 652-4400 |
|  | joneill@pszyjw.com |
| CAPLIN & DRYSDALE, CHARTERED |  |
| Elihu Inselbuch | *and* |
| 375 Park Avenue, 35th Floor |  |
| New York, NY 10152-3500 | KIRKLAND & ELLIS LLP |
| Telephone: (212) 319-7125 | David M. Bernick, P.C. |
| Facsimile: (212) 644-6755 | Theodore L. Freedman |
|  | Lisa G. Esayian |
| Peter Van N. Lockwood | 601 Lexington Avenue |
| Nathan D. Finch | New York, NY 10022 |
| James P. Wehner | Telephone: (212) 446-4800 |
| One Thomas Circle, N.W. | Facsimile: (212) 446-4900 |
| Washington, D.C. 20005 |  |

{D0159443.1}                                       3

Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee
of Asbestos Personal Injury Claimants*

PHILIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Philips
John C. Philips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pgslaw.com

*and*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern,
 Asbestos PI Future Claimants' Representative*

Barbara Harding
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*and*

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

*Counsel for the Debtors and Debtors in
Possession*

SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
TCurrier@saul.com

*and*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
David E. Blabey, Jr.
1177 Avenue of the Americas
New York, NY 10022
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee
of Equity Security Holders*