
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) Related Docket Nos.: _____ |

**ORDER GRANTING PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE IMPROPER OPINION TESTIMONY PROFERRED BY <u>FIREMAN'S FUND INSURANCE COMPANY</u>**

Upon consideration of the Plan Proponents' Motion in Limine to Exclude Improper Opinion Testimony Proferred by Fireman's Fund Insurance Company (the "Motion"), for the entry of an order to exclude the Exclude Improper Opinion Testimony Proferred by Fireman's Fund Insurance Company in connection with confirmation of the First Amended Joint Plan of Reorganization, as amended; and due and adequate notice of the Motion having been given; and objections, if any, having been resolved or overruled; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and after a hearing on the Motion; and after due deliberation;

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

Dated: _____, 2009

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0159444.1 }