# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br>**Related Docket Nos. 22144, 22613** |

## ARROWOOD'S DEPOSITION DESIGNATIONS
## FOR PHASE II CONFIRMATION HEARING

Arrowood[1] hereby designates for the Phase II Hearing the deposition testimony of Jeffery Posner and Richard Finke, Peter Van N. Lockwood and Jay Hughes as set forth in *Arrowood's Initial Deposition Designations of Testimony of Jeffrey Posner, Richard Finke, Jay Hughes and Peter Van N. Lockwood and Request for Judicial Notice* [Dkt. No.22144]. Arrowood also designates the statements made in the transcripts cited in Arrowood's reply brief in support of the Debtors' motion to approve the Arrowood settlement. [Dkt. No. 22613]. Further, Arrowood adopts and offers the deposition designations made by CNA, Maryland Casualty and Travelers and reserve the right to counter and cross designate based on the designations of others parties in this matter.

Dated: August 14, 2009
Wilmington, Delaware

                                        By:    /s/ Garvan F. McDaniel
                                                  Garvan F. McDaniel, Esq. (#4167)
                                                  BIFFERATO GENTILOTTI LLC
                                                  800 N. King Street, Plaza Level
                                                  Wilmington, DE 19801
                                                  Telephone: (302) 429-1900
                                                  Facsimile: (302) 429-8600

                                                  -and-

---

[1] Arrowood Indemnity Company f/k/a Royal Indemnity Company.

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
Telephone: (212) 326-2267

*Counsel to Arrowood Indemnity
Company, f/k/a Royal Indemnity Company*

2