1

```
 1              IN THE DISTRICT COURT OF THE NINETEENTH

 2          JUDICIAL DISTRICT OF THE STATE OF MONTANA

 3              IN AND FOR THE COUNTY OF LINCOLN

 4

 5     CAUSE NO. DV-99-124

 6     CARRIE M. DEDRICK and ROBERT W.      )
       DEDRICK, husband and wife,           )
 7                                          )
                        Plaintiffs,         )
 8                                          )
            vs.                             )
 9                                          )
       W.R. GRACE & CO.-Conn., a            )
10     Connecticut corporation,             )
       W.R. GRACE & CO., a Delaware         )
11     corporation, W.R. GRACE & CO.,       )
       a/k/a GRACE, an association of       )
12     business entities, and DOES I-IV,    )
                                            )
13                      Defendants.         )
                                            )
14

15                    D E P O S I T I O N

16                            OF

17               CARRIE MILDRED DEDRICK

18

19

20            Taken at the Venture Motor Inn
                 443 U.S. Highway 2, W.
21                    Libby, Montana
             Monday, June 26, 2000 - 10:00 a.m.
22

23

24
          Reported by Jolene Asa, RPR, and Notary Public
25           for the State of Montana, Flathead County
```

1    same page.

2              MR. MacDONALD:  You bet.

3    BY MR. MacDONALD:

4        Q    Carrie, was your husband ever in the

5    military?

6        A    No.

7        Q    Carrie, as you sit here today, how would

8    you describe your general health?

9        A    It's not the same.  I can't breathe.  I

10   can't walk around a grocery store.  I cough all

11   night, sit in a chair most of the time.  I don't do

12   the things that I used to do, like go boating with

13   my husband.  I can't crawl in and out of the boat.

14   I can't go down on the river and fish.  We do

15   nothing together that we used to do.

16       Q    Carrie, other than your breathing problems

17   and your cough, things associated with your lungs,

18   do you have any other health problems to speak of?

19       A    No.  I take thyroid because I've had a

20   thyroid problem for years.

21       Q    But that's under control?

22       A    Yes.

23       Q    How long have you had a breathing problem

24   that you can recall, Carrie?

25       A    Positively, three and a half years almost.

1    have a boat too, a fishing boat.

2        Q    And would you bring that up there too, the

3    fishing boat?

4        A    My husband and I would take the fishing

5    boat up, and we would also take the kids and take

6    them fishing in our fishing boat.  I won't be able

7    to do that this summer.

8        Q    Carrie, what is your understanding of your

9    breathing problem?  What is it?

10       A    I have asbestosis in my lungs.  I have

11   rales in my lungs.  I have been going for the past

12   five months -- One month I went twice to

13   Dr. Whitehouse.

14       Q    What is your understanding of what

15   asbestosis is?

16       A    It's a terrible disease, and there's no

17   cure for it.

18       Q    Could you describe for me as best you can

19   your understanding of what the terrible disease is,

20   what it does to you?

21       A    Causes (sic) you from having a good life,

22   breathing properly.  It causes you to cough, and to

23   me it's my death sentence.

24       Q    Carrie, after you started noticing your

25   breathing problem with your cough in the summer of

24

1      Q      Did you get a chance to talk to
2  Dr. Whitehouse last week?
3      A      Yes.  He told me to call back this Friday.
4      Q      Did you explain to him what Connie Boyd
5  had talked to you about?
6      A      He talks to her all the time.  He calls
7  her and talks back and forth.
8      Q      So Dr. Whitehouse didn't prescribe any
9  medication for you either to help your immune
10  system?
11     A      No.  No.  To tell you the truth, I don't
12  know if there is anything they can do to get my
13  immune system back.
14     Q      Carrie, do you have any particular
15  sickness right now, I mean, other than what we've
16  talked about?  I mean, do you have a cold or any
17  other things that --
18     A      I just cough, and my chest is tight and
19  the same -- Sometimes I lose my voice, and it's hard
20  to talk.  I have a dry cough all the time.  I really
21  have been a healthy, energetic person all of my
22  life.  My friend named Pat and I would walk four
23  miles up at the Asa Wood School every morning in,
24  like, 40 to 45 minutes because we'd really go at it.
25  Like I said, I can't hardly walk upstairs or go

1    downstairs, go to the grocery store.  I used to go

2    around the grocery store and think nothing of it.  I

3    don't really like to go out to eat because I cough.

4        Q    Carrie, have you talked to Dr. Whitehouse

5    about what the future holds for you, what your

6    prognosis is?

7        A    I think I know.  I haven't personally come

8    out and talked to him, but Connie and I have

9    discussed what happens to me.

10       Q    And what's your understanding from Connie

11   of what happens to you?

12       A    I die.

13       Q    Did Connie tell you any range of how long

14   before you die?

15       A    No.  I just keep saying to her, What

16   happens to me next, like, when this immune system --

17   What's next for me?

18            She's hugs me and says, Well, you'll get

19   through it.

20       Q    And you've never talked to Dr. Whitehouse

21   about how long you may have?

22       A    No.  I could ask him Friday.

23       Q    And he's never offered that information to

24   you?

25       A    No.

```
1        Q    Do you remember ever having any Workers'
2   Comp claims in your history of working?
3        A    For being hurt?
4        Q    Yes.
5        A    No.
6        Q    Carrie, have you ever had any treatment
7   for alcohol-related problems?
8        A    Never.
9        Q    Have you had any treatment for --
10  psychiatric treatment?
11       A    Never.
12       Q    Have you ever had any marriage counseling
13  of any kind?
14       A    No, but I need it now.
15       Q    Why do you need it now?
16       A    This is very stressful, what my husband
17  and I both are going through.  It's caused our
18  relationship to be not so great.  We fight almost
19  every day because we're stressed out over this
20  disease that we both have.
21       Q    How long has it been, Carrie, since you
22  noticed this increase in the stress and your
23  relationship with your husband?
24       A    The last two years.
25       Q    Have you tried any type of an appointment
```

1     or sought out any therapy help in the last two

2     years?

3          A    No, but we're going to.

4          Q    Do you know who you're going to see?

5          A    There's some stress counselors coming to

6     town.  We've been married for 50 years September 2nd

7     of this year, and we still love each other, but it's

8     very stressful.

9          Q    Do you have a particular name of any

10    individual that you're planning to see?

11         A    No, I don't.

12         Q    So there isn't anyone here in town or

13    Kalispell or Troy that you want to seek therapy

14    with?  You're waiting for somebody to come into

15    town?

16              MR. SULLIVAN:  Just for a point of

17    clarification, is this the disaster relief program

18    that the EPA is bringing in as a result of what

19    W.R. Grace -- as a result of the asbestos that's

20    contaminated the community?

21              THE WITNESS:  Yes.

22              MR. SULLIVAN:  The EPA is providing

23    some sort of developing of an infrastructure for

24    stress relief for victims?

25              THE WITNESS:  Yes.  There are many of

1   us.  Yes.

2   BY MR. MacDONALD:

3        Q    So you're waiting to see some kind of

4   government-sponsored stress relief program before

5   you seek some type of therapy?  Is that my

6   understanding?  Is my understanding correct?

7        A    Yes, but if it doesn't come, we still will

8   go seek help.  I also work with the hospital board.

9   They chose me to be on the board with them to work

10  out these things.

11       Q    Carrie, how long have you been on the

12  hospital board?

13       A    It's not the regular hospital board.  It's

14  a special group of people that they -- of different

15  people in the community.  I've been going to the

16  meetings for three months or something like that.

17  I'm not positive.  They're working out all of these

18  things so people can have counselors.

19       Q    You mentioned, Carrie, that you believe

20  your husband has asbestosis too; is that correct?

21       A    Yes.

22       Q    How long have you known that your husband

23  has asbestosis?

24       A    When I went to Dr. Whitehouse my first

25  time, he had been diagnosed with it a year before

44

1          MR. SULLIVAN:  When was it that you
2     found out --
3              If I can put words in Carrie's mouth.
4              When was it that you found out, years
5     later or whenever it was, that that had been the
6     case?
7          MR. MacDONALD:  That's fine.
8          MR. SULLIVAN:  When Dr. Whitehouse
9     told me.
10    BY MR. MacDONALD:
11        Q    Prior to seeing Dr. Whitehouse, you didn't
12    know that you had ever been exposed to asbestos?
13        A    (Witness shook head.)
14        Q    Is that a --
15        A    No.
16        Q    Okay.  Could you describe for me as best
17    you can the discussion you had with Dr. Whitehouse
18    about your exposure to asbestos?
19        A    He didn't really go into it that much.  He
20    said I had it.  My husband worked there.  He would
21    come home with his dirty clothes.  I did the washing
22    of his clothes.  As a child, we all played in it.
23        Q    To the best of your knowledge, Carrie,
24    have you ever been exposed to asbestos in any other
25    way?

45

1    A    No.

2    Q    Were you ever around insulation that you

3    know of?

4    A    No.

5    Q    How about tile?  Were you ever around when

6    tile was being installed?

7    A    No.

8    Q    Carrie, have you ever seen duct work on

9    pipe, falling off pipes at any time in your life?

10    A    Falling off, no.

11    Q    Have you ever worked or been around

12    somebody doing duct work on pipes?

13    A    No.

14    Q    Have you ever worked on brakes or been

15    around somebody working on brakes?

16    A    No.

17    Q    Now, when you said that your husband

18    worked up there, was he an employee of W.R. Grace?

19    A    Yes, but -- Can I explain?

20    Q    Yes.

21    A    He worked for J.E. Johnson Construction

22    Company, and they worked for -- They were all

23    employed by Grace.

24    Q    What type of work did your husband do for

25    J.E. Johnson Construction?

1          A     Built buildings, worked on the

2    transformer.

3                    MR. DEDRICK:  Carpenter.

4                    THE WITNESS:  He was a carpenter.

5                    MR. MacDONALD:  Mr. Dedrick, I'm

6    going to have to ask you to try to be quiet.  Okay?

7                    MR. DEDRICK:  I understand.

8                    MR. MacDONALD:  I know it's hard.

9    You'll get your chance.

10                   THE WITNESS:  He was a carpenter.

11                   MR. DEDRICK:  I was a carpenter.

12                   MR. MacDONALD:  Okay.

13   BY MR. MacDONALD:

14         Q     When you say "Worked up there," how long

15   did your husband work up there at the Zonolite mine?

16         A     11 to 12 months.

17         Q     Do you know what building he was building

18   when he was up there?

19         A     Not for sure.  He worked on several.

20         Q     Was your husband a carpenter by trade?

21         A     Yes.

22         Q     And how long did he work for J.E. Johnson?

23   Do you remember?

24         A     Those months.

25         Q     So the only time he worked for

47

1    J.E. Johnson was when he was building buildings up

2    at Zonolite?

3        A    Yes.

4        Q    Do you remember why he left J.E. Johnson

5    Construction?

6        A    He went to work for the dam.

7        Q    Did your husband ever do any cement work,

8    work with cement that you recall?

9        A    No.

10       Q    What do you recall about that 11- to

11   12-month period when your husband was working for

12   J.E. Johnson and building buildings up at Zonolite?

13       A    He would come home filthy, have dust all

14   over.  The pickup would be covered with dust on the

15   inside.

16       Q    Did he ever come home filthy in any of his

17   other jobs, filled with dust, that you recall?

18       A    No.

19       Q    Did you make him clean off the dust as

20   best he could outside before he came into your

21   house?

22       A    He would stamp his feet and take his

23   clothes off in the back porch area.

24       Q    And then would you immediately put those

25   clothes in the washer?

1    than your normal speed?

2         A    I was walking slow.

3         Q    Slower than you did last summer?

4         A    About the same.

5         Q    How about if you took rests, more rests

6    than you have?

7         A    I have stopped.  I have stopped.  I can't

8    breathe, and I'm panting, so I stop.

9         Q    You mentioned that you can't garden

10   anymore?

11        A    Yes.

12        Q    When is the last time you did gardening?

13        A    I started it last year, and he, my

14   husband, finished it.

15        Q    Did you try to start it this year?

16        A    No.

17        Q    How come?

18        A    It would be too much for me.

19        Q    Anything else, Carrie, you used to like to

20   do that you can't do now?

21        A    The walking, planting flowers, the

22   digging.  It's just too much.  I get too tired.

23        Q    Did you try to plant flowers this year?

24        A    I did, yes.

25        Q    How long did you do that?

1      Q    Carrie, what was your maiden name?

2      A    Williams.

3      Q    Do you still have relatives up here,

4  Williams relatives in the Libby area?

5      A    Yes.

6      Q    Who would they be?

7      A    I have a sister that lives in Troy.

8      Q    What's her name?

9      A    Laura Meyers.

10     Q    And who is her husband?

11     A    Lewis Meyers.

12     Q    Do you have any other brothers and

13  sisters?

14     A    She's my real sister.  Then I have a half

15  brother, Tom Pettitt.

16     Q    Where does he live?

17     A    In Libby.

18     Q    Carrie, you also mentioned that you played

19  around asbestos when you were a child; is that

20  correct?

21     A    Yes.

22     Q    Where did you do that?

23     A    About a block from the popping plant.  All

24  the kids in my neighborhood would play in it.

25     Q    What did it look like?

1       A    It's a big, long building with smoke

2  coming out of the building, and then we would get in

3  the building and swing on the rope and jump in it.

4       Q    When you say "Jump in it," what was it

5  like?

6       A    There was a rope in there, and we'd swing

7  on the rope and jump into the piles.

8       Q    What did the piles look like?

9       A    Dusty, and you'd sink.

10       Q    Do you know what the material was, the

11  pile of material?

12       A    Huh-uh.  No.

13       Q    Why do you think there was asbestos in

14  those materials?

15       A    I didn't know that then.

16       Q    Why do you think it now?

17       A    It's in the papers.  They're cleaning it

18  up.

19       Q    Until it was in the papers --

20       A    And I played on the ball field.  I was in

21  track in high school.

22       Q    Until it was in the papers, you didn't

23  know that there was asbestos in the materials that

24  you played in as a child?

25       A    No.  Not as a child, no.

78

1                    EXAMINATION

2    BY MR. SULLIVAN:

3        Q    Carrie, before we took our break, Terry

4    was asking you some questions about various ways you

5    might have been exposed to the vermiculite and

6    asbestos that was later found to be in the

7    vermiculite.  Did you ever have vermiculite in your

8    gardens?

9        A    Yes.

10       Q    And can you explain how the vermiculite

11   would be gotten and placed there?

12       A    My husband would bring it home and dump

13   it, and Lerah and the Parkers were friends, and they

14   told me -- Lerah told me that we could have it for

15   free, to come up and get it any time we wanted it,

16   so we did.

17       Q    So if I understand correctly, the Parkers

18   purchased the river export facility from W.R. Grace

19   sometime in approximately 1995; is that correct?

20       A    Yes.

21       Q    And so at the time that the Parkers

22   purchased the facility from W.R. Grace, there were

23   piles of vermiculite lying around?

24                    MR. MacDONALD:  Objection as to form.

25                    THE WITNESS:  Yes.