GARISOND.TXT

1

1          MONTANA NINETEENTH JUDICIAL DISTRICT COURT

2                      LINCOLN COUNTY

3    CAUSE NO. DV-98-132

4

5    DANIEL GARRISON, SR. and                )
     CHARLENE GARRISON, husband and          )
6    wife,                                   )
                                             )
7               Plaintiffs,                  )
                                             )
8         vs.                                )
                                             )
9    W.R. GRACE & CO. - CONN., a             )
     Connecticut corporation, W.R. GRACE     )
10   & CO., a Deleware corporation,          )
     W.R. GRACE & CO., a/k/a GRACE, an       )
11   association of business entities,       )
     and DOES I-IV,                          )
12                                           )
                Defendants.                  )
13   _____

14

15                      DEPOSITION

16                         OF

17               DANIEL GARRISON, SR.

18           On Behalf of the Defendants

19

20
             Taken at the Venture Motor Inn
21       443 US Highway 2 West, Libby, Montana
                Monday, February 28, 2000
22                      10:30 a.m.

23

24
     Reported by Connie S. Costanza, CSR, RPR, and Notary
25   Public for the State of Montana, Lake County.

2

1                A P P E A R A N C E S

Page 1

GARISOND.TXT

10      Q.      Mr. Garrison, how would you like me to

11   address you during the deposition today?

12      A.      How would I like to have you address me?

13      Q.      Yeah.  What do you want me to call you?

14      A.      Oh, just Dan.

15      Q.      Dan, have you ever had your deposition

16   taken before?

17      A.      No.

18      Q.      Let me just run through some ground

19   rules.  You've probably already gone through them

20   with John, but just to make sure that you hear them

21   from me.  The first one, of course, is that you

22   understand that you're under oath.

23      A.      Um-hmm.

24      Q.      The second one is, if you could remember

25   to answer audibly to have Connie take down

                                                       5

1    everything, so instead of um-hmms or um-ums or head

2    nods, a yes or a no or something audible.  Okay?

3               And then the next one is, if you could

4    try to remember and wait until after I finish my

5    question before you begin to answer so that, again,

6    the court reporter can take down everything

7    correctly.  If we're talking at the same time she

8    has a heck of a time keeping them separate.  Okay?

9               And then the last one, and most

10   important, is that you and I communicate with one

11   another, so if I ask you something that you don't

12   completely understand, please don't be bashful to

13   tell me that and I'll reword it or rephrase it so

GARISOND.TXT

14    that you're confident and I'm confident that you're

15    answering the question that's being asked.   Okay?

16         A.    Yes.

17         Q.    Okay.  Dan, in speaking with your

18    counsel, I believe a week or two ago he informed me

19    that you've recently been diagnosed with lung

20    cancer; is that correct?

21         A.    Yes.

22         Q.    And, Dan, that was Dr. Whitehouse that

23    diagnosed that?

24         A.    Yes.

25         Q.    John also mentioned that you have to go

6

1    back for another procedure; is that correct?

2         A.    Yes.

3         Q.    What is the procedure you have to go

4    back for, do you know?

5         A.    They're going to put me under and put a

6    scope, some kind of scope inside my lung and then

7    they will determine if there is enough that they can

8    take out to slow down the cancer in the lung or

9    portion of the lung or all of it.

10         Q.    I see.  So it's to determine whether

11    surgery is an option and see what you can do with

12    surgery?

13         A.    Yes.

14         Q.    Okay.  And do you know, Dan, had you

15    already given a biopsy over there?

16         A.    A biopsy consisting of possibly they

17    drained out a tube of fluid out of the lung.

Page 5

GARISOND.TXT

18      Q.      Okay.  And then that's what they used to
19  diagnose the lung cancer?
20      A.      They said it was full of cancer cells.
21      Q.      Dan, when is the procedure that they are
22  going to do that we just talked about, when are you
23  going to have that done?
24      A.      When are they going to have it done?
25      Q.      Yes.


                                                    7


1       A.      I go in Tuesday for a pre-op.
2       Q.      Tomorrow?
3       A.      Yes.  And Wednesday at eight o'clock in
4   the morning at the Deaconess Hospital.
5       Q.      Do you know, Dan, is that an outpatient
6   procedure?  Will you be going home that same day or
7   will you be hospitalized?
8       A.      They said I'll be in, if they don't take
9   it out, for three days, but if they take any portion
10  of the lung out, it will run from five to seven
11  days, and if they take the whole lung out it can run
12  up to as high as three weeks.
13      Q.      I see.  And do you know, Dan, is the
14  lung cancer localized in one of the lungs or is it
15  in both of the lungs?  Do you know that at this
16  point?
17      A.      We have no proof of it -- at this time of
18  it being in both lungs.
19      Q.      So what lung is it in?
20      A.      The left one.
21      Q.      So there's a possibility that they'll

                        Page 6

GARISOND.TXT

22    take your whole left lung out, huh?

23        A.    They said when they drained it it was

24    clear full of liquid; it was not even being used.

25        Q.    I see.  Since they've drained the liquid

8

1    has it been easier to breath?

2        A.    For four or five hours afterwards I

3    breathed way better.  I drove home from Spokane that

4    afternoon and I kind of enjoyed the trip coming

5    home.  I didn't have no pain in my rib cage; my

6    headache went away that I'd had for three months and

7    aspirin didn't even look at it, and my vision was

8    way better.  I really enjoyed the trip home compared

9    to going in that morning.

10        Q.    Sure.  And then presumably it filled up

11    with some more liquid and those symptoms came back,

12    did they?

13        A.    I don't know.  That was only two and a

14    half weeks ago they drained it.

15        Q.    How does it feel now?

16        A.    It hurts.  Hurted all night long.  I've

17    been taking imitation Tylenol.

18        Q.    Have all those symptoms come back that

19    you were talking about, like the headache?

20        A.    No, no.  My head's been perfect --

21    well --

22        Q.    And how about, you mentioned your

23    vision, you had been having some problems with your

24    vision?

25        A.    Not now.  I was wearing these because --

Page 7

GARISOND.TXT

9

1    I don't normally wear glass, but after you put them
2    on and read some stuff with them and then you sit
3    around it takes a little while for your eyes to
4    focus back, you know.  Get up in the morning, don't
5    put them on and go all day without them never
6    bothered you, but once you put them on then you have
7    to start wearing them for awhile until you get
8    outside and you stretch your eyes out on the
9    mountains or something.
10        Q.    Do you always use them for reading,
11    though?
12        A.    Yeah, for reading.  They're bifocals.
13    When I used to go hunting I would wear glasses early
14    in the morning before daylight, or just as it's
15    breaking daylight, or late in the evening as it's
16    starting to get dark before the season ends.  And it
17    does determine whether you're going to shoot a buck
18    or a doe.
19        Q.    Sure.  Dan, let's talk a little bit
20    about shortness of breath.  Now I understand you
21    suffer from shortness of breath?
22        A.    Yes.
23        Q.    When did you start noticing that you
24    were suffering from shortness of breath?
25        A.    Four to five years ago.

10

1    Q.    So middle '90s?  Is that fair?
2    A.    Fair enough.
                         Page 8

GARISOND.TXT

3       Q.    And what types of things do you recall,

4   Dan, that brought that to your attention?  What

5   types of things were you doing that you noticed you

6   were starting to suffer from shortness of breath?

7       A.    Going up stairs, cutting wood, mowing

8   the lawn, greasing the cars, rolling around under-

9   neath and get out and have to set some place to

10  breathe.  I don't know.  There's probably a dozen

11  others that you could name.  It just goes in every

12  day living experience, you know.

13      Q.    You just noticed that you started

14  getting winded?

15      A.    Yes.  You just have to quit.  And up

16  till about two years ago I never even had pain with

17  it, but about two years ago it started having pain

18  with it.

19      Q.    Okay.  Could you describe the pain for

20  me?

21      A.    Well, it's not like you mashed your

22  thumb, you know.  It's just a drawing hurt.  That's

23  about the size of it.  It's kind of like a drawing

24  hurt.

25      Q.     Did it hurt more in one part of the day

                                                  11

1   versus the other?

2       A.    (Witness shakes head no.)

3       Q.    And was it kind of constant in your

4   chest area?

5       A.    If you considered the time when it would

6   hurt the worst, would be the worst, would be early

                    Page 9

GARISOND.TXT

7    in the mornings.

8         Q.    That's the time when it would be the

9    worst?

10        A.    That would be the worst.

11        Q.    Dan, would it be a lot different than

12   when you used to have, say, a real bad chest cold?

13   You know how you can have aches and pains in your

14   chest area.  Was it different than that?

15        A.    It's absolutely different.

16        Q.    Okay.  Was it kind of like your chest

17   muscles contracting, you know?  You were saying it

18   was kind of a drawing feeling?

19        A.    Can I use the doctor's term on it?

20        Q.    Sure; whatever you can use.

21        A.    She said it seems like after I had these

22   first x-rays over two years ago when the radiologist

23   stated what he thought I had, she said, Dan, when

24   that's happening it's taking back little portions of

25   your lung that has been captured.  Now did I say

12

1    that right?

2         Q.    Sure.  Sure.  And this you said you

3    started noticing about two years ago?

4         A.    Yeah; the worst.  Well, that -- we're

5    talking about when you should be writing.  I'm

6    sorry.

7              I was going to correct you.  It started

8    that way a little over three years ago.

9         Q.    Okay.  And over the last three years,

10   Dan, did the pain get progressively worse or has it
                    Page 10

GARISOND.TXT

11   kind of stayed the same?  How would you describe

12   what it has done over the last three years?

13        A.    On the short of winded part, when I get

14   winded the pain has stayed the same, but the

15   coughing has gotten real, real worse, just

16   eventually got bad, and as it got bad it started on

17   circulating more hurt on coughing in my right lung.

18        Q.    Okay.  So when you would cough, your

19   right lung would start to hurt more.

20        A.    Right.  I believe she said it's the --

21   where the bronchial tube goes into your lung it

22   shows a gray ring around the base of it, which she

23   said was asbestosis.

24        Q.    And that's kind of the area that would

25   hurt when you'd have coughing?

                                                    13

1         A.    That's the area that hurt the worst.

2    And that does have me bothered a little bit when

3    they're working on my left lung.

4         Q.    Sure.

5         A.    Now you asked about when this started

6    hurting -- excuse me.  But the left lung did not

7    start hurting until just three or four months ago.

8         Q.    Okay.

9         A.    When I started getting pains in the

10   ribs, in the -- soreness in here and in the middle

11   of my spinal cord in my back, and then right

12   straight in, that's when it started hurting.  You

13   asked when it started hurting, that's when it

14   started.
                        Page 11

GARISOND.TXT

15      Q.      Okay.  But the pain in the right side

16 started hurting about three years ago?

17      A.      Yes.

18      Q.      And putting aside any coughing for just

19 a second, Dan, did the right side pain get worse

20 over the last three years?

21      A.      No; no.

22      Q.      So it has stayed the same, which is

23 primarily when you've been coughing?

24      A.      Yes.

25      Q.      So am I getting this right, then, if you


                                        14


1 weren't coughing and you weren't having a coughing

2 fit you weren't having pain in the right side?

3      A.      In the right side, none.

4      Q.      And then up about three or four months

5 ago you started having pain on the left side.  And

6 could you describe that for me?  Has it been

7 constant?

8      A.      Yes.  And especially when you want to

9 sit down, put your shoes on, lay on your left side,

10 lay on your stomach or doing anything with your arms

11 above your head.  Is that pretty much clear by that,

12 your question I mean?

13      Q.      Um-hmm, it is.

14              Has that caused you problems in sleeping

15 then?

16      A.      Oh, yes.

17      Q.      Because you can't roll on your left

18 side?
                        Page 12

GARISOND.TXT

19      A.    Yes.   I spend a lot of nights in the

20  last three years in a chair or on the daveno.

21      Q.    You seem to be able to sleep a little

22  better that way?

23      A.    Yes; with my shoulder and head

24  elevated.  Not because of the coughing, but because

25  of the breathing and short of breath.  Lay flat on

                                      15

1  your back you get shorter of breath than ever.

2      Q.    Dan, when did you start noticing the

3  cough as a fairly consistent cough?

4      A.    Four years ago.

5      Q.    And did you cough for some time before

6  you started feeling the pain in the right side when

7  you did cough?

8      A.    Just, I got to get that in my mind.

9  That was kind of a heavy question.  Did I cough

10  before I started noticing the pain, yes.

11      Q.    Because the reason I asked you that is

12  you had said that you started feeling pain in the

13  right side about three years ago and then you said

14  you started noticing a constant cough about four

15  years ago.

16      A.    Four years ago.

17      Q.    Dan, when you cough do you have a

18  productive cough?  Do you spit up anything?

19      A.    Very little.  And the most that ever

20  comes out of my lungs is when I go -- (coughs).  I

21  get it in my throat and go -- (coughs).  Can you

22  write that down?

GARISOND.TXT

17      A.    No, no; never even worked around where
18 there was some.
19      Q.    Ever work with tile and floor tile?
20      A.    No.  I told you I wished I'd have been a
21 carpenter, but I wasn't.
22      Q.    How about, you mentioned you did the
23 maintenance on your vehicles.  Did you ever do much
24 on brakes?
25      A.    No.

                                              109

1       Q.    Who would usually do your brake work
2  over the years?
3       A.    Well, when you're driving for somebody
4  they have transfer brake lining.  They come in a
5  box.  You take the box, open the box, put your old
6  ones back in the box and send them back and put your
7  new ones on.  And I never did get much of that.
8  That's the easy part of it.  It's the changing the
9  tire with the bar and tools and the hammer that I
10 got in on, and I did lots of that.
11      Q.    But when you were driving truck you
12 didn't do much brake lining work yourself other than
13 replacing it and taking it out of a box?
14      A.    Yeah.  But they did that.  I said that
15 was the easy part.  But if you had a flat tire on
16 the inside and you come home, you could work all
17 night fixing a tire to put back on.
18      Q.    Well, Dan, I think Connie needs a break.
19 Why don't we just take five or ten minutes, huh?
20            (Short break taken.)
                   Page 95

GARISOND.TXT

21          Q.     (BY MR. MacDONALD:)  Dan, your

22    employment records with W.R. Grace, or I guess it

23    was Zonolite then, indicated that you started in

24    early December of '56 and worked for roughly six

25    weeks and ended in January of '57.  Is that your

                                           110

1     recollection?

2          A.     That's it.

3          Q.     And you already told me a little earlier

4     why you started up there.  Do you remember who your

5     boss was?

6          A.     The first I worked, the shifter boss,

7     the mill boss there was Jack Garrison.  Then he went

8     off of nights and went on days.  And then I didn't

9     have no boss.  C-10 don't have a boss.  There's only

10    one man works it, but they got a radio, and the

11    other shifter boss radios on their radio, gets the

12    scale reading -- you're running a belt over a scale

13    all the time -- and gets a scale reading and tells

14    you -- you got two belts.  One reads the dry mill,

15    one reads the wet mill.  We want a little more

16    number one or number three or number two.  And you

17    go back and you cut the one down and put the other

18    one on.              So actually your boss is the

19    radio, and whichever boss is in the dry mill or in

20    the wet mill, that's your boss while you're there.

21    I was there six weeks in there.

22         Q.     And what actual job was it?  Do you

23    remember the title of that job?

24         A.     They checked it C-10.

                         Page 96

GARISOND.TXT

25      Q.    C-10?

111

1      A.    That's what the paychecks had written on
2      it -- not dry mill, not wet mill, but C-10.  And not
3      the mine.  I had nothing to do with the mine, you
4      know.
5      Q.    And, Dan, do you remember like where you
6      were up there at Zonolite when you were working?
7      Was it in the dry mill?
8      A.    No.  It was behind both mills, back
9      underneath the bins.  Where the mine comes up and
10     dumps into the bins, the ore on the big conveyors
11     dumps in the bins, and I was at the bottom of them
12     bins.
13     Q.    And you'd have a radio.
14     A.    Yeah; on a post.
15     Q.    And did you do this job all the time
16     during that six weeks?
17     A.    That's what I did while I was there,
18     yeah.  You sweep up.
19     Q.    Underneath the bins.
20     A.    The spilling around where the bins are
21     feeding and where the belts separate, divider belts
22     and stuff spilled a little.  You're always sweeping
23     and cleaning up there.  But that's fresh ore; that's
24     not dried.  That's fresh ore out of the mine.
25     Q.    Fresh ore out of the mine?

112

Page 97

GARISOND.TXT

1      A.   Yeah.

2      Q.   So it was outside?

3      A.   No.  It's got a shed like this over it,

4  what you'd call a breeze-way.

5      Q.   But it wasn't an enclosed place.

6      A.   Yeah; it's enclosed, totally enclosed,

7  walls on both sides.

8      Q.   Right; on two sides, but not walls on

9  four sides.

10     A.   Yeah.  But there was a hallway over

11  here, the port side -- you're talking about the port

12  side.  There's a long hallway open there.  That's

13  where the bins are.  All them bins is right here.

14  And the other end's opened where it goes into the

15  wet mill and separates off and goes towards the dry

16  mill, that's open; there's big open doors.

17     Q.   So I guess what I'm saying is, then, you

18  have a roof over your head and then there are walls

19  on two sides but not on all four sides.

20     A.   Yes.

21     Q.   And then you'd be sweeping, cleaning up

22  underneath these bins.

23     A.   Yes.

24     Q.   And then the radio person would come on

25  and say, Dan, we need more one or more two, and by

113

1  virtue of that instruction you would perform some

2  task to change the type of ore that would go on

3  certain conveyor belts?

4      A.   Yes.  But before that you had to take

Page 98

GARISOND.TXT

5   the weight the scale was running and you had to give
6   them the weight and they'd tell you then how much
7   more to give them, or less.
8          Q.    And when you started off, you start off
9   on day shift?
10         A.    Yes.
11         Q.    And at that time --
12         A.    No -- excuse me.  No.  Night shift.
13         Q.    When you say night, that's not swing,
14  that's graveyard?
15         A.    That's swing, not graveyard.
16         Q.    So like 3 to 11 at night?
17         A.    4 to 11.
18         Q.    And Jack Garrison was your supervisor?
19         A.    He's the one that set me up on the job
20  the day I went up there.  Then after the first week
21  he wasn't on the radio no more; he was someplace
22  else.
23         Q.    Because he went to day shift.
24         A.    Day shift or graveyard.  He changed
25  shifts.


                                                114


1          Q.    And were you there underneath the bins
2   by yourself?
3          A.    Yes.
4          Q.    So there's no one else around working
5   with you?
6          A.    Not a sole.
7          Q.    Did you know, Dan, that there was
8   asbestos in the minerals that would be dumped into
                        Page 99

GARISOND.TXT

9  the bins?

10   A.   I never knew what asbestos was, no way,

11  shape, form in the world.

12   Q.   Maybe I didn't ask that very

13  accurately.  I wasn't asking you if you knew what

14  asbestos was, just did you know there was asbestos

15  in the ore?

16   A.   No.

17   Q.   Never heard the word asbestos?

18   A.   No, never.

19   Q.   Did you know what they were doing in the

20  mill, what they were trying to get at in terms of

21  the milling process up there at Zonolite?

22   A.   Well, in the dry mill they was drying

23  the ore, in the dry mill they was drying it.  And in

24  the wet mill I don't know what they was doing with

25  it.  I have no idea in the world how it come out of

115

1  there wet.  I mean, they had a sediment of some

2  kind, and it must have been separating number one

3  from number two from number three and the rock,

4  because all that dust and rock was in there.

5   Q.   Did you know that the milling process

6  was trying to separate the good ore from the bad

7  stuff so they could sell the good ore?

8   A.   That's what I knew.  And that was what

9  their dry mill was doing.  And then they put the wet

10  mill in before I went up there, of course.  And

11  that's what the wet mill was doing.  They was

12  swirling like a gold panning outfit.  I'd never seen

Page 100

GARISOND.TXT

13   one only on television, but like it swirled.

14       Q.    Dan, what do you recall the contaminant

15   mineral being called up there, the stuff that they

16   were trying to separate out of the good ore?

17       A.    Well, the one thing they were trying to

18   separate is, get the rock out.  And the next thing

19   they did was the separation only on size, on size.

20   I'm not sure whether it was 100 or 200 or 300 or

21   just one, two or three or what, but it was the size

22   of the pebbles of the ore.  They're flakes, you

23   know, blue flakes.  I can still see them in my

24   sleep, since this has come up, you know.  Before for

25   a hundred years it never entered my mind.

116

1        Q.    And, Dan, but the only word you used for

2   the stuff that they were trying to separate was

3   "rock," that they were separating out the rock?

4        A.    Taking out the rock and separating size.

5        Q.    Okay.

6        A.    Because I believe there is only one

7   grade of ore up there.  It's just the different

8   sizes.

9        Q.    Was where you worked, Dan, was it very

10  dusty?

11       A.    It was dust where it come down out of

12  the bins, out of the Zonolite -- well, on a farm

13  they call them elevators, where they put grain in.

14  Well, these here, it was just, to my knowledge, just

15  bin -- bin one, bin two, bin three.  And where that

16  spilled down onto the belt, you open it up you'll

Page 101

GARISOND.TXT

17  spill more onto the belt or shut it down.  The dust

18  pours out from it constantly.  It's dirty dust.

19  It's pure dirty dust that pours out constantly from

20  it, from the mining.

21      Q.    When you first started there up at

22  Zonolite were you given any safety equipment?

23      A.    The day I started up there they didn't

24  even tell me to wear a hard hat, and so I didn't.

25      Q.    And did you eventually start wearing a

☐

117

1  hard hat?

2      A.    No; never did.  Never said I had to

3  have.

4      Q.    So Jack never told you to wear a hard

5  hat or steel-toed boots or anything like that?

6      A.    No.  Nobody to my knowledge did.  A

7  hundred different kind of caps and hats, but no hard

8  hats.

9      Q.    Okay.  How about a respirator in the

10  dusty areas?  Did you ever wear a respirator?

11      A.    I wore a respirator when they sent me to

12  sweeping up on the top dry floor.  And one of the

13  workers said, Dan, there's some respirators in

14  there.  They called me Danny, I'm sorry.  Everybody

15  who used to know me called me Danny.  Said, Danny,

16  there's some respirator cover masks in there.  If

17  you're going up on the top floor why don't you wear

18  one so you'll be able to eat your supper tonight;

19  otherwise there'll be so much mud in your throat you

20  can't eat.  Then he said stick a couple in your

Page 102