1          MONTANA NINETEENTH JUDICIAL DISTRICT COURT

2                        LINCOLN COUNTY

3

4   Cause No.  DV-98-142

5   EDWARD A. GASTON,                )
                                     )
6             Plaintiff,             )
                                     )
7        -vs-                        )
                                     )
8   W.R. GRACE & CO.-Conn., a        )
    Connecticut corporation;         )
9   EARL D. LOVICK and DOES I-IV,    )
                                     )
10            Defendants.            )
                                     )
11                                   )

12

13                      DEPOSITION OF

14                    EDWARD A. GASTON

15               (On Behalf of Defendants.)

16

17

18

19

20

21

22                    Venture Motor Inn
                      443 Highway 2 West
23                     Libby, Montana
              Monday, March 22, 1999 -- 3:00 p.m.
24

25  Reported by Beth Gilman, RPR and Notary Public for
         the State of Montana, County of Flathead

      HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
             P. O. BOX 394 -- KALISPELL, MONTANA

1   or Ed, it's important that you and I communicate

2   with one another, so if I ask you a question that

3   you don't completely understand, please just tell me

4   and I'll rephrase it so that you do understand it

5   and you're answering the question that I'm asking.

6       A.   All right.

7       Q.   Okay.  How old are you?

8       A.   Seventy-one in September.

9       Q.   Mr. Gaston, how would you describe your

10  general health as you sit here today?

11      A.   It wasn't too bad until awhile back.

12  Last -- You know, first part I started getting a

13  cough and I got phlegm in my throat, phlegm caught

14  in my throat.  Otherwise I've been pretty good up

15  until that time.

16      Q.   Do you remember about when that was, Mr.

17  Gaston?

18      A.   I don't know.  Must have been January of

19  last year.

20      Q.   So roughly about January of 1998 you

21  started getting a cough?

22      A.   That's right.  That's right.  Seemed like

23  the phlegm was coming from my throat.

24      Q.   Okay.  Do you have any trouble breathing

25  at times?

1      A.   Not really.  I suppose if I go up the

2   stairs a long time, or up a hill, I suppose I

3   probably would, but I really haven't had to do it,

4   so I never realized it was a problem.

5      Q.   Okay.  So in your everyday life, as you're

6   functioning everyday, you don't seem to have much of

7   a problem with shortness of breath?

8      A.   No, not -- My big problem is my nose and

9   ears get stuffed up.  I think it's caused by

10  allergies or something, because I have these spells

11  and I can't hear too good.  That's one of my big

12  problems.

13     Q.   Are you having any trouble hearing me

14  right now, Ed?

15     A.   Not too much, no.  I can hear you, but

16  I -- It isn't real -- I think these tubes get

17  plugged up in my throat.  That's part of my problem.

18     Q.   Well, make sure that if you don't hear

19  something or you're not sure exactly what I say,

20  please just give me a holler.

21     A.   That's right.  I understand what you're

22  saying.

23     Q.   Ed, are you under any medication for that

24  cough that you were talking about?

25     A.   Well, the doctor gave me some Prednisone,

1   or something like that.  He told me to take two a

2   day for a week and then one a day.  I just keep

3   getting these prescriptions for awhile, so that's

4   what I've been taking.  It seems to help some.  And

5   I take vitamins and things like that.

6        Q.   So your cough has reduced somewhat after

7   taking this medication?

8        A.   Yeah, I believe it has.  I had a burst of

9   air there for awhile now.

10       Q.   Ed, you were diagnosed last summer with

11  asbestosis.  Are you aware of that?

12       A.   That's right.  That was Dr. Johnson.

13       Q.   What is your understanding of what that

14  is?

15       A.   Well -- Well, I understand that the

16  particles get in your lungs and you can't get it

17  out.  That's what I understand.

18       Q.   Now, Ed, prior to getting this cough in

19  the early part of 1998, would you describe your

20  health as pretty good?

21       A.   Yes, I do.

22       Q.   Other than this medication that you're on

23  for your cough, are you on any other medication?

24       A.   No.

25       Q.   You're not on any type of inhalant or

1    were cutting way down on their crews.

2           They did that twice.  Second time I took

3    it up.  The second time up there she said, Would you

4    like to take that?  I'll figure out how much you get

5    for the company pension and, she said, you might

6    just want to take it, so come on up to the office

7    and sign up.

8           That was in February, and then September

9    they closed everything up.  I had an idea that they

10   would.

11      Q.   Is that why you took the severance,

12   because you figured they were going to close down?

13      A.   That's right, I figured they were going to

14   close down.  They did pretty good on the severance

15   pay.  They was pretty generous about it.

16      Q.   Ed, you worked for W. R. Grace for about

17   31 years; is that right?

18      A.   April, '59.

19      Q.   Were you happy working up there?

20      A.   Yeah, it wasn't all that bad.  It was a

21   lot better than some jobs I had.  It wasn't all that

22   bad, really.

23      Q.   Ed, in some written discovery that was

24   given to us, it indicated that you were a

25   construction worker before you started working at

1  mortar?

2      A.   No.

3      Q.   You graduated from Troy High School in

4  1946?

5      A.   That's right, '46.

6      Q.   Ed, did you have any other formal

7  education after that?

8      A.   No.

9      Q.   How about any training?  Did you ever go

10  to any training courses or training schools?

11      A.   No.

12      Q.   And I think you said you started with

13  Grace in April of '59?

14      A.   Right.  A pretty good place to work in one

15  way because they didn't just lay you off when things

16  went -- They would just keep you anyway, you know.

17  Construction jobs, they don't need you, away you go.

18      Q.   So a little steadier up at the mine?

19      A.   Construction jobs, the boss knows you as

20  "Hey, you," and the mine people knows you by your

21  number.  A little different up there.

22      Q.   What was the first job you had up there at

23  the mine?  Do you remember?

24      A.   Okay.  When I first started working, I was

25  on a construction job.  Dutch Flatt, that was the

1    mill superintendent, and I bid at the mill as a

2    sweeper, and a sweeper, he fills in for the top

3    floor operator when he's gone and also the skip

4    operator.

5         Q.   Could we back up a little bit?  You said

6    you were in the construction department?

7         A.   That's right, just for a short time.

8         Q.   That was going to be my question.  Do you

9    remember about how long?

10        A.   A little over a month is all.

11        Q.   Oh, okay.  And then you bid what job?

12        A.   The sweeper in the mill.

13        Q.   That was in the dry mill?

14        A.   Yeah.  They had three people in the mill

15   and -- three people on each shift in the dry mill

16   and they had two operators in the wet mill, and then

17   had a wet mill cleanup man.  And that's all they

18   had, you know, except a tester.  That's all they had

19   at that time.  So they was getting by pretty good.

20        Q.   How long were you a dry mill sweeper?

21        A.   Oh, during that one summer, the summer of

22   '59.

23        Q.   And what did a dry mill sweeper do?

24        A.   Just sweep all the dirt down these holes

25   and goes down to the tail belt.

```
 1       Q.    Is that a dusty job?

 2       A.    Yeah, it is.

 3       Q.    Did you ever wear a respirator?

 4       A.    I wore it a lot of the time, yes, I did.

 5       Q.    Were you told to wear a respirator, Ed?

 6       A.    Yeah, I was.

 7       Q.    Who told you?

 8       A.    Okay.  Dutch Flatt was the mill

 9  superintendent.  He said, Be sure and wear a

10  respirator.

11             He broke me in on the job.  He was a

12  supervisor.  He broke me in on the job and told me

13  what to do.  He was in charge of everything, and he

14  had all the shops and everything.  After he left it

15  took four men to take his place.  He seemed to know

16  what he was doing.

17       Q.    Did he tell you why you should wear a

18  respirator when you were sweeping?

19       A.    No, he didn't say nothing.  Never said

20  anything.

21       Q.    He just said to wear a respirator and you

22  did so?

23       A.    Because sometimes it was dusty in there.

24  You could see that it was.  They had a big 600 fan

25  in there that was supposed to take the dust off
```

1    these hoods on the screens.  It done some good, you

2    know.  It did.

3        Q.   But didn't get it all?

4        A.   Oh, no, because there was times when it

5    was a lot more dusty than others.

6        Q.   What did you do after you became a

7    sweeper?

8        A.   Okay.  Well, Dutch Flatt came over and got

9    me, and they started this -- called a spiral tester,

10   and he got it up, so all of us had to come over and

11   he just told us what we had to do.  We did that for

12   awhile, and after awhile some guy went to the

13   research department and I was the shift tester.  We

14   would alternate shift, graveyard, swing and days.

15       Q.   And what does a tester do?

16       A.   Well, picks up samples in the mill every

17   hour and he takes them down and analyzed them, you

18   weigh them and put them in a furnace.  They had a

19   fan that was a vibrating fan and you blow all the

20   vermiculate off for the rock.

21       Q.   What were you testing for?

22       A.   You tested for expansion, for one thing.

23   Some of the ore was a lot better than others.  They

24   did that and told the customers what kind of ore

25   they had.

1          Then they had a car sample tester too and

2    test each car as they were loading it.

3          Q.   So you were basically testing for the

4    quality of the ore?

5          A.   That's right, because the less rock the

6    better the customer liked it.

7          Q.   Was there much dust when you were a

8    tester?

9          A.   Not in the test lab itself, no, but we

10   would go up through the mill, go up through the dry

11   mill and pick up samples and go to the wet mill and

12   come back to the wet mill again.

13         Q.   And it was dusty up in the dry mill?

14         A.   Oh, yes, it was.

15         Q.   But where you were working as a tester it

16   wasn't dusty?

17         A.   Not in the test lab itself it wasn't.

18         Q.   Would you wear a respirator when you would

19   go up into the dry mill to get your samples?

20         A.   That's right.

21         Q.   Is that a yes?

22         A.   That's right.

23         Q.   Who trained you to be a tester?

24         A.   Dutch Flatt.  He was the mill

25   superintendent.  After he left, well, Walt Baker and

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P. O. BOX 394 -- KALISPELL, MONTANA

1 Alvin Nicholls was the supervisors then.

2    Q.   Did you say Dutch Flatt?

3    A.   Okay, well, these other four guys took

4 over after Dutch Flatt left.  One of them was Bud

5 Vinion.  He was the quality control supervisor.

6    Q.   Did anyone else besides Dutch Flatt ever

7 tell you to wear a respirator?

8    A.   Oh, not that I recall, no.  Some people

9 were pretty particular about wearing them, and

10 others didn't -- they didn't care.

11    Q.   You saw people wearing a respirator?

12    A.   Well, the operators wore respirators a

13 lot, but the millwrights didn't.  They was always

14 busy with their hoods or goggles or something and

15 they didn't pay attention to respirators.  They just

16 didn't do it.  The guys in the construction areas

17 didn't use respirators either.

18    Q.   Did you ever hear anybody in Grace

19 management telling other employees to use

20 respirators?

21    A.   Not really, no.  It was just -- No, I

22 don't think they really insisted on it.  I don't

23 think they were.

24    Q.   How long were you a tester?

25    A.   Oh, a little over ten years in the old

1  mill.  I was a tester for awhile in the new mill,

2  more recent times.

3      Q.   But you were a tester for about ten years

4  when the old dry mill was running?

5      A.   That's right.

6      Q.   Then what did you do, Ed?

7      A.   Oh, I bid on the tails belt.

8      Q.   Excuse me?

9      A.   Tails belt.  It ran through the wet mill

10  first and then through the dry mill a ways, and then

11  the sweepers got all of it except what is actually

12  under the belt, and they just shoveled it up into a

13  big ball.

14          It was a good job until they started that

15  filter house.  It would go haywire and make a big

16  mess and fill that whole tunnel up with mud.  Just

17  really gross.

18      Q.   Was it more labor-intensive than being a

19  tester?

20      A.   Yeah, probably so.  Oh, none of them jobs

21  were actually all that hard.  They really weren't.

22  Like top floor operator, anybody could do that.  It

23  wasn't all that hard a job.  All they did was grease

24  and brush the screens.  That's all they had to do.

25      Q.   And how long were you a tails belt

1  operator?

2       A.    I don't know.  Somewhere around two years

3  or somewhere in that time.

4       Q.    Was there a lot of dust around then?

5       A.    No, there wasn't.  There wasn't a lot on

6  the tails belt itself.  It had a gadget that went

7  way out over the tails belt.

8       Q.    Did you wear a respirator when you did

9  that job?

10      A.    Not on the side on the tails belt.  I did

11  when I was in the dry mill.  You would have to go

12  there just for a short time each day and get what

13  was underneath the belt.

14      Q.    Now, after the two years, what job did you

15  take then?

16      A.    Oh, that's when they went to the new mill,

17  and I worked on the big belts up on top, and also I

18  worked down at the screening plant.  Also they would

19  have us extra go out there in what they called the

20  skid house is where the tailings were.

21           Kind of mixed up there for awhile because

22  they would send us to different jobs, so we had to

23  just do what they wanted us to do around the new

24  mill until it broke down, and we would run the old

25  mill for a few days until they got it fixed.  Took a

1    long time to get into the new mill.

2        Q.    When the new mill was in and things kind

3    of settled down --

4        A.    That's right.

5        Q.    -- what was your job then?

6        A.    Oh, they wanted -- First when they went to

7    the new mill they wanted just to transfer us to our

8    similar jobs in the new mill.  Union made a big fuss

9    over it.  They wanted to bid on the job.  I didn't

10   have any department and I had to do something, so I

11   bid on the screening plant down there to get into a

12   department.

13       Q.    And is that the job you did, in the

14   screening plant then?

15       A.    Yeah.

16       Q.    What did you do in the screening plant?

17       A.    Okay.  What you do, they have a number 1

18   operator and a number 2 operator.  Number 1

19   operator, he pushes buttons and makes sure

20   everything -- and the number 2 operator fills in for

21   them and also sweeps with a big vacuum cleaner, and

22   you change screens.

23       Q.    Did you wear a respirator when you were

24   working in the screening plant?

25       A.    Yes, and some places we had to wear ear

1    plugs too.  It wasn't too bad except in the winter.

2    It was cold in there in the winter, all that wind

3    blowing through there.  Gee, so cold you couldn't

4    stand it.

5        Q.    How long did you work in the screening

6    plant?

7        A.    A little over two years.  From there I

8    went on to the big belts up on top, the one coming

9    to the transfer point.

10       Q.    And what did you do there?

11       A.    Oh, they had the big belts up on top and

12   you grease them every so often, and they clean up

13   the messes underneath if something goes wrong.  It

14   was a good job until something went wrong and then

15   you had to do quite a bit of doing to get that stuff

16   back on to the belt again.  We swept with a broom

17   too, you know.  You go through it everyday and sweep

18   it down through the cracks about that wide on each

19   side, just sweep it out.  Later on they had a vacuum

20   system in there and they done it with that.

21       Q.    And when you were working with the big

22   belts, did you wear a respirator then?

23       A.    Some jobs when you're working down in OS &

24   B you did, but up on the belts it really wasn't all

25   that dusty.  Transfer point really wasn't all that

1   dusty either.  But the OS & B, they were dusty.  The

2   belts themselves weren't all that bad.

3       Q.   And I think you indicated you did that for

4   about two years; is that right?

5       A.   Yeah.

6       Q.   And then what did you do?

7       A.   Well, then they eliminated the job so I

8   didn't have any place to go, so I went back to the

9   old job that I had as a number -- utility man.  Just

10  like the number 3 operator, see.

11      Q.   In the screening plant?

12      A.   No.  In the wet mill up there.

13      Q.   Oh.

14      A.   You didn't have to know a lot to do that

15  because mostly it's just cleaning up and checking

16  things out.  But the number 2 operator had the worst

17  job.  He had a lot to do.

18      Q.   And did you take the number 2 operator

19  job?

20      A.   No.  I didn't like that at all.  I got

21  stuck with it for awhile.  I thought it was a

22  terrible job, get all wet all the time, gee whiz.

23  Terrible in the winter.  The number 1 operator sat

24  at the control room and pushed buttons.  Number 2

25  would run the top floors, and the utility man would

1    issued us coveralls and paid for them, coveralls,

2    but you would have to leave them up there.  We

3    weren't supposed to take them home; we would leave

4    them up there.

5         Q.   I see.  Now, after you worked in the test

6    lab, where did you work then?

7         A.   Oh, I bid on the dust truck because that's

8    the only way I could get into a department.  See,

9    they divided up all these departments real fine, and

10   I didn't have anything left out of the department

11   and I had to bid on that.  Anyway, at the time they

12   had it it was part of the screening plant.

13        Q.   So how long were you a dust truck driver?

14        A.   Oh, about two years, something like that.

15   I don't know exactly.  I suppose I got the records

16   someplace.  I don't remember for sure.

17             It was kind of a hard job though.  We have

18   to hook up all them hoses and go around and collect

19   the dust samples out of the bins, you know.  I would

20   go over there on a -- across the river and get the

21   samples from -- the dust from the loading place,

22   sometimes fill up the entire truck and have to put

23   out to the popping plant, and sometimes go down

24   there to the loading bins, and they had four cycles

25   down there and they would pick up the truck, take it

1    up and dump it in a -- in a tails pond right

2    directly under the water.

3        Q.    Do you remember why you would collect dust

4    samples?  What was the purpose of that?

5        A.    What samples?

6        Q.    Dust samples.  You said you would collect

7    dust samples.

8        A.    No, we didn't.  Later on they had those

9    little discs that that lady put on us and go around

10   and she would check them out once in awhile.  But

11   that's the only thing we knew about that.  They

12   hired somebody for that.

13       Q.    What did you do after you were no longer a

14   dust truck driver?

15       A.    That's when they asked us to leave.  They

16   said, If anybody wants to leave now, and quite a few

17   of them took it.  They was going to cut way down on

18   the crews, just trying to economize for some reason.

19       Q.    So the last job you had there was dust

20   truck driver?

21       A.    Yeah.

22       Q.    Did you wear a respirator as a driver?

23       A.    Yes.

24       Q.    Ed, were you ever a supervisor up there at

25   the mine?

1  Grace in 1959; correct?

2      A.    Right.

3      Q.    I would like to talk specifically about

4  the 1960s for a moment; okay?

5      A.    Okay.

6      Q.    During the 1960s, do you recall any

7  improvement with regard to the dust problem up there

8  at the mine?

9      A.    No.  No.

10     Q.    Do you remember the company trying to do

11  anything to reduce the amount of dust in the '60s?

12     A.    No.  No.

13     Q.    How about in the '70s?  Do you remember

14  the company doing anything to reduce the dust?

15     A.    No, I don't believe they did.

16     Q.    Do you ever recall it being stated that

17  that was one of the reasons they put in the new

18  mill, to reduce the dust, in the '70s?

19     A.    No, I don't believe it was.  I think -- I

20  don't know what all went on, but when Grace was

21  going to buy the mill, the people came here and they

22  wanted -- Anyway, Grace came here and met just five

23  hours with us altogether, and they took him around

24  up there at the mill and put the people in all the

25  offices and went through the books.  And they wanted

1    to do that so they could build a new mill, which was

2    quite expensive though.   Seems to me like they go to

3    a lot more expense than what they really have to,

4    make something more elaborate and costly than what

5    they really need to have.

6        Q.   Ed, was there a big difference in the

7    amount of dust you had to deal with when you were

8    working inside the mill as opposed to outside the

9    mill?

10       A.   Oh, probably -- Oh, there was quite a bit

11   inside the mill, and down there where they loaded

12   the trucks down at the lower bins where the skip

13   went down, it was quite dusty down there.

14       Q.   Outside of that place, was there a big

15   difference in the dust that was outside --

16       A.   That's right.   Some places was a lot more

17   dusty than others.

18       Q.   Do you remember the kind of respirator you

19   used to use?

20       A.   First we had those respirators that was

21   metal, you know, aluminum, and they had a rubber

22   thing around there and they had a little filter that

23   you put inside.   We used those first.   Used several

24   different kinds that they had there.

25       Q.   What were some of the other kinds that you

1  could be dangerous if you breathed it?

2      A.  No, I didn't.

3      Q.  When did you find out that it could be

4  dangerous to breathe in that dust?

5      A.  Oh, I don't know.  No specific time.  I

6  really didn't.

7      Q.  Within the last year did you hear that?

8      A.  You mean the last year I was working up

9  there?

10     Q.  No.  The last year from right now.  Within

11  the last year, is that when you first heard that it

12  could be dangerous?

13     A.  I suppose, yeah.  People probably

14  mentioned it, but people weren't real specific about

15  it at any time.  Never was.

16     Q.  Did you ever ask anybody, Ed, why they had

17  that chest x-ray program up at the mine?

18     A.  No.  They started that in '59 when I first

19  started working up there and I took it every year.

20  They didn't say anything about it.  Maybe it was

21  some kind of regulation that they were supposed to

22  do through the state.  I don't know what it was.

23     Q.  They didn't explain to you why?

24     A.  No.

25     Q.  And you never asked anybody why?

Page 59

1      A.    No.

2      Q.    Did you receive the report back about the

3  conclusion of the chest x-ray?

4      A.    Oh, yes.

5      Q.    Who would tell you about that?

6      A.    Oh, I think the doctors that they -- They

7  just give you a little slip there.  It wasn't

8  specific about anything.

9      Q.    And the slip that they gave you always

10  indicated that your chest x-ray was fine?

11      A.    That's right.

12      Q.    Do you remember taking pulmonary function

13  tests too?

14      A.    No, they didn't.  Later on they had the

15  breathing tube.  That's all.  That was just later

16  on.  It wasn't early.

17      Q.    Okay.  Later on when you started doing

18  that tube thing, that pulmonary function test --

19      A.    Yeah.

20      Q.    -- did they tell you why you were doing

21  that?

22      A.    No, they didn't tell us anything like

23  that.

24      Q.    Did you ask anybody why you were taking

25  those?

1      A.    No.

2      Q.    You never smoked?

3      A.    No.

4      Q.    Do you remember when Grace invoked the

5  non-smoking policy up at the mine?

6      A.    I don't remember exactly what time it was,

7  but when they had it, well, union people wanted to

8  arbitrate it so they wouldn't have to have it, but

9  they lost the arbitration.

10     Q.    There were a lot of folks up there that

11  wanted to continue to be able to smoke up there;

12  right?

13     A.    Yeah, they would hide out.

14     Q.    Were there a lot of employees that would

15  hide out and smoke even after the policy?

16     A.    Oh, sure.  Oh, sure.  Oh, yeah, a lot of

17  them did that.

18     Q.    At that time do you recall the company

19  telling the employees why they were invoking the

20  non-smoking policy?

21     A.    No, they didn't.  No, they didn't.  No.

22     Q.    Ed, I'm going to hand you what we've

23  marked as Exhibit 187a and ask that you look at

24  that.  Do you recognize that, Ed?

25     A.    No, never seen it until now.