Page 1

```
 1          IN THE DISTRICT COURT OF THE NINETEENTH

 2       JUDICIAL DISTRICT FOR THE STATE OF MONTANA

 3          IN AND FOR THE COUNTY OF LINCOLN

 4   CAUSE NO. DV-97-50

 5   ROBERT L. GRAHAM and CAROL A. )
     GRAHAM, husband and wife,     )
 6                                 )
                  Plaintiffs,      )
 7                                 )
          vs                       )
 8                                 )
     W.R. GRACE & CO.- CONN, a     )
 9   Connecticut corporation, and  )
     DOES I-IV,                    )
10                                 )
                  Defendants.      )
11   _____)

12

13                  VIDEO DEPOSITION

14                        OF

15                 ROBERT L. GRAHAM

16             (On behalf of the Plaintiff)

17

18

19

          Held at the Lincoln County Courthouse
20               512 California Avenue
                    Libby, Montana
21            Friday, September 5, 1997
                    8:55 a.m.
22

23

24

     Reported by Debra M. Hedman, RPR, RMR and Notary
25   Public for the State of Montana, Flathead County.
```

HEDMAN, ASA & GILMAN REPORTING  -  752-5751
P. O. BOX 394 -- KALISPELL, MONTANA

1      A    Oh, gee, just in and out, like, for two

2   weeks and he'd be home for a month.  And he -- They

3   gave him Penicillin and this proved to work against

4   him because it built up in his body and he had no

5   anti -- no anti bodies to fight the diseases.  So he

6   was in and out of the hospital.  And we had him in

7   Betty Bacharach home at the -- I don't recall the

8   place, but it was --

9      Q    Well, anyway, so things worked out in

10  Montana pretty well?

11     A    Yes.

12     Q    And have you been in Libby ever since?

13     A    Yes, we have.

14     Q    How long did you work for W.R. Grace?

15     A    Twenty-seven and a half years.

16     Q    So that's 1962 up to what year?

17     A    1990.

18     Q    And are you married?

19     A    Yes, I am.

20     Q    Who to?

21     A    Carol.

22     Q    How long?

23     A    Forty-four years.

24     Q    And do you have children?

25     A    Yes, five.

1   shop.  Sometimes they repair rollovers, or about a

2   year and a half ago they built a fire engine.  That

3   type of work.  It's mostly aluminum.

4        Q    And Kim, where does she live?

5        A    She lives with us at our home.

6        Q    Uh-huh.  And is she employed?

7        A    No, she isn't.

8        Q    Does she have a chemical imbalance or

9   something?

10       A    Yes, she does.

11       Q    Then this June, did you make a trip to

12  Missouri?

13       A    Yes, we did.

14       Q    Why was that?

15       A    To visit our kids.  It was sort of a

16  family reunion.

17       Q    And at that time had you been diagnosed

18  with a disease?

19       A    Yes, I had been diagnosed in March, I

20  believe.

21       Q    With what?

22       A    That I had mesothelioma.

23       Q    What's your understanding of what that

24  is?

25       A    I understand that it's a cancer related --

1   or an asbestos-related cancer.

2        Q     And so did the reunion have anything to do

3   with the fact that you had been diagnosed?

4        A     Well, it was a good time to go and then I

5   wasn't sure, you know, of my treatment or when I

6   would be able to do that again.

7        Q     How many of the kids came to the reunion?

8        A     Four.

9        Q     And how many grandkids do you have?

10       A     Three.

11       Q     Three.  How long did the reunion last?

12       A     Well, it was only for a couple days, but

13   we were there for 12 days.  And we went to Silver

14   Dollar City and Branson and different places we like

15   to go.  Every day we did something.

16       Q     Are you on any medications right now?

17       A     Yes, I am.

18       Q     Can you say what they are?

19       A     I have a nebulizer, which is Ambutrol,

20   and --

21       Q     What is the nebulizer for?

22       A     It's to open up my lungs when I start

23   wheezing and when I have trouble getting my breath.

24       Q     Okay.

25       A     And I have these little -- they call them

HEDMAN, ASA & GILMAN REPORTING  -  752-5751
P. O. BOX 394 -- KALISPELL, MONTANA

1   showed that cancer was starting to move rapidly and

2   it was after that that --

3       Q    So when did you have your first

4   chemotherapy?

5       A    July 8th, I believe.

6       Q    This year, '97?

7       A    Yes.

8       Q    Before you had the chemotherapy, did you

9   discuss the risks with a doctor?

10      A    Yes, I did.

11      Q    Which doctor was that?

12      A    Dr. Nichols.

13      Q    Where is he?

14      A    Missoula.

15      Q    What's your understanding of the risks of

16  chemotherapy?

17              MR. GRAHAM:  Objection, seeks hearsay

18  testimony.  Go ahead.

19              THE DEPONENT:  There are some risks

20  with any medication, but the risk is less than the

21  possibility of help.  And he did say that it wasn't

22  a sure thing, but it was the best thing at the

23  time.  Because I had been advised that radiation,

24  due to the proximity of the cancer in relation to my

25  heart, would cook my heart.  If they gave me enough

1    to do any good, it would cook my heart.  And without

2    enough, it wouldn't help.

3            And then I was advised by Dr. Goodman in

4    Kalispell that the regular chemo had a bad track

5    record.  It wouldn't work.  And after that is when I

6    went to Dr. Nichols.

7    BY MR. HEBERLING:

8        Q    What kind of doctor is Dr. Nichols?

9        A    He's an oncologist.

10       Q    Is that a cancer doctor?

11       A    Yes.

12       Q    What's your understanding about whether or

13   not there is any cure for mesothelioma?

14               MR. GRAHAM:  Objection, calls for a

15   hearsay answer.

16               THE DEPONENT:  He advised me that

17   there is no cure.  That it can be slowed down, but

18   so far there is no cure.

19   BY MR. HEBERLING:

20       Q    So after the first chemotherapy treatment,

21   did you have a blood test?

22       A    Yes, two weeks later.  That was done at

23   the Libby hospital and the results were faxed in to

24   Dr. Nichols.  Then, prior to the next chemotherapy,

25   I had another blood test and an x-ray to see what --

1    That's the ore bins.  And there is a -- it's part of

2    the mountain that goes up.  Well, when it went into

3    the mountain, then it just sort of turned and

4    swirled around.

5         Q    The dust?

6         A    Yeah.

7         Q    Could you see dust coming out the end of

8    the horizontal stack?

9         A    Oh, yeah.  Yeah.  Then after, I guess

10   four, five years, they put on this stack

11   (indicating).  And it's -- pushed the air straight

12   in the air.  If there was no wind at all, it would

13   go straight up for a ways and just mushroom out and

14   it would look like a blast from an atomic bomb.

15        Q    And after the stack -- the vertical stack

16   was added, did you have less dust in the area of the

17   garage?

18        A    Yes.

19        Q    Did you still have dust from the dry mill

20   in the area of the garage?

21        A    Well, yeah, it would -- it would come

22   down, but it wasn't anything like it was before

23   where it was just, you know, plumes of dust.

24        Q    Okay.  Then in the '60s, did you ever

25   discuss the dust with mine superintendent Orville

1   Thorn?

2       A   I don't think I ever did discuss dust with

3   him.

4       Q   Did you ever discuss the dust with Earl

5   Lovick?

6       A   No.

7       Q   Did the company ever tell you it was just

8   nuisance dust?

9       A   That's what Kujawa told me.

10      Q   Okay.  Now, who was Mr. Kujawa?

11      A   I believe he was second in command at the

12  mine.

13      Q   And what was his field of expertise?

14      A   Well, he was a geologist.

15      Q   Did you have a particular conversation

16  with him?

17      A   Well, I was in the warehouse.  He was a

18  very sociable person.  I was in the warehouse and I

19  think it might have been a dusty day when there was

20  a lot of dust around.  I mentioned something about

21  it being very dusty.  And he told me that, It's just

22  nuisance dust.  Won't harm you.  He said, you could

23  eat a ton of this and it wouldn't hurt you.

24      Q   Can you say when this conversation

25  occurred?  What decade anyway?

1    A    I think possibly the late '60s, maybe

2 early '70s.  Sometime in there.

3    Q    Is that probably when it was?

4    A    I think it was.

5    Q    And why were you in the warehouse?

6    A    The warehouse is where you obtain parts

7 for anything.  Or if you needed a pair of gloves or

8 a flashlight.

9    Q    Did you go there to meet Mr. Kujawa?

10    A    No, he just happened to be there.

11            MR. HEBERLING:  We're out of tape, so

12 we will stop and change tapes.

13            THE VIDEOGRAPHER:  This will be the

14 end of tape number 1.

15            (A recess was held in the proceedings.)

16            MR. HEBERLING:  We're back on the

17 record.

18    . . . .

19            EXAMINATION CONTINUED

20 BY MR. HEBERLING:

21    Q    Did you ever discuss the dust with Walt

22 Baker?

23    A    I had a short conversation with him one

24 time.

25    Q    What position was he in?

Page 72

```
 1     A    He was foreman in the wet mill.

 2     Q    And when did this conversation take

 3 place?  What decade, anyway?

 4     A    I think it was late '60s.

 5     Q    And what happened?

 6     A    I was talking about all this dust around

 7 and he told me it was just nuisance dust.  It wasn't

 8 dangerous.

 9     Q    Anything else you recall about that

10 conversation?

11     A    No.  I only talked to Walt, you know, just

12 sort of passing, few words here, Hi, how are you,

13 and so on.

14     Q    Did you ever discuss the dust with plant

15 manager Bob Oliverio in the '70s?

16     A    I think I talked to him some.  He told me

17 that that's the reason they were getting the new

18 mill in, was to alleviate the dust.  But, that was

19 about the conversation.  I talked to him about other

20 things, but, you know, regarding dust, I never did.

21     Q    Was there a time in the garage -- Let's

22 see.  Strike that.

23          Who was the supervisor in the garage in

24 the '70s?

25     A    Lloyd Fiscus.
```