1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MONTANA

 3                    MISSOULA DIVISION

 4    WILLIAM J. HAGERTY and JEANNETTE  )
      HAGERTY, husband and wife,        ) Cause No.
 5                                       ) CV-99-116-M-DWM
                    Plaintiffs,          )
 6                                       )
            vs                           )
 7                                       )
      W.R. GRACE & CO.-Conn, a           )
 8    Connecticut corporation, W.R.      )
      GRACE & CO., a Delaware            )
 9    corporation, W.R. GRACE, a/k/a     )
      GRACE, an association of           )
10    business entities, MONTANA         )
      VERMICULITE COMPANY, a Montana     )
11    corporation (dissolved), BENITA    )
      LOVICK, Personal Representative    )
12    for the ESTATE OF EARL D. LOVICK   )
      DECEASED, and DOES I-IV,           )
13                                       )
                    Defendants.          )
14                                       )

15

16                   VIDEO DEPOSITION

17                         OF

18                 WILLIAM J. HAGERTY

19            (On Behalf of the Plaintiffs)

20
                   Taken at the Offices of
21             Hedman, Asa & Gilman Reporting
                      947 South Main
22                  Kalispell, Montana
               Wednesday, January 12, 2000
23                      10:19 a.m.

24
            Reported by Debra M. Hedman, RPR, RMR, and Notary
25          Public for the State of Montana, Flathead County.
```

1      Q     What do you mean it was wet?

2      A     Well, in any case, like when they would

3      blast and there was any sign of dust, they would

4      immediately turn the water on and sprinkle

5      everything down.

6      Q     How long did you stay in Butte?

7      A     Until 1946.

8      Q     And then what happened in 1946?

9      A     We moved up to -- Well, I was suppose to

10     come up to Hungry Horse Dam and start that job in

11     1946, and the union wouldn't accept my transfer, so

12     we decided to go up to Libby.

13     Q     Why did you chose to go to Libby?

14     A     Jeannette's folks were living there at the

15     time, and I knew that Zonolite was expanding rapidly

16     there so I got a job with Zonolite.

17     Q     Do you remember how long you worked for

18     Zonolite?

19     A     Two years on the regular job.

20     Q     Do you remember the dates of that

21     approximately?

22     A     The dates?

23     Q     Do you remember the dates that you worked

24     at Zonolite, that two years?

25     A     1946 and '47, and I -- And probably the

18

```
 1    winter of '48 and '49 at different jobs.
 2         Q    After you left Zonolite, what did you do?
 3         A    I went to work for J. Neils Lumber
 4    Company.
 5         Q    What kind of work did you do for J. Neils?
 6         A    Operating cranes and power shovels.
 7         Q    Did you ever own your own company?
 8         A    Yes, that was just briefly in between
 9    Zonolite and when I went to work for J. Neils.
10         Q    What kind of company was that?
11         A    It was an excavating company.  We had a
12    crane and a shovel and a couple of dump trucks.
13         Q    How big was your company?
14         A    Just my partner and I operated it
15    ourselves.
16         Q    How long did you stay and work at
17    J. Neils?
18         A    Twenty-four years.
19         Q    Did you eventually get promoted?
20         A    Yes.
21         Q    What was your promotion to?
22         A    After about four years operating cranes
23    and shovels and so forth, I was in charge of the --
24    they were expanding rapidly and they had lots of
25    cranes working and I was in charge of those and,
```

```
 1        A    Well, that was probably 1980.

 2        Q    Why did you eventually retire?

 3        A    I don't know.  I just -- just got tired of

 4   it, I guess.  I just had enough.

 5        Q    Okay.  And have you lived in Libby from

 6   the time that you moved there in 1946 --

 7        A    Yes.

 8        Q    -- through your retirement now?

 9        A    Yes.

10        Q    I want to talk now specifically about the

11   time that you worked at Zonolite.  Why did you go to

12   work at Zonolite?

13        A    Well, we went up to visit the wife's

14   family and I understood that Zonolite was expanding

15   and needed some help, so I got a job on running one

16   of the power shovels.

17        Q    Was your wife's family associated with

18   Zonolite?

19        A    Were they?

20        Q    Yes.

21        A    No.

22        Q    Do you remember who hired you?

23        A    Carlton Jouquin.

24        Q    Did you have to interview or apply to work

25   there?
```

```
 1        A     Did I what?

 2        Q     Did you have to interview or apply to work

 3    there?

 4        A     Yes, I interviewed with John Baggs, the

 5    line foreman.

 6        Q     And was he your supervisor?

 7        A     Yes.

 8        Q     You mentioned that you were a shovel

 9    operator.  Can you tell us what that job consisted

10    of.

11        A     It was mostly loading ore into dump trucks

12    that would haul that ore to the mill or to the waste

13    dump, whichever.

14        Q     And were you in the pit?

15        A     Yes.

16        Q     I'm going to show you this exhibit.   It's

17    marked 2-8.  And again, if I can have you hold that

18    up for the camera real briefly.

19        A     (Deponent complied.)

20        Q     Is that the shovel?

21        A     That's the first shovel I operated there

22    for Zonolite.

23        Q     I'm going to show you the second one,

24    which is marked 2-7.  And did you also operate that

25    shovel?  Can you show it to the camera, too, as
```

22

1    you're looking at it?

2        A    Yes.   That's the second one that I

3    operated.

4        Q    Okay.   Thank you.   Now, I see on

5    Exhibit 2-8 there that the shovel is dumping into

6    the truck.

7        A    Yes.

8        Q    Is that the work that you did?

9        A    Yes, that's the ore.

10       Q    Was it dusty -- You can put the photo

11   down.   Was it dusty when you loaded the trucks?

12       A    Oh, in the summertime it was.   Yes.

13       Q    Why was that?

14       A    And weather like that it was dusty.   The

15   trucks operating in the pit, running around the pit,

16   would kick up a lot of dust in the dry weather.

17       Q    When you were operating the shovel and

18   loading the trucks, did you know what you were

19   loading?

20       A    Well, yes.   Zonolite -- or, vermiculite

21   ore is all I really knew.

22       Q    Did you tell the driver what you were

23   loading his truck with?

24       A    Yes, between the waste and the ore, we

25   would have to tell the driver.

1       Q    Did what you tell the driver determine

2  where the driver went with his load?

3       A    Yes.

4       Q    Did you know what you were loading by the

5  actual names of the minerals?

6       A    I knew the difference between vermiculite

7  and biotite.  Other than that, I didn't know

8  anything about the ore.

9       Q    Do you remember knowing about asbestos?

10      A    Oh, yes.  We didn't know anything about

11  it.  Just our curiosity, when you would see a piece

12  of it.

13      Q    Could you tell the biotite from the

14  vermiculite from the asbestos when you looked at

15  it --

16      A    Oh, yes.

17      Q    -- 'in the pit?

18      A    Different color, yes.

19      Q    And how did you know that?

20      A    The vermiculite was an entirely different

21  color, gray mostly and brown; and the biotite was

22  jet black and hard; and the asbestos was white.

23      Q    And how did you know what those minerals

24  were?  Had you been instructed on what the minerals

25  looked like?

1          A     The supervisor told me, so I would know if

2     they had an order for straight vermiculite, we would

3     move to that part of the pit.  If they wanted

4     biotite, that was in another part of the pit.

5          Q     Was that John Baggs?

6          A     Yes.

7          Q     And I assume that was at the time you

8     started working?

9          A     Yes.

10          Q     Did you receive any other training when

11     you started at Zonolite?  Any safety training or

12     anything like that?

13          A     No.

14          Q     As the shovel operator, were you the

15     person who was responsible for deciding what was ore

16     and what was waste?

17          A     Yes.

18          Q     So nobody else told the truck drivers

19     whether they should go to the dump or --

20          A     No, it was the shovel operator's

21     responsibility.

22          Q     In making your decisions about whether

23     something was waste or ore, you followed the

24     instructions that John Baggs had given you?

25          A     Yes.

1          Q     Did the minerals appear -- Did they show

2     up in the side of the face differently?

3          A     Yes.

4          Q     What do you remember about that?

5          A     The vermiculite was shiny and very -- very

6     slippery.  The vermiculite ore was.  And the waste

7     ore was more like dirt.  It had vermiculite in it,

8     but --

9          Q     Do you remember how big some of the

10    different deposits were?  Was one mineral more

11    common --

12         A     Oh, yes, the vermiculite was more common

13    than anything else.

14         Q     What do you remember about the asbestos

15    when you were loading the ore?

16         A     Well, all I remember about it was my

17    curiosity, when I first saw it there and wondered

18    what the white stuff was.  And they never gave us

19    any instructions about what to do with it, so it

20    just went in with the waste mostly.  And I remember

21    asking what it was, and they said it was just

22    asbestos waste.

23         Q     Did the asbestos appear more commonly in

24    the vermiculite or on its own or do you remember

25    anything about that?

1        A    No, I don't remember how it was

2    distributed through the stuff, but it was --

3        Q    So you weren't instructed to do anything

4    different when you came across an asbestos deposit?

5        A    No, just throw it in the waste or whatever

6    was handy.

7        Q    Okay.  Did you know anything more about

8    the minerals other than their names and what they

9    looked like?

10        A    No.

11        Q    Did you know that asbestos was a hazardous

12    mineral?

13        A    No.

14        Q    Now, after you were a shovel operator for

15    those two years that you mentioned before, did you

16    do any other kind of work at Zonolite?

17        A    I worked in the mill in the wintertime.

18        Q    And how did that happen?

19        A    After I quit running shovel and went

20    into partnership for -- on our own, with Floyd

21    Blackwell -- Connie Blackwell, my partner, we had a

22    chance to go up there and work inside in the

23    wintertime in the mill for a couple months there in

24    the cold weather.  So that's how we got in there.

25        Q    Did either you or your partner know

1    somebody at Zonolite that helped that happened?

2        A    Yes, Carlton Jouquin.  He got us a job in

3    there for the winter months.

4        Q    So it was temporary work?

5        A    Yes.

6        Q    And this was right after you stopped

7    working at Zonolite as a shovel operator?

8        A    Yes.

9        Q    Did you work full 40-hour work weeks when

10    you did --

11        A    In the mill, yes.

12        Q    All total, can you guess how many weeks or

13    months you would have done that kind of work?

14        A    Probably six or seven weeks for two

15    winters.

16        Q    Can you describe more specifically the

17    work that you did in the mill?

18        A    The ore was coming in on a conveyor belt.

19    and it was our responsibility to keep that -- it

20    would fall off of the conveyor belt onto the floor,

21    and we would pick up those pieces of ore and put

22    them back on the conveyor belt.  And the dust was

23    coming in from the other parts of the mill and it

24    was our responsibility to keep that swept up and we

25    just put it back on the belt.

1      A    Yes.

2      Q    Do you remember whether that kind of work

3   was dusty?

4      A    Oh, yes.

5      Q    What do you remember about the dust?

6      A    Everything we touched had coating -- a

7   thick coating of dust.  And, like, I remember

8   distinctly the stairways and the ladders, you had to

9   brush the dust off to go from one floor to another,

10   for any reason, which we very seldom did, but -- And

11   then the floor where we worked there, there was dust

12   coming in from the other parts of the mill and we

13   had to sweep that up.

14      Q    Could you see dust in the air?

15      A    Oh, yes.

16      Q    How thick was the dust on the floor?

17      A    Oh, up to an inch.

18      Q    And was there a new layer of dust every

19   day?

20      A    Yes.

21      Q    Do you remember seeing dust come out of

22   the mill?  And if you want --

23      A    Yes.

24      Q    -- you can use that exhibit.

25      A    Yes.  I remember seeing that on the other

1    side of the mill as well, but -- this side and that

2    side coming out.  I didn't realize what it was, but

3    you could see those coming out those blowers.

4        Q    Thank you.  Did you ever work with any of

5    the other workers in the mill?

6        A    No.

7        Q    Did you work with your partner?

8        A    Just my partner.

9        Q    Did you ever talk with anyone about the

10   dust?

11       A    No.

12       Q    When you were hired at Zonolite, did the

13   company warn you that exposure to the dust could be

14   harmful to you?

15       A    No.

16       Q    When you were hired at Zonolite, did the

17   company warn you that exposure to asbestos could be

18   harmful to you?

19       A    No.

20       Q    When you were hired at Zonolite, did any

21   of the other workers warn you about the dust or the

22   asbestos?

23       A    No.

24       Q    Did you ever see any signs about the

25   hazards of asbestos or the dust?

31

```
 1          A     No.

 2          Q     Did your supervisors ever warn you the

 3     dust could harm you?

 4          A     No.

 5          Q     Do you remember other workers talking

 6     about the dust when you worked there?

 7          A     Yes, but just that it was annoying mostly.

 8          Q     Did you or any of the other workers ever

 9     complain about the dust?

10          A     No.

11          Q     When you worked in the mill, on a

12     temporary basis, were you ever warned about the dust

13     or asbestos?

14          A     No.

15          Q     At the time that you worked at Zonolite,

16     did you know that asbestos was hazardous?

17          A     No.

18          Q     Were you aware when you worked at Zonolite

19     that other workers were developing illnesses from

20     the dust?

21          A     No.

22                     MR. BERKOFF:   I'll object.

23     BY MR. LACEY:

24          Q     Did you belong to the union when you

25     worked at Zonolite?
```

1         A     Yes.

2         Q     How can you tell?

3         A     The things that I am unable to do anymore.

4    I just couldn't -- I couldn't do the things I had

5    been doing up until that time.

6         Q     Did you eventually go see a lung

7    specialist?

8         A     Yes.

9         Q     Who did you go see?

10        A     Dr. Whitehouse.

11        Q     What's your understanding about

12   Dr. Whitehouse's specialty?

13        A     I understand he is an expert in his field

14   of -- What do you call it?  -- pull -- pulmonary,

15   something or rather there.

16        Q     That's good enough.  Do you remember when

17   you first went to go see Dr. Whitehouse?

18        A     Probably a year and a half ago.

19        Q     Do you recall the tests that

20   Dr. Whitehouse did on you?

21        A     He put me -- They put me in one of those

22   breather machines, those plastic -- they have a name

23   for it -- a bubble or something.  Put me in there

24   and took breathing tests for about an hour.

25        Q     Did you have an x-ray?

1          A    And then I had an x-ray.

2          Q    Did you discuss the results of those tests

3     with Dr. Whitehouse?

4          A    Yes.

5          Q    After having that discussion with him,

6     what was your understanding about what was causing

7     your breathing problems?

8          A    He took me in the room there and showed me

9     the x-ray and he pointed out that it was asbestos in

10    my lungs.

11         Q    And you saw that on your x-ray?

12         A    Yes.

13         Q    Before Dr. Whitehouse, had any of your

14    other doctors ever told you that you had an asbestos

15    problem?

16         A    No.

17         Q    Do you have an understanding about what

18    condition the asbestos has created in your lungs?

19         A    Yes.

20         Q    What do you understand about that?

21         A    Just the fact that those deposits in there

22    keep me from breathing freely, and from talking to

23    the doctors -- the two doctors, that's what I

24    gathered was my problem.

25         Q    Aside from the time that you worked at

1    Zonolite, did you ever work with asbestos at any

2    other time in your life?

3          A    No.

4          Q    Did Dr. Whitehouse give you medication for

5    your asbestos problem?

6          A    No.

7          Q    Did he give you any inhalers or --

8          A    He recommended going ahead with an inhaler

9    and using one of the compressed air ones, the larger

10   machine.

11         Q    Would that have been a nebulizer?

12         A    Yes.

13         Q    And did those things help you?

14         A    Yes.

15         Q    Have you noticed that your breathing has

16   continued to get worse since you first met with

17   Dr. Whitehouse?

18         A    Yes.    In fact I had to go back to him.

19         Q    When was the last time that you saw him?

20         A    It would have been about November 1st.

21         Q    Did you have more tests done on your lungs

22   then?

23         A    Yes.

24         Q    Do you recall whether those tests showed

25   that your asbestos problem was getting worse?

1          A     Yes, he said it definitely was worse.

2          Q     Do you recall having a pulmonary function

3     test done?

4          A     Yes.

5          Q     And what do you remember about that?

6          A     The girls that gave me the test in the

7     breather machine there said that my -- from their

8     last report, it -- I had lost a considerable amount

9     of my breathing capacity, the test showed.  And then

10    Dr. Whitehouse took another x-ray, of course.

11         Q     Did you have any special procedures done

12    when you saw Dr. Whitehouse this most recent time?

13         A     What was the last?

14         Q     Did you have any special procedures done

15    when you went to see Dr. Whitehouse in November?

16         A     No, just the breathing test and the x-rays

17    and he found something on -- Do you want me to go on

18    with that?

19         Q     Yes, please.

20         A     He took me in again and pointed out on the

21    x-ray that there was something on the lungs there.

22    And he said it could be a tumor, but we're going to

23    have to check into it further.

24         Q     And did you undergo more tests to decide

25    whether it was a tumor?

1        A    Yes, he sent me over to Deaconess Hospital

2    and they put me in the CAT scan there and took some

3    lab tests and gave me an intravenous while they were

4    doing so.

5        Q    Was it a tumor?

6        A    It wasn't a tumor, it was fluid.  Turned

7    out to be.

8        Q    And what did they do about the fluid?

9        A    They had to go in my back and remove that

10    fluid.

11        Q    Did you understand that that was a serious

12    problem?

13        A    Yes.

14        Q    How could you tell?

15        A    Well, all the doctors I talked to --

16    Dr. Whitehouse later, a little bit, and the doctor

17    that took that fluid off, said it was a very

18    important thing to keep a close check on.  He said,

19    You're going to have to have this done periodically

20    maybe from now on.  So if you run short of breath,

21    considerably worse than it is now, well, get in

22    touch with us and we will have to do this over

23    again, probably.

24        Q    Do you know whether that fluid on your

25    lungs was as a result of the asbestos in your lungs?

1       A    No, I couldn't say that.  Just -- In

2    talking to Dr. Whitehouse later, that's what he

3    said, that it was probably from that.

4       Q    Have you discussed with Dr. Whitehouse the

5    future course that your asbestos disease is going to

6    take?

7       A    He just told me that it was probably going

8    to get worse and that I would have to take close

9    check on it and when my breathing got to the point

10   where it was necessary, I would come in again.

11      Q    Have you talked with Dr. Whitehouse or any

12   other doctor about the potential need to go on

13   oxygen at some point?

14      A    No.

15      Q    Okay.  Would you say that you have been

16   quite healthy for most of your life?

17      A    Yes.

18      Q    Have you ever been over weight?

19      A    No.

20      Q    Have you ever had any major surgeries?

21      A    Just -- Yes, I had foot surgery from an

22   injury and I had gallbladder surgery.

23      Q    When was that gallbladder surgery?

24      A    1965.

25      Q    And other than your foot, you haven't had