1

```
 1·     IN THE DISTRICT COURT OF THE NINETEENTH

 2      JUDICIAL DISTRICT OF THE STATE OF MONTANA

 3         IN AND FOR THE COUNTY OF LINCOLN

 4

 5  CAUSE NO. DV-99-133

 6  JAMES G. HOPKINS and LOUISE          )
    HOPKINS, husband and wife,          )
 7                                        )
                   Plaintiffs,           )
 8                                        )
         vs.                             )
 9                                        )
    W.R. GRACE & CO.-CONN., a            )
10  Connecticut corporation,             )
    W.R. GRACE & CO., a Delaware         )
11  corporation, W.R. GRACE & CO.,       )
    a/k/a GRACE, an association of       )
12  business entities, and DOES I-IV,    )
                                          )
13             Defendants.                )
                                          )

14

15              D E P O S I T I O N

16                     OF

17              JAMES G. HOPKINS

18

19

                Taken at the Law Offices of
20          Garlington, Lohn & Robinson, PLLP
                      199 West Pine
21                  Missoula, Montana
           Thursday, February 24, 2000 - 9:00 a.m.
22

23

24
          Reported by Jolene Asa, RPR, and Notary Public
25          for the State of Montana, Flathead County
```

```
 1    of the time we was on -- I can't remember the

 2    address.  It was Main Avenue, too, down a ways from

 3    where we lived.

 4         Q    Were you renting an apartment?

 5         A    Renting there, yes.

 6         Q    So the first home you purchased was on

 7    Main Avenue in '68?

 8         A    That was rented too.

 9         Q    So your first home was '73?

10         A    Yes.

11         Q    Jim, as you sit here today, how would you

12    describe your health?

13         A    Not real good.

14         Q    What problems do you have with your health

15    right now?

16         A    I have extreme shortness of breath,

17    chronic coughing.

18         Q    Any other problems?

19         A    No.

20         Q    Now, when you say you have extreme

21    shortness of breath, when do you recall first

22    noticing shortness of breath problems?

23         A    Sometime after '94, it seemed to start as

24    a gradual change in my health.

25         Q    Did you have any shortness of breath
```

1     problems prior to '94 that you recall?

2          A    No.

3          Q    When you say "After '94" that you --

4          A    '94 is when I can say I started noticing

5     the changes.

6          Q    And that was going to be my question.  Was

7     there some event that precipitated you noticing this

8     more than others, or did you just notice it

9     generally from day to day?

10         A    Just generally.  Not day to day.  It was

11    over a period of time, though.

12         Q    After '94?

13         A    Uh-huh.

14         Q    And in what ways did you start to notice

15    it?

16         A    Climbing stairs was the first thing I

17    really noticed.

18         Q    Any particular stairs?

19         A    At work.

20         Q    Do you have to climb a lot of stairs at

21    work, or did you?

22         A    Yes.

23         Q    And could you describe for me how you

24    started to notice it?  I mean, any particular number

25    of flights that you would walk, and then you'd start

1     getting shortness of breath?  If you could describe

2     it as best you can, I'd appreciate it.

3          A    As I say, it started gradually.  It seemed

4     like I'd go up a couple of flights of stairs, and

5     I'd be winded.  Then it progressed from there until

6     now one flight of steps just about does me in.

7          Q    It's gotten progressively worse since '94?

8          A    Yes.

9          Q    Is there any time between '94 and the

10    present, Jim, that you recall a particular time

11    where it was significantly greater in terms of

12    severity, or has it pretty much been fairly

13    progressive?

14         A    It's been progressive, yes.

15         Q    Okay.  You said extreme shortness of

16    breath.  When would you say that you started

17    suffering from the extreme shortness of breath, as

18    you would define extreme?

19         A    Between '97 and '99.

20         Q    In the last couple years?

21         A    Yes.

22         Q    How about the coughing?  Could you

23    describe for me the types of problems you have with

24    coughing on a daily basis?

25         A    I have coughing daily, and it's usually a

1    fairly dry, nonproductive-type cough, worse at night

2    than in the daytime.

3         Q    Are you able to sleep okay?

4         A    Not real good.

5         Q    Does the coughing keep you up at night?

6         A    Yes.

7         Q    You mentioned that it's usually dry and

8    nonproductive.

9         A    Uh-huh.

10        Q    At times is it productive?

11        A    No.  Not really.  I don't spit up when I

12   cough or anything like that.

13        Q    And you said that it's worse at night.

14   Could you give me a little bit more information,

15   say, like, on an hourly basis, on how often you can

16   recall coughing?

17        A    Usually, when I cough, it's for a period

18   of time, and then it will settle down, and probably

19   two or three times a night.

20        Q    And when you have one of these coughing

21   episodes two or three times in the evening, how long

22   does the coughing episode take on a usual --

23        A    It varies.

24        Q    How about a bad one?  How long would a bad

25   one take?

1       A       Ten minutes maybe.

2       Q       And how often on the average would you say

3   you have one of these ten-minute coughing fits in

4   the evening?  Is that daily?

5       A       A couple times a week.  It's not evening.

6   It's at night when I'm sleeping.

7       Q       I'm sorry.  So the worse ones seem to come

8   when you're lying down, trying to get to sleep?

9       A       Yes.

10       Q       Do you ever wake up in coughing fits?

11       A       Oh, yes.

12       Q       How often does that happen on the average?

13       A       Average, I'd say a couple times a night.

14       Q       Is there anything you can take for the

15   coughing, any medication that seems to provide you

16   some relief?

17       A       No.  I've never found anything.  I've

18   tried over the counter, and I've tried prescription.

19       Q       And nothing has seemed to provide relief

20   for it?

21       A       No.

22       Q       Are you currently on any type of

23   medication for the cough?

24       A       No.

25       Q       What types of over-the-counter stuff did

```
 1    into the Air Force.  There's 16 years' difference in
 2    our ages.
 3         Q    So you moved to Libby in about '64?
 4         A    Yes.
 5         Q    And when were you married?
 6         A    '65.
 7         Q    When you got out of the Air Force, what
 8    was your first employment?
 9         A    W.R. Grace.
10         Q    That was in September of '64?
11         A    Yes.
12         Q    And you worked for Grace until '90?
13         A    Yes.  April of '90.
14         Q    Now, when you moved to Winnemucca in '90,
15    who did you work for?
16         A    I worked for one year with First Miss
17    Gold.
18         Q    Excuse me?
19         A    First Miss Gold.
20         Q    First Miss Gold?
21         A    Yes.
22         Q    What did you do for them?
23         A    Instrumentation electrician.
24         Q    Is that what you had ended doing for
25    W.R. Grace?
```

59

1       A    No.

2       Q    You filed a Workers' Comp claim for that?

3       A    Yes.

4       Q    Did you file any other Workers' Comp

5    claims through the years, other than the recent

6    accident last summer or your finger or the

7    asbestosis in the late '80s?

8       A    Not that I can remember.

9       Q    Jim, do you recall getting chest x-rays

10    done every year after starting with Grace?

11       A    Yes.

12       Q    Did you receive those reports?

13       A    No, I did not.

14       Q    You never received any of them until 1990?

15       A    Right.  Correct.

16       Q    What was your understanding as to why you

17    were having those chest x-rays done?

18       A    I thought they was checking our spines.

19       Q    Not your chest?

20       A    No.

21       Q    Was that your understanding, that they

22    were checking your spines, from 1964 all the way to

23    1990?

24       A    Around '79 is when they first started

25    talking about asbestos.

```
 1        Q    Is that about the time where you realized

 2   that the chest x-rays were looking at your lungs?

 3        A    Yes.

 4        Q    Did you ever ask anyone at Grace why these

 5   chest x-rays were done every year?

 6        A    They told us to do them.  I mean, it was

 7   just like -- It was part of our employment that we

 8   were sent to get chest x-rays.

 9                    MR. MacDONALD:  Excuse me.

10                    (Brief recess.)

11   BY MR. MacDONALD:

12        Q    Jim, you had expressed your understanding

13   about the chest x-rays.  My question was, did you

14   ever ask why the chest x-rays were done?

15        A    They just scheduled all of us to go in and

16   have them every year.  That was part of our

17   employment.

18        Q    But my question is, did you ever ask why?

19        A    No.  Like I say, it was, like, you wear a

20   hard hat.  You go get a chest x-ray.

21        Q    So you never asked why?

22        A    No.

23        Q    At least between '64 and '79, your

24   understanding was that they were checking your

25   spine?
```

1    injury lawsuits?

2         A    No.

3         Q    Have you ever been sued in any capacity?

4         A    No.

5         Q    Have you ever had any treatment for

6    alcohol-related problems?

7         A    No.

8         Q    This is my favorite one.  Have you ever

9    had any treatment for psychiatric problems?

10        A    No.  We probably all should.

11        Q    I'd be afraid to.  I might never get out.

12             Now, when you started with W.R. Grace in

13    '64, what was the first thing you did with them?

14        A    Mucking in the wet mill.

15        Q    Do you remember about how long you did

16    that?

17        A    Three weeks.

18        Q    Who was your supervisor?

19        A    Al Nicholls.

20        Q    And when you began work there in '64, were

21    you provided any safety equipment when you started?

22        A    Hard hat.

23        Q    Was there any other safety equipment that

24    they told you about that you should get maybe on

25    your own?

1          A    No.

2          Q    Were you provided a respirator?

3          A    Not when I started work there, no.    After

4     I went into research.  They had them in the

5     warehouse that we could get if you wanted them.

6          Q    And so you worked under Al Nicholls in the

7     wet mill for about three weeks?

8          A    Yes.

9          Q    Then what did you do?

10         A    I would have quit at the end of the third

11    week because I figured that wasn't the way to make a

12    living, but they came in and asked me to take a test

13    for mine research, a math-type test, and I was given

14    the job in mine research after that.

15         Q    How long did you work in mine research?

16         A    Two, three years.

17         Q    And what did you do in mine research?

18         A    Assaying.

19         Q    Testing the quantity of the materials?

20         A    Yes.

21         Q    And what type of materials were you

22    testing for?

23         A    Vermiculite.

24         Q    What were the contaminants you were

25    testing for?

1       Q     Did most all of the others in mine

2   research wear respirators in the dusty areas?

3       A     No.

4       Q     Can you remember any that didn't

5   specifically as you sit here today?

6       A     There wasn't a lot of people that wore

7   respirators up there.  There was a few in the dry

8   mill and that, but it wasn't a general --

9       Q     It wasn't a general thing?

10      A     No.

11      Q     Okay.  But you remember seeing a few of

12  them wearing respirators in the dry mill?

13      A     Yes.

14      Q     How much contact did you have with the dry

15  mill when you were in mine research?

16      A     The dry mill set right beside the lab.

17      Q     So you had a lot of contact with it?

18      A     It wasn't that I was going into the dry

19  mill, but the dust from the dry mill was all over us

20  all the time.

21      Q     Okay.  How much contact did you have with

22  the inside of the dry mill in terms of going inside

23  it?

24      A     Very little until I went into the

25  electrical instrumentation.

1        Q    So you were in the mine research for two

2    to three years, and then where did you go?

3        A    Then I went to the secondary -- Part of my

4    mine research was running the mobile test lab up in

5    the mine, and then from there I went into drilling

6    and blasting.

7        Q    How long were you in drilling and

8    blasting?

9        A    From -- It's hard to put years on this

10   without going back into my records, but I was in

11   there until '73.  First I was on the secondary drill

12   and blasting.  Then I was on the big blast hole

13   drill.

14       Q    And then what did you do in '73?

15       A    Went into electrical instrumentation.

16       Q    And that's where you stayed until '90?

17       A    Yes.

18       Q    I think from Schimke's record, as I

19   understand it, it indicated that your exposure to

20   dust was pretty minimal after you got into

21   electrical instrumentation.

22       A    Not really minimal, because when I first

23   went in there, we was still having to work in the

24   old dry mill at times too.  When I first went in

25   there, they was trying to get the new mill started,

1    but they was still running the old mill, and we'd

2    have to go in there and pull maintenance.

3         Q    Would you wear a respirator when you were

4    in the old dry mill?

5         A    You couldn't see your hand in front of

6    you.

7         Q    So did you wear a respirator?

8         A    Yes.  And then there was other areas

9    around there that was quite dusty too, like the skip

10   system, river loading, screen plant.

11        Q    But in all of these jobs, you were pretty

12   good about wearing a respirator when you were in

13   real dusty areas?

14        A    Yes.  I just didn't like having to blow my

15   nose and see that stuff come out all of the time.

16        Q    Who was your supervisor when you went into

17   the drilling and blasting area?

18        A    Lou Krupp.

19        Q    Lou Krupp?

20        A    Krupp.

21        Q    Did Lou Krupp ever tell you to wear a

22   respirator in dusty areas?

23        A    No.

24        Q    When you first started there in '64 and

25   when you first started in the mine research

1          Q     How about the rotary drill or secondary

2     drill while drilling?  Do you ever recall it being a

3     rule to wear a respirator while doing those

4     activities?

5          A     No.

6          Q     That's even when you were in the drilling

7     and blasting?

8          A     Right.

9                    (Exhibit 8 was marked.)

10    BY MR. MacDONALD:

11         Q     Between 1964 up to, let's say, '79, Jim,

12    do you recall the dust conditions up at the mine

13    ever getting any better, any improvement?

14         A     The only thing they done in the mine for

15    dust was -- Originally, they put oil on the roads,

16    and then in the later years I think they went to mag

17    chloride or something like that.  That was the only

18    thing I ever seen for dust in the mine.

19         Q     How about when you were in the mine

20    research department?  Do you recall any efforts

21    being made by W.R. Grace or things being done to

22    reduce the dustiness up there?

23         A     No.

24         Q     After you were out of mine research, do

25    you recall W.R. Grace doing anything to reduce the

1    dusty conditions up there at all in any department,

2    not just the mine, anywhere up there?

3          A    What time frame are you talking?

4          Q    You had just indicated that during mine

5    research you don't recall W.R. Grace doing anything

6    to improve the conditions.

7          A    No.

8          Q    All I want to do is follow up on that.

9    After you were out of mine research, do you recall

10   W.R. Grace doing anything to improve the dusty

11   conditions up there?

12         A    The first thing that I can say that they

13   actually done anything about dust was when they

14   built the new mill.  It had a baghouse for the

15   dryer.

16         Q    Jim, was it your understanding that that

17   was at least a partial reason why they were building

18   the new wet mill, to reduce the dustiness from the

19   old dry mill?

20         A    They was trying to increase their tonnage,

21   the production.

22         Q    It was never your understanding that they

23   were building that also to reduce the dust

24   considerably from the old dry mill?

25         A    I don't remember hearing it said that way.

1    It was a wet process, was the big difference, but I

2    don't remember anybody saying it was to reduce the

3    dust at all.

4         Q    Outside of the new mill and outside of, I

5    think you had said, putting oil on the roads, do you

6    recall, after getting out of the mining research

7    department, W.R. Grace doing anything to improve the

8    dusty conditions up there?

9         A    With the new mill they had some baghouses,

10   but then toward the end they had an injection system

11   at the screening plant for supposedly adhering the

12   dust to the ore, but that was as it left the

13   screening plant, after it had all been processed.

14        Q    Was that in the '80s?

15        A    Yes.  Late '80s.

16        Q    Anything else over the years that you

17   recall W.R. Grace doing to reduce the dust?

18        A    No.

19        Q    Did you ever make any complaints to

20   management about the dusty conditions up there at

21   the mine?

22        A    Everybody complained about the dust.

23        Q    Was it a common topic amongst the workers?

24        A    It was annoying.

25        Q    You couldn't get away from it?

82

1       A    No, you couldn't.

2       Q    Is it fair to say that that's pretty

3    consistent from 1964 through 1990, that everybody

4    seemed to complain about the dust up there?

5       A    Yes.

6       Q    Who did you complain to when you did

7    complain?  Was it usually just coworkers, or did you

8    ever complain to supervisors?

9       A    Supervisors and coworkers.

10       Q    And how did the supervisors usually

11    respond when you would say something?

12       A    Got to have it fixed, referring to -- If

13    something was broke down, like, say, in the tunnels

14    under river loading or something, They've got to

15    have it fixed to get their production going.

16       Q    And then would they get it fixed?

17       A    Yes.

18       Q    Did you ever have discussions with

19    management regarding the dangers of the dust?

20       A    Not until '79 or later.

21       Q    Prior to '79 did you know that asbestos in

22    the dust could be harmful?

23       A    Prior to '79 they told us it was a

24    nuisance dust.

25       Q    And who is that, when you say "They"?

1       A       Ray Kujawa was one of them.  He said you

2    could eat that stuff three meals a day and it

3    wouldn't hurt you.

4       Q       Have you ever heard of Zono bread?

5       A       I heard of it, but I've never seen any of

6    it.

7       Q       That's what he would say is that you could

8    eat a ton of it; is that correct?

9       A       Yeah.

10      Q       You don't recall him ever saying that you

11   could breathe a ton of the dust, do you?

12      A       He never said -- He said, It's a nuisance,

13   and it isn't going to hurt you.

14      Q       Now, in '79 how did you learn that it was

15   worse than a nuisance dust?

16      A       That's when the company first started

17   telling us about it and having meetings with,

18   mainly, the smokers.

19      Q       And you had worked there at that time

20   about 15 years?

21      A       Yeah.

22      Q       Were you angry when you found out that the

23   dust could be harmful?

24      A       I wouldn't say angry.  I'd say more

25   confused that all of a sudden they're telling us

1    or vehicle?

2          A    It's illegal.

3          Q    You have to get out, obviously, but do you

4    do any road hunting or anything like that?

5          A    No.

6          Q    What kind of things -- I'll step back one

7    question.

8          A    I'm just still snickering about hunting

9    from a car, a lawyer telling something illegal.

10         Q    I didn't mean hunting from the car itself,

11   but driving when you were hunting.

12              You mentioned you had problems sleeping.

13   When did you first notice you were having problems

14   with your sleep?

15         A    The last three or four years.

16         Q    And is it primarily the cough that gives

17   you the problem when you're sleeping?

18         A    That's the thing that wakes me up the

19   most, yes.

20         Q    And you mentioned some of the activities

21   you liked to do.  Which of those can you not do now

22   because of your shortness of breath?

23         A    I can't hunt, and swimming -- I'm severely

24   restricted on how far I can go.  I mean, it used to

25   be I'd take the boat and go out in the middle of the

1    lake and jump out of the boat and go swimming and

2    didn't care how deep the water was.  Now I swim

3    where I can stand up when I need to because I can't

4    swim any distance anymore.

5         Q    Besides the swimming and walking uphill

6    for your hunting, is there anything else that you

7    can't do that you used to like to do before you had

8    the shortness of breath?

9         A    I don't get into the woodworking like I

10   used.

11        Q    Why is that?

12        A    Dust.

13        Q    Did you ever consider wearing a

14   respirator?

15        A    I do have one.

16        Q    Does that seem to help?

17        A    Woodworking -- You're not breathing in the

18   sawdust and that when you have a respirator on.

19        Q    And do you do much yard work?

20        A    No.

21        Q    Did you ever do much yard work?

22        A    Mow the lawn.  I've got the world's

23   brownest thumb.

24        Q    What do you mean by that?

25        A    I can kill plastic plants.