0001

1          IN THE DISTRICT COURT OF THE NINETEENTH

2        JUDICIAL DISTRICT FOR THE STATE OF MONTANA

3            IN AND FOR THE COUNTY OF LINCOLN

4     CAUSE NO. DV-98-83

5     CARL A. LARSON and JOYCE·LARSON, )
      husband and wife,               )
6                                      )
                  Plaintiffs,          )
7                                      )
            vs·                        )
8                                      )
      W.R. GRACE & CO.- Conn, a        )
9     Connecticut corporation, and     )
      DOES I-IV,                       )
10                                     )
                  Defendants.          )
11    _____ )

12

13                  VIDEO DEPOSITION

14                        OF

15                 CARL A. LARSON

16            (On Behalf of Plaintiffs)

17

18

19             Taken at the Venture Inn
                   Libby, Montana
20             Tuesday, January 12, 1999
                   11:00 a.m.
21

22

23

24     Reported by Debra M. Hedman, RPR, RMR, and Notary
       Public for the State of Montana, Flathead County.
25

       HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
              PO BOX 394 -- KALISPELL, MONTANA

0015

11:08   1   other jobs that you went to or did you --

11:08   2       A   No, not -- Never did work after that. No.

11:08   3       Q   Okay. So you never worked at the

11:08   4   vermiculite mine known as Zonolite?

11:08   5       A   No, no, never did.

11:08   6       Q   It's my understanding that you have been

11:08   7   diagnosed with asbestosis.

11:08   8       A   Yes.

11:08   9       Q   I would like to talk, if I could now,

11:08   10   about your exposure to asbestos during the course of

11:08   11   your life, Mr. Larson. During your childhood, where

11:08   12   did you -- What was your address here in Libby when

11:09   13   you were growing up?

11:09   14       A   What did I what?

11:09   15       Q   Where did you live here in Libby?

11:09   16       A   At 1317 Montana Avenue.

11:09   17       Q   So is that --

11:09   18       A   In the city of Libby there, right in --

11:09   19       Q   South side?

11:09   20       A   South side.

11:09   21       Q   Okay. And was that pretty much your

11:09   22   entire childhood?

11:09   23       A   Yeah, that was my whole childhood, yeah.

11:09   24       Q   What did your folks do out there? Your

11:09   25   parents?

0016

11:09　　1　　A    My father worked at the mill -- at the

11:09　　2　　mill down there, loading boxcars for years.  My

11:09　　3　　mother just was a home wife, you know.  There was 13

11:09　　4　　of us, so she was pretty well busy.

11:09　　5　　Q    Thirteen kids?

11:09　　6　　A    Thirteen.

11:09　　7　　Q    Wow.  She was busy for sure.  During your

11:09　　8　　childhood, did you used to play in areas that were

11:09　　9　　owned by Zonolite?

11:09　　10　　A    Yes.

11:10　　11　　Q    I would like you to tell us a little bit

11:10　　12　　about that, if you can.  Where did you play?

11:10　　13　　A    Well, we used to go down here on Lincoln

11:10　　14　　Boulevard down here.  Just -- That was on the

11:10　　15　　company railroad tracks there.  They had a -- oh,

11:10　　16　　about a four-story building down there and it had

11:10　　17　　the Zonolite in it and stuff.  I think it was an old

11:10　　18　　popping plant is what it is.

11:10　　19　　Q    Okay.  Let me stop you for a second, so

11:10　　20　　we're clear.  So this was on Lincoln Boulevard?

11:10　　21　　A    That was on Lincoln Boulevard, just across

11:10　　22　　the tracks, down -- as you get down to J. Neils on

11:10　　23　　there.  Oh, just past Wisconsin, I think it is.

11:10　　24　　It's about a block on the other side of Wisconsin

11:10　　25　　Avenue, down Lincoln.

0017

11:10   1        Q  · Okay.  So just to orient ourselves, what

11:10   2  kind of time period are we talking about?  What age

11:10   3  were you?

11:10   4        A   Oh, I was fairly young at that time.

11:10   5  Probably, oh, twelve, ten -- twelve, thirteen,

11:10   6  fourteen.  You know, up in -- We played, you know,

11:11   7  for quite awhile there.

11:11   8        Q   Okay.  Tell us more then about the

11:11   9  facility on Lincoln.  What was it like?

11:11  10        A   Oh, it was just a -- It was a metal

11:11  11  building, you know, and put up big timbers inside

11:11  12  and stuff.  And then they stored Zonolite and had

11:11  13  different rooms and stuff.  And we'd go in there and

11:11  14  jump off the rafters down into the Zonolite and --

11:11  15        Q   So was this -- So you said there was a

11:11  16  popping plant?

11:11  17        A   It used to be a popping plant.  Right, it

11:11  18  was.

11:11  19        Q   And was that a separate building from

11:11  20  where you played?

11:11  21        A   Well, it's all one building, but it was --

11:11  22        Q   Okay.

11:11  23        A   -- it was roomed off.  You know what I

11:11  24  mean?

11:11  25        Q   Okay.  Sure.

0021

11:15    1        A    Yeah, it's all one metal building, but it
11:15    2    was in different rooms, you know.
11:15    3        Q    Is it still there?
11:15    4        A    No.  They tore it down.  I don't know what
11:15    5    year for sure they tore it down or -- anyhow.  But,
11:15    6    yeah, they did finally tear it down.
11:15    7        Q    Okay.  And so then you talked about
11:15    8    playing in piles of -- I think you called it
11:15    9    Zonolite.  Now, let's just be clear on that.
11:15    10        A    Vermiculite or Zonolite.
11:15    11        Q    Is that the vermiculite ore that Grace
11:15    12    produced?
11:15    13        A    Yeah.
11:15    14        Q    And did you know at that time of your life
11:15    15    that this facility was owned by Zonolite, or is that
11:15    16    something that you came to know later?
11:15    17        A    Oh, no, we knew that it was owned by --
11:15    18    Well, at the time -- I guess, yeah, we did -- we
11:15    19    knew it was them, but there was some -- Somebody, I
11:16    20    don't know who, found the mine and that, you know.
11:16    21    But yeah, that was at Zonolite at the time.
11:16    22        Q    Describe the part of the building where
11:16    23    you would play.  What was it like?
11:16    24        A    Oh, it was -- It was timber and there was
11:16    25    Zonolite in it and we'd get up on the timbers and
11:16

0022

11:16  1    that and then -- you know, we would play our games

11:16  2    and push each other off down into the Zonolite.  Or

11:16  3    else we would just plain jump off and slide down the

11:16  4    pile and go up and do her again, you know.

11:16  5        Q    So was this -- Do you know whether this

11:16  6    vermiculite was already expanded or popped, or was

11:16  7    it still -- I mean, if you don't know, that's --

11:16  8        A    I don't quite remember all that.

11:16  9        Q    I say that because you say you jumped into

11:16  10   it, and I was wondering, how did it feel when you

11:16  11   jumped into it?

11:16  12       A    It was a soft landing.

11:16  13       Q    Okay.

11:16  14       A    Dusty.  Awful dusty.  I know that, because

11:17  15   the timbers up there had dust on them 6, 8 inches

11:17  16   deep, you know.  At places you would scoot the dust

11:17  17   off and it would go down and fly around, you know.

11:17  18   It was quite dusty.  I do remember that.

11:17  19       Q    Okay.  And so it was just a game that you

11:17  20   would play --

11:17  21       A    That was just a game.

11:17  22       Q    -- and you would jump into the piles?

11:17  23       A    Go down there and have BB gun fights.  One

11:17  24   boy got his eye shot out while he was down there.

11:17  25       Q    Oh, bumb.

0023

1      A    So --

2      Q    Okay.

3      A    So it was quite an active place for kids

4   at the time.  You know.  Not only the bunch I was

5   with, other ones, too.

6      Q    Okay.  So did you ever see other kids

7   playing --

8      A    Oh, sure.  Sure.

9      Q    Okay.  Now, while you were playing down

10  there, this was -- was this during the day generally

11  or --

12     A    Yes.

13     Q    Were there adults around in the area?

14     A    At times.  At times, sure.

15     Q    People who worked at the plant?

16     A    Well, yeah.  Yeah.  Yeah.  They would --

17  Nobody ever said anything to us, you know.  Just

18  more or less, as long as we wasn't bothering them or

19  in their way, they would just leave you alone, you

20  know.

21     Q    And so they -- So these were -- As far as

22  you know, they were men who worked there at the

23  plant -- at the popping plant?

24     A    As far as I know, yeah.

25     Q    Did they see you kids playing?

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

0024

1      A    Oh, sure.  Sure.
11:18
2      Q    Again, nobody ever asked you to leave
11:18
3   or --
11:18
4      A    Not that I ever recall.
11:18
5      Q    Did anybody ever express anything about
11:18
6   the dangers --
11:18
7      A    No.
8      Q    --. of the dust?
11:18
9      A    No.  No.  Not one person ever.
11:18
10     Q    Was this big room where the Zonolite piles
11:18
11  were, was this kind of open to the outside?  Was it
11:18
12  a --
11:19
13     A    Oh, no.  No.  Well -- No, it was in.  We'd
11:19
14  have to go through the doors or that, you know.
11:19
15     Q    And you guys just walked through?
11:19
16     A    Yeah, walked through.  Walked through --
11:19
17  get in there.
11:19
18     Q    Were the doors ever locked or --
11:19
19     A    Not that I remember, at that time.  No.
11:19
20     Q    Was there any fence around the facility
11:19
21  that you had to --
11:19
22     A    No, no.
11:19
23     Q    Okay.
11:19
24     A    No.
11:19
25     Q    And any -- Do you remember any signs or
11:19

0025

11:19  1    anything posted asking you not to play?

11:19  2        A    No.

11:19  3        Q    Okay.

11:19  4        A    No.  Like I said, I went down that road

11:19  5    many a times to visit my brother and stuff and that,

11:19  6    and, like I say, I don't remember ever seeing signs,

11:19  7    but, you know -- it's possible that -- you know, but

11:19  8    I don't think so.

11:19  9        Q    Yeah.  At that time in your life, you

11:20  10   were, I guess, let's say between ten and fourteen,

11:20  11   did you know what asbestos was?

11:20  12       A    No.

11:20  13       Q    Did you know if there was any asbestos in

11:20  14   the ore that was in the buildings?

11:20  15       A    No.

11:20  16       Q    Did you guys ever take matches or anything

11:20  17   and heat up the ore?

11:20  18       A    Oh, yes.  Many times.  Yes.

11:20  19       Q    What would happen?

11:20  20       A    Just watch it expand and that and pop up

11:20  21   and put it on -- If you build a little fire, put it

11:20  22   on something and watch it pop up, you know.  Oh,

11:20  23   yeah.

11:20  24       Q    Okay.

11:20  25       A    I think we even took it home and get it on

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

0026

11:20  1    the old wood stoves and stuff.

11:20  2        Q    Okay.

11:20  3        A    Just to watch it.

11:20  4        Q    So do you remember, did that facility down

11:20  5    on Lincoln Boulevard, did it have a name, that you

11:20  6    remember?

11:20  7        A    Not that I remember.  I don't remember if

11:20  8    there was a name on it or not.

11:21  9        Q    Okay.  What's there now, in that spot?

11:21  10       . A    Nothing.  That I know of.  Just a railroad

11:21  11   track goes right by there, up to the -- into the

11:21  12   mill there.  And that was there, too.  The railroad

11:21  13   track was there.  That's where they loaded the ore,

11:21  14   you know, at that time.

11:21  15       Q    Oh, from right there at the popping

11:21  16   facility?

11:21  17       A    Yeah.  Uh-huh.  At that time.

11:21  18       Q    Did you ever watch that happen?

11:21  19       A    No.  I never watched that happen, but

11:21  20   that's what it was.  And then years later they moved

11:21  21   down by the river down there.

11:21  22       Q    Was there any other facility for

11:21  23   vermiculite where you played as a child?

11:21  24       A    Oh, yes.  Then we used to go down here by

11:21  25   the river down here.  Just after you cross the

11:21

0027

11:21  1    overpass, you turn left down there, down to the --
11:21  2    Zonolite was down there then at that time.  They
11:22  3    would bring it down off the mountain and pop it down
11:22  4    there and stuff, and we would play in the bins down
11:22  5    there, too.
11:22  6        Q    Was that about the same period of time,
11:22  7    from age ten to fourteen?  Was that --
11:22  8        A    Be right in there, you know.  Up until I
11:22  9    was probably fifteen or so, you know.  Up in that
11:22  10   area.
11:22  11       Q    Okay.
11:22  12       A    We kind of quit going down there and
11:22  13   started going down to the other one, you know.  And
11:22  14   the swimming pool was close by down there.
11:22  15       Q    The one at Lincoln had the swimming pool
11:22  16   close by?
11:22  17       A    Yeah, down by the river.  Down by the
11:22  18   river there was a swimming pool down there by the
11:22  19   ball diamond.
11:22  20       Q    Okay.  So I don't want to get confused,
11:22  21   because I'm not very familiar with Libby.  Is the
11:22  22   one where the swimming pool was, is that the one on
11:22  23   Lincoln Boulevard?
11:22  24       A    No.
11:22  25       Q    The one down by the river is where you

0028

11:23    1    would swim in?

11:23    2        A    Yes.

11:23    3        Q    Okay.  I'm sorry.  I got confused.

11:23    4        A    Oh, okay.

11:23    5        Q    So that's close to the ball diamonds as

11:23    6    well?

11:23    7        A    The Zonolite?

11:23    8        Q    Yeah.

11:23    9        A    Yeah, just across the railroad tracks is

11:23    10   where the Zonolite facility was, across the railroad

11:23    11   tracks and back of the ball diamond.

11:23    12       Q    Is that facility still there?

11:23    13       A    Yes, but they are using it to -- I think

11:23    14   it's a mill in there now.  Some kind of a lumber

11:23    15   mill.  Yeah.

11:23    16       Q    We have a photograph, Mr. Larson, that is

11:23    17   Plaintiff's Exhibit 1-40.  And you can see it on the

11:23    18   screen or you can look at the photo.  Whichever is

11:23    19   easier for you.  Can you tell us what this

11:23    20   photograph represents.

11:23    21       A    Yeah, that's the Zonolite down here by the

11:23    22   river, down here.  That's where they brought the ore

11:23    23   down to and popped it in the popping building back

11:23    24   there.  That building -- Let's see, this one here,

11:23    25   that wasn't there.  That building there wasn't there

11:24

```
0035
         1    warnings ever given to you?
11:30
         2         A    None that I can recall, ever.
11:30
         3         Q    Are there other times or periods in your
11:30
         4    life when you've been around, let's say, the
11:30
         5    vermiculite ore, from Zonolite, specifically?
11:30
         6         A    Yes, my home up on 516 Poplar there in
11:30
         7    '59, we insulated with six inches of the popped
11:30
         8    upstairs in it, in the attic, and I lived there for
11:31
         9    20 years with it.
11:31
        10         Q    From '59 'til -- '79 then?
11:31
        11         A    Until '79.
11:31
        12         Q    Approximately?
11:31
        13         A    Yeah.
11:31
        14         Q    So in '59 -- Were you born in '46?
11:31
        15         A    '36.
11:31
        16         Q    '36, I meant.  So you were 23,
11:31
        17    approximately?
11:31
        18         A    Uh-huh.
11:31
        19         Q    Were you married then?
11:31
        20         A    Yes.
11:31
        21         Q    Okay.  And was that a house that you
11:31
        22    owned?
11:31
        23         A    Yes, I was buying it at the time.  Uh-huh.
11:31
        24         Q    And how did you come about insulating it
11:31
        25    with Zonolite ore?
11:31
```

0036

11:31    1       A    Well, my brother-in-law worked up -- down

11:31    2    at the Zonolite down there, and --

11:31    3       Q    What was his name?

11:31    4       A    Ruben Fellenberg.  And I had to insulate

11:31    5    with something, and he got me the ore.

11:31    6       Q    Did you build the house?

11:31    7       A    No.  Huh-uh.  It was -- It was already

11:31    8    built and I just bought it.  I bought --

11:31    9       Q    And you felt it needed some insulation?

11:31    10       A    It need insulation.

11:32    11       Q    In the walls or ceiling --

11:32    12       A    Ceiling.  On the ceiling part.  And then a

11:32    13    lot of it went down into the walls, but -- I put

11:32    14    completely six inches right to the top of the -- you

11:32    15    know, to --

11:32    16       Q    Top of the joists?

11:32    17       A    Joists, yeah.

11:32    18       Q    Do you remember, was there anything else

11:32    19    up there by way of insulation when you were up

11:32    20    there?

11:32    21       A    Not until I put it in.  I did put a -- on

11:32    22    the ceiling part, I put fiberglass, but otherwise it

11:32    23    was all Zonolite.  Nothing else.

         24       Q    Okay.
         25       A    There wasn't nothing.
11:32

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

0037

```
11:32   1       Q    And Ruben, you said -- Did you go get the
11:32   2    Zonolite yourself or --
11:32   3       A    No, Ruben brought it to me.
11:32   4       Q    Was he a pretty close friend of yours?
11:32   5       A    Yeah, he's my brother-in-law.
11:32   6       Q    Did you spend a lot of time together?
11:32   7       A    Oh, yes.  Years and years.  Yeah.
11:32   8       Q    Is he still here in Libby?
11:32   9       A    Yes, he's still here in Libby, huh-uh.
11:32  10       Q    Okay.  What was the ore like when he
11:33  11    brought it to you?
11:33  12       A    Popped in bags.
11:33  13       Q    Okay.
       14       A    Yeah, it was in bags.
11:33  15       Q    And who put it in upstairs?
11:33  16       A    I did.
11:33  17       Q    All right.  Did you wear a respirator or
11:33  18    anything when you --
11:33  19       A    No.
11:33  20       Q    Did you pour it out of the bags and --
11:33  21       A    Poured it out of the bags and leveled it
11:33  22    up, you know, as I'd come through the ceiling and --
11:33  23       Q    Was this what you would call an attic
11:33  24    or --
11:33  25       A    Attic.
11:33
```

HEDMAN, ASA & GILMAN REPORTING, INC - 752-5751
PO BOX 394 -- KALISPELL, MONTANA

0038

11:33    1       Q    Okay.

11:33    2       A    It had a few boards down and stuff, and

11:33    3   I'd store stuff up there, you know, and that. But

11:33    4   otherwise, it was just open Zonolite and -- the

11:33    5   floor joists -- the roof joists.

11:33    6       Q    So you stored stuff up there.  So over the

11:33    7   years that you lived in that house, twenty years,

11:33    8   were you up and down from that attic?

11:33    9       A    Oh, yes.  Many times.  Many times.  Over

11:33   10  the years, the Zonolite would come down through the

11:33   11  light fixtures once in a while, you know, with

11:34   12  vibration, I guess, and that.  You would have to

11:34   13  clean the shades out and stuff.

11:34   14      Q    Okay.

11:34   15      A    Like I say -- So it was -- It was in there

11:34   16  from, like I say, probably twenty years, or close to

11:34   17  it.

11:34   18      Q    Okay.  And again, did you receive any

11:34   19  warnings from anybody --

11:34   20      A    No.

11:34   21      Q    -- regarding using the Zonolite in your

11:34   22  home?

11:34   23      A    Nope.  Nope.  Nobody said nothing.

11:34   24      Q    Do you remember on the bags of Zonolite

11:34   25  whether there were any warnings?  I understand this

0039

11:34    1    was a long time ago.

11:34    2         A    I don't remember if there was or not.  No.

11:34    3         Q    Did you know that the ore that you were

11:34    4    using in your ceiling may have contained asbestos?

11:35    5         A ·  No.  Nobody ever said a word about

11:35    6    something like that.

11:35    7         Q    Do you know, Mr. Larson -- Are you all

11:35    8    right?  Do you need to take a break?

11:35    9         A    I'm fine right now for a bit.

11:35    10    ·    Q    All right.  You let me know if you would

11:35    11    like to rest or --

11:35    12         A    Okay.

11:35    13         Q    Do you know whether you have had any other

11:35    14    exposure -- let's say -- let's say not to asbestos

11:35    15    at this point, but to Zonolite products, during the

11:35    16    course of your life?

11:35    17         A    Did I have?

11:35    18         Q    Yeah, other than what we have already

11:35    19    talked about.

11:35    20         A    Well, the only other that I can recall

11:35    21    would be, we used to go up the Zonolite hill up

11:35    22    towards the mine, and there was some old cabins

11:35    23    there and that, and we would go up there and catch

11:35    24    chipmunks and stuff and play up there.  You know,

11:35    25    we'd run them around the building and trap them and

0040

11:35    1    catch chipmunks and play with them and that.

11:36    2           And then there was places -- Oh, I can

11:36    3    remember Zonolite trucks -- I guess they tipped over

11:36    4    or something.  There would be a few piles of

11:36    5    Zonolite here and there.  I can remember playing in

11:36    6    them, you know, a little.  Different things like

11:36    7    that.  And in those cabins and stuff.

11:36    8           Q    Now, when you say Zonolite road, where

11:36    9    exactly were you talking about?

11:36    10          A    Going up to the mine itself, about -- It's

11:36    11    about four or five miles out here.

11:36    12          Q    Was this when you were a child?

11:36    13          A    This was when I was a child, yeah.

11:36    14          Q    So occasionally right along the road or

11:36    15    where would these piles of ore be?

11:36    16          A    Be along the road and stuff, uh-huh.

11:36    17          Q    Okay.

11:36    18          A    Yeah.

11:36    19          Q    Anything else -- You said you spent a lot

11:36    20    of time with Ruben --

11:36    21          A    Ruben.
         22          Q    -- Ruben Fellenberg?

11:36    23          A    Yeah.    Lots of time with Ruben.

11:36    24          Q    Do you happen to know when he started

11:36    25    working at Zonolite?

0048

| | | |
|---|---|---|
| 11:46 | 1 | Q    As far as specific -- I mean, what about |
| 11:46 | 2 | your lungs has gotten worse since you quit? |
| 11:46 | 3 | A    Well, I just -- I just can't function. |
| 11:46 | 4 | I can't -- I just can't do nothing.  They are just |
| 11:46 | 5 | getting bad.  And -- |
| 11:46 | 6 | Q    Well, I see that you're on -- that you're |
| 11:46 | 7 | on oxygen as you're here with us today. |
| 11:46 | 8 | A    Uh-huh. |
| 11:46 | 9 | Q    Are you on oxygen all the time? |
| 11:46 | 10 | A    Yeah, 24 hours. |
| 11:46 | 11 | Q    When did you start with the oxygen? |
| 11:46 | 12 | A    Just this here last year. |
| 11:46 | 13 | Q    Okay.  So that wasn't something that -- |
| 11:46 | 14 | You weren't put on oxygen back in '92? |
| 11:46 | 15 | A    No.  No.  I just started here in the |
| 11:46 | 16 | last -- last year.  This last year.  But it was |
| 11:46 | 17 | getting to -- I just couldn't do nothing.  I can't |
| 11:46 | 18 | do nothing. |
| 11:47 | 19 | Q    Because of shortness of breath? |
| 11:47 | 20 | A    Shortness of breath, yeah. |
| 11:47 | 21 | Q    Let's talk about your condition now.  Is |
| 11:47 | 22 | the Raynaud's syndrome something that's still |
| 11:47 | 23 | limiting you? |
| 11:47 | 24 | A    Oh, no, I -- I've learned how to live with |
| 11:47 | 25 | that pretty much.  You know, I mean -- It will |

0049

11:47  1    still, if I get under, you know, like, real cold

11:47  2    water, real cold and that, the hands will tingle and

11:47  3    get numb and stuff.  Once in a while my feet will go

11:47  4    to sleep or the hands and everything.  But I've

11:47  5    learned pretty well how to live with that over all

11:47  6    this time, you know.

11:47  7        Q    What about your heart problem?  Now, you

11:47  8    said you had to have surgery in '92.  How has that

11:47  9    been since?

11:47  10    A    It has been good, the heart problem, all

11:47  11   except for in '95 I had to have a stint put in.  And

11:47  12   then I've -- I've had no problems since with that.

11:48  13       Q    Do you still take medication for your

11:48  14   heart?

11:48  15   A    I still take that, uh-huh.  Yeah.  I've

11:48  16   had no problems since with that.  Just --

11:48  17       Q    All right.  So then let's talk -- And your

11:48  18   knee is okay?  That's --

11:48  19   A    My knee is fine.

11:48  20       Q    Let's talk about your lungs, then.  You

11:48  21   said -- I think you said it was around '92 when you

11:48  22   learned that you had -- apparently learned that you

11:48  23   had emphysema?

11:48  24   A    Yes.

11:48  25       Q    Did there come a time then when you had a

0050

11:48    1    diagnosis of asbestosis?

11:48    2        A    Yes, Dr. Whitehouse in Spokane said that I

11:48    3    had signs of it, and -- and then I think it was just

11:48    4    a -- last year or whenever it was, the Veteran's

11:49    5    doctor there asked me if I worked in the mine.  And

11:49    6    I said, No, I've never worked in the mine.  I said,

11:49    7    I used to play in it as a kid.  And he says, And

11:49    8    they never told you nothing neither, did they.  And

11:49    9    I said, No.  And that's when he told me that

11:49    10   asbestosis showed up on the x-rays there.

11:49    11       Q    Okay.

         12       A    But that's the first I learned about it,

11:49    13   you know.

11:49    14       Q    And you haven't smoked since 1992?

11:49    15       A    I have never smoked a cigarette since '92.

11:49    16       Q    You talked a little bit about this, but I

11:49    17   would like to have you go into a little bit more

11:49    18   detail about your lung condition today.  I think you

11:49    19   said you're using oxygen all the time?

11:49    20       A    Right.

11:49    21       Q    How well can you move around?

11:49    22       A    Not very well.  Some days I can't even

11:49    23   wash my own little bit of hair I got or even take a

11:49    24   shower.  You know, some days it's tough to walk to

11:50    25   the bathroom, I mean.  It just -- I just ain't got

11:50

0051

11:50   1   no wind.

11:50   2        Q    Even with the oxygen?

11:50   3        A    Even with the oxygen.  Yeah.  It's pretty

11:50   4   well gone.  Yeah.

11:50   5        Q    Okay.  And this has gotten worse you

11:50   6   said --

11:50   7        A    Oh, it has gotten way worse since '92.

11:50   8   It's no comparison.  It's way worse.

11:50   9        Q    Because you weren't on oxygen at all in

11:50   10   '92 or up until --

11:50   11        A    No, no.  And I could -- Back then I could

11:50   12   move around, you know, and I could do a few things,

11:50   13   you know, and stuff.  Ain't like that no more.

11:50   14        Q    What's your understanding -- And I know

11:50   15   you're not a doctor, but what's your own

11:50   16   understanding of the cause of your shortness of

11:50   17   breath?

11:50   18        A    It's a combination of the emphysema and

11:51   19   the asbestosis, you know -- just a combination of

11:51   20   everything, I guess.

11:51   21        Q    And how does that affect you in your daily

11:51   22   life?  I mean, tell us about some of the things

11:51   23   perhaps that you used to enjoy doing.

11:51   24        A    Oh, it's just about put me to a stand

11:51   25   still.  Me and my wife, we used to just love to get

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

0052

11:51   1    out and fish and camp and go mushrooming and hunting

11:51   2    and everything we could do.  And take the grandkids

11:51   3    out and the kids out fishing and camping.

11:51   4         About all I can do now is, I bought a boat

11:51   5    a few years back because I had to quit fishing in

11:51   6    the creeks.  I couldn't make it up and down the

11:51   7    banks or -- I would get too short of breath.  So I

11:51   8    thought, well, maybe if I got a boat, I could at

11:51   9    least sit in the boat and stuff.

11:51   10        Well, that went on for -- about one year

11:51   11   that I could, you know.  And now I take it up there

11:52   12   and watch the kids go out and everybody go out

11:52   13   fishing and I sit and watch, because I can't walk

11:52   14   over the bank or walk over to the bank to watch.

11:52   15   You know, it just -- It just put me to a stand

11:52   16   still.  Just about what it's done.

11:52   17        Q    How old did you say you are, Mr. Larson?

11:52   18        A    I'm 62 years old.  Just turned 62 in

11:52   19   November.

11:52   20        Q    Anything else that you and Joyce used to

11:52   21   enjoy doing?  You said you enjoyed camping, anything

11:52   22   like that.  Can you do it at all anymore?

11:52   23        A    Not really, no.  I -- We can't -- I can't

11:52   24   take the oxygen and I got to take the treatments and

11:52   25   everything and -- I just can't -- I don't -- I just

0053

11:53  1    can't do it anymore, at all.  And then anything

11:53  2    that's got to be done, she -- that's what hurts

11:53  3    me -- probably hurts me worse than anything, to have

11:53  4    to have her do it all.

11:53  5         Q    You mean Joyce?

11:53  6         A    Yeah, Joyce.

11:53  7         Q    Like what kind of things?

11:53  8         A    Anything.  Anything.  With the camper or

11:53  9    the boat or loading it or checking the oil or -- you

11:53  10   know, anything.  Just everything.

11:53  11        Q    Does that -- I'm sorry, go ahead.

11:53  12        A    I'm just -- That tears me up.

11:53  13        Q    It bothers you that --

11:53  14        A.   Uh-huh.

11:53  15        Q    Are you on any -- You said you had some

11:53  16   treatments.  What kind of treatments are you

11:53  17   referring to?

11:53  18        A    Nebulizer.

11:53  19        Q    Nebulizer?

11:53  20        A    Nebulizer and uppers.

11:53  21        Q    And what are those for?

11:53  22        A    For my lungs.

11:54  23        Q    How often do you have to take that

11:54  24   treatment?

11:54  25        A    Every three to four hours.  It's getting

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

0054

11:54    1    on to that time here.  Have to take a break here

11:54    2    pretty soon.

11:54    3        Q    Okay.  Well, let's -- It's almost noon,

11:54    4    but I'm almost done.  I only have about maybe five

11:54    5    more questions for you.

11:54    6        A    Okay.

11:54    7        Q    So, I mean, then we can talk about whether

11:54    8    you need to take a rest.  What kind of medications

11:54    9    are you on, other than the nebulizer at this point?

11:54    10        A    Oh, I'm on Prednisone.

11:54    11        Q    And what is that for?

11:54    12        A    For my lungs.

11:54    13        Q    For your lungs?

11:54    14        A    Yeah.  And Traza -- Well, I brought a list

11:54    15    of it, so I -- because I can't remember.

11:54    16        Q    Okay.  You can --

11:54    17        A    Can I refer to this?

11:54    18        Q    Sure.

11:54    19        A    Trazodone, I guess that's how you --

11:54    20        Q    Trazodone?  What is that for?

11:55    21        A    That's for the nerves and -- You know.

11:55    22    And I'm on oxygen, Tranzodone, Prednisone, and --

11:55    23    (Pause.)

11:55    24        Q    You can spell it --

11:55    25        A    Serivent (phonetic)?  I can't -- A lot of

11:55

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

```
0055
      1    it, I can't even read the writing.  I don't know how
11:55
      2    you would pronounce the others.
11:55
      3         Q    Are you on any medication for your heart?
11:55
      4         A    Yes.  I take nitroglycerin.
11:55
      5         Q    And do you use any kind of inhalers for
11:55
      6    your lungs?
11:55
      7         A    Yes, I got inhalers.
11:55
      8         Q    Have you been -- We're talking about your
11:55
      9    lung condition.  Have you been in and out of the
11:55
     10    hospital in the last -- let's say, in the last two
11:56
     11    years for shortness of breath?
11:56
     12         A    Yes.  Probably seven, eight times.
11:56
     13         Q    Here in Libby, or do you --
11:56
     14         A    Well, between Libby and the Veteran's
11:56
     15    hospital.  I spent two and a half months in the Care
11:56
     16    Center at the Veteran's hospital last year on
11:56
     17    account of my bones are getting so bad from the
11:56
     18    Prednisone.
11:56
     19         Q    What do you mean by getting bad?  What's
11:56
     20    happening?
11:56
     21         A    Thinning.  Getting thin and they fracture.
11:56
     22    And I would sneeze or cough and they would fracture.
11:56
     23    And then --
11:56
     24         Q    And that is from the Prednisone?
11:56
     25         A    That's from the Prednisone.
11:56
```

0056

11:56 1    Q    And Prednisone, why do you take

11:56 2    Prednisone?

11:56 3    A    For the lungs.

11:56 4    Q    For the lungs?

11:56 5    A    Yeah, for the lungs.

11:56 6    Q    Okay.  Don't crinkle that, please.  I'm

11:56 7    going to ask you not to crinkle that paper again.

11:56 8    A    Oh, okay.

11:57 9    Q    Nervous habit.  So when you go into the

11:57 10   hospital, what precipitates you having to go into

11:57 11   the hospital?

11:57 12   A    What makes me go?

11:57 13   Q    Yeah.

11:57 14   A    Just ain't breathing no more.  They have

11:57 15   just got to get me going again.

11:57 16   Q    How does that feel?

11:57 17   A    Oh, boy.  It's scary.  I mean, it's -- I

11:57 18   mean, it's terrible.  I'm just not breathing.  The

11:57 19   last time -- Second to the last time here, they were

11:57 20   pretty worried about me that time.

11:57 21   Q    What brings it on?

11:57 22   A    Just comes on.  Just no function left.

11:57 23   Last time they said I had 10 percent functioning in

11:57 24   my lungs left, so -- And then the last month they

11:57 25   said that even dropped some over there.  I was over

11:57

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394 -- KALISPELL, MONTANA

0057

1   last Tuesday and they put me on the tester, and then

2   -- a month before that I was in the hospital there

3   six days and they run all these tests and put me in

4   the machines and all this, and then they put me on

5   the machine when I was there this last time, they

6   said it dropped this last time.

7       Q    What had dropped?

8       A    My function.

9       Q    Your lung --

10      A    Yeah, my lung expansion and function.

11      Q    What's your understanding, Mr. Larson, as

12  to whether there is any cure for your lung

13  conditions?

14      A    No, there is no cure.  And they told me

15  that they couldn't give me new lungs and that on

16  account of my -- I just couldn't take it, the

17  surgery.  Just like my back, the bones fracturing

18  and stuff, that they couldn't even put -- They said

19  that some people they could put steel in it or

20  something to hold it, you know, brace it, and they

21  said they couldn't do that with me.  Feed me pain

22  pills.

23      Q    And you had a fracture in your back, you

24  said?

25      A    I had three fractures.  I had one at a

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

11:58 (repeated for lines 1-21)
11:59 (repeated for lines 22-25)

0058

11:59   1    time, but they was -- It was all within a month that

11:59   2    they fractured.

11:59   3         Q    And what brought those on?

11:59   4         A    Just sneezing and coughing.

11:59   5         Q    And that's because of the condition of

11:59   6    your bones being weakened?

11:59   7         A    Yes, from the Prednisone.

11:59   8         Q    I have just a couple more questions for

11:59   9    you that I want to cover, and I would like to ask

11:59   10   you a little bit about your relationship with Joyce,

11:59   11   your wife.  When did you say the two of you got

11:59   12   married?

11:59   13        A    Got married?

11:59   14        Q    Yeah.

11:59   15        A    1980.

11:59   16        Q    Okay.  Can you tell us a little bit about

11:59   17   that relationship?

11:59   18        A    Oh, yeah.  We -- It has been a great one.

11:59   19   We're good friends.  Been good friends.

11:59   20        Q    Have you been happy together?

11:59   21        A    Oh, yeah.  Loved to do things with her

11:59   22   and, you know, the kids.  Everything.  But -- It's

11:59   23   not possible to do too much anymore.

12:00   24        Q    As far as -- Because you said you used to

12:00   25   enjoy camping and fishing?

12:00

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

```
0061
12:02   1   reason in the world, I don't know why, but she --
12:02   2   about a half hour later she come and I was sitting
12:02   3   in the boat and they got me out and brought me into
12:03   4   the hospital.
12:03   5       Q    That was for a back --
12:03   6       A    That was for my back and lungs again.
12:03   7   I wouldn't breathe it hurt so bad, you know, from
12:03   8   the fracture.
12:03   9       Q    So as far as you needing help now with
12:03   10  your day-to-day life, is Joyce there now to help you
12:03   11  with what you need?
12:03   12      A    Yes, she is.  Yes, that's what hurts.
12:03   13  She's got to do pretty near everything.  Not pretty
12:03   14  near, everything.  Or the kids, you know.
12:03   15      Q    Yeah, or your kids.
12:03   16           MS. BIBY:  I don't have any more
12:03   17  questions for you, Mr. Larson.  Unless I may have a
12:03   18  few follow-ups.  But I'm sure Mr. Graham will have
12:03   19  some questions to ask you.  And we can take a break
12:03   20  now, if you would like.
12:03   21           THE DEPONENT:  Can we take a
12:03   22  break?
12:03   23           MR. GRAHAM:  Sure.
12:42   24           (A recess was held in the proceedings.)
        25  ////
```

HEDMAN, ASA & GILMAN REPORTING, INC - 752-5751
PO BOX 394 -- KALISPELL, MONTANA