1

1          IN THE DISTRICT COURT OF THE NINETEENTH

2         JUDICIAL DISTRICT OF THE STATE OF MONTANA

3           IN AND FOR THE COUNTY OF LINCOLN

4

5  ROBERT J. WILKES and M. JEAN    )
    WILKES, husband and wife,       ) Cause No. DV-96-60
                                )

6          Plaintiffs,          )
                                )

7      vs                     )
                                )

8  W.R. GRACE & CO.-Conn, a      )
    Connecticut corporation, and    )

9  DOES I-IV,              )
                                )

10         Defendants.         )
   _____)

11

12

13               VIDEO DEPOSITION

14                  OF

15           ROBERT J. WILKES

16       (On Behalf of the Plaintiffs)

17

18

19      Taken at the home of Robert J. Wilkes
           316 Dome Mountain Avenue

20            Libby, Montana
        Wednesday, December 15, 1999

21            2:30 p.m.

22

23

24

25    Reported by Debra M. Hedman, RPR, RMR, and Notary
    Public for the State of Montana, Flathead County.

14

1    significant jobs before you -- between the time that

2    you worked at the mine and before you went to work

3    at Zonolite?

4        A    No, I was just cutting wood.  A few fence

5    posts in that, too.

6        Q    Okay.  Do you remember how long you worked

7    at Zonolite?

8        A    Probably two and a half years.  That's

9    down on the bottom and up on top both.

10       Q    Do you remember when you left Zonolite,

11   the year approximately?

12       A    About 1946, '47.

13       Q    Can you sort of summarize the work that

14   you did after you left Zonolite in 1946?

15       A    I started driving dump truck.  When I

16   worked for Zonolite that's what I did.  And then I

17   kind of liked the dump truck so I stayed on them as

18   much as I could.

19       Q    And what kinds of outfits did you drive

20   dump truck for?

21       A    Well, Russell Deist, he had just one dump

22   truck and I hauled rip-rap up on the river up at

23   Rexford.  That was just a short job.  I just --

24       Q    Did you ever drive logging trucks?

25       A    Oh, yeah.  A lot of it.

1      A    Yeah, on Payne Machinery.

2      Q    What happened there?

3      A    Lost a finger.

4      Q    Do you remember when that was, roughly?

5      A    About '76.

6      Q    All right.  How about any other injuries?

7  Did you ever suffer any other injuries?

8      A    When I worked for Bushman I ruined my

9  neck.

10     Q    When was that?

11     A    In '88.

12     Q    Did you go back to work after that neck

13  injury?

14     A    No.

15     Q    So is the neck injury what caused you to

16  retire?

17     A    That's right.

18     Q    Do you recall how old you were when that

19  happened?

20     A    No, I really don't.  I didn't keep track

21  of my age.

22     Q    Okay.  I'd like to address now the jobs

23  that you worked when you were up at Zonolite

24  specifically.  Do you remember what your first job

25  was when you worked at Zonolite?

1    A    For W.R. Grace or for Bill Blue?

2    Q    When you worked at Zonolite, the first

3    work that you did that took you up there.

4    A    I went right out on a dump truck.

5    Q.    Now you mentioned Billy Blue?

6    A    That was down below at the transfer bin.

7    That was before I went up there.

8    Q    Now, was Billy Blue a part of Zonolite or

9    what was that relationship?

10    A    As far as I know, he was.  He had a

11    contract with them to haul the ore from the transfer

12    bins to the siding here in Libby.

13    Q    When you worked for Billy Blue did you

14    ever make any other trips except for Zonolite?

15    A    No.

16    Q    What was the -- You know, you mentioned

17    that you hauled ore to town.  What did -- Did you

18    start in town with an empty truck and then go --

19    A    Yeah.  Right.

20    Q    Okay.  Where on the hill did you go to

21    pick up your load?

22    A    Oh, when we started up Rainey Creek, I

23    would say close to two and a half miles up there, or

24    three.

25    Q    But it was at or near the mine and mill?

1    Up in that area?

2    A    It was down below the mill.

3    Q    How far down from the mill would you say?

4    A    Straight across.  Not too far.  Fifteen

5    hundred feet probably.

6    Q    I'm going to show you this photo.  It's

7    Exhibit 1-31.  Would you take a look at that and see

8    if that describes --

9    A    That's --

10    Q    Let's hold it up a little.  Is that where

11    you went to pick up the ore?

12    A    Yeah.  I came in this way and in there and

13    down another road and down off the mountain

14    (indicating).

15    Q    How about this?  Does this accurately

16    depict it, too?  That's Exhibit 2-83?

17    A    Yeah.

18    Q    Okay.  Let's hold it up and make sure we

19    get a shot.  Using those photos can you describe

20    what the process was when you were driving for Billy

21    Blue to pick up your load?

22    A    Well, you pulled in under there, and you

23    can't see them in the picture, but there is a chute

24    for each bin that the ore is dumped in from the skip

25    up above.

1    A    Yeah, whichever spot that you -- if you

2    had the order to get out of the first one or second

3.   one or third one, and depended on what grade of ore

4    they wanted down there -- downtown.

5    Q    How long did it usually take for the truck

6    to fill?

7    A    Probably twenty minutes.  Fifteen to

8    twenty minutes.

9    Q    Now, did you just open the chute?

10   A    Opened it, let the ore go in there and --

11   it built up to the chute and then you would shut it

12   off and kick it around and open it up again, and --

13   Q    Was that a dusty job?

14   A    Quite dusty, yeah.  You couldn't see

15   sometimes.

16   Q    Now, were you -- How did you shut the ore

17   off?

18   A    Just pulled the -- Pushed the chute -- the

19   hopper, on the bottom of that chute there, that just

20   pulls it off.

21   Q    And where was the dust coming from at that

22   point?

23.  A    From out of there?

24   Q    Yeah.

25   A    It was when it hit the bed of the truck or

1    the dump box.  It would just billow up around you.

2         Q    And where were you standing at that point?

3         A    Sometimes I would stay on the outside

4    until it got full to where I had to get in there and

5    kick it around, and then I got in there and I kicked

6    the ore around to get it away from the chute to fill

7    the box full up.

8         Q    And did you just do the chute one time and

9    fill it or did it take you a couple times?

10        A    Well, it took two or three times to do

11   that.

12        Q    Why was that?

13        A    Because you had to get it in there and

14   push it back away or it just wouldn't fill up.

15        Q    How would you describe the dust?

16        A    Very bad.  It -- It's kind of hard to tell

17   how thick it was.  It was so thick it would knock

18   the lights out.  You couldn't even see the light

19   burning.

20        Q    This photo here, Exhibit 1-31, that seems

21   to show that the entire area was covered.  Do you

22   remember any ventilation?

23        A    In here (indicating)?

24        Q    Yes?

25        A    None.  The only ventilation was with the

22

1    air through where you drove the truck in. That's

2    the only thing there was.

3        Q    Do you remember whether the dust ever

4    varied depending upon certain conditions?

5        A    There was dust all the time. If you was

6    hauling the coarse ore, the heavy stuff, there

7    wasn't so much dust there. But then if you got in

8    there and was taking the finer stuff down or loading

9    out there, it was terrific. It was dust -- you was

10   just loading dust. That's all there was.

11       Q    And how could you tell what grade of ore

12   it was?

13       A    Well, each chute was marked; one, two,

14   three, four, five, and six.

15       Q    And were you always able to drive right up

16   and fill your load?

17       A    Sometimes I would have to wait for another

18   truck to get out of my way.

19       Q    And where would you wait?

20       A    Back beyond it, on the back side -- Let's

21   see, I would wait out here, out in the road. And

22   the truck that was loading, he would go on through,

23   and --

24       Q    Was it only dusty when you were loading?

25       A    Not necessarily. If they were dumping ore

23

1   in the top up there, why, dust was coming out them

2   windows up on the top.

3        Q    I'm sorry, can you show that again?

4        A    Coming out them top windows there and it

5   would just come out there and fall down over you.

6        Q    The dust was coming out of the windows?

7        A    Yeah, there was no windows in there.  Just

8   vent holes is what they were.

9        Q    How many loads did you usually haul each

10  day?

11       A    If I recall, it was eight or nine loads

12  that you were -- that you had to haul in.  That was

13  ten yards or so on a load.

14       Q    You mentioned that sometimes you had to

15  wait behind a truck that was filling its load.  How

16  many times per day do you think that happened?

17       A    Probably once.  Probably once a week.

18       Q    Did you ever do anything to protect

19  yourself from being around so much dust when you

20  were filling the ore?

21       A    I just tried to put them -- little paper

22  mask on my face and it didn't do a bit of good.

23       Q    What happened when you went to town with

24  your load?

25       A    Well, it depended on what ore you was

24

1    hauling, you had to cover it.  If it was the coarse

2    stuff you didn't have to cover it with a tarp.  If

3    it was the fine stuff you had to tie it down pretty

4    tight.

5         Q    And why was that?

6         A    Because the wind would just blow it off.

7    It was just dust.

8         Q    What happened when you got into town?

9         A    You would back into -- You drove on the

10   scales and then you backed off of the scales up onto

11   the ramp.

12        Q    Where were you delivering to?

13        A    Into Libby.  There by the -- Where the

14   overpass is now in Libby.

15        Q    Was it a Grace facility?

16        A    Oh, yeah.

17        Q    Or excuse me, a Zonolite facility?

18        A    (Deponent shakes head.)

19        Q    Was this also a Zonolite facility?

20        A    Yep.

21        Q    Did you ever have any interaction with

22   employees from Zonolite?

23        A    With any what?

24        Q    With any employees or supervisors from

25   Zonolite?  Were there people at the place --

1        A    At this (indicating)?

2        Q   -- where you loaded?

3        A    No.

4        Q    Were there people in town that worked for

5    Zonolite?

6        A    Yes.  Uh-huh.  There was.  The guy on the

7    skip -- Yeah, up on the skip house there, but the

8    one guy on the scales weighing it and -- because you

9    weighed in and then when you unloaded you weighed

10   out, on account of gasoline that you burned.

11       Q    Were you in your truck when you unloaded?

12       A    Part of the time.

13       Q    When would you be out of the truck?

14       A    When I would walk back there to see

15   whether all the ore has fell out or went out or shut

16   the tailgate before I pulled down off of there and

17   stuff like that.  Just something that you had to do

18   when you were hauling a truck for them.

19       Q    Was that a dusty job?  Unloading?

20       A    Yeah.  Just as much dust up there as there

21   was up on top.

22       Q    Were you in an enclosed area when you were

23   unloading?

24       A    No.  Just a roof over it.

25       Q    Any of them?  How long did it usually take

1    for you to dump the load?

2        A    I don't know.  Three to five minutes.

3        Q    When you worked for Billy Blue and were

4    driving that route between town and the lower ore

5    bins, do you remember whether you kept your windows

6    up or down?

7        A    Well, in the summertime you drove with

8    them down; in the wintertime you had them up with

9    the heater on.

10        Q    Do you remember whether dust got in your

11    truck?

12        A    Oh, lots of it.

13        Q    How do you remember that?

14        A    A lot of times I would have to wipe the

15    windshield on the inside to see before I could leave

16    up there.  It would just -- Sometimes when I would

17    go in there, I would forget to roll the window up or

18    maybe I left a door open, and it would just fill

19    that cab full of dust.

20        Q    Did it ever cause any maintenance problems

21    for your truck?

22        A    Some.

23        Q    What kinds of things do you remember?

24        A    Ignition switches and light switches and

25    starter buttons.  Anything electrical that it could

27

1    get in, that dust would get in there and insulate it

2    and it wouldn't work.

3        Q    You mentioned that when you had a paper

4    mask -- When you were loading the ore?

5        A    Yeah.

6        Q    Where did you get that?

7        A    Hargraves Drug Store.

8        Q    How is it that you started to wear that

9    mask?

10       A    I was trying to keep from breathing in so

11   much dust.  You would breathe that dust in and

12   before you got loaded, why, you were spitting mud

13   balls.

14       Q    Did you know what was in the dust?

15       A    No.

16       Q    Did you know what you were loading?

17       A.   I knew what I was loading, yes, but I

18   didn't know what it was.  But you know, at that

19   time, no, I didn't know nothing.

20       Q    What did you refer to your loads as?  You

21   hauled -- Fill in the blank.

22       A    Do what now?

23       Q    If I were to ask you what you used to haul

24   when you drove for Billy Blue, what would you tell

25   people that you hauled?  What did you refer to --

29

1   unloading the ore?

2        A    No.

3        Q    Did you ever use them at another time when

4   you were driving?

5        A    No.

6        Q    How long would you say that -- when you

7   were wearing the mask, that you wore it, did you

8   wear it from the time you got out of your truck or

9   just opened the chute or how would you describe it?

10       A    Put it on just as we got ready to load.

11   Then it would get -- You couldn't breathe, so I

12   would take the stupid thing off to get more air, and

13   finally I just quit wearing them.

14       Q    Did you ever have any protective equipment

15   while you were doing that job?

16       A    No.

17       Q    Did anyone ever tell you that you should

18   wear the mask?

19       A    No.

20       Q    Do you remember how long you did that job

21   where you hauled from Zonolite for Billy Blue?

22       A    Probably two years.

23       Q    Then what happened?

24       A    Well, they were in the process of moving

25   their transfer bins up the river, running across the

1    river on a belt.  And the only reason I hauled any

2    ore at all into town was to keep the popping plant

3    going.  The expanding -- They had to expand the ore

4    and put it in baggage, you know, and put it in

5    railroad cars and send it all over the United

6    States.

7        Q    And so what effect did that have on your

8    job with Billy Blue?

9        A    Well, it put me out of a job and they more

10   or less just transferred me up on the hill up there.

11       Q    Did you continue to work for Billy Blue?

12       A    No.  W.R. Grace.

13       Q    Did you work for Zonolite?

14       A    Yeah, Zonolite then.  Vermiculite.

15       Q    So you were hired by Zonolite?

16       A    Yeah.  Right.

17       Q    How big was the gap in between the time

18   that you work for Billy Blue and W.R. Grace?

19       A    One day probably.  Or maybe -- I drove

20   days up there at the mine and I drove nights --

21   straight nights down here for Blue.

22       Q    What did you do when you started working

23   for Zonolite directly?

24       A    Drove dump truck.

25       Q    Where was that?

31

1    A    Up in the pit.

2    Q    And what did that job entail?

3    A    It was what?

4    Q    What did you do when you drove dump truck

5    and worked in the pit?

6    A    You backed into the shovel and they loaded

7    you and you hauled it down.  If it was ore you took

8    it down to the mill and dumped it into the hopper

9    there, and that would take quite some time sometimes

10   because you would have to take a sledge hammer and

11   break up them big chunks that wouldn't go through

12   the grading.

13   Q    Do you remember whether it was a dusty job

14   when you were driving?

15   A    Up in the pit it was terrible.  It was

16   terrific up there.

17   Q    Can you describe the dust that you

18   remember?

19   A    Well, when you stick your head in the

20   flour sack and bang both sides, let's you know how

21   dusty it is.

22   Q    Was it when you were being loaded or when

23   you were dumping or driving?

24   A    Backing in and driving out both.  They had

25   the exhausts on them trucks that was underneath, and

32

1    it was hitting the ground and that stuff was a

2    flying out from under the trucks all the time.  And

3    you'd even have to stop -- After you got loaded and

4    you got started out of the pit, you would have to

5    stop sometimes because it was too dusty.  The wind

6    would blow it ahead of you and you just couldn't

7    see.

8        Q    When you drove in the pit, did you have

9    windows in your truck?

10       A    Yeah, but they didn't do you any good.

11   They wouldn't let you stay in the truck.

12       Q    What do you mean?

13       A    You had to stand out in front of the truck

14   because if something would break on the shovel or

15   they would lose one of them big boulders and it

16   landed in that box on that truck, it would fly up in

17   the air and come down and would probably snap your

18   neck.

19       Q    So did you stand in the front of the

20   truck --

21       A    Yeah, when --

22       Q    -- when the shovel loaded you?

23       A    Yeah.

24       Q    Do you remember whether dust got in your

25   truck?

1    A    Oh, lots of it.

2    Q    How do you remember that?

3    A    Just dust all over the dash and the seats.

4    And no matter where you looked you seen dust.

5    Q    Did that cause any maintenance problems

6    for the truck, that you remember?

7    A    Ignition problems, because daytime I

8    didn't use lights or nothing like that up there.

9    Just ignition switch and it would get in the

10    distributor and foul up the points and stuff like

11    that.

12    Q    Do you remember speaking to any of the

13    Zonolite maintenance people about your truck?

14    A    Oh, yeah.

15    Q    What kinds of discussions would you have?

16    A    Well, John Baggs up there, I talked to him

17    one day when we was in the -- in the lunch shack

18    there.  If you could talk to them down there and get

19    them to put horizontal pipes on them trucks so they

20    wouldn't be blowing up the dust, and that was about

21    all we ever talked about.  Nothing was ever done

22    about it.

23    Q    Do you remember ever having any

24    conversation with the maintenance people about

25    maintenance problems with your truck?

34

```
 1          A    Yeah, down at the shop.

 2          Q    What kinds of things, do you remember?

 3          A    One thing he said -- He was blaming it on

 4     to me and it wasn't my fault at all.

 5          Q    What did he blame on you?

 6          A    The points in the distributor were burning

 7     up and that was their fault it was doing that.

 8          Q    You mentioned a lunch shack.  Where did

 9     you eat lunch when you were in the pit?

10          A    In the pit.

11          Q    Was that -- How close was that to the rest

12     of the area?  To where the shovel and the trucks

13     were running?

14          A    Half a block.

15          Q    Do you remember whether it was dusty in

16     the lunch shack?

17          A    Oh, yeah.

18          Q    How long did you drive a truck in the pit?

19          A    All the time I was up there.  And that was

20     probably eight, nine months, something like that.

21          Q    What caused you to leave Zonolite?

22          A    Got mad.

23          Q    What happened?

24          A    They took me off the truck and gave me a

25     wheelbarrow and told me to shovel out under a
```

1    conveyor belt out there and -- where the overspill

2    was and there was nothing but dust up under there.

3    And I said, No, I says -- I hired out as a truck

4    driver, not a wheelbarrow pusher, and a few other

5    things.  And he said, You're not going to do it,

6    huh?  And I said, No, I'm not.

7        Q    Who was that?

8        A    Kujawa.

9        Q    So you quit?

10       A    I quit right then.  I told him, That's it.

11       Q    Because you didn't want to push a

12   wheelbarrow?

13       A    No, I wasn't going to do their dusty job

14   for them.

15       Q    Okay.  When you were hired at Zonolite,

16   did the company warn you that exposure to the dust

17   could be harmful to you?

18       A    No.

19       Q    When you were hired, did the company warn

20   you that exposure to asbestos could be harmful to

21   you?

22       A    Nope.

23       Q    When you were hired at Zonolite, did any

24   of the other workers ever warn you about the dust or

25   asbestos?

36

1      A      I can't remember anybody saying anything

2   about it at all.

3      Q      Did you ever see any signs about the

4   hazards of asbestos or dust?

5      A      Just some of that gray-looking junk that

6   would come out between the rocks and stuff.

7      Q      How about, like, signs saying, Beware?

8      A      No.

9      Q      No signs like that?

10     A      No.

11     Q      Did your supervisors ever warn you that

12  the dust could harm you?

13     A      No.

14     Q      Do you remember other workers talking

15  about the dust or asbestos when you worked there?

16     A      No.  About the dust.  Nobody ever said

17  anything about asbestos up there.

18     Q      Do you remember whether you or any of the

19  other workers, to your knowledge, ever complained to

20  the supervisors about the dust?

21     A      I did, but then it didn't do any good.

22     Q      What did you say?

23     A      I wanted them to water the road.

24     Q      And what was their response?

25     A      Well, they told us -- And I could see

1    their point, too, because when it would rain up

2    there you couldn't get in the pit or out of it.  It

3    was so slippery it was like stepping on a bar of

4    soap.  So it was just impossible to -- and they

5    couldn't build a road in there out of gravel or

6    something, because they can't use that road that

7    long.

8        Q   Do you remember any of your supervisors

9    telling you anything about the dust?

10       A   No.

11       Q   Do you remember any of your supervisors

12    ever telling you that the dust was not harmful to

13    you?

14       A   Yeah.

15       Q   What do you remember?

16       A   Kujawa said it wasn't any -- the dust

17    wasn't any worse in that mine up there or that mill

18    than the dust coming out of a wheat field.

19       Q   Did you ever work in the mill?

20       A   No.

21       Q   Were you aware when you worked at Zonolite

22    that other workers were becoming sick from the dust?

23       A   I knew people were getting sick, but I

24    didn't know what was causing it.

25       Q   Do you remember hearing about -- after you

1     A    Not from Carl or anybody.  Nobody.

2     Q    Aside from the contact that you had with

3   people, you know, in making your fuel deliveries,

4   after you left Zonolite working there in the '40s,

5   did you ever have any -- did you ever receive any

6   contact from them?  Did they ever contact you again

7   after you left?

8     A    No.  I was called on the phone two, three

9   times by Johnny Baggs to get me to come back to

10  work, but I wouldn't do it.

11     Q    Why didn't you want to go back to work?

12     A    Because when I quit a job, I quit.

13     Q    Can you describe some of the breathing

14  problems you've had in the last few years?

15     A    Terrible.  Just -- Sometimes I just don't

16  think I'm going to make it until the next day.

17     Q    What kinds of activities make you short of

18  breath now?

19     A    Pretty near anything I do.

20     Q    Do you remember when you first started to

21  notice that you were having some breathing problems?

22     A    Started about eight, nine years ago, I

23  guess, when we were out hiking or stuff like that,

24  we'd been -- It didn't dawn on me what was going on.

25  I didn't know what was wrong.

51

1   angioplasty.

2       Q    Do you continue to get checkups from your

3   doctor about your heart?

4       A    Yeah.

5       Q    What's your understanding of how your

6   heart is doing?

7       A    Good.

8       Q    Did you eventually go see a lung

9   specialist?

10      A    I did, yeah.

11      Q    Who did you go see?

12      A    Whitehouse in Spokane.

13      Q    Do you remember when you went to go see

14  him?

15      A    I don't know -- remember the date, no.  A

16  couple years ago.

17      Q    What's your understanding about

18  Dr. Whitehouse's specialty?

19      A    First thing he asked me, he said, Did

20  you work for Zonolite?  And I said, Yeah.  And he

21  said --

22      Q    Did you tell him you were from Libby?

23      A    Yeah.  But he said -- To start with I

24  think he asked me if I worked around brakes, and I

25  said, No.

55

1      your understanding, that some of your breathing

2      problems are related to your heart?

3         A     He said that the breathing problems was

4      causing part of it in my heart, yeah.  But whether

5      the heart was causing the breathing, I don't think

6      so.

7         Q     Have you ever been exposed to asbestos in

8      any other job, besides --

9         A     Not that I know of, no.

10        Q     Did you ever tell any of your doctors that

11     you had been exposed to asbestos?

12        A     Just Dr. Rice.

13        Q     When was the last time that you went to a

14     doctor because of your breathing problems?

15        A     A week ago.

16        Q     When was -- or, who was that?

17        A     Dr. Rice.

18        Q     Here in Libby?

19        A     Yeah.

20        Q     And what was happening that led you to go

21     see him?

22        A     Couldn't breathe.  I was getting -- I just

23     was so short of air all the time, I would try to

24     breathe and I'd start coughing, coughing and

25     coughing, and I went down there --

56

1    Q    Did you have some more tests done with

2  Dr. Rice?

3    A    At that time I did, yeah.

4    Q    What kind of tests were performed?

5    A    I took that air test again, you know, how

6  much you could take in and how much you can let out.

7    Q    And what's -- Do you recall the results of

8  those tests?

9    A    Bad.

10    Q    Do you have any understanding about --

11    A    He just said it went from 75 down to 50.

12  Seventy-five percent down to fifty percent.  That's

13  what I've got today is 50 percent of air capacity.

14    Q    Did he give you any additional medication

15  or prescription for your breathing problem?

16    A    Just have to be on that nebulizer for

17  twice a day probably for the rest of my life.  And

18  on that Serevent and Flovent, and I'm on both of

19  them.

20    Q    And you have been on those since

21  Dr. Whitehouse gave them to you?

22    A    The Flovent, I just went on that here.

23  Dr. Rice told me to take the Sevevent morning and

24  night -- two puffs in the morning, two puffs at

25  night.  Then Flovent, two puffs in the morning, two