1

1          IN THE DISTRICT COURT OF THE NINETEENTH

2          JUDICIAL DISTRICT FOR THE STATE OF MONTANA

3              IN AND FOR THE COUNTY OF LINCOLN

4

ROBERT D. NELSON and NETTIE      )
5   JEAN NELSON, husband and wife,  ) Cause No. DV-98-107
                                     )
6   ROYCE N. RYAN and HELEN L.       ) Cause No. DV-98-100
    RYAN, husband and wife,          )
7                                    )
              Plaintiffs,            )
8                                    )
          vs                         )
9                                    )
    W.R. GRACE & CO.-Conn, a         )
10  Connecticut corporation, and     )
    DOES I-IV,                       )
11                                   )
              Defendants.            )
12  _____)

13

14
                    VIDEO DEPOSITION
15
                          OF
16
                   ANDREW J. WRIGHT
17
               (On Behalf of the Plaintiff)
18

19

20
                 Taken at the Venture Inn
21                  443 Highway 2 West
                     Libby, Montana
22            Thursday, December 16, 1999
                     12:18 p.m.
23

24
          Reported by Debra M. Hedman, RPR, RMR, and Notary
25        Public for the State of Montana, Flathead County.

```
 1                    ANDREW J. WRIGHT,

 2    having been first duly sworn to tell the truth, the

 3    whole truth, and nothing but the truth, testifies

 4    upon his oath as follows:

 5                    DIRECT EXAMINATION

 6    BY MR. SULLIVAN:

 7         Q    Please state your name for the record.

 8         A    Andrew J. Wright.

 9         Q    Is it all right if I call you Andy?

10         A    Yes.

11         Q    Where do you live?

12         A    On Bobtail Road, 1432.

13         Q    Here in Libby, Montana?

14         A    Yes.

15         Q    Where were you born?

16         A    On Medicine Lodge Creek, southwest of

17    Dillon.  Above what used to be Armstead.  Where

18    Clark Canyon Dam is now.  But I was born 12 miles

19    above that dam.

20         Q    What did your family do down there?

21         A    They were sheep ranchers.

22         Q    How old are you?

23         A    Seventy-seven.

24         Q    When did you move to Libby?

25         A    September of 1956.
```

1           A     Excuse me.  I've got a dizzy spell here

2     and I don't know what caused it.

3                 That would be very close.

4           Q     And you worked there for approximately

5     five years?

6           A     Five and a half.

7           Q     I'm handing you next, Andy, a document

8     which has been marked for identification purposes as

9     Exhibit 552, which appears to be a summary of your

10    work history.

11          A     This is very approximate of the time that

12    I worked in the different departments for Zonolite.

13          Q     Okay.  So is that a fair or approximate

14    summary of your work history at Zonolite?

15          A     Yeah.

16          Q     Referring to that exhibit as necessary,

17    what was your first position at Zonolite?

18          A     First position at Zonolite --

19          Q     Yes.

20          A     -- was what they called the service crew

21    or construction, and I was -- When you worked there,

22    you were loanable to any other department that was

23    short a man.  I worked in the shop as a loaner quite

24    a bit when I first went up there.

25          Q     Directing your attention to Photo Exhibit

12

1      1-28, does that show where the service yard is and
2      the shops are?
3           A     This is the shop area here, yeah.
4           Q     How long, Andy, did you work in the
5      construction department being loaned out for various
6      tasks?
7           A     Oh, I don't know exactly, because -- I
8      would be working the construction, you know, for a
9      few days and then I would be loaned out to the shop
10     for a month.
11          Q     The summary that we've put together of
12     your work history indicates approximately nine
13     months inside of the construction department.
14          A     Approximately nine months.  From there I
15     bid into the dry mill and I went in there listed as
16     a sweeper, but I actually went into the test lab and
17     worked as a tester of the ore.  And that was fairly
18     interesting work.
19          Q     Maybe we can start by directing your
20     attention to Photo Exhibit 1-25.  And once again,
21     holding that up so that Matt can see it, can you
22     show us where the dry mill is located?
23          A     That was the dry mill, where my finger is.
24          Q     And did you work in more than one position
25     in the dry mill?

```
1          A     Yes.

2          Q     And you indicated you worked for a period

3     of time as a tester; is that right?

4          A     Yeah.

5          Q     Did you also work as a sweeper?

6          A     Not too much.  I did some sweeping, but

7     mostly it was top floor operator.  And then I went

8     from there to the bottom floor.  Eventually I wound

9     up in the wet mill, and --

10         Q     Well, why don't we stop there.  It sounds

11    like you did several --

12         A     What?

13         Q     It sounds like you did several different

14    jobs in the dry mill, so what I would like to do is

15    work our way through those different positions, and

16    maybe what we will do is --

17         A     When you worked in the dry mill you could

18    be called to operate the skip or you could have a

19    bad spill and you'd be sweeping.  The main

20    occupation of the top floor operator was to keep the

21    screens brushed so that the ore would separate

22    properly on the vibrating screens.

23         Q     In terms of working as a top floor

24    operator, it was then up on the top floor of the dry

25    mill; is that right?
```

1          A      Yes.

2          Q      Maybe you could point to us then, and Matt

3     can get it on his video camera, where we're talking

4     about.

5          . A      (Indicating).

6          Q      And then could you describe for us the

7     kind of work you did as top floor operator.  What

8     was involved in that work?

9          A      You had a lot of big vibrating screens

10    that the ore trickled down over.  It separated a lot

11    of waste from it.  It separated the size of the ore

12    from different sizes.  You had from number 4 up to

13    number double 00.  And of course the double 00 was

14    big stuff.  And those screens would plug up and then

15    of course everything would go to waste.  So you had

16    to keep brushing screens to get the ore to go

17    through the screens and go to the proper bins for

18    the product.

19         Q      What did you used to brush the screens?

20         A      A big old bristle broom, about like so

21    long, and teeth on it probably about that long

22    (indicating).  And you just brush those screens out.

23    That would jar the small stuff loose.

24         Q      How would you describe the dust

25    conditions?

```
1           A      Very dusty.
2           Q      Was it so dusty that the dust would
3    literally build up on the rafters and beams?
4           A      Yeah.   Yeah.
5                  MR. MacDONALD:   Objection, leading.
6                  THE DEPONENT:   There was dust built
7    up all over the place.   And I've seen dust stacked
8    up six inches deep on the rafters and naturally with
9    vibration some of it would fall off and be back in
10   the air again.   And --
11   BY MR. SULLIVAN:
12          Q      What was involved in working as a bottom
13   floor operator?
14          A      Well, that was more taking care of the
15   dryers.   You did have a few screens to take care of,
16   but not very many.   And the dryers are in this --
17   the dryers are located, I believe in here
18   (indicating) -- in this area.   And they dried the
19   ore to a certain amount of humidity or water
20   content.   And if you let them get too hot it popped
21   the ore and then you were in trouble.
22          Q      Could you describe for us the work that
23   you did as a tester in the test lab.
24          A      As a tester in the test lab, you ran tests
25   on the ore twice a day regularly, sometimes three
```

1    times.  And you'd go in the mill and take samples

2    off of the different belts that fed to the different

3    bins and so forth.  And then you would take that

4    back to the test lab and screen it to get it all

5    sized, your different grades or sizes of ore.

6            After you did that, why, you would see how

7    much waste you had that had come out and you would

8    get a percentage of that, and you could tell whether

9    the ore was fit to save or, if there was too much

10   waste in it, you would throw it to waste and it

11   would go out over the dump.

12       Q     In terms of screening the ore that you

13   would go and get, would you actually shake the

14   material through screens?

15       A     We had big round screens, they were about

16   so big around and they were about so deep

17   (gesturing) and there were all different meshes of

18   screen in there from real fine up to one about a

19   quarter inch square, and it would segregate --

20           You would stack those screens.  They were

21   stackable.  And you would shake them until the ore

22   was pretty well out and then you'd take and you

23   would test each one for percentage of waste in it.

24       Q     Did you have to go into the dry mill to

25   get ore samples to test?

1        A     Pardon?

2        Q     Did you have to go into the dry mill to

3    get ore samples to test?

4        A     Yes.  Yes.

5        Q     Did you indicate that you also worked on

6    occasion as a sweeper in the dry mill?

7        A     Yes.

8        Q     Can you briefly describe for us what was

9    involved in performing the work as a sweeper.

10       A     The work as a sweeper was cleaning up

11   where ore would spill out of a belt or something

12   would get out of line and dump ore on the floor, and

13   then keeping the floors swept up to where they were

14   clean.  And it was a never-ending job.

15       Q     How would you describe the dust conditions

16   working as a sweeper?

17       A     Severe dust.  It was always dusty.

18       Q     Could you actually see the dust in the

19   air?

20       A     Oh, yeah.

21       Q     Were there other men working in the dry

22   mill while you were sweeping?

23       A     Yes.

24       Q     And would those include the top floor

25   operator --

1    A    Yes.

2    Q    -- and the bottom floor operator?

3    A    Yeah.

4    Q    After working as an operator in the dry

5    mill, what did you do next?

6    A    I went to the wet mill from the dry mill.

7    Not there very long.  But I ran the spirals.

8    Q    Can you show us, referring to this Photo

9    Exhibit 1-25, where the wet mill is located.

10    A    That's this area here (indicating).  The

11    spirals are just exactly what it says.  They are a

12    spiral trough with water running in it and little

13    branches off of it.  And they were so that as it

14    went down it took the ore with it, and -- It would

15    take off a certain amount at each one of these

16    outlets.  Put it that way.

17    Q    How long did you work in the wet mill?

18    A    Not too long.  Just a few months at the

19    most.

20    Q    What did you do next?

21    A    I went to the pit to be a dump man.

22    Q    Directing your attention to Photo Exhibit

23    1-16, Andy, can you describe for us the work that

24    was involved in doing your job as a dump man?

25    A    Well, this is the dump where the waste

1    from the mine went out.  And you can see we have got
2    a truck backed up there dumping.  You backed them up
3    to where they wouldn't go over but where the major
4    part of the waste would go over.  And then you would
5    get a pile up there pretty soon and they would bring
6    the cat along and pushed it over.

7         Q    Were you exposed to much dust doing your
8    work as a dump man?

9         A    As the dump man, you were always exposed
10   to a certain amount of dust in the air when it was
11   dry, because any time you work in an open pit there
12   is -- where they are drilling dry and moving a lot
13   of material, there is going to be dust in the air.

14        Q    How long did you work as a dump man?

15        A    Maybe six months at the most.  I don't
16   think it was quite that long.

17        Q    What was your next position?

18        A    Driving Euclid.

19        Q    Directing your attention to --

20        A    I probably drove that one right there at
21   one time or another.

22        Q    Is that right?  That's the kind of truck
23   you drove?  What makes you think you may have driven
24   that one?

25        A    Pardon?

1       Q     What makes you think you might even have

2    driven that one?

3       A     Well, it just looks like one of the Eucs

4    that I drove.  Up there, of course, they all look

5    pretty much alike.  And I can't see the number on

6    the door well enough to make out which one it is.

7    I think that's number 11, but -- If it is, why, I

8    know I drove it at times.

9       Q     Andy, directing your attention next to

10   Photo Exhibit 1-11, can you describe for us what was

11   involved in doing the work as a Euclid truck driver.

12      A     Well, as a Euclid truck driver you would

13   haul the material from the mine over to the transfer

14   point where it was sent to the mill, and if it was

15   waste, why then, of course, it went out to the dump.

16      Q     So the shovel would load you up with

17   either waste material or ore to be taken down to the

18   mill?

19      A     Yes.

20      Q     Did you encounter dust working as a Euc

21   truck driver?

22      A     When the weather was dry, you had dust.

23   Lots of it.  If there was a lot of snow on the

24   ground or had been raining, then the dust wasn't so

25   bad.

```
1         Q     When you worked in dusty conditions, as
2    you have described during your testimony, did you
3    get dust on your clothes?
4         A     Oh, sure.
5         Q     Did you carry the dust home with you on
6    your clothes?
7         A     Yes.
8         Q     How long did you work as a Euc truck
9    driver?
10        A     Probably a total of a little over two
11   years.  I was at the mine about two and a half
12   years.
13        Q     Have I covered all the jobs that you
14   recall performing while you worked at Zonolite?
15        A     Yes, pretty well.
16        Q     When you worked in the dry mill, were you
17   given a respirator?
18        A     No.
19        Q     Did you wear a respirator?
20        A     No.
21        Q     Did your supervisor in the dry mill wear a
22   respirator?
23        A     No.
24        Q     Did you wear a respirator when you
25   performed any of your other jobs at Zonolite, such
```

1       as working as a mechanic or working up at the mine

2       as you have just described?

3           A    No.

4           Q    Did your supervisors at these other

5       positions wear respirators?

6           A    I never saw a respirator while I was up

7       there that I can remember.

8           Q    Were you ever reprimanded for not wearing

9       a respirator?

10          A    No.

11          Q    Did you ever see any one reprimanded for

12      not wearing a respirator?

13          A    No.

14          Q    Do you recall seeing any signs posted

15      warning you to wear a respirator?

16          A    No.

17          Q    Andy, when you were hired did the company

18      warn you that asbestos was toxic and breathing it

19      was harmful to your health?

20          A    We were told you could eat a ton of it and

21      it wouldn't hurt you.

22          Q    During the entire time you worked there,

23      did the company ever warn you that asbestos was

24      harmful to your health?

25          A    No.

1        Q     Did the company ever warn you that

2    bringing home the dust on your clothes could be

3    harmful to you and your family?

4        A     No.

5        Q     While you were working there, did you

6    understand that asbestos was present?

7        A     I knew asbestos was present.

8        Q     But did you understand at that time that

9    it was a health hazard?

10       A     No.

11       Q     Do you recall ever having heard statements

12   by your supervisors or managers about the dust, such

13   as you just indicated, I think, to the effect that

14   you could eat a ton of it?

15                  MR. MacDONALD:  Objection, leading.

16                  THE DEPONENT:  We were told it

17   wouldn't hurt us.

18   BY MR. SULLIVAN:

19       Q     Since Terry made an objection, I will

20   restate the question so that we get the mechanics

21   right because a judge isn't present at this moment.

22                  Did you ever hear any statements by your

23   supervisors or managers regarding the dust?

24                  MR. SULLIVAN:  You might show him,

25   too, my preamble because I'm restating the question