IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----

In re:                          Chapter 11

W.R. GRACE & CO., et al.,       Case No. 01-01139 (JKF)

        Debtors.               Jointly Administered

                               Ref. No. 21544


        DEPOSITION OF JOHN PARKER, M.D.,

a witness herein, called for examination by the

Claimants, taken pursuant to the Federal Rules of

Bankruptcy Procedure, by and before Susan E. Alldridge,

a Registered Professional Reporter and Notary Public in

and for the State of West Virginia, at the Ramada Inn

Conference Center, 20 Scott Avenue, Morgantown,

West Virginia on Tuesday, 9 June 2009, at 9:09 a.m.

1   produced from the radiographs I reviewed with them.

2       Q.    And the predominantly pleural disease over

3   interstitial fibrosis, that would be different from

4   Chrysotile in a significant way?

5       A.    Chrysotile does not produce as much

6   pleural abnormality as parenchymal abnormality, in

7   my experience.

8       Q.    Is it significantly less?

9       A.    It's related to dose response

10  relationships affecting the pleura and the

11  parenchyma.

12      Q.    I was wondering if it's significantly less

13  than amphibole --

14      A.    Yes.

15      Q.    -- cohort.

16      A.    Yes.

17      Q.    Okay.  And in your review of Libby chest

18  x-rays, did you see a lot of thin but extensive

19  visceral pleural thickening?

20      A.    Most costophrenic angle blunting that was

21  present was also accompanied by parietal pleural

22  plaques.  There also was some costophrenic angle

23  blunting that would meet the definition of B2 by

24  ILO.  I suspect most of what I saw of costophrenic

1   angle blunting would meet the B2 ILO definition, at

2   least unilaterally.

3       Q.   I was asking about thin but extensive --

4       A.   I did not --

5       Q.   -- visceral pleural thickening.  Did you

6   see a lot of that?

7       A.   I saw some costophrenic angle blunting

8   that would not meet the ILO definition of B2 but

9   would meet the ILO definition of B1.

10      Q.   And would that be significantly different

11  than Chrysotile presentations?

12      A.   Yes, in my experience.

13      Q.   And in the Libby x-rays, did you see a

14  lower incidence of blunting with visceral pleural

15  thickening than you've seen elsewhere?

16      A.   No.

17      Q.   And in the Libby chest x-rays, did you see

18  significant subpleural interstitial fibrosis?

19      A.   It's been present but not different than

20  other cohorts.

21      Q.   Not different than other amphibole

22  cohorts?

23      A.   Yes.

24      Q.   Would that be different from Chrysotile

123

1   cohorts?

2        A.    Not always.

3        Q.    "Not always," did you say?

4        A.    Yes.

5        Q.    Generally, is it?

6        A.    Generally, yes.

7        Q.    And in the Libby chest x-rays, did you see

8   more -- or did you see cases of pure pleural

9   disease with no interstitial fibrosis?

10       A.    Yes.

11       Q.    And is that consistent with other

12  amphibole cohorts?

13       A.    Yes.

14       Q.    And is that also significantly different

15  from Chrysotile cohorts?

16       A.    Not always, no.

17       Q.    Generally so?

18       A.    Yes.

19       Q.    And when you compared CT scans to chest

20  x-rays on the same people from Libby, did you note

21  that the CT scans showed a lot more pleural

22  disease?

23       A.    Yes.   The CT scans did demonstrate more

24  pleural disease than was appreciated on the chest

124

1    x-ray.

2        Q.    And is that consistent with amphibole

3    cohorts?

4        A.    Yes.    And Chrysotile cohorts.

5        Q.    And then you mentioned the amosite cohort

6    from Paterson, New Jersey.    Did you do any work on

7    that same cohort after it moved to Tyler, Texas?

8        A.    No, I did not.

9        Q.    A lot of the same workers moved from

10   New Jersey to Texas, didn't they?

11       A.    I'm not sure if it was the workers who

12   moved.    I guess it was the workers who moved.    I

13   was going to say also some of the investigators

14   moved, too.

15       Q.    Any other amphibole cohorts in the

16   United States that you've done work on?

17       A.    No, I don't believe so.

18       Q.    On page 10 of Exhibit 1, just above the

19   new caption "The Importance Of," there's a sentence

20   beginning "The Libby radiographic and clinical

21   findings are consistent with international

22   populations exposed to amphibole asbestos."

23            And what are you referring to in terms of

24   clinical findings there?

1        A.    Could you redirect me?  I actually didn't

2    see where it was.

3            Above the bold.

4        Q.    Yes.

5        A.    Yes.  I meant that populations exposed to

6    amphiboles in Finland and Turkey and Australia and

7    South Africa and other locations have had

8    radiographic findings with extensive pleural

9    abnormalities sometimes reported.  And clinical

10   findings of effusions, clinical findings of rounded

11   atelectasis, clinical findings of parietal plaques,

12   clinical findings of lung cancer, clinical findings

13   of diffuse pleural thickening have been identified

14   in other international populations that are

15   amphibole exposed.  And the Libby's findings were

16   quite typical of those that have been seen and

17   reported internationally.

18       Q.    Okay.  So as to effusions, the Libby

19   findings are consistent with amphiboles?

20       A.    Yes.

21       Q.    And would you say the incidence of

22   effusions in Libby is significantly greater than in

23   Chrysotile cohorts?

24       A.    Yes.  I haven't seen a lot of films myself

1   with effusions from Libby, but the experience

2   reported would make me think that it's more than

3   with Chrysotile, yes.

4        Q.   And as to rounded atelectasis, were the

5   Libby films consistent with other amphibole cohort

6   films?

7        A.   Yes.

8        Q.   And significantly greater than Chrysotile

9   cohorts?

10       A.   Yes.

11       Q.   And as to the incidence of diffuse pleural

12   thickening, was Libby consistent with amphibole

13   cohorts on that issue?

14       A.   Yes.

15       Q.   And significantly greater than Chrysotile

16   cohorts?

17       A.   Possibly.

18       Q.   Did you say "possibly"?

19       A.   Possibly.

20       Q.   You're not sure?

21       A.   I'm not certain.

22       Q.   And what about the finding of chest pain?

23   Was -- were the Libby clinical findings in that

24   regard consistent with amphibole cohorts elsewhere?