## CONDENSED TRANSCRIPT

---

### ERVIN E. HURLBERT, ET. AL.

### VS.

### W.R. GRACE & CO, ET. AL.

---

### VIDEO DEPOSITION

### OF

### EARL D. LOVICK

### (Volume 1)

**Taken December 19, 1996**

**Reported by Jolene Asa, RPR**
**Hedman & Asa Reporting**
**947 South Main**
**P.O. Box 394**
**Kalispell, Montana 59901**
**(406)752-5751**

**EARL D. LOVICK (VOL. 1)**     CondenseIt!™     **HURLBERT VS. W.R. GRACE**

Page 1

```
 1        IN THE DISTRICT COURT OF THE NINETEENTH
 2      JUDICIAL DISTRICT FOR THE STATE OF MONTANA
 3         IN AND FOR THE COUNTY OF LINCOLN
 4   ERVIN E. HURLBERT,       )  Cause No. DV-95-109
                              )
 5         Plaintiff,         )
                              )
 6   LESTER LEWIS SKRAMSTAD and )  Cause No. DV-95-127
     NORITA IONE SKRAMSTAD,   )
 7   husband and wife,        )
                              )
 8         Plaintiffs,        )
                              )
 9   DONALD M. KAEDING and LOUISE ) Cause No. DV-96-71
     E. KAEDING, husband and wife, )
10                            )
           Plaintiffs,        )
11                            )
     CARLENE J. (TONI) RILEY, )  Cause No. DV-96-111
12                            )
           Plaintiff,         )
13                            )
        vs                    )
14                            )
     W.R. GRACE & CO., a      )
15   Connecticut corporation, I-IV,)
                              )
16         Defendants.        )
     _____)
17
18            VIDEO DEPOSITION
                   OF
19
              EARL D. LOVICK
20
21   Taken at the Offices of Hedman & Asa Reporting
                  947 South Main
22                Kalispell, Montana
             Thursday, December 19, 1996
23                  9:04 a.m.
24
25   Reported by Jolene Asa, RPR, and Notary Public
      for the State of Montana, Flathead County.
```

Page 2

```
 1
 2
 3
 4            A P P E A R A N C E S
 5
 6   Appearing on behalf of the Plaintiff:
 7     Mr. Jon L. Heberling, Esq.
       McGarvey, Heberling, Sullivan & McGarvey, P.C.
 8     745 South Main
       Kalispell, MT 59901
 9
10   Appearing on behalf of the Defendants:
11     Mr. Gary L. Graham, Esq.
       Garlington, Lohn & Robinson, PLLP
12     P.O. Box 7909
       Missoula, MT 59807-7909
13
14   Appearing on behalf of the Earl D. Lovick:
15     Mr. Robert A. Murphy, Esq.
       Casner & Edwards, LLP
16     One Federal Street
       Boston, MA 02110
17
18   Videographer:
19     Mr. Matthew Scotten
       Video Data Services of Montana
20     P.O. Box 1206
       Whitefish, MT 59937
21
22
23
24
25
```

Page 3

```
 1
 2
 3
 4            S T I P U L A T I O N S
 5
 6       It was stipulated by and between counsel
 7   for the respective parties that the deposition be
 8   taken by Jolene Asa, Registered Professional
 9   Reporter and Notary Public for the State of Montana,
10   residing in Flathead County, Montana.
11       It was further stipulated and agreed by
12   and between counsel for the respective parties that
13   the deposition be taken at the time and place set
14   out on the caption and pursuant to the Montana Rules
15   of Civil Procedure.
16       It was further stipulated and agreed by
17   and between counsel for the respective parties and
18   the witness that the reading and signing of the
19   deposition would be expressly reserved.
20
21
22
23
24
25
```

Page 4

```
 1
 2
 3
 4               I N D E X
 5
 6   EXAMINATION                          PAGE
 7   BY MR. HEBERLING                       6
 8
 9
10
11
12
13
14   EXHIBITS      DESCRIPTION            PAGE
15     A    List of Lovick Depositions      9
            Delivered Per Hurlbert
16          RFP Nos. 1 - 4
17     B    Managers' Time Line            33
18   1 - 194  (See Exhibit Booklets)
19
20
21
22
23
24
25
```

Page 5

1    THE REPORTER: This is the video
2    deposition of Earl Lovick taken in the case of Ervin
3    Hurlbert versus W.R. Grace, Cause No. DV-95-109, a
4    Nineteenth Judicial District Court case in Lincoln
5    County. This deposition is being taken today at the
6    offices of Hedman & Asa Court Reporting in
7    Kalispell, Montana. The date today is December
8    19th, 1996, and the time is now 9:04 a.m.
9        I'd ask counsel to please identify
10   themselves for the record.
11       MR. HEBERLING: Jon Heberling
12   representing the Plaintiffs.
13       MR. GRAHAM: Gary Graham of
14   Garlington, Lohn & Robinson representing the
15   Defendant, W.R. Grace.
16       MR. MURPHY: Robert Murphy of
17   Casner & Edwards of Boston, Massachusetts
18   representing the witness, Mr. Lovick.
19       THE VIDEOGRAPHER: Matt Scotten of
20   Video Data Services of Whitefish.
21       THE REPORTER: And I'm Jolene Asa,
22   and I'm the court reporter, and I'm in Kalispell,
23   Montana.
24       I will now go ahead and swear in the
25   witness.

Page 6

1        If you'll raise your right hand.
2
3        EARL D. LOVICK,
4    being first duly sworn to tell the truth, the whole
5    truth, and nothing but the truth, testified as
6    follows:
7
8        EXAMINATION
9    BY MR. HEBERLING:
10   Q  Would you state your name for the record?
11   A  My name is Earl D. Lovick.
12   Q  And what is your address?
13   A  1021 Idaho Avenue, Libby, Montana.
14   Q  What's your age?
15   A  Seventy-six.
16   Q  How long have you lived in Libby?
17   A  I've lived there now since 1948.
18   Q  Continuously?
19   A  Yes.
20   Q  And are you retired from W.R. Grace?
21   A  Yes, sir, I am.
22   Q  When did you retire?
23   A  In 1983.
24   Q  Since that time, have you done consulting
25   work for W.R. Grace?

Page 7

1    A  Yes, sir, I have.
2    Q  What has that consisted of?
3    A  Well, it's consisted of various things.
4    It's consisted of doing some work on health matters
5    for the company. It's consisted of doing some tax
6    work for the company and some legislative lobbying..
7    Q  Okay. And included in the health work,
8    have you given depositions?
9    A  Yes, sir, I have.
10   Q  When you give a deposition, are you paid
11   by the company?
12   A  Yes, sir, I am.
13   Q  How much?
14   A  $300 a day.
15   Q  And has this been true for quite some time
16   for most of the depositions you've given?
17   A  Yes, it has.
18   Q  Are you paid also for preparation time for
19   the depositions?
20   A  Yes, sir.
21   Q  And Mr. Murphy is here as your personal
22   attorney, is he?
23   A  Yes, he is.
24   Q  Are you paying him?
25   A  No, sir, I'm not.

Page 8

1    Q  Do you know who does?
2    A  W.R. Grace is paying him.
3    Q  And have you given trial testimony in the
4    Montana case of Carol Graham, a case of asbest
5    against W.R. Grace?
6    A  Yes, sir, I believe I did.
7    Q  And have you given trial testimony in the
8    Montana case of Millie Johnson, a case of --
9    A  Yes, sir.
10   Q  -- asbestosis against W.R. Grace?
11   A  Yes, sir.
12   Q  Have you testified in other trials outside
13   Montana?
14   A  Yes, I have.
15   Q  Could you tell us what they were?
16   A  I testified in a trial in Rochester,
17   New York, and it was a personal injury case, I
18   believe. I testified in a trial in New York that
19   was a personal injury case, and I believe I
20   testified in trial in Seattle.
21   Q  Were those all asbestosis cases?
22   A  Yes, sir.
23   Q  Have you given deposition testimony in tl
24   Montana cases of Julius James Robertson, Orph
25   Smith, Tom DeShazer and Lawrence Carel?

Page 9

1  A  I have given several depositions in
2  Montana, and I can't -- I don't remember
3  specifically whether those were included in them.
4  Q  Have you also given testimony in the case
5  of James Gidley and Virgil Priest?
6  A  Again, I'm not sure that I have.  It's
7  possible.  The names are both familiar to me, but I
8  don't know whether I testified in their cases or not
9  or gave depositions in those cases.
10  Q  One last case.  Did you give deposition
11  testimony in the case of Floyd Cole, Don Dutton, Roy
12  McMillan, Ray Belangie, Ernest Peterson?
13  A  I really don't remember.  I don't know.
14  Q  Do you receive a pension from W.R. Grace?
15  A  Yes, I do.
16  Q  I'll show you what's marked Exhibit A and
17  represent to you that that is a list of the
18  depositions we received that you've given in
19  asbestos cases pursuant to a request for
20  production.  Do you recognize the list of cases as
21  cases where you gave depositions?  Does it appear to
22  be a list of cases where you gave depositions?
23  A  Yes, it does.  I can't say that I remember
24  them all specifically, but it appears to be a
25  similar list.

Page 10

1  Q  Yeah.  I understand that.  Is it your
2  custom and practice to review a deposition and sign
3  it?
4  A  Yes, sir.
5  Q  Does Grace forward to you a copy of the
6  deposition sometime after the deposition for your
7  corrections, if any?
8  A  Yes, they do.
9  Q  And in the past have you made some
10  corrections?
11  A  Yes, sir, I have.
12  Q  And do you review the depositions
13  carefully?
14  A  Yes, sir.
15  Q  So if there's 22 depositions on this list,
16  would it be fair to say that you -- for 22 times you
17  have prepared for a deposition and given a
18  deposition and reviewed the deposition?
19  A  Probably that's correct, yes, sir.
20  Q  Is it fair to say you're familiar with the
21  history of asbestos exposure at Zonolite?
22  A  Yes, I would say that's true.
23  Q  Let's begin with the positions you had at
24  W.R. Grace.  Did you work during college there?
25  A  No, sir.  I went to work after I completed

Page 11

1  college.
2  Q  Did you work in 1946 as a truck driver?
3  A  Yes, sir, I did.
4  Q  Was that after college or before?
5  A  That was before I -- my college education.
6  Q  Was that a summer job, or did it extend
7  longer than that?
8  A  Basically, a summer job.  As I recall, it
9  was like from March to September, when I started
10  school.
11  Q  Okay.  And then did you graduate from the
12  University of Montana?
13  A  Yes, sir.
14  Q  Was that 1948?
15  A  I actually graduated in 1947.
16  Q  Okay.  Then when did you go to work for
17  Zonolite?
18  A  In March of 1948.
19  Q  What was your first position?
20  A  Accountant.
21  Q  Then in 1954 did you become an assistant
22  manager?
23  A  Yes, sir.
24  Q  And how did your duties change in 1954?
25  A  Well, I just had more responsibility in

Page 12

1  working with the general manager and worked on
2  assignments that he gave me, and the scope of my
3  work broadened.
4  Q  So you had all of the same work and more
5  work?
6  A  Yes, sir.
7  Q  And did you hold the position of assistant
8  manager from 1954 to '68?
9  A  Yes, sir.
10  Q  And in 1968 what position did you assume?
11  A  General manager, Libby operation.
12  Q  Do you know what month that was?
13  A  No, sir, I don't, but it was in the
14  midsummer.  It could have been June or July.
15  Q  Okay.  And, then, how long were you the
16  general manager?
17  A  Until 1970, I believe.
18  Q  Could it have been '71?
19  A  Yes, sir, it could have been.
20  Q  And who became general manager in 1971?
21  A  Robert Olivario.
22  Q  And was that because of his expertise in
23  planning and heading up the construction of the new
24  wet mill?
25  A  Yes, sir.

## Page 13

09:13:14 1   Q  And, then, did you continue as manager of
09:13:14 2  administration?
09:13:16 3   A  Yes, sir.
09:13:18 4   Q  And was that from 1971 to '83?
09:13:18 5   A  Yes, sir.
09:13:30 6   Q  What is vermiculite?
09:13:34 7   A  It's a micaceous mineral which is found
09:13:38 8  near Libby, Montana, among other places.
09:13:40 9   Q  Is there, essentially, a mountain of it
09:13:42 10  near Libby?
09:13:44 11   A  Well, there's a mountain that contains a
09:13:48 12  good deal of it. It would not be true to say there
09:13:50 13  was a mountain of vermiculite.
09:13:52 14   Q  In with the vermiculite are there some
09:13:54 15  impurities?
09:13:54 16   A  Yes, sir.
09:13:58 17   Q  Is one of them tremolite, a form of
09:14:00 18  asbestos?
09:14:04 19   A  In the deposit at Libby, yes, that's true.
09:14:06 20   Q  Now, I've seen mention of sizes of plus
09:14:08 21  eight and minus eight for vermiculite. What does
09:14:10 22  that mean?
09:14:14 23   A  That is a screen size, and plus eight
09:14:22 24  means -- That is flakes of vermiculite that will not
09:14:24 25  pass through an eight-mesh screen, and minus eight

## Page 14

09:14:28 1  vermiculite is a size that will pass through an
09:14:34 2  eight-mesh screen. And an eight-mesh screen means
09:14:40 3  that there are eight meshes or divisions in an inch,
09:14:42 4  but that does not mean an eighth of an inch,
09:14:50 5  technically, because the inch includes the area
09:14:50 6  which is taken up by the wires of the screen.
09:14:54 7   Q  Okay. What were some of the uses for the
09:14:58 8  minus eight size vermiculite?
09:15:02 9   A  Well, there were many uses. The most
09:15:06 10  common ones would be aggregates of one sort or
09:15:14 11  another that went into concrete aggregate and
09:15:14 12  insulating concrete, plaster aggregate, which became
09:15:22 13  one of the ingredients of plasters, acoustical
09:15:26 14  plaster and general plaster, and some of it was used
09:15:30 15  in agricultural uses as a carrier for various
09:15:40 16  chemicals and for block fill where it would be
09:15:44 17  coated with a waterproofing material so that it
09:15:52 18  would not absorb moisture and would be used to fill
09:15:56 19  the cavities in concrete blocks that were used for
09:16:00 20  building purposes. Those are some of the things it
09:16:00 21  would have been used for.
09:16:04 22   Q  How about the plus eight vermiculite?
09:16:06 23   A  Basically, the largest use of plus eight
09:16:14 24  vermiculite was used for a loose-fill insulating
09:16:16 25  material, and that is material that was poured

## Page 15

09:16:20 1  between the rafters and ceilings in residential
09:16:20 2  buildings, primarily.
09:16:24 3   Q  Okay. Was vermiculite ore shipped out
09:16:28 4  Libby, then, on railroad cars?
09:16:28 5   A  Yes.
09:16:34 6   Q  Were there also expanding plants?
09:16:34 7   A  Yes, sir.
09:16:36 8   Q  What's an expanding plant?
09:16:40 9   A  Well, before -- Basically and generally,
09:16:42 10  before the vermiculite can be used, it must be
09:16:48 11  processed, and the processing means exfoliating
09:16:50 12  material, which is done in the expanding plant
09:16:54 13  they're so called because, when the vermiculite
09:16:58 14  treated in an expanding plant, it increases in si
09:17:04 15  considerably, or it expands, which is not
09:17:08 16  technically true. Technically, it exfoliates, bu
09:17:08 17  it increases in size.
09:17:12 18   Q  When it exfoliates, does it open up and
09:17:14 19  expand sort of like popcorn?
09:17:18 20   A  No, sir. That's the difference. It opens
09:17:18 21  up like -- The thing that causes it to expand o
09:17:32 22  exfoliate is molecular water, and in pages in a
09:17:34 23  which are made up of a lot of sheets, which is
09:17:46 24  vermiculite is, the water between those sheets
09:17:46 25  to steam, and it expands, and it increases in s

## Page 16

09:17:48 1  in only one direction rather than overall.
09:18:00 2   Q  And was there an expanding plant in Li
09:18:00 3   A  Yes, sir.
09:18:00 4   Q  How long was that in operation?
09:18:02 5   A  Well, it was in Libby when I went to w
09:18:06 6  there in 1948. It had been built some years b
09:18:10 7  that. I don't know exactly when. I think dur
09:18:16 8  the war years. And it operated until about 19
09:18:30 9   Q  And, then, the product from the expand
09:18:30 10  plant, what did that look like?
09:18:32 11   MR. MURPHY: Objection to the form
09:18:32 12   THE WITNESS: Well, I can't describe
09:18:42 13  what it looked like. It looked like -- I don't l
09:18:44 14  how to describe it.
09:18:46 15  BY MR. HEBERLING:
09:18:46 16   Q  What color was it?
09:18:48 17   A  Golden color, basically, and it was ver
09:19:06 18  light, and it looked like a piece of golden flal
09:19:08 19  which were fastened together.
09:19:12 20   Q  And the raw ore, when it was shipped
09:19:12 21  what did it look like?
09:19:16 22   A  It was generally a dark green or a dark
09:19:20 23  brown color, and it was in flakes of various
09:19:22 24  depending on the size of the ore, and, again,
09:19:32 25  hard to describe, but I can't say that it looke

**EARL D. LOVICK (VOL. 1)**     CondenseIt!™     **HURLBERT VS. W.R. GRACE**

## Page 17

1 like sand because the makeup of it is that the
2 circumference of these flakes would be larger than
3 the thickness of them.
4     Q  And in the 1970s can you say how many
5 expanding plants Grace had?
6     A  No. I don't remember for sure.
7     Q  Was it about 20 or more than 20, do you
8 think?
9     A  I would estimate that in the '70s there
10 were probably between 20 and 30 that Grace owned.
11     Q  What were the sources for vermiculite in
12 the United States?
13     A  Well, the two principal sources -- but
14 this is not exclusive -- is -- The largest source
15 was from the Libby operation, and Grace had another
16 mine in South Carolina, and there were a few other
17 smaller producers, primarily in the Carolinas and
18 Virginia.
19     Q  So did Grace own the two largest sources?
20     A  Yes, sir.
21     Q  Now, when you went to work in 1948 at
22 Zonolite, did you know that it was dusty at the mine
23 and at the mill?
24     A  After I'd been there, yes, sir, I knew
25 that.

## Page 18

1     Q  Were you concerned even in 1948 regarding
2 dust as a possible health hazard?
3     A  Yes, sir.
4     Q  Is it correct that from 1948 on you knew
5 and the company always knew that there was a serious
6 health problem because of the large amount of dust
7 concentrated there?
8         MR. GRAHAM: Objection. Calls for
9 speculation and to form.
10         Go ahead.
11         THE WITNESS: Well, it was certainly
12 known in some areas there were large concentrations
13 of dust, and it's certainly common knowledge that
14 too much dust of any kind is not a healthy
15 situation.
16 BY MR. HEBERLING:
17     Q  And did you share that concern even as
18 early as 1948?
19     A  Yes, sir.
20     Q  When was the first time that it was known
21 there was asbestos in the mine at Libby?
22         MR. GRAHAM: Objection. Calls for
23 speculation. Beyond the scope of this witness's
24 capabilities.
25         Go ahead and answer it to the extent you

## Page 19

1 can.
2         THE WITNESS: I don't know when it
3 was first known, but when I went to work there, it
4 was generally known that there was asbestos in that
5 deposit, because you could see it, and I would say
6 that all employees knew that there was asbestos
7 present.
8 BY MR. HEBERLING:
9     Q  Do you have any personal knowledge that
10 each employee knew that?
11     A  No. I can't say what each employee knew.
12     Q  Then you say you could see it in the
13 deposit. When you saw the asbestos, what did it
14 look like in the raw ore in the deposit?
15     A  It looked like gray rock.
16     Q  And what did the vermiculite or the other
17 ore look like?
18     A  It looked like dark green or brown rock.
19     Q  So the asbestos was gray, and the others
20 were green or brown? Is that fair?
21     A  Well, varied colors, depending on the --
22 There were many other products in there other than
23 asbestos and vermiculite, and the colors varied.
24     Q  And was the asbestos an impurity in the
25 ore which the company tried to get out?

## Page 20

1     A  Yes, sir.
2     Q  What was the range of percentage of
3 tremolite asbestos in the ore at Libby while you
4 were there?
5         MR. GRAHAM: Objection. Vague and
6 ambiguous, depending upon what constitutes ore.
7         THE WITNESS: I don't know what that
8 question means, because I don't know what you mean
9 by the word "Ore".
10 BY MR. HEBERLING:
11     Q  Okay. In terms of the ore coming into the
12 dry mill, have you testified about what percentage
13 tremolite asbestos was in that ore in the past?
14     A  Probably.
15     Q  What is your best estimate of the
16 percentage asbestos in the ore coming into the dry
17 mill?
18     A  I have no way of making an estimate,
19 because it depended upon when this was and where the
20 mining was actually occurring, because various parts
21 of the mine contained considerably more asbestos
22 than others, and on a particular day or particular
23 time, there could be a big variation on the amount
24 of asbestos that was in the yard.
25     Q  Okay. That's why I asked you for the

## Page 21

1 range. What would the range be in percentages?

2    A Well, that's a difficult question to

3 answer, but the range could be from zero to --

4 Theoretically, I suppose it could be up to maybe

5 30 percent.

6    Q And did you ever see samples -- the

7 results of samples taken over the years, and did you

8 see any as high as 30 percent?

9    A I don't know that I did. I don't know.

10    Q What was the highest you can recall you

11 saw as a percentage asbestos in the ore coming into

12 the dry mill?

13    A I can't answer that question, because I

14 don't know. Among other things, it was very

15 difficult to determine by looking at it what

16 percentage it would be, so it's not possible for me

17 to answer the question.

18    Q Were samples taken, and was the percentage

19 tremolite analyzed at times?

20    A Of what?

21    Q Percentage of the ore coming into the

22 mill.

23    A Not really, because we had no way of

24 testing that, no easy way of testing that. We had

25 no accurate way of testing that.

1      MR. HEBERLING: I'm trying to

2 discover what his position is.

3 BY MR. HEBERLING:

4    Q Did you give this answer?

5      MR. MURPHY: Objection to

6 characterizing Mr. Lovick as having a position.

7      THE WITNESS: I have every reason to

8 believe I gave that answer, and if I gave it, it was

9 to the best of my ability in making an estimate, and

10 as I said now, we had no accurate way of determin

11 that.

12 BY MR. HEBERLING:

13    Q What was the approximate percentage of

14 tremolite asbestos in the product going out of Libb

15 in 1948?

16      MR. MURPHY: Could you read that

17 back, please?

18      (The reporter then read back the

19 preceding question.)

20      THE WITNESS: I can't give an answer

21 to that, because I don't recall. I don't think that

22 we ever knew.

23 BY MR. HEBERLING:

24    Q Can you say what it was in the earliest

25 years, say the early '50s?

## Page 22

1    Q Have you testified in the past that the

2 range of tremolite asbestos in the ore was between

3 5 and 20 percent?

4    A I don't know. Possibly.

5    Q I'm now showing you a deposition,

6 Plaza 600 Corporation versus W.R. Grace. Do you see

7 the question, How much vermiculite, as you understand

8 it, is found when the vermiculite is being mined?

9      Answer: It varies in the area of the mine

10 where the mining activity is taking place, and the

11 variation can be quite high, from probably less than

12 5 percent to maybe as much as 20 percent in some

13 areas.

14      Were you asked that question, and did you

15 give that answer?

16    A I have every reason --

17      MR. GRAHAM: I would object on the

18 basis it's an attempt to impeach a witness on a

19 totally different question than was asked at the

20 time -- asked preceding the attempt to impeach,

21 because the question initially asked was what the

22 ore concentration or -- the concentration of

23 tremolite in the ore going into the dry mill was,

24 and this talks about the ore in the mine.

25      But go ahead.

1    A No, I can't say what it was. Our

2 estimates, I believe, would be probably less th

3 one percent.

4    Q From the same deposition, page 19, the

5 question is, How much asbestos or tremolite

6 the concentrate when it was ready to be shipp

7 1948? And if you want to do it according to

8 five grades, feel free to do that.

9      Answer: I can't state definitely, but an

10 estimate would have been -- In 1948 the amo

11 concentrate would have varied in some grade

12 possibly two or three percent to under one pe

13      Is that the answer you gave at the time'

14      MR. GRAHAM: Go ahead. Review it

15 you wish, Earl.

16      THE WITNESS: Yes. In answer to y

17 question, undoubtedly, this is the answer I g

18 that time, and I have no reason to dispute it

19 BY MR. HEBERLING:

20    Q And it's fairly consistent with what yo

21 told me as well; correct?

22    A Yes.

23    Q So there were some times when it was

24 little as one percent; correct?

25      MR. GRAHAM: I'd object. It

**EARL D. LOVICK (VOL. 1)**  CondenseIt!™  **HURLBERT VS. W.R. GRACE**

---

Page 25

1 mischaracterizes the witness's testimony.
2 BY MR. HEBERLING:
3    Q  Then, as of 1983, when you retired from
4 Zonolite, what percentage of tremolite asbestos was
5 there in the product shipped out of Libby as of '83?
6    A  Well, to the best of my recollection --
7 Again, this would depend on the grade, which means
8 the size of the concentrates, but it would be well
9 under one percent.
10    Q  So did the company get better at removing
11 the asbestos impurity from the vermiculite?
12    A  Yes, sir.
13    Q  Were they ever able to remove it all?
14    A  No, sir.
15    Q  What was your understanding of the
16 approximate percentage asbestos in the dust in the
17 air in the dry mill in the '50s and '60s?  Again,
18 you can answer with a range.
19        MR. MURPHY:  Objection.  Vague and
20 ambiguous and nonspecific.
21        THE WITNESS:  May I hear the question
22 again, please?
23        MR. HEBERLING:  Go ahead.
24        (The reporter then read back the
25 preceding question.)

---

Page 26

1        THE WITNESS:  There was no way to
2 accurately determine what percentage of the dust in
3 the mill was asbestos and what percentage was other
4 materials.  There were various attempts made to
5 determine that, and as I recall the tests which came
6 back, it was estimated that the dust would vary from
7 a percentage asbestos of maybe five or six percent
8 and -- There was one test I recall where it was
9 estimated to be 40 percent.
10 BY MR. HEBERLING:
11    Q  Okay.  So if the asbestos was, say, five
12 percent or thereabouts in the raw ore, why would it
13 be 20 or even 40 percent asbestos in the dust in the
14 air in the dry mill?
15        MR. MURPHY:  Objection.  Vague and
16 ambiguous.
17        THE WITNESS:  There is a reason for
18 that, and that is that the asbestos in the ore is
19 all forms of asbestos, some of it in rather large
20 chunks.  In the dry mill the dust in the air is very
21 fine particles, and the nature of the asbestos is,
22 in the processing and concentration of the
23 material -- In the dry mill this was done by
24 crushing and screening, and the very nature of the
25 asbestos was that, when this material is crushed,

---

Page 27

1 the asbestos tended to defiberize, if you will, and
2 the small particles would become fibers and become
3 airborne, more so than the other materials which
4 were found in the mill feed.
5 BY MR. HEBERLING:
6    Q  So would it be fair to say that the
7 tremolite more readily generated dust than some of
8 the other kinds of ore?
9    A  Yes, sir, that is fair to say.
10    Q  And was it your understanding that the
11 operators could see the difference in the ore in the
12 dry mill as it was coming in, whether it had a high
13 percentage asbestos or not?
14    A  Yes, sir.
15    Q  What did the asbestos dust in the dry mill
16 look like?  What color was it?
17    A  The asbestos dust, all dusts, were
18 extremely fine, and it would be too fine to identify
19 a color.
20    Q  When you saw a pile of dust on the floor,
21 what color was that pile?
22        MR. MURPHY:  Objection.  Vague and
23 ambiguous.  Nonspecific as to time.
24        THE WITNESS:  I can't answer that
25 question.  I don't know.

---

Page 28

1 BY MR. HEBERLING:
2    Q  Did it vary in color?
3    A  Oh, yes.
4    Q  It wasn't always a light color?
5    A  No.
6    Q  Was it sometimes a dark color?
7    A  Yes, sir.
8    Q  What year did W.R. Grace close in Libby?
9    A  1990.
10    Q  And why was that?
11        MR. GRAHAM:  Objection.  Calls for
12 speculation.
13 BY MR. HEBERLING:
14    Q  Have you discussed with Mr. Walter or
15 Mr. McKay reasons for closing?
16    A  Well, the reasons for closing is that the
17 markets didn't justify continuing that operation.
18    Q  And was Scott's Lawn Fertilizer, the Scott
19 Company, a major customer of Zonolite?
20        MR. GRAHAM:  Objection.  Vague as to
21 time.
22        THE WITNESS:  At one time they were,
23 yes, sir.
24 BY MR. HEBERLING:
25    Q  Would that have been in the '70s and early

---

Page 29

1 '80s?

2    A  No, sir.  Not in the early '80s.  Prior to

3 that.

4    Q  Okay.  And did Scott pull out?

5    A  I don't know what that means.

6    Q  Did Scott no longer send orders into

7 Zonolite for vermiculite?

8    A  Yes, sir.

9    Q  What's your understanding of the reason

10 for that?

11    A  I don't know what the reason was.

12    Q  Did it have anything to do with asbestos?

13    A  I don't know.

14        MR. GRAHAM:  Objection.  Asked and

15 answered.

16 BY MR. HEBERLING:

17    Q  Now, was one reason that Zonolite closed

18 the asbestos contamination in the product?

19        MR. GRAHAM:  Objection.  Foundation.

20 Calls for speculation.

21        THE WITNESS:  Yes, sir.  I don't

22 know.

23 BY MR. HEBERLING:

24    Q  I'm showing you a copy of your deposition

25 which was taken May 27, 1992, and there's a

Page 30

1 question, Do you know why the market was gone?

2        Answer:  Well, I think of number of

3 reasons, and one of them would have been asbestos

4 contamination or believed to have been asbestos

5 contamination, although the company had pretty much

6 solved that problem, but many of the customers were

7 afraid of the product.

8        Did you give that answer?

9        MR. MURPHY:  Objection.  Improper

10 attempt at impeachment.  Nothing inconsistent in the

11 answers previously given.

12        THE WITNESS:  It's stated in the

13 deposition.  I have every reason to believe that I

14 would have given it, and that would have been my

15 understanding at that time.

16 BY MR. HEBERLING:

17    Q  So the customers were afraid of the

18 concentrated product, the product that was delivered

19 to them?

20        MR. GRAHAM:  Same objection.

21 Foundation.  Calls for speculation.

22        MR. MURPHY:  And misstates his

23 testimony.

24 BY MR. HEBERLING:

25    Q  Go ahead.

1    A  I don't know that that's true.  I don't

2 know.

3    Q  Is it true that the concentrated product

4 delivered to customers had less asbestos in it than

5 the ore that the workers in Libby were working

6 with?

7        MR. GRAHAM:  Objection.  It's vague

8 and ambiguous as to, The ore that the Libby worke

9 were working with.

10        THE WITNESS:  I don't really know

11 what your question means, but the amount of asbe

12 that was in the concentrate that was shipped was

13 certainly less than what was contained in the mill

14 feed.

15 BY MR. HEBERLING:

16    Q  Can you say how many tons of ore were

17 mined per day in the '50s?

18    A  No.  I don't recall.

19    Q  Or the '60s?

20    A  I don't recall.

21    Q  Or the '70s?

22    A  I don't recall.

23    Q  I'm now showing you your deposition take

24 December 20, 1983.

25        MR. MURPHY:  Almost exactly thirteen

1 years ago to the day.

2 BY MR. HEBERLING:

3    Q  Is it fair to say your recollection may

4 have been a little clearer in 1983 as to what

5 done in the 1950s and '60s?

6    A  Yes, sir.  That would be a fair stateme

7    Q  Okay.  Did you give the answer, The

8 quantity of material moved --

9        MR. GRAHAM:  I would object.

10 Improper impeachment.  If you're going to

11 let's read the questions.

12        MR. HEBERLING:  Okay.  I'll go bac

13        MR. MURPHY:  If you're trying to

14 refresh his recollection, you could ask him t

15 something and see if it refreshes his recolle

16 and ask him the question again, if that's wh

17 you're trying to do.

18        MR. HEBERLING:  Okay.

19 BY MR. HEBERLING:

20    Q  I'll read the question to you.  How m

21 mines have there been at the Libby facility

22 years?

23        One.

24        What size mine is it?

25        A physical size or quantity size?

Page 33

1    Question: Both.
2    A physically -- I believe the mine area is
3  approximately 400 acres. The quantity of material
4  moved has varied over the period, but it has been as
5  high as approximately 25,000 tons a day.
6    Question: When did it reach the peak of
7  25,000 tons a day, during what period?
8    Answer: In the 1970s.
9    How much were you turning out during
10  the -- let's say 1950 to 1960 on average per day?
11    Answer: This is a rough estimate, but I
12  would think probably 15,000 tons.
13    How about in the 1960s?
14    About the same.
15    Were those the answers you gave at the
16  time?
17    A Apparently, yes.
18    Q And does that refresh your recollection as
19  to what the quantities were?
20    A Well, I can't say that it does, but if I
21  gave those answers at that time, it must have been
22  my belief that that's -- that they were correct.
23    Q I'm now showing you Exhibit B, which is
24  titled, A Manager's Time Line. I sent a copy to
25  counsel, an advanced copy. Have you had a chance to

Page 34

1  review this?
2    A Yes, sir, I have seen this.
3    Q We put this together based on answers
4  earlier, but we want to get it correct, and so if --
5  The purpose is to determine, you know, who was in
6  what position over the years, and having reviewed
7  it, do you have any corrections to make? Does it
8  appear correct?
9    A Well, No, 1, where it says, "Back east.
10  Supervisor who the plant manager reports to," I
11  don't know what that means.
12    Q Okay. You have a plant manager in Libby
13  who is the head of operations there; correct?
14    A Yes.
15    Q And then we're looking for the person who
16  the plant manager reports to.
17    A Okay.
18    Q So would it have been Mr. Myers up until
19  1954?
20    A Yes, sir.
21    Q Now, was Mr. Myers in Libby for a period
22  of time when you were first there in the early '50s?
23    A Yes. When I -- No. When I came in 1948,
24  Mr. Myers was in Libby, and he left some time after
25  that. I don't know when. I think it would have

Page 35

1  been in the early '50s he moved back to Chicago
2  where he became president of Zonolite Company.
3    Q Okay. And so did he become president in
4  about 1954?
5    A It was the early '50s. About 1954 could
6  be correct. I don't know exactly -- the exact date.
7    Q Okay. Having reviewed this managers' time
8  line, have you found any places where we were
9  incorrect in putting this together?
10    A Well, you've got here Myers, Kelley,
11  Sterrett and Vining on the top line, and over on the
12  side you've got Walsh, Vining and Wolter. There
13  were a couple of other names in there that are
14  missing that at various times they were responsible
15  for the Libby operation.
16    And on the Kostic thing, from 1963 to
17  1980, the safety supervisor, that is incorrect,
18  because in the early 1970s the safety supervisor was
19  Harry Eschenbach.
20    Q Then did Mr. Kostic remain with W.R. Grace
21  until about 1980?
22    A He remained with W.R. Grace. I don't know
23  when he left, but 1980 would probably be close.
24    Q Okay. What position was he in after
25  Mr. Eschenbach took the safety supervisor position?

Page 36

1    A He was still a safety engineer out of the
2  Cambridge office, in our division office.
3    Q But Mr. Eschenbach was his superior from
4  early '70s on?
5    A Yes, sir. I believe so.
6    Q Can you say after 1968 who the Libby plant
7  manager reported to? We have Vining there up until
8  about '71. Do you happen to know who it was in the
9  '70s?
10    A Well, the chain of command was that --
11  reported to O.F. Stewart who was in South Carolina,
12  who, in turn, reported to H.A. Brown, who was a
13  vice-president of our division, and, then, after
14  H.A. Brown, there were a couple of other people.
15  One of them's name was Tom Lyall, and another one
16  was E.S. Wood, but I can't tell you the dates that
17  they were there.
18    Q So in the 1970s did the Libby plant
19  manager report to Mr. Stewart, generally?
20    A Yes.
21    Q And how long was he with -- How long was
22  he in that position, Mr. Stewart, up until the time
23  you retired?
24    A No. I think when I -- I think he was out
25  of that position before I retired.

Page 37

1   Q  Okay.  Then, in the Libby section of this
2  time line, do you have any corrections to make?
3   A  The only thing that I see here that I
4  would question -- And I can't see anything that I
5  recall as, basically, wrong on the positions above
6  that, but the construction supervisor, Don Riley,
7  from 1968 on, that is incorrect.
8   Q  Now, he would have -- Let's see.  He
9  stopped working in -- Didn't he stop in about 1986?
10   A  I don't know.  I was gone, but I think
11  that's about right, but prior to him was a man by
12  the name of Tom DeShazer, who is actually
13  construction supervisor, and I don't remember --
14  recall what date Don Riley took over, but it wasn't
15  in '68.
16   Q  You think it was later?
17   A  Yes.
18   Q  Okay.  And that's the only correction that
19  you're offering for the Libby section of the
20  managers' time line?
21   A  I think so, yes.
22       THE WITNESS:  I wonder if it would be
23  possible to have a short break?
24       MR. HEBERLING:  Sure.
25       THE VIDEOGRAPHER:  We're going off

Page 38

1  the record.  It's approximately 9:48.
2       (Brief recess.)
3       THE VIDEOGRAPHER:  Okay.  We're back
4  on the record.  It's approximately 9:52.
5  BY MR. HEBERLING:
6   Q  What is your understanding of what
7  asbestosis is?
8   A  My understanding is it's a disease of the
9  lungs.
10   Q  And to your knowledge have ex-workers at
11  Zonolite died of asbestosis?
12   A  Well, to my knowledge, ex-workers of
13  Zonolite who have died, one of the causes of death
14  is asbestosis.  I don't recall whether any of
15  them -- their death certificate stated that that was
16  the primary cause, but it would have been one of the
17  contributing factors.
18   Q  Were some of these people friends of
19  yours?
20   A  Yes, sir.
21   Q  And does the number of them with
22  asbestosis as a cause of death concern you?
23       MR. GRAHAM:  I would object on the
24  basis that it's irrelevant and immaterial to the
25  issues of this lawsuit and prejudicial.

1       Go ahead and answer to the extent you
2  can.
3       THE WITNESS:  Well, of course I'm
4  concerned about when any of my friends die
5  reason, so in that respect the answer would be
6  Yes.
7  BY MR. HEBERLING:
8   Q  In about 1983 did you collect death
9  certificates for ex-workers from Zonolite at th
10  request of W.R. Grace?
11   A  Well, yes, I did.  I did collect death
12  certificates of ex-workers.
13   Q  And what is your understanding of wha
14  mesothelioma is?
15   A  It's a rare form of cancer.
16   Q  Are you aware that it's virtually always
17  related to asbestos exposure?
18       MR. MURPHY:  Objection to the form
19       THE WITNESS:  As I understand,
20  asbestos is usually attributed to be a cause of
21  mesothelioma.
22  BY MR. HEBERLING:
23   Q  Do you know workers who have died o
24  mesothelioma?
25   A  Yes, sir.

1   Q  Can you give us some names?
2   A  McNair, Olson, Baker.
3   Q  Is that Virgil Olson or Vergel?
4   A  Verle, V-E-R-L-E.
5   Q  And Morland Baker?
6   A  Yes, sir.  McNair, Michael McNair, I
7  believe was his name, and those are the three that
8  come to mind.  There's at least one other that --
9   Q  Is there Clarence Peterson also?
10   A  Yes, sir, Clarence Peterson.
11   Q  And was there an Ernest Roberts who died
12  of mesothelioma who is not a worker at W.R. Gr
13   A  Yes, sir.  To my understanding he was a
14  Libby resident, and he died of mesothelioma, but
15  had never been an employee of Grace.
16   Q  Do you know if he lived down near the
17  railroad tracks and the bridge on the edge of town
18   A  To my knowledge and memory, he did not
19  live in that area, no.
20   Q  Do you know if he was exposed as a child
21  playing on piles of the ore near the baseball
22  fields?
23   A  I would have no idea about that.  I don't
24  know.
25   Q  Do you know what his exposure was?

Page 41

1   A   No, sir.
2   Q   And did Dale Thompson also die of
3 mesothelioma?
4   A   I don't know.
5   Q   How about Ed Wittlake?
6   A   I don't know. I know both of them are
7 dead, but I don't know what the causes of their
8 death were.
9   Q   In 1948 who was responsible for worker
10 safety?
11   A   Well, in 1948 the general manager would
12 have been responsible.
13   Q   What is your understanding of what an
14 industrial hygienist is?
15   A   Well, an industrial hygienist would be one
16 who I expect would be an expert in industrial
17 hygiene.
18   Q   Is there such a thing as an industrial
19 hygiene engineer?
20   A   I don't know.
21   Q   Do you know what is included within the
22 area of industrial hygiene?
23   A   Well, I would think the broad definition
24 would be any malady or any disease which was
25 industrially caused.

Page 42

1   Q   And would that also include dust control
2 and ventilation?
3   A   I don't know what that has -- I don't know
4 what -- In that sense I would say, No.
5   Q   Did you ever have an industrial hygienist
6 at Zonolite while you were there?
7   A   No, sir.
8   Q   Did you ever consult with one?
9   A   Well, I don't know what that means either,
10 but both Peter Kostic and Harry Eschenbach, I
11 believe, would be industrial hygienists, and they
12 came to Libby and visited our operation, and we
13 consulted with them, of course.
14   Q   And so Mr. Kostic would have come on board
15 for Zonolite in 1963 when Grace acquired Zonolite?
16      MR. MURPHY: Objection to the form.
17      MR. GRAHAM: I would -- Yeah.
18      THE WITNESS: He would have come on
19 board after -- He worked for the division of which
20 the Zonolite operation was a part of, and he would
21 have been -- become involved after W.R. Grace took
22 over.
23 BY MR. HEBERLING:
24   Q   Did W.R. Grace acquire Zonolite? You say
25 they took over. What is your understanding of what

Page 43

1 happened?
2   A   Well, Zonolite became a part of W.R. Grace
3 by an exchange of stock, of Zonolite Company stock
4 for W.R. Grace stock.
5   Q   Is it fair to say that W.R. Grace acquired
6 Zonolite?
7      MR. GRAHAM: Objection. Foundation.
8      THE WITNESS: It would have been a
9 merger, and I don't know if that's an acquisition or
10 not. I suppose it is, because W.R. Grace was the
11 larger of the two.
12 BY MR. HEBERLING:
13   Q   Before 1963 do you recall consulting with
14 an industrial hygienist ever?
15   A   I don't recall of it happening, no, sir.
16   Q   In the 1950s and up to 1963, who was
17 responsible for dust control at Zonolite?
18   A   The general manager at Libby would have
19 been responsible.
20   Q   Was there an engineer who had
21 responsibility for that, or was it just under the
22 general responsibility of the general manager?
23   A   Well, it would have been under the general
24 responsibility of the general manager, but the
25 general manager certainly could have assigned

Page 44

1 somebody to be responsible.
2   Q   To your knowledge did that happen in the
3 1950s, up to 1963?
4   A   Yes, sir. I think that those duties would
5 have been given to one of the -- probably the chief
6 engineer at Libby. One of them that would have had
7 that responsibility in that period would have been
8 Ray Kujawa.
9   Q   Okay. Let's begin with Exhibit 12 in the
10 green book in front of you. Does that appear to be
11 a memo from J.A. Kelley to Mr. Friddle, Stewart and
12 Williams dated April 22, 1952?
13   A   Yes, sir. I would say that's what it
14 appears to be.
15   Q   Now, who was Mr. Kelley in 1952?
16   A   In 1952, as I recall, J.A. Kelley was the
17 general manager of the South Carolina operation.
18   Q   Okay. Was he higher up in the company
19 than the Libby plant manager?
20   A   I don't know.
21   Q   And who are Mr. Friddle, Stewart and
22 Williams?
23   A   The only one that I have knowledge of
24 would be O.F. Stewart, and he was at the
25 South Carolina operation, and it is possible -- But

**Page 45**

1 I don't know this for sure. It is possible that at
2 that time Mr. Kelley was a vice-president of
3 Zonolite Company, and Mr. Stewart could have been
4 responsible for the South Carolina operation. I
5 don't remember when that change took place, but it
6 could have been in 1952 or prior to that, a little
7 bit prior.
8     Q  Do you think you saw a copy of this memo
9 in 1952?
10    A  No, sir. To my recollection I've never
11 seen this before right now.
12    Q  In 1952 did you get any directives from
13 the company as to dust, Something has got to be done
14 now?
15    A  Not that I recall, no, sir.
16    Q  Do you recall efforts in 1952 to reduce
17 the amount of dust at the operation in Libby?
18    A  Well, I can't recall anything specifically
19 in 1952, but dust was always a concern, and there
20 were always efforts being made to reduce the dust
21 levels as much as possible.
22    Q  Do you remember any campaign in the early
23 '50s to really put steam behind the effort to
24 reduce the dust?
25        MR. GRAHAM: Objection. Vague and

**Page 46**

1 ambiguous.
2        Go ahead and answer to the extent you
3 can.
4 BY MR. HEBERLING:
5    Q  Does anything stand out to you?
6    A  No, sir.
7    Q  Okay. Let's go to No. 13. Does this
8 appear to be a letter by Paul Woolrich of the
9 Department of Health, Education & Welfare, Public
10 Health Service to Benjamin Wake, State of Montana
11 Board of Health, dated October 31, 1955?
12    A  Did you ask a question? I'm sorry.
13    Q  Yes. Does it appear to be the letter as I
14 described it?
15    A  Yes, sir.
16    Q  Do you think you saw this letter in the
17 1950s in Libby?
18    A  I don't recall ever seeing this letter
19 before right now.
20    Q  Okay. Please refer to Exhibit 14.
21    A  What number?
22    Q  14, the next one. Does this appear to be
23 a memo of J.B. Myers to Mr. John Huxley dated
24 December, it looks like, 21, 1955?
25    A  Yes, sir.

**P**

1    Q  And does it appear that Mr. Myers is in
2 Libby? Do you see "Libby" next to Mr. Myers's
3    A  Yes, sir.
4    Q  Who was Mr. Huxley?
5    A  Mr. Huxley was an engineer that was
6 employed at Libby, and later on he was transferred
7 to Chicago. He was the engineer that was in charge
8 of expanding plants, design and -- particularly,
9 rather than operation.
10    Q  Did you say he was a mining engineer?
11    A  No. I said he was an engineer.
12    Q  Do you know what kind of engineer?
13    A  No, sir, I don't. He was a graduate of
14 the Montana School of Mines, but I don't know w
15 his engineer designation would have been.
16    Q  Okay. Did you see this memo in Libby at
17 or about its date?
18    A  I have no reason to think that I've ever
19 seen this letter before right now.
20    Q  Okay. Does this appear to be the format
21 of a memo that Mr. Myers would have produced i
22 Libby?
23        MR. GRAHAM: Objection.
24        MR. MURPHY: Objection.
25        MR. GRAHAM: Foundation.

**P**

1 Speculation.
2 BY MR. HEBERLING:
3    Q  Okay. Were you familiar with how me
4 were prepared in Libby and sent to Chicago?
5    A  I don't know what that means. I would
6 assume that they're prepared by a secretary.
7    Q  Did you have a standard format, for
8 example, putting the addressee on the top and
9 the name under that being the sender of the m
10    A  Yes, sir. That was standard.
11    Q  And as of 1955, were you in charge of
12 record keeping for Zonolite?
13    A  I don't know that I was ever given that
14 designation, no, sir.
15    Q  Well, as assistant manager, was record
16 keeping something that was within your area
17 responsibility?
18    A  I suppose you could say, Yes.
19    Q  And did the secretaries and whoever els
20 worked in the office work under you, except
21 plant manager, of course?
22    A  Yes, sir.
23    Q  Does this memo appear to have a forma
24 a memo that would have been sent out in 195
25        MR. GRAHAM: Asked and answered.

**EARL D. LOVICK (VOL. 1)**    CondenseIt!™    **HURLBERT VS. W.R. GRACE**

---

Page 49

1     MR. MURPHY: And, also, lack of
2 foundation. The memo has nothing to do with the
3 Libby mine and mill, and your questions make those
4 assumptions, I believe, or imply that.
5     MR. HEBERLING: The memo talks about
6 "The danger of exposing our employees to asbestos
7 dust". That's the subject of this case.
8     MR. MURPHY: But if you read the
9 whole thing, if you want to put this in fair
10 context, it's talking about plants and the
11 manufactured products at plants.
12     THE WITNESS: I have not —
13 BY MR. HEBERLING:
14     Q  Okay. Do you remember the — Go ahead and
15 make your comment.
16     A  All that I have read as of right now is
17 the first sentence, which I will repeat. "I have
18 previously written to you about the danger of
19 exposing our employees to asbestos dust while they
20 are manufacturing acoustical plastic," which has
21 nothing to do with the asbestos which was found in
22 Libby.
23     Q  In Libby in 1955 were you aware of the
24 danger of exposing employees to asbestos dust?
25     MR. MURPHY: Objection to the form.

---

Page 50

1 You mean at the Libby mine and mill? When you say
2 "At Libby" — I object. Vague and ambiguous.
3 BY MR. HEBERLING:
4     Q  Okay. At the mine and mill in Libby, were
5 you aware of the danger of exposing employees to
6 asbestos dust as of 1955?
7     A  I don't recall, but I don't believe that I
8 was aware of this hazard.
9     Q  So is it your belief that you hadn't
10 discussed that with Mr. Myers as of 1955?
11     MR. GRAHAM: I'd object. That
12 assumes that Mr. Myers was aware of the dangers of
13 asbestos dust in Libby as opposed to a different
14 form of asbestos dust in the manufacturing process.
15     Go ahead and answer it to the extent you
16 can.
17     THE WITNESS: I don't believe I ever
18 would have discussed this with Mr. Myers, no, sir.
19 BY MR. HEBERLING:
20     Q  Is Mr. Myers still alive?
21     A  To the best of my knowledge, yes.
22     Q  Do you know where he is?
23     A  San Diego.
24     Q  Do you know his address?
25     A  No, sir.

---

Page 51

1     Q  What's his full name, John B. Myers?
2     A  Yes, sir.
3     Q  Do you know if Mr. Huxley had any training
4 in control of industrial dust?
5     A  No, sir, I don't know.
6     Q  When he was in Libby, did he have anything
7 to do with dust control?
8     A  No, sir. Not to my knowledge.
9     Q  What was his job when he was in Libby, to
10 your understanding?
11     A  His job was on research and development of
12 expanding plants.
13     Q  Okay. Let's refer to Exhibit 15, and does
14 this appear to be a letter from Ben Wake, State of
15 Montana, to Dohrman Byers, Public Service in
16 Ohio, dated August 13, 1956?
17     A  Yes, sir.
18     Q  Do you think you saw this in Libby in the
19 1950s?
20     A  I don't recall, no, sir.
21     Q  Go to Exhibit 16, and does this appear to
22 be another letter from Mr. Wake to Mr. Dohrman Byers
23 dated September 12th, 1956?
24     A  Yes, sir.
25     Q  Do you think you saw this letter in Libby

---

Page 52

1 in the 1950s?
2     A  No, sir, I don't recall.
3     Q  Okay. Let's go to Exhibit 17. Does this
4 appear to be a letter from Mr. Wake to Mr. Bleich, I
5 should say? Is that the proper pronunciation,
6 Mr. R.A. Bleich?
7     A  Yes, sir.
8     Q  Dated September 21, 1956?
9     A  Yes, sir.
10     Q  And did you see this document in Libby in
11 the 1950s?
12     A  Yes, sir.
13     Q  Did you see it at or about its date?
14     A  Probably, yes.
15     Q  Then go to Exhibit —
16     MR. HEBERLING: I think we have an
17 exhibit here that didn't get marked. Let's go off
18 the record.
19     THE VIDEOGRAPHER: We're going off
20 the record approximately 10:12.
21     (Discussion off the record.)
22     THE VIDEOGRAPHER: We're back on the
23 record. It's approximately 10:13.
24 BY MR. HEBERLING:
25     Q  Okay. We solved that problem. Then

---

Page 53

1 attached to Exhibit 17, do you see a Montana State
2 Board of Health report of an industrial hygiene
3 study, August 8 to 9, 1956?
4    A  Yes, sir.
5    Q  Who was Ben Wake?
6    A  He was with the Montana Board of Health.
7    Q  Was he an industrial hygienist?
8    A  His title was industrial hygiene engineer.
9    Q  And what was your understanding of the
10 purpose of this visit by Mr. Wake?
11    A  Well, it was customary for the State Board
12 of Health to have an inspection of various
13 industrial operations throughout the state
14 periodically, and it was also their custom to visit
15 the Libby operation periodically, and Mr. Wake
16 visited Libby on several occasions to make
17 inspections of the operation, and this would have
18 been a report on his inspection, and he says it's a
19 report of an industrial hygiene study at Libby in
20 August of 1956.
21    Q  Okay.  Then, on the first page after the
22 cover page, in the first paragraph, do you see
23 mention of, Mr. Lovick, assistant manager?
24    A  Yes, sir.
25    Q  And that's you?

Page 54

1    A  Yes, sir.
2    Q  Did you accompany Mr. Wake on this
3 inspection?
4    A  Well, I don't recall, but I probably did
5 not accompany him for the entire inspection.  I may
6 or may not have accompanied him for part of it.
7    Q  Okay.  Let's refer to page three of the
8 report.  Do you see where it says, "The maximum
9 allowable" -- This is three lines down from the top.
10 "The maximum allowable concentration for asbestos
11 is five million particles per cubic foot, and when
12 the concentration of asbestos in the dust samples
13 collected has been determined, further comments on
14 concentrations will be made.  At this time, however,
15 and on the basis of the concentration of asbestos
16 found in the dust, which varies from the company's
17 records from 8 to 21 percent, it would appear that
18 the maximum concentration of dust in the air should
19 not be greater than 25 to 30 million particles per
20 cubic foot."  Do you see that?
21    A  Yes, sir.
22    Q  And then do you see three lines down
23 under, "Toxicity - The asbestos dust in the dust in
24 the air is of considerable toxicity and is a factor
25 in the consideration of reducing dustiness in this

Page

1 plant"?  Do you see that?
2    A  Yes, sir.
3    Q  What was your understanding of the word --
4 what the word "Toxic" meant?
5    A  Well, it would be my understanding that it
6 would mean hazardous or unhealthy.
7    Q  And "Considerable toxicity," did you
8 discuss what that meant with Mr. Wake?
9    A  I don't recall.
10    Q  As a result of this report, did Mr. Bleich
11 direct you to do anything?
12    A  Not that I recall, no, sir.
13    Q  Continuing under "Toxicity," it says,
14 "According to Drinker and Hatch, the pathologic
15 changes produced by asbestos are not like those of
16 silicosis.  The asbestos fiber group about the neck
17 of the small air sacs in the lungs and stimulate the
18 formation of a diffuse fibrosis."  Do you see that?
19    A  Yes, sir.
20    Q  After obtaining this report, did the Libby
21 management obtain a copy of Drinker and Hatch, wh
22 is cited here, a book on industrial dust?
23    A  Not that I recall, no, sir.
24    Q  And then continuing, it says, "There is no
25 definite migration or transportation of the dust

Page

1 particles to the lymph nodes and no formation o
2 (fibrous) nodules.  As the fibrosis increases, the
3 reduction in lung area causes a serious decrease
4 lung capacity or difficulty in breathing.  Lanza,
5 Citation No. 2, suggested that enlarged hearts no
6 frequently in the cases of secondary asbestosis" -
7 Do you see that?
8    A  Yes, sir.
9        MR. GRAHAM:  Object to the form of
10 questioning and the line of questioning on the ba
11 that the document speaks for itself.
12        Go ahead.
13        THE WITNESS:  Okay.
14 BY MR. HEBERLING:
15    Q  Then, to your knowledge in 1956, after
16 receiving this report, did the Libby management
17 obtain a copy of the Lanza medical article titled
18 "Effects of the Inhalation of Asbestos Dust on th
19 Lungs of Asbestos Workers"?
20    A  I don't recall that they did, no, sir.
21    Q  To your knowledge did the company ask
22 Mr. Wake for more information on this?
23    A  Not that I recall, no, sir.
24    Q  Did the company ask anyone for more
25 information on this?

Page 57

1    A   Not that I recall, no, sir.

2    Q   As of 1956, did you notice that workers

3 who had been at Zonolite for some time had -- that

4 there were workers who had been at Zonolite for some

5 time that had some difficulty in breathing?

6         MR. MURPHY: Read that back, please.

7         MR. HEBERLING: I'll restate it.

8 BY MR. HEBERLING:

9    Q   As of 1956, did you notice workers at

10 Zonolite who had been there for, say, more than five

11 years who had difficulty in breathing?

12    A   Well, I don't know that 1956 is a magic

13 date, but, certainly, over time and during the time

14 I was there and probably before 1956 we knew workers

15 that we had that had difficulty breathing, yes, sir.

16    Q   Was anything done to identify who these

17 workers were as of 1956?

18    A   I don't know what that means.

19    Q   Was any listing made or any tests -- were

20 any tests done on workers to determine how serious

21 their breathing difficulties may have been?

22    A   Well, at various times these workers were

23 referred to doctors to evaluate their general health

24 condition.

25    Q   And, say, before 1956 did you receive any

Page 58

1 word from doctors as to what the condition of

2 particular workers was?

3    A   I really don't recall. It's possible, but

4 I don't recall the --

5    Q   Do you recall any particular individuals

6 before 1956 who had difficulty with breathing?

7    A   I recall particular individuals, but I

8 don't know whether it would have been before or

9 after 1956.

10    Q   How about Mr. Joughin, is it?

11    A   Jouckin.

12    Q   Jouckin.  Did he die in 1952?

13    A   Probably.  He died certainly about that

14 time.

15    Q   Did he die of lung disease?

16    A   He died of tuberculosis.

17    Q   Do you know who diagnosed -- who called it

18 tuberculosis?  Was that a local doctor?

19    A   At the time of his death, he was a patient

20 at the State tubercular hospital in Warm Springs.

21 No.

22    Q   Galen?

23    A   In Galen.  Yes, sir.

24    Q   Was his disease related to the dust at

25 Libby in any way?

Page 59

1         MR. GRAHAM: I would object.  It

2 calls for a medical conclusion.

3         Go ahead.

4         THE WITNESS: I have no knowledge of

5 that, no.

6 BY MR. HEBERLING:

7    Q   You didn't see any documents which related

8 the disease to the dust?

9    A   No, sir.

10    Q   To your knowledge, in 1956 did the company

11 consult with any doctors as to the disease

12 asbestosis?

13    A   Not that I recall, no, sir.

14    Q   Did you know what it was before 1956?

15    A   No, sir, I don't --

16    Q   Was this report your first knowledge of

17 what asbestosis was?

18    A   To the best of my recollection, this

19 report is the first that we or I knew of the dangers

20 of asbestos in the workplace.

21    Q   So as of 1956, the company knew there was

22 asbestos in the dust; correct?

23    A   Yes, sir.

24    Q   And the company also knew that asbestosis

25 is from inhaling asbestos dust; correct?

Page 60

1    A   Yes, sir.

2    Q   And the company also knew there were

3 workers at Zonolite who were inhaling asbestos dust;

4 correct?

5    A   Yes, sir.

6    Q   In 1956 were you aware that Drinker and

7 Hatch, 1954, which was cited in the report,

8 Exhibit 17, showed studies in England with 160

9 deaths from asbestosis?

10    A   I don't know.  Is that in this report?

11    Q   No.  I'm asking you if you were aware that

12 the Drinker and Hatch reference in this report

13 discussed studies in England which showed 160 deaths

14 due to asbestosis with an average age of

15 forty-eight.

16         MR. GRAHAM: I would object to the

17 form of question on the basis it's an attempt to

18 introduce hearsay evidence through this witness.  If

19 you have the report, I'd prefer that you show it to

20 the witness.

21         Go ahead and answer it, Earl, if you can.

22         THE WITNESS: I don't have any

23 recollection we were aware of that.

24 BY MR. HEBERLING:

25    Q   Okay.  I'm now showing you a copy of

Page 61

10:25:18 1 Drinker and Hatch, 1954, by the McGraw-Hill Book
10:25:20 2 Company.
10:25:22 3           MR. GRAHAM: Do you want him to
10:25:24 4 review the whole document so that he can testify to
10:25:26 5 that?
10:25:28 6 BY MR. HEBERLING:
10:25:32 7     Q   Take a look at its format, and I'll ask
10:25:36 8 you whether you've ever seen this book before.
10:25:38 9     A   No, sir, I've never seen this before.
10:25:44 10    Q   Okay.  So is it fair to say that you
10:25:44 11 didn't obtain this after 1956 either?  Correct?
10:25:50 12    A   I've never seen it before.
10:26:06 13    Q   Okay.  As of 1956 or, say, the late '50s,
10:26:02 14 who in Libby was responsible for collecting
10:26:06 15 literature on asbestos hazards?
10:26:06 16          MR. GRAHAM: Assumes facts.
10:26:10 17          MR. MURPHY: Object to the form.
10:26:12 18          THE WITNESS: Well, I don't know that
10:26:16 19 anybody had that specific responsibility, but,
10:26:18 20 certainly, if someone was going to be responsible,
10:26:24 21 it would have to be the general manager.
10:26:24 22 BY MR. HEBERLING:
10:26:28 23    Q   Do you know if -- up to 1963, when Grace
10:26:32 24 took over, whether anyone in Libby collected
10:26:36 25 literature on industrial hygiene relating to

Page 62

10:26:40 1 asbestos or medical literature relating to asbestos?
10:26:42 2     A   No, sir, I don't know that.
10:27:06 3     Q   Back to the 1956 report, page four.  Under
10:27:10 4 "Conclusions and Recommendations," about five lines
10:27:12 5 down, do you see where it says, "The following are
10:27:18 6 several reasons why the dustiness in the dry mill is
10:27:22 7 heavy and why the exhaust mechanism as designed does
10:27:24 8 not function"?  Do you see that?
10:27:24 9     A   Yes, sir.
10:27:26 10    Q   Then the first reason talks about the
10:27:34 11 rafters loaded with dust.  Do you see that?
10:27:36 12    A   Yes, sir.
10:27:36 13    Q   Did you see rafters loaded with dust in
10:27:36 14 the late '50s?
10:27:36 15    A   Yes, sir.
10:27:38 16    Q   Did you understand how this contributed to
10:27:42 17 the dustiness in the air?
10:27:44 18          MR. MURPHY: Objection.  Vague and
10:27:46 19 ambiguous.
10:27:48 20          THE WITNESS: Well, it would be
10:27:52 21 because of the dust in the air that the rafters
10:27:54 22 would be coated with dust.  It would settle on those
10:27:56 23 rafters.
10:27:56 24 BY MR. HEBERLING:
10:28:00 25    Q   And then it says, "Dust vibrates almost

P

10:28:04 1 continuously off the rafters."  Did you see that
10:28:06 2 happening?
10:28:08 3     A   Yes, sir.
10:28:08 4     Q   And what was your understanding of the
10:28:10 5 cure for this problem as of '56?
10:28:16 6     A   Well, to remove that dust so it couldn't
10:28:16 7 fall off.
10:28:20 8     Q   Okay.  Then No. 2, it says, "Rubber
10:28:20 9 connectors between the vibrating screens and the
10:28:26 10 feed spouts are not tight."  Now, in the dry mill
10:28:31 11 what would vibrating screens and feed spouts be?
10:28:34 12    A   They would be for the purpose of sizing
10:28:38 13 the material that came across them.
10:28:42 14    Q   So ore would come across them, and some
10:28:44 15 would fall down through the screens, and some wo
10:28:46 16 pass on?
10:28:46 17    A   Yes, sir.
10:28:50 18    Q   Okay.  Then there's mention of rubber
10:28:50 19 connectors.  What would the rubber connectors hav
10:28:56 20 to do with dust control?
10:29:00 21    A   Well, the dust collection system, on the
10:29:04 22 upper part of the screen, there were hoods, and
10:29:10 23 these hoods were ventilated much like -- There wo
10:29:14 24 be an air stream coming across them and going int
10:29:20 25 removing the dust from the screen and putting it

P:

10:29:24 1 into a cyclone where it could be settled out and no
10:29:24 2 go into the atmosphere.
10:29:28 3     Q   Is that sort of like a hood on a kitchen
10:29:30 4 stove?
10:29:32 5     A   Yes, sir.
10:29:34 6     Q   Okay.  And then what do the rubber
10:29:36 7 connectors have to do with dust control?
10:29:40 8     A   Well, the hood -- The air coming across
10:29:44 9 that, going out of those screens, has to go
10:29:48 10 somewhere, and so the rubber connectors would
10:29:52 11 connect this hood, which was vibrating with the
10:29:54 12 screen, to the collection system.
10:30:00 13    Q   Okay.  And so would the cure for the
10:30:04 14 rubber connectors problem be simply to maintain
10:30:04 15 better and replace as necessary?
10:30:06 16    A   Yes, sir.
10:30:12 17    Q   Okay.  Then No. 4 talks about, "Exhaust
10:30:16 18 from some of the vibrators is insufficient".  Is the
10:30:18 19 exhaust a part of the ventilation system?
10:30:04 20    A   Yes, sir.
10:30:04 21    Q   So is it possible that a larger fan would
10:30:02 22 be required to run the ventilation system?
10:30:04 23    A   Yes, sir.
10:30:04 24    Q   Above, under "Conclusions," line three, it
10:30:51 25 says, The exhaust mechanism "was well designed

Page 65

10:31:00 1 originally, but under the handicap to which this
10:31:02 2 exhaust mechanism is subjected, it cannot and does
10:31:04 3 not function properly." Do you see that?
10:31:06 4     A  What number is that, please?
10:31:08 5     Q  I went up on the initial paragraph right
10:31:10 6 under "Conclusions," above No. 1.
10:31:14 7     A  Yes, sir, I see that.
10:31:16 8     Q  So in order to have the ventilation system
10:31:20 9 function better, might that require a larger fan?
10:31:26 10    A  Well, I think in this case it refers to
10:31:28 11 better maintenance being paid to the system itself,
10:31:32 12 like tightening or replacing the rubber connectors
10:31:40 13 and that sort of thing, rather than the fan
10:31:44 14 capability.
10:31:44 15    Q  And would increasing the fan capacity help
10:31:44 16 too?
10:31:48 17    A  Yes, sir.
10:31:48 18    Q  And nine years later, in 1965, did the
10:31:52 19 company install a larger fan?
10:31:52 20    A  Yes, sir.
10:31:52 21    Q  No. 5, it says, "Backs are off many of the
10:32:02 22 vibrators."  Is that, again, the vibrating screens?
10:32:02 23    A  Yes, sir.
10:32:06 24    Q  Would the cure to that simply be to put
10:32:06 25 the backs back on the vibrators?

Page 66

10:32:10 1     A  Yes, sir.
10:32:14 2     Q  And No. 6 talks about holes in conveyor
10:32:18 3 pipes.  So did you have conveyor pipes where the ore
10:32:26 4 would move from area to area?
10:32:30 5     A  I think that the conveyor pipes would be
10:32:32 6 the pipes which were for the conveyance of air
10:32:34 7 rather than of material.
10:32:38 8     Q  Okay.  And then it talks about "Where
10:32:40 9 holes have been cut into the pipes at random
10:32:44 10 locations".  Do you see that?  It's the third line
10:32:48 11 of No. 6.
10:32:54 12    A  Yes, sir.  I see that.
10:32:54 13    Q  Why would holes have been cut into the
10:32:54 14 pipes?
10:33:02 15    A  Well, I don't know that this means that
10:33:06 16 they were literally cut in there.  I think the holes
10:33:06 17 could have been worn in there by the friction of the
10:33:08 18 material which was being conveyed.  I don't know
10:33:08 19 which it means.
10:33:12 20    Q  And would the cure for that simply be to
10:33:14 21 fix the holes?
10:33:14 22    A  Yes, sir.
10:33:16 23    Q  Then No. 7 talks about hoods being broken.
10:33:24 24    A  Uh-huh.
10:33:24 25    Q  And would the cure for that simply be to

Page 67

10:33:26 1 fix the hoods?
10:33:26 2     A  Yes, sir.
10:33:32 3     Q  Then No. 9, it says there, "Many of the
10:33:32 4 dead ends in the exhaust system were left open,
10:33:38 5 permitting a large volume of air to be drawn in
10:33:40 6 through openings where no control was necessary."
10:33:44 7 Do you see how that would reduce the efficiency of
10:33:44 8 the ventilation system?
10:33:44 9     A  Yes, sir.
10:33:46 10    Q  What would be the cure to that?
10:33:46 11    A  To plug up those ends.
10:33:48 12    Q  Then No. 10 says, "In many (of the)
10:34:02 13 locations, it was obvious that the dust collection
10:34:08 14 mechanism was full of dirt or dust."  Do you see
10:34:08 15 that?
10:34:08 16    A  Yes, sir.
10:34:10 17    Q  Did you see that condition in the dry mill
10:34:18 18 yourself?
10:34:18 19    A  I don't recall it, no.
10:34:18 20    Q  But, anyway, would the cure for that be
10:34:18 21 simply to clean out the areas where the dust
10:34:18 22 collection mechanism was full of dirt?
10:34:18 23    A  Yes, sir.
10:34:24 24    Q  And moving to page five in the report, at
10:34:30 25 the bottom there's a recommendation under No. 6 at

Page 68

10:34:30 1 the bottom of page five.  It says "That a system of
10:34:40 2 vacuum cleaning or other cleaning of the rafters in
10:34:42 3 the entire mill be instituted."  Do you see that?
10:34:46 4     A  Yes, sir.
10:34:50 5     Q  In the late '50s was there discussion of
10:34:52 6 getting a vacuum cleaning system?
10:34:54 7     A  Yes, sir.
10:34:54 8     Q  And was one obtained?
10:34:56 9     A  I believe there was, yes, sir.
10:35:02 10    Q  And wasn't that until much later, in the
10:35:04 11 mid-'50s, that you first obtained a portable vacuum
10:35:08 12 cleaner?
10:35:08 13    A  I don't recall.
10:35:08 14       MR. MURPHY:  Excuse me.  Objection to
10:35:12 15 the form of the question.  You said "Much later,"
10:35:16 16 middle '50s, and we're talking about a '56 report.
10:35:16 17 BY MR. HEBERLING:
10:35:20 18    Q  Did I say middle '50s?  I meant middle
10:35:22 19 '60s.  Excuse me.
10:35:22 20    A  I don't recall.
10:35:22 21    Q  Do you recall any discussion among
10:35:22 22 management as to whether to get a vacuum cleaning
10:35:32 23 system as of the late '50s?
10:35:34 24    A  Yes, I do.  I remember discussions on it.
10:35:40 25 I don't remember the time.

Page 69

1    Q  Do you remember the result?

2    A  We got one.  We got a vacuum cleaner

3  system, as a matter of fact, a couple of them, but

4  the results of their use was not what had been hoped

5  for.

6    Q  Okay.  What is your recollection on when a

7  vacuum system was first obtained?

8    A  I don't recall.

9    Q  And you mentioned that the vacuum system

10  had some difficulties?

11    A  Yes, sir.

12    Q  What was that?

13    A  Well, one thing that was done -- And,

14  again, I don't recall the date, but they tried to

15  put a stationary vacuum system in with the

16  connections on each floor, and because of the

17  vibrations in the mill, the system could not be kept

18  intact.  It would keep separating.

19       Another thing that was done on the

20  portable vacuum systems, which they tried, is --

21  There was always a problem on the disposal of the

22  dust which was collected, in handling it and

23  disposing of that.  Just like any vacuum cleaner,

24  they have to be emptied periodically, and that was

25  the system that -- There was not a practical

Page 70

1  solution for it, as I recall.

2    Q  Okay.  On the in-wall system, was that a

3  system where there were vacuum cleaner pipes in the

4  walls, and then the vacuum cleaner could be attached

5  to an outlet in the wall?

6    A  Yes, sir.

7    Q  Much like an in-built house system can be?

8    A  Yes, sir.

9    Q  Was that done in the early '70s?

10    A  I don't recall when it was done.  I think

11  it was done before that.  I'm sure it was before

12  that.

13    Q  And that's the one that vibrated apart; is

14  that right?

15    A  Yes.

16    Q  And the portable vacuum cleaner, you say

17  there was a problem emptying it?

18    A  Yes, sir.

19    Q  Is it because it filled up so quickly?

20    A  Yes, sir.

21    Q  And what was the problem?  Why couldn't it

22  just be emptied over and over and over again?

23    A  Like where?  How do you dispose of it?

24  That was the problem.  Where do you empty the dust,

25  and how do you dispose of it?

P.

1    Q  There was never a solution to that?

2    A  Not in -- No, sir.  This mill was a

3  seven-story building, and if you have somethi

4  the top story, how do you get rid of that dust?

5    Q  Would it be possible for someone to car

6  it down the elevator?

7    A  There was no elevator in that mill.

8    Q  Was it a staircase down?

9    A  Yes, sir.

10    Q  So someone would have to carry the dus

11  down?

12    A  Yes, sir.

13    Q  And what was the problem there, lack o

14  manpower?

15    A  Well, just the quantity that was

16  involved.  It was, from a practical standpoint,

17  getting it down and getting it disposed of.

18    Q  From a practical standpoint?  You mear

19  number of men that would have been required

20    A  Yes, sir.

21    Q  Was that an unreasonable amount of wc

22  to devote to this task?

23       MR. GRAHAM:  I'd object.  Calls for

24  speculation.  Calls for an opinion.  Calls for a

25  conclusion.

P

1       Go ahead and answer it to the extent you

2  can.

3       THE WITNESS:  I can't answer.  I

4  don't know.

5  BY MR. HEBERLING:

6    Q  Was there a decision by management that it

7  would cost too much in worker time to carry the d

8  down the floors -- down the stairs?

9    A  Well, there was a decision, and I don't

10  know that the decision was based on the cost that

11  it would take.  Just from a practical standpoint, Hov

12  do you do it?  more than what the cost would be

13  involved.

14    Q  And what were the practical problems?

15    A  Getting rid of the dust.

16    Q  You mean where to take it after it left

17  the dry mill?

18    A  Yes, sir.

19    Q  Did you have dumps?

20    A  Well, you could certainly build a dump.

21    Q  Do you know when this decision that it

22  would be impractical to empty the portable vacuu

23  cleaner so many times was made?

24    A  No, sir.

25    Q  Can you say?  Was that in the '60s?

**EARL D. LOVICK (VOL. 1)**    Condenselt!™    **HURLBERT VS. W.R. GRACE**

Page 73

1 A I don't know.
2 Q You don't know?
3 A I don't recall.
4 Q Do you know who made the decision?
5 A Well, local management.
6 Q Were you in on the decision?
7 A Not directly, I don't believe, but I would
8 have been aware of it.
9 Q Do you know, in connection with that
10 decision, whether any industrial hygiene engineer
11 was consulted?
12 A No, sir, I don't know. I don't recall.
13 Q Then page six, Item 7, it says "That until
14 such time as the repair and maintenance of both the
15 exhaust and ore conveying systems have been
16 completed, all the men in the dry mill be provided
17 with or required to wear an adequate respirator".
18 Do you see that?
19 A Yes, sir.
20 Q Since that's a recommendation, does that
21 mean that that was not being done as of 1956?
22 A No, sir, it does not mean that.
23 Q Was it your understanding that most men in
24 the dry mill were wearing respirators most of the
25 time as of 1956?

Page 74

1 A Yes, sir. The instructions were for the
2 men to be wearing respirators.
3 Q And did you understand as of 1956 that a
4 respirator is a temporary measure and is not a
5 substitute for dust control?
6 A Yes, sir.
7 Q Back to the first page of No. 17, the
8 first page of the report. Do you see where it says,
9 "This report is confidential and is not for
10 distribution except to the management of the
11 Zonolite Company"?
12 A Yes, sir.
13 Q Now, was this confidentiality established
14 per agreement between the company and the Board of
15 Health?
16 A No, sir.
17 Q Was it a condition the company placed on
18 having the inspection?
19 A No, sir.
20 Q How did the confidential statement get
21 there?
22 A The Board of Health placed it there. I
23 don't --
24 Q Did you have any discussions with the
25 Board of Health representatives as to whether this

Page 75

1 be confidential or not?
2 A No, sir. Not that I -- Not to my
3 knowledge.
4 Q So if Mr. Bleich, plant manager, had a
5 conversation with the Board of Health
6 representatives regarding this, you were unaware of
7 it?
8 A Yes.
9        MR. GRAHAM: Objection. Calls for
10 gross speculation.
11        Go ahead and answer.
12        THE WITNESS: I'm certainly not aware
13 of it.
14 BY MR. HEBERLING:
15 Q Did Zonolite management keep the report
16 confidential?
17 A Well, I believe so, yes.
18 Q Was the report disseminated to the
19 employees?
20 A No, sir.
21 Q Did Zonolite management object to this
22 report?
23 A No.
24 Q As you recall?
25 A No, sir.

Page 76

1 Q Did Zonolite management agree that the
2 ventilation system was not functional as of '56?
3        MR. MURPHY: Object to the form of
4 the question.
5 BY MR. HEBERLING:
6 Q Perhaps I should refresh your
7 recollection. I read you a statement at page four
8 of the report, line five, where they're talking
9 about the ventilation system. It says it does not
10 function properly, and so my question is whether
11 Zonolite management was in agreement that the
12 ventilation system did not function properly.
13        MR. GRAHAM: Object to the form
14 again.
15        Go ahead and answer.
16        THE WITNESS: Well, yes. I believe
17 that they would agree that these things as outlined
18 here are accurate.
19 BY MR. HEBERLING:
20 Q In 1956 did the company disclose to the
21 employees that asbestos and the dust in the air was
22 toxic?
23 A Not that I recall, no, sir.
24 Q Would you agree that, as of 1956 in the
25 dry mill, it was not a healthy environment to work

Case 01-01139-AMC   Doc 22814-30   Filed 08/14/09   Page 21 of 25

IURLBERT VS. W.R. GRACE          Condenselt!          EARL D. LOVICK (VOL. 1)

Page 77

1 in?

2   A   Yes, sir, I would agree with that.

3   Q   As of 1956, did Zonolite do anything to
4 inform the employees what asbestosis was?

5   A   Not that I recall, no, sir.

6   Q   Now, before 1963 did Zonolite have a
7 safety committee?

8   A   Yes, sir.

9   Q   Were you a member?

10   A   Yes, sir.

11   Q   Can you say during what period of time you
12 were a member of the safety committee?

13   A   No, sir.  I don't recall.

14   Q   Were you a member in the '50s?

15   A   Probably, yes.

16   Q   And were you a member up to the mid-'60s?

17   A   Probably, yes.

18   Q   Would you have began to be a member when
19 you became assistant manager in 1954?

20   A   I don't know.

21   Q   Were there workers who were members of the
22 safety committee as well?

23   A   Yes, sir.

24   Q   What did the safety committee do in the
25 '50s?

Page 78

1   A   Well, they met periodically, I think
2 generally monthly, and they -- The members of the
3 safety committee would actually do an inspection
4 each month of the operations, and anything that they
5 deemed to be unsafe they would record and turn into
6 management for correction, if possible.

7   Q   Did you review the 1956 State Department
8 of Health report with the safety committee?

9   A   Probably not as a report.

10   Q   Did you ever discuss with the safety
11 committee the matter of asbestos in the dust?

12   A   I don't recall, no, sir.

13   Q   Did you discuss, generally, the dust
14 problem?

15   A   Yes.

16   Q   Without discussing it as asbestos dust?

17   A   Yes, sir.

18   Q   And was that true through the rest of your
19 years on the safety committee up to the mid-'60s?

20   A   Probably, yes.

21   Q   Let's go to Exhibit 19.

22   A   Before we do that, can we have another
23 break, please?

24   Q   Sure.

25          THE VIDEOGRAPHER:  Going off the

Page 79

1 record at approximately 10:47.

2          (Brief recess.)

3          THE VIDEOGRAPHER:  We're back on the
4 record, and it's approximately 11:04.

5 BY MR. HEBERLING:

6   Q   Please refer to Exhibit 18.  Does this
7 appear to be a document which lists mill equipment
8 and includes some drawings of the placement of the
9 equipment?

10   A   Yes, sir, that's what it appears to be.

11   Q   Is this a document that you saw at
12 Zonolite in the late '50s?

13   A   I don't ever recall seeing this before.
14 It's possible I did, but I don't remember it.

15   Q   Do you recall seeing similar drawings of
16 the placement of mill equipment?

17   A   No, sir, I don't.

18   Q   As far as a drawing of the dry mill and
19 its various floors and the location of equipment,
20 was there a more formal set of drawings than what
21 you see here?

22   A   In some cases there would have been, but
23 the way that that mill was built and grew, something
24 like topsy, there would have been an incomplete set
25 of as-built drawings for the mill.

Page 80

1   Q   Do you know where the incomplete set of
2 as-built drawings may be now?

3   A   I didn't say there was.  I said that's all
4 there could have been.  There would not have been
5 as-built drawings.

6   Q   Have you seen any drawings of the dry
7 mill, say, in the last ten years?

8   A   No, sir.

9   Q   Do you know where any might be?

10   A   No, sir.

11   Q   Let's go to Exhibit 19.  Does this appear
12 to be a tentative outline of a safety program dated
13 March 13, 1957?

14   A   Yes, sir.

15   Q   Is this a document you likely saw in 1957
16 in Libby?

17   A   Yes, sir.

18   Q   Let's go on to Exhibit 20.  Does this
19 appear to be a letter from Mr. Gaudin, G-A-U-D-I-N,
20 to Mr. Kelley, executive vice-president of Zonolite,
21 dated June 26, 1957?

22   A   Yes, sir.

23   Q   Is this a document that you saw at Libby
24 in the 1950s?

25   A   Yes, sir.

**EARL D. LOVICK (VOL. 1)**   CondenseIt!™   **HURLBERT VS. W.R. GRACE**

Page 81

1  Q  Is it likely you saw it on or about its
2  date?
3  A  Yes, sir.
4  Q  Let's go to Exhibit 21.  Does this appear
5  to be a letter of Ben Wake to Mr. Bleich, manager of
6  Zonolite, dated January 12, 1959?
7  A  Yes, sir.
8  Q  And did you see this and the attached
9  report at or about its date?
10  A  Probably, yes, sir.
11  Q  Let's go to page one of the report.  Do
12  you see, just above "Concentrations," two-thirds of
13  the way down and then two lines up from that, "The
14  wet mill was off the line or out of operation for
15  that period, thereby, reducing dustiness
16  considerably"?  Do you see that?
17  A  Yes, sir.
18  Q  And then there's mention in that same
19  paragraph just above what I read, Ore from Bin
20  No. 1.  Were there five bins for five sizes of ore?
21  A  There were five bins, but they were not
22  for sizes of ore.  They were for different blends or
23  different types of ore.  Those bins would have been
24  for storing mill feed, not concentrate.
25  Q  Were there five sizes of concentrate or

Page 82

1  five grades?
2  A  Of concentrate, yes.
3  Q  And which was the smallest, No. 1 or
4  No. 5?
5  A  No. 5.
6  Q  So would it be fair to say that No. 5,
7  being the smallest, would generate the most dust
8  when it was moved?
9  A  Probably, yes.
10  Q  Okay.  Then, under "Concentrations," five
11  lines down, there's a sentence beginning, "The
12  percentage of airborne asbestos was determined to be
13  in a concentration of from 12 on 31 percent with an
14  average being approximately 27 percent."  Do you see
15  that?
16  A  Yes, sir.
17  Q  Then in the last line, it says, "Those
18  particles that were so small that their rod-like
19  appearance could not be observed were not counted as
20  asbestos but were evaluated as (in the) overall dust
21  level."  Do you see that?  That's the very last line
22  of page one.
23       MR. GRAHAM:  I would object to the
24  form of the questioning on the basis that the
25  document speaks for itself.  It's improper

Page 83

1  questioning.
2       Go ahead and answer it, Earl.
3       THE WITNESS:  Yes, sir, I see that.
4  BY MR. HEBERLING:
5  Q  So was it your understanding that the
6  average 27 percent asbestos in the dust in the air
7  did not include the small particles which were not
8  counted as asbestos?
9       MR. GRAHAM:  Objection.  Foundation.
10      Go ahead and answer, if you can.
11      THE WITNESS:  I don't know whether
12  that would be true or not.
13  BY MR. HEBERLING:
14  Q  Then page two, do you see a table of
15  samples taken, 13 samples?
16  A  Yes, sir.
17  Q  And at the bottom it says "Maximum
18  Allowable Concentration, Asbestos Dust, 5.0"?
19  A  Yes.
20  Q  And then, for example, the first three
21  samples, do you see that that exceeds the standard
22  of five?
23  A  Yes, sir.
24  Q  Then page three -- Pages three, four and
25  five, do you see where this report goes into

Page 84

1  considerable detail as to which screens by number
2  and which machines were leaking dust?
3  A  Yes, sir.  I see that.
4  Q  Did you go along on this inspection?  Do
5  you know?
6  A  I don't know, but probably not.
7  Q  And did Zonolite dispute this report?
8  A  No, sir.
9  Q  So is it fair to say that Zonolite agreed
10  that there were, it appears, dozens of places that
11  needed repair as of the date of this report?
12      MR. MURPHY:  Object to the form of
13  the question.
14      THE WITNESS:  Zonolite didn't object
15  to it, but that doesn't necessarily mean that they
16  agreed with it all.
17  BY MR. HEBERLING:
18  Q  Okay.  Then page seven, in the middle of
19  page, do you see where it says, "All of the
20  locations enumerated were those that were apparent
21  as major offenders in either production of dust or
22  in the sacrifice of exhaust capacity which permitted
23  dust to be generated at points that should have been
24  controlled as designed.  The points enumerated were
25  not all of the locations where dust was produced,

 CondenseIt!™    EARL D. LOVICK

11:13:16 1 nor were they all the circumstances that permitted
11:13:20 2 the escape of dust." Do you see that?

11:13:20 3    A   Yes, sir.

11:13:24 4    Q   Okay. Then under "Toxicity," it says
11:13:28 5 "According to Ellman," and there's a cite to
11:13:40 6 Ellman, Pulmonary Asbestosis, 1933. Do you see
11:13:56 7 that?

11:13:56 8    A   Yes, sir.

11:13:56 9    Q   Does that appear to be an article in The
11:13:40 10 Journal of Industrial Hygiene?

11:13:40 11    A   Yes, sir.

11:13:44 12    Q   Do you know if you had a copy of that
11:13:44 13 article in Libby in 1959?

11:13:46 14    A   No, sir, I don't know.

11:13:46 15    Q   Do you know if one was obtained after this
11:13:50 16 report cited it?

11:14:14 17    A   Not to my knowledge, no, sir.

11:14:14 18    Q   It says, "According to Ellman, 'Inhalation
11:14:22 19 of asbestosis must be expected sooner or later to
11:14:22 20 produce pulmonary fibrosis, depending upon
11:14:24 21 (a) length of exposure and (b) nature and
11:14:26 22 concentration of the dust. Pulmonary asbestosis,
11:14:26 23 once established, is a progressive disease with a
11:14:28 24 bad prognosis. Its treatment can be only
11:14:28 25 symptomatic.'" Do you see that?

11:14:28 1    A   Yes, sir.

11:14:30 2        MR. GRAHAM: Objection. Improper
11:14:30 3 examination.

11:14:30 4        THE WITNESS: I see it, yes, sir.

11:14:32 5 BY MR. HEBERLING:
11:14:32 6    Q   Was this the first time, in 1959, that you
11:14:34 7 learned that asbestosis was a disease with a bad
11:14:34 8 prognosis?

11:14:36 9    A   I don't recall.

11:14:40 10    Q   You don't recall whether you had some
11:14:44 11 understanding that maybe people could get over this
11:14:44 12 before '59?

11:14:44 13    A   No, sir, I don't -- That is a correct
11:14:50 14 statement. I don't recall whether I knew this or
         15 not.

11:15:02 16    Q   As of the time you read this -- After you
11:15:02 17 read this, did you discuss this with Mr. Wake at a
11:15:06 18 conference?

11:15:06 19    A   Not that I recall, no, sir.

11:15:12 20    Q   Did you usually have a conference after
11:15:12 21 the inspection with Mr. Wake?

11:15:18 22    A   Usually, yes. He had a termination
11:15:18 23 conference.

11:15:20 24    Q   You just don't remember what happened in
         25 1959?

11:15:22 1    A   No, sir.

11:15:24 2    Q   Yes. We can understand that. When you
11:15:28 3 read this, did you understand that the asbestos dust
11:15:30 4 was a serious health hazard?

11:15:30 5    A   Yes, sir. We realized that.

11:15:32 6    Q   Did you realize that as early as '56?

11:15:44 7    A   It was so stated in the '56 report, and,
         8 yes, sir, we understood that it was a hazard.

11:15:52 9    Q   And a serious hazard?

11:16:02 10    A   Yes, sir.

11:16:02 11    Q   Then do you see at page eight
11:16:04 12 recommendations that, again, the holes in the
11:16:06 13 exhaust system be repaired?

11:16:06 14    A   Yes, sir.

11:16:10 15    Q   And "That constant maintenance be
11:16:14 16 provided". In No. 2 do you see that?

11:16:16 17    A   Yes, sir.

11:16:16 18    Q   Is it your understanding that the State is
11:16:19 19 telling you in '59 that the maintenance wasn't
11:16:24 20 happening often enough?

11:16:24 21        MR. MURPHY: Objection.
         22        MR. GRAHAM: I'd object.
11:16:26 23        MR. MURPHY: Objection to the form.

11:16:28 24 The report speaks for itself.

11:16:28 25 /////

         1 BY MR. HEBERLING:
11:16:30 2    Q   What was your understanding in '59? Did
11:16:34 3 you understand that you were being told that a mor
11:16:36 4 intensive maintenance had to be applied?

11:16:38 5    A   Yes, sir. That's what this states.

11:16:40 6    Q   And did the company do that?

11:16:42 7    A   I believe so, yes, sir.

11:16:46 8    Q   Put more manpower on maintenance?

11:16:46 9    A   Yes, sir.

11:16:50 10    Q   And then No. 3, the holes in the conveying
11:16:54 11 pipes, basically, that's the same as we discussed
11:16:58 12 before from the '56 report?

11:16:58 13    A   Yes, sir.

11:17:04 14    Q   And No. 4, "That all of the transfer
11:17:06 15 points for ore being deposited to open containers
11:17:10 16 adequately enclosed and provided with exhaust
11:17:10 17 ventilation." What was your understanding of
11:17:14 18 transfer points?

11:17:24 19    A   Well, a transfer point is where -- In this
11:17:28 20 case it's ore is transferred from one means of
11:17:32 21 conveyance to another, such as falling off the e
11:17:32 22 of a belt or whatever it happens to be where it'
11:17:36 23 transferred from one location to another.

11:17:42 24    Q   Okay. So you understood that as being
11:17:44 25 generally all transfer points, not just the place

**EARL D. LOVICK (VOL. 1)**          CondenseIt!™          **HURLBERT VS. W.R. GRACE**

---

Page 89

1 you called the transfer point where the trucks
2 dumped it into a conveyance down to the dry mill?
3     A  No.  That transfer point was an entity in
4 itself, and this does not refer to that at all.
5 This would be transfer points in the mill.
6     Q  How about transfer points outside the mill
7 where the ore is being deposited into open storage?
8         MR. MURPHY:  Objection to the form of
9 the question.
10 BY MR. HEBERLING:
11     Q  Did you understand that those should be
12 ventilated as well?
13     A  No, sir, and this doesn't refer to that.
14     Q  You understood it as being -- this report
15 relating just to the dry mill?
16     A  Yes, sir.
17     Q  Then No. 5, the recommendation is repeated
18 "That until such time as repair and maintenance
19 of ... the exhaust and the ore conveying systems has
20 been completed all the men in the dry mill be
21 provided ... and ... required to be wear
22 respirators".  Why is this repeated if they were
23 wearing respirators anyway?
24         MR. MURPHY:  Objection.  Form.
25         MR. GRAHAM:  Objection.  Form.

---

Page 90

1         MR. MURPHY:  Object to the form of
2 the question.  Foundation.
3 BY MR. HEBERLING:
4     Q  Was it your understanding the men were
5 wearing respirators?
6     A  Yes, sir.  That was one of the
7 requirements.  I don't know why it would be
8 repeated.
9     Q  I believe you testified before about
10 95 percent of the time while you were at Grace was
11 in the office and five percent out at the mine and
12 the mill?
13     A  Well, the bulk of my time was in the
14 office, certainly, yes.  Five percent, 95 percent,
15 that breakdown is -- I can't dispute it.
16     Q  Is that reasonable?
17     A  I think so.
18     Q  So is it possible that the men were not
19 wearing respirators when the supervisors weren't
20 around?
21         MR. MURPHY:  Object to the form of
22 the question.  Vague and ambiguous.
23         THE WITNESS:  Certainly it's
24 possible.
25 /////

---

Page 91

1 BY MR. HEBERLING:
2     Q  Did you bear problems like that?
3     A  Yes.  We knew that that was a difficult
4 rule to enforce, and the supervisors on the job did
5 their best to enforce it, but it was a problem.  We
6 know that.  We knew it.
7     Q  And did you know that in the '50s and
8 '60s?
9     A  Certainly.
10     Q  To your knowledge was anybody ever
11 disciplined for not wearing a respirator?
12     A  Well, I don't know what you mean by
13 "Disciplined," but certainly --
14     Q  Let's say a written reprimand.  Was there
15 ever any written reprimand to an employee for not
16 wearing a respirator while you were working there?
17     A  Not to my recollection, no, sir.  I don't
18 know of any.
19     Q  And you were the keeper -- You were in
20 charge of the people who kept the records, at least
21 from '54 on all the way until '83?
22     A  Well, yes.  That would be office records,
23 but, you see, up at the operation, they would have
24 their own record keeping system, and I would have no
25 direct supervision over that.

---

Page 92

1     Q  So a reprimand to an employee for not
2 wearing a respirator in the mill would have been
3 kept at the mill office?
4     A  Probably, yes.
5     Q  Would it have gone into his personnel
6 file?
7     A  Not necessarily, no.
8     Q  Did you keep the personnel files at the
9 office downtown where you were?
10     A  Yes, sir.
11     Q  So while you were at Zonolite, '54 to '83,
12 was there a policy of keeping the reprimand -- any
13 written reprimands on an employee in his personnel
14 file?
15     A  No, sir, I believe not.
16     Q  And as to any employee who was reprimanded
17 for not wearing a respirator at someplace outside
18 the dry mill, where would that reprimand have ended
19 up in a file?
20     A  Well, it would depend on where that --
21 what department that employee was in, and each
22 department would have their own suboffice, if you
23 will.
24     Q  So did the construction department have a
25 suboffice?

---

Page 93

1    A  Yes, sir.

2    Q  Okay.  On the cover of the report, which

3  is part of Exhibit 21, we have the same statement,

4  The report is confidential.  Do you see that?

5    A  Yes, sir.

6    Q  And, again, do you know if this was the

7  company's suggestion or whether it was the State's

8  suggestion to put this statement on the face of the

9  report?

10    A  It was not the company's suggestion, no,

11  sir.  It would have been the doings of the

12  Department of Health.

13    Q  Was this report, in fact, kept

14  confidential by management?

15    A  Generally, yes, I would say so.

16    Q  Was this report disseminated to the

17  employees?

18    A  No, sir.

19    Q  Regarding the statement from Dr. Ellman,

20  the 1933 article which was quoted on the seriousness

21  of asbestosis, was that disclosed to the workers in

22  1959?

23        MR. MURPHY:  Object to the form of

24  the question.  It's based on hearsay.

25        THE WITNESS:  So far as I know, we

Page 94

1  never had a copy of that report, so it wouldn't have

2  been disseminated to them.

3  BY MR. HEBERLING:

4    Q  How about the statement that was quoted to

5  them by the State in the 1959 report?  Was that

6  disclosed to the employees?

7        MR. GRAHAM:  Objection.  Foundation.

8  Competency of this witness as regards to other

9  people disclosing it to the employees.

10  BY MR. HEBERLING:

11    Q  To your knowledge.

12    A  To my knowledge, no, sir.  I don't know

13  that it was distributed to them.

14    Q  In 1959 who was primarily responsible for

15  safety?

16    A  The general manager, R.A. Bleich.  It

17  would have been his responsibility.

18    Q  And what was Mr. Kujawa's responsibility

19  there as chief engineer?  Was safety something that

20  he had specifically had responsibility for?

21    A  Probably, yes.

22    Q  And was that so up until 1963, at least?

23    A  Well, I don't know that he would have been

24  responsible all of that period, but certainly some

25  of that period he was.

Pa

1    Q  Okay.  And do you know what Mr. Kuja

2  training was?

3    A  He was a graduate of the Butte School o

4  Mines.  I believe his major was in geology.

5    Q  To your knowledge did he have any train

6  in industrial hygiene?

7    A  No specific training that I know of.

8    Q  Did you have some responsibility for

9  safety as a member of the safety committee?

10    A  Yes, sir.

11    Q  What was that?

12    A  Well, I would have been -- I would have

13  been responsible to see that proper records wer

14  kept and the safety committee met as schedule

15  the recommendations of the safety committee

16  followed and carried out.

17    Q  Before 1963 did the company have a saf

18  manual?

19    A  Have what?

20    Q  A safety manual.

21        MR. MURPHY:  Read that back, please

22        THE VIDEOGRAPHER:  Excuse me.  W

23  going to have to go off the record to change ta

24  moment.

25        We're going off the record at

P:

1  approximately 11:26.

2        (Brief recess.)

3        THE VIDEOGRAPHER:  We're back on the

4  record.  It's approximately 11:29.

5        THE REPORTER:  I'll go ahead and read

6  the question back.

7        (The reporter then read back the

8  requested material beginning at page 95, line 17 ar

9  ending at page 95, line 20.)

10        THE WITNESS:  I don't really recall.

11  I know that at one time the company published a

12  safety manual and had it printed, but I don't reall

13  remember when it would have been.

14  BY MR. HEBERLING:

15    Q  Could that have been in the '60s?

16    A  Yes, sir, it could have been.

17    Q  Let's refer to Exhibit 22.

18        MR. GRAHAM:  Jon, before you do that,

19  back at Exhibit 20, I was just looking at that, and

20  it says, "I have read the letter from Mr. Clemmon:

21  (from) the Bureau of Mines" and so forth.  Was t'

22  a copy of that letter, or is this the only document

23  that you had?

24        MR. HEBERLING:  This is all I have.

25        MR. GRAHAM:  Okay.  So you don't hav