IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Related Docket Nos.: _____ |

**ORDER GRANTING PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF GEORGE L. PRIEST**

Upon consideration of the Plan Proponents' Motion in Limine to Exclude the Expert Report and Testimony of George L. Priest (the "Motion"), for the entry of an order to exclude the expert report and testimony of George L. Priest in connection with confirmation of the First Amended Joint Plan of Reorganization, as amended; and due and adequate notice of the Motion having been given; and objections, if any, having been resolved or overruled; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and after a hearing on the Motion; and after due deliberation;

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The expert report and testimony of George L. Priest shall be excluded from the

{D0159445.1}

2

evidence to be considered in connection with confirmation of the First Amended Joint Plan of Reorganization, as amended.


Dated: _____, 2009

                                                  The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge