# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.,*[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 3, 2009 at 4:00 p.m.**
**Hearing Date:  December 14, 2009 at 10:30 a.m.**

**NOTICE OF SECOND QUARTERLY INTERIM VERIFIED
APPLICATION OF THE LAW OFFICES OF JANET S. BAER, P.C.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM APRIL 1, 2009 THROUGH JUNE 30, 2009**

To:     (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official
Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal
Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants;
(6) Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (7) Counsel to
the Official Committee of Equity Holders.

The Law Offices of Janet S. Baer, P.C., bankruptcy co-counsel to the above-

captioned debtors and debtors in possession in the above-captioned cases (the "Debtors"), has

filed and served the *Second Quarterly Interim Verified Application of The Law Offices of Janet*

*S. Baer, P.C. for Compensation for Services and Reimbursement of Expenses as Bankruptcy*

*Counsel to W.R. Grace & Co., et al., for the Interim Period from April 1, 2009 through June 30,*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*2009,* seeking fees in the amount of $383,812.50 and expenses in the amount of $18,946.28 (the "Fee Application").

Objections or responses to the Fee Application, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, on or before **September 3, 2009, at 4:00 p.m.**

At the same time, you must also serve a copy of the objections or responses, if any, upon the following:  (i) co-counsel for the Debtors, Theodore L. Freedman, Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, NY 10022-4611 (fax number 212-446-4800), Janet S. Baer, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, IL 60602 (Fax number 312-641-2165); and James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, PO. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York  10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware  19801-1246 (fax number 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida  33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware  19899 (fax number

302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu

Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York

10022 (fax number 212-644-6755), and Marla Eskin, Esquire, Campbell & Levine, LLC, Chase

Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware  19801

(fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham

& Watkins, Sears Tower, Suite 5800, Chicago, Illinois  60606 (fax number 312-993-9767), and

Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, Delaware  19899 (fax number 302-658-6395); (vi) the Office of the United States

Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware  19801 (fax

number 302-573-6497); (vii) counsel to the Official Committee of Equity Holders, Thomas M.

Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New

York  10022 (fax number 212-715-8000); and (viii) co-counsel to the Official Committee of

Equity Holders, Teresa K.D. Currier, Esquire, Buchanan Ingersoll & Rooney PC, 1000 West

Street, Suite 1410, Wilmington, DE  19801.

*[Remainder of Page Intentionally Left Blank]*

A HEARING ON THE FEE APPLICATION WILL BE HELD BEFORE THE

HONORABLE JUDITH K. FITZGERALD ON DECEMBER 14, 2009 AT 10:30 A.M.

Dated: August 14, 2009            KIRKLAND & ELLIS LLP
                                  Theodore L. Freedman
                                  Citigroup Center
                                  153 East 53rd Street
                                  New York, NY 10022-4611
                                  (212) 446-4800

                                  —and—

                                  PACHULSKI STANG ZIEHL & JONES LLP


                                  __/s/ James E. O'Neill _____
                                  Laura Davis Jones (Bar No. 2436)
                                  James E. O'Neill (Bar No. 4042)
                                  Timothy P. Cairns (Bar No. 4228)
                                  Kathleen P. Makowski (Bar No. 3648)
                                  919 North Market Street, 17th Floor
                                  P.O. Box 8705
                                  Wilmington, Delaware 19899-8705 (Courier 19801)
                                  Telephone:  (302) 652-4100
                                  Facsimile:  (302) 652-4400

                                  Co-counsel for Debtors and Debtors in Possession