**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**DECLARATION OF SERVICE REGARDING:**

| | |
|---|---|
| DEBTORS' DISCLOSURE STATEMENT FOR THE FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W. R. GRACE & CO., ET AL., THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS DATED AS OF FEBRUARY 27, 2009 | Copy attached hereto as Exhibit A |
| EXHIBIT BOOK TO FIRST AMENDED JOINT PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT AS OF FEBRUARY 27, 2009 comprised of: | Copy attached hereto as Exhibit B |

- Exhibit 1 First Amended Joint Plan Of Reorganization
- Exhibit 2 Asbestos PI Trust Agreement
- Exhibit 3 Asbestos PD Trust Agreement
- Exhibit 4 Asbestos PI Trust Distribution Procedures

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

- Exhibit 5 Schedule Of Settled Asbestos Insurers Entitled To 524 (g) Protection
- Exhibit 6 Asbestos Insurance Transfer Agreement
- Exhibit 7 [intentionally left blank]
- Exhibit 8 Best Interests Analysis
- Exhibit 9 CDN ZAI Minutes Of Settlement
- Exhibit 10 Cooperation Agreement
- Exhibit 11 PI Deferred Payment Agreement
- Exhibit 12 Financial Information
- Exhibit 13 Fresenius Settlement Agreement
- Exhibit 14 To Exhibit Book Fresenius Settlement Order
- Exhibit 15 W. R. Grace & Co. Guarantee Agreement (PI)
- Exhibit 16 Non-Debtor Affiliate Schedule
- Exhibit 17 To Exhibit Book Plan Registration Rights Agreement
- Exhibit 18 Rejected Executory Contracts And Unexpired Leases Schedule
- Exhibit 19 Retained Causes Of Action Schedule
- Exhibit 20 Share Issuance Agreement
- Exhibit 21 Unresolved Asbestos PD Claims Schedule
- Exhibit 22 Sealed Air Settlement Agreement
- Exhibit 23 Sealed Air Settlement Order
- Exhibit 24 Warrant Agreement
- Exhibit 25 Case Management Order For Class 7A Asbestos PD Claims
- Exhibit 26 Asbestos PI/PD Inter-Creditor Agreement
- Exhibit 27 Asbestos Payment Agreement (Class 7A PD)
- Exhibit 28 Asbestos Payment Agreement (Class 7B ZAI)
- Exhibit 29 W. R. Grace & Co. Guarantee Agreement (Class 7A PD)
- Exhibit 30 W. R. Grace & Co. Guarantee Agreement (Class 7B ZAI)
- Exhibit 31 Stock Incentive Plan
- Exhibit 32 Stock Trading Restrictions Term Sheet
- Exhibit 33 ZAI PD Trust Distribution Procedures

| | |
|---|---|
| NOTICE OF CONFIRMATION HEARING AND IMPORTANT DEADLINES IN RELATION TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF W. R. GRACE & CO., ET AL. | Copy attached hereto as Exhibit C |
| ORDER APPROVING DISCLOSURE STATEMENT, SOLICITATION AND CONFIRMATION PROCEDURES, CONFIRMATION SCHEDULE AND RELATED RELIEF | Copy attached hereto as Exhibit D |
| W. R. GRACE & CO. ET AL. VOTING PROCEDURES | Copy attached hereto as Exhibit E |
| NOTICE OF PROCEDURES RELATING TO PAYMENT OF POST- | Copy attached |

| | |
|---|---|
| PETITION INTEREST ON GENERAL UNSECURED CLAIMS | hereto as Exhibit F |
| NOTICE OF NON-VOTING CLAIM STATUS FOR JOINT PLAN OF REORGANIZATION | Copy attached hereto as Exhibit G |
| NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES | Copy attached hereto as Exhibit H |
| NOTICE OF NON-VOTING STATUS WITH RESPECT TO UNIMPAIRED CLASSES DEEMED TO ACCEPT JOINT PLAN OF REORGANIZATION | Copy attached hereto as Exhibit I |
| CD INSTRUCTION LETTER | Copy attached hereto as Exhibit J |
| VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS OF INDIRECT PI TRUST CLAIMS WITHIN CLASS 6 ASBESTOS PI CLAIMS | Custom sample attached hereto as Exhibit K |
| VOTING INSTRUCTIONS AND MASTER BALLOT FOR HOLDERS OF CLASS 7A ASBESTOS PD CLAIMS | Custom sample attached hereto as Exhibit L |
| VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS OF CLASS 7B ASBESTOS PD CLAIMS (US ZAI PD CLAIMS) | Custom sample attached hereto as Exhibit M |
| VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS OF CLASS 9 GENERAL UNSECURED CLAIMS | Custom sample attached hereto as Exhibit N |
| MASTER BALLOT AND VOTING INSTRUCTIONS FOR CLASS 10 EQUITY INTERESTS OF W. R. GRACE & CO. (CUSIP # 38388F108) | Sample attached hereto as Exhibit O |
| VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS OF CLASS 10 EQUITY INTERESTS OF W. R. GRACE & CO. (CUSIP # 38388F108) | Sample attached hereto as Exhibit P |
| RETURN ADDRESS ENVELOPE [copy not attached hereto] | Exhibit Q |

I, Kevin Martin, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 444 North Nash Street, El Segundo, California 90245.

2. At the direction of Kirkland & Ellis LLP, co-counsel to the debtors and debtors in possession in the above-captioned cases, the documents attached hereto as Exhibits A through Q were served as described in Exhibits 1 through 35. Service commenced on April 1, 2009 and concluded on May 19, 2009:

| | |
|---|---|
| Exhibit 1 | Address List regarding Exhibits A through J and Q |
| Exhibit 2 | Address List regarding Exhibits A through E, J, K and Q served on Class 6 parties |
| Exhibit 3 | Address List regarding Exhibits A through E and J |
| Exhibit 4 | Address List regarding Exhibits C, D and I |
| Exhibit 5 | Address List regarding Exhibits A through E, G and J |
| Exhibit 6 | Address List regarding Exhibits A through F, J, N and Q served on Class 9 parties |
| Exhibit 7 | Address List regarding Exhibits A through E, J, K and Q served on Class 6 parties |
| Exhibit 8 | Address List regarding Exhibits A through E, J, L and Q served on class 7A parties |
| Exhibit 9 | Address List regarding Exhibits A through F, J, K and Q served on Class 6 parties |
| Exhibit 10 | Address List regarding Exhibits A through E, J, M and Q served on Class 7B parties |
| Exhibit 11 | Address List regarding Exhibits A through E, J, O, P and Q served on Class 10 parties |


| Exhibit 12 | Address List regarding Exhibits A through E, J, K, L and Q served on Class 6 and 7A parties |
| --- | --- |
| Exhibit 13 | Address List regarding Exhibits A through E, J, K and Q served on Class 6 parties |
| Exhibit 14 | Address List regarding Exhibits A through Q |
| Exhibit 15 | Address List regarding Exhibits A through E, J, O and P served on Class 10 parties |
| Exhibit 16 | Address List regarding Exhibits A through E and J |
| Exhibit 17 | Address List regarding Exhibits A and B |
| Exhibit 18 | Address List regarding Exhibits A, B, O and P served on Class 10 parties |
| Exhibit 19 | Address List regarding Exhibits A through E |
| Exhibit 20 | Address List regarding Exhibits A through D and J |
| Exhibit 21 | Address List regarding Exhibits A through E, K and Q served on Class 6 parties |
| Exhibit 22 | Address List regarding Exhibits A, B and E |
| Exhibit 23 | Address List regarding Exhibits A through E, K and Q served on Class 6 parties |
| Exhibit 24 | Address List regarding Exhibits M and Q served on Class 7B parties |
| Exhibit 25 | Address List regarding Exhibits N and Q served on Class 9 parties |
| Exhibit 26 | Address List regarding Exhibits K and Q served on Class 6 parties |
| Exhibit 27 | Address List regarding Exhibits A through E, K and Q served on Class 6 parties |
| Exhibit 28 | Address List regarding Exhibits A through E, J, K and Q on Class 6 parties |
| Exhibit 29 | Address List regarding Exhibits A, B and J |
| Exhibit 30 | Address List regarding Exhibit N served on Class 9 parties |
| Exhibit 31 | Address List regarding Exhibit K served on Class 6 parties |
| Exhibit 32 | Address List regarding Exhibits K and N served on Class 6 and 9 parties |

Exhibit 33       Address List regarding Exhibits O and P served on Class 10 parties

Exhibit 34       Address List regarding Exhibits C, D, E and G

Exhibit 35       Address List regarding Exhibits A through E, J and K served on Class 6 parties

3.    Unless otherwise specifically identified on the attached service lists, such service was affected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 13, 2009
El Segundo, California

_____
Kevin Martin

State of California      )
                         )
County of Los Angeles    )

On August 13, 2009 before me, James H. Myers, a Notary Public, personally appeared Kevin Martin, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



JAMES H. MYERS
Commission # 1855175
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2013