IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Todd E. Duffy, Esq., of the law firm Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020, as Special Insurance Coverage Counsel to the Official Committee of Asbestos Personal Injury Claimants in this matter.

Dated: August 17, 2009

Respectfully submitted,

**CAMPBELL & LEVINE, LLC**

By: */s/ Mark T. Hurford*
Mark T. Hurford (ID No. 3299)
800 N. King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900
Email: mhurford@camlev.com

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*

{D0159620.1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the of the Bars of States of New York and New Jersey, the United States District Court for the Southern, Eastern and Northern Districts of New York and the District of New Jersey, the United States Tax Court and the United States Court of Appeals for the Second Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Todd E. Duffy, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 278-1621
Facsimile:    (212) 278-1733
E-mail:         tduffy@andersonkill.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2009          _____
                                  United States Bankruptcy Judge

{D0159385.1}