# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on August 17, 2009 I caused a copy of *Motion and Order for Pro Hac Vice Appearance of Todd E. Duffy, Esq. of Anderson Kill & Olick, P.C.* to be served on counsel on the attached service list via first class mail.

Dated: August 17, 2009

/s/ Mark T. Hurford
Mark T. Hurford (DE No. 3299)

{D0159615.1 }