# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                 Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Re Docket No: 22800 |

### ARROWOOD'S JOINDER TO PLAN PROPONENTS' MOTION IN LIMINE TO PRECLUDE TESTIMONY ON BEHALF OF THE LIBBY CLAIMANTS WHERE THE RELIANCE MATERIALS ON WHICH THE TESTIMONY IS BASED HAVE NOT BEEN PRODUCED [DKT. NO. 22800]

Arrowood[1], by and through its undersigned counsel, hereby joins the *Plan Proponents' Motion In Limine To Preclude Testimony On Behalf Of The Libby Claimants Where The Reliance Materials On Which The Testimony Is Based Have Not Been Produced* [Dk. No. 22800].

Dated: August 17, 2009
      Wilmington, Delaware

/s/ Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
BIFFERATO GENTILOTTI, LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

- and -

Carl. J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000

- and -

---

[1] "Arrowood" means Arrowood Indemnity Company f/k/a Royal Indemnity Company.

Case 01-01139-AMC    Doc 22827    Filed 08/17/09    Page 2 of 2

2

Tancred V. Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel: (212) 326-2000

*Attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company*

2