**Motley Rice LLC**
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

**Invoice No.**
1351774

March 2, 2009

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE  19801

**Re:** W.r. Grace,   (999604-12)
Asbestos Claimants Committee

| | | |
|---|---|---|
| Professional Services Through As per Time Exhibit Attached............................................................ | | $0.00 |
| Costs Through  2/27/09 | | |
| Telephone | 90.00 | |
| Total Costs............................................................................................. | | $90.00 |
| Total Invoice.................................................................................... | | $90.00 |

## Payable Expense Exhibit

Re: W.r. Grace, (999604-12)
Invoice for charges rendered through 02/27/09

Invoice No.
1351774

| Date | Description | Check | Amount |
|---|---|---|---|
| **Telephone** | | | |
| 2/17/09 | Joseph F. Rice-Attend WRG hearing via CourtCall | 42623 | 90.00 |
| | **Total** | | **90.00** |