# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| May 12, 2009 | INVOICE:           230758 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 04/30/09

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/01/09 | Reviewed previous versions of New York Insurance statutes for application to settlement issues. | W001 | AMA | 0.30 |
| 04/01/09 | Researched provisions on policies re: timing of insurance company's obligation to pay liabilities. | W001 | AMA | 2.90 |
| 04/01/09 | Continued to research provisions on policies re: timing of insurance company's obligation to pay liabilities. | W001 | AMA | 0.40 |
| 04/01/09 | Search for old New York Insurance law statutes per M. Antonucci request. | W001 | EQ | 1.00 |
| 04/01/09 | Review/revise insurance policy data spreadsheets (.80); analysis of selected umbrella/excess policies re: limits of liability, "follow form," bankruptcy language, assignment clauses, and other coverage issues (5.90). | W001 | GFF | 6.70 |
| 04/01/09 | Researched appropriate responses to R. Horkovich asbestos coverage questions. | W001 | HEG | 1.20 |
| 04/01/09 | Updated information about the status of reimbursement agreements. | W001 | IF | 0.60 |
| 04/01/09 | Studied insurance policies re: "Bankruptcy of Insured", "Loss Payable" and "Follow Form" provisions. | W001 | IF | 1.10 |
| 04/01/09 | Add section on other jurisdictions into contract interpretation. | W001 | MC | 2.10 |
| 04/01/09 | Work on allocation issues. | W001 | MG | 0.70 |
| 04/01/09 | Hearing with Judge Fitzgerald regarding Kanab motion for relief from stay (2.30).  Confer with FCR counsel regarding settlement discussions with an insurance company (1.00). | W001 | RMH | 3.30 |

{D0153917.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

May 12, 2009                                                 INVOICE:              230758

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 04/01/09 | Research and revise insurance analysis in connection with specific insurance company challenges to coverage (2.70). Review and analysis of discovery matters pertaining to underlying claims and coverage in connection with objecting parties (1.80). Review and analysis of historical insurance matters handled by debtor (1.90). | W001 | RYC | 6.40 |
| 04/02/09 | Memo re: bankruptcy clause and an insurance company's obligation to pay liabilities as they arise. | W001 | AMA | 5.70 |
| 04/02/09 | Analysis of selected umbrella/excess policies re: follow form, bankruptcy issues, loss payable, assignment clauses and other coverage issues (.70); review/revise insurance policy data spreadsheets (5.60). | W001 | GFF | 6.30 |
| 04/02/09 | Additional research re: R. Horkovich asbestos insurance coverage questions. | W001 | HEG | 1.80 |
| 04/02/09 | Reviewed and Updated information re: insurance policy periods and limits. | W001 | IF | 2.40 |
| 04/02/09 | Make changes to memo and integrate research re: contract interpretation issue. | W001 | MC | 1.90 |
| 04/02/09 | Finalize memo re: contract interpretation issue. | W001 | MC | 1.10 |
| 04/02/09 | Work on exhaustion information requests. | W001 | MG | 2.30 |
| 04/02/09 | Study red-lined potential settlement agreement sent by one insurance company (1.70). Conference calls regarding same with FCR's and Debtors' counsel (.70). Attention to Equitas termination rights and confer with Equitas counsel (Sottile) regarding same (1.20). Attention to confirmation fact witness preparation (1.10). | W001 | RMH | 4.70 |
| 04/02/09 | Revisions and research in connection with written response to settlement insurance coverage issues (3.80). Revisions and research in connection with written responses to post-bankruptcy recovery analysis issues (3.10). | W001 | RYC | 6.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

May 12, 2009                                      INVOICE:              230758

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 04/03/09 | Analysis of selected umbrella/excess policies re: follow form, bankruptcy clauses, assignment clause and various other coverage issues (4.10); review/revise insurance policy data spreadsheets (.60). | W001 | GFF | 4.70 |
| 04/03/09 | Searched files and obtained copies of depositions. | W001 | IF | 1.20 |
| 04/03/09 | Updated and reviewed insurance policy information re: "policy period" "follow form" "loss payable" and "bankruptcy of the insured." | W001 | IF | 1.60 |
| 04/03/09 | Work on exhaustion backup information requests. | W001 | MG | 1.20 |
| 04/03/09 | Attention to third party claim for coverage. | W001 | RMH | 1.20 |
| 04/03/09 | Work on third party recovery project in connection with settlement analysis (2.50). Continue work on insurance related issues pertinent to potential pre-bankruptcy settlements (3.30). | W001 | RYC | 5.80 |
| 04/03/09 | Attention to fee auditor's report. | W011 | RYC | 0.20 |
| 04/04/09 | Research response to unfavorable insurance coverage law raised by insurance companies. | W001 | RYC | 2.20 |
| 04/06/09 | Review fee auditor's report (.60): e-mail to auditor for clarification (.20); draft e-mails to timekeepers (.40); begin preparing draft response (.90). | W011 | AHP | 2.10 |
| 04/06/09 | Begin reviewing bill (2.60); multiple discussions with timekeepers (.60); research re: amounts outstanding (.20). | W011 | AHP | 3.40 |
| 04/06/09 | Revisions to memo re: bankruptcy clause. | W001 | AMA | 0.20 |
| 04/06/09 | Review insurance settlement agreements/ reimbursement agreements re: policy exhaustion issues and available policy issues (5.40); draft memo re: available policies (.40); analysis of selected umbrella/excess policies re: follow form, bankruptcy clauses, and assignment clauses (1.60). | W001 | GFF | 7.40 |

{D0153917.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|

May 12, 2009                                                      INVOICE:                230758

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/06/09 | Assisted R. Chung with CEAI related research (.70); Reviewed and researched recent chart outlining certain insurance company categorizations and determinations per R. Horkovich request (2.60); additional settlement-related queries researched and answered (1.30). | W001 | HEG | 4.60 |
| 04/06/09 | Studied information provided re: settlement, reimbursement agreements and "unsettled coverage." | W001 | IF | 4.10 |
| 04/06/09 | Work on project regarding source information for policy impairment. | W001 | MG | 1.80 |
| 04/06/09 | Attention to concerns in connection with insolvent insurance carriers (1.20). Work on settlement evaluation matters in connection with remaining coverage (3.40). Work on coverage issues memo responding to insurance companies denial of coverage arguments (1.80). | W001 | RYC | 6.40 |
| 04/07/09 | Continue to review and revise bill (while traveling) (.80); e-mail and telephone conversation with R. Horkovich re: current status (.30); continue reviewing/revising bill (2.70); draft e-mail re: timekeeping (1.20); further instructions to timekeepers (.60). | W011 | AHP | 5.60 |
| 04/07/09 | Continue review of insurance settlement agreements/reimbursement agreements re: exhaustion/availability issues (3.40); draft/revise memo re: policy exhaustion/availability (.90); analysis of selected umbrella/excess insurance policies re: follow form, assignment issues, bankruptcy issues and other coverage issues (2.90). | W001 | GFF | 7.20 |
| 04/07/09 | Continued to analyze and adjust recent settlement analysis chart per R. Horkovich request. | W001 | HEG | 4.60 |
| 04/07/09 | Review and update information re: settlement and reimbursement agreements. | W001 | IF | 3.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| May 12, 2009 | INVOICE:              230758 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/07/09 | Meeting with Grace, FCR and insurance companies regarding witnesses (3.60). Settlement meeting with one insurance company (.90). Settlement meeting with another insurance company (.90). | W001 | RMH | 5.40 |
| 04/07/09 | Review and comment upon fee auditor related concerns. | W011 | RYC | 0.30 |
| 04/07/09 | Work on settlement evaluation matters in connection with remaining coverage (1.50). Prepare evaluation of status of insolvent insurance carrier (1.80). Research and revise coverage issues memo responding to insurance company denial of coverage arguments (3.50). | W001 | RYC | 6.80 |
| 04/08/09 | Finalize response to fee auditor's report (.60); draft e-mail re: same (.30). | W011 | AHP | 0.90 |
| 04/08/09 | Review and proof latest round of changes. | W011 | AHP | 1.20 |
| 04/08/09 | Analysis of selected umbrella/excess policies re: follow form, bankruptcy language, assignment clauses and other coverage issues (.60); continue review of settlement agreements/reimbursement agreements re: coverage availability issues (5.30); draft/revise memo on coverage availability issues (1.40). | W001 | GFF | 7.30 |
| 04/08/09 | Reviewed agreements re: "status of each agreement." | W001 | IF | 4.20 |
| 04/08/09 | Research re: interpretation and rights under certain policy provisions. | W001 | MC | 1.50 |
| 04/08/09 | Work on issue re: effect of New York law on non-products claims. | W001 | MG | 1.20 |
| 04/08/09 | Prepare for meeting with insurance company (1.10). Conference with insurance company (1.00). Analysis of coverage-in-place agreement and ability to assign policies (2.80). Confer with FCR counsel and Debtors' counsel regarding Travelers discovery responses (.70). Contact insurance companies regarding potential settlement meetings (.70). | W001 | RMH | 6.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

May 12, 2009                                          INVOICE:            230758

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 04/08/09 | Review evaluations in connection with Trust recovery of insurance coverage post-bankruptcy (1.50). Draft supplemental memo regarding ongoing settlement discussion issues (3.70). Prepare memo regarding counter settlement offer in connection with third party demands (2.10). | W001 | RYC | 7.30 |
| 04/09/09 | Proof changes, revise and resubmit bill. | W011 | AHP | 1.20 |
| 04/09/09 | Review and revise files. | W011 | AHP | 0.90 |
| 04/09/09 | Draft/revise memo on availability status of policies (.90); review selected umbrella/excess policies re: follow form, asbestos exclusions and other coverage issues (3.20); draft/revise memo on coverage availability of umbrella/excess policies (2.70). | W001 | GFF | 6.80 |
| 04/09/09 | Reviewed and updated information re: settlement and reimbursement agreements. | W001 | IF | 1.40 |
| 04/09/09 | Reviewed agreements per R. Horkovich request. | W001 | IF | 2.10 |
| 04/09/09 | Updated reimbursement agreements. | W001 | IF | 1.80 |
| 04/09/09 | Finalize research re: contract interpretation and issues re: rights under policy. | W001 | MC | 0.60 |
| 04/09/09 | Research N.Y. law and other jurisdictions, treatise search (Couch, Appleman's) for caselaw re: insurance policy provisions and rights under policy. | W001 | MC | 4.60 |
| 04/09/09 | Review various e-mails re: settlement analysis. | W001 | MG | 0.60 |
| 04/09/09 | Attention to insurance reimbursement agreement (1.20). Exercise ability to assign coverage (.90). Reach out to same for settlement meetings (.80). Review discovery responses (1.90). Develop charts regarding coverage (.80). | W001 | RMH | 5.60 |
| 04/09/09 | Work on issues relating to coverage-in-place insurance (.80). Attention to new insurance settlement disputed issues (1.70). Research and revise supplemental memo regarding ongoing settlement discussion issues (3.00). Revise and research counter settlement evaluation memo (3.80). | W001 | RYC | 9.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

May 12, 2009                                                      INVOICE:            230758

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 04/10/09 | Review/revise insurance policy data spreadsheets (.80); review selected reimbursement agreements re: coverage availability issues (1.30); analysis of selected umbrella/excess insurance policies re: "follow form," loss payable language, bankruptcy issues and other asbestos coverage issues (5.20). | W001 | GFF | 7.30 |
| 04/10/09 | Research responses to R. Horkovich policy-related questions (.70); additional policy language analysis and charting (.60). | W001 | HEG | 1.30 |
| 04/10/09 | Updated and studied insurance policies re: "follow form," "loss payable" and "bankruptcy of the insured language" spreadsheet. | W001 | IF | 3.10 |
| 04/10/09 | Reviewed list of agreements. | W001 | IF | 1.10 |
| 04/10/09 | Follow research and review of caselaw re: New York insurance law principles. | W001 | MC | 0.30 |
| 04/10/09 | Communications re: effect of different nominal claim amounts on allocation process. | W001 | MG | 1.20 |
| 04/10/09 | Attention to evaluation of third party claim to coverage. | W001 | RMH | 6.10 |
| 04/10/09 | Evaluate new third party interests in insurance (.50). Finalize supplemental memo regarding ongoing settlement discussion issues (3.20). Finalize for internal review counter settlement evaluation memo (2.50). Revise responses to insurance company inquiries (0.60). | W001 | RYC | 6.80 |
| 04/12/09 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 04/12/09 | Review and analysis of insurance issues concerning third parties in bankruptcy. | W001 | RYC | 2.20 |
| 04/13/09 | Analysis of settlement agreements re: environmental premises coverage remaining (2.80); analysis of excess insurance policies re: defense costs payment issues (1.80); analysis of selected umbrella/excess policies re: follow form, assignment and bankruptcy language (2.10). | W001 | GFF | 6.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

May 12, 2009                                      INVOICE:         230758

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 04/13/09 | Assist M. Garbowski re: insurance company allocation support evidence queries (.60); research and chart environmental settlements/premises issues (2.30); research existence of certain settlement agreements per R. Chung request (.70); review and categorize policies for various forms of defense cost payment methodologies per R. Chung request (2.60). | W001 | HEG | 6.20 |
| 04/13/09 | Reviewed settlement agreements. | W001 | IF | 2.90 |
| 04/13/09 | Reviewed settlement agreements information filed by "additional insured." | W001 | IF | 1.70 |
| 04/13/09 | Helped to prepare for conference call with insurance company. | W001 | IF | 0.90 |
| 04/13/09 | Telephone conference with R. Horkovich and insurance company counsel (1.30). preparation re: same (1.30). | W001 | MG | 2.60 |
| 04/13/09 | Edit witness outline (1.80). Mediation call with one insurance company (1.30). Prepare for same (.60). Follow-up with ACC (.60). Follow-up with FCR (0.30).  Edit briefing of ALU v. paid as paid issue (1.00).  Attention to third party discovery (.80). | W001 | RMH | 6.40 |
| 04/13/09 | Follow-up regarding fee application issues. | W011 | RYC | 0.30 |
| 04/13/09 | Follow-up regarding third party interest in insurance coverage issues (3.20). Prepare memorandum regarding additional insurance coverage issues in settlement discussions (3.50). | W001 | RYC | 6.70 |
| 04/14/09 | Review attorney changes (.60); proof latest round of changes (1.30); finalize bill (.60); review documents and update monitoring chart (1.20) | W011 | AHP | 3.70 |
| 04/14/09 | Analysis of selected reimbursement agreements re: payment of defense costs and role of defense costs in policy exhaustion (3.90); analysis of selected umbrella/excess policies re: follow form, bankruptcy and assignment language (3.40). | W001 | GFF | 7.30 |
| 04/14/09 | Continued policy review for defense cost methodology research request. | W001 | HEG | 6.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

May 12, 2009                                       INVOICE:               230758

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 04/14/09 | Reviewed reimbursement agreements re: "treatment of defense costs." | W001 | IF | 4.40 |
| 04/14/09 | Reviewed status of third party claim as to "premises coverage." | W001 | IF | 0.90 |
| 04/14/09 | Reviewed settlement agreements re: additional coverage. | W001 | IF | 1.80 |
| 04/14/09 | Review index of files at Records Department and telephone conference with M. Rivera re: same. | W001 | NJD | 0.30 |
| 04/14/09 | Meeting with Debtor's counsel regarding witness for confirmation hearing (5.50). Edit witness outline (.60). Attention to discovery from insurance companies (1.50). | W001 | RMH | 7.60 |
| 04/14/09 | Review and comment upon defense cost analysis summary (1.00). Review and analysis of past settlements in connection with third party inquiries (.80). Prepare response to potential additional insured related issues (1.80). Follow-up regarding settlement in connection with insurance reimbursement agreements (2.20). | W001 | RYC | 5.80 |
| 04/15/09 | Continue analysis of reimbursement agreements re: payment of defense costs/role of defense costs in policy exhaustion (2.90); review/revise memo on policy exhaustion issues (.30); analysis of selected umbrella/excess insurance policies re: follow form, defense cost issues, bankruptcy clauses and other asbestos coverage issues (3.70). | W001 | GFF | 6.90 |
| 04/15/09 | Continued policy research and charting of policies and agreements re: defense cost reimbursement methodologies. | W001 | HEG | 5.30 |
| 04/15/09 | Updated information re: insolvent insurance company filing. | W001 | IF | 0.60 |
| 04/15/09 | Reviewed reimbursement agreements and several policies related to those agreements. | W001 | IF | 3.90 |
| 04/15/09 | Reviewed reimbursement agreement re: "remaining limits." | W001 | IF | 1.20 |
| 04/15/09 | Prepare Excel chart re: percentage recovery re: third party claims. | W001 | MG | 1.20 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                  MATTER:        100055.WRG01

May 12, 2009                                                     INVOICE:            230758

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 04/15/09 | Review files sent from Records Department (.10); Review and prepare expert deposition exhibits (.20). | W001 | NJD | 0.30 |
| 04/15/09 | Confer with one insurance company regarding settlement (.30). Confer with another insurance company regarding settlement (.30). Attention to discovery against Seaton/One Beacon/GEICO (.50). | W001 | RMH | 1.10 |
| 04/15/09 | Prepare factual inquiries in connection with additional insured issues (1.50). Review and analysis of insurance settlement discussion related documents and correspondence (2.30). Review and analysis of provisions in insurance reimbursement agreements (2.70). | W001 | RYC | 6.50 |
| 04/16/09 | Review documents and update monitoring chart (.70); review prior auditor's final report for deductions (.20). | W011 | AHP | 0.90 |
| 04/16/09 | Research re: available Insurance coverage for specific insurance company (.40); analysis of selected umbrella/excess policies re: follow form, loss payable, bankruptcy language and other coverage issues (2.40). | W001 | GFF | 2.80 |
| 04/16/09 | Researched insurance company reimbursement agreement issues. | W001 | HEG | 1.40 |
| 04/16/09 | Reviewed and prepared request re: insurance coverage update of remaining limits. | W001 | IF | 1.70 |
| 04/16/09 | Reviewed and updated information re: "follow form," "bankruptcy of the insured" and "loss payable." | W001 | IF | 1.60 |
| 04/16/09 | Prepare Excel chart re: percentage recovery at assorted tranche levels. | W001 | MG | 2.80 |
| 04/16/09 | Confer with third party counsel regarding third party claim against   coverage (1.00). Attention to settlement discussions with insurance entity (3.20). | W001 | RMH | 4.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| May 12, 2009 | INVOICE: | 230758 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/16/09 | Finalize issues summary in connection with discovery demands (2.60). Research and draft supplemental mediation statement in connection with follow-up settlement discussions (2.40). Analysis of impediments to settlement in connection with reimbursement agreements (1.80). | W001 | RYC | 6.80 |
| 04/17/09 | Analysis of excess policies/related reimbursement agreement re: defense costs issues (1.30); draft memo re: defense cost issues (.30); analysis of selected umbrella/excess policies re: follow form, loss payable issues; bankruptcy language and other asbestos coverage issues (3.20). | W001 | GFF | 4.80 |
| 04/17/09 | "Bankruptcy of the Insured" policy language review and chart updating as needed. | W001 | HEG | 1.90 |
| 04/17/09 | Updated information re: Scott's Litigation in New York Supreme Court. | W001 | IF | 0.60 |
| 04/17/09 | Updated and reviewed insurance policies re: "loss payable" and "bankruptcy of the insured." | W001 | IF | 4.20 |
| 04/17/09 | Conference call regarding witnesses and discovery (.50). Attention to third party claim coverage (3.60). | W001 | RMH | 4.10 |
| 04/17/09 | Revise supplemental mediation statement in connection with follow-up settlement discussions (3.50).   Follow-up analysis of impediments to settlement in connection with reimbursement agreements (1.50).   Review and analysis of recently received documents and communications regarding settlement (.80). Review and analysis of recently received documents and communications regarding discovery (1.10). | W001 | RYC | 6.90 |
| 04/19/09 | Work on supplemental mediation statement re: follow-up settlement discussions. | W001 | RYC | 2.30 |
| 04/20/09 | Review and revise files. | W011 | AHP | 0.90 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

May 12, 2009                                                     INVOICE:              230758

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/20/09 | Analysis of various insurance settlement agreements re: availability of asbestos-related premises coverage (2.30); analysis of selected umbrella/excess policies re: follow form, loss payable issues, bankruptcy clauses and other asbestos coverage issues (4.80). | W001 | GFF | 7.10 |
| 04/20/09 | Review and chart potential premises coverage issues in environmental settlements (2.40); review and analysis of certain allocation and audit issues found in reimbursement agreements(.80); research re: additional remaining excess solvent policy limits (.60). | W001 | HEG | 3.80 |
| 04/20/09 | Reviewed and updated information about insurance policies re: "follow form" language. | W001 | IF | 3.60 |
| 04/20/09 | Reviewed and studied reimbursement agreements re: rights and obligations. | W001 | IF | 1.80 |
| 04/20/09 | E-mails with Zaremby re: Zurich issues (.80); revise spreadsheet with recovery percentage of successive tranches (2.90) | W001 | MG | 3.70 |
| 04/20/09 | Settlement meeting with one insuring entity (2.00); follow up settlement discussion (.60); confer with Mr. Lockwood re: potential settlement (.60). Draft discovery responses to third party (1.90). Settlement conference with another insurance company (.70); follow up re: same (.20). Conversation with insurance company counsel regarding discovery (.20). | W001 | RMH | 6.20 |
| 04/20/09 | Review and analysis of coverage in place outstanding payment analysis (1:00); Research and analysis of issues relating to additional and other insureds in coverage (1.60); analysis and comment in connection with affirmative discovery responses relating to insurance coverage (.70); research and draft issues relating to issues raised by insurance companies in settlement discussions (3.20). | W001 | RYC | 6.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: 100055.WRG01 |
| May 12, 2009 | INVOICE: 230758 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 04/21/09 | Review/revise insurance policy data spreadsheets (.70); analysis of reimbursement agreements re: rights of insurance companies and claims procedures (3.70); analysis of selected umbrella/excess insurance policies re: follow form, loss payable issues, bankruptcy language and other asbestos coverage issues (2.40). | W001 | GFF | 6.80 |
| 04/21/09 | Review proposed update of allocation model (1.20); additional review and chart certain relevant claims provision issues contained in reimbursement agreements (2.30); additional research re: recent allocation issues and reimbursement agreement language (1.60); additional communication re: updating excess remaining solvent limits spreadsheet (.20). | W001 | HEG | 5.30 |
| 04/21/09 | Reviewed updated settlement document. | W001 | IF | 0.70 |
| 04/21/09 | Reviewed reimbursement agreements re: "triggered policy years." | W001 | IF | 1.80 |
| 04/21/09 | Reviewed and analyzed coverage in place agreements re: rights and obligations of parties. | W001 | IF | 3.80 |
| 04/21/09 | Review and draft E-mails re: CIP trigger issues (2.70); work on revision to allocation model (2.60). | W001 | MG | 5.30 |
| 04/21/09 | Attention to discovery to and from plan proponents (3.90); message from Jeff Posner regarding spreadsheet (.20); confer re: CMO (1.00). | W001 | RMH | 5.10 |
| 04/21/09 | Research and draft analysis in connection with insurance coverage issues raised in settlement discussions. | W001 | RYC | 6.80 |
| 04/22/09 | Analysis of selected umbrella/excess insurance policies re: follow form, loss payable, bankruptcy language and other asbestos coverage issues (4.10); review/revise insurance policy data spreadsheets (.80); review reimbursement agreements re: audit rights of insurance companies and claims filing procedures (2.30). | W001 | GFF | 7.20 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|

May 12, 2009            INVOICE:      230758

MATTER:  CLAIMANTS COMMITTEE          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/22/09 | Reimbursement agreement research and analysis of "bell curve" allocation issues per M. Garbowski request (2.30); Insurance company policy review and follow form research re:several defense, indemnity and liability issues per R. Chung request (2.40). | W001 | HEG | 4.70 |
| 04/22/09 | Reviewed and analyzed reimbursement agreements re: "triggered policy years." | W001 | IF | 2.10 |
| 04/22/09 | Reviewed insurance policies re: "indemnity policy" v. "liability policy." | W001 | IF | 1.10 |
| 04/22/09 | Reviewed coverage in place agreements re: "audit and reporting provisions." | W001 | IF | 2.80 |
| 04/22/09 | Analyze effect of separate allocation for CIP companies and draft E-mail memo re: same. | W001 | MG | 3.20 |
| 04/22/09 | Work on revision to master allocation. | W001 | MG | 2.30 |
| 04/22/09 | Attention to discovery. | W001 | RMH | 1.80 |
| 04/22/09 | Research and analysis of liability issues in connection with insurance recovery (2.60); revise supplemental settlement mediation brief (3.50); review analysis of allocation relating to coverage in place agreements (1.20). | W001 | RYC | 7.30 |
| 04/23/09 | Searched for materials re: allocation issues. | W001 | CKN | 1.00 |
| 04/23/09 | Review of reimbursement agreements re: claims issues for specific types of claims (3.60); analysis of selected umbrella/excess insurance policies re: follow form, loss payable issues, bankruptcy issues and other asbestos coverage issues (3.10). | W001 | GFF | 6.70 |
| 04/23/09 | Reviewed and updated information about reimbursement agreements re: "allocation method". | W001 | IF | 2.20 |
| 04/23/09 | Reviewed and updated information re: rights and obligations in coverage in place agreements. | W001 | IF | 2.30 |
| 04/23/09 | Research re: "no proration to the insured." | W001 | IF | 1.10 |
| 04/23/09 | Revise omnibus allocation model. | W001 | MG | 2.80 |
| 04/23/09 | Edit mediation memo regarding ALV v. paid as paid (.80). Edit stipulation with Libby clients (.80). Attention to discovery (1.60). | W001 | RMH | 3.20 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| May 12, 2009 | INVOICE: | 230758 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/23/09 | Finalize supplemental mediation statement in connection with specific insurance company (4.70); continue work on responses to other insurance companies regarding alleged coverage impediments (1.20); review and work on discovery responses re: coverage and potential access to coverage (.90). | W001 | RYC | 6.80 |
| 04/24/09 | Continue analysis of reimbursement agreements re: claims allocation and audit issues (1.80); analysis of selected umbrella/excess policies re: follow form, defense costs, bankruptcy and other asbestos coverage issues (2.90); review/revise insurance policy data spreadsheets (.90). | W001 | GFF | 5.60 |
| 04/24/09 | Newly received insurance company monies researched and charted (1.80); additional review and edits to "audit rights" analysis table response (1.80); additional research and edits to "policy trigger" language analysis (1.70). | W001 | HEG | 5.30 |
| 04/24/09 | Reviewed insurance policies re: "allocation methodology." | W001 | IF | 1.40 |
| 04/24/09 | Reviewed agreements re: rights and obligations of parties. | W001 | IF | 2.10 |
| 04/24/09 | Work on insolvent settlement issues (.60); work on revisions to allocation model (3.20). | W001 | MG | 3.80 |
| 04/24/09 | Attention to discovery (1.70). Conference call with mediator David Geroneous and insurance company (1.00). Review proposed term sheet (1.20). Confer with Richard Finke (.60). | W001 | RMH | 4.50 |
| 04/24/09 | Respond to insurance inquiries in connection with pending bankruptcy discovery matters (1.80); further response to insurance inquiries in connection with pending insurance settlement matters (1.70); research and analysis re: coverage issues raised by insurance companies (1.50). | W001 | RYC | 5.00 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 12, 2009                                                      INVOICE:              230758

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 04/27/09 | Analysis of selected umbrella/excess insurance policies re: follow form, loss payable issues, bankruptcy clauses and other asbestos coverage issues (2.80); review/revise insurance policy data spreadsheets (1.30); review reimbursement agreements re: determination of trigger/allocation issues (3.10). | W001 | GFF | 7.20 |
| 04/27/09 | Assisted with requests (1.20); continued review and edit of audit rights and policy trigger research findings (1.60). | W001 | HEG | 2.80 |
| 04/27/09 | Reviewed settlement agreements. | W001 | IF | 0.60 |
| 04/27/09 | Updated information re: coverage in place agreement definitions of "Triggered Policy Years." | W001 | IF | 1.60 |
| 04/27/09 | Reviewed and updated information re: reimbursement agreements and rights and obligations thereunder. | W001 | IF | 2.30 |
| 04/27/09 | Work on revision to allocation model. | W001 | MG | 2.40 |
| 04/27/09 | E-mail exchange with K. Suomela re: AIG limits and research re: same. | W001 | MG | 1.80 |
| 04/27/09 | Prepare witness for 3(b)(6) deposition (2.80). Attention to discovery to and from      (2.20). Conference call regarding Libby protective order/discovery (.70).  Conference call with witness (1.70). | W001 | RMH | 7.40 |
| 04/27/09 | Work on settlement issues in connection with Plan of Reorganization (1.00). Comment and evaluation in connection with follow-up responses to settlement and discovery issues (2.90). Prepare response in connection with follow-up responses to settlement and discovery issues (1.80). | W001 | RYC | 5.70 |
| 04/28/09 | Review of reimbursement agreements re: determination of trigger/allocation/issues (2.20); review/revise reimbursement agreement memos (2.10); analysis of selected umbrella/excess insurance policies re: follow form, loss payable issues, bankruptcy issues and other asbestos insurance coverage issues (2.50). | W001 | GFF | 6.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

May 12, 2009                                      INVOICE:              230758

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 04/28/09 | Continued assistance with requests per R. Horkovich (.60); additional research re: rights and obligations (2.70). | W001 | HEG | 3.30 |
| 04/28/09 | Finalized information re: rights and obligations under agreements. | W001 | IF | 2.10 |
| 04/28/09 | Reviewed information re: allocation and reimbursement agreements. | W001 | IF | 0.70 |
| 04/28/09 | Reviewed reimbursement agreement with AIG. | W001 | IF | 0.60 |
| 04/28/09 | Work on revision to allocation audit rights model (1.80); review chart re: same (.70). | W001 | MG | 2.50 |
| 04/28/09 | E-mail and telephone conversation with K. Suomela re: AIG limits. | W001 | MG | 1.00 |
| 04/28/09 | Prepare witness for 30(b)(6) deposition (2.40). Conference call regarding Libby stipulation (.50). Review settlement agreement proposed by an insurance company (1.20). | W001 | RMH | 4.10 |
| 04/28/09 | Follow-up analysis and conference calls in connection with potential evidence relating to third party coverage (2.80). Research issues in response to insurance company regarding disputed issues concerning coverage for asbestos personal injury claims (2.90). | W001 | RYC | 5.70 |
| 04/29/09 | Analysis of selected insurance policies regarding vendor endorsements (.80); analysis of selected umbrella/excess insurance policies regarding "follow form", loss payable clauses, bankruptcy issues and other asbestos coverage issues (3.70); review/revise insurance policy data spreadsheets (1.40). | W001 | GFF | 5.90 |
| 04/29/09 | Reviewed policies re: vendors and "additional assured's." | W001 | IF | 1.30 |
| 04/29/09 | Reviewed settlement agreements for specific provisions affecting coverage. | W001 | IF | 1.20 |
| 04/29/09 | Work on revision to allocation model. | W001 | MG | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

May 12, 2009                                                          INVOICE:                230758

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 04/29/09 | Settlement meeting with insurance companies (1.40). Follow-up (1.60)  Prepare for same (1.00). Confer regarding settlement proposed by insurance company (1.20). Prepare witness for 30(b)(6) deposition (1.00). | W001 | RMH | 6.20 |
| 04/29/09 | Revise responses regarding insurance settlement issues (4.20). Review evidence and draft analysis in connection with specific insurance company inquiry in connection with third parties and additional insured related issues (2.10). | W001 | RYC | 6.30 |
| 04/30/09 | Analysis of selected insurance policies regarding vendor coverage issues (1.20); draft/revise memo on vendor coverage issues (.70); analysis of settlement/reimbursement agreements regarding asbestos premises coverage issues (2.30); analysis of selected umbrella/excess insurance policies regarding "follow form", bankruptcy issues, loss payable and other asbestos coverage issues (2.20); review/revise insurance policy data spreadsheets (.80). | W001 | GFF | 7.20 |
| 04/30/09 | Reviewed settlement agreements re: "coverage availability." | W001 | IF | 2.30 |
| 04/30/09 | Reviewed and updated information re: "loss payable" and "bankruptcy of the insured" provisions. | W001 | IF | 1.20 |
| 04/30/09 | Prepare summary of historical settlement matters and status (3.30). Review and analysis in connection with ongoing discovery disputes (1.70). | W001 | RYC | 5.00 |

**TOTAL FEES:**                                                    **$286,710.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 19

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| May 12, 2009 | INVOICE:          230758 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| A. Marcello Antonucci | 280.00 | 9.50 | 2,660.00 |
| Arline H Pelton | 230.00 | 20.80 | 4,784.00 |
| Corina K Nastu | 210.00 | 1.00 | 210.00 |
| Esther Quiles | 105.00 | 1.00 | 105.00 |
| Glenn F Fields | 315.00 | 142.70 | 44,950.50 |
| Harris E Gershman | 255.00 | 59.90 | 15,274.50 |
| Izak Feldgreber | 275.00 | 95.10 | 26,152.50 |
| Mark Garbowski | 545.00 | 46.10 | 25,124.50 |
| Michael Chung | 280.00 | 12.10 | 3,388.00 |
| Nathan J Donlon | 210.00 | 0.60 | 126.00 |
| Robert M Horkovich | 845.00 | 94.50 | 79,852.50 |
| Robert Y Chung | 555.00 | 151.50 | 84,082.50 |
| **TOTAL FEES:** | | | **$286,710.00** |

{D0153917.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 20

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 12, 2009                                      INVOICE:        230758

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| A. Marcello Antonucci | 9.50 | 2,660.00 |
| Corina K Nastu | 1.00 | 210.00 |
| Esther Quiles | 1.00 | 105.00 |
| Glenn F Fields | 142.70 | 44,950.50 |
| Harris E Gershman | 59.90 | 15,274.50 |
| Izak Feldgreber | 95.10 | 26,152.50 |
| Michael Chung | 12.10 | 3,388.00 |
| Mark Garbowski | 46.10 | 25,124.50 |
| Nathan J Donlon | 0.60 | 126.00 |
| Robert M Horkovich | 94.50 | 79,852.50 |
| Robert Y Chung | 150.20 | 83,361.00 |
| **TOTAL:** | **612.70** | **$281,204.50** |

ACTIVITY CODE: W011      Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 20.80 | 4,784.00 |
| Robert Y Chung | 1.30 | 721.50 |
| **TOTAL:** | **22.10** | **$5,505.50** |

{D0153917.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 21

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 12, 2009                                       INVOICE:          230758

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| COSTS through 04/30/09 |
|---|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 03/09/09 | AIRFARE/RAIL EXPS. Ticket #: 7393744421 For: ROBERT HORKOVICH on 3/9/2009 Carrier Code: AA to PIT JFK Invoice # 357156 | E110 | 189.60 |
| 03/31/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 04/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - March 1 - March 31, 2009 | E106 | 510.82 |
| 04/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - March 1 - March 31, 2009 | E106 | 335.56 |
| 04/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - March 1 - March 31, 2009 | E106 | 4.22 |
| 04/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - March 1 - March 31, 2009 | E106 | 42.22 |
| 04/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - March 1 - March 31, 2009 | E106 | 805.69 |
| 04/01/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 04/01/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 04/02/09 | DI - PHOTOCOPYING | E101 | 2.60 |
| 04/02/09 | DI - PHOTOCOPYING | E101 | 1.20 |
| 04/03/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 04/06/09 | AIRFARE/RAIL EXPS. Ticket #: 7393744470 For: ROBERT HORKOVICH on 4/6/2009 Carrier Code: DL to LGA DCA LGA Invoice # 357235 | E110 | 448.90 |
| 04/06/09 | AIRFARE/RAIL EXPS. Ticket #: 8144991381 For: ROBERT HORKOVICH on 4/6/2009 Carrier Code: XD to AGENT FEE Invoice # 357235 | E110 | 30.00 |
| 04/06/09 | DI - PHOTOCOPYING | E101 | 10.40 |
| 04/09/09 | LOCAL TRAVEL VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# D029-3093 Local travel expenses on 03/09/09 | E109 | 240.60 |
| 04/10/09 | AP - TELEPHONE VENDOR: HORKOVICH, ROBERT M. Court call telephonic hearing 3/23/09 | E124 | 90.00 |

{D0153917.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 22

W.R. GRACE/CLAIMANTS COMMITTEE

MATTER: 100055.WRG01

May 12, 2009

INVOICE: 230758

MATTER: CLAIMANTS COMMITTEE

ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|------|--------|
| 04/13/09 | LIBRARY & LEGAL RESEARCH VENDOR: NEW YORK LAW INSTITUTE, INC Document request | E124 | 24.00 |
| 04/13/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 04/14/09 | DI - PHOTOCOPYING | E101 | 0.70 |
| 04/14/09 | DI - PHOTOCOPYING | E101 | 4.00 |
| 04/16/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 04/20/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 04/20/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 04/20/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 04/20/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 04/21/09 | AP - TELEPHONE VENDOR: AT&T TELECONFERENCE SERVICES 5197521500001 | E105 | 6.84 |
| 04/21/09 | DI - PHOTOCOPYING | E101 | 2.10 |
| 04/22/09 | DI - PHOTOCOPYING | E101 | 1.60 |
| 04/22/09 | DI - PHOTOCOPYING | E101 | 1.40 |
| 04/22/09 | DI - PHOTOCOPYING | E101 | 1.30 |
| 04/22/09 | DI - PHOTOCOPYING | E101 | 2.30 |
| 04/23/09 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE 04/22/09 - COPIES - COPY DOCUMENTS AT NY SUPREME COURT FOR R. HORKOVICH | E101 | 143.50 |
| 04/23/09 | LOCAL TRAVEL VENDOR: PETTY CASH NY OFFICE 04/22/09 - CARFARE - COPY DOCUMENTS AT NY SUPREME COURT FOR R. HORKOVICH | E109 | 4.00 |
| 04/23/09 | DI - PHOTOCOPYING | E101 | 1.60 |
| 04/24/09 | DI - FAX CHARGES | E104 | 7.50 |
| 04/27/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 04/27/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 04/28/09 | DI - PHOTOCOPYING | E101 | 7.80 |
| 04/29/09 | DI - PHOTOCOPYING | E101 | 0.70 |

**TOTAL COSTS:** **$2,925.05**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 23

W.R. GRACE/CLAIMANTS COMMITTEE **MATTER:** 100055.WRG01

May 12, 2009 **INVOICE:** 230758

MATTER: CLAIMANTS COMMITTEE ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AR | AIRFARE/RAIL EXPS. | 668.50 |
| FX | DI - FAX CHARGES - | 7.50 |
| LB | LIBRARY & LEGAL RESEARCH | 1,722.51 |
| LT | LOCAL TRAVEL | 388.10 |
| TE | AP - TELEPHONE - | 96.84 |
| XE | DI - PHOTOCOPYING - | 41.60 |
| | **TOTAL COSTS:** | **$2,925.05** |

**TOTAL DUE:** **$289,635.05**

{D0153917.1 }