# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 10, 2009                                                      INVOICE:            232322

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

| PROFESSIONAL SERVICES through 05/31/09 |
|---|

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/01/09 | Analysis of selected umbrella/excess insurance policies re: "follow form," bankruptcy issues, loss payable issues, assignment issues and other asbestos coverage issues. | W001 | GFF | 6.30 |
| 05/01/09 | Review and revise chart re: "Loss Payable" and "Bankruptcy of the Insured" provisions. | W001 | IF | 3.40 |
| 05/01/09 | E-mails re: negotiations with specific insurance company. | W001 | MG | 0.80 |
| 05/01/09 | Deposition of Peter Lockwood (10.00). settlement agreement with one insurance company (.50). Priest notice of deposition (.20). | W001 | RMH | 10.70 |
| 05/01/09 | Work on affirmative discovery matters and draft notice (2.20). Analysis and draft commentary in connection with newly raised third party insurance issues (3.40). | W001 | RYC | 5.60 |
| 05/03/09 | Research and analysis of issues raised by third parties in connection with additional insured coverage. | W001 | RYC | 1.80 |
| 05/04/09 | Begin reviewing time and expense entries. | W011 | AHP | 0.40 |
| 05/04/09 | Insurance policy analysis of primary/umbrella policies re: vendor coverage issues (2.10); analysis of selected umbrella/excess insurance policies re: "follow form," assignment clauses, loss payable and other asbestos coverage issues (2.90); review and revise insurance policy data spreadsheets (.90). | W001 | GFF | 5.90 |
| 05/04/09 | Researched certain non-products and vendor issues per R. Horkovich request. | W001 | HEG | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 10, 2009                                                       INVOICE:         232322

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 05/04/09 | Reviewed and updated information about potential "premises" claim. | W001 | IF | 0.90 |
| 05/04/09 | Research re: choice of law (2.30); review caselaw and report findings (3.90). | W001 | MC | 6.20 |
| 05/04/09 | Review information re: premises claims. | W001 | MG | 0.70 |
| 05/04/09 | Deposition of ACC representative, Peter Lockwood (4.40).  Confer with FCR representative (.50). Confer with insurance companies regarding discovery schedule (.50). | W001 | RMH | 5.40 |
| 05/04/09 | Attention to affirmative discovery matters (1.60). Prepare response to specific insurance company relating to arguments raised as impediments to coverage relating to allocation and claims (2.70). Follow-up analysis and comment on newly raised third party insurance issues (2.10). | W001 | RYC | 6.40 |
| 05/05/09 | Continue to review and revise time entries. | W011 | AHP | 3.40 |
| 05/05/09 | Analysis of selected umbrella/excess insurance policies re: follow form, loss payable, bankruptcy, assignment clauses and other asbestos coverage issues (5.90); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 6.70 |
| 05/05/09 | Research proposed insurance transfer proposal. | W001 | HEG | 3.30 |
| 05/05/09 | Reviewed insurance policies re: "follow form" and "assignment" provisions. | W001 | IF | 3.20 |
| 05/05/09 | Work on access to claim database and e-mails re: same. | W001 | MG | 0.50 |
| 05/05/09 | Preparation for deposition of Jeff Posner. | W001 | RMH | 2.00 |
| 05/05/09 | Attention to discovery matters including assisting with preparation for insurance expert discovery (1.80).  Continued research and analysis regarding specific insurance company arguments regarding allocation and claims impact on coverage (2.50). Follow-up on research regarding additional insured issues (1.90). | W001 | RYC | 6.20 |

{D0156548.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| June 10, 2009 | INVOICE:             232322 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/06/09 | Review of settlements re: release issues (1.90); draft and revise memo on release issues (.70); review and reply to e-mail re: number of occurrences issues (.40); analysis of selected umbrella/excess insurance policies re: follow form, loss payable, assignment clauses, and other asbestos coverage issues (4.30). | W001 | GFF | 7.30 |
| 05/06/09 | Review of certain settlement agreements as part of deposition preparation (3.60); Review and edits of "Assignment" language analysis (1.40); researched potential premises claims queries (1.60). | W001 | HEG | 6.60 |
| 05/06/09 | Reviewed premises claims information re: "number of occurrences." | W001 | IF | 2.40 |
| 05/06/09 | Reviewed settlement agreements re: Exhibits 5 and 6 of Plan. | W001 | IF | 1.90 |
| 05/06/09 | Work on database issues (.70); work on claims issues (.40). | W001 | MG | 1.10 |
| 05/06/09 | Deposition of Jeff Posner (9.50). Follow-up (1.00). | W001 | RMH | 10.50 |
| 05/06/09 | Half-time charge for travel to and from Washington, D.C. | W019 | RMH | 2.00 |
| 05/06/09 | Resolve issues and insurance company inquiries in connection with Plan documents and draft analysis (2.70).   Follow-up assistance with preparation for expert discovery (.50). Assist with resolving issues raised by discovery in connection with third party claims (1.60). | W001 | RYC | 4.80 |
| 05/07/09 | Analysis of selected umbrella/excess policies re: follow form, assignment clauses, loss payable and other asbestos coverage issues (4.80); review and revise insurance policy data spreadsheets (.90). | W001 | GFF | 5.70 |
| 05/07/09 | Additional assignment language charting edits. | W001 | HEG | 0.80 |
| 05/07/09 | Reviewed insurance policies re: "follow form" and "assignment" clause. | W001 | IF | 3.40 |
| 05/07/09 | Work on revision to allocation. | W001 | MG | 1.70 |
| 05/07/09 | Deposition of Professor George Priest. | W001 | RMH | 2.50 |

{D0156548.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 10, 2009                                                      INVOICE:              232322

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 05/07/09 | Research and draft legal arguments in connection with insurance companies' objections to coverage. | W001 | RYC | 3.50 |
| 05/08/09 | Analysis of selected umbrella/excess insurance policies re: follow form, assignment clause, loss payable and other asbestos coverage issues (5.10); review and revise insurance policy data spreadsheets (1.10). | W001 | GFF | 6.20 |
| 05/08/09 | Review certain critical documents related to settling insurance companies. | W001 | HEG | 2.70 |
| 05/08/09 | Reviewed settlement agreement and demand letter response of specific insurance company. | W001 | IF | 1.20 |
| 05/08/09 | Reviewed insurance policies re: "assignment" provisions. | W001 | IF | 2.70 |
| 05/08/09 | Review and analyze settlement related proposal and e-mails re: same. | W001 | MG | 2.20 |
| 05/08/09 | Evaluate two new settlement proposals (2.80). Confer with co-counsel regarding discovery (.30). | W001 | RMH | 3.10 |
| 05/08/09 | Finalize letter to specific insurance company regarding case law and arguments addressing alleged obstacles to coverage (3.20). Comment and draft e-mails in connection with different insurance company's settlement discussions (2.10). | W001 | RYC | 5.30 |
| 05/09/09 | Attention to discovery. | W001 | RMH | 1.00 |
| 05/10/09 | Review and draft ACC position on discovery demands. | W001 | RYC | 1.40 |
| 05/10/09 | Work on fee application. | W011 | RYC | 0.50 |
| 05/11/09 | Review attorney changes. | W011 | AHP | 0.40 |
| 05/11/09 | Analysis of selected umbrella/excess insurance policies re: follow form, loss payable, assignment and other asbestos coverage issues (6.30); review and revise insurance policy data spreadsheets (.90). | W001 | GFF | 7.20 |
| 05/11/09 | Reviewed and updated information re: "assignment clause." | W001 | IF | 2.80 |
| 05/11/09 | Reviewed allocation methodology and reimbursement agreement information. | W001 | IF | 2.60 |

{D0156548.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

June 10, 2009                                                   INVOICE:        232322

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 05/11/09 | Work on alternative payment ratio allocations and lengthy E-mail exchange re: same. | W001 | MG | 3.30 |
| 05/11/09 | Conference call in preparation for deposition with debtor (1.40). Attention to discovery (1.80). | W001 | RMH | 3.20 |
| 05/11/09 | Draft analysis in connection with allocation and exhaustion issues raised during insurance company settlement discussions (2.80); review and analysis of discovery relating to insurance coverage (2.70); prepare affirmative discovery in connection with settlement discussions (1.20). | W001 | RYC | 6.70 |
| 05/12/09 | Proof attorney changes and make additional revisions (1.30); proof additional changes (1.30); finalize time and expense entries and release (.80). | W011 | AHP | 3.40 |
| 05/12/09 | Analysis of reimbursement agreements and related documents re: various insurance policy exhaustion scenarios (2.10); analysis of selected umbrella/excess insurance policies re: follow form, loss payable, assignment and other asbestos coverage issues (3.80); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 6.70 |
| 05/12/09 | "Reimbursement Agreement Layer" queries and color coding coverage map to assist analysis (1.60); templates for new policy/agreement language analysis (.70). | W001 | HEG | 2.30 |
| 05/12/09 | Reviewed and updated information re: "allocation methodology" and reimbursement agreement information. | W001 | IF | 2.90 |
| 05/12/09 | Updated information re: "assignment clause" and "follow form" language. | W001 | IF | 2.30 |
| 05/12/09 | Obtained document for response to discovery request. | W001 | IF | 0.60 |
| 05/12/09 | Work on alternative payment ratio allocation. | W001 | MG | 5.00 |
| 05/12/09 | Review proposed settlement agreement. | W001 | RMH | 2.30 |

{D0156548.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|

| June 10, 2009 | INVOICE: | 232322 |
|---|---|---|

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/12/09 | Research and analysis in connection with insurance related discovery responses in connection with Plan objections of insurance company (2.30); analysis in connection with allocation matters pertaining to settlement discussions with insurance companies (2.30); prepare response to settlement discussions with insolvent carriers (1.60). | W001 | RYC | 6.20 |
| 05/13/09 | Review insurance policy charts, registers, related documents re: insurance policy impairment and exhaustion issues (2.30); review stipulation of various attached insurance policies, while comparing policies to the version (5.30). | W001 | GFF | 7.60 |
| 05/13/09 | Review and compare policy and agreement exhibits as part of stipulation request (1.60); research potential inaccuracies in our allocation model, impairment figures and remaining amounts reviewed for accuracy and continuity (4.20). | W001 | HEG | 5.80 |
| 05/13/09 | Reviewed "allocation" information and updated materials. | W001 | IF | 5.90 |
| 05/13/09 | Reviewed insurance policies re: authentication. | W001 | IF | 0.90 |
| 05/13/09 | Telephone conversation with insurance company and Posner re: allocation issues (.80); work on alternative allocation model (4.80). | W001 | MG | 5.60 |
| 05/13/09 | Conference call with insurance company regarding erosion analysis (.90).  Follow-up call with FCR (.60). Richard Finke deposition (6.00). | W001 | RMH | 7.50 |
| 05/13/09 | Review and analysis in connection with affirmative discovery in connection with insurance (2.10); Research and draft response to insurance company settlement issues (1.50); finalize request from certain insurance company in connection with claim approval arguments raised during settlement discussions (2.80). | W001 | RYC | 6.40 |
| 05/14/09 | Review and revise files. | W011 | AHP | 0.60 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE         MATTER:     100055.WRG01

June 10, 2009                  INVOICE:        232322

MATTER:  CLAIMANTS COMMITTEE       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/14/09 | Continue review of recently received insurance policies stipulation while comparing suggested policies to versions (5.40); review and revise insurance policy data spreadsheets (1.90). | W001 | GFF | 7.30 |
| 05/14/09 | Attended conference call with Mssrs. Posner and Zaremby re: allocation and impairment (2.80); continued reviewing and comparing certain settlement agreements and copies of policies as part of stipulation request (2.30); Allocation model reviewed for potential revisions (.60). | W001 | HEG | 5.70 |
| 05/14/09 | Preparation and teleconference meeting with Jeff Posner and Fred Zaremby (1.60); prepared follow up requests (3.40). | W001 | IF | 5.00 |
| 05/14/09 | Telephone conversation with team and J. Posner re: allocation and exhaustion issues (1.90); work on revision to allocation model (5.30). | W001 | MG | 7.20 |
| 05/14/09 | Judge Fitzgerald hearing (3.00); conference call with Jeff Posner (1.60); James Shein deposition (1.90). | W001 | RMH | 6.50 |
| 05/14/09 | Review settlement allocation and exhaustion analysis (1.80); Attention to matters relating to insurance company discovery (2.80); review insolvent insurance coverage analysis (1.30). | W001 | RYC | 5.90 |
| 05/15/09 | Analysis of selected settlement agreements re: scope of release issues (1.90); continue review of recently received policy stipulation while comparing policies to versions of policies (1.80); analysis of selected umbrella/excess policies re: follow form, loss payable, assignment clauses and other asbestos coverage issues (2.30); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 6.80 |
| 05/15/09 | Continued to review, compare and chart certain policies and settlement agreements as part of stipulation request (5.20); additional allocation model information reviewed for accuracy and consistency (1.40). | W001 | HEG | 6.60 |
| 05/15/09 | Reviewed and updated information re: insolvent insurance company cash receipts. | W001 | IF | 0.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

June 10, 2009                                                  INVOICE:              232322

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/15/09 | Reviewed settlement agreement with specific insurance company. | W001 | IF | 1.80 |
| 05/15/09 | Reviewed and helped to prepare materials for policy authentication. | W001 | IF | 3.20 |
| 05/15/09 | Work on revisions to allocation model. | W001 | MG | 4.80 |
| 05/15/09 | Confer with debtors counsel and FCR counsel regarding settlements with insurance coverage reimbursement insurance companies. | W001 | RMH | 0.30 |
| 05/15/09 | Research re: issues regarding insurance company objections to confirmation of Plan (3.90); analysis in connection with potential stipulation of insurance policies (1.70). | W001 | RYC | 5.60 |
| 05/17/09 | Research and investigation into insurance company evidentiary issues in connection with plan confirmation hearing (1.80); continue research in connection with settlement matters with specific insurance companies (1.60). | W001 | RYC | 3.40 |
| 05/18/09 | Analysis of selected settlement agreements re: scope of release issues (2.60); analysis of selected umbrella/excess policies re: follow form, loss payable, assignment clause and other asbestos coverage issues (3.60). | W001 | GFF | 6.20 |
| 05/18/09 | Review and compare insurance company stipulation request exhibits (5.30); continued review of particular allocation model entries (.90). | W001 | HEG | 6.20 |
| 05/18/09 | Searched files and in-house database resources re: Richard Wicka, John Toot and Kemp Hooper. | W001 | IF | 2.40 |
| 05/18/09 | Reviewed and studied insurance policies re: "policy authentication." | W001 | IF | 2.40 |
| 05/18/09 | Work on allocation overhaul. | W001 | MG | 4.20 |
| 05/18/09 | Attention to discovery (2.70). Draft correspondence regarding document production, witnesses (3.60). Conference with insurance company regarding settlement (.70). | W001 | RMH | 7.00 |

{D0156548.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 10, 2009                                                      INVOICE:            232322

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/18/09 | Review and analysis of document production from insurance companies (1.80); Investigation of potential witnesses in connection with plan confirmation (2.40); follow-up research and analysis in connection with insurance company related settlement issues (1.70). | W001 | RYC | 5.90 |
| 05/19/09 | Analysis of selected settlement agreements and reimbursement agreements re: scope of release issues (3.40); analysis of selected umbrella/excess insurance policies re: follow form, assignment clause, loss payable and other asbestos coverage issues (3.20). | W001 | GFF | 6.60 |
| 05/19/09 | Continued review of policy limit availability status entries (2.70); continued to review proposed stipulation exhibits (3.60). | W001 | HEG | 6.30 |
| 05/19/09 | Helped to prepare and finalize settlement agreement and policy stipulation for certain insurance companies. | W001 | IF | 0.70 |
| 05/19/09 | Helped to review and prepare information re: "allocation" revisions. | W001 | IF | 0.90 |
| 05/19/09 | Reviewed settlement agreements re: "coverage availability." | W001 | IF | 2.40 |
| 05/19/09 | Work on allocation model overhaul | W001 | MG | 4.30 |
| 05/19/09 | Edit memo (3.50); draft correspondence to certain insurance company (1.50); edit correspondence to certain insurance company (1.00); conference call regarding insurance coverage reimbursement agreement (.30). | W001 | RMH | 6.30 |
| 05/19/09 | Research in connection with Plan confirmation hearing disclosures of insurance companies (2.70); research and draft summaries of coverage law and allocation in connection with settlement discussion (2.30). | W001 | RYC | 5.00 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| June 10, 2009 | INVOICE: | 232322 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/20/09 | Review and revise insurance policy data spreadsheets (.80); analysis of selected settlement agreements and reimbursement agreements re: post-bankruptcy related issues (2.70); analysis of selected umbrella/excess insurance policies re: follow form, loss payable, assignment and other asbestos coverage issues (2.80). | W001 | GFF | 6.30 |
| 05/20/09 | Additional review of certain allocation model policy limit entries. | W001 | HEG | 2.10 |
| 05/20/09 | Reviewed and studied settlement agreements re: "coverage availability." | W001 | IF | 3.10 |
| 05/20/09 | Reviewed spreadsheets re: "reimbursement agreements." | W001 | IF | 0.70 |
| 05/20/09 | Work on allocation model revisions. | W001 | MG | 1.80 |
| 05/20/09 | Attention to settlement discussions. | W001 | RMH | 2.00 |
| 05/20/09 | Review and preparation of analysis relating to coverage in place related matters (1.70); review and investigate evidentiary issues in connection with court hearing (1.50); investigate and resolve discovery matters related to insurance coverage (2.20). | W001 | RYC | 5.40 |
| 05/21/09 | Searched inhouse database for materials re: asbestos insurance coverage per R. Chung request. | W001 | CKN | 1.20 |
| 05/21/09 | Analysis of various reimbursement agreements re: scope of release (1.90); analysis of selected umbrella/excess policies re: follow form, loss payable, assignment clauses and other asbestos coverage issues (2.90); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 5.60 |
| 05/21/09 | Newly received insolvent company cash receipts reviewed and analyzed against allocation modeling (2.80); continued review of certain previously used allocation model policy limit entries for potential revisions (1.30). | W001 | HEG | 4.10 |
| 05/21/09 | Reviewed chart re: reimbursement agreements. | W001 | IF | 1.10 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE

MATTER: 100055.WRG01

June 10, 2009

INVOICE: 232322

MATTER: CLAIMANTS COMMITTEE

ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/21/09 | Reviewed and updated information re: reimbursement agreements. | W001 | IF | 2.80 |
| 05/21/09 | Reviewed materials from asbestos insurance coverage cases re: "insurance company neutrality." | W001 | IF | 0.60 |
| 05/21/09 | Reviewed information provided by Fred Zaremby re: "reconciliation of insolvent insurance company cash receipts." | W001 | IF | 0.80 |
| 05/21/09 | Work on allocation model revisions. | W001 | MG | 3.30 |
| 05/21/09 | Attention to Equities (.80). Draft correspondence to certain insurance companies (1.20); provide information and analysis regarding insurance coverage reimbursement agreements to Mr. Inselbuch (1.60). | W001 | RMH | 3.60 |
| 05/21/09 | Follow-up review and analysis in connection with issues related to coverage in place deals (2.20); review and analysis of settlement status with insurance companies (1.20).; research insurance issues related to plan confirmation as it pertains to effect upon insurance coverage post-confirmation (2.70). | W001 | RYC | 6.10 |
| 05/22/09 | Searched inhouse database for materials re: asbestos insurance coverage per R. Chung request. | W001 | CKN | 1.80 |
| 05/22/09 | Review selected settlement and reimbursement agreements re: scope of release issues (2.10); analysis of selected umbrella/excess insurance policies re: follow form, assignment, loss payable and other asbestos coverage issues (3.20); review and revise insurance data spreadsheets (.90). | W001 | GFF | 6.20 |
| 05/22/09 | Attention to proposed changes to allocation model (1.80); research re: reconciliation of available limits (1.60); update of certain allocation model policy limit entries (1.40). | W001 | HEG | 4.80 |
| 05/22/09 | Updated and reviewed "allocation" remaining limit information. | W001 | IF | 5.40 |
| 05/22/09 | Work on allocation model overhaul and draft e-mails re: same. | W001 | MG | 5.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 10, 2009                                                        INVOICE:                232322

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/22/09 | Attention to proposed policy stipulation (.90); Meeting with Travelers regarding bankruptcy objections (2.00). Prepare for same (1.00). | W001 | RMH | 3.90 |
| 05/22/09 | Review and analysis in connection with discovery responses of insurance companies (2.10); Revise response in connection with insolvent insurance company discussions (1.80); revise response to certain insurance companies re: specific inquiries in connection with coverage matters (1.70). | W001 | RYC | 5.60 |
| 05/25/09 | Settlement communications with one insurance company (.40).  Attention to revisions of allocation model (2.00). | W001 | RMH | 2.40 |
| 05/26/09 | Analysis of selected settlement and reimbursement agreements re: scope of release and indemnity issues (2.80); review and revise insurance policy data spreadsheets (.90); analysis of selected insurance policies re: follow form, loss payable, assignment clauses and other asbestos coverage issues (2.90). | W001 | GFF | 6.60 |
| 05/26/09 | Attended Equitas Part VII transfer presentation per R. Horkovich request (2.20); reviewed and discussed recent counsel reimbursement agreement issues document. (2.40). | W001 | HEG | 4.60 |
| 05/26/09 | Reviewed reimbursement agreements re: "claims submissions." | W001 | IF | 2.10 |
| 05/26/09 | Reviewed certain insurance company term sheet and reimbursement agreement. | W001 | IF | 1.90 |
| 05/26/09 | Reviewed "indemnification" and "cap" information in reimbursement agreements. | W001 | IF | 0.60 |
| 05/26/09 | Work on allocation revision with insurance company changes. | W001 | MG | 5.70 |
| 05/26/09 | Attention to proposed policy stipulation (1.00). Attention to discovery (1.00). Settlement discussions with four insurance companies (4.00). | W001 | RMH | 6.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 10, 2009                                                        INVOICE:            232322

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/26/09 | Research in connection with issues pertaining to Libby claimants (2.90).   Research in connection with discovery from insurance companies (0.50).  Attention to and analysis of potential settlement of insurance (0.80).  Research and analysis in connection with plan objection issues (1.20). | W001 | RYC | 5.40 |
| 05/27/09 | Analysis of selected settlement and reimbursement agreements re: scope of release and indemnity issues (3.10); draft and revise memo re: indemnity issues (1.10); analysis of selected umbrella/excess insurance policies re: follow form, assignment, loss payable and other asbestos coverage issues (3.10). | W001 | GFF | 7.30 |
| 05/27/09 | Create and circulate memo re: Equitas transfer meeting attendance (.80); limits and allocations researched (40); reviewed new counsel reimbursement agreement indemnification cap issues (2.20). | W001 | HEG | 3.40 |
| 05/27/09 | Reviewed indemnification and cap information in reimbursement agreements. | W001 | IF | 2.90 |
| 05/27/09 | Reviewed and revised allocation information. | W001 | IF | 0.90 |
| 05/27/09 | Work on Travelers term sheet project (1.30); work on allocation model revisions (6.50). | W001 | MG | 7.80 |
| 05/27/09 | Settlement discussion with insurance coverage reimbursement company and follow-up. | W001 | RMH | 1.00 |
| 05/27/09 | Follow-up research and draft analysis in connection with responses to Libby objections (2.70).  Review and analysis of prior settlements and impact on potential plan objection (2.80). | W001 | RYC | 5.50 |
| 05/28/09 | Analysis of selected settlement and reimbursement agreements re: scope of release and indemnity issues (2.20); analysis of selected umbrella/excess policies re: follow form, assignment, loss payable and other asbestos coverage issues (1.70); review and revise insurance policy data spreadsheets (.20). | W001 | GFF | 4.10 |

{D0156548.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:       100055.WRG01

June 10, 2009                                                      INVOICE:            232322

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 05/28/09 | Research proof of claim status per R. Chung request (.40); Research disclosure statement exhibits 5 and 6 (.90). | W001 | HEG | 1.30 |
| 05/28/09 | Prepared and began to review information re: Exhibits 5 and 6 to proposed Plan of Reorganization. | W001 | IF | 1.40 |
| 05/28/09 | Work on allocation model overhaul including London alternative scenario. | W001 | MG | 6.80 |
| 05/28/09 | Conference call with FCR counsel regarding coordinated strategy (1.70). Prepare for same (.30); Attention to discovery (1.00). Follow-up with Scotts (.50). | W001 | RMH | 3.50 |
| 05/28/09 | Work on responses to insurance inquiries in connection with potential plan objections (3.50). Research and analysis in connection with recovery of insurance by third parties (1.70). | W001 | RYC | 5.20 |
| 05/29/09 | Review and revise insurance policy data spreadsheets (.80); review selected settlement and reimbursement agreements re: policy exhaustion issues (4.80); review and revise Exhibit 5 to the Plan (1.70). | W001 | GFF | 7.30 |
| 05/29/09 | Revise allocation model as requested (1.60); Research and implement redrafting of disclosure statement exhibits 5 and 6 per R. Horkovich (5.20). | W001 | HEG | 6.80 |
| 05/29/09 | Reviewed and updated Exhibits 5 and 6 of reorganization plan. | W001 | IF | 5.90 |
| 05/29/09 | Helped to update allocation information. | W001 | IF | 0.80 |
| 05/29/09 | Compared old and new allocations. | W001 | IF | 0.40 |
| 05/29/09 | Work on allocation model overhaul and alternative scenario. | W001 | MG | 5.20 |
| 05/29/09 | Prepare analysis in connection with revised settlement data for insurance allocation and exhaustion (4.80).  Work on research and analysis in connection with insurance settlement issues (1.80). | W001 | RYC | 6.60 |

{D0156548.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE              MATTER:       100055.WRG01

June 10, 2009                                               INVOICE:            232322

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/31/09 | Follow-up research and analysis in connection with revised settlement data for insurance allocation and exhaustion. | W001 | RYC | 2.80 |

**TOTAL FEES:**                                                        **$277,328.50**

{D0156548.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| June 10, 2009 | INVOICE: | 232322 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 230.00 | 8.20 | 1,886.00 |
| Corina K Nastu | 210.00 | 3.00 | 630.00 |
| Glenn F Fields | 315.00 | 129.90 | 40,918.50 |
| Harris E Gershman | 255.00 | 75.20 | 19,176.00 |
| Izak Feldgreber | 275.00 | 88.20 | 24,255.00 |
| Mark Garbowski | 545.00 | 77.10 | 42,019.50 |
| Michael Chung | 280.00 | 6.20 | 1,736.00 |
| Robert M Horkovich | 845.00 | 92.70 | 78,331.50 |
| Robert Y Chung | 555.00 | 123.20 | 68,376.00 |
| **TOTAL FEES:** | | | **$277,328.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

June 10, 2009                                INVOICE:         232322

MATTER:  CLAIMANTS COMMITTEE                 ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

|                    | HOURS  | TOTALS       |
|--------------------|--------|--------------|
| Corina K Nastu     | 3.00   | 630.00       |
| Glenn F Fields     | 129.90 | 40,918.50    |
| Harris E Gershman  | 75.20  | 19,176.00    |
| Izak Feldgreber    | 88.20  | 24,255.00    |
| Michael Chung      | 6.20   | 1,736.00     |
| Mark Garbowski     | 77.10  | 42,019.50    |
| Robert M Horkovich | 90.70  | 76,641.50    |
| Robert Y Chung     | 122.70 | 68,098.50    |
| **TOTAL:**         | **593.00** | **$273,475.00** |

ACTIVITY CODE: W011      Fee Applications (Applicant)

|                | HOURS  | TOTALS       |
|----------------|--------|--------------|
| Arline H Pelton | 8.20  | 1,886.00     |
| Robert Y Chung | 0.50   | 277.50       |
| **TOTAL:**     | **8.70** | **$2,163.50** |

ACTIVITY CODE: W019      Travel (non-working)

|                    | HOURS  | TOTALS       |
|--------------------|--------|--------------|
| Robert M Horkovich | 2.00   | 1,690.00     |
| **TOTAL:**         | **2.00** | **$1,690.00** |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

June 10, 2009                                     INVOICE:         232322

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| COSTS through 05/31/09 | | |
|---|---|---|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 04/09/09 | AIRFARE/RAIL EXPS. Ticket #: 7393744470 For: ROBERT HORKOVICH on 4/9/2009 Carrier Code: DL to LGA DCA LGA Invoice # 357243 | E110 | (448.90) |
| 04/27/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 917753860 Tracking Number: 791993684520 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: James Sottile, Esq, Zuckerman Spaeder LLP, 1800 M St NW Ste 1000, WASHINGTON, DC, 20036, US | E107 | 10.14 |
| 04/28/09 | AIRFARE/RAIL EXPS. Ticket #: 7422482513 For: ROBERT HORKOVICH on 4/28/2009 Carrier Code: US to LGA DCA LGA Invoice # 357298 | E110 | 448.90 |
| 04/28/09 | AIRFARE/RAIL EXPS. Ticket #: 8144991413 For: ROBERT HORKOVICH on 4/28/2009 Carrier Code: XD to AGENT FEE Invoice # 357298 | E110 | 30.00 |
| 05/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges For The Period 4/01/2009 - 04/30/2009 | E106 | 267.73 |
| 05/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges For The Period 4/01/2009 - 04/30/2009 | E106 | 304.72 |
| 05/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges For The Period 4/01/2009 - 04/30/2009 | E106 | 3.97 |
| 05/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges For The Period 4/01/2009 - 04/30/2009 | E106 | 20.39 |
| 05/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges For The Period 4/01/2009 - 04/30/2009 | E106 | 120.12 |
| 05/04/09 | DI - PHOTOCOPYING | E101 | 58.60 |
| 05/05/09 | DI - FAX CHARGES | E104 | 3.00 |
| 05/05/09 | DI - PHOTOCOPYING | E101 | 0.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 19

W.R. GRACE/CLAIMANTS COMMITTEE                  MATTER:     100055.WRG01

June 10, 2009                                          INVOICE:        232322

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|--|--------|
| 05/05/09 | DI - PHOTOCOPYING | E101 | 1.60 |
| 05/05/09 | DI - PHOTOCOPYING | E101 | 1.20 |
| 05/05/09 | DI - PHOTOCOPYING | E101 | 2.60 |
| 05/06/09 | AIRFARE/RAIL EXPS. Ticket #: 7422482532 For: ROBERT HORKOVICH on 5/6/2009 Carrier Code: CO to EWR PIT Invoice # 357326 | E110 | 419.60 |
| 05/06/09 | AIRFARE/RAIL EXPS. Ticket #: 8144991426 For: ROBERT HORKOVICH on 5/6/2009 Carrier Code: XD to AGENT FEE Invoice # 357326 | E110 | 30.00 |
| 05/06/09 | AIRFARE/RAIL EXPS. Ticket #: 7422482533 For: ROBERT HORKOVICH on 5/6/2009 Carrier Code: US to PIT PHL Invoice # 357327 | E110 | 59.60 |
| 05/06/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 05/07/09 | DI - PHOTOCOPYING | E101 | 0.70 |
| 05/08/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 898440651 Tracking Number: 861166252231 Reference: 100055 WRG01 Billing Note: From: H GERSHMAN, ANDERSON KILL OLICK PC, 1251 6TH AVE FL 43, NEW YORK, NY, 10020, US To: MS DEIRDER WON, PRICEWATER HOUSE COOPERS LLP, PLUMTREE COURT, LONDON, EC4A4HT, GB | E107 | 29.45 |
| 05/08/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 919361011 Tracking Number: 790173473080 Reference: 100055 WRG01 02 594  Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michael F Brown, Drinker Biddle & Reath LLP, One Logan Square, PHILADELPHIA, PA, 19103, US | E107 | 6.92 |
| 05/08/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 919361011 Tracking Number: 846515606954 Reference: 100055 WRG01 Billing Note: From: ROBERT M HORKOVICH, ANDERSON KILL & OLICK PC, 1251 6TH AVE FL 43, NEW YORK, NY, 100201104, US To: JACOB C. COHN ESQ, COZEN O CONNOR, 1900 MARKET ST, PHILADELPHIA, PA, 19103, US | E107 | 6.92 |
| 05/08/09 | DI - PHOTOCOPYING | E101 | 6.40 |
| 05/08/09 | DI - PHOTOCOPYING | E101 | 3.50 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 20

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 10, 2009                                               INVOICE:         232322

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 05/08/09 | DI - PHOTOCOPYING | E101 | 0.90 |
| 05/08/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 05/11/09 | DI - FAX CHARGES | E104 | 109.50 |
| 05/11/09 | DI - PHOTOCOPYING | E101 | 1.50 |
| 05/12/09 | DI - PHOTOCOPYING | E101 | 1.20 |
| 05/12/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 05/12/09 | DI - PHOTOCOPYING | E101 | 3.60 |
| 05/12/09 | DI - PHOTOCOPYING | E101 | 37.50 |
| 05/12/09 | DI - PHOTOCOPYING | E101 | 1.80 |
| 05/13/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 920188881 Tracking Number: 792150681795 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Nathan Finch, Caplin & Drysdale, One Thomas Circle, NW, WASHINGTON, DC, 20005, US | E107 | 10.45 |
| 05/13/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 920188881 Tracking Number: 790173992619 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mark T Hurford, Campbell & Levine, LLC, 800 King Street, WILMINGTON, DE, 19801, US | E107 | 14.55 |
| 05/13/09 | DI - BINDING | E126 | 16.00 |
| 05/13/09 | DI - PHOTOCOPYING | E101 | 218.70 |
| 05/13/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 05/13/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 05/14/09 | TRAVEL AND/OR HOTEL EXPS. VENDOR: HORKOVICH, ROBERT M. Washington 5/6 re: deposition of Jeffrey Posner | E110 | 36.00 |
| 05/14/09 | MEALS AWAY & TRAVEL EXP. VENDOR: HORKOVICH, ROBERT M. Washington 5/6 re: deposition of Jeffrey Posner | E111 | 14.76 |
| 05/14/09 | DI - PHOTOCOPYING | E101 | 1.00 |
| 05/14/09 | DI - PHOTOCOPYING | E101 | 18.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                   EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 21

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 10, 2009                                                       INVOICE:          232322

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 05/15/09 | LOCAL TRAVEL VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 590439 Local travel exepenses for Horkovich on 05/06/09 | E109 | 205.02 |
| 05/15/09 | DI - PHOTOCOPYING | E101 | 11.20 |
| 05/15/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 05/15/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 05/15/09 | DI - PHOTOCOPYING | E101 | 6.40 |
| 05/15/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 05/15/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 05/18/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 05/19/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 920188881 Tracking Number: 792794865035 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michael Brown, Drinker Biddle & Reath LLP, One Logan Square, PHILADELPHIA, PA, 19103, US | E107 | 6.92 |
| 05/19/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 920188881 Tracking Number: 799418489404 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michael Brown, Esq, Drinker Biddle & Reath LLP, One Logan Square, PHILADELPHIA, PA, 19103, US | E107 | 6.92 |
| 05/19/09 | DI - FAX CHARGES | E104 | 9.00 |
| 05/19/09 | DI - FAX CHARGES | E104 | 6.00 |
| 05/19/09 | DI - FAX CHARGES | E104 | 15.00 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 1.70 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 0.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 22

W.R. GRACE/CLAIMANTS COMMITTEE                  MATTER:      100055.WRG01

June 10, 2009                                    INVOICE:        232322

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 05/19/09 | DI - PHOTOCOPYING | E101 | 4.50 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 1.60 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 7.30 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 94.70 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 11.90 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 1.90 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 05/19/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 05/21/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 05/21/09 | DI - PHOTOCOPYING | E101 | 0.70 |
| 05/22/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 05/26/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 920958148 Tracking Number: 790667073168 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michael Brown, Drinker Biddle & Reath LLP, 1 Logan Sq Ste 2000, PHILADELPHIA, PA, 19103, US | E107 | 6.92 |
| 05/26/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 920958148 Tracking Number: 790667073926 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Peri Mahaley, Orrick, Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC, 20005, US | E107 | 8.02 |
| 05/26/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 920958148 Tracking Number: 790175327849 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Jeffrey Boerger, Drinker Biddle & Reath LLP, One Logan Square, PHILADELPHIA, PA, 19103, US | E107 | 6.92 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 23

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01

June 10, 2009             INVOICE:       232322

MATTER: CLAIMANTS COMMITTEE        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|------|--------|
| 05/26/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 920958148 Tracking Number: 798102250276 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Lisa Esayian, Kirkland & Ellis LLP, 300 North LaSalle, CHICAGO, IL, 60654, US | E107 | 10.28 |
| 05/26/09 | DI - FAX CHARGES | E104 | 6.00 |
| 05/26/09 | DI - FAX CHARGES | E104 | 10.50 |
| 05/26/09 | DI - PHOTOCOPYING | E101 | 46.80 |
| 05/26/09 | DI - PHOTOCOPYING | E101 | 11.10 |
| 05/26/09 | DI - PHOTOCOPYING | E101 | 1.60 |
| 05/26/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 05/26/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 05/26/09 | DI - PHOTOCOPYING | E101 | 117.10 |
| 05/26/09 | DI - PHOTOCOPYING | E101 | 1.80 |
| 05/26/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 05/28/09 | DI - PHOTOCOPYING | E101 | 1.20 |
| 05/28/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 05/28/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 05/28/09 | DI - PHOTOCOPYING | E101 | 7.50 |
| 05/28/09 | DI - PHOTOCOPYING | E101 | 3.60 |
| 05/28/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 05/29/09 | DI - PHOTOCOPYING | E101 | 12.30 |
| 05/31/09 | LOCAL TRAVEL VENDOR: HORKOVICH, ROBERT M. Taxi to/from meeting with Travelers at Simpson Thacher & Barlett LLP 5/22/09 | E109 | 15.00 |
| 05/31/09 | TRANSCRIPTS & DEPOSITIONS VENDOR: MAGNA LEGAL SERVICES Certified copy of transcript of Jeffrey Posner, 3 day delivery, exhibit, Condensed Transcript, shipping, exhibits on CD and rough disk | E124 | 3,230.00 |
| 05/31/09 | AP - TELEPHONE VENDOR: HORKOVICH, ROBERT M. CourtCall conference 4/27 | E124 | 25.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 24

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

June 10, 2009                                    INVOICE:             232322

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | AMOUNT |
|------|---------------------|--------|
| 05/31/09 | AP - TELEPHONE  VENDOR:  HORKOVICH,  ROBERT  E124 M. CourtCall conference 4/8 | 70.50 |

**TOTAL COSTS:**                                                **$5,865.82**

{D0156548.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 25

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| June 10, 2009 | INVOICE: | 232322 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 124.41 |
| AR | AIRFARE/RAIL EXPS. | 539.20 |
| BG | DI - BINDING - | 16.00 |
| FX | DI - FAX CHARGES - | 159.00 |
| LB | LIBRARY & LEGAL RESEARCH | 716.93 |
| LT | LOCAL TRAVEL | 220.02 |
| TD | TRANSCRIPTS & DEPOSITIONS | 3,230.00 |
| TE | AP - TELEPHONE - | 95.50 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 36.00 |
| TS | MEALS AWAY & TRAVEL EXP. | 14.76 |
| XE | DI - PHOTOCOPYING - | 714.00 |
| | **TOTAL COSTS:** | **$5,865.82** |

**TOTAL DUE:**                                            **$283,194.32**

{D0156548.1 }