## EXHIBIT B

### Case Administration (596.90 Hours; $ 290,649.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**          **596.90**

### Claim Analysis Objection & Resolution (Asbestos) (1.10 Hours; $ 924.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**          **1.10**

### Committee, Creditors', Noteholders' or Equity Holders' (2.00 Hours; $ 1,060.00)

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**          **2.00**

### Employee Benefits/Pension (1.10 Hours; $ 956.00)

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**          **1.10**

### Employment Applications, Others (.20 Hours; $ 106.00)

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**          **.20**

### Fee Applications, Applicant (19.30 Hours; $ 8,116.50)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          19.30**

**Hearings (.50 Hours; $ 420.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          .50**

**Litigation and Litigation Consulting (1,174.70 Hours; $ 662,798.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16 1,174.70**

**Plan & Disclosure Statement (705.10 Hours; $ 407,081.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17 705.10**

**Tax Issues (10.10 Hours; $ 3,364.50)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtors' estates and a possible reorganization plan.

**Total Task Code .19 10.10**

**Tax Litigation (.20 Hours; $ 99.00)**

Services rendered in this category relate to adversary actions and other litigation regarding the Debtors' tax liabilities or tax matters relating to a potential reorganization plan.

{D0159552.1 }

**Total Task Code .20  .20**


**<u>Travel Non-working (168.10 Hours; $ 47,643.50)</u>**

     Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  168.10**


**<u>Fee Auditor Matters (10.40 Hours; $ 5,543.00)</u>**

     Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32                10.40**