## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 486.20 |
| Outside Local Deliveries | 28.92 |
| Research Material | 238.05 |
| Professional Fees & Expert Witness Fees | 154,118.75 |
| Charge of Cell and/or Home Phone Useage | 227.61 |
| Air & Train Transportation | 10,416.80 |
| Meals Related to Travel | 2,578.88 |
| Conference Meals | 525.59 |
| Court Reporting/Transcript Service | 15,184.00 |
| Outside Photocopying/Duplication Service | 455.70 |
| Miscellaneous: Client Advances | 142.98 |
| Travel Expenses - Hotel Charges | 5,617.08 |
| Travel Expenses - Ground Transportation | 3,568.39 |
| Travel Expenses – Miscellaneous | 67.17 |
| Travel Expenses - LD Calls on Hotel Bill | 25.40 |
| Local Transportation – DC | 88.00 |
| Database Research | 17,737.27 |
| Xeroxing | 4,369.40 |
| Postage & Air Freight | 824.69 |
| Long Distance-Equitrac In-House | 63.66 |
| NYO Long Distance Telephone | 138.88 |
| **Total for Report** | **$216,903.42** |

{D0159553.1 }