IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF THIRTY-THIRD INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2009 THROUGH JUNE 30, 2009**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  April 1, 2009 through June 30, 2009

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $1,428,760.50

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $216,903.42

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $1,143,008.40

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $216,903.42

Total Amount of Holdback Fees Sought for applicable period:  $285,752.10

{D0159556.1 }

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2009 THROUGH JUNE 30, 2009**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 2/28/03; 3434 | 1/1/03-1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | $12,007.20 (80% of $15,009.00) | $2,623.50 |
| 3/31/03; 3572 | 2/1/03-2/28/03 | $8,050.40 (80% of $10,063.00) | $2,131.52 | $8,050.40 (80% of $10,063.00) | $2,131.52 |
| 4/29/03; 3719 | 3/1/03-3/31/03 | $7,086.40 (80% of $8,858.00) | $501.43 | $7,086.40 (80% of $8,858.00) | $501.43 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative April to June, 2009 Hours | Cumulative April to June, 2009 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $ .00 | 22.4 | $ 11,758.50 |
| Asset Disposition | .0 | .00 | 3.0 | 2,004.00 |
| Business Operations | .0 | .00 | 18.1 | 8,065.00 |
| Case Administration | 596.9 | 290,649.00 | 4,303.3 | 1,300,293.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 1.1 | 924.00 | 1,874.3 | 784,607.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.4 | 46,936.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 2.0 | 1,060.00 | 130.5 | 83,718.00 |
| Employee Benefits/Pension | 1.1 | 956.00 | 16.2 | 10,297.00 |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Employment Applications, Others | .2 | 106.00 | 83.4 | 41,095.00 |
| Fee Applications, Applicant | 19.3 | 8,116.50 | 596.9 | 182,272.00 |
| Fee Applications, Others | .0 | .00 | 120.9 | 47,240.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .5 | 420.00 | 390.9 | 308,604.00 |
| Litigation and Litigation Consulting | 1,174.7 | 662,798.00 | 23,991.9 | 10,314,912.50 |
| Plan & Disclosure Statement | 705.1 | 407,081.00 | 3,828.4 | 2,256,667.00 |
| Relief from Stay Proceedings | .0 | .00 | 3.3 | 2,236.00 |
| Tax Issues | 10.1 | 3,364.50 | 139.2 | 56,206.00 |
| Tax Litigation | .2 | 99.00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 168.1 | 47,643.50 | 1,577.5 | 411,509.50 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 10.4 | 5,543.00 | 138.5 | 68,646.50 |
| **Totals** | **2,689.7** | **$1,428,760.50** | **36,421.2** | **$15,968,750.00** |

{D0159556.1 }

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 4/1/09 – 6/30/09 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 17,737.27 | $ 310,688.55 |
| Research Material | 238.05 | 10,860.95 |
| Air Freight & Express Mail | 486.20 | 19,506.75 |
| Outside Local Deliveries | 28.92 | 4,181.38 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 525.59 | 13,648.35 |
| Outside Photocopy Service | 455.70 | 260,217.51 |
| Professional Fees & Expert Witness Fees | 154,118.75 | 2,040,506.25 |
| Court Reporting/Transcript Service | 15,184.00 | 185,705.28 |
| Miscellaneous Client Advances | 142.98 | 39,211.11 |
| Air & Train Transportation | 10,416.80 | 176,900.29 |
| Meals Related to Travel | 2,578.88 | 22,292.19 |
| Travel Expenses – Hotel Charges | 5,617.08 | 100,839.17 |
| Travel Expenses – Ground Transportation | 3,568.39 | 62,720.19 |
| Travel Expenses – Miscellaneous | 67.17 | 1,241.67 |
| Travel Expenses – LD Calls on Hotel Bill | 25.40 | 1,890.49 |
| Local Transportation - DC | 88.00 | 5,009.00 |
| Local Transportation – NY | .00 | 446.11 |
| Xeroxing | 4,369.40 | 106,286.25 |
| Postage | 824.69 | 6,468.58 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 63.66 | 2,423.23 |
| NYO Long Distance Telephone | 138.88 | 13,910.52 |
| Use of Cell/Home Phone | 227.61 | 2,487.00 |
| **TOTAL** | **$ 216,903.42** | **$ 3,391,122.16** |