Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2009 through April 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 9-Mar-09 | BR | Review of weekly update report for Grace (previously unbilled). | 0.20 | $ 595.00 | $ 119.00 |
| 2-Apr-09 | BR | Tel C w/ J. Sinclair to discuss status of case. | 0.20 | $ 595.00 | $ 119.00 |
| 2-Apr-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 4-Apr-09 | BR | Review of Grace motion for authorization to enter into a new employment agreement with the CEO and related documents. | 1.40 | $ 595.00 | $ 833.00 |
| 4-Apr-09 | BR | Review of Grace motion regarding the retention of Seale and Associates, Inc. as financial advisor for sale of debtor's gas equipment business and related documents. | 1.10 | $ 595.00 | $ 654.50 |
| 4-Apr-09 | BR | Due diligence on Seale and Associates for purpose of advising ACC with Grace motion to retain that firm as financial advisor in connection with the disposition of its gas equipment business. | 0.60 | $ 595.00 | $ 357.00 |
| 5-Apr-09 | BR | Review of Grace motion for authorization to implement 2009-2011 LTIP for key employees. | 1.60 | $ 595.00 | $ 952.00 |
| 6-Apr-09 | BR | Tel C w/ J. Sinclair to discuss the three outstanding motions by Grace that have an objection deadline of April 10, 2009. | 0.60 | $ 595.00 | $ 357.00 |
| 6-Apr-09 | BR | Tel C w/ Matt Bonanno of Blackstone to discuss the sale of Grace's gas equipment business. | 0.20 | $ 595.00 | $ 119.00 |
| 7-Apr-09 | BR | Tel C w/ J. Sinclair to discuss recommendations with respect to Grace motions relating to retention of a financial advisor, LTIP and CEO compensation agreement. | 0.30 | $ 595.00 | $ 178.50 |
| 7-Apr-09 | BR | Drafting memorandum to counsel to the ACC regarding three pending motions that have April 10, 2009 objection dates. | 2.90 | $ 595.00 | $ 1,725.50 |
| 14-Apr-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 14-Apr-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 21-Apr-09 | BR | Review of Grace monthly operating and financial reports for February 2009. | 2.80 | $ 595.00 | $ 1,666.00 |
| 22-Apr-09 | BR | Review of COFC weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 29-Apr-09 | BR | Review of Grace motion authorizing a settlement agreement with the IRS relating to carryback of specified liability losses. | 0.50 | $ 595.00 | $ 297.50 |
| 29-Apr-09 | BR | E-mail to Sinclair re review of Grace motion authorizing a settlement agreement with the IRS relating to carryback of specified liability losses. | 0.10 | $ 595.00 | $ 59.50 |
| 30-Apr-09 | BR | Review of exhibits to motion authorizing a settlement agreement with the IRS relating to carryback of specified liability losses. | 1.20 | $ 595.00 | $ 714.00 |
| 30-Apr-09 | BR | Conf call with company and other financial advisors to discuss Grace's motion to authorize settlement agreement with the IRS relating to carryback of specified liability losses. | 0.50 | $ 595.00 | $ 297.50 |
| 30-Apr-09 | BR | Drafted e-mail to Mark Hurford advising him of outcome of conference call with the company and other financial advisors relating to Grace's motion for authorization to enter into a settlement agreement with the IRS. | 0.10 | $ 595.00 | $ 59.50 |
| 30-Apr-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Bradley Rapp | 15.30 | | $ 9,103.50 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 6-Apr-09 | JS | Review B. Rapp's memorandum regarding the Motion to sell gas equipment business for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 9-Apr-09 | JS | Review prices and valuation material for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 13-Apr-09 | JS | Review prices and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 21-Apr-09 | JS | Review prices and valuation materials for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 22-Apr-09 | JS | Review Tax Carryback Settlement Motion (Carryback Motion) for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 30-Apr-09 | JS | Review prices and valuation information for purposes of advising ACC counsel, answer inquiry of counsel. | 0.80 | $ 595.00 | $ 476.00 |
| | | Total James Sinclair | 6.00 | | $ 3,570.00 |
| **Robert Lindsay - Managing Director** | | | | | |
| 26-Apr-09 | RL | Reviewed, edited and forwarded March invoice to counsel. | 0.30 | $ 550.00 | $ 165.00 |
| | | Total Robert Lindsay | 0.30 | | $ 165.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2009 through April 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Peter Cramp - Senior Analyst | | | | | |
| 1-Apr-09 | PC | Review and analyze Q1 earnings report for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| 1-Apr-09 | PC | Revise market multiple valuation for valuation monitoring. | 1.10 | $ 275.00 | $ 302.50 |
| 6-Apr-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.80 | $ 275.00 | $ 495.00 |
| 13-Apr-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 20-Apr-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 20-Apr-09 | PC | Commence review and analysis of February Monthly Operating report for due diligence. | 2.40 | $ 275.00 | $ 660.00 |
| 20-Apr-09 | PC | Review and analyze guideline company Q1 2009 earnings report for use in market multiple valuation. | 1.30 | $ 275.00 | $ 357.50 |
| 21-Apr-09 | PC | Read various news articles covering the guideline companies for due diligence. | 1.40 | $ 275.00 | $ 385.00 |
| 24-Apr-09 | PC | Commence review and analysis of Debtor's Q1 earnings report for due | 1.60 | $ 275.00 | $ 440.00 |
| 24-Apr-09 | PC | Review and revise March Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 27-Apr-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.80 | $ 275.00 | $ 495.00 |
| 28-Apr-09 | PC | Review and analyze Q1 earnings report for use in market multiple valuation. | 1.70 | $ 275.00 | $ 467.50 |
| | | Total Peter Cramp | 18.00 | | $ 4,950.00 |
| Gibbons Sinclair - Analyst | | | | | |
| 24-Apr-09 | GS | Draft March 2009 Invoice. | 1.90 | $ 220.00 | $ 418.00 |
| | | Total Gibbons Sinclair | 1.90 | | $ 418.00 |
| | | **TOTAL** | 41.50 | | 18,206.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2009 through April 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Business Operations | | | | | |
| 6-Apr-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.80 | $ 275.00 | $ 495.00 |
| 13-Apr-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 20-Apr-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 20-Apr-09 | PC | Commence review and analysis of February Monthly Operating report for due diligence. | 2.40 | $ 275.00 | $ 660.00 |
| 21-Apr-09 | PC | Read various news articles covering the guideline companies for due diligence. | 1.40 | $ 275.00 | $ 385.00 |
| 24-Apr-09 | PC | Commence review and analysis of Debtor's Q1 earnings report for due diligence. | 1.60 | $ 275.00 | $ 440.00 |
| 27-Apr-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.80 | $ 275.00 | $ 495.00 |
| | | Total Business Operations | 11.90 | | $ 3,272.50 |
| Employee Benefits/Pensions | | | | | |
| 4-Apr-09 | BR | Review of Grace motion for authorization to enter into a new employment agreement with the CEO and related documents. | 1.40 | $ 595.00 | $ 833.00 |
| 5-Apr-09 | BR | Review of Grace motion for authorization to implement 2009-2011 LTIP for key employees. | 1.60 | $ 595.00 | $ 952.00 |
| 6-Apr-09 | BR | Tel C w/ J. Sinclair to discuss the three outstanding motions by Grace that have an objection deadline of April 10, 2009. | 0.60 | $ 595.00 | $ 357.00 |
| 7-Apr-09 | BR | Tel C w/ J. Sinclair to discuss recommendations with respect to Grace motions relating to retention of a financial advisor, LTIP and CEO compensation agreement. | 0.30 | $ 595.00 | $ 178.50 |
| 7-Apr-09 | BR | Drafting memorandum to counsel to the ACC regarding three pending motions that have April 10, 2009 objection dates. | 2.90 | $ 595.00 | $ 1,725.50 |
| | | Total Employee Benefits/Pensions | 6.80 | | $ 4,046.00 |
| Fee Applications (Applicant) | | | | | |
| 24-Apr-09 | GS | Draft March 2009 Invoice. | 1.90 | $ 220.00 | $ 418.00 |
| 24-Apr-09 | PC | Review and revise March Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 26-Apr-09 | RL | Reviewed, edited and forwarded March invoice to counsel. | 0.30 | $ 550.00 | $ 165.00 |
| | | Total Fee Applications (Applicant) | 2.60 | | $ 693.00 |
| Litigation | | | | | |
| 29-Apr-09 | BR | Review of Grace motion authorizing a settlement agreement with the IRS relating to carryback of specified liability losses. | 0.50 | $ 595.00 | $ 297.50 |
| 29-Apr-09 | BR | E-mail to Sinclair re review of Grace motion authorizing a settlement agreement with the IRS relating to carryback of specified liability losses. | 0.10 | $ 595.00 | $ 59.50 |
| 30-Apr-09 | BR | Review of exhibits to motion authorizing a settlement agreement with the IRS relating to carryback of specified liability losses. | 1.20 | $ 595.00 | $ 714.00 |
| 30-Apr-09 | BR | Conf call with company and other financial advisors to discuss Grace's motion to authorize settlement agreement with the IRS relating to carryback of specified liability losses. | 0.50 | $ 595.00 | $ 297.50 |
| 30-Apr-09 | BR | Drafted e-mail to Mark Hurford advising him of outcome of conference call with the company and other financial advisors relating to Grace's motion for authorization to enter into a settlement agreement with the IRS. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Litigation | 2.40 | | $ 1,428.00 |
| Retention (Others) | | | | | |
| 4-Apr-09 | BR | Review of Grace motion regarding the retention of Seale and Associates, Inc. as financial advisor for sale of debtor's gas equipment business and related documents. | 1.10 | $ 595.00 | $ 654.50 |
| 4-Apr-09 | BR | Due diligence on Seale and Associates for purpose of advising ACC with Grace motion to retain that firm as financial advisor in connection with the disposition of its gas equipment business. | 0.60 | $ 595.00 | $ 357.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2009 through April 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| | | Total Retention (Others) | 1.70 | | $ 1,011.50 |
| **Asset Disposition** | | | | | |
| 6-Apr-09 | BR | Tel C w/ Matt Bonanno of Blackstone to discuss the sale of Grace's gas equipment business. | 0.20 | $ 595.00 | $ 119.00 |
| 6-Apr-09 | JS | Review B. Rapp's memorandum regarding the Motion to sell gas equipment business for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| | | Total Asset Disposition. | 0.70 | | $ 416.50 |
| **Tax Issues** | | | | | |
| 22-Apr-09 | JS | Review Tax Carryback Settlement Motion (Carryback Motion) for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| | | Tax Issues | 2.80 | | $ 1,666.00 |
| **Valuation** | | | | | |
| 9-Mar-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 1-Apr-09 | PC | Review and analyze Q1 earnings report for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| 1-Apr-09 | PC | Revise market multiple valuation for valuation monitoring. | 1.10 | $ 275.00 | $ 302.50 |
| 2-Apr-09 | BR | Tel C w/ J. Sinclair to discuss status of case. | 0.20 | $ 595.00 | $ 119.00 |
| 2-Apr-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 9-Apr-09 | JS | Review prices and valuation material for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 13-Apr-09 | JS | Review prices and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 14-Apr-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 14-Apr-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 20-Apr-09 | PC | Review and analyze guideline company Q1 2009 earnings report for use in market multiple valuation. | 1.30 | $ 275.00 | $ 357.50 |
| 21-Apr-09 | BR | Review of Grace monthly operating and financial reports for February 2009. | 2.80 | $ 595.00 | $ 1,666.00 |
| 21-Apr-09 | JS | Review prices and valuation materials for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 22-Apr-09 | BR | Review of COFC weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 28-Apr-09 | PC | Review and analyze Q1 earnings report for use in market multiple valuation. | 1.70 | $ 275.00 | $ 467.50 |
| 30-Apr-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 30-Apr-09 | JS | Review prices and valuation information for purposes of advising ACC counsel, answer inquiry of counsel. | 0.80 | $ 595.00 | $ 476.00 |
| | | Total Valuation | 12.60 | | $ 5,673.00 |
| | | **TOTAL** | 41.50 | | $ 18,206.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2009 through April 30, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 15.30 | $ 595.00 | $ 9,103.50 |
| James Sinclair - Senior Managing Director | 6.00 | $ 595.00 | $ 3,570.00 |
| Robert Lindsay - Managing DIrector | 0.30 | $ 550.00 | $ 165.00 |
| Peter Cramp - Senior Analyst | 18.00 | $ 275.00 | $ 4,950.00 |
| Gibbons Sinclair - Analyst | 1.90 | $ 220.00 | $ 418.00 |
| Total Professional Hours and Fees | 41.50 | | $ 18,206.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - April 1, 2009 through April 30, 2009

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses During this Period. |        |
|      | Total Expenses April 1, 2009 through April 30, 2009 | $0.00 |