Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2009 through June 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 01-Jun-09 | BR | Tel C w/ Sinclair to discuss status of discussions relating to conversion of pension plan from defined benefit plan to defined contribution plan. | 0.10 | $ 595.00 | $ 59.50 |
| 02-Jun-09 | BR | Review of Grace weekly update report. | 0.20 | $ 595.00 | $ 119.00 |
| 02-Jun-09 | BR | Review of Grace motion for authorization to fund defined benefit pension plan. | 0.80 | $ 595.00 | $ 476.00 |
| 03-Jun-09 | BR | Review of Grace 10-Q for 1Q 09 for purpose of on-going due diligence. | 2.50 | $ 595.00 | $ 1,487.50 |
| 04-Jun-09 | BR | Continued review of Grace 10-Q for 1Q 09 for purpose of on-going due diligence. | 2.30 | $ 595.00 | $ 1,368.50 |
| 08-Jun-09 | BR | Tel C w/ J. Sinclair to discuss Grace pension motion and discussions with the company's advisors re status of study to examine certain pension issues. | 0.20 | $ 595.00 | $ 119.00 |
| 08-Jun-09 | BR | Tel C w/ Mark Hurford re Grace pension plan funding motion. | 0.30 | $ 595.00 | $ 178.50 |
| 09-Jun-09 | BR | Research on conversion of defined benefit pension plans to defined contribution plans in preparation for conference call with company's financial advisor to discuss the same. | 2.50 | $ 595.00 | $ 1,487.50 |
| 10-Jun-09 | BR | Review of competitor pension plans in preparation for conference call with company's financial advisor to discuss conversion of defined benefit pension plan to defined contribution plan. | 2.30 | $ 595.00 | $ 1,368.50 |
| 10-Jun-09 | BR | Tel C w/ Jimmy Sinclair to discuss pension plan issues. | 0.20 | $ 595.00 | $ 119.00 |
| 10-Jun-09 | BR | Conf C w/ company and financial advisors to discuss Grace's pension plan motion. | 0.40 | $ 595.00 | $ 238.00 |
| 10-Jun-09 | BR | Tel C w/ Jimmy Sinclair to discuss further the pension plan motion and related issues. | 0.40 | $ 595.00 | $ 238.00 |
| 10-Jun-09 | BR | Review of company-provided pension plan analyses. | 0.60 | $ 595.00 | $ 357.00 |
| 11-Jun-09 | BR | Drafting memo to counsel regarding Grace motion for authorization to make pension plan payments. | 1.20 | $ 595.00 | $ 714.00 |
| 15-Jun-09 | BR | Review of Grace monthly financial report for April 2009 for purpose of on-going financial due diligence. | 2.90 | $ 595.00 | $ 1,725.50 |
| 16-Jun-09 | BR | Review of Grace weekly update reports for two-week period. | 0.30 | $ 595.00 | $ 178.50 |
| 30-Jun-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Bradley Rapp | 17.40 | | $ 10,353.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 01-Jun-09 | JS | Telephone call with B Rapp to discuss Pension Plan Motion for purposes of advising ACC counsel. | 0.10 | $ 595.00 | $ 59.50 |
| 02-Jun-09 | JS | Review price and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 08-Jun-09 | JS | Review Pension Plan Motion documents in preparation for conference call with Blackstone and Grace on 6/10/09 regarding Pension Plan Motion. | 1.40 | $ 595.00 | $ 833.00 |
| 10-Jun-09 | JS | Telephone call with B Rapp to discuss Pension Plan Motion for purposes of advising ACC counsel. | 0.20 | $ 595.00 | $ 119.00 |
| 10-Jun-09 | JS | Review of Watson Wyatt study of pension plans of chemical industry in preparation for conference call with Blackstone and Grace on 6/10/09. | 1.80 | $ 595.00 | $ 1,071.00 |
| 10-Jun-09 | JS | Call with B Rapp to discuss pension plan matters in preparation for conference call on Pension Plan Motion on 6/10/09. | 0.20 | $ 595.00 | $ 119.00 |
| 10-Jun-09 | JS | Conference call with Blackstone and Brian McGowan, VP of Human Resources, to discuss Pension Plan Motion. | 0.40 | $ 595.00 | $ 238.00 |
| 10-Jun-09 | JS | Telephone call with B Rapp to discuss Pension Plan Motion and related matters for purposes of advising ACC counsel. | 0.40 | $ 595.00 | $ 238.00 |
| 15-Jun-09 | JS | Review price and valuation materials for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 15-Jun-09 | JS | Review memorandum from ACC counsel (Hurford) regarding Pension Plan Motion and Certification of Counsel regarding switch to a defined contributions plan for new hires as of 1/1/2010. | 0.20 | $ 595.00 | $ 119.00 |
| 25-Jun-09 | JS | Review price and valuation materials for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 29-Jun-09 | JS | Review price and valuation materials for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| | | Total James Sinclair | 7.10 | | $ 4,224.50 |
| **Robert Lindsay - Managing Director** | | | | | |
| 24-Jun-09 | RL | Reviewed, edited and forwarded May invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2009 through June 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Peter Cramp - Senior Analyst | | | | | |
| 01-Jun-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.20 | $ 275.00 | $ 330.00 |
| 08-Jun-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 10-Jun-09 | PC | Conference call with Blackstone and B McGowan regarding Pension Motion. | 0.40 | $ 275.00 | $ 110.00 |
| 15-Jun-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 22-Jun-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 24-Jun-09 | PC | Review and revise May Fee Application. | 0.30 | $ 275.00 | $ 82.50 |
| | | Total Peter Cramp | 6.60 | | $ 1,815.00 |
| Gibbons Sinclair - Analyst | | | | | |
| 24-Jun-09 | GS | Prepare May Invoice. | 1.70 | $ 220.00 | $ 374.00 |
| 29-Jun-09 | GS | Prepare updated weekly share price data and performance charts and updated settlement package value for E Inselbuch. | 2.80 | $ 220.00 | $ 616.00 |
| | | Total Gibbons Sinclair | 4.50 | | $ 990.00 |
| | | **TOTAL** | 35.80 | | $ 17,492.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2009 through June 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Business Operations/Due Diligence | | | | | |
| 01-Jun-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.20 | $ 275.00 | $ 330.00 |
| 08-Jun-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 15-Jun-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 22-Jun-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 29-Jun-09 | GS | Prepare updated weekly share price data and performance charts and updated settlement package value for E Inselbuch. | 2.80 | $ 220.00 | $ 616.00 |
| | | Total Business Operations/Due Diligence | 8.70 | | $ 2,238.50 |
| Employee Benefits/Pensions | | | | | |
| 01-Jun-09 | JS | Telephone call with B Rapp to discuss Pension Plan Motion for purposes of advising ACC counsel. | 0.10 | $ 595.00 | $ 59.50 |
| 01-Jun-09 | BR | Tel C w/ Sinclair to discuss status of discussions relating to conversion of pension plan from defined benefit plan to defined contribution plan. | 0.10 | $ 595.00 | $ 59.50 |
| 02-Jun-09 | BR | Review of Grace motion for authorization to fund defined benefit pension plan. | 0.80 | $ 595.00 | $ 476.00 |
| 08-Jun-09 | JS | Review Pension Plan Motion documents in preparation for conference call with Blackstone and Grace on 6/10/09 regarding Pension Plan Motion. | 1.40 | $ 595.00 | $ 833.00 |
| 08-Jun-09 | BR | Tel C w/ J. Sinclair to discuss Grace pension motion and discussions with the company's advisors re status of study to examine certain pension issues. | 0.20 | $ 595.00 | $ 119.00 |
| 08-Jun-09 | BR | Tel C w/ Mark Hurford re Grace pension plan funding motion. | 0.30 | $ 595.00 | $ 178.50 |
| 09-Jun-09 | BR | Research on conversion of defined benefit pension plans to defined contribution plans in preparation for conference call with company's financial advisor to discuss the same. | 2.50 | $ 595.00 | $ 1,487.50 |
| 10-Jun-09 | JS | Telephone call with B Rapp to discuss Pension Plan Motion for purposes of advising ACC counsel. | 0.20 | $ 595.00 | $ 119.00 |
| 10-Jun-09 | JS | Review of Watson Wyatt study of pension plans of chemical industry in preparation for conference call with Blackstone and Grace on 6/10/09. | 1.80 | $ 595.00 | $ 1,071.00 |
| 10-Jun-09 | JS | Call with B Rapp to discuss pension plan matters in preparation for conference call on Pension Plan Motion on 6/10/09. | 0.20 | $ 595.00 | $ 119.00 |
| 10-Jun-09 | JS | Conference call with Blackstone and Brian McGowan, VP of Human Resources, to discuss Pension Plan Motion. | 0.40 | $ 595.00 | $ 238.00 |
| 10-Jun-09 | JS | Telephone call with B Rapp to discuss Pension Plan Motion and related matters for purposes of advising ACC counsel. | 0.40 | $ 595.00 | $ 238.00 |
| 10-Jun-09 | BR | Review of competitor pension plans in preparation for conference call with company's financial advisor to discuss conversion of defined benefit pension plan to defined contribution plan. | 2.30 | $ 595.00 | $ 1,368.50 |
| 10-Jun-09 | BR | Tel C w/ Jimmy Sinclair to discuss pension plan issues. | 0.20 | $ 595.00 | $ 119.00 |
| 10-Jun-09 | BR | Conf C w/ company and financial advisors to discuss Grace's pension plan motion. | 0.40 | $ 595.00 | $ 238.00 |
| 10-Jun-09 | BR | Tel C w/ Jimmy Sinclair to discuss further the pension plan motion and related issues. | 0.40 | $ 595.00 | $ 238.00 |
| 10-Jun-09 | BR | Review of company-provided pension plan analyses. | 0.60 | $ 595.00 | $ 357.00 |
| 10-Jun-09 | PC | Conference call with Blackstone and B McGowan regarding Pension Motion. | 0.40 | $ 275.00 | $ 110.00 |
| 11-Jun-09 | BR | Drafting memo to counsel regarding Grace motion for authorization to make pension plan payments. | 1.20 | $ 595.00 | $ 714.00 |
| 15-Jun-09 | JS | Review memorandum from ACC counsel (Hurford) regarding Pension Plan Motion and Certification of Counsel regarding switch to a defined contributions plan for new hires as of 1/1/2010. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Employee Benefits/Pensions | 14.10 | | $ 8,261.50 |
| Fee Applications (Applicant) | | | | | |
| 24-Jun-09 | GS | Prepare May Invoice. | 1.70 | $ 220.00 | $ 374.00 |
| 24-Jun-09 | RL | Reviewed, edited and forwarded May invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2009 through June 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 24-Jun-09 | PC | Review and revise May Fee Application. | 0.30 | $ 275.00 | $ 82.50 |
| | | Total Fee Applications (Applicant) | 2.20 | | $ 566.50 |

Valuation

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 02-Jun-09 | JS | Review price and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 02-Jun-09 | BR | Review of Grace weekly update report. | 0.20 | $ 595.00 | $ 119.00 |
| 03-Jun-09 | BR | Review of Grace 10-Q for 1Q 09 for purpose of on-going due diligence. | 2.50 | $ 595.00 | $ 1,487.50 |
| 04-Jun-09 | BR | Continued review of Grace 10-Q for 1Q 09 for purpose of on-going due diligence. | 2.30 | $ 595.00 | $ 1,368.50 |
| 15-Jun-09 | JS | Review price and valuation materials for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 15-Jun-09 | BR | Review of Grace monthly financial report for April 2009 for purpose of on-going financial due diligence. | 2.90 | $ 595.00 | $ 1,725.50 |
| 16-Jun-09 | BR | Review of Grace weekly update reports for two-week period. | 0.30 | $ 595.00 | $ 178.50 |
| 25-Jun-09 | JS | Review price and valuation materials for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 29-Jun-09 | JS | Review price and valuation materials for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 30-Jun-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Valuation | 10.80 | | $ 6,426.00 |
| | | **TOTAL** | 35.80 | | $ 17,492.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2009 through June 30, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 17.40 | $ 595.00 | $ 10,353.00 |
| James Sinclair - Senior Managing Director | 7.10 | $ 595.00 | $ 4,224.50 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 6.60 | $ 275.00 | $ 1,815.00 |
| Gibbons Sinclair - Analyst | 4.50 | $ 220.00 | $ 990.00 |
| Total Professional Hours and Fees | 35.80 | | $ 17,492.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - June 1, 2009 through June 30, 2009

| Date | Description of Item | Amount |
|---|---|---|
| | No Expenses During this Period. | |
| | Total Expenses June 1, 2009 through June 30, 2009 | $0.00 |