```
Date: 06/21/09        Legal Analysis Systems, Inc.
Time: 10:00am                                            Page 1


            W. R. Grace, Inc. c/o Elihu Inselbuch
            Caplin & Drysdale
            399 Park Avenue, 27th Floor
            New York, New York 10022


Date/Slip# Description                                   HOURS/RATE  AMOUNT
-------------------------------------------------------------------------------
 04/15/09  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)   1.0       475.00
 #4412     Correspondence with Kimble re: USCS data; download           475.00
           data and compare Tillinghast and LAS' methods
```

{D0156002.1 }

Date: 06/21/09     Legal Analysis Systems, Inc.
Time: 10:00am                                          Page 2

    W. R. Grace

Date/Slip# Description                                      HOURS/RATE  AMOUNT
--------------------------------------------------------------------------------
04/29/09  Peterson  / (14) Hearings                         4.1         3280.00
 #4214    Assemble and review material for deposition             800.00
          preparation

04/30/09  Peterson  / (14) Hearings                         2.4         1920.00
 #4215    Review material for deposition preparation              800.00

{D0156002.1 }

Date: 06/21/09       Legal Analysis Systems, Inc.
Time: 10:00am                                Page 3

    W. R. Grace

Date/Slip# Description                                           HOURS/RATE  AMOUNT
--------------------------------------------------------------------------------
04/06/09  Peterson  / (16) Plan and Disclosure Statement          2.4          1920.00
#4204    Review Trust analysis and report                              800.00

04/07/09  Peterson  / (16) Plan and Disclosure Statement          2.2          1760.00
#4205    Review calculations for Trust TDP values                      800.00

04/16/09  Relles    / (16) Plan and Disclosure Statement          2.8          1330.00
#4413    Prepare additional slides concerning Grace Trust              475.00

{D0156002.1 }

Date: 06/21/09      Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 4

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 04/01/09  Peterson  / (28) Data Analysis<br>#4201    Work on trust report and graphics | 4.9<br>800.00 | 3920.00 |
| 04/02/09  Relles    / (28) Data Analysis<br>#4401    Develop capability to update SEER mesothelioma<br>    trends | 0.6<br>475.00 | 285.00 |
| 04/03/09  Peterson  / (28) Data Analysis<br>#4202    Telephone Relles re: update SEER mesothelioma trends | 0.2<br>800.00 | 160.00 |
| 04/03/09  Peterson  / (28) Data Analysis<br>#4203    Review trust analysis | 2.2<br>800.00 | 1760.00 |
| 04/03/09  Relles    / (28) Data Analysis<br>#4402    Telephone Peterson re: update SEER mesothelioma<br>    trends | 0.2<br>475.00 | 95.00 |
| 04/03/09  Relles    / (28) Data Analysis<br>#4403    Update SEER mesothelioma trends | 1.2<br>475.00 | 570.00 |
| 04/07/09  Relles    / (28) Data Analysis<br>#4404    Work on updating USCS mesothelioma estimates for<br>    recent years | 0.5<br>475.00 | 237.50 |
| 04/09/09  Relles    / (28) Data Analysis<br>#4405    Finish update of USCS mesothelioma estimates for<br>    recent years | 1.0<br>475.00 | 475.00 |
| 04/10/09  Peterson  / (28) Data Analysis<br>#4206    Review graphics and estimation report | 3.8<br>800.00 | 3040.00 |
| 04/12/09  Peterson  / (28) Data Analysis<br>#4207    Review reports | 1.8<br>800.00 | 1440.00 |
| 04/13/09  Peterson  / (28) Data Analysis<br>#4208    Telephone Relles re: trial graphics | 0.3<br>800.00 | 240.00 |
| 04/13/09  Relles    / (28) Data Analysis<br>#4406    Telephone Peterson re: trial graphics | 0.3<br>475.00 | 142.50 |
| 04/13/09  Relles    / (28) Data Analysis<br>#4407    Work on updating trial graphics | 5.4<br>475.00 | 2565.00 |
| 04/14/09  Peterson  / (28) Data Analysis<br>#4209    Telephone Relles re: trial graphics | 0.6<br>800.00 | 480.00 |

{D0156002.1 }

Date: 06/21/09     Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 5

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 04/14/09  Relles   / (28) Data Analysis<br>#4408    Finish updating trial graphics | 4.0<br>475.00 | 1900.00 |
| 04/14/09  Relles   / (28) Data Analysis<br>#4409    Email correspondence with Romano re: trial graphics | 0.6<br>475.00 | 285.00 |
| 04/14/09  Relles   / (28) Data Analysis<br>#4410    Telephone Peterson re: trial graphics | 0.6<br>475.00 | 285.00 |
| 04/15/09  Relles   / (28) Data Analysis<br>#4411    Review SEER and USCS data | 1.8<br>475.00 | 855.00 |
| 04/16/09  Relles   / (28) Data Analysis<br>#4414    Resolve trial verdict issues in report | 2.3<br>475.00 | 1092.50 |
| 04/16/09  Relles   / (28) Data Analysis<br>#4415    Review trial graphics slides | 1.6<br>475.00 | 760.00 |
| 04/17/09  Peterson  / (28) Data Analysis<br>#4210    Review current trial graphics | 1.6<br>800.00 | 1280.00 |
| 04/17/09  Peterson  / (28) Data Analysis<br>#4211    Review trust analysis | 2.3<br>800.00 | 1840.00 |
| 04/17/09  Relles   / (28) Data Analysis<br>#4416    Identify inconsistencies between report and trial graphics | 3.6<br>475.00 | 1710.00 |
| 04/17/09  Relles   / (28) Data Analysis<br>#4417    Update trial graphics | 2.8<br>475.00 | 1330.00 |
| 04/18/09  Relles   / (28) Data Analysis<br>#4418    Update report | 5.4<br>475.00 | 2565.00 |
| 04/19/09  Peterson  / (28) Data Analysis<br>#4212    Work on graphics | 2.1<br>800.00 | 1680.00 |
| 04/20/09  Relles   / (28) Data Analysis<br>#4419    Prepare and send instructions for trial graphics updates | 1.7<br>475.00 | 807.50 |
| 04/21/09  Relles   / (28) Data Analysis<br>#4420    Check consistency between report and entries in trial graphics | 2.3<br>475.00 | 1092.50 |

{D0156002.1 }

Date: 06/21/09         Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 6

    W. R. Grace

```
Date/Slip# Description                                    HOURS/RATE  AMOUNT
-------------------------------------------------------------------------------
 04/28/09  Peterson  / (28) Data Analysis                   1.3         1040.00
  #4213    Review reports on Montana criminal trial                 800.00
-------------------------------------------------------------------------------
```

Date: 06/21/09  Legal Analysis Systems, Inc.
Time: 10:00am  Page 7

    W. R. Grace

Summary Of Time Charges, By Month and Activity
April 2009 - April 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| April | - (05) Claims Anal Objectn/Resolutn (Asbest) | 1.0 | 475.00 |
| April | - (14) Hearings | 6.5 | 5200.00 |
| April | - (16) Plan and Disclosure Statement | 7.4 | 5010.00 |
| April | - (28) Data Analysis | 57.0 | 33932.50 |
| April | - (99) Total | 71.9 | 44617.50 |
| | | | |
| Total | - (05) Claims Anal Objectn/Resolutn (Asbest) | 1.0 | 475.00 |
| Total | - (14) Hearings | 6.5 | 5200.00 |
| Total | - (16) Plan and Disclosure Statement | 7.4 | 5010.00 |
| Total | - (28) Data Analysis | 57.0 | 33932.50 |
| Total | - (99) Total | 71.9 | 44617.50 |

{D0156002.1 }

Date: 06/21/09    Legal Analysis Systems, Inc.
Time: 10:00am                                Page 8

    W. R. Grace

Summary Of Time Charges, By Month and Person
April 2009 - April 2009

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| April | - Relles | 39.7 | 18857.50 |
| April | - Peterson | 32.2 | 25760.00 |
| April | - Total | 71.9 | 44617.50 |
| Total | - Relles | 39.7 | 18857.50 |
| Total | - Peterson | 32.2 | 25760.00 |
| Total | - Total | 71.9 | 44617.50 |

{D0156002.1 }

Date: 06/21/09        Legal Analysis Systems, Inc.
Time: 10:00am                              Page 9

    W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
April 2009 - April 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (05) Claims Anal Objectn/Resolutn (Asbest) | | | | |
| April | - Relles | 1.0 | 475. | 475.00 |
| (14) Hearings | | | | |
| April | - Peterson | 6.5 | 800. | 5200.00 |
| (16) Plan and Disclosure Statement | | | | |
| April | - Relles | 2.8 | 475. | 1330.00 |
| April | - Peterson | 4.6 | 800. | 3680.00 |
| (28) Data Analysis | | | | |
| April | - Relles | 35.9 | 475. | 17052.50 |
| April | - Peterson | 21.1 | 800. | 16880.00 |

{D0156002.1 }