Date: 07/13/09  Legal Analysis Systems, Inc.
Time: 2:00pm                                Page 1

       W. R. Grace, Inc. c/o Elihu Inselbuch
       Caplin & Drysdale
       399 Park Avenue, 27th Floor
       New York, New York 10022

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 05/03/09 Peterson / (07) Committee, Creditors'<br>#5001    Review portions of Lockwood deposition | 3.8<br>800.00 | 3040.00 |
| 05/04/09 Peterson / (07) Committee, Creditors'<br>#5004    Review Lockwood deposition | 2.5<br>800.00 | 2000.00 |
| 05/05/09 Relles / (07) Committee, Creditors'<br>#5205    Prepare mail shipments for Nate Finch | 0.3<br>475.00 | 142.50 |
| 05/06/09 Relles / (07) Committee, Creditors'<br>#5206    Review Lockwood deposition | 1.5<br>475.00 | 712.50 |
| 05/07/09 Peterson / (07) Committee, Creditors'<br>#5009    Review Tabulations for McMillan | 0.2<br>800.00 | 160.00 |
| 05/07/09 Relles / (07) Committee, Creditors'<br>#5208    Tabulations for McMillan | 1.2<br>475.00 | 570.00 |
| 05/11/09 Relles / (07) Committee, Creditors'<br>#5209    Check source of liability estimates sent to<br>    Garbowski | 0.6<br>475.00 | 285.00 |
| 05/26/09 Relles / (07) Committee, Creditors'<br>#5210    Research and respond to McMillan question regarding<br>    numbers of claims | 0.3<br>475.00 | 142.50 |

Date: 07/13/09    Legal Analysis Systems, Inc.
Time: 2:00pm    Page 2

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 05/06/09  Peterson  / (14) Hearings | 4.8 | 3840.00 |
| #5008    Review documents to prepare for deposition | 800.00 | |
| 05/07/09  Peterson  / (14) Hearings | 6.3 | 5040.00 |
| #5010    Review documents to prepare for deposition | 800.00 | |
| 05/21/09  Peterson  / (14) Hearings | 2.6 | 2080.00 |
| #5014    Review prior deposition transcript | 800.00 | |
| 05/24/09  Peterson  / (14) Hearings | 4.3 | 3440.00 |
| #5015    Review documents for deposition | 800.00 | |
| 05/27/09  Peterson  / (14) Hearings | 2.3 | 1840.00 |
| #5016    Prepare for deposition | 800.00 | |
| 05/29/09  Peterson  / (14) Hearings | 3.1 | 2480.00 |
| #5019    Prepare for deposition | 800.00 | |
| 05/29/09  Relles  / (14) Hearings | 1.2 | 570.00 |
| #5211    Organize materials for Peterson deposition, arrange for production of materials for deposition | 475.00 | |

{D0157283.1 }

Date: 07/13/09  Legal Analysis Systems, Inc.
Time: 2:00pm                                    Page 3

    W. R. Grace

Date/Slip# Description                                    HOURS/RATE  AMOUNT
--------------------------------------------------------------------------------
05/10/09  Peterson  / (16) Plan and Disclosure Statement      2.3      1840.00
 #5012    Review and analyses of Trust TDP and liabilities         800.00

{D0157283.1 }

Date: 07/13/09    Legal Analysis Systems, Inc.
Time: 2:00pm                                             Page 4

    W. R. Grace

| Date/Slip# | Description | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 05/04/09 #5002 | Peterson / (28) Data Analysis — Work on demonstratives for testimony | 4.3 | 800.00 | 3440.00 |
| 05/04/09 #5003 | Peterson / (28) Data Analysis — Telephone Relles re: slides for upcoming hearing | 0.3 | 800.00 | 240.00 |
| 05/04/09 #5201 | Relles / (28) Data Analysis — Work on slides for upcoming hearing | 4.6 | 475.00 | 2185.00 |
| 05/04/09 #5202 | Relles / (28) Data Analysis — Telephone Peterson re: slides for upcoming hearing | 0.3 | 475.00 | 142.50 |
| 05/05/09 #5005 | Peterson / (28) Data Analysis — Review changes in reports | 0.5 | 800.00 | 400.00 |
| 05/05/09 #5006 | Peterson / (28) Data Analysis — Review demonstratives for hearing | 2.3 | 800.00 | 1840.00 |
| 05/05/09 #5203 | Relles / (28) Data Analysis — Incorporate Peterson comments into slides | 2.0 | 475.00 | 950.00 |
| 05/05/09 #5204 | Relles / (28) Data Analysis — Update slides | 1.7 | 475.00 | 807.50 |
| 05/06/09 #5007 | Peterson / (28) Data Analysis — Telephone Relles re: Kazan data request | 0.3 | 800.00 | 240.00 |
| 05/06/09 #5207 | Relles / (28) Data Analysis — Telephone Peterson re: Kazan data request | 0.3 | 475.00 | 142.50 |
| 05/08/09 #5011 | Peterson / (28) Data Analysis — Review news articles on Grace criminal trial | 2.0 | 800.00 | 1600.00 |
| 05/11/09 #5013 | Peterson / (28) Data Analysis — Review Grace experts' papers on incidence | 2.8 | 800.00 | 2240.00 |
| 05/28/09 #5017 | Peterson / (28) Data Analysis — Review Libby Plan objections | 2.8 | 800.00 | 2240.00 |
| 05/29/09 #5018 | Peterson / (28) Data Analysis — Review changes to reports | 2.4 | 800.00 | 1920.00 |
| 05/31/09 #5020 | Peterson / (28) Data Analysis — Read interrogatory responses | 2.0 | 800.00 | 1600.00 |

{D0157283.1 }

Date: 07/13/09        Legal Analysis Systems, Inc.
Time: 2:00pm                                   Page 5

    W. R. Grace

Date/Slip# Description                          HOURS/RATE  AMOUNT
--------------------------------------------------------------------
 05/31/09  Relles   / (28) Data Analysis           0.4        190.00
 #5212     Read interrogatories                          475.00
--------------------------------------------------------------------

Date: 07/13/09      Legal Analysis Systems, Inc.
Time: 2:00pm                            Page 6

    W. R. Grace

    Summary Of Time Charges, By Month and Activity
      May 2009 - May 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|-------|----------|-------|--------|
| May   | - (07) Committee, Creditors'        | 10.4 | 7052.50  |
| May   | - (14) Hearings                     | 24.6 | 19290.00 |
| May   | - (16) Plan and Disclosure Statement | 2.3  | 1840.00  |
| May   | - (28) Data Analysis                | 29.0 | 20177.50 |
| May   | - (99) Total                        | 66.3 | 48360.00 |
|       |                                     |      |          |
| Total | - (07) Committee, Creditors'        | 10.4 | 7052.50  |
| Total | - (14) Hearings                     | 24.6 | 19290.00 |
| Total | - (16) Plan and Disclosure Statement | 2.3  | 1840.00  |
| Total | - (28) Data Analysis                | 29.0 | 20177.50 |
| Total | - (99) Total                        | 66.3 | 48360.00 |

{D0157283.1 }

Date: 07/13/09        Legal Analysis Systems, Inc.
Time: 2:00pm                              Page 7

      W. R. Grace

    Summary Of Time Charges, By Month and Person
      May 2009 - May 2009

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| May | - Relles | 14.4 | 6840.00 |
| May | - Peterson | 51.9 | 41520.00 |
| May | - Total | 66.3 | 48360.00 |
| | | | |
| Total | - Relles | 14.4 | 6840.00 |
| Total | - Peterson | 51.9 | 41520.00 |
| Total | - Total | 66.3 | 48360.00 |

--------------------------------------------------------------------------------

{D0157283.1 }

Date: 07/13/09        Legal Analysis Systems, Inc.
Time: 2:00pm                              Page 8

    W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
   May 2009 - May 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (07) Committee, Creditors' | | | | |
| May | - Relles | 3.9 | 475. | 1852.50 |
| May | - Peterson | 6.5 | 800. | 5200.00 |
| (14) Hearings | | | | |
| May | - Relles | 1.2 | 475. | 570.00 |
| May | - Peterson | 23.4 | 800. | 18720.00 |
| (16) Plan and Disclosure Statement | | | | |
| May | - Peterson | 2.3 | 800. | 1840.00 |
| (28) Data Analysis | | | | |
| May | - Relles | 9.3 | 475. | 4417.50 |
| May | - Peterson | 19.7 | 800. | 15760.00 |

---

{D0157283.1 }