Date: 08/08/09        Legal Analysis Systems, Inc.
Time: 2:00pm                                      Page 1

       W. R. Grace, Inc. c/o Elihu Inselbuch
       Caplin & Drysdale
       399 Park Avenue, 27th Floor
       New York, New York 10022

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 06/02/09  Peterson  / (07) Committee, Creditors'<br>#5402    Telephone Finch and Relles re: deposition preparation | 1.0<br>800.00 | 800.00 |
| 06/02/09  Relles    / (07) Committee, Creditors'<br>#5601    Telephone Finch and Peterson re: deposition preparation | 1.0<br>475.00 | 475.00 |
| 06/07/09  Relles    / (07) Committee, Creditors'<br>#5604    Finalize Cohn tables preparation, send to Finch | 1.5<br>475.00 | 712.50 |
| 06/07/09  Relles    / (07) Committee, Creditors'<br>#5605    Prepare materials for Finch meeting | 3.4<br>475.00 | 1615.00 |
| 06/08/09  Peterson  / (07) Committee, Creditors'<br>#5408    Meet with Finch and Relles re: deposition preparation | 4.0<br>800.00 | 3200.00 |
| 06/08/09  Relles    / (07) Committee, Creditors'<br>#5607    Review computer files to prepare for meeting with Finch and Peterson | 2.2<br>475.00 | 1045.00 |
| 06/08/09  Relles    / (07) Committee, Creditors'<br>#5609    Deposition preparation with Finch and Peterson | 4.0<br>475.00 | 1900.00 |
| 06/09/09  Relles    / (07) Committee, Creditors'<br>#5612    Respond to Finch query--tabulate liability by filing year; document same | 2.2<br>475.00 | 1045.00 |
| 06/17/09  Relles    / (07) Committee, Creditors'<br>#5615    Work on latest set of requests from Libby lawyers | 1.0<br>475.00 | 475.00 |
| 06/29/09  Relles    / (07) Committee, Creditors'<br>#5618    Review status of demonstratives, reply to Finch | 0.4<br>475.00 | 190.00 |
| 06/30/09  Peterson  / (07) Committee, Creditors'<br>#5413    Review Lockwood deposition | 3.2<br>800.00 | 2560.00 |
| 06/30/09  Relles    / (07) Committee, Creditors'<br>#5619    Organize data, email Garbowski | 0.5<br>475.00 | 237.50 |
| 06/30/09  Relles    / (07) Committee, Creditors'<br>#5620    Telephone Garbowski, email Finch | 0.5<br>475.00 | 237.50 |

{D0159200.1 }

Date: 08/08/09    Legal Analysis Systems, Inc.
Time: 2:00pm    Page 2

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 06/02/09  Peterson  / (14) Hearings<br>#5403    Review materials in preparation for deposition | 3.6<br>800.00 | 2880.00 |
| 06/02/09  Relles    / (14) Hearings<br>#5602    Review Hughes deposition | 0.8<br>475.00 | 380.00 |
| 06/05/09  Peterson  / (14) Hearings<br>#5404    Review Hughes deposition | 3.1<br>800.00 | 2480.00 |
| 06/06/09  Peterson  / (14) Hearings<br>#5405    Prepare for deposition | 5.8<br>800.00 | 4640.00 |
| 06/07/09  Peterson  / (14) Hearings<br>#5406    Prepare for deposition | 7.4<br>800.00 | 5920.00 |
| 06/08/09  Peterson  / (14) Hearings<br>#5407    Prepare for deposition | 6.4<br>800.00 | 5120.00 |
| 06/09/09  Peterson  / (14) Hearings<br>#5409    Deposition and preparation | 8.9<br>800.00 | 7120.00 |
| 06/17/09  Peterson  / (14) Hearings<br>#5410    Review deposition transcript | 1.7<br>800.00 | 1360.00 |
| 06/18/09  Peterson  / (14) Hearings<br>#5411    Review deposition transcript | 2.6<br>800.00 | 2080.00 |
| 06/22/09  Peterson  / (14) Hearings<br>#5412    Review deposition transcript | 2.3<br>800.00 | 1840.00 |

{D0159200.1 }

Date: 08/08/09          Legal Analysis Systems, Inc.
Time: 2:00pm                                         Page 3

      W. R. Grace

Date/Slip# Description                              HOURS/RATE  AMOUNT
-----------------------------------------------------------------------
06/08/09  Relles   / (20) Travel - Non-working         1.0        237.50
#5608    Travel: home to Thousand Oaks for deposition          237.50
         preparation with Finch and Peterson

06/08/09  Relles   / (20) Travel - Non-working         1.0        237.50
#5610    Travel: Thousand Oaks to home                        237.50

{D0159200.1 }

Date: 08/08/09     Legal Analysis Systems, Inc.
Time: 2:00pm                              Page 4

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 06/01/09  Peterson  / (28) Data Analysis<br>#5401    Review trial demonstratives | 2.6<br>800.00 | 2080.00 |
| 06/06/09  Relles    / (28) Data Analysis<br>#5603    Prepare tables with dollar values and NPV for Cohn | 4.2<br>475.00 | 1995.00 |
| 06/07/09  Relles    / (28) Data Analysis<br>#5606    Read Libby objections to plan | 0.7<br>475.00 | 332.50 |
| 06/09/09  Relles    / (28) Data Analysis<br>#5611    Archive all datasets | 0.7<br>475.00 | 332.50 |
| 06/15/09  Relles    / (28) Data Analysis<br>#5613    Review questionnaires and databases for evidence of expansion plant / mine workers outside of Libby | 4.2<br>475.00 | 1995.00 |
| 06/16/09  Relles    / (28) Data Analysis<br>#5614    Review questionnaires and databases for evidence of expansion plant / mine workers outside of Libby | 4.2<br>475.00 | 1995.00 |
| 06/19/09  Relles    / (28) Data Analysis<br>#5616    Produce tables requested by Cohn | 1.5<br>475.00 | 712.50 |
| 06/22/09  Relles    / (28) Data Analysis<br>#5617    Review questionnaires and databases for evidence of expansion plant / mine workers outside of Libby | 2.8<br>475.00 | 1330.00 |
| 06/30/09  Peterson  / (28) Data Analysis<br>#5414    Review demonstrative formats | 2.0<br>800.00 | 1600.00 |

{D0159200.1 }

Date: 08/08/09     Legal Analysis Systems, Inc.
Time: 2:00pm                              Page 5

    W. R. Grace

Summary Of Time Charges, By Month and Activity
June 2009 - June 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| June  | - (07) Committee, Creditors' | 24.9 | 14492.50 |
| June  | - (14) Hearings              | 42.6 | 33820.00 |
| June  | - (20) Travel - Non-working  |  2.0 |   475.00 |
| June  | - (28) Data Analysis         | 22.9 | 12372.50 |
| June  | - (99) Total                 | 92.4 | 61160.00 |
| Total | - (07) Committee, Creditors' | 24.9 | 14492.50 |
| Total | - (14) Hearings              | 42.6 | 33820.00 |
| Total | - (20) Travel - Non-working  |  2.0 |   475.00 |
| Total | - (28) Data Analysis         | 22.9 | 12372.50 |
| Total | - (99) Total                 | 92.4 | 61160.00 |

{D0159200.1 }

Date: 08/08/09  Legal Analysis Systems, Inc.
Time: 2:00pm  Page 6

    W. R. Grace

Summary Of Time Charges, By Month and Person
June 2009 - June 2009

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| June | - Relles | 37.8 | 17480.00 |
| June | - Peterson | 54.6 | 43680.00 |
| June | - Total | 92.4 | 61160.00 |
| | | | |
| Total | - Relles | 37.8 | 17480.00 |
| Total | - Peterson | 54.6 | 43680.00 |
| Total | - Total | 92.4 | 61160.00 |

--------------------------------------------------------------------------

{D0159200.1 }

Date: 08/08/09     Legal Analysis Systems, Inc.
Time: 2:00pm                              Page 7

    W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
June 2009 - June 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (07) Committee, Creditors' | | | | |
| June | - Relles | 16.7 | 475. | 7932.50 |
| June | - Peterson | 8.2 | 800. | 6560.00 |
| (14) Hearings | | | | |
| June | - Relles | 0.8 | 475. | 380.00 |
| June | - Peterson | 41.8 | 800. | 33440.00 |
| (20) Travel - Non-working | | | | |
| June | - Relles | 2.0 | 238. | 475.00 |
| (28) Data Analysis | | | | |
| June | - Relles | 18.3 | 475. | 8692.50 |
| June | - Peterson | 4.6 | 800. | 3680.00 |

{D0159200.1 }