IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 24, 2009, AT 10:30 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., two (2) business days before the hearing.**

## CONTINUED MATTERS

1.  Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

    Related Documents:

    a.  [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 5/1/09] (Docket No. 21500)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.  Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to September 29, 2009, at 10:30 a.m.

2.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.  [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 4/2/09] (Docket No. 21176)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.  Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b.  Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d.  Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f.  Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to September 29, 2009, at 10:30 a.m.

3.  Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

    Related Documents:

    a.  [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

    Response Deadline: July 10, 2009, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter is continued to September 29, 2009, at 10:30 a.m.

4.  Motion of General Insurance Company of America (I) for Leave to File Proof of Claim Instanter and (II) to Deem Such Claim Timely Filed [Filed: 7/20/09] (Docket No. 22541)

    Related Documents:

    a.  [Proposed] Order [Filed: 7/20/09] (Docket No. 22541)

    Response Deadline: August 7, 2009, at 4:00 p.m. *(extended until September 4, 2009, at 4:00 p.m.)*

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter is continued to September 29, 2009, at 10:30 a.m.

5.  Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway [Filed: 7/20/09] (Docket No. 22553)

    Related Documents:

    a.  [Proposed] Order Disallowing and Expunging, in Part, the Proof of Claim Filed By Norfolk Southern Railway Company [Filed: 7/20/09] (Docket No. 22553, Exhibit 2)

    Response Deadline: September 4, 2009, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter is continued to September 29, 2009, at 10:30 a.m.

## UNCONTESTED MATTERS:

6.  Application of the Official Committee of Equity Security Holders for Authority to Retain Saul Ewing LLP as Its Delaware Counsel Nunc Pro Tunc to May 18, 2009 [Filed: 7/2/09] (Docket No. 22319)

    Related Documents:

    a.  [Proposed] Order Approving Application of the Official Committee of Equity Security Holders for Authority to Retain Saul Ewing LLP as Its Delaware Counsel Nunc Pro Tunc to May 18, 2009 [Filed: 7/2/09] (Docket No. 22319)

    b.  Certification of No Objection Regarding Application of the Official Committee of Equity Security Holders for Authority to Retain Saul Ewing LLP as Its Delaware Counsel Nunc Pro Tunc to May 18, 2009 [Filed: 7/24/09] (Docket No. 22622)

    Response Deadline: July 22, 2009, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: No parties have objected to the relief requested in the Application. Accordingly, the Equity Committee has filed a certificate of no objection and respectfully requests the entry of the order attached to the Application.

## MATTERS GOING FORWARD:

7.  Motion of the Debtors for Entry of an Order Approving Stipulation Resolving Proof of Claim No. 13961 of ICI Americas, Inc. [Filed: 7/8/09] (Docket No. 22369)

    Related Documents:

    a.  [Proposed] Order Approving Stipulation Resolving Proof of Claim No. 13961 of ICI Americas, Inc. [Filed: 7/8/09] (Docket No. 22369, Exhibit B)

    b.  **Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Approving Stipulation Resolving Proof of Claim No. 13961 of ICI Americas, Inc. [Filed: 8/14/09] (Docket No. 22783)**

    Response Deadline: August 7, 2009, at 4:00 p.m. *(extended for the Official Committee of Unsecured Creditors until August 12, 2009, at 12:00 p.m.)*

    Responses Received: None as of the date of this Notice of Agenda.

    **Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

8.  Debtors' Motion for an Order Approving the Amended and Restated Settlement and Mutual Release with Lloyd's Underwriters [Filed: 7/20/09] (Docket No. 22551)

Related Documents:

a. [Proposed] Order Approving Amended and Restated Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 7/20/09] (Docket No. 22551)

b. **Certification of No Objection Regarding Debtors' Motion for an Order Approving the Amended and Restated Settlement and Mutual Release with Lloyd's Underwriters [Filed: 8/13/09] (Docket No. 22778)**

Response Deadline: August 7, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

9. Debtors' Motion for an Order Approving the Stipulation and Order with Respect to (1) Liability Insurance Policies Issued By General Insurance Company of America and 920 1994 Settlement Agreement Between W. R. Grace & Co. and General Insurance Company of America [Filed: 7/20/09] (Docket No. 22552)

Related Documents:

a. [Proposed] Order Approving the Stipulation and Order with Respect to (1) Liability Insurance Policies Issued By General Insurance Company of America and 920 1994 Settlement Agreement Between W. R. Grace & Co. and General Insurance Company of America [Filed: 7/20/09] (Docket No. 22552)

b. Notice of Filing Fully Executed Exhibit A to Debtors' Motion for an Order Approving the Stipulation and Order with Respect to (1) Liability Insurance Policies Issued By General Insurance Company of America and 920 1994 Settlement Agreement Between W. R. Grace & Co. and General Insurance Company of America [Filed: 7/23/09] (Docket No. 22609)

c. **Certification of No Objection Regarding Debtors' Motion for an Order Approving the Stipulation and Order with Respect to (1) Liability Insurance Policies Issued By General Insurance Company of America and 920 1994 Settlement Agreement Between W. R. Grace & Co. and General Insurance Company of America [Filed: 8/13/09] (Docket No. 22779)**

Response Deadline: August 7, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

10. Motion for an Order (A) Approving the Agreements By and Between W. R. Grace & Co.-Conn. and Buyer; (B) Authorizing the Sale of Certain Assets of W. R. Grace & Co.-Conn.'s Membranes Business to Buyer Free and Clear of Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Buyer of Certain Executory Contracts and Unexpired Leases; and (D) Granting Certain Related Relief [Filed: 7/20/09] (Docket No. 22561)

Related Documents:

a. [Proposed] Order (A) Approving the Agreements By and Between W. R. Grace & Co..-Conn. [Redacted] and [Redacted]; (B) Authorizing the Sale of Certain Assets of W. R. Grace & Co.-Conn.'s Membranes Business to Buyer Free and Clear of Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Buyer of Certain Executory Contracts and Unexpired Leases; and (D) Granting Certain Related Relief [Filed: 7/20/09] (Docket No. 22561)

b. **Certification of Counsel Regarding Revised Proposed Order to Motion for an Order (A) Approving the Agreements By and Between W. R. Grace & Co.-Conn. and Buyer; (B) Authorizing the Sale of Certain Assets of W. R. Grace & Co.-Conn.'s Membranes Business to Buyer Free and Clear of Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Buyer of Certain Executory Contracts and Unexpired Leases; and (D) Granting Certain Related Relief [Filed: TBF] (Docket No. TBF)**

Response Deadline: August 7, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

11. Plan Proponents' Joint Expedited Motion in Limine to Exclude the Expert Report and Testimony of Dr. Terry M. Spear [Filed: 6/19/09] (Docket No. 22178)

Related Documents:

a. [Proposed] Order Granting Motion of the Plan Proponents to Strike Expert Reports and Exclude Testimony of Terry Spear [Filed: 6/19/09] (Docket No. 22178)

Response Deadline: July 13, 2009, at 12:00 p.m.

Responses Received:

a. Libby Claimants' Objection to Plan Proponents' Motion in Limine to Exclude the Expert Report and Testimony of Dr. Terry M. Spear [Filed: 7/13/09] (Docket No. 22407)

Replies Received:

a. Arrowood's Joinder to Plan Proponents' Motion to Exclude the Expert Report of

       Dr. Spear and Reply to the Libby Claimants Opposition to the Motion to Strike Dr. Spear [Filed: 7/16/09] (Docket No. 22485)

Status: This matter will go forward.

12. Libby Claimants' Motion to Supplement Expert Report of Dr. Craig Molgaard and for Judicial Notice [Filed: 7/13/09] (Docket No. 22430)

Related Documents:

a. [Proposed] Order Granting Motion to Supplement Expert Report of Dr. Craig Molgaard and for Judicial Notice [Filed: 7/13/09] (Docket No. 22430)

Response Deadline: August 7, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

13. Libby Claimants' Motion to Strike, or Alternatively to Limit, the Expert Testimony of Gail Stockman, M.D.. [Filed: 7/20/09] (Docket No. 22555)

Related Documents:

a. [Proposed] Order Granting Libby Claimants' Motion to Strike, or Alternatively to Limit, the Expert Testimony of Gail Stockman, M.D. [Filed: 7/20/09] (Docket No. 22555)

Response Deadline: August 7, 2009, at 4:00 p.m.

Responses Received:

a. Opposition to Libby Claimants' Motions to Strike, or Alernatively to Limit and Allow for Rebuttal of, the Expert Testimony of Gary Friedman, M.D. and to Strike, or Alternatively to Limit, the expert Testimony of Gail Stockman, M.D. [Filed: 8/7/09] (Docket No. 22721)

Status: This matter will go forward.

14. Libby Claimants' Motion to Strike, or Alternatively to Limit, the Expert Testimony of John Parker, M.D. [Filed: 7/20/09] (Docket No. 22556)

Related Documents:

a. [Proposed] Order Granting Libby Claimants' Motion to Strike, or Alternatively to Limit, the Expert Testimony of John Parker, M.D. [Filed: 7/20/09] (Docket No. 22556)

Response Deadline: August 7, 2009, at 4:00 p.m.

Responses Received:

a. Debtors' Objection to Libby Claimants' Motion to Strike, or Alternatively to Limit, the Expert Testimony of John D. Parker, M.D. [Filed: 8/7/09] (Docket No.

22723)

Status: This matter will go forward.

15. Libby Claimants' Motion to Strike, or Alternatively to Limit, and Allow for the Rebuttal of the Expert Testimony of Gary Friedman, M.D. [Filed: 7/20/09] (Docket No. 22560)

Related Documents:

a. [Proposed] Order Granting Libby Claimants' Motion to Strike, or Alternatively to Limit, and Allow for the Rebuttal of the Expert Testimony of Gary Friedman, M.D. [Filed: 7/20/09] (Docket No. 22560)

Response Deadline: August 7, 2009, at 4:00 p.m.

Responses Received:

a. Opposition to Libby Claimants' Motions to Strike, or Alternatively to Limit and Allow for Rebuttal of the Expert Testimony of Gary Friedman, M.D. and to Strike, or Alternatively to Limit, the Expert Testimony of Gail Stockman, M.D. [Filed: 8/7/09] (Docket No. 22721)

Status: This matter will go forward.

16. Joint Motion of the Official Committee of Asbestos Personal Injury Claimants and the Asbestos PI Future Claimants' Representative for Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency [Filed: 7/20/09] (Docket No. 22543)

Related Documents:

a. [Proposed] Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency [Filed: 7/20/09] (Docket No. 22543)

Response Deadline: August 7, 2009, at 4:00 p.m.

Responses Received:

a. Joint Opposition of the Official Committee of Unsecured Creditors and Bank Lender Group to Joint Motion of the Official Committee of Asbestos Personal Injury Claimants and the Asbestos PI Future Claimants' Representative for Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency [Filed: 8/7/09] (Docket No. 22722)

b. Objection Of BNSF Railway Company To Joint Motion Of The Official Committee Of Asbestos Personal Injury Claimants And The Asbestos PI Future Claimants Representative For Order Limiting Use Of Courts Findings Or Conclusions With Respect To Solvency [Filed: 8/7/09] (Docket No. 22729)

Status: This matter will go forward.

**CONFIRMATION MATTERS:**

17. Status on Phase II Confirmation Issues

Related Documents:

a. Draft Orders of Witnesses with estimated time of direct examination *[to be filed pursuant to the Fourth Amended CMO on August 20, 2009]*

Status: The parties will discuss the Final Order of Witnesses with estimated time of direct examination for the Phase II Confirmation hearing and whatever other matters are pending or relevant to the Phase II Confirmation hearing to commence on September 8, 2009.

18. Status Conference on Phase I Issues

    Status: The parties will give the Court an update on Phase I issues including the status of Insurance Neutrality Negotiations among the parties.

19. Matters with Respect to Lender Impairment

    Related Documents:

    a. [Signed] Order Regarding Further Matters Related to the Phase I Confirmation Hearing with respect to Class 9 Impairment [Filed: 7/9/09] (Docket No. 22374)

    b. Joint Supplemental Brief of the Official Committee of Unsecured Creditors and Bank Lender Group with Respect to the Issue of Class 9 Impairment and in Opposition to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 7/17/09] (Docket No. 22498)

    c. Supplemental Memorandum of Law of Morgan Stanley Senior Funding, Inc. Regarding Impairment Issues Under the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace 7 Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders, Dated February 27, 2009 [Filed: 7/17/09] (Docket No. 22502)

    Status: This matter will go forward for further argument.

**ADDITIONAL MATTERS:**

20. **Motion for Leave to File Supplement to Libby Claimants' Objection to First Amended Joint Plan of Reorganization [Filed: 7/10/09] (Docket No. 22386)**

    **Related Documents:**

    a. **[Signed] Order Granting Motion for Leave to File Supplement to Libby Claimants' Objection to First Amended Joint Plan of Reorganization [Filed: 7/13/09] (Docket No. 22404)**

    b. **Certification of Counsel Re: Agreed Order Between the Plan Proponents and Libby Claimants on Pretrial Proceedings [Filed: 8/12/09] (Docket No. 22747)**

    c. **[Signed] Agreed Order Between the Plan Proponents and Libby Claimants on Pretrial Proceedings [Filed: 8/17/09] (Docket No. 22821)**

**Response Deadline:** July 17, 2009, at 4:00 p.m.

**Responses Received:**

a.  **Debtors' Response to Libby Claimants' Motion for Leave to File Supplemental Objections to First Amended Joint Plan of Reorganization [Filed: 7/17/09] (Docket No. 22508)**

**Status:** This matter will go forward.

Dated: August 17, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800

-and--

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession