IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered) |

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure and agreement of the parties, Debtors will take the deposition, by oral examination, of the person named below, at the time, on the date, and at the location indicated:

| DEPONENT | DATE | TIME | LOCATION |
|---|---|---|---|
| Dan Schnetter | August 27, 2009 | 9:00 AM MDT | Venture Inn<br>443 US Highway 2 W<br>Libby, MT 59923 |

This deposition will occur before an Associate or Deputy Court Reporter and Notary Public of Asa & Gilman Reporting Services, or before their duly designated representative, who is not of counsel to the parties, nor interested in the event of the cause. The oral examination will continue from day to day until completed. This deposition is being taken for the purposes of discovery, for use at trial or for such other purposes as are permitted under the Federal Rules of Civil Procedure without limitation.

Dated: August 17, 2009

Respectfully Submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Theodore L. Freedman
153 East 53rd Street
New York, NY 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

-and-

KIRKLAND & ELLIS LLP
Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, NW
Washington, DC 20005
Telephone:     (202) 879-5000
Facsimile:      (202) 879-5200

-and-

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer
70 W. Madison Street, Suite 2100
Chicago, IL 60602
Telephone:     (312) 641-2162
E-mail:           jbaer@jsbpc.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2