IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure and agreement of the parties, Debtors will take the deposition, by oral examination, of the person named below, at the time, on the date, and at the location indicated:

| **DEPONENT** | **DATE** | **TIME** | **LOCATION** |
|---|---|---|---|
| Ed Warner | August 28, 2009 | 9:00 AM MDT | Asa & Gilman Reporting Services<br>22 Second Ave. West<br>Suite 2200<br>Kalispell, MT 59901 |

This deposition will occur before an Associate or Deputy Court Reporter and Notary Public of Asa & Gilman Reporting Services, or before their duly designated representative, who is not of counsel to the parties, nor interested in the event of the cause. The oral examination will continue from day to day until completed. This deposition is being taken for the purposes of discovery, for use at trial or for such other purposes as are permitted under the Federal Rules of Civil Procedure without limitation.

| | |
|---|---|
| Dated: August 17, 2009 | Respectfully Submitted,<br><br>KIRKLAND & ELLIS LLP<br>David M. Bernick<br>Theodore L. Freedman<br>153 East 53rd Street<br>New York, NY 10022-4611<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>Barbara M. Harding<br>Brian T. Stansbury<br>655 Fifteenth Street, NW<br>Washington, DC 20005<br>Telephone:  (202) 879-5000<br>Facsimile:   (202) 879-5200<br><br>-and-<br><br>THE LAW OFFICES OF JANET S. BAER, P.C.<br>Janet S. Baer<br>70 W. Madison Street, Suite 2100<br>Chicago, IL 60602<br>Telephone:  (312) 641-2162<br>E-mail:        jbaer@jsbpc.com<br><br>-and-<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br><br>Co-Counsel for the Debtors and Debtors in Possession |