# Notice Recipients

District/Off: 0311−1        User: Al                      Date Created: 8/18/2009
Case: 01−01139−JKF          Form ID: ntcBK                Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust         united states trustee
aty         Lawrence A Kalina

                                                                              TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust     Frank J. Perch III       frank.j.perch@usdoj.gov
aty     Daniel K. Hogan          dkhogan@dkhogan.com, keharvey@dkhogan.com
aty     Kathleen P. Makowski     kmakowski@pszjlaw.com
aty     Paul W. Turner           pturner@carlilelawfirm.com
aty     Richard Allen Keuler, Jr.    rkeuler@reedsmith.com
aty     Richard F. Rescho        rrescho2001@yahoo.com
aty     Rosalie L. Spelman       rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty     Stuart B. Drowos         stuart.drowos@state.de.us

                                                                              TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      W.R. GRACE &CO.          7500 Grace Drive         Columbia, MD 21044
aty     Curtis A. Hehn           Pachulski Stang Ziehl &Jones LLP        919 N. Market Street        17th Floor        Wilmington, DE 19801
aty     Curtis A. Hehn           Pachulski Stang Ziehl Young Jones &Wein         919 N. Market Street        16th Floor        Wilmington, DE 19801
aty     David W. Carickhoff, Jr      Blank Rome LLP       Chase Manhattan Centre       1201 Market Street, Suite 800        Wilmington, DE 19801
aty     David W. Carickhoff, Jr      Blank Rome LLP       Chase Manhattan Centre       1201 Market Street, Suite 800        Wilmington, DE 19801
aty     David W. Carickhoff, Jr      Pachulski Ziehl Stang Ziehl Young Jones       919 N. Market St.        16th Floor        Wilmington, DE 19899
aty     James E. O'Neill         Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        PO Box 8705        Wilmington, DE 19899−8705
aty     James E. O'Neill         Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899−8705
aty     Kathleen P. Makowski     Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899
aty     Kathleen P. Makowski     Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899
aty     Laura Davis Jones        Pachulski Stang Ziehl &Jones LLP        919 North Market Street       17th Floor        Wilmington, DE 19899−8705
aty     Laura Davis Jones        Pachulski Stang Ziehl &Jones LLP        919 N. Market Street       17th Floor        Wilmington, DE 19899−8705
aty     Mark M. Billion          Pachulski Stang Ziehl &Jones LLP        919 N. Market Street       17th Floor        Wilmington, DE 19702
aty     Michael R. Lastowski     Duane Morris LLP        1100 North Market Street       Suite 1200        Wilmington, DE 19801−1246
aty     Paula Ann Galbraith      211 East Ohio # 2618     Chicago, IL 60611
aty     Robert J. Dehney         Morris, Nichols, Arsht &Tunnell       1105 N. Market Street        P. O. Box 1347        Wilmington, DE 19899−1347
aty     Timothy P. Cairns        Pachulski Stang Ziehl &Jones LLP        919 N. Market St., Suite 1700        Wilmington, DE 19899
aty     Timothy P. Cairns        Pachulski Stang Ziehl Young Jones       919 N. Market Street       17th Floor        Wilmington, DE 19801

                                                                              TOTAL: 18