## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | _____ |
| GLORIA MUNOZ, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Objection Deadline: September 4, 2009 @ 4:00 p.m. |
| v. | ) | Hearing Date: September 22, 2009 @ 11:00 a.m. |
| | ) | |
| W. R. GRACE & CO., - CONN., a corporation, | ) | |
| C.C. FRIAL, PEDRO GONZALES "PETE", | ) | |
| J.C. GONZALES "JOE" and DOES I through | ) | |
| XX, inclusive, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 18, 2009, Gloria Munoz filed the attached *Motion for Relief from the Automatic Stay and Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 6th Floor, Wilmington, Delaware 19801 and served upon so as to actually be received by undersigned counsel for the Movant on or before **September 4, 2009 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Judith K. Fitzgerald at the Bankruptcy Court located at 824 North Market Street, Wilmington, Delaware 19801, Sixth Floor, Courtroom 2, on **September 22, 2009 at 11:00 a.m.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN**

## ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: August 18, 2009
      Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ E.E. Allinson III*

Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-- and --

Anthony S. Petru, Esq.
Quynh L. Nguyen, Esq.
**Hildebrand McLeod & Nelson LLP**
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612

*Counsel for Gloria Munoz*