# EXHIBIT B

| Document Name | Date Served |
|---|---|
| Complaint | 04/07/99 |
| First Amended Complaint | 04/16/99 |
| D's Answer to P's First Amended Complaint | 07/16/99 |
| P's FROGS #1 to WR Grace | 08/17/99 |
| P's FROGS #1 to Frial | 08/17/99 |
| P's FROGS #1 to P Gonzales | 08/17/99 |
| P's FROGS #1 to J Gonzales | 08/17/99 |
| Initial Case Management - ADR Conference | 08/20/99 |
| D's SPROGS #1 to P | 09/02/99 |
| P's RPF #1 to WR Grace | 09/03/99 |
| P's Declaration Addl. Discovery | 09/03/99 |
| P's SPROGS #1 to WR Grace | 09/03/99 |
| P's SPROGS #1 to P Gonzales | 09/10/99 |
| P's SPROGS #1 to J Gonzales | 09/10/99 |
| P's SPROGS #1 to Frial | 09/10/99 |
| P's FROGS #2 to Frial | 09/10/99 |
| P's FROGS #2 to P Gonzales | 09/10/99 |
| P's FROGS #2 to J Gonzales | 09/10/99 |
| P's SPROGS #1 to Frial | 09/10/99 |
| P's Resp. to D's Sprogs #1 | 10/06/99 |
| D's FROGS #1 | 10/07/99 |
| D P Gonzales' Resp. to FROGS #1 | 10/15/99 |
| D P Gonzales' Resp. to FROGS #2 | 10/15/99 |
| D P Gonzales' Resp. to SPROGS #1 | 10/15/99 |
| D J Gonzales' Resp. to FROGS #1 | 10/15/99 |
| D J Gonzales' Resp to FROGS #2 | 10/15/99 |
| D J Gonzales' Resp. to SPROGS #1 | 10/15/99 |
| D Frial's Resp. to FROGS #1 | 10/15/99 |
| D Frial's Resp. to FROGS #2 | 10/15/99 |
| D Frial's Resp. to SPROGS #1 | 10/15/99 |
| D WR Grace's Resp. to RPF #1 | 10/15/99 |
| D WR Grace's Resp. to FROGS #1 | 10/15/99 |
| D WR Grace's Resp. to SPROGS #1 | 10/15/99 |
| Depo of Gloria Munoz [Worker's Comp] | 10/18/99 |
| D's RPF #1 | 11/04/99 |
| D's Letter With Docs to RPF #1 | 11/04/99 |

| Document | Date |
|---|---|
| P's Resp. to FROGS #1 | 11/11/99 |
| P's Resp. to FROGS #1 | 11/11/99 |
| P's SPROGS #2 to WR Grace | 11/30/99 |
| P's Suppl. Resp. to WR Grace's SPROGS #1 | 11/30/99 |
| P's RPF #2 to WR Grace | 11/30/99 |
| P's RFA to WR Grace | 11/30/99 |
| Depo of Joseph Gonzales | 11/30/99 |
| Depo of Waseem Sufi | 11/30/99 |
| P's Resp. to RFP #1 | 12/09/99 |
| P's Suppl. Resp. to FROGS #1 | 12/15/99 |
| Dec. of Martin in Opposition to P's Motion to Compel Resp. to RFP #1 and SPROGS #1 | 12/21/99 |
| Dec. of Lemley in Opposition to P's Motion to Compel Resp. to SPROGS #1 and RFP #1 | 12/21/99 |
| Dec. of Stott in Opposition to P's Motion to Compel Resp. to SPROGS #1 and RFP #1 | 12/21/99 |
| D's Opposition to P's Motion to Compel Resp. to RFP #1 and SPROGS #1 | 12/21/99 |
| Notice of Motion for Order Compelling Further Resp. to SPROGS and RFP to D and an Award of Monetary Sanctions Supporting Dec. of N | 12/21/99 |
| [Proposed] Order Granting P's Motion to Compel Discovery Resp. and for Award of Monetary Sanctions | 12/21/99 |
| Statement of Disputed Items in Support of P's Motion to Compel D's Resp. to RFP #1 | 12/21/99 |
| D's Opposition to P's Motions to Compel Resp. to RFP #1 and SPROGS #1 | 12/21/99 |
| [Proposed] Order Denying P's Motion to Compel | 12/22/99 |
| P's RFP #3 to WR Grace | 01/04/00 |
| WR Grace's Resp. to RFA #1 | 01/04/00 |
| WR Grace's Resp. to RFP #2 | 01/10/00 |
| Dec. of Quynh Nguyen in Support of P's Opposition to D's Motion Compelling Further Resp. to SPROGS and RFD Sanctions | 01/18/00 |
| D's Motion for Protective Order | 01/18/00 |
| Dec. of Martin in Support of D's Motion for Protective Order | 01/18/00 |
| Notice of Motion and Motion to Compel Further Resp. D's SPROGS #1 | 01/18/00 |
| [Proposed] Order Denying D's Motion to Compel Further Resp. to SPROGS #1 | 01/18/00 |
| Order on D's Motion for Protective Order | 01/18/00 |
| Order on D's Motion to Compel Resp. to SPROGS | 01/18/00 |
| Notice of Motion for Protective Order and for Award of Monetary Sanctions | 01/18/00 |
| P's Opposition to D's Motion for Order Compelling Further Resp. to SPROGS #1 and Supporting Dec. of Petru | 01/18/00 |
| Order on P's Motion to Compel Further Resp. to SPROGS and RFP | 01/18/00 |
| D's Reply Brief [D's Motion for Protective Order] | 01/18/00 |
| [Proposed] Order Denying D's Motion for Protective Order and Request for Sanctions | 01/18/00 |
| P's 2nd Suppl. Resp. to SPROGS #1 | 01/21/00 |
| P's 2nd Suppl. Resp. to FROGS #1 | 01/21/00 |
| P's Amended FRA to WR Grace #1 | 01/25/00 |

| | |
|---|---|
| Depo of Gloria Munoz | 01/25/00 |
| WR Grace's Resp. to RFP #3 | 01/26/00 |
| Deposition of Gloria Munoz | 01/26/00 |
| P's Request for Inspection of Premises and Things #1 | 02/14/00 |
| Case Management ADR Conference | 02/17/00 |
| WR Grace's Resp. to Amended RFA | 02/24/00 |
| P's 1st Amended Request for Inspection of Premises #1 | 03/13/00 |
| WR Grace's Resp. to SPROGS #2 | 03/14/00 |
| P's Decl. for Additional Discovery | 03/21/00 |
| P's SPROGS to WR Grace, #3 | 03/21/00 |
| Motion to Compel Hearing | 03/21/00 |
| WR Grace's Resp. to Amended RF Inspection #1 | 04/07/00 |
| WR Grace's Resp. to SPROGS #3 | 04/25/00 |
| WR Grace's Resp. to SPROGS #3 | 04/25/00 |
| Notice of Motion for Order Compelling Premises Inspection | 04/26/00 |
| Motion to Compel Hearing | 04/28/00 |
| [Proposed] Order Shortening Time Re. P's Notice of Motion to Compel Premises Inspection | 04/28/00 |
| WR Grace's Amended Resp. to SPROGS #1 | 05/08/00 |
| WR Grace's Amended Resp. to RFP #1 | 05/08/00 |
| [Proposed] Order re. Site Inspection | 05/09/00 |
| WR Grace's Amended Resp. to FROGS #1 | 06/26/00 |
| D's Second Set of SPROGS to P | 06/29/00 |
| WR Grace's SPROGS to P, #2 | 06/29/00 |
| [Proposed] Order Denying P's Motion for Protective Order Re. her Depo. And Granting D's Request for Sanctions | Jul-00 |
| [Proposed] Order on P's Motion for Protective Order Re. her Depo. | 07/07/00 |
| Reply Brief and Decl. of Petru Supporting P's Motion for Protective Order | 07/07/00 |
| D's Opposition to P's Motion for Protective Order Re. her Depo. | 07/07/00 |
| D's Corrected Opposition to P's Motion for Protective Order Re. her Depo. | 07/07/00 |
| Notice of Errata Re. D's Opposition to P's Motion for Protective Order Re. her Depo. | 07/07/00 |
| Notice of Motion for Protective Order | 07/07/00 |
| Order Granting P's Motion for Protective Order | 07/07/00 |
| Reply Brief and Decl. of Petru Supporting P's Motion for Protective Order | 07/07/00 |
| Order Re. Site Inspection | 07/11/00 |
| Notice of Entry of Order Granting P's Motion for Protective Order | 07/12/00 |
| [Proposed] Order Consolidating Hearing on P's Motion for Protective Order Re. her Depo and D's Motion for Protective Order Re. P's Depo | 07/31/00 |
| P's Resp. to SPROGS #2 | 09/06/00 |
| Depo of Gloria Munoz | 10/18/00 |

| | |
|---|---|
| Depo of David Ballestrasse | 03/14/01 |
| Case Management Conference | 04/11/03 |
| Case Management Conference | 04/06/04 |
| Case Management Conference | 05/18/07 |
| Case Management Conference | 03/26/08 |
| Court Conference | 09/29/08 |
| P's Responses to SPROGS Set 2 | |
| | |
| | |
| | |
| Deposition Notices (Noticed but no Depo taken) | |
| | |
| Andrew Aberdale | |
| Carol C. Copsey | |
| C. C. Frial | |
| Pedro "Pete" Gonzales | |