# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related D.I.** _____ |
| | ) | |
| _____ | ) | |
| GLORIA MUNOZ, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| W. R. GRACE & CO., - CONN., a corporation, | ) | |
| C.C. FRIAL, PEDRO GONZALES "PETE", | ) | |
| J.C. GONZALES "JOE" and DOES I through | ) | |
| XX, inclusive, | ) | |
| | ) | |
| Respondents. | ) | |

## [PROPOSED] ORDER GRANTING THE MOTION OF GLORIA MUNOZ FOR RELIEF FROM THE AUTOMATIC STAY/PLAN INJUNCTIONS

And now, this _____ day of _____, 2009, this matter coming before the Court on the *Motion for Relief from the Automatic Stay and Related Relief* pursuant to 11 U.S.C. § 362 (the "Motion") filed by Gloria Munoz, an individual (the "Movant"); the Court having reviewed the Motion, the above-captioned Debtors' response to the Motion, and all related pleadings; and having heard the statements of counsel with respect thereto at a hearing held before the Court on _____, 2009 (the "Hearing"); the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish sufficient cause for relief granted herein; and that Court having found that notice of the Motion was proper under the circumstances and that no other or further notice need be given; and for the reasons stated by the Court on the record at that Hearing,

IT IS HEREBY ORDERED as follows:

1. The Motion is Granted.

2. The automatic stay of 11 U.S.C. § 362 shall be, and hereby is, lifted to permit Movant to proceed to judgment or other resolution of the State Court Action in Alameda County Superior Court, in the State of California.[1]

3. Pursuant to 11 U.S.C. § 105(a), the Plan injuction(s) shall be, and hereby are, lifted to permit Movant to proceed to judgment or other resolution of the State Court Action in Alameda County Superior Court, in the State of California.

4. Pursuant to Del.Bankr.LR 3007-1(f)(v), the Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) shall be withdrawn as to all personal injury claims filed by Ms. Munoz, including Claim No. 1959 and shall otherwise be withdrawn and re-filed so as to comply with Del.Bankr.LR 3007-1(e)(1)(A).

                                                        Judith K. Fitzgerald, Judge
                                                        United States Bankruptcy Court

---

[1] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.