## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 18th day of August 2009, I caused a copy of the within *Motion of Gloria Munoz for Relief from the Automatic Stay and Related Relief* to be served upon the parties on the attached service list in the manner indicated

Under penalty of perjury, I declare the foregoing to be true and correct.

August 18, 2009                                    */s/ Elihu E. Allinson, III*
Date                                               Elihu E. Allinson, III

**HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801

**FIRST CLASS MAIL**
Hamid R. Rafatjoo, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

**HAND DELIVERY**
David Klauder, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801

**HAND DELIVERY**
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**HAND DELIVERY**
Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**HAND DELIVERY**
Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801

**HAND DELIVERY**
Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**FIRST CLASS MAIL**
David Boutrous, Esq.
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654

**FIRST CLASS MAIL**
The Law Offices of Janet S. Baer P.C.
70 W. Madison Street, Suite 2100
Chicago, IL 60602

**FIRST CLASS MAIL**
James R. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**FIRST CLASS MAIL**
Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

**FIRST CLASS MAIL**
Lewis Kruger, Esq.
Strook & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**FIRST CLASS MAIL**
Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

**FIRST CLASS MAIL**
J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**HAND DELIVERY**
Teresa K.D. Currier, Esq.
Saul Ewing
222 Delaware Avenue, Suite 1200
Wilmington, DE  19081

**FIRST CLASS MAIL**
William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889

**FIRST CLASS MAIL**
William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889