IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 JKF |
| W.R. Grace & Co., *et al.* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on the 14th day of August, 2009, copies of the following documents were electronically filed on the CM/ECF system for the United States Bankruptcy Court for the District of Delaware, and thereby served on all registered parties. In addition, on the 14th day of August, 2009, copies of the same were served by the manner indicated on all recipients identified on the attached Service List.

- *Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Peter Van N. Lockwood (D.I. 22790)*

- *Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of David T. Austern (D.I. 22791)*

- *Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Richard Charles Finke (March 30, 2009) (D.I. 22793)*

- *Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Richard Finke (May 13, 2009) (D.I. 22794)*

- *Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Elihu Inselbuch (D.I. 22795)*

- *Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Jay Hughes (D.I. 22796)*

- *Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Mark Peterson (D.I. 22797)*

- 2 -

- *Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Jeffrey Posner (FILED UNDER SEAL) (D.I. 22807)*

Dated: August 18, 2009                          /s/ David P. Primack
                                                                          David P. Primack (DE Bar I.D. #4449)

***Overnight Courier***
(Counsel to Asbestos PI Committee)
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle NW, Suite 1100
Washington, DC 20005

***Overnight Courier***
(Counsel to David T. Austern, Asbestos PI
Future Claimants' Representative)
Roger Frankel, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street NW
Washington, DC 20005-1706

***Overnight Courier***
(Counsel to Debtors)
David M Bernick, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

***Overnight Courier***
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036