IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.,* | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ROBERT J. PHILLIPS, ESQ.**

Evelyn J. Meltzer, Esq., a member of the bar of this Court, pursuant to District Court Local Rule 83.5 and the attached Certification, moves the admission *pro hac vice* of Robert J. Phillips, Esq., to represent BNSF Railway Company, in the above-captioned bankruptcy cases.

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the Bar of the State of Montana, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or litigation of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 is being paid to the Clerk of the Court for District Court contemporaneously with the filing of this motion.

/s/ Robert J. Phillips
Robert J. Phillips, Esq.
PHILLIPS LAW FIRM P.C.
283 West Front Street, Suite 301
P.O. Box 8569
Missoula, Montana 59807-8569
Telephone: 406-721-7880
Facsimile: 406-721-0058:

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
United States Bankruptcy Judge

#11328410 v1