# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, do hereby certify that on the 18th day of August, 2009, I did cause to be served the Motion And Order For Admission *Pro Hac Vice* Of Robert J. Phillips, Esq. by causing a true and correct copy thereof to be served upon the individuals on the attached service by first class mail, postage prepaid.

Dated: August 18, 2009
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Edmond D. Johnson (DE No. 2257)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

#11328322 v1

| | |
|---|---|
| Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Pachulski Stang Ziehl Young Jones & Weintraub, LLP<br>919 N. Market Street<br>17th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705<br>(Debtors Counsel) | Janet S. Baer, Esq.<br>Law Offices of Janet S. Baer, PC<br>70 West Madison Street<br>Suite 210<br>Chicago, IL 60602<br>(Debtors Counsel) |
| David M. Bernick. Esq.<br>Lisa G. Esayian, Esquire<br>Samuel L. Blatnick, Esquire.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(Debtors Counsel) | W. R. Grace & Co.<br>c/o Mark Shelnitz<br>7500 Grace Drive<br>Columbia, MD 21044 |
| Theodore Freedman, Esq.<br>Deanna D. Boll, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(Debtors Counsel) | David Klauder, Esq.<br>Office of the United States Trustee<br>844 King Street<br>Suite 2311<br>Wilmington, DE 19801 |
| Official Committee of Asbestos Personal Injury Claimants<br>c/o Peter Van N. Lockwood, Esq.<br>Julie W. Davis, Esq.<br>Trevor W. Swett, III, Esq.<br>Nathan D. Finch, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 | Official Committee of Asbestos Personal Injury Claimants<br>c/o Elihu Inselbuch, Esq.<br>Rita Tobin, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>35th Floor<br>New York, NY 10152-3500 |
| Official Committee of Asbestos Personal Injury Claimants<br>c/o Marla Eskin, Esq.<br>Mark Hurford, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street, #300<br>Wilmington, DE 19801 | Official Committee of Unsecured Creditors<br>c/o William S. Katchen, Esq.<br>Duane Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102-3889 |
| Official Committee of Unsecured Creditors<br>c/o Michael R. Lastowski, Esq.<br>Duane Morris & Heckscher, LLP<br>1100 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246 | Official Committee of Unsecured Creditors<br>c/o Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 |

-3-

| | |
|---|---|
| David T. Austern<br>Asbestos PI Future Claimants' Representative<br>c/o John C. Phillips, Jr., Esq.<br>Phillips Goldman & Spence, PA<br>1200 N. Broom Street<br>Wilmington, DE 19806 | David T. Austern<br>Asbestos PI Future Claimants' Representative<br>c/o Roger Frankel, Esq.<br>Richard H. Wyron, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20005-1706 |
| Asbestos PD Future Claimants' Representative<br>c/o Alan B. Rich, Esq.<br>Attorney and Counselor<br>1401 Elm Street, Suite 4620<br>Dallas, TX 75202-3909 | Asbestos PD Future Claimants' Representative<br>c/o R. Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue<br>Suite 1500<br>P. O. Box 68<br>Wilmington, DE 19899 |
| Official Committee of Equity Security Holders<br>c/o Teresa K. D. Currier, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19801 | Official Committee of Equity Security Holders<br>c/o Philip Bentley, Esq.<br>Douglas Mannal, Esq.<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Official Committee of Property Damage Claimants<br>c/o Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena Price & Axelrod, LLP<br>First Union Financial Center<br>200 S. Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131 | Asbestos PD Committee<br>c/o Michael B. Joseph, Esq.<br>Theodore J. Tacconelli, Esq.<br>Ferry & Joseph, PA<br>824 Market Street, Suite 1000<br>PO Box 1351<br>Wilmington, DE 19899 |
| Sealed Air Corporation<br>c/o D. J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Sealed Air Corporation<br>c/o Mark S. Chehi, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636 |