# EXHIBIT A

# WR Grace
## Bankruptcy Form 10
### Index Sheet

RUST000068

A00000369B

| Claim Number: | 00000369 | Receive Date: | 08 / 06 / 2001 |

**Multiple Claim Reference**

Claim Number: _____
- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

Claim Number: _____
- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

**Attorney Information**

Firm Number: 151         Firm Name:
Attorney Number: 29      Attorney Name:
Zip Code:
Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☒ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

**Other**
- ☐ Non-Standard Form
- ☐ Amended
- ☐ Post-Deadline Postmark Date

Box/Batch: WRBF0002/WRBF0008         Document Number: WRBF000369

FORM 10. PROOF OF CLAIM

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>W.R. GRACE & CO. | Case Number<br>01-01139 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>TDY Holdings, LLC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>c/o Eric T. Moser, Esquire<br>Kirkpatrick & Lockhart LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222-2312<br>Telephone No. (412) 355-6214 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ | |

| 1. Basis for Claim:<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☒ Other: contribution for environmental response costs | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below)<br>Your social security number _____<br>Unpaid compensation for services performed from<br>_____ to _____<br>(date)       (date) |
|---|---|
| 2. Date debt was incurred: various | 3. If court judgment, date obtained: n/a |

4. Total amount of claim at time case filed:    $ unliquidated
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below:
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief Description of Collateral:<br>☐ Real Estate    ☐ Motor Vehicle<br>☐ Other _____<br><br>Value of Collateral: $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any $_____ | 6. Unsecured Priority Claim<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim.<br>☐ Wages, salaries, or commissions (up to $4300,* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier)--11 U.S.C. § 507(a)(3)<br>☐ Contributions to an employee benefit plan--11 U.S.C. § 507(a)(4)<br>☐ Up to $1950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use--11 U.S.C. § 507(a)(6)<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)<br>☐ Taxes or penalties of governmental units--11 U.S.C. § 507(a)(8)<br>☐ Other--Specify applicable paragraph of 11 U.S.C. § 507(a) _____<br>* Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

PI-724345 v1 0215785-0703

WR Grace    BF.2.8.369
00000369

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/24/01 | *Laurence McAndrews* (signature) |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Case No. 01-1139 |
| ) | |
| W.R. GRACE & CO., ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## ATTACHMENT TO PROOF OF CLAIM OF TDY HOLDINGS, LLC

TDY Holdings, LLC (as successor in interest to Teledyne, Inc. and hereinafter referred to as "TDY Holdings") hereby files this Proof of Claim pursuant to the provisions of Section 501 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 3001-3003, against W.R. Grace & Co. (the "Debtor"), stating as follows:

1. On April 2, 2001 (the "Petition Date"), the Debtor commenced the above-referenced bankruptcy proceeding by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. Prior to the Petition Date, both the Debtor and TDY Holdings, among others, were identified by the United States Environmental Protection Agency (the "EPA") as potentially responsible parties with respect to the remediation of certain environmental hazards present at the Li Tungsten Superfund Site in Glen Cove, New York (the "Site").

3. Subsequently, on or about May 15, 2000, and on or about September 29, 2000, the EPA issued those certain Administrative Orders numbered CERCLA-02-2000-2013 and CERCLA-02-2000-2037 (the "Orders") against the Debtor and TDY Holdings, among others, and thereby ordered the parties to undertake certain environmental remediation efforts at the Site.

4. TDY Holdings has expended, and will continue to expend, substantial funds in connection with the investigation and remediation of the Site and in order to comply with the Orders, which funds constitute "necessary costs of response ... incurred consistent with the national contingency plan." 42 U.S.C. § 9607(a)(4)(B).

5. Pursuant to 42 U.S.C. § 9607(a)(4)(B), TDY Holdings is entitled to recover from the Debtor all, or a portion of, the response costs it has incurred and will incur in connection with the Site and the Orders.

6. Accordingly, TDY Holdings hereby asserts a claim against the Debtor for all of the past, present and future environmental response costs it has incurred, or will incur, in connection with the investigation and remediation of the Site or in compliance with the Orders.

7. TDY Holdings expressly reserves the right to amend or supplement this Proof of Claim as or when it becomes necessary and/or proper to do so and nothing herein shall be construed to constitute a waiver by TDY Holdings of any rights it has, had, or may have in the future against the Debtor or its bankruptcy estate.

TDY HOLDINGS, LLC

By: *[signature]*

Title: Counsel - Environmental & Natural Resources

## Kirkpatrick & Lockhart LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
www.kl.com

July 31, 2001

Eric T. Moser
412.355.6214
Fax: 412.355.6501
emoser@kl.com

Mr. David D. Bird
Clerk of Court
United States Bankruptcy Court for the District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

Re: In re W.R. Grace & Co.
Bankruptcy No. 01-01139

Dear Mr. Bird:

Enclosed please find one original and one copy of a proof of claim for filing on behalf of TDY Holdings, LLC in the above-referenced bankruptcy. Kindly file the original and return a time stamped copy to me in the enclosed self-addressed stamped envelope.

I thank you in advance for your consideration in this matter. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Eric T. Moser

ETM/dlb
Enclosure

cc: Lauren S. McAndrews, Esquire (w/enclosure)