IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Related Docket No. 22766** |

**NOTICE OF AMENDMENTS TO PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF ALAN WHITEHOUSE, M.D., ARTHUR FRANK, M.D., CRAIG MOLGAARD, PH.D., AND TERRY SPEAR, PH.D.**

Please Take Notice that the Plan Proponents are hereby making the following amendments to their Plan Proponents' Motion in Limine to Exclude Expert Testimony of Alan Whitehouse, M.D., Arthur Frank, M.D., Craig Molgaard, Ph.D., and Terry Spear, Ph.D. filed August 13, 2009 (the "Motion") [D.I. 22766].

1) On pages 6 and 31 of the Motion, the citation to page 195 of Dr. Frank's deposition is hereby replaced with page 36 of the same deposition; and

2) On the bottom of page 5 of the Motion, the quotation to Dr. Whitehouse's June 16, 2009 deposition is hereby amended as follows: "chrysotile, . . . ."

Dated: August 18, 2009

Respectfully submitted,

KIRKLAND & ELLIS LLP
Theodore L. Freedman
David M. Bernick, P.C.
Citigroup Center
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer, P. C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession