IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Related to Doc. No. 22734 |

**ORDER GRANTING PLAN PROPONENTS' MOTION FOR LEAVE TO CONSOLIDATE RESPONSIVE TRIAL BRIEFS AND EXCEED THE SINGLE BRIEF PAGE LIMITATION WITH RESPECT TO THEIR CONSOLIDATED PHASE II BRIEFS IN SUPPORT OF CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION**

Upon the motion dated August 7, 2009 (the "Motion") of the Plan Proponents for entry of an order (i) permitting them to consolidate their responsive confirmation trial briefs; and (ii) pursuant to Rule 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules")

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

exceed the forty (40) page limit for the filing of a single answering brief, so that the Plan Proponents' may file their consolidated *Plan Proponents' Main Brief In Support of Plan Confirmation,* and three companion pieces entitled: (i) *Plan Proponents' Phase II Trial Brief In Response to Confirmation Objections of The Libby Claimants;* (ii) *Plan Proponents' Consolidated Phase II Brief Regarding Insurance Issues In Support of Confirmation of the Joint Plan;* and (iii) *Plan Proponents Phase II Brief Regarding Bank Lender Issues in Support of Confirmation of the Joint Plan* (the "Confirmation Briefs"), as more fully set forth in the Motion; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that there is just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that leave is granted to the Plan Proponents to file their consolidated Confirmation Briefs and exceed the 40 page limitation under Local Rule 7007-2 and General Chambers Procedure 2(a)(iv) for a single answering brief in order to file the consolidated Confirmation Briefs as outlined in the Motion.

Dated: August 19, 2009

*Judith K. Fitzgerald*
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE

91100-001\DOCS_DE:151787.1