IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket No. 22850** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 19th day of August, 2009, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**Notice Of Sale Motion and Hearing;**

**Motion for an Order (A) Approving the Agreements By and Between W.R. Grace &Co.-Conn. and the Rectorseal Corporation; (B) Authorizing the Sale of Certain Assets of W.R. Grace & Co.-Conn's Firestropping and Abatement Business to Buyer Free and Clear of Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment of Buyer of Certain Executory Contracts; and (D) Granting Certain Related Relief.**

James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:147590.34

**W. R. Grace 8/18/09 Special Service List**
Case No. 01-1139 (JKF)
Doc. No. 152247
06 – First Class Mail


*First Class Mail*
Bank of America, N.A.
Attention: Louis Alexander
and Ed Kahn
335 Madison Avenue
New York, New York 10017

*First Class Mail*
Hatfield Township
1950 School Road
Hatfield PA 19440-1992

*First Class Mail*
RectorSeal Corporation
2601 Spenwick Drive
Houston, Texas 77055
Attention: Corporate Secretary
Telephone: 713-263-8001

*First Class Mail*
David W. Wirt
Partner
111 South Wacker Drive
Chicago, Illinois 60606

*First Class Mail*
United States Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

*First Class Mail*
Louis F. Hiban, III
Chief Financial Officer
New Huntington Development, Inc.
P.O. Box 11283
Elkins Park, PA 19027

91100-001\DOCS_DE:152247.1