**EXHIBIT 1**

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2009 | 0.4 | $84.00 | Analysis of e-mail from D Bibbs re counsel for insurance companies (.1); analysis of b-Linx and claims re 4 insurers counsel (.2); prep e-mail to D Bibbs re b-Linx analysis (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2009 | 2.6 | $546.00 | Telephone calls from A Hammond (3x) re Libby Mt and surrounding area claims, and Minnesota claims (.4); prep ART reports of Montana and Minnesota PD claims (2.0); prep e-mail to A Hammond re 90 open asbestos PD claims (.1); prep e-mails to J Conklin re adding ANPs to ART report extracts (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/10/2009 | 1.7 | $357.00 | Analysis of ART extracts of Montana and Minneapolis asbestos claims with ANP info from J Conklin (.5); revise Montana and Minneapolis ART reports for A Hammond (1.0); prep e-mails to A Hammond re Montana and Minneapolis reports (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2009 | 0.3 | $63.00 | Analysis of e-mail from K Davis re US ZAI claims and untimely filed data (.1); prep e-mail to G Kruse re untimely US ZAI claims data to come from Rust (.1); analysis of e-mail from G Kruse re untimely filed US ZAI claims data (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2009 | 0.3 | $63.00 | Analysis of e-mail from C Greco re CNA claim (.1); analysis of b-Linx re CNA claim (.1); prep e-mail to C Greco re same (.1) |
| | | | Asbestos Claims Total: | 5.3 | $1,113.00 | |

## February 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/2/2009 | 0.1 | $7.50 | Review Court docket Nos. 20639-20646 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/2/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2009 | 0.6 | $126.00 | Prep e-mail to M Booth re issue with pleading image in DRTT (.1); analysis of e-mail from S Cohen re Tersigni claim to be expunged pursuant to Settlement Notice (.1); analysis of docs from S Cohen and docket re Tersigni (.3); prep e-mail to S Cohen re no claim filed, claim result of fee apps (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/2/2009 | 0.2 | $22.00 | Review and reply to emails and correspondence re: claims review/reconciliation |
| CORAZON DEL PILAR - CAS | | $45.00 | 2/3/2009 | 0.2 | $9.00 | Process 5 pieces Non-COA returned mail |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 2/3/2009 | 0.1 | $7.50 | Telephone with Maxine McFee at (702) 648-7448 re inquiry re case status |
| ELLEN DORS - REC_TEAM | | $110.00 | 2/3/2009 | 0.3 | $33.00 | Analyze and review recent docket activity numbers 20130, 20473 & 20209 and related docket entries (.1); audit claims database re: same (.2) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/3/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/3/2009 | 0.1 | $7.50 | Review Court docket Nos. 20647-20650 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 2/3/2009 | 0.1 | $4.50 | Process COA returned mail |

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2009 | 2.5 | $525.00 | Research docket re ZAI Class Certification motion, order and notice for website posting (.3); organize pleadings for posting on BMC website (1.0); prep e-mail and instructions to G Kruse and R dela Cruz re posting documents on BMC website and revisions to website (1.0); analysis of e-mails from R dela Cruz re revisions to website (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/3/2009 | 0.1 | $16.50 | Review e-mails and correspondence re: noticing, claims review/reconciliation. |
| ELLEN DORS - REC_TEAM | | $110.00 | 2/4/2009 | 0.3 | $33.00 | Analyze and review recent docket activity numbers 20472, 20490, 20537, 20554, 20607 and related docket entries (.2); audit claims database re: same (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/4/2009 | 0.3 | $33.00 | Analyze Court docket no. 20656 (.1) and update address of impacted entries in the claims database. (.2) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/4/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/4/2009 | 0.1 | $7.50 | Review Court docket Nos. 20651-20670 to categorize docket entries. |
| LILIANA ANZALDO - CAS | | $45.00 | 2/4/2009 | 0.1 | $4.50 | Prep e-mail to M Araki with pdfs for claims received |
| LILIANA ANZALDO - CAS | | $45.00 | 2/4/2009 | 0.1 | $4.50 | Received and processed incoming mail re claims |
| LILIANA ANZALDO - CAS | | $45.00 | 2/4/2009 | 0.1 | $4.50 | Review returned mail for further processing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2009 | 2.3 | $483.00 | Prep 1st Amended Jt Plan and Discl Stmt for printing for BMC (.5); prep e-mail to K Davis re US ZAI mailing (.1); telephone from E Hudgens re US ZAI mailing (.2); analysis of e-mails from R dela Cruz re BMC website updates (.2); analysis of BMC webpage to verify all new docs posted properly (1.0); prep e-mail to R dela Cruz re revisions to BMC webpage for new Discl Stmt docs filed (.2); analysis of e-mail from K Davis re claims register request (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/5/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/5/2009 | 0.1 | $7.50 | Review Court docket Nos. 20671-20678 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2009 | 0.5 | $105.00 | Analysis of e-mail from K Davis re new claim received (.1); analysis of corresp received from counsel re change of address (.1); prep e-mail to G Kruse re counsel change of address and check against PI database (.1); prep MRF for 2 requests for Discl Stmt (.1); e-mails with Notice Group re transmission of Discl Stmt to 2 parties (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/5/2009 | 0.1 | $16.50 | Review e-mails and correspondence re: noticing, claims review/reconciliation. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/6/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/6/2009 | 0.1 | $7.50 | Review Court docket Nos. 20679-20683 to categorize docket entries. |
| CORAZON DEL PILAR - CAS | | $45.00 | 2/9/2009 | 0.2 | $9.00 | Process 3 pieces Non-COA returned mail |
| KATYA BELAS - CAS | | $65.00 | 2/9/2009 | 0.3 | $19.50 | Review e-mail from L Shippers re filing of Ntc of Transfer (.1); file Ntc of Transfer with Court (.1); prep Ntc of Transfer for service per L Shippers request (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/9/2009 | 0.1 | $11.00 | Analyze Court docket no. 20684 and verify no updates in the noticing system are required. |

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/9/2009 | 0.3 | $33.00 | Prepare Proof of Service related to transfer notice (.2) and prepare e-mail to the Notice Group re filing (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/9/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/9/2009 | 0.1 | $7.50 | Review Court docket Nos. 20684-20695 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 2/9/2009 | 0.1 | $4.50 | Process COA returned mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2009 | 0.7 | $147.00 | Analysis of e-mail from E Hudgens re Canadian ZAI print materials received from RRD (.1); prep e-mail to J Doherty re French packages sent to Rust instead of English (.1); telephone from J Cunix at RRD re replacement English packages (.1); analysis of e-mail from RRD and approval of English packages for Rust (.2); e-mails from/to J Doherty re replacement English Canadian packages to Rust (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/9/2009 | 0.1 | $16.50 | Discussion with S Cohen re: claim reconciliation issues requiring higher-level analysis outside normal scope of review. |
| MIKE BOOTH - MANAGER | | $165.00 | 2/9/2009 | 0.1 | $16.50 | Review e-mails and correspondence re: noticing, claims review/reconciliation. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/9/2009 | 0.1 | $11.00 | Discussion with M.Booth re: claim reconciliation issues requiring higher-level analysis outside normal scope of review |
| TERRI MARSHALL - MANAGER | | $185.00 | 2/9/2009 | 0.1 | $18.50 | Review and notarize affidavit of service for claims transfer. |
| ALAN DALSASS - DIRECTOR | | $275.00 | 2/10/2009 | 0.2 | $55.00 | Call re update on case status |
| CORAZON DEL PILAR - CAS | | $45.00 | 2/10/2009 | 0.2 | $9.00 | Process 4 pieces Non-COA returned mail |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 2/10/2009 | 0.1 | $7.50 | Telephone with Creditor at (801) 402-7538 re inquiry re claim status; referred to Rust Consulting |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/10/2009 | 0.2 | $22.00 | Analyze Court docket nos. 20700 and 20701 (.1) and verify no updates to the noticing system or claims database are required. (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/10/2009 | 0.1 | $7.50 | Review Court docket Nos. 20696-20701 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/10/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/10/2009 | 0.3 | $63.00 | Analysis of e-mail from D Bibs re First Reserve Int'l claim (.1); analysis of b-Linx re claim (.1); prep e-mail to D Bibbs re research results (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/10/2009 | 0.1 | $16.50 | Review e-mails and correspondence re: noticing, claims review/reconciliation. |
| MIKE BOOTH - MANAGER | | $165.00 | 2/10/2009 | 0.2 | $33.00 | Discussion with S Cohen re: claim reconciliation issues requiring higher-level analysis outside normal scope of review. |
| NOREVE ROA - CAS | | $95.00 | 2/10/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Court docket nos. 20656, 20673-20674, 20684 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/10/2009 | 0.2 | $22.00 | Discussion with M.Booth re: claim reconciliation issues requiring higher-level analysis outside normal scope of review |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/10/2009 | 0.1 | $11.00 | Review emails and correspondence re: claims review/reconciliation |
| CORAZON DEL PILAR - CAS | | $45.00 | 2/11/2009 | 0.2 | $9.00 | Process 3 pieces Non-COA returned mail |

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- Case Administration

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | $110.00 | 2/11/2009 | 0.2 | $22.00 | Analyze Court docket no 20702 (.1) and verify no updates to the noticing system or claims database are required. (.1) |
| LELIA HUGHES - REC_TEAM | $75.00 | 2/11/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 2/11/2009 | 0.1 | $7.50 | Review Court docket Nos. 20702-20706 to categorize docket entries. |
| LILIANA ANZALDO - CAS | $45.00 | 2/11/2009 | 0.1 | $4.50 | Prep e-mail and pdf of WR Grace retiree correspondence and check received to M Araki |
| LILIANA ANZALDO - CAS | $45.00 | 2/11/2009 | 0.1 | $4.50 | Analysis of response from M Araki re WR Grace retiree correspondence and check |
| LILIANA ANZALDO - CAS | $45.00 | 2/11/2009 | 0.2 | $9.00 | Prep transmittal letter to Dorsey McCall or Sheila Rather to return WR Grace retiree corresondence and check (.1); review approval from M Araki and finalize (.1) |
| LILIANA ANZALDO - CAS | $45.00 | 2/11/2009 | 0.1 | $4.50 | Review returned mail for further processing |
| LILIANA ANZALDO - CAS | $45.00 | 2/11/2009 | 0.1 | $4.50 | Analysis of correspondence from WR Grace retiree and check submitted |
| LUCINA SOLIS - CAS | $45.00 | 2/11/2009 | 0.1 | $4.50 | Process COA returned mail |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 2/11/2009 | 0.3 | $63.00 | Analysis of e-mail from L Anzaldo re reimbursement check sent to BMC in error (.1); prep transmittal to return check to sender (.1); e-mail to L Anzaldo re sending check back to sender by certified mail (.1) |
| NOREVE ROA - CAS | $95.00 | 2/11/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Court docket nos. 20700-20701 |
| LELIA HUGHES - REC_TEAM | $75.00 | 2/12/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 2/12/2009 | 0.1 | $7.50 | Review Court docket Nos. 20707-20708 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 2/12/2009 | 0.8 | $168.00 | Analysis of e-mail from K Davis re claims registers (.1); prep e-mail to K Davis re same (.1); prep e-mail to G Kruse re claims registers (.1); analysis of draft claims registers from G Kruse (.5) |
| MIKE BOOTH - MANAGER | $165.00 | 2/12/2009 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re: noticing, claims review/reconciliation. |
| MYRTLE JOHN - MANAGER | $195.00 | 2/12/2009 | 0.2 | $39.00 | Discussion with S Cohen re appropriate handling of claims transfers and defective notices to claims transfer agents (.1); review email from claims clerks and M Araki re claims transfer update process (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 2/12/2009 | 0.1 | $11.00 | Review and reply to emails and correspondence re: claims review/reconciliation |
| JAMES MYERS - CAS | $65.00 | 2/13/2009 | 0.2 | $13.00 | Notarize signature pages for 2 BMC Fee Apps (.1); prep email transmitting to M Araki (.1) |
| LELIA HUGHES - REC_TEAM | $75.00 | 2/13/2009 | 0.1 | $7.50 | Review Court docket Nos. 20709-20713 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | $75.00 | 2/13/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 2/13/2009 | 0.2 | $42.00 | Analysis of e-mail from K Davis re untimely US ZAI claims and replacement of prior timely filed data (.1); prep e-mail to G Kruse re untimely US ZAI data (.1) |
| LILIANA ANZALDO - CAS | $45.00 | 2/16/2009 | 0.2 | $9.00 | Archive correspondence and pleadings per M Araki and M John |

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MIKE BOOTH - MANAGER | | $165.00 | 2/16/2009 | 0.2 | $33.00 | Review e-mails and correspondence re: noticing, claims review/reconciliation. |
| NOREVE ROA - CAS | | $95.00 | 2/16/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos.20709-20713, 20726, 20728 |
| ALAN DALSASS - DIRECTOR | | $275.00 | 2/17/2009 | 0.5 | $137.50 | Weekly case status call and update |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/17/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/17/2009 | 0.2 | $15.00 | Review Court docket Nos. 20714-20730 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/17/2009 | 0.7 | $147.00 | Weekly case status call with A Dalsass and G Kruse (.4); e-mails to/from K Davis re processing of untimely US ZAI claims prior to solicitation and possible record date, data due date (.3) |
| NOREVE ROA - CAS | | $95.00 | 2/17/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 20714-20716, 20718-20725, 20729-20730 |
| CORAZON DEL PILAR - CAS | | $45.00 | 2/18/2009 | 0.2 | $9.00 | Process 4 pieces Non-COA returned mail |
| JAMES MYERS - CAS | | $65.00 | 2/18/2009 | 0.1 | $6.50 | DS & Exhi Book (2-5-09): Review and audit monthly production invoices for preparation of combined invoice for delivery to client |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/18/2009 | 0.1 | $7.50 | Review Court docket Nos. 20731-20743 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/18/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LILIANA ANZALDO - CAS | | $45.00 | 2/18/2009 | 0.1 | $4.50 | Review returned mail for further processing |
| LILIANA ANZALDO - CAS | | $45.00 | 2/18/2009 | 0.1 | $4.50 | Analysis of incoming client correspondence re claims |
| LILIANA ANZALDO - CAS | | $45.00 | 2/18/2009 | 0.1 | $4.50 | Prep e-mail and pdf of claims received from creditor for M Araki |
| LUCINA SOLIS - CAS | | $45.00 | 2/18/2009 | 0.1 | $4.50 | Process COA returned mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2009 | 0.7 | $147.00 | Analysis of final version claims registers (.3); prep e-mails to K Davis to transmit Jan 09 claims registers (.2); telephone to G Kruse re claims registers too large to email (.1); prep e-mail to K Davis re link for FTP site to download claims registers (.1) |
| NOREVE ROA - CAS | | $95.00 | 2/18/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 20733-20742 (8 dkts) |
| CORAZON DEL PILAR - CAS | | $45.00 | 2/19/2009 | 0.1 | $4.50 | Process 2 pieces Non-COA returned mail |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 2/19/2009 | 0.1 | $7.50 | Telephone with John Walters at (205) 758-6223 re inquiry re claim status; referred to Rust Consulting |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/19/2009 | 0.1 | $7.50 | Review Court docket Nos. 20744-20764 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/19/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 2/19/2009 | 0.1 | $4.50 | Process COA returned mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2009 | 0.5 | $105.00 | Analysis of query re order numbers and counts for claims register update (.3); prep e-mail to N Roa re review of orders for claims register update (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 2/19/2009 | 0.2 | $33.00 | Review e-mails and correspondence re: noticing, claims review/reconciliation. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/20/2009 | 0.2 | $22.00 | Analyze Court docket nos. 20747, 20749, 20751, 20752, 20753, and 20764 (.1) and verify no updates in the noticing system are required. (.1) |

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/20/2009 | 0.3 | $33.00 | Analyze Court docket no. 20639 (.1) and add entry in the claims database to recognize Change of Address request (.2) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/20/2009 | 0.1 | $7.50 | Review Court docket Nos. 20765-20767 to categorize docket entries. |
| LILIANA ANZALDO - CAS | | $45.00 | 2/20/2009 | 0.1 | $4.50 | Review returned mail for further processing |
| MABEL SOTO - CAS | | $45.00 | 2/20/2009 | 0.1 | $4.50 | Prep e-mail to M Araki re claim correspondence |
| MABEL SOTO - CAS | | $45.00 | 2/20/2009 | 0.1 | $4.50 | Review correspondence received re ZAI claim |
| MARISTAR GO - CAS | | $95.00 | 2/20/2009 | 1.0 | $95.00 | Analysis of docket re Order entry date (.5) and record (.5) in table for upload to claims register database. |
| MIKE BOOTH - MANAGER | | $165.00 | 2/20/2009 | 0.2 | $33.00 | Review e-mails and correspondence re: noticing, claims review/reconciliation. |
| NOREVE ROA - CAS | | $95.00 | 2/20/2009 | 1.4 | $133.00 | Analysis of docket re Order entry dates (.6) and record in table for upload to claims register database (.8) |
| NOREVE ROA - CAS | | $95.00 | 2/22/2009 | 0.2 | $19.00 | Audit updates performed in the noticing system and claims database pursuant to Court docket nos. 20639, 20747, 20749, 20751-53, 20764 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/23/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/23/2009 | 0.4 | $30.00 | Review Court docket Nos. 20768-20812 to categorize docket entries. |
| MIKE BOOTH - MANAGER | | $165.00 | 2/23/2009 | 0.1 | $16.50 | Review e-mails and correspondence re: noticing, claims review/reconciliation. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/23/2009 | 0.1 | $11.00 | Review emails and correspondence re: claims review/reconciliation |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/24/2009 | 0.5 | $47.50 | Audit categorization updates related to Court Docket Nos 20755, 20756, 20763-20775, 20779-20782, 20785, 20787, 20791-20793, 20795-20797, 20799,20801-20810 |
| CORAZON DEL PILAR - CAS | | $45.00 | 2/24/2009 | 0.1 | $4.50 | Process 1 piece Non-COA returned mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/24/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/24/2009 | 0.2 | $15.00 | Review Court docket Nos. 20813-20832 to categorize docket entries. |
| MARISTAR GO - CAS | | $95.00 | 2/24/2009 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos. 20750, 20754, 20758-207562, 20777, 20783-20784, 20788-20790, 20798, 20800, 20811-20812 |
| NOREVE ROA - CAS | | $95.00 | 2/24/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos.20731, 20744-20746, 20748 |
| NOREVE ROA - CAS | | $95.00 | 2/24/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 20813-20832 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/24/2009 | 0.1 | $11.00 | Review emails and correspondence re: claims review/reconciliation |
| CORAZON DEL PILAR - CAS | | $45.00 | 2/25/2009 | 0.1 | $4.50 | Process 2 pieces Non-COA returned mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/25/2009 | 0.1 | $7.50 | Review Court docket Nos. 20833-20839 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/25/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LILIANA ANZALDO - CAS | | $45.00 | 2/25/2009 | 0.1 | $4.50 | Review returned mail for further processing |
| LILIANA ANZALDO - CAS | | $45.00 | 2/27/2009 | 0.1 | $4.50 | Received and processed incoming client mail re claims |
| LILIANA ANZALDO - CAS | | $45.00 | 2/27/2009 | 0.1 | $4.50 | Review returned mail for further processing |

## BMC Group
WR GRACE
Monthly Invoice

### February 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LILIANA ANZALDO - CAS | | $45.00 | 2/27/2009 | 0.1 | $4.50 | Prep e-mail and pdf to M Araki re claims received |
| LILIANA ANZALDO - CAS | | $45.00 | 2/27/2009 | 0.1 | $4.50 | Prep documents for transmission to Rust Consulting per M Araki request |
| | Case Administration Total: | | | 30.4 | $4,024.00 | |

### February 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/2/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/3/2009 | 0.7 | $105.00 | Assist Rey dela Cruz with posting of Disclosure Stmt and Plan to public website. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/3/2009 | 0.5 | $75.00 | Update attorney address for Chris E Grell clients (PI) for solicitation |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 2/3/2009 | 1.0 | $95.00 | Update WRGrace website with changes from M Araki |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 2/3/2009 | 4.0 | $380.00 | Revise WRGrace website to add new pages for solicitation materials, voting procedures and other changes requested by M Araki |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/4/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 2/4/2009 | 1.5 | $142.50 | Further revisions to WRGrace website per M Araki |
| MARISTAR GO - CAS | | $95.00 | 2/5/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 20640-20646 |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 2/5/2009 | 0.3 | $28.50 | Populate MailFiles 31362 and 31363 with APs for todays scheduled mailings |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/9/2009 | 0.7 | $66.50 | Review and verify additional notice parties for Montana and Minnesota Property Damage claimants per project consultant's request (.5). Prep e-mail and report for further review (.2) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/9/2009 | 0.1 | $9.50 | Update mail file data to master service list. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/10/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/10/2009 | 0.1 | $9.50 | Migrate bankruptcy claim image from CD to server |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/10/2009 | 0.1 | $9.50 | Upload new bankruptcy claims from Rust Consulting to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/10/2009 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/10/2009 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/10/2009 | 0.1 | $9.50 | Append bankruptcy claims data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/11/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 2/11/2009 | 0.1 | $9.50 | Returned Mail Audit and Review |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/12/2009 | 2.2 | $330.00 | Refresh data sources for claims and attorneys for claims registers (1.0); update report template (.4) and rerun new version of claims register sorted by claim number and one by claimant name (.6). Forward to M Araki for review and audit (.2) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/12/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARISTAR GO - CAS | | $95.00 | 2/12/2009 | 0.7 | $66.50 | Audit categorization updates related to Court Docket Nos. 20647, 20649, 20650-20651, 20654-20655, 20657-20654, 20670, 20683, 20685-20686, 20688-20689, 20652-20653, 20665, 20671, 20675, 20678, 20690-20694, 20697, 20662, 20672, 20676, 20677, 20681, 20682, 20687, 20698, 20698, 20699 |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 2/12/2009 | 0.4 | $38.00 | Review (.2) and analyze (.2) data exception results in creditor claims management tool. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/13/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| MARISTAR GO - CAS | | $95.00 | 2/13/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 20648, 20666-20668, 20706-20708 |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/16/2009 | 0.7 | $105.00 | Run claims register report in spreadsheet (.6) and forward to T Feil for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/17/2009 | 0.5 | $75.00 | Conf call with M Araki re plan classification criteria. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/17/2009 | 0.4 | $60.00 | Download updated ZAI data file from Rust FTP site. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/17/2009 | 2.7 | $405.00 | Review plan class definitions (1.0) and begin authoring of classification queries (1.7) |
| ROBYN WITT - CONSULT_DATA | | $125.00 | 2/17/2009 | 0.2 | $25.00 | TC w/ G. Kruse re: claims w/ different voting eligibility in same class. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/18/2009 | 0.2 | $30.00 | Move claims registers to FTP folder (.1) and create links for Rust Consulting to download (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/18/2009 | 1.5 | $225.00 | Author plan classification queries for class 7 claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/19/2009 | 2.2 | $330.00 | Prepare data sources (1.0) and author plan classification queries for classes 8-11 (1.2). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/19/2009 | 2.0 | $300.00 | Prepare data sources (1.0) and author plan classification queries for unclassed and virtual claim classes (1.0). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/19/2009 | 2.8 | $420.00 | Prepare data sources (1.2) and author plan classification queries for classes 1-6 (1.6) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/19/2009 | 1.5 | $225.00 | Run plan classification queries (.9) and review result counts. (.6) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/19/2009 | 1.5 | $225.00 | Generate plan class detail report (.9). Export to Excel (.5) and forwad to M Araki for review (.1). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/19/2009 | 0.1 | $9.50 | Review and verify returned mail Undeliverable records which required a further review. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/19/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/20/2009 | 1.5 | $225.00 | Setup data source for all objected to claims (.7) and prep for integration into plan classifications. (.8) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/20/2009 | 2.5 | $375.00 | Cycle through all plan classifcation queries (1.0) and audit criteria against plan descriptions (1.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/20/2009 | 1.2 | $180.00 | Re-run plan classifications (.8) and review class counts (.4). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/20/2009 | 1.2 | $180.00 | Author plan classification query for schedule G contracts (.7) and review results. (.5) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/20/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 2/20/2009 | 1.1 | $104.50 | Review creditor records to be formatted within maillabel line length. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/23/2009 | 1.2 | $180.00 | Review plan class report feedback from M Araki (.7). Review/audit claims as queried by M Araki (.5) |

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE | CONSULT_DATA | $150.00 | 2/23/2009 | 1.8 | $270.00 | Review/audit Plan Class 6 classification queries (.7). Refresh criteria and data sources for attorney and individual mail groups (1.1). |
| GUNTHER KRUSE | CONSULT_DATA | $150.00 | 2/23/2009 | 0.6 | $90.00 | Review possible plan classification exclusion groups (.3). Review counts (.2) and forward to M Araki for comment (.1). |
| GUNTHER KRUSE | CONSULT_DATA | $150.00 | 2/23/2009 | 1.7 | $255.00 | Review/audit Plan Class 7 classification queries (.5). Refresh criteria and data sources for attorney and individual mail groups (1.2) |
| GUNTHER KRUSE | CONSULT_DATA | $150.00 | 2/23/2009 | 0.5 | $75.00 | Review Rust ZAI claims amount records (.2). Review their current classification (.2) and propose setup of deemed amount records. (.1) |
| GUNTHER KRUSE | CONSULT_DATA | $150.00 | 2/24/2009 | 1.3 | $195.00 | Prepare sample of ZAI claim data for manual verification of claimant and attorney data (1.2). Forward to M Araki for checking against actual claim images. (.1) |
| GUNTHER KRUSE | CONSULT_DATA | $150.00 | 2/24/2009 | 2.1 | $315.00 | Review/audit b-Linx uploaded personal injury claims (.7). Review additional noticing parties associated with each record (.4). Generate listing of all affected records (.4) and prep for research of attorney addresses entered as an additional noticing party (.6). |
| GUNTHER KRUSE | CONSULT_DATA | $150.00 | 2/24/2009 | 1.9 | $285.00 | Re-run updated plan classifications and provide claim counts to M Araki for printing estimates (.9). Separate counts for individual claims and attorney represented claims (1.0) |
| GUNTHER KRUSE | CONSULT_DATA | $150.00 | 2/25/2009 | 3.5 | $525.00 | Review/audit Rust provided ZAI claims attorney data (1.5). Group all claims into representing attorneys through review and assigning of group numbers (.8). Programmatic research and partial manual review of claim mailing addresses for attorney firms (.7). Flag claims not shown as represented by an attorney but have a mailing address to an attorney (.5). |
| GUNTHER KRUSE | CONSULT_DATA | $150.00 | 2/25/2009 | 3.2 | $480.00 | Review class 7 and 9 records (1.2). Rerun classification (1.0). Create class 7 and 9 detail claim type and claim status report (.9) and forward to M Araki for review (.1) |
| GUNTHER KRUSE | CONSULT_DATA | $150.00 | 2/25/2009 | 1.6 | $240.00 | Review/audit ZAI source data from Rust (.6). Review submitting firm data and addresses (.4). Review claims with no attorneys (.4). Provide counts to M Araki (.2). |
| JACQUELINE CONKLIN | SR_ANALYST | $95.00 | 2/25/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| ANNA WICK | SR_ANALYST | $110.00 | 2/26/2009 | 0.3 | $33.00 | Update Ballot Tabulation tool to dual capacity image (tif and pdf) |
| ANNA WICK | SR_ANALYST | $110.00 | 2/26/2009 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), update tables fields (.3), views and user defined functions (.1) (PI) |
| ANNA WICK | SR_ANALYST | $110.00 | 2/26/2009 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.3), update tables fields (.2), views and user defined functions(.1) |
| GUNTHER KRUSE | CONSULT_DATA | $150.00 | 2/26/2009 | 2.7 | $405.00 | Author plan class queries for new class components (1.7). Add in component for late filed and $0 claims (.8). Incorporate new components into classification hierarchy (.2). |

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/26/2009 | 1.3 | $195.00 | Run updated plan classification (.8). Review/audit classification results (.4). Report to M Araki claims counts and totals (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/26/2009 | 3.5 | $525.00 | Review all updates to plan class criteria as per M Araki revisions (1.2). Work through plan class 1-10 and update query criteria (2.0). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/26/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/27/2009 | 0.2 | $22.00 | Review Standard Ballot Class Detail Report (.1); confer with G Kruse on possible edits and data adjustments needed (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/27/2009 | 1.5 | $225.00 | Update plan class query criteria for class 7 claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/27/2009 | 2.4 | $360.00 | Run plan classifications on eligible claim population (1.1). Review/audit counts. (1.3) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/27/2009 | 0.6 | $90.00 | Update summary tab format of plan class detail report (.4) and add in new plan class components (.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/27/2009 | 1.7 | $255.00 | Generate new plan class report (1.6) and forward to M Araki for review (.1) |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 2/27/2009 | 2.0 | $190.00 | Review (.8) and update (1.2) foreign records with proper format of country name for mailing. |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 2/27/2009 | 0.4 | $38.00 | Preparation of report verifying creditor, amount and docket information grouping (.3) and reporting data anomalies to project manager and case support associate (.1). |
| | Data Analysis Total: | | | 75.8 | $10,484.00 | |

## February 2009 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/4/2009 | 1.0 | $210.00 | Analysis of Sep 08 draft reports for prof billing reqts and Court imposed categories (.5); revise Sep 08 billing entries for fee app compliance (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2009 | 2.0 | $420.00 | Continue analysis of Sep 08 draft reports for prof billing reqts and Court imposed categories (1.0); revise Sep 08 billing entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2009 | 2.5 | $525.00 | Prep Sep 08 category summary and time detail reports (.5); draft Sep 08 fee app (1.5); analysis of Sep 08 production and expense reports (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/13/2009 | 2.0 | $420.00 | Revise Sep 08 fee app (.7); prep 30th Qtrly billing detail reports (.5); analysis of 30th Qtrly draft reports (.8) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/13/2009 | 0.3 | $58.50 | Review and approve monthly fee application |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/13/2009 | 0.3 | $58.50 | Review and approve quarterly fee application |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2009 | 1.5 | $315.00 | Prep 30th Qtrly fee app |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/20/2009 | 1.1 | $231.00 | Prep Notice of Filing of 30th Qtrly fee app (.3); prep e-mail to L Oberholzer re revised Ntc of Filing (.1); finalize Sep 08 and 30th Qtrly fee apps for filing (.5); prep e-mails to L Oberholzer re Sep 08 and 30th Qtrly fee apps for filing (.2) |

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2009 | 0.4 | $84.00 | Analysis of e-mail from B Ruhlander re initial comments re 30th Qtrly fee app (.2); prep e-mail to B Ruhlander re 30th Qtrly fee app docs (.1); prep e-mail to S Fritz re B Ruhlander comments on 30th Qtrly fee app (.1) |
| | | Fee Applications Total: | | 11.1 | $2,322.00 | |

## February 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2009 | 0.4 | $84.00 | Analysis of e-mail from C Greco re claims 907 and 1105 (.1); analysis of b-Linx re same (.2); prep e-mail to C Greco re results of research re claims 907 and 1105 (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2009 | 1.0 | $210.00 | Telephone from A Hammond re review of tax claims (.1); analysis of e-mail from A Hammond re list of tax claims (.1); analysis of b-Linx re 25 tax claims (.7); prep e-mail to A Hammond re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2009 | 0.3 | $63.00 | Analysis of e-mail from C Greco re two tax claims listed on prior report but not included now (.1); analysis of b-Linx re claims 707 and 182 (.1); prep e-mail to C Greco re research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/6/2009 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/6/2009 | 0.1 | $11.00 | Analysis of b-Linx re: claim transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/6/2009 | 0.1 | $11.00 | Revise b-Linx re: claim transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/6/2009 | 0.2 | $22.00 | Prepare transfer notice. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/9/2009 | 0.2 | $22.00 | Review transfer activity spreadsheet to verify data is current per request from S. Cohen. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2009 | 0.5 | $105.00 | Analysis of e-mail from C Greco re list of claims and request for more info from P Zilly (.1); analysis of b-Linx re 7 claims re info for P Zilly/C Greco (.3); prep e-mail to C Greco re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2009 | 0.5 | $105.00 | Analysis of e-mail from S Cohen re transfer activity and possible service issue (.2); prep e-mail to S Cohen re transfer activity issue (.1); analysis of e-mail from K Davis re claim 18512 to be transmitted to BMC (.1); e-mails to/from J Conklin re processing new claim from Rust (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/9/2009 | 0.2 | $22.00 | Initialize preparation and analysis of monthly claim reports (.1); draft follow-up memo to L.Shippers re: report results (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/10/2009 | 0.2 | $39.00 | Review memo and CD from Rust Consulting (.1); forward to J Conklin for upload to claims database (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/10/2009 | 0.2 | $22.00 | Finalize preparation and analysis of monthly claim reports (.1); draft follow-up memos to K.Davis, L.Shippers re: analysis & report results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2009 | 1.0 | $210.00 | Analysis of S Cohen chart of transfers re service issue (.2); e-mails to M Booth re transfer service issue (.2); telephone with M Booth re same (.2); prep e-mail to M John re transfer service issue (.2); analysis of e-mails from S Cohen re transfer service issue (.2) |

# BMC Group
## WR GRACE
### Monthly Invoice

### February 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2009 | 0.3 | $63.00 | Analysis of e-mail from D Bibbs re Pilot Life Insurance research (.1); analysis of b-Linx re Pilot Life Insurance (.1); prep e-mail to D Bibbs re b-Linx search results re Pilot Life Insurance (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/24/2009 | 0.1 | $11.00 | Research NL Industries Response to Omni 19 Objection per L.Gardner request; prepare PDF documents; draft follow-up memo to L.Gardner |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/26/2009 | 0.6 | $126.00 | Analysis of e-mail from D Bibbs re 3 State of Montana claims (.1); analysis of b-Linx re State of Montana claims (.3); prep e-mail to D Bibbs re claim status of 3 State of Montana claims (.2) |
| | Non-Asbestos Claims Total: | | | 6.0 | $1,137.00 | |

### February 2009 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2009 | 0.6 | $126.00 | Research Sep 08 Discl Stmt and Exhibit book service (.3) ; prep e-mail to C Greco re research results (.1); prep e-mail to L Oberholzer re current 2002 list (.1); prep e-mail to J Doherty re possible service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2009 | 3.0 | $630.00 | Prep ART reports re claim types/sub-types for mapping to plan classes for solicitation (1.0); analysis of reports (1.5); prep spreadsheet of preliminary claim type groupings (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2009 | 1.0 | $210.00 | Analysis of e-mail from C Greco re new solicitation materials (.1); e-mails to/from C Greco and C Bruens re documents to be posted on BMC website (.2); analysis of e-mail from C Greco re Notice of Filing Solicitation Procedures (.1); analysis of e-mails from C Greco re First Amended Joint Plan and Discl Stmt, exhibits and Notice of Filing (.5); prep e-mail to C Greco re issue with Ntc of Filing Discl Stmt (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2009 | 1.0 | $210.00 | Begin review of new solicitation materials, Plan and Discl Stmt filed |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/4/2009 | 0.1 | $19.50 | Review correspondence and email re James Briggs' request for Disc Statement; discuss same with M Araki |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2009 | 0.5 | $105.00 | Analysis of e-mail from C Bruens re solicitation, notices and documents, conference call (.1); analysis of C Bruens chart of notices and documents (.3); e-mails to C Bruens re conf call (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2009 | 2.5 | $525.00 | Analysis of 1st amended Discl Stmt, Plan and solicitation procedures for solicitation preparation |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2009 | 1.0 | $210.00 | Begin revision of solicitation powertool re plan classes |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/6/2009 | 3.0 | $630.00 | Teleconf with C Bruens and C Greco re solicitation prep (.5); analysis of 2nd amended case management order (.2); analysis of docket re blackline solicitation procedures, Discl Stmt and Plan (.3); continue analysis of 1st Amended Plan, Discl Stmt and solicitation procedures (2.0) |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 2/10/2009 | 0.4 | $54.00 | Conference call w/ BMC WR Grace team re: case status, planning and logistics |
| ALAN DALSASS - DIRECTOR | | $275.00 | 2/11/2009 | 0.5 | $137.50 | Review of proposed solicitation procedures |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2009 | 2.0 | $420.00 | Prepare data information for plan classes in solicitation power tool |

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/14/2009 | 4.5 | $945.00 | Continue analysis of 1st Amended Plan, Discl Stmt and solicitation procedures re solicitation prep (3.0); revise solicitation powertool (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/15/2009 | 6.5 | $1,365.00 | Further analysis of 1st Amended Plan, Discl Stmt and solicitation procedures (3.0); revise solicitation powertool (3.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2009 | 1.5 | $315.00 | Analysis of e-mail from G Kruse re sample plan class solicitation reports (.3); prep e-mail to G Kruse re draft solicitation reports from data in powertool (.2); prep master plan class and data sources spreadsheet (1.0) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/17/2009 | 0.5 | $75.00 | Status call with project team re Solicitation preparation. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/17/2009 | 5.0 | $1,050.00 | Telephone call with G Kruse re components and solicitation powertool (.4); prep master plan class and data sources spreadsheet (1.5); analysis of claim type and subtype report re allocation to plan classes per 1st Amended Plan and Discl Stmt (1.0); revise solicitation powertool re plan class components (2.0); prep e-mail to G Kruse re solicitation prep (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2009 | 2.0 | $420.00 | Prep ART reports re plan class data (1.0); analysis of ART reports (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2009 | 1.3 | $273.00 | Analysis of e-mail from G Kruse re plan class report draft and issues to review (.3); analysis of draft plan class report (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/20/2009 | 3.0 | $630.00 | Continue analysis of draft plan class report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2009 | 1.5 | $315.00 | Continue analysis of plan class report (1.2) and e-mail from G Kruse re Classes 6A and 6B (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2009 | 2.2 | $462.00 | Analysis of e-mail from G Kruse re revisions to summary page of plan class report (.2); analysis of plan class report (1.5); prep e-mail to G Kruse re issues on plan class report and questions (.3); analysis of responses from G Kruse (.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/24/2009 | 0.3 | $45.00 | Conference call with A Dalsass and M Araki re Solicitation status. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2009 | 4.0 | $840.00 | Telephone from C Greco re rough estimates of plan package counts (.1); telephone to G Kruse re updated plan class counts (.1); analysis of spreadsheet of estimated plan class counts from G Kruse (.5); analysis of emails and folders re Class 10 estimates (.4); prepare solicitation mailing grid re docs to be served to each plan class, class components and estimated counts (2.7); prep e-mail to C Greco with estimated counts (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2009 | 1.7 | $357.00 | Prep e-mail to J Baer re Class 7 US ZAI master ballots and signed and filed issue (.3); prep email to G Kruse re class 9 and class 7 active open claims (.1); analysis of e-mail from G Kruse re class 9 and class 7 active open results (.2); review solicitation powertool components and Discl Stmt and Conf Procedures to ensure data descriptions correct (1.0); prep e-mail to G Kruse re class components edited for next version plan class report (.1) |

# BMC Group
WR GRACE
Monthly Invoice

## February 2009 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2009 | 4.0 | $840.00 | Telephone to C Greco re solicitation planning (.4); revise solicitation mailing grid (.5); prep e-mail to C Greco re revised solicitation mailing grid (.1); revise solicitation powertool re components for next draft plan class report (3.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2009 | 2.2 | $462.00 | Analysis of US ZAI claims data from Rust (1.0); e-mails to/from G Kruse re Rust US ZAI claims data and attorney groups, impact and possible resolution (.5); e-mails to/from K Davis re attny data capture for US ZAI claimants, individuals signed and filed claims vs individuals signed and attnys filed claims and info capture (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/26/2009 | 0.8 | $168.00 | Analysis of e-mails from J Baer and C Bruens re Class 7 US ZAI ballots and filed/signed issue (.3); revise solicitation powertool re Class 7 component (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/26/2009 | 3.0 | $630.00 | Analysis of various e-mails from G Kruse re data revisions for next version plan class report (.6); revise solicitation powertool to reflect data revisions for G Kruse (2.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/27/2009 | 0.7 | $147.00 | Analysis of various e-mails from C Greco re new filing of solicitation procedures, Plan and Discl Stmt and Exhibit book (.5); prep e-mail to C Greco re update of BMC website with new docs (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/27/2009 | 2.0 | $420.00 | Analysis of new solicitation procedures, Plan and Discl Stmt re revisions and impact on components in solicitation powertool |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/27/2009 | 2.0 | $420.00 | Analysis of new draft plan class detail report from G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/28/2009 | 0.2 | $42.00 | Telephone to C Greco re Exhibit 25 (.1); prep e-mail to T Feil re conf call to discuss solicitation with K&E (.1) |
| | WRG Plan & Disclosure Statement Total: | | | 64.5 | $13,498.00 | |
| | February 2009 Total: | | | 193.1 | $32,578.00 | |

# BMC Group
WR GRACE
Monthly Invoice

| | | | |
|---|---|---|---|
| | Grand Total: | 193.1 | $32,578.00 |

# BMC Group
WR GRACE
Professional Activity Summary
Date Range: 2/1/2009 thru 2/28/2009

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 5.3 | $1,113.00 |
| Total: | | 5.3 | $1,113.00 |
| **Case Administration** | | | |
| DIRECTOR | | | |
| Alan Dalsass | $275.00 | 0.7 | $192.50 |
| CAS | | | |
| Lucina Solis | $45.00 | 0.5 | $22.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 0.5 | $47.50 |
| Corazon Del Pilar | $45.00 | 1.3 | $58.50 |
| James Myers | $65.00 | 0.3 | $19.50 |
| Katya Belas | $65.00 | 0.3 | $19.50 |
| Liliana Anzaldo | $45.00 | 2.0 | $90.00 |
| Mabel Soto | $45.00 | 0.2 | $9.00 |
| Maristar Go | $95.00 | 1.4 | $133.00 |
| Noreve Roa | $95.00 | 2.5 | $237.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.5 | $247.50 |
| Myrtle John | $195.00 | 0.2 | $39.00 |
| Terri Marshall | $185.00 | 0.1 | $18.50 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.3 | $22.50 |
| Ellen Dors | $110.00 | 0.6 | $66.00 |
| Lauri Shippers | $110.00 | 1.6 | $176.00 |
| Lelia Hughes | $75.00 | 5.4 | $405.00 |
| Steffanie Cohen | $110.00 | 0.9 | $99.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 10.1 | $2,121.00 |
| Total: | | 30.4 | $4,024.00 |
| **Data Analysis** | | | |
| CAS | | | |
| Maristar Go | $95.00 | 1.0 | $95.00 |
| Reynante Dela Cruz | $95.00 | 6.9 | $655.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 58.9 | $8,835.00 |
| Robyn Witt | $125.00 | 0.2 | $25.00 |
| Sonja Millsap | $95.00 | 3.9 | $370.50 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 2.5 | $275.00 |
| Jacqueline Conklin | $95.00 | 2.4 | $228.00 |
| Total: | | 75.8 | $10,484.00 |

## BMC Group
### WR GRACE
Professional Activity Summary
Date Range: 2/1/2009 thru 2/28/2009

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Fee Applications** | | | |
| MANAGER | | | |
|   Myrtle John | $195.00 | 0.6 | $117.00 |
| CONTRACTOR | | | |
|   Martha Araki | $210.00 | 10.5 | $2,205.00 |
| Total: | | 11.1 | $2,322.00 |
| **Non-Asbestos Claims** | | | |
| MANAGER | | | |
|   Myrtle John | $195.00 | 0.2 | $39.00 |
| REC_TEAM | | | |
|   Lauri Shippers | $110.00 | 0.7 | $77.00 |
|   Steffanie Cohen | $110.00 | 0.5 | $55.00 |
| CONTRACTOR | | | |
|   Martha Araki | $210.00 | 4.6 | $966.00 |
| Total: | | 6.0 | $1,137.00 |
| **WRG Plan & Disclosure Statement** | | | |
| DIRECTOR | | | |
|   Alan Dalsass | $275.00 | 0.5 | $137.50 |
| MANAGER | | | |
|   Myrtle John | $195.00 | 0.1 | $19.50 |
| CONSULT_DATA | | | |
|   Gunther Kruse | $150.00 | 0.8 | $120.00 |
| CONSULTANT | | | |
|   Kevin Martin | $135.00 | 0.4 | $54.00 |
| CONTRACTOR | | | |
|   Martha Araki | $210.00 | 62.7 | $13,167.00 |
| Total: | | 64.5 | $13,498.00 |
| Grand Total: | | 193.1 | $32,578.00 |