**EXHIBIT 2**

**BMC GROUP**
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_090228**

| Period Ending | 2/28/2009 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $631.20 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,081.20** |

EXHIBIT 2

BMC GROUP  
WR GRACE - EXPENSE DETAIL  
FEBRUARY 2009

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_090228 | WR Grace | BMC, BMC | BMC | $350.00 | 2/28/09 | B-linx User Fee | B-linx User Fee |
| 21_090228 | WR Grace | BMC, BMC | BMC | $850.00 | 2/28/09 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_090228 | WR Grace | BMC, BMC | BMC | $250.00 | 2/28/09 | Website Hosting | Website Hosting |
| 21_090228 | WR Grace | BMC, BMC | BMC | $631.20 | 2/28/09 | Document Storage | 427 boxes |
| | | | | $2,081.20 | | | |

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

**INVOICE SUMMARY**

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #  021-20090205-1 | 2/5/2009 | $451.84 |
| | Total | $451.84 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 2/5/2009
Invoice #: 021-20090205-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | DS & Exh Book | 1,179 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $33.18 each | $33.18 |
| | | | | USPS - 1st Class | 1 Piece @ $17.30 each | $17.30 |
| | | | | USPS - 1st Class | 1 Piece @ $22.05 each | $22.05 |
| | | | Production | Printed Impressions | 3537 Pieces @ $.10 each | $353.70 |
| | | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

Total Due: $451.84

EXHIBIT 2
*Invoice Due Upon Receipt*