# EXHIBIT C

**WR GRACE & CO**
**SUMMARY OF FEES**
**APRIL 1, 2009 - JUNE 30, 2009**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 82.4 | $ 995 | $ 81,988.00 |
| Pasquale, Kenneth | 185.6 | 825 | 153,120.00 |
| | | | |
| **Associates** | | | |
| Harris, Daniel J. | 66.9 | 325 | 21,742.50 |
| Keppler, Abbey L. | 5.5 | 675 | 3,712.50 |
| Krieger, Arlene G. | 534.2 | 675 | 360,585.00 |
| | | | |
| **Paraprofessionals** | | | |
| Cromwell, Marlon E. | 2.2 | 235 | 517.00 |
| Holzberg, Ethel H. | 72.0 | 275 | 19,800.00 |
| Magzamen, Michael S. | 1.0 | 295 | 295.00 |
| Mohamed, David | 188.9 | 180 | 34,002.00 |
| Wojcik, Mark R. | 0.4 | 295 | 118.00 |
| | | | |
| | | | |
| **Sub Total** | **1,139.1** | | **$ 675,880.00** |
| **Less 50% Travel** | **(28.8)** | | **(21,691.25)** |
| **Total** | **1,110.3** | | **$ 654,188.75** |