# EXHIBIT D

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**APRIL 1, 2009 - JUNE 30, 2009**

| | |
|---|---:|
| Outside Messenger Service | $    221.40 |
| Overtime | 165.00 |
| Meals | 10.00 |
| Local Transportation | 343.94 |
| Long Distance Telephone | 473.41 |
| Duplicating Costs-in House | 295.00 |
| Court Reporting Services | 8,960.50 |
| Word Processing | 120.00 |
| In House Messenger Service | 14.44 |
| Travel Expenses - Transportation | 1,525.15 |
| Travel Expenses - Lodging | 891.64 |
| Travel Expenses -Meals | 390.35 |
| Westlaw | 3,524.28 |
| | |
| **TOTAL** | **$ 16,935.11** |