IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 8, 2009 |
| | : | Hearing Date: TBD, if necessary |

### FEE DETAIL FOR DAY PITNEY LLP'S
### NINETY-FIFTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | Timekeeper | Hours | Dollars |
|---|---|---|---|---|
| 06/01/09 | Review, revise and follow up with K. Begley regarding DP's April, 2009 Fee Application | | | |
| 14 | | S. Zuber | 0.3 | 148.50 |
| 06/02/09 | Finalized April 2009 Fee Application Filing; E-mail to local counsel regarding same | | | |
| 18 | | K. Begley | 0.4 | 100.00 |
| 06/08/09 | Review and organize docket entries for file | | | |
| 18 | | K. Begley | 0.4 | 100.00 |
| 06/19/09 | E-mails with S. Rosenberger regarding invoices for May 2009 Fee Application; organize and review docket entries | | | |
| 18 | | K. Begley | 0.4 | 100.00 |
| 06/30/09 | Draft May 2009 Fee Application documents | | | |
| 18 | | K. Begley | 0.4 | 100.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.30 | 495.00 | 148.50 |
| K. Begley | 1.60 | 250.00 | 400.00 |
| TOTALS: | 1.90 | | 548.50 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 1.6 | 250.00 | 400.00 |
| S. Zuber | 14 | 0.3 | 495.00 | 148.50 |
| TOTAL: | | 1.9 | | 548.50 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/01/09 3 | Review e-mails and follow up with B. Moffitt regarding analysis on claims as against individual defendants; telephone calls with client | A. Marchetta | 0.6 | 384.00 |
| 06/01/09 3 | Review e-mail re analysis of injunction rulings and work with A. Marchetta re same | B. Moffitt | 0.8 | 320.00 |
| 06/02/09 3 | Follow up regarding settlement issues and call to client | A. Marchetta | 0.6 | 384.00 |
| 06/03/09 3 | Telephone call with client regarding settlement issues and telephone call to Joe Torregrossa, Third Circuit Mediator, regarding client's settlement offer; follow up with BEM regarding same | A. Marchetta | 0.6 | 384.00 |
| 06/04/09 3 | Telephone calls regarding settlement | A. Marchetta | 0.3 | 192.00 |
| 06/05/09 3 | Follow up regarding call to mediator regarding settlement | A. Marchetta | 0.4 | 256.00 |
| 06/10/09 3 | Telephone calls and letter to Judge Bongiovanni regarding status of case | A. Marchetta | 0.3 | 192.00 |
| 06/10/09 3 | Telephone call with Magistrate Judge Bongiovanni's Clerk and prepare letter to Court; work with A. Marchetta re same | B. Moffitt | 0.7 | 280.00 |
| 06/11/09 3 | Follow up with B. Moffitt regarding proposed summary to Board of Directors | A. Marchetta | 0.5 | 320.00 |
| 06/11/09 3 | Review and revise proposed summary to Board of Directors and follow up re same (.6); continued preparation of letter to Court (.3) | B. Moffitt | 0.9 | 360.00 |
| 06/12/09 3 | Follow up regarding information for client and review re strategy for settlement possibilities | A. Marchetta | 0.4 | 256.00 |

4

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/12/09 3 | Telephone call to mediator<br>A. Marchetta | 0.1 | 64.00 |
| 06/12/09 3 | Review memo from URS on notice regulation from NJDEP<br>W. Hatfield | 0.2 | 83.00 |
| 06/12/09 3 | Review letter order from Magistrate Bongiovanni and docket deadline for next status report.<br>B. Moffitt | 0.2 | 80.00 |
| 06/12/09 3 | Continued revision of proposed report to Board of Directors; work with A. Marchetta re same.<br>B. Moffitt | 0.3 | 120.00 |
| 06/15/09 3 | Memos with URS and client on call on DEP public notice issues<br>W. Hatfield | 0.2 | 83.00 |
| 06/17/09 3 | Review State's reply brief and follow up with B. Moffitt regarding same<br>A. Marchetta | 0.7 | 448.00 |
| 06/17/09 3 | Review and forward article to A. Marchetta on Libby dismissal of final individual defendant<br>W. Hatfield | 0.2 | 83.00 |
| 06/17/09 3 | Review NJDEP's Third Circuit reply brief.<br>B. Moffitt | 0.3 | 120.00 |
| 06/18/09 3 | Conference with B. Moffitt and follow up regarding Kirkland & Ellis and brief of NJDEP<br>A. Marchetta | 0.3 | 192.00 |
| 06/19/09 3 | Follow up regarding remediation issues for June 22, 2009 conference<br>A. Marchetta | 0.5 | 320.00 |
| 06/22/09 3 | Conference with W. Hatfield regarding public notification issue<br>A. Marchetta | 0.4 | 256.00 |
| 06/22/09 3 | Address case issues on DEP public notice rules with A. Marchetta<br>W. Hatfield | 0.2 | 83.00 |
| 06/23/09 3 | Memo to consultant on call to discuss DEP issues<br>W. Hatfield | 0.1 | 41.50 |
| 06/24/09 3 | Follow up with W. Hatfield regarding remediation issues<br>A. Marchetta | 0.4 | 256.00 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 06/25/09 3 | Telephone calls and e-mails with mediator and client regarding settlement<br>A. Marchetta | | 0.6 | 384.00 |
| 06/25/09 3 | Review e-mails re settlement negotiations.<br>B. Moffitt | | 0.2 | 80.00 |
| 06/26/09 3 | Telephone calls and follow up with mediator regarding settlement position<br>A. Marchetta | | 0.5 | 320.00 |
| 06/26/09 3 | Follow up with mediator regarding potential settlement<br>A. Marchetta | | 0.4 | 256.00 |
| 06/29/09 3 | Follow up telephone call to mediator regarding settlement<br>A. Marchetta | | 0.4 | 256.00 |
| 06/30/09 3 | Review e-mails and follow up regarding presentation to creditors<br>A. Marchetta | | 0.2 | 128.00 |
| 06/30/09 3 | Review e-mail re settlement negotiations.<br>B. Moffitt | | 0.1 | 40.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.90 | 415.00 | 373.50 |
| A. Marchetta | 8.20 | 640.00 | 5,248.00 |
| B. Moffitt | 3.50 | 400.00 | 1,400.00 |
| TOTALS: | 12.60 | | 7,021.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 8.2 | 640.00 | 5,248.00 |
| W. Hatfield | 3 | 0.9 | 415.00 | 373.50 |
| B. Moffitt | 3 | 3.5 | 400.00 | 1,400.00 |
| TOTAL: | | 12.6 | | 7,021.50 |

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### JUNE 1, 2009 THROUGH JUNE 30, 2009

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | |
|---|---|
| PACER Docket Retrieval | $6.56 |
| Photocopying | $23.80 |
| TOTAL: | $30.36 |

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 8, 2009 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States District Court for the District of Colorado, the United

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2

States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Florham Park, New Jersey  
Dated: August 19, 2009

Respectfully submitted,  
DAY PITNEY LLP

_____  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950