**SIXTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2009 THROUGH MAY 31, 2009)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

## W.R. Grace & Co.
### Capstone Advisory Group, LLC
### Summary of Fees by Professional
### For the Period 5/1/09 through 5/31/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 10.50 | $7,455.00 |
| S. Cunningham | Member | $710 | 13.30 | $9,443.00 |
| R. Frezza | Consultant | $625 | 38.00 | $23,750.00 |
| J. Dolan | Consultant | $420 | 87.40 | $36,708.00 |
| N. Backer | Paraprofessional | $110 | 4.80 | $528.00 |
| **For the Period 5/1/09 through 5/31/09** | | | **154.00** | **$77,884.00** |

**Capstone Advisory Group, LLC**  Page 1 of 1
**Invoice for the May 2009 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 5/1/09 through 5/31/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and prepared various accrued interest scenarios in relation to the POR and Disclosure Statement. | 21.40 | $10,713.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding the POR, hearings and Libby trial, and participated in Committee meetings. | 15.50 | $8,447.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed motions and exhibits related to the ERISA settlement and pension funding and prepared reports to the Committee thereon. | 30.60 | $16,025.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the March and April monthly and 21st quarterly fee statements. | 9.50 | $2,618.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly and 1Q09 quarterly results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports and prepared a report to the Committee thereon. | 31.70 | $14,984.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared various analyses related to the 2009 Plan And commentary and prepared a report to the Committee thereon. | 17.10 | $9,448.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the POR, Disclosure Statement and related exhibits and prepared numerous analyses at the request of Counsel. | 12.50 | $7,818.50 |
| 19. Tax Issues | During the Fee Application Period, the Applicant prepared a report to the Committee related to the Specified Liability Loss Motion and related exhibits. | 15.70 | $7,829.00 |
| **For the Period 5/1/09 through 5/31/09** | | **154.00** | **$77,884.00** |

**Capstone Advisory Group, LLC**  
**Invoice for the May 2009 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 5/1/09 through 5/31/09

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 03. Claims Analysis & Valuation | | | |
| 5/20/2009 | R. Frezza | 1.00 | Prepared interest scenarios and other value scenario analyses at the request of counsel. |
| 5/21/2009 | S. Cunningham | 2.00 | Read and analyzed interest calculations. |
| 5/21/2009 | R. Frezza | 1.50 | Prepared interest scenarios and other value scenario analyses at the request of counsel. |
| 5/21/2009 | J. Dolan | 2.90 | Prepared interest scenarios at the request of counsel. |
| 5/22/2009 | E. Ordway | 1.20 | Directed staff in analyzing interest rate calculations. |
| 5/22/2009 | J. Dolan | 5.90 | Prepared various interest scenarios at the request of counsel. |
| 5/26/2009 | J. Dolan | 1.90 | Prepared various interest scenarios at the request of counsel. |
| 5/26/2009 | J. Dolan | 0.80 | Updated interest analyses as requested by counsel. |
| 5/27/2009 | J. Dolan | 1.70 | Updated interest scenarios at the request of counsel. |
| 5/27/2009 | E. Ordway | 0.70 | Reviewed updated interest calculations prepared by staff as well as prior calculations. |
| 5/27/2009 | R. Frezza | 0.40 | Confer with counsel on interest scenarios and various other analyses involving GUC's and related interest. |
| 5/29/2009 | J. Dolan | 1.40 | Prepared counsel requested interest scenarios. |
| Subtotal |  | 21.40 |  |
| 04. Creditor Committee Matters | | | |
| 5/1/2009 | J. Dolan | 0.60 | Discussed criminal trial update with counsel. |
| 5/4/2009 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 5/8/2009 | E. Ordway | 0.30 | Read information regarding Libby trial. |
| 5/8/2009 | S. Cunningham | 3.10 | Reviewed Libby criminal information. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/11/2009 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 5/14/2009 | E. Ordway | 0.40 | Read counsel's report on court hearings. |
| 5/14/2009 | R. Frezza | 1.50 | Read/analyzed and discussed with counsel updates on omnibus hearing topics. |
| 5/14/2009 | J. Dolan | 0.80 | Read and analyzed counsel's memo and distribution of the Plan Supplement. |
| 5/26/2009 | J. Dolan | 1.40 | Read and analyzed recent docket submissions. |
| 5/26/2009 | J. Dolan | 0.50 | Read and analyzed Memorandum Opinion. |
| 5/28/2009 | R. Frezza | 1.30 | Prepared for and participated in call with Committee re: update. |
| 5/28/2009 | J. Dolan | 2.10 | Prepared for and participated in Committee call. |
| 5/28/2009 | E. Ordway | 0.90 | Participated in Committee conference call. |
| 5/29/2009 | J. Dolan | 0.90 | Read and analyzed counsels' draft appeal. |
| Subtotal | | 15.50 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/1/2009 | R. Frezza | 1.30 | Read and analyzed ERISA motion. |
| 5/4/2009 | R. Frezza | 1.40 | Prepared ERISA Motion analysis and developed questions for the Debtors. |
| 5/4/2009 | J. Dolan | 0.90 | Analyzed data in motion and exhibits related to ERISA litigation settlement and prepared list of questions for Debtors. |
| 5/4/2009 | J. Dolan | 2.50 | Read and analyzed final motion and related exhibits for ERISA settlement. |
| 5/5/2009 | J. Dolan | 3.20 | Prepared analyses and report to the Committee related to ERISA litigation settlement. |
| 5/5/2009 | R. Frezza | 0.90 | Prepared analyses and report related to ERISA Motion. |
| 5/6/2009 | R. Frezza | 1.00 | Continued analysis and discussion re:ERISA settlement. |
| 5/7/2009 | J. Dolan | 4.20 | Prepared analyses and related report regarding the ERISA litigation settlement motion and exhibits. |
| 5/7/2009 | E. Ordway | 0.80 | Analyzed data related to ERISA litigation. |
| 5/8/2009 | E. Ordway | 0.50 | Continued to analyze ERISA data. |
| 5/11/2009 | J. Dolan | 1.90 | Made revisions to ERISA report based on internal review and additional information received from Debtors. |

**Capstone Advisory Group, LLC**                                                                                              **Page 2 of 6**
**Invoice for the May 2009 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/11/2009 | S. Cunningham | 2.30 | Read and analyzed ERISA settlement issues. |
| 5/11/2009 | R. Frezza | 1.00 | Prepared report to the Committee regarding ERISA. |
| 5/12/2009 | R. Frezza | 2.10 | Call with Company on ERISA settlement; finalized memo; discussed ERISA and other matters with counsel. |
| 5/12/2009 | J. Dolan | 2.20 | Revised report to the Committee related to ERISA Settlement based on internal review, counsel review and conference call with Debtors. |
| 5/13/2009 | S. Cunningham | 1.30 | Read and analyzed ERISA settlement report. |
| 5/13/2009 | J. Dolan | 1.30 | Finalized report to the Committee related to ERISA Settlement, incorporating counsel comments and distributed to Committee. |
| 5/21/2009 | J. Dolan | 1.20 | Read and analyzed pension funding motion and reviewed prior motions. |
| 5/26/2009 | E. Ordway | 0.60 | Read and analyzed pension funding motion and related documents. |
| Subtotal | | 30.60 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/1/2009 | J. Dolan | 0.50 | Prepared March fee app. |
| 5/8/2009 | N. Backer | 0.60 | Prepared 21st Quarterly fee application. |
| 5/8/2009 | J. Dolan | 0.90 | Prepared March fee application. |
| 5/12/2009 | J. Dolan | 0.70 | Prepared fee application. |
| 5/12/2009 | N. Backer | 0.30 | Prepared March 09 fee application for filing. |
| 5/13/2009 | N. Backer | 1.50 | Prepared 21st Quarterly fee statement. |
| 5/13/2009 | J. Dolan | 1.00 | Prepared quarterly fee application. |
| 5/21/2009 | J. Dolan | 0.80 | Prepared April fee application. |
| 5/21/2009 | N. Backer | 0.60 | Prepared April Fee statement. |
| 5/21/2009 | E. Ordway | 0.40 | Prepared fee application. |
| 5/26/2009 | J. Dolan | 0.40 | Prepared April fee application. |
| 5/26/2009 | N. Backer | 1.80 | Prepared April fee statement. |
| Subtotal | | 9.50 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **08. Financial Analysis - Schedules & Statements** | | | |
| 5/1/2009 | R. Frezza | 1.50 | Read and analyzed Q1 09 results. |
| 5/8/2009 | J. Dolan | 1.00 | Began review of recent SEC filings. |
| 5/11/2009 | E. Ordway | 0.40 | Read and analyzed 10-Q and summarized items for staff to include in report. |
| 5/11/2009 | J. Dolan | 2.20 | Read and analyzed 1st quarter 10Q. |
| 5/11/2009 | J. Dolan | 2.70 | Prepared various analyses relating to the 1Q09 results for report to the Committee. |
| 5/12/2009 | J. Dolan | 2.40 | Prepared 1Q09 analyses and commentary for report to the Committee. |
| 5/14/2009 | J. Dolan | 2.00 | Prepared commentary related to 1Q09 analysis in report to the Committee. |
| 5/14/2009 | E. Ordway | 0.30 | Reviewed recent SEC filing. |
| 5/14/2009 | E. Ordway | 1.70 | Analyzed cash activity and prepared analysis for Committee report. |
| 5/15/2009 | J. Dolan | 2.20 | Prepared analyses for 1Q09 results for report to the Committee. |
| 5/18/2009 | J. Dolan | 0.30 | Prepared request for information from Debtors related to 2009 Plan and 1Q09 results. |
| 5/18/2009 | J. Dolan | 2.90 | Prepared various analyses of 1Q09 financial data for report to the Committee. |
| 5/18/2009 | J. Dolan | 2.50 | Prepared commentary to the report to the Committee on 1Q09 financial results. |
| 5/18/2009 | J. Dolan | 1.90 | Read and analyzed 1Q09 Financial Review and Executive Summary. |
| 5/19/2009 | S. Cunningham | 2.30 | Read and analyzed Q1 results and report. |
| 5/19/2009 | J. Dolan | 2.80 | Prepared request for additional information and sent to Blackstone and prepared report to the Committee. |
| 5/28/2009 | J. Dolan | 0.80 | Called counsel to discuss requested information, timing of receipt of information and other case issues. |
| 5/28/2009 | J. Dolan | 1.80 | Prepared for and participated in call with Debtors and Blackstone regarding Business Plan and 1Q09 request for additional information. |
| Subtotal | | 31.70 | |
| **09. Financial Analysis - Business Plan** | | | |
| 5/1/2009 | S. Cunningham | 2.30 | Read and analyzed financial results for Plan. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/7/2009 | R. Frezza | 0.50 | Followed up on 2009 open data point requests. |
| 5/11/2009 | R. Frezza | 0.90 | Coordinated with counsel re: 2009 data for review. |
| 5/11/2009 | J. Dolan | 1.60 | Prepared analyses on a quarter by quarter basis for the 2009 business plan report to the Committee. |
| 5/12/2009 | J. Dolan | 2.00 | Prepared analyses and commentary for 2009 business plan report to the Committee. |
| 5/14/2009 | J. Dolan | 1.30 | Prepared commentary on 2009 business plan analysis in report to Committee. |
| 5/15/2009 | J. Dolan | 2.10 | Prepared analyses for business plan report to the Committee. |
| 5/18/2009 | R. Frezza | 1.90 | Read and analyzed 2009 Plan and prepared analysis thereon. |
| 5/19/2009 | R. Frezza | 0.80 | Continued 2009 Plan review, data request follow up and coordinated info request with company. |
| 5/28/2009 | R. Frezza | 0.70 | Conferred with counsel on next steps re: plan analysis. |
| 5/28/2009 | R. Frezza | 2.10 | Prepared for and participated in call with Blackstone and CFO re: 2009 Plan follow up questions. |
| 5/29/2009 | R. Frezza | 0.90 | Followed up on data provided by company; continued report preparation on 2009 2010 plans. |
| Subtotal | | 17.10 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/12/2009 | J. Dolan | 0.80 | Discussed Disclosure Statement issues with counsel. |
| 5/13/2009 | R. Frezza | 0.90 | Called counsel to discuss feasibility and other POR issues. |
| 5/14/2009 | E. Ordway | 0.40 | Read and analyzed plan supplement. |
| 5/15/2009 | R. Frezza | 1.30 | Discussed with counsel legal response regarding interest compounding and other emergence issues. |
| 5/19/2009 | E. Ordway | 0.90 | Read and analyzed amendment item 3 to the plan supplement. |
| 5/20/2009 | R. Frezza | 1.40 | Read and analyzed POR objections and responses. |
| 5/21/2009 | E. Ordway | 0.70 | Read counsels draft objection to the POR. |
| 5/21/2009 | R. Frezza | 1.40 | Read and analyzed POR objections and responses. |
| 5/22/2009 | R. Frezza | 1.80 | Read and analyzed Committee objection and Judges Motion. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/22/2009 | R. Frezza | 0.90 | Responded to various counsel info requests including Int scenario updates, audit fee levels, and other related data. |
| 5/27/2009 thereafter. | R. Frezza | 2.00 | Prepared for and participated in committee call and call with company |
| Subtotal | | 12.50 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/4/2009 | J. Dolan | 3.80 | Prepared analyses and report to the Committee related to Specified Liability Loss carryback motion. |
| 5/4/2009 | R. Frezza | 1.10 | Continued report to the Committee related to the IRS settlement. |
| 5/5/2009 | J. Dolan | 2.90 | Prepared report to the Committee summarizing SLL carryback issues and our recommendation. |
| 5/5/2009 | R. Frezza | 1.90 | Prepared analyses and report to the Committee related to the IRS settlement. |
| 5/6/2009 | R. Frezza | 0.90 | Continued analysis and discussion re: IRS Settlement. |
| 5/7/2009 | E. Ordway | 0.30 | Prepared/edited report regarding IRS settlement. |
| 5/7/2009 | J. Dolan | 1.30 | Finalized SLL carryback IRS settlement report to the Committee for counsel review. |
| 5/7/2009 | R. Frezza | 1.70 | Continued preparation of IRS Settlement report to the Committee. |
| 5/8/2009 | J. Dolan | 1.80 | Discussed IRS Settlement report with counsel and incorporated comments into report and distributed to Committee. |
| Subtotal | | 15.70 | |
| **Total Hours** | | **154.00** | |

# W.R. Grace & Co.

## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 5/1/09 through 5/31/09

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Telecom | | | |
| 5/14/2009 | Capstone Expense | May telecom - Saddle Brook office | $174.27 |
| Subtotal - Telecom | | | $174.27 |
| Research | | | |
| 5/12/2009 | Capstone Expense | Bloomberg | $47.00 |
| 5/12/2009 | Capstone Expense | Pacer | $20.40 |
| Subtotal - Research | | | $67.40 |
| **For the Period 5/1/09 through 5/31/09** | | | $241.67 |