**SIXTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Summary of Fees by Professional
### For the Period 6/1/09 through 6/30/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 8.80 | $6,248.00 |
| S. Cunningham | Member | $710 | 7.90 | $5,609.00 |
| R. Frezza | Member | $625 | 36.70 | $22,937.50 |
| J. Dolan | Consultant | $420 | 60.10 | $25,242.00 |
| M. Desalvio | Research | $170 | 4.50 | $765.00 |
| **For the Period 6/1/09 through 6/30/09** | | | **118.00** | **$60,801.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 6/1/09 through 6/30/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and recovery scenarios in relation to the POR and Disclosure Statement. | 5.50 | $2,687.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding the POR and hearings and participated in Committee meetings. | 12.60 | $7,233.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed motions and exhibits related to pension funding and prepared a report to the Committee thereon. | 7.80 | $3,829.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the April monthly fee statement. | 2.40 | $1,298.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the April monthly and 1Q09 quarterly results and prepared a report to the Committee thereon. | 19.50 | $9,205.00 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared various analyses including industry outlook, Sensitivities, bridges, foreign exchange, etc and Prepared related commentary for Business Plan Report to the Committee | 63.10 | $34,285.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the POR, Disclosure Statement and related exhibits and prepared analyses at the request of Counsel. | 2.60 | $1,498.00 |
| 21. Research | During the Fee Application period, the Applicant researched peer comparables for multiple valuation. | 4.50 | $765.00 |
| **For the Period 6/1/09 through 6/30/09** | | **118.00** | **$60,801.50** |

**Capstone Advisory Group, LLC**  
**Invoice for the June 2009 Fee Application**

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 6/1/09 through 6/30/09

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **03. Claims Analysis & Valuation** | | | |
| 6/19/2009 | J. Dolan | 2.40 | Updated recovery analysis and distributed to counsel. |
| 6/23/2009 | J. Dolan | 1.80 | Updated distributable value analysis in preparation for call. |
| 6/23/2009 | E. Ordway | 0.50 | Prepared/edited updated valuation analysis. |
| 6/26/2009 | E. Ordway | 0.80 | Read counsel's memo regarding class 9 impairment issues, including affidavit from Charles Freedgood. |
| Subtotal | | 5.50 | |
| **04. Creditor Committee Matters** | | | |
| 6/2/2009 | E. Ordway | 0.20 | Read motion regarding postponed confirmation hearing. |
| 6/2/2009 | E. Ordway | 0.20 | Updated near-term work plan. |
| 6/3/2009 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 6/8/2009 | J. Dolan | 0.50 | Read and analyzed recent docket submissions. |
| 6/10/2009 | E. Ordway | 0.90 | Reviewed draft discovery document for feasibility issues. |
| 6/11/2009 | E. Ordway | 0.80 | Read Debtors' response regarding impairment issue. |
| 6/15/2009 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 6/16/2009 | J. Dolan | 0.40 | Read and analyzed counsels' motion re: leave to file a reply. |
| 6/19/2009 | R. Frezza | 1.10 | Prepared for and participated in Committee update call. |
| 6/19/2009 | J. Dolan | 0.80 | Prepared for and participated in Committee call. |
| 6/22/2009 | J. Dolan | 0.50 | Prepared a list of request items related to upcoming hearings. |
| 6/22/2009 | R. Frezza | 0.40 | Discussed litigation support with counsel. |
| 6/24/2009 | R. Frezza | 1.10 | Participated in call with counsel re: Litigation support and read and analyzed Freedgood and Shelnitz declarations. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/26/2009 | R. Frezza | 2.10 | Read and analyzed Freedgood and Shelnitz declarations. |
| 6/29/2009 | R. Frezza | 0.90 | Prepared analyses for litigation support |
| 6/30/2009 | R. Frezza | 0.90 | Assisted counsel in preparing request list for Solvency analysis. |
| Subtotal | | 12.60 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/1/2009 | J. Dolan | 2.70 | Prepared report to the Committee regarding Grace's request for pension funding. |
| 6/8/2009 | R. Frezza | 1.50 | Reviewed Pension data received from Debtors. |
| 6/9/2009 | J. Dolan | 1.80 | Finalized report on Pension Funding Motion based on info received from Debtor. |
| 6/9/2009 | R. Frezza | 1.20 | Read and analyzed data re: 2009 Pension contribution and reviewed memo to counsel. |
| 6/10/2009 | J. Dolan | 0.60 | Finalized pension report and distributed to the Committee. |
| Subtotal | | 7.80 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/3/2009 | J. Dolan | 0.90 | Prepared April fee application. |
| 6/3/2009 | E. Ordway | 0.40 | Prepared fee application. |
| 6/8/2009 | J. Dolan | 0.50 | Prepared April fee application. |
| 6/9/2009 | E. Ordway | 0.60 | Read and analyzed fee auditors report. |
| Subtotal | | 2.40 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/2/2009 | S. Cunningham | 2.30 | Read and analyzed Q109 results and draft report to the Committee. |
| 6/3/2009 | E. Ordway | 0.40 | Reviewed 1Q09 financial statements and made notes for items for staff to address in report to Committee. |
| 6/4/2009 | E. Ordway | 0.80 | Continued to review 1Q09 financial statements. |
| 6/5/2009 | J. Dolan | 2.10 | Read and analyzed April 2009 monthly operating reports. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/15/2009 | J. Dolan | 2.50 | Prepared analysis of 1st quarter 2009 divisional results compared to prior year including bridges of significant changes for report to the Committee. |
| 6/15/2009 | J. Dolan | 3.10 | Prepared cash flow analysis and related commentary for 1st quarter 2009 results to include in report to the Committee. |
| 6/17/2009 | J. Dolan | 2.80 | Prepared revised commentary to report based on internal review of Business plan and Q1 report. |
| 6/17/2009 | J. Dolan | 2.40 | Incorporated comments from RF into report and discussed sensitivity analysis. |
| 6/17/2009 | J. Dolan | 3.10 | Revised analysis on 1st quarter results and incorporated comments from RF into report to the Committee. |
| Subtotal | | 19.50 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/1/2009 | R. Frezza | 1.10 | Followed up on data from Debtors related to 2009 business plan and communicated with counsel. |
| 6/1/2009 | J. Dolan | 1.50 | Continued preparation of report to the Committee on 2009 Plan and 1Q09 results. |
| 6/2/2009 | R. Frezza | 1.20 | Continued follow up on data from Debtors related to 2009 business plan and communicated with counsel. |
| 6/3/2009 | R. Frezza | 2.10 | Continued analysis on 2009 Plan followed up on open items. |
| 6/4/2009 | S. Cunningham | 3.30 | Read and analyzed 2009 Plan results and draft report to the Committee. |
| 6/4/2009 | J. Dolan | 5.30 | Revised Business Plan analyses and layout based on information received from the Debtors. |
| 6/9/2009 | J. Dolan | 0.90 | Prepared revised analysis based on new information provided by the Debtors related to 2009 Plan bridges and quarterly info. |
| 6/10/2009 | R. Frezza | 1.20 | Prepared analyses related to the 2009 Businees Plan review. |
| 6/11/2009 | E. Ordway | 0.30 | Directed staff in preparation of business plan report. |
| 6/11/2009 | R. Frezza | 2.30 | Continued preparing analyses related to the 2009 Businees Plan review. |
| 6/12/2009 | J. Dolan | 3.40 | Prepared analyses for business plan report based on revised format from Debtors to be included in report to the Committee. |
| 6/12/2009 | R. Frezza | 1.10 | Prepared analyses related to the 2009Businees Plan review. |
| 6/15/2009 | J. Dolan | 1.10 | Prepared peer group analysis including Sales and EBIT CAGR for past five years for inclusion in 2009 Plan report to the Committee. |

**Capstone Advisory Group, LLC**  **Page 3 of 5**
**Invoice for the June 2009 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/15/2009 | J. Dolan | 1.80 | Prepared peer analysis for change in competitors due to Dow and Rohm and Haas merger; included in report to the Committee. |
| 6/15/2009 | R. Frezza | 1.60 | Prepared report related to 2009 Plan review to Committee. |
| 6/16/2009 | R. Frezza | 3.90 | Continued preparation of 2009 Business Plan review report to the Committee. |
| 6/16/2009 | J. Dolan | 1.20 | Updated foreign currency analysis for 2009 Plan evaluation and included commentary in report to the Committee. |
| 6/16/2009 | J. Dolan | 2.80 | Prepared quarterly analysis for Davison based on bridges received from Debtors. Prepared related commentary for report to Committee. |
| 6/16/2009 | J. Dolan | 2.90 | Prepared quarterly analysis for Construction Products based on bridges received from Debtors. Prepared related commentary for report to the Committee. |
| 6/17/2009 | E. Ordway | 0.60 | Prepared/edited business plan report. |
| 6/17/2009 | R. Frezza | 2.30 | Continued drafting and reviewing 2009 Business Plan and Committee Update and provided comments to staff. |
| 6/17/2009 | R. Frezza | 3.10 | Continued analyses and commentary related to 2009 Business Plan and Committee Update. |
| 6/18/2009 | S. Cunningham | 2.30 | Read and analyzed Business Plan 2009 report to the Committee. |
| 6/18/2009 | J. Dolan | 3.40 | Final review and distribution of Business Plan report to counsel for review. |
| 6/18/2009 | E. Ordway | 0.90 | Continued to prepare/edit business plan report. |
| 6/18/2009 | R. Frezza | 2.90 | Continued drafting and reviewing and providing commentary for 2009 Business Plan and Committee Update. |
| 6/18/2009 | R. Frezza | 3.00 | Continued analysis of 2009 Business Plan and Committee Update including sensitivities. |
| 6/18/2009 | J. Dolan | 1.60 | Prepared cash sensitivity analysis for 2009 Business Plan report. |
| 6/19/2009 | R. Frezza | 1.70 | Responded to counsel requests re: draft report and company valuation analyses including interest scenarios. |
| 6/23/2009 | J. Dolan | 2.30 | Incorporated comments from counsel into Business Plan report and distributed to Committee. |
| Subtotal | | 63.10 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **15. Plan & Disclosure Statement** | | | |
| 6/15/2009 | E. Ordway | 0.70 | Read additional pleadings regarding POR issues. |
| 6/19/2009 | J. Dolan | 1.20 | Discussed Exhibit 12 with counsel. |
| 6/23/2009 | E. Ordway | 0.70 | Communications regarding information requests for solvency issues. |
| Subtotal | | 2.60 | |
| **21. Research** | | | |
| 6/2/2009 | M. Desalvio | 3.50 | Updated business plan review key indicators. |
| 6/5/2009 | M. Desalvio | 1.00 | Updated peer group analysis for multiple valuation. |
| Subtotal | | 4.50 | |
| **Total Hours** | | **118.00** | |

# W.R. Grace & Co.

## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 6/1/09 through 6/30/09

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Capstone Expenses | | | |
| 6/15/2009 | Telecom | June Telecom - Saddle Brook Office | $69.27 |
| 6/16/2009 | Research | Bloomberg | $55.00 |
| 6/16/2009 | Research | Pacer | $12.08 |
| Subtotal - Capstone Expenses | | | $136.35 |

**For the Period 6/1/09 through 6/30/09**                                                                        $136.35

**Capstone Advisory Group, LLC**                                                                                **Page 1 of 1**
**Invoice for the June 2009 Fee Application**