# Exhibit C

DM3\1098926.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Hearing Date: To be determined<br>Objection Date: June 25, 2009 at 4:00 p.m. |

**EIGHTY-EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2009 THROUGH MAY 31, 2009**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **May 1, 2009 through<br>May 31, 2009** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$38,838.00 (80% $31,070.40)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$18.92** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the Eighty-Eighth monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 – 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 – 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |

4

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

6

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | Pending | Pending |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | Pending | Pending |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | Pending | Pending |

7

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $755.00 | 33.10 | $24,990.50 |
| Michael R. Lastowski | Partner/27 years | $675.00 | 15.20 | $10,260.00 |
| Richard W. Riley | Partner/10 years | $540.00 | 4.40 | $2,376.00 |
| Adrian C. Maholchic | Associate/1 year | $305.00 | 1.70 | $518.50 |
| Beth A. Gruppo | Paralegal | $290.00 | 1.90 | $551.00 |
| Stacie L. Wolfenden | Paralegal | $220.00 | 0.10 | $22.00 |
| Dawn S. Marra | Legal Assistant | $150.00 | 0.80 | $120.00 |
| **TOTAL** | | | **57.20** | **$38,838.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 2.40 | $843.00 |
| Claim Analysis Objections & Resolution, (Asbestos) (05) | 0.10 | $67.50 |
| Claim Analysis Objections & Resolution, (Non-Asbestos) (06) | 1.70 | $1,147.50 |
| Committee (07) | 4.10 | $3,095.50 |
| Employment Applications, Applicant (09) | 0.30 | $45.00 |
| Fee Applications, Applicant (12) | 0.50 | $75.00 |
| Hearings (15) | 4.20 | $2,843.00 |
| Litigation and Litigation Consulting (16) | 0.40 | $216.00 |
| Plan and Disclosure Statement (17) | 14.60 | $8,686.00 |
| Other (25) | 27.30 | $20,611.50 |
| Accounting/Auditing (26) | 1.60 | $1,208.00 |
| **TOTAL** | **57.20** | **$38,838.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Court Search Service | N/A | $18.92 |
| **TOTAL** | | **$18.92** |

8

WHEREFORE, Duane Morris LLP respectfully requests that, for the period May 1, 2009 through May 31, 2009, an interim allowance be made to Duane Morris LLP for compensation in the amount of $31,070.40 (80% of allowed fees) and $18.92 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: June 5, 2009
Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:        mlastowski@duanemorris.com
               rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:        wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

9

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

June 3, 2009

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1483040                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2009 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 15.20 | hrs. at | $675.00 /hr. = | $10,260.00 |
| RW RILEY | PARTNER | 4.40 | hrs. at | $540.00 /hr. = | $2,376.00 |
| WS KATCHEN | OF COUNSEL | 33.10 | hrs. at | $755.00 /hr. = | $24,990.50 |
| AC MAHOLCHIC | ASSOCIATE | 1.70 | hrs. at | $305.00 /hr. = | $518.50 |
| BA GRUPPO | PARALEGAL | 1.90 | hrs. at | $290.00 /hr. = | $551.00 |
| SL WOLFENDEN | PARALEGAL | 0.10 | hrs. at | $220.00 /hr. = | $22.00 |
| DS MARRA | LEGAL ASSISTANT | 0.80 | hrs. at | $150.00 /hr. = | $120.00 |
| | | | | | $38,838.00 |

DISBURSEMENTS
COURT SEARCH SERVICE                          18.92
TOTAL DISBURSEMENTS                                        $18.92

BALANCE DUE THIS INVOICE                                   $38,856.92

PREVIOUS BALANCE                                           $131,181.10

TOTAL BALANCE DUE                                          $170,038.02

Duane Morris
June 3, 2009
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/5/2009 | 004 | MR LASTOWSKI | REVIEW THIRD AMENDED CASE MANAGEMENT ORDER | 0.30 | $202.50 |
| 5/7/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/7/2009 | 004 | MR LASTOWSKI | E-MAIL TO AND FROM D. CLEMENT RE: SERVICE ISSUES | 0.10 | $67.50 |
| 5/7/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM M. LASTOWSKI RE CHANGE OF ADDRESS FOR FOSTER & SEAR. | 0.10 | $22.00 |
| 5/8/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/11/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/12/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/13/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/15/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/18/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/27/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |

Duane Morris
June 3, 2009
Page 3

File # K0248-00001                                    INVOICE # 1483040
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/29/2009 | 004 | BA GRUPPO | ON-LINE W/WESTERN DISTRICT OF PA BANKRUPTCY COURT SYSTEM FOR RETRIEVAL AND REVIEW OF DOCKET ENTRIES AND SCHEDULE/DEADLINE INFORMATION IN SKINNER ENGINE COMPANY CASE WITH RETRIEVAL & DOWNLOAD OF MEMO OPINION & ORDER RE DISCLOSURE STATEMENT, OF TRAVELERS CASUALTY AND SURETY COMPANY OBJECTION WITH EXHIBITS, OF DEBTORS' OMNIBUS RESPONSE W/EXHIBIT, OF BRIEF/MEMO BY DEBTORS WITH EXHIBIT, OF DEBTORS' MEMO IN SUPPORT OF APPROVAL OF DISCLOSURE STMT., OF RESPONSE OF CERTAIN INSURERS, OF AMENDED OBJECTION BY TRAVELERS TO DISCLOSURE STMT. WITH EXHIBITS, OF DEBTORS' OMN RESPONSE TO OBJECTIONS W/ATTACHMENT, OF NOTICE OF HEARING PROCEEDING MEMO, OF ORDER BY COURT, OF TRAVELERS RESPONSE TO INQUIRY BY COURT, AND OF TRAVELERS JOINT BRIEF / MEMO RE ISSUES RAISED BY COURT; SUBMITTED COPY OF DOCKET AND IMAGES OF ALL DOWNLOADED PLEADINGS TO W.S.KATCHEN | 0.90 | $261.00 |
| 5/29/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/29/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF MEMO FROM W.S.KATCHEN RE SKINNER ENERGY BANKRUPTCY MATTER PLEADINGS, INCLUDING OPINION AND ORDER | 0.10 | $29.00 |
| | | | Code Total | 2.40 | $843.00 |

Duane Morris
June 3, 2009
Page 4

File # K0248-00001                                        INVOICE # 1483040
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/26/2009 | 005 | MR LASTOWSKI | REVIEW NOTICE OF MACERICH STATUS CONFERENCE | 0.10 | $67.50 |
| | | | Code Total | 0.10 | $67.50 |

DUANE MORRIS LLP

Duane Morris
June 3, 2009
Page 5

File # K0248-00001                                          INVOICE #  1483040
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/19/2009 | 006 | MR LASTOWSKI | REVIEW JUDGE FITZGERALD OPINION RE: PAYMENT OF DEFAULT INTEREST TO LENDERS | 0.20 | $135.00 |
| 5/19/2009 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: JUDGE FITZGERALD OPINION RE: PAYMENT OF DEFAULT INTEREST TO LENDERS | 0.10 | $67.50 |
| 5/19/2009 | 006 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: JUDGE FITZGERALD OPINION RE: PAYMENT OF DEFAULT INTEREST TO LENDERS | 0.10 | $67.50 |
| 5/19/2009 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: DECISON REFUSING TO ALLOW DEFAULT INTEREST | 0.10 | $67.50 |
| 5/27/2009 | 006 | MR LASTOWSKI | REVIEW ISSUES RELATING TO APPEAL FROM DEFAULT INTEREST DECISION | 0.40 | $270.00 |
| 5/28/2009 | 006 | MR LASTOWSKI | PREPARE FOR FILING NOTICE OF APPEAL FROM ORDER DENYING DEFAULT INTEREST | 0.50 | $337.50 |
| 5/28/2009 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING NOTICE OF APPEAL | 0.10 | $67.50 |
| 5/28/2009 | 006 | MR LASTOWSKI | E-MAIL TO K. PASQUALE RE: FILING NOTICE OF APPEAL | 0.10 | $67.50 |
| 5/28/2009 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING OF NOTICE OF APPEAL | 0.10 | $67.50 |
| | | | Code Total | 1.70 | $1,147.50 |

Duane Morris
June 3, 2009
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/11/2009 | 007 | WS KATCHEN | REVIEW ACC COMMITTEE OPPOSITION TO LIBBY CLAIMANTS' MOTION. | 0.20 | $151.00 |
| 5/14/2009 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $75.50 |
| 5/19/2009 | 007 | WS KATCHEN | DENYING OBJECTION BY LENDERS, REVIEW COMMITTEE'S DRAFT OBJECTION TO PLAN. | 0.30 | $226.50 |
| 5/26/2009 | 007 | WS KATCHEN | PREPARE COMMITTEE CONFERENCE CALL 5/28. | 0.80 | $604.00 |
| 5/27/2009 | 007 | WS KATCHEN | ADDITIONAL PREPARATION COMMITTEE CONFERENCE CALL 5/28/09. | 1.40 | $1,057.00 |
| 5/28/2009 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.90 | $679.50 |
| 5/28/2009 | 007 | WS KATCHEN | EMAIL TO STROOCK. | 0.10 | $75.50 |
| 5/28/2009 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE RE: DRAFT MOTION OF OCC TO MODIFY CMO. | 0.30 | $226.50 |
| | | | Code Total | 4.10 | $3,095.50 |

Duane Morris
June 3, 2009
Page 7

File # K0248-00001                                    INVOICE # 1483040
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/29/2009 | 009 | DS MARRA | DRAFT AND FILE CERTIFICATE OF NO OBJECTION REGARDING THE NINETY-SIXTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009 | 0.30 | $45.00 |
| | | | Code Total | 0.30 | $45.00 |

Duane Morris
June 3, 2009
Page 8

File # K0248-00001                                    INVOICE #  1483040
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/13/2009 | 012 | DS MARRA | FILE SIXTY-SECOND MONTHLY FEE APPLICATION OF CAPSTONE ADVISORY GROUP LLC | 0.30 | $45.00 |
| 5/28/2009 | 012 | DS MARRA | FILE CERTIFICATION OF NO OBJECTION REGARDING NINETY-SIXTH FEE APPLICATION OF STROOCK & STROOCK & LAVAN | 0.20 | $30.00 |
| | | | Code Total | 0.50 | $75.00 |

Duane Morris
June 3, 2009
Page 9

File # K0248-00001                                    INVOICE #  1483040
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/11/2009 | 015 | MR LASTOWSKI | REVIEW AMENDED 5/14/09 AGENDA | 0.20 | $135.00 |
| 5/14/2009 | 015 | MR LASTOWSKI | ATTEND 5/14/09 HEARING TELEPHONICALLY | 3.00 | $2,025.00 |
| 5/26/2009 | 015 | MR LASTOWSKI | REVIEW 6/1/09 AGENDA NOTICE AND MATTERS IDENTIFIED THEREON | 0.90 | $607.50 |
| 5/29/2009 | 015 | WS KATCHEN | REVIEW NOTICE OF AGENDA JUNE 1 HEARING. | 0.10 | $75.50 |
| | | | Code Total | 4.20 | $2,843.00 |

Duane Morris
June 3, 2009
Page 10

File # K0248-00001                                              INVOICE #  1483040
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/27/2009 | 016 | RW RILEY | REVIEWING NOTICE OF APPEAL AND UNDERLYING OPINION ON PAYMENT OF INTEREST TO UNSECURED CREDITORS | 0.40 | $216.00 |
| | | | Code Total | 0.40 | $216.00 |

Duane Morris
June 3, 2009
Page 11

File # K0248-00001                                    INVOICE #  1483040
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/1/2009 | 017 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR A PROTECTIVE ORDER (LIBBY DISCOVERY) | 0.40 | $270.00 |
| 5/4/2009 | 017 | MR LASTOWSKI | REVIEW ARROW WOOD'S JUDICIAL NOTICE MOTION | 0.10 | $67.50 |
| 5/4/2009 | 017 | MR LASTOWSKI | REVIEW MOTIONS TO STRIKE WHITEHOUSE REPORT AND RELATED JOINDERS | 0.50 | $337.50 |
| 5/4/2009 | 017 | MR LASTOWSKI | REVIEW ARROWWOOD'S JOINDER TO DEBTORS' MOTION FOR A PROTECTIVE ORDER | 0.50 | $337.50 |
| 5/11/2009 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: PHASE I ISSUES | 0.10 | $67.50 |
| 5/14/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE WITNESS LIST. | 0.10 | $67.50 |
| 5/19/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE PLAN OBJECTION | 0.10 | $67.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW AND EDIT COMMITTEE PLAN OBJECTION | 1.10 | $742.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE OBJECTION TO DEBTORS' PLAN | 0.10 | $67.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: COMMITTEE OBJECTION TO DEBTORS' PLAN | 0.10 | $67.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: STATUS OF COMMITTEE OBJECTION TO DEBTORS' PLAN | 0.10 | $67.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW ONE BEACON PLAN OBJECTION | 1.20 | $810.00 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW LONGACRE MASTER FUND PLAN OBJECTION | 0.40 | $270.00 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW SCOTTS COMPNAY PLAN OBJECTION | 0.10 | $67.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW FIREMANS FUND PLAN OBJECTION | 0.20 | $135.00 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW EDWARDS JUDGMENT CLAIMANTS' PLAN OBJECTION | 0.20 | $135.00 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW GENERAL INSURANCE PLAN OBJECTION | 0.30 | $202.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW BNSF PLAN OBJECTION | 0.30 | $202.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW ARROWWOOD OBJECTIONS TO PLAN INJUNCTION PROVISIIONS | 0.40 | $270.00 |
| 5/20/2009 | 017 | RW RILEY | REVIEWING COMMITTEE'S OBJECTION TO CONFIRMATION OF PLAN | 0.80 | $432.00 |
| 5/20/2009 | 017 | RW RILEY | REVIEWING OBJECTIONS TO CONFIRMATION OF PLAN BY VARIOUS CREDITORS AND PARTIES IN INTEREST | 1.70 | $918.00 |

Duane Morris
June 3, 2009
Page 12

File # K0248-00001                                    INVOICE #  1483040
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/21/2009 | 017 | MR LASTOWSKI | REVIEW ARROWOOD'S OBJECTION TO DEBTOR'S MOTION TO SHORTEN RE: MOTION TO STRIKE EXPERT TESTIMONY | 0.10 | $67.50 |
| 5/21/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' PLAN OBJECTION | 0.90 | $607.50 |
| 5/21/2009 | 017 | MR LASTOWSKI | REVIEW ERISA PLAN OBJECTION | 0.10 | $67.50 |
| 5/26/2009 | 017 | MR LASTOWSKI | REVIEW INSURER'S DESIGNATED WITNESSES | 0.10 | $67.50 |
| 5/26/2009 | 017 | MR LASTOWSKI | REVIEW PROTECTIVE ORDER (PLAN DISCOVERY) | 0.20 | $135.00 |
| 5/27/2009 | 017 | AC MAHOLCHIC | REVIEWING DOCKET AND CONTACTING TRAVELERS' COUNSEL TO OBTAIN OBJECTION FILED UNDER SEAL. | 0.30 | $91.50 |
| 5/27/2009 | 017 | MR LASTOWSKI | REVIEW TRAVELER'S PLAN OBJECTION (SEALED SECTION) | 0.50 | $337.50 |
| 5/27/2009 | 017 | MR LASTOWSKI | REVIEW ST. PAUL PLAN OBJECTION | 0.20 | $135.00 |
| 5/27/2009 | 017 | MR LASTOWSKI | REVIEW DRAFT NOTICE OF APPEAL (DEFAULT INTEREST ISSUE) | 0.10 | $67.50 |
| 5/28/2009 | 017 | MR LASTOWSKI | ANALYSIS OF DEBTORS' MOTION IN LIMINE (MESSRS. PRIEST AND SHEEN) | 0.40 | $270.00 |
| 5/29/2009 | 017 | AC MAHOLCHIC | PREPARING SERVICE LIST AND CERTIFICATE OF SERVICE FOR NOTICE OF APPEAL FROM ORDER DATED MAY 19, 2009. TELEPHONE WITH BANKRUPTCY COURT HELP DESK TO RESOLVE ECF EMBEDDED ERROR PREVENTING FILING AND FILING THE SAME. | 1.40 | $427.00 |
| 5/29/2009 | 017 | RW RILEY | REVIEWING OBJECTION TO PLAN CONFIRMATION | 1.50 | $810.00 |
| | | | Code Total | 14.60 | $8,686.00 |

Duane Morris
June 3, 2009
Page 13

File # K0248-00001                                      INVOICE #  1483040
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/30/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 4/30/2009 | 025 | WS KATCHEN | REVIEW CLAIM SETTLEMENT NOTICE. | 0.20 | $151.00 |
| 4/30/2009 | 025 | WS KATCHEN | REVIEW MEMO OPINION UNDER RULE 7056. | 0.30 | $226.50 |
| 4/30/2009 | 025 | WS KATCHEN | RESEARCH ON WHITEHOUSE ISSUE, CITED BY INSURERS. | 0.40 | $302.00 |
| 4/30/2009 | 025 | WS KATCHEN | REVIEW MOTION TO STRIKE EXPERT REPORT. | 0.80 | $604.00 |
| 5/1/2009 | 025 | WS KATCHEN | DOCKET UPDATE. | 0.20 | $151.00 |
| 5/1/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION FOR PROTECTIVE ORDER LIBBY CLAIMANTS. | 0.20 | $151.00 |
| 5/4/2009 | 025 | WS KATCHEN | REVIEW ORDER - SCHEDULING MOTION TO STRIKE WHITEHOUSE'S EXPERT REPORT, ET AL. | 0.10 | $75.50 |
| 5/4/2009 | 025 | WS KATCHEN | REVIEW ORDER GRANTING LIBBY CLAIMANT'S MOTION RE: CMO. | 0.10 | $75.50 |
| 5/4/2009 | 025 | WS KATCHEN | REVIEW ORDER - OMNIBUS SETTLEMENTS. | 0.10 | $75.50 |
| 5/4/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: CMO (DEPOSITION SCHEDULE). | 0.10 | $75.50 |
| 5/4/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR PROTECTIVE ORDER - LIBBY DEPOSITION. | 0.10 | $75.50 |
| 5/5/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 5/5/2009 | 025 | WS KATCHEN | ORDER ON OBJECTION TO MASS. DEPT. OF REVENUE. | 0.10 | $75.50 |
| 5/5/2009 | 025 | WS KATCHEN | REVIEW ARROOWOOD'S REQUEST TO TAKE JUDICIAL NOTICE. | 0.20 | $151.00 |
| 5/5/2009 | 025 | WS KATCHEN | ANDERSON MEMORIAL ISSUES ON APPEAL. | 0.10 | $75.50 |
| 5/5/2009 | 025 | WS KATCHEN | DESIGNATION OF RECORD OF APPEAL. | 0.10 | $75.50 |
| 5/6/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 5/8/2009 | 025 | WS KATCHEN | REVIEW RESULTS - MONTANA PRESENTATION. | 0.20 | $151.00 |
| 5/8/2009 | 025 | WS KATCHEN | EMAILS TO STROOCK. | 0.20 | $151.00 |
| 5/8/2009 | 025 | WS KATCHEN | EMAILS TO CREDITOR. | 0.20 | $151.00 |
| 5/8/2009 | 025 | WS KATCHEN | UPDATE DOCKET AND REVIEW GRACE PROPOSED SETTLEMENT. | 0.20 | $151.00 |
| 5/8/2009 | 025 | WS KATCHEN | ERISA CLASS ACTION. | 0.20 | $151.00 |
| 5/11/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' PLAN SUPPLEMENT TO 1ST AMENDED JOINT PLAN. | 0.20 | $151.00 |
| 5/11/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' RESPONSE IN SUPPORT OF MOTION TO STRIKE EXPERT REPORT - WHITEHOUSE. | 0.40 | $302.00 |
| 5/11/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 5/11/2009 | 025 | WS KATCHEN | REVIEW AGENDA 5/14/09. | 0.10 | $75.50 |
| 5/13/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.30 | $226.50 |

Duane Morris
June 3, 2009
Page 14

File # K0248-00001                                      INVOICE # 1483040
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/13/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT ON ERISA SETTLEMENT. | 0.20 | $151.00 |
| 5/19/2009 | 025 | WS KATCHEN | REVIEW OPINION. | 0.30 | $226.50 |
| 5/20/2009 | 025 | WS KATCHEN | REVIEW LIMITED OBJECTION OF BANK LENDER GROUP TO LIBBY CLAIMANTS' MOTION. | 0.10 | $75.50 |
| 5/20/2009 | 025 | WS KATCHEN | REVIEW ONE BEACON AMERICAN INS. CO. AND SEATON INS. RESPONSE TO KANEB. | 0.10 | $75.50 |
| 5/20/2009 | 025 | WS KATCHEN | REVIEW ACC OPPOSITION TO LIBBY CLAIMANTS' MOTION. | 0.10 | $75.50 |
| 5/20/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' RESPONSE TO LIBBY CLAIMANTS' MOTION TO STRIKE EXPERT REPORT. | 0.20 | $151.00 |
| 5/20/2009 | 025 | WS KATCHEN | REVIEW P. ZILLY EXPERT REPORT. | 0.30 | $226.50 |
| 5/21/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.30 | $226.50 |
| 5/22/2009 | 025 | WS KATCHEN | UPDATE DOCKET. | 0.30 | $226.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW FINAL WITNESS LIST-PLAN PROPONENTS. | 0.10 | $75.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW DRAFT ORDER (WHITEHOUSE) AND CERTIFICATION OF COUNSEL. | 0.20 | $151.00 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW CERTIFICATION RE: IRS. | 0.10 | $75.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW JOINT MOTION TO REMAND. | 0.10 | $75.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' COUNTER-DESIGNATION OF RECORD ON APPEAL. | 0.10 | $75.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW ARROWOOD'S OBJECTION. | 0.10 | $75.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW ERISA PLAINTIFFS' LIMITED OBJECTION TO PLAN. | 0.10 | $75.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW ALLSTATE INSURANCE OBJECTION TO PLAN. | 0.30 | $226.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW OBJECTION OF SCOTTS CO. TO PLAN. | 0.50 | $377.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW OBJECTION OF STATE OF MONTANA. | 0.50 | $377.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW OBJECTION BY BANK LENDERS TO PLAN. | 0.50 | $377.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW UST OBJECTION TO PLAN. | 0.10 | $75.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' OBJECTION. | 1.70 | $1,283.50 |
| 5/22/2009 | 025 | WS KATCHEN | REVIEW ARROWOOD'S PHASE II OBJECTIONS TO PLAN. | 0.60 | $453.00 |
| 5/26/2009 | 025 | WS KATCHEN | ANALYSIS FINAL PLAN OBJECTIONS BY INSURERS/SCOTTS. | 1.70 | $1,283.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW ZURICH INSURANCE CO. PLAN OBJECTION. | 0.10 | $75.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW ALLSTATE INSURANCE CO. PLAN OBJECTIONS. | 0.20 | $151.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW OBJECTION TO BNSF TO PLAN. | 0.40 | $302.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW OBJECTION BY FED INSURANCE CO. | 0.30 | $226.50 |

Duane Morris
June 3, 2009
Page 15

File # K0248-00001                                          INVOICE #  1483040
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/26/2009 | 025 | WS KATCHEN | REVIEW OBJECTION BY GEICO AND REPUBLIC INSURANCE CO., TO PLAN. | 0.50 | $377.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.20 | $151.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' MOTION TO STRIKE EXPERT REPORT B. HEINZE. | 0.20 | $151.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING MINIMUM CONTRIBUTIONS TO DEFINED BENEFIT PENSION PLANS. | 0.20 | $151.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW STIPULATION AMENDING ORDER RETENTION M. SANDERS. | 0.10 | $75.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW APPLICATION FOR RETENTION BY DEBTORS OF SPECIAL LITIGATION COUNSEL. | 0.20 | $151.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW CLAIMS OBJECTION - MADISON COMPLEX INC. | 0.30 | $226.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW LIMITED OBJECTION BY TYCO HEALTHCARE GROUP TO PLAN. | 0.10 | $75.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW FINAL OBJECTION TO PLAN - ONE BEACON AM. INS. | 0.80 | $604.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW EXHIBITS TO ONE BEACON AM. INC. OBJECTION. | 0.70 | $528.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW EXPERT REPORT JAMES SHEIN. | 0.30 | $226.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW DEPOSITION TESTIMONY P. VAN LOCKWOOD. | 0.20 | $151.00 |
| 5/27/2009 | 025 | WS KATCHEN | RESEARCH IN RE: GROSSMAN'S 400 B.R. 429 (D. DEL. 2009) CITED BY STATE OF MONTANA. | 0.20 | $151.00 |
| 5/27/2009 | 025 | WS KATCHEN | REVIEW TRAVELERS' OBJECTION TO PLAN. | 0.70 | $528.50 |
| 5/27/2009 | 025 | WS KATCHEN | REVIEW EXHIBITS FILED WITH TRAVELERS' OBJECTION. | 0.20 | $151.00 |
| 5/27/2009 | 025 | WS KATCHEN | ADDITIONAL ANALYSIS/REVIEW FINAL PLAN OBJECTIONS - LIBBY CLAIMANTS. | 0.90 | $679.50 |
| 5/28/2009 | 025 | WS KATCHEN | REVIEW DRAFT MOTION OF OCC TO MODIFY CMO OUTLINE SUGGESTED REVISIONS. | 0.40 | $302.00 |
| 5/28/2009 | 025 | WS KATCHEN | REVIEW STIPULATION RE: CLASSIFICATION OF CLAIMS OF MORGAN STANLEY SENIOR FUNDING. | 0.10 | $75.50 |
| 5/29/2009 | 025 | WS KATCHEN | COORDINATE FILING APPEAL. | 0.20 | $151.00 |
| 5/29/2009 | 025 | WS KATCHEN | ATTENTION TO PLAN OBJECTION. | 1.80 | $1,359.00 |
| 5/29/2009 | 025 | WS KATCHEN | RESEARCH PLAN ISSUES RAISED BY INSURERS. | 1.20 | $906.00 |
| 5/29/2009 | 025 | WS KATCHEN | ADDITIONAL REVIEW EXPERT REPORTS FOR INSURERS J. SHEIN AND G. PRIEST. | 1.30 | $981.50 |

Duane Morris
June 3, 2009
Page 16

File # K0248-00001

    W.R. GRACE & CO.

INVOICE #  1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/29/2009 | 025 | WS KATCHEN | REVIEW INSURER'S PLAN OBJECTION - SKINNER ENGINE & COURT'S OPINION - FORWARD TO STROOCK. | 1.10 | $830.50 |
| | | | Code Total | 27.30 | $20,611.50 |

Duane Morris
June 3, 2009
Page 17

File # K0248-00001                                      INVOICE #  1483040
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/20/2009 | 026 | WS KATCHEN | ATTENTION TO LIBBY PLAN OBJECTION AND POTENTIAL RESOLUTION/JUDICIAL DETERMINATION. | 1.60 | $1,208.00 |
| | | | Code Total | 1.60 | $1,208.00 |

Duane Morris
June 3, 2009
Page 18

File # K0248-00001                                    INVOICE #  1483040
      W.R. GRACE & CO.

| | | |
|---|---|---|
| TOTAL SERVICES | 57.20 | $38,838.00 |

Duane Morris
June 3, 2009
Page 19

File # K0248-00001                                    INVOICE # 1483040
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 5/31/2009 | COURT SEARCH SERVICE | | 18.92 |
| | | Total: | $18.92 |

                        TOTAL DISBURSEMENTS        $18.92

Duane Morris
June 3, 2009
Page 20

File # K0248-00001

W.R. GRACE & CO.

INVOICE #  1483040

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 15.20 | 675.00 | 10,260.00 |
| 02585 | RW RILEY | PARTNER | 4.40 | 540.00 | 2,376.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 33.10 | 755.00 | 24,990.50 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 1.70 | 305.00 | 518.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.90 | 290.00 | 551.00 |
| 05596 | SL WOLFENDEN | PARALEGAL | 0.10 | 220.00 | 22.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 0.80 | 150.00 | 120.00 |
| | | | 57.20 | | $38,838.00 |