# EXHIBIT 2



BMC GROUP Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**WR Grace**
Invoice #: 21_090331
Expense Summary

| Period Ending | 3/31/2009 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Dinner - BMC | $24.04 |
| | | Document Storage | $631.20 |
| | | DTC SPL Listing | $145.00 |
| | | Lodging - BMC | $310.70 |
| | | Lunch | $9.57 |
| | | Pacer | $6.96 |
| | | Parking | $58.00 |
| | | Rental Vehicle | $277.68 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,913.15** |

EXHIBIT 2

BMC GROUP                     WR GRACE - EXPENSE DETAIL                              MARCH 2009

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Date | Expense Type | Amount | Description |
|---|---|---|---|---|---|---|---|
| 21_090331 | WR Grace | BMC, BMC | BMC | 3/31/09 | B-linx User Fee | $350.00 | B-linx User Fee |
| 21_090331 | WR Grace | BMC, BMC | BMC | 3/31/09 | B-Linx/Data Storage | $850.00 | B-linx User Fee |
| 21_090331 | WR Grace | BMC, BMC | BMC | 3/31/09 | Website Hosting | $250.00 | Website Hosting |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | American Express | 3/29/09 | Rental Vehicle | $19.95 | Garmin GPS rental |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | Hilton Garden Inn | 3/28/09 | Lodging - BMC | $310.70 | KMartin 3/25-27/09 |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | JWA Northeast | 3/28/09 | Parking | $58.00 | 3/25-27/09 |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | Budget | 3/27/09 | Rental Vehicle | $257.73 | Drive to Donnelley Lancaster, PA Facility 3/25-27/09 |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | Chili's Grill | 3/26/09 | Dinner - BMC | $24.04 | KMartin travel meal |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | Panda Concourse | 3/25/09 | Lunch | $9.57 | KMartin travel meal |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | DTCC | 3/18/09 | DTC SPL Listing | $145.00 | DTC SPR fee for WR Grace CUSIP 38388F108 |
| 21_090331 | WR Grace | BMC, BMC | Pacer | 3/31/09 | Pacer | $6.96 | Qtrly doc dwnld 1/1/09-3/31/09 |
| 21_090331 | WR Grace | BMC, BMC | BMC | 3/31/09 | Document Storage | $631.20 | 427 boxes |
|  |  |  |  |  |  | $2,913.15 |  |

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al
INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #   021-20090330-1 | 3/30/2009 | $1,405.17 |
| | Total | $1,405.17 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

021-20090330-1

| Job Type | Job Item | Pages/Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation | 77 / 119 | Document/Data Preparation | Mail File Setup | 14 Tasks @ $25.00 each | 350.00 |
| | | | Postage | USPS - 1st Class | 35 Pieces @ $1.17 each | 40.95 |
| | | | | USPS - 1st Class | 3 Pieces @ $1.51 each | 4.53 |
| | | | | USPS - 1st Class | 1 Piece @ $4.95 each | 4.95 |
| | | | | USPS - 1st Class | 1 Piece @ $15.50 each | 15.50 |
| | | | | USPS - 1st Class | 1 Piece @ $2.16 each | 2.16 |
| | | | | USPS - 1st Class | 6 Pieces @ $1.85 each | 11.10 |
| | | | | USPS - 1st Class | 72 Pieces @ $1.98 each | 142.56 |
| | | | Production | Collate and Stuff | 119 Pieces @ $.08 each | 9.52 |
| | | | | Printed Impressions | 8,239 Pieces @ $.10 each | 823.90 |
| | | | | | | 1,405.17 |

EXHIBIT 2