**EXHIBIT 2**

BMC GROUP
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_090131**

| Period Ending | 1/31/2009 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $617.70 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,067.70** |

BMC GROUP

WR GRACE - EXPENSE DETAIL

JANUARY 2009

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_090131 | WR Grace | BMC10, BMC | BMC | $250.00 | 1/31/09 | Website Hosting | Website Hosting |
| 21_090131 | WR Grace | BMC10, BMC | BMC | $850.00 | 1/31/09 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_090131 | WR Grace | BMC10, BMC | BMC | $350.00 | 1/31/09 | B-linx User Fee | B-linx User Fee |
| 21_090131 | WR Grace | BMC10, BMC | BMC | $617.70 | 1/31/09 | Document Storage | 426 boxes |
| | | | | $2,067.70 | | | |

EXHIBIT 2

**BMC GROUP**
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_090228**

| Period Ending 2/28/2009 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $631.20 |
| | Website Hosting | $250.00 |
| | **Total** | **$2,081.20** |

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

FEBRUARY 2009

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_090228 | WR Grace | BMC, BMC | BMC | $350.00 | 2/28/09 | B-linx User Fee | B-linx User Fee |
| 21_090228 | WR Grace | BMC, BMC | BMC | $850.00 | 2/28/09 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_090228 | WR Grace | BMC, BMC | BMC | $250.00 | 2/28/09 | Website Hosting | Website Hosting |
| 21_090228 | WR Grace | BMC, BMC | BMC | $631.20 | 2/28/09 | Document Storage | 427 boxes |
| | | | | $2,081.20 | | | |

EXHIBIT 2



**BMC GROUP Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

WR Grace
Invoice #: 21_090331
Expense Summary

Period Ending 3/31/2009

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Dinner - BMC | $24.04 |
| Document Storage | $631.20 |
| DTC SPL Listing | $145.00 |
| Lodging - BMC | $310.70 |
| Lunch | $9.57 |
| Pacer | $6.96 |
| Parking | $58.00 |
| Rental Vehicle | $277.68 |
| Website Hosting | $250.00 |
| **Total** | **$2,913.15** |

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

MARCH 2009

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_090331 | WR Grace | BMC, BMC | BMC | $350.00 | 3/31/09 | B-linx User Fee | B-linx User Fee |
| 21_090331 | WR Grace | BMC, BMC | BMC | $850.00 | 3/31/09 | B-Linx/Data Storage | B-linx User Fee |
| 21_090331 | WR Grace | BMC, BMC | BMC | $250.00 | 3/31/09 | Website Hosting | Website Hosting |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | American Express | $19.95 | 3/29/09 | Rental Vehicle | Garmin GPS rental |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | Hilton Garden Inn | $310.70 | 3/28/09 | Lodging - BMC | KMartin 3/25-27/09 |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | JWA Northeast | $58.00 | 3/28/09 | Parking | 3/25-27/09 |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | Budget | $257.73 | 3/27/09 | Rental Vehicle | Drive to Donnelley Lancaster, PA Facility 3/25-27/09 |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | Chili's Grill | $24.04 | 3/26/09 | Dinner - BMC | KMartin travel meal |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | Panda Concourse | $9.57 | 3/25/09 | Lunch | KMartin travel meal |
| 21_090331 | WR Grace | zzCorpAMEX-Kmartin, kmartin | DTCC | $145.00 | 3/18/09 | DTC SPL Listing | DTC SPR fee for WR Grace CUSIP 38388F108 |
| 21_090331 | WR Grace | BMC, BMC | Pacer | $6.96 | 3/31/09 | Pacer | Qtrly doc dwnld 1/1/09-3/31/09 |
| 21_090331 | WR Grace | BMC, BMC | BMC | $631.20 | 3/31/09 | Document Storage | 427 boxes |
| | | | | $2,913.15 | | | |

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice # 021-20090205-1 | 2/5/2009 | $451.84 |
|  | Total | $451.84 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 2/5/2009
Invoice #: 021-20090205-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | DS & Exh Book | 1,179 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $33.18 each | $33.18 |
| | | | | USPS - 1st Class | 1 Piece @ $17.30 each | $17.30 |
| | | | | USPS - 1st Class | 1 Piece @ $22.05 each | $22.05 |
| | | | Production | Printed Impressions | 3537 Pieces @ $.10 each | $353.70 |
| | | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

**Total Due:** $451.84

*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #   021-20090330-1 | 3/30/2009 | $1,405.17 |
| | Total | $1,405.17 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

021-20090330-1

| Job Type | Job Item |
|---|---|
| Noticing Document | Solicitation |

| Pages/Parties | Step | Task | Details | Total |
|---|---|---|---|---|
| 77 / 119 | Document/Data Preparation | Mail File Setup | 14 Tasks @ $25.00 each | 350.00 |
| | Postage | USPS - 1st Class | 35 Pieces @ $1.17 each | 40.95 |
| | | USPS - 1st Class | 3 Pieces @ $1.51 each | 4.53 |
| | | USPS - 1st Class | 1 Piece @ $4.95 each | 4.95 |
| | | USPS - 1st Class | 1 Piece @ $15.50 each | 15.50 |
| | | USPS - 1st Class | 1 Piece @ $2.16 each | 2.16 |
| | | USPS - 1st Class | 6 Pieces @ $1.85 each | 11.10 |
| | | USPS - 1st Class | 72 Pieces @ $1.98 each | 142.56 |
| | Production | Collate and Stuff | 119 Pieces @ $.08 each | 9.52 |
| | | Printed Impressions | 8,239 Pieces @ $.10 each | 823.90 |
| | | | | 1,405.17 |

EXHIBIT 2