IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al., | ) Case No. 01-1139 (JKF) |
| Debtors. | ) Jointly Administered |
| | ) August 24, 2009 Agenda Item #16 |
| | ) Related Docket Nos. 22543, 22722, 22729 |

**CERTIFICATION OF COUNSEL REGARDING ORDER LIMITING USE OF COURT'S FINDINGS OR CONCLUSIONS WITH RESPECT TO SOLVENCY**

1. On July 20, 2009, the Official Committee of Asbestos Personal Injury Claimants (the "ACC") and the Asbestos PI Future Claimants' Representative (the "FCR") filed the *Joint Motion of the Official Committee of Asbestos Personal Injury Claimants and the Asbestos PI Future Claimants' Representative for Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency* (the "Motion") (Dkt. No. 22543), along with a proposed order, in the above-captioned cases.

2. On August 7, 2009, the Official Committee of Unsecured Creditors (the "UCC") and certain lenders under the Prepetition Bank Credit Facilities (the "Bank Lender Group") filed a joint objection to the Motion (Dkt. No. 22722) (the "UCC/Bank Lender Objection"). BNSF Railway Company ("BNSF") also objected to the Motion and joined in the UCC/Bank Lender Objection (Dkt. No. 22729).

3. A hearing on the Motion and objections is scheduled before this Court on August 24, 2009 at 10:30 a.m. in Wilmington, Delaware.

{D0159830.1 }

4.	On August 18, 2009, the ACC and FCR reached agreement with the UCC and the Bank Lender Group, which resolves their objection to the Motion.  BNSF has also advised that the agreement resolves its objection to the Motion.

5.	Attached hereto as **Exhibit A** is a revised proposed order, which reflects the agreement reached among the parties.  A blackline of the revised proposed order compared against the proposed order filed with the Motion is attached hereto as **Exhibit B**.

6.	The ACC and FCR have circulated the revised proposed order to the Debtors, the UCC, the Bank Lender Group and BNSF.  Each party has advised that it agrees with the form of the revised proposed order.

7.	Accordingly, the ACC and FCR respectfully request that the Court enter the order attached hereto as Exhibit A.

Dated:  August 20, 2009	Respectfully submitted,

CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE   19801
Telephone:  (302) 426-1900
Facsimile:  (302) 426-9947
mhurford@camlev.com

and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY   10152-3500
Telephone:  (212) 319-7125
Facsimile:  (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C.   20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*


PHILIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Philips
John C. Philips (Bar No. 110)
1200 North Broom Street
Wilmington, DE   19806
Telephone:  (302) 655-4200
Facsimile:  (302) 655-4210
jcp@pgslaw.com

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
1152 15th Street, N.W.
Washington, DC   20005
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500

*Counsel for David T Austern, Asbestos PI Future Claimants' Representative*