**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| _____ ) | |
| **In re:** ) | **Chapter 11** |
| ) | **Case No. 01-1139 (JKF)** |
| **W.R. GRACE & CO., et al.,** ) | |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

    I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on August 20, 2009 a copy of the *Certification of Counsel Regarding Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency* was served via first class mail on the parties on the attached 2002 service list.

Dated: August 20, 2009

                                                    */s/Mark T. Hurford*_____
                                                    Mark T. Hurford (No. 3299)

{D0159837.1 }