**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| | ) Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.,* | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related to Dkt. Nos. 20872, 22559** |

**AMENDMENT TO PRETRIAL SUBMISSION OF FIREMAN'S FUND INSURANCE COMPANY, WITH RESPECT TO ITS "SURETY CLAIM," FOR PHASE II OF THE HEARING ON CONFIRMATION OF THE FIRST AMENDED PLAN OF REORGANIZATION**

Fireman's Fund Insurance Company ("Fireman's Fund"), a creditor and party in interest, hereby amends its previously-filed Pretrial Submission with respect to its "Surety Claim" for Phase II of the hearing on confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co. (Dkt. No. 22559), as follows:

1.      Fireman's Fund withdraws its designation of Mike A. Hatchell as a witness to be called by Fireman's Fund during the Phase II hearing.

2.      Fireman's Fund withdraws its designation of the Declaration of Mike A. Hatchell In Support Of Motion By Fireman's Fund Insurance Company Pursuant To Bankruptcy Rule 3018 For Temporary Allowance Of Claim No. 15175, dated May 20, 2009, as an exhibit to be introduced into evidence by Fireman's Fund during the Phase II hearing.

Fireman's Fund continues to reserve its right to call witnesses not listed in its Pretrial Submission to rebut or respond to evidence offered by any other party.

Dated:  August 20,  2009

Respectfully submitted,


*/s/ John D. Demmy*

John D. Demmy (DE Bar No. 2802)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone:  (302) 425-3308
Telecopier:  (610) 371-8515
Email:  jdd@stevenslee.com

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 624-2500
Telecopier:  (202) 628-5116
Email:  mplevin@crowell.com
Email:  ldavis@crowell.com
Email:  tyoon@crowell.com

Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702
Telephone:  (215) 751-2864/2885
Telecopier:  (610) 371-7376/8505
Email:  lpg@stevenslee.com
Email:  mes@stevenslee.com

Attorneys for Fireman's Fund Insurance
Company

8805023

- 2 -

## CERTIFICATE OF SERVICE

I certify that on this 20th day of August, 2009, true and correct copies of *Amendment to Pretrial Submission of Fireman's Fund Insurance Company, with Respect to its "Surety Claim" for Phase II of the Hearing on Confirmation of the First Amended Plan of Reorganization* were served on the parties on the attached service list by electronic mail.

   */s/ John D. Demmy.*      
John D. Demmy

| | |
|---|---|
| aaronsona@pepperlaw.com | eileen.mccabe@mendes.com |
| acordo@mnat.com | elongosz@eckertseamans.com |
| acraig@cuyler.com | emdecristofaro@FMEW.com |
| akelley@dilworthlaw.com | erosenthal@rmgglaw.com |
| akrieger@stroock.com | ewestbrook@rpwb.com |
| alexander.mueller@mendes.com | ewolfe@skfdelaware.com |
| anna.newsom@mendes.com | fmonaco@wcsr.com |
| arich@alanrichlaw.com | fournierd@pepperlaw.com |
| arosenberg@paulweiss.com | FRosner@mrs-law.com |
| arunning@kirkland.com | gcalhoun@steptoe.com |
| belias@omm.com | ghorowitz@kramerlevin.com |
| bharding@kirkland.com | gibbonsj@whiteandwilliams.com |
| bmukherjee@goodwinprocter.com | gmcdaniel@bglawde.com |
| bsb@capdale.com | green@lrclaw.com |
| bsb@capdale.com | Greg.Stclair@skadden.com |
| bstansbury@kirkland.com | gsvirsky@omm.com |
| butcher@lrclaw.com | heather.bloom@kirkland.com |
| candon@cwg11.com | hertzbergr@pepperlaw.com |
| carignanj@pepperlaw.com | hriedel@srbp.com |
| carl.pernicone@wilsonelser.com | ilevee@lowenstein.com |
| carolina.acevedo@mendes.com | IRosenberg@cozen.com |
| casarinom@whiteandwilliams.com | jal@capdale.com |
| caseyl@pepperlaw.com | jal@capdale.com |
| Catherine.chen@wilsonelser.com | james.freeman2@usdoj.gov |
| cbruens@kirkland.com | jbaer@jsbpc.com |
| cgreco@kirkland.com | jcohn@cozen.com |
| cohn@cwg11.com | jcp@pgslaw.com |
| collins@rlf.com | jcutler@orrick.com |
| cprince@sonnenschein.com | jeff.friedman@kattenlaw.com |
| david.boutrous@kirkland.com | jeffrey.boerger@dbr.com |
| david.klauder@usdoj.gov | jguy@orrick.com |
| david.primack@dbr.com | jk@kttlaw.com |
| david.turetsky@skadden.com | jmeltzer@sbtklaw.com |
| dbernick@kirkland.com | john.mcfarland@grace.com |
| dblabey@kramerlevin.com | joneill@pszjlaw.com |
| dfelder@orrick.com | jpruggeri@hhlaw.com |
| dglosband@goodwinprocter.com | jpw@capdale.com |
| dmannal@kramerlevin.com | jpw@capdale.com |
| Dpastor@Gilmanpastor.com | jsakalo@bilzin.com |
| drosenbloom@mwe.com | jsottile@zuckerman.com |
| drosendorf@kttlaw.com | jspadaro@johnsheehanspadaro.com |
| dsilver@mccarter.com | jwaxman@cozen.com |
| dspeights@speightsrunyan.com | jwisler@cblh.com |
| ealcabes@stblaw.com | kandestin@rlf.com |
| ei@capdale.com | karen.f.lee@kirkland.com |

SL1 942894v1/021630.00003

| | |
|---|---|
| kbornstein@sbtklaw.com | pmahaley@orrick.com |
| klove@kirkland.com | ppantaleo@stblaw.com |
| kmakowski@pszjlaw.com | pvnl@capdale.com |
| kmangan@wcsr.com | ramos@rlf.com |
| kmayer@mccarter.com | rdehney@mnat.com |
| kmiller@skfdelaware.com | Reynolds@rlf.com |
| korr@orrick.com | rfrankel@orrick.com |
| kpasquale@stroock.com | rguttmann@zeklaw.com |
| landis@lrclaw.com | rhorkovich@andersonkill.com |
| lepley@crowell.com | richard.finke@grace.com |
| lesayian@kirkland.com | rifft@wileyrein.com |
| lkruger@stroock.com | rjsidman@vorys.com |
| loberholzer@pszjlaw.com | rmillner@sonnenschein.com |
| locasaleg@whiteandwilliams.com | rriley@duanemorris.com |
| lstover@eckertseamans.com | rwyron@orrick.com |
| Madigan.andrea@epa.gov | sbaena@bilzin.com |
| madron@rlf.com | scalogero@cuyler.com |
| mark.shelnitz@grace.com | sfreedman@dilworthlaw.com |
| maward@wcsr.com | speirce@fulbright.com |
| mdavis@zeklaw.com | SSchindlerWilliams@KRAMERLEVIN.com |
| mdavis@zeklaw.com | sshimshak@paulweiss.com |
| meltzere@pepperlaw.com | stearn@rlf.com |
| merritt.pardini@kattenlaw.com | swspencer@FMEW.com |
| meskin@camlev.com | tcairns@pszjlaw.com |
| metkin@lowenstein.com | tcurrier@saul.com |
| mgiannotto@goodwinprocter.com | tfreedman@kirkland.com |
| mhurford@camlev.com | tgerber@fulbright.com |
| michael.brown@dbr.com | tgerber@fulbright.com |
| mjoseph@ferryjoseph.com | thomas.quinn@mendes.com |
| mkramer@bilzin.com | tmacauley@zuckerman.com |
| mlastowski@duanemorris.com | tmessana@mws-law.com |
| mphillips@cblh.com | toolee@pepperlaw.com |
| mphillips@paulweiss.com | travis.langenkamp@kirkland.com |
| mpiropato@stblaw.com | tschiavoni@omm.com |
| mplevin@crowell.com | tscobb@vorys.com |
| mshiner@tuckerlaw.com | ttacconelli@ferryjoseph.com |
| mumford@lrclaw.com | ustpregion03.wl.ecf@usdoj.gov |
| mwallace@orrick.com | vguldi@zuckerman.com |
| mweis@dilworthlaw.com | warren.pratt@dbr.com |
| nancy.manzer@wilmer.com | wbs@capdale.com |
| ndf@capdale.com | wbs@capdale.com |
| noah.heller@kattenlaw.com | wrussell@stblaw.com |
| pbentley@kramerlevin.com | wshelley@cozen.com |
| pcuniff@pszjlaw.com | yoderj@whiteandwilliams.com |
| pkoepff@omm.com | young@wildman.com |

SL1 942894v1/021630.00003

SL1 942894v1/021630.00003