**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF NOTICE OF
DEPOSITION OF DENISE NEUMANN MARTIN**

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors of

W.R. Grace & Co., *et al.*, in the above captioned Chapter 11 proceedings, by and through its

respective undersigned counsel, hereby withdraws its notice of deposition of Denise Neumann

Martin, dated August 7, 2009.

Dated: August 20, 2009

Respectfully Submitted,

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:         mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:         wskatchen@duanemorris.com

and

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:     (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:        lkruger@stroock.com
               kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.