**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
AND BANK LENDER GROUP'S JOINT DRAFT DIRECT
WITNESS ORDER AND ESTIMATED TESTIMONY TIME**

The Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. *et al.* (the "Debtors"), and certain lenders under the Prepetition Bank Credit Facilities[1] (the "Bank Lender Group"[2]), by their respective undersigned counsel, in compliance with the Fourth Amended Case Management Order Related to the First Amended Plan of Reorganization, dated August 17, 2009 [Docket No. 22819], jointly submit this draft order of their direct witness testimony and the estimated time for such testimony:

---

[1] The Prepetition Bank Credit Facilities include (i) that certain Credit Agreement, dated May 14, 1998, among W.R. Grace & Co. (the "Company"), W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto (the "1998 Credit Agreement"), and (ii) that certain 354-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto (as amended, the "1999 Credit Agreement", together with the 1998 Credit Agreement, the "Credit Agreements"). The Credit Agreements are attached as Exhibit A and B to the Affidavit of Charles O. Freedgood of JPMorgan Chase Bank, N.A., filed June 26, 2009 and June 30, 2009 [Docket Nos. 22279, 22306].

[2] The Bank Lender Group includes: (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Babson Capital Management LLC; (iv) Bass Companies; (v) Caspian Capital Advisors, LLC; (vi) Catalyst Investment Management Co., LLC; (vii) Cetus Capital, LLC; (viii) DE Shaw Laminar Portfolios, LLC; (ix) Farallon Capital Management, L.L.C.; (x) Halcyon Asset Management LLC; (xi) Intermarket Corp.; (xii) JP Morgan Chase, N.A. Credit Trading Group; (xiii) Loeb Partners Corporation; (xiv) MSD Capital L.P.; (xv) Normandy Hill Capital, L.P.; (xvi) Onex Debit Opportunity Fund Ltd.; (xvii) P. Schoenfeld Asset Management, LLC; (xviii) Restoration Capital Management, LLC; and (xix) Royal Bank of Scotland, PLC. The Bank Lender Group, together with all holders of Claims under the Credit Agreements, including the previous holders of such Claims, are collectively referred to as the "Bank Lenders."

- 2 –

1. <u>Charles O. Freedgood - JP Morgan Chase Bank N.A.</u>

Mr. Freedgood will testify by Affidavit (the "Freedgood Affidavit"), previously entered in evidence by agreement during the "Phase I" confirmation hearing held on June 22 and 23, 2009 (Docket Nos. 22279 and 22306). This testimony will not take any Court time beyond the introduction of the Freedgood Affidavit into evidence.

2. <u>Robert Frezza - Capstone Advisory Group LLC</u>

Mr. Frezza will testify with respect to his expert report, served on parties-in-interest on August 3, 2009. His direct testimony is estimated to take 45 minutes of Court time.

The Committee and Bank Lender Group will also seek to introduce the evidence set forth in the Joint Request Of The Official Committee Of Unsecured Creditors And The Bank Lender Group For The Court To Take Judicial Notice At The Confirmation Hearing Of Certain Documents And Proceedings In These Bankruptcy Cases, dated August 7, 2009 [Docket No. 22724], and expressly reserve their respective rights to introduce additional testimony and documentary evidence in rebuttal to the Plan Proponent's proof at trial.

| | |
|---|---|
| Dated:  August 20, 2009 | Respectfully submitted,<br>**DUANE MORRIS LLP**<br><br>*/s/ Michael R. Lastowski*<br>Michael R. Lastowski (DE I.D. 3892)<br>Richard W. Riley (DE I.D. 4052)<br>William S. Katchen<br>1100 North Market Street, Suite 1200<br>Wilmington, Delaware 19801-1246<br>Telephone: (302) 657-4942<br>Facsimile:  (302) 657-4901 |

-and-

**STROOCK & STROOCK & LAVAN LLP**
Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York 10038
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006
*Counsel for The Official Committee
of Unsecured Creditors of W.R. Grace & Co. et al.*


**LANDIS RATH & COBB LLP**

*/s/ James S. Green*
Richard Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware  19899
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Stepehen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990

*Attorneys for The Bank Lender Group*