IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) ) ) | |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of a copy of the (i) *Notice Of Withdrawal Of Notice Deposition Of Denise Neumann Martin* (ii) *Notice Of Deposition Of Robert Tarola and* (iii) *The Official Committee Of Unsecured Creditors And Bank Lender Group's Joint Draft Direct Witness Order And Estimated Testimony Time* were made on August 20, 2009, upon the individuals identified on the attached Service List in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: August 20, 2009  */s/ Michael R. Lastowski*
Wilmington, Delaware  Michael R. Lastowski

DM3\1116294.1