# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## DRAFT ORDER OF WITNESSES AND ESTIMATED TIME OF DIRECT EXAMINATION OF MARYLAND CASUALTY COMPANY

In accordance with paragraph 3 of the *Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization* [D.I. 22819] dated August 17, 2009, Maryland Casualty Company ("MCC"), by and through its undersigned counsel, hereby submits the following proposed order of its witnesses and respective estimates of time of direct examination for the Phase II Confirmation Hearing:

| Order of Witnesses[1] | Witness | Estimated Time of Direct Examination[2] |
|---|---|---|
| 1. | Peter Lockwood (via designated deposition transcript) | 15 minutes |
| 2. | Jeffrey Posner (via designated deposition transcript) | 15 minutes |
| 3. | Al McComas and/or a records custodian of MCC (live or via declaration) | 60 minutes |
| 4. | Any witness(es) designated and/or called by any other party | Unknown |
| 5. | Any witness(es) necessary in rebuttal to any evidence or argument made at or before the Confirmation Hearing that is or may be contrary to the interests of MCC | Unknown |
| 6. | Any witness(es) necessary in rebuttal to any evidence or argument made at or before the Confirmation Hearing relating to Libby issues that is or may be contrary to the interests of MCC. | Unknown |

---

[1] MCC reserves the right to change the order of the witnesses based on subsequent developments prior to and during the Phase II Confirmation Hearing.

[2] MCC reserves the right to exceed the estimated time of direct examination of the witnesses based on subsequent developments prior to and during the Phase II Confirmation Hearing.

In accordance with the *Supplemental Pre-Trial Submission Of Maryland Casualty Company* [D.I. 22770], this *Draft Order of Witnesses and Estimated Time of Direct Examination* is submitted without prejudice to the designation or presentation of any and all additional witnesses that MCC may deem necessary.

Dated: August 20, 2009    CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
Kelly M. Conlan (#4786)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:

Edward J. Longosz, II
Gabriella Cellarosi
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC  20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile
*Attorneys for Maryland Casualty Company*

#710749v1