# EXHIBIT A

| CNA's Objections to the Libby Claimants' Deposition Designations for Phase II | | |
|---|---|---|
| **Designation** | **Summary** | **Objection(s)** |
| **Deposition of Peter Van N. Lockwood** | | |
| 96:3 to 97:20 | • How a settled asbestos insurance company on Exhibit 5 ascertains the scope of the protection it is afforded by the Asbestos PI Channeling Injunction. | • Legal conclusion<br><br>• Hearsay as to CNA |
| 116:14 to 118:12 | • Whether the claims that Scotts, Kaneb, BNSF, and Libby may have through any of the insurance policies are being extinguished by virtue of Section 7.22(d)(ii). | • Legal conclusion<br><br>• Hearsay as to CNA |
| 389:19 to 392:12 | • The standard for allowing or disallowing an asbestos PI claim under Section 502. | • Legal conclusion<br><br>• Hearsay as to CNA |