**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**DRAFT ORDER OF WITNESSES AND ESTIMATED TIME OF DIRECT EXAMINATION OF ZURICH INSURANCE COMPANY AND <u>ZURICH INTERNATIONAL (BERMUDA) LTD.</u>**

In accordance with paragraph 3 of the *Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization* [D.I. 22819] dated August 17, 2009, Zurich Insurance Company and Zurich International (Bermuda) Ltd. (jointly, "Zurich"), by and through its undersigned counsel, hereby submits the following proposed order of its witnesses and respective estimates of time of direct examination for the Phase II Confirmation Hearing:

| **Order of Witnesses**[1] | **Witness** | **Estimated Time of Direct Examination**[2] |
|---|---|---|
| 1. | George Priest | 15 minutes[3] |
| 2. | James B. Shein | 15 minutes[4] |
| 3. | A records custodian of Zurich (live or via declaration) | Unknown |
| 4. | Any witnesses designated and/or called by any other party | Unknown |
| 5. | Any witness(es) necessary in rebuttal to any evidence or argument made at or before the Confirmation Hearing that is or may be contrary to the interests of Zurich | Unknown |

---

[1] Zurich reserves the right to change the order of the witnesses based on subsequent developments prior to and during the Phase II Confirmation Hearing.

[2] Zurich reserves the right to exceed the estimated time of direct examination of the witnesses based on subsequent developments prior to and during the Phase II Confirmation Hearing.

[3] This is in addition to any direct examination by other parties who are relying on Mr. Priest's testimony.

[4] This is in addition to any direct examination by other parties who are relying on Mr. Shein's testimony.

In accordance with the *Pre-Trial Submission Of Zurich Insurance Company And Zurich International (Bermuda) Ltd.* [D.I. 22535], this *Draft Order of Witnesses and Estimated Time of Direct Examination* is submitted without prejudice to the designation or presentation of any and all additional witnesses that Zurich may deem necessary.

Dated: August 20, 2009                CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
Kelly M. Conlan (#4786)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

*Attorneys for Zurich Insurance Company and Zurich International (Bermuda) Ltd.*

#710756v1