**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------x
                                                                :
In re:                                                          :
                                                                : Chapter 11
                                                                :
W.R. GRACE & CO., et al.,                                       : Case No. 01-01139 (JKF)
                                                                : Jointly Administered
                                                                :
              Debtors.                                          : **Hearing Dates: September 8-11, 2009**
                                                                :
                                                                : **Re: Docket No. 22819**
                                                                :
                                                                :
----------------------------------------------------------------x

**TRAVELERS CASUALTY AND SURETY COMPANY'S**
**DRAFT ORDER OF WITNESSES AND ESTIMATED TIME FOR**
**DIRECT EXAMINATION AT PHASE II CONFIRMATION HEARING**

Pursuant to the Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (the "CMO"), Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company ("Travelers"), hereby submits this Draft Order Of Witnesses And Estimated Time For Direct Examination ("Order of Witnesses").

Travelers intends to call the following witnesses for direct examination in the below-designated order for the estimated length of time indicated:

(1) Patricia Hooper-Kelley – 1.25 hours

(2) Jeffrey Posner – 2 hours

(3) Jay Hughes – 1 hour

Travelers reserves all rights to amend, modify or supplement its Order of Witnesses and has supplied each time allocation only as an estimate in accordance with the CMO without waiver of its right to exceed or reduce the time needed for direct examination of any or all witnesses.

Dated: August 20, 2009

                              Respectfully submitted,

                              /s Ann C. Cordo
                              Robert J. Dehney (#3578)
                              Ann C. Cordo (#4817)
                              MORRIS, NICHOLS, ARSHT & TUNNELL
                              1201 N. Market Street
                              Wilmington, Delaware 19899
                              Telephone: (302) 658-9200
                              Email: RDehney@MNAT.com
                                        ACordo@MNAT.com

                              Mary Beth Forshaw
                              Kathrine A. McLendon
                              Elisa Alcabes
                              SIMPSON THACHER & BARTLETT LLP
                              425 Lexington Avenue
                              New York, New York 10017-3954
                              Telephone: (212) 455-2000
                              Email: mforshaw@stblaw.com
                                        kmclendon@stblaw.com
                                        ealcabes@stblaw.com

                              *Attorneys for Travelers Casualty and Surety Company*