IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 |
| W.R. Grace & Co., *et. al.*, | ) ) | Case No. 01-01139 (JKF) |
| Debtors. | ) ) | Jointly Administered |
| | ) ) | Related Docket No. 22819 |

**[DRAFT] ORDER OF WITNESSES AND ESTIMATED TIME OF DIRECT TESTIMONY FOR THE PHASE II CONFIRMATION HEARING**

Fireman's Fund Insurance Company ("FFIC"), Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft (collectively, "Allianz", and together with FFIC, "FFIC/Allianz"), pursuant to the *Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization* [Filed: 8/17/09] [Docket No. 22819], hereby identify their witnesses and the estimated time of direct examination for each such witness for the Phase II confirmation hearing (the "Hearing"):[1]

FFIC/Allianz intend to call the following individuals as witnesses at the Hearing:

(1) Corporate representatives of FFIC/Allianz. Estimated time of direct examination: 1 hour.[2]

---

[1] FFIC/Allianz cannot commit to any particular order of witnesses or on what days such may be called to testify because such will depend on the contemplated order of witnesses proposed by the proponents of the plan and possibly by other plan objectors.

[2] It is contemplated that the FFIC/Allianz corporate representatives will testify with respect to the authenticity and genuineness of insurance policies and related agreements that will be proffered by FFIC/Allianz (the "FFIC/Allianz Policies"). However, FFIC/Allianz is in the process of negotiating a written stipulation with the proponents of the plan with respect to the admissibility of the FFIC/Allianz Policies for purposes of the Hearing only. If a stipulation is reached, then the FFIC/Allianz corporate representatives will not be called to testify at the Hearing.

SL1 942978v1/021630.00003

(2) George L. Priest, Professor of Law and Economics at Yale Law School (expert witness).[3] Estimated time of direct examination: 15 minutes (to the extent that FFIC/Allianz has questions in addition to those asked by other insurers).

(3) James B. Shein, Clinical Professor of Management & Strategy, Kellogg School of Management – Northwestern University (expert witness).[4] Estimated time of direct examination: 15 minutes (to the extent that FFIC/Allianz has questions in addition to those asked by other insurers).

(4) Richard Kowalczyk, Senior Director of Surety of FFIC, regarding FFIC's Surety Claim and related objections. Estimated time of direct examination: 30 to 45 minutes.

\* \* \*

FFIC/Allianz reserves the right to supplement or add to this list in response to any such list filed by any other party. FFIC/Allianz reserves the right to call any witness or to seek to introduce any evidence identified by any other party.

---

[3] FFIC/Allianz will call Professor Priest as an expert witness in conjunction with the other objecting insurers that have proffered Professor Priest as an expert witness. FFIC/Allianz does not intend to pursue direct examination testimony that is duplicative of other objecting insurers that have proffered Professor Priest.

[4] FFIC/Allianz will call Professor Shein as an expert witnesses in conjunction with the other objecting insurers that have proffered Professor Shein as an expert witness. FFIC/Allianz does not intend to pursue direct examination testimony that is duplicative of other objecting insurers that have proffered Prof. Shein.

SL1 942978v1/021630.00003

Dated: August 20, 2009
      Wilmington, Delaware

STEVENS & LEE, P.C.

  /s/ John D. Demmy.
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

-and-

Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Telephone: (215) 751-2864/2885
Telecopier: (610) 371-7376/8505
Email: lpg@stevenslee.com
Email: mes@stevenslee.com

*Attorneys for Fireman's Fund Insurance Company, Allianz S.P.A., F/K/A Riunione Adriatica Di Sicurta, And Allianz SE, f/k/a Allianz Aktiengesellschaft*

CROWELL & MORING LLP
Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Telecopier: (202) 628-5116
Email: mplevin@crowell.com
Email: ldavis@crowell.com
Email: tyoon@crowell.com

*Attorneys for Fireman's Fund Insurance Company (solely with respect to Surety Claim issues raised by Fireman's Fund Insurance Company)*

3