IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related D.I. No.: 22806, 22814** |

### OBJECTION OF MARYLAND CASUALTY COMPANY TO BNSF RAILWAY COMPANY'S CONFIDENTIAL INITIAL DEPOSITION DESIGNATIONS OF TESTIMONY OF JEFFREY POSNER, RICHARD FINKE, JAY HUGHES, AND PETER VAN N. LOCKWOOD AND TO THE LIBBY CLAIMANTS' NOTICE OF FILING TRANSCRIPT AND DEPOSITION EXCERPT DESIGNATIONS

Maryland Casualty Company ("MCC"), by and through its undersigned counsel, hereby objects to the *BNSF Railway Company's Confidential Initial Deposition Designations of Testimony of Jeffrey Posner, Richard Finke, Jay Hughes, and Peter Van N. Lockwood* [D.I. No. 22806] ("BNSF Designations") and *Libby Claimants' Notice of Filing Transcript and Deposition Excerpt Designations* [D.I. No. 22814] ("Libby Claimants' Designations") as follows:[1]

1. MCC objects to the testimony designated by the BNSF Designations and Libby Claimants' Designations (collectively, "Designated Testimony") based upon any and all objections that were raised at the respective deposition to the question or statement that gave rise to the designated response.

2. MCC objects to all Designated Testimony from proceedings other than the above-captioned bankruptcy cases. Such testimony is hearsay and is inadmissible under Rule 802 of the Federal Rules of Evidence. *See also*, *New Jersey Turnpike Authority v. PPG Industries, Inc.*,

---

[1] MCC reserves its right to object to testimony designations filed by other parties, including the Plan Proponents, to the extent that such designations are offered in opposition to the positions set forth in the *Supplemental Pre-Trial Submission of Maryland Casualty Company,* or as otherwise warranted by the context and purpose for which it is used.

197 F.3d 96, 110 (3d Cir.1999) ("the declarant must be unavailable; testimony must be taken at a hearing, deposition, or civil action or proceeding; and the party against whom the testimony is now offered must have had, or its predecessor in interest must have had, an opportunity and similar motive to develop the testimony by direct, cross, or redirect examination").

3.   MCC objects to all portions of the Designation Testimony that are inconsistent with MCC's interests on the basis that such Designated Testimony:

   (a)   is irrelevant, immaterial and/or unnecessary and is thus inadmissible under Rules 402 and 403 of the Federal Rules of Evidence;

   (b)   is hearsay and is thus inadmissible under Rule 802 of the Federal Rules of Evidence;

   (c)   constitutes opinion testimony by a lay witness and is thus inadmissible under Rule 701 of the Federal Rules of Evidence;

   (d)   lacks foundation; and

   (e)   is not the best evidence.

4.   MCC reserves its right to object to the Designated Testimony on any grounds under the Federal Rules of Evidence based upon the context and/or purported purpose of the testimony as offered.

5.   This Objection is submitted without waiver of any of MCC's rights, including its right to raise additional objections to evidence introduced by other parties prior to or during the Phase II Plan Confirmation Hearing.

6.   MCC hereby joins objections to the designated testimony filed by other parties, to the extent that such objections are consistent with MCC's interests.

Dated: August 20, 2009   CONNOLLY BOVE LODGE & HUTZ LLP
      Wilmington, Delaware

/s/ Jeffey C. Wisler
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:
Edward J. Longosz, II
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.,
Suite 1200
Washington, DC  20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

Attorneys for Maryland Casualty Company

#711183