**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

**DRAFT ORDER OF WITNESSES WITH ESTIMATED**
**TIME OF DIRECT EXAMINATION OF *CREDITORS* ONEBEACON AMERICA**
**INSURANCE COMPANY AND SEATON INSURANCE COMPANY**

Pursuant to the Court's Fourth Amended Case Management Order Related to the

First Amended Joint Plan of Reorganization (D.I. 22819), OneBeacon America Insurance

Company ("OneBeacon") and Seaton Insurance Company ("Seaton"), by and through

their undersigned counsel, hereby submit this draft Order of Witnesses:[1]

1.    Michael Powers, Assistant Vice President – Direct Claims, Resolute

Management, Inc. – New England Division or Linda MacDonald, Account Manager,

Resolute Management, Inc. – New England Division (Est. Direct Exam. – 45 minutes).[2]

2.    James B. Shein, Clinical Professor of Management & Strategy, Kellogg

School of Management – Northwestern University (Est. Direct Examination – 1.5

---

[1] The Plan Proponents appear to contend that Seaton has residual asbestos-related insurance coverage obligations to the Debtors under Unigard Policy No.1-2517. (*See* D.I. 20874, Ex. "5" thereto at 9). Accordingly, in its capacity as an insurer with alleged residual coverage obligations to the Debtors, Seaton also joins in the Draft Order of Witnesses With Estimated Time of Direct Examination of Government Employees Insurance Company and Republic Insurance Company n/k/a Starr Indemnity & Liability Company.

[2] The Plan Proponents, on the one hand, and OneBeacon and Seaton, on the other, have agreed to work out a stipulation (similar to the Stipulation executed in Phase I of the Confirmation Hearing) that should avoid the need to have Mr. Powers or Ms. MacDonald testify live at Phase II of the Confirmation Hearing. The Stipulation, however, has not yet been executed by the parties and filed with the Court.

hours).[3]

3.      Jay Hughes (Est. Direct Exam. – 30 minutes).

4.      Jeffrey Posner (Est. Direct Exam. – 30 minutes).

5.      Mark Shelnitz (Est. Direct Exam. – 30 minutes).[4]

The foregoing list only includes those witnesses that OneBeacon and Seaton intend to call live in Phase II of the Confirmation Hearing in connection with their case-in-chief.  It does not include those witnesses whom OneBeacon and Seaton have designated, or will designate, to testify by deposition.  Nor does it address the witnesses of the Plan Proponents or other parties-in-interest (whether they testify live or by declaration).  OneBeacon and Seaton, however, reserve the right to examine or cross-examine any such witnesses.  In addition, as indicated in their Phase II Pre-Trial Submission, OneBeacon and Seaton reserve their right to call rebuttal witnesses on any issues raised by the Plan Proponents or other parties-in-interest in connection with the plan confirmation proceedings.  They also reserve the right to call any witness not listed

---

[3] It is anticipated that CNA's counsel will handle the direct examination of Prof. Shein, although counsel for OneBeacon and Seaton may have additional direct examination. The 1.5 hour estimate is the total for both.

[4] On August 19, 2009, the Plan Proponents disclosed for the first time their intention to call an unidentified "Sealed Air Witness" to testify on their behalf on the purported "appropriateness of releases" contained in the Plan.  This proposed witness was not listed on the Plan Proponents' Final Witness List or any of the three Phase II Pre-Trial Statements filed by the Plan Proponents.  OneBeacon and Seaton object to the late disclosure of this unidentified witness.  If the Court, however, permits this witness to testify, he/she must be identified immediately and made available for deposition by August 28, 2009.  In addition to those witnesses listed above, OneBeacon and Seaton reserve the right to call this unidentified witness live as part of their case-in-chief.

for the purpose of laying a foundation for the admission of documents and other
evidence.

Respectfully submitted,

Dated: August 20, 2009

  /s/ David P. Primack
Warren T. Pratt (DE 4334)
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 N. Market Street
Wilmington, DE 19801-1254
Tel. (302) 467-4200

- and -

Michael F. Brown (*pro hac vice*)
Jeffrey M. Boerger (*pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel. (215) 988-2700

*Counsel for Creditors OneBeacon
America Insurance Company and
Seaton Insurance Company*