**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | Related D.I. Nos.: 22806, 22814 and 22896 |

**PARTIAL JOINDER OF *CREDITORS* ONEBEACON AMERICA
INSURANCE COMPANY AND SEATON INSURANCE COMPANY IN D.I. NO. 22896**

OneBeacon America Insurance Company ("OneBeacon") and Seaton Insurance

Company ("Seaton"), by and through their undersigned counsel, hereby join in the

objection set forth in paragraph 2 of D.I. No. 22896.


Respectfully submitted,


Dated: August 20, 2009             /s/ David P. Primack
                                    Warren T. Pratt (DE 4334)
                                    David P. Primack (DE 4449)
                                    Drinker Biddle & Reath LLP
                                    1100 N. Market Street
                                    Wilmington, DE 19801-1254
                                    Tel. (302) 467-4200

                                    - and -

                                    Michael F. Brown (*pro hac vice*)
                                    Jeffrey M. Boerger (*pro hac vice*)
                                    Drinker Biddle & Reath LLP
                                    One Logan Square
                                    18th & Cherry Streets
                                    Philadelphia, PA 19103-6996
                                    Tel. (215) 988-2700

                                    *Counsel for Creditors OneBeacon
                                    America Insurance Company and
                                    Seaton Insurance Company*