IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ARROWOOD'S OBJECTIONS TO THE LIBBY CLAIMANTS' DEPOSITION DESIGNATIONS FOR PHASE II

### EXHIBIT A

Dated: August 20, 2009
New York, New York

Garvan F. McDaniel, Esq. (#4167)
BIFFERATO, GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801
(302) 429-1900 Phone
(302) 429-8600 Fax

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
(212) 326-2267

*Counsel to Arrowood Indemnity*
*Company, f/k/a Royal Indemnity Company*

| Designation | Summary | Objection(s) |
|---|---|---|
| **Deposition of Peter Van N. Lockwood** | | |
| 96:3 to 97:20 | • How a settled asbestos insurance company on Exhibit 5 ascertains the scope of the protection it is afforded by the Asbestos PI Channeling Injunction. | • Legal conclusion<br>• Hearsay as to Arrowood |
| 116:14 to 118:12 | • Whether the claims that Scotts, Kaneb, BNSF, and Libby may have through any of the insurance policies are being extinguished by virtue of Section 7.22(d)(ii). | • Legal conclusion<br>• Hearsay as to Arrowood |
| 389:19 to 392:12 | • The standard for allowing or disallowing an asbestos PI claim under Section 502. | • Legal conclusion<br>• Hearsay as to Arrowood |