IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ARROWOOD'S COUNTER DESIGNATIONS AND OBJECTIONS TO BNSF RAILWAY COMPANY'S CONFIDENTIAL INITIAL DEPOSITION DESIGNATIONS OF TESTIMONY OF JEFFERY POSNER, RICHARD FINKE, JAY HUGHES, AND PETER VAN N. LOCKWOOD

## EXHIBIT D

Dated: August 20, 2009
New York, New York

Garvan F. McDaniel, Esq. (#4167)
BIFFERATO, GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900 Phone
(302) 429-8600 Fax

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
(212) 326-2267

*Counsel to Arrowood Indemnity Company, f/k/a Royal Indemnity Company*

Deposition Designation Key:
AR = ARROWOOD                                       LF = LACKS FOUNDATION
OBJ = OBJECTION                                     CFS = CALLS FOR SPECULATION
CDC = COUNTER DESIGNATION FOR COMPLETENESS          S = SPECULATIVE
R = RELEVANCE                                       H = HEARSAY
BE = BEST EVIDENCE                                  LPK = LACKS PERSONAL KNOWLEDGE
CLC = CALLS FOR LEGAL CONCLUSION                    AFNE = ASSUME FACT NOT IN EVIDENCE
IH = INCOMPLETE HYPOTHETICAL

```
         IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE
                      -   -   -

In Re:                        : Chapter 11
                              :
                              : Case No.
W.R. GRACE & CO., et al,      : 01-01139 JKF
                              :
                              : (Jointly
          Debtors             : Administered)


                      -   -   -

              Thursday, June 11, 2009

                      -   -   -
```

Oral deposition of JAY W. HUGHES, JR., ESQUIRE, taken pursuant to notice, was held at the offices of KIRKLAND & ELLIS, 665 Fifteenth Street, NW, Washington, DC 20005, commencing at 9:07 a.m., on the above date, before Lori A. Zabielski, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

```
                      -   -   -

              MAGNA LEGAL SERVICES
                Seven Penn Center
                 1635 Market Street
                     8th Floor
          Philadelphia, Pennsylvania 19103
```

```
                    -  -  -
            AFTERNOON SESSION
                    -  -  -
BY MR. LEWIS:
    Q.    I want to go to page 13 of
the document entitled Topic of Deposition
that Grace produced here. I want to go
to the Rights of BNSF, BNSF being
Burlington Northern Santa Fe Railway
Company.
    A.    Yes.
    Q.    What do you know about those
claims in the bankruptcy?
            MS. HARDING: Object to
broadness and form.
            But go ahead.
            THE WITNESS: What I know is
that Burlington Northern
Railroad -- well, let me start
again.
            Grace's mine and milling
facility outside of Libby, Montana
had a process where from the mill,
it ran down the mountain to a
```

AR's OBJ:
LPK
LF

1   loading station on railroad tracks
2   that were on the banks of the
3   Kootenai River that they operated
4   this loading station on railroad
5   property and rail line owned by
6   the Burlington Northern Railroad;
7   that in connection with the
8   agreement to which Grace operated
9   the loading facility, for lack of
10  a better term, they agreed to
11  indemnify the Burlington Northern
12  Railroad for injuries and personal
13  injuries resulting from the
14  loading activities on the property
15  down at the railroad; and that
16  there is a question in my mind,
17  and although I have seen some
18  documents, and there is also that
19  there was some insurance provided
20  to them in connection with the
21  indemnification, either through a
22  specific policy that Grace
23  acquired that Burlington Northern
24  was the insured or there were also

AR's OBJ: LPK LF

1    some allegations -- again, I don't
2    know which one -- I am not sure
3    this latter part was ever proven,
4    at least to my satisfaction.
5         There were also some
6    allegations that there may have
7    been some Grace policies in
8    existence during some period of
9    time during Grace's operation that
10   Burlington Northern was added as
11   an additional insured on the Grace
12   policies.
13  BY MR. LEWIS:
14        Q.    You have never seen those
15   policies?
16        A.    I have seen some of the
17   indemnification agreements, and I may
18   have seen the policies, some of the
19   policies over the course of time.
20        Q.    Do you recall that the
21   policies --
22             MS. HARDING:  Were you
23   finished?  I didn't know if you
24   were finished.

```
 1                THE WITNESS:  Yes.
 2                MS. HARDING:  Sorry.  Okay.
 3   BY MR. LEWIS:
 4       Q.    By the way, any time if I
 5   interrupt you, sometimes I get going and
 6   I interrupt -- I am in a good way today,
 7   but sometimes I interrupt -- you stop me,
 8   and I will let you finish your answer.  I
 9   may not like it, but I will let you
10   answer.
11                Did you see any of the
12   policies that named Burlington Northern
13   Santa Fe as an additional named insured?
14       A.    I don't recall specifically
15   seeing those, no.
16       Q.    Are you referring to siding
17   agreements?  Is that what you are
18   referring to?
19       A.    Yes.
20       Q.    So it's your understanding
21   that the siding agreements themselves
22   provided that Grace would indemnify the
23   BNSF?
24                MS. HARDING:  I just don't
```

```
 1        think --
 2                MR. LEWIS:   I thought that's
 3        what you said.
 4   BY MR. LEWIS:
 5        Q.      Did you say that?
 6        A.      There is an indemnification
 7   around.
 8        Q.      Whether it's a siding
 9   agreement, there is an indemnification?
10        A.      Right.  And I have seen
11   those.  I just don't recall the specific
12   details.
13        Q.      And there were Grace
14   employees that worked on that siding
15   loading vermiculite concentrate -- do you
16   know what vermiculite concentrate is?
17        A.      Yes, I do.
18        Q.      Okay.  It's partially
19   processed.  It's ore processed before
20   it's expanded, correct?
21        A.      Yes.  It's beneficiated up
22   at the mine and mill that's processed,
23   and it's shipped in railcars out to
24   expanding plants.  And it generally then
```

```
 1    Northern Santa Fe.
 2             Is that acceptable?
 3       A.    Sure, that's great.
 4       Q.    And when I refer to Grace, I
 5    will be referring to W.R. Grace Company
 6    and its predecessors that operated at the
 7    mine, including Zonolite Corporation.
 8             Is that okay?
 9       A.    That's fine.
10       Q.    Are you aware of the
11    historical business relationship between
12    Grace and BNSF?
13       A.    Yes.
14       Q.    Would it be a fair and
15    accurate summary of that relationship to
16    say that from at least as early as 1942
17    Grace operated, through various leases
18    and agreements between BNSF and Grace, a
19    loading dock and suspension bridge over
20    the railway's right-of-way and also
21    transported vermiculite to be mined over
22    the railway tracks?
23       A.    Yes.
24       Q.    And do you have an
```

[Handwritten annotation in left margin: "AR'S OBJ: LPK LF"]