```
 1   understanding as to whether Grace
 2   provided indemnification to BNSF for any
 3   personal injury or death that resulted
 4   from Grace's operations of the suspension
 5   bridge and loading dock?
 6              MS. HARDING:   Object to the
 7       form.
 8              MR. LIESEMER:   Object to the
 9       form of the question.
10              THE WITNESS:   Yes.
11              (Hughes-4 marked for
12       identification at this time.)
13   BY MS. CASEY:
14       Q.     Take a look at exhibit
15   Hughes-4 for me, please.
16       A.     Sure.
17       Q.     Do you recognize this
18   document?
19       A.     I think I have seen it
20   before.
21       Q.     Do you know what this
22   document is?
23       A.     Based on my review this
24   afternoon, it is an agreement between
```

```
 1   purchase or obtain insurance in its own
 2   name to insure its indemnification
 3   obligation to BNSF?
 4              MS. HARDING:  Object to
 5        form.
 6              THE WITNESS:  I don't know.
 7   BY MS. CASEY:
 8        Q.   And then moving on to
 9   paragraph 9, are you aware of any
10   policies that were purchased for BNSF in
11   accordance with paragraph 9 of this
12   agreement?
13        A.   As I said, I am not sure I
14   have seen any policies.  I do recall that
15   there is correspondence in the file that
16   would indicate that there may have been
17   policies purchased.
18        Q.   Have you seen any
19   certificates of insurance indicating that
20   policies have been purchased?
21        A.   Not that I specifically
22   recall.
23              MS. CASEY:  Okay.  On the
24        record real quick, I am going to
```

```
 1    a break so I have time to read all
 2    the documents that have been
 3    marked and just take a ten-minute
 4    break?
 5           MS. CASEY:  Yes.
 6           MS. HARDING:  I want to make
 7    sure that I am making my proper
 8    objections.  Thanks.
 9           (There was a break from 2:43
10    p.m. to 2:57 p.m.)
11           THE WITNESS:  Before we go
12    further, in reviewing the
13    documents here, I think I
14    misspoke.  I had it reversed in
15    looking at the correspondence in a
16    couple of things you said.
17           The certificates of
18    insurance and the correspondence
19    from 1961, my understanding is
20    that there is evidence that Grace
21    purchased insurance for the
22    benefit of the Burlington Northern
23    related to the operation of the
24    loading facility out in Libby,
```

1   Montana.
2       I haven't seen -- I am not
3   familiar with the fact that
4   Burlington Northern was
5   specifically added as an insured
6   to Grace's own general liability
7   policies, and I think I had that
8   reversed when we were speaking a
9   moment ago.
10  BY MS. CASEY:
11      Q.   Is it your understanding
12  that to the extent any policy was
13  purchased naming BNSF as the insured,
14  that it is the subject of a settlement
15  agreement with the insurers and Grace?
16          MS. HARDING: Object to
17      foundation to the extent that you
18      know.
19          MR. SCHIAVONI: Vague and
20      ambiguous.
21          THE WITNESS: I would have
22      to look at the insurance
23      agreements themselves.
24  BY MS. CASEY:

```
 1          MR. LEWIS:  He testified
 2     after a break that Grace purchased
 3     independent policies that provided
 4     coverage to BNSF.
 5  BY MR. LEWIS:
 6          Q.     That was your testimony,
 7  correct?
 8          A.     I don't think that's what I
 9  testified to.  I think that prior to the
10  break, I had testified that there were
11  two -- it is my understanding there were
12  two allegations by BNSF of possible
13  insurance coverage related to the loading
14  facility at Libby, Montana in the
15  railroads, the right-of-way, and that I
16  had testified beforehand that I had heard
17  and was aware of documents and letters
18  concerning the existence of support for
19  the allegation that they had been named
20  as an additional insured under the Grace
21  comprehensive general liability policies.
22          And I think I corrected that
23  and said that the letters and the
24  information I was talking about indicated
```

AR's OBJ: LPK

AR's OBJ: LPK

1  that there were policies that Grace had
2  purchased and that -- for BNSF rather
3  than being named as additional insured
4  under the Grace policies.
5       Q.   That's my understanding of
6  your testimony, sir.  So Grace purchased
7  policies that covered BNSF, correct?
8            MR. SCHIAVONI: Objection.
9       That's not what he testified to.
10           THE WITNESS: I haven't seen
11      the policies.  I said I was shown
12      correspondence, and the
13      correspondence I was referring to
14      that I had seen before indicated
15      that there were policies of that
16      kind.  But I hadn't seen the
17      policies.  I hadn't seen the
18      policies.
19 BY MR. LEWIS:
20      Q.   You had been identified as
21 Grace's 30(b)(6) designated witness on
22 the subject of these insurance policies.
23           Is it your testimony now --
24      A.   Well, I testified --

```
 1       Q.    Well, I am asking -- no, I
 2  am asking you what you know about that.
 3             From your own knowledge, did
 4  Zonolite or Grace, or and Grace, agree to
 5  indemnify the railroad contractually for
 6  liability relating to that siding in
 7  Libby?
 8             MS. HARDING:  I will object
 9        on foundation to the extent you
10        know.
11             MR. LEWIS:  If he doesn't
12        know, he can say he doesn't know.
13             THE WITNESS:  I don't know.
14        I would have to see a document,
15        this document and certainly
16        correspondence which would imply
17        that.  But I don't see anything
18        directly evidencing that kind of
19        agreement between Grace, Zonolite,
20        and the railroad.
21  BY MR. LEWIS:
22       Q.    Did Zonolite agree to
23  purchase insurance at any time to
24  provide -- to provide coverage for BNSF,
```

AR's
OBJ:
CFS
LF
LPK

AR'S OBJ:
CFS
LF
LPK

1   if you know?
2           MR. SCHIAVONI: Objection to
3       form, no foundation.
4           THE WITNESS: Again, there
5       are documents that would indicate
6       that that was the case, but I
7       haven't seen any of the policies.
8   BY MR. LEWIS:
9       Q.    Does Grace have copies of
10  the insurance policies?
11          MS. HARDING: I will object
12      to the form.
13          THE WITNESS: Grace has
14      copies of insurance policies.
15  BY MR. LEWIS:
16      Q.    We have requested those, and
17  Grace has not provided those to us.
18  Where are those policies kept?
19          MS. HARDING: Objection to
20      form. I think you asked him does
21      Grace have copies of insurance
22      policies, and he said yes, we have
23      copies of insurance policies.
24          Secondly, we have no