**PLAN PROPONENTS' DRAFT DATED 8/20/09**

| | |
|---|---|
| **Tuesday, September 8** ||
| **Plan Proponents' Case in Chief:** <br> **TDPs Provide Equal Treatment[1]** ||
| | Inselbuch <br> • history of trust procedures and TDPs <br><br> • modifications made in this case <br><br>                                         1.00 (direct) <br>                                         1.00 (cross) <br>                                           .25 (redir) <br>                                         2.25 (total) |
| | Welch <br> • basis for TDP severe pleural disease category <br><br> • TDP expedited review criteria are medically reasonable <br><br>                                         1.00 (direct) <br>                                         1.00 (cross) <br>                                          .25 (redir) <br>                                         2.25 (total) |
| | Peterson <br> • basis for scheduled values <br><br>                                           .75 (direct) <br>                                          .75 (cross) <br>                                          .25 (redir) <br>                                         1.75 (total) |
| | Hughes <br> • Libby litigation history <br><br>                                           .75 (direct) <br>                                          .75 (cross) |

---

[1] This schedule represents the Plan Proponents' best estimate of the timing for their case in chief and rebuttal testimony. However, the Plan Proponents reserve the right to call anyone listed on their witness list who may not be listed here. For the Libby case re equal treatment under the TDPs, possible additional witnesses include, but are not limited to, Parker, Anderson, Lees, Friedman, Stockman, and Hughes.

**PLAN PROPONENTS' DRAFT DATED 8/20/09**

|  |  |
|---|---|
|  | .25 (redir) |
|  | 1.75 (total) |
|  | <u>Hammar</u> (by declaration/stipulation) <br> <u>Longo</u> (by declaration/stipulation) |
|  | <u>Presentation of 1006 summaries of dep testimony (Whitehouse, Frank, Molgaard)</u> re: <br> (1) discrimination issues <br> (2) exposure issues <br> (3) settlement values <br> .75 (total) |
|  | **Total  8.75** |

**PLAN PROPONENTS' DRAFT DATED 8/20/09**

| | Wednesday, September 9 |
|---|---|
| | **Libby Claimants' Response re Equal Treatment** |
| | <u>5 claimants</u><br><br>    2.50 (total) |
| | <u>Whitehouse</u><br>• Libby medical issues<br><br>    1.5 (direct)<br>    1.0 (cross<br>    .50 (redir)<br>    3.00 (total) |
| | <u>Frank</u><br>• Libby medical issues<br><br>    1.00 (direct)<br>    .75 (cross)<br>    .25 (redir)<br>    2.00 (total) |
| | <u>Molgaard</u><br>• Libby epidemiology issues<br><br>    1.00 (direct)<br>    .50 (cross)<br>    .25 (redir)<br>    1.75 (total) |
| | <u>Spear</u><br>• Libby industrial hygiene issues<br><br>    .75 (direct)<br>    .50 (cross)<br>    .25 (redir)<br>    1.50 (total) |
| | <u>Declarations & documents</u> |
| | **Total  10.75** |

**PLAN PROPONENTS' DRAFT DATED 8/20/09**

| Thursday, September 10 ||
|---|---|
| **Plan Proponents' Rebuttal re Equal Treatment** ||
| | <u>Weill</u><br>• Libby medical issues<br><br>1.00 (direct)<br>.75 (cross)<br>.25 (redir)<br>2.00 (total) |
| | <u>Moolgavkar</u> (if necessary)<br>• Libby epidemiology issues<br><br>.75 (direct)<br>1.00 (cross)<br>.25 (redir)<br>2.00 (total) |
| | **Total  4.00** |
| | |
| Extra time to account for previous underestimates ||

**PLAN PROPONENTS' DRAFT DATED 8/20/09**

| Day 4 - Friday, September 11 ||
|---|---|
| **Plan Does Not Violate Insurance Company or Third Party Rights**<br>**TAC**<br>**Exculpation**<br>**Assignment**<br>**Reimbursement**<br>**Class 6 vs. 9**<br>**Scope of Injunctions & Releases** ||
| **Plan Proponents** | <u>Finke</u><br>• appropriateness of releases<br><br>.75(direct)<br>1.00 (cross)<br>.25 (redir)<br>2.00 (total) |
|  | <u>Inselbuch</u><br>• operation of the Trusts and the TAC<br><br>.50(direct)<br>1.00 (cross)<br>.25 (redir)<br>1.75 (total) |
|  | <u>Posner</u><br>• notification and insurer consent to settlement<br><br>.50 (direct)<br>1.00 (cross)<br>.50 (redir)<br>2.00 (total) |
|  | <u>Hughes</u><br>• TDP vs. tort system standards<br>• insurer consent to settlement<br><br>.50 (direct)<br>1.00 (cross)<br>.25 (redir)<br>1.75 (total) |
|  | <u>Sealed Air Witness</u> |

**PLAN PROPONENTS' DRAFT DATED 8/20/09**

|  |  |
|---|---|
|  | - appropriateness of releases<br><br>.50 (direct)<br>.50 (cross)<br>.25 (redir)<br>1.25 (total) |
|  | <u>Shelnitz</u> (by declaration/stipulation for corporate history; if not agreed to, then 1.00 hour for direct/cross) |
|  | <u>Arrowood Witness</u> (if needed, by declaration) .25 |
|  | **Total  8.75** |
|  |  |

**PLAN PROPONENTS' DRAFT DATED 8/20/09**

| Day 5 - Monday, September 14 ||
|---|---|
| **Insurer & Third Party Response:  Plan Does Not Violate Insurance Company or Third Party Rights** <br> **TAC** <br> **Exculpation** <br> **Assignment** <br> **Reimbursement** <br> **Class 6 vs. 9** <br> **Scope of Injunctions & Releases** ||
| **Insurers'/Third Party's Response:** | |
| | Priest <br> 1.50 |
| | Shein <br> 1.50 |
| | Patricia Hooper Kelley <br><br> 1.25 |
| | [Posner] <br> 2.00 |
| | Hughes <br> 1.00 |
| | Longacre <br> 1.00 |
| | FF Surety Bond - 2 witnesses <br> 1.00 |
| | CNA (?) <br> 1.00 |
| | Seaton/One Beacon (?) <br> 1.00 |
| | BNSF <br> 1.00 |
| | **Total   12.25** |
| **Rebuttal?** | |

7

**PLAN PROPONENTS' DRAFT DATED 8/20/09**

| | | |
|---|---|---|
| **Day 6 - Tuesday, September 15** | | |
| **Lender Default Interest** | | |
| | | Totals |
| **Plan Proponents** | Shelnitz<br>• Lender course of conduct | 1.50 |
| | Tarola<br>• Lender course of conduct | 1.00 |
| | Peterson<br>• liability estimate<br>• operations of the Trusts and TAC | 1.50 (direct)<br>1.50 (cross)<br>.25 (redir) |
| | Zilly<br>• solvency | 1.00 |
| | Presentation of 1006 summaries re dep testimony (Ordway, Frezza) re:<br>• solvency | .50 |
| **Lenders** | Frezza<br>• solvency | 1.00 |
| | Kruger (?)<br>• Lender course of conduct | 1.00 |
| | Freedgood (by declaration)<br>• default | |
| **PP Rebuttal** | Florence (?)<br>• estimates | .75 |

**PLAN PROPONENTS' DRAFT DATED 8/20/09**

|  | Martin<br>• estimates | .75 |
|---|---|---|
|  |  | **10.75** |

**PLAN PROPONENTS' DRAFT DATED 8/20/09**

| | | Totals |
|---|---|---|
| **Day 7 -Wednesday, September 16** ||
| **Plan Fulfills Other Requirements of 1129 and 524(g) of the Code** ||
| **Plan Proponents** | <u>Inselbuch</u><br>• plan satisfies 524(g) standards -- PI | 1.00 |
| | <u>Peterson</u><br>• plan satisfies 524(g) standards -- PI | .75 |
| | <u>Sanders</u><br>• plan satisfies 524(g) standards -- PD | 1.50 |
| | <u>Martin</u><br>• plan satisfies 524(g) standards -- PD | .75 |
| | <u>Finke</u><br>• plan satisfies 1129 standards (general)<br><br>• plan satisfies 524(g) standards --PD | 1.50 |
| | <u>LaForce</u><br>• plan satisfies 1129 -- feasibility | 1.00 |
| | <u>Zilly</u><br>• plan satisfies 1129 -- feasibility/best interest test | 1.50 |
| | <u>Maynes</u><br>• plan satisfies 1129 and 524(g) re tax issues | .25 |
| | <u>Tay</u> (by declaration/stipulation; if not agreed to then .50 hours direct/cross) | |

**PLAN PROPONENTS' DRAFT DATED 8/20/09**

|  | • Canadian settlement |  |
|---|---|---|
|  |  | **Total  8.5** |

**PLAN PROPONENTS' DRAFT DATED 8/20/09**

| Day 8 -Thursday, September 17 |||
|---|---|---|
| **Plan Fulfills Other Requirements of 1129 and 524(g) of the Codes** |||
| **Plan Proponents cont'd** | <u>Austern</u><br>• plan satisfies 524(g) standards - PI | 1.00 |
| **Objectors** | | **Totals** |
| | | ? |
| -- Anderson Mem (?) | ? | |
| -- Libby (?) | <u>Spear</u><br>• non-products coverage | |
| -- Others (?) | ? | |
| | | |
| **Rebuttal** | <u>Hughes</u><br>• non-products coverage | **?** |
| | <u>Posner</u><br>• non-products coverage | **?** |
| | <u>Longo</u> (addressed earlier in Libby, but also relevant here)<br>• non-products coverage | **?** |
| | | **Total** _____ |

| October 13 and October 14 (if needed) |||
|---|---|---|
| **Closing Argument** | | |

12