# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket No. 22561 |
| | ) 8/24/09 Agenda Item No. 10 |

### CERTIFICATE OF COUNSEL REGARDING ORDER (A) APPROVING THE AGREEMENT BY AND BETWEEN W. R. GRACE & CO.-CONN. AND BUYER; (B) AUTHORIZING THE SALE OF CERTAIN ASSETS OF W. R. GRACE & CO.-CONN.'S MEMBRANES BUSINESS TO BUYER, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT TO BUYER OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (D) GRANTING CERTAIN RELATED RELIEF

1. On July 20, 2009, the Debtors filed with the Court the Debtors' Motion for an Order (a) Approving the Agreement By and Between W. R. Grace & Co.-Conn. and Buyer; (b) Authorizing the Sale of Certain Assets of W. R. Grace & Co.-Conn.'s Membranes Business to Buyer Free and Clear of Liens, Claims, Encumbrances and Other Interests; (c) Authorizing the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn, A-1 Bit &, Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp, Emerson & Curning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Assumption and Assignment to Buyer of Certain Executory Contracts and Unexpired Leases; and (d) Granting Certain Related Relief (the "Motion").

2.     No objections were filed to the Motion. The Official Committee of Unsecured Creditors (the "Unsecured Creditors' Committee"), however, commented on and suggested changes to the proposed order (the "Order").

3.     The Debtors have made the changes requested by the Unsecured Creditors' Committee, which changes have been agreed to by the Buyer. The changes consist of: (a) in Paragraph 3 of the Order, a reference to and citation of the revised subsection 13.02(a) of the Agreement,[2] which reflects the change in the Agreement of the word "or" to "and" before subclause (ii) of subsection 13.02(a) of the Agreement and (b) the addition of the word "unrelated" before the term "third party" in each of the term's two appearances in that subsection.[3]

4.     Therefore, at the hearing on August 24, 2009, the Debtors will ask the Court to enter the revised, redacted Order, attached as **Exhibit A** hereto, and the Debtors will present an unredacted version of the revised Order at the hearing for entry and filing under seal.

---

[2] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Motion.

[3] Section 13.02(a) of the Agreement now provides in its entirety: "In the event that (i) this Agreement is terminated pursuant to Section 13.01 (other than pursuant to Section 13.01(a) or as a result of Buyer's material breach of this Agreement) and (ii) prior to the twelve (12) month anniversary of the date of this Agreement, Seller receives Bankruptcy Court approval to sell all or substantially all of the Transferred Assets to an unrelated third party and such sale to the unrelated third party pursuant to such Bankruptcy Court approval closes at any time thereafter, then Seller shall pay Buyer a fee equal to 2.5% of the Initial Purchase Price within thirty (30) days of the closing of such sale. Any fee payable pursuant to this Section shall be subject to Section 14.06."

Dated: August 20, 2009

    KIRKLAND & ELLIS LLP
    David M. Bernick, P.C.,
    Theodore L. Freedman
    601 Lexington Avenue
    New York, New York 10022
    Telephone:(212) 446-4800
    Facsimile: (212) 446-4900

    THE LAW OFFICES
    OF JANET S. BAER P.C.
    Janet S. Baer
    70 West Madison Street, Suite 2100
    Chicago, Illinois 60602
    Telephone:(312) 641-2162
    Facsimile: (312) 641-2165

    -and-

    PACHULSKI STANG ZIEHL & JONES LLP

    */s/ Janet E. Ohlen*
    Laura Davis Jones (Bar No. 2436)
    James E. O'Neill (Bar No. 4042)
    919 North Market Street, 17th Floor, P.O. Box 8705
    Wilmington, Delaware 19899-8705 (Courier 19801)
    Telephone:(302) 652-4100
    Facsimile: (302) 652-4400

    *Counsel for Debtors and Debtors in Possession*