IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | Chapter 11 |
|---|---|---|
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
|  | : | Jointly Administered |
| Debtors. | : |  |

## AXA BELGIUM DRAFT ORDER OF WITNESSES AND ESTIMATED TIME OF DIRECT TESTIMONY FOR THE PHASE II CONFIRMATION HEARING

AXA Belgium, as successor to Royale Belge, ("AXA Belgium"), pursuant to the Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Doc. No. 22819), hereby identifies its witnesses and the estimated time of direct examination for each such witness for the Phase II Confirmation Hearing:[1]

| Order of Witness | Witness (to the extent live testimony is necessary) | Time for Direct Examination |
|---|---|---|
| 1 | Jay Hughes | 15 minutes |
| 2 | Jeffrey Posner | 15 minutes |
| 3 | Richard Finke | 15 minutes |

The foregoing list only includes those witnesses that AXA Belgium intends to call live in Phase II of the Confirmation Hearing in connection with their case-in-chief. It does not include those witnesses whom AXA Belgium has designated, or will designate, to testify by deposition. Nor does it address the witnesses of the Plan Proponents or other parties-in-interest (whether

---

[1] As AXA Belgium has previously joined in the Phase II-related submissions of all other "Phase I" insurers objecting to confirmation of the Plan, as applicable, AXA Belgium similarly joins in the draft orders submitted by these insurers and expects to join in the direct examinations they conduct. However, in the event that any of the aforementioned insurers do not use their allotted time for direct examination,

they testify live or by declaration). AXA Belgium reserves the right to examine or cross-examine any such witnesses. In addition, as indicated in its Phase II Pre-Trial Submission, AXA Belgium reserves the right to call rebuttal witnesses on any issues raised by the Plan Proponents or other parties-in-interest in connection the Plan confirmation proceedings.  AXA Belgium also reserves the right to call any witness not listed for the purpose of laying a foundation for the admission of documents and other evidence.

Dated:  August 20, 2009

>Respectfully submitted,
>MENDES & MOUNT, LLP
>
>*/s/ Eileen T. McCabe*
>Eileen T. McCabe
>eileen.mccabe@mendes.com
>Mendes & Mount LLP
>750 Seventh Avenue
>New York, NY 10019
>212-261-8000 p
>212-261-8750 f
>
>Michael A. Shiner, Esquire (PA ID 78088)
>mshiner@tuckerlaw.com
>Tucker Arensberg, P.C.
>1500 One PPG Place
>Pittsburgh, PA  15222
>412-594-5586 p
>412-594-5619 f
>
>John S. Spadaro, Esq. (No. 3155)
>724 Yorklyn Road, Suite 375
>Hockesin, DE 19707
>302-235-2516 p
>302-23502536 f
>
>*Counsel for AXA Belgium as successor to Royale Belge*

---

AXA Belgium reserves the right to use the time allotted to those insurers for direct examination, as necessary.