# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## LIBBY CLAIMANTS' NOTICE OF FILING AND SERVICE OF COUNTER-DESIGNATIONS

PLEASE TAKE NOTICE that on August 21, 2009, the claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby file counter-designations from the Video Oral Deposition of Dr. Dayton Prouty on January 14, 2000 (the "Counter-Designations"), attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that on August 21, 2009, a true and correct copies of this notice and the Counter-Designations were caused to be served on the parties on the service list attached as Exhibit B, in the manner indicated.

Dated: August 21, 2009
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 22784], as it may be amended and restated from time to time.

{393.001-W0002290.}

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*

2

{393.001-W0002274.}