# Exhibit A

Guyton Reporting Services                    800-753-2556

CAUSE NO. 26642

| | | |
|---|---|---|
| JERRY DELL DAVIS, ET AL | ) | IN THE DISTRICT COURT |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| VS. | ) | MILAM   COUNTY,   TEXAS |
| | ) | |
| ABLE SUPPLY COMPANY, ET AL | ) | |
| | ) | |
| Defendant | ) | 20TH JUDICIAL DISTRICT |

*****************************************************

VIDEO ORAL DEPOSITION OF

DR. DAYTON PROUTY

JANUARY 14, 2000

VOLUME 2 OF 2

*****************************************************

　　　　　　ORAL AND VIDEOTAPED DEPOSITION OF

DR. DAYTON PROUTY, produced as a witness at the

instance of the Plaintiff, and duly sworn, was taken

in the above-styled and numbered cause on the 14th of

January, 2000, from 10:10 a.m. to 12:22 p.m., before

OLGA GUTIERREZ, CSR in and for the State of Texas,

reported by machine shorthand, at the home of

Dr. Dayton Prouty, 241 Whispering Woods, Rockport,

Texas pursuant to the Texas Rules of Civil Procedure

(and the provisions stated on the record or attached

hereto).

　　　　　　*   *   *   *   *   *   *   *   *   *   *

857aa793-c701-4f9f-a58f-3a5c3ade64e2

Guyton Reporting Services                    800-753-2556

---

Page 2

```
 1          A P P E A R A N C E S
 2   FOR THE PLAINTIFF(S), DR. DAYTON PROUTY:
         MR. PETER KRAUS
 3       WATERS & KRAUS
         4807 West Lovers Lane
 4       Dallas, Texas 75209
 5   FOR THE DEFENDANT(S), WR GRACE
         MR. MICHAEL H. SMITH
 6       MAYOR, DAY, CALDWELL & KEETON
         100 Congress Avenue, Suite 1900
 7       Austin, Texas 78701-4042
 8   FOR THE DEFENDANTS, ARMSTRONG WORLD INDUSTRIES,
     ASBESTOS CLAIMS MANAGEMENT CORPORATION f/n/a NATIONAL
 9   GYPSUM COMPANY, GAF CORPORATION, FLEXITALLIC, RILEY
     STOKER CORPORATION, and U S GYPSUM COMPANY.
10       MR. TODD D OGDEN
         DeHAY & ELLISTON
11       Bank of America Plaza
         901 Main Street, Suite 3500
12       Dallas, Texas 75202
13   FOR THE DEFENDANT(S), OWENS ILLINOIS:
         MR RANDOLPH L. BURNS
14       BAKER BOTTS
         2001 Ross Avenue
15       Dallas, Texas 75201-2980
16   FOR THE DEFENDANTS, KAISER ALUMINUM:
         MS CRYSTAL L. LANDES
17       BELL, NUNNALLY & MARTIN
         1400 One McKinney Plaza
18       3232 McKinney Avenue
         Dallas, Texas 75204-2429
19
     FOR THE DEFENDANT(S), CROWN, CORK & SEAL
20       MS. KIMBERLY R. STUART
         CRAIN, CATON & JAMES
21       33RD FLOOR, 909 FANNIN
         TWO HOUSTON CENTER
22       Houston, Texas 77010
23   FOR THE DEFENDANT(S), UNIROYAL
         MS DARLEA FELDT
24       PHILLIPS & AKERS
         3200 Phoenix Tower
25       350 Southwest Freeway
         Houston, Texas 77027
```

---

Page 3

```
 2   FOR THE DEFENDANT(S), OWENS-CORNING and FIBREBOARD
         MR. DAVID OLIVEIRA
 3       ROERIG, OLIVEIRA & FISHER
         506 East Dove Avenue
 4       McAllen, Texas 78504
 5   FOR THE DEFENDANT(S), AP GREEN and HARBISON-WALKER
         MR. SALVADOR ESPINO
 6       CORDAY, GOODRICH & MILTENBERGER
         One Century Plaza, Suite 500
 7       108 W 8th Street
         Fort Worth, Texas 76102
 8
 9   FOR THE DEFENDANT(S), GARLOCK/KELLY-MOORE:
         MR. WILLIAM MENNUCCI
10       BROWN McCARROLL & OAKS HARTLINE
         111 Congress Avenue, Suite 1400
11       Austin, Texas 78701
12   FOR THE DEFENDANT(S), SYNKOLOID
         MR RICK SCHREIBER
13       BROWN, SIMMS, WISE & WHITE
         2000 Post Oak Blvd, Suite 3100
14       Houston 77056
15
16   FOR THE DEFENDANT(S), PPG INDUSTRIES, INCORPORATED
     and AC&S, INCORPORATED
17       MS. LAURA LOPEZ
         DUNN, KACAL, ADAMS, PAPPAS & LAW
18       2600 America Tower
         2929 Allen Parkway at Waugh
19       Houston, Texas 77019-2151
20   FOR THE DEFENDANT(S), COMBUSTION ENGINEERING
         MR. DANIEL I. KLEBAN
21       GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
         3555 Timmons Lane, Suite 1225
22       Houston, Texas 77027
23
24   FOR THE DEFENDANT(S), THE FLINTKOTE COMPANY:
         MR. DARRELL M MINTON
25       HARRIS, LIVELY & DUESLER
         550 Fannin, Suite 650
         Beaumont, Texas 77704-0830
```

---

Page 4

```
 1   FOR THE DEFENDANT(S), GUARDLINE, INCORPORATED:
         MR. ADAM STONE
 2       DOGAN & WILKINSON
         726 Delmas Avenue
 3       P.O. Box 1618
         Pascagoula, MS 39568-1618
 4
 5   FOR THE DEFENDANT(S), NORTH AMERICAN REFRACTORIES
     COMPANY:
 6       MR. C. DENNIS BARROW, JR.
         VINSON & ELKINS
 7       2300 First City Tower, 1001 Fannin
         Houston, Texas 77002
 8
 9   VIDEOGRAPHER:    MR. SCOTT HUNTER
10
     ALSO PRESENT:    MS. BONNIE LOU PROUTY
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 5

```
 1               INDEX
 2                              PAGE
 3   Appearances .               2-5
 4   DR. DAYTON PROUTY
 4       Examination by Mr. Kraus   .   .   6
 5       Examination by Mr. Smith   .   62
         Examination by Mr Minton   .   7/8
 6       Examination by Mr Schreiber   .   85
         Examination by Mr Smith    .   94
 7       Examination by Mr Kraus    .   96
         Examination by Mr Smith    .   99
 8       Examination by Mr Stone    .   99
         Examination by Mr Kraus    .   103
 9
     Signature and Changes .          105
10
     Reporter's Certificate          106
11
12
              EXHIBITS
13
     NO  DESCRIPTION            PAGE
14
     1 - Montana State Board of Health, Division of
15       Disease Control, A Report on an Industrial
         Hygiene Study of The Zonolite Company of
16       Libby Montana (August 8-9, 1956)   4
17   2 - Letter (8/2/44) from B.K. Kilbourne, M.D   4
     3 - Article Excerpt Entitled "Asbestos
18       Production Useless             4
19
     4 - Awards Ceremony Pamphlet- College of
20       Veterinary Medicine Michigan State University
         (10/3/97).        .           4
21
22       * * * * * * * * * * *
23
24
25
```

857aa793-c701-4f9f-a58f-3a5c3ade64e2

Guyton Reporting Services                         800-753-2556

Page 30

1  those hazards?
2           MR. SMITH: Objection, form.
3      A.  There's no way he would have allowed me to
4  work there. My father and I had a very close, loving
5  relationship. We did many, many things together.
6  There's no way he would have allowed me to work there
7  if he had known of the health hazards.
8      Q.  (BY MR. KRAUS)  Now, in addition to your
9  work at the plant, you've actually used
10 asbestos-containing Zonolite products yourself,
11 haven't you?
12     A.  Yes, many times.
13     Q.  Okay.  Give the jury some examples of -- of
14 times when you've used asbestos-containing Zonolite
15 products.
16     A.  Well, I've used it many times both in home
17 remodeling and in clinic remodeling, veterinary
18 clinic remodeling, both in Belleville, Michigan and
19 in Corpus Christi, Texas.
20     Q.  Have you used the high temp cement that you
21 described?
22     A.  I used it in my parents' home.  When they
23 purchased a new hot water heater, I mixed up the
24 Zonolite high temperature cement and padded it around
25 to insulate the hot water heater and the hot water

Page 31

1  pipes that went from the hot water heater until they
2  disappeared into the wall.
3      Q.  Is this the same type of Zonolite high
4  temperature cement that you described earlier mixing
5  with asbestos?
6      A.  It's exactly the same products, yes.
7      Q.  When you mix a bag of Zonolite high
8  temperature with water to apply, what are the
9  conditions?
10     A.  Well, I did it in a bucket.  And as you
11 first add the water, it's a -- very dusty and fluffs
12 up.  And as -- as you mix it with your hands and add
13 the adequate amount of water, it becomes a
14 cement-like slurry that you then -- And it has enough
15 adhesiveness to it that as you pick it up with your
16 hands you can pat it onto a vertical surface and it
17 will stick to it.
18     Q.  All right.  And the house fill that you
19 mentioned, when you use -- fill up a wall with the
20 house fill insulation in its ordinary way of being
21 used, what are the conditions like when you're
22 working with that product?
23     A.  Well, you pour it out of these big four
24 cubic foot bags.  And, of course, it's extremely
25 dusty when you do that.

Page 32

1      Q.  Let me show you what I've had the Court
2  Reporter mark as -- as Prouty Exhibit 1.  And,
3  Dr. Prouty, this is a -- a report from the Montana
4  State Board of Health, entitled "A report on the
5  Industrial Hygiene Survey of the Zonolite Company of
6  Libby, Montana, August 8th and 9th, 1956."  And
7  before I hand it to you, I'm going to quote from
8  Page 3 of that report, paragraph entitled,
9  "Toxicity."
10          "A review of the literature indicates
11 that vermiculite or the dust from this material is
12 not especially toxic and is generally included only
13 as a nuisance dust.  However, the asbestos dust in
14 the dust in the air is of considerable toxicity and
15 is a factor in the consideration of reducing
16 dustiness in this plant."
17          Is that something you would have liked
18 to have known when you were working at the Zonolite
19 facility?
20     A.  I would have loved to have known when I
21 was -- I wouldn't have been working at the Zonolite
22 plant if I would have known that.
23     Q.  Now, this was 1956, this was after you quit
24 working there.
25     A.  That's correct.

Page 33

1      Q.  You were in the plant after 1956; is that
2  correct?
3      A.  Many times.
4      Q.  Did you see any change in terms of the
5  health precautions that were taken in the Dearborn
6  plant?
7      A.  I never saw any changes in the dustiness of
8  it.
9      Q.  This report on Page 2 references that in
10 1944, the last study of the plant was made.  Would
11 you have liked to have known that Zonolite was having
12 the Libby, Montana facility studied for dust health
13 hazards as early as 1944 before you went to work for
14 them?
15     A.  I would have liked to have had that
16 information.
17     Q.  And this information in this report was not
18 information that you had when you worked at Zonolite;
19 is that correct?
20     A.  That's correct.
21     Q.  With respect to the reference on Page 2
22 there to a 1944 report, I'm going to hand you what
23 the Court Reporter marked as Prouty Exhibit 2.
24          An August 2nd, 1944 letter from
25 Dr. Kilbourne of the Montana Department of Health to

857aa793-c701-4f9f-a58f-3a5c3ade64e2

Page 34

1   Mr. John Meyers of the Universal Zonolite Company in
2   Libby, Montana.
3         Dr. Kilbourne writes, "I am forwarding
4   you herewith a copy of the report of a recent visit
5   to your mine and mill by the Division of Industrial
6   Hygiene.
7         It is indeed gratifying to note that
8   you have made such extensive and successful efforts
9   to control the dust hazards inherent in your
10  operations."
11        You see? Did I read that correctly,
12  Dr. Prouty?
13  A.  Yes, you did.
14  Q.  Would you have liked to have known that
15  there were dust hazards inherent in Zonolite's
16  operations in 1944 and thereafter?
17  A.  Yes, I would have.
18        MR. SMITH: Objection, form.
19  Q.  (BY MR. KRAUS) Answer again because of the
20  objection.
21  A.  I -- I would liked to have had that
22  information at that time.
23  Q.  Were there extensive efforts made to control
24  the dust hazards in the Zonolite facility you worked
25  in in Dearborn?

Page 35

1         MR. SMITH: Objection, form.
2   A.  I never saw any effort made to control dust
3   production at the Dearborn plant.
4   Q.  (BY MR. KRAUS) I'm going to show you a
5   newspaper article from 1967 from a Montana
6   newspaper. And I'm going to refer you to the
7   beginning, where it says "Editor" -- the -- the
8   headline of this document -- or this article is
9   "Zonolite gets expert opinion, asbestos production
10  useless." And it begins, "Editor's note: The
11  following article and letters appeared in the June
12  30th, 1927 issue of the Flathead Monitor."
13        Where is Flathead? Do you know where
14  that is?
15  A.  It's in Montana.
16  Q.  Under the headline, quote, says, "Libby
17  asbestos deposit not commercially valuable." And it
18  is an open letter to the shareholders of the Zonolite
19  Company. "So much publicity has recently" -- "has
20  been recently regarding the occurrence of amphibole
21  asbestos in the Rainy Creek mining district in which
22  our Zonolite deposit is located."
23        Did I read the highlighted portion
24  correctly, Dr. Prouty?
25  A.  Yes, you did.

Page 36

1   Q.  Would you have liked to have known what
2   Zonolite knew, that as early as 1927 they were aware
3   that there was asbestos in the Libby vermiculite?
4   A.  I would have liked to have known that.
5   Q.  All right, sir. I want to shift gears for a
6   minute and talk about some other potential exposures
7   that you had.
8         Now, you're a do-it-yourselfer, aren't
9   you?
10  A.  Yes.
11  Q.  Throughout your life, have you engaged in
12  repairs and remodeling of the homes in the veterinary
13  offices where you worked?
14  A.  I always did what I could, yes.
15  Q.  Have you done joint- -- joint compound work
16  yourself?
17  A.  Many times.
18  Q.  Describe briefly for the jury what that is.
19  A.  Well, where two pieces of Sheetrock, the
20  drywall come together and there's a crack, you cover
21  it with the joint compound and then you add paper to
22  it and more joint compound. And you let this process
23  dry, and sand it down until it's smooth and very,
24  very even. And you add more joint compound. You do
25  this two or three times, letting it dry and sanding

Page 37

1   it in between until you have a surface that's
2   cosmetically smooth enough that you can go ahead and
3   paint it or wallpaper it.
4   Q.  What are the conditions like when you're
5   sanding the dry joint compound down?
6   A.  It's extremely dusty. You end up white.
7   Q.  And what are the conditions like when you're
8   pouring the joint compound in a bucket and mixing it
9   with water?
10  A.  Well, it's very dusty until you get it well
11  mixed with the water.
12  Q.  Did you breathe the dust from the joint
13  compounds you used in the '50s and the '60s?
14        MR. OGDEN: Objection, form.
15  A.  Undoubtedly every time I used it I had to
16  breathe the dust.
17  Q.  (BY MR. KRAUS) What years -- what decades
18  do you recall this kind of joint compound work?
19  A.  The '50s, the '60s and '70s.
20  Q.  And did you breathe the dust from the joint
21  compounds you used in the 1950s and the 1960s and the
22  1970s?
23        MR. OGDEN: Objection, form.
24  A.  Every time I used it, I breathed the dust.
25  Q.  (BY MR. KRAUS) Now, you don't have a

10  (Pages 34 to 37)

Page 38

1 specific recollection of the names on the bags of the
2 joint compound; is that correct?
3    A. Not for any specific job that I did.
4    Q. Okay. And tell me the names, the brand
5 names that you associate with the joint compound work
6 you've done over the years.
7        MR. OGDEN: Objection, form.
8    A. Well, the various brand names that I
9 remember is being ones that I used were EZ Tex. They
10 were U.S. Gypsum and Gold Bond brand.
11        MR. OGDEN: Objection, nonresponsive.
12    Q. (BY MR. KRAUS) Have you also laid asbestos
13 floor tile?
14        MR. OGDEN: Objection, form.
15    A. Yes, I have.
16    Q. (BY MR. KRAUS) Okay. Have you done tiling
17 work and flooring work in the remodeling that you've
18 done?
19    A. Yes, I did.
20    Q. Okay. What products do you recall using,
21 what brand names of products do you recall using for
22 the floor tiling work that you did?
23    A. The brand name that I recommend using on
24 several occasions was Armstrong tile.
25    Q. And do you recall what type of Armstrong

Page 39

1 tile it was?
2    A. They called it Armstrong asbestos floor
3 tile.
4        MR. OGDEN: Objection, nonresponsive.
5    Q. (BY MR. KRAUS) Did you actually lay that
6 tile yourself?
7    A. Yes, I did.
8    Q. Did you have occasions to cut that tile?
9    A. Yes.
10    Q. Did you have occasions to saw that tile?
11    A. Yes.
12    Q. Is there some dust associated with that?
13    A. Some dust.
14    Q. Now, we talked about your graduation from
15 vet school in '57 and -- and -- and your retirement
16 because of your cancer in '99. Can you briefly
17 outline for the jury your career as a veterinarian
18 between 1957 and '99.
19    A. Yes. When I graduated from veterinary
20 school in East Lansing, Michigan, we moved to
21 Belleville, Michigan, where we rented a -- living
22 quarters. And it had a two-car garage next door,
23 which we were allowed to use and clean out and
24 remodel it into a small veterinary clinic. And
25 that's how our practice got started.

Page 40

1        Within about two years we outgrew that
2 facility, and we bought some property in Belleville.
3 It had a home, and it had what had been a garage and
4 had been converted into an apartment. And so, we
5 remodeled that apartment facility into a veterinary
6 clinic.
7        And during the time that we stayed in
8 Belleville, we put additions and enlargements on that
9 veterinary clinic on two different occasions.
10 Developed a very successful practice there.
11        And in 1972, we sold that practice and
12 moved to a -- a city in Michigan's upper peninsula on
13 the shore of Lake Superior, where I moved into a
14 practice with two other veterinarians there. And we
15 had a veterinary practice that I continued in until
16 1976.
17    Q. Now, what's the name of that city where you
18 were from '72 to '76?
19    A. Marquette, Michigan.
20    Q. Why did you move up to the upper peninsula?
21        First off, is that up by Canada?
22    A. Well, yes. It's on the south shore of Lake
23 Superior, and all of the northern shores is
24 Canadian. It's -- it's extremely far north.
25    Q. Why did you move up there?

Page 41

1    A. The main reason was because by 1972 Detroit
2 had undergone such social degradation, in my opinion,
3 that I no longer wanted to raise my children in the
4 environment that we found ourselves in. I wanted
5 to -- to get to a -- a better place to raise my
6 children.
7    Q. And why did you -- And where did you go when
8 you left Marquette in the upper peninsula in 1976?
9    A. Well, by that point, we decided we needed to
10 live in a warmer climate and we wanted to be close to
11 water where we could sail, because that had become
12 our hobby. And we picked Corpus Christi, Texas. And
13 when we sold out in Michigan, we moved to Corpus
14 Christi, Texas and developed another small animal
15 practice there.
16    Q. And you were in your 40s at that time?
17    A. Yes, I was 43.
18    Q. Did you have any connection at all with
19 Corpus Christi?
20    A. No, sir, we didn't know a sole there when we
21 moved to Corpus Christi.
22    Q. That must have been a bit of an adventure?
23    A. It was a very big adventure. And -- and it
24 turned out to be a very successful adventure.
25    Q. And you've lived here on the Texas Gulf

857aa793-c701-4f9f-a58f-3a5c3ade64e2

Guyton Reporting Services                          800-753-2556

Page 94

1  or that's just the name?
2      A.  Just Harold Harris.
3      Q.  When you used those commercial carpenters,
4  did they buy the products that were used in the
5  construction or did you buy them?
6      A.  I think both.  But I can't be specific.
7      Q.  Okay.  So, you don't know if they would have
8  bought the --
9      A.  I don't know if they would have bought all
10  of it or if -- or if I did.
11      Q.  And you don't know if they had bought --
12  They could have bought the joint compound, also, you
13  don't -- you can't say one way or the other?
14      A.  I can't recall.
15      Q.  Okay.
16          MR. SCHREIBER:  That's all the
17  questions I have.  Thank you.
18          THE WITNESS:  Thank you.
19     F U R T H E R   E X A M I N A T I O N
20  BY MR. MINTON:
21      Q.  Dr. Prouty, Darrell Minton again.
22          Do you recall earlier you had the short
23  memory lapse on identifying the raw asbestos?  And I
24  just wanted to ask you one time, given it's been so
25  many years and we did at least have a little memory

Page 95

1  lapse, did -- are you absolutely positive that the
2  bag said "Flintkote Mines" on it?
3      A.  I don't remember the word "mines" on it.
4      Q.  You just remember "Flintkote"?
5      A.  Yeah.
6      Q.  Did it say incorporated or --
7      A.  I don't recall.
8      Q.  -- limited or --
9      A.  No, i don't.
10      Q.  You just remember the word "Flintkote"?
11      A.  That's correct.
12      Q.  Have you ever heard of any other companies
13  similar to that?  Have you ever heard the word
14  "Flintkote" associated with any other company or any
15  other product, any other material?
16      A.  Not to my knowledge.
17      Q.  Okay.
18          MR. MINTON:  Pass the witness.
19          MR. KRAUS:  I have a little redirect.  I need -- We
20  need to take a quick break.
21          I need to talk to you about something.
22          VIDEOGRAPHER:  The time is 12:07.
23  We're going off the record.
24          (Off the record.)
25

Page 96

1          VIDEOGRAPHER:  The time is 12:15.
2  We're back on record.
3          MR. KRAUS:  Dr. Prouty, I just have a
4  few follow-up questions.
5     F U R T H E R   E X A M I N A T I O N
6  BY MR. KRAUS:
7      Q.  (BY MR. KRAUS)  First off, did you on
8  occasion wear asbestos gloves when you were a
9  veterinary student in school?
10          MR. STONE:  Object, form.  Objection,
11  leading.
12      A.  Yes, I did.
13      Q.  (BY MR. KRAUS)  With respect to the -- the
14  co-workers that you were asked about at the Zonolite
15  plant on cross-examination, there's one co-worker you
16  didn't name; is that correct?
17      A.  That's correct.
18      Q.  Who's that?
19      A.  My brother.
20      Q.  And what's his name?
21      A.  Donald Prouty.
22      Q.  Did Donald work in the summers at the
23  Zonolite plant just like you did?
24      A.  Exactly the same.  He started a year
25  earlier, because he was a year older.  He quit a

Page 97

1  year --
2      Q.  I'm sorry.
3      A.  He quit a year earlier, because he went into
4  the Air Force in the Korean War.
5      Q.  Summers of '46 to '50 for Donald?
6      A.  That's correct.
7      Q.  Did he do essentially what you did?
8      A.  Yes, essentially the same job.
9      Q.  All right.  And you were also asked whether
10  any family members had ever been diagnosed with an
11  asbestos-related disease.  Do you recall that?
12      A.  Yes, I recall that.
13      Q.  Well, let me ask you a slightly different
14  question:  Have any of your family members ever, on a
15  medical examination, shown any evidence of asbestos
16  exposure?
17      A.  Yes, they have.
18          MR. OGDEN:  Objection, form.
19      Q.  (BY MR. KRAUS)  Can you tell us about that?
20      A.  On my father's autopsy report, it was noted
21  that he had asbestos in his lung tissue.
22      Q.  How about your brother, Don?
23      A.  On radiographic examination of his lungs for
24  a routine physical, it was noted by the radiologist
25  that he has calcified areas in his lungs probably due

25  (Pages 94 to 97)