IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 21, 2009** |
| | ) | **Hearing Date: September 8, 2009 at 10:30 a.m.** |
| | ) | |
| | ) | Re: D.I. 22745 |

**RESPONSE OF SHELDON H. SOLOW, SOLOW DEVELOPMENT CORPORATION, SOLOVIEFF REALTY COMPANY, LLC AND SOLOW BUILDING COMPANY, LLC TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION REGARDING TREATMENT OF CERTAIN CLAIMS OF THE ST. PAUL COMPANIES INC., TRAVELERS CASUALTY SURETY COMPANY OF AMERICA AND CERTAIN OF THEIR AFFILIATES AND SUBSIDIARIES UNDER THE PLAN**

Sheldon H. Solow, Solow Development Corporation, Solovieff Realty Company, LLC and Solow Building Company, LLC (hereinafter "Solow") submit this response to the *Motion of the Debtors for Entry of an Order Approving Stipulation Regarding Treatment of Certain Claims of the St. Paul Companies, Inc., Travelers Casualty and Surety Company of America and Certain of Their Affiliates and Subsidiaries Under the Plan* (the "Motion") (D.I. 22745).

1. As noted in the Motion, the St. Paul companies issued an appeal bond on behalf of the Debtors in *Sheldon H. Solow, et al v. W.R. Grace & Co. – Conn.*, No. 2453/88 (N.Y. Sup. Ct). The S*olow* case was on appeal when Grace filed for bankruptcy.

2. As Solow understands the current Motion, the Debtors and St. Paul have resolved the way in which they will classify St. Paul's claims in the bankruptcy, with that agreement between the Debtors and St. Paul having no effect on the Solow parties, their appeal, or their right to collect on their appeal bond.

3. Although Solow has not been a party to any negotiations between the Debtors and St. Paul, Solow has no objection to the Proposed Stipulation between the Debtors and St. Paul as long as the Stipulation does not affect in any way Solow's right to collect on the appeal bond should collection become necessary.

4. The Debtors' Motion states that the Stipulation for which they seek approval "provides that the Claims associated with (a) The Appeal Bond shall be allowed as an Indirect PD Trust Claim in the amount of any and all amounts paid by the Claimant [St. Paul] to third parties or loss incurred by the Claimant pursuant to the Appeal Bond". Debtors Motion, ¶ 13.

5. Debtors' Motion further provides that if the Plan is not confirmed "the Stipulation will have no force and effect with all parties reserving any and all rights with respect to the issues referenced therein." Debtor's Motion at 5, fn. 5.

6. Solow's only interest with respect to the Debtors' Motion is to ensure that the Motion has no effect on Solow's rights to collect under the Appeal Bond pursuant to New York state law. The Grace Plan of Reorganization preserves Solow's rights:

> Notwithstanding any other provision in this Plan, the Disclosure Statement or any other document prepared in connection with the Chapter 11 Cases, nothing shall affect the right of the plaintiffs in *Sheldon H. Solow v. W.R. Grace & Co.*, No. 24535/88 (N.Y. Sup. Ct.) to execute on and recover in satisfaction of the judgment in that case in accordance with state law against any entity that issued a surety bond to secure payment of that judgment, or any successor to such entity.[1]

7. As Solow reads the current Motion, it is not intended to contradict this Plan provision. Accordingly, as long as the current Motion is not intended to, and is not construed to affect Solow's rights to collect under the St. Paul bond, Solow has no objection to the Motion to approve the Stipulation between the Debtors and St. Paul.

---

[1] First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative and the Official Committee of Equity Security Holders, dated February 3, 2009, ¶ 9.2 at 106-107.

Date:  August 21, 2009
       Wilmington, Delaware

SULLIVAN · HAZELTINE ALLINSON LLC

_____
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513

*Attorneys for Sheldon H. Solow, Solow Development Corporation, Solovieff Realty Company, LCC and Solow Building Company, LLC*