## CERTIFICATE OF SERVICE

      I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 21st day of August 2009, I caused copies of the within *Response of Sheldon H. Solow, Solow Development Corporation, Solovieff Realty Company, LLC and Solow Building Company, LLC to Debtors' Motion for Entry of an Order Approving Stipulation Regarding Treatment of Certain Claims of the St. Paul Companies Inc., Travelers Casualty Surety Company of America and Certain of Their Affiliates and Subsidiaries Under the Plan* to be served upon the parties listed on the attached service list via U.S. Mail, First Class, postage pre-paid.

      Under penalty of perjury, I declare the foregoing to be true and correct.


*August 21, 2009*                                  */s/ William D. Sullivan*
Date                                                        William D. Sullivan

Theodore L. Freeman, Esq.
Kirkland & Ellis LLP
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1397

Richard H. Wyron, Esq.
Swidler Berlin Shereff Freidman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

David Klauder, Esq.
Office of the United States Trustee
844 North King Street
Wilmington, DE 19801

Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Main Street, Suite 1910
LB 201
Dallas, TX 75202