# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Re: Docket Nos. 22900 and 22901** |

## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on August 20, 2009, he caused copies of *Arrowood's Draft Order Of Witnesses With Estimated Time Of Direct* [Docket No. 22900] and *Arrowood's Objections and Counter-Designations to Certain Deposition Designations of The Libby Claimants, BNSF Railway Company and the State Of Montana* [Docket No. 22901] to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via electronic mail:

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
lkruger@stroock.com
kpasquale@stroock.com
akrieger@stroock.com
(Counsel to the Official Committee of Unsecured Creditors)

DUANE MORRIS LLP
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
mlastowski@duanemorris.com
rriley@duanemorris.com
(Delaware Counsel for the GUC's)

Tiffany Strelow Cobb, Esquire
rjsidman@vorys.com
tscobb@vorys.com
(Counsel to Scotts)

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov

GILMAN & PASTOR, LLP
David Pastor, Esquire
Dpastor@Gilmanpastor.com
(Counsel to the ERISA Plaintiffs)

| | |
|---|---|
| BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Matthew I. Kramer, Esquire<br>Greg Horowitz, Esquire<br>sbaena@bilzin.com<br>jsakalo@bilzin.com<br>mkramer@bilzin.com<br>(Counsel to the PD Committee) | PEPPER HAMILTON LLP<br>David M. Fournier, Esquire<br>James C. Carignan, Esquire<br>Robert S. Hertzberg, Esquire<br>Linda J. Casey, Esquire<br>Evelyn J. Meltzer, Esquire<br>Edward C. Toole Jr., Esquire<br>meltzere@pepperlaw.com<br>toolee@pepperlaw.com<br>fournierd@pepperlaw.com<br>carignanj@pepperlaw.com<br>hertzbergr@pepperlaw.com<br>caseyl@pepperlaw.com<br>(Counsel to BNSF) |
| FERRY, JOSEPH & PEARCE, P.A.<br>Michael B. Joseph, Esquire<br>Theodore J. Tacconelli, Esquire<br>mjoseph@ferryjoseph.com<br>ttacconelli@ferryjoseph.com<br>(Delaware counsel for PD Committee) | |
| KATTEN MUCHIN ROSENMAN LLP<br>Noah Heller, Esquire<br>Merritt A. Pardini, Esquire<br>Jeff Friedman, Esquire<br>noah.heller@kattenlaw.com<br>merritt.pardini@kattenlaw.com<br>jeff.friedman@kattenlaw.com<br>(Counsel to Bank of America re RMQ Bond) | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>Francis A. Monaco, Jr. Esquire<br>Kevin J. Mangan, Esquire<br>Matthew P. Ward, Esquire<br>fmonaco@wcsr.com<br>kmangan@wcsr.com<br>maward@wcsr.com<br>(Counsel to State of Montana and The Crown) |
| RICHARDS LAYTON & FINGER, P.A.<br>Mark D. Collins, Esquire<br>Jason M. Madron, Esquire<br>Dana L. Reynolds, Esquire<br>Marcos Ramos, Esquire<br>collins@rlf.com<br>madron@rlf.com<br>Reynolds@rlf.com<br>ramos@rlf.com<br>(Counsel to Bank of America) | SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP<br>Joseph H. Meltzer, Esquire<br>Katherine Bornstein, Esquire<br>jmeltzer@sbtklaw.com<br>kbornstein@sbtklaw.com<br>(Counsel to the ERISA Plaintiffs) |
| LOWENSTEIN SANDLER PC<br>Michael S. Etkin, Esquire<br>Ira M. Levee, Esquire<br>metkin@lowenstein.com<br>ilevee@lowenstein.com<br>(Counsel to the ERISA Plaintiffs) | LANDIS RATH & COBB LLP'<br>Adam G. Landis, Esquire<br>Rebecca L. Butcher, Esquire<br>Kerri K. Mumford, Esquire<br>James S. Green, Jr., Esquire<br>landis@lrclaw.com<br>butcher@lrclaw.com<br>mumford@lrclaw.com<br>green@lrclaw.com<br>(Delaware counsel to Libby Claimants and Pre Petition Lender Group) |

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esquire
Cory D. Kandestin, Esquire
stearn@rlf.com
kandestin@rlf.com
( Delaware counsel to Scotts)

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
cohn@cwg11.com
candon@cwg11.com
(Counsel to Libby Claimants)

SMITH, KATZENSTEIN & FURLOW LLP
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire
kmiller@skfdelaware.com
ewolfe@skfdelaware.com
(Delaware Counsel for Kaneb)

FULBRIGHT & JAWORSKI L.L.P.
Steve A. Peirce, Esquire
Toby L. Gerber, Esquire
speirce@fulbright.com
tgerber@fulbright.com
(Counsel to Kaneb)

CONNOLLY BOVE LODGE & HUTZ
Jeffrey Wisler, Esquire
Marc J. Phillips, Esquire
jwisler@cblh.com
mphillips@cblh.com
(Counsel to Maryland Casualty and Zurich Insurance)

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Gabriella Cellarosi, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com
gcellarosi@eckertseamans.com
(Counsel to Maryland Casualty and Zurich)

ROSENTHAL, MONHAIT, & GODDESS
Edward B. Rosenthal, Esquire
erosenthal@rmgglaw.com
(Counsel to CNA)

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com
(Counsel to CNA)

FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
Elizabeth DeCristofaro, Esquire
Shayne W. Spencer, Esquire
emdecristofaro@FMEW.com
swspencer@FMEW.com
(Counsel to CNA)

WHITE AND WILLIAMS LLP
Marc S. Casarino , Esquire
Joseph Gibbons, Esquire
Gregory T. LoCasale, Esquire
James S. Yoder, Esquire
casarinom@whiteandwilliams.com
gibbonsj@whiteandwilliams.com
locasaleg@whiteandwilliams.com
yoderj@whiteandwilliams.com
(Counsel to Century Indemnity Company)

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com
(Counsel to Seaton, One Beacon, GEICO and Commercial Union)

WILEY REIN LLP
Richard A. Ifft, Esquire
rifft@wileyrein.com

STEVENS & LEE, P.C.
John D. Demmy , Esquire
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
(Counsel to Firemans' Fund)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Stephan J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
sshimshak@paulweiss.com
arosenberg@paulweiss.com
mphillips@paulweiss.com
(Counsel to the Pre Petition Lender Group)

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Marissa A. Piropato, Esquire
Elisa Alcabes, Esquire
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com
(Counsel to Travelers Insurance)

COZEN O'CONNOR
William P. Shelley, Esquire
Jacob C. Cohen, Esquire
Ilan Rosenberg, Esquire
wshelley@cozen.com
jcohn@cozen.com
IRosenberg@cozen.com
(Counsel to Federal Insurance)

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esquire
gmcdaniel@bglawde.com
(Counsel to Arrowood Indemnity)

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Carl J. Pernicone, Esquire
Catherine Chen, Esquire
carl.pernicone@wilsonelser.com
Catherine.chen@wilsonelser.com
(Counsel to Royal Insurance and Arrowood Indemnity)

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com
(Counsel to the PD FCR)

CUYLER BURK P.C.
Andrew K. Craig, Esquire
acraig@cuyler.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David Turetsky, Esquire
Greg St. Clair, Esquire
david.turetsky@skadden.com
Greg.Stclair@skadden.com
(Counsel to Sealed Air)

KRAMER LEVIN NAFTALIS & FRANKEL LP
Philip Bentley, Esquire
Douglas Mannal, Esquire
Greg Horowitz, Esquire
David Blabey, Esquire
pbentley@kramerlevin.com
dmannal@kramerlevin.com
ghorowitz@kramerlevin.com
dblabey@kramerlevin.com
(Counsel to the Equity Committee)

WILMERHALE
Nancy L. Manzer, Esquire
nancy.manzer@wilmer.com

Environmental Protection Agency
Andrea Madigan
Madigan.andrea@epa.gov
(Environmental Counsel re Libby)

HOGAN & HARTSON
James P. Ruggeri, Esquire
jpruggeri@hhlaw.com
MCDERMOTT WILL & EMERY
David S. Rosenbloom, Esquire
drosenbloom@mwe.com
(Counsel to Fresenius)

ORRICK, HERRINGTON & SUTCLIFFE
Debra L. Felder, Esquire
Roger Frankel, Esquire
Mary A. Wallace, Esquire
Richard H. Wyron, Esquire
Jonathan Guy, Esquire
Kathleen Orr, Esquire
Peri Mahaley, Esquire
Joshua Cutler, Esquire
dfelder@orrick.com
rfrankel@orrick.com
mwallace@orrick.com
rwyron@orrick.com
jguy@orrick.com
korr@orrick.com
pmahaley@orrick.com
jcutler@orrick.com
(Counsel to the PI FCR)

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

U.S. DEPARTMENT OF JUSTICE
James Freeman
james.freeman2@usdoj.gov
(Environmental Counsel re Libby)

CAPLAN & DRYSDALE
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
Nathan Finch, Esquire
Elihu Inselbuch, Esquire
Jeffrey A. Liesemer, Esquire
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com
ei@capdale.com
jal@capdale.com
(Counsel to the ACC)

STEPTOE & JOHNSON LLP
George R. Calhoun V, Esquire
gcalhoun@steptoe.com

CROWELL & MORING
Mark A. Plevin
Leslie Epley Davis
mplevin@crowell.com
lepley@crowell.com
(Counsel to Firemans' Fund)

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
Marla R. Eskin, Esquire
mhurford@camlev.com
meskin@camlev.com
(Delaware counsel to the ACC)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Robert J. Dehney, Esquire
Ann C. Cordo, Esquire
rdehney@mnat.com
acordo@mnat.com

O'MELVENY & MYERS LLP
Brad Elias, Esquire
Tancred Schiavoni, Esquire
Gary Svirsky, Esquire
Paul R. Koepff, Esquire
belias@omm.com
tschiavoni@omm.com
gsvirsky@omm.com
pkoepff@omm.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis, Esquire
Robert Guttmann, Esquire
rguttmann@zeklaw.com
mdavis@zeklaw.com
(Counsel to AIG and National Union)

PACHULSKI STANG ZIEHL & JONES
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Kathleen P. Makowski, Esquire
Patricia Cuniff, Paralegal
Lynzy Oberholzer, Paralegal
joneill@pszjlaw.com
tcairns@pszjlaw.com
kmakowski@pszjlaw.com
pcuniff@pszjlaw.com
loberholzer@pszjlaw.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young, Esquire
young@wildman.com
(Counsel to CNA)

McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esquire
Daniel M. Silver, Esquire
kmayer@mccarter.com
dsilver@mccarter.com
JOHN SHEEHAN SPADARO, LLC
John S. Spadaro, Esquire
jspadaro@johnsheehanspadaro.com

KIRKLAND & ELLIS
David Bernick, Esquire
Lisa G. Esayian, Esquire
Christopher T. Greco, Esquire
Criag A. Bruens, Esquire
Theodore L. Freedman, Esquire
Barbara Harding, Esquire
Brian Stansbury, Esquire
Andrew Running, Esquire
Kimberly Love,
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com
bharding@kirkland.com
arunning@kirkland.com
bstansbury@kirkland.com

ZUCKERMAN SPAEDER LLP
Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
James Sottile, Esquire
tmacauley@zuckerman.com
vguldi@zuckerman.com
jsottile@zuckerman.com
(Counsel to Equitas)

MENDES & MOUNT LLP
Alexander Mueller, Esquire
Thomas J. Quinn, Esquire
Eileen McCabe, Esquire
Anna Newsom, Esquire
Carolina Acevedo, Esquire
alexander.mueller@mendes.com
thomas.quinn@mendes.com
eileen.mccabe@mendes.com
anna.newsom@mendes.com
carolina.acevedo@mendes.com
(Counsel to the London Market Companies)

| | |
|---|---|
| DILWORTH PAXON LLP<br>Martin J. Weis, Esquire<br>Anne Marie P. Kelley, Esquire<br>Scott J. Freedman, Esquire<br>mweis@dilworthlaw.com<br>akelley@dilsorthlaw.com<br>sfreedman@dilworthlaw.com | BUCHANAN INGERSOLL & ROONEY<br>Teresa K.D. Currier, Esquire<br>teresa.currier@bipc.com |
| SPEIGHTS & RUNYAN LLP<br>Daniel Speights, Esquire<br>dspeights@speightsrunyan.com<br>(Counsel to Anderson Memorial and other PD Claimants) | STICHTER RIEDEL BLAIN & PROSSER<br>Harley E. Riedel, Esquire<br>hriedel@srbp.com |
| | BIFFERATO GENTILOTTI LLC<br>Ian Connor Bifferato, Esquire<br>cbifferato@bifferato.com |
| RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC<br>Edward J. Westbrook, Esquire<br>ewestbrook@rpwb.com<br>(Counsel to ZAI claimants) | PHILLIPS, GOLDMAN & SPENCE, P.A.<br>John C. Phillips, Jr.<br>jcp@pgslaw.com |
| | THE LAW OFFICES OF JANET S. BAER<br>Janet S. Baer, Esquire<br>jbaer@jsbpc.com |
| ANDERSON KILL & OLICK P.C.<br>Robert M. Horkovick, Esquire<br>rhorkovich@andersonkill.com<br>(ACC Special Insurance Counsel) | KOZYAK TROPIN & THROCKMORTON, P.A.<br>David L. Rosendorf, Esquire<br>John Kozyak, Esquire<br>drosendorf@kttlaw.com<br>jk@kttlaw.com<br>(Counsel to Anderson Memorial) |
| FULBRIGHT & JAWORSKI L.L.P.<br>Toby L. Gerber, Esquire<br>tgerber@fulbright.com<br>(Counsel to Kaneb) | |

Dated: August 21, 2009

/s/ Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
BIFFERATO GENTILOTTI LLC
800 N. King Street – Plaza Level
Wilmington, DE 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

*Attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company*