IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF VIDEOTAPED DEPOSITION OF DR. ALAN C. WHITEHOUSE

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, and the Agreed Order Between the Plan Proponents and Libby Claimants on Pretrial Proceedings [Docket No. 22821], Debtors W.R. Grace & Co., et al., ("Grace"), by and through their undersigned attorneys, will take the deposition of **Dr. Alan C. Whitehouse.** The deposition will commence at **1:00 p.m. (PDT) on September 2, 2009** at the offices of Evans, Craven, & Lackie, P.S., 818 W. Riverside, Suite 250, Spokane, WA 99201-0910. The deposition will be videotaped and taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths.

Dated: August 21, 2009

    KIRKLAND & ELLIS LLP
    David M. Bernick, P.C.
    Lisa G. Esayian
    300 N. LaSalle
    Chicago, Illinois 60654
    Telephone: (312) 862-2000
    Facsimile: (312) 862-2200

    Theodore L. Freedman
    601 Lexington Ave.
    New York, New York 10022-4675
    Telephone: (212) 446-4800
    Facsimile: (212) 446-4900

91100-001\DOCS_DE:152363.1

2

<u>and</u>

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, Illinois  60602
Telephone:  (312) 641-2162

<u>and</u>

PACHULSKI STANG ZIEHL & JONES LLP


<u>/s/ James E. O'Neill</u>
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400

Co-Counsel for the Debtors and Debtors in Possession