# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC, FOR THE THIRTY-SECOND INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Charter Oak Financial Consultants, LLC, for the Thirty-Second Interim Period</u> (the "Application").

## BACKGROUND

1. Charter Oak Financial Consultants, LLC ("Charter Oak"), was retained as financial advisor to the Official Committee of Asbestos Personal Injury Claimants. Charter Oak seeks approval of fees totaling $68,992.50 and expenses totaling $3.92 for its services from January 1, 2009 through March 31, 2009 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Charter Oak 32Q 1-3.09.wpd

11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Charter Oak based upon our review, and we received a response from Charter Oak, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted the following similar time entries, both billed by PC on January 27, 2009:

| 27-Jan-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.60 | $275.00 | $440.00 |
| 27-Jan-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.50 | $275.00 | $412.50 |

We asked Charter Oak whether one of these time entries was a duplicate. Charter Oak responded: "This will confirm that Charter Oak had duplicate time entries for Peter Cramp on January 27, 2009 in our thirty-second interim fee application in the W.R. Grace proceedings. Please delete one of the time entries in processing our invoice." We appreciate Charter Oak's response and recommend a reduction of $412.50 in fees.

## CONCLUSION

4. Thus, we recommend approval of $68,580.00 in fees ($68,992.50 minus $412.50) and $3.92 in expenses for Charter Oak's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 21st day of August, 2009.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Bradley Rapp
CHARTER OAK FINANCIAL
CONSULTANTS, LLC
430 Center Avenue
Mamaroneck, NY 10543

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
David Bernick
Deanna Boll
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801