**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING FEE
APPLICATION OF BILZIN SUMBERG BAENA  PRICE & AXELROD
LLP FOR THE THIRTY-SECOND INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee

auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Bilzin

Sumberg Baena Price & Axelrod LLP for the Thirty-Second Interim Period (the "Application").

**BACKGROUND**

1.    Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") was retained as counsel to

the Official Committee of Asbestos Property Damage Claimants.  In the Application, Bilzin

Sumberg seeks approval of fees totaling $233,273.50 and expenses totaling $44,258.67 for

its services from January 1, 2009 through March 31, 2009 (the "Application Period").

2.    In conducting this audit and reaching the conclusions and recommendations contained herein,

we reviewed in detail the Application in its entirety, including each of the time and expense

entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330,

Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District

of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines

for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under

11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for

consistency with precedent established in the United States Bankruptcy Court for the District

of Delaware, the United States District Court for the District of Delaware, and the Third

Circuit Court of Appeals.  We served an initial report on Bilzin Sumberg based upon our

review, and we received a response from Bilzin Sumberg, portions of which response are

quoted herein.

### DISCUSSION

<u>Specific Time and Expense Entries</u>

3.      In our initial report, we noted the following meal charges for which more information was

        needed:

| | | |
|---|---|---|
| 12/12/08 | Meals Vendor: Scott L. Baena; . . . ; Date: 12/12/2008 . . . | 168.02 |
| 03/09/09 | Meals Travel to Pittsburgh - Vendor: Jay M. Sakalo; . . . ; Date:<br>3/9/2009; . . . | 93.52 |

In response to our inquiry, Bilzin Sumberg provided the following information:

> $168.02, dated 12/12/08 – This charge is in respect of a lunch meeting among Scott
> Baena, Jay Sakalo, Dan Speights and Alan Runyan.
>
> $93.52, dated 3/9/09 – This charge is in respect of two dinner charges in the
> aggregate amount of $72.68 and two lunch charges in the aggregate amount of $20.84
> on March 8, 2009 while traveling to and from Pittsburgh for attendance at an
> omnibus hearing.

It appears to us that one can dine satisfactorily in most locales for $35 for lunch and $55 for dinner.

Based on this guideline, we accept Bilzin Sumberg's response with respect to the $93.52 charge, but

recommend that reimbursement for the $168.02 charge be reduced to $140.00, for a reduction of

$28.02 in expenses.

## CONCLUSION

4.      Thus, we recommend approval of $233,273.50 in fees and $44,230.65 in expenses

($44,258.67 minus $28.02) for Bilzin Sumberg's services for the Application Period.


                              Respectfully submitted,

                              **WARREN H. SMITH & ASSOCIATES, P.C.**


                         By: _____
                              Warren H. Smith
                              Texas State Bar No. 18757050

                              325 N. St. Paul Street, Suite 1250
                              Dallas, Texas  75201
                              214-698-3868
                              214-722-0081 (fax)
                              whsmith@whsmithlaw.com

                              **FEE AUDITOR**


## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 21st day of August, 2009.


                         _____
                              Warren H. Smith

## SERVICE LIST

**Applicant**
Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2385

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Deanna Boll
David M. Bernick, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP

1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801