IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF BUCHANAN INGERSOLL & ROONEY PC
FOR THE THIRTY-SECOND INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Quarterly Fee Application of Buchanan Ingersoll & Rooney PC for the Thirty-Second Interim Period (the "Application").

**BACKGROUND**

1. Buchanan Ingersoll & Rooney PC ("Buchanan") was retained as co-counsel to the Official Committee of Equity Holders. In the Application, Buchanan seeks approval of fees totaling $68,169.50 and expenses totaling $137.90 for its services from January 1, 2009 through March 31, 2009 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Buchanan based upon our review, and we received a response from Buchanan, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted the following sets of identical time entries:

| 01/16/09 | TC | Reviewed Order Denying Motion to Alter or Amend as Moot Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 | .20 |
|---|---|---|---|
| 01/16/09 | TC | Reviewed Order Denying Motion to Alter or Amend as Moot Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 | .20 |
|  |  |  |  |
| 03/23/09 | TC | Reviewed Objection to Kaneb's Motion for an Order Modifying the Automatic Stay Regarding Macon, GA Site Filed by W.R. Grace & Co., et al | .30 |
| 03/23/09 | TC | Reviewed Objection to Kaneb's Motion for an Order Modifying the Automatic Stay Regarding Macon, GA Site Filed by W.R. Grace & Co., et al | .30 |

We asked Buchanan whether any of these time entries were duplicates, and Buchanan responded:

> In the Initial Report, the Fee Examiner lists two sets of duplicate entries, and inquires whether they are duplicates. I affirm that they are, and request that the Fee Examiner adjust Buchanan's fee request to account for these two duplicate entries. . .

We appreciate Buchanan's response and, accordingly, recommend a reduction of $111.00 for the 1/16/09 time entry and $166.50 for the 3/23/09 time entry, for a total reduction of $277.50 in fees.

## CONCLUSION

4.  Thus, we recommend approval of $67,892.00 in fees ($68,169.50 minus $277.50) and $137.90 in expenses for Buchanan's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 21st day of August, 2009.

_____
Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**
Teresa K. D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
David M. Bernick, P.C.
Deanna Boll
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801