# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: September 10, 2009 |
| | | Hearing Deadline: to be scheduled, if necessary |

## FEE DETAIL FOR OGILVY RENAULT LLP'S THIRTIETH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

Client:      W.R. GRACE & CO.                                    August 14, 2009
RE:          Litigation and litigation consulting                INVOICE: 924572
Matter No.:  01016442-0006

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending July 31, 2009

| | |
|---|---:|
| FEES | $13,796.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 173.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $13,969.00 |

Canadian Funds

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



W.R. GRACE & CO.                                                01016442-0006

RE:  Litigation and litigation consulting
_____

BILLING SUMMARY

|                | Hours | Amount      |
|----------------|-------|-------------|
| D.C. Tay       | 0.4   | $400.00     |
| O. Pasparakis  | 12.2  | $8,845.00   |
| A. Kuntz       | 11.9  | $4,403.00   |
| J. Lyn         | 0.8   | $148.00     |
| Total          | 25.30 | $13,796.00  |

FEE DETAIL

| Date    | Timekeeper         | Description                                                                                                                    | Hours | Amount   |
|---------|--------------------|--------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 2/7/09  | Orestes Pasparakis | Conference call with U.S. counsel (0.5); follow-up emails with opposing counsel (0.3).                                         | 0.80  | $580.00  |
| 3/7/09  | Orestes Pasparakis | Discussions with counsel (0.4); emails regarding noticing (0.3); following-up on order (0.2); emailing client (0.2).           | 1.10  | $797.50  |
| 6/7/09  | Orestes Pasparakis | Following-up with U.S. Counsel on noticing issues.                                                                             | 0.30  | $217.50  |
| 10/7/09 | Orestes Pasparakis | Emails regarding status (0.4); conference calls (0.3).                                                                         | 0.70  | $507.50  |
| 13/7/09 | Orestes Pasparakis | Preparing for conference call (0.4); attending on conference call outlining strategy and next steps (0.4).                     | 0.80  | $580.00  |
| 15/7/09 | Orestes Pasparakis | Discussions with M. Moloci regarding various issues (0.5); considering next steps (0.1).                                       | 0.60  | $435.00  |
| 16/7/09 | Orestes Pasparakis | Reviewing emails from Representative Counsel.                                                                                  | 0.20  | $145.00  |
| 17/7/09 | Orestes Pasparakis | Conference call with M. Moloci and D. Thompson regarding various issues (0.6); considering update to client (0.1).             | 0.70  | $507.50  |
| 20/7/09 | Derrick C. Tay     | Reviewing materials from Delaware counsel.                                                                                     | 0.40  | $400.00  |
| 21/7/09 | Orestes Pasparakis | Conference call with M. Moloci and D. Thompson (0.5); following-up regarding various issues (0.1); receipt of email and replies (0.2). | 0.80  | $580.00  |

INVOICE: 924572



W.R. GRACE & CO.                                                  01016442-0006

RE: **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 23/7/09 | Allison Kuntz | Meeting with O. Pasparakis to discuss preparation of motion record for motion to amend the June 2, 2009 Order of Justice Morawetz. | 0.30 | $111.00 |
| 24/7/09 | Orestes Pasparakis | Following-up on numerous issues relating to revised settlement. | 0.40 | $290.00 |
| 24/7/09 | Allison Kuntz | Reviewing motion materials and Order from June 2, 2009 motion regarding Crown disclosure (.80); reviewing Minutes of Settlement dated September 2, 2008 between Grace Canada Inc. and Representative Counsel (.30); drafting Notice of Motion regarding amendment to the June 2, 2009 Order (1.50). | 2.60 | $962.00 |
| 27/7/09 | Allison Kuntz | Meeting with O. Pasparakis to discuss preparation of motion materials regarding amendment to June 2, 2009 Order (.50); drafting Notice of Motion and Affidavit in support of motion regarding amendment to June 2, 2009 Order (2.5); emailing service list with respect to motion and service of motion materials (.30) | 3.30 | $1,221.00 |
| 28/7/09 | Jessica Lyn | Filing motion record at the Ontario Superior Court of Justice - Commercial List. | 0.80 | $148.00 |
| 28/7/09 | Allison Kuntz | Participating in conference call with client and U.S. counsel with respect to settlement and claims bar date (.80); revising and finalizing motion materials for motion to amend the June 2, 2009, Order regarding Crown disclosure (1.50). | 2.30 | $851.00 |
| 28/7/09 | Orestes Pasparakis | Attending conference call (0.6); preparing motion materials (0.8); discussions with opposing counsel (0.6). | 2.00 | $1,450.00 |

INVOICE: 924572



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                                          01016442-0006

**RE:  Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 29/7/09 | Allison Kuntz | Drafting Order for motion before Justice Morawetz regarding the amendment to the June 2, 2009 Order (.50); attending motion with respect to same (1.50); attending conference call with Grace and U.S. counsel regarding settlement issues (.80); exchanging correspondence with Crown counsel regarding issued and entered Order (.30); circulating issued and entered Order (.30). | 3.40 | $1,258.00 |
| 29/7/09 | Orestes Pasparakis | Preparing for Court (0.3); attending at Court (3.0); reporting to client (0.2). | 3.50 | $2,537.50 |
| 31/7/09 | Orestes Pasparakis | Following-up on settlement discussions. | 0.30 | $217.50 |
|  |  | **TOTAL FEES** |  | **$13,796.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Facsimile | 6.00 |
| Process server fee | 40.00 |
| Filing notice of motion | 127.00 |
| | $173.00 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | | Amount |
|---|---|---|---|---|
| 27/7/09 | Orestes Pasparakis | Facsimile 4163276228 | | 6.00 |
| 28/7/09 | Allison Kuntz | Filing notice of motion - MINISTER OF FINANCE (ONTARIO) | | 127.00 |
| 29/7/09 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | | 40.00 |
| | | | TOTAL | $173.00 |

INVOICE: 924572



**OGILVY RENAULT**

Client: W.R. GRACE & CO.
RE: Fee Applications, Applicant
Matter No.: 01016442-0008

August 14, 2009
INVOICE: 924597

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending July 31, 2009

| | |
|---|---:|
| FEES | $1,324.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 27.52 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,351.52 |

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4
CANADA
T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com
ogilvyrenault.com



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                                       01016442-0008

RE: Fee Applications, Applicant

BILLING SUMMARY

|  |  | Hours | Amount |
|---|---|---|---|
| T. Walsh |  | 0.5 | $280.00 |
| P. Adams |  | 5.8 | $1,044.00 |
|  | Total | 6.30 | $1,324.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/7/09 | Penny Adams | Reviewing June accounts. | 0.50 | $90.00 |
| 13/7/09 | Penny Adams | Drafting the 30th Monthly Fee Application. | 1.00 | $180.00 |
| 14/7/09 | Penny Adams | Reviewing and revising the 30th Monthly Fee Application. | 0.30 | $54.00 |
| 15/7/09 | Penny Adams | Dealing with issues relating to the fee applications. | 0.30 | $54.00 |
| 16/7/09 | Penny Adams | Drafting the 10th Quarterly Fee Application (2.0); corresponding with R. Finke with respect to the 30th Monthly Fee Application (0.20). | 2.20 | $396.00 |
| 20/7/09 | Penny Adams | Dealing with issues relating to the 30th Monthly Fee Application. | 0.20 | $36.00 |
| 21/7/09 | Penny Adams | Finalizing the 30th Monthly Fee Application (0.30); corresponding with L. Oberholzer and the fee auditor with respect to same (0.50). | 0.80 | $144.00 |
| 21/7/09 | Teresa Walsh | Reviewing and swearing the 30th Monthly Fee Application. | 0.30 | $168.00 |
| 22/7/09 | Penny Adams | Reviewing and revising the 10th Quarterly Fee Application. | 0.50 | $90.00 |
| 27/7/09 | Teresa Walsh | Reviewing Fee Auditor's Interim Report for the 32nd Interim Period (0.1); emailing P. Adams with copy of report (0.1). | 0.20 | $112.00 |
|  |  | **TOTAL FEES** |  | **$1,324.00** |

INVOICE: 924597



W.R. GRACE & CO.                                                               01016442-0008

RE: Fee Applications, Applicant

___

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---:|
| Courier service | 27.52 |
| | $27.52 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 21/7/09 | Derrick C. Tay | Courier service FedEx shipment #689588787997 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER, PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 21-07-2009, GST: 0.00, QST: 0.00 | 27.52 |
| | | TOTAL | $27.52 |

INVOICE: 924597