IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF DEPOSITION OF LEWIS KRUGER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Debtors W.R. Grace & Co., et al., ("Grace"), by and through their undersigned attorneys, will take the deposition of **Lewis Kruger.** The deposition will commence shortly after the Omnibus Hearing at approximately 1:30 p.m., **on August 24, 2009** at the offices of Landis Rath & Cobb, 919 Market Street, 18th Floor, Wilmington, DE 19899, and will continue from day to day thereafter until complete. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths.

Dated: August 21, 2009

                                                   KIRKLAND & ELLIS LLP
                                                   David M. Bernick, P.C.
                                                   Lisa G. Esayian
                                                   300 N. LaSalle
                                                   Chicago, Illinois 60654
                                                   Telephone: (312) 862-2000
                                                   Facsimile: (312) 862-2200

                                                   Theodore L. Freedman
                                                   601 Lexington Ave.
                                                   New York, New York 10022-4675
                                                   Telephone: (212) 446-4800
                                                   Facsimile: (212) 446-4900

                                                   <u>and</u>

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, Illinois 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400

Co-Counsel for the Debtors and Debtors in Possession

2