IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | |

## ANDERSON MEMORIAL HOSPITAL'S DRAFT
## DIRECT WITNESS ORDER AND ESTIMATED TESTIMONY TIME

Anderson Memorial Hospital ("Anderson") hereby files its Draft Witness Order and Estimated Testimony Time as directed by the Fourth Amended Case Management Order Related to the First Amended Plan of Reorganization, dated August 17, 2009 (DE#22819):

Anderson notes that it has been hampered in its ability to determine the evidence it will be necessary to present at the confirmation hearing as a result of the Debtors' discovery abuses in discovery taken to date. Subject to and without limiting Anderson's ability to amend and modify the following, Anderson anticipates calling the following witnesses live at the confirmation hearing:

<u>William M. Ewing</u> – Mr. Ewing may testify as to feasibility issues. His direct testimony is estimated to take approximately 1 hour.

<u>John P. Freeman</u> – Mr. Freeman may testify as to Grace's actions against Anderson and its counsel before and during the bankruptcy. His direct testimony is estimated to take approximately 1.5 hours.

<u>W.D. Hilton, Jr.</u> – Mr. Hilton may testify as to the processing of Anderson's claims in the Celotex Bankruptcy. His direct testimony is estimated to take approximately 15 minutes.

Gibson Solomons – Mr. Solomons may testify as to statements made by Grace's counsel about its purpose in attacking Speights & Runyan. His direct testimony is estimated to take approximately 30 minutes.

Anderson continues to reserve the right to call any witness listed by any other party, any witness identified in further discovery, any witness to refute or explain matters revealed in subsequent discovery or argument, and to call any party (including its counsel) as a witness. Anderson also reserves the right for any identified witness to testify about any subject relevant to the confirmation hearing and reserves the right to call any witness listed on other parties' witness lists. Anderson also reserves the right to use all pleadings submitted in this case and reserves the right to call a records custodian necessary to establish the authenticity or business records foundation of any exhibit Anderson seeks to introduce into evidence, if such exhibit's admissibility is not stipulated. Anderson's witness list does not include witnesses who are wholly rebuttal or impeachment witnesses, and Anderson reserves the right to call witnesses for rebuttal or impeachment purposes. Finally, Anderson reserves the right to present evidence on issues not addressed herein if such issues become relevant to the Court or to Plan Confirmation.

DATED: August 21, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

- and -

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:    (305) 372-1800
Facsimile:    (305) 372-3508

*Counsel for Anderson Memorial Hospital*