**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 9/11/09** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE ELEVENTH MONTHLY
<u>INTERIM PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009</u>**

Name of Applicant: Alan B. Rich, Esq.

Authorized to Provide Services To: Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants
and Holders of Demands

Date of Retention: September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought: July 1, 2009 through July 31, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary: $40,296.00   [80% of $50,370.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary: $4,279.60

This is a(n):   ☒Monthly   ☐Interim   ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application

---

[1] At 80% of the total incurred.

period Mr. Rich billed 87.6 hours,[2] for a total amount billed of $$50,370.00 of which 80% is

currently sought, in the amount of $40,296.00.

As stated above, this is the Ninth application for monthly fees and expenses.  The time for

preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested

in a future application.

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 64.0 | $36,800.00 |
| Travel | 38.8 | $11,155.00 |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 4.2 | $2,415.00 |
| TOTAL | 106.9 | $50,370.00 |

### EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Courtcall<br>Deposition Phone Charges | $4,176.51<br>$74.00<br>$29.09 |
| TOTAL | $4,279.60 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 22nd day of August, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (July, 2009)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|------|--------------------|------|
| 7/1/2009 | Prepare June fee application and notice | 1.5 |
| 7/1/2009 | Attend (by telephone) deposition of Bill Longo | 2.6 |
| 7/1/2009 | Review Certificate of Counsel re Phase II scheduling order | 0.1 |
| 7/1/2009 | Travel (non-productive) to NYC for Pam Zilly deposition | 3.0 |
| 7/2/2009 | Deposition of Pam Zilly | 3.5 |
| 7/2/2009 | Review Interrogatories to Debtors from Anderson Memorial | 0.1 |
| 7/2/2009 | Review errata from Welch deposition | 0.1 |
| 7/2/2009 | CoC for Order Regarding Further Matters Related to the Phase I Confirmation Hearng with Respect to Insurance Neutrality | 0.1 |
| 7/2/2009 | Travel (non-productive) to Dallas from Pam Zilly deposition (multi-hour weather delay on tarmac at LGA) (8.2 hrs. @50%) | 4.1 |
| 7/3/2009 | Reivew CoC regarding amendment to fee notice parties | 0.1 |

| | | |
|---|---|---|
| 7/3/2009 | Review of Debtors/proponents objections to insurers' proffers and exhibits and Debtors/proponents counter-designations | 2.0 |
| 7/6/2009 | Telephone conference with D. Speights | 0.1 |
| 7/6/2009 | Review notice of AXA deposition | 0.1 |
| 7/6/2009 | Review email from Debtors' counsel re Certificate of Counsel re Phase I hearing order | 0.1 |
| 7/7/2009 | Review Order re Phase II Pretrial proceedings | 0.1 |
| 7/7/2009 | Review Emails from ACC counsel re deposition scheduling | 0.1 |
| 7/7/2009 | Email to and from D. Speights re depositions | 0.1 |
| 7/7/2009 | Review order approving 31st quarter fee applications | 0.1 |
| 7/7/2009 | Review Certificate of Counsel re Class 9 issues scheduling order | 0.1 |
| 7/9/2009 | Telephonic hearing re continued omnibus matters | 0.5 |
| 7/9/2009 | Review signed neutrality order | 0.1 |
| 7/9/2009 | Review Certificate of Counsel and proposed order re Kaneb motions | 0.1 |
| 7/9/2009 | Review notice of publication re Royal settlement | 0.1 |
| 7/9/2009 | Reivew stipulation resolving ICA Proof of Claim objection | 0.1 |
| 7/9/2009 | Review emails re debtors' trial brief due date | 0.1 |
| 7/14/2009 | Review Libby claimants opposition to Royal settlement and motion to defer consideration of Royal Settlement | 0.6 |
| 7/14/2009 | Review Debtors' response to Libby Claimants' motion to reconsider order re striking Whitehouse report | 0.1 |
| 7/14/2009 | Review Anderson Memorial's response to Motion for Protective Order re Shelnitz deposition | 0.2 |
| 7/14/2009 | Review Debtors' and Arrowood's opposition to Libby Motion to Shorten Time re motion to defer | 0.1 |

| | | |
|---|---|---|
| 7/14/2009 | Travel (non-productive) to NYC for Travelers Deposition (5 hrs.@50%) | 2.5 |
| 7/15/2009 | Deposition of Kelley (Travelers) | 2.0 |
| 7/15/2009 | Travel (non-productive) to Dallas (5 hrs.@50%) | 2.5 |
| 7/16/2009 | Review letter from Libby counsel re additional production of medical records | 0.1 |
| 7/16/2009 | Review revised deposition calendar as of 7/13 | 0.1 |
| 7/16/2009 | Review BNSF objection to Royal Settlement | 0.1 |
| 7/16/2009 | Review Libby motion to supplement expert report and exhibits thereto | 0.5 |
| 7/16/2009 | Review notice of errata to Whitehouse reports | 0.1 |
| 7/16/2009 | Review FFIC's Objection to Plan Proponents' Objection To Proffered Trial Exhibits For Phase I Of The Confirmation Hearing and Motion To Exclude Such Exhibits | 0.3 |
| 7/16/2009 | Review Libby opposition to motion to exclude Dr. Spear's testimony | 0.1 |
| 7/16/2009 | Review orders re Libby motions re Royal Settlement and re supplemental plan objections | 0.1 |
| 7/16/2009 | Review Libby reply to response to motion to strike Whitehouse and motion for leave to file reply | 0.1 |
| 7/16/2009 | Review Notice of Amendments to Plan Proponents' Objection to Plan Objectors' Proffered Trial Exhibits for Phase I of the Confirmation Hearing and Motion to Exclude Such Exhibits | 0.1 |
| 7/16/2009 | Review Arrowood's deposition notices re Royal settlement | 0.1 |
| 7/16/2009 | Telephone conference with D. Speights and email to client | 0.3 |
| 7/16/2009 | Review Peterson errata sheet | 0.1 |
| 7/16/2009 | Review Debtors' response to the Request for Production of Documents served by Anderson Memorial Hospital on feasability | 0.1 |
| 7/16/2009 | Review Debtors' response to UCC document request on feasability | 0.1 |

| | | |
|---|---|---|
| 7/16/2009 | Review supplemental plan objections of Libby and motion for leave to file same, and order permitting filing of supplemental objections | 0.3 |
| 7/16/2009 | Review Arrowood's opposition to Libby Motion to Reconsider re Whitehouse | 0.5 |
| 7/16/2009 | Email from debtor re deposition scheduling matters | 0.1 |
| 7/16/2009 | Review Bank Lender Group's disclosure request re solvency matters | 0.1 |
| 7/16/2009 | Review Libby Motion to Compel re Royal discovery and motion to shorten time re same | 0.3 |
| 7/17/2009 | Emails to and from client re status | 0.1 |
| 7/17/2009 | Email from Debtor re July 21 hearing | 0.1 |
| 7/17/2009 | Review revised deposition calendar as of 7/17 | 0.1 |
| 7/17/2009 | Review Certificate of Counsel re temporary allowance of claims for voting purposes | 0.1 |
| 7/17/2009 | Review Arrowood's joinder in Motion to Strike Spears Testimony and motion for leave to file reply brief | 0.3 |
| 7/17/2009 | Review Arrowood's objection to motion to expedite Libby motion to Compel | 0.2 |
| 7/17/2009 | Review Arrowood's objection to Libby Motion to Compel | 0.2 |
| 7/17/2009 | Review Arrowood's motion to enforce CMO re libby witness desingations and supporting declaration; motion to shorten time re same and order granting motion to shorten time | 0.5 |
| 7/17/2009 | Review orders re Libby motion to compel and re omnibus hearing | 0.1 |
| 7/17/2009 | Review July 21 hearing agenda | 0.1 |
| 7/17/2009 | Review Plan Proponents' Post Phase I trial submission | 0.3 |
| 7/17/2009 | Review Insurers Post Phase I trial submission | 0.5 |
| 7/17/2009 | Review Morgan Stanley submission re impairment | 0.4 |

| | | |
|---|---|---|
| 7/20/2009 | Review Joint brief of Bank Lenders and UCC re Impairment Issues | 0.5 |
| 7/20/2009 | Review Certificate of Counsel re motion to strike Florence | 0.1 |
| 7/20/2009 | Emails to and from debtors' counsel re pretrial submission | 0.1 |
| 7/20/2009 | Reivew Plan Proponents' brief regarding Class 9 Impairment issues | 0.5 |
| 7/20/2009 | Draft Pretrial Statement of PDFCR and attend to filing of same | 1.0 |
| 7/20/2009 | Review Debtors Supplemental Brief re Morgan Stanley impairment | 0.1 |
| 7/20/2009 | Review Debtors opposition to Libby motion to supplement plan objections | 0.1 |
| 7/20/2009 | Review of Trial Briefs (BNSF; Maryland Casualty; Zurich; AIU; National Union; General Insurance; Garlock Sealing Technologies; GEICO/Republic; Scotts Co.; Longacre; Travelers) | 4.5 |
| 7/20/2009 | Review amnended agenda for 7/21/09 hearing | 0.1 |
| 7/20/2009 | Review of Pretrial Statements (PD Committee; London Market) | 0.2 |
| 7/20/2009 | Review General Insurance Motion to file Proof of Claim | 0.2 |
| 7/20/2009 | Review Motion re Sale of Atlanta Property | 0.1 |
| 7/21/2009 | Review of Trial Briefs (Libby Claimants; Gen'l Insurance; Fireman's Fund) | 3.0 |
| 7/21/2009 | Review Show Cause Order re pro se motion to intervene | 0.1 |
| 7/21/2009 | Review Norfolk Southern Claim Objection | 0.1 |
| 7/21/2009 | Review Libby Claimants' motions regarding experts (Friedman, Parker, Stockman) | 0.5 |
| 7/21/2009 | Review PI FCR/ACC Motion for Order limiting use of future findings or conclusions regarding debtors' solvency | 0.1 |
| 7/22/2009 | Emails regarding Libby deposition of WR Grace | 0.1 |
| 7/22/2009 | Review Agendas for July 27 Omnibus hearing and emails regarding same | 0.2 |

| | | |
|---|---|---|
| 7/22/2009 | Review of Trial Briefs (OneBeacon; London Market; Montana; Fireman's Fund (Surety); Bank Lenders; Allstate; Kaneb) | 4.5 |
| 7/22/2009 | Review of Finke Declaration in support of Arrowood settlement | 0.2 |
| 7/22/2009 | Review Libby deposition notice of Pam Zilly | 0.1 |
| 7/22/2009 | Email to client re Pretrial Statements | 0.1 |
| 7/23/2009 | Email to and from client re meeting and status | 0.1 |
| 7/23/2009 | Review of Pretrial Statements (AIU; Allstate; Anderson Memorial; Arrowood; BNSF; CNA; Edwards Plaintiffs; Federal Insurance; FFIC; Fresenius; Garlock Sealing Technologies; GEICO-Republic; General Insurance; Plan Proponets; Hartford; Kaneb; Libby Claimants; Longacre; Maryland Casualty; Morgan Stanley; State of Montana; National Union; OneBeacon-Seaton; Scotts Company; Sealed Air; Travelers; UCC; US Trustee; Zurich) | 4.0 |
| 7/23/2009 | Prepare June fee application and notice of PD FCR | 0.7 |
| 7/23/2009 | Prepare and file CNO for June fee application | 0.2 |
| 7/23/2009 | Emails to and from Debtors' counsel re deposition transcripts | 0.1 |
| 7/23/2009 | Review Libby Claimants' Response to Arrowood's Motion for Relief Against the Libby Claimants Based on Their Designation of Over 100 Witnesses | 0.3 |
| 7/23/2009 | Review Arrowood's Opposition to Libby Motion to Compel and to Libby Motion to Defer | 0.3 |
| 7/23/2009 | Review Notice of Deposition of Dr. Spear | 0.1 |
| 7/23/2009 | Review Revised (as of 7-23) Deposition Calendar | 0.1 |
| 7/24/2009 | Review Arrowood motion for leave to file reply to BNSF and Libby Objections to Settlement, and proposed Reply Brief | 0.4 |
| 7/24/2009 | Attend (by telephone) deposition of Richard Finke | 1.0 |
| 7/24/2009 | Review documents regarding Grace's sale of membranes businesses and email to client re same | 1.5 |

| 7/24/2009 | Review orders granting leave to reply (Debtors and Arrowood) re Royal settlement | 0.1 |
|---|---|---|
| 7/24/2009 | Review of Debtors Reply Brief re Royal Settlement | 0.2 |
| 7/24/2009 | Review signed stipulation re General Insurance settlement | 0.2 |
| 7/24/2009 | Review stipulation re claim objection of Neutocrete | 0.1 |
| 7/25/2009 | Review proposed 4th amended Case Management Order | 0.3 |
| 7/25/2009 | Review Debtors' Response to solvency brief of bank lenders and UCC | 0.3 |
| 7/25/2009 | Review Anderson Memorial's statement re feasibility experts | 0.1 |
| 7/25/2009 | Review Debtors' status report on solvency issues | 0.1 |
| 7/25/2009 | Review Second Amended Agenda for 7-27-09 hearing | 0.1 |
| 7/26/2009 | Travel (non-productive) from Dallas to Wilmington for Omnibus and Pretrial hearing (5.6 hrs.@ 50%) | 2.8 |
| 7/27/2009 | Attend Pretrial Conference and Omnibus hearing | 5.0 |
| 7/27/2009 | Travel (non-productive) from Wilmington to Dallas (including extended weather delay) (9 hrs.@50%) | 4.5 |
| 7/28/2009 | Emails to and from B. Ruhlander re quarterly fee application | 0.1 |
| 7/28/2009 | Conference with client re status | 0.3 |
| 7/28/2009 | Review order from court regarding rescheduling of September Omnibus hearing | 0.1 |
| 7/28/2009 | Emails to and from debtors' counsel re Shelnitz deposition | 0.1 |
| 7/28/2009 | Review Order granting Libby claimants' motion to supplement objections | 0.1 |
| 7/28/2009 | Email from insurers' counsel re Fourth Amended CMO | 0.1 |
| 7/28/2009 | Review of revised deposition calendar (7/27) | 0.1 |

| | | |
|---|---|---|
| 7/28/2009 | Review debtors' motion for order approving amended and restated settlement with Lloyds | 0.3 |
| 7/28/2009 | Review 7/24 expert report of Denise Neumann Martin | 0.3 |
| 7/28/2009 | Review Feasibility Report of Pamela Zilly and preparation for Zilly deposition | 2.0 |
| 7/28/2009 | Review Anderson Memorial deposition notice of Hudson LaForce | 0.1 |
| 7/28/2009 | Email from Debtors' counsel re CMO conference call | 0.1 |
| 7/29/2009 | Review Anderson Memorial deposition notice of Pam Zilly | 0.1 |
| 7/29/2009 | Attend (by telephone) to the deposition of Dr. Spear | 4.5 |
| 7/29/2009 | Review revised draft of 4th amended CMO and email to opposing counsel re same | 0.4 |
| 7/30/2009 | Review Anderson Memorial Hospitals Amended deposition notice of Mark Shelnitz and Second Amended Deposition notice of Thomas Florence; UCC's deposition notice of Shelnitz | 0.1 |
| 7/30/2009 | Review revised deposition calendar as of 7-29 | 0.1 |
| 7/30/2009 | Review Response to Anderson Memorial Hospital's requests for document production by the ACC, PI FCR and Equity Committee | 0.2 |
| 7/30/2009 | Attend (by telephone) hearing regarding pretrial issues | 2.7 |
| 7/30/2009 | Emails to and from the debtors' counsel re feasability issues | 0.2 |
| 7/30/2009 | Emails to and telephone conference with client re status | 0.4 |
| 7/30/2009 | Telephone conference with D. Speights re deposition schedule | 0.2 |
| 7/31/2009 | Telephone conference with debtors' counsel re deposition issues | 0.3 |
| 7/31/2009 | Review One Beacon, et al. notice and amended notice of Shelnitz deposition | 0.1 |
| 7/31/2009 | Review Anderson Memorial's notice of submission to protective order | 0.1 |
| 7/31/2009 | Prepare July Fee Application and Notice | 1.5 |

| | | |
|---|---|---|
| 7/31/2009 | Review debtors' reports on asset sales and settlements for 32nd quarter | 0.1 |
| 7/31/2009 | Review fee auditor report re PDFCR's 32nd Quarterly fee application and email to client re same | 0.2 |

Total: 87.6 hours @ $575.00/hour = $50,370.00

<u>Expenses</u>:   Detail on Exhibit 1– $4,279.60

**<u>Total Fees and Expenses Due</u>:   $54,649.60**

EXPENSES FOR JULY 2009                                                                EXHIBIT 1


| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 7/1/2009 | Court Reporter's Teleconference Bill for Longo Deposition | $29.09 |
| 7/6/2009 | Court Call for 6/29 hearing | $44.00 |
| 7/15/2009 | Court Call for 7/9 hearing | $30.00 |
| | | |
| 7/1/2009 | RT Coach Airfare DFW-LGA for Zilly Deposition | $744.70 |
| 7/1/2009 | Dinner | $16.46 |
| 7/1/2009 | Taxi | $34.44 |
| 7/2/2009 | Hotel | $339.52 |
| 7/2/2009 | Taxi | $7.00 |
| 7/2/2009 | Taxi | $34.38 |
| 7/2/2009 | Dinner | $4.00 |
| 7/2/2009 | Airport Parking | $42.00 |
| | | |
| 7/14/2009 | RT Coach Airfare DFW-LGA for Kelley Deposition | $1,823.20 |
| 7/14/2009 | Dinner | $4.64 |
| 7/14/2009 | Taxi | $35.48 |
| 7/15/2009 | Hotel | $293.96 |
| 7/15/2009 | Taxi | $9.00 |
| 7/15/2009 | Taxi | $28.69 |
| 7/15/2009 | Dinner | $13.72 |
| 7/15/2009 | Airport Parking | $17.00 |
| | | |
| 7/26/2009 | RT Coach Airfare DFW-PHL for Omnibus hearing | $341.20 |
| 7/26/2009 | Dinner | $10.26 |
| 7/27/2009 | Hotel | $214.92 |
| 7/27/2009 | Hotel Parking | $22.00 |
| 7/27/2009 | Courthouse Parking | $10.00 |
| 7/27/2009 | Rental Car | $64.94 |
| 7/27/2009 | Dinner | $45.00 |
| 7/27/2009 | Airport Parking | $20.00 |
| | | |
| | TOTAL EXPENSES | $4,279.60 |