## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>**Related Docket No. 22805** |

## THE STATE OF MONTANA'S AMENDED DEPOSITION
## DESIGNATIONS FOR THE PHASE II CONFIRMATION HEARING

The State of Montana ("Montana"), pursuant to the Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Docket No. 22819), by and through its undersigned counsel, hereby designates the attached excerpts from the following deposition transcripts to be introduced at the Phase II confirmation hearings, currently scheduled to commence on September 8, 2009:

Deposition of Peter Lockwood, dated May 1, 2009, at pp. 121-25 (Attached hereto as Exhibit A)

Deposition of Richard Finke, dated May 13, 2009, at pp. 295-304 (Attached hereto as Exhibit B)

Deposition of Jay Hughes, dated June 11, 2009, at pp. 211-240 (Attached hereto as Exhibit C)

WCSR 4186741v2

- 2 -

Montana reserves the right to join in or object to deposition designations of any other party. Additionally, because discovery has not yet been completed, Montana reserves its right to further supplement or alter these deposition designations.

Dated:  August 24, 2009

Respectfully submitted,

Womble Carlyle Sandridge & Rice, PLLC

/s/ Matthew P. Ward
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
Matthew P. Ward (#4471)
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Ph: (302) 252-4320
Fax: (302) 252-4330

Counsel for the State of Montana

- 2 -

WCSR 4186741v2