## **CERTIFICATE OF SERVICE**

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on August 24, 2009 via electronic mail:**

**ATTACHED SERVICE LIST**

Under penalty of perjury, I declare that the foregoing is true and correct.


____8/24/2009_____        __/s/ Heidi E Sasso_____
Date                                              Heidi E. Sasso