**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | **RE: D.I. No. 22894** |

**NOTICE OF SERVICE OF TRAVELERS CASUALTY AND SURETY**
**COMPANY'S DRAFT ORDER OF WITNESSES AND ESTIMATED TIME**
**FOR DIRECT EXAMINATION AT PHASE II CONFIRMATION HEARING [D.I. 22894]**

PLEASE TAKE NOTICE that on August 20, 2009, copies of the **Travelers Casualty and Surety Company's Draft Order Of Witnesses And Estimated Time For Direct Examination At Phase II Confirmation Hearing** (D.I. 22894, Filed 8/20/09) were served in the manner indicated upon the entities listed on the attached service list.

Dated: August 24, 2009
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Ann C Cordo
Robert J. Dehney (Bar No. 3578)
Ann C. Cordo (Bar No. 4817)
1201 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200

 - and -

SIMPSON THACHER & BARTLETT LLP
Mary Beth Forshaw
Kathrine McLendon
Elisa Alcabes
425 Lexington Avenue
New York, New York  10017-3954
Telephone: (212) 455-2000

*Attorneys for Travelers Casualty and Surety Company*

3085953.1