IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.,* | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MICHELLE FRIEND, ESQ.

  Evelyn J. Meltzer, Esq., a member of the bar of this Court, pursuant to District Court Local Rule 83.5 and the attached Certification, moves the admission *pro hac vice* of Michelle Friend, Esq., to represent BNSF Railway Company, in the above-captioned bankruptcy cases.

      /s/ Evelyn J. Meltzer
      Evelyn J. Meltzer (DE No. 4581)
      PEPPER HAMILTON LLP
      Hercules Plaza, Suite 5100
      1313 Market Street, P.O. Box 1709
      Wilmington, DE 19899-1709
      Telephone: (302) 777-6500

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the Bar of the State of Montana, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or litigation of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 is being paid to the Clerk of the Court for District Court contemporaneously with the filing of this motion.

      /s/ Michelle Friend
      Michelle Friend, Esq.
      Hedger Friend, PLLC
      2800 Central Avenue
      Billings, MT 59102
      Telephone: (406) 896-4100
      Facsimile: (406) 896-4199

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____

      _____
      United States Bankruptcy Judge

#11388520 v1