IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FINAL ORDER OF WITNESSES AND ESTIMATED TIME OF DIRECT
EXAMINATION OF GARLOCK SEALING TECHNOLOGIES, LLC**

Garlock Sealing Technologies, LLC ("Garlock") and the Plan Proponents have reached an agreement in principle with respect to a Stipulation in lieu of live testimony, concerning admissions of fact and the admissibility of certain Garlock exhibits. Once final, these stipulations will obviate the need for Garlock to offer witnesses at trial (though Garlock will reserve the right to present rebuttal witnesses, to examine witnesses offered by other parties, and to call witnesses to lay a foundation for the admissibility of its exhibits).

The stipulations, however, have not yet been executed by the parties and filed with the Court. Accordingly, pending final agreement, Garlock reserves its right to offer live testimony of witnesses at trial, and has made its witnesses available to the Plan Proponents for deposition. Should it be necessary for Garlock to present live witness testimony, then in accordance with paragraph three of the Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, Garlock by and through counsel hereby submits the following proposed order of its witnesses and respective estimates of time of direct examination for the Phase II Confirmation Hearing:

2297575/1

| Order of Witnesses | Witness | Estimated Time of Direct Examination[1] |
|---|---|---|
| 1. | Paul L. Grant, Jr. | 1.5 hours |
| 2. | John A. Turlik | 1.5 hours |

Furthermore, Garlock reserves the right to examine any witnesses designated and/or called by any other party; the right to examine any witnesses necessary to rebut evidence or argument made at or before the Confirmation Hearing that is contrary to the interests of Garlock; and the right to call any witness not listed for the purpose of laying a foundation for the admission of documents and other evidence.

Dated: August 24, 2009

MORRIS JAMES LLP

*/s/ Brett D. Fallon*

Brett D. Fallon (No. 2480)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1404
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

-and-

Garland S. Cassada
Richard C. Worf
Robinson, Bradshaw & Hinson, P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
E-mail: gcassada@rbh.com
        rworf@rbh.com

Attorneys for Garlock Sealing Technologies, LLC

---

[1] Garlock reserves the right to exceed the estimated time of direct examination of the witnesses based on subsequent developments prior to and during the Phase II Confirmation Hearing.

2

2297575/1