# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## AFFIDAVIT OF JAMIE DAWSON, PARALEGAL

STATE OF DELAWARE    :
                                      : SS
NEW CASTLE COUNTY   :

      I, Jamie Dawson, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on August 24, 2009, I caused to be served:

FINAL ORDER OF WITNESSES AND ESTIMATED TIME OF DIRECT EXAMINATION OF GARLOCK SEALING TECHNOLOGIES, LLC

      Service was completed upon the parties on the attached list, hereto as Exhibit A, via hand delivery for local counsel and first class mail, postage prepaid, for all other listed parties. Additionally, service was completed upon the parties attached hereto as Exhibit B via electronic mail.

Date: August 24, 2009

                                                          _/s/ Jamie Dawson_
                                                          Jamie Dawson

      SWORN AND SUBSCRIBED before me this 24th day of August, 2009.

                                              _/s/ Deborah Quaintance Cook_
                                                            NOTARY
                                                   My commission expires:_____

DEBORAH QUAINTANCE COOK
Notary Public - State of Delaware
My Comm. Expires May 11, 2011

WWW/116037-0001/2266018/1

# EXHIBIT A

**VIA HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Facsimile: (302) 652-4400
[Counsel to the Debtors]

David Klauder, Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801
(Counsel to Asbestos PI Committee)

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Counsel to Asbestos PD Committee)

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(Counsel to Official Committee of
Unsecured Creditors)

**VIA HAND DELIVERY**
Teresa K.D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(Counsel to Equity Committee)

**VIA FIRST CLASS MAIL**
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: General Counsel
Facsimile: (410) 531-4545

David M. Bernick, P.C.
Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Facsimile: (212) 446-4900
[Counsel to the Debtors]

Peter Van Lockwood, Esq.
Ronald Reinsel, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
Facsimile: (202) 862-3301
[Counsel to the Asbestos PI Committee]

**VIA FIRST CLASS MAIL**
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Facsimile: (212) 644-6755
[Counsel to the Asbestos PI Committee]

WWW/116037-0001/2266018/1

**VIA FIRST CLASS MAIL**
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340
Facsimile: (305) 374-7593
[Counsel to the Asbestos PD Committee]

David T. Austern
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683
Facsimile: (703) 205-6249
[Counsel to Asbestos PI Future
Claimants' Representative]

Roger Frankel, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Facsimile: (202) 339-8500
[Counsel to Asbestos PI Future
Claimants' Representative]

Alexander M. Sanders, Jr.
19 Water Street
Charleston, SC 29401
Facsimile: (843) 953-7570
[Counsel to Asbestos PD Future
Claimants' Representative]

Alan B. Rich
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909
Facsimile: (214) 749-0325
[Counsel to Asbestos PD Future
Claimants' Representative]

**VIA FIRST CLASS MAIL**
Lewis Kriguer
Arlene Krieger
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Facsimile: (212) 806-6006
[Counsel to the Official Committee
of Unsecured Creditors]

Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407
Facsimile: (201) 703-4113

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Facsimile: (212) 735-2000
[Counsel to Sealed Air Corporation]

Fresenius Medical Care North America
Corporate Headquarters
Corporate Law Department
95 Hayden Avenue
Lexington, MA 02420-9192
Facsimile: (781) 402-9700

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL 60606
Facsimile: (312) 984-7700
[Counsel to Fresenius Medical
Care North America]

Phillip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Facsimile: (212) 715-8000
[Counsel to the Equity Committee]

# EXHIBIT B

## SERVICE LIST

| | |
|---|---|
| aaronsona@pepperlaw.com | fmonaco@wcsr.com |
| acordo@mnat.com | fournierd@pepperlaw.com |
| acraig@cuyler.com | FRosner@mrs-law.com |
| akelley@dilworthlaw.com | gcalhoun@steptoe.com |
| akrieger@stroock.com | ghorowitz@kramerlevin.com |
| alexander.mueller@mendes.com | gibbonsj@whiteandwilliams.com |
| anna.newsom@mendes.com | gmcdaniel@bglawde.com |
| arich@alanrichlaw.com | gmcdaniel@bglawde.com |
| arosenberg@paulweiss.com | green@lrclaw.com |
| arunning@kirkland.com | Greg.Stclair@skadden.com |
| belias@omm.com | gsvirsky@omm.com |
| bharding@kirkland.com | heather.bloom@kirkland.com |
| bmukherjee@goodwinprocter.com | hertzbergr@pepperlaw.com |
| bsb@capdale.com | hriedel@srbp.com |
| bsb@capdale.com | ilevee@lowenstein.com |
| bstansbury@kirkland.com | IRosenberg@cozen.com |
| butcher@lrclaw.com | jal@capdale.com |
| candon@cwg11.com | jal@capdale.com |
| carignanj@pepperlaw.com | james.freeman2@usdoj.gov |
| carl.pernicone@wilsonelser.com | jbaer@jsbpc.com |
| carolina.acevedo@mendes.com | jcohn@cozen.com |
| casarinom@whiteandwilliams.com | jcp@pgslaw.com |
| caseyl@pepperlaw.com | jcutler@orrick.com |
| Catherine.chen@wilsonelser.com | jeff.friedman@kattenlaw.com |
| cbruens@kirkland.com | jeffrey.boerger@dbr.com |
| cgreco@kirkland.com | jguy@orrick.com |
| cohn@cwg11.com | jk@kttlaw.com |
| collins@rlf.com | jmeltzer@sbtklaw.com |
| cprince@sonnenschein.com | john.mcfarland@grace.com |
| david.boutrous@kirkland.com | joneill@pszjlaw.com |
| david.klauder@usdoj.gov | jpruggeri@hhlaw.com |
| david.primack@dbr.com | jpw@capdale.com |
| david.turetsky@skadden.com | jpw@capdale.com |
| dbernick@kirkland.com | jsakalo@bilzin.com |
| dblabey@kramerlevin.com | jsottile@zuckerman.com |
| dfelder@orrick.com | jspadaro@johnsheehanspadaro.com |
| dglosband@goodwinprocter.com | jwaxman@cozen.com |
| dmannal@kramerlevin.com | jwisler@cblh.com |
| Dpastor@Gilmanpastor.com | kandestin@rlf.com |
| drosenbloom@mwe.com | karen.f.lee@kirkland.com |
| drosendorf@kttlaw.com | kbornstein@sbtklaw.com |
| dsilver@mccarter.com | klove@kirkland.com |
| dspeights@speightsrunyan.com | kmakowski@pszjlaw.com |
| ealcabes@stblaw.com | kmangan@wcsr.com |
| ei@capdale.com | kmayer@mccarter.com |
| eileen.mccabe@mendes.com | kmiller@skfdelaware.com |

06/15/09/SL1 929609v1/021630.00003

| | |
|---|---|
| elongosz@eckertseamans.com | richard.finke@grace.com |
| emdecristofaro@FMEW.com | rifft@wileyrein.com |
| erosenthal@rmgglaw.com | korr@orrick.com |
| ewestbrook@rpwb.com | kpasquale@stroock.com |
| ewolfe@skfdelaware.com | rjsidman@vorys.com |
| lkruger@stroock.com | rmillner@sonnenschein.com |
| loberholzer@pszjlaw.com | rriley@duanemorris.com |
| locasaleg@whiteandwilliams.com | rwyron@orrick.com |
| lstover@eckertseamans.com | sbaena@bilzin.com |
| Madigan.andrea@epa.gov | scalogero@cuyler.com |
| madron@rlf.com | landis@lrclaw.com |
| mark.shelnitz@grace.com | lepley@crowell.com |
| maward@wcsr.com | lesayian@kirkland.com |
| mdavis@zeklaw.com | sfreedman@dilworthlaw.com |
| mdavis@zeklaw.com | speirce@fulbright.com |
| meltzere@pepperlaw.com | SSchindlerWilliams@kramerlevin.com |
| merritt.pardini@kattenlaw.com | sshimshak@paulweiss.com |
| meskin@camlev.com | stearn@rlf.com |
| metkin@lowenstein.com | swspencer@FMEW.com |
| mgiannotto@goodwinprocter.com | tcairns@pszjlaw.com |
| mhurford@camlev.com | tcurrier@saul.com |
| michael.brown@dbr.com | tfreedman@kirkland.com |
| mjoseph@ferryjoseph.com | tgerber@fulbright.com |
| mkramer@bilzin.com | tgerber@fulbright.com |
| mlastowski@duanemorris.com | thomas.quinn@mendes.com |
| mphillips@cblh.com | tmacauley@zuckerman.com |
| mphillips@paulweiss.com | tmessana@mws-law.com |
| mpiropato@stblaw.com | toolee@pepperlaw.com |
| mplevin@crowell.com | travis.langenkamp@kirkland.com |
| mshiner@tuckerlaw.com | tschiavoni@omm.com |
| mumford@lrclaw.com | tscobb@vorys.com |
| mwallace@orrick.com | ttacconelli@ferryjoseph.com |
| mweis@dilworthlaw.com | ustpregion03.wl.ecf@usdoj.gov |
| nancy.manzer@wilmer.com | vguldi@zuckerman.com |
| ndf@capdale.com | warren.pratt@dbr.com |
| noah.heller@kattenlaw.com | wbs@capdale.com |
| pbentley@kramerlevin.com | wbs@capdale.com |
| pcuniff@pszjlaw.com | wrussell@stblaw.com |
| pkoepff@omm.com | wshelley@cozen.com |
| pmahaley@orrick.com | yoderj@whiteandwilliams.com |
| ppantaleo@stblaw.com | young@wildman.com |
| pvnl@capdale.com | |
| ramos@rlf.com | |
| rdehney@mnat.com | |
| Reynolds@rlf.com | |
| rfrankel@orrick.com | |
| rguttmann@zeklaw.com | |
| rhorkovich@andersonkill.com | |