# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

## CERTAIN PLAN OBJECTORS' NOTICE OF COUNTER-COUNTER DESIGNATIONS FOR PHASE II OF THE CONFIRMATION HEARING WITH RESPECT TO THE DEPOSITION OF RICHARD FINKE (MAY 13, 2009)

The undersigned parties (collectively, "Certain Plan Objectors"), by and through their respective undersigned attorneys, in response to The Plan Proponents' Objections and Counter-Designations to the Objecting Parties' and Arrowood Indemnity Company's Phase II Designations (D.I. 22903)[1] and to the Plan Proponents counter-designations with respect to the transcript of the deposition of Richard Finke, taken on May 13, 2009 (the "Deposition Transcript"), hereby counter-counter designate the attached excerpts from the Deposition Transcript, which may be offered in evidence in connection with Phase II of the Confirmation Hearing in this matter, pursuant to Rule 32 of the Federal Rules of Civil Procedure.  Certain Plan Objectors reserve the right to use any part of the Deposition Transcript, even if it is not designated, for the purpose of contradicting or impeaching testimony given by the deponent as a witness.  Certain Plan Objectors further reserve the right to call the witness at trial to supplement the deposition testimony designated herein.

---

[1] Any objections to the Plan Proponents' counter-designations will be filed separately from this counter-counter designation of deposition testimony.

In addition to those portions of the Deposition Transcript previously designated, Certain Plan Objectors hereby counter-counter designate the testimony located at: Page 69, lines 10 to 11. An excerpted copy of the Deposition Transcript is attached as Exhibit "A" hereto, with the portions counter-counter designated by Certain Plan Objectors marked in orange.

Dated: August 24, 2009
Wilmington, Delaware

| DRINKER BIDDLE & REATH LLP | STEVENS & LEE, P.C. |
|---|---|
| /s/ David P. Primack<br>Warren T. Pratt (4334)<br>David P. Primack (4449)<br>1100 N. Market Street, Suite 1000<br>Wilmington, DE 19801-1254<br>Telephone: 302-467-4200 | /s/ John D. Demmy.<br>John D. Demmy (DE Bar No. 2802)<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-3308<br>Facsimile: (610) 371-8515<br>Email: jdd@stevenslee.com |
| - and - | -and- |
| Michael F. Brown (*pro hac vice*)<br>Jeffrey M. Boerger (*pro hac vice*)<br>One Logan Square<br>Philadelphia, PA 19103-6996<br>Telephone: 215-988-2700<br><br>*Attorneys for Government Employees Insurance Company, Republic Insurance Company n/k/a Starr Indemnity & Liability Company, OneBeacon America Insurance Company, and Seaton Insurance Company* | Leonard P. Goldberger<br>Marnie E. Simon<br>(Members of the PA Bar)<br>1818 Market Street<br>29th Floor<br>Philadelphia, PA 19103-1702<br>Telephone: (215) 751-2864/2885<br>Facsimile: (610) 371-7376/8505<br>Email: lpg@stevenslee.com<br>Email: mes@stevenslee.com<br><br>*Attorneys for Fireman's Fund Insurance Company and Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft* |

| | |
|---|---|
| CONOLLY BOVE LODGE & HUTZ LLP | ROSENTHAL, MONHAIT & GODDESS, P.A. |

 /s/ Jeffrey C. Wisler                        /s/ Edward B. Rosenthal
Jeffrey C. Wisler (#2795)                     Edward B. Rosenthal (Bar No. 3131)
Marc J. Phillips (#4445)                      P.O. Box 1070
The Nemours Building                          Wilmington, Delaware 19899
1007 N. Orange Street                         Telephone: (302) 656-4433x6
P.O. Box 2207                                 Facsimile: (302) 658-7567
Wilmington, DE 19899
Telephone: (302) 658-9141                     -and-
Facsimile: (302) 658-0380
                                              GOODWIN PROCTER LLP
OF COUNSEL:                                   Daniel M. Glosband (*pro hac vice*)
                                              Brian H. Mukherjee (*pro hac vice*)
ECKERT SEAMANS CHERIN &                       Exchange Place
MELLOTT, LLC                                  Boston, Massachusetts 02109
Edward J. Longosz, II                         Telephone: (617) 570-1000
Gabriella Cellarosi                           Facsimile: (617) 523-1231
1747 Pennsylvania Avenue, N.W.
Suite 1200                                    -and-
Washington, D.C. 20006
Telephone: (202) 659-6600                     Michael S. Giannotto (*pro hac vice*)
Facsimile: (202) 659-6699                     Frederick C. Shafrick (*pro hac vice*)
                                              901 New York Avenue, N.W.
WILEY REIN LLP                                Washington, D.C. 20001
Richard A. Ifft                               Telephone: (202) 346-4000
Karalee C. Morell                             Facsimile: (202) 346-4444
1776 K Street, N.W.
Washington, D.C. 20006                        -and-
Telephone: (202) 719-7170
Facsimile: (202) 719-7049                     FORD MARRIN ESPOSITO
                                              WITMEYER & GLESER, L.L.P.
*Attorneys for Maryland Casualty              Elizabeth DeCristofaro (*pro hac vice*)
Company, Zurich Insurance Company and         Wall Street Plaza
Zurich International (Bermuda) Ltd.*          23rd Floor
                                              New York, New York 10005-1875
                                              Telephone: (212) 269-4900
                                              Facsimile: (212) 344-4294

                                              *Attorneys for Continental Casualty
                                              Company and Continental Insurance
                                              Company and related subsidiaries and
                                              affiliates*

| COZEN O'CONNOR | TUCKER ARENSBERG |
|---|---|
| /s/ Barry Klayman | /s/ Michael A. Shiner |
| Barry M. Klayman (DE No. 3676) | Michael A. Shiner, *pro hac vice* |
| 1201 N. Market Street | 1500 One PPG Place |
| Suite 1400 | Pittsburgh, PA 15222-5401 |
| Wilmington, DE 19801 | Telephone: (412) 566-1212 |
| Telephone: (302) 295-2035 | Facsimile: (412) 594-5619 |
| Facsimile: (215) 701-2209 | Email: mshiner@tuckerlaw.com |
| - and - | -and- |
| William P. Shelley (PA ID 40875) | MENDES & MOUNT, LLP |
| Jacob C. Cohn (PA ID 54139) | Eileen T. McCabe, *pro hac vice* |
| Ilan Rosenberg (PA ID 89668) | 750 Seventh Avenue |
| 1900 Market Street | New York, NY 10019 |
| Philadelphia, PA 19103 | Telephone: (212)261-8254 |
| Telephone: (215) 665-2000 | Facsimile: (302)235-2536 |
| Facsimile: (215) 665-2013 | Email: eileen.mccabe@mendes.com |
| *Attorneys for Federal Insurance Company* | -and- |
| | John S. Spadaro (No. 3155) |
| | 724 Yorklyn Road |
| | Suite 375 |
| | Hockessin, DE 19707 |
| | Telephone: (302) 235-7745 |
| | Facsimile: (302) 235-2536 |
| | Email: jspadaro@johnsheehanspadaro.com |
| | *Attorneys for AXA Belgium as successor to Royal Belge SA* |