# EXHIBIT A

Page 1

```
IN THE UNITED STATES BANKRUPTCY COURT
   FOR THE DISTRICT OF DELAWARE
_____X
In Re:                         Chapter 11

                               Case No.
                               01-01139 JKF
W.R. Grace & Co., et al.,
                               (Jointly
           Debtors.            Administered)
_____X
```

\* \* \* CONFIDENTIAL \* \* \*

— — —

May 13, 2009

— — —

DEPOSITION of RICHARD FINKE, held at the offices of Kirkland & Ellis, 655 Fifteenth Street, N.W., Washington, DC, commencing at 9:32 A.M., on the above date, before Lisa Lynch, a Registered Merit Reporter, New Jersey Certified Court Reporter, License No. XI00825, and Certified Realtime Reporter

— — —

MAGNA LEGAL SERVICES, LLP

7 Penn Center, 8th Floor
   1635 Market Street
      Philadelphia, PA  19103

18571e75-00f3-46c1-8171-33f804967a7c

Page 66

```
 1    witness, I believe, but...
 2         MR. LIESEMER: Join in the
 3    objections.
 4         THE WITNESS: I'm sorry.
 5    Can you read the question again?
 6         (The reporter reads the
 7    pending question.)
 8    A.   They have fiduciary
 9    obligations to their clients, yes.
10    Q.   Okay. And to your
11    knowledge, do those fiduciary duties
12    differ from -- that is, the duties that
13    they owe to their respective clients --
14    differ from the fiduciary duties that each
15    of these TAC members has in their role as
16    a TAC member?
17         MR. LIESEMER: Objection to
18    form.
19         MS. HARDING: Same
20    objection as I had to the previous
21    question.
22    A.   In general, they owe the
23    same obligation to fulfill the role of a
24    fiduciary, which is to act in the best
```

Page 67

```
 1    interests of their clients. Whether there
 2    are specific duties in their role as TAC
 3    members that are different from specific
 4    duties in their role as counsel
 5    representing their clients, I don't
 6    know.
 7    Q.   Do you have an
 8    understanding as to how the TAC members
 9    will deal with the situation where the
10    best interests of their individual clients
11    differs from the best interest of all
12    holders of present PI Trust claims?
13         MS. HARDING: Object to
14    form.
15         MR. LIESEMER: Objection to
16    form.
17         MS. HARDING: Calls for
18    speculation.
19    A.   I don't know.
20    Q.   Is there any mechanism in
21    any of the Plan documents, to your
22    knowledge, that addresses that issue?
23         MS. HARDING: Object to
24    form.
```

Page 68

```
 1    A.   I am not aware of any.
 2    Q.   Okay. Now, you're familiar
 3    with the term "PI Trust claims" as it's
 4    used in the Trust agreement, correct?
 5         MR. LIESEMER: Objection to
 6    form.
 7    A.   Yes, I am.
 8    Q.   And if you look at Footnote
 9    1 to the Trust agreement, if you would,
10    Footnote 1 says that what is defined as
11    asbestos PI claims in the plan will be
12    referred to as PI Trust claims in the
13    Trust agreement, correct?
14    A.   Yes.
15    Q.   And are you familiar with
16    the scope of the defined term "asbestos PI
17    claims" as it appears in the Plan?
18    A.   Yes.
19    Q.   I'm correct, am I not, that
20    it includes the term "indirect PI Trust
21    claim"?
22    A.   Yes.
23    Q.   So based on that
24    definitional connection, is it fair to say
```

Page 69

```
 1    that Mr. Weitz, Mr. Cooney, Mr. Budd
 2    and -- I missed someone -- Mr. Budd, Mr.
 3    Cooney, Mr. Rice and Mr. Weitz are
 4    fiduciaries to the holders of indirect PI
 5    Trust claims?
 6         MS. HARDING: Object to
 7    form.
 8         MR. LIESEMER: Join in the
 9    objection.
10    A.   I believe that to be
11    correct.
12    Q.   Are you generally familiar
13    with my client, OneBeacon's, contractual
14    indemnity claims?
15    A.   No.
16    Q.   Okay, we'll get to that
17    later then.
18         MR. BROWN: Let's mark this
19    next.
20         (First Amended Joint Plan
21    of Reorganization marked for
22    identification as Exhibit
23    Finke-8.)
24    Q.   Mr. Finke, you have before
```