PUBLIC VERSION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

### *CREDITORS* ONEBEACON AMERICA INSURANCE COMPANY'S AND SEATON INSURANCE COMPANY'S NOTICE OF DESIGNATIONS FOR PHASE II OF THE CONFIRMATION HEARING WITH RESPECT TO THE DEPOSITION OF MARK SHELNITZ

Creditors OneBeacon America Insurance Company ("OneBeacon") and Seaton Insurance Company ("Seaton"), by and through their respective undersigned attorneys, hereby designate the attached excerpts from the transcript of the deposition of Mark Shelnitz, taken on August 19, 2009 (the "Deposition Transcript"), together with any pertinent exhibits thereto, which may be offered in evidence in connection with Phase II of the Confirmation Hearing in this matter, pursuant to Rule 32 of the Federal Rules of Civil Procedure. OneBeacon and Seaton reserve the right to supplement these designations following receipt of Plan Proponents' counter-designations, if any. OneBeacon and Seaton further reserve the right to use any part of the Deposition Transcript, even if it is not designated, for the purpose of contradicting or impeaching testimony given by the deponent as a witness. Finally, OneBeacon and Seaton reserve the right to call the witness at trial to supplement the deposition testimony designated herein.

An excerpted copy of the Deposition Transcript, together with pertinent exhibits, is attached as Exhibit "A" hereto, with the portions designated by OneBeacon and Seaton marked in green.

Respectfully submitted,

Dated: August 24, 2009

/s/ David P. Primack
Warren T. Pratt (DE 4334)
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 N. Market Street
Wilmington, DE 19801-1254
Tel. (302) 467-4200

- and -

Michael F. Brown (*pro hac vice*)
Jeffrey M. Boerger (*pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel. (215) 988-2700

*Counsel for Creditors OneBeacon America Insurance Company and Seaton Insurance Company*