# EXHIBIT A

1           MARK SHELNITZ - CONFIDENTIAL

2       IN THE UNITED STATES BANKRUPTCY COURT

3           FOR THE DISTRICT OF DELAWARE

4

    --------------------------------x
5   IN RE:                          :

                                    :
6                                   : NO. 01-1139(jjf)

                                    :
7   W.R. GRACE & COMPANY, et al     :

                                    :
8           Debtors                 :
    --------------------------------x
9

10

11      CONFIDENTIAL DEPOSITION OF MARK SHELNITZ

12               Washington, D.C.

13          Wednesday, August 19, 2009

14

15

16

17

18

19

20

21  Reported by:

22  Ron E. Bennett

23  JOB NO. 24344

24

25

# REMAINDER OF DEPOSITION TRANSCRIPT OMITTED FROM THIS PUBLICLY REDACTED VERSION

Certain designated portions of the Deposition Transcript (as defined in the attached Notice), which are set forth below by page and line number, have been **Filed Under Seal Pursuant to May 2009 Protective Order**.  The omitted portions of the Deposition Transcript are sealed pursuant to an order of this Court and contain Confidential Information filed by OneBeacon Seaton (as defined in the attached Notice) and are not to be opened or the contents thereof displayed or revealed except by order of this Court or pursuant to a written agreement by and among the Parties to that certain May 2009 Protective Order.

The designated portions of the Deposition Transcript that have been omitted from this publicly redacted version and filed under seal include:

Page 163, line 5 to page 185, line 13
Page 185, line 23 to page 191, line 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF
THE BANKRUPTCY CODE OF W. R. GRACE & CO., ET AL., THE OFFICIAL
COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI
FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF
<u>EQUITY SECURITY HOLDERS DATED FEBRUARY 27, 2009</u>**



# REMAINDER OF EXHIBIT OMITTED SEE FIRST AMENDED JOINT PLAN (D.I. 20872)

Exhibit __PP 85__

# Formation of Fresenius
# Medical Care Deal Book

## Voluminous Exhibit Available Upon Request
## (4boxes)



DEPOSITION
EXHIBIT
Shelnitz 10

PP 003775



# GRACE

## FORMATION OF



### Fresenius Medical Care

## SPIN-OFF OF

# GRACE

## SEPTEMBER 27, 1996

## VOLUME I

## W. R. GRACE & CO.
## LEGAL SERVICES GROUP

EX. PP 85

September 2009 W. R. Grace
Plan Confirmation Hearing

FMC-00001

PP 003776

FMC-00002

PP 003777

# CLOSING

### under the

# AGREEMENT AND PLAN

### OF

# REORGANIZATION

by and between

## W. R. GRACE & CO.

and

## FRESENIUS AG

dated as of

**February 4, 1996**

**September 27, 1996**

FMC-00003

PP 003778

## DEFINITIONS

| | |
|---|---|
| Abbott | Abbott Laboratories. |
| ADR | an American depositary receipt representing one or more ADSs. |
| ADR Registration Statement | the Registration Statement on Form F-6 filed with the SEC in connection with the registration of the ADRs. |
| ADS | an American Depositary Share representing one-third of a Fresenius Medical Care Ordinary Share, deposited with the Custodian pursuant to the Deposit Agreement. |
| Banks | the lenders under the NMC Credit Agreement. |
| Closing | the closing of the transactions contemplated by the Reorganization Agreement. |
| Closing Date | September 27, 1996. |
| Custodian | Dresdner Bank AG. |
| Deposit Agreement | the Deposit Agreement, dated September 27, 1996, by and between Fresenius Medical Care, the Depositary, and the holders of ADRs issued thereunder. |
| Depositary | Morgan Guaranty Trust Company of New York, as Depositary. |
| Distribution Agent | ChaseMellon Shareholder Services, LLC. |
| Distribution Payment | a payment (or the assumption of debt) by NMC and/or Grace in the amount as provided in the Reorganization Agreement. |
| Escrow Agent | Morgan Guaranty Trust Company of New York, as Escrow Agent. |
| Exchange Act | the Securities Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder. |
| Exchange Agent | Morgan Guaranty Trust Company of New York, as Exchange Agent. |

FMC-00004

PP 003779

| | |
|---|---|
| FNMCH | Fresenius National Medical Care Holdings, Inc., a New York corporation known prior to the Reorganization as W. R. Grace & Co. |
| Fresenius | Fresenius AG, an Aktiengesellschaft organized under the laws of the Federal Republic of Germany. |
| Fresenius Medical Care | Fresenius Medical Care AG, an Aktiengesellschaft organized under the laws of the Federal Republic of Germany, formerly known as Fresenius Medical Care GmbH, formerly known as Steril Pharma GmbH. |
| Fresenius Medical Care Ordinary Shares | ordinary shares in the capital of Fresenius Medical Care. |
| Fresenius Medical Care Registration Statement | the registration statement on Form F-4 filed with the SEC in connection with the issuance of Fresenius Medical Care Ordinary Shares and ADSs in the Grace Merger and the Fresenius USA Merger. |
| Fresenius 13D | the Schedule 13D filed by Fresenius with the SEC relating to its ownership of securities of Fresenius USA. |
| Fresenius USA | Fresenius USA, Inc., a Massachusetts corporation. |
| Fresenius USA Merger | the merger of Fresenius USA with a subsidiary of Fresenius Medical Care. |
| Fresenius USA Merger Certificate | articles of merger submitted to the Department of the Commonwealth of the Commonwealth of Massachusetts regarding the Fresenius USA Merger. |
| Fresenius USA Merger Sub | FUSA Merger Sub, Inc., a Massachusetts corporation and a wholly owned subsidiary of Fresenius Medical Care. |
| Fresenius USA Schedule 14A | the Schedule 14A filed by Fresenius USA with the SEC, including the Joint Proxy Statement-Prospectus. |
| FSI | Fresenius Securities, Inc. |
| FTC | the United States Federal Trade Commission. |

FMC-00005

PP 003780

| | |
|---|---|
| Grace | W. R. Grace & Co., a New York corporation. |
| Grace Amendment | two amendments, collectively, to the Certificate of Incorporation of Grace in substantially the form set forth in Appendix D to the Joint Proxy Statement-Prospectus. |
| Grace-Conn. | W. R. Grace & Co.-Conn., a Connecticut corporation and, prior to the Distribution, a wholly owned subsidiary of Grace. |
| Grace Merger | the merger of Grace with a subsidiary of Fresenius Medical Care. |
| Grace Merger Certificate | a certificate of merger submitted to the Department of State of the State of New York regarding the Grace Merger. |
| Grace Merger Sub | WRG Merger Sub, Inc., a New York corporation and a wholly owned subsidiary of Fresenius Medical Care. |
| Grace Registration Statement | the registration statement on Form S-4 filed by Grace with the SEC in connection with the issuance of New Preferred Shares in the Recapitalization. |
| Grace Rights | the preferred stock purchase rights of Grace issued pursuant to the Rights Agreement. |
| Grace Rights Agreement | the Amended and Restated Rights Agreement, dated June 7, 1990, by and between Grace and Manufacturers Hanover Trust Company, as rights agent, as supplemented and amended. |
| Grace Schedule 14A | the Schedule 14A filed by Grace with the SEC, including the Joint Proxy Statement-Prospectus. |
| Joint Proxy Statement-Prospectus | the Joint Proxy Statement-Prospectus, dated August 2, 1996, of Grace, Fresenius USA and Fresenius Medical Care (including Annex A, in the case of Grace shareholders). |
| Joint Proxy Statement-Prospectus Supplement | the Joint Proxy Statement-Prospectus Supplement, dated August 1996, of Grace, Fresenius USA and Fresenius Medical Care. |
| KPMG | KPMG Peat Marwick LLP, independent public accountants for Fresenius USA. |

FMC-00006

| | |
|---|---|
| KPMG DT-G | KPMG Deutsche Treuhand Gesellschaft, independent public accountants for Fresenius. |
| M&C | Miller & Chevalier, Chartered, special tax counsel to Grace. |
| M&V | Moore & Van Allen, LLP, counsel to the Banks. |
| New Grace | Grace Holding, Inc., a Delaware corporation and, prior to the Distribution, a wholly owned subsidiary of Grace. |
| New Grace Common Stock | shares of common stock, par value $.01 per share, of New Grace. |
| New Grace Registration Statement | the registration statement on Form S-1 filed by New Grace with the SEC in connection with the Distribution. |
| New Grace Rights | the preferred stock purchase rights of New Grace issued pursuant to the New Grace Rights Agreement. |
| New Preferred Shares | shares of Class D preferred stock of Grace to be issued in the Recapitalization. |
| NMC | National Medical Care, Inc., a Delaware corporation and a wholly owned subsidiary of Grace. |
| NMC Credit Agreement | the Credit Agreement, dated September 27, 1996, by and between NMC, certain other borrowers named therein and the Banks. |
| NMC Form 10 | the Form 10, filed by NMC with the SEC on September 25, 1995. |
| NS&L | Nörr, Stiefenhofer & Lutz. |
| NYSE | The New York Stock Exchange, Inc. |
| OIG | Office of the Inspector General of the Department of Health and Human Services. |
| O'M&M | O'Melveny & Myers LLP, special counsel to Fresenius. |
| Preliminary Proxy Materials | the preliminary forms of the Grace Schedule 14A and the Fresenius USA Schedule 14A. |

FMC-00007

PP 003782

| | |
|---|---|
| PW | Price Waterhouse LLP, independent public accountants for Grace. |
| Reorganization | the Contribution, the Recapitalization, the Distribution and the Mergers (all as defined in the Reorganization Agreement). |
| Reorganization Agreement | the Agreement and Plan of Reorganization, dated as of February 4, 1996, by and between Grace and Fresenius. |
| R&G | Ropes & Gray, special counsel to the Independent Directors of Fresenius USA. |
| SEC | the Securities and Exchange Commission. |
| Securities Act | the Securities Act of 1933, as amended, and the rules and regulations promulgated thereunder. |
| Stiftung | Else Kröner-Fresenius-Stiftung, a charitable foundation. |
| Transfer Agent | Morgan Guaranty Trust Company of New York, as Transfer Agent. |
| WLR&K | Wachtell, Lipton, Rosen & Katz, special counsel to Grace. |

FMC-00008

PP 003783

## INDEX SUMMARY

**Tab Numbers**

I.    CERTAIN ACTIONS TAKEN PRIOR TO THE
      EXECUTION OF THE TRANSACTION AGREEMENTS

    A.    Preliminary Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1-8
    B.    Corporate Actions of Grace . . . . . . . . . . . . . . . . . . . . . . .    9-13
    C.    Corporate Actions of Fresenius . . . . . . . . . . . . . . . . . . . . .    14-16
    D.    Corporate Actions of Fresenius USA . . . . . . . . . . . . . . . . .    17

II.   CERTAIN ACTIONS TAKEN IN CONNECTION WITH THE
      EXECUTION OF THE TRANSACTION AGREEMENTS

    A.    Transaction Agreements . . . . . . . . . . . . . . . . . . . . . . . . .    18-22
    B.    Press Release and Related Filings . . . . . . . . . . . . . . . . . . .    23-25
    C.    Side Agreements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    26-27
    D.    Audited Financial Statements . . . . . . . . . . . . . . . . . . . . . .    28-30

III.  CERTAIN ACTIONS TAKEN FOLLOWING THE
      EXECUTION OF THE TRANSACTION AGREEMENTS
      AND PRIOR TO THE CLOSING

    A.    Matters Relating to Fresenius USA . . . . . . . . . . . . . . . . . . .    31-41
    B.    Antitrust Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    42-53
    C.    Securities Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    54-117
    D.    Relating to Employee Benefits Matters . . . . . . . . . . . . . . . .    118-121
    E.    Relating to the New Grace Rights Plan . . . . . . . . . . . . . . . .    122
    F.    OIG Agreements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    123-125
    G.    Other Agreements . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    126-131
    H.    Other Corporate Organizational Matters . . . . . . . . . . . . . . .    132-160
    I.    NMC Credit Agreement Matters . . . . . . . . . . . . . . . . . . . . .    161-177
    J.    Agreements Regarding Fresenius
        USA Options and Warrants . . . . . . . . . . . . . . . . . . . . . . .    178-181

IV.   THE CLOSING

    A.    Preliminary Deliveries . . . . . . . . . . . . . . . . . . . . . . . . . .    182-184

V.    DOCUMENTS DELIVERED AT THE CLOSING IN CONNECTION
      WITH THE CONTRIBUTION

    A.    Delivered by Fresenius Medical Care . . . . . . . . . . . . . . . . .    185

VI.   DOCUMENTS DELIVERED AT THE CLOSING IN CONNECTION
      WITH THE DISTRIBUTION

    A.    Relating to NMC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    186-189
    B.    Delivered by Grace . . . . . . . . . . . . . . . . . . . . . . . . . . . .    190-200

-i-

FMC-00009

PP 003784

C.     Delivered by the Distribution Agent . . . . . . . . . . . . . . . . . . . 201-202
D.     Delivered by Fresenius USA . . . . . . . . . . . . . . . . . . . . . . . 203

VII.     DOCUMENTS DELIVERED AT THE CLOSING
IN CONNECTION WITH THE RECAPITALIZATION

A.     Delivered by Grace . . . . . . . . . . . . . . . . . . . . . . . . . . . . 204-207
B.     Delivered by the Exchange Agent . . . . . . . . . . . . . . . . . . . 208

VIII.     DOCUMENTS DELIVERED AT THE CLOSING IN CONNECTION
WITH THE MERGERS

A.     Delivered by Grace . . . . . . . . . . . . . . . . . . . . . . . . . . . . 209-246
B.     Delivered by Fresenius USA . . . . . . . . . . . . . . . . . . . . . . . 247-250
C.     Delivered by Fresenius . . . . . . . . . . . . . . . . . . . . . . . . . . 251-270
D.     Delivered by WLR&K . . . . . . . . . . . . . . . . . . . . . . . . . . . 271
E.     Delivered by M&C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 272
F.     Delivered by KPMG and KPMG DT-G. . . . . . . . . . . . . . . . . 273-274
G.     Delivered by O'M&M . . . . . . . . . . . . . . . . . . . . . . . . . . . 275
H.     Delivered by NS&L . . . . . . . . . . . . . . . . . . . . . . . . . . . . 276
I.     The Mergers and Related Issuance of Shares . . . . . . . . . . . . 277-286
J.     Other Documents Delivered at Closing . . . . . . . . . . . . . . . . 287-296

IX.     POST-CLOSING MATTERS . . . . . . . . . . . . . . . . . . . . . . . . . see
separate
volume

X.     CREDIT AGREEMENT MATTERS . . . . . . . . . . . . . . . . . . . . . . . see
separate
volume

FMC-00010

PP 003785

Tab No.

I.    **CERTAIN ACTIONS TAKEN PRIOR TO THE EXECUTION OF THE
TRANSACTION AGREEMENTS**

    A.    **Preliminary Matters**

Confidentiality Agreement and Confidentiality
and Non-Waiver Agreement, dated as of
October 20, 1995, by and between Grace and
Fresenius regarding confidential information . . . . . . . . . . . . . . .   1

First Amendment to Confidentiality and Non-Waiver
Agreement, dated as of December 12, 1995, by and
between Grace, NMC and Fresenius and Exhibit A
signature pages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2

Second Amendment to Confidentiality and
Non-Waiver Agreement, dated as of January 3,
1996, by and between Grace, NMC and Fresenius. . . . . . . . . . . .   3

Letter Agreement, dated January 17, 1996, by
and between Marc Wolinsky, Esq. of WLR&K and
Robert Grauman, Esq. of O'M&M regarding
investigation analysis information . . . . . . . . . . . . . . . . . . . .   4

      **Bid Letters**

Letter, dated November 28, 1995, from Gerd
Krick to Albert J. Costello regarding a
term sheet for a transaction involving
Fresenius and NMC . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5

Letter, dated January 6, 1996, from Gerd
Krick to Albert J. Costello regarding a
term sheet for a transaction involving
Fresenius and NMC . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6

Letter Agreement and term sheet, dated January
13, 1996, by and between Grace and Fresenius. . . . . . . . . . . . . .   7

Letter, dated February 22, 1996, from
Stiftung to Grace regarding the voting of
shares of Fresenius owned by Stiftung . . . . . . . . . . . . . . . . . .   8

FMC-00011

PP 003786

Tab No.

B.    Corporate Actions of Grace

Certain materials provided to the Grace Board
in connection with the meeting of the Grace
Board held on February 4, 1996 . . . . . . . . . . . . . . . . . . . . . . . .    9

Fairness Opinions

Opinion of CS First Boston Incorporated,
dated February 4, 1996 . . . . . . . . . . . . . . . . . . . . . . . .    10

Opinion of Merrill Lynch & Co., dated
February 4, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    11

Resolutions adopted by the Grace Board on
February 4, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    12

Resolutions adopted by the Grace Board on
July 11, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    13

C.    Corporate Actions of Fresenius

Memorandum, dated September 25, 1996,
regarding approval at the Fresenius
Extraordinary Meeting of Shareholders . . . . . . . . . . . . . . . . . .    14

Lost Warrant Affidavit and Subscription of
Gerd Krick, dated June 21, 1996 . . . . . . . . . . . . . . . . . . . . . .    15

Fresenius USA Notice of Conversion delivered
by Fresenius AG, dated June 26, 1996 . . . . . . . . . . . . . . . . . . .    16

D.    Corporate Actions of Fresenius USA

Resolutions adopted by the Fresenius USA
Board on May 6, 1996 and May 8, 1996 . . . . . . . . . . . . . . . . . .    17

II.    CERTAIN ACTIONS TAKEN IN CONNECTION WITH THE EXECUTION
OF THE TRANSACTION AGREEMENTS

A.    Transaction Agreements

Reorganization Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . .    18

Distribution Agreement, dated as of
February 4, 1996, by and between Grace
and Fresenius . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    19

FMC-00012

PP 003787

Tab No.

Contribution Agreement, dated as of
February 4, 1996, by and among Fresenius,
SterilPharma GmbH and Grace-Conn. . . . . . . . . . . . . . . . .    20

Grace Disclosure Letter delivered pursuant
to the Reorganization Agreement. . . . . . . . . . . . . . . . . . .    21

Fresenius USA Disclosure, Fresenius
Disclosure Letter and FWD Business
Disclosure Letter, all delivered pursuant to
the Reorganization Agreement . . . . . . . . . . . . . . . . . . . . .    22

**B.**  Press Release and Related Filings

Joint Press Release, dated February 4, 1996, with
respect to the transaction agreements . . . . . . . . . . . . . . . . .    23

Press Release, dated February 5, 1996, of
Fresenius regarding the Reorganization. . . . . . . . . . . . . . . .    24

Current Report on Form 8-K, dated February 4,
1996, filed by Grace with the SEC with
respect to the transaction agreements . . . . . . . . . . . . . . . . .    25

**C.**  Side Agreements

Letter Agreement, dated February 4, 1996,
by and among Fresenius, Grace, Grace-Conn.
and NMC regarding participation in
arranging financing . . . . . . . . . . . . . . . . . . . . . . . . . .    26

Letter Agreement, dated February 4, 1996, by
and among Grace, Grace-Conn. and Fresenius
regarding certain employment matters. . . . . . . . . . . . . . . . .    27

**D.**  Audited Financial Statements

Audited financial statements of Grace,
delivered on March 30, 1996 pursuant to
Section 6.7(a) of the Reorganization
Agreement. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    28

Audited financial statements of Fresenius
USA, delivered on March 29, 1996 pursuant
to Section 6.7(b) of the Reorganization
Agreement. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    29

FMC-00013

PP 003788

Tab No.

Audited financial statements of the Fresenius
Worldwide Dialysis business, delivered on
March 29, 1996 pursuant to Section 6.7(c) of
the Reorganization Agreement . . . . . . . . . . . . . . . . . . . . . . . .   30

III.   CERTAIN ACTIONS TAKEN FOLLOWING THE EXECUTION OF THE
       TRANSACTION AGREEMENTS AND PRIOR TO THE CLOSING

    A.   Matters Relating to Fresenius USA

         Press Release, dated May 8, 1996, of
         Fresenius, regarding Fresenius USA's
         participation in the Reorganization . . . . . . . . . . . . . . . . . . .   31

         Opinion of Salomon Brothers Inc, dated
         May 8, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   32

         Relating to Confidentiality

              Confidentiality Agreement, dated
              February 16, 1996, executed by FUSA
              regarding information relating to NMC . . . . . . . . . . . . . .   33

              Letter, dated February 29, 1996, of
              Andrew Brownstein, Esq. of WLR&K
              regarding the Confidentiality
              Agreement, dated February 16, 1996 . . . . . . . . . . . . . . .   34

              Confidentiality and Non-Waiver
              Agreement, dated as of February 1996,
              by and among Grace, NMC, Fresenius
              and Fresenius USA and Exhibit A
              signature pages . . . . . . . . . . . . . . . . . . . . . . . . . . .   35

         13D Filings

              Amendment No. 13 to the 13D of Fresenius,
              filed by Fresenius with the SEC on
              February 4, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . .   36

              Amendment No. 14 to the 13D of
              Fresenius, filed by Fresenius with
              the SEC on May 8, 1996 . . . . . . . . . . . . . . . . . . . . . . .   37

              Amendment No. 15 to the 13D of
              Fresenius, filed by Fresenius with
              the SEC on June 21, 1996 . . . . . . . . . . . . . . . . . . . . . .   38

-4-

FMC-00014

PP 003789

<u>Tab No.</u>

Amendment No. 16 to the 13D, filed
by Fresenius with the SEC on
July 19, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    39

### Other Agreements

Letter Agreement, dated May 8, 1996, among
Fresenius, Fresenius USA and Grace regarding
representations and warranties . . . . . . . . . . . . . . . . . . . . .    40

Joinder Agreement, dated May 8, 1996, by
and between Fresenius and Fresenius USA
regarding participation in the
Reorganization . . . . . . . . . . . . . . . . . . . . . . . . . . . .    41

B.    <u>Antitrust Matters</u>

### <u>Relating to U.S. Antitrust Matters</u>

Premerger Notification and Report Form,
filed with the FTC and the Antitrust
Division of the Department of Justice
on March 11, 1996, pursuant to the
Hart-Scott-Rodino Antitrust Improvements
Act of 1976, as amended, with related
letter of transmittal . . . . . . . . . . . . . . . . . . . . . . . . .    42

FTC request for certain documents, dated
March 18, 1996. . . . . . . . . . . . . . . . . . . . . . . . . . . .    43

Letter to the FTC, dated March 28, 1996,
regarding materials submitted on behalf
of Grace in response to the FTC request
letter, dated March 18, 1996. . . . . . . . . . . . . . . . . . . . .    44

Letter to the FTC, dated March 26, 1996,
addressing possible antitrust concern
with regard to bloodlines . . . . . . . . . . . . . . . . . . . . . . .    45

Letter to the FTC, dated April 2, 1996,
addressing possible antitrust concern
with regard to concentrates . . . . . . . . . . . . . . . . . . . . . .    46

FTC request for additional information
or documentary material, dated
April 10, 1996. . . . . . . . . . . . . . . . . . . . . . . . . . . . .    47

Consent Decree, dated May 31, 1996, by
and among the FTC, Fresenius USA and
Fresenius, with related press release . . . . . . . . . . . . . . . . .    48

FMC-00015

PP 003790

Tab No.

Letter of the FTC, dated August 8, 1996,
to David T. Beddow, Esq. of O'M&M
confirming early termination of the
waiting period under the HSR Act, granted
on July 26, 1996, and related
correspondence . . . . . . . . . . . . . . . . . . . . . . . . . . . .    49

Relating to Non-U.S. Antitrust Matters

Antitrust Clearance for Germany, dated
June 18, 1996 (with cover letter regarding
all anti-clearance documents) . . . . . . . . . . . . . . . . . . . . .    50

Antitrust Clearance for Austria, dated
September 18, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . .    51

Confirmation of no merger filing for Czech
Republic, dated July 29, 1996 . . . . . . . . . . . . . . . . . . . . .    52

"No jurisdiction" letter, dated
August 27, 1996, with respect to Ireland . . . . . . . . . . . . .    53

C.    Securities Matters

Relating to the NMC Form 10

NMC Form 10, together with related
letter of transmittal . . . . . . . . . . . . . . . . . . . . . . . . . . .    54

Amendment No. 1 to NMC Form 10,
filed by NMC with the SEC on
October 5, 1995 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    55

Request for confidential treatment,
dated October 5, 1995, for certain
exhibits to the NMC Form 10, with
related letter of transmittal . . . . . . . . . . . . . . . . . . . . . .    56

SEC Comment Letter, dated
November 9, 1995 . . . . . . . . . . . . . . . . . . . . . . . . . . .    57

SEC Comment Letter, dated November 9,
1995, with respect to the request for
confidential treatment for certain
exhibits to the NMC Form 10 . . . . . . . . . . . . . . . . . . . . .    58

Letter, dated March 6, 1996, from NMC
to the SEC requesting the withdrawal of
the NMC Form 10 . . . . . . . . . . . . . . . . . . . . . . . . . . .    59

FMC-00016

PP 003791

Tab No.

Letter, dated March 6, 1996, from NMC
to the SEC requesting the withdrawal of
request for confidential treatment for
certain exhibits to the NMC Form 10 and
the return of such documents to NMC . . . . . . . . . . . . . . .    60

### Relating to the Joint Proxy Statement-Prospectus

Letter, dated April 11, 1996, from Grace
to the SEC with respect to the proposed
basis of presentation of financial
statements . . . . . . . . . . . . . . . . . . . . . . . . . . .    61

Letter, dated May 3, 1996, from the SEC
to Grace with respect to the proposed
basis of presentation of financial
statements . . . . . . . . . . . . . . . . . . . . . . . . . . .    62

Preliminary Proxy Materials, filed on
a confidential basis by Grace and
Fresenius USA with the SEC on May 9,
1996, together with related letter
of transmittal. . . . . . . . . . . . . . . . . . . . . . . . .    63

SEC Comment Letter, dated May 29, 1996. . . . . . . . . . . .    64

Response to SEC Comment Letter, dated
June 4, 1996. . . . . . . . . . . . . . . . . . . . . . . . . .    65

SEC Comment Letter, dated June 14, 1996. . . . . . . . . . . .    66

Response to SEC Comment Letter, dated
July 3, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . .    67

Amended Preliminary Proxy Materials,
filed on a confidential basis by Grace
and Fresenius USA with the SEC on
July 3, 1996, together with related
letter of transmittal . . . . . . . . . . . . . . . . . . . . .    68

SEC Comment Letter, dated July 17, 1996. . . . . . . . . . . .    69

Response to SEC Comment Letter, dated
July 22, 1996 . . . . . . . . . . . . . . . . . . . . . . . . .    70

Amended Preliminary Proxy Materials,
filed on a confidential basis by Grace
and Fresenius USA with the SEC on
July 22, 1996, together with related
letter of transmittal . . . . . . . . . . . . . . . . . . . . .    71

FMC-00017

PP 003792

Tab No.

SEC Comment Letter, dated July 25, 1996. . . . . . . . . . . . .    72

Response to SEC Comment Letter, dated
July 29, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    73

Letter, dated July 29, 1996, transmitting
certain attached documents to the SEC . . . . . . . . . . . . . .    74

Marked copy of each Registration
Statement and exhibits thereto,
submitted on a confidential basis by
Grace to the members of the staff of
the SEC on July 29, 1996, together
with related letters of transmittal . . . . . . . . . . . . . . . . . .    75

Representation Letters, submitted by
Grace, Fresenius USA and Fresenius
Medical Care to the SEC on
August 2, 1996, in response to the
request in the SEC Comment Letter,
dated June 14, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . .    76

Acceleration Requests, submitted by
Fresenius Medical Care, Grace and New
Grace to the SEC on August 2, 1996 . . . . . . . . . . . . . . .    77

New Grace Registration Statement, as
filed with the SEC and declared
effective on August 2, 1996 . . . . . . . . . . . . . . . . . . . . .    78

Grace Registration Statement, as filed
with the SEC and declared effective on
August 2, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    79

Fresenius Medical Care Registration
Statement, as filed with the SEC and
declared effective on August 2, 1996 . . . . . . . . . . . . . . .    80

Grace Schedule 14A, as filed with and
cleared by the SEC on August 2, 1996 . . . . . . . . . . . . . .    81

Fresenius USA Schedule 14A, as filed
with and cleared by the SEC and on
August 2, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    82

Orders of Effectiveness, dated
August 2, 1996, with respect to the
New Grace Registration Statement, Grace
Registration Statement and Fresenius
Medical Care Registration Statement. . . . . . . . . . . . . . . .    83

FMC-00018

PP 003793

<u>Tab No.</u>

Final Joint Proxy Statement-Prospectus
and New Grace Prospectus
dated August 2, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    84

Press Release, dated August 4, 1996,
issued by Grace with respect to the
mailing of proxy materials . . . . . . . . . . . . . . . . . . . . . . . . . . . .    85

Letters of transmittal dated August 6,
1996, regarding filing of the Joint Proxy
Statement-Prospectus, and New Grace
Prospectus with the SEC under Rule 424(b) . . . . . . . . . . .    86

Joint Proxy Statement-Prospectus
Supplement, dated August 1996 . . . . . . . . . . . . . . . . . . . . .    87

Letter of transmittal, dated
August 19, 1996, regarding the
filing of Joint Proxy Statement-
Prospectus Supplement, with the SEC
under Rule 424(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    88

Registration Statement on Form 8-A
filed by Fresenius Medical Care with
the SEC to register the ADSs
on August 9, 1996, together with
related letter of transmittal . . . . . . . . . . . . . . . . . . . . . . . . . .    89

Registration Statement on Form 8-A,
dated September 9, 1996, filed by
New Grace with the SEC, together with
related letter of transmittal . . . . . . . . . . . . . . . . . . . . . . . . . .    90

Acceleration Request with respect to
the registration statement on Form 8-A
submitted by New Grace, and joined in
by the NYSE, to the SEC on
September 12, 1996, together with
related NYSE bulletin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    91

Order of Effectiveness, dated August 19, 1996,
with respect to the registration statement
on Form 8-A of Fresenius Medical Care . . . . . . . . . . . . . .    92

Order of Effectiveness, dated
September 16, 1996, with respect to the
registration statement on Form 8-A of
New Grace . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    93

FMC-00019

PP 003794

Tab No.

**Relating to Exhibits to the Registration Statement
and Supplementary Submissions**

Request for confidential treatment for
certain exhibits to the Grace Registration
Statement dated May 23, 1996, as submitted
by Grace to the SEC. . . . . . . . . . . . . . . . . . . . . . . . . . .    94

SEC Comment Letter, dated June 28, 1996,
with respect to confidential treatment
for exhibits to the Grace Registration
Statement. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    95

Supplementary materials, submitted on a
confidential basis by Grace to the SEC
on July 3, 1996, in response to the
SEC Comment Letter, dated June 14, 1996 . . . . . . . . . . .    96

Response, dated July 3, 1996, to SEC
Comment Letter, dated June 28, 1996. . . . . . . . . . . . . .    97

Revised request for confidential
treatment, dated July 3, 1996, for certain
exhibits to the Grace Registration
Statement submitted by Grace to the SEC. . . . . . . . . . . .    98

Supplementary materials submitted
by Grace to the SEC on July 22, 1996
in response to the SEC Comment Letter,
dated July 14, 1996, together with
related letter of transmittal . . . . . . . . . . . . . . . . . . . . .    99

Revised request for confidential
treatment, dated July 30, 1996, for
certain exhibits to the Grace Registration
Statement as submitted by Grace and
Fresenius Medical Care to the SEC . . . . . . . . . . . . . . .    100

Application for Continuing Hardship
Exemption regarding EDGAR, dated
June 21, 1996, as submitted by
Fresenius Medical Care to the SEC . . . . . . . . . . . . . . .    101

Amended Application for Continuing
Hardship Exemption regarding EDGAR,
dated July 25, 1996, as submitted by
Fresenius Medical Care to the SEC . . . . . . . . . . . . . . .    102

FMC-00020

PP 003795

Tab No.

Request to extend Continuing Hardship
Exemption regarding EDGAR to Grace, dated
August 6, 1996, as submitted by Fresenius
Medical Care to the SEC . . . . . . . . . . . . . . . . . . . . . . .    103

Letter, dated August 14, 1996, from the
SEC to Grace and Fresenius Medical Care
granting the Application for Continuing
Hardship Exemption regarding EDGAR . . . . . . . . . . . . .    104

Relating to the Comfort Letter

Request for Comfort Letter, dated
May 16, 1996, delivered by Grace to
KPMG and KPMG DT-G with respect to
certain information contained in the
Joint Proxy Statement-Prospectus . . . . . . . . . . . . . . . . .    105

Letter, dated July 28, 1996, delivered
by Grace to KPMG and KPMG DT-G regarding
due diligence undertaken . . . . . . . . . . . . . . . . . . . . . .    106

Comfort Letters, dated August 2, 1996,
delivered by KPMG and KPMG DT-G to
Grace, Fresenius AG and Fresenius USA
with respect to certain information
contained in the Joint Proxy
Statement-Prospectus . . . . . . . . . . . . . . . . . . . . . . . . .    107

Request for Comfort Letter, dated
August 23, 1996, delivered by Grace
to KPMG and KPMG DT-G with respect
to certain information contained in
the Joint Proxy Statement-Prospectus
Supplement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    108

Comfort Letters, dated August 22, 1996,
delivered by KPMG and KPMG DT-G to Grace,
Fresenius AG and Fresenius USA with
respect to certain information contained
in the Joint Proxy Statement-
Prospectus Supplement . . . . . . . . . . . . . . . . . . . . . . . .    109

Relating to the No-Action Letter

Request for No-Action Letter, dated
April 15, 1996, submitted by Grace to
the SEC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    110

FMC-00021

PP 003796

Tab No.

Revised Request for No-Action Letter,
dated June 10, 1996, submitted by
Grace to the SEC, together with
related letter of transmittal . . . . . . . . . . . . . . . . . . . . . . .    111

Revised Request for No-Action Letter,
dated July 19, 1996, submitted by
Grace to the SEC, together with related
letter of transmittal . . . . . . . . . . . . . . . . . . . . . . . . . . .    112

Confirmatory Memo, dated
August 28, 1996, submitted by Grace to
the SEC regarding oral advice, together
with related letter of transmittal . . . . . . . . . . . . . . . . . . .    113

Memo, dated August 30, 1996,
regarding SEC approval of the
confirmatory memo . . . . . . . . . . . . . . . . . . . . . . . . .    114

**Relating to the Fresenius Medical Care ADRs**

ADR Registration Statement, submitted
on a confidential basis by Fresenius
Medical Care to the SEC on July 1, 1996. . . . . . . . . . . . .    115

ADR Registration Statement, filed by
the Depositary with the SEC on
August 1, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    116

Memo dated August 6, 1996, with respect
to the ADR Registration Statement . . . . . . . . . . . . . . . . .    117

D.    **Relating to Employee Benefits Matters**

AG 1996 Stock Incentive Plan . . . . . . . . . . . . . . . . . . . . . . .    118

Fresenius Medical Care AG Rollover
Stock Option Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    119

Form S-8 with respect to the Fresenius
Medical Care AG 1996 Stock Incentive
Plan as filed with the SEC on
October 1, 1996, together with
related letter of transmittal . . . . . . . . . . . . . . . . . . . . . . . .    120

Form S-8 with respect to the Fresenius
Medical Care AG Rollover Stock Option
Plan as filed with the SEC on
September 30, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . .    121

FMC-00022

PP 003797

<u>Tab No.</u>

E.    <u>Relating to the New Grace Rights Plan</u>

New Grace Rights Agreement, dated as of
September 25, 1996, by and between New
Grace and The Chase Manhattan Bank . . . . . . . . . . . . . . . . . .    122

F.    <u>OIG Agreements</u>

Primary Guarantee, dated as of
July 31, 1996, by and among Fresenius
Medical Care the United States
of America, Grace and NMC . . . . . . . . . . . . . . . . . . . . . . .    123

Secondary Guarantee, dated as of
July 31, 1996, by and between Grace-
Conn. and the United States of America . . . . . . . . . . . . . . . .    124

Letter Agreement, dated July 30, 1996,
by and among Grace, Grace-Conn. and
Fresenius Medical Care regarding OIG matters . . . . . . . . . . . . .    125

G.    <u>Other Agreements</u>

Letter Agreement, dated July 29, 1996, by
and among Grace, Fresenius and Fresenius
USA extending the termination date under
the Reorganization Agreement . . . . . . . . . . . . . . . . . . . . .    126

Deposit Agreement, dated as of
August 5, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . .    127

Letter Agreement, dated September 27, 1996,
by and between Fresenius Medical Care and
the Depositary . . . . . . . . . . . . . . . . . . . . . . . . . . . .    128

Distribution Agent Agreement, dated
September 24, 1996, by and between
Grace and the Distribution Agent . . . . . . . . . . . . . . . . . . .    129

Healthcare Business Restructuring Agreement,
dated July 24, 1996, by and among Grace, NMC
and Grace-Conn. and Power of Attorney relating
to transferred intellectual property, dated as of
September 27, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . .    130

Grace Chemical Restructuring Agreement, dated
as of July 24, 1996, by and among Grace,
New Grace and Grace-Conn. and Power of
Attorney, dated as of September 27, 1996 . . . . . . . . . . . . . . .    131

FMC-00023

PP 003798

Tab No.

H.    Other Corporate Organizational Matters

Organization of New Grace

Certificate of Incorporation of New Grace,
as filed with the Delaware Secretary of
State on January 29, 1996 . . . . . . . . . . . . . . . . . . . . . . .    132

Resolutions adopted by the New Grace Board
of Directors on July 11, 1996 . . . . . . . . . . . . . . . . . . . .    133

Application for listing of New Grace Common
Stock on the NYSE, dated August 27, 1996,
together with related letter of
transmittal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    134

Letter, dated September 5, 1996, from the
NYSE to New Grace granting listing of New
Grace Common Stock on the NYSE . . . . . . . . . . . . . . . . .    135

Documents Relating to the Merger of WRG
(Delaware) Inc. with and into Grace-Conn.

Agreement and Plan of Merger of WRG
(Delaware) Inc. into Grace-Conn., dated
August 1, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    136

Certificate of Merger of WRG (Delaware)
Inc. into Grace-Conn., dated
September 17, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . .    137

Written Consent of Stockholder of Grace-
Conn., dated September 18, 1996 . . . . . . . . . . . . . . . . .    138

Unanimous Written Consent of the Directors
of Grace-Conn., dated September 18, 1996 . . . . . . . . . . .    139

Written Consent of Stockholder of WRG
(Delaware) Inc., dated September 18, 1996 . . . . . . . . . . .    140

Unanimous Written Consent of the Directors
of WRG (Delaware) Inc., dated September 18,
1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    141

Organization of Fresenius Medical Care

Registration of Fresenius Medical Care
with the Commercial Court, dated
August 6, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    142

FMC-00024

PP 003799

                                                                    Tab No.

Articles of Association of Fresenius
Medical Care, as issued on September
24, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    143

Approval of application for listing
of the ADRs on the NYSE, dated August
19, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    144

Approval for listing on the Frankfurt
Stock Exchange, dated September 30,
1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    145

Registrar, Transfer Agency and Service
Agreement for Corporate Equity Issues,
dated as of September 30, 1996, by and
between FNMCH and Morgan Guaranty Trust
Company of New York . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    146

## Organization of Fresenius USA Merger Sub

Articles of Organization of Fresenius
USA Merger Sub, as filed with the
Massachusetts Secretary of the
Commonwealth on September 20, 1996 . . . . . . . . . . . . . . .    147

Bylaws of Fresenius USA Merger Sub, as
adopted on September 27, 1996 . . . . . . . . . . . . . . . . . . . . . .    148

Unanimous Written Consent of Directors
of Fresenius USA Merger Sub, dated
September 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    149

Addendum to Reorganization Agreement,
dated September 27, 1996, by and between
Fresenius USA and Fresenius USA Merger
Sub . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    150

Certificate representing shares of
common stock of Fresenius USA . . . . . . . . . . . . . . . . . . .    151

Written Consent of Sole Shareholder of
Fresenius USA Merger Sub in lieu of first
meeting of shareholders, dated September
27, 1996, approving the Reorganization and
the Fresenius USA Merger . . . . . . . . . . . . . . . . . . . . . . . . .    152

FMC-00025

PP 003800

Tab No.

Subscription Agreement, dated September
27, 1996, between Morgan Guaranty Trust
Company of New York, as Escrow Agent,
and Fresenius Merger Sub . . . . . . . . . . . . . . . . . . . . . . .    153

**Organization of Grace Merger Sub**

Certificate of Incorporation of Grace
Merger Sub, as filed with the New York
Department of State on September 16,
1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    154

Bylaws of Grace Merger Sub. . . . . . . . . . . . . . . . . . . . .    155

Consent of Sole Incorporator of Grace
Merger Sub in Lieu of Organizational
Meeting, dated September 18, 1996 . . . . . . . . . . . . . . .    156

Unanimous Written Consent of Directors
of Grace Merger Sub in lieu of first
meeting of the board of directors,
dated September 1996 . . . . . . . . . . . . . . . . . . . . . . . . .    157

Certificate representing shares of Grace
Merger Sub . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    158

Written consent of Sole Shareholder of
Grace Merger Sub in lieu of first meeting
of shareholders, dated September 27, 1996,
approving the Reorganization and the Grace
Merger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    159

Subscription Agreement, dated September 27,
1996, between Morgan Guaranty Trust Company
of New York, as Escrow Agent, and Grace
Merger Sub . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    160

I.    **NMC Credit Agreement Matters**

Confidentiality and Non-Waiver Agreement, dated
as of January 11, 1996, by and between Grace and
certain lenders relating to the NMC Credit Agree-
ment.

Executed by Bank of Nova Scotia
with Exhibit A signature pages. . . . . . . . . . . . . . . . . . .    161

Executed by NationsBank, N.A
with Exhibit A signature pages. . . . . . . . . . . . . . . . . . .    162

FMC-00026

PP 003801

Tab No.

Executed by Dresdner Bank with
Exhibit A signature pages. . . . . . . . . . . . . . . . . . . . . . .    163

Jones, Day, Reavis & Pogue Exhibit A
signature pages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    164

Confidentiality and Non-Waiver Agreement,
dated as of January 21, 1996, by and between
NMC, Grace and Chemical Securities, Inc.,
relating to the NMC Credit Agreement and
executed by Chase Securities, Inc., f/k/a
Chemical Securities, Inc.. . . . . . . . . . . . . . . . . . . . . . . . . .    165

Form of Engagement Letter, dated
February 1, 1996, by and among Grace,
NMC, NationsBank and NationsBanc
Capital Markets, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . .    166

Form of Commitment Letter, dated February 1, 1996,
of NationsBank, N.A. and NationsBanc Capital
Markets, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    167

Highly Confident Letter, dated February 1,
1996, of NationsBanc Capital Markets, Inc.. . . . . . . . . . . . . . .    168

Commitment Letter, dated August 1, 1996, by
and among Grace, NMC, Grace-Conn. and the
Agent Banks with respect to the NMC Credit
Agreement. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    169

Bank Book, finalized August 12, 1996.. . . . . . . . . . . . . . . . . .    170

Letter, dated September 26, 1996, from
NationsBank, N.A. to WLR&K and M&C regarding
tax aspects of the NMC Credit Agreement. . . . . . . . . . . . . . . .    171

NMC Receivables Financing Documents

Trade Receivables Purchase and Sale
Agreement, dated as of December 30, 1991,
by and among Bio-Medical Applications
Management Company, Inc. and Ciesco LP
and Citicorp North America, Inc. . . . . . . . . . . . . . . . . . . . . .    172

FMC-00027

PP 003802

Tab No.

Parent Agreement, dated as of December 30,
1991, by and between Grace and NMC in
favor of Ciesco LP and Citicorp North
America, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    173

Amended and Restated Parent Agreement,
dated as of September 26, 1996, by and
among Grace, NMC and Citicorp North
America, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    174

Opinion, dated September 27, 1996, of
the General Counsel of Grace in
connection with the execution and
delivery of the Fourth Amendment,
dated as of September 26, 1996, to
the Trade Receivables Purchase and
Sale Agreement. . . . . . . . . . . . . . . . . . . . . . . . . . . .    175

Secretary's Certificate, dated September 27,
1996, delivered in accordance with the provi-
sions of Section 5.1(q) of the NMC Credit
Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    176

Secretary's Certificate, dated September 27,
1996, delivered pursuant to Section 5.1(r) of
the NMC Credit Agreement . . . . . . . . . . . . . . . . . .    177

J.    **Agreements Regarding Fresenius USA Options and
       Warrants**

Letter Agreement, dated September 24, 1996,
by and among Fresenius USA and Ben J. Lipps
regarding the repurchase of stock options . . . . . . . . . . . . . . . . .    178

Warrant Sale and Exchange Agreement, dated
September 30, 1996, executed by Fresenius,
Fresenius USA, Fresenius Medical Care and
Abbott . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    179

Share Purchase Warrant granted by Fresenius to
Abbott with respect to Fresenius Medical
Care Ordinary Shares, dated
September 30, 1996 . . . . . . . . . . . . . . . . . . . . . . . . .    180

Registration Agreement, dated September 30,
1996, by and between Abbott and Fresenius
Medical Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    181

FMC-00028

PP 003803

Tab No.

IV.  **THE CLOSING**

    A.  **Preliminary Deliveries**

        Closing Memo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 182

        Certificate as to the satisfaction of con-
        ditions, dated September 27, 1996, by Grace,
        Fresenius and Fresenius USA . . . . . . . . . . . . . . . . . . . . . . . 183

        Powers of Attorney by Fresenius, Fresenius
        Medical Care and Fresenius Medical Care D-GmbH,
        dated September 23, 1996, together with related
        opinion of NS&L, dated September 27, 1996 . . . . . . . . . . . . . . 184

V.  **DOCUMENTS DELIVERED AT THE CLOSING IN CONNECTION WITH
THE CONTRIBUTION**

    A.  **Delivered by Fresenius Medical Care**

        Resolutions of Fresenius Medical Care,
        dated September 27, 1996, authorizing the
        conditional capital, authorizing the
        Management Board to adopt the stock option
        plans and taking other necessary actions . . . . . . . . . . . . . . . . 185

VI.  **DOCUMENTS DELIVERED AT THE CLOSING IN CONNECTION WITH
THE DISTRIBUTION**

    A.  **Relating to NMC**

        Index of NMC Credit Agreement Documents
        (see separate volume for documents) . . . . . . . . . . . . . . . . . . . . 186

        OIG Irrevocable Nontransferable Letter of
        Credit, dated September 26, 1996, issued by
        The Bank of Nova Scotia under the NMC Credit
        Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 187

        Statement of calculation of Distribution
        Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 188

        Agreement, dated September 27, 1996,
        by and between Fresenius Medical Care and
        Grace-Conn. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 189

FMC-00029

PP 003804

Tab No.

B.    Delivered by Grace

New Grace Consent of Stockholder in Lieu of
Meeting, dated September 25, 1996 . . . . . . . . . . . . . . . . . . . . . .    190

Certificate of Amendment and Amended and
Restated Certificate of Incorporation of
New Grace, as filed with the Delaware
Secretary of State on September 27, 1996,
with memo regarding acceptance for filing
on September 27, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    191

Tax Sharing and Indemnification Agreement,
dated September 27, 1996, by and among Grace-
Conn., Grace and Fresenius . . . . . . . . . . . . . . . . . . . . . . . . . . .    192

Employee Benefits and Compensation Agreement,
dated September 27, 1996, by and among Grace,
NMC and Grace-Conn. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    193

Officer's Certificate regarding the distribution
of New Grace Common Stock delivered to the
Distribution Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    194

Certificates representing shares of Grace-Conn.,
common stock dated September 27, 1996, together
with stock power transferring shares of
Grace-Conn. to New Grace, as follows:

    84,500,000 shares of Grace-Conn. Common
    Stock, including transfer tax memo. . . . . . . . . . . . . . . . . .    195

    36,464 shares of Grace-Conn. Capital
    Preferred Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    196

    16,816 shares of Grace-Conn. Class A
    Preferred Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    197

    21,731 shares of Grace-Conn. Class B
    Preferred Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    198

Stock powers, dated September 28, 1996,
evidencing certain internal Grace reorgani-
zation transactions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    199

NMC Instruction Letter to NationsBank, N.A.,
dated September 27, 1996, regarding transfer
of funds, together with memorandum regarding
receipt of funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    200

FMC-00030

PP 003805

Tab No.

**C.**   **Delivered by the Distribution Agent**

Stock certificate, dated September 28, 1996. . . . . . . . . . . . . . .   201

Receipt, executed as of September 27, 1996,
effective as of September 28, 1996, for
certificates representing shares of New
Grace Common Stock. . . . . . . . . . . . . . . . . . . . . . . . . . . . .   202

**D.**   **Delivered by Fresenius USA**

Letter Agreement, dated September 27, 1996,
regarding ownership of Grace common
stock by Fresenius USA . . . . . . . . . . . . . . . . . . . . . . . . . .   203

**VII.**   **DOCUMENTS DELIVERED AT THE CLOSING IN CONNECTION WITH
THE RECAPITALIZATION**

**A.**   **Delivered by Grace**

Grace Amendment, with memo regarding
acceptance of filing on September 27, 1996,
and related correspondence . . . . . . . . . . . . . . . . . . . . . . .   204

Certificate representing the New Preferred
Shares. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   205

Form of Letter, dated September 30, 1996, to
Grace shareholders regarding the distribution
of the New Preferred Shares. . . . . . . . . . . . . . . . . . . . . . .   206

Opinion of the General Counsel of Grace,
dated September 27, 1996, delivered to
Transfer Agent regarding the New Preferred
Shares. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   207

**B.**   **Delivered by the Exchange Agent**

Receipt, dated September 27, 1996, for
certificates representing the New Preferred
Shares. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   208

FMC-00031

PP 003806