Tab No.

**VIII.  DOCUMENTS DELIVERED AT THE CLOSING IN CONNECTION WITH
THE MERGERS**

A.    <u>Delivered by Grace</u>

Secretary's Certificate, dated September 27,
1996, with attachments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    209

Officer's Certificate, dated September 27,
1996, as to representations and warranties
and as to performance of obligations
delivered pursuant to the Reorganiza-
tion Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    210

Officers' Tax Matters Certificate, dated
September 27, 1996, of Grace, Grace-Conn.
and NMC as to tax matters delivered
pursuant to the Reorganization
Agreement, with attachments . . . . . . . . . . . . . . . . . . . . . . . . . . .    211

Opinion of CS First Boston, dated September
26, 1996, regarding the Renal Care Center
business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    212

Inspector's Certificate as to the Grace
Shareholder Vote delivered pursuant to the
Reorganization Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    213

Amendment No. 1 to the Grace Rights Agreement,
dated September 25, 1996, by and between Grace
and Chemical Bank, N.A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    214

Consent of Sole Stockholder, dated as of 9:00 a.m.
on September 30, 1996, of NMC appointing new
directors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    215

Written Consent of Directors of NMC, dated as
of 9:01 a.m. on September 30, 1996, appointing
new officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    216

Written Consent of FNMC, dated as of 9:02 a.m.
on September 30, 1996, appointing new
director . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    217

Resolutions adopted by the NMC Board on
September 17, 1996 relating to the NMC
Option Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    218

FMC-00032

PP 003807

Tab No.

<u>Consents, Approvals and Authorizations</u>
<u>Obtained in connection with:</u>

Indenture, dated as of September 29,
1992, by and among Grace-Conn., Grace
and Bankers Trust Company. . . . . . . . . . . . . . . . . . . . . . . . . . . .     219

Indenture, dated as of January 28,
1993, by and among Grace-Conn., Grace,
and NationsBank of Georgia. . . . . . . . . . . . . . . . . . . . . . . . .     220

First Amendment to Term Loan Agreement,
dated as of September 24, 1996, to the
Term Loan Agreement, dated as of April 17,
1995. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     221

First Union Revolving Debt Line of NMC. . . . . . . . . . . . . . .     222

Agreements entered into with Tarpon
Investors L.P. Note Purchase Agreement,
dated as of December 30, 1992, as
amended . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     223

Colowyo Coal Company Equipment Lease with
Ford Motor Credit (Still in the works.). . . . . . . . . . . . . . . . .     224

    Assignment of rights under bond
    indenture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     225

Bank of New York ESOP Loan. . . . . . . . . . . . . . . . . . . . . .     226

Credit Lyonnais Receivables Purchase
Agreement. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     227

Sale-Leaseback of Grace Cocoa (Ambrosia
Chocolate) plant in Milwaukee . . . . . . . . . . . . . . . . . . . .     228

Grace-Conn. money market bank loans. . . . . . . . . . . . . . . .     229

Grace Australia A$80 million loan from
Sumitomo Bank. . . . . . . . . . . . . . . . . . . . . . . . . . .     230

Computer Software License Agreement with
SAP America, Inc . . . . . . . . . . . . . . . . . . . . . . . . . . . .     231

Telecommunications Equipment Lease and
Services Agreement with AT&T . . . . . . . . . . . . . . . . . . . . .     232

FMC-00033

PP 003808

Tab No.

Lease Agreement, dated as of December 21,
1990, by and between MTTC Associates,
Ltd. and Grace with respect to the Grace
executive offices in Boca Raton. . . . . . . . . . . . . . . . . . . . . . . . .   233

Amendment to Aircraft Charter Management
Agreement, dated as of September 15, 1996,
among Grace, New Grace, K-C Aviation Inc
and New World Jet Corporation . . . . . . . . . . . . . . . . . . . . . . .   234

Letter Agreement, dated September 23,
1996, amending Interest Rate and Currency
Exchange Agreement with UBS Securities
(SWAPS) Inc . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   235

Letter Agreement, dated September 23, 1996,
amending Interest Rate and Currency
Exchange Agreement with Credit Lyonnais . . . . . . . . . . . . . . .   236

Assignment of miscellaneous software and
other contracts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   237

First Amendment to Guaranty Agreement,
dated September 9, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . .   238

Second Amendment to Aircraft Lease
Agreement, dated as of September 9, 1996,
by and among Grace-Conn., Grace and New
Grace . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   239

Assignment of Leases by Grace to Grace-
Conn.:

    Assignment and Assumption of Lease,
    dated as of July 24, 1996, by and
    between Grace ("Assignor") and Grace-
    Conn. ("Assignee"), whereas Assignee
    is the tenant under the Indenture of
    Lease, dated July 7, 1972, between
    Alan G. Weiler and Assignee . . . . . . . . . . . . . . . . . .   240

    Assignment of Lease and Assumption
    Agreement, dated as of July 24, 1996,
    between Grace ("Assignor") and Grace-
    Conn. ("Assignee"), whereas Assignor
    is the tenant under the Lease, dated
    November 21, 1991, between Butler
    Aviation-Palm Beach, Inc. (as landlord)
    and Assignor (as tenant). . . . . . . . . . . . . . . . . . . . . . .   241

FMC-00034

PP 003809

Tab No.

Assignment and Assumption of Sublease,
dated as of July 24, 1996, between
Grace ("Assignor") and Grace-Conn.
("Assignee"), whereas Assignor is the
sublandlord under the Agreement of
Sublease, dated February 23, 1996,
between Tahari Ltd. (as subtenant) and
Assignor . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    242

Assignment and Assumption of Sublease,
dated as of July 24, 1996, between
Grace ("Assignor") and Grace-Conn.
("Assignee"), whereas Assignor is
the sublandlord under the Agreement
of Sublease, dated May 12, 1993,
between Kronish, Lieb, Weiner and
Heltman (as subtenant) and Assignor. . . . . . . . . . . . . . .    243

Assignment and Assumption of Sublease,
dated as of July 24, 1996, between
Grace ("Assignor") and Grace-Conn.
("Assignee"), whereas Assignor is the
sublandlord under the Agreement of
Sublease, dated February 26, 1992,
between Coudert Brothers (as subtenant)
and Assignor. . . . . . . . . . . . . . . . . . . . . . . . . . . .    244

Assignment and Assumption of Sublease,
dated as of July 24, 1996, between
Grace ("Assignor") and Grace-Conn.
("Assignee"), whereas Assignor is the
sublandlord under the Agreement of
Sublease, dated September 1, 1993,
between Victoria's Secret Catalogue
N.Y., Inc. (as subtenant) and
Assignor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    245

Assignment and Assumption of Sublease,
dated as of July 24, 1996, between
Grace ("Assignor") and Grace-Conn.
("Assignee"), whereas Assignor is the
sublandlord under the Agreement of
Sublease, dated July 16, 1992, between
Salant Corporation, D.I.P. (as
subtenant) and Assignor. . . . . . . . . . . . . . . . . . . . . .    246

B.    Delivered by Fresenius USA

Secretary's Certificate, dated September 27,
1996, with attachments . . . . . . . . . . . . . . . . . . . . . . .    247

FMC-00035

PP 003810

Tab No.

Officer's Certificate, dated September 27,
1996, as to representations and warranties
and as to the performance of obligations
delivered pursuant to the Reorganization
Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    248

Inspector's Certificate as to the Fresenius
USA Shareholder Vote delivered pursuant to
the Reorganization Agreement . . . . . . . . . . . . . . . . . . . . . . .    249

Consents from Fresenius USA lenders
(Deutsche Bank AG), dated as of September
26, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    250

C.    Delivered by Fresenius

Tax Indemnification Agreement, dated September
27, 1996, by and among Fresenius, Fresenius
Medical Care and Grace-Conn . . . . . . . . . . . . . . . . . . . . . .    251

Officer's Certificate, dated September 27, 1996,
as to representations and warranties and as to
the performance of obligations delivered
pursuant to the Reorganization Agreement . . . . . . . . . . . . . . . .    252

Officers' Tax Matters Certificate, dated
September 27, 1996, as to tax matters
delivered pursuant to the Reorganization
Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    253

Memorandum, dated September 25, 1996, regarding
Fresenius shareholder approval . . . . . . . . . . . . . . . . . . . . . .    254

Continuing Arrangements

Pooling Agreement, dated as of September 27,
1996, effective as of September 30, 1996,
by and among Fresenius, Fresenius Medical
Care and the Independent Directors . . . . . . . . . . . . . . . .    255

Lease Agreement for Office Buildings,
dated September 30, 1996, by and between
Fresenius and Fresenius Medical
Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    256

Lease Agreement for Manufacturing Facili-
ties, dated September 30, 1996, by and
between Fresenius and Fresenius Medical
Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    257

FMC-00036

PP 003811

Tab No.

Transition Services Agreement, dated as of
September 27, 1996, effective as of Septem-
ber 30, 1996, by and between Fresenius and
Fresenius Medical Care . . . . . . . . . . . . . . . . . . . . . . .    258

Undertaking regarding Supply Agreements,
dated as of September 27, 1996, by and
between subsidiaries of Fresenius and
subsidiaries of Fresenius Medical Care . . . . . . . . . . . . .    259

Trademark License Agreement, dated as of
September 27, 1996, by and between Fresenius
and Fresenius Medical Care . . . . . . . . . . . . . . . . . . . .    260

Biofine License Agreement, dated as of
September 27, 1996, by and between
Fresenius and Fresenius Medical Care . . . . . . . . . . . . . .    261

Cross-License Agreement, dated as of
September 27, 1996, by and between
Fresenius and Fresenius Medical Care . . . . . . . . . . . . . .    262

Post-Closing Covenants Agreement, dated
as of September 27, 1996, effective as of
September 30, 1996, by and among Fresenius,
Grace, Grace-Conn. and Fresenius Medical
Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    263

Keep-Well Agreement, dated September 27,
1996, by and between Fresenius and
Fresenius Medical Care Deutschland GmbH . . . . . . . . . . .    264

Transfer Agreement, dated September 27,
1996, by and between Fresenius, Fresenius
Medical Care and Grace-Conn. . . . . . . . . . . . . . . . . . . .    265

Swiss and French Transition Services
Agreements, dated as of July 24, 1996, by
and between Grace and NMC . . . . . . . . . . . . . . . . . . .    266

Consents from Fresenius joint venture
parties: Japan, Belarus, China, Saudi Arabia, and
Tunisia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    267

Specimen ADR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    268

Summary of AIG D&O Insurance Commitment for
Fresenius Medical Care directors
and officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    269

-27-

PP 003812

Tab No.

Agreement, dated September 27, 1996, by and
among Grace, Fresenius and Fresenius Medical
Care with respect to post-closing payments . . . . . . . . . . . . . . . .   270

D.   Delivered by WLR&K

Opinion, dated September 27, 1996, as to tax
matters delivered pursuant to the
Reorganization Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . .   271

E.   Delivered by M&C

Opinion, dated September 27, 1996, as to
tax matters delivered pursuant to the
Reorganization Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . .   272

F.   Delivered by KPMG and KPMG DT-G

KPMG Opinion, dated September 27, 1996,
as to tax matters delivered pursuant to
the Reorganization Agreement . . . . . . . . . . . . . . . . . . . . . . . .   273

KPMG and KPMG DT-G Comfort Letter Bringdowns,
dated September 27, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . .   274

G.   Delivered by O'M&M

Opinion, dated September 27, 1996, as to the
Pooling Agreement delivered pursuant to
the Reorganization Agreement . . . . . . . . . . . . . . . . . . . . . . . .   275

H.   Delivered by NS&L

Opinion, dated September 27, 1996, as to the
Pooling Agreement delivered pursuant to
the Reorganization Agreement . . . . . . . . . . . . . . . . . . . . . . . .   276

I.   The Mergers and Related Issuance of Shares

Merger Mechanics Agreement, dated as of
September 13, 1996, by and between Fresenius
AG, Fresenius Medical Care, Grace, Fresenius
USA, FSI and the Escrow Agent . . . . . . . . . . . . . . . . . . . . . . .   277

Agreement with Respect to Post-Formation
Acquisition and Contribution, dated September 11,
1996, by and between Fresenius Medical Care
and the Escrow Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   278

FMC-00038

PP 003813

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: FRESENIUS MEDICAL CARE HOLDINGS, INC.
Selected Entity Status Information

Current Entity Name: FRESENIUS MEDICAL CARE HOLDINGS, INC.
Initial DOS Filing Date: MARCH 23, 1988
County: NEW YORK
Jurisdiction: NEW YORK
Entity Type: DOMESTIC BUSINESS CORPORATION
Current Entity Status: ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011
**Chairman or Chief Executive Officer**
RICE POWELL
920 WINTER ST
WALTHAM, MASSACHUSETTS, 02451
**Principal Executive Office**
FRESENIUS MEDICAL CARE HOLDINGS, INC.
920 WINTER ST
WALTHAM, MASSACHUSETTS, 02451
**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not require or maintain information
regarding the names and addresses of officers,
shareholders or directors of a corporation.



**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 100000000 | Par Value | .1 |

|        |           |     |
|--------|-----------|-----|
| 305000000 | Par Value | 1 |
| 130000 | Par Value | 100 |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|-------------|-----------|-------------|
| JUN 12, 1997 | Actual | FRESENIUS MEDICAL CARE HOLDINGS, INC. |
| SEP 27, 1996 | Actual | FRESENIUS NATIONAL MEDICAL CARE HOLDINGS, INC. |
| MAY 25, 1988 | Actual | W. R. GRACE & CO. |
| MAR 23, 1988 | Actual | W. R. GRACE & CO. - NEW YORK |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page

Exhibit  __PP 101__

# Reorganization of WR Grace
# and Combination of Sealed Air Corporation and
# the Packaging Business of WR Grace Deal Book

## Voluminous Exhibit Available Upon Request
## (3 boxes)



PP 004909



# GRACE

REORGANIZATION of
W. R. GRACE & CO.
and
COMBINATION of
SEALED AIR CORPORATION
and THE PACKAGING
BUSINESS of
W. R. GRACE & CO.

EX. PP 101

September 2009 W. R. Grace
Plan Confirmation Hearing



**Sealed Air Corporation**
Our Products Protect Your Products

MARCH 31, 1998

VOLUME I

W. R. GRACE & CO.
LEGAL SERVICES

SAC-00001

INDEX

SAC-00002

PP 004911

W. R. GRACE & CO.

REORGANIZATION OF W. R. GRACE & CO.

AND

COMBINATION OF SEALED AIR CORPORATION

AND THE PACKAGING BUSINESS OF W. R. GRACE & CO.

SEALED AIR CORPORATION

MARCH 31, 1998

SAC-00003

PP 004912

138683v4

## DEFINITIONS

| | |
|---|---|
| **Certificate of Merger** | Certificate of Merger to evidence the Merger, as filed with the Secretary of State of Delaware on the Closing Date. |
| **Closing Date** | March 31, 1998. |
| **CNA** | Continental Casualty Company and its affiliates and subsidiaries, including Transportation Insurance Company and Transcontinental Technical Services, Inc. |
| **Cryovac** | Cryovac, Inc., a Delaware corporation formerly named Grace Communications, Inc. |
| **CSFB** | Credit Suisse First Boston Corporation. |
| **Distribution Agent** | ChaseMellon Shareholder Services, L.L.C., as the Distribution Agent for the New Grace Common Stock. |
| **Distribution Agreement** | Distribution Agreement, dated as of March 30, 1998, among Grace, Grace-Conn. and Grace Specialty Chemicals, Inc. |
| **DLJ** | Donaldson Lufkin & Jenrette Securities Corporation. |
| **DPW** | Davis Polk & Wardwell. |
| **Effective Time** | 5:07 p.m. on the Closing Date, the time on the Closing Date when the Certificate of Merger was filed. |
| **Exchange Act** | Securities Exchange Act of 1934, as amended, and the rules and regulations thereunder. |
| **Exchange Agent** | First Chicago Trust Company of New York, as the Exchange Agent for the New Sealed Air Common Stock and New Sealed Air Convertible Preferred Stock. |
| **Grace-Conn.** | W. R. Grace & Co.-Conn., a Connecticut corporation. |
| **Grace Rights** | The preferred stock purchase rights of Grace issued pursuant to the Grace Rights Agreement. |
| **Grace Rights Agreement** | Rights Agreement, dated September 25, 1996, by and between Grace and The Chase Manhattan Bank, as Right Agent. |
| **Houlihan Lokey** | Houlihan, Lokey, Howard & Zukin, Inc. |
| **HSR Act** | Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended, and the rules and regulations thereunder. |

PP 004913

SAC-00004

| | |
|---|---|
| **Information Statement** | The definitive Information Statement dated February 13, 1998, as mailed to stockholders of Old Grace on February 17, 1998. |
| **Joint Proxy Statement/Prospectus** | The definitive Joint Proxy Statement/Prospectus dated February 13, 1998 which is included in the Registration Statement, as mailed to the stockholders of Old Sealed Air and Old Grace on February 17, 1998. |
| **KPMG** | KPMG Peat Marwick LLP. |
| **Medium-Term Notes** | The Medium-Term Notes of Grace-Conn. |
| **Merger** | The merger of Merger Sub with and into Old Sealed Air pursuant to the Merger Agreement. |
| **Merger Agreement** | Agreement and Plan of Merger, dated as of August 14, 1997, by and among Old Grace, Merger Sub and Old Sealed Air. |
| **Merger Sub** | Packco Acquisition Corp., a Delaware corporation and wholly owned subsidiary of Old Grace. |
| **ML&Co.** | Merrill Lynch & Co. |
| **New Credit Agreements** | Global Revolving Credit Agreement (5-Year) and Global Revolving Credit Agreement (364-Day), each dated as of March 31, 1998, among Old Grace, certain of its subsidiaries, ABN AMRO Bank N.V., as Administrative Agent, Bankers Trust Company, as Documentation Agent, Bank of America National Trust and Savings Association and NationsBank, N.A., as Co-Syndication Agents, and the banks party thereto. |
| **New Grace** | Grace Specialty Chemicals, Inc., a Delaware corporation (renamed W. R. Grace & Co. on the Closing Date), from and after the Effective Time. |
| **New Grace Common Stock** | Common Stock, par value $.01 per share, of New Grace. |
| **New Grace Rights** | The preferred stock purchase rights of New Grace issued pursuant to the New Grace Rights Agreement. |
| **New Grace Rights Agreement** | Rights Agreement, dated as of March 31, 1998 by and between New Grace and The Chase Manhattan Bank, as Rights Agent. |
| **New Sealed Air** | W. R. Grace & Co., a Delaware corporation (to be renamed Sealed Air Corporation on the Closing Date), from and after the Effective Time. |
| **New Sealed Air Common Stock** | Common Stock, par value $0.10 per share, of New Sealed Air. |

SAC-00005

PP 004914

| | |
|---|---|
| **New Sealed Air Convertible Preferred Stock** | Convertible Preferred Stock, par value $0.10 per share, of New Sealed Air. |
| **NYSE** | New York Stock Exchange, Inc. |
| **Old Grace** | W. R. Grace & Co., a Delaware corporation, prior to the Effective Time. |
| **Old Sealed Air** | Sealed Air Corporation, a Delaware corporation, prior to the Effective Time. |
| **PW** | Price Waterhouse LLP. |
| **Recapitalization** | The recapitalization of the shares of common stock of Old Grace into New Sealed Air Common Stock and New Sealed Air Convertible Preferred Stock in accordance with the Distribution Agreement. |
| **Registration Statement** | Registration Statement on Form S-4 (Registration Statement No. 333-46281) filed by Old Grace with, and declared effective by, the SEC on February 13, 1998 to register the issuance of the New Sealed Air Common Stock and New Sealed Air Convertible Preferred Stock to the Old Grace stockholders in the Recapitalization and the New Sealed Air Common Stock to the Old Sealed Air stockholders in the Merger. |
| **Reorganization** | The contribution of the worldwide packaging business of Old Grace to Cryovac and its subsidiaries, the distribution of Cryovac to Old Grace, the Recapitalization, the Spin-off and the other transactions contemplated by the Merger Agreement, Distribution Agreement and other Transaction Agreements. |
| **SEC** | Securities and Exchange Commission. |
| **Securities Act** | The Securities Act of 1933, as amended, and the rules and regulation thereunder. |
| **Spin-off** | The distribution of the New Grace Common Stock to the stockholders of Old Grace on the Closing Date. |
| **Tender Offers** | The tender offers by Grace-Conn. for its Public Debt, in accordance with Section 2.06(b) of the Distribution Agreement. |
| **Transactions** | The Reorganization together with the Merger |
| **WLRK** | Wachtell, Lipton, Rosen & Katz. |

Capitalized terms not defined herein are used as defined in the Merger Agreement.

SAC-00006

PP 004915

<u>Document</u>       <u>Tab</u>

I.   *Background of the Transactions*

    A.    Confidentiality Agreement, dated May 12, 1997, between
Old Grace and Old Sealed Air ................................................... 1

    B.    Engagement Letter, dated August 5, 1997, between Old
Sealed Air and DLJ................................................................. 2

    C.    Engagement Letter, dated July 9, 1997, between Old Grace
and CSFB................................................................................ 3

    D.    Engagement Letter, dated July 9, 1997, between Old Grace
and ML&Co.............................................................................. 4

    E.    Opinion of CSFB, dated August 14, 1997 (see tab 84)

    F.    Opinion of ML & Co., dated August 14, 1997 (see tab 84)

    G.    Opinion of DLJ, dated August 14, 1997 (see tab 84)

    H.    Solvency Opinion of Houlihan Lokey, dated August 14,
1997 ...................................................................................... 5

II.   *Principal Transaction Agreements*

    A.    Merger Agreement with the following exhibits........................... 6

       1.   Exhibit A - Form of Distribution Agreement, by and among
Grace, Grace-Conn. and New Grace...................................... 7

       <u>Exhibits to Distribution Agreement</u>

          Exhibit A - Form of Employee Benefits Allocation
Agreement, by and among New Grace,
Grace-Conn. and New Grace

          Exhibit B - Form of Tax Sharing Agreement, by and
among Old Grace, Grace-Conn. and Old
Sealed Air

          Exhibit C - Form of New Grace Certificate of
Incorporation

          Exhibit D - Form of New Grace Bylaws

          Exhibit E - Form of New Grace Preferred Share
Purchase Rights Plan

       2.   Exhibit B - Officers' Tax Matters Certificate ....................... 8

       3.   Exhibit C - Old Grace Tax Opinion..................................... 9

       4.   Exhibit D - Old Sealed Air Tax Opinion .............................. 10

       5.   Exhibit E - Terms of New Sealed Air Convertible Preferred
Stock ................................................................................. 11

SAC-00007

PP 004916

|  |  | **Document** | **Tab** |
|---|---|---|---|
|  | 6. | Exhibit F -Terms of New Sealed Air Amendment .............................. | 12 |
| B. | | Grace Disclosure Letter .............................................................. | 13 |
| C. | | Packaging Business Disclosure Letter........................................ | 14 |
| D. | | Sealed Air Disclosure Letter...................................................... | 15 |
| E. | | Distribution Agreement ............................................................. | 16 |
| F. | | Employee Benefits Allocation Agreement, dated March 30, 1998, by and among Old Grace, Grace-Conn. and New Grace............................................................................................. | 17 |
| G. | | Tax Sharing Agreement, dated March 30, 1998, by and among Old Grace, Grace-Conn. and Old Sealed Air.............................. | 18 |
| H. | | Guaranty, dated March 31, 1998, by and between Old Grace and New Grace ........................................................................... | 19 |
| I. | | Supplemental Agreement, dated March 30, 1998, by and among Old Grace, Grace-Conn. and New Grace...................................... | 20 |
| J. | | Agreement Regarding Foreign Pension and Employee Matters, dated March 30, 1998, by and among Old Grace, Grace-Conn., New Grace, Cryovac and Old Sealed Air............................ | 21 |

III. *Forms of Agreements Used to Effect Foreign Transfers*

| A. | Business Transfer Agreement........................................................ | 22 |
|---|---|---|
| B. | Lease Agreement ......................................................................... | 23 |
| C. | Sublease Agreement .................................................................... | 24 |
| D. | Assignment of Lease.................................................................... | 25 |
| E. | Administrative Services Agreement ............................................. | 26 |
| F. | Easement Agreement ................................................................... | 27 |
| G. | Reciprocal Easement Agreement.................................................. | 28 |
| H. | Site Services Agreement.............................................................. | 29 |

IV. *Documents Relating to the Transfers of Packco Assets and Packco Liabilities in the U.S.*

| A. | Stock certificate representing all shares of capital stock of Cryovac, with stock power ....................................................... | 30 |
|---|---|---|
| B. | Stock certificates for Merger Sub and all "Packco Subsidiaries" with stock powers or other required transfer documents .................................................................................... | 31 |
| C. | Stock Power for Grace-Conn. to New Grace................................ | 32 |

SAC-00008

PP 004917

Document Tab

D.  Bill of Transfer and Assignment and Assumption
    Agreement, dated March 30,1998, between Grace-Conn.
    and Cryovac ..................................................................................... 33

E.  Bill of Transfer and Assignment and Assumption Agreement,
    dated March 30, 1998, between Old Grace and New Grace ...................... 34

F.  Documents effecting transfers of U.S. real property
    interests (including leases):

    1.  Deeds and Transfer Tax Forms

        (a)  IN ............................................................................................. 35

        (b)  IA ............................................................................................. 36

        (c)  MO ............................................................................................ 37

        (d)  NY ............................................................................................ 38

        (e)  PA ............................................................................................. 39

        (f)  SC ............................................................................................. 40

        (g)  TX ............................................................................................ 41

    2.  Lease Assignments ..................................................................... 42

    3.  Landlord Consents ...................................................................... 43

    4.  Owner's Affidavit for Title Company ........................................... 44

G.  Title Commitments and Title Updates

    1.  Indianapolis, IN (7950 N. Allison Ave.) ....................................... 45

    2.  Cedar Rapids, IA (1125 Wilson Ave. SW) ..................................... 46

    3.  St. Joseph, MO (2313 Lower Lake Rd.) ......................................... 47

    4.  Gates, NY (Deep Rock Road) ....................................................... 48

    5.  Rochester, NY (1525 Brooks Ave.) ............................................... 49

    6.  Rochester, NY (Airport Expwy) .................................................... 50

    7.  Tuckerton, PA (Tuckerton Rd. & Reading Crest Blvd.) ..................... 51

    8.  Tuckerton (Muhlenberg), PA (177 Tuckerton Rd.) ........................... 52

    9.  Duncan, SC (100 Rogers Bridge Rd.) ............................................. 53

    10. Seneca, SC (150 Cryovac Blvd.) ................................................... 54

    11. Simpsonville, SC (803 North Maple St.) ........................................ 55

    12. Iowa Park, TX (1301 W. Magnolia Ave.) ....................................... 56

    13. Wichita Falls, TX (Highway 277-281) ........................................... 57

H.  Assignment of Patents and Patent Applications, March 31,
    1998 ........................................................................................... 58

SAC-00009

PP 004918

|  | **Document** | **Tab** |
|---|---|---|
| I. | Assignment of Trademarks, Trademark Applications and Trademark Registrations, March 31, 1998 | 59 |
| J. | Assignment of Copyrights, March 31, 1998 | 60 |
| K. | General Assignment of Intellectual Property, March 31, 1998 | 61 |
| L. | New Jersey ISRA Filing | 62 |
| M. | Assignment of FCC Licenses from Cryovac to Grace-Conn. | 63 |
| N. | Simpsonville, SC Toll Manufacturing Agreement, dated March 31, 1998, by and between Grace-Conn. and Cryovac | 64 |
| O. | Washington Research Center Analytical Equipment & Services Agreement, dated March 26, 1998, by and between Grace-Conn. and Cryovac | 65 |
| P. | Duncan, SC Financial Services Agreement, dated March 31, 1998, by and between Grace-Conn. And Cryovac | 66 |
| Q. | Washington Research Center Lease, dated March 30, 1998 | 67 |

**V.**  *Other Transaction Agreements*

| A. | Intellectual Property Agreement, dated March 31, 1998 by and between Grace-Conn. and Cryovac | 68 |
| B. | Insurance Procedures Agreement, dated March 31, 1998 by and among Old Grace, Grace Specialty Chemicals, Inc. and Old Sealed Air | 69 |
| C. | Agreement with Continental Casualty Company and its Affiliates to Allocate Insurance Liabilities, dated March 31, 1998, by and among Old Grace, Cryovac, Grace Specialty Chemicals, Inc. and CNA | 70 |
| D. | Security Agreement with CNA, dated March 31, 1998, by and among CNA, Old Grace and Cryovac | 71 |
| E. | Replacement Letters of Credit Issued to CNA, dated March 31, 1998, from Old Sealed Air | 72 |
| F. | Asia-Pacific IS Consulting Services Agreement, dated March 31, 1998, by and between Cryovac Hong Kong Limited and Grace Asia Pacific, Inc. | 73 |
| G. | Local Asia-Pacific IS Services Agreements | 74 |

SAC-00010

PP 004919

| Document | | Tab |
|---|---|---|
| H. | Allocation of Computer Equipment and Software, dated March 31, 1998, by and among Old Grace, Old Sealed Air and Grace-Conn............................................................................................ | 75 |
| I. | IS Services - Global WAN, dated March 31, 1998, by and between Grace-Conn. and Old Grace ........................................ | 76 |
| J. | Central European IS Services Agreement, dated March 31, 1998, by and between Cryovac France S.A. and the Other Parties to this Agreement............................................................ | 77 |
| K. | Site Separation Agreement, dated March 31, 1998, by and between Old Grace and Grace-Conn. ........................................ | 78 |
| L. | License and Technical Assistance Agreements ........................... | 79 |

**VI.    _SEC Filings Relating to the Transactions_**

| | | |
|---|---|---|
| A. | Form 8-K filed by Old Sealed Air on August 18, 1997, relating to the execution of the Merger Agreement .................................. | 80 |
| B. | Form 8-K/A filed by Old Sealed Air on August 21, 1997, relating to the execution of the Merger Agreement ...................... | 81 |
| C. | Form 8-K filed by Old Grace on August 18, 1997, relating to the execution of the Merger Agreement .............................................. | 82 |
| D. | Form 8-K/A filed by Old Grace on August 21, 1997, relating to the execution of the Merger Agreement ...................................... | 83 |
| E. | Joint Proxy Statement/Prospectus for Old Grace with the following annexes ................................................................................ | 84 |

|  | Annex A | Merger Agreement |
|  | Annex B | Form of Distribution Agreement |
|  | Annex C | Opinion of DLJ |
|  | Annex D | Opinions of CSFB and ML& Co. |
|  | Annex E | Form of New Sealed Air Charter |

| F. | Joint Proxy Statement/Prospectus for Old Sealed Air (cover page and notice of special meeting of Old Sealed Air stockholders only)................................................................................ | 85 |
| G. | Information Statement with the following annexes ...................... | 86 |

SAC-00011

PP 004920

|  | **Document** | **Tab** |
|---|---|---|
| Annex A | Form of Amended and Restated Certificate of Incorporation of New Grace | |
| Annex B | Form of Amended and Restated By-laws of New Grace | |
| Annex C | Form of New Grace 1998 Stock Incentive Plan | |
| Annex D | Form of New Grace 1998 Stock Plan for Nonemployee Directors | |
| Annex E | Old Grace 1997 Proxy Excerpt | |
| Annex F | Old Grace Financial Information for the Year Ended December 31, 1996 (including the Consolidated Financial Statements, Financial Summary and Management's Discussion and Analysis of Results of Operations and Financial Condition) | |
| Annex G | Old Grace Financial Information for the Quarter Ended September 30, 1997 (including the Third Quarter Financial Statements and Management's Discussion and Analysis of Results of Operations and Financial Condition) | |

H.  Letter from WLRK to the SEC, dated January 16, 1998, transmitting the following.................................................................    87

    Joint Preliminary Proxy Statement/Prospectus
    Preliminary Information Statement
    Form S-4 Wrap Pages
    Form 10 Wrap Pages

I.  Letter from the SEC to Andrew R. Brownstein, dated January 30, 1998, transmitting the Staff's accounting comments regarding the Joint Preliminary Proxy Statement/Prospectus and Preliminary Information Statement (the "Accounting Comment Letter") ........................................    88

J.  Letter from WLRK to the SEC, dated February 5, 1998, transmitting certain pages of the revised Joint Preliminary Proxy Statement/Prospectus and revised Preliminary Information Statement and responding to the Accounting Comment Letter ..........................................................................    89

K.  Letter from the SEC to Andrew R. Brownstein, dated February 3, 1998, transmitting the Staff's legal comments regarding the Joint Preliminary Proxy Statement/Prospectus and Preliminary Information Statement (the "First Legal Comment Letter") ...............................................................    90

SAC-00012

PP 004921

**Document**                                                                **Tab**

L.    Letter from WLRK to the SEC, dated February 6, 1998,
      transmitting the revised Joint Preliminary Proxy
      Statement/Prospectus and revised Preliminary Information
      Statement and responding to the First Legal Comment Letter
      with certain supplemental materials ............................................    91

M.    FOIA Confidential Treatment Request, dated February 6, 1998 ...............    92
          Presentation to the Board of Directors of Old Grace
              by CSFB and ML&Co., dated August 14,
              1997
          Presentation to the Board of Directors of Old Sealed Air,
              dated August 14, 1997

N.    Letter from the SEC to Andrew R. Brownstein, dated February
      10, 1998, transmitting the Staff's legal comments regarding the
      Joint Preliminary Proxy Statement/Prospectus and Preliminary
      Information Statement (the "Second Legal Comment Letter") ................    93

O.    Letter from WLRK to the SEC, dated February 12, 1998,
      transmitting certain pages of the revised Joint Preliminary
      Proxy Statement/Prospectus and revised Preliminary
      Information Statement and responding to the Second Legal
      Comment Letter ...................................................................    94

P.    Letter from the SEC to Andrew R. Brownstein, dated
      February 11, 1998, transmitting the Staff's Plain English
      comments regarding the Joint Preliminary Proxy
      Statement/Prospectus (the "Second Plain English Comment
      Letter") ............................................................................    95

Q.    Letter from DPW to the SEC, dated February 12, 1998,
      transmitting certain pages of the revised Joint Preliminary
      Proxy Statement/Prospectus and responding to the Second
      Plain English Comment Letter ...................................................    96

R.    SEC's notice of effectiveness of Registration Statement,
      dated February 13, 1998 .........................................................    97

S.    Registration Statement ...........................................................    98

T.    Registration Statement on Form 8-A filed with and declared
      effective by the SEC on March 19, 1998 to register New
      Sealed Air Common Stock and New Sealed Air Convertible
      Preferred Stock under the Exchange Act .......................................    99

SAC-00013

PP 004922

|  | **Document** | **Tab** |
|---|---|---|
| U. | Registration Statement on Form 10 filed with the SEC on March 13, 1998 and declared effective by the SEC on March 18, 1998 to register New Grace Common Stock under the Exchange Act | 100 |
| V. | Post-effective Amendment No. 1 to Form S-4 of New Sealed Air filed with the SEC on April 28, 1998, with respect to filing the Old Grace and Old Sealed Air tax opinions | 101 |
| W. | Form 8-K filed by New Grace on April 8, 1998 relating to the consummation of the Transactions | 102 |
| X. | Form 8-K filed by New Sealed Air on April 15, 1998 relating to the consummation of the Transactions | 103 |
| Y. | Forms 3 filed by directors and executive officers of New Grace | 104 |
| Z. | Form 15 filed by New Sealed Air on April 1, 1998 with the SEC to deregister Old Sealed Air Common Stock | 105 |

**VII.** *New York Stock Exchange*

| A. | Application for listing the New Sealed Air Common Stock and New Sealed Air Convertible Preferred Stock on the NYSE including Opinion of Counsel | 106 |
|---|---|---|
| B. | Application for listing the New Grace Common Stock on the NYSE including Opinion of Counsel | 107 |

**VIII.** *Compliance with Antitrust Laws*

| A. | Old Sealed Air's Notification and Report Form under the HSR Act, dated November 17, 1997 | 108 |
|---|---|---|
| B. | Old Grace's Notification and Report Form under the HSR Act, dated November 18, 1997 | 109 |
| C. | HSR waiting period termination notice, dated November 20, 1997 | 110 |
| D. | Joint Background Paper to the Australian Competition and Consumer Commission, dated December 17, 1997 | 111 |
| E. | Letter from the Australian Competition and Consumer Commission indicating that it did not propose to intervene, dated February 4, 1997 | 112 |

SAC-00014

PP 004923

| | Document | Tab |
|---|---|---|
| F. | Notification under the New Zealand Commerce Act of 1986, dated November 26, 1997 | 113 |
| G. | Clearance from the New Zealand Commerce Commission, dated November 27, 1997 | 114 |
| H. | Notification under the Japanese Act concerning Prohibition of Private Monopoly and Maintenance of Fair Trade, dated January 6, 1998 | 115 |
| I. | Notification under the Mexican Federal Antitrust Law, dated February 19, 1998 | 116 |
| J. | Clearance from the Mexican Federal Antitrust Commission, dated February 27, 1998 | 117 |
| K. | Notification under the Irish Mergers and Takeovers (Control) Act of 1978, dated February 12, 1998 | 118 |
| L. | Clearance from the Irish Minister for Enterprise, Trade and Employment, dated February 26, 1998 | 119 |
| M. | Notification under the Swedish Competition Act of 1997, dated February 13, 1998 | 120 |
| N. | Clearance from the Swedish Competition Authority, dated March 12, 1998 | 121 |
| O. | Notification under the German Act against Restraints of Competition of 27 July 1957, dated February 18, 1998 | 122 |
| P. | Clearance from the German Federal Antitrust Cartel, dated March 9, 1998 | 123 |
| Q. | Notification under the Italian Merger Control Regulation (Law 287/90), dated February 11, 1998 | 124 |
| R. | Clearance from the Italian Antitrust Authority, dated March 17, 1998 | 125 |
| S. | Notification pursuant to the Order of the Russian Anti-Monopoly Committee No. 145 of November 13, 1995, dated March 5, 1998 | 126 |
| T. | Clearance from the Russian Anti-Monopoly Committee | 127 |
| IX. | *Tender Offer Materials* | |
| A. | Offer to Purchase, dated March 10, 1998 | 128 |
| B. | Letter of Transmittal, dated March 10, 1998 | 129 |
| C. | Guidelines for Certification of Taxpayer Identification Number on Substitute Form W-9 | 130 |

SAC-00015

PP 004924

| Document | Tab |
| --- | --- |
| D. Notice of Guaranteed Delivery | 131 |
| E. Letter to Brokers, Dealers, etc. | 132 |
| F. Letter to Our Clients | 133 |
| G. Dealer Manager Agreement, dated February 26, 1998, between Grace-Conn. and J.P. Morgan & Co. | 134 |
| H. Information Agent Agreement, dated March 10, 1998, between Grace-Conn. and D.F. King & Co., Inc. | 135 |
| I. Depositary Agent Agreement, dated March 10, 1998, between Grace-Conn. and The Bank of New York | 136 |
| J. Tombstone, dated March 10, 1998 | 137 |
| K. Press Release, dated March 10, 1998 | 138 |
| L. Notice of Acceptance for Payment, dated March 31, 1998 | 139 |
| M. Medium-Term Notes Repurchase | 140 |

X.   *New Credit Agreements*

| | Tab |
| --- | --- |
| A. Global Revolving Credit Agreement (364 Day), dated as of March 30, 1998, by and among Old Grace, Certain of its Subsidiaries, including Cryovac, ABN AMRO Bank N.V., Bankers Trust Company, Bank of America National Trust, Savings Association, NationsBank, N.A., and the Banks Party thereto | 141 |
|    1. Opinions of WLRK and General Counsel to Old Grace and Cryovac, dated March 30, 1998 | 142 |
|    2. Secretary's Certificate, dated March 30, 1998, for Old Grace | 143 |
|    3. Officer's Certificate, dated March 30, 1998, for Old Grace | 144 |
|    4. Certificate of Good Standing for Old Grace (see tab 177) | |
|    5. Secretary's Certificate, dated March 30, 1998, for Cryovac | 145 |
|    6. Officer's Certificate, dated March 30, 1998, for Cryovac | 146 |
|    7. Certificate of Good Standing for Cryovac (see tab 179) | |
|    8. Amendment to the Credit Agreement (see tab 186) | |
|    9. Merger Agreement (see tabs 6-12) | |
|    10. Distribution Agreement (see tab 16) | |
|    11. Subsidiary Guarantee Agreement, dated March 31 1998, by and between Sealed Air and ABN AMRO Bank, N.V. | 147 |

SAC-00016

PP 004925

| **Document** | **Tab** |
|---|---|

12. Election to Become a Subsidiary Borrower, dated March 31, 1998, by and among ABN AMRO, Sealed Air and Old Grace ................................................................... 148

13. Secretary's Certificate, dated March 30, 1998, for Old Sealed Air ................................................................... 149

B. Global Revolving Credit Agreement (5 year), dated as of March 30, 1998, by and among Old Grace, Certain of its Subsidiaries, including Cryovac, ABN AMRO Bank N.V., Bankers Trust Company, Bank of America National Trust, Savings Association, NationsBank, N.A., and the Banks Party hereto ................................................................... 150

XI. *Pre-Closing Date Deliveries*

A. February 9, 1998 letter from PW to Old Sealed Air in connection with comfort letter ................................................... 151

B. February 12, 1998 letter from Old Sealed Air to PW in connection with comfort letter ................................................... 152

C. Comfort letter from PW, dated February 13, 1998 ................... 153

D. Bring-down comfort letter from PW, dated the Closing Date ................................................................... 154

E. February 10, 1998 letter from KPMG to Old Grace in connection with comfort letter ................................................... 155

F. February 13, 1998 letter from Old Grace to KPMG in connection with comfort letter ................................................... 156

G. Comfort letter from KPMG, dated February 13, 1998 ............. 157

H. Bring-down comfort letter from KPMG, dated the Closing Date ................................................................... 158

I. List of Affiliates of Old Grace ................................................ 159

J. Old Grace Rule 145 Affiliate Letters ...................................... 160

K. List of Affiliates of Old Sealed Air ......................................... 161

L. Old Sealed Air Rule 145 Affiliate Letters ............................... 162

SAC-00017

PP 004926

                                        Document                                    Tab

XII.    *Closing Date Deliveries and Documents*

    A.    Documents filed with the Secretary of State of Delaware on the
        Closing Date (in this order)

        1.    Certificate of Amendment to Certificate of Incorporation of
             Old Sealed Air (to change its name to Sealed Air
             Corporation (U.S.)) ....................................................................    163

        2.    Certificate of Amendment to Certificate of Incorporation of
             W. R. Grace & Co. (to change its name to Sealed Air
             Corporation) ..............................................................................    164

        3.    Amended and Restated Certificate of Incorporation of
             W. R. Grace & Co. (New Grace) .............................................    165

        4.    Certificate of Designations, Preferences and Rights of
             Series A Convertible Preferred Stock of Sealed Air (New
             Sealed Air) ..................................................................................    166

        5.    Certificate of Amendment to Certificate of Incorporation of
             Sealed Air (New Sealed Air) to reclassify its common stock
             into New Sealed Air Common Stock and New Sealed Air
             Convertible Preferred Stock.......................................................    167

        6.    Amended and Restated Certificate of Incorporation of
             Sealed Air (New Sealed Air) .....................................................    168

        7.    Certificate of Merger......................................................................    169

    B.    Other Corporate Documents

        1.    Certified copy of Certificate of Incorporation of Old Grace ...............    170

        2.    Certified copy of Certificate of Incorporation of
             Grace-Conn. ...............................................................................    171

        3.    Certified copy of Certificate of Incorporation of Cryovac ..................    172

        4.    Certified copy of Certificate of Incorporation of
             Merger Sub ................................................................................    173

        5.    Certificate of Good Standing for Old Grace .......................................    174

        6.    Certificate of Good Standing for Grace-Conn. ...................................    175

        7.    Certificate of Good Standing for Cryovac ...........................................    176

        8.    Certificate of Good Standing for Merger Sub......................................    177

        9.    Secretary's Certificate, dated March 31, 1998, for Old
             Grace, Grace-Conn., Cryovac and Merger Sub ........................    178

        10. Certified copy of Certificate of Incorporation of Old Sealed
             Air ...............................................................................................    179

SAC-00018

PP 004927

| Document | Tab |
|---|---|
| 11. Certificate of Good Standing for Old Sealed Air................................ | 180 |
| 12. Secretary's Certificate, dated March 31, 1998, for Old Sealed Air ................................................................................ | 181 |
| 13. Corporate Information Sheet for Cryovac and all other Packco Subsidiaries ................................................................ | 182 |

C.  Other Closing Documents

| | |
|---|---|
| 1.  Amendments to Old Grace's credit agreements, dated February 17, 1998, to substitute New Grace as guarantor.................................................................................. | 183 |
| 2.  Escrow Agreement, dated March 31, 1998, between New Grace and The Bank of New York .................................................. | 184 |
| 3.  Intercompany Note, dated March 31, 1998, between New Grace and Grace-Conn. to evidence loan from New Grace to Grace-Conn................................................................................ | 185 |
| 4.  Certificate of Executive Officer of Old Sealed Air, dated March 31, 1998 ................................................................... | 186 |
| 5.  Certificate of Executive Officer of Old Grace, dated March 31, 1998 ................................................................................... | 187 |
| 6.  Solvency Opinion of Houlihan Lokey, dated March 31, 1998 ......................................................................................... | 188 |
| 7.  Statement of calculation of New Grace Capital Contribution ............. | 189 |
| 8.  Audited December 31, 1997 financials for Grace Packaging......................................................................................... | 190 |
| 9.  Certificate of Inspector of Election at Sealed Air's special meeting.................................................................................. | 191 |
| 10. Certificate of Inspector of Election at Old Grace's special meeting.................................................................................. | 192 |
| 11. Letters of Resignation from Directors of Old Grace, other than the Grace Continuing Directors .................................... | 193 |
| 12. Letters of Resignation from Officers of Old Grace, other than Gary Kaenzig ............................................................... | 194 |
| 13. Unanimous Written Consent of Directors of New Sealed Air to adopt New Sealed Air bylaws and elect directors and officers .............................................................................. | 195 |
| 14. Amendment No. 1 to the Grace Rights Agreement, dated March 31, 1998, between Old Grace and The Chase Manhattan Bank to terminate Grace Rights Agreement...................... | 196 |

17

SAC-00019

PP 004928

|  | **Document** | **Tab** |
|---|---|---|
| | 15. New Grace Rights Agreement, dated March 31, 1998, between New Grace and The Chase Manhattan Bank | 197 |
| | 16. Notice terminating Old Grace's dividend reinvestment plan | 198 |
| | 17. Transfers of FCC Licenses | 199 |
| D. | Legal Opinions and Related Documents | |
| | 1. Old Grace Tax Opinion | 200 |
| | 2. Old Sealed Air Tax Opinion | 201 |
| | 3. Officers' Tax Matters Certificate (Grace-Conn.) | 202 |
| | 4. Officers' Tax Matters Certificate (Old Sealed Air and Cryovac) | 203 |
| | 5. Grace-Conn. Representation Letter | 204 |
| | 6. Old Sealed Air Representation Letter | 205 |
| | 7. Opinion on validity of shares of New Sealed Air Common Stock and New Sealed Air Convertible Preferred Stock | 206 |
| E. | Post-Closing Matters | |
| | 1. Press releases announcing the closing | 207 |
| | 2. Notice to New Sealed Air stockholders | 208 |
| | 3. Form of letter of transmittal from Exchange Agent to former Sealed Air stockholders | 209 |
| | 4. Form of letter of transmittal from Exchange Agent to former Old Grace stockholders | 210 |
| | 5. Notice to New Grace stockholders, including tax information for stockholders of Old Grace on the Record Date | 211 |
| | 6. Form of certificate for New Grace Common Stock | 212 |

SAC-00020

PP 004929