IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Hearing Date: Sept. 8, 2009 |
| | ) Related to Dkt. Nos. 22802, 22903 |

**FIREMAN'S FUND INSURANCE COMPANY'S OBJECTIONS TO THE PLAN PROPONENTS' PHASE II COUNTER-DESIGNATIONS**

Pursuant to Paragraph 3 of the Fourth Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization (Dkt. No. 22819), Fireman's Fund Insurance Company ("Fireman's Fund") hereby objects to, and moves to exclude, the following deposition testimony counter-designated by Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants Representative, and the Official Committee of Unsecured Creditors (collectively, the "Plan Proponents") (Dkt. No. 22903) for use during the Phase II confirmation proceedings.

**I.    Richard Finke (May 13, 2009):**

| Plan Proponents' Counter-Designation | Objection |
|---|---|
| 268:19-21, 269:1 | Lack of personal knowledge. |
| 270:21:22 | Attorney objection, not testimony. |
| 274:14-20 | Attorney objection, not testimony. |
| 275:6-10 | Lack of personal knowledge. |
| 279:9-14 | Seeks legal opinion; best evidence. |
| 337:5-10 | Attorney objection, not testimony. |


## II. <u>Peter Van N. Lockwood (May 4, 2009)</u>:

| <u>Plan Proponents' Counter-Designation</u> | <u>Objection</u> |
|---|---|
| 614:22-616:22 | Seeks legal opinion; best evidence; lacks proper foundation |

Dated: August 24, 2009

Respectfully submitted,

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Telecopier: (202) 628-5116
Email: mplevin@crowell.com
Email: ldavis@crowell.com
Email: tyoon@crowell.com

Leonard P. Goldberger
Marnie E. Simon
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Telephone: (215) 751-2864/2885
Telecopier: (610) 371-7376/8505
Email: lpg@stevenslee.com
Email: mes@stevenslee.com

Attorneys for Fireman's Fund Insurance Company

8861292