IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## ANDERSON MEMORIAL HOSPITAL'S DEPOSITION DESIGNATIONS

Anderson Memorial Hospital hereby designates the following deposition testimony for Phase II of the Confirmation Hearing in the above-captioned case. Anderson reserves the right to supplement these designations following receipt of Plan Proponents' counter-designations, if any.

1. **DAVID T. AUSTERN, May 15, 2009**

The following portions of David Austern's deposition transcript, May 15, 2009, are hereby designated:

| PAGE(S) | LINE(S) |
|---|---|
| 222 | 16 thru |
| 224 | 18 |
| 225 | 10 - 15 |
| 226 | 8 thru |
| 227 | 20, 24 thru |
| 228 | 23 |
| 229 | 16 thru |
| 230 | 14, 23 thru |
| 232 | 4 |
| 234 | 18 thru |
| 236 | 17, 21 thru |
| 237 | 16, 21 thru |
| 238 | 5 |
| 239 | 10 thru |
| 241 | 5 |

2. **RICHARD CHARLES FINKE, March 30, 2009**

| PAGE(S) | LINE(S) |
|---|---|
| 4 | 21 thru |
| 6 | 16 |
| 8 | 21 thru |

| | |
|---|---|
| 11 | 22 |
| 12 | 10 thru |
| 16 | 8 |
| 17 | 23 thru |
| 18 | 1, 4-10 |
| 19 | 20-24 |
| 29 | 18 thru |
| 31 | 16 |
| 33 | 7-10 |
| 38 | 6-16 |
| 39 | 8-12, 19 thru |
| 40 | 13 |
| 41 | 4-15 |
| 42 | 7-9 |
| 46 | 6 thru |
| 47 | 9 |
| 51 | 17 thru |
| 53 | 2, 6-15, 20 thru |
| 54 | 1 |
| 55 | 5-23 |
| 57 | 3 thru |
| 58 | 4, 8-14 |
| 61 | 15 thru |
| 62 | 8 |
| 65 | 11 thru |
| 66 | 24 |
| 72 | 7 thru |
| 73 | 12 |
| 74 | 24 thru |
| 76 | 2, 12-20 |
| 77 | 4-16 |
| 81 | 22 thru |
| 82 | 15 |
| 83 | 13 thru |
| 84 | 3 |
| 85 | 8 thru |
| 87 | 19 |
| 88 | 18-23 |
| 92 | 12 thru |
| 93 | 16 |
| 99 | 4-24 |
| 103 | 21 thru |
| 104 | 11 |
| 105 | 5-9, 19 thru |
| 106 | 6, 10-23 |
| 107 | 24 thru |
| 108 | 10 |
| 109 | 19 thru |

| | |
|---|---|
| 111 | 4, 11 thru |
| 112 | 10 |
| 113 | 3 -21 |
| 114 | 1, 18 thru |
| 115 | 12, 17-21 |
| 116 | 23-24 |
| 117 | 4-5, 7 thru |
| 118 | 2, 6-8, 21 thru |
| 119 | 1, 18-21 |
| 120 | 3-14 |
| 123 | 21 thru |
| 125 | 3, 14-24 |
| 127 | 13-17, 20-21, 23 thru |
| 128 | 3, 5-6, 8 thru |
| 129 | 3 |
| 134 | 1 thru |
| 139 | 6, 20-21, 23 thru |
| 141 | 9, 24 thru |
| 144 | 15, 22 thru |
| 145 | 4 |
| 148 | 3 thru |
| 151 | 9 |
| 153 | 1-10 |
| 155 | 1 thru |
| 156 | 22, 24 thru |
| 157 | 1, 3-4 |

**3.   JAY W. HUGHES, JR., June 11, 2009**

The following portions of Jay W. Hughes, Jr.'s deposition transcript, June 11, 2009, are hereby designated:

| PAGE(S) | LINE(S) |
|---|---|
| 397 | 21 thru |
| 402 | 3, 6 thru |
| 403 | 22 |
| 404 | 13-20, 22 thru |
| 405 | 1 |
| 406 | 6-16 |
| 408 | 19-21 |
| 409 | 9 thru |
| 411 | 19 |
| 412 | 3-17, 22 thru |
| 413 | 20 |
| 414 | 1-15, 18 thru |
| 415 | 1, 6-11, 13, 19 thru |
| 416 | 12, 15 thru |
| 417 | 5, 8-14 |

### 4. ELIHU INSELBUCH, June 12, 2009

The following portions of Elihu Inselbuch's deposition transcript, June 12, 2009, are hereby designated:

| PAGE(S) | LINE(S) |
|---|---|
| 169 | 6-9, 12 thru |
| 170 | 6, 8-11 |
| 171 | 11-12, 14-17, 20 thru |
| 172 | 20 |
| 173 | 2 thru |
| 174 | 1, 3-8, 15 thru |
| 175 | 5, 16 thru |
| 176 | 6, 12-19, 24 thru |
| 177 | 6, 8-9, 13 thru |
| 179 | 18, 22 thru |
| 180 | 10, 21 thru |
| 181 | 3, 6 thru |
| 182 | 18, 20 thru |
| 183 | 12, 17 thru |
| 184 | 16, 19 thru |
| 186 | 5, 11 thru |
| 187 | 4, 7 thru |
| 189 | 8, 12 thru |
| 190 | 8 |

### 5. PETER LOCKWOOD, May 4, 2009

The following portions of Peter Lockwood's deposition transcript, May 4, 2009, are hereby designated:

| PAGE(S) | LINE(S) |
|---|---|
| 563 | 20-24 |
| 564 | 3-6, 9 thru |
| 568 | 3, 7-15, 21 thru |
| 569 | 6, 9 thru |
| 571 | 12 |
| 572 | 2 thru |
| 574 | 12, 15-24 |
| 575 | 2-11, 15-23 |
| 576 | 1 thru |
| 577 | 8, 14 thru |
| 578 | 5, 11 thru |
| 580 | 2, 5-19, 21 thru |
| 583 | 16, 18 thru |
| 584 | 23 |
| 585 | 20 thru |
| 587 | 2, 4 thru |

| | |
|---|---|
| 588 | 7, 9 thru |
| 589 | 8, 10 thru |
| 590 | 2, 5 thru |
| 592 | 16, 24 thru |
| 593 | 6, 9 thru |
| 596 | 4, 7-23 |
| 597 | 2-18, 23 thru |
| 600 | 6, 21 thru |
| 601 | 10 |
| 602 | 18-20 |
| 603 | 6 thru |
| 606 | 4 |

6. **JEFFREY N. POSNER, May 6, 2009**

| PAGE(S) | LINE(S) |
|---|---|
| 339 | 1, 5 thru |
| 344 | 22 |
| 345 | 2 thru |
| 349 | 17, 21 thru |
| 350 | 4, 7 thru |
| 354 | 4, 9 thru |
| 357 | 23 |
| 358 | 5 thru |
| 361 | 14, 18-20, 23-24 |
| 362 | 3-7, 12 thru |
| 363 | 9, 12-17 |

7. **DANIEL L. ROURKE, June 20, 2002 (Volume I)**

**June 20, 2002 (Volume I)**

| PAGE(S) | LINE(S) |
|---|---|
| 10 | 8 thru |
| 11 | 7 |
| 12 | 3-22 |
| 13 | 1 thru |
| 14 | 12, 22 thru |
| 15 | 3, 10-20 |
| 16 | 10-14 |
| 17 | 5-13 |
| 21 | 3-9, 13-16, 20-21 |
| 22 | 1-20 |
| 23 | 4-13 |
| 24 | 14 thru |
| 25 | 13 |
| 31 | 15 thru |
| 32 | 7 |
| 39 | 4 thru |

| | |
|---|---|
| 45 | 5 |
| 60 | 21 thru |
| 61 | 1 |
| 65 | 4-9, 18 thru |
| 66 | 11 |
| 67 | 3-7 |
| 68 | 10-19 |
| 73 | 24 thru |
| 75 | 15 |
| 76 | 7-15, 23 thru |
| 77 | 6 |
| 182 | 7-10, 14 thru |
| 183 | 8 |
| 191 | 19-24 |

**DANIEL L. ROURKE, July 11, 2002 (Volume II)**

| PAGE(S) | LINE(S) |
|---|---|
| 7 | 17 thru |
| 8 | 5, 12-23 |
| 9 | 1-9 |
| 12 | 19 thru |
| 13 | 14, 21-24 |
| 14 | 19-24 |
| 19 | 2-19 |
| 20 | 5-25 |
| 23 | 3-7 |
| 24 | 3 thru |
| 25 | 13, 23 thru |
| 26 | 1, 5-21, 24 thru |
| 27 | 20 |
| 28 | 4-25 thru |
| 32 | 5, 17-25 |
| 33 | 13-17, 20-25 |
| 35 | 17-25 |
| 141 | 5 thru |
| 142 | 5 |
| 144 | 7-12 |
| 161 | 24 thru |
| 162 | 9, 17 thru |
| 163 | 16 |
| 165 | 3-13 |
| 177 | 22 thru |
| 178 | 1, 4-6 |
| 179 | 22 thru |
| 180 | 8 |
| 199 | 18 thru |
| 201 | 17, 20-21 |

Case 01-01139-AMC   Doc 22948   Filed 08/24/09   Page 7 of 8

Case 01-01139-AMC   Doc 22948   Filed 08/24/09   Page 7 of 8

**8.     DARRELL WILLIAM SCOTT, April 22, 2009**

| PAGE(S) | LINE(S) |
|---|---|
| 3 | 7-23 |
| 9 | 25 thru |
| 10 | 13 |
| 11 | 4-11 |
| 13 | 1 thru |
| 14 | 13, 21 thru |
| 15 | 7 |
| 16 | 11 thru |
| 17 | 2 |
| 19 | 2-10 |
| 21 | 9 thru |
| 23 | 23, 25 thru |
| 24 | 1, 19 thru |
| 25 | 14 |
| 30 | 3-7 |
| 31 | 16 thru |
| 32 | 12, 24 thru |
| 33 | 23 |
| 35 | 13-22 |
| 36 | 5-9, 25 thru |
| 39 | 1, 22 thru |
| 40 | 17 |
| 41 | 14 thru |
| 42 | 3, 8-21, 23 thru |
| 45 | 13 |
| 52 | 3 thru |
| 55 | 9 |
| 61 | 24 thru |
| 62 | 10, 12 thru |
| 65 | 20 |
| 67 | 12 thru |
| 68 | 16 |
| 69 | 1-6, 22 thru |
| 70 | 5 |

**9.     EDWARD J. WESTBROOK, April 24, 2009**

| PAGE(S) | LINE(S) |
|---|---|
| 4 | 5-22 |
| 5 | 1-11 |
| 6 | 2-16, 19 thru |
| 9 | 25 |
| 19 | 22-25 |

| | |
|---|---|
| 20 | 13 thru |
| 21 | 2 |
| 23 | 6-15, 17 thru |
| 24 | 5, 12-13, 24 |
| 25 | 1-4, 19 thru |
| 26 | 24 |
| 37 | 9 thru |
| 38 | 1, 12-18 |
| 40 | 14-25 |
| 41 | 3-6 |
| 44 | 10-15 |

DATED: August 24, 2009

*[signature]*

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:   (803) 943-4444
Facsimile:    (803) 943-4599

- and -

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:   (305) 372-1800
Facsimile:    (305) 372-3508

*Counsel for Anderson Memorial Hospital*