## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## AXA BELGIUM'S OBJECTIONS TO
## THE PLAN PROPONENTS' PHASE II COUNTER-DESIGNATIONS

AXA Belgium, as successor to Royale Belge, ("AXA Belgium"), pursuant to the Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Doc. No. 22819), hereby objects to the Plan Proponents' Phase II Counter-Designations for the reasons set forth in Fireman's Fund Insurance Company's Objections to the Plan Proponents' Phase II Counter-Designations (Doc. No. 22945) and the Objections of Government Employees Insurance Company, Republic Insurance Company, Seaton Insurance Company, and OneBeacon America Insurance Company to the Plan Proponents' Phase II Counter-Designations (Doc. No. 22946).

Dated: August 24, 2009

                                            Respectfully submitted,
                                            MENDES & MOUNT, LLP

                                            */s/ Eileen T. McCabe*
                                            Eileen T. McCabe
                                            eileen.mccabe@mendes.com
                                            Mendes & Mount LLP
                                            750 Seventh Avenue
                                            New York, NY 10019
                                            212-261-8000 p
                                            212-261-8750 f

                                            Michael A. Shiner, Esquire (PA ID 78088)
                                            mshiner@tuckerlaw.com
                                            Tucker Arensberg, P.C.
                                            1500 One PPG Place
                                            Pittsburgh, PA  15222

412-594-5586 p
412-594-5619 f

John S. Spadaro, Esq. (No. 3155)
724 Yorklyn Road, Suite 375
Hockesin, DE 19707
302-235-2516 p
302-23502536 f

*Counsel for AXA Belgium as successor to Royale Belge*

2