**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**RESPONSE OF BNSF RAILWAY COMPANY TO**
**PLAN PROPONENTS' DRAFT ORDER OF WITNESSES AND**
**ESTIMATED TIME OF TESTIMONY FOR**
**PHASE II OF THE CONFIRMATION HEARING**
*RELATED TO DOCKET NUMBER 22902*

BNSF Railway Company ("BNSF") responds to the Plan Proponents' Draft Order of Witnesses and Estimated Time of Testimony for Phase II of the Confirmation Hearing.

BNSF understands from the Plan Proponents' Draft Order of Witnesses that BNSF's direct case on its objections will commence on Monday, September 14, or Tuesday, September 15. BNSF will have its witnesses available at such time.[1]

BNSF intends to call four witnesses in its case in chief and will endeavor to keep the direct examinations as short as possible. BNSF intends to call Kevin Burrin, Karen McKee, Trent Proctor and Heather Miranda. BNSF anticipates that it will require two hours to complete its examination of these witnesses.

BNSF also intends to elicit testimony from four witnesses called by the Plan Proponents. BNSF intends to question Jay Hughes, Peter Lockwood, Richard Finke and Jeffrey Posner. BNSF anticipates that its examination of Mr. Hughes, Mr. Lockwood and Mr. Finke

---

[1] BNSF understands that the schedule is flexible and that the Court has indicated that parties will be informed of the date when their witnesses will be required to give testimony as the confirmation hearing progresses.

-1-

-2-

will be completed in fifteen minutes or less.  BNSF anticipates that its examination of Mr. Posner will be completed in thirty minutes or less.

To the extent necessary, BNSF reserves its right to call rebuttal witnesses in response to any issued raised by the Plan Proponents or other parties as part of the Plan Confirmation process.

| | |
|---|---|
| Dated: August 25, 2009<br>Wilmington, DE | PEPPER HAMILTON LLP<br><br>/s/ Evelyn J. Meltzer<br>Evelyn J. Meltzer (DE 4581)<br>John H. Schanne II (DE 5260)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>PO Box 1709<br>Wilmington, DE 19899-1709<br>Tel: (302) 777-6500<br>Fax: (302) 777-6511 |

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750

Counsel for BNSF Railway Company