## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

### <u>CERTIFICATE OF SERVICE</u>

I, Evelyn J. Meltzer, do hereby certify that on August 25, 2009, I did serve the Response Of BNSF Railway Company To Plan Proponents' Draft Order Of Witnesses And Estimated Time Of Testimony For Phase II Of The Confirmation Hearing (the "Response") by causing a true and correct copy thereof to be served upon Joseph and Helen Parry-Hill by electronic mail at the following address:  the parryhills@gmail.com.  I further certify that I did serve the Response by causing a true and correct copy thereof to be served via electronic mail and first class mail, postage prepaid, upon the individuals on the attached service.

Dated:  August 25, 2009
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390

Of Counsel:

Counsel for BNSF Railway Company

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

#11411123 v1

Official Committee of Unsecured Creditors
c/o Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982

Official Committee of Unsecured Creditors
c/o Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
William S. Katchen, Esq.
Duane Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801-1246

Official Committee of Property Damage Claimants
c/o Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Greg Horowitz, Esq.
Matthew I. Kramer, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod, LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131

Asbestos PD Committee
c/o Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry & Joseph, PA
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE  19899

Roberta A. Deangelis
Acting U. S. Trustee
David Klauder, Esq.
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE  19801

Bank of America
c/o Noah Heller, Esq.
Merritt A. Pardini, Esq.
Jeff Friedman, Esq.
Katten Muchin Rosenman, LLP
575 Madison Avenue
New York, NY  10022-2585

Bank of America
c/o Mark D. Collins, Esq.
Jason M. Madron, Esq.
Dana Reynolds, Esq.
Marcos Ramos, Esq.
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Longacre Master Fund
c/o David M. Fournier, Esq.
James C. Carignan, Esq.
Pepper Hamilton, LLP
Hercules Plaza
Suite 5100
1313 N. Market Street
Wilmington, DE  19801

#11411123 v1

Longacre Master Fund
c/o Robert S. Hertzberg, Esq.
Pepper Hamilton, LLP
100 Renaissance Center
Suite 3600
Detroit, MI  48243-1157

Ingersoll-Rand Fluid Products and
State of Montana
c/o Francis A. Monaco, Jr., Esq.
Kevin J. Mangan, Esq.
Matthew P. Ward, Esq.
Womble Carlye Sandridge & Rice, LLC
222 Delaware Avenue
15th Floor
Wilmington, DE  19801

The ERISA Plaintiffs
c/o Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

The ERISA Plaintiffs
c/o David Pastor, Esq.
Gilman Pastor, LLP
225 Franklin Street
16th Floor
Boston, MA  02110

The ERISA Plaintiffs
c/o Joseph H. Meltzer, Esq.
Katherine Borstein, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087

Scotts Company LLC
c/o Robert J. Stearn, Jr., Esq.
Cory D. Kandestin, Esq.
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The Scotts Company
c/o Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys Sater Seynour and Pease LLP
52 East Gay Street
PO. Box 1008
Columbus, OH 43215

Libby Claimants
c/o Adam G. Landis, Esq.
Rebecca L. Butcher, Esq.
Kerri K. Mumford, Esq.
James S. Green, Esq.
Landis Rath & Cobb, LLP
919 Market Street, Suite 1600
Wilmington, DE  19801

The Libby Mine Claimant
c/o Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

Kaneb Pipeline
c/o Kathleen Miller, Esq.
Etta R. Wolfe, Esq.
Smith Katzenstein & Furlow, LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
PO Box 410
Wilmington, DE  19899

Kaneb Pipeline
c/o Gerald G. Pecht, Esq.
Steve A Peirce, Esq.
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

Kaneb Pipeline
c/o Toby L. Gerber, Esq.
Fulbright & Jaworski, LLP
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

Zurich Insurance Company, Zurich International
(Bermuda), Ltd. and Maryland Casualty
Company
c/o Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz, LLP
1220 Market Street
PO Box 2207
Wilmington, DE  19899

Maryland Casualty Company
c/o Edward J. Longosz, II, Esq.
Laura G. Stover, Esq.
Gabriella Cellarosi, Esq.
Eckert Seamans Cherin & Mellot, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006

CNA Financial Corporation
c/o Edward B. Rosenthal, Esq.
Rosenthal Monhait Gross & Goddess, PA
919 Market  Street, Suite 1401
PO Box 1070
Wilmington, DE  19899-1070

Continental Casualty Co., Transportation
Insurance Co. and their American insurance affiliates
c/o Daniel M. Glosband, P.C.
Brian H. Mukherjee, Esq.
Michael S. Giannotto, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109

Continental Casualty Co., Transportation
Insurance Co. and their American insurance affiliates
c/o Elizabeth DeCristofaro, Esq.
Shayne W. Spencer
Ford Marrin Esposito Witmeyer & Gleser LLP
Wall Street Plaza
23rd Floor
New York, NY 10005-1875

Allstate Insurance Co.
c/o James S. Yoder, Esq., Marc S. Casarino,
Esq., Joseph Gibbons, Esq., Gregroy T. LoCale,
Esq.
White & Williams, LLP
824 Market Street
PO Box 709
Suite 902
Wilmington, DE  19899-0709

Government Employees Insurance Company, Columbia
Insurance Company f/k/a Republic Insurance Company,
OneBeacon Insurance Company and Seaton Insurance
Company
c/o Michael F. Brown, Esq.
Jeffrey M. Boerger, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

Pre Petition Lender Group
c/o Stephen J. Shimshak, Esq.
Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Zurich Insurance Company, Zurich International (Be
Ltd. and Maryland Casualty Company
c/o Richard A. Ifft, Esq.
Karalee C. Morell, Esq.
Wiley Rein, LLP
1776 K Street, NW
Washington, DC  20006

Government Employees Insurance Company, Columbia Insura
Company f/k/a Republic Insurance Company, OneBeacon Insu
Company and Seaton Insurance Company
c/o Warren Pratt, Esq.
David Primack, Esq.
Drinker Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1243

Fireman's Fund Insurance Company and
Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta
c/o John D. Demmy, Esq.
Stevens & Lee, PC
1105 N. Market Street
Suite 700
Wilmington, DE  19801-1270

Fireman's Fund Insurance Company and
Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta
c/o Leonard P. Goldberger, Esq.
Marnie E. Simon, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

#11411123 v1

Travelers Casualty & Surety Company
c/o Peter Pantaleo, Esq.
William T. Russell, Esq.
Marissa A. Piropato, Esq.
Elisa Alcabes, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954

Federal Insurance Company
c/o Jacob C. Cohn, Esq.
William P. Shelley, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Federal Insurance Company
c/o Jeffrey R. Waxman, Esq.
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE  19801

Arrowood Indemnity Co/
c/o Garvan F. McDaniel, Esq.
Bifferato & Gentilotti, LLC
800 N. King Street
First Floor
Wilmington, DE 19801

Arrowood Indemnity Company f/k/a Royal
Indemnity Company
c/o Carl J. Pernicone, Esq.
Catherine Chen, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Asbestos PD Future Claimants
c/o Alan Rich, Esq.
1401 Elm Street
Suite 4620
Dallas, TX  75202

Sealed Air
c/o David Turetsky, Esq.
Greg St. Clair, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY   10036

Official Committee of Equity Security Holders
c/o Philip Bentley, Esq., Douglas Mannal, Esq.
David Blabely, Esq., Greg Horowitz, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

United States Fire Insurance Co. and
TIG Insurance Company
c/o George R. Calhoun, V, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC  20036

David T. Austern, Asbestos PI Future Claimants'
Representative
c/o Roger Frankel, Esq.
Richard H. Wyron, Esq.
Kathleen Orr, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC  20005-1706

Mark Shelnitz
Richard Finke
John McFarland
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

James D. Freeman, Esq.
U. S. Department of Justice
Environmental Enforcement Section
1961 Stout Street
Floor 8
Denver, CO  80294-1961

Official Committee of Asbestos Personal Injury
Claimants
c/o Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.; Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq., Jeffrey A. Liesemer, Esq.
Caplan & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Official Committee of Asbestos Personal Injury Clai
c/o Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY  10152-3500

Everest Reinsurance Company and
Mt. McKinley Insurance Company
c/o Mark D. Plevin, Esq.
Leslie A. Epley, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

Hartford
c/o Nancy L. Manzer, Esq.
Craig Goldblatt, Esq.
WilmerHale
1875 Pennsylvania Avenue, NW
Washington, DC  20006

-7-

U.S. Environmental & Protection Agency
c/o Andrea Madigan, Enforcement Attorney
Region VIII
999 18th Street
Suite 300
ENF-L
Denver, CO  80202

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, DC  20004-1109

Fresenius Medical Care North America
c/o David S. Rosenbloom, Esq.
Jeffrey E. Stone, Esq.
Lewis S. Rosenbloom, Esq.
McDermott Will & Emery
227 W. Monroe Street
Chicago, IL  60606-5096

Official Committee of Asbestos Personal Injury Clai
c/o Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE  19801

Arrowood Indemnity Company f/k/a Royal
Indemnity Company
c/o Tancred V. Schiavoni, Esq.
Gary Svirsky, Esq., Allen Schwartz, Esq.
Paul R/. Koepff, Esq.; Brad Elias, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

David M. Bernick. Esq.
Lisa G. Esayian, Esq.
Samuel L. Blatnick, Esq..
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
(Debtors Counsel)

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones &
Weintraub, LLP
919 N. Market Street
17th Floor
PO Box 8705
Wilmington, DE  19899-8705
(Debtors Counsel)

Equitas
c/o Thomas G. Macauley, Esq.
Virginia Whitehill Guldi, Esq.
James Sottile, Esq.
Zuckerman Spaeder LLP
919 Market Street
Suite 990
PO Box 1028
Wilmington, DE  19801

Owens-Illinois
c/o Katharine L. Mayer, Esq.
Daniel M. Silver, Esq.
McCarter & English LLP
Renaissance Center
405 N. King Street
8th Floor
Wilmington, DE  19801

National Union Fire Insurance Company of
Pittsburgh, PA as well as certain AIU Insurers
c/o Michael Davis, Esq.
Robert Guttmann, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Ave.
New York, NY 10022

Certain London Market Insurance Companies
c/o John Spadaro, Esq.
John Sheenan Spadaro, LLP
724 Yorklyn Road
Suite 375
Hockessin, DE  19707

Certain London Market Insurance Companies
c/o Alexander J. Mueller, Esq.
Thomas J. Quinn, Esq.
Carolina Acevedo, Esq.
Mendes & Mount LLP
750 7th Avenue
New York, NY  10019

Anne Marie P. Kelley, Esq.
Martin J. Weis, Esq.
Scott J. Freedman, Esq.
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P. O. Box 2570
Cherry Hill, NJ  08034

CNA
c/o Jonathan W. Young, Esq.
Wildman Harrold Allen & Dixon
225 W. Wacker Drive
Suite 3000
Chicago, IL  60606-1229

Anderson Memorial Hospital
c/o Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
P. O. Box 685
Hampton, SC  29924

Zonolite Attic Insulaytion Class Plaintiffs
c/o Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd – Bldg A
Mount Pleasant, SC 29464

ACC Special Insurance Counsel
c/o Robert M. Horkovick, Esq.
Jeffrey L. Glatzer, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Travelers Casaulty and Surety Company
c/o Robert J. Dehney, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Official Committee of Equity Security Holders
c/o Teresa K. D. Currier, Esq.
Saul Ewing LLP
222 Delaware Ave Ste 1200
PO Box 1266
Wilmington, DE 19801

David T. Austern, Asbestos PI Future Claimants'
Representative
c/o John C. Phillips, Jr., Esq.
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE 19806

Janet S. Baer, Esq.
Law Offices of Janet S. Baer, PC
70 West Madison Street
Suite 210
Chicago, IL 60602
(Debtors Counsel)

Anderson Memorial
c/o John W. Kozyak, Esq.
Charles W. Throckmorton, Esq.
David L. Rosendorf, Esq.
Corali Lozep-Castro, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Pone de Leon
9th Floor
Coral Gables, FL 33134

Allstate Insurance Company
c/o Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Cuyler Burk, PC
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

Harley E. Riedel, Esq.
Stichter Riedel Blain & Prosser PA
110 E. Madison Street
Suite 200
Tampa, FL 33602

-10-

#11369231

General Insurance Co. of America
c/o Frederick B. Rosner, Esq.
Messana Rosner & Stern LLP
1000 N. West Street • Suite 1200
Wilmington, Delaware 19801

General Insurance Co. of America
c/o Robert B. Millner, Esq.
Christopher Prince, Esq.
Sonnenschein Nath & Rosenthal
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6404

Garlock Sealing Tech
c/o Garland S. Cassada, Esq.
Richard C. Worf, Esq.
Robinson Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246

Tyco Healthcare
c/o Nutter McClennen & Fish LLP
Peter Nils Baylor
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

State of Michigan
c/o Deborah Benedict Walmeir, Esq.
Assistant Attorney General
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI 48909

#11411123 v1

**W.R. Grace Email Service list of
Objecting And Interested Parties**
Case No. 01-1139 (JKF)
Doc. No. 141636
177 – Electronic Delivery


STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
lkruger@stroock.com
kpasquale@stroock.com
akrieger@stroock.com
(Counsel to the Official Committee of
Unsecured Creditors)


DUANE MORRIS LLP
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
mlastowski@duanemorris.com
rriley@duanemorris.com
(Delaware Counsel for the GUC's)


BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Matthew I. Kramer, Esquire
Greg Horowitz, Esquire
sbaena@bilzin.com
jsakalo@bilzin.com
mkramer@bilzin.com
(Counsel to the PD Committee)


FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
mjoseph@ferryjoseph.com
ttacconelli@ferryjoseph.com
(Delaware counsel for PD Committee)


Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov


KATTEN MUCHIN ROSENMAN LLP
Noah Heller, Esquire
Merritt A. Pardini, Esquire
Jeff Friedman, Esquire
noah.heller@kattenlaw.com
merritt.pardini@kattenlaw.com
jeff.friedman@kattenlaw.com
(Counsel to Bank of America etc re RMQ
Bond)


RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esquire
Jason M. Madron, Esquire
Dana L. Reynolds, Esquire
Marcos Ramos, Esquire
collins@rlf.com
madron@rlf.com
Reynolds@rlf.com
ramos@rlf.com
(Counsel to Bank of America etc.re RMQ
Bond)


PEPPER HAMILTON LLP
David M. Fournier, Esquire
James C. Carignan , Esquire
Robert S. Hertzberg, Esquire
Linda J. Casey, Esquire
fournierd@pepperlaw.com
carignanj@pepperlaw.com
hertzbergr@pepperlaw.com
( Counsel to Longacre Master Fund)


caseyl@pepperlaw.com
(Counsel to BNSF)

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
fmonaco@wcsr.com
kmangan@wcsr.com
maward@wcsr.com
(Counsel to State of Montana and The
Crown)

LOWENSTEIN SANDLER PC
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
metkin@lowenstein.com
ilevee@lowenstein.com
(Counsel to the ERISA Plaintiffs)

GILMAN & PASTOR, LLP
David Pastor, Esquire
Dpastor@Gilmanpastor.com
(Counsel to the ERISA Plaintiffs)

SCHIFFRIN BARROWAY TOPAZ &
KESSLER LLP
Joseph H. Meltzer, Esquire
Katherine Bornstein, Esquire
jmeltzer@sbtklaw.com
kbornstein@sbtklaw.com
(Counsel to the ERISA Plaintiffs)

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esquire
Cory D. Kandestin, Esquire
stearn@rlf.com
kandestin@rlf.com
( Delaware counsel to Scotts)

VORYS, SATER, SEYMOUR and PEASE
LLP
Robert J. Sidman Esquire
Tiffany Strelow Cobb, Esquire
rjsidman@vorys.com
tscobb@vorys.com
(Counsel to Scotts)

PEPPER HAMILTON LLP
Evelyn J. Meltzer, Esquire
Edward C. Toole Jr., Esquire
Anne Marie Aaronson, Esquire
meltzere@pepperlaw.com
toolee@pepperlaw.com
( Counsel to BNSF)

LANDIS RATH & COBB LLP'
Adam G. Landis, Esquire
Rebecca L. Butcher, Esquire
Kerri K. Mumford, Esquire
James S. Green, Jr., Esquire
landis@lrclaw.com
butcher@lrclaw.com
mumford@lrclaw.com
green@lrclaw.com
(Delaware counsel to Libby Claimants and
Pre Petition Lender Group)

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
cohn@cwg11.com
candon@cwg11.com
(Counsel to Libby Claimants)

SMITH, KATZENSTEIN & FURLOW LLP
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire
kmiller@skfdelaware.com
ewolfe@skfdelaware.com
(Delaware Counsel for Kaneb)

FULBRIGHT & JAWORSKI L.L.P.
Steve A. Peirce, Esquire
Toby L. Gerber, Esquire
speirce@fulbright.com
tgerber@fulbright.com
(Counsel to Kaneb)

CONNOLLY BOVE LODGE & HUTZ
LLP
Jeffrey Wisler, Esquire
Marc J. Phillips, Esquire
jwisler@cblh.com
mphillips@cblh.com
(Counsel to Maryland Casualty and Zurich
Insurance)

ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Gabriella Cellarosi, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com
gcellarosi@eckertseamans.com
( Counsel to Maryland Casualty and Zurich)

ROSENTHAL, MONHAIT, & GODDESS
Edward B. Rosenthal, Esquire
erosenthal@rmgglaw.com
(Counsel to CNA)

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com
(Counsel to CNA)

FORD MARRIN ESPOSITO WITMEYER
& GLESER, LLP
Elizabeth DeCristofaro, Esquire
Shayne W. Spencer, Esquire
emdecristofaro@FMEW.com
swspencer@FMEW.com
(Counsel to CNA)

WILEY REIN LLP
Richard A. Ifft, Esquire
rifft@wileyrein.com

WHITE AND WILLIAMS LLP
Marc S. Casarino , Esquire
Joseph Gibbons, Esquire
Gregory T. LoCasale, Esquire
James S. Yoder, Esquire
casarinom@whiteandwilliams.com
gibbonsj@whiteandwilliams.com
locasaleg@whiteandwilliams.com
yoderj@whiteandwilliams.com
(Counsel to Century Indemnity Company)

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com
(Counsel to Seaton, One Beacon, GEICO
and Commercial Union)

STEVENS & LEE, P.C.
John D. Demmy , Esquire
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
(Counsel to Firemans' Fund)

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Stephan J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
sshimshak@paulweiss.com
arosenberg@paulweiss.com
mphillips@paulweiss.com
(Counsel to the Pre Petition Lender Group)

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Marissa A. Piropato, Esquire
Elisa Alcabes, Esquire
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com
(Counsel to Travelers Insurance)

COZEN O'CONNOR
Jeffrey R. Waxman, Esquire
William P. Shelley, Esquire
Jacob C. Cohen, Esquire
jwaxman@cozen.com
wshelley@cozen.com
jcohn@cozen.com
(Counsel to Federal Insurance)

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esquire
gmcdaniel@bglawde.com
(Counsel to Royal Indemnity and Arrowood
Indemnity)

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Carl J. Pernicone, Esquire
Catherine Chen, Esquire
carl.pernicone@wilsonelser.com
Catherine.chen@wilsonelser.com
( Counsel to Royal Insurance and Arrowood
Indemnity)

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com
(Counsel to the PD FCR)

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
David Turetsky, Esquire
Greg St. Clair, Esquire
david.turetsky@skadden.com
Greg.Stclair@skadden.com
(Counsel to Sealed Air)

KRAMER LEVIN NAFTALIS &
FRANKEL LP
Philip Bentley, Esquire
Douglas Mannal, Esquire
Greg Horowitz, Esquire
David Blabey, Esquire
pbentley@kramerlevin.com
dmannal@kramerlevin.com
ghorowitz@kramerlevin.com
dblabey@kramerlevin.com
(Counsel to the Equity Committee)

STEPTOE & JOHNSON LLP
George R. Calhoun V, Esquire
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig, Esquire
acraig@cuyler.com

ORRICK, HERRINGTON & SUTCLIFFE
LLP
Debra L. Felder, Esquire
Roger Frankel, Esquire
Mary A. Wallace, Esquire
Richard H. Wyron, Esquire
Jonathan Guy, Esquire
Kathleen Orr, Esquire
Peri Mahaley, Esquire
Joshua Cutler, Esquire
dfelder@orrick.com
rfrankel@orrick.com
mwallace@orrick.com
rwyron@orrick.com
jguy@orrick.com
korr@orrick.com
pmahaley@orrick.com
jcutler@orrick.com

(Counsel to the PI FCR)

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

U.S. DEPARTMENT OF JUSTICE
James Freeman
james.freeman2@usdoj.gov
(Environmental Counsel re Libby)

CAPLAN & DRYSDALE
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
Nathan Finch, Esquire
Elihu Inselbuch, Esquire
Jeffrey A. Liesemer, Esquire
James Wehner, Esquire
Bernie Bailor, Esquire
Walter Slocombe, Esquire
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com
ei@capdale.com
jal@capdale.com
jpw@capdale.com
bsb@capdale.com
wbs@capdale.com
(Counsel to the ACC)

CROWELL & MORING
Mark A. Plevin
Leslie Epley Davis
mplevin@crowell.com
lepley@crowell.com
(Counsel to Firemans' Fund)

WILMERHALE
Nancy L. Manzer, Esquire
nancy.manzer@wilmer.com

ENVIRONMENTAL PROTECTION
AGENCY
Andrea Madigan
Madigan.andrea@epa.gov
(Environmental Counsel re Libby)

HOGAN & HARTSON
James P. Ruggeri, Esquire
jpruggeri@hhlaw.com

MCDERMOTT WILL & EMERY
David S. Rosenbloom, Esquire
drosenbloom@mwe.com
(Counsel to Fresenius)

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
Marla R. Eskin, Esquire
mhurford@camlev.com
meskin@camlev.com
(Delaware counsel to the ACC)

O'MELVENY & MYERS LLP
Brad Elias, Esquire
Tancred Schiavoni, Esquire
Gary Svirsky, Esquire
Paul R. Koepff, Esquire
Allen Schwartz, Esquire
belias@omm.com
tschiavoni@omm.com
gsvirsky@omm.com
pkoepff@omm.com
allenschwartz@omm.com
(Counsel to Royal Indemnity and Arrowood
Indemnity)

KIRKLAND & ELLIS
David Bernick, Esquire
Lisa G. Esayian, Esquire
Christopher T. Greco, Esquire
Craig A. Bruens, Esquire
Theodore L. Freedman, Esquire
Kimberly Love, Esquire
Barbara Harding, Esquire
Justin S. Brooks, Esquire
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com
bharding@kirkland.com
justin.brooks@kirkland.com

PACHULSKI STANG ZIEHL & JONES
LLP
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Kathleen P. Makowski, Esquire
Patricia Cuniff, Paralegal
joneill@pszjlaw.com
tcairns@pszjlaw.com
kmakowski@pszjlaw.com
pcuniff@pszjlaw.com

ZUCKERMAN SPAEDER LLP
Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
James Sottile, Esquire
tmacauley@zuckerman.com
vguldi@zuckerman.com
jsottile@zuckerman.com
(Counsel to Equitas)

McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esquire
Daniel M. Silver, Esquire
kmayer@mccarter.com
dsilver@mccarter.com

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis, Esquire
Robert Guttmann, Esquire
rguttmann@zeklaw.com
mdavis@zeklaw.com
(Counsel to AIG and National Union)

JOHN SHEEHAN SPADARO, LLC
John S. Spadaro, Esquire
jspadaro@johnsheehanspadaro.com

MENDES & MOUNT LLP
Alexander Mueller, Esquire
Thomas J. Quinn, Esquire
Eileen McCabe, Esquire
Anna Newsom, Esquire
Carolina Acevedo, Esquire
alexander.mueller@mendes.com
thomas.quinn@mendes.com
eileen.mccabe@mendes.com
anna.newsom@mendes.com
carolina.acevedo@mendes.com
(Counsel to the London Market Companies)

DILWORTH PAXON LLP
Martin J. Weis, Esquire
Anne Marie P. Kelley, Esquire
Scott J. Freedman, Esquire
mweis@dilworthlaw.com
akelley@dilsorthlaw.com
sfreedman@dilworthlaw.com

WILDMAN, HARROLD, ALLEN &
DIXON LLP
Jonathan W. Young, Esquire
young@wildman.com
(Counsel to CNA)

SPEIGHTS & RUNYAN LLP
Daniel Speights, Esquire
dspeights@speightsrunyan.com
(Counsel to Anderson Memorial and other
PD Claimants)

RICHARDSON PATRICK WESTBROOK
& BRICKMAN, LLC
Edward J. Westbrook, Esquire
ewestbrook@rpwb.com
(Counsel to ZAI claimants)

ANDERSON KILL & OLICK P.C.
Robert M. Horkovick, Esquire
rhorkovich@andersonkill.com
(ACC Special Insurance Counsel)

MORRIS, NICHOLAS, ARSHT &
TUNNELL LLP
Robert J. Dehney, Esquire
Ann C. Cordo, Esquire
rdehney@mnat.com
acordo@mnat.com

FULBRIGHT & JAWORSKI L.L.P.
Toby L. Gerber, Esquire
tgerber@fulbright.com
(Counsel to Kaneb)

SAUL EWING LLP
Teresa K.D. Currier, Esquire
TCurrier@saul.com

BIFFERATO GENTILOTTI LLC
Ian Connor Bifferato, Esquire
cbifferato@bglawde.com

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr.
jcp@pgslaw.com

THE LAW OFFICES OF
JANET S. BAER P. C.
Janet S. Baer, Esquire
jbaer@jsbpc.com

KOZYAK TROPIN &
THROCKMORTON, P.A.
David L. Rosendorf, Esquire
John Kozyak, Esquire
drosendorf@kttlaw.com
jk@kttlaw.com
(Counsel to Anderson Memorial)

STICHTER RIEDEL BLAIN & PROSSER,
P.A.
Harley E. Riedel, Esquire
hriedel@srbp.com

MESSANA ROSNER & STERN LLP
Frederick B. Rosner, Esquire
(Counsel to General Insurance Co. of
America)
frosner@mrs-law.com

SONNENSCHEIN NATH & ROSENTHAL
Robert B. Millner, Esquire
Christopher Prince, Esquire
rmillner@sonnenschein.com
cprince@sonnenschein.com
(Counsel to General Insurance Co. of
America)

MORRIS JAMES LLP
Brett Fallon, Esquire
bfallon@morrisjames.com
(Counse to Garlock Sealing Tech)

ROBINSON BRADSHAW & HINSON
Garland S. Cassada, Esquire
Richard C. Worf, Esquire
gcassada@rbh.com
rworf@rbh.com
(Counsel to Garlock Sealing Tech)

NUTTER McCLENNEN & FISH
Peter Nils Baylor, Esquire
pbaylor@nutter.com
(Counsel to Tyco Healthcare)

WILMER HALE
Craig Goldblatt, Esquire
Nancy L. Manzer, Esquire
craig.goldblatt@wilmerhale.com
nancy.manzer@wilmerhale.com
(Counsel to Harford)

STATE OF MICHIGAN
Deborah Benedict Walmeir, Asst Att Gen
waldmeird@michigan.gov
(Counsel to Mich. Dept of Treasure)

Joseph and Helen Parry-Hill
theparryhills@gmail.com
(Claimant)