IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 01-01139 (JKF) |
| | ) | |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**HARTFORD'S RESERVATION OF RIGHTS WITH RESPECT TO ORDER OF WITNESSES AND ESTIMATION RE TIME FOR EXAMINATION**

At this time, Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation (collectively, "Hartford") do not intend to call any witnesses at the Phase II Confirmation Hearing. Hartford reserves its right, however, to cross-examine any witnesses presented by any other party and to call any witness as necessary to provide rebuttal testimony.

Respectfully submitted,

/s/ Michael W. Yurkewicz
KLEHR, HARRISON, HARVEY
  BRANZBURG AND ELLERS LLP
919 Market St., Suite 1000
Wilmington, DE  19801
Telephone:  302-426-1189
Facsimile:  302-426-9193

- and –

Craig Goldblatt
Nancy L. Manzer
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006

Telephone: 202-663-6000
Facsimile: 202-663-6363

Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation

Dated: August 25, 2009