IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| | * | Related Docket No. 22819, 22916, 22946 |
| ---------------------------------------------------------x | | |

# CNA'S JOINDER TO THE OBJECTIONS OF GOVERNMENT EMPLOYEES INSURANCE COMPANY, REPUBLIC INSURANCE COMPANY, SEATON INSURANCE COMPANY, AND ONEBEACON INSURANCE COMPANY TO THE PLAN PROPONENTS' PHASE II COUNTER-DESIGNATIONS

Continental Casualty Company and Continental Insurance Company, on their behalf and on behalf of their predecessor companies, affiliates and subsidiaries which issued insurance policies to the Debtors (individually or collectively, "CNA") hereby joins the Objections of Government Employees Insurance Company, Republic Insurance Company, Seaton Insurance Company, and OneBeacon Insurance Company to the Plan Proponents' Phase II Counter-Designations [Docket No. 22946], filed on August 24, 2009.

*[Remainder of this page left intentionally blank]*

Respectfully submitted,

| | |
|---|---|
| FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.<br><br>Elizabeth DeCristofaro (*pro hac vice*)<br>Wall Street Plaza, 23rd Floor<br>New York, New York 10005-1875<br>Telephone: (212) 269-4900<br>Facsimile: (212) 344-4294 | ROSENTHAL, MONHAIT & GODDESS, P.A.<br><br>By: */s/ Edward B. Rosenthal*<br>Edward B. Rosenthal (*Bar No. 3131*)<br>P.O. Box 1070<br>Wilmington, Delaware 19899<br>Telephone: (302) 656-4433x6<br>Facsimile: (302) 658-7567 |
| WILDMAN, HARROLD, ALLEN & DIXON LLP<br> Jonathan W. Young<br> Jeff Chang<br> 225 West Wacker Drive<br> Chicago, Illinois 60606-1229<br>Telephone:  (312) 201-2662<br>Facsimile:  (312) 416-4524 | GOODWIN PROCTER LLP<br>Daniel M. Glosband (*pro hac vice*)<br>Brian H. Mukherjee (*pro hac vice*)<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, Massachusetts 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>--and --<br>Michael S. Giannotto (*pro hac vice*)<br>Frederick C. Schafrick (*pro hac vice*)<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone:  (202) 346-4000<br>Facsimile:  (202) 346-4444 |

*Counsel for Continental Casualty Company,*
*Transportation Insurance Company and their American insurance affiliates*

Dated:  August 25, 2009