## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## PHASE II HEARING EXHIBITS OF THE BANK LENDER GROUP AND THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF W.R. GRACE & CO.

**LANDIS RATH & COBB LLP**
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel for the Bank Lender Group*

**DUANE MORRIS LLP**
Michael R. Lastowski (No. 3892)
Richard W. Riley (No. 4052)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4942
Facsimile: (302) 657-4901

-and-

William S. Katchen, Esquire
744 Broad Street, Suite 1200
Newark, New Jersey 07102-3889
Telephone: (973) 424.2031
Facsimile: (973) 556.1380

-and-

**STROOCK & STROOCK & LAVAN
LLP**
Lewis Kruger
Kenneth Pasquale
Arlene Krieger
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official Committee
of Unsecured Creditors of W.R. Grace &
Co. et al.*

**INDEX OF PHASE II HEARING EXHIBITS OF THE BANK LENDER GROUP AND
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| Exhibit No. | Bates Range | Description |
|---|---|---|
| 1 | CC-BLG000001-000005 | Affidavit of Charles O. Freedgood of JPMorgan Chase Bank, N.A., in its Capacity as Administrative Agent Under the Pre-Petition Bank Credit Facilities, in Support of the Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (June 26, 2009) |
| 2 | CC-BLG000006-000075 | Credit Agreement, dated May 14, 1998, among W.R. Grace & Co., W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto |
| 3 | CC-BLG000076-000191 | Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto |
| 4 | CC-BLG000192-000204 | Grace Proof of Claim No. 9159 |
| 5 | CC-BLG000205-000217 | Grace Proof of Claim No. 9168 |
| 6 | CC-BLG000218-000243 | Responses And Objections Of Debtors To The Official Committee Of Unsecured Creditors Of W.R. Grace & Co. And Bank Lender Group's First Request For Production Of Documents, First Set Of Interrogatories, And First Request For Admissions, dated and verified August 14, 2008 |
| 7 | CC-BLG000244-000247 | Declaration of Kevin A. Martin Certifying Tabulation of Ballots Regarding Vote on First Amended Joint Plan of Reorganization Dated June 8, 2009 [Dkt. no. 22020] |
| 8 | CC-BLG000248-000255 | Amended Declaration of Kevin A. Martin Certifying Tabulation of Ballots Regarding Vote on First Amended Joint Plan of Reorganization Dated August 5, 2009 [Dkt. no. 22706] |
| 9 | CC-BLG000256-000358 | Official Committee of Equity Security Holders' Memorandum in Support of Debtors' Motion to Exclude Certain Expert Opinions Relating to Current Future Asbestos Personal Injury Liability, dated Dec. 7, 2007 [Dkt. no. 17577] |

| Exhibit No. | Bates Range | Description |
|---|---|---|
| 10 | CC-BLG000359-000553 | Grace Estimation Trial Transcript of January 14, 2008 [Dkt. no. 17867] |
| 11 | CC-BLG000554-000814 | Grace Estimation Trial Transcript of January 16, 2008 [Dkt. no. 17862] |
| 12 | CC-BLG000815-001061 | Grace Estimation Trial Transcript of January 22, 2008 [Dkt. no. 17891] |
| 13 | CC-BLG001062-001156 | Grace Estimation Trial Transcript of January 23, 2008 [Dkt. no. 17894] |
| 14 | CC-BLG001157-001373 | Grace Estimation Trial Transcript of March 25, 2008 [Dkt. no. 18439] |
| 15 | CC-BLG001374-001643 | Grace Estimation Trial Transcript of March 26, 2008 [Dkt. no. 18491] |
| 16 | CC-BLG001644-001913 | Grace Estimation Trial Transcript of March 31, 2008 [Dkt. no. 18469] |
| 17 | CC-BLG001914-002181 | Grace Estimation Trial Transcript of April 1, 2008 [Dkt. no. 18489] |
| 18 | CC-BLG002182-002185 | Exhibit A to Joint Request for Judicial Notice of August 7, 2009 [Dkt. no. 22724] |
| 19 | CC-BLG002186-002375 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 28, 2002, for the period ending 12/31/01 |
| 20 | CC-BLG002376-002621 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 13, 2003, for the period ending 12/31/02 |
| 21 | CC-BLG002622-002850 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 5, 2004, for the period ending 12/31/03 |
| 22 | CC-BLG002851-003113 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 7, 2005, for the period ending 12/31/04 |

| Exhibit No. | Bates Range | Description |
|---|---|---|
| 23 | CC-BLG003114-003200 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 13, 2006, for the period ending 12/31/05 |
| 24 | CC-BLG003201-003435 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 2, 2007, for the period ending 12/31/06 |
| 25 | CC-BLG003436-003631 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on February 29, 2008, for the period ending 12/31/07 |
| 26 | CC-BLG003632-003989 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 2, 2009, for the period ending 12/31/08 |
| 27 | CC-BLG003990-003991 | Letter Agreement dated January 12, 2005 |
| 28 | CC-BLG003992-004050 | Amended Joint Plan of Reorganization dated January 13, 2005 [Dkt. no. 7560] |
| 29 | CC-BLG004051-004173 | Amended Disclosure Statement for the Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code, dated January 13, 2005 |
| 30 | CC-BLG004174-004186 | E-mail from Arlene Krieger to Janet Baer (with draft Plan Support Agreement attached) dated February 18, 2005 |
| 31 | CC-BLG004187-004215 | E-mail from Janet Baer to Arlene Krieger (with K&E comments to draft Plan Support Agreement attached) dated March 16, 2005 |
| 32 | CC-BLG004216 | E-mail from R. Tarola, CFO of Grace, to T. Maher, Chairman of Creditors' Committee dated February 14, 2006 |
| 33 | CC-BLG004217-004219 | Letter Agreement dated February 27, 2006 |
| 34 | CC-BLG004220-004224 | E-mail from J. Baer to R. Tarola, M. Shelnitz, et al. dated February 27, 2006 |
| 35 | CC-BLG004225-004243 | Transcript of W. R. Grace's April 7, 2008 Conference Call |

| Exhibit No. | Bates Range | Description |
|---|---|---|
| 36 | CC-BLG004244-004246 | Letter to W. R. Grace and Kirkland & Ellis dated April 21, 2008 |
| 37 | CC-BLG004247-004416 | Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements dated as of May 14, 1998 and May 5, 1999, dated June 13, 2008 [Dkt. no. 18922] |
| 38 | CC-BLG004417-004471 | Debtors' Trial Brief in Support of Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements dated as of May 14, 1998 and May 5, 1999, dated September 5, 2008 [Dkt. no. 19476] |
| 39 | CC-BLG004472-004482 | The Official Committee of Equity Holders' Responses and Objections to the Official Committee of Unsecured Creditors of W.R. Grace & Co.'s and Bank Lender Group's First Set of Interrogatories, dated and verified August 13, 2008 |