IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO., et al.,**[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtors.** | ) | (Re: Docket 22020) |
| | ) | |

### AMENDED DECLARATION OF KEVIN A. MARTIN CERTIFYING TABULATION OF BALLOTS REGARDING VOTE ON FIRST AMENDED JOINT PLAN OF REORGANIZATION

I, KEVIN A. MARTIN declare:

1.  I am over the age of eighteen years and am competent to testify about the matters contained herein. I am a Senior Manager of the BMC Group, Inc. (f/k/a Bankruptcy Management Corporation) ("BMC"), at its Southern California office located at 444 North Nash

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

DKT. NO. 22706
DT. FILED 8/5/06

TRIAL EXHIBIT 8
CC-BLG000248-000255

CC-BLG000248

Street, El Segundo, California 90245. Unless otherwise stated, I have personal knowledge of the matters set forth herein.

2. On June 8, 2009, the Debtors' counsel filed the *Declaration of Kevin A. Martin Certifying Tabulation of Ballots Regarding Vote on First Amended Joint Plan of Reorganization* (Docket 22020) ("Tabulation Declaration"), with a Ballot Tabulation Report as Exhibit A, which reflected the results of the voting in all classes entitled to vote. Since the filing of the Tabulation Declaration and Exhibit A, three events have occurred that necessitate the filing of this Amended Declaration and Revised Tabulation Detail Report, attached hereto as Exhibit 1.

3. First, pursuant to the *Order Approving the Stipulation Between Debtors and Fireman's Fund Insurance Company for Temporary Allowance of Proof of Claim Pursuant to Bankruptcy Rule 3018* (Docket 22243 entered on June 24, 2009), the Class 6 ballot of Fireman's Fund Insurance Company was allowed, for voting purposes only at $3,860,000, rather than the original vote amount of $1.00. I have caused the Ballot Tabulation database maintained by BMC to be revised to reflect the $3,860,000 amount for Fireman's Fund Class 6 vote to Reject the Plan, and the vote amount is accurately reflected in Exhibit 1 appended hereto.

4. Second, the original Ballot Tabulation Report attached as Exhibit A to the Tabulation Declaration, indicated that in Class 7-A there were 396 votes to Accept and 63 votes to Reject. Due to a data issue during the processing of the Master Ballot spreadsheet submitted by Speights & Runyan, on behalf of their numerous clients in support of their Class 7-A Ballot, 3 votes to Reject were inadvertently tabulated as Accepts, making their count 124 votes to Accept and 0 votes to Reject. I have caused the Ballot Tabulation database to be revised to reflect the correct vote counts of 121 to Accept and 3 to Reject, and the vote counts are accurately reflected in Exhibit 1 appended hereto.

2

CC-BLG000249

5.     Third, the attorneys for Continental Casualty Companies, Ford, Marrin, Esposito, Witmeyer & Gleser, voted the Class 7-A Ballot on behalf of their clients, and pursuant to the Voting Instructions, submitted the voting data on a spreadsheet. The Class 7-A Ballot was counted at 63 votes to Reject based upon the spreadsheet data. However, upon further review of the Claims that comprise the votes on the spreadsheet, pursuant to Paragraph 2.c. of the Voting Procedures, the Class 7-A Ballot should be counted as 1 vote to Reject, as the Claims are all identical Claims filed against multiple Debtors. Thus, I have caused the Ballot Tabulation database to be revised to reflect the correct vote count of 1 to Reject the Plan, and the vote count is accurately reflected in Exhibit 1 appended hereto

6.     Exhibit 1 appended hereto is comprised of a three pages: (a) the revised Summary Report; (b) the revised Class 6 page reflecting the revised voting amount for Fireman's Fund; and (c) the revised Class 7-A detail report reflecting the revisions to Speights & Runyan and Ford, Marrin, Esposito, Witmeyer & Gleser's vote counts. These pages replace the respective pages of Exhibit A to the Tabulation Declaration.

[Continued on next page]

CC-BLG000250

7.  As reflected in <u>Exhibit 1</u>, Holders of at least two-thirds in amount and more than one-half in number (or for classes voting for Section 524(g) purposes, at least 75% in number) of claims voting in each impaired class have voted to accept the Plan. The votes of creditors in Class 9, which is unimpaired, were provisionally solicited and provisionally tabulated. More than one-half in number of claims voting in Class 9 voted to accept the Plan, but the provisional vote did not obtain the requisite two-thirds dollar amount for acceptance.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 5, 2009

_____
Kevin A. Martin
BMC Group, Inc.
444 North Nash Street
El Segundo, California 90245
Telephone: (310) 321-5555
Telecopier: (310) 640-8071

Claims Reconciliation and Solicitation
Consultant to the Debtors and Debtors in
Possession

CC-BLG000251

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of ____ORANGE____

On AUG 5th 2009 before me, BRIAN HOWIE, NOTARY PUBLIC,
        Date                                    Here Insert Name and Title of the Officer

personally appeared KEVIN A. MARTIN
                    Name(s) of Signer(s)

[Notary Seal: BRIAN HOWIE, Commission # 1722635, Notary Public - California, Orange County, My Comm. Expires Feb 28, 2011]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                Signature of Notary Public
           BRIAN HOWIE

Place Notary Seal Above

---- OPTIONAL ----

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER - Top of thumb here]

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER - Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

BALLOT TABULATION REPORT
SUMMARY
In Re: W.R. GRACE & CO., et al

| | Ballot Counts | | | | Ballot Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | Accepted | Rejected | Total Counted | Total Excluded | Total Received |
| 6 | 275,366 99.51% | 1,349 0.49% | 276,715 | 9,327 | 286,042 | $4,098,207,537.00 99.39% | $25,019,025.00 0.60% | $4,123,226,562.00 | $112,192,515.00 | $4,235,419,077.00 |
| 7-A | 393 98.99% | 4 1.01% | 397 | 0 | 397 | | | | | |
| 7-B | 1,833 88.42% | 240 11.58% | 2,073 | 121 | 2,194 | $1,820.00 88.60% | $234.00 11.39% | $2,054.00 | $121.00 | $2,175.00 |
| 8 | 1 100.00% | 0 0.00% | 1 | 1 | 2 | $6,500,000.00 100.00% | $0.00 0.00% | $6,500,000.00 | $6,500,000.00 | $13,000,000.00 |
| 9 | 608 92.54% | 49 7.46% | 657 | 20 | 677 | $66,466,717.59 16.96% | $325,226,655.86 83.03% | $391,693,373.45 | $10,165,241.37 | $401,858,614.82 |
| 10 | 33,221,923.6787 89.89% | 3,732,968.2619 10.10% | 36,954,891.9406 | 3,627,638.1930 | 40,582,530.1336 | | | | | |

Class 7A/7B tabulation for Section 524(g) of the Bankruptcy Code:

| 7 | 2226 93.71% | 244 6.29% | 2470 | 121 | 2591 |

| Class | Description |
|---|---|
| 6 | Asbestos PI |
| 7-A | Asbestos PD Claims - no US ZAI: votes solicited pursuant to Section 524(g) of the Bankruptcy Code only. |
| 7-B | Asbestos US ZAI PD Claims: votes solicited for Sections 524(g) and 1126 of the Bankruptcy Code |
| 8 | CDN ZAI PD Claims |
| 9 | General Unsecured Claims |
| 10 | Equity Interests in the Parent – reflects incremental number of shares |

EXHIBIT 1

**In Re: W.R. GRACE & CO., et al**
**BALLOT TABULATION REPORT**

## Plan Class 6: Asbestos PI

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 4199 | | FICZKO, DOMINICK | $2,500.00 | $2,500.00 | 1 | | | | |
| 3615 | | FILAK, CHARLES | $2,500.00 | $2,500.00 | 1 | | | | |
| 3312 | | FILETTO, GIUSEPPE | $2,500.00 | $2,500.00 | 1 | | | | |
| 9768 | | FILIP JEAN | $180,000.00 | $180,000.00 | 1 | | | | |
| 5366 | | FIMIA, JOHN | $2,500.00 | $2,500.00 | 1 | | | | |
| 2813 | | FINE, RUSSELL | $2,500.00 | $2,500.00 | 1 | | | | |
| 8694 | | FINIS JOLLY | $180,000.00 | $180,000.00 | 1 | | | | |
| 3855 | | FINKELSTEIN, RAYMOND | $2,500.00 | $2,500.00 | 1 | | | | |
| 19414 | | FINNIE B HARRIS SR. | $2,500.00 | $2,500.00 | 1 | | | | |
| 10434 | | FINUOLI, JOSEPH | $300.00 | $300.00 | 1 | | | | |
| 13865 | | FIORE D ACOVINO | $50,000.00 | $50,000.00 | 1 | | | | |
| 3299 | | FIORE, SALVATORE | $14,000.00 | $14,000.00 | 1 | | | | |
| 3107 | | FIORE, VINCENT | $2,500.00 | $2,500.00 | 1 | | | | |
| 3122 | | FIORENZA, CHARLES | $180,000.00 | $180,000.00 | 1 | | | | |
| 21976 | 15175 | FIREMANS FUND INSURANCE COMPANY | $3,860,000.00 | | | $3,860,000.00 | 1 | | Voting amt revised per Dkt 22243 - Order Approving Stipulation For Temporary Allowance of Proof of Claim Pursuant to Rule 3018, EOD 6/24/2009 |
| 2363 | | FIRESTINE, DOLORES | $180,000.00 | $180,000.00 | 1 | | | | |
| 3085 | | FISCHER, STANLEY | $2,500.00 | $2,500.00 | 1 | | | | |
| 3194 | | FISKE (DEC), LAWRENCE | $7,500.00 | $7,500.00 | 1 | | | | |
| 2961 | | FITZGERALD, DANIEL | $2,500.00 | $2,500.00 | 1 | | | | |
| 41 | | FITZPATRICK, JAMES B | $7,500.00 | $7,500.00 | 1 | | | | |
| 3081 | | FLAHERTY, ANNA | $180,000.00 | $180,000.00 | 1 | | | | |
| 3351 | | FLANAGAN, THOMAS | $14,000.00 | $14,000.00 | 1 | | | | |
| 2665 | | FLANSBURG, MARY KAY | $2,500.00 | $2,500.00 | 1 | | | | |

EXHIBIT 1

Plan Class: 6

In Re: W.R. GRACE & CO., et al
BALLOT TABULATION REPORT

## Plan Class 7-A: Asbestos PD Claims – no US ZAI: votes solicited pursuant to Section 524(g) of the Bankruptcy Code only.

### Ballot Counts

| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
|---|---|---|---|---|---|---|---|
| 7-A | 393 | 98.99% | 4 | 1.01% | 397 | 0 | 397 |

### Ballot Amounts

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Accepting Votes | Rejecting Amount | Rejecting Votes | Total Counted | Total Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 90013 | | DIES & HILE LLP | | | 245 | | | | | |
| 90109 | | FORD MARRIN ESPOSITO WITMEYER & GLESER | | | | | 1 | | | 62 votes excluded pursuant to Paragraph 2.c. of the Voting Procedures for identical claims filed in multiple cases. |
| 21609 | 2785 | HAIN CAPITAL HOLDINGS LLC | | | 1 | | | | | |
| 90088 | | MOTLEY RICE LLC | | | 17 | | | | | Signing Capacity not Indicated |
| 21633 | 14359 | SEALED AIR CORPORATION | | | 1 | | | | | |
| 90124 | | SPEIGHTS & RUNYAN | | | 121 | | 3 | | | |
| 10395 | 6950 | THE PRUDENTIAL INSURANCE COMPANY OF AMER | | | 1 | | | | | |
| 10397 | 6948 | THE PRUDENTIAL INSURANCE COMPANY OF AMER | | | 1 | | | | | |
| 10398 | 6946 | THE PRUDENTIAL INSURANCE COMPANY OF AMER | | | 1 | | | | | |
| 10399 | 6952 | THE PRUDENTIAL INSURANCE COMPANY OF AMER | | | 1 | | | | | |
| 10400 | 6947 | THE PRUDENTIAL INSURANCE COMPANY OF AMER | | | 1 | | | | | |
| 10393 | 6945 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | | | 1 | | | | | |
| 10394 | 6951 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | | | 1 | | | | | |
| 10396 | 6949 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | | | 1 | | | | | |

EXHIBIT 1