1  you go down the list probably were claims that we had no
2  identification for anywhere in the system. There was no record
3  that the claim had been filed prior to the petition date.
4  Q   But, that was -- that number of claims was -- the question
5  is, how many fell into that bucket, people that filed a proof
6  of claim form alleging an asbestos personal injury claim
7  against Grace that had not yet been settled which you could not
8  match back to the historic database?
9  A   I think when we looked at the whole -- we looked at all of
10 the claims, both the ones that were pending, settled,
11 liquidated, dismissed, that there were about 25, maybe 25,
12 28,000 claims, 25, 30,000 claims, somewhere in there. Not
13 claims, but proofs of claim that did not match to a case that
14 was anywhere in the historic database.
15 Q   Okay. So --
16 A   Of that group, as I recall, the largest number of -- the
17 largest amount in that group were claims that actually
18 indicated somewhere in their claim filing that the case arose
19 subsequent to the petition date. And then there was some of
20 that group that we just -- there was no way to tie them to a
21 claim at all.
22 Q   Okay. If I wanted to put a number on this box right here,
23 it would be over 20,000 proofs of claim, right?
24 A   Mr. Finch, I don't remember the number precisely.
25           THE COURT: Excuse me. Dr. Florence, you're saying

1  that the largest number were claims that they say arose after
2  the petition date, meaning that from your point of view would
3  have been counted in the futures category?
4          THE WITNESS: That's correct.
5          THE COURT: Okay, thank you.
6  Q     And you -- strike that.
7          MR. FINCH: Your Honor, this would be a good time to
8  take the afternoon recess if you're --
9          THE COURT: All right, we'll take a ten-minute
10 recess.
11         MR. BERNICK: Can we get an estimate from counsel
12 about the duration of this cross examination and who else is
13 going to ask questions and --
14         THE COURT: Yes. Mr. Finch, how long will you be?
15         MR. FINCH: Twenty more minutes for me.
16         THE COURT: All right. And the FCR?
17         MR. MULLADY: Your Honor, I believe I'll be able to
18 finish within our allotted two and a half hours. By my clock
19 we started at 1:15. Without a break, we would have until 3:45.
20 If Mr. Finch goes another 20 minutes, I think I can get under
21 that 3:45.
22         THE COURT: All right.
23         MR. MULLADY: Plus whatever time we take on this
24 break.
25         THE COURT: Ten minutes. All right. We'll be in