UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                      .    Case No.   01-1139 (JKF)
                            .
W.R. GRACE & CO.,           .
et al.,                     .    USX Tower - 54th Floor
                            .    600 Grant Street
                            .    Pittsburgh, PA 15219
            Debtors.  .
                            .    April 1, 2008
. . . . . . . . . . . . . . .    9:08 a.m.

TRANSCRIPT OF TRIAL
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:         Kirkland & Ellis, LLP
                         By:  DAVID BERNICK, ESQ.
                              BARBARA HARDING, ESQ.
                              JANET BAER, ESQ.
                              BRIAN STANSBURY, ESQ.
                              SAL BIANCA, ESQ.
                              RAINA JONES, ESQ.
                              HENRY THOMPSON, ESQ.
                              SCOTT McMILLAN, ESQ.
                         200 East Randolph Drive
                         Chicago, IL  60601

                         Kirkland & Ellis, LLP
                         By:  THEODORE FREEDMAN, ESQ.
                         Citigroup Center, 153 East 53rd St.
                         New York, NY  10022


Audio Operator:          Janet Heller

Proceedings recorded by electronic sound recording, transcript
            produced by transcription service.

_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@optonline.net**

(609)586-2311     Fax No. (609) 587-3599

D118489

TRIAL EXHIBIT 17
CC-BLG001914-002181

CC-BLG001914

APPEARANCES (CONT'D):

```
For the Asbestos
Creditors Committee:          Caplin & Drysdale, Chartered
                              By:  BERNARD BAILOR, ESQ.
                                   PETER LOCKWOOD, ESQ.
                                   NATHAN FINCH, ESQ.
                              One Thomas Circle, NW
                              Washington, D.C.  20005


                              Caplin & Drysdale, Chartered
                              By:  ELIHU INSELBUCH, ESQ.
                              375 Park Avenue, #3505
                              New York, NY  10152


For the Debtors:              ARPC
                              By:  AMY BROCKMAN, ESQ.


For W.R. Grace:               W.R. Grace
                              By:  MARK SHELNITZ, ESQ.
                                   JAY HUGHES, ESQ.
                                   WILLIAM CORCORAN, ESQ.
                              7500 Grace Drive
                              Columbia, MD  21044


For the Equity                Kramer Levin Naftalis & Frankel
Committee:                    By:  GREGORY HOROWITZ, ESQ.
                              919 Third Avenue
                              New York, NY  10022


For the                       Stroock & Stroock & Lavan
Unsecured Creditors'          By:  KENNETH PASQUALE, ESQ.
Committee:                         ARLENE KRIEGER, ESQ.
                              180 Maiden Lane
                              New York, NY  10038-4982


For the Property
Damage Committee:             Bilzin Sumberg Baena Price &
                                 Axelrod LLP
                              By:  MATTHEW KRAMER, ESQ.
                                   SCOTT BAENA, ESQ.
                                   JAY SAKALO, ESQ.
                              200 South Biscayne Boulevard
                              Suite 2500
                              Miami, FL  33131
```

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (CONT'D):

| | |
|---|---|
| For the Ad Hoc Committee of Equity Sec. Holders: | Dewey & LeBoeuf, LLP<br>By: JENNIFER WHITENER, ESQ.<br>125 West 55th Street<br>New York, NY 10019 |
| For the Future Claimants Representatives: | Orrick, Herrington & Sutcliffe LLP<br>By: ROGER FRANKEL, ESQ.<br>ANTHONY KIM, ESQ.<br>RAYMOND MULLADY, ESQ.<br>JOHN ANSBRO, ESQ.<br>Washington Harbour<br>3050 K Street, N.W.<br>Washington, D.C. 20007 |
| For Committee of Asbestos Personal Injury Claimants: | Campbell & Levine<br>By: MARK T. HURFORD, ESQ.<br>800 North King Street<br>Suite 300<br>Wilmington, DE 19701 |
| For Maryland Casualty: | Connelly Bove Lodge & Hutz, LLP<br>By: JEFFREY WISLER, ESQ.<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899 |
| For Maryland Casualty: | Eckert Seamans Cherin & Mellott, LLC<br>By: EDWARD LONGOSZ, II, ESQ.<br>1747 Pennsylvania Avenue, N.W.<br>Suite 1200<br>Washington, D.C. 20006<br><br>STB<br>By: STERLING MARSHALL, ESQ. |
| For Sealed Air: | Skadden, Arps, Slate, Meagher & Flom, LLP<br>By: DAVID TURETSKY, ESQ.<br>One Rodney Square<br>Wilmington, DE 19801 |

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001916

APPEARANCES (CONT'D):

For Sealed Air:                  NERA Economic Consulting
                                 By:  STEPHANIE PLANCICH
                                 1166 Avenue of the Americas
                                 28th Floor
                                 New York, NY  10036

For W.R. Grace:                  NERA
                                 By:  ELENA ZAPRYANOVA
                                      LINDA SHEN

For Serengeti:                   Vinson & Elkins, LLP
                                 By:  ARI BERMAN, ESQ.
                                 Trammell Crow Center
                                 2001 Ross Avenue, Suite 3700
                                 Dallas, TX  75201

                                 By:  BILLAL SIKANDER

For Silver Point
Capital:                         Silver Point Capital
                                 By:  JOHN KU

For the Debtors:                 Pachulski, Stang, Ziehl &Jones
                                 By:  JAMES O'NEILL, ESQ.
                                 919 North Market Street
                                 17th Floor
                                 Wilmington, DE  19899-8705

TELEPHONIC APPEARANCES:

For the Unsecured               Strook & Strook & Lavan
Creditors' Committee:           By:  LEWIS KRUGER, ESQ.
                                 180 Maiden Lane
                                 New York, NY 10038

For Ad Hoc Committee:            Weil, Gotshal & Manges
                                 By:  M. JARRAD WRIGHT, ESQ.
                                 1300 Eye Street NW, Suite 900
                                 Washington, D.C.  20005

For Official Committee          Kramer Levin Naftalis & Frankel
of Equity Holders:                 LLP
                                 By:  PHILLIP BENTLEY, ESQ.
                                 919 Third Avenue
                                 New York, NY  10022

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001917

TELEPHONIC APPEARANCES (CONT'D):

| | |
|---|---|
| For Official Committee of Asbestos Property Damage Claimants: | Dies & Hile, LLP<br>By:  MARTIN DIES, ESQ.<br>1601 Rio Grande, Suite 330<br>Austin, TX  78701<br><br>ELIZABETH DEVINE, ESQ. |
| For Various Claimant Firms: | Stutzman, Bromberg, Esserman & Plifka<br>By:  DAVID J. PARSONS, ESQ.<br>     VAN J. HOOKER, ESQ.<br>     SANDER L. ESSERMAN, ESQ.<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX  75201 |
| For Fireman's Fund: | Stevens & Lee, P.C.<br>By:  JOHN DEMMY, ESQ.<br>     DAVID R. BEANE, ESQ.<br>1105 North Market Street, 7th Fl.<br>Wilmington, DE  19801 |
| For Owens-Illinois: | McCarter & English<br>By:  DANIEL SILVER, ESQ.<br>Renaissance Centre, 405 N. King St.<br>Wilmington, DE  19801 |
| For David T. Austern: | Piper Jaffray & Co.<br>By:  JONATHAN BROWNSTEIN, ESQ. |
| For Asbestos Property Damage Claimants: | Scott Law Group<br>By:  DARRELL SCOTT, ESQ.<br>1001 East Main Street, Suite 500<br>Sevierville, TN  37864 |
| For National Union Fire Insurance Co.: | Zeichner Ellman & Krause, LLP<br>By:  MATTHEW RUSSELL, ESQ.<br>     ROBERT GUTTMANN, ESQ.<br>     MICHAEL DAVIS, ESQ.<br>575 Lexington Avenue<br>New York, NY  10022 |



**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001918

6

TELEPHONIC APPEARANCES (CONT'D):

| | |
|---|---|
| For the Future<br>Claimants<br>Representatives: | Orrick, Herrington & Sutcliffe,<br>    LLP<br>By:  DEBRA FELDER, ESQ.<br>     JOSHUA CUTLER, ESQ.<br>Washington Harbour<br>3050 K Street, N.W.<br>Washington, D.C.  20007 For |
| For Federal Insurance<br>Company: | Cozen O'Connor<br>By:  JEFFREY WAXMAN, ESQ.<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, DE  19801 |
| For Federal Insurance<br>Company: | Cozen O'Connor<br>By:  JACOB C. COHN, ESQ.<br>1900 Market Street<br>Philadelphia, PA  19103 |
| For Allstate Insurance: | Cuyler Burk, LLP<br>By:  ANDREW CRAIG, ESQ.<br>Parsippany Corporate Center<br>Four Century Drive<br>Parsippany, NJ  07054 |
| For W.R. Grace: | W.R. Grace<br>By: WILLIAM CORCORAN, ESQ.<br>7500 Grace Drive<br>Columbia, MD  21044 |
| | Kirkland & Ellis, LLP<br>By:  ELLEN AHERN, ESQ.<br>200 East Randolph Drive<br>Chicago, IL  60601 |
| | Kirkland & Ellis, LLP<br>By:  DAVID MENDELSON, ESQ.<br>6555 Fifteenth Street, N.W.<br>Washington, DC  20005 |
| For State of Montana<br>Department of<br>Environmental Quality: | Womble Carlyle Sandridge & Rice<br>By:  FRANCIS MONACO, ESQ.<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE  19801 |

**J&J COURT TRANSCRIBERS, INC.**

TELEPHONIC APPEARANCES (CONT'D):

| | |
|---|---|
| For Official Committee of Asbestos Personal Injury Claimants: | Anderson Kill & Olick<br>By:  ROBERT M. HORKOVICH, ESQ.<br>1251 Avenue of the Americas<br>New York, NY  10020-1186 |
| For W.R. Grace: | Cohn Whitesell & Goldberg, LLP<br>By:  NATHAN SOUCY, ESQ.<br>101 Arch Street<br>Boston, MA  02110 |
| For CNA: | Goodwin Procter, LLP<br>By:  DANIEL GLOSBAND, ESQ.<br>Exchange Place<br>Boston, MA  02109-2881 |
| For Grace Certain Cancer Claimants: | Montgomery, McCracken, Walker & Rhoads, LLP<br>By:  NATALIE D. RAMSEY, ESQ.<br>300 Delaware Avenue, Ste. 750<br>Wilmington, DE  19801 |
| For David T. Austern, the Future Claimants' Representative: | Phillips, Goldman & Spence, P.A.<br>By:  JOHN C. PHILLIPS, ESQ.<br>1200 North Broom Street<br>Wilmington, DE  19806 |
| For W.R. Grace: | Pachulski, Stang, Ziehl & Jones, LLP<br>By:  TIMOTHY P. CAIRNS, ESQ.<br>919 North Market Street<br>17th Floor<br>Wilmington, DE  19899-8705 |
| For the Asbestos Creditors Committee: | Caplin & Drysdale, Chartered<br>By:  WALTER SLOCOMBE, ESQ.<br>JEANNA RICKARDS, ESQ.<br>JAMES WEHNER, ESQ.<br>LESLIE KELLEHER, ESQ.<br>One Thomas Circle, NW<br>Washington, D.C.  20005 |
| For the Asbestos Creditors Committee: | Ferry Joseph & Pearce, P.A.<br>By:  THEODORE TACCONELLI, ESQ.<br>824 Market Street, Suite 19899<br>Wilmington, DE  19899 |

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001920

TELEPHONIC APPEARANCES (CONT'D):

| | |
|---|---|
| For Ford, Marrin,<br>Esposito, Witmeyer<br>& Gleser: | Ford, Marrin, Esposito, Witmeyer &<br>  Gleser<br>By:  SHAYNE SPENCER, ESQ.<br>Wall Street Plaza<br>New York, NY  10005 |
| For Pepsi: | Butler Rubin Salfarelli & Boyd, LLP<br>By:  KIRK T. HARTLEY, ESQ.<br>70 West Madison Street<br>Suite 1800<br>Chicago, IL  60602 |
| For Official Committee<br>of Unsecured Creditors: | Duane Morris, LLP<br>By:  MICHAEL LASTOWSKI, ESQ.<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801-1246 |
| For Official Committee<br>of Asbestos Property<br>Damage Claimants: | Brandi Law Firm<br>By:  TERENCE D. EDWARDS, ESQ.<br>44 Montgomery St., Suite 1050<br>San Francisco, CA  94104 |
| For the State of CA,<br>Dept. of Gen. Services: | Hahn & Hessen, LLP<br>By:  CHRISTINA J. KANG, ESQ.<br>488 Madison Avenue, 14th Fl.<br>New York, NY  10022 |
| For Baron & Budd,<br>et al.: | Hogan Firm Attorneys at Law<br>By:  DANIEL K. HOGAN, ESQ.<br>1311 Delaware Avenue<br>Wilmington, DE  19801 |
| For the PD Committee: | Speights & Runyan<br>By:  DANIEL SPEIGHTS, ESQ.<br>200 Jackson Avenue, East<br>Hampton, SC  29924 |
| For Royal Insurance: | Wilson Elser Moskowitz Edelman<br>  & Dicker, LLP<br>By:  CATHERINE CHEN, ESQ.<br>  150 East 42nd Street<br>  New York, NY  10017 |
| For David T. Austern: | Piper Jaffray & Co.<br>By:  JASON SOLGANICK |

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001921

TELEPHONIC APPEARANCES (CONT'D):

For Scott Company:           Vorys, Sater, Seymour & Pease, LLP
                             By:  TIFFANY COBB, ESQ.
                             52 East Gay Street
                             Columbus, OH   43216

For London Market            Mendes & Mount, LLP
Companies:                   By:  ALEXANDER MUELLER, ESQ.
                             750 Seventh Avenue
                             New York, NY   10019-6829

For Official Committee       LECG
of Asbestos Property         By:  ALAN MADIAN, ESQ.
Claimants:

For Official Committee       Richardson Patrick Westbrook &
of Asbestos Property           Brickman, P.C.
Claimants:                   By:  EDWARD J. WESTBROOK, ESQ.
                             174 East Bay Street
                             Charleston, SC   29401

For Ivory Investment:        Ivory Investment
                             By:  DHANANJAY PATWARDHAN

For Linden Advisors:         Linden Advisors, LP
                             By:  CRAIG GILBERT

For O'Conner:                O'Conner
                             By:  John R. Wollen

For Credit Suisse            Credit Suisse First Boston
First Boston:                By:  TIM McARDLE

For King Street              King Street Capital Management, LLC
Capital Management,          By:  KIM CHRISTENSEN, ESQ.
LLC:

For the Blackstone           The Blackstone Group
Group:                       By:  JOHN O'CONNELL

For Dune Capital Mgmt:       Dune Capital Management
                             By:  GUY BARON

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001922

TELEPHONIC APPEARANCES (CONT'D):

For Anchorage Advisors:     Anchorage Advisors
                            By:  JONATHAN LEWINSOHN

For Lehman Brothers:        Lehman Brothers
                            By:  ANDREW CHAN

For Caxton Associates:      Caxton Associates, LLC
                            By:  JAMES RIEGER

For Dow Jones               Dow Jones News Wires
News Wires:                 By:  PEG BRICKLEY

For Citadel Investment      Citadel Investment Group
Group:                      By:  BEAU HARBOUR

For Durham Asset            Durham Asset Management
Management:                 By:  JEFFREY A. ROSENKRANZ

For Murray Capital          Murray Capital Management, Inc.
Management                  By:  MARTI MURRAY

For Korn Capital, LLC:      Korn Capital, LLC
                            By:  STEPHANIE KWONG

For Irwin H. Zandman:       Irwin H. Zandman
                            By:  IRWIN H. ZANDMAN

For Venor Capital:          MICHAEL SCOTT, ESQ.
                            Washington, DC


For Asbestos Claimants:     Brayton Purcell, LLP
                            By:  CHRISTINA SKUBIC, ESQ.
                            222 Rush Landing Road
                            Novato, CA  94948


For Halycon Asset
Management LLC:             Halcyon Asset Management, LLC
                            By:  JOHN GREENE

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001923

TELEPHONIC APPEARANCES (CONT'D)

For The Scotts Co.:         Vorys, Sater, Seymour and Pease,
                               LLP
                            By:  MATTHEW DAIKER, ESQ.
                            52 East Gay Street
                            P.O. Box 1008
                            Columbus, OH  43216

For Private Investors:      WILLIAM M. WAGNER

For Bank of New York:       ANDREW HAIN, ESQ.


For WR Grace
Shareholder:                Tocqueville Asset Management
                            By:  PETER SHAWN

For Christopher M.          Cohn Whitesell & Goldberg, LLP
Candon:                     By:  CHRISTOPHER M. CANDON, ESQ.
                            101 Arch Street
                            Boston, MA  02110


For Deutsche Bank:          MATT DOHENY

DebtWire:                   SETH BURNDY

For CNA Insurance:          Goodwin Proctor, LLP
                            By:  BRIAN MUKHERJEE, ESQ.
                            Exchange Place
                            53 State Street
                            Boston, MA  02109


For In Propra Persona:      Old Lane Law Office
                            By:  Rajeev Narang, Esq.

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001924

## I N D E X

**WITNESSES FOR ACC/FCR:**                                    **PAGE**

DR. ARNOLD BRODY
  Direct Examination by Mr. Bailor              24
  Cross Examination by Mr. Bernick              76
  Redirect Examination by Mr. Bailor           122
  Recross Examination by Mr. Mullady           132
  Recross Examination by Mr. Bernick           137


**EXHIBITS**                                                  **EVD.**
ACC/FCR-274 Dr. Brody's slides (Demonstrative only)     76

Exh. 2161    Summary of Deposition of Ray Harron         150
Exh. 2162    Summary of Deposition of Andrew Harron      150
Exh. 2163    Summary of Deposition of James Ballard      151
Exh. 2164    Summary of Deposition of Dominic Gaziano    151
Exh. 2165    Summary of Deposition of Dr. Oaks           151
Exh. 2166    Summary of Deposition of Lucas              151
Exh. 2168    Summary of Deposition of Alvin Schonfeld    151
Exh. 2172    Summary of Dep. of Dr. Richard Levine       152
Exh. 2173    Summary of Deposition of Dr. Philip Lucas   152
Exh. 2174    Summary of Deposition of Dr. Oaks           152
Exh. 2176    Summary of Deposition of Dr. Segarra        153
Exh. 2178    Summary of Deposition of Dr. Segarra        153
Exh. 2181    Summary of Deposition of Charles Foster     153
Exh. 2183    Summary of Deposition of Heath Mason        153


GX-143       Document                                    154
GX-135       Document                                    154
GX-139       Document                                    154
GX-140       Document                                    154
GX-142       Document                                    154
GX-146       Document                                    154
GX-147       Document                                    154
GX-148       Document                                    154
GX-150       Document                                    154
GX-151       Document                                    154

CC-BLG001925

**I N D E X** (Contd')

| EXHIBITS | | EVD. |
|---|---|---|
| GX-261/265 | Documents | 154 |
| GX-269/271 | Documents | 154 |
| GX-322 | Document | 154 |
| GX-323 | Document | 154 |
| GX-479 | Document | 154 |

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001926

1           THE COURT:   Please be seated.  Folks, I know it's

2   very hot in here.  I started complaining about it yesterday.

3   Apparently it's a building-wide problem that they're looking

4   into that I can't do anything about.  I've asked people to try

5   to go purchase some fans that may help in the meantime.  I

6   strongly suggest you take off your jackets, because otherwise

7   it's going to be very uncomfortable and I may divest myself of

8   my robe at some point.  So, yes, I know, that's really scary,

9   but nonetheless it may happen because it really gets unbearably

10  hot until the building figures something out.  So, please, I

11  don't want anybody passing out from heat stroke.  So, please,

12  make yourselves comfortable.

13          Oh, I guess I should call the case, first.

14          MR. BERNICK:   Yes, we should probably do that.

15          THE COURT:   All right.  This is the continuation of

16  the personal injury estimation trial on W.R. Grace, 01-1139.

17          Lucky participants by phone today, I suppose, James

18  Rieger, James O'Neill, Kim Christiansen, Ari Berman, Matt

19  Doheny, Shayne Spencer, Alex Mueller, Francis Monaco, Robert

20  Guttmann, James Wehner, Walter Slocombe, Jeanna Rickards, Peter

21  Lockwood, Mark Hurford, Leslie Kelleher, Michael Davis, Bernard

22  Bailor, Christina Kang, Michael Lastowski, Seth Brumby, Matthew

23  Daiker, Daniel Silver, Catherine Chen, Debra Felder, Marti

24  Murray, Christopher Candon, John Phillips, John Ku, David

25  Turetsky, Robert Horkovich, Matthew Kramer, Theodore

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001927

1  Tacconelli, Lewis Kruger, Natalie Ramsey, Jonathan Brownstein,

2  Jason Solganick, Janet Baer, Darrell Scott, David Beane,

3  Elizabeth Devine, Alan Madian, Martin Dies, Terrance Edwards,

4  Christina Skubic, Peter Shawn, Edward Westbrook, Scott Baena,

5  Jay Sakalo, Rajeev Narang, Beau Harbour, Matthew Russell, David

6  Parsons, Brian Mukherjee, Guy Baron, Andrew Chan, Daniel

7  Speights and Andrew Craig.  I'll take entries in court, please,

8  give me one second here.  Okay, thank you.

9           MR. BERNICK:  David Bernick for Grace.

10          MS. HARDING:  Barbara Harding for Grace.

11          MR. McMILLAN:  Scott McMillan for Grace.

12          MR. HOROWITZ:  Greg Horowitz for the Equity

13 Committee.

14          MR. PASQUALE:  Ken Pasquale for the Unsecured

15 Creditors Committee.

16          MR. FINCH:  Nathan Finch for the Asbestos Claimants

17 Committee.

18          MR. BAILOR:  Bernard Bailor for the Asbestos

19 Claimants Committee.

20          MR. INSELBUCH:  Elihu Inselbuch for the Asbestos

21 Creditors Committee.

22          MR. MULLADY:  Ray Mullady for the FCR.

23          MR. ANSBRO:  Good morning, Your Honor, John Ansbro

24 for the FCR.

25          MR. FRANKEL:  Good morning, Your Honor, Roger Frankel

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001928

1  for the FCR.

2          THE COURT:  Mr. Finch.

3          MR. FINCH:  Yes.  Before we proceed with Dr. Brody's

4  testimony, I just want to make one statement for the record

5  with respect to ACC-34.  That's the document from the Halpain

6  file, related to the Halpain file.

7          THE COURT:  Yes.

8          MR. FINCH:  The Halpain file itself is in evidence as

9  ACC-472.  It was one of the files that Dr. Florence testified

10  was selected to be reviewed by the Celotex trust and by

11  Exponent.

12          That document, ACC-472 clearly shows that materials

13  were withheld on the last page of the document and the two

14  pages from the back.  ACC Exhibit 34 is clearly the materials

15  that were withheld.  ACC Exhibit 34 contains information that

16  is relevant to Mr. Halpain's work with asbestos and

17  specifically asbestos Zonolite and whether he was a mixer or

18  not.  We can argue later what, if any, inferences should be

19  drawn from that and the Court will decide that.  But, the

20  arguments do not affect the relevance of the document.  That's

21  the position I want to be placed on the record with respect to

22  that document.

23          THE COURT:  All right.  Mr. Bernick.

24          MR. BERNICK:  If that was -- I'm sorry, if the

25  purpose of that was to make a statement on the record, I

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001929

1  believe it's identical to the same statement that was made

2  about 45 times yesterday.  And I don't think that that really

3  has changed the picture.  They argue that it's relevance, the

4  question is what's the foundation for the document, or the

5  basis on which relevance can be assessed.  So, Mr. Finch has

6  made a statement about the providence of the document and the

7  like, I had no notice of the fact this morning this would be

8  raised yet again.  We are in the process of tracking down

9  something of the history of what happened to that document and

10  I'm not prepared to address it today.  But, I think the Court

11  already has ruled, repeatedly, that there has to be further

12  foundation before that document can come in.  It's been

13  proffered, that's the state of the record and at the time I'm

14  in a position to respond with more information, I'll be anxious

15  to do so.

16        MR. FINCH:  With respect to the foundation, I think

17  there's no dispute, Your Honor, the document is authentic and

18  there's no dispute that ACC-34 is referenced, or at least the

19  letters are referenced in the last page of the Halpain file.

20  That's the foundational argument.

21        THE COURT:  I don't see a foundation issue.  It seems

22  that the letters are referenced in the last page of the

23  document, I think the question is, from the perspective of

24  whether or not the Zonolite was actually an asbestos containing

25  product because there were Zonolite products that were not

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001930

1  asbestos containing and the issue, I thought, was whether or
2  not the document was not considered in the process of review
3  because of the asbestos containing nature of the product, and
4  the validity of the information in the document itself, and we
5  don't have the witness here who actually excluded that
6  consideration.  We simply don't know why it was not considered.
7        MR. FINCH:  Okay, well, the point is, it wasn't
8  considered, Your Honor, and whatever inferences can be drawn
9  from that document are there to be drawn.
10        THE COURT:  I think Mr. Bernick conceded that for
11 purposes of saying that the information was not considered, he
12 has no problem with agreeing that the information was not
13 considered.  He made that agreement yesterday and I also agree
14 that the information wasn't considered.  Whatever the
15 information was, it wasn't considered.  That's clear.
16        If that's the purpose for the introduction of the
17 document, to say here's a document that wasn't considered,
18 okay, but the truth of the matter within the document is
19 another issue, and as to that, I sustain the objection, right
20 now.  There is no foundation for me with respect to the truth.
21        MR. FINCH:  Well, for the purposes of the document
22 wasn't considered and what the document says on its face, we do
23 offer Exhibit 34.
24        THE COURT:  But that's the problem, because what the
25 document says on its face and why it wasn't considered, you

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001931

1 need a foundation for. The fact that it wasn't considered is

2 clear, everyone agrees to that, but why it wasn't considered,

3 you need a witness to explain.

4        MR. FINCH: Your Honor, what the document says is

5 also clear. There's no dispute about what the document says

6 and there's also no dispute about what Exponent's procedures

7 were. Ms. Anderson testified to that.

8        THE COURT: That's right.

9        MR. FINCH: Whatever inferences can be drawn from

10 that or not drawn from that are already -- the facts

11 establishing that are in the record. We would offer Exhibit 34

12 for the purposes that I stated.

13        THE COURT: You did offer it yesterday.

14        MR. FINCH: Yes.

15        THE COURT: Okay. And I said that subject to your

16 connecting it up, I would withhold the rulings. You have the

17 opportunity to get a witness here to explain why it was

18 withheld or why it was not considered. That's what I mean to

19 say.

20        MR. FINCH: All right. I offer it at this time, Your

21 Honor. Are you sustaining the objection with respect to it?

22        THE COURT: I am making the same ruling that I made

23 yesterday. You've given me nothing new. I agree that the

24 information was not considered, in order to tell me why it was

25 not considered and to have any inferences drawn from that, you

**J&J COURT TRANSCRIBERS, INC.**

20

1  need to lay a foundation.

2          MR. FINCH:  We think an adequate foundation has been

3  laid as to what the document says and that it was not

4  considered and that there are inferences that can be drawn from

5  those two facts and, therefore, we offer it for that purpose.

6          THE COURT:  All right.

7          MR. BERNICK:  Your Honor, this really, I think, is

8  not appropriate.  We are now spending yet more time on a matter

9  as to which there was a --

10          MR. FINCH:  I --

11          MR. BERNICK:  Excuse me.  There's a dirth of

12  information yesterday, there's a dirth of information today.

13          COURT CLERK:  Can you move closer to the microphone.

14          MR. BERNICK:  There's a dirth of information today.

15  I've made a representation to the Court about what we're

16  prepared to do.  While Mr. Inselbuch and Mr. Finch have a

17  conversation --

18          THE COURT:  Pardon me, gentlemen, you can't talk over

19  each other.

20          MR. BERNICK:  -- about the instructions for the day,

21  I would like to get on with the witness who we were told was

22  only available this morning, and get it done.  And if they then

23  want to argue about this some more, they can argue about it

24  some more.  I would think that it's relatively simple.  As Your

25  Honor has indicated, we agree that the document was not

**J&J COURT TRANSCRIBERS, INC.**

1  considered.   The circumstances surrounding that are unclear.

2  The probative value of that document already has been addressed

3  in part by Dr. Florence from the stand, as if the document was

4  not considered and should have been considered and that is that

5  he had it before him.   So, that amount of testimony has been

6  taken.

7          With respect to what the document actually says,

8  which is the purpose of the proffer, not as to whether it

9  should have been considered but what the document actually

10  says, there's nothing further we can do because we have no

11  witness who can pin down exactly what that product was, for

12  that matter, exactly what the deposition said.   That was a

13  summary by a lawyer, of a deposition.   We don't have the

14  deposition before the Court.   So there are a variety of facts

15  that are out there and we are wasting time.

16          THE COURT:   All right.   I've already ruled.   To the

17  extent that the offer is that the document was not considered,

18  I accept the offer for that purpose and that purpose only as to

19  why, you need a foundation and to make a connection, and the

20  deposition was not offered and is not part of the record.

21  Exhibit 34, however, is the offer and I've made the rulings

22  with respect to that.

23          Let me make a note so I know what --

24          MR. FINCH:   One final statement, Your Honor, for the

25  record.   The document on its face, 472, says privileged

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001934

1 document information and one can draw the conclusion from that

2 that it was pulled out of the file on privilege grounds.

3         MR. BERNICK:  Of course, it can be and, of course,

4 the inference that Mr. Inselbuch is anxious that Mr. Finch draw

5 to the Court is that there's some kind of, you know, secreting

6 of documents, so that they're not divulged and that's exactly

7 the kind of inference that we object to.  This is just an

8 effort to try to create some coloration here, without

9 foundation.  The process of putting these files together, Your

10 Honor, was a process that they initiated because they wanted to

11 conduct discovery with respect to lawyers files.  And they were

12 permitted to conduct that discovery, indeed, with our agreement

13 as to non-waiver.  So, they got those documents, they got them

14 actually a long time ago and the question of whether they

15 connected up with this particular file was apparently something

16 that didn't even dawn on the ACC and the FCR until sometime

17 within the recent past, otherwise, presumably, they would have

18 brought it to the attention of the Court in connection with the

19 expert reports.

20         So, there's a long deep history of who knew what when

21 with respect to this document.  I've instructed our people to

22 put together that history so it's fully before the Court.

23 Until such time as that occurs and there are facts that are

24 known and are ascertainable, I believe it is inappropriate for

25 counsel to make these veiled suggestions, that in some fashion

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001935

1  the privilege has been improperly asserted, it was not

2  improperly asserted or improperly maintained.  It was not

3  improperly maintained, indeed, it was specifically preserved

4  when those files were produced over our 408 objection.

5          So, all this stuff, all this -- what we're sitting

6  here talking about this morning is an attempt without

7  foundation to make some color in this record, instead of

8  getting on with the evidence.

9          MR. FINCH:  Your Honor, we've made our position

10  clear, we've offered the document and my understanding is,

11  you're not accepting the document other than to -- for the

12  purposes stated on the record.  At this time, the ACC --

13          THE COURT:  And I'm not accepting a re-offer.  I made

14  rulings yesterday.  I don't understand the process by which a

15  Court makes rulings and then you come back into court and you

16  reargue the same rulings that the Court made yesterday.  I

17  mean, I'm not an appellate court for my own rulings.  So, this

18  isn't a proper trial procedure either, Mr. Finch.

19          MR. FINCH:  Thank you, Your Honor.  At this time,

20  with the consent of the debtors, the Asbestos Claimants

21  Committee calls Dr. Arnold Brody, and my partner Bernard Bailor

22  will be presenting that witness.

23          MR. BERNICK:  The debtor Grace has consented to

24  calling Mr. -- Dr. Brody, excuse me, out of order, to

25  accommodate his schedule.  We are not resting and I'm assuming

J&J COURT TRANSCRIBERS, INC.

CC-BLG001936

Brody - Direct                                    24

1  that there's an agreement that by his being called out of

2  order, we're not waiving any kinds of rights as to the

3  admissibility of the evidence or with respect to whether his

4  testimony is within the scope, or whether our case can be

5  complete in the fashion that was originally intended to be

6  completed.

7          MR. FINCH:  That's agreed, Your Honor.  They're not

8  resting and we're not asking them to waive any of their rights.

9          THE COURT:  All right.

10         MR. MULLADY:  Also agreed to by the FCR.

11         THE COURT:  All right, thank you.  Dr. Brody.  If

12 you'd be sworn, sir, please.

13         COURT CLERK:  Please raise your right hand.

14            DR. ARNOLD BRODY, ACC WITNESS, SWORN

15                    DIRECT EXAMINATION

16 BY MR. BAILOR:

17 Q    Good morning, doctor.

18 A    Good morning.

19 Q    Will you please state your full name for the record.

20 A    It is Arnold R. Brody, B-r-o-d-y.

21 Q    And what is your present address?

22 A    It's the North Carolina State University, the Department

23 of Molecular Biomedical Sciences.

24         MR. BAILOR:  Your Honor, we are offering Dr. Brody as

25 our initial witness.  He will explain to the Court the disease

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001937

1 processes related to asbestos, which will serve as a foundation

2 for later testimony.

3          I would also note for the Court that some of his

4 testimony will be somewhat technical in nature and we invite

5 the Court, at any time, to interrupt for any further

6 explanations if things get a little too technical.

7          THE COURT:  All right, thank you.

8 Q    Dr. Brody, what is your present position at North Carolina

9 State University?

10 A    I'm a professor as I say, in the Department of Molecular

11 and Biomedical Sciences.

12 Q    And what does the Department of Molecular and Biomedical

13 Science do?

14 A    Well, we have, mostly basic science research.  We're

15 carrying out work that's supported by the National Institutes

16 of Health to understand a whole variety of different sorts of

17 diseases.

18 Q    And how long have you been at North Carolina State

19 University?

20 A    About a year and a half now.

21          MR. BAILOR:  May I approach, Your Honor?

22          THE COURT:  Yes, sir.

23          THE WITNESS:  I think I've got these, Bernie.

24          MR. BAILOR:  This is updated.

25          THE WITNESS:  Oh, okay.  Updated.

J&J COURT TRANSCRIBERS, INC.

Brody - Direct                                26

1        THE COURT:  Mr. Bailor, I think I'm going to need

2  one, too.

3        MR. BAILOR:  Oh, I'm sorry.

4        THE WITNESS:  You can have this one, I think I know

5  what's in it.

6        THE COURT:  That's okay, sir.  They may want you to

7  refer to it.

8        MR. BERNICK:  I don't know if that's the updated one

9  or not.

10        MR. BAILOR:  I'm sorry, Your Honor.

11        THE COURT:  That's all right, thank you.

12  Q   Dr. Brody, I've handed you a document that's marked

13  AC/FCR, I believe 274, is that correct?

14  A   271.

15  Q   I'm sorry, 271.  Could you please identify that for the

16  Court?

17  A   Yes.  That's my current curriculum vitae.

18  Q   Okay.  Could we have --

19        THE COURT:  Mr. Bailor, excuse me.

20              (Pause)

21        MR. BAILOR:  Could we have ACC/FCR-835, first page?

22  Q   Dr. Brody, could you explain to the Court your educational

23  background?

24  A   Sure.  Starting at the bottom of that particular slide,

25  you can see actually, it's a -- I don't know where you got the

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001939

Brody - Direct                                    27

1 BA, but I got a BS, which is a Bachelor of Science degree at

2 Colorado State and that was in Zoology, which is the study of

3 animals.   Then I went to the University of Illinois where I

4 received a Master of Science degree and that was in vertebrate

5 anatomy, that includes animal and human anatomy, which is how

6 our parts all fit together and how they function.

7        Then I went back to Colorado to do a PhD, doctorate

8 in cell biology and every living thing is made of cells, we

9 need to understand how cells function.   Every disease has a

10 target cell from which that disease develops and cell

11 biologists, like myself study cell biology in that context.

12       The big word there "ultra-structural cytology" means

13 the study of cell using what's called an electron microscope.

14 This is a kind of microscope that magnifies things hundreds of

15 thousands of times and that's the research tool that I was

16 trained in at Colorado State.

17 Q    Could we have the next page, please.   Could you describe

18 for the Court your professional experience?

19 A    Right.   So, actually, after I did my PhD, I did three

20 years of post-doctoral study at Ohio State University.   That's

21 not on there, but a post-doctoral fellowship means that's where

22 one finds out if their temperament and their intelligence is

23 suited for a research laboratory.   That worked out fine and I

24 went to the University of Vermont.

25       So, my first professional assignment, my first

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001940

1   academic position was as an assistant professor at the

2   University of Vermont and that would appear down at the bottom

3   of that slide.   I was there for six years and then I went to

4   the National Institute of Environmental Health Sciences and

5   that's what appears at the bottom there, and that was a

6   position with the federal government and I was the head of the

7   lone pathology laboratory there for, as you can see, for 15

8   years.   Rose through the ranks to a level of what was called

9   professor, within the National Institutes of Health

10          I then, in 1993, received an offer to go to the

11  Pathology Department at Tulane University Medical Center in New

12  Orleans.   I was there starting in 1993 and then in 1999 I was

13  promoted to the vice chairman of the department.   So, I was the

14  vice chairman of the Pathology Department in the Medical School

15  at Tulane University from 1999 to 2005, and I say 2005 because

16  that's when Hurricane Katrina came through.   And Hurricane

17  Katrina blew a lot of things out of the city including us.   And

18  it was in 2006, then, that I went to North Carolina State

19  University and accepted a professorship there which is where I

20  currently am doing my work.

21          MR. BAILOR:   Can we have the next slide, please?

22  Q    The next slide indicates some other positions you have

23  held.   Could you please describe these to the Court?

24  A    Well, the top one, that's when I was at the National

25  Institutes of Health, that is the position that I held and that

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001941

1  was the head of that group, and pathology is the study of

2  disease, and, of course, pulmonary means the lungs and that's

3  where my focus has been.

4         When I was at Tulane University, I organized what's

5  called a lung biology program, and that was in the Center for

6  Bio-Environmental Research.

7         MR. BAILOR:  Can we have the next page, please?  Q

8      Could you explain your editorial positions?

9  A    So, this is a list of what are called biomedical journals.

10 These are journals that I publish in and these are journals

11 where I've been asked to sit on the editorial boards to review

12 the work of others.  So, whenever I send my work in for

13 publication, it, of course, is reviewed by a series of

14 scientists and editors and by the same token I'm asked to serve

15 in that review capacity as well and this is the list of some of

16 the journals on which I serve on the editorial boards.

17 Q    Now, Dr. Brody, have you done work specifically related to

18 asbestos and its affects on the human body?

19 A    Yes, certainly.  When I was at the University of Vermont,

20 we had a visitor to the department and his name was Dr. Wagner,

21 Chris Wagner, it's W-a-g-n-e-r.  I don't know if you've heard

22 about Dr. Wagner yet in this court, but -- have you, actually?

23 Q    No, we have not, doctor.

24 A    Okay.  So, Dr. Wagner discovered in 1960 that asbestos

25 causes mesothelioma, this cancer that we've heard so much

**J&J COURT TRANSCRIBERS, INC.**

1  about.  Dr. Wagner saw the work that I was doing, using an

2  electron microscope and he invited me to come and work with him

3  in Wales, in the United Kingdom.  This was a great opportunity

4  for my career and for my family, to go and visit and work with

5  Dr. Wagner.  And he showed me at that time that all of the

6  asbestos varieties cause all of the diseases; asbestosis, lung

7  cancer, mesothelioma.  And he had developed an animal model.

8  He showed that you could use rats to understand human disease

9  and this, of course, scientists across the world use animal

10  models, but this was my first opportunity to use an animal

11  model to understand human disease.

12          So, when I went back to the National Institutes of

13  Health, that's where I started my own research program using

14  these animal models to understand human disease, based on a lot

15  of what I had learned personally from Dr. Wagner.

16  Q    All right.  Have you published in the area of asbestos and

17  disease?

18  A    Yeah, sure.  If you look at my CV I list 146 peer-reviewed

19  papers and 50 book chapters, and of the 146 peer-reviewed

20  papers, probably 100 or so of them deal directly with asbestos.

21  The others relate to lung disease and diseases caused by other

22  agents, other than asbestos.  The 50 book chapters are almost

23  entirely related to asbestos and how asbestos causes disease.

24  Q    Have you previously testified as an expert in court with

25  respect to asbestos-related diseases?

CC-BLG001943

1  A    Many times.  Many times, sure.

2  Q    Can you give us an estimate?

3  A    Well, I had one case in 1989, and I had a few cases in the

4  years thereafter, from '96 or '97 or so, I've been testifying

5  mostly for plaintiffs, I would say about once or twice a month,

6  since '96/'97.  As I say, mostly for plaintiffs, but I've

7  testified for a number of manufacturers, as well.  I heard the

8  word Celotex in court, I testified for the Celotex Corporation

9  in their bankruptcy hearings in Florida.  I've testified for a

10 number of other asbestos manufacturers as well, over the years,

11 but typically I testify for plaintiffs.

12       But my testimony is how asbestos causes disease, of

13 course.

14       MR. BAILOR:  Your Honor, at this point we would

15 tender Dr. Brody as an expert in cellular and molecular biology

16 and how asbestos affects the human body on a cellular and on a

17 molecular level.

18       MR. BERNICK:  No objection.

19       THE COURT:  The witness is accepted as an expert in

20 that field.

21 Q    Dr. Brody, have you prepared a series of slides that will

22 help you explain how asbestos affects the human body?

23 A    I have a series of slides that I've used in many

24 courtrooms before.  They are slides, most of them are pictures

25 that I've taken with various microscopes over the years.  I

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001944

1  have used many of these slides in medical school lectures and

2  various universities where I've lectured in this country and

3  around the world, and I put together a group for this

4  courtroom, sure.

5          MR. BAILOR:  Your Honor, Dr. Brody has indicated to

6  me that the presentation would probably be a little clearer and

7  a little more effective if he would be able to borrow the

8  portable mic and go near the screen to point out various things

9  that he will show on the slides.

10         THE COURT:  That's fine.

11         MR. BAILOR:  All right.  Could we get the portable

12 mic?

13                        (Pause)

14         THE WITNESS:  Is it on right now?

15         THE COURT:  Yes.

16         THE WITNESS:  Is that all right, Your Honor?

17         THE COURT:  Yes.  Yes, sir, thank you.

18         THE WITNESS:  May I stand here, then, Your Honor?

19         THE COURT:  Wherever you're comfortable.

20 Q    Okay.  We have put on the screen ACC/FCR Exhibit 274.  Can

21 you explain what ACC/FCR 274 is?

22 A    Sure.  So, what I'd like to start with, Your Honor, is

23 this diagram that really just acts as a map.  It gives us a map

24 for where the asbestos diseases develop.

25         So, for example, when you take a breath, the air

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001945

1   comes down this tube that we call the trachea or windpipe and

2   you can feel the top of that in your Adams apple, that's the

3   top of your trachea.  You take a breath and the air comes down

4   into these tubes that are called conducting airways because

5   they conduct air down into the lung.  Now, the diseases caused

6   by asbestos as I say, we can use this diagram as a map.  The

7   first disease that you come to is actually found in the

8   airways, in those conducting airways and that's called lung

9   cancer.  So, lung cancer develops in the walls of these tubes.

10          Typically, lung cancer develops in cigarette smokers.

11  If a cigarette smoker is exposed to asbestos, they're much more

12  likely to get the disease than if they smoke alone, or if

13  they're exposed to asbestos alone.  In fact, there's a synergy,

14  there's an actual multiplication of the effect.  So, it's not

15  just adding the risk of getting the lung cancer from smoking

16  and the risk from getting asbestos alone, you multiply that

17  risk.

18          Out in the gas exchange area of the lung, which we'll

19  look at more closely in a minute, is the disease asbestosis.

20  Asbestosis, scar tissue in the lung, from inhaling asbestos.

21          MR. BERNICK:  I'm sorry, could that be indicated

22  again, with the pointer?

23          THE WITNESS:  I'm sorry?

24          THE COURT:  Could you --

25          MR. BERNICK:  Show the little light, I missed the

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001946

1   little light.

2          THE WITNESS:  Yes.  That's in the gas exchange area

3   round -- throughout the gas exchange area.

4          MR. BERNICK:  I got it, I got it.

5   A    This black line that runs around the outside of the lung

6   is called the pleura, p-l-e-u-r-a.  A very thin membrane, Saran

7   Wrap thin membrane.  Wraps around the outside the lungs, makes

8   the lungs airtight, like balloons.

9          There are two diseases that develop at the pleura.

10  One is another scar tissue disease, much like asbestosis but

11  it's located just underneath that thin line, that pleura, and

12  its called pleural plaque or pleural fibrosis.  If it's pleural

13  plaque, it's scarring in sort of concise patches.  If it's

14  pleural fibrosis, it's spread around the lung.  But it's scar

15  tissue, it's the result of an injury and just like asbestosis,

16  it's scar tissue from inhaling asbestos.

17         And then there is a layer of cells that line the

18  outside of the lung and those cells are called mesothelial

19  cells.

20         THE COURT:  I'm sorry, one second, please.  Would you

21  show me, please, on the diagram again?

22         THE WITNESS:  Yes.  There's a layer of cells that

23  line the outside of the pleura, it's a complete sheet of cells

24  lining the whole outside of the pleura, those cells are called

25  mesothelial cells.

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001947

1          THE COURT:  All right, thank you.

2  A    If somebody has a mesothelioma, it means they have a

3  cancer of those mesothelial cells.

4          Now, I use diagrams a lot when I lecture and I use

5  various diagrams from textbooks, but it's good to be able to

6  see what these things actually look like.  So, if we go to the

7  next slide, I'll be able to show you.  So -- the lighting is

8  not very good in here, but --

9          THE COURT:  We can turn the lights down, if you like.

10          THE WITNESS:  I mean, the slides will show up better,

11  if it's not difficult to do.  Ah, see that?  Brilliant.  Thank

12  you, Your Honor.

13          THE COURT:  All right.  Can everybody -- can you see

14  your notes, do you need to see your notes?

15          MR. BERNICK:  I can see that the doctor was much

16  younger then.

17          THE COURT:  We were asking about notes.

18          THE WITNESS:  We actually noticed.

19          MR. BAILOR:  Weren't we all.

20          THE WITNESS:  That's actually my purview as to

21  whether I was younger or not.

22  A    Actually, I had this microscope right up until Hurricane

23  Katrina, so you can see how long I had this microscope and this

24  is called an electron microscope and I can take a piece of

25  tissue as small as a period at the end of a sentence, or as big

J&J COURT TRANSCRIBERS, INC.

CC-BLG001948

1  as this pointer I'm holding, put that tissue into this door

2  right here, electrons come down from the top of the chamber.

3  Inside this chamber is a vacuum, electrons come down, strike

4  the tissue that I've put inside the chamber and an image then

5  is recreated.  An image of the surface of the sample is

6  recreated in front of me.  And just off of the screen is a

7  camera, so I can take a permanent image of whatever it is I'm

8  looking at.

9          So, if you back up to the previous slide for a

10 second, and I cut a piece of tissue out of the lung and you can

11 see the pleura running over the top, and you can see the

12 airways going up into the lung, and I cut this out, and I put

13 it into the microscope -- go ahead -- and I take a picture of

14 it -- next slide -- this is what your lung looks like.  Your

15 lung looks like a sponge, you can see the airways going up into

16 the lung, this is that very thin pleura that I was telling you

17 about that runs over the surface of the lung and now, of

18 course, it's cut across so you can see what it looks like

19 inside.  When you take a breath, the air comes into these

20 airways, spreads out into the small airspaces that we have and

21 this is where we exchange oxygen and carbon dioxide.  I'll talk

22 about that just a bit more in a minute.

23         Lung cancer, again, develops in the walls of these

24 tubes, asbestosis out here in the gas exchange area, pleural

25 plaque, pleural fibrosis, just under the pleura, and

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001949

1 mesothelioma out here on the surface and the mesothelial cells

2 that line the outside of the lung.

3          Now, I'd like to spend just a minute talking about a

4 couple of the defense mechanisms that we have.  We all walk

5 around the streets of Pittsburgh or wherever we are, we face

6 bacteria, pollen grain, various kinds of dusts, a few asbestos

7 fibers in the air and we have to clear those from the lung.

8 So, we have a very effective set of defense mechanisms that

9 help us do that, and I'll show you a little bit about them.

10          Our defense mechanisms really start with these nose

11 hairs that we have and the moisture in the back of our throats,

12 that's all part of the defense against inhaled particles.  If

13 we look at the surface of our airways, anywhere along the

14 surface of our airways, and I focus the microscope anywhere

15 along our airways, and I'm going to fill the screen with what's

16 in the red spot.  So, in other words, I'm going to -- I didn't

17 ask you to do that, would you back up for a second.  Thanks for

18 anticipating, though.

19          So, what I want you to know is that the screen is

20 going to be filled with what's in the red spot, and it could be

21 anywhere along any of our conducting airways.  Okay, so thank

22 you, please go to the next slide.  So, I'm filling the screen

23 now and you see this says human bronchial and a bronchial is a

24 small airway and our airways are lined by these little hairlike

25 structures, they're not hairs at all, they're extensions of the

CC-BLG001950

1 cell surface and these little hairs are called cilia and

2 they're constantly beating in a wavelike synchronous fashion

3 so that if something lands on the surface of our cilia, it'll

4 get swept up to our mouth where we can swallow it or spit it

5 out.

6          Now, notice that there are some cells here that do

7 not have cilia and those cells make mucus, and unless you have

8 a cold or you're a heavy smoker, or you have some airway

9 irritation like I do from something, you don't think much about

10 mucus, but your airways are constantly making mucus, the cilia

11 are constantly sweeping it up to your mouth where you can

12 swallow it or spit it out.

13          Now, there's a size marker in the lower right hand

14 corner, the microscope is always telling us how big and small

15 these things are.  So, this bar says 10, with a little sign

16 there that means microns, so I want you to understand how big a

17 micron is, because at magnifications of thousands of times,

18 it's easy to see 10 microns, but you need to understand how big

19 a micron is.  So, if I can do that for you, if you take your

20 thumb and your forefinger and you make a little space that you

21 can just barely see through with your naked eye, you've made

22 just about one millimeter.  Now, if you take that millimeter

23 and divide it one thousand times, you've made one thousands

24 microns.  Okay?  So, that means you can fit one thousand

25 microns into a millimeter and you can just barely see one

CC-BLG001951

1  thousand microns.  Now, that means, with your naked eye you

2  can't see 10 microns, you need a microscope to, of course,

3  magnify it many thousands of times.

4          So, whenever we have an electron micrograph like this

5  and we want to know how big or small something is, we take in

6  our minds eye, we take this little bar and stand it up next to

7  a cilium and you will see that the cilia are about eight

8  microns long.  And that's a typical human cilium and that's a

9  typical rat cilium.  Our cilia and the cilia of rats and mice

10  and guinea pigs and horses are all working the same and doing

11  the same thing.

12          And I also ought to point out now that if a rat or a

13  mouse were running about around here, you'd be doing exactly

14  what you and I are doing, inhaling and exhaling the room air,

15  using exactly these same structures that I'm talking about.

16          Okay.  If you'd back up for a second please.  I'm

17  going to now go past this structure of mucus and cilia and all

18  of our airways are very much the same, we call that the muco --

19  for mucus -- ciliary escalator, because it escalates things up

20  to our mouth.  So, that whole defense combination we call the

21  mucociliary escalator.  So, I'm going to go back past the

22  mucociliary escalator, out into the gas exchange area of the

23  lung, because many fibers go right past the escalator and land

24  out here in the gas exchange area of the lung, so I want to

25  show you the cells that interact with the fibers.

CC-BLG001952

1          When I started my work, we knew that asbestos caused

2     all these diseases.  I've told you I worked with Dr. Wagner,

3     but we didn't know answers to simple questions like, well,

4     where did the fibers go?  We know they go in the lung but where

5     in the lung do they go, where are they deposited?  And then how

6     do the fibers interact with the various cells of the lung, and

7     then when they interact with them, how do they injure those

8     cells of the lung?  And those are the kinds of questions that

9     I've been asking over the years.  At that level.

10          Now, today, I'm working at the molecular level.  That

11    means the genetic level, the genes that drive these diseases.

12    So, let's go, then, out into the gas exchange area and so,

13    please, go ahead then, next slide, we'll go past the escalator,

14    next slide, and out into the gas exchange.  You can see this is

15    the end of one of those airways, and we're moving now out into

16    the gas exchange area and we're looking at a few of the

17    hundreds of millions of airspaces that make up our lungs.  Each

18    one of these little airspaces, I like for instructional

19    purposes, like to think of as individual rooms.  Sort of like

20    this room without a ceiling where it has the walls around it.

21    It has a carpet lining the floor and we'll see that we have a

22    kind of cell that lines our floors of our airspaces just like a

23    carpet.  Notice that when I opened some of these airspaces up

24    -- and you maybe can see it better on your screen -- I opened

25    up some little holes in the walls and you can see these little

CC-BLG001953

1  holes in the walls, run through the walls, those are called

2  capillaries; small blood vessels.  All the blood in our bodies

3  has to run through our lungs.  This is where we're exchanging

4  oxygen and carbon dioxide, right in these spaces.  So you take

5  a breath, the air from the room with about 20 percent oxygen

6  goes flowing into these airspaces, the blood that's running

7  through the walls picks up the oxygen from the room air and

8  gives out the carbon dioxide that we've made in our muscles and

9  our brain and we exhale.  And, of course, that's going on all

10 the time.

11        If you think about what's going on in the floors and

12 the walls, if you were to cut through the floors and the walls

13 you'd see the plumbing and you'd see the electricity and you'd

14 see all the conduits running through the floors and the walls,

15 and that's exactly the same as what's going on in the walls of

16 these airspaces.  The blood is running through these small

17 channels, there are nerve endings running through, there is

18 fluid flowing through these walls, and it's a constant process

19 that is part of our normal function.

20        Now, of course, this is all normal, I have just a

21 couple more slides in normal and then I'll show you what

22 happens when asbestos gets in there.

23        So, the next slide, I'm going to take us into a

24 single human airspace.  And basically what you're going to be

25 doing is kind of hanging over the room, no ceiling as I say,

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001954

1  and looking down on the carpet, on the rug.  And the carpet in

2  our lungs is made up of a series of, I guess sort of like

3  carpet squares, different individual cells, they're not square

4  of course, but let me show you what that looks like.  So, now

5  we're looking into a single human airspace.  It could be any

6  one of our airspaces.  And I'm outlining for you here a single

7  cell that makes up that carpet, but nature, as I say, doesn't

8  make squares very well, it makes smooth surfaces, so this would

9  be like a carpet oval next to another big oddly shaped cell and

10 then another one over here and another one, so we have this

11 patchwork of hundreds of millions of cells.

12         Now, just to give you a size perspective, from this

13 side of the cell to this side of a cell, is about 40 microns.

14 So, obviously, we can't see with our naked eye the individual

15 cells that make up our airspaces.  We have to have microscopes

16 to be able to see them.

17         Now, these cells that are sitting here on the floor,

18 all of these cells that line our airspaces are called

19 epithelial cells, epithelial, e-p-i-t-h-e-l-i-a-l, epithelial

20 cells cover surfaces.  So, your skin is an epitheliam, we call

21 it an epidermis.  But our skin is an epitheliam, the cells that

22 cover our airspaces are epithelial cells.  So, we have these

23 big flat epithelial cells that allow oxygen and carbon dioxide

24 to move in and out of them as the blood transmits the gases

25 from the blood that's flowing under.  Then we have these

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001955

Brody - Direct                                                43

1  epithelial cells, and you can see these cells have sort of like

2  bumps all over them and they're kind of short and squatty.

3  These epithelial cells provide a repair mechanism.  So, if the

4  big flat cells get injured by asbestos, or infection or for any

5  reason, these smaller cells with the bumps start to divide and

6  take their place.  So, we have this very effective repair

7  mechanism in each of our airspaces.

8          Now, I have one more cell to show you that's normal

9  and that cell is called a macrophage, m-a-c-r-o-p-h-a-g-e, one

10 word, macrophage; "macro" means big and "phage" means eater.

11 These cells are the big eaters of the lung.  They patrol our

12 airspace surfaces.  We humans have, and rats and mice have

13 about one or two of these macrophages sitting in our airspaces

14 under normal conditions.  Let's see what they look like.  I'm

15 going to focus the microscope right down on the carpet and

16 remember the cell with the bumps all over it -- go ahead to the

17 next slide -- and now there's the cell with the bumps all over

18 it.  So, you can see that I've magnified this again, here's the

19 carpet down here, and now there are two other actors.  There's

20 this cell that's kind of ruffled and not going anywhere, then

21 there's this cell with the tail end and a front end and I know

22 it's going in this direction because it has these, what are

23 called false feed or pseudo pods sticking out in front.

24         Now, I caught this cell in the act when it was going

25 after this pollen grain right here.  Now, this airspace once

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001956

1  belonged to somebody who was killed in a motorcycle accident.

2  I was on the medical examiner's autopsy call and I went in to

3  prepare this person's lung so it could be studied with an

4  electron microscope and as I was going from airspace to

5  airspace and taking various pictures, I saw these cells, these

6  macrophages, guarding, essentially, our airspace surfaces.  We

7  don't want any kind of toxic particles on our gas exchange

8  surfaces.  So, these cells can detect the presence, through

9  chemical signals, the presence of foreign agents.  In my

10  laboratory we discovered the chemical signal that attracts

11  macrophages to asbestos fibers.  And I'll show you that the

12  macrophages are constantly trying to clean up the asbestos that

13  lands down here on the airspace surfaces.

14        And so you've seen all the cells, now you need to see

15  it to understand what happens when asbestos gets into the lung

16  and so, therefore, we can go to the next slide and talk about

17  asbestos.

18        Now, you can see this says chrysotile asbestos fiber

19  bundle.  And it's a bundle because that means that there are a

20  lot of fibers stuck together, in a bundle.  And let's look at

21  the size marker so you get a feel for that.  Down in the lower

22  right-hand corner, this little marker right here, represents

23  1.0 microns.  So, this is a one micron bar and you can see one

24  micron pretty easily because I've magnified it 4,300 times.

25  So, it's easy to see one micron.

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001957

1          Now, I'm showing you chrysotile, but I mean, I've

2    used amosite, chrysitolite, chrysotile in my work, I use mostly

3    chrysotile because it's what's used most in the world.  It's

4    about 90, 95 percent of the world's use has been chrysotile.

5    All of the asbestos varieties cause all of the asbestos-induced

6    diseases.

7          When I started working with Dr. Wagner, he was using

8    chrysotile in his model systems and so -- and he showed me the

9    design of the systems to be used to make the aerosols for the

10   animal experiments.  So, I basically continued that process

11   right through to today.  But be sure we understand, I've used

12   amosite and chrysitolite in my work as well, but I'm going to

13   show you what's going on using chrysotile as an example.

14         Now, chrysotile comes in an infinite variety of

15   shapes and sizes and you can see that there are some short

16   fibers and long fibers.  If you were to put the micron bar on

17   this fiber, it would probably be about seven or eight microns

18   long.  While these fibers can go off endlessly, hundreds of

19   microns long.  Some of these fibers are straight and some are

20   curly and some are thin, extraordinarily thin.  You can see

21   this one passing right through the micron bar, is one-tenth of

22   one micron.  So, my point is, that there is an infinite variety

23   of shapes and sizes and it's constantly changing.  As the

24   fibers fracture off of the bundles, they become smaller and

25   smaller.

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001958

1          Now, if all of the fibers were to remain bound in a

2     bundle, and the light were just right and it were floating by,

3     it would look like a speck of dust, these bundles.  If it all

4     remained as a bundle, it wouldn't get past the conducting

5     airways, too big.  If you can see it with your naked eye, it's

6     too big to get past the conducting airways.  It's these fibers

7     that are fracturing off of the bundles, those are the ones that

8     are getting down into the areas of the lung where the asbestos

9     diseases develop.

10          And what I'm going to show you in the next couple of

11    slides are some slides from a couple of experiments of the many

12    hundreds that I've done over the years, where I've taken rats

13    and exposed them for a very brief time and when I say brief, I

14    mean I put them in chambers about six feet high, four feet

15    wide, and these are exposure chambers in which the animals are

16    placed in cages in the chamber, a generator, an asbestos

17    generator at the top of the chamber makes it very dusty inside

18    the chamber.  The animals then can inhale the dust for an hour,

19    for days, or weeks or months, whatever I decide the time should

20    be.  I can expose them for a single hour and take them out of

21    the chamber right after that, give the animals an overdose of

22    anesthetic, of course, the animals don't wake up from that, and

23    then I can show you exactly where fibers land in the first hour

24    of exposure.

25          I can take another group of animals and look at them

CC-BLG001959

1  hours later, days later, weeks later or months later, and again

2  that's what a number of my papers are all about, is explaining

3  this process.   I wrote a chapter in a book called, "A Month in

4  the Life of an Inhaled Asbestos Fiber".   So, I mean it's

5  tongue-in-cheek, but that's how you get to follow this process.

6  You, obviously, cannot do that in people.

7          By the time people come to the clinic it's typically

8  decades after they've been exposed, and so you don't get to

9  follow the process in people, you have to follow it in the

10 accepted animal models.   And when I say accepted animal models,

11 that's an important point because the work that I've described

12 is in the open medical literature, it's been vetted by my

13 colleagues and my peers and it passes the muster of the

14 National Institutes of Health because all of my work is

15 supported by the National Institutes of Health to do this work

16 on understanding the disease sufficiently to develop

17 treatments.   There are no effective treatments for any of the

18 asbestos-related diseases.

19         So, let's go to the next slide and look at one of

20 these model systems that I've been using.   Now, this is the

21 lung of a rat.   This is the end of the airway where it opens

22 into the gas exchange area, and this, of course, is one of

23 millions of these spots around the lung.   I'm just showing you

24 one for this purpose.   And I'm going to focus the microscope

25 right on this spot, immediately after a single hour of

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001960

1  exposure.  Now, it's not my goal to bring these animals to the

2  clinic.  If I keep exposing these animals for months and years,

3  they will eventually come to the clinic, all of them will get

4  asbestosis, some of them will get lung cancer and fewer of them

5  will get mesothelioma.  That's been shown, that's been written

6  over and over again.  That's not my goal.  I couldn't get

7  funded to do that.  What I had to do, and what I've done, is

8  sort out the processes at the cellular and molecular level, the

9  genetic level.

10          But, let's start by looking at what happens and then

11  we'll go to the molecular level.  So, I'm going to focus on

12  this spot right here immediately after a single hour of

13  exposure.  So, I focus the microscope right here, take a

14  picture -- next slide -- and there it is now.  And remember the

15  fibers that we saw sitting out on the dish, some of them were

16  curly, some of them were straight, some of them were long, you

17  can see a long fiber here.  And this is a 10 micron bar.  So,

18  you can see this fiber is about 10 microns, this one is

19  probably 20 microns.  In other words, there is a size

20  restricted group of fibers sitting down on the carpet.

21  Remember that epithelial carpet I showed you in the human

22  airspace.  Same thing.  This is now the rat, here are the

23  capillaries, those tubes running underneath the carpet, and you

24  can see the asbestos fibers sitting on the carpet.

25          Now, it's one of those things where we'd expose the

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001961

1  animals now and I'm working late at night in the microscope

2  room and I'm going from airspace to airspace after this

3  exposure and I said, I don't think anybody has ever seen this

4  before, and what I'm saying is that what I saw was that the sum

5  proportion of the fibers were being covered by the carpet

6  cells.  These cells, these epithelial cells that make up this

7  carpet that covers all of our airspaces were actively coming up

8  over the fibers and shoving them under the carpet.

9          Now, I'm telling you this in two minutes and, of

10  course, it took me years to work all this out and prove it to

11  my colleagues that this was happening and write a series of

12  papers to prove that this was the case, but what's happening

13  is, you can in fact see some of the fibers disappearing here,

14  you can see others disappearing here, and if we go to the next

15  slide, please, you'll see it even more dramatically, you can

16  see there's a fiber here that's partway out, this of course is

17  another animal, another experiment, there's an airspace here,

18  another airspace.  And there's a little bit of a fiber sticking

19  out, there's a small bundle of fibers here.  There are a group

20  of fibers here.  Some are covered by the epithelium and some

21  you can see.  There's a fiber here that's completely covered by

22  the epithelium, all you can see is its electron shadow.

23          Now, perhaps you've noticed some of these structures

24  here that look like doughnuts.  These are your red blood cells.

25  Red blood cells in rats and mice and people and every other air

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001962

1  breathing mammal, look like this, they look like doughnuts

2  because they have a depression in the center, not a hole but a

3  depression, and red blood cells from this side of the cell to

4  this side of the cell are about five microns across.  That's

5  our red blood cells, rat, mice, again air breathing mammals,

6  this is the size of the red blood cell that works.  And so,

7  it's been conserved through evolution and we can see those red

8  blood cells here as they are marching through this capillary

9  when I caught them flowing through the capillary and you can

10  see another group of red blood cells flowing down this way, you

11  can see that some of the fibers are being taken up and others

12  are sitting here and the macrophages will be coming along and

13  picking up these fibers, and the point now that I want to make

14  is that this is a very dynamic process.  All we can do is look

15  at snapshots of this over time and fill in the spaces and work

16  out the history.

17          What you have to recall, if you will, is that every

18  time there is an exposure, every time a person inhales asbestos

19  dust, some proportion of those fibers can land in the airways,

20  those ciliated airways.  Some proportion of those fibers get

21  down on the carpet as everyone can see.  Some proportion of

22  those fibers get picked up by the carpet cells and shoved under

23  the carpet.  And then the story goes on because some proportion

24  of those then can get to the pleura and cause mesothelioma.

25          So, the fibers that land in the airways are the ones

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001963

Brody - Direct                                51

1  that contribute to participate in lung cancer formation.  The

2  fibers that you see here that are getting picked up and shoving

3  under the carpet and that remain in that area under the carpet,

4  those are the fibers that contribute to the development of

5  asbestosis.

6          The fibers that are transported beyond these sites

7  that I'm going to go to next, are the ones that contribute to

8  mesothelioma.  Okay?  And so, every time there's an exposure,

9  we have this proportional distribution of the fibers into the

10  different compartments of the lung.

11          Now, I didn't tell you about another compartment,

12  this compartment where these fibers are being transported to,

13  underneath the carpet, I told you there's blood there, but I

14  neglected to tell you that there's also what's called

15  connective tissue there.  Now, if you take your skin and you

16  pinch it, hopefully, it'll pop back.  It pops back because we

17  have this elastic connective tissue that runs through our

18  bodies, and gives us this flexibility and strength.  This same

19  elastic tissue runs through the walls of our airspaces.

20          So, when you take a breath the airspaces expand, when

21  you release the breath, the elastic tissue brings that space

22  back to its normal size.

23          In a person who has asbestosis, what happens is,

24  these fibers that are being inserted under the carpet, are

25  causing injury to the surrounding cells.  These cells that you

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001964

1  see here are being injured.  We've shown that, other

2  investigators have demonstrated that, these cells are being

3  injured.  We know that because they start to divide, they leak,

4  they allow fluids to come into the airspaces.  When there's

5  injury we make scar tissue.  If you took asbestos and shoved it

6  under your skin, you'd get a scar under your skin, because of

7  the injury that's been produced by the asbestos fibers.  Same

8  thing in the walls of the airspaces.  When there's injury in a

9  particular area, there's a cell called a fibroblast,

10  f-i-b-r-o-b-l-a-s-t.  Fibroblasts make connective tissue.  They

11  make the normal connective tissue that we all need, and those

12  cells make scar tissue in the face of injury.

13          So, when you have multiple exposures over time; now

14  for asbestosis typically requires long term, occupational

15  exposure, high levels of exposure, typically for decades, to

16  bring a person to the clinic with asbestosis.

17          Asbestosis starts as soon as those fibers start

18  making scar tissue, that's called microscopic asbestosis and

19  that's what the animals are getting because I only give them a

20  very brief exposure, it's enough for them to start getting a

21  scar tissue response, but as I say I don't bring them to the

22  end stage.  But, a person who has asbestosis, that means

23  there's been multiple microscopic injuries time after time

24  after time, which our body responds to by making scar issue and

25  all that adds up to this disease asbestosis.

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001965

1        And I'll show you what that looks like in a minute.

2   But, the point I want to make here is, I want to get the fibers

3   now, the proportion of fibers, out of this area to the pleura

4   because it's the fibers that get to the pleura that, of course,

5   cause mesothelioma.

6        Now, you see that the fibers are moving into what's

7   called the fluid flow of the lung.  You can see some of these

8   fibers actually getting into the capillaries and I've

9   demonstrated that, other investigators have shown that fibers

10  get into the blood flow, you can actually see that happening

11  here, but we have another kind of fluid flow in the lung.  And

12  that fluid flow in the lung is called lymph, l-y-m-p-h.  And

13  maybe you've heard -- I'm sure you've heard of the lymph nodes,

14  and lymph fluids.  Lymph is a clear fluid that runs head to toe

15  in our bodies.  Wherever blood flows there is lymph flowing

16  around the blood flow.  And there are two main functions for

17  lymph flow.  One is to carry cells of the immune system and

18  that's why if you're getting a cold or you're fighting an

19  infection you might feel your armpits swell, or the side of

20  your neck get uncomfortable, because the lymph that's flowing

21  there is being filtered by lymph nodes that are collecting

22  inflammatory cells, cells that are fighting the infection and

23  so, you feel it.

24       The other function is to help control pressure in our

25  blood flow system.  So, you can actually move fluids between

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001966

Brody - Direct                    54

1  the blood and the lymph and that's a very important function.

2          But, going back to the first function of carrying

3  cells of the immune system, not only does it carry cells of the

4  immune system, but it turns out that lymph can carry asbestos

5  fibers.  Now, how do we know that?

6          We know that because some investigators, not me, but

7  some investigators said, if in fact, there's asbestos in lymph

8  fluid, then we should be able to find it in the lymph notes,

9  these filters, and, in fact, that's what they did.  They found

10 lymph and let's -- if we go to the next slide, I'll show you

11 what the lymph flow in the lung looks like.  This is the

12 pattern of lymph flow in the lung.  And let me just explain,

13 this is -- I don't know if you're familiar with Netter

14 diagrams, Your Honor.

15          THE COURT:  No.

16          THE WITNESS:  Okay.  So, this is Dr. Netter, you can

17 see in the lower right-hand corner, Dr. Netter is an M.D., who

18 fortunately for the rest of us decided to be a biomedical

19 illustrator and what he's done is, he's given us atlases of the

20 human body in health and disease, and I'll use a few Netter

21 diagrams as I'm doing this.  This is the first one and this is

22 the lymphatic pathways in the lung and these very fine vessels

23 that you see represent part of the lymphatic flow that ends at

24 the pleura.  You see this network that ends at the pleura and

25 this network as a result of these very fine vessels that are

**J&J COURT TRANSCRIBERS, INC.**

1  flowing out towards the pleura.

2          Now, if you'll back up to the previous slide, this is

3  where the lymphatic flow in the lung starts, at the walls of

4  the airspaces.   In the walls of the airspaces, you can see

5  there are capillaries, and then surrounding the capillaries is

6  this fluid flow that collects into these vessels that you see

7  in the next slide, please.

8          Okay.  So, it's sort of like these are -- what Dr.

9  Netter is showing you are the collecting tubes that carry the

10 lymph to the pleura.  Okay.  Now, these little green blobs that

11 you see surrounding the lung, those are some of the lymph nodes

12 that we have.  And as I say, investigators have found asbestos

13 collecting in these lymph nodes because these are fibers that

14 have collected in the lymph fluid and I showed you how those

15 fibers first get there, because they land on the surface, get

16 picked up by the lymph.

17         Interestingly enough, we have these lymph nodes in

18 our peritoneal cavity which holds, of course, our stomach and

19 our intestines, they're call mesenteric lymph nodes and

20 investigators have found asbestos fibers in the mesenteric

21 lymph nodes because they're part of this circulation.  In other

22 words, all of the lymphatic pathways are tied together in some

23 way or another, just like our vascular, our blood system.

24         Okay.  Now, what I'm going to do now is, again, let

25 me remind you, so we have lung cancer in the walls of the

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001968

1  airways, we have asbestosis out here in the gas exchange and

2  mesothelioma out here, and now there's one more diagram I want

3  to show you regarding transport -- next slide please.  So, this

4  is a diagram that an investigator that I worked with for years,

5  he was the chairman of the Pathology Department at Vermont and

6  I knew him then, he put together a chapter to help explain this

7  concept of migration of fibers to the pleura.  So, he has this

8  area now in diagram that I've been describing to you, he has a

9  fiber coming in, inhaled, the fiber lands in the airspaces like

10 I showed you, and then you see he's got this little fiber, just

11 the end of it sticking out, and if you back up two more slides,

12 remember this picture I took right here with the fibers

13 sticking out, now the investigator didn't mean to draw this

14 particular fiber, it just so happens we're talking about

15 exactly the same thing.  So, if you go ahead, then, to the one

16 we had, and so now he's got the fiber here and he says

17 lymphatic fiber transport to the pleura and he's got now the

18 channel showing the fiber transport to the pleura and he's

19 showing a normal mesothelium, that means there's a single layer

20 of cells and then he has these various reactions that we're

21 going to talk about in just a second, how these fibers then can

22 cause mesothelioma out here.

23         Okay.  Next slide.  Okay -- skip that one, please.

24 Okay.  So, I told you the macrophages are trying to pick up

25 whatever lands there, you can see there are one, two, three,

CC-BLG001969

1 four, five macrophages, they're sharing fibers with one

2 another, this is a 10 micron bar and this is a constant.  I

3 mean, we've done studies where macrophages have been collected

4 from the lungs of workers decades after they've been exposed

5 and you can still find macrophages with asbestos fibers in

6 them, because the macrophages are constantly trying to clean

7 out what doesn't belong in the lung.  And these macrophages can

8 actually live, not only in the airspace, but in the spaces

9 underneath the epithelium, they move through that connective

10 tissue space, pick up fibers, carry the fibers up and out of

11 the lung.

12          Okay, next.  Now, this is the clinical picture, sort

13 of the end stage, asbestos and pleural fibrosis and I just

14 wanted to show you that for a minute.  So, this is decades

15 after long-term occupational exposure, such that you can see

16 the scar tissue, this white material in the background, you can

17 see the scar tissue with your naked eye.  If I took a little

18 piece of lung up here where you cannot see the scar tissue with

19 your naked eye and put it under the microscope, I'd show you

20 scar tissue that you couldn't even see with an X-ray.  But the

21 point is, there are all different levels of scar tissue and

22 it's happening in varying points around the body, at different

23 times and then finally it can bring some people to the clinic

24 with clinical asbestosis and pleural fibrosis.  Now, you see

25 that means there's also -- this is not cancer out here at the

CC-BLG001970

1 pleura, this is scar tissue at the pleura.

2          Okay, next.  Let's skip this one, it's the same

3 thing.  Okay.  Now, this is lung cancer.  And, this is, again,

4 a Netter diagram.  And this is the cancer and it is confined at

5 this point mostly to the central regions of the lung which is

6 where they start, because they start as I told you in the walls

7 of the airspaces -- I'm sorry, the airways, the conducting

8 airways.

9          Now, we always talk about target cells for disease.

10 Every disease has a target cell.  The target cell for

11 asbestosis is the fibroblast, that cell that makes scar tissue.

12 That's a pretty simple concept to understand.  If that cell is

13 surrounded by injury or it has injured itself, it makes scar

14 tissue; asbestosis, if it's caused by asbestos.

15          The target cell for lung cancer are those cells that

16 make up the mucociliary escalator.  Now, you saw them early on

17 this morning, I showed you the cells that make up the

18 mucociliary escalator.

19          The cells that make mucus cells are the target cell

20 for lung cancer, and I'm going to explain a bit more about that

21 in a minute.  The target cell for mesothelioma is out here on

22 the surface of the pleura.  Now, this is a normal pleura, this

23 is the way a pleura should look, thin, shiny, Saran Wrap thin,

24 to be moist, it has to be moist so that when a person breathes,

25 when we breathe it rubs against the inside of our chest cavity

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001971

1  where there's another layer of pleura just inside of our ribs,

2  and as long as everything is fine we don't pay any attention to

3  that because it's moist and it's lubricated and that is what is

4  supposed to be going on all the time.  And as I say, this is a

5  normal pleura.  Okay, so this cancer developed from and I'm

6  going to say now a single cell, and I'll explain how that works

7  in just a minute.

8       All right.  Let's go to the next slide.  Now, this is

9  a mesothelioma.  This is the Netter diagram.  You can actually

10 see Dr. Netter's name kind of faded over here.  Now, here the

11 lung is quite normal, and that's not at all unusual in

12 mesotheliomas, and I'll explain that in a second.  But, here

13 you can see the pleura is dramatically thickened, and now it's

14 dramatically thickened with cancer cells.  And the reason I say

15 it's not unusual to see a mesothelioma with a normal lung --

16 with a normal appearing lung is, because many cases of

17 mesothelioma develop from very brief exposures, low dose

18 exposures, and so you don't see a lot of other asbestos-induced

19 diseases at the same time.

20      You may or may not, I mean, you know, if a -- you

21 know, these are all dose-response diseases.  The more one is

22 exposed, the more likely they are to get a disease.  If a

23 person's in a setting where they can get asbestosis, they're

24 more likely to get mesothelioma, but that doesn't mean if you

25 don't have these other diseases, you cannot get mesothelioma

CC-BLG001972

1  from asbestos.   That's not true.

2           Okay, so now what I'm going to do for the rest of the

3  time -- and I have like five or six more slides -- is I want to

4  explain how asbestos acts as a carcinogen, a cancer causing

5  agent, and this is true both for lung cancer and mesothelioma.

6  The concepts are the same.   The target cell is different.   The

7  concept is the same.

8           Okay.   Let's go to the next slide, please, and I'll

9  do that.   Now, this is a -- the cover of a proceedings of a

10  meeting that I was at a few years ago.   The topic of the

11  meeting was how fibers cause cancer, carcino, cancer, genesis,

12  formation, carcinogenesis; big word for cancer formation.   As I

13  say, I gave a talk about some of the stuff I've been telling

14  you about today, and I showed you that cells can pick up

15  fibers.   You already saw that.   But we haven't talked about and

16  you cannot talk about carcinogenesis unless you talk about the

17  molecular aspects, because that means your genes.   Cancer is a

18  genetic disease, so I'm going to give you the simplest

19  definition of cancer, and then I'll come back and explain.

20           Cancer is the loss of control of cell growth.   Let me

21  say it again, so we'd be sure we have it.   Cancer is the loss

22  of control of cell growth.   If I took a piece of your skin and

23  I put it under a microscope, I can predict that about ten

24  percent of your skin cells are growing, because you're always

25  losing skin scales, and you have to replace them all the time.

CC-BLG001973

1  So you have about ten percent of your skin cells are growing to

2  replace -- normal replacement.

3          Your GI tract.  You're always moving things through.

4  We're replacing about 40 -- 50 percent of our cells at any

5  given point in time in our GI tract; normal replacement.  Our

6  lung and our liver, one percent, a very low background rate of

7  replacement.  We don't expect to replace a lot of our lung and

8  our liver cells at a rapid rate normally.

9          If you fall down and scrape your skin away, you'll

10 get a very rapid replacement of that skin.  Forty percent or so

11 -- or 30 percent of those cells around the wound start to

12 divide to make new skin cells, then when the wound is closed,

13 they go back to the normal rate.  That's all -- everything I've

14 told you about cell growth, that's all normal.  That's what's

15 supposed to be happening.

16         Humans have about 20,000 or so genes.  We have about

17 20,000 genes, and you can see what a few of them do -- a few of

18 our genes do.  You just look at different hair color, eye

19 color, skin color, stature, all those things that are

20 controlled by genes.  You can see that that's just what a few

21 of our genes do.  Most of our genes -- most of our gene

22 products you don't get to see.  We make liver enzymes all the

23 time.  We're making various enzymes to protect ourselves

24 against oxygen radicals.  We have a whole set of genes making

25 this fantastic waterproof skin that we have.  So we have a

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001974

1 large series of genes and, of course, a lot of functions.  All

2 of our bodily functions are controlled by genes including cell

3 growth.

4        So we have about 100 of those 20,000 some odd genes

5 -- 100 of them are dedicated to controlling cell growth.  Some

6 of them have pretty obvious names like tumor suppressor genes.

7 And I'll say a little bit more about those in a minute.  We

8 have a whole series of growth control genes, as I say, about

9 100 of them.  And I told you that cancer is the loss of the

10 control of cell growth.

11        Cancer develops when there are errors or mistakes in

12 a set of growth control genes.  Okay?  So cancer is a loss of

13 control of cell growth.  Cancer develops when there are errors,

14 mutations, mistakes, whatever you want to call them, in a set

15 of genes -- not one gene, not two, not -- three is not enough.

16 Four is probably not enough.  I wish I could tell you exactly

17 how many it takes, and I wish I could tell you just which ones

18 it takes, and that, I'll tell you now, is one of the biggest

19 problems we have in cancer biology today is the fact that in

20 any given individual it takes a different set of genes to be

21 injured for that person to get a cancer.  That's why there's no

22 set standard I can give you for how many asbestos fibers it

23 takes, how many separate errors it takes.  Nobody can do that,

24 because it's different for different people.

25        What we do know is that asbestos is a carcinogen.

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001975

1  That means it's a cancer causing agent.  That means it can

2  cause errors in genes that control cell growth.  It also --

3  it's a complete carcinogen.  You don't need any other agents.

4  Now, it happens to work very well, unfortunately, with

5  cigarette smoke, which has a whole other bunch of carcinogens

6  in it, so there it can be a co-carcinogen, but asbestos in

7  forming mesothelioma is a complete carcinogen.  You don't need

8  anything else.

9          Okay, so in the rest of the time today I want to show

10 you how asbestos acts as a carcinogen, as a cancer causing

11 agent.  And one of the ways we do that is by taking cells out

12 of the body.  We can take cells out of humans, animals, put

13 them in a dish, give them the right nutrients, and those cells

14 will grow and multiply.  You get millions of cells in a dish,

15 and then you can add the carcinogens or the agent you want to

16 test.  You can just add to those cells and see what happens and

17 follow the molecular biology of those cells.

18         On the cover of this proceedings there are two cells,

19 and you can see there's one cell here, and you can see there's

20 another cell over here.  And we've added fibers to these cells,

21 and you can see that there's a long fiber and some short

22 fibers, and those fibers are collected around the center circle

23 in the cell.  That center circle is called the nucleus, and the

24 nucleus of our cells contains all of our DNA.  DNA, of course,

25 means our genetic material.

CC-BLG001976

1      Notice how the fibers are excluded from the nucleus,

2  and that's a good thing, of course, because our DNA is in the

3  nucleus.  We have this nuclear membrane.  You can actually see

4  this sort of bulge around the outside of the nucleus.  That

5  nuclear membrane protects our DNA, and that, as I say, is a

6  good thing.  That's an important defense mechanism that we

7  have.

8      One of the things we've known for a long time in

9  biology is that when cells divide, they lose that nuclear

10 protective membrane.  And, in fact, we know that when a cell is

11 dividing, it's more likely to become a cancer cell.  So we

12 asked in my laboratory what would happen if we add asbestos

13 when the cells are dividing.  And I'll show you the results of

14 that, but let me show you just a little bit about normal cell

15 division first.  We go to the next slide.

16     So this is cell division without any kinds of fibers

17 in it, and let me show you what happens when cells divide

18 normally.  So here are three cells; one, two, three.  The two

19 cells on the outside are not dividing.  The nucleus is intact.

20 All the DNA has been stained blue, so you can see it.  The cell

21 in the center has received a signal to divide.  Now, that could

22 mean a number of different things.  It could be the cell next

23 to the wound where the skin's been scraped away, and your serum

24 starts leaking in there, and all kinds of growth factors are in

25 our serum to control cell growth, and the cells around the

CC-BLG001977

1  wound start to grow, or these cells are in a dish, so I've

2  added a growth hormone.

3         However -- whatever the reason is, these -- this

4  cell's dividing, and I know that, because all of the DNA is

5  condensed into these white threads called chromosomes.

6  Chromosomes are bands of condensed DNA.  Now, the whole object

7  here is to make two cells just like the original.  Scrape your

8  skin away.  You want cells to grow back just like the ones that

9  got scraped away.  The only way you can do that is by making

10  perfect copies of all of your genes.  So, let me show you what

11  your chromosomes look like.  Next slide.

12         We have 23 -- humans have 23 pairs of chromosomes.

13  You got one chromosome from your mother, one from your father.

14  Notice that there are light and dark bands on each of the

15  chromosomes.  Those light and dark bands are where your genes

16  are.  Now, some of those bands may have a thousand genes

17  crammed in there.  Some of them may have just a few.  Each of

18  our genes must be on the correct chromosome in the correct

19  place on that chromosome.  No mixing and matching allowed for

20  the distribution of our genes on our chromosomes.  So when I

21  say you have to make perfect copy, when I say you have to

22  reproduce your genes, I'm not kidding.  That's exactly what we

23  have to do.

24         Now, in the next slide we finish this normal cell

25  division where here the cell has received a signal to divide.

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001978

1  You can see the chromosomes forming.  They're stained purple.

2  They have collected, and here they are undergoing faithful

3  reproduction.  If the cells undergo faithful reproduction,

4  you'll get two what are called daughter cells just like the

5  original.  That's what you hope for every time.

6          Now, let's go to the next slide and see what happens

7  when you have a carcinogen in the mix here.  Now, this is from

8  -- this particular experiment is from a paper that was

9  published from my laboratory.  And then in the next one I'll

10  show you another example.  Over here in Panel A -- now, again,

11  you know, I'm showing you these one or two cells at a time, but

12  we're talking about these going on in millions of cells around

13  the dish.  We're just picturing a couple of them for examples.

14          Over here in Panel A you can see a cell that's

15  dividing.  You can see half of the chromosomes gone to one

16  side, half to the other, and that's exactly what you'd hope for

17  to get to new daughter cells.  Over here in Panel A you can see

18  there are fibers.  There's a long fiber, longer.  There's a --

19  so from this side of the cell to this side of the cell is about

20  40 microns, so these are 30 micron fibers.  This is a 5 micron

21  fiber.  Most of the DNA is moved to its respective location,

22  but some of the DNA is bound to the surface of the fibers.

23          Now, that results in a condition called aneuploidy as

24  you see in the upper right-hand corner here.  Aneuploidy means

25  abnormal chromosome separation.  Let's look at one more example

CC-BLG001979

1  of that, and this is my next to the last slide.  Next slide.

2  And now these are mesothelial cells, and over here on the right

3  is a mesothelial cell with no fibers after the chromosomes have

4  moved to one side, half to the other again.  That's just what

5  you'd hope for.  Over here there are two cells, and there's a

6  chrysotile asbestos fiber that is spanning the two cells and

7  has bound some DNA.  And again this is now aneuploidy produced

8  in mesothelial cells by chrysotile.

9          Okay.  The point here is that this is DNA damage.

10  This is not cancer.  Aneuploid cells are not cancer cells.

11  Aneuploidy opens the door.  Aneuploid cells are more likely to

12  become cancer cells.  When I say it opens the door, you have to

13  open many doors before a cancer develops.  So what I'm talking

14  about now is, in a person who has a cancer what we know is that

15  you must have a series of genetic errors over time.  And let me

16  just say this one more thing about genetic damage and then I'll

17  summarize this whole thing of cancer.

18          Asbestos acts as a carcinogen in two major ways.  One

19  is that it binds DNA, and you can see that.  I just showed you

20  that in two slides.  And so now here's some DNA that's not in

21  its respective position on the chromosome.  Now, if that can be

22  passed on to the daughter cells, that opens the door a little

23  wider.  In other words, if this aneuploid cell can divide and

24  pass on the error, the door opens a little wider, particularly

25  if the genes that are on this DNA are growth control genes that

CC-BLG001980

1 keep the standards of growth control where they should be.   So

2 asbestos acts as a binding agent for DNA.

3         Asbestos also generates oxygen radicals.   Now, oxygen

4 radicals are short-lived chemical compounds that are throughout

5 our body and every living body all the time.   We have a set of

6 antioxidants that keep our oxygen molecules exactly at the

7 levels they should be, and if they get a little higher, we

8 start making more antioxidants to knock them down.   But, oxygen

9 radicals are known as very efficient ways -- the production of

10 oxygen radicals is a very efficient way to produce genetic

11 damage.   Oxygen radicals damage DNA.   They're the main way that

12 cigarette smoke causes genetic damage, through the production

13 of oxygen radicals.   That's one of the main ways it does that.

14 All the asbestos varieties generate oxygen radicals from their

15 surfaces.   So adjacent to these fibers -- the same time the DNA

16 is binding to the surface of the fiber, the fiber can generate

17 oxygen radicals and further damage the DNA.

18         Okay.   Let's go to the final slide.   All right.   So

19 I'm going to -- with this slide I want to summarize this issue

20 of cancer formation.   And I know you're familiar with this

21 issue of latency; time from first exposure until the time the

22 person comes to the clinic.   What I want to -- hope to do here

23 is have you understand what's happening related to cancer

24 formation in that latency.   With asbestosis it's actually

25 pretty easy to understand what's going on in those decades of

CC-BLG001981

1 latency.  What all that means is you get this micro-injury

2 after micro-injury wherever a fiber hits up against the cell,

3 causes membrane damage.  The fibroblast responds by making scar

4 tissue over and over and over with what -- new fibers are

5 coming in as well as the fibers that have been left in the lung

6 as a legacy of the exposure.  All those -- that's going on all

7 the time.

8          For lung cancer and for mesothelioma, different

9 story, and let me try to explain that here.  So here's a layer

10 of cells -- single layer --

11          THE COURT: Wait.  I'm sorry.  Excuse me.  I

12 misunderstood.  That was the asbestosis you were describing.

13          THE WITNESS:  That's correct.

14          THE COURT:  I'm sorry.  Okay.  Thank you.

15          THE WITNESS:  Right, the micro-injuries that add up

16 the scar responses.

17          THE COURT:  Scar responses.  Okay.

18          THE WITNESS:  Yes.

19          THE COURT:  Thank you.

20 A    Right.  Okay.  Now, we're talking -- now we're back to

21 cancer, and here's a single layer of cells.  And this is what

22 mesothelial cells look like, but if you just think of them as

23 airway lining cells, same concept.  Single layer of epithelial

24 cells.  And then the artist has given us these lightening

25 bolts, and it says DNA damage.  I mean lightening doesn't -- as

**J&J COURT TRANSCRIBERS, INC.**

1 far as I know, it doesn't cause DNA damage.  It just means

2 something from the environment.  Something has come in from the

3 environment, is able to reach the target cell.

4        Now, here the target cell is dividing, and I know

5 that because you can see the chromosome.  You don't see the

6 individual chromosomes of a cell unless it's dividing, when

7 those -- when the DNA is condensing into those chromosomes.

8 Now, one -- and then he has the cell dividing, and he has one

9 daughter cell going off in this upper left-hand direction and

10 the cell is dying, and that is exactly what you hope for.  One,

11 the major fate of aneuploid cells is to die, and that is the

12 main reason why most of us do not get cancer.  We do not get

13 cancer because our cells with genetic errors die.  Now, they

14 die, because we have -- and, of course, if they die, that means

15 they can't pass on their genetic errors.  That's a good thing.

16 The main reason they die is because we have a set of genes that

17 respond when there's DNA damage to send ourselves down that --

18 down what's called a suicide pathway.  It's actually a cell

19 death pathway that has evolved, and it's the same pathway in

20 rodents and horses and monkeys and people that destroy cells

21 with genetic errors.

22        Now, here's where I raise the issue of what happens

23 if the genes that are damaged are the genes that control cell

24 death, and now they can't send that cell down that pathway it's

25 supposed to go?  So that's one example of a genetic error that

CC-BLG001983

1  wouldn't be in our favor.

2          Now, so then the artist also has -- and the other

3  daughter cell with its chromosomes going in the other

4  direction, and it's able to live.  It's not going down that

5  suicide pathway, and it's able to live.  Now, you see the

6  artist has this tumorigenesis or cancer formation, and he has

7  this tumor with a whole bunch of oddly shaped cells going

8  through these cell divisions.  The time from this first

9  daughter cell after DNA damage to the time the tumorigenesis

10  forms, the division between this cell with the first damage and

11  the development of the tumor is the latency period.  So what

12  you have to give me here for the rest of the discussion is this

13  30 to 50 or 60 years, whatever it might be, between the

14  development of this first daughter cell and the cancer.  So

15  what's going on in that latency period?

16          So what you have to do is picture this cell with an

17  error.  See, it has DNA damage, and it's sitting there either

18  in our airway or the surface of the pleura with an error, and

19  it gets hit again.  Another carcinogen, another asbestos fiber

20  hits that cell again, gets a second error, and it starts to

21  divide; two cells, four cells, six cells.  Four of them go down

22  the suicide pathway, but two of them are still sitting there

23  with two errors.  Okay?  Those cells can divide.  Our cells

24  divide every 35/40 days or so.

25          Cells divide again, two cells, four cells, eight

1  cells.  Most of them die, because they have errors.  Now you

2  have several cells sitting out on the surface, it's another

3  error however many years later.  It could be ten years later.

4  It gets hit again.  It gets another error.  One of those cells

5  or another of those cells gets another error.  Now it's got

6  four separate genetic errors, and it starts to divide; two

7  cells, four cells, eight cells, 16.  Thirteen or a dozen of

8  them get recognized by our immune system, which is very good at

9  picking up potential cancer cells, kills those cells, but you

10  still have a bunch of cells -- now they're at various places

11  around the pleura or in the airway.

12          Now, fast forward to 35 or 40 years, there's a cell

13  which was the progeny of one of those groups, and it's sitting

14  there now, one cell with six or seven errors.  It gets another

15  one.  It gets an eighth separate genetic error, which for that

16  cell in that person was sufficient to produce a cancer, and it

17  starts to grow, and that's what the artist is showing you here.

18  That's why he's made them all the same color, is because they

19  all came from that same cell with a set of genetic errors which

20  for that person was sufficient to allow the cancer to develop.

21          And the next person, he might have twice as many

22  genetic errors and never get a cancer, just because it's a

23  different set of errors or because that person's defense

24  mechanisms were that much better.  And then finally this grows

25  out and brings that person to the clinic.  Those are all the

CC-BLG001985

1  slides I have, Your Honor.

2          THE COURT:  Thank you.

3                  (Pause)

4  BY MR. BAILOR:

5  Q    Doctor, could you tell the Court if you had a block of

6  asbestos, say chrysotile, the size of a sugar cube, how many

7  fibers would that be?

8  A    Oh, well, you know, I can't tell you exactly.  It really

9  depends on how tightly packed it is, but you could probably

10  easily get a billion or so fibers into a sugar cube if they

11  were packed.

12  Q    Is all of your testimony that you gave here today so far

13  based on reliable, widely accepted scientific principles?

14  A    Yes.

15  Q    And it's based on your own personal life's research?

16  A    Well, most of it is, sure.  I obviously draw from others

17  as well, which is -- a scientist must do.

18          MR. BAILOR:  Thank you very much, doctor.  I'll pass

19  the witness.

20          THE WITNESS:  You're welcome.

21          THE COURT:  Mr. Mullady, does the FCR have questions?

22          MR. MULLADY:  No, Your Honor.

23          THE COURT:  All right.  Shall we take a ten-minute

24  recess, and then we'll start on cross examination?

25          MR. BERNICK:  Sure.

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001986

1      THE COURT:  All right.  We'll be in recess for ten

2  minutes.

3                      (Recess)

4      THE COURT:  Please be seated.

5                      (Pause)

6      THE COURT:  Mr. Bailor.

7      MR. BAILOR:  Your Honor, I'd like to offer at this

8  time Exhibit ACC/FCR-271 -- that's Dr. Brody's CV -- and

9  ACC/FCR-274, the slides he used to explain his testimony.

10      MR. BERNICK:  Yes, we would object to both of those.

11  The CV does not come in under Rule 702, 703 is not

12  independently admissible.  It's simply foundation for his

13  credentials, and, therefore, his testimony.  It's not a piece

14  of evidence itself and it contains much hearsay.

15      Secondly, with regard to the demonstratives, they

16  came in.  They were used for demonstrative purposes.  There

17  would've been 100 foundational questions regarding exactly what

18  fiber types were involved in these different demonstrations,

19  exactly what kinds of cells, who took the pictures, when they

20  took the pictures.  In order to establish the predicates that

21  these are, in fact, photographs that meet the requirement for

22  the admission of photographs, because that's what they are.  So

23  they're just at this point, unless there is some further

24  foundation -- and at this point I would object to going back

25  over the whole testimony to provide it.  Until there's further

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001987

1  foundation, they cannot be admissible as photographs, which is

2  what they are.  They would only be admissible as

3  demonstratives, because they aid the testimony of the witness.

4       THE COURT:  You're not offering them for anything

5  other than demonstratives.

6       MR. BAILOR:  They're only offered as demonstratives.

7  And with respect to the hearsay objection to his CV, the author

8  of the CV is sitting on the witness stand.

9       THE COURT:  Well, yes, he is.  The document itself is

10  not the substantive evidence.  The witness' testimony is.

11  Nonetheless, I -- what I believe I have been doing is accepting

12  these simply for purposes of my own recollection when I get to

13  looking at the evidence, not for purposes of substantive

14  evidence.  Of course, the curriculum vitae, just like the

15  expert reports, are not the evidence, the witness' testimony

16  is.  So, in that sense, 271 is not admissible as a substantive

17  document, but the witness has been very clear about his

18  background, and the slides that you showed I think illustrate

19  quite clearly what the witness' qualifications are.  So in that

20  sense 271 is cumulative and not -- doesn't really add anything

21  to the witness' testimony, so I won't accept it as substantive

22  evidence, but it will be available in the event that I need it

23  for purposes of refreshing recollection.  And I -- Mr. Bernick,

24  I don't think you'd have an objection to use it for that

25  purpose, would you?

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001988

1          MR. BERNICK:  No, not at all.

2          MR. BAILOR:  Your Honor, we would like 271 in as

3 substantive.

4          THE COURT:  It is not substantive evidence.  It

5 cannot be admitted for that purpose.  If you want to ask the

6 witness every question about every entry on it, you may do so,

7 but it is not substantive evidence.

8          MR. BAILOR:  I don't think we want to spend that

9 time.  Thank you, Your Honor.

10          THE COURT:  With respect to 274, I will accept it as

11 demonstrative and only for purposes of demonstrative evidence.

12 Let me make a note, please.

13          MR. BERNICK:  Thank you, Your Honor.  Is my

14 microphone on?

15          THE COURT:  It is, yes.

16          MR. BERNICK:  Okay.  Thank you.

17          THE COURT:  Just a minute though, please.

18          MR. BERNICK:  Sure.

19                    (Pause)

20          THE COURT:  All right, Mr. Bernick, thank you.

21          MR. BERNICK:  Thank you, Your Honor.

22                    CROSS EXAMINATION

23 BY MR. BERNICK:

24 Q    Good morning, doctor.  I want to start out by asking you

25 some general questions with respect to two diseases or two

                    J&J COURT TRANSCRIBERS, INC.

CC-BLG001989

1  kinds of disease that I believe that you've discussed; one is

2  fibrosis and the other is cancer.  And, actually, you talked

3  about two different kinds of cancer.  You talked about lung

4  cancer, and you talked about mesothelioma, correct?

5  A    Yes.

6  Q    And would you agree with me that those are two different

7  types of disease?

8  A    Certainly.

9  Q    Okay.  And just to go through very, very briefly, some of

10  the characteristics that you've highlighted that illustrate why

11  they're different, I think you said that fibrosis has as a

12  target cell the fibroblast?

13  A    Correct.

14  Q    And the function of the fibroblast in the body is

15  basically to lay down fibrous tissue, correct?

16  A    Right.

17  Q    That's what they are.  Right?  They -- I'm sorry -- they

18  assist in the process of creating that fibrous tissue,

19  corrrect?

20  A    Right.

21  Q    Is it true that almost any kind of solid foreign body

22  introduced into the human body that persists over time will

23  ultimately be surrounded by fibroblasts and fibrous tissue?

24  A    No question about it.  Asbestos is very good at doing

25  that.  There are different degrees to which the fibroblast

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001990

1  responds, but what you say is true.

2  Q    Is it also true that the reason the fibroblasts are

3  recruited and the reason that that fibrous tissue is laid down

4  is it's one of the body's defense mechanisms?

5  A    That's right.

6  Q    And is it also true that the system that's involved in

7  that reaction by the body is the immune system?

8  A    Well, it can be.  I mean, the immune system can be

9  involved in the -- in that process.  Sure --

10  Q    Well --

11  A    -- not necessarily.

12  A    Well, but there is no other system that recruits these

13  cells in response to the inflammatory reaction that takes place

14  when the body is introduced other than the immune system.  It's

15  the innate immune system, correct?

16  A    No, that's not correct.  Fibroblasts can produce

17  structures that attract other fibroblasts, so I'm not sure

18  where you got that.  The only --

19  Q    Well, what recruits the fibroblast to begin with to the

20  site?

21  A    Well, certainly, the immune system can be -- is involved.

22  No, excuse me.  The immune system is involved in many cases,

23  but you said it's the only one, and I've corrected you.  That's

24  all.

25  Q    Isn't it true that the innate immune system is involved in

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001991

1 each and every case where foreign material is introduced into

2 the human body?

3 A    You know, I don't know why you say each and every case,

4 you know.

5 Q    I'm sorry.  My intentions and my motives are not really

6 relevant.  I just asked you a question.  Isn't it true that in

7 each and every case where a foreign material is introduced into

8 the human body the immune system becomes activated?

9 A    I just don't know that that's true.  I mean, it may be,

10 but I can't answer it with enough authority to agree.  I just

11 don't know.

12 Q    Okay.  You would agree with me though that this is

13 defensive; that is, the walling off process?

14 A    Correct.

15 Q    And would you also agree with me that it is possible over

16 time for this reaction to become stable or quiet?

17 A    Sure.

18 Q    Let's talk a little bit about cancer.  I think you told us

19 that in -- there are different target cells that are involved

20 in cancer --

21 A    Right.

22 Q    -- correct?

23 A    Right.

24 Q    And we also know that when we have cancer, we have tumors

25 that are formed, right?

**J&J COURT TRANSCRIBERS, INC.**

1  A    Right.

2  Q    And is it true that with respect to cancers not every

3  foreign material that's introduced into the body and persists

4  causes cancer, correct?

5  A    True.

6  Q    It has to be carcinogenic?

7  A    That's right.

8  Q    Is it also true that -- I think you testified to this, and

9  I found it a particularly clear statement as well as many of

10  the other statements that you've made -- that cancer is

11  characterized by not stability but by a loss of control over

12  cell growth?

13  A    That's fine.

14  Q    Okay.  Now, with these differences in mind, I want to talk

15  a little bit about your own experience.  Isn't it true that

16  your research has focused on fibrosis?

17  A    Largely, that's true, although my work also has focused on

18  cell growth and cancer formation, but largely what you say is

19  true.

20  Q    In fact, isn't it true that the website that you have had

21  at Tulane as recently as 2001, that that website focused

22  specifically on your work concerning fibrosis and fibrogenesis?

23  A    Probably, sure. .

24  Q    Well, do you remember one way or the other?

25  A    I -- you know, I'd have to go back and look, but I'm sure

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001993

1 it also stated my --

2 Q    Excuse me.  I just want to ask you whether you remember --

3         MR. BAILOR:  Could we have the witness complete his

4 answer?

5         MR. BERNICK:  No, it's not responsive.

6         THE COURT:  Pardon me.  Address me not the witness,

7 please.  I think the answer first was a yes or no, and then

8 yes, the witness may explain his answer.  So, doctor, if you

9 could answer yes or no, please, then you may explain your

10 answer.

11         THE WITNESS:  Sure.

12 A    I don't remember everything it says.  I'd have to read it,

13 and it may very well have gone into my work with control of

14 cell growth.  But, I'm sure I did focus on fibrosis, because

15 that's what I've been focusing on for most of my career.

16 Q    I want to show you Exhibit 763 and ask whether this is a

17 copy of your website at Tulane when you were there as Professor

18 and Vice Chairman and Chief of Lung Biology?

19 A    Yes.

20 Q    And do we see that when it talks about your interests, you

21 talk about research ongoing in the laboratories of the Lung

22 Biology Program is focused on the biochemical and molecular

23 mechanisms that mediate fibroproliferative lung disease caused

24 by inhaling environmental agents.  Do you see that?

25 A    Sure.

**J&J COURT TRANSCRIBERS, INC.**

CC-BLG001994

1  Q     And do you see you then go on to talk about what that

2  proliferation is; that it's a scarring process, lung damage

3  results and cellular proliferation, the two hallmarks

4  ultimately of pulmonary fibrosis, correct?

5  A     Absolutely, and along with these papers that are listed

6  here which deal with tumor necrosis factor and control of cell

7  growth.  Sure.

8  Q     Dr. Brody, isn't it true that you nowhere in your website

9  hold yourself out as being an expert in carcinogensis?

10 A     I don't hold myself out as an expert in anything on my

11 website.  This is the work that I do.  That's all.

12         MR. BERNICK:  Your Honor, again, I would ask that the

13 witness try to be responsive to my questions.  I asked him a

14 very simple question.  Does his website anywhere hold himself

15 -- him out as being an expert in carcinogenesis?

16         THE COURT:  That was responsive.  He said it doesn't

17 hold himself out as an expert in anything on the website.

18         THE WITNESS:  Yes, thank you, Your Honor.

19         THE COURT:  That was responsive.

20         THE WITNESS:  Thank you, Your Honor.

21         MR. BERNICK:  Well, it's not -- again, would you

22 instruct the witness that it's not up to him to express

23 appreciation to the Court either.

24                    (Laughter)

25         THE COURT:  That is a given, sir.  Thank you.


                    **J&J COURT TRANSCRIBERS, INC.**

CC-BLG001995