**GRA** US $ F ↑   **17.1301** -.5799 D                                   EquityG
DELAY 14:35 Vol 434,753 Op 17.89 N Hi 17.96 P Lo 16.93 P ValTrd 7539320
**GRA US Equity** ▽ | Edit | Options | Bookmarks |        G 6 - WR Grace

GRA US Equity : WR GRACE & CO       Monthly 3/30/2001 - 8/5/2009

| Date | Total Market Cap | Shares Out | Last Price |
|---|---|---|---|
| 08/2009 | 1277941504.0000 | 72.159 | 17.7100 |
| 07/2009 | 1200009344.0000 | 72.159 | 16.6300 |
| 06/2009 | 892610752.0000 | 72.159 | 12.3700 |
| 05/2009 | 936627904.0000 | 72.159 | 12.9800 |
| 04/2009 | 637150848.0000 | 72.158 | 8.8300 |
| 03/2009 | 456035488.0000 | 72.158 | 6.3200 |
| 02/2009 | 404082080.0000 | 72.158 | 5.6000 |
| 01/2009 | 416348896.0000 | 72.158 | 5.7700 |
| 12/2008 | 430780384.0000 | 72.158 | 5.9700 |
| 11/2008 | 370168096.0000 | 72.158 | 5.1300 |
| 10/2008 | 650085184.0000 | 72.151 | 9.0100 |
| 09/2008 | 1090930944.0000 | 72.151 | 15.1200 |
| 08/2008 | 1896863488.0000 | 72.151 | 26.2900 |
| 07/2008 | 1858246784.0000 | 72.109 | 25.7700 |
| 06/2008 | 1693838464.0000 | 72.109 | 23.4900 |
| 05/2008 | 1952709504.0000 | 72.109 | 27.0800 |
| 04/2008 | 1816678912.0000 | 71.636 | 25.3600 |
| 03/2008 | 1634724352.0000 | 71.636 | 22.8200 |
| 02/2008 | 1520823808.0000 | 71.636 | 21.2300 |
| 01/2008 | 1592656768.0000 | 70.409 | 22.6200 |
| 12/2007 | 1843313536.0000 | 70.409 | 26.1800 |
| 11/2007 | 1901753216.0000 | 70.409 | 27.0100 |
| 10/2007 | 2075937536.0000 | 70.133 | 29.6000 |
| 09/2007 | 1883772928.0000 | 70.133 | 26.8600 |
| 08/2007 | 1566771584.0000 | 70.133 | 22.3400 |
| 07/2007 | 1447201152.0000 | 70.082 | 20.6500 |
| 06/2007 | 1716317568.0000 | 70.082 | 24.4900 |
| 05/2007 | 1897130112.0000 | 70.082 | 27.0700 |
| 04/2007 | 1840891264.0000 | 69.206 | 26.6000 |
| 03/2007 | 1828433920.0000 | 69.206 | 26.4200 |
| 02/2007 | 1681950080.0000 | 68.261 | 24.6400 |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2009 Bloomberg Finance L.P.
                                                                  SN 639415 H264-207-2 06-Aug-2009 14:51:10

TRIAL EXHIBIT 18                                                                                                    CC-BLG002182
CC-BLG002182-002185

```
GRA US $ F ↓  17.1501 -.5599 D 1s                              EquityG
DELAY 14:37 Vol 435,153 Op 17.89 N Hi 17.96 P Lo 16.93 P ValTrd 7546183
GRA US Equity ▽ |   Edit   |   Options   |   Bookmarks   |      G 6 - WR Grace
```

GRA US Equity : WR GRACE & CO     Monthly 3/30/2001 - 8/5/2009

| Date    | Total Market Cap | Shares Out | Last Price |
|---------|------------------|------------|------------|
| 01/2007 | 1481262976.0000  | 68.261     | 21.7000    |
| 12/2006 | 1351567104.0000  | 68.261     | 19.8000    |
| 11/2006 | 1253953920.0000  | 68.261     | 18.3700    |
| 10/2006 | 914658048.0000   | 68.258     | 13.4000    |
| 09/2006 | 905102016.0000   | 68.258     | 13.2600    |
| 08/2006 | 696232192.0000   | 68.258     | 10.2000    |
| 07/2006 | 621489664.0000   | 67.848     | 9.1600     |
| 06/2006 | 793824192.0000   | 67.848     | 11.7000    |
| 05/2006 | 963444672.0000   | 67.848     | 14.2000    |
| 04/2006 | 1052033344.0000  | 67.051     | 15.6900    |
| 03/2006 | 891780992.0000   | 67.051     | 13.3000    |
| 02/2006 | 679255168.0000   | 66.922     | 10.1500    |
| 01/2006 | 834513600.0000   | 66.922     | 12.4700    |
| 12/2005 | 629063872.0000   | 66.922     | 9.4000     |
| 11/2005 | 581549504.0000   | 66.922     | 8.6900     |
| 10/2005 | 503203808.0000   | 66.915     | 7.5200     |
| 09/2005 | 598892800.0000   | 66.915     | 8.9500     |
| 08/2005 | 705957376.0000   | 66.915     | 10.5500    |
| 07/2005 | 559329920.0000   | 66.906     | 8.3600     |
| 06/2005 | 521193792.0000   | 66.906     | 7.7900     |
| 05/2005 | 690464704.0000   | 66.906     | 10.3200    |
| 04/2005 | 625302592.0000   | 66.663     | 9.3800     |
| 03/2005 | 567972096.0000   | 66.663     | 8.5200     |
| 02/2005 | 649441600.0000   | 66.000     | 9.8400     |
| 01/2005 | 747781824.0000   | 66.000     | 11.3300    |
| 12/2004 | 898262080.0000   | 66.000     | 13.6100    |
| 11/2004 | 897602176.0000   | 66.000     | 13.6000    |
| 10/2004 | 704978240.0000   | 65.763     | 10.7200    |
| 09/2004 | 621459392.0000   | 65.763     | 9.4500     |
| 08/2004 | 501113312.0000   | 65.763     | 7.6200     |
| 07/2004 | 381230880.0000   | 65.616     | 5.8100     |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2009 Bloomberg Finance L.P.
                                                                        SN 639415 H264-207-2 06-Aug-2009 14:52:04

CC-BLG002183

**GRA** US $ F ↓    **17.1501** -.5599 D 1s                                    EquityG
DELAY 14:37 Vol 435,153 Op 17.89 N Hi 17.96 P Lo 16.93 P ValTrd  7546183
**GRA US Equity** ▽ | Edit | Options | Bookmarks |                G 6 - WR Grace

GRA US Equity ; WR GRACE & CO    Monthly  3/30/2001 - 8/5/2009

| Date | Total Market Cap | Shares Out | Last Price |
|---|---|---|---|
| 06/2004 | 406821280.0000 | 65.616 | 6.2000 |
| 05/2004 | 206035296.0000 | 65.616 | 3.1400 |
| 04/2004 | 187656208.0000 | 65.614 | 2.8600 |
| 03/2004 | 204715904.0000 | 65.614 | 3.1200 |
| 02/2004 | 186841792.0000 | 65.559 | 2.8500 |
| 01/2004 | 204542496.0000 | 65.559 | 3.1200 |
| 12/2003 | 168485392.0000 | 65.559 | 2.5700 |
| 11/2003 | 178319200.0000 | 65.559 | 2.7200 |
| 10/2003 | 209780000.0000 | 65.556 | 3.2000 |
| 09/2003 | 203224304.0000 | 65.556 | 3.1000 |
| 08/2003 | 220924496.0000 | 65.556 | 3.3700 |
| 07/2003 | 205148608.0000 | 65.543 | 3.1300 |
| 06/2003 | 289043200.0000 | 65.543 | 4.4100 |
| 05/2003 | 213669104.0000 | 65.543 | 3.2600 |
| 04/2003 | 171721808.0000 | 65.543 | 2.6200 |
| 03/2003 | 97003200.0000 | 65.543 | 1.4800 |
| 02/2003 | 160393488.0000 | 65.467 | 2.4500 |
| 01/2003 | 158429504.0000 | 65.467 | 2.4200 |
| 12/2002 | 128314808.0000 | 65.467 | 1.9600 |
| 11/2002 | 143372096.0000 | 65.467 | 2.1900 |
| 10/2002 | 113912104.0000 | 65.467 | 1.7400 |
| 09/2002 | 104746800.0000 | 65.467 | 1.6000 |
| 08/2002 | 140753408.0000 | 65.467 | 2.1500 |
| 07/2002 | 160425088.0000 | 65.480 | 2.4500 |
| 06/2002 | 196438896.0000 | 65.480 | 3.0000 |
| 05/2002 | 177449792.0000 | 65.480 | 2.7100 |
| 04/2002 | 222628496.0000 | 65.479 | 3.4000 |
| 03/2002 | 144053696.0000 | 65.479 | 2.2000 |
| 02/2002 | 147278304.0000 | 65.457 | 2.2500 |
| 01/2002 | 144658912.0000 | 65.456 | 2.2100 |
| 12/2001 | 101457600.0000 | 65.456 | 1.5500 |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2009 Bloomberg Finance L.P.
SN 639415 H264-207-2 06-Aug-2009 14:52:22

CC-BLG002184

**GRA** US $ F ↓   **17.1501** -.5599 D 1s                                          EquityG
DELAY 14:37 Vol 435,153 Op 17.89 N Hi 17.96 P Lo 16.93 P ValTrd  7546183
**GRA US Equity** ▽ |  Edit  |  Options  |  Bookmarks  |                 G 6 - WR Grace
                        GRA US Equity : WR GRACE & CO.    Monthly  3/30/2001 - 8/5/2009

| Date    | Total Market Cap | Shares Out | Last Price |
|---------|------------------|------------|------------|
| 09/2003 | 203224304.0000   | 65.556     | 3.1000     |
| 08/2003 | 220924496.0000   | 65.556     | 3.3700     |
| 07/2003 | 205148608.0000   | 65.543     | 3.1300     |
| 06/2003 | 289043200.0000   | 65.543     | 4.4100     |
| 05/2003 | 213669104.0000   | 65.543     | 3.2600     |
| 04/2003 | 171721808.0000   | 65.543     | 2.6200     |
| 03/2003 | 97003200.0000    | 65.543     | 1.4800     |
| 02/2003 | 160393488.0000   | 65.467     | 2.4500     |
| 01/2003 | 158429504.0000   | 65.467     | 2.4200     |
| 12/2002 | 128314808.0000   | 65.467     | 1.9600     |
| 11/2002 | 143372096.0000   | 65.467     | 2.1900     |
| 10/2002 | 113912104.0000   | 65.467     | 1.7400     |
| 09/2002 | 104746800.0000   | 65.467     | 1.6000     |
| 08/2002 | 140753408.0000   | 65.467     | 2.1500     |
| 07/2002 | 160425088.0000   | 65.480     | 2.4500     |
| 06/2002 | 196438896.0000   | 65.480     | 3.0000     |
| 05/2002 | 177449792.0000   | 65.480     | 2.7100     |
| 04/2002 | 222628496.0000   | 65.479     | 3.4000     |
| 03/2002 | 144053696.0000   | 65.479     | 2.2000     |
| 02/2002 | 147278304.0000   | 65.457     | 2.2500     |
| 01/2002 | 144658912.0000   | 65.456     | 2.2100     |
| 12/2001 | 101457600.0000   | 65.456     | 1.5500     |
| 11/2001 | 102112096.0000   | 65.456     | 1.5600     |
| 10/2001 | 109966904.0000   | 65.456     | 1.6800     |
| 09/2001 | 101457600.0000   | 65.456     | 1.5500     |
| 08/2001 | 106039496.0000   | 65.456     | 1.6200     |
| 07/2001 | 98840104.0000    | 65.457     | 1.5100     |
| 06/2001 | 114549800.0000   | 65.457     | 1.7500     |
| 05/2001 | 118476304.0000   | 65.456     | 1.8100     |
| 04/2001 | 107348704.0000   | 65.456     | 1.6400     |
| 03/2001 | 150461904.0000   | 65.418     | 2.3000     |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2009 Bloomberg Finance L.P.
                                                            SN 639415 H264-207-2 06-Aug-2009 14:52:47

CC-BLG002185