IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., *et al.* | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |

# DOCUMENT TO BE KEPT UNDER SEAL

**PLAN PROPONENTS' BRIEF IN SUPPORT OF PLAN CONFIRMATION RETARDING FEASIBILITY UNDER SEAL**

**Filed Under Seal Pursuant To the May 14, 2009 Protective Order: This envelope is sealed pursuant to an Order of this Court, and contains Confidential Information filed by the Plan Proponents and is not to be opened or the contents thereof displayed or revealed except by order of this Court or pursuant to a written agreement by and among the Parties to that certain April 2009 Protective Order.**

Dated: August 25, 2009

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446 - 4800
Facsimile: (212) 446 - 4900

and

PACHULSKI STANG ZIEHL & JONES LLP

_James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession