# Exhibit Long C

Long00023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| W. R. GRACE & CO.-CONN., ) | |
| ) | |
| Plaintiff, ) | Adversary No. 02-01657 |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA. ) | |
| ) | Hearing: December 17, 2007, 2:00 p.m. |
| Defendant, Third Party and ) | Agenda Item No. ____ |
| Joinder Plaintiff ) | |
| ) | |
| REAUD, MORGAN & QUINN, INC. and ) | Re: Docket Nos. 58, 106, 107, 112, 114 |
| ENVIRONMENTAL LITIGATION GROUP, P.C., ) | |
| ) | |
| Third-Party and Joinder ) | |
| Defendants ) | |

## ORDER AUTHORIZING DEBTORS' SETTLEMENT WITH NATIONAL UNION AND CLAIMANTS

Upon consideration of the "*Debtors' Motion for an Order Authorizing Settlement with National Union and Claimants*" (the "Motion"); and due and proper notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors,[1] their estates and creditors, it is hereby

ORDERED that the Motion is granted; and it is further

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

91100-001\DOCS_DE:132752.1

Long00024

ORDERED that the Debtors are hereby authorized to perform their obligations under the Agreement; and it is further

ORDERED that National Union Claim No. 9553 is allowed in the sums provided for in the Agreement; and it is further

ORDERED that the Claimants' Claims Nos. 103, 104, 13945, 13954, 14036 and 14053 are disallowed and expunged for all purposes; and it is further

ORDERED that upon payment by National Union of the Payment Amount, this Adversary Proceeding shall be dismissed; and it is further

ORDERED that the Debtors are authorized to take whatever other actions may be necessary to consummate the transactions contemplated by the Agreement; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order; and it is further

ORDERED that this Order is effective immediately upon its entry.

Dated: December 4, 2007

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
U. S. Bankruptcy Judge