| | | | |
|---|---|---|---|
| receivership 39:22 | rely 33:7 | 30:22 31:6,9,21 | sale 30:10 31:2 |
| receiving 21:10 | remains 33:15 | 47:13 55:11 | 35:10 |
| 65:13,15,17 | remarks 50:19 | review 5:10 20:6 | sale/leaseback 33:22 |
| recognized 22:5 | 67:23 | 21:14,24 23:20 | SANDLER 3:4 |
| 25:19 30:18 37:19 | render 60:23 | 43:18 52:5 | satellite 28:14,19 |
| 38:3,10 43:13 | rendered 58:13 | reviewed 36:15 | 29:12 33:3 49:10 |
| 56:19 57:17 | renders 37:14 | reviewing 47:18 | 50:23 60:9 |
| recollection 53:25 | renegotiate 66:6 | revised 29:18 60:8 | satellites 30:11 |
| 54:2 | renegotiation 66:3 | 64:20 66:13 69:5 | 34:11 51:22 52:3 |
| record 4:9,11 66:24 | reorganization | revision 67:9 | 55:22 |
| 68:5,7 72:10 | 39:23 41:7 | right 4:4 5:2,11 20:2 | satisfied 20:9,16 |
| recover 37:21 | report 32:15 33:5 | 36:5 38:10 40:10 | 44:3 |
| recoveries 45:16 | reported 72:8 | 42:21 69:3 70:20 | SatMex 31:23 |
| 46:5,8 | Reporter 72:6 | 71:2 | saw 27:15 33:23 |
| recovery 20:24 | reports 21:15 47:19 | rightful 21:13 | scheme 67:2 |
| 21:10,13 37:23 | representing 46:17 | rights 68:15 | Schwartz 3:9 21:17 |
| 38:8 39:11 41:25 | request 5:14 20:3 | risks 32:4 | 30:6,11,20 31:12 |
| 42:14,18,19,21 | 70:23 | risky 26:22 29:8 | 50:19 62:25 63:9 |
| 44:4 61:14 62:15 | require 25:12 | RML 53:4 | 64:2 |
| reduced 48:4 49:22 | required 21:2 62:2 | Road 45:18 | Schwartz's 30:24 |
| 49:24 57:16 59:8,9 | requirement 67:11 | ROBERT 1:23 | 31:6,25 32:13 |
| reducing 35:10 | requirements 20:9 | Robins 23:3 31:4,15 | 64:21 |
| reduction 57:15 | requires 41:5 | 47:8,13 48:8,12 | Sciences 24:16,17,21 |
| reference 32:23 51:6 | reserve 5:11 | 53:9,14,17,20 | scientists 34:10 |
| 51:8 54:7 | reserved 69:2 | Rock 39:12 | seal 4:10 5:19 61:19 |
| referred 33:3 38:24 | reserves 69:15 | Rodriguez 56:21 | sealed 5:23 |
| 58:18 59:14 70:7 | resolution 68:12 | ROSENTHAL 2:19 | seated 4:3 |
| refers 46:5 | 69:2 | ROSSMAN 2:16 | second 25:15 42:12 |
| reflect 26:19 | resolved 67:24 68:4 | roughly 27:4 30:21 | 43:14,21,23 44:5 |
| reflected 68:5 | 68:6 | 34:25 36:20 | 51:25 57:18,20 |
| refused 43:20 45:13 | respect 5:18 20:17 | row 61:4 | Secondly 64:17 |
| regard 26:4 34:20 | 28:7,25 49:16 | RUEGGOR 2:24 | second-tier 45:3 |
| 44:11 51:11,18 | 53:12 | rule 23:13 38:3,12 | Section 20:18 21:2 |
| 52:2 68:17 | respectively 22:2 | 39:5 41:3,21 56:20 | 32:6 37:16 38:4,5 |
| regarding 48:2 | 26:3 | 70:12 | 38:6 39:2 41:4,17 |
| regular 24:22 | respects 53:15 54:13 | Rules 32:7 | 43:4 46:4,7 67:12 |
| related 28:18 57:24 | result 33:2 57:12 | ruling 1:17 4:10,13 | 68:17 |
| 72:13 | 70:9 | 4:15,17 5:3,14 | sections 20:9,13,13 |
| relates 4:11 | resulted 54:17 59:7 | 20:3 | secured 39:9 46:9 |
| relatively 29:5 | results 53:2 54:10 | rulings 5:9 | 49:10,12 66:17 |
| relevance 59:23 | 55:25 | ——— S ——— | securities 59:25 |
| relevant 24:6 45:5 | retain 27:9 64:10,24 | | 60:12 |
| 58:22 | retained 21:16,25 | s 2:2 3:2,9,15,15 4:2 | Security 2:21 |
| reliable 24:10 32:5 | Retention 64:18 | 22:14 42:15 43:13 | see 33:13 39:5,11 |
| relied 32:11 41:17 | Revco 45:11 | 50:16 52:19 58:2 | 40:16 41:13 43:20 |
| 53:24 60:18 | revenue 24:23 30:19 | 59:25 61:21 | 44:8,14 53:2,3 |

| | | | |
|---|---|---|---|
| 55:25 56:13 57:18 65:4 66:22 | similarly 48:9 60:11 | 44:1 45:1 46:1 | sticking 65:8 |
| seeing 62:15 | simply 23:15 30:18 | 47:1 48:1 49:1 | stipulated 57:8 |
| seen 58:14 67:15 | sir 67:17,20 69:17 70:3 | 50:1 51:1 52:1 | STN 43:21 44:14,15 53:12 62:2 |
| segment 22:13 25:15 | situation 46:10 | 53:1 54:1 55:1 | stock 21:7 24:18 63:8,21 64:3,12,22 65:4,6,12 |
| segments 22:8 64:15 | situations 46:15 | 56:1 57:1 58:1 | |
| sell 28:12 34:22 | skewing 26:21 | 59:1 60:1 61:1 | |
| selling 34:12,24 | Skynet 30:10 63:17 63:21,23 66:11 | 62:1 63:1 64:1 | |
| Seminole 45:19 | | 65:1 66:1 67:1 | Stockholders 3:16 21:19 |
| senior 64:20 | slight 26:10 | 68:1 69:1 70:1 71:1 | |
| sense 31:8 54:23 65:3 | slightly 26:15 | special 34:7,9 | strategy 49:14 |
| separate 42:25 | slots 27:23 28:7,13 | specific 40:13 41:8 | STRAUSS 2:12 |
| seriously 34:5 | small 4:9 | Specifically 39:6 | Street 3:10 |
| serves 36:6 | softening 50:23 | spike 60:3 | strike 63:10 |
| service 29:19 | solar 52:2 | spread 28:2,21 | subject 58:8 70:22 |
| set 56:6 72:18 | solely 33:20 | spreads 64:15 | subordination 68:25 |
| settlement 62:16 66:4 | solvency 48:15 51:6 51:8 52:21,24 58:11,14 59:15,17 60:22 61:2 | ss 72:3 | subsequent 60:5 |
| Seventh 56:14 | | SS/L 22:14,22 23:2 23:14,17,19,22,24 24:8,13,16,20,24 25:7 27:12 30:8,15 30:21 31:3,7,8 33:15,16 34:4,10 34:12 35:24 36:4,7 36:13,20 37:5 42:4 42:6,8 66:5 | subsequently 30:14 |
| severe 55:21 | solvent 21:7 37:19 38:2 39:5,7 40:4 48:9,10,13,16 56:10 | | subsidiary 20:4 21:9 56:19 57:2,5,8 |
| SG&A 36:11 | | | substantial 25:11,12 60:16 |
| SHAI 2:8 | | | substantially 48:4 63:17 |
| shareholder 20:23 | | | |
| shareholders 21:12 37:20,23 38:9 42:14,19 45:14,17 46:2,18 62:15,20 65:13,16 | somewhat 5:4 24:8 26:21,23 42:3 50:18 61:6 | | substantive 63:4 |
| | | SS/L's 24:19 27:8,16 27:17,24,25 30:18 31:21 32:25 33:10 35:23 36:5,8,9,10 | success 44:17 |
| | SONNENSCHEIN 2:19 | | sufficient 44:17 |
| | | | suggesting 54:20 |
| | | | suggests 60:16 |
| sharply 55:19 | sorry 70:5 | standard 38:13 43:25 59:4 | summarize 21:21 |
| Shore 45:18 | sort 32:20 58:20 59:21 66:10 67:6 | | summer 60:6 |
| short 60:19 | | standing 43:9,12,17 43:25 44:2,7 45:3 45:6,14 46:11,18 61:10 62:4 | Supreme 38:21 |
| Shorthand 72:5 | source 24:23 | | sure 5:12 |
| shortly 32:24 63:24 | sources 27:13 34:15 | | surprising 59:10 |
| shot 35:4 | Southern 1:3 44:9 | | survive 30:13 |
| show 66:24 | so-called 32:15 41:25 51:25 58:17 | start 67:23 | swing 27:5 |
| showed 48:8,10 | | state 43:5 72:3,7 | Systems/Loral 1:18 |
| showing 52:3 55:4 | Space 1:6,17,18 4:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 | stated 44:15 63:7 | S.Ct 39:13 |
| shown 43:19 44:5 55:11 | | statement 20:7 67:8 | S.D.N.Y 53:6 |
| | | States 1:2,10 3:9,10 | **T** |
| signed 4:6,18 | | status 46:20 | T 3:15 72:2,2 |
| significant 31:17 44:22 51:24 54:18 62:13 | | stay 70:15,17,23 | take 54:24 |
| | | steady 24:22 | taken 32:3 54:24 60:13 |
| similar 59:23 64:8 | | stemmed 23:24 | talked 33:21 70:11 |
| similarities 24:15 | | STEPHEN 2:7 | tangentially 34:19 |

BENJAMIN REPORTING (212)374-1138   DOYLE REPORTING (212)867-8220
A VERITEXT COMPANY

CC-BLG004411

| | | | |
|---|---|---|---|
| technical 65:14 | 64:17 70:25 | trying 53:11 | unused 27:23 28:7 |
| technologies 35:12 | times 30:22 | TSEKERIDES 2:8 | 28:12 |
| technology 34:18 | timing 63:22 | turn 29:6 38:24 | unusual 58:7 |
| 35:8 | today 64:6 | turning 45:2 | upwards 29:19 |
| telling 60:6,12 | told 54:3 | two 5:3 22:7,24 23:3 | USA 43:22 |
| Telstar 52:8,10 | tonight 69:6 | 23:20 25:23 26:7 | use 35:9 41:5 |
| ten 4:16 | TONY 3:16 | 26:25 27:2 37:13 | useful 35:7 |
| tends 31:11 | total 29:22,25 | 38:3 44:11 50:18 | U.S 1:24 38:22 |
| term 42:2 60:19 | touchstone 39:21 | 53:25 54:12 69:25 | 39:12,16,25 67:25 |
| terminal 23:2,5 25:3 | Townsend 47:10,19 | type 31:3,10 | 68:4 |
| terms 63:8 66:16 | 48:19 50:2 54:2 | | |
| 69:14 | Townsend's 54:6 | **U** | **V** |
| test 38:6 | trading 59:24 60:3,4 | ultimate 56:7 | v 39:12 |
| testified 30:14 31:19 | 60:5,14,17,17 | ultimately 37:14 | vacuum 40:7 49:13 |
| 34:4 47:11,20,25 | traditional 22:4 | unable 28:12 | valuation 22:7,22 |
| 48:20,21 50:2 | 25:19 | uncertain 29:8 | 23:14,24,25 24:8 |
| 55:20 59:20 63:3 | traditionally 56:17 | uncertainties 25:8 | 25:13,16,20,24 |
| 64:2 | transaction 22:11 | uncertainty 49:5 | 26:7,9,11,14,22,24 |
| testimony 20:7 | 24:11 30:14 31:14 | uncontemplated | 27:3 28:25 29:4,4 |
| 21:15,17 24:14 | 31:15 35:17 50:20 | 56:6 | 29:18 30:13,15,25 |
| 27:17 32:17,18,19 | 51:11 57:25 | uncontroverted | 31:3,6,25 32:2,5,6 |
| 32:22 33:4 35:7 | transactions 24:7 | 35:6 | 32:10,13,20 33:6,9 |
| 36:9 54:6 58:18 | 25:21 | underlay 51:22 | 33:16 34:2 35:18 |
| 64:21 66:12 | transcript 1:14 5:10 | underlie 35:25 | 36:3,7 37:4 42:12 |
| thank 69:7,16,21 | 5:24 72:10 | underlying 25:4 | 42:18 47:5 53:9,18 |
| 70:21,24 71:2,3 | transfer 5:17 43:4,5 | underpinnings | 53:21 61:6,13 |
| THEODORE 2:8 | 43:10 45:7,15,16 | 33:23 | 63:11 64:13 67:3 |
| therewith 47:8 | 45:23,24 52:22 | understand 65:10 | valuations 23:18,20 |
| thing 30:7 | 53:8 55:25 56:4,18 | 70:24 | 25:5,17 26:4 35:16 |
| things 33:2 53:25 | 57:4,7 58:9 62:5 | understatement | 60:19 |
| 60:24 67:2 | transferred 51:4 | 54:18 | value 22:12,14,17,18 |
| think 69:13 70:11 | 55:8 | unduly 41:10 | 22:19 23:2,5,16,22 |
| thinks 32:11 | transponders 52:8 | unfulfilled 65:8 | 24:19,24,25 25:3 |
| third 44:6 53:4 | treasurer 51:13 | unholy 62:23 63:19 | 25:23 26:22 27:22 |
| thought 25:13 36:10 | treat 56:12 | 67:7 | 28:4,16,17,20 |
| thousand 35:2 | treatment 65:12 | United 1:2,10 3:9,10 | 29:23,24,25 30:7 |
| three 21:15,24 25:17 | treats 29:11 | unjustifiably 43:19 | 31:22 32:8 33:14 |
| 25:19 26:5,9,16 | trends 23:12 47:12 | unlikelihood 62:14 | 33:18 34:2,15 |
| 27:21 30:17 32:12 | trial 51:18 53:8 | unmatured 37:17 | 35:10,19 37:7 |
| 44:2 | 60:25 67:23 | unreasonable 53:3 | 54:18 56:3,4 57:11 |
| tied 65:4 | tried 51:6 54:19 | 56:2 | 57:14,14 58:4,21 |
| time 32:24 35:15 | trigger 49:8,11 | unsecured 2:13 21:8 | 58:25 59:24 60:3,4 |
| 47:10,11 48:11,19 | troubling 50:19 | 37:10,21,24 38:8 | 60:5,15 61:3 65:5 |
| 52:12,16,17,20 | true 72:10 | 38:10,16 39:8 42:7 | valued 28:8,22 |
| 54:5 55:24 56:3 | trustee 3:10 45:5 | 61:8 65:19 | values 60:17 |
| 57:3 58:6,22 62:10 | 68:2,4 | unsecureds 61:15,16 | valuing 22:5 |

CC-BLG004412

| | | | |
|---|---|---|---|
| Vanston 38:21 39:19 | WESTCHESTER 72:4 | $130 28:23 | 1124(3) 39:2 |
| variances 55:10 | Western 56:24 | $135 29:23 | 1129(a) 20:10,13,16 |
| variations 55:4 | we'll 69:4,6 | $143 28:6 | 1129(a)(11) 20:18 |
| versus 38:22 45:19 53:5 54:10 55:10 56:23 57:19 58:24 | WHEREOF 72:17 | $15 33:25 | 1129(a)(3) 21:2 67:12 |
| | Whitehall 3:10 | $152 28:22 | |
| | willing 65:22 | $180 27:12 | 1129(a)(7) 20:19 |
| | windfall 37:23 | $190.35 27:14 | 1129(a)(7)'s 38:5 |
| vetted 36:21 47:15 47:16 | withdrawn 68:13 | $202 22:18 | 1129(b) 32:6 41:4 |
| | witness 63:2 72:17 | $217 28:4 48:14 | 118 45:12 |
| victory 62:17 | WOLFSON 2:24 69:24 71:3 | $275 22:17 | 12 52:8 |
| view 27:6 29:6 35:23 36:2,8,10 39:18 41:10 45:15,23 46:3 60:2 64:4 65:6,22 66:8 67:8 | | $300 34:25 | 1221 2:22 |
| | word 25:9 | $39 57:16 | 1231 41:16 |
| | work 58:20 63:22 | $392 26:2 | 139 53:4 |
| | working 65:25 67:25 | $440 26:14 | 140 39:5 |
| | | $442.3 26:2 | 15 47:22 |
| viewed 49:13 50:7 56:17 57:22 | worth 30:21 33:12 | $470.6 26:2 | 150 27:18 29:24 |
| | wouldn't 59:17 | $5 28:9 | 155 53:4 |
| views 58:19 | write-off 59:2 | $50 28:8 | 156 38:22 |
| virtue 70:18 | written 58:20 59:16 | $97 22:19 | 16136 56:24 |
| | | $970 61:12 | 165 39:25 |
| **W** | **X** | | 187 45:19 |
| W 2:17 | x 1:4,8 | **0** | 19 5:19 |
| WACC 29:5,11 | Xonics 56:14 | 03-41709 1:6 | 1941 39:13 |
| WAISMAN 2:8 | XTAR 27:23 28:21 29:6,16,19 | 03-41710 1:6 | 1946 38:23 |
| wait 37:25 | | 03-41728 1:7 | 198 56:14 |
| waiting 65:2 | | 050276 36:16 | 1982 39:16 |
| Walrath 40:25 | **Y** | 050282 36:16 | 1985 43:22 |
| want 25:9 61:9 67:21 | Y 2:8 | | 1990 45:13 56:22 |
| | year 25:2,6 47:24 48:24 52:10 65:2 | **1** | 1991 40:10 |
| wanted 65:24 66:6 68:7 | | 1 23:8 | 1993 56:23,25 |
| | years 23:11 39:3 | 1st 39:15 | 1994 39:6 |
| wanting 61:17 | yield 66:18 | 1.1 38:18 | 1995 45:20 57:20 |
| wasn't 59:19 60:25 | York 1:3,11,11 2:6,6 2:14,14,22,22 3:11 3:11 44:10 45:20 72:3,7 | 1.48 31:2 | 1996 53:4 |
| waterfall 41:25 | | 10 28:19 | 1998 41:15 44:10 56:14 |
| way 24:6 30:24 32:21 72:15 | | 10(k)s 52:5 | |
| | | 10,768 39:5 | 1999 40:18 |
| weighing 46:24 | | 10004 1:11 3:11 | |
| weight 24:14 26:6 26:18 28:15 32:10 58:9,16 | **Z** | 10020 2:22 | **2** |
| | zero 28:15 | 10022 2:14 | 2d 53:5 |
| | | 10153 2:6 | 20 5:19 26:7 36:2,4 55:6 |
| weighted 23:25 26:9 29:2 | **$** | 105 55:2 | |
| | $108 28:23 29:4 | 11 20:5 40:4 41:6 47:23 52:10 61:21 65:6 | 2000 47:21 |
| weighting 24:4 26:5 26:7,8 | $114 28:5 | | 2001 42:16 43:2 47:6 47:21,23 50:21 51:3 53:14,21 54:9 54:10,15 55:7,12 |
| | $117 27:14 | | |
| WEIL 2:4 | $13 28:10 | 11th 56:22 | |
| went 29:19 | | 111 48:13 | |

| | | | |
|---|---|---|---|
| 55:16 58:23 | 380 53:5 | 726(a)(5) 38:6 40:11 | |
| 2002 40:24 41:17 | 39 49:24 | 41:18 | |
| 43:23 47:23 49:6 | | 767 2:6 | |
| 49:17 54:10 55:12 | **4** | 779 43:21 44:14 | |
| 55:19 59:5 60:6,8 | 4 39:6 | | |
| 2003 30:8 31:17,19 | 40 26:11,12 48:17 | **8** | |
| 32:16 53:6 54:11 | 411 41:14 | 837 45:20 | |
| 2004 40:23 41:3 | 43 36:20 | 841 56:14 | |
| 63:10 | 45 55:12 | 851 45:20 | |
| 2005 1:9 61:6,13,13 | 450 30:22 | 894 39:16 | |
| 72:19 | 459 39:16 | 895 56:21 | |
| 2008 25:2 | 468 45:12 | | |
| 21 5:19 36:11,19 | 475 45:12 | **9** | |
| 220 41:14 | 48 57:19 | 901 43:21 | |
| 223 44:9 | | 904 43:21 | |
| 229 57:14 | **5** | 905 44:14 | |
| 230 23:22 49:23 | 5 5:19 33:18 | 906 44:20 | |
| 237 40:8 | 50 27:10 | 92 53:4 | |
| 24 36:15 | 500 30:22 49:11 59:3 | 9281 45:18 | |
| 244 40:16 | 502(b)(2) 37:16 | 970 30:2 37:6 42:11 | |
| 249 53:5 | 510 39:13 68:17 | 42:17 | |
| 25 1:9 23:11 64:15 | 527 39:13 | | |
| 264 39:15 | 530 48:16 | | |
| 27 47:20 | 535 49:16 | | |
| 275 44:9 | 544 43:4 46:7 | | |
| 27989 40:23 | 550 46:5 | | |
| 282 44:9 | 590 2:14 | | |
| 285 41:16 | | | |
| | **6** | | |
| **3** | 6 42:4,9 | | |
| 3 23:8 | 60 26:8,18 | | |
| 3:00 1:9 | 61 39:13 | | |
| 30 24:3 26:11,11 | 623 57:19 | | |
| 61:13 | 638 57:19 | | |
| 310 43:23 | 64 43:23 | | |
| 312 39:12 | 675 39:13 | | |
| 315 41:2 | 678 40:17 | | |
| 321 41:2 | 679 39:15 | | |
| 328 48:13 | 685 39:13 | | |
| 329 38:22 39:25 | | | |
| 33 3:10 53:16,19 | **7** | | |
| 54:12,13 55:3,12 | 70 27:5 | | |
| 55:14 | 700 63:11 | | |
| 346 41:2 | 71 43:23 | | |
| 357 53:5 | 725 56:22 | | |
| 38 40:9 | 726 38:4 | | |

CC-BLG004414

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER DISALLOWING PROOF OF CLAIM NOS. 9159 AND 9168 TO THE EXTENT THEY ASSERT POST-PETITION INTEREST AT THE CONTRACT DEFAULT RATE**

Upon the Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (the "Objection") seeking entry of an order disallowing proofs of claim nos. 9159 and 9168 to the extent that they assert post-petition interest at the contract default rate in the 1998 and 1999 Credit Agreements[2] (collectively, the "Claims"); and due and proper notice of the Objection having been given; and all interested parties having been afforded an opportunity to be heard with respect to the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not defined herein shall have the meaning set forth in the Objection.

Objection and all relief related thereto; and it appearing that the Court has jurisdiction over this matter; and upon consideration of the matters set forth herein; and after due deliberation thereon; and good cause appearing therefor, it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Lenders are not entitled to post-petition interest at the contract default rate in the 1998 and 1998 Credit Agreements; and it is further

ORDERED that the Claims are disallowed to the extent they seek post-petition interest at the contract default rate in the 1998 and 1999 Credit Agreements; and it is further

ORDERED that the Lenders may amend their Claims consistent with the relief ordered herein; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Pittsburgh, Pennsylvania
Dated:_____, 2008

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

K&E 12981129.1

CC-BLG004416