IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) ) Jointly Administered ) |
| Debtors. | ) Hearing Date: Sept. 29, 2009, 10:30 a.m. EDT ) Objection Deadline: Sept. 11, 2009, 5:00 p.m. EDT |

### NOTICE OF FIREMAN'S FUND INSURANCE COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW COMPLETION OF DEBTORS' STATE COURT APPEAL FROM THE <u>EDWARDS</u> JUDGMENT AND RELATED RELIEF

TO:    All parties listed on the attached service list:

Fireman's Fund Insurance Company has filed the attached Motion for Relief from the Automatic Stay which seeks the following relief:  Entry of an order lifting the automatic stay of 11 U.S.C. § 362(a) to permit (i) the Texas Court of Appeals to reinstate the pending appeal in <u>W.R. Grace & Co. v. Clifton Aaron Edwards, et al.</u>, No. 06-00-00112-CV (Tex. App. - 6th Dist.), and to permit Debtors and the parties thereto to complete the proceedings in that appeal and obtain a ruling from the Texas Court of Appeals and, if further review is sought by any party, the Texas Supreme Court, and (ii) Fireman's Fund to:  set a reserve to cover any liability, claim asserted, suit, or judgment under the supersedeas bond issued on Grace's behalf in connection with the <u>Edwards</u> appeal; demand that Grace place Fireman's Fund "in funds" to the full extent of such reserve; file a lawsuit against Grace in any court of appropriate jurisdiction if Grace should fail to post collateral sufficient to cover such reserve; confess judgment against Grace in any such lawsuit; and execute against Grace's assets to satisfy any such judgment against Grace and in favor of Fireman's Fund.

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, 5400 USX TOWER, 600 GRANT STREET, PITTSBURGH, PENNSYLVANIA  15219, ON **SEPTEMBER 29, 2009 at 10:30 a.m prevailing EASTERN TIME**.

PLEASE TAKE FURTHER NOTICE THAT if you object to the Motion, you are required to file with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801, any objection to the attached Motion **on or before September 11, 2009 at 5:00 p.m. prevailing Eastern Time**.

At the same time, you must also serve a copy of the objection or response, if any, upon the following attorneys for Fireman's Fund:

| | |
|---|---|
| John D. Demmy (DE Bar No. 2802) | Mark D. Plevin |
| STEVENS & LEE, P.C. | Leslie A. Davis |
| 1105 North Market Street, 7th Floor | Tacie H. Yoon |
| Wilmington, DE 19801 | CROWELL & MORING, LLP |
| Telephone: (302) 425-3308 | 1001 Pennsylvania Avenue, NW |
| Telecopier: (610) 371-8515 | Washington, D.C. 20004 |
| Email: jdd@stevenslee.com | Telephone: (202) 624-2500 |
| | Telecopier: (202) 628-5116 |
| | Email: mplevin@crowell.com |
| | ldavis@crowell.com |
| | tyoon@crowell.com |

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 25, 2009          Respectfully submitted,

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Telecopier: (202) 628-5116
Email: mplevin@crowell.com
Email: ldavis@crowell.com
Email: tyoon@crowell.com

- 3 -

        Leonard P. Goldberger
        Marnie E. Simon
        STEVENS & LEE, P.C.
        1818 Market Street, 29th Floor
        Philadelphia, PA  19103-1702
        Telephone:  (215) 751-2864/2885
        Telecopier:  (610) 371-7376/8505
        Email:  lpg@stevenslee.com
        Email:  mes@stevenslee.com

        Attorneys for Fireman's Fund Insurance Company

8845193