IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
|  | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) |

**ORDER GRANTING FIREMAN'S FUND INSURANCE COMPANY'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW COMPLETION OF
DEBTORS' STATE COURT APPEAL FROM THE <u>EDWARDS</u> JUDGMENT AND
FOR RELATED RELIEF**

THIS MATTER having been presented to the Court upon the motion (the "Motion") of Fireman's Fund Insurance Company pursuant to 11 U.S.C. § 362(d)(1) for the entry of an order granting relief from the automatic stay to permit the Texas Court of Appeals to reinstate the pending appeal in <u>W.R. Grace & Co. v. Clifton Aaron Edwards, et al.</u>, No. 06-00-00112-CV (Tex. Ct. App. - 6th Dist.), to allow the parties thereto to proceed with the appeal and obtain a ruling from the Texas Court of Appeals and, if further review is sought by any party, the Texas Supreme Court, and further to allow Fireman's Fund to exercise fully its contractual remedies under the Indemnity Agreement, all as described in te h Motion; and the Court having considered the Motion, the brief in support of the Motion, any opposition to the Motion, and the arguments of counsel; and the Court having determined that good cause exists for entry of the requested order, it is hereby **ORDERED** as follows:

      1.      The Motion be and is hereby GRANTED;

      2.      The automatic stay is hereby lifted and modified to:

            a.      permit the Texas Court of Appeals to reinstate the pending appeal in <u>W.R. Grace & Co. v. Clifton Aaron Edwards, et al.</u>, No. 06-00-00112-CV

(Tex. Ct. App. - 6th Dist.), and to allow the parties thereto to proceed with the appeal and obtain a ruling from the Texas Court of Appeals and, if further review is sought by any party, the Texas Supreme Court; and

    b. permit Fireman's Fund to: set a reserve to cover any liability, claim asserted, suit, or judgment under the supersedeas bond issued on Grace's behalf in connection with the <u>Edwards</u> appeal; demand that Grace place Fireman's Fund "in funds" to the full extent of such reserve; file a lawsuit against Grace in any court of appropriate jurisdiction if Grace should fail to post collateral sufficient to cover such reserve; confess judgment against Grace in any such lawsuit; and execute against Grace's assets to satisfy any such judgment against Grace and in favor of Fireman's Fund.

  3. Counsel for Debtors shall serve this Order on: (i) the Office of the United States Trustee; (ii) counsel for the Official Committee of Asbestos Personal Injury Claimants; (iii) counsel for the Asbestos PI Future Claimants Representative; (iv) counsel for the Official Committee of Equity Security Holders; (v) counsel for Fireman's Fund; (vi) all parties listed on the Official Service List; and (vii) the Bankruptcy 2002 Notice List.

                _____
                Hon. Judith K. Fitzgerald
                United States Bankruptcy Judge

Date: _____

8845314