IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Hearing Date: Sept. 29, 2009, 10:30 a.m. EDT<br>Objection Deadline: Sept. 11, 2009, 5:00 p.m. EDT |

**DECLARATION OF LESLIE A. DAVIS IN SUPPORT OF FIREMAN'S FUND INSURANCE COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW COMPLETION OF DEBTORS' STATE COURT APPEAL FROM THE <u>EDWARDS</u> JUDGMENT AND FOR RELATED RELIEF**

I, Leslie A. Davis, declare as follows:

1. I am a licensed attorney in the State of Maryland and the District of Columbia and counsel at Crowell & Moring LLP, attorneys for Fireman's Fund Insurance Company, a creditor and party in interest in Debtors' case. I submit this Declaration in support of Fireman's Fund's Motion For Relief From The Automatic Stay To Allow Completion Of Debtors' State Court Appeal From The <u>Edwards</u> Judgment And For Related Relief.

2. Except as may be indicated below, I have personal knowledge of the facts stated herein, and could and would competently testify to them if called as a witness.

3. Exhibit A hereto is a true and correct copy of portions of the transcript of the deposition of Debtors' Rule 30(b)(6) designee, Richard Finke, held on May 13, 2009 in this bankruptcy case. I obtained this transcript from the court reporter who transcribed Mr. Finke's testimony.

4. Exhibit B hereto is a true and correct copy of portions of the transcript of the deposition of the ACC's Rule 30(b)(6) designee, Peter Van N. Lockwood, held on May 4,

2009 in this bankruptcy case. I obtained this transcript from the court reporter who transcribed Mr. Lockwood's testimony.

5. Exhibit C hereto is a true and correct copy of portions of the transcript of the deposition of the Asbestos PI Future Claimants Representative David Austern, held on May 15, 2009 in this bankruptcy case. I obtained this transcript from the court reporter who transcribed Mr. Lockwood's testimony.

6. Exhibit D hereto is a true and correct copy of the Supersedeas Bond no. 11127448824, filed in the District Court of Jefferson County, Texas in the matter styled Edwards v. Pittsburgh Corning, *et al.*, no. B-150,896(J). I obtained a copy of the Supersedeas Bond from the Clerk of the Texas Court of Appeals, Sixth Appellate District.

7. Exhibits E - Part 1 and E - Part 2 hereto are true and correct copies of the Declaration of Richard Kowalczyk In Support Of Motion By Fireman's Fund Insurance Company Pursuant To Bankruptcy Rule 3018 For Temporary Allowance Of Proof Of Claim No. 15175 and the exhibits thereto, filed in this bankruptcy case at Dkt. No. 21788.

8. Exhibit F hereto is a true and correct copy of the Declaration of Mike A. Hatchell In Support Of Motion By Fireman's Fund Insurance Company Pursuant To Bankruptcy Rule 3018 For Temporary Allowance Of Proof Of Claim No. 15175, filed in this bankruptcy case at Dkt. No. 21788.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2009, in Washington, D.C.

_Leslie A. Davis_
Leslie A. Davis

8847862