# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| W.R. GRACE & CO., *et al.*, | : |
| | : Case No. 01-1139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |
| | : |
| | : Related Doc. No. 21544, 22946 |

**FEDERAL INSURANCE COMPANY'S JOINDER TO THE OBJECTIONS OF GOVERNMENT EMPLOYEES INSURANCE COMPANY, REPUBLIC INSURANCE COMPANY, SEATON INSURANCE COMPANY, AND ONEBEACON INSURANCE COMPANY TO THE PLAN PROPONENTS' PHASE II COUNTER-DESIGNATIONS**

Federal Insurance Company ("Federal"), by and through its counsel, hereby joins the Objections of Government Employees Insurance Company, Republic Insurance Company, Seaton Insurance Company, and OneBeacon Insurance Company to the Plan Proponents Phase II Counter-Designations [Docket No. 22946], filed on August 24, 2009.

Respectfully submitted,
COZEN O'CONNOR

/s/ *Barry Klayman*
Barry M. Klayman (DE No. 3676)
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
(302) 295-2035 Telephone
(215) 701-2209 Facsimile

- and -

William P. Shelley (PA ID 40875)
Jacob C. Cohn (PA ID 54139)
Ilan Rosenberg (PA ID 89668)
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000 Telephone
(215) 665-2013 Facsimile

Dated: August 26, 2009            Attorneys for Federal Insurance Company