# EXHIBIT "D"

LAW OFFICES
## HALL, BLOCH, GARLAND & MEYER, LLP

ELLSWORTH HALL, III
F. KENNEDY HALL
BENJAMIN M. GARLAND
J. PATRICK MEYER, JR.
J. STEVEN STEWART
JOHN BURTON WILKERSON, JR.
DUNCAN D. WALKER, III
MARK E. TOTH
JOHN FLANDERS KENNEDY
TODD C. BROOKS
J. ELLSWORTH HALL, IV

1500 CHARTER MEDICAL BUILDING
577 MULBERRY STREET
P.O. BOX 5088

MACON, GEORGIA 31208-5088

TELEPHONE 912-745-1625
FACSIMILE 912-741-8822

J. E. HALL
(1876-1945)
CHARLES J. BLOCH
(1893-1974)
ELLSWORTH HALL, JR.
(1906-1984)

MIDTOWN OFFICE
2452 VINEVILLE AVENUE
MACON, GEORGIA 31204
FACSIMILE 912-741-3544

September 15, 1999



<u>Via Certified Mail - Return Receipt Requested</u>

Mr. Harry Fishel
Plant Manager
W. R. Grace & Company
213 Kaolin Road
Aiken, SC 29801

RE:   Lester F. Kirkland, Jr. vs. Norfolk Southern Railway Company;
      State Court of Bibb County, C/A No. 45273

Dear Mr. Fishel:

This firm represents Norfolk Southern Railway Company and I am writing to you with reference to the above-identified lawsuit which has been filed by Plaintiff Lester Kirkland against Norfolk Southern, a copy of which is enclosed herewith for your ready reference.

As you will note from Plaintiff's allegations of fact in the Complaint, he alleges that on two occasions he slipped from a slick and dangerous substance which covered the rail car on which he was working and he fell and injured his neck and back. At his deposition, Plaintiff testified that the cars he was working on were loaded with kaolin by Grace employees at the W. R. Grace plant. He testified that the cars were overloaded and the kaolin spilled out all over the cars, however, W. R. Grace & Company did not blow off the cars or otherwise clean them as they are supposed to do and, that the presence of the excess kaolin overspill caused him to slip.

The agreement of December 15, 1980 between Southern Railway Company, Norfolk Southern's successor, and W. R. Grace & Company, provided in Section 10(b) that W. R. Grace & Company "shall be solely responsible, and shall bear all costs, expense and liability resulting from...personal injury...caused solely by the negligence of Licensee [W. R. Grace & Company]...or by a violation by licensee or its agents or employees of the terms of this agreement....".

Section 18 of this agreement provides that "Licensee [W. R. Grace & Company] will maintain said Facility at all times during the life of this agreement in such condition that said Facility or the use thereof by licensee shall not be or become an obstruction to, or interference with, the safe and proper maintenance of said industrial track, or railroad operations upon said

LAW OFFICES
**HALL, BLOCH, GARLAND & MEYER, LLP**

Mr. Harry Fishel
Plant Manager
September 15, 1999
Page 2

---

track, or endanger life or limb of employees of Company or other persons on or about said track."

A full copy of the December 15, 1980 agreement is also enclosed herewith for your ready reference.

In view of the facts as alleged by Plaintiff in his Complaint and more fully developed upon his deposition, it seems clear that the proximate cause of Plaintiff's injury was the act of W. R. Grace & Company's employees in overfilling the kaolin cars and their failure to remove the overfill kaolin from the platform on the cars where the railroad employees have to walk.

I am therefore writing to request that W. R. Grace & Company assume the defense of this action and accept the responsibility for handling, settling or otherwise handling this lawsuit pursuant to the terms of the December 15, 1980 indemnity agreement.

If you or your counsel have additional questions with reference to this matter, please advise.

Thanking you, I am

       Sincerely,

       Hall, Bloch, Garland & Meyer

       By:

       Benjamin M. Garland

BMG/sj
Enclosures

cc: M. S. Block
   R. A. Wells
   T. D. Barton
   J. D. Hollis
   KIRKLL012398HR

(182612)

## PERSONAL INJURY REPORT

REPORT DATE: 1-23-98                                    TRANSPORTATION DEPARTMENT
REPORT TIME ( ____ AM) or ( 2:40p PM)                   Piedmont DIVISION

Train No. (if applicable) P22 P0     Is this incident related to a Train or Crossing Accident? [ ] Yes [✓] No

TO: Supervisory Officer: Mr. Chapman     FROM: Injured Employee: L.E. Kirkland Jr    Employee SS No.: 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

INCIDENT DATE: 1-23-98                  INCIDENT TIME: ( ____ AM) or ( 1:40p PM)

LOCATION: Select one: Line of Road ✓  Terminal ____ Shop or Office Building ____ Off Railroad Property ____

INCIDENT CITY: Warrenville    STATE: S.C.    MILEPOST: (If applicable) R 179.7

WEATHER: Select one: Clear ____ Cloudy ____ Rain ✓ Fog ____ Sleet ____ Snow ____ Does Not Apply ____ (Injury Occurred Indoor)

VISIBILITY: Select one: Dawn ____ Day ✓ Dusk ____ Dark ____ Indoors-Dark ____ Indoors-Dim ____ Indoors-Normal ____ Indoors-Other ____

TEMPERATURE: ( 58 PLUS) or ( ____ MINUS)

HEIGHT: 5 FT. 9 IN.  WEIGHT 150 LBS.   OCCUPATION Conductor

REST DAYS: Select all that apply: Monday ____ Tuesday ____ Wednesday ____ Thursday ____ Friday ____ Saturday ✓ Sunday ✓ None ____

ASSIGNMENT: REGULAR ✓  RELIEF ____  EXTRA ____

ON DUTY: [✓] Yes [ ] No     HOURS ON DUTY AT TIME OF INCIDENT  6'45"

SAFETY ATTIRE WORN: Select all that apply: Head ____ Eye ✓ Hearing ✓ Respiratory ____ Foot ✓ Hand ✓ Other ____ None ____

WAS ANY TYPE OF EQUIPMENT INVOLVED? [✓] Yes [ ] No   STATIONARY ✓   MOVING ____

EQUIPMENT TYPE: Select one: Freight ✓ Passenger ____ Mixed ____ Work ____ Yard Switching ____ Light Locos ____ M/W Equipment ____ None ____

INITIAL AND NUMBER: ____

WITNESS NAMES                                                  ADDRESSES

DO YOU DESIRE MEDICAL ATTENTION AT THIS TIME?  [ ] Yes [✓] No

DESCRIBE WHAT HAPPENED - GIVE SPECIFIC, DETAILED INFORMATION: While releasing handbrake on covered hopper loaded with clay, slipped on clay on hopper and fell to ground.

SIGNATURE OF EMPLOYEE: L.E. Kirkland Jr.

Distribution: Original to Supervisory Officer
Photocopy to Injured Employee



205

# PERSONAL INJURY REPORT

REPORT DATE: 1-26-98

REPORT TIME: (____ AM) or (1:00 PM)

_____ TRANSPORTATION DEPARTME
_____ Piedmont DIVISI

Train No. (if applicable) P2280   Is this incident related to a Train or Crossing Accident? [ ] Yes [✓] No

TO: Supervisory Officer: TRAINMASTER MR. CHAPMAN
FROM: Injured Employee: L.E. Kirkland   Employee 250-84   SS No.: 2831

INCIDENT DATE: 1-26-98   INCIDENT TIME: (____ AM) or (12:10P PM)

LOCATION: Line of Road ✓  Terminal ___ Shop or Office Building ___ Off Railroad Property ___

INCIDENT CITY: Aiken, S.C.   STATE: S.C.   MILEPOST: SA 57.3

WEATHER: Clear ✓  Cloudy ___ Rain ___ Fog ___ Sleet ___ Snow ___ Does Not Apply ___ (Injury Occurred Ind...

VISIBILITY: Dawn ___ Day ✓ Dusk ___ Dark ___ Indoors-Dark ___ Indoors-Dim ___ Indoors-Normal ___ Indoors-Other ___

TEMPERATURE: (45° PLUS) or (____ MINUS)

HEIGHT: 5 FT. 8 IN.   WEIGHT: 150 LBS.   OCCUPATION: Conductor

REST DAYS: Monday ___ Tuesday ___ Wednesday ___ Thursday ___ Friday ___ Saturday ✓ Sunday ✓ None

ASSIGNMENT: REGULAR ✓  RELIEF ___ EXTRA ___

ON DUTY: [✓] Yes [ ] No   HOURS ON DUTY AT TIME OF INCIDENT: 5'10"

SAFETY ATTIRE WORN: Head ___ Eye ✓ Hearing ✓ Respiratory ___ Foot ✓ Hand ✓ Other ___ None ___

WAS ANY TYPE OF EQUIPMENT INVOLVED? [✓] Yes [ ] No   STATIONARY ✓  MOVING ___

EQUIPMENT TYPE: Freight ✓ Passenger ___ Mixed ___ Work ___ Yard Switching ___ Light Locos ___ M/W Equipment ___ None ___

INITIAL AND NUMBER: NS 245061

WITNESS NAMES | ADDRESSES
C.J. Sharpe | 1224 Blackville Ct, Gaston, S.C. 2905.
T.W. Connelly | 3384 Calhoun St, Branchville S.C. 29432

DO YOU DESIRE MEDICAL ATTENTION AT THIS TIME? [✓] Yes [ ] No

DESCRIBE WHAT HAPPENED - GIVE SPECIFIC, DETAILED INFORMATION: Pulled 7 loads from W.R. Grace plant in Aiken, S.C. Brought all 7 loads which were covered in clay back to Aiken and ran around cars in house track to take to Warrenville S.C. to be set off. While applying handbrakes on cars conductor slipped on NS 245061 and twisted or tore or pulled something in lower back. Brakeman C.J. Sharpe saw incident.

SIGNATURE OF EMPLOYEE: L.E. Kirkland Jr.



Distribution: Original to Supervisory Officer
Photocopy to Injured Employee

206