# EXHIBIT "E"

1    Q    What was the condition of the loaded cars, as far as
2    clay on them?
3    A    Just covered in clay, just all over.
4    Q    How much? Tell us what you mean when you say it's
5    covered in clay.
6    A    Well, on the top it might be six or eight inches, on
7    the grab irons and the platforms where we stand and stuff, it
8    might be an inch, inch -- you know, on the little grab irons,
9    that are real thin like this, you know, it won't pile up high,
10   it will fall off, but it will get up like that. But then on
11   the inside of the car where there is a base for it to pile up,
12   it would pile up a foot high.
13   Q    Was this unusual to have this much clay on the cars?
14   A    It was -- that was a bad time, but it was like that
15   all the time.
16   Q    How long had it been going on like that?
17   A    Ever since I had been there in '91.
18   Q    Can you tell us a little bit -- you were the
19   conductor on the job, weren't you?
20   A    Yes, sir.
21   Q    Aren't you responsible for the job?
22   A    Yes, sir, I am.
23   Q    Well, did you consider this clay on the cars to be a
24   safety hazard?
25   A    Yes, sir, I did.

1   A   No, sir.

2   Q   So what did you do then?

3   A   Usually, the clay and stuff gets up in there and gums it up, and so you can wiggle it and play with it, and try to get it loosened. You can turn it with your hand, you try the quick release a couple of times, if it won't let the chain down, which releases the brake, then you can try to turn the wheel. So I tried to pull the wheel off, and I couldn't move it. So then I tried to pull it back on, you know, wiggle it, try to put some more on it, and I couldn't move it that way, either, it was just stuck.

12   Q   You were trying to -- you thought if you could move it back and forth that would get it free?

14   A   Right. And break whatever was gummed up in there loose.

16   Q   Is that something you have done before?

17   A   Yes, sir.

18   Q   Tell us what happened.

19   A   I couldn't get it either way. I couldn't move it, it was just like stuck. And so I pulled the quick release again, you know, couldn't get it to do anything, so I grabbed the brake wheel, and I was pulling it toward me again, to see if I could manually pull it off, and when I did I slipped off the car. I mean, just like that, I mean, my hand -- my foot went that way, my hand went this way, and the next thing you

1  Q   Did you all get your train fixed?

2  A   Yes, sir, about -- probably took a couple of hours,
3  and shop truck got there and fixed the engine.

4  Q   When Mr. Chapman -- when you finally had him down
5  there at the plant, and you said, let's go down and see where
6  the problem is, and he said, I have seen enough, I mean, was
7  that anything new?

8  A   No, sir.

9  Q   When you got your engine fixed did you all go ahead
10 to W. R. Grace?

11 A   Yes, sir. We went down to the plant and got ready
12 to start switching. We put our empties out on the main line
13 like I always do, and then we started in with the engine. And
14 when we started coupling these loads -- there were seven loads
15 to come out, and they were just covered. I mean, they -- it
16 was just bad, covered. And I stopped Chris, I said, hold up,
17 hold up, I said. I told Tommy -- I said, just stop, Tommy. I
18 said, take your break, Tommy. I said, Tommy, call Trainmaster
19 Chapman on the radio and tell him to come back around here.
20 Well, he called two or three times and he couldn't get him.
21 He had gone to the depot, and I guess he was in the depot
22 making phone calls. So I went in there and called on the
23 phone and got the dispatcher to call him on the phone at Aiken
24 depot and told him to come back around to Grace, that we had a
25 problem.

1   blow a couple of the grab irons off and a steel step where
2   they can get -- at least get up on the car. Chris looked at
3   Mr. Chapman, he said, what about all this clay piled up in
4   there that's a foot deep. He says, it's blows right off --
5   right on us, gets in our faces and everything, and then it
6   covers the grab irons again. So Mr. Wood says, well, you
7   know, I will look into it. So he walks off, goes back into
8   the plant. You want me to continue?
9       Q   Yes, sir.
10      A   Then I look at Mr. Chapman, and I said, well, what
11  do I do now, Mr. Chapman, I says, here's the cars, here's the
12  problem, I said, it's covered in clay. I said, best thing we
13  can do is just leave the cars sitting right here until they
14  clean them up. He said, this is a good customer, you are
15  going to switch this place. I said, you want me to switch
16  this place. He said, yes, you have got to switch them, got in
17  his car drove off. Me and Chris sat there going, what can you
18  do, I mean, what could I do.
19      Q   Did you switch them?
20      A   Yes, sir.
21      Q   Get them out of there okay?
22      A   Yes, sir.
23      Q   Where did you take them?
24      A   Went back to Aiken depot with them.
25      Q   And what did you do when you got to Aiken depot?

1   A   We were getting ready to take them down to
2   Warrenville, so we had to get our engine around them, so we
3   have to get down and tie some brakes. So Chris got down, I
4   got down, and then we got up and started mounting the cars.
5   And Chris got the first brake and I walked back there and got
6   the second brake, about that time Chris was coming back. I
7   mounted the car, got up on the platform, and was putting the
8   brake on and slipped again. My foot -- my right foot slipped
9   on that clay and pulled down and I almost fell off the car,
10  but I didn't. I grabbed myself and I was about to cry. And
11  Chris come walking up, and I said, Chris, I hurt myself bad, I
12  said, something ain't right. I said, something in my back is
13  not right. And I eased around, and he helped me down off the
14  car. And I told him, I said, get Tommy Connolly off the
15  engine and come on in the depot, and we will call Mr. Chapman
16  again.
17  Q   And did you all call him again?
18  A   Yes, sir.
19  Q   Did he come?
20  A   Yes, sir.
21  Q   And tell us what happened when he got there.
22  A   He walks in the depot and Tommy and Chris and I are
23  standing there, and he says, what now.
24  A   And I said, Mr. Chapman, I have hurt myself on this
25  second load out here. I said these cars are covered with

1  particular order, so you will have to explain them to me, to
2  us. Let me show you Exhibit Number 15, show us where the --
3      A    This is just a car, a hopper car, and it's supposed
4  to be clean, but the commodity -- the stuff is supposed to be
5  in the car, not on the car, and it gets all over the knuckles,
6  the couplers --
7      Q    That's all this white stuff?
8      A    All this white stuff, this is clay. All this stuff
9  in here is clay, all this build up, like six or eight inches.
10 All this is clay, clay on these grab irons, that's where you
11 would come across from this side and step, this is where you
12 would step, covered in clay. This is the type of clay that
13 was building up on the cars and blowing all over us, and all
14 in our faces and all over the stuff that we were climbing on.
15     Q    What we are seeing here, this is after you all have
16 pulled these cars for how far, how many miles?
17     A    Four miles, bouncing and pulling them with the wind
18 blowing, and that's what is left after four miles.
19     Q    Was it worse than this when you first picked them
20 up?
21     A    Yes, sir.
22     Q    Exhibit Number 18, again, is that a view of --
23     A    That's a different car, it's just pictures of the
24 seven cars, and it's all up in here, caked up in there, and it
25 blows off and it would get all in the walkway -- see all this

1  A    Yes, sir, sometimes it would and sometimes it would
2  not.
3  Q    How many times you reckon you talked to Mr. Wood?
4  A    A bunch. I -- a lot.
5       MR. GARLAND: That is all I have.
6                    REDIRECT EXAMINATION
7  BY MR. WETTERMARK:
8  Q    Mr. King, you don't know anything about running a
9  kaolin loading facility, do you?
10 A    No, sir.
11 Q    And, I guess, the people at W. R. Grace, they don't
12 really know anything about what trainmen do on the trains
13 after they leave there?
14 A    No, sir.
15 Q    The responsibility for making sure that the trainmen
16 have safe coupler or safe grab irons and safe platforms to
17 stand on, that is the railroad's responsibility --
18      MR. GARLAND: I object to him leading his own
19      witness, Your Honor. Object to that.
20      THE COURT:    Rephrase your question.
21 Q    MR. WETTERMARK:    Who is responsible between --
22 who is responsible for making sure that trainmen have safe
23 equipment to work on?
24 A    Norfolk Southern Corporation.
25 Q    Sure.

```
1   slick into words, but can you describe for the members of the
2   Jury, just to the best of your ability, what it was like to
3   try to work on a car where the grab irons and the footholds
4   and walkways were coated with the kaolin?
5        A    It would be slick, like maybe pouring oil on them,
6   and trying to step on them.
7        Q    Is it slick even when it's dry?
8        A    Yes.
9        Q    How about when it's wet?
10       A    It's worse, more slick when it's wet.
11       Q    I asked you if you considered it a safety problem;
12  did you consider it a safety problem?
13       A    Yes.
14       Q    Did you try to get something done about it?
15       A    Yes.
16       Q    What?
17       A    Usually we would tell the agent, the local agent.
18       Q    Who was that?
19       A    That would have been Mr. Jimmy King.
20       Q    He was the agent at the Aiken depot?
21       A    Aiken depot, that's our local agent.
22       Q    Who else did you talk with?
23       A    Would talk with Trainmaster John Mass.
24       Q    He was the trainmaster at that time?
25       A    Right.
```

1    Q    Is he a company official?
2    A    Yes.
3    Q    Is he over you?
4    A    Yes.
5    Q    Anybody else that you can remember talking to?
6    A    And the supervisor at the plant.
7    Q    You actually talked to the people at Grace?
8    A    Yes.
9    Q    Was anything ever done about the clay being on the
10   cars?
11   A    Once in a while.
12   Q    Explain what you mean by that.
13   A    If you got on them and -- or told your boss to get
14   them to clean the cars off, they would clean them off, or try
15   to, as much as they could.
16   Q    For how long?
17   A    A day or two.
18   Q    And then what would happen?
19   A    Then it would go back to the same piling up, not
20   cleaning them off.
21   Q    Can you give us your best judgement, how often did
22   you personally talk with someone from the railroad about the
23   situation down there at Grace with the clay on the cars?
24   A    How often?
25   Q    Yes.  Were you doing it once a day, once a week,

1  look, they didn't blow that car good enough, do it again?  Did
2  you ever do that?
3      A    I didn't understand the question.
4      Q    Was it ever an occasion when you would go to Mr.
5  Woods and say they didn't blow these cars off at all, and he
6  would say, well, just leave them there a minute and let us get
7  somebody out there to do it?  Did that ever happen?
8      A    No.
9      Q    Would he not be there, or why wouldn't you report it
10 to him, if there was some clay left on the cars?
11     A    I would.
12     Q    Oh, you would.  But would he just say he wasn't
13 going to blow it anymore?
14     A    Right.
15     Q    Had it already gone through the little blower?
16     A    If at all.
17     Q    Has the blower always been there?
18     A    Not always.
19     Q    Do you remember when they installed the blowing
20 mechanism?
21     A    No, I don't.
22     Q    Did they have any way to blow it off before then, or
23 do you know?
24     A    They used to wash it off with water.
25     Q    Did they decide blowing was better?