# EXHIBIT "F"

PAC 658006v.1

# PERSONAL INJURY REPORT

**REPORT DATE:** 1-23-98
**REPORT TIME:** (____ AM) or (2:40P PM)

**_Transportation_ DEPARTMENT**
**_Piedmont_ DIVISION**

**Train No.** (if applicable) P22P0   Is this Incident related to a Train or Crossing Accident? [ ] Yes [✓] No

**TO: Supervisory Officer:** Mr. Chapman
**FROM: Injured Employee:** L.E. Kirkland Jr.   **Employee SS No.:** 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

**INCIDENT DATE:** 1-23-98   **INCIDENT TIME:** (____ AM) or (1:40P PM)

**LOCATION:** Select one: Line of Road ✓  Terminal ___ Shop or Office Building ___ Off Railroad Property ___

**INCIDENT CITY:** Warrenville   **STATE:** S.C.   **MILEPOST:** (if applicable) R 179.7

**WEATHER:** Select one: Clear ___ Cloudy ___ Rain ✓ Fog ___ Sleet ___ Snow ___ Does Not Apply ___ (Injury Occurred Indoors)

**VISIBILITY:** Select one: Dawn ___ Day ✓ Dusk ___ Dark ___ Indoors-Dark ___ Indoors-Dim ___ Indoors-Normal ___ Indoors-Other ___

**TEMPERATURE:** (58 PLUS) or (____ MINUS)   **OCCUPATION:** Conductor

**HEIGHT:** 5 FT. 9 IN.   **WEIGHT:** 150 LBS.

**REST DAYS:** Select all that apply: Monday ___ Tuesday ___ Wednesday ___ Thursday ___ Friday ___ Saturday ✓ Sunday ✓ None ___

**ASSIGNMENT:** REGULAR ✓  RELIEF ___ EXTRA ___

**ON DUTY:** [✓] Yes [ ] No   **HOURS ON DUTY AT TIME OF INCIDENT** 6'45"

**SAFETY ATTIRE WORN:** Select all that apply: Head ___ Eye ✓ Hearing ✓ Respiratory ___ Foot ✓ Hand ✓ Other ___ None ___

**WAS ANY TYPE OF EQUIPMENT INVOLVED?** [✓] Yes [ ] No   **STATIONARY** ✓   **MOVING** ___

**EQUIPMENT TYPE:** Select one: Freight ___ Passenger ✓ Mixed ___ Work ___ Yard Switching ___ Light Locos ___ M/W Equipment ___ None ___

**INITIAL AND NUMBER:** _____

**WITNESS NAMES**                         **ADDRESSES**

**DO YOU DESIRE MEDICAL ATTENTION AT THIS TIME?** [ ] Yes [✓] No

**DESCRIBE WHAT HAPPENED - GIVE SPECIFIC, DETAILED INFORMATION:** While releasing handbrake on covered hopper loaded with clay, slipped on clay on hopper and fell to ground.

**SIGNATURE OF EMPLOYEE:** L.E. Kirkland Jr.

Distribution: Original to Supervisory Officer
Photocopy to Injured Employee


PLAINTIFF'S EXHIBIT

205