# EXHIBIT "G"

PAC 658006v.1

# PERSONAL INJURY REPORT

**REPORT DATE:** 1-26-98
**REPORT TIME:** ( ___ AM) or ( 1:00 PM)
**Department:** TRANSPORTATION
**Division:** Piedmont

**Train No. (If applicable):** P22P0
**Is this incident related to a Train or Crossing Accident?** [ ] Yes [✓] No

**TO: Supervisory Officer:** TRAINMASTER MR. Chapman
**FROM: Injured Employee:** L.E. Kirkland
**Employee:** 250-84
**SS No.:** 2831

**INCIDENT DATE:** 1-26-98
**INCIDENT TIME:** ( ___ AM) or ( 12:10 PM)

**LOCATION:** Select one: Line of Road ✓  Terminal ___ Shop or Office Building ___ Off Railroad Property ___

**INCIDENT CITY:** Aiken, S.C.
**STATE:** S.C.
**MILEPOST (If applicable):** SA 57.3

**WEATHER:** Clear ✓  Cloudy ___ Rain ___ Fog ___ Sleet ___ Snow ___ Does Not Apply ___ (Injury Occurred Ind.)

**VISIBILITY:** Dawn ___ Day ✓ Dusk ___ Dark ___ Indoors-Dark ___ Indoors-Dim ___ Indoors-Normal ___ Indoors-Other ___

**TEMPERATURE:** ( 45° PLUS) or ( ___ MINUS)

**HEIGHT:** 5 FT. 8 IN. **WEIGHT:** 150 LBS. **OCCUPATION:** Conductor

**REST DAYS:** Monday ___ Tuesday ___ Wednesday ___ Thursday ___ Friday ___ Saturday ✓ Sunday ✓ None ___

**ASSIGNMENT:** REGULAR ✓ RELIEF ___ EXTRA ___
**ON DUTY:** [✓] Yes [ ] No    **HOURS ON DUTY AT TIME OF INCIDENT:** 5'10"

**SAFETY ATTIRE WORN:** Head ___ Eye ✓ Hearing ✓ Respiratory ___ Foot ✓ Hand ✓ Other ___ None ___

**WAS ANY TYPE OF EQUIPMENT INVOLVED?** [✓] Yes [ ] No    **STATIONARY** ✓   **MOVING** ___

**EQUIPMENT TYPE:** Freight ✓ Passenger ___ Mixed ___ Work ___ Yard Switching ___ Light Locos ___ M/W Equipment ___ None ___

**INITIAL AND NUMBER:** NS 245061

**WITNESS NAMES**
C.J. Sharpe
T.W. Connelly

**ADDRESSES**
2905 1224 Blackville Ct. Gaston, S.
3384 Calhoun St. Branchville
S.C. 29432

**DO YOU DESIRE MEDICAL ATTENTION AT THIS TIME?** [✓] Yes [ ] No

**DESCRIBE WHAT HAPPENED - GIVE SPECIFIC, DETAILED INFORMATION:** Pulled 7 loads from W.R. Grace plant in Aiken, S.C. Brought all 7 loads which were covered in clay back to Aiken and ran around cars in house track to take to Warrenville S.C. to be set off. While applying handbrakes on cars Conductor slipped on NS 245061 and twisted or tore or pulled something in lower back. Brakeman C.J. Sharpe saw incident.



**SIGNATURE OF EMPLOYEE:** L.E. Kirkland Jr.

**Distribution:** Original to Supervisory Officer
Photocopy to Injured Employee

206