# EXHIBIT "H"

PAC 658006v.1

Blumberg No. 5113
PLAINTIFF'S EXHIBIT

PLAINTIFF'S
EXHIBIT

PLAINTIFF'S
EXHIBIT

PLAINTIFF'S
EXHIBIT
27

PLAINTIFF'S
EXHIBIT

PLAINTIFF'S EXHIBIT 20





PLAINTIFF'S EXHIBIT NO. 30



PLAINTIFF'S EXHIBIT NO. 31



PLAINTIFF'S EXHIBIT NO. 32

PLAINTIFF'S EXHIBIT NO. 33



PLAINTIFF'S EXHIBIT NO. 34