## CERTIFICATE OF SERVICE

I, Etta R. Wolfe, hereby certify that on this 26th day of August 2009, I caused a true and correct copy of the foregoing **Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed by Norfolk Southern Railway** to be served upon the individuals listed on the attached service list via first class mail, postage pre-paid.

Under penalty of perjury, I declare the foregoing is true and correct.

_____
Etta R. Wolfe (No. 4164)