# W.R. GRACE & CO., et al.
## NOTICE PARTIES SERVICE LIST

(Co-counsel for the Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis LLP
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611

(Co-counsel for the Debtors)
Janet S. Baer PC
Law Offices of Janet S. Baer PC
70 West Madison Street, Suite 2100
Chicago, IL 60602

(Co-counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

(Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

(Official Committee of Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph PA
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899

(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

(Official Committee of Personal Injury Claimants)
Marla Rosoff Eskin, Esquire
Campbell & Levine LLC
800 King Street, Suite 300
Wilmington, DE 19801

(Official Committee of Equity Security Holders)
Thomas Moers Mayer, Esquire
Robert T. Schmidt, Esquire
Amy Caton, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

(Official Committee of Equity Security Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1397

(Future Claimants' Representative)
Richard H. Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

W.R. GRACE & CO., et al.
NOTICE PARTIES SERVICE LIST

(Future Claimants' Representative)
John C. Phillips, Jr., Esquire
Phillips Goldman & Spence PA
1200 North Broom Street
Wilmington, DE 19806

Office of the United States Trustee
David Klauder, Esquire
844 N. King Street
Wilmington, DE 19801

(Property Damage Future Claimants' Rep.)
Karl Hill, Esquire
Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

(Property Damage Future Claimants' Rep.)
Alan B. Rich, Esquire
Law Office of Alan B. Rich, Esquire
1201 Main Street, Suite 1910, LB 201
Dallas, TX 75202