**EXHIBIT A**

| Interim Period | Dates Included | Fees for Fee App. Prep. | Total Fees |
|---|---|---|---|
| 1st | 4/12/01 - 6/30/01 | 16,007.50 | 369,873.75 |
| 2nd | 7/1/01 - 9/30/01 | 23,039.00 | 204,923.50 |
| 3rd | 10/1/01 - 12/31/01 | 15,047.50 | 329,842.00 |
| 4th | 1/1/02 - 3/31/02 | 18,113.50 | 267,170.20 |
| 5th | 4/1/02 - 6/30/02 | 13,182.00 | 245,259.00 |
| 6th | 7/1/02 - 9/30/02 | 12,170.50 | 280,471.77 |
| 7th | 10/01/02 - 12/31/02 | 18,057.00 | 171,108.00 |
| 8th | 1/1/03 - 3/31/03 | 17,693.50 | 224,358.50 |
| 9th | 4/1/03 - 6/30/03 | 23,789.00 | 215,903.50 |
| 10th | 7/1/03 - 9/30/03 | 26,311.50 | 218,222.00 |
| 11th | 10/1/03 - 12/31/03 | 21,969.00 | 215,718.50 |
| 12th | 1/1/04 - 3/31/04 | 14,761.00 | 254,857.00 |
| 13th | 4/1/04 - 6/30/04 | 17,934.00 | 353,629.50 |
| 14th | 7/1/04 - 9/30/04 | 18,267.00 | 226,702.50 |
| 15th | 10/1/04 - 12/31/04 | 20,253.00 | 653,133.20 |
| 16th | 1/1/05 - 3/31/05 | 27,660.00 | 352,289.50 |
| 17th | 4/1/05 - 6/30/05 | 18,728.00 | 340,821.25 |
| 18th | 7/1/05 - 9/30/05 | 23,331.00 | 291,843.50 |
| 19th | 10/1/05 - 12/31/05 | 16,276.50 | 299,419.75 |
| 20th | 1/1/06 - 3/31/06 | 24,897.50 | 323,566.25 |
| 21st | 4/1/06 - 6/30/06 | 21,530.00 | 332,978.00 |
| 22nd | 7/1/06 - 9/30/06 | 25,637.50 | 380,213.50 |
| 23rd | 10/1/06 - 12/31/06 | 23,560.00 | 484,693.50 |
| 24th | 1/1/07 - 3/31/07 | 25,806.50 | 331,950.50 |
| 25th | 4/1/07 - 6/30/07 | 26,123.50 | 609,233.75 |
| 26th | 7/1/07 - 9/30/07 | 32,296.00 | 510,043.50 |
| 27th | 10/1/07 - 12/31/07 | 25,773.50 | 654,871.50 |
| 28th | 1/1/08 - 3/31/08 | 24,709.00 | 672,622.50 |
| 29th | 4/1/08 - 6/30/08 | 34,570.00 | 653,130.50 |
| 30th | 7/1/08 - 9/30/08 | 28,768.50 | 645,502.50 |
| 31st | 10/1/08 - 12/31/08 | 28,608.00 | 557,387.50 |
| 32nd | 1/1/09 - 3/31/09 | 25,354.50 | 437,100.75 |
|  |  | **710,225.00** | **12,108,841.17** |