# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF THE HON. ALEXANDER M. SANDERS, JR.,
## FOR THE THIRTY-SECOND INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of the Hon. Alexander M. Sanders, Jr., for the Thirty-Second Interim Period (the "Application").

### BACKGROUND

1.     The Honorable Alexander M. Sanders, Jr. ("Judge Sanders"), was retained as the Legal Representative for Future Asbestos-Related Property Damage Claimants. In the Application, Judge Sanders seeks approval of fees totaling $27,860.00 and expenses totaling $2,305.49 for his services from January 1, 2009 through March 31, 2009 (the "Application Period").

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with

precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Judge Sanders based upon our review, and we received a response from Judge Sanders, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3.      In our initial report, we noted that although Judge Sanders had requested fees of $27,860.00 for the Application Period, we calculated Judge Sanders' fees at $27,410.00, for a difference of $450.00. We asked Judge Sanders whether he agreed with our calculations, and, through counsel, he responded affirmatively. We appreciate Judge Sanders' response and recommend a reduction of $450.00 in fees.

4.      In our initial report, we noted that although Judge Sanders had requested expenses of $2,305.49, we calculated Judge Sanders' expenses at $2,313.49, for a difference of $8.00. Again we asked Judge Sanders whether he agreed with our calculations, and he responded affirmatively. Thus, we recommend an increase of $8.00 in expenses.

### Specific Time and Expense Entries

5.      In our initial report, we noted the following statement at the end of the March 2009 fee detail:

| Review of First Amended Joint Plan of Reorganization Under Chapter 11 and Exhibit Book (1,364 pages complete as of 3/31/09) | 22.7 |
|---|---|

Paragraph II.D.5. of the U.S. Trustee Guidelines requires that time entries be "kept contemporaneously with the services rendered." Accordingly, we asked Judge Sanders to provide

the dates upon which he performed this work, as well as the amount of time spent on each day. Judge Sanders supplied the time entries we requested, and we have attached them as Response Exhibit "1." Based upon our review of the additional time entries, we have no objection to these fees.

## CONCLUSION

6.      Thus, we recommend approval of $27,410.00 in fees ($27,860.00 minus $450.00) and $2,313.49 in expenses ($2,305.49 plus $8.00) for Judge Sanders' services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: /s/ Warren H. Smith

Warren H. Smith
Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 26th day of August, 2009.

                                   Warren H. Smith

## SERVICE LIST
### Notice Parties

**Counsel for the Applicant**
Alan B. Rich
Attorney at Law
1401 Elm Street, Suite 4620
Dallas, TX 75202

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Deanna Boll
David M. Bernick, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

## RESPONSE EXHIBIT "1"

| 3/19/09 | Review of First Amended Joint Plan of Reorganization Under Chapter 11 | 4.0 |
|---|---|---|
| 3/21/09 | Continued review of First Amended Joint Plan of Reorganization Under Chapter 11 | 2.5 |
| 3/23/09 | Continued review of First Amended Joint Plan of Reorganization Under Chapter 11 | 5.5 |
| 3/24/09 | Continued review of First Amended Joint Plan of Reorganization Under Chapter 11 | 5.0 |
| 3/26/09 | Continued review of First Amended Joint Plan of Reorganization Under Chapter 11 | 4.0 |
| 3/31/09 | Continued review of First Amended Joint Plan of Reorganization Under Chapter 11 | 1.7 |
|  |  | 22.7 |