IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref. No. ____ |

**ORDER GRANTING LIBBY CLAIMANTS' MOTION IN LIMINE
TO PRECLUDE EXPERT TESTIMONY BY PAMELA D. ZILLY CONCERNING
BEST INTERESTS STANDARD UNDER SECTION 1129(a)(7)**

Upon the Libby Claimants' Motion in Limine to Preclude Expert Testimony by Pamela D. Zilly Concerning Best Interests Standard Under Section 1129(a)(7) (the "Motion")[1]; and due and sufficient notice of the Motion having been given; and the Court having considered the Motion and any response thereto; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to, or arising from, the Motion or implementation of this Order.

Dated: _____ ___, 2009
         Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

{393.001-W0002413.}