# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>Ref. No. _____ |

### ORDER FOR LEAVE FROM CASE MANAGEMENT ORDER
### AND TO SHORTEN NOTICE AND EXPEDITE CONSIDERATION OF LIBBY
### CLAIMANTS' MOTION IN LIMINE TO PRECLUDE EXPERT
### TESTIMONY BY PAMELA D. ZILLY CONCERNING BEST INTERESTS
### STANDARD UNDER SECTION 1129(a)(7)

Upon the Motion (the "Motion to Shorten") of the Libby Claimants pursuant to Del. Bankr. L.R. 9006-1(e) and Fed. R. Bankr. P. 9006(c), for leave from this Court's Case Management Order and to shorten notice and expedite consideration with respect to the Libby Claimants' Motion in Limine to Preclude Expert Testimony by Pamela D. Zilly Concerning Best Interests Standard Under Section 1129(a)(7) (the "Motion in Limine"); and the Court having considered the Motion to Shorten; and after due deliberation; and it appearing that sufficient cause exists for granting the requested relief; it is hereby

ORDERED that the Motion to Shorten is GRANTED; and it is further

ORDERED that the Libby Claimants are granted leave from the Case Management Order; and it is further

ORDERED that the notice period with respect to the Motion in Limine is shortened and a hearing is scheduled for _____ \_\_, 2009 at \_\_\_:\_\_0\_.m. (ET); and it is further

{393.001-W0002412.}

ORDERED that the date by which objections to the relief requested in the Motion in Limine are to be filed with the Court and served upon counsel to the Libby Claimants is _____ \_\_, 2009 at \_\_\_:\_\_0\_.m. (ET).

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{393.001-W0002412.}