# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF APRIL 1, 2009 THROUGH APRIL 30, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedieal, Inc. (f/k/a Circe Biomedieal, Inc.), CCHP, Inc., Coalgrace, Ine., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rieo, Inc., Del Taeo Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Graee PAR Corporation, Grace Petroleum Libya Ineorporated, Grace Tarpon Investors, Inc., Graee Ventures Corp, Graee Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 1.3 | $ 760.50 |
| Courtney Peters-Manning | Associate | Environmental | $345.00 | 2.2 | $ 759.00 |
| | | | | | |
| TOTAL | | | | 3.5 | $ 1,519.50 |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 29, 2009
Invoice No.: 440205
Matter No.: 08743.00088

Re:   Acton Site OU3

For Professional Services rendered through April 30, 2009

                            Fees                            $1,519.50

                         **Total Fees and Disbursements**        **$1,519.50**

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088　　　　　　　　　　　　　　　　　　Invoice No.: 440205
Re: Acton Site OU3　　　　　　　　　　　　　　　　　　　　　　May 29, 2009
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 04/28/09 | Peters-Manning | Research treatability study standards and draft email regarding same (2.0); discuss same with S. Jaffe (0.2). | 2.2 |
| 04/28/09 | Jaffe | Review draft letter to EPA regarding dioxane and email with Ms. Johns regarding same (0.4); review treatability study issue, including office conference with C. Peters-Manning and emails with C. Peters-Manning and client (0.5). | 0.9 |
| 04/30/09 | Jaffe | Review EPA conditional approval and comments to Grace regarding same (0.4). | 0.4 |
| | | **Total Hours** | **3.5** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 440205  
May 29, 2009  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Peters-Manning | 2.2 |
| Jaffe | 1.3 |

| | |
|---|---|
| Total Fees | $1,519.50 |

| | |
|---|---|
| Total Fees | $1,519.50 |
| **Total Fees and Disbursements** | **$1,519.50** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 29, 2009
Invoice No.: 440205
Matter No.: 08743.00088

Re:   Acton Site OU3

**Total Fees and Disbursements**        **$1,519.50**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

Client/Matter #: 08743.00088, Invoice #: 440205
Billing Attorney: Adam P. Kahn
Wire Originator: W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 63.0 | $36,855.00 |
| Jacob N. Polatin | Partner | Real Estate | $585.00 | 21.5 | $12,577.50 |
| Adam D. Wade | Associate | Business | $410.00 | 1.0 | $ 410.00 |
| Courtney Peters-Manning | Associate | Environmental | $345.00 | 31.4 | $10,833.00 |
| Eric W. Macaux | Associate | Environmental | $320.00 | 0.3 | $ 96.00 |
| Rebecca Puskas | Associate | Environmental | $295.00 | 18.5 | $ 5,457.50 |
| **Subtotal** | | | | 135.7 | $66,229.00 |
| **(Less Discount)** | | | | | ($ 2,728.50) |
| **TOTAL** | | | | 135.7 | $63,500.50 |

### Expenses

| Description | Total | |
|---|---|---|
| Photocopying | $ | 14.88 |
| Color Photocopying | $ | 16.50 |
| Mileage, Toll, Parking | $ | 56.10 |
| Meals (Lunch with Client in Preparation for Meeting) | $ | 179.10 |
| Computer Research, Lexis | $ | 989.75 |
| **TOTAL** | $ | 1,256.33 |



# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 29, 2009
Invoice No.: 440407
Matter No.: 08743.00102

**Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through April 30, 2009

| | |
|---|---|
| Fees | $66,229.00 |
| Less Discount | (2,728.50) |
| Total Fees | $63,500.50 |
| Fees | $63,500.50 |
| Disbursements | 1,256.33 |
| **Total Fees and Disbursements** | **$64,756.83** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102  Invoice No.: 440407
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass  May 29, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 04/01/09 | Peters-Manning | Research asbestos issue (0.2). | 0.2 |
| 04/01/09 | Jaffe | Review CD, SOW, and Brightfields issue and emails with Ms. Duff and Ms. Johns regarding same (1.4). | 1.4 |
| 04/02/09 | Jaffe | Team call regarding asbestos issue, review EPA documents regarding same and emails with team regarding same (2.4); emails with team regarding Brightfields (0.4). | 2.8 |
| 04/02/09 | Peters-Manning | Discuss conveyance and title issues with J. Polatin (0.2); research DOJ title standards (0.3). | 0.5 |
| 04/02/09 | Polatin | Office conference with C. Peters-Manning (0.2); research regarding release of tax taking (1.0); review Department of Justice Title Standards (1.2). | 2.4 |
| 04/03/09 | Polatin | Review Department of Justice Title Standards, email to C. Peters-Manning and telephone conference with M. Loria regarding same (1.3). | 1.3 |
| 04/03/09 | Peters-Manning | Revise consent decree based on comments from Ms. Johns and SHA (3.2); discuss same with S. Jaffe (0.4); research asbestos issue (0.6); discuss same with S. Jaffe (0.2). | 4.4 |
| 04/03/09 | Jaffe | Office conferences with C. Peters-Manning, emails with team, and review revisions to statement of work and consent decree (2.9). | 2.9 |
| 04/06/09 | Jaffe | Telephone conference with Ms. Duff and Ms. Johns regarding consent decree and revising same and emails regarding same (2.1); drafting good faith offer letter and email regarding same (2.3). | 4.4 |
| 04/07/09 | Polatin | Prepare for meeting to discuss Shaffer land restrictions (0.4); review United States title policy form from Fidelity Title Insurance Company (0.3). | 0.7 |
| 04/07/09 | Jaffe | Meeting in Walpole with town representatives and prepare for same (4.4); review EPA removal action documentation and emails with team regarding same (1.8). | 6.2 |
| 04/08/09 | Jaffe | Prepare for and meeting with Grace and Covidien regarding consent decree, statement of work, and removal action (8.7). | 8.7 |
| 04/08/09 | Wade | Prepare for and participate in meeting with S. Jaffe, Ms. | 1.0 |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 440407  
May 29, 2009  
Page 3

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| | | Duff and Ms. Johns (1.0). | |
| 04/08/09 | Macaux | Conference with A. Wade regarding incentives for solar Brightfields projects (0.3). | 0.3 |
| 04/08/09 | Polatin | Prepare for and attend meeting with client to review title matters and Shaffer restrictions (0.9). | 0.9 |
| 04/09/09 | Peters-Manning | Discuss next steps with S. Jaffe (0.6); research institutional control issue (1.4). | 2.0 |
| 04/09/09 | Jaffe | Attention to response to record of decision special notice, including emails with team, office conference with C. Peters-Manning, and revisions to consent decree (2.8); attention to response to removal action notice, including emails with team and office conference with C. Peters-Manning (1.4). | 4.2 |
| 04/10/09 | Peters-Manning | Research institutional control guidance documents and EPA model easement (1.2); draft memo regarding same (1.0); discuss same with J. Polatin (0.1). | 2.3 |
| 04/10/09 | Jaffe | Attention to consent decree and institutional controls issues, including office conference with C. Peters-Manning and emails with team (2.2); attention to removal action issues, including office conference with C. Peters-Manning regarding liability issues (0.7). | 2.9 |
| 04/13/09 | Jaffe | Attention to removal action issues, including draft letter to EPA and emails with team (0.6). | 0.6 |
| 04/14/09 | Polatin | Review and revise restrictions (1.6). | 1.6 |
| 04/14/09 | Peters-Manning | Research asbestos issue (3.8). | 3.8 |
| 04/14/09 | Jaffe | Attention to removal action issues, including reviewing, revising draft response to EPA and emails with team regarding same (0.9); attention to special notice issues, including revisions to consent decree and emails with team (2.4). | 3.3 |
| 04/15/09 | Peters-Manning | Research asbestos issue (1.7); discuss same with S. Jaffe (0.3); research divisibility issue (0.2). | 2.2 |
| 04/15/09 | Jaffe | Attention to removal action, including office conference and email with C. Peters-Manning (1.2); attention to special notice, including reviewing, revising consent decree (0.5). | 1.7 |
| 04/16/09 | Peters-Manning | Research divisibility issue (2.2); discuss same with S. Jaffe (0.1); participate in conference call on response to | 3.8 |

To ensure proper credit to your account, please include remittance page with your payment.

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 440407  
May 29, 2009  
Page 4

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| | | asbestos removal notice (1.2); discuss GERE with S. Jaffe (0.2); phone call regarding same to J. Polatin (0.1). | |
| 04/16/09 | Jaffe | Attention to removal issue, including office conference with C. Peters-Manning regarding liability issues, team telephone conference regarding response to EPA, reviewing/revising draft response, and emails with team (1.9); attention to special notice response, including revisions to consent decree and office conference with C. Peters-Manning regarding deed restrictions (0.8). | 2.7 |
| 04/16/09 | Polatin | Review EPA Institutional Controls Guidance documents (1.8). | 1.8 |
| 04/17/09 | Polatin | Review EPA Institutional Controls Guidance documents (0.7). | 0.7 |
| 04/17/09 | Peters-Manning | Draft memo on asbestos and divisibility issues (1.6). | 1.6 |
| 04/17/09 | Jaffe | Attention to removal action, including reviewing revised draft response to EPA and emails with team (0.7); attention to special notice issues, including revising draft consent decree and emails with team regarding same (2.2). | 2.9 |
| 04/21/09 | Peters-Manning | Discuss deed restriction with J. Polatin (0.1); draft memo regarding asbestos and divisibility issues (4.0). | 4.1 |
| 04/21/09 | Jaffe | Attention to removal action issues, including reviewing final response to EPA and potential liability issues (1.2). | 1.2 |
| 04/21/09 | Polatin | Revise Environmental Restriction and Easement (5.1); conference with C. Peters-Manning regarding same (0.1). | 5.2 |
| 04/22/09 | Polatin | Revise Environmental Restriction and Easement (0.7); review revised chart and plan (0.5). | 1.2 |
| 04/22/09 | Peters-Manning | Draft and edit memo on asbestos and divisibility issues. | 2.1 |
| 04/22/09 | Jaffe | Attention to removal action issues, including reviewing, revising draft memorandum regarding asbestos liability (1.4); attention to special notice issues, including review of deed notice issues (0.7). | 2.1 |
| 04/23/09 | Jaffe | Attention to removal action, including finalizing asbestos memorandum and emails with team (0.8); attention to special notice issues, including reviewing deed notice table and emails with team (0.9). | 1.7 |

To ensure proper credit to your account,  
please include remittance page with your payment.

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 440407  
May 29, 2009  
Page 5

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 04/24/09 | Peters-Manning | Review emails regarding deed restriction and asbestos/drums response (0.1). | 0.1 |
| 04/24/09 | Jaffe | Attention to removal action issues, including emails with team and review of liability issues (1.2); attention to special notice issues including review of statement of work and deed restrictions and deed restriction table (1.6). | 2.8 |
| 04/24/09 | Polatin | Revise Grant of Environmental Restriction and Easement (0.8). | 0.8 |
| 04/27/09 | Peters-Manning | Discuss CERCLA issue with R. Puskas (0.3). | 0.3 |
| 04/27/09 | Puskas | Research regarding the applicability of CERCLA to PRP's clean up of drums inside building. | 9.3 |
| 04/27/09 | Jaffe | Attention to removal action issues, including office conference with R. Puskas, telephone conference with Ms. Duff and Ms. Johns, and emails with team (1.3); attention to special notice, including reviewing revised draft deed restrictions and office conference with J. Polatin (0.8). | 2.1 |
| 04/28/09 | Peters-Manning | Discuss CERCLA issue with R. Puskas. | 0.3 |
| 04/28/09 | Puskas | Research regarding the applicability of CERCLA to PRP's cleanup of drums inside building (8.4). | 8.4 |
| 04/28/09 | Jaffe | Attention to removal issue, including office conference and emails with R. Puskas and emails with client team (0.8). | 0.8 |
| 04/28/09 | Polatin | Revise Grant of Environmental Restriction and Easement (2.6). | 2.6 |
| 04/29/09 | Polatin | Review updated chart and plan and conference with S. Jaffe (2.3). | 2.3 |
| 04/29/09 | Peters-Manning | Review case law regarding abandoned drums (0.7); draft memorandum regarding same (1.1); discuss same with S. Jaffe (0.1); review emails (0.1). | 2.0 |
| 04/29/09 | Puskas | Office conference with S. Jaffe to review research findings and summarize Northernaire case (0.8). | 0.8 |
| 04/29/09 | Jaffe | Attention to removal action, including office conferences with R. Puskas and C. Peters-Manning, revising memorandum regarding EPA authority regarding drum removal, and emails with team (1.7); attention to special notice issues, including reviewing | 3.0 |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 440407  
May 29, 2009  
Page 6

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| | | deed notice, office conference with J. Polatin regarding same, emails with team, telephone call and email with Ms. Johns (1.3). | |
| 04/30/09 | Peters-Manning | Participate in conference call on SOW and CD (1.7). | 1.7 |
| 04/30/09 | Jaffe | Attention to removal issues, including team telephone conference and emails, telephone call and email with Ms. Duff, and review of liability issues (1.8); attention to special notice issues, including team telephone conference regarding consent decree and statement of work, and office conference and emails with C. Peters-Manning regarding same (2.8). | 4.6 |
| | | **Total Hours** | 135.7 |

Matter No.: 08743.00102  Invoice No.: 440407
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass  May 29, 2009
Page 7

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Wade | 1.0 |
| Peters-Manning | 31.4 |
| Macaux | 0.3 |
| Polatin | 21.5 |
| Puskas | 18.5 |
| Jaffe | 63.0 |

| | |
|---|---|
| Total Fees | $63,500.50 |
| | |
| Fees | $66,229.00 |
| Less Discount | (2,728.50) |
| Total Fees | $63,500.50 |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 04/30/09 | In-House Photocopying | 14.88 |
| 04/30/09 | In-House Color Photocopying | 16.50 |
| 04/30/09 | Mileage, Toll, Parking | 56.10 |
| 04/30/09 | Meals | 179.10 |
| 04/30/09 | Computer Research, Lexis | 989.75 |
| | Total Disbursements | $1,256.33 |

| | |
|---|---|
| Total Fees | $63,500.50 |
| Total Disbursements | 1,256.33 |
| Total Fees and Disbursements | $64,756.83 |

To ensure proper credit to your account,
please include remittance page with your payment.



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 29, 2009
Invoice No.: 440407
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

Total Fees and Disbursements             $64,756.83

**Remittance Address:**            **Overnight Remittance Address:**
Foley Hoag LLP                      Foley Hoag LLP
Box 83176                           Attn: Accounts Receivable
Woburn, MA 01813-3176               155 Seaport Boulevard
                                    Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference         Client/Matter #: 08743.00102, Invoice #: 440407
Information:      Billing Attorney: Adam P. Kahn
                  Wire Originator: W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM