# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MAY 1, 2009 THROUGH MAY 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners 1, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 1.6 | $    936.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **1.6** | **$    936.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $    42.00 |
|  |  |
| **TOTAL** | **$    42.00** |



## FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 30, 2009
Invoice No.: 442197
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through May 31, 2009

| | |
|---|---:|
| Fees | $936.00 |
| Disbursements | 42.00 |
| **Total Fees and Disbursements** | **$978.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/01/09 | Jaffe | Emails with team regarding treatability study issues (0.4). | 0.4 |
| 05/14/09 | Jaffe | Review, revise draft landfill groundwater report and email with team regarding same (1.2). | 1.2 |
| | | **Total Hours** | **1.6** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 442197
June 30, 2009
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 1.6 |

| **Total Fees** | **$936.00** |
|---|---|

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 05/31/09 | In-House Color Photocopying | 42.00 |

| **Total Disbursements** | **$42.00** |
|---|---|

| **Total Fees** | **$936.00** |
|---|---|
| **Total Disbursements** | **42.00** |
| **Total Fees and Disbursements** | **$978.00** |



FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 30, 2009
Invoice No.: 442197
Matter No.: 08743.00088

Re:   Acton Site OU3

**Total Fees and Disbursements**      **$978.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 442197
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 0.9 | $ 526.50 |
| Adam P. Kahn | Partner | Environmental | $585.00 | 0.9 | $ 526.50 |
| | | | | | |
| **TOTAL** | | | | **1.8** | **$ 1,053.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 60.12 |
| | |
| **TOTAL** | **$ 60.12** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 30, 2009
Invoice No.: 442198
Matter No.: 08743.00101

**Re:   Bankruptcy Matters**

For Professional Services rendered through May 31, 2009

| | |
|---|---|
| Fees | $1,053.00 |
| Disbursements | 60.12 |
| **Total Fees and Disbursements** | **$1,113.12** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 442198
June 30, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|------------|-----------|-------|
| 05/01/09 | Jaffe | Draft quarterly summaries (0.9). | 0.9 |
| 05/05/09 | Kahn | Revise quarterly report (0.4). | 0.4 |
| 05/08/09 | Kahn | Finalize quarterly report to Bankruptcy Court (0.5). | 0.5 |
| | | **Total Hours** | **1.8** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 442198
June 30, 2009
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Kahn | 0.9 |
| Jaffe | 0.9 |

**Total Fees**                                        $1,053.00

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 05/31/09 | In-House Photocopying | 60.12 |

**Total Disbursements**                               $60.12

| | |
|---|---|
| **Total Fees** | $1,053.00 |
| **Total Disbursements** | 60.12 |
| **Total Fees and Disbursements** | **$1,113.12** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 30, 2009
Invoice No.: 442198
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

**Total Fees and Disbursements**          **$1,113.12**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP -- Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 442198
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 50.8 | $29,718.00 |
| Jacob N. Polatin | Partner | Real Estate | $585.00 | 28.6 | $16,731.00 |
| Courtney Peters-Manning | Associate | Environmental | $345.00 | 17.6 | $  6,072.00 |
| Danielle A. Rondeau | North-eastern Co-op | Environmental | $ 85.00 (billed at $ 42.50) | 2.9 | $      123.25 |
| | | | | | |
| **Subtotal** | | | | 99.9 | **$52,644.25** |
| **(Less Discount)** | | | | | **($      452.00)** |
| **TOTAL** | | | | 99.9 | **$52,192.25** |

Expenses

| Description | Total | |
|---|---|---|
| Telephone | $ | 1.43 |
| Express Delivery | $ | 219.19 |
| Photocopying | $ | 141.12 |
| Color Photocopying | $ | 418.50 |
| Filing & Recording Fees | $ | 225.00 |
| Computer Research, Lexis | $ | 257.50 |
| | | |
| **TOTAL** | **$** | **1,262.74** |


**FOLEY · HOAG** LLP

Adam P. Kahn
· 617-832-1206
Boston

W.R. Grace & Co.

June 29, 2009
Invoice No.: 442228
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through May 31, 2009

| | |
|---|---|
| Fees | $52,644.25 |
| Disbursements | 1,262.74 |
| Total Fees and Disbursements | $53,906.99 |
| Less Amounts Applied | (452.00) |
| **Total This Invoice** | **$53,454.99** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 442228
June 29, 2009
Page 2

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|
| 05/01/09 | Peters-Manning | Review and edit consent decree (2.3). | 2.3 |
| 05/01/09 | Jaffe | Attention to special notice issues, including reviewing deed notices and emails with team (0.8); attention to removal action issues, including telephone calls and emails with team (0.7). | 1.5 |
| 05/04/09 | Jaffe | Attention to removal action, including telephone conference with Mr. Campbell and Mr. DeCambre at EPA and emails with team (0.9); attention to special notice issues, including deed notice issues, emails with Mr. Feldman regarding negotiations with town, and emails with team (1.4). | 2.3 |
| 05/04/09 | Peters-Manning | Discuss GERE with J. Polatin (0.1). | 0.1 |
| 05/04/09 | Polatin | Review Ms. Johns comments, review title and plan, and draft email to S Jaffe regarding same (4.5); conference with C. Peters-Manning regarding GERE (0.1). | 4.6 |
| 05/05/09 | Polatin | Review plans and title, review Ms. Johns comments and questions, and draft email to S. Jaffe regarding same (3.4). | 3.4 |
| 05/05/09 | Peters-Manning | Review Supreme Court decision in Burlington Northern and draft memo update (1.0); revise consent decree and good faith offer letter (0.9); phone call to SHA regarding certification of completion language (0.1). | 2.0 |
| 05/05/09 | Jaffe | Attention to special notice issues, including deed restrictions, consent decree revisions, and revised draft good faith offer letter response, and emails with team, including emails with Ms. Duff regarding bankruptcy issues (2.7); attention to removal action issues, including telephone call with Mr. Campbell and Ms. Duff, and emails with Grace team and Covidien (0.8). | 3.5 |
| 05/06/09 | Peters-Manning | Edit consent decree (0.7); discuss same with S. Jaffe (0.1); phone call to Ms. Duff regarding past response costs (0.1). | 0.9 |
| 05/06/09 | Jaffe | Attention to special notice issues, including telephone conference with team regarding deed restrictions, emails with team regarding same, reviewing consent decree issues and emails with team regarding same, and review, revise draft good faith offer letter (3.6); attention to removal issues, including emails with Mr. Feldman and team (0.7). | 4.3 |

Matter No.: 08743.00102                                    Invoice No.: 442228
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass                June 29, 2009
                                                                                    Page 3

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/06/09 | Polatin | Conference call to discuss Grant, review comments from Ms. Johns and B. Green, and revise Grant per comments (4.3). | 4.3 |
| 05/07/09 | Polatin | Revise Grant, draft two additional Grants; review title regarding Grant issues, and draft legal descriptions (6.3). | 6.3 |
| 05/07/09 | Peters-Manning | Phone call with Ms. Duff regarding State Past Response Costs (0.3); edit consent decree based on new Certification of Completion language (0.2); discuss same with S. Jaffe and review emails (0.1). | 0.6 |
| 05/07/09 | Jaffe | Attention to special notice issues, including revisions to draft consent decree and good faith offer (1.4); attention to removal issue, including team telephone conference, telephone calls with Mr. Campbell, Mr. DeCambre, and Ms. Duff, emails with SHA regarding Cosmec drums in Mill Building, and emails with team (3.3). | 4.7 |
| 05/08/09 | Polatin | Review proposed revisions and revise Grant (1.8). | 1.8 |
| 05/08/09 | Peters-Manning | Edit Consent Decree (0.7); discuss same with S. Jaffe (0.1); review removal action emails (0.2). | 1.0 |
| 05/08/09 | Jaffe | Attention to removal action, including telephone calls with Mr. Campbell, Ms. Duff, Grace/Covidien/SHA, and EPA, and emails with team (3.2); attention to special notice issues, including emails with team and reviewing consent decree and deed notice issues (0.8). | 4.0 |
| 05/11/09 | Jaffe | Attention to special notice letter process, including reviewing deed restrictions and emails with team and Shaffers' attorney regarding same, and reviewing changes to good faith offer letter (1.6); attention to removal action process, including reviewing letter from EPA and telephone calls and emails with team regarding response to EPA (1.7). | 3.3 |
| 05/11/09 | Polatin | Revise Grant per addition comments (1.4). | 1.4 |
| 05/12/09 | Peters-Manning | Review EPA correspondence (0.3); research and draft response email regarding removal action (2.7). | 3.0 |
| 05/12/09 | Jaffe | Attention to removal issue, including telephone calls with Ms. Duff and Ms. Johns and emails with team (0.9); attention to special notice issues, including revising good faith offer letter, reviewing revised statement of work, and emails with team (2.2). | 3.1 |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 442228
June 29, 2009
Page 4

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|
| 05/13/09 | Peters-Manning | Research response to removal action letter and discuss same with S. Jaffe (1.5). | 1.5 |
| 05/13/09 | Jaffe | Attention to special notice issues, including telephone call and email with Mr. Feldman, telephone call and email with Ms. Duff; and emails with team (1.4.); attention to removal action issues, including office conference with C. Peters-Manning and telephone call with Mr. Feldman (0.7). | 2.1 |
| 05/14/09 | Peters-Manning | Participate in conference call (1.0); edit consent decree and good faith offer letter (1.6); discuss same with S. Jaffe (0.2); review emails regarding submission to EPA and other issues (0.2). | 3.0 |
| 05/14/09 | Jaffe | Attention to special notice issues, including team conference call to finalize document, conference call with Mr. Feldman to finalize deed restrictions, final revisions to documents, office conference with C. Peters-Manning regarding same, and emails with team (4.3); attention to removal action issues, including telephone call with Mr. Feldman, emails with team, and drafting response to EPA (2.2). | 6.5 |
| 05/14/09 | Polatin | Conference call with Mr. Feldman, S. Jaffe (1.3); revise Grant (1.3); miscellaneous telephone conferences with Mr. Feldman (1.0); send documents to Ms. Shaffer (0.1). | 3.7 |
| 05/15/09 | Polatin | Emails and conferences with S. Jaffe (0.2); review ROD (1.2); revise Grant regarding ROD (1.6); arrange for signature and recording (0.1). | 3.1 |
| 05/15/09 | Peters-Manning | Finalize and file Good Faith Offer letter, Consent Decree mark-up, and SOW mark-up with EPA (2.3). | 2.3 |
| 05/15/09 | Jaffe | Attention to special notice issues, including finalizing good faith offer letter and final documents, emails and office conferences with J. Polatin and C. Peters-Manning, and emails with team (1.7); attention to removal action issues, including research for response to EPA and drafting same (0.9). | 2.6 |
| 05/15/09 | Rondeau | Travel to and from Norfolk County Registry of Deeds for recordings (fees reduced to 50% of regular hourly rate) (2.9). | 2.9 |
| 05/18/09 | Jaffe | Attention to special notice issues, including emails with team regarding meeting with EPA (0.4); attention to | 1.8 |

Matter No.: 08743.00102                                    Invoice No.: 442228
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass                June 29, 2009
                                                                        Page 5

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| | | removal action issues, including reviewing legal issues and drafting letter to EPA (1.4). | |
| 05/19/09 | Jaffe | Attention to removal action issues, including telephone call with Ms. Duff and research for response to EPA (1.3). | 1.3 |
| 05/19/09 | Peters-Manning | Review emails regarding meeting with EPA (0.1). | 0.1 |
| 05/20/09 | Jaffe | Attention to special notice issues, including emails with team (0.6); attention to Shaffer issues, including emails with Grace team and reviewing historical Shaffer agreements (0.6). | 1.2 |
| 05/21/09 | Jaffe | Attention to special notice issues, including emails with team (0.3); attention to removal action issues, including emails with team and background for response to EPA (0.8). | 1.1 |
| 05/22/09 | Jaffe | Attention to special notice issues, including team telephone conference and emails (0.4); attention to removal action issues, including team telephone conference and emails (0.4). | 0.8 |
| 05/26/09 | Jaffe | Attention to removal action issues, including reviewing prior Shaffer settlement documents (0.8). | 0.8 |
| 05/27/09 | Jaffe | Attention to removal action, including emails with team, reviewing of EPA letter, and preparation of response to EPA (1.3). | 1.3 |
| 05/28/09 | Jaffe | Attention to removal action, including reviewing Mr. Green email and telephone conference with Mr. Green, response to EPA, telephone calls with Mr. DeCambre at EPA, and team conference call (2.4); attention to special notice issues, including reviewing correspondence from EPA and emails and telephone conference with team (1.3). | 3.7 |
| 05/29/09 | Peters-Manning | Review EPA good faith offer response (0.2); research good faith offer case law (0.6). | 0.8 |
| 05/29/09 | Jaffe | Attention to special notice issues, including emails with team (0.4); attention to removal action issues, including emails with team and reviewing issues for response to EPA (0.5). | 0.9 |

**Total Hours**     **99.9**

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 442228
June 29, 2009
Page 6

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Peters-Manning | 17.6 |
| Rondeau | 2.9 |
| Polatin | 28.6 |
| Jaffe | 50.8 |

**Total Fees**                                    **$52,644.25**

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 05/31/09 | Telephone | 1.43 |
| 05/31/09 | Express Delivery | 219.19 |
| 05/31/09 | In-House Photocopying | 141.12 |
| 05/31/09 | In-House Color Photocopying | 418.50 |
| 05/31/09 | Filing & Recording Fees | 225.00 |
| 05/31/09 | Computer Research, Lexis | 257.50 |

**Total Disbursements**                          **$1,262.74**

| | |
|---|---|
| **Total Fees** | **$52,644.25** |
| **Total Disbursements** | **1,262.74** |
| **Total Fees and Disbursements** | **$53,906.99** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 29, 2009
Invoice No.: 442228
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

| | |
|---|---|
| Total Fees and Disbursements | $53,906.99 |
| Less Credits Applied | (452.00) |
| **Total This Invoice** | **$53,454.99** |

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00102, Invoice #: 442228**
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company