# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket Nos. 22814 and 22934** |

## JOINDER OF MARYLAND CASUALTY COMPANY IN ARROWOOD'S OBJECTONS AND COUNTER-DESIGNATIONS TO CERTAIN DEPOSITION DESIGNATIONS OF THE LIBBY CLAIMANTS

Maryland Casualty Company ("MCC") hereby joins in *Arrowood's Objections and Counter-Designations to Certain Deposition Designations of the Libby Claimants* served on August 24, 2009 by Arrowood Indemnity Company, f/k/a Royal Indemnity Company [Docket No. 22934].

Dated: August 26, 2009
       Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:
Edward J. Longosz, II
Gabriella V. Cellarosi
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.,
Suite 1200
Washington, DC 20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

Counsel for Maryland Casualty Company

#712835