UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: __01-1139__   ●BK  ○AP
If AP, related BK Case Number: _____

Order Appealed: __Memorandum Opinion and Order__
  Docket Number: __21747__      Date Filed: __5/19/09__

Item Transmitted:  ●Notice of Appeal    ○Motion for Leave to Appeal
  Docket Number: __21911__         Date Filed: _____

*Appellant: __Bank Lender Group__      *Appellee: __W.R. Grace, et al., Official Committee__

Counsel for Appellant:                Counsel for Appellee:
  Stephen J. Shimshak                   David M. Bernick
  Paul, Weiss, Rifkind, Wharton & Garrison LLP    Kirkland & Ellis LLP
  1285 Avenue of the Americas            153 East 53rd Street
  New York, NY 10019-6064               New York, NY 10022
  (212) 373-3000                        (212) 446-4800

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?   ●Yes   ○No

IFP Motion Filed by Appellant?   ○Yes   ●No

Hard Copies of Designated Items Received?  ●Yes   ○No

Have Additional Appeals to the Same Order been Filed? ○Yes  ●No
  If so, has District Court assigned a Civil Action Number? ○Yes  ○No   Civil Action # _____

__8/27/09__                    By: __/s/ Sherry J. Stiles__
Date                                Deputy Clerk

                                       FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal Number: __BAP-09-45__
6/1/06

Additional Counsel for Appelant:

Richard S. Cobb
Landis, Rath & Cobb LLP
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, DE 19899
(302) 467-4400


Additional Counsel for Appellee:

James E. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Philip Bentley
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
(302) 421-6800