IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Shelley A. Losito, certify that I am not less than 18 years of age, and that service of the **NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS** was made on August 27, 2009 upon all parties shown below via hand delivery:

> David W. Carickhoff, Jr., Esquire
> James E. O'Neill, Esquire
> Kathleen P. Makowski, Esquire
> Laura Davis Jones, Esquire
> Pachulski Ziehl Stang Ziehl Young Jones
> 919 N. Market St., 16th Floor
> Wilmington, DE 19801

I further certify that the foregoing was also served electronically on the CM/ECF System.

Date: August 27, 2009                    /s/ Shelley A. Losito
                                         Shelley A. Losito

#72801v1