IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 22979, 22978 |

## **MODIFIED** ORDER FOR LEAVE FROM CASE MANAGEMENT ORDER AND TO SHORTEN NOTICE AND EXPEDITE CONSIDERATION OF LIBBY CLAIMANTS' MOTION IN LIMINE TO PRECLUDE EXPERT TESTIMONY BY PAMELA D. ZILLY CONCERNING BEST INTERESTS STANDARD UNDER SECTION 1129(a)(7)

Upon the Motion (the "Motion to Shorten") of the Libby Claimants pursuant to Del. Bankr. L.R. 9006-1(e) and Fed. R. Bankr. P. 9006(c), for leave from this Court's Case Management Order and to shorten notice and expedite consideration with respect to the Libby Claimants' Motion in Limine to Preclude Expert Testimony by Pamela D. Zilly Concerning Best Interests Standard Under Section 1129(a)(7) (the "Motion in Limine"); and the Court having considered the Motion to Shorten; and after due deliberation; and it appearing that sufficient cause exists for granting the requested relief; it is hereby

ORDERED that the Motion to Shorten is GRANTED; and it is further

ORDERED that the Libby Claimants are granted leave from the Case Management Order; and it is further

ORDERED that the notice period with respect to the Motion in Limine is shortened and a hearing is scheduled for **September 1**, 2009 at **1:45** p.m. (ET); and it is further

**ORDERED** that the hearing shall be **telephonic only** and

It is **FURTHER ORDERED** that anyone wishing to participate in the telephonic hearing on September 1 shall **register with CourtCall no later than 5:00 p.m.** ET on August 31, 2009, and it is

{393.001-W0002412.}

DKT. NO. 22988
DT. FILED 8/27/09

ORDERED that the date by which objections to the relief requested in the Motion in Limine are to be filed with the Court and served upon counsel to the Libby Claimants is <u>August 31</u>, 2009 ~~at __:__ _.m. (ET)~~. no later than 12:00 p.m., ET. and it is

**FURTHER ORDERED** that responses/objections to the Motion are limited to **ten (10)** pages and it is **FURTHER ORDERED** that no replies or supplemental pleadings shall be filed.

~~The Honorable Judith K. Fitzgerald~~
~~United States Bankruptcy Judge~~

It is **FURTHER ORDERED** that counsel for Libby Claimants shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

Dated: 8/27/2009
15:59:12

*Judith K. Fitzgerald*
rmab

2

{393.001-W0002412.}