**EXHIBIT A**

| Dates Covered by Application | Fees for Application Preparation | Total Fees Requested | |
|---|---:|---:|---|
| Jul-01 | 825.00 | $ | 57,542.50 |
| Sep-01 | 1,715.00 | $ | 75,710.50 |
| Nov-01 | 0.00 | $ | 28,941.00 |
| Dec-01 | 0.00 | $ | 3,275.00 |
| Oct-01 | 1,155.00 | $ | 36,497.00 |
| Jan-02 | 980.00 | $ | 29,944.00 |
| Feb-02 | 4,500.00 | $ | 38,747.50 |
| Mar-02 | 6,000.00 | $ | 25,718.50 |
| Apr-02 | 8,400.00 | $ | 19,519.40 |
| May-02 | 5,062.50 | $ | 57,288.00 |
| Jun-02 | 1,950.00 | $ | 32,015.00 |
| Jul-02 | 1,837.50 | $ | 15,366.00 |
| Aug-02 | 37.50 | $ | 14,951.00 |
| Sep-02 | 2,262.50 | $ | 22,133.00 |
| Oct-02 | 1,650.00 | $ | 19,208.00 |
| Nov-02 | 1,650.00 | $ | 30,075.00 |
| Dec-02 | 0.00 | $ | 18,304.50 |
| Jan-03 | 948.00 | $ | 3,566.50 |
| Feb-03 | 1,224.50 | $ | 25,685.00 |
| Mar-03 | 2,844.00 | $ | 49,493.00 |
| Apr-03 | 2,567.50 | $ | 55,499.50 |
| May-03 | 118.50 | $ | 6,046.50 |
| Jun-03 | 0.00 | $ | 4,619.50 |
| Jul-03 | 158.00 | $ | 2,781.50 |
| Aug-03 | 2,449.00 | $ | 2,773.50 |
| Sep-03 | 0.00 | $ | 14,415.00 |
| Oct-03 | 948.00 | $ | 1,827.50 |
| Nov-03 | 2,528.00 | $ | 3,002.00 |
| Dec-03 | 1,303.50 | $ | 11,850.00 |
| Jan-04 | 1,827.00 | $ | 1,827.00 |
| Feb-04 | 1,914.00 | $ | 5,774.50 |
| Mar-04 | 0.00 | $ | 3,697.58 |
| Apr-04 | 261.00 | $ | 2,433.50 |
| May-04 | 1,131.00 | $ | 8,038.00 |
| Jun-04 | 1,435.50 | $ | 32,636.00 |
| Jul-04 | 1,087.50 | $ | 14,710.50 |
| Sep-04 | 1,740.00 | $ | 2,973.50 |
| Oct-04 | 1,653.00 | $ | 5,498.00 |
| Nov-04 | 2,697.00 | $ | 54,782.00 |
| Dec-04 | 174.00 | $ | 798.00 |
| Feb-05 | 3,277.50 | $ | 3,277.50 |
| May-05 | 807.50 | $ | 1,472.50 |
| Aug-05 | 570.00 | $ | 4,567.00 |
| Sep-05 | 0.00 | $ | 18,503.00 |
| Oct-05 | 617.50 | $ | 1,306.50 |
| Nov-05 | 1,852.50 | $ | 3,378.00 |
| Dec-05 | 1,805.00 | $ | 8,456.50 |
| Jan-06 | 6,237.00 | $ | 39,042.00 |
| Feb-06 | 396.00 | $ | 62,377.00 |


**EXHIBIT A**

| Month | Amount 1 | Amount 2 | |
|---|---:|---:|---:|
| Mar-06 | 3,069.00 | $ 20,321.00 | |
| Apr-06 | 891.00 | $ 67,143.00 | |
| May-06 | 4,653.00 | $ 79,523.50 | |
| Jun-06 | 0.00 | $ 11,149.50 | |
| Jul-06 | 2,821.50 | $ 15,602.50 | |
| Aug-06 | 2,574.00 | $ 20,218.00 | |
| Sep-06 | 148.50 | $ 31,624.00 | |
| Oct-06 | 2,920.50 | $ 17,852.00 | |
| Nov-06 | 891.00 | $ 891.00 | |
| Dec-06 | 0.00 | $ 32,354.50 | |
| Jan-07 | 787.50 | $ 45,021.50 | |
| Feb-07 | 2,520.00 | $ 71,630.00 | |
| Mar-07 | 210.00 | $ 43,373.00 | |
| Apr-07 | $0.00 | $ 36,927.50 | |
| May-07 | 4,567.50 | $ 41,712.00 | |
| Jun-07 | 577.50 | $ 54,204.00 | |
| Jul-07 | 577.50 | $ 6,358.00 | |
| Aug-07 | 1,680.00 | $ 5,074.50 | |
| Sep-07 | 157.50 | $ 3,861.00 | |
| Oct-07 | 997.50 | $ 20,994.00 | |
| Nov-07 | 2,152.50 | $ 4,971.00 | |
| Dec-07 | 472.50 | $ 4,333.50 | |
| Jan-08 | 2,565.00 | $ 6,972.50 | |
| Feb-08 | 0.00 | $ 1,324.00 | |
| Mar-08 | 2,109.00 | $ 3,490.00 | |
| Apr-08 | 1,368.00 | $ 23,838.00 | |
| May-08 | 1,482.00 | $ 56,329.50 | |
| Jun-08 | 1,995.00 | $ 208,188.00 | |
| Jul-08 | 969.00 | $ 79,866.00 | |
| Aug-08 | 8,037.00 | $ 88,329.50 | |
| Sep-08 | 3,078.00 | $ 37,033.50 | |
| Oct-08 | 3,420.00 | $ 75,580.00 | |
| Nov-08 | 741.00 | $ 70,104.00 | |
| Dec-08 | 0.00 | $ 31,029.00 | |
| Jan-09 | 605.00 | $ 43,763.50 | |
| Feb-09 | 5,808.60 | $ 48,790.00 | |
| Mar-09 | 800.00 | $ 22,661.50 | |
| | $ 148,243.10 | $ 2,414,781.98 | 6.13898% |