## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing: September 8, 2009 at 11:00 a.m. |
| | | Objection Deadline:  September 1, 2009 at 4:00 p.m |
| | ) | Related Docket Nos: 22724, 22790-91, 22793-97, |
| | ) | 22801-03, 22805, 22806-08, 22813-14, 22903, 22935, and 22948 |

### THE PLAN PROPONENTS' MOTION TO STRIKE AND OBJECTIONS AND COUNTER-DESIGNATIONS TO THE STATE OF MONTANA'S AMENDED DESIGNATIONS AND ANDERSON MEMORIAL'S UNTIMELY DESIGNATIONS

On August 20, 2009, pursuant to the terms of the *Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization* (the "Fourth Amended CMO") (Dkt. No. 22819), the Plan Proponents filed their *Objections and Counter-Designations to the*

---

1    The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife  Boston Ltd., Alewife Land Corporation, Amicon, Inc.,  CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Objecting Parties' and Arrowood Indemnity Company's Phase II Amended Designations*. (Dkt. No. 22903).

Since August 20, 2009, certain objecting parties have filed amended or new designations. On August 24 2009, the State of Montana filed *The State of Montana's Amended Deposition Designations for the Phase II Confirmation Hearing*. (Dkt. No. 22935). Also on August 24, 2009, Anderson Memorial Hospital ("Anderson Memorial") filed its Deposition Designations. (Dkt. No. 22948). The Plan Proponents hereby object and move to strike these designations as is described below:

## General Objections

The Plan Proponents adopt and incorporate by reference, as applicable, each of the General Objections asserted and described in the *Objections and Counter-Designations to the Objecting Parties' and Arrowood Indemnity Company's Phase II Amended Designations* (Dkt. No. 22903) to the State of Montana's and Anderson Memorial's respective designations. The Plan Proponents' objections to specific testimony designated by the State of Montana are stated in the objections and counter-designations that the Plan Proponents are submitting to the Court under separate cover. By this Motion, the Plan Proponents move to strike all testimony objected to therein.

## Specific Objections

### (a)    The State of Montana

The State of Montana, which previously purported to "designate[] the deposition testimony of Richard Finke, Jeffrey Posner, Jay Hughes, and Peter Lockwood" (Dkt. No. 22805), has submitted the following amended deposition designations: (i) Peter Lockwood, May 1, 2009,

DOCS_DE:152528.1

pages 121-125; (ii) Richard Finke, May 13, 2009, pages 295-304; and (iii) Jay Hughes, dated June 11, 2009, pages 211-240.

The Plan Proponents object to the designations submitted by the State of Montana as being untimely and violative of the Fourth Amended CMO, which required that the State of Montana submit its designations on or before August 14, 2009.

The Plan Proponents also object to the State of Montana's proffered designations because they have designated multi-pages blocks and entire pages, rather than specific testimony for each of their proffered designations. These blanket page designations include irrelevant and otherwise objectionable testimony and begin and end mid-question or answer, and, therefore, render the designations unintelligible. The State of Montana's designations should therefore be stricken.

**(b)      Anderson Memorial**

Anderson Memorial proffers deposition designations for the following individuals: (i) David Austern (May 15, 2009); (ii) Richard Finke (March 30, 2009); (iii) Jay Hughes (June 11, 2009); (iv) Elihu Inselbuch (June 12, 2009); (v) Peter Lockwood (May 4, 2009); (vi) Jeff Posner (May 6, 2009); (vii) Daniel Rourke (June 20, 2002 and July 11, 2002); (viii) Darrell Scott (April 22, 2009); and (ix) Ed Westbrook (April 24, 2009). *See* (Dkt. No. 22948).

Pursuant to the Fourth Amended CMO, the deadline for filing deposition designations was August 14, 2009. Anderson Memorial does not indicate whether its designations are solely for purposes of feasibility or otherwise. Regardless, the Fourth Amended CMO does not specify a different deadline for feasibility-related transcripts designations. The Fourth Amended CMO states only that the filing of "final exhibits (including feasibility)" was to be completed on or before August 25, 2009. Therefore, the Plan Proponents object to Anderson Memorial's designations as being untimely and violative of the Fourth Amended CMO, and request that they

3

accordingly be stricken, regardless of whether they were submitted for purposes of plan feasibility or otherwise.

Because Anderson Memorial's designations were not filed until August 24, 2009, the Plan Proponents have not had an opportunity to review these designations and, therefore, the compiled designations that are being submitted to the Court do not contain the Anderson Memorial designations or the Plan Proponents' objections and/or counter-designations to such testimony.  Should the Court deem Anderson Memorial's designations to be proper despite their untimeliness, the Plan Proponents reserve the right to submit objections and counter-designations.

The Plan Proponents further object to Anderson Memorial's designation of Daniel Rourke.  Anderson Memorial has not made a proper showing that Daniel Rourke is unavailable, that the designated testimony was taken in an action that "involved the same subject matter between the same parties," and that the designated testimony otherwise satisfies Fed. R. Civ. P. 32.  Therefore, the Plan Proponents further object to Anderson Memorial's designation from the depositions of Daniel Rourke and move to strike such designations.

## Reservation of Rights

The Plan Proponents reserve their rights to further object to the deposition designations referenced above, or any other proffered designations during the Phase II hearing, should they be proffered for any purpose that is not proper under the Fourth Amended CMO, the Federal Rules of Evidence, the Federal Rules of Civil Procedure, or other applicable rules, statutes, and/or guidelines.

## Conclusion

DOCS_DE:152528.1

WHEREFORE, for the reasons explained above, the Plan Proponents respectfully request that the Court enter an order that sustains the Plan Proponents objections to the above-referenced designations and objections identified on the underlying transcripts, and strikes this testimony from use during the Phase II hearing.

Dated:  August 27, 2009              Respectfully submitted,

KIRKLAND & ELLIS LLP

David M. Bernick, P.C.
Theodore Freedman
Justin S. Brooks
Citigroup Center
601 Lexington Ave.
New York, New York  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

and

Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5200

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602
Telephone:  (312) 641-2162
Facsimile:  (312) 641-2165

and

DOCS_DE:152528.1

PACHULSKI STANG ZIEHL & JONES LLP

   /s/  James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
joneill@pszjlaw.com
kmakowski@pszjlaw.com

*Co-Counsel for the Debtors and Debtors in Possession*

CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Mark T. Hurford (Bar No. 3299)
Marla R. Eskin (Bar No. 2989)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
mhurford@camlev.com

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Kevin Maclay
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of*
*Asbestos Personal Injury Claimants*

DOCS_DE:152528.1

PHILIPS, GOLDMAN & SPENCE, P .A.

/s/ John C. Philips
John C. Philips (Bar No.110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pgslaw.com

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T Austern, Asbestos PI Future
Claimants' Representative*

SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (Bar No. (3080)
222 Delaware Avenue, 12th Floor
Wilmington, DE  19801
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
tcurrier@saul.com

 and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
David Blabey
1177 Avenue Of The Americas
New York, NY 10036
Telephone:  (212) 715-9100
*Counsel for the Official Committee of Equity Security
Holders*

7

8