# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| | Related To Docket No. __ |

## ORDER STRIKING AND EXCLUDING DESIGNATIONS SUBMITTED BY THE STATE OF MONTANA AND ANDERSON MEMORIAL HOSPITAL

This matter coming before the Court on *The Plan Proponents' Motion to Strike and Objections and Counter-Designations to the State of Montana's Amended Designations and Anderson Memorial's Untimely Designations* (the "Motion") in the above-captioned bankruptcy cases; the Court having reviewed and considered the Motion; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) no further notice or hearing on the Motion being required:

IT IS HEREBY ORDERED THAT

1. The Debtors' motion to strike the designations filed on August 24, 2009 by The State of Montana and Anderson Memorial Hospital is granted;

2. The designations submitted by Anderson Memorial Hospital (Dkt. No. 22948) and the amended designations filed by the State of Montana (Dkt. No. 22935) are stricken and shall not be introduced as testimony during the Phase II hearing; and

3.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2009         _____
                                    The Honorable Judith K. Fitzgerald
                                    UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:152531.1