**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |

**NOTICE OF DEBTORS' FILING OF DEPOSITION DESIGNATIONS, COUNTER DESIGNATIONS AND COUNTER-COUNTER DESIGNATIONS AND OBJECTIONS THERETO REGARDING THE FIRST AMENDED JOINT PLAN OF REORGANIZATION**

PURSUANT TO THE Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, Debtors' hereby file consolidated Deposition Designations, Counter Designations and Counter-Counter Designations and Objections Thereto submitted by Plan Proponents' and Plan Objectors.

1 The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Attached at Appendix A is a list of the designations submitted herewith.

Dated: August 27, 2009

Respectfully submitted,

KIRKLAND & ELLIS LLP
Theodore L. Freedman
David M. Bernick, P.C.
Citigroup Center
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer, P. C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

**Appendix A**

| **A) Libby Claimants** |
|---|
| **Albert, Mary Ruth 08/26/2009** |
| **Cannon, Stuart 08/23/1999** |
| **Carvey, Edward Nick 12/15/1999** |
| **Craig, Carl E. 08/24/1999** |
| **Dedrick, Carrie Mildred 06/26/2000** |
| **Finstad, Kenneth R. 03/22/1999** |
| **Garrison, Daniel 02/28/2000** |
| **Gaston, Edward A. 03/22/1999** |
| **Graham, Robert L. 09/05/1997** |
| **Hagerty, William J. 01/12/2000** |
| **Hopkins, James G. 02/24/2000** |
| **Kenworthy, Jack D. 12/17/1999** |
| **Larson, Carl A. 01/12/1999** |
| **Lyle, John B. 02/03/1998** |
| **Moolgavkar, Suresh 05/26/2009** |
| **Murray, Thomas F. 10/18/1999** |
| **Nelson, Robert D. 12/09/1999** |
| **Parker, John 06/09/2009** |
| **Riley, Darlene J. (Toni) 12/10/1996** |
| **Shearer, Wilma Rebecca 02/04/1998** |
| **Vinson, Verle R. 12/15/1999** |
| **Wilkes, Robert J. 12/15/1999** |

| Wright, Andrew J. 12/16/1999 |
|---|
| Lovick, Earl Trial Testimony 08/23/1990 |
| Lovick, Earl 12/19/1996 |
| Lovick, Earl Trial Testimony 04/29/1997 |
| Estimation Trial Testimony 01/14/2008 |
| Estimation Trial Testimony 03/24/2008 |
| Estimation Trial Testimony 03/26/2008 |
| Estimation Trial Testimony 03/31/2008 |
| Criminal Trial Testimony 02/23/2009 |
| B) Plan Proponents and Other Plan Objectors |
| Austern, David 05/15/2009 |
| Finke, Richard 03/30/2009 |
| Finke, Richard 05/13/2009 (CONFIDENTIAL) |
| Frank, Arthur 06/05/2009 |
| Hughes, Jay 06/11/2009 |
| Inselbuch, Elihu 06/12/2009 |
| Lockwood, Peter 05/01/2009 (PORTIONS CONFIDENTIAL) |
| Lockwood, Peter 05/04/2009 |
| Molgaard, Craig 06/25/2009 |
| Ordway, Edwin 08/29/2008 |
| Peterson, Mark 06/09/2009 |
| Posner, Jeffrey 05/06/2009 (CONFIDENTIAL) |
| Prouty, Dayton 01/14/2000 |

| **Shelnitz, Mark 08/19/2009 (CONFIDENTIAL)** |
|---|
| **Spear, Terry 07/29/2009** |
| **Whitehouse, Alan C. 10/18/2007** |
| **Whitehouse, Alan C. 03/19/2009** |
| **Whitehouse, Alan C. 06/16/2009** |