**Deposition Designations for:**
**MARY RUTH ALBERT**
**August 26, 2009**

**<u>Deposition Designation Key</u>**

**Arrowood = Arrowood Indem. Co.**
**f/k/a Royal Indem. Co. (Light Green)**

**BNSF = BNSF Railway Co. (Pink)**

**Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co. n/k/a Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance Co.; Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz SE f/k/a Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich International (Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and related subsidiaries and affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal Belge SA (Orange)**

**CNA = Continental Cas. Co & Continental Ins. Co. (Red)**

**FFIC = Fireman Funds Ins. Co. (Green)**
**FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)**

**GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.**

**Libby = Libby Claimants (Black)**

**OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)**

**PP = Plan Proponents (Blue)**

**Montana = State of Montana (Magenta)**

**Travelers = Travelers Cas. and Surety Cos. (Purple)**

**UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)**

| | |
|---|---|
| **AFNE = Assume Fact Not in Evidence** | **L = Leading** |
| **AO = Attorney Objection** | **LA = Legal Argument** |
| **BE = Best Evidence** | **LC = Legal Conclusion** |
| **Cum. = Cumulative** | **LPK - Lacks Personal Knowledge** |
| **Ctr = Counter Designation** | **LO = Seeking Legal Opinion** |
| **Ctr-Ctr = Counter-Counter** | **NT = Not Testimony** |
| **ET = Expert Testimony** | **Obj: = Objection** |
| **F = Foundation** | **R = Relevance** |
| **408 = Violation of FRE 408** | **S = Speculative** |
| **H = Hearsay** | **UP = Unfairly Prejudicial under Rule 403** |
| **IH - Incomplete Hypothetical** | **V = Vague** |

1

```
 1            IN THE DISTRICT COURT OF THE ELEVENTH

 2          JUDICIAL DISTRICT OF THE STATE OF MONTANA

 3              IN AND FOR THE COUNTY OF FLATHEAD

 4    CAUSE NO. DV-97-87

 5    MARY RUTH ALBERT, individually      )
      and as Personal Representative      )
 6    of the Estate of THOMAS O. ALBERT,  )
      Deceased,                           )
 7                                        )
                    Plaintiffs,           )
 8                                        )
            vs                            )
 9                                        )
      W.R. GRACE & CO.-CONN., a           )
10    Connecticut corporation,            )
                                          )
11              Defendants.               )
                                          )
12    _____

13

14                   D E P O S I T I O N

                            OF
15

                      MARY RUTH ALBERT
16
                  (On Behalf of Defendant)
17

18

19
                   Taken at the Law Offices of
20         McGarvey, Heberling, Sullivan & McGarvey
                        945 South Main
21                    Kalispell, Montana
                  Thursday, August 26, 1999
22                        9:00 a.m.

23

24
           Reported by Debra M. Hedman, RPR, RMR, and Notary
25         Public for the State of Montana, Flathead County
```

1    talking about children.

2         A    Yeah.

3         Q    With regard to your children, you have

4    three of them living here and you see them quite

5    frequently, do you?

6         A    Uh-huh.

7         Q    Yes?

8         A    Yes.

9         Q    Now, during the time -- Well, when was the

10   last time that any of your children were dependent

11   upon you or your husband for support?

12        A    They are all in their 40s, so -- It has

13   been a long time.

14        Q    Did they sort of move out when they

15   were -- got out of high school?

16        A    Yes.  I had three of them join the

17   service.

18        Q    And then when they got out of the service

19   they led their own lives, sort of away from the

20   home?

21        A    Yeah.

22        Q    Okay.  And they would come back and visit

23   from time to time, obviously?

24        A    Oh, yeah.

Libby
25        Q    Now, my recollection from looking at the

12

Libby

1   records that I have is that your husband was

2   involved primarily in the logging business while he

3   was here in the Flathead?

4        A    Uh-huh.

5        Q    Did he --

6        A    Yes.

7        Q    Did he have any kinds of jobs?

8   Mechanicking?

9        A    No.  No.  He was -- He worked in the

10   woods.

11        Q    At least at one point in time, when I was

12   looking at the medical records, it indicated that he

13   was a loader operator; is that what he preferred to

14   do in the woods?

15        A    Oh, yeah.

16        Q    What I want to do is to go through a

17   couple of areas relating to your husband, but before

18   I get to that I would like to ask you some questions

19   about yourself.  Do you have any significant health

20   difficulties?

21        A    No.

22        Q    Okay.  Have you had any kind of lung or

23   pulmonary problems?

24        A    I had pneumonia in March.  That's the

25   only --

13

1      Q    Other than that you're in good physical

2  health?

3      A    I would say fair.  You know.

4      Q    Okay.  Any serious problems at all?  You

5  know, we all have our occasional colds and our aches

6  and pains, but as we get older -- as some of us get

7  older -- but do you have anything that is more

8  serious than that?

9      A    I don't think so.

10     Q    Okay.  Good.  Have you ever been involved

11  in an action like this before -- a personal injury

12  action?

13     A    No.

14     Q    Was your husband ever involved in one?

15     A    No.  He was on workers' comp a couple

16  times, but that was all.

17     Q    Yeah, those were for minor things --

18     A    Yeah.

19     Q    -- that he would just have some medical

20  treatment and maybe a little bit of time off and

21  then he would go back to work?

22     A    Yes.

23     Q    Okay.  I saw mention of the fact that he

24  was going to apply for some Social Security

25  benefits.  Did he in fact apply for those?

14

1     A    Uh-huh.  Yes.

2     Q    And was he awarded benefits?

3     A    He had -- After his surgery, he -- I think

4    he got one regular Social Security check and then he

5    was put on disability.

6     Q    Okay.  Now, are you the recipient of

7    Social Security payments now?

8     A    I get a widow's benefit, yes.

**Libby**

9     Q    And as I recall, you said you had

10   worked -- Are you aware of any exposure that you

11   have had or that your husband had in the household

12   to asbestos?

13              MR. SULLIVAN:  Well, I'm going to

14   object.  It's an ambiguous question.  Are you

15   referring to asbestos from Zonolite or are you

16   referring to asbestos from another source?

17              MR. GRAHAM:  Yeah.

18   BY MR. GRAHAM:

19     Q    To asbestos -- Let me talk to you about

20   specific items.  Asbestos tile in the floor?

21     A    No.

22     Q    Okay.  Not that you're aware of?

23     A    No.

24     Q    How about asbestos ducting or insulation?

25     A    In any of our homes, you mean, or

Libby

1    anything?

2        Q    Yes.

3        A    No.  I don't -- There was a lot of homes

4    insulated with that years ago, but I don't believe

5    we ever --

6        Q    Okay.

7        A    I don't know.  Because we never tore out

8    the walls or --

9        Q    Sure.

10        A    You know.

11        Q    To your knowledge, did your husband ever

12    work with any asbestos types of materials, other

13    than the asbestos to which he might have been

14    exposed from Zonolite?

15        A    No.

16        Q    Okay.  Were you ever at the -- I have the

17    dates which I believe were your husband's employment

18    dates at -- actually it was Zonolite at that time.

19    And I have him starting at -- on May 5th, 1960, and

20    working until May 28th, 1962.  Does that sound about

21    right to you?

22        A    Right.

23        Q    Were you ever up at the mine or mill

24    during that period of time?

25        A    You know, I think I must have gone up at

16

Libby

1    least once to see what it was.  You know.

2         Q    Do you have any current impression as to

3    what you saw?

4         A    It was so long ago, I don't recall.

5         Q    A lot of these questions I'm going to be

6    asking you are -- there is no right answer to them,

7    and if you don't remember, that's as important to me

8    as whatever you saw.  Because all I'm trying to find

9    out is what you might testify to if this matter goes

10   to trial.  Were you aware of the jobs that your

11   husband was performing at Zonolite?  Did you talk to

12   him about those jobs?

13        A    I knew what he did.

14        Q    And what's your understanding of what it

15   was he did?

16        A    They all started out as sweepers, as far

17   as I -- I'm sure that most of them did.  He swept

18   for a couple of months.  Then he worked on

19   construction and Tom DeShazer was his boss.  And

20   then he -- I think they bid on this dump truck and

21   Euclid job.  Then he worked there driving Euclid.

22        Q    The figures that I have are one month as a

23   sweeper, twelve months on construction, four months

24   as dump man, and eight months as a Euclid operator.

25   Does that sound okay?

ARROWOOD
OBJ:
H;F

17

Libby

1      A     That sounds about right.

2      Q     Did you have any -- While he was working

3    there, did you have any close friends who were

4    either workers at Zonolite or the spouses of workers

5    at Zonolite?

6      A     Not real, real close friends.

7    Acquaintances.

8      Q     And who do you remember that would have

9    been acquaintances?

10     A     I remember Stu Cannon and his first wife.

11   Les Skramstad.  He worked up there, I think, the

12   same time Tommy did.  Ron Halsey.  Rub Fellenberg.

13     Q     Okay.  Now, when you moved here, which

14   would have been a few years after your husband last

15   worked at Zonolite, did you maintain contact with

16   any of those folks?

17     A     Fellenbergs.

18     Q     Okay.  And do you still maintain contact?

19     A     Not anymore.  His wife died and I haven't

20   seen Rub for a long time.

21     Q     Quite a while?

22     A     Quite a little while.

23     Q     And how about Stu Cannon?  Because Stu is

24   actually here in town now.

25     A     We knew Stu and his first wife.

19

Libby

```
1        Q      Yeah.  Okay.  What was his clothing like
2   when he came home?
3        A      It was dirty, dusty.
4        Q      Did the two of you have some sort of a
5   normal procedure with regard to how you took care of
6   his clothing when he came home?
7        A      Oh, I usually took them off in the
8   bedroom -- or he did, and I would put them in the
9   laundry basket.  And he would shower and put his
10  clean clothes on.
11       Q      That's what -- So he would do that right
12  when he came home?
13       A      Yeah.
14       Q      And then -- Was it customary for him then
15  to wear a different set of work clothes every day as
16  opposed to wearing the same clothes more than once?
17       A      He might have worn them two days.
18       Q      But he would put them -- He would clean up
19  when he got home, put them someplace, and then put
20  those back on the next morning if he wore them two
21  days?
22       A      If he wore them two days, yes.
23       Q      Did he wear coveralls at all?
24       A      I don't think he did.
25       Q      Did he ride the bus back and forth to
```

20

**Libby**

```
 1    work?

 2        A    He must have, because I'm sure that he

 3    wouldn't have driven an old car up there.  I don't

 4    think -- I don't know if they let them drive their

 5    own vehicles.

 6        Q    See, and I'm not sure.  I think --

 7        A    I wouldn't think they would have.

 8        Q    I think it depended on the time and all of

 9    that, I think.  Did he ever talk to you about

10    wearing respirators?

11        A    No.

12        Q    So whether he did or he didn't, you just

13    have no knowledge?

14        A    He had said, when he had gotten sick, that

15    they had respirators, but they said they could wear

16    them or they didn't have to wear them.  And he said

17    that they -- you couldn't hardly wear them, they

18    would clog up.

19        Q    Okay.  And this was something that he told

20    you when he was sick?

21        A    Uh-huh.

22        Q    So that would have been 30-some years

23    after he worked there?

24        A    Uh-huh.  Yes.

25        Q    Do you know why he told you that then?
```

ARROWOOD
OBJ:
HiF

21

```
1        A    I don't know.  I can't recall.

2        Q    Was that after the lawsuit was filed?

3        A    It may have been.  Probably was.

4        Q    Did he say anything about whether he was

5   issued a respirator?

6        A    I assume that he would have been.

7        Q    And his boss then was Tom DeShazer?

8        A    On construction.

9        Q    On construction.

10       A    Yes.

11       Q    Do you know who his boss would have been

12   when he was a sweeper?

13       A    No.  I don't know.

14       Q    Okay.  Anything else he said about

15   respirators, other than what you have just said?

16       A    No.

17       Q    Okay.  Did he say anything about why the

18   respirator would plug up?

19       A    No.

20       Q    Did he describe for you how much dust

21   there was up there ever?

22       A    When he was a sweeper, yeah.

23       Q    What did he say?

24       A    Well, he just -- I think -- I don't know.

25   Probably just that it was a dusty job.
```

Libby

ARROWOOD OBJ: H;F

22

Libby

1    Q    Yeah.  Okay.  Was that at the time or was

2    that, again, later that he talked to you about that?

3    A    Probably at the time.

4    Q    Did he -- I talked with you about the

5    people that you knew or the friends that you had --

6    acquaintances, I guess, was probably a better term,

7    that worked there.  Did your husband have any sort

8    of close friends of his own that worked there that

9    perhaps you didn't get to know very well?

10    A    I imagine, yes.

11    Q    Do you know who they might have been?

12    A    He knew Stu Swenson.

13    Q    Stu Cannon?

14    A    Yeah, pardon me.  That's somebody else.

15    Stu Cannon -- My mind.  And he worked up there with

16    Les.

17    Q    He would have worked with Les.  And Ron

18    probably?

19    A    Ron Halsey.  I don't know if he worked at

20    the same jobs as Ron did at the same time.

Libby

21    Q    Was your husband raised there in the Libby

22    area?

23    A    He was born in Sidney and then I think

24    they moved to Libby in about '46 or '47.

25    Q    When was it that you first became aware,

1   if you recall, of asbestos being a harmful or

2   potentially harmful mineral?

3          A    Oh, gosh, it was probably in the early

4   '80s.

5          Q    How did you hear about that?  Just over

6   the media?

7          A    Yeah, I think so.

**Libby**

8          Q    When did you hear first that you can

9   recall that there was asbestos dust in the air at

10  the Zonolite facility?

11         A    Say that again, please.

12         Q    When was it that you first became aware

13  that there was asbestos in the dust at the Zonolite

14  facility?

15         A    I don't know.  It was years and years

16  later.  We never knew --

17         Q    Okay.  Did you ever ask your husband if he

18  knew that there was asbestos there at the facility?

19         A    No.

20         Q    Did you ever hear of a type of asbestos

21  called tremolite?

22         A    I can't -- I can't recall.

23         Q    Did your husband talk about how dusty it

24  was at places up there at Zonolite other than in the

25  dry mill?

24

Libby

1    A    I can't -- I don't know if he ever said,

2    but I -- No, I can't say this, because I assumed

3    there was dust when he was driving the truck, but

4    that's, you know --

5.    Q    No, and I understand that.  And it's

6    something that it's natural to assume because you

7    knew that it wasn't all paved up there?

8    A    Yeah.

9    Q    And so you would expect some dust, right?

10    But he didn't -- You don't have a recollection of

11    him talking about a comparison between what the dust

12    was like doing the sweeping job and what the dust

13    was like doing some other job?

14    A    No.

15    Q    Did he ever mention anything about any

16    kind of inspections or the State coming onto the

17    project up there or anything of that nature?

18    A    No.  Not that I remember.

19    Q    Did he ever mention to you anything that

20    he might have been told while he was working there

21    concerning whether the dust was harmful or not?

22    A    He never.

23    Q    Never?  Nothing in that regard?

24    A    No.

25    Q    Do you remember in any of your discussions

1    with Stu Cannon, Les Skramstad, Ron Halsey, Rubin

2    Fellenberg or anyone else who worked up there at the

3    time your husband did -- do you recall any

4    discussions with them of the work conditions up

5    there --

6         A    No.

7         Q    -- or the dustiness or anything like that?

8         A    No.

9         Q    Was your husband involved in any of the

10   union activities while he was there?

11        A    I guess he would have been a union member,

12   but I don't remember --

13        Q    You don't remember him going off to

14   meetings all the time?

15        A    No.

**Libby**

16        Q    Okay.  With regard to his clothing when he

17   would bring it home, you said he would take it off

18   and it would go into the laundry basket.  Did it --

19   just the fact of his clothing being there -- create

20   a particular dustiness in your house?

21        A    I would imagine.

22        Q    Do you have any recollection that it did?

23        A    There was dust.  I don't -- I don't know

24   where it -- you know.

25        Q    At that time when you were in Libby, did

**Libby**

1    you live on a paved street or was it a gravel street

2    that went by your house?

3        A    It was -- It was paved from the highway,

4    and then there was a little road we went up that

5    wasn't paved into our -- we had rock or --

6        Q    So you -- Yeah, so you would have ended up

7    with a little bit of dust from your driveway?

8        A    I suppose, a little bit.

9        Q    Did you have a clothes dryer or would you

10   hang the clothes outside to dry?

11       A    I had a washer and dryer.

12       Q    Okay.  Anything else you remember about

13   the mill and the mine and the dustiness that we

14   haven't already talked about?

15       A    I can't think --

16       Q    Anything about your husband's employment

17   at Zonolite that we haven't discussed?

18       A    No.

19       Q    Okay.  And it sounds to me, it's sort of a

20   typical thing, you were busy during the day doing

21   your things and he would go off to work and come

22   back and about all you would really know is that his

23   job was dusty because his clothes were dusty?

24       A    Yes.

25       Q    Did he ever complain to you about the

**Libby**

1    dustiness that he had at his employment?

2        A    I can't remember if he did.

3        Q    I've been around a lot of logging landings

4    and those can get pretty dusty in the summertime,

5    too.

6        A    Yes.

7        Q    Would you say that the dustiness of his

8    clothing in his logging jobs in the summer was

9    essentially the same as the dustiness of his

10    clothing when he worked at Grace -- or, at Zonolite?

11        A    Probably comparable.

12        Q    Yeah.  Okay.  Let's talk about -- Let's

13    talk about your husband's health some.  First of

14    all -- Oh, I have some statistics here.  He would

15    have been born on July 7th, 1933; is that right?

16        A    Right.

17        Q    And you were born on November 18th, 1936?

18        A    Right.

19        Q    Married February 26, 1953.

20        A    Uh-huh.

21        Q    And I do have the date -- There is a

22    disability date of January 15th, 1996.  Does that

23    sound about right?

24        A    What -- Say that again now.

25        Q    A disability date for Social Security

Libby

1    purposes of January 15, 1996?

2         A    Yes.

3         Q    Okay.  It's my understanding that your

4    husband was diagnosed with colon cancer in 1989?

5         A    '89.

6         Q    And then had surgery in 1990 for it?

7         A    Yes.

8         Q    Before that time, other than sort of the

9    normal dings that people get when they are working

10   in the woods or working in industrial settings, had

11   he had any significant medical problems?

12        A    No.

13        Q    I have down that he had an appendectomy or

14   something like that back in 1970?

15        A    Oh, gallstones.  And then they took his

16   appendix out at the same time, which they normally

17   do.

18        Q    There is some mention in the medical

19   records about him having some cardiac risk factors

20   and some diffuse coronary disease.  Let me ask you

21   this, before I ask you the question about the

22   medical.  When he would go -- from, say 1989 on,

23   when he was diagnosed with the colon cancer -- when

24   he would go in to the physicians, would you normally

25   accompany him and listen to what the doctors had to

**Libby**

1    say to him?

2         A    After the surgery?

3         Q    After the -- After the colon surgery.

4         A    We went to Dr. Schmid in Missoula.    Judy.

5    We went about twice a year for check-ups.

6         Q    Okay.  What I'm --

7         A    And I went with --

8         Q    What I'm getting at is, when he went, for

9    instance, to Dr. Boyer or Dr. Schmidt or, you know,

10   any one of his then-treating physicians, whenever

11   they had a conference with him after he went to see

12   them, would you be with them -- with him in the

13   conference with the doctors?

14        A    No, I -- I don't know about a conference.

15        Q    Well, I guess what I'm getting at is,

16   sometimes doctors will do their examinations and all

17   of that and then sit down with the patient and say,

18   here is what I found out.

19        A    Before the surgery.

20        Q    Or did -- Or at any time?

21        A    Or after.

22        Q    Whenever you go to a doctor.

23        A    I liked to be with him when he went to the

24   doctors.

25        Q    That's what I was getting at.

30

Libby

```
 1      A    You know.

 2      Q    What I'm trying to find out is whether --

 3   whether for the most part what the doctors told him,

 4   you were there to listen to?

 5      A    Probably.

 6      Q    Okay.  Now, with regard to his heart risks

 7   or any problems that he might have had with his

 8   coronary arteries -- coronary disease, do you have

 9   any recollection of what the physicians would have

10   said about that?

11                  MR. SULLIVAN:  And I'm going to

12   object on the basis of hearsay.

13   BY MR. GRAHAM:

14      Q    Go ahead.

15                  THE DEPONENT:  Do I answer?

16                  MR. SULLIVAN:  Yes.

17   BY MR. GRAHAM:

18      Q    Yes.

19      A    He had a test -- I can't remember what

20   year it was, after his colon cancer.  He had that

21   treadmill, Thallium.

22      Q    Thallium test?

23      A    Yeah.  And he had some heart blockage.

24   Dr. Williams told us that.

25      Q    And do you remember whether there was any
```

ARROWOOD
OBJ.
H; F

31

1    suggestion that he receive any treatment for that?

2        A    No.  There was none.  They didn't.

3        Q    Now, when he had the colon cancer surgery,

4    did he also have chemotherapy in connection with

5    that?

6        A    He had chemotherapy once a week for a

7    year.

8        Q    After that surgery?

9        A    After he healed up, yeah.

10        Q    Okay.

11        A    It was 5FU, it was called, and it was the

12    type that I think he took 900 milligrams from an IV

13    push at the doctor's office and it didn't make him

14    sick and he didn't lose his hair.  He worked.

15        Q    Worked throughout that period of time?

16        A    Yeah.

17        Q    Up until he became quite ill with the lung

18    cancer, had he missed any significant period of work

19    from -- for medical treatment?

20        A    Before the lung cancer?  And after the

21    colon cancer?

22        Q    Yes.

23        A    No.

24        Q    How about even before the colon cancer?

25        A    I can't think of anything major or

*(handwritten annotations: "ARROWOOD OBJ: H;F" at right; "Libby" at left)*

32

**Libby**

```
 1    anything like that.  He was healthy.  He was a
 2    healthy person.  Strong.
 3         Q    A day off here or there?
 4         A    Not very often.
 5         Q    Okay.  Now, he would have time off during
 6    break-up?
 7         A    Uh-huh.  Yes.
 8         Q    There was some comment in the medical
 9    records about the fact that he enjoyed his work and
10    that he didn't really even want to take time off and
11    go on trips or anything because he enjoyed his trips
12    in the woods.  Did you guys go on trips?
13         A    Trips?  We went camping and stuff like
14    that, you know.
15         Q    Did you?  Did you have a camper?
16         A    Yeah.
17         Q    Or did you have a tent camper?
18         A    No, we had campers.  And we never went
19    very far.
20         Q    Go on the weekends or something like that?
21         A    Yeah.  He -- Like I told Roger, he had had
22    a picnic every day up in the woods.  He didn't
23    especially care about going on the weekends.
24         Q    Going back up?
25         A    Going back out.
```

38

1    nodule in his upper right mid lung field was first

2    identified in October of 1994.  Does that sound

3    about right?

4         A    Nodule on his lung?

5         Q    Yeah, the cancer first showed up in his

6    lung in 1994.

7                   MR. SULLIVAN:  I'm going to object

8    on the basis that the medical records speak for

9    themselves and that the diagnosis of cancer is in

10   the medical records.  And I would object on the

11   basis of foundation.

12   BY MR. GRAHAM:

**Libby**

13        Q    Let me just ask you the question then

14   differently.  When was it that you first became

15   aware that your husband had been diagnosed with any

16   kind of lung cancer?

17        A    It was December, I believe, of '95.

18        Q    December of '95?  And --

19        A    Yes.

20        Q    And then it was sometime not too long

21   after that that he had his operation?

22        A    January of '96.

23        Q    January of '96.  And then he went through

24   another couple bouts of chemotherapy, did he?

25        A    And radiation.

**Libby**

1    Q    And radiation therapy?  And then he had

2    new cancer showing up as a result of that old

3    cancer?  Or --

4    A    I don't know.

5    Q    Okay.

6    A    I don't know.

7    Q    Was he at home most of the time after that

8    operation?

9    A    Yes.

10    Q    And did he -- Was he able to work after

11    that operation?

12    A    Hu-huh.  No.

13    Q    Did he work right up to that operation?

14    A    Yeah, I think he did.

15    Q    That's what I gathered, that he worked up

16    until that operation but was unable to go back to

17    work after the operation?

18    A    Yeah.  Yes.

19    Q    And did he remain at home until his death

20    then?

21    A    We went on one trip.

22    Q    Down to Denver actually?

23    A    Yeah.  To our son's -- our youngest son

24    got his Master's degree, and he was not well when he

25    went.  But he said that if he didn't go, it would --

**Libby**

1    he said it would probably be his last.

2        Q    And he had some problems down there, as I

3    recall, from the medical records?  Needed some

4    medical treatment down there?

5        A    No.

6        Q    Or maybe not medical treatment.  Did he

7    have to go into a hospital or nursing home or

8    anything?

9        A    No, I kept him at home.

10        Q    Kept him at home.  There is some notation

11    that he was on a morphine pump or something like

12    that.  How long would he have been on that?

13        A    Well, let's see.  He was on lots of

14    painkillers and Marinol even.  You know.  We thought

15    that would maybe make him feel better.  Which it

16    didn't.  And then I can't recall exactly how long

17    he was on the morphine pump for sure.  I had

18    hospice.

19        Q    Oh, hospice assisted?

20        A    Yeah, and home health.

21        Q    Can you describe for me how well the pain

22    was controlled, as you observed it?

23        A    On the little pump, the little box, you

24    know, it had a sub Q needle in his stomach, and if

25    the pain -- if it wasn't giving him enough

Libby

1    automatically, then there was a button that you
2    could punch and it would give you an extra dose.
3    And then hospice would look at that inside and see
4    how many punches you made extra, and if it was a lot
5    then they would --
6        Q    Adjust it?
7        A    -- they adjusted the morphine up.  Yeah.
8        Q    Okay.  I've just never had any experience
9    with the morphine pump or this kind of disease at
10   all.
11       A    Yeah.  It works -- It works pretty good,
12   you know.
13       Q    There comes a point in time, I understand,
14   when the morphine starts interfering with your
15   ability to think and communicate and talk and that
16   sort of thing.  Did it get to that point or --
17       A    Yeah.
18       Q    Did it?
19       A    Yes.
20       Q    Did that --
21       A    Not too bad, but he -- the Saturday night,
22   before he died -- I don't know if I told you this.
23   He raised out of his bed and the -- hospital bed and
24   I said, Tommy, I said, You lay back down now.  And
25   he got up out of the bed and he came after me.  And,

42

**Libby**

1   you know -- I don't think I told you that, did I?

2   And he -- He was coming after me, but he didn't

3   know, you know.

4       Q    Yeah, I've actually had that similar

5   experience where it's like a nightmare sort of

6   situation for them.   I think they call it

7   confabulation or something where they -- the patient

8   imagines a whole set of things that aren't there.

9       A    I was a son of a bitch.

10      Q    You were the enemy?

11      A    Yeah.

12      Q    I've been in that role, too.

13      A    He didn't last very long, though.   That

14  was two days before he died.   It wasn't long, he was

15  laying on the floor.

16      Q    That was the worst that it got as far as

17  that mental thing?

18      A    Yeah.  Yeah.

19      Q    Up until that point in time, were you able

20  to visit and talk with him?

21      A    Somewhat.  He had -- He would have some of

22  the guys that he worked with come, but they didn't

23  come until real late.   I guess they didn't realize

24  he was as bad as he was, and he didn't -- they

25  couldn't stay very long because he just --

46

1    A    Yeah, and I'm sure that they would have

2    wanted him to because he was good at his job.   And

3    he was -- He worked every day.

4    Q    Did he have -- Did he ever go out on his

5    own in the logging contracting business?

6    A    Yes, about in 1980 I think it was we had a

7    couple machines, loaders, and then that was about

8    the worst year for logging that there was.

9    Q    The wrong time to go out?

10    A    Oh, gosh, yes.

11    Q    And then after that he worked for wages?

12    A    Yeah.   He worked for -- Then he went to

13    work for Stoltze.

14    Q    And had worked for Stoltze then for over

15    ten years?

16    A    I was trying to think how long it was.

17    Fourteen?   Fourteen -- I thought it was fourteen

18    years.

**Libby**

19    Q    Up until the time he got lung cancer, did

20    he ever complain or did you ever observe him being

21    short of breath?

22    A    No.

23    Q    And it wasn't until they removed a sizable

24    portion of one of his lungs that he became short of

25    breath?

**Libby**

1    A    Uh-huh.  Yes.

2    Q    Did he recover from that shortness of

3    breath?

4    A    No.  He couldn't take a shower even.

5    Q    Yeah, because he had so much lung volume

6    gone -- You don't know medically why it was?

7    A    No, but I know they took a lot of it out.

8    Q    Was he ever on oxygen?

9    A    Toward the end he was.

10    Q    Was it the thing up the nose?

11    A    Yeah.  Yes.

12    Q    Can you estimate when it was in relation

13    to his operation that he became bedridden?

14    A    I think I had the hospital bed only

15    about a week, but we had a big circular davenport

16    and he would try to sleep on one end and I would

17    sleep on the other end.  And he never slept.  He

18    couldn't sleep very good.  He couldn't -- He had

19    pills and stuff, but even with the morphine he

20    couldn't rest.

21    Q    Would he get up and move around or --

22    A    Yeah.  Walk around.  Lay back down.  Get

23    in the recliner.  And he still couldn't --

24    Q    Just restless?

25    A    Very, very restless.

48

Libby

1      Q    Did he -- How long do you think that he
2    would have been on oxygen?
3      A    Probably -- I think they brought it out
4    about the same time they brought the hospital bed.
5      Q    So it would have been the last week or so?
6      A    Week and a half, something like that.
7      Q    And was the morphine pump longer than that
8    or was that about the same time?
9      A    No, that was a little longer.  I can't
10    recall exactly how long, but --
11      Q    Weeks longer or months longer?
12      A    Oh, a couple of weeks longer.
13      Q    I'm sure that we have the information
14    someplace, so --
15      A    I just can't remember.
16      Q    Had he ever been on any kind of inhalents
17    before he went on oxygen to improve his breathing?
18      A    No..
19      Q    Okay.  While your husband was working at
20    Zonolite, was there ever any discussion which you
21    became aware of of the fact that former employees or
22    current employees were having respiratory problems?
23      A    At the time he was working there?
24      Q    Yes.
25      A    No.  I can't recall.

49

**Libby**

1      Q    How about afterward?  Did you hear that
2    people had had respiratory problems that had worked
3    at the facility?
4      A    We knew of one man, this was -- His name
5    was Shorty Welch.  I can't remember what his --
6      Q    Lilas is what his --
7      A    Oh, yeah.
8      Q    Lilas was his --
9      A    I knew he had something wrong with his
10    lungs.  We called it -- or, they called it or
11    somebody called it black lung.  You know.  But
12    that's about all.
13      Q    Yeah, he actually had an Occupational
14    Disease Act hearing here in Kalispell in 1967.  Were
15    you aware of that hearing or anything like that?
16      A    Hu-huh.  I don't even know when he died or
17    anything.  I can't remember.
18      Q    Up until the time that you filed suit or
19    were in contact with attorneys concerning this
20    particular matter, were you aware of anyone at
21    the -- anyone who had worked for Zonolite who had
22    died of lung cancer?
23      A    Who had died of lung cancer?
24      Q    Yeah.
25      A    No.

50

Libby

```
 1        Q    Or who was ill from asbestosis or any

 2   asbestos-related disease?  Other than -- Well, I

 3   guess with Shorty Welch you just heard black lung,

 4   not asbestosis.

 5        A    That was years ago.  Les Skramstad.

 6        Q    Okay, when Les had it, you became aware of

 7   it?

 8        A    I read it when I was over at Libby in the

 9   paper.

10        Q    Oh, when his trial was?

11        A    Yeah.  And then -- That's the only --

12        Q    That would have been the first person that

13   you were aware of that had asbestosis?

14        A    (Deponent nods head.)  I think -- I think

15   so.

16        Q    That's fine.

17             MR. GRAHAM:  That's all I have.

18   Thank you very much.

19             MR. SULLIVAN:  Thank you.

20             THE DEPONENT:  Is that it?

21             MR. GRAHAM:  Yeah.

22             (Whereupon, the deposition of MARY RUTH

23   ALBERT was concluded and signature was reserved.)

24

25
```