**Deposition Designations for:**
**CARRIE MILDRED DEDRICK**
**June 26, 2000**

**Deposition Designation Key**

**Arrowood = Arrowood Indem. Co. f/k/a Royal Indem. Co. (Light Green)**

**BNSF = BNSF Railway Co. (Pink)**

**Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co. n/k/a Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance Co.; Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz SE f/k/a Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich International (Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and related subsidiaries and affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal Belge SA (Orange)**

**CNA = Continental Cas. Co & Continental Ins. Co. (Red)**

**FFIC = Fireman Funds Ins. Co. (Green)**
**FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)**

**GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.**

**Libby = Libby Claimants (Black)**

**OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)**

**PP = Plan Proponents (Blue)**

**Montana = State of Montana (Magenta)**

**Travelers = Travelers Cas. and Surety Cos. (Purple)**

**UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)**

AFNE = Assume Fact Not in Evidence
AO = Attorney Objection
BE = Best Evidence
Cum. = Cumulative
Ctr = Counter Designation
Ctr-Ctr = Counter-Counter
ET = Expert Testimony
F = Foundation
408 = Violation of FRE 408
H = Hearsay
IH - Incomplete Hypothetical
L = Leading
LA = Legal Argument
LC = Legal Conclusion
LPK - Lacks Personal Knowledge
LO = Seeking Legal Opinion
NT = Not Testimony
Obj: = Objection
R = Relevance
S = Speculative
UP = Unfairly Prejudicial under Rule 403
V = Vague

IN THE DISTRICT COURT OF THE NINETEENTH
JUDICIAL DISTRICT OF THE STATE OF MONTANA
IN AND FOR THE COUNTY OF LINCOLN

CAUSE NO. DV-99-124

CARRIE M. DEDRICK and ROBERT W. DEDRICK, husband and wife,

Plaintiffs,

vs.

W.R. GRACE & CO.-Conn., a Connecticut corporation, W.R. GRACE & CO., a Delaware corporation, W.R. GRACE & CO., a/k/a GRACE, an association of business entities, and DOES I-IV,

Defendants.

DEPOSITION

OF

CARRIE MILDRED DEDRICK

Taken at the Venture Motor Inn
443 U.S. Highway 2, W.
Libby, Montana
Monday, June 26, 2000 - 10:00 a.m.

Reported by Jolene Asa, RPR, and Notary Public for the State of Montana, Flathead County

same page.

MR. MacDONALD: You bet.

BY MR. MacDONALD:

Q Carrie, was your husband ever in the military?

A No.

Libby

Q Carrie, as you sit here today, how would you describe your general health?

A It's not the same. I can't breathe. I can't walk around a grocery store. I cough all night, sit in a chair most of the time. I don't do the things that I used to do, like go boating with my husband. I can't crawl in and out of the boat. I can't go down on the river and fish. We do nothing together that we used to do.

Q Carrie, other than your breathing problems and your cough, things associated with your lungs, do you have any other health problems to speak of?

A No. I take thyroid because I've had a thyroid problem for years.

Q But that's under control?

A Yes.

Q How long have you had a breathing problem that you can recall, Carrie?

A Positively, three and a half years almost.

have a boat too, a fishing boat.

Q And would you bring that up there too, the fishing boat?

A My husband and I would take the fishing boat up, and we would also take the kids and take them fishing in our fishing boat. I won't be able to do that this summer.

Libby

Q Carrie, what is your understanding of your breathing problem? What is it?

Arrowood obj: H;F

A I have asbestosis in my lungs. I have rales in my lungs. I have been going for the past five months -- One month I went twice to Dr. Whitehouse.

Q What is your understanding of what asbestosis is?

A It's a terrible disease, and there's no cure for it.

Q Could you describe for me as best you can your understanding of what the terrible disease is, what it does to you?

A Causes (sic) you from having a good life, breathing properly. It causes you to cough, and to me it's my death sentence.

Q Carrie, after you started noticing your breathing problem with your cough in the summer of

Q Did you get a chance to talk to Dr. Whitehouse last week?

A Yes. He told me to call back this Friday.

Q Did you explain to him what Connie Boyd had talked to you about?

A He talks to her all the time. He calls her and talks back and forth.

Q So Dr. Whitehouse didn't prescribe any medication for you either to help your immune system?

A No. No. To tell you the truth, I don't know if there is anything they can do to get my immune system back.

Libby

Q Carrie, do you have any particular sickness right now, I mean, other than what we've talked about? I mean, do you have a cold or any other things that --

A I just cough, and my chest is tight and the same -- Sometimes I lose my voice, and it's hard to talk. I have a dry cough all the time. I really have been a healthy, energetic person all of my life. My friend named Pat and I would walk four miles up at the Asa Wood School every morning in, like, 40 to 45 minutes because we'd really go at it. Like I said, I can't hardly walk upstairs or go

Libby

downstairs, go to the grocery store. I used to go around the grocery store and think nothing of it. I don't really like to go out to eat because I cough.

Q Carrie, have you talked to Dr. Whitehouse about what the future holds for you, what your prognosis is?

Arrowood Obj: H

A I think I know. I haven't personally come out and talked to him, but Connie and I have discussed what happens to me.

Q And what's your understanding from Connie of what happens to you?

A I die.

Q Did Connie tell you any range of how long before you die?

A No. I just keep saying to her, What happens to me next, like, when this immune system -- What's next for me?

She's hugs me and says, Well, you'll get through it.

Q And you've never talked to Dr. Whitehouse about how long you may have?

A No. I could ask him Friday.

Q And he's never offered that information to you?

A No.

Q Do you remember ever having any Workers' Comp claims in your history of working?

A For being hurt?

Q Yes.

A No.

Q Carrie, have you ever had any treatment for alcohol-related problems?

A Never.

Q Have you had any treatment for -- psychiatric treatment?

A Never.

Libby

Q Have you ever had any marriage counseling of any kind?

A No, but I need it now.

Q Why do you need it now?

A This is very stressful, what my husband and I both are going through. It's caused our relationship to be not so great. We fight almost every day because we're stressed out over this disease that we both have.

Q How long has it been, Carrie, since you noticed this increase in the stress and your relationship with your husband?

A The last two years.

Q Have you tried any type of an appointment

Libby

or sought out any therapy help in the last two years?

A No, but we're going to.

Q Do you know who you're going to see?

A There's some stress counselors coming to town. We've been married for 50 years September 2nd of this year, and we still love each other, but it's very stressful.

Q Do you have a particular name of any individual that you're planning to see?

A No, I don't.

Q So there isn't anyone here in town or Kalispell or Troy that you want to seek therapy with? You're waiting for somebody to come into town?

MR. SULLIVAN: Just for a point of clarification, is this the disaster relief program that the EPA is bringing in as a result of what W.R. Grace -- as a result of the asbestos that's contaminated the community?

THE WITNESS: Yes.

Arrowood OBJ: L; AFNE;

MR. SULLIVAN: The EPA is providing some sort of developing of an infrastructure for stress relief for victims?

THE WITNESS: Yes. There are many of

Libby

us. Yes.

BY MR. MacDONALD:

Q So you're waiting to see some kind of government-sponsored stress relief program before you seek some type of therapy? Is that my understanding? Is my understanding correct?

A Yes, but if it doesn't come, we still will go seek help. I also work with the hospital board. They chose me to be on the board with them to work out these things.

Q Carrie, how long have you been on the hospital board?

A It's not the regular hospital board. It's a special group of people that they -- of different people in the community. I've been going to the meetings for three months or something like that. I'm not positive. They're working out all of these things so people can have counselors.

Arrowood Obj: H; F

Q You mentioned, Carrie, that you believe your husband has asbestosis too; is that correct?

A Yes.

Q How long have you known that your husband has asbestosis?

A When I went to Dr. Whitehouse my first time, he had been diagnosed with it a year before

MR. SULLIVAN: When was it that you found out --

If I can put words in Carrie's mouth.

When was it that you found out, years later or whenever it was, that that had been the case?

MR. MacDONALD: That's fine.

MR. SULLIVAN: When Dr. Whitehouse told me.

BY MR. MacDONALD:

Q Prior to seeing Dr. Whitehouse, you didn't know that you had ever been exposed to asbestos?

A (Witness shook head.)

Q Is that a --

A No.

Libby

Q Okay. Could you describe for me as best you can the discussion you had with Dr. Whitehouse about your exposure to asbestos?

Arrowood obj: H

A He didn't really go into it that much. He said I had it. My husband worked there. He would come home with his dirty clothes. I did the washing of his clothes. As a child, we all played in it.

Q To the best of your knowledge, Carrie, have you ever been exposed to asbestos in any other way?

Libby

A No.

Q Were you ever around insulation that you know of?

A No.

Q How about tile? Were you ever around when tile was being installed?

A No.

Q Carrie, have you ever seen duct work on pipe, falling off pipes at any time in your life?

A Falling off, no.

Q Have you ever worked or been around somebody doing duct work on pipes?

A No.

Q Have you ever worked on brakes or been around somebody working on brakes?

A No.

Libby

Q Now, when you said that your husband worked up there, was he an employee of W.R. Grace?

A Yes, but -- Can I explain?

Q Yes.

A He worked for J.E. Johnson Construction Company, and they worked for -- They were all employed by Grace.

Q What type of work did your husband do for J.E. Johnson Construction?

Libby

A Built buildings, worked on the transformer.

MR. DEDRICK: Carpenter.

THE WITNESS: He was a carpenter.

MR. MacDONALD: Mr. Dedrick, I'm going to have to ask you to try to be quiet. Okay?

MR. DEDRICK: I understand.

MR. MacDONALD: I know it's hard. You'll get your chance.

THE WITNESS: He was a carpenter.

MR. DEDRICK: I was a carpenter.

MR. MacDONALD: Okay.

BY MR. MacDONALD:

Libby

Q When you say "Worked up there," how long did your husband work up there at the Zonolite mine?

A 11 to 12 months.

Q Do you know what building he was building when he was up there?

A Not for sure. He worked on several.

Q Was your husband a carpenter by trade?

A Yes.

Q And how long did he work for J.E. Johnson? Do you remember?

A Those months.

Q So the only time he worked for

J.E. Johnson was when he was building buildings up at Zonolite?

A Yes.

Q Do you remember why he left J.E. Johnson Construction?

A He went to work for the dam.

Q Did your husband ever do any cement work, work with cement that you recall?

A No.

Libby

Q What do you recall about that 11- to 12-month period when your husband was working for J.E. Johnson and building buildings up at Zonolite?

A He would come home filthy, have dust all over. The pickup would be covered with dust on the inside.

Q Did he ever come home filthy in any of his other jobs, filled with dust, that you recall?

A No.

Q Did you make him clean off the dust as best he could outside before he came into your house?

A He would stamp his feet and take his clothes off in the back porch area.

Q And then would you immediately put those clothes in the washer?

than your normal speed?

A I was walking slow.

Q Slower than you did last summer?

A About the same.

Q How about if you took rests, more rests than you have?

A I have stopped. I have stopped. I can't breathe, and I'm panting, so I stop.

Q You mentioned that you can't garden anymore?

A Yes.

Q When is the last time you did gardening?

A I started it last year, and he, my husband, finished it.

Q Did you try to start it this year?

A No.

Q How come?

A It would be too much for me.

Libby

Q Anything else, Carrie, you used to like to do that you can't do now?

A The walking, planting flowers, the digging. It's just too much. I get too tired.

Q Did you try to plant flowers this year?

A I did, yes.

Q How long did you do that?

Q Carrie, what was your maiden name?

A Williams.

Q Do you still have relatives up here, Williams relatives in the Libby area?

A Yes.

Q Who would they be?

A I have a sister that lives in Troy.

Q What's her name?

A Laura Meyers.

Q And who is her husband?

A Lewis Meyers.

Q Do you have any other brothers and sisters?

A She's my real sister. Then I have a half brother, Tom Pettitt.

Q Where does he live?

A In Libby.

Libby

Q Carrie, you also mentioned that you played around asbestos when you were a child; is that correct?

A Yes.

Q Where did you do that?

A About a block from the popping plant. All the kids in my neighborhood would play in it.

Q What did it look like?

Libby

A It's a big, long building with smoke coming out of the building, and then we would get in the building and swing on the rope and jump in it.

Q When you say "Jump in it," what was it like?

A There was a rope in there, and we'd swing on the rope and jump into the piles.

Q What did the piles look like?

A Dusty, and you'd sink.

Q Do you know what the material was, the pile of material?

A Huh-uh. No.

Q Why do you think there was asbestos in those materials?

A I didn't know that then.

Q Why do you think it now?

A It's in the papers. They're cleaning it up.

Q Until it was in the papers --

A And I played on the ball field. I was in track in high school.

Q Until it was in the papers, you didn't know that there was asbestos in the materials that you played in as a child?

A No. Not as a child, no.

EXAMINATION

BY MR. SULLIVAN:

Libby

Q Carrie, before we took our break, Terry was asking you some questions about various ways you might have been exposed to the vermiculite and asbestos that was later found to be in the vermiculite. Did you ever have vermiculite in your gardens?

A Yes.

Q And can you explain how the vermiculite would be gotten and placed there?

A My husband would bring it home and dump it, and Lerah and the Parkers were friends, and they told me -- Lerah told me that we could have it for free, to come up and get it any time we wanted it, so we did.

Q So if I understand correctly, the Parkers purchased the river export facility from W.R. Grace sometime in approximately 1995; is that correct?

A Yes.

Q And so at the time that the Parkers purchased the facility from W.R. Grace, there were piles of vermiculite lying around?

MR. MacDONALD: Objection as to form.

THE WITNESS: Yes.