**Deposition Designations for:**
**ROBERT L. GRAHAM**
**September 5, 1997**

**Deposition Designation Key**

Arrowood = Arrowood Indem. Co. f/k/a Royal Indem. Co. (Light Green)

BNSF = BNSF Railway Co. (Pink)

Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co. n/k/a Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance Co.; Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz SE f/k/a Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich International (Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and related subsidiaries and affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal Belge SA (Orange)

CNA = Continental Cas. Co & Continental Ins. Co. (Red)

FFIC = Fireman Funds Ins. Co. (Green)
FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)

GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.

Libby = Libby Claimants (Black)

OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)

PP = Plan Proponents (Blue)

Montana = State of Montana (Magenta)

Travelers = Travelers Cas. and Surety Cos. (Purple)

UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)

AFNE = Assume Fact Not in Evidence
AO = Attorney Objection
BE = Best Evidence
Cum. = Cumulative
Ctr = Counter Designation
Ctr-Ctr = Counter-Counter
ET = Expert Testimony
F = Foundation
408 = Violation of FRE 408
H = Hearsay
IH - Incomplete Hypothetical
L = Leading
LA = Legal Argument
LC = Legal Conclusion
LPK - Lacks Personal Knowledge
LO = Seeking Legal Opinion
NT = Not Testimony
Obj: = Objection
R = Relevance
S = Speculative
UP = Unfairly Prejudicial under Rule 403
V = Vague

IN THE DISTRICT COURT OF THE NINETEENTH
JUDICIAL DISTRICT FOR THE STATE OF MONTANA
IN AND FOR THE COUNTY OF LINCOLN

CAUSE NO. DV-97-50

ROBERT L. GRAHAM and CAROL A. GRAHAM, husband and wife,

Plaintiffs,

vs

W.R. GRACE & CO.- CONN, a Connecticut corporation, and DOES I-IV,

Defendants.

VIDEO DEPOSITION

OF

ROBERT L. GRAHAM

(On behalf of the Plaintiff)

Held at the Lincoln County Courthouse
512 California Avenue
Libby, Montana
Friday, September 5, 1997
8:55 a.m.

Reported by Debra M. Hedman, RPR, RMR and Notary Public for the State of Montana, Flathead County.

A Oh, gee, just in and out, like, for two weeks and he'd be home for a month. And he -- They gave him Penicillin and this proved to work against him because it built up in his body and he had no anti -- no anti bodies to fight the diseases. So he was in and out of the hospital. And we had him in Betty Bacharach home at the -- I don't recall the place, but it was --

Q Well, anyway, so things worked out in Montana pretty well?

A Yes.

Q And have you been in Libby ever since?

A Yes, we have.

Libby

Q How long did you work for W.R. Grace?

A Twenty-seven and a half years.

Q So that's 1962 up to what year?

A 1990.

Q And are you married?

A Yes, I am.

Q Who to?

A Carol.

Q How long?

A Forty-four years.

Q And do you have children?

A Yes, five.

shop. Sometimes they repair rollovers, or about a year and a half ago they built a fire engine. That type of work. It's mostly aluminum.

Q And Kim, where does she live?

A She lives with us at our home.

Q Uh-huh. And is she employed?

A No, she isn't.

Q Does she have a chemical imbalance or something?

A Yes, she does.

Q Then this June, did you make a trip to Missouri?

A Yes, we did.

Q Why was that?

A To visit our kids. It was sort of a family reunion.

Libby

Q And at that time had you been diagnosed with a disease?

A Yes, I had been diagnosed in March, I believe.

Q With what?

A That I had mesothelioma.

Q What's your understanding of what that is?

A I understand that it's a cancer related --

Libby

or an asbestos-related cancer.

Q And so did the reunion have anything to do with the fact that you had been diagnosed?

A Well, it was a good time to go and then I wasn't sure, you know, of my treatment or when I would be able to do that again.

Q How many of the kids came to the reunion?

A Four.

Q And how many grandkids do you have?

A Three.

Q Three. How long did the reunion last?

A Well, it was only for a couple days, but we were there for 12 days. And we went to Silver Dollar City and Branson and different places we like to go. Every day we did something.

Q Are you on any medications right now?

A Yes, I am.

Q Can you say what they are?

A I have a nebulizer, which is Ambutrol, and --

Q What is the nebulizer for?

A It's to open up my lungs when I start wheezing and when I have trouble getting my breath.

Q Okay.

A And I have these little -- they call them

showed that cancer was starting to move rapidly and it was after that that --

Libby

Q So when did you have your first chemotherapy?

A July 8th, I believe.

Q This year, '97?

A Yes.

Q Before you had the chemotherapy, did you discuss the risks with a doctor?

A Yes, I did.

Q Which doctor was that?

A Dr. Nichols.

Q Where is he?

A Missoula.

Q What's your understanding of the risks of chemotherapy?

MR. GRAHAM: Objection, seeks hearsay testimony. Go ahead.

Arrowood obj: H

THE DEPONENT: There are some risks with any medication, but the risk is less than the possibility of help. And he did say that it wasn't a sure thing, but it was the best thing at the time. Because I had been advised that radiation, due to the proximity of the cancer in relation to my heart, would cook my heart. If they gave me enough

Libby

Arrowood obj.: F

to do any good, it would cook my heart. And without enough, it wouldn't help.

And then I was advised by Dr. Goodman in Kalispell that the regular chemo had a bad track record. It wouldn't work. And after that is when I went to Dr. Nichols.

BY MR. HEBERLING:

Q What kind of doctor is Dr. Nichols?

A He's an oncologist.

Q Is that a cancer doctor?

A Yes.

Q What's your understanding about whether or not there is any cure for mesothelioma?

MR. GRAHAM: Objection, calls for a hearsay answer.

THE DEPONENT: He advised me that there is no cure. That it can be slowed down, but so far there is no cure.

BY MR. HEBERLING:

Q So after the first chemotherapy treatment, did you have a blood test?

A Yes, two weeks later. That was done at the Libby hospital and the results were faxed in to Dr. Nichols. Then, prior to the next chemotherapy, I had another blood test and an x-ray to see what --

That's the ore bins. And there is a -- it's part of the mountain that goes up. Well, when it went into the mountain, then it just sort of turned and swirled around.

Q The dust?

A Yeah.

Q Could you see dust coming out the end of the horizontal stack?

A Oh, yeah. Yeah. Then after, I guess four, five years, they put on this stack (indicating). And it's -- pushed the air straight in the air. If there was no wind at all, it would go straight up for a ways and just mushroom out and it would look like a blast from an atomic bomb.

Q And after the stack -- the vertical stack was added, did you have less dust in the area of the garage?

A Yes.

Q Did you still have dust from the dry mill in the area of the garage?

A Well, yeah, it would -- it would come down, but it wasn't anything like it was before where it was just, you know, plumes of dust.

Libby

Q Okay. Then in the '60s, did you ever discuss the dust with mine superintendent Orville

Libby

Thorn?

A I don't think I ever did discuss dust with him.

Q Did you ever discuss the dust with Earl Lovick?

A No.

Q Did the company ever tell you it was just nuisance dust?

A That's what Kujawa told me.

Q Okay. Now, who was Mr. Kujawa?

A I believe he was second in command at the mine.

Q And what was his field of expertise?

A Well, he was a geologist.

Q Did you have a particular conversation with him?

A Well, I was in the warehouse. He was a very sociable person. I was in the warehouse and I think it might have been a dusty day when there was a lot of dust around. I mentioned something about it being very dusty. And he told me that, It's just nuisance dust. Won't harm you. He said, you could eat a ton of this and it wouldn't hurt you.

Q Can you say when this conversation occurred? What decade anyway?

Libby

A I think possibly the late '60s, maybe early '70s. Sometime in there.

Q Is that probably when it was?

A I think it was.

Q And why were you in the warehouse?

A The warehouse is where you obtain parts for anything. Or if you needed a pair of gloves or a flashlight.

Q Did you go there to meet Mr. Kujawa?

A No, he just happened to be there.

MR. HEBERLING: We're out of tape, so we will stop and change tapes.

THE VIDEOGRAPHER: This will be the end of tape number 1.

(A recess was held in the proceedings.)

MR. HEBERLING: We're back on the record.

EXAMINATION CONTINUED

BY MR. HEBERLING:

Q Did you ever discuss the dust with Walt Baker?

A I had a short conversation with him one time.

Q What position was he in?

Libby

A He was foreman in the wet mill.

Q And when did this conversation take place? What decade, anyway?

A I think it was late '60s.

Q And what happened?

A I was talking about all this dust around and he told me it was just nuisance dust. It wasn't dangerous.

Q Anything else you recall about that conversation?

A No. I only talked to Walt, you know, just sort of passing, few words here, Hi, how are you, and so on.

Q Did you ever discuss the dust with plant manager Bob Oliverio in the '70s?

A I think I talked to him some. He told me that that's the reason they were getting the new mill in, was to alleviate the dust. But, that was about the conversation. I talked to him about other things, but, you know, regarding dust, I never did.

Q Was there a time in the garage -- Let's see. Strike that.

Who was the supervisor in the garage in the '70s?

A Lloyd Fiscus.