**Deposition Designations for:**
**CARL A. LARSON**
**January 12, 1999**

**<u>Deposition Designation Key</u>**

**Arrowood = Arrowood Indem. Co.**
**f/k/a Royal Indem. Co. (Light Green)**

**BNSF = BNSF Railway Co. (Pink)**

**Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co.**
**n/k/a Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance**
**Co.; Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz**
**SE f/k/a Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich**
**International (Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and**
**related subsidiaries and affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal**
**Belge SA (Orange)**

**CNA = Continental Cas. Co & Continental Ins. Co. (Red)**

**FFIC = Fireman Funds Ins. Co. (Green)**
**FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)**

**GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.**

**Libby = Libby Claimants (Black)**

**OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)**

**PP = Plan Proponents (Blue)**

**Montana = State of Montana (Magenta)**

**Travelers = Travelers Cas. and Surety Cos. (Purple)**

**UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)**

| | |
|---|---|
| **AFNE = Assume Fact Not in Evidence** | **L = Leading** |
| **AO = Attorney Objection** | **LA = Legal Argument** |
| **BE = Best Evidence** | **LC = Legal Conclusion** |
| **Cum. = Cumulative** | **LPK - Lacks Personal Knowledge** |
| **Ctr = Counter Designation** | **LO = Seeking Legal Opinion** |
| **Ctr-Ctr = Counter-Counter** | **NT = Not Testimony** |
| **ET = Expert Testimony** | **Obj: = Objection** |
| **F = Foundation** | **R = Relevance** |
| **408 = Violation of FRE 408** | **S = Speculative** |
| **H = Hearsay** | **UP = Unfairly Prejudicial under Rule 403** |
| **IH - Incomplete Hypothetical** | **V = Vague** |

0001

1         IN THE DISTRICT COURT OF THE NINETEENTH

2       JUDICIAL DISTRICT FOR THE STATE OF MONTANA

3         IN AND FOR THE COUNTY OF LINCOLN

4    CAUSE NO. DV-98-83

5    CARL A. LARSON and JOYCE LARSON, )
     husband and wife,         )
6                       )
            Plaintiffs,    )
7                       )
       vs.               )
8                       )
    W.R. GRACE & CO.- Conn, a    )
9    Connecticut corporation, and  )
    DOES I-IV,              )
10                       )
         Defendants.    )
11   _____)

12

13              VIDEO DEPOSITION

14                  OF

15             CARL A. LARSON

16        (On Behalf of Plaintiffs)

17

18

19         Taken at the Venture Inn
               Libby, Montana
20       Tuesday, January 12, 1999
               11:00 a.m.
21

22

23

24    Reported by Debra M. Hedman, RPR, RMR, and Notary
    Public for the State of Montana, Flathead County.
25

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

0015

Libby

| 11:08 | 1 | other jobs that you went to or did you -- |
| 11:08 | 2 | A    No, not -- Never did work after that.  No. |
| 11:08 | 3 | Q    Okay.  So you never worked at the |
| 11:08 | 4 | vermiculite mine known as Zonolite? |
| 11:08 | 5 | A    No, no, never did. |
| 11:08 | 6 | Q    It's my understanding that you have been |
| 11:08 | 7 | diagnosed with asbestosis. |
| 11:08 | 8 | A    Yes. |
| 11:08 | 9 | Q    I would like to talk, if I could now, |
| 11:08 | 10 | about your exposure to asbestos during the course of |
| 11:08 | 11 | your life, Mr. Larson.  During your childhood, where |
| 11:08 | 12 | did you -- What was your address here in Libby when |
| 11:09 | 13 | you were growing up? |
| 11:09 | 14 | A    What did I what? |
| 11:09 | 15 | Q    Where did you live here in Libby? |
| 11:09 | 16 | A    At 1317 Montana Avenue. |
| 11:09 | 17 | Q    So is that -- |
| 11:09 | 18 | A    In the city of Libby there, right in -- |
| 11:09 | 19 | Q    South side? |
| 11:09 | 20 | A    South side. |
| 11:09 | 21 | Q    Okay.  And was that pretty much your |
| 11:09 | 22 | entire childhood? |
| 11:09 | 23 | A    Yeah, that was my whole childhood, yeah. |
| 11:09 | 24 | Q    What did your folks do out there?  Your |
| 11:09 | 25 | parents? |

Libby 0016

```
11:09    1    A    My father worked at the mill -- at the
11:09    2    mill down there, loading boxcars for years.  My
11:09    3    mother just was a home wife, you know.  There was 13
11:09    4    of us, so she was pretty well busy.
11:09    5    Q    Thirteen kids?
11:09    6    A    Thirteen.
11:09    7    Q    Wow.  She was busy for sure.  During your
11:09    8    childhood, did you used to play in areas that were
11:09    9    owned by Zonolite?
11:09   10    A    Yes.
11:10   11    Q    I would like you to tell us a little bit
11:10   12    about that, if you can.  Where did you play?
11:10   13    A    Well, we used to go down here on Lincoln
11:10   14    Boulevard down here.  Just -- That was on the
11:10   15    company railroad tracks there.  They had a -- oh,
11:10   16    about a four-story building down there and it had
11:10   17    the Zonolite in it and stuff.  I think it was an old
11:10   18    popping plant is what it is.
11:10   19    Q    Okay.  Let me stop you for a second, so
11:10   20    we're clear.  So this was on Lincoln Boulevard?
11:10   21    A    That was on Lincoln Boulevard, just across
11:10   22    the tracks, down -- as you get down to J. Neils on
11:10   23    there.  Oh, just past Wisconsin, I think it is.
11:10   24    It's about a block on the other side of Wisconsin
11:10   25    Avenue, down Lincoln.
```

Arrowood
Obj:
F

.0017
**Libby**
11:10

| | |
|---|---|
| 11:10 | 1 |
| 11:10 | 2 |
| 11:10 | 3 |
| 11:10 | 4 |
| 11:10 | 5 |
| 11:11 | 6 |
| .11:11 | 7 |
| 11:11 | 8 |
| 11:11 | 9 |
| 11:11 | 10 |
| 11:11 | 11 |
| 11:11 | 12 |
| 11:11 | 13 |
| 11:11 | 14 |
| 11:11 | 15 |
| 11:11 | 16 |
| 11:11 | 17 |
| 11:11 | 18 |
| 11:11 | 19 |
| 11:11 | 20 |
| 11:11 | 21 |
| 11:11 | 22 |
| 11:11 | 23 |
| 11:11 | 24 |
| 11:11 | 25 |

1    Q   . Okay.  So just to orient ourselves, what

2   kind of time period are we talking about?  What age

3   were you?

4       A   Oh, I was fairly young at that time.

5   Probably, oh, twelve, ten -- twelve, thirteen,

6   fourteen.  You know, up in -- We played, you know,

7   for quite awhile there.

8       Q   Okay.  Tell us more then about the

9   facility on Lincoln.  What was it like?

10      A   Oh, it was just a -- It was a metal

11  building, you know, and put up big timbers inside

12  and stuff.  And then they stored Zonolite and had

13  different rooms and stuff.  And we'd go in there and

14  jump off the rafters down into the Zonolite and --

15      Q   So was this -- So you said there was a

16  popping plant?

17      A   It used to be a popping plant.  Right, it

18  was.

19      Q   And was that a separate building from

20  where you played?

21      A   Well, it's all one building, but it was --

22      Q   Okay.

23      A   -- it was roomed off.  You know what I

24  mean?

25      Q   Okay.  Sure.

HEDMAN, ASA & GILMAN REPORTING, INC - 752-5751
PO BOX 394 -- KALISPELL, MONTANA

0021

*(Handwritten: Libby)*

*(Handwritten: Arrowood Obj: F)*

| Time | Line | |
|---|---|---|
| 11:15 | 1 | A    Yeah, it's all one metal building, but it |
| 11:15 | 2 | was in different rooms, you know. |
| 11:15 | 3 | Q    Is it still there? |
| 11:15 | 4 | A    No.  They tore it down.  I don't know what |
| 11:15 | 5 | year for sure they tore it down or -- anyhow.  But, |
| 11:15 | 6 | yeah, they did finally tear it down. |
| 11:15 | 7 | Q    Okay.  And so then you talked about |
| 11:15 | 8 | playing in piles of -- I think you called it |
| 11:15 | 9 | Zonolite.  Now, let's just be clear on that. |
| 11:15 | 10 | A    Vermiculite or Zonolite. |
| 11:15 | 11 | Q    Is that the vermiculite ore that Grace |
| 11:15 | 12 | produced? |
| 11:15 | 13 | A    Yeah. |
| 11:15 | 14 | Q    And did you know at that time of your life |
| 11:15 | 15 | that this facility was owned by Zonolite, or is that |
| 11:15 | 16 | something that you came to know later? |
| 11:15 | 17 | A    Oh, no, we knew that it was owned by -- |
| 11:15 | 18 | Well, at the time -- I guess, yeah, we did -- we |
| 11:15 | 19 | knew it was them, but there was some -- Somebody, I |
| 11:16 | 20 | don't know who, found the mine and that, you know. |
| 11:16 | 21 | But yeah, that was at Zonolite at the time. |
| 11:16 | 22 | Q    Describe the part of the building where |
| 11:16 | 23 | you would play.  What was it like? |
| 11:16 | 24 | A    Oh, it was -- It was timber and there was |
| 11:16 | 25 | Zonolite in it and we'd get up on the timbers and |

HEDMAN, ASA & GILMAN REPORTING, INC - 752-5751
PO BOX 394 -- KALISPELL, MONTANA

0022
Libby

1   that and then -- you know, we would play our games

2   and push each other off down into the Zonolite.  Or

3   else we would just plain jump off and slide down the

4   pile and go up and do her again, you know.

5       Q    So was this -- Do you know whether this

6   vermiculite was already expanded or popped, or was

7   it still -- I mean, if you don't know, that's --

8       A    I don't quite remember all that.

9       Q    I say that because you say you jumped into

10  it, and I was wondering, how did it feel when you

11  jumped into it?

12      A    It was a soft landing.

13      Q    Okay.

14      A    Dusty.  Awful dusty.  I know that, because

15  the timbers up there had dust on them 6, 8 inches

16  deep, you know.  At places you would scoot the dust

17  off and it would go down and fly around, you know.

18  It was quite dusty.  I do remember that.

19      Q    Okay.  And so it was just a game that you

20  would play --

21      A    That was just a game.

22      Q    -- and you would jump into the piles?

23      A    Go down there and have BB gun fights.  One

24  boy got his eye shot out while he was down there.

25      Q    Oh, bumb.

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

0023

Libby

| | |
|---|---|
| 11:17 | 1    A    So -- |
| 11:17 | 2    Q    Okay. |
| 11:17 | 3    A    So it was quite an active place for kids |
| 11:17 | 4    at the time.  You know.  Not only the bunch I was |
| 11:17 | 5    with, other ones, too. |
| 11:17 | 6    Q.    Okay.  So did you ever see other kids |
| 11:17 | 7    playing -- |
| 11:17 | 8    A    Oh, sure.  Sure. |
| 11:17 | 9    Q    Okay.  Now, while you were playing down |
| 11:17 | 10   there, this was -- was this during the day generally |
| 11:17 | 11   or -- |
| 11:17 | 12   A    Yes. |
| 11:17 | 13   Q    Were there adults around in the area? |
| 11:17 | 14   A    At times.  At times, sure. |
| 11:18 | 15   Q    People who worked at the plant? |
| 11:18 | 16   A    Well, yeah.  Yeah.  Yeah.  They would -- |
| 11:18 | 17   Nobody ever said anything to us, you know.  Just |
| 11:18 | 18   more or less, as long as we wasn't bothering them or |
| 11:18 | 19   in their way, they would just leave you alone, you |
| 11:18 | 20   know. |
| 11:18 | 21   Q    And so they -- So these were -- As far as |
| 11:18 | 22   you know, they were men who worked there at the |
| 11:18 | 23   plant -- at the popping plant? |
| 11:18 | 24   A    As far as I know, yeah. |
| 11:18 | 25   Q    Did they see you kids playing? |

HEDMAN, ASA & GILMAN REPORTING, INC - 752-5751
PO BOX 394 -- KALISPELL, MONTANA

0024
Libby

| Time | Line | Text |
|------|------|------|
| 11:18 | 1 | A    Oh, sure.  Sure. |
| 11:18 | 2 | Q    Again, nobody ever asked you to leave |
| 11:18 | 3 | or -- |
| 11:18 | 4 | A    Not that I ever recall. |
| 11:18 | 5 | Q    Did anybody ever express anything about |
| 11:18 | 6 | the dangers -- |
| | 7 | A    No. |
| | 8 | Q    -- of the dust? |
| 11:18 | 9 | A    No.  No.  Not one person ever. |
| 11:18 | 10 | Q    Was this big room where the Zonolite piles |
| 11:18 | 11 | were, was this kind of open to the outside?  Was it |
| 11:18 | 12 | a -- |
| 11:19 | 13 | A    Oh, no.  No.  Well -- No, it was in.  We'd |
| 11:19 | 14 | have to go through the doors or that, you know. |
| 11:19 | 15 | Q    And you guys just walked through? |
| 11:19 | 16 | A    Yeah, walked through.  Walked through -- |
| 11:19 | 17 | get in there. |
| 11:19 | 18 | Q    Were the doors ever locked or -- |
| 11:19 | 19 | A    Not that I remember, at that time.  No. |
| 11:19 | 20 | Q    Was there any fence around the facility |
| 11:19 | 21 | that you had to -- |
| 11:19 | 22 | A    No, no. |
| 11:19 | 23 | Q    Okay. |
| 11:19 | 24 | A    No. |
| 11:19 | 25 | Q    And any -- Do you remember any signs or |

.0025
**Libby**
11:19

11:19

11:19

11:19

11:19

11:19

11:19

11:19

11:20

11:20

11:20

11:20

11:20

11:20

11:20

11:20

11:20

11:20

11:20

11:20

11:20

11:20

11:20

11:20

11:20

1   anything posted asking you not to play?

2       A    No.

3       Q    Okay.

4       A    No.  Like I said, I went down that road

5   many a times to visit my brother and stuff and that,

6   and, like I say, I don't remember ever seeing signs,

7   but, you know -- it's possible that -- you know, but

8   I don't think so.

9       Q    Yeah.  At that time in your life, you

10  were, I guess, let's say between ten and fourteen,

11  did you know what asbestos was?

12      A    No.

13      Q    Did you know if there was any asbestos in

14  the ore that was in the buildings?

15      A    No.

16      Q    Did you guys ever take matches or anything

17  and heat up the ore?

18      A    Oh, yes.  Many times.  Yes.

19      Q    What would happen?

20      A    Just watch it expand and that and pop up

21  and put it on -- If you build a little fire, put it

22  on something and watch it pop up, you know.  Oh,

23  yeah.

24      Q    Okay.

25      A    I think we even took it home and get it on

11:20  1    the old wood stoves and stuff.

11:20  2         Q    Okay.

11:20  3         A    Just to watch it.

11:20  4         Q    So do you remember, did that facility down

11:20  5    on Lincoln Boulevard, did it have a name, that you

11:20  6    remember?

11:20  7         A    Not that I remember.  I don't remember if

11:20  8    there was a name on it or not.

11:21  9         Q    Okay.  What's there now, in that spot?

11:21  10        A    Nothing.  That I know of.  Just a railroad

11:21  11   track goes right by there, up to the -- into the

11:21  12   mill there.  And that was there, too.  The railroad

11:21  13   track was there.  That's where they loaded the ore,

11:21  14   you know, at that time.

11:21  15        Q    Oh, from right there at the popping

11:21  16   facility?

11:21  17        A    Yeah.  Uh-huh.  At that time.

11:21  18        Q    Did you ever watch that happen?

11:21  19        A    No.  I never watched that happen, but

11:21  20   that's what it was.  And then years later they moved

11:21  21   down by the river down there.

11:21  22        Q    Was there any other facility for

11:21  23   vermiculite where you played as a child?

11:21  24        A    Oh, yes.  Then we used to go down here by

11:21  25   the river down here.  Just after you cross the

**0027**

**Libby**

11:21

11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22
11:22

1  overpass, you turn left down there, down to the --

2  Zonolite was down there then at that time.  They

3  would bring it down off the mountain and pop it down

4  there and stuff, and we would play in the bins down

5  there, too.

6      Q    Was that about the same period of time,

7  from age ten to fourteen?  Was that --

8      A    Be right in there, you know.  Up until I

9  was probably fifteen or so, you know.  Up in that

10  area.

11      Q    Okay.

12      A    We kind of quit going down there and

13  started going down to the other one, you know.  And

14  the swimming pool was close by down there.

15      Q    The one at Lincoln had the swimming pool

16  close by?

17      A    Yeah, down by the river.  Down by the

18  river there was a swimming pool down there by the

19  ball diamond.

20      Q    Okay.  So I don't want to get confused,

21  because I'm not very familiar with Libby.  Is the

22  one where the swimming pool was, is that the one on

23  Lincoln Boulevard?

24      A    No.

25      Q    The one down by the river is where you

```
0028
LIBBY
```

11:23    1    would swim in?

11:23    2        A    Yes.

11:23    3        Q    Okay.  I'm sorry.  I got confused.

11:23    4        A    Oh, okay.

11:23    5        Q    So that's close to the ball diamonds as

11:23    6    well?

11:23    7        A    The Zonolite?

11:23    8        Q    Yeah.

11:23    9        A    Yeah, just across the railroad tracks is

11:23    10    where the Zonolite facility was, across the railroad

11:23    11    tracks and back of the ball diamond.

11:23    12        Q    Is that facility still there?

11:23    13        A    Yes, but they are using it to -- I think

11:23    14    it's a mill in there now.  Some kind of a lumber

11:23    15    mill.  Yeah.

11:23    16        Q    We have a photograph, Mr. Larson, that is

11:23    17    Plaintiff's Exhibit 1-40.  And you can see it on the

11:23    18    screen or you can look at the photo.  Whichever is

11:23    19    easier for you.  Can you tell us what this

11:23    20    photograph represents.

11:23    21        A    Yeah, that's the Zonolite down here by the

11:23    22    river, down here.  That's where they brought the ore

11:23    23    down to and popped it in the popping building back

11:23    24    there.  That building -- Let's see, this one here,

11:24    25    that wasn't there.  That building there wasn't there

0035

**Libby**

| Time | Line | |
|---|---|---|
| 11:30 | 1 | warnings ever given to you? |
| 11:30 | 2 | A    None that I can recall, ever. |
| 11:30 | 3 | Q    Are there other times or periods in your |
| 11:30 | 4 | life when you've been around, let's say, the |
| 11:30 | 5 | vermiculite ore, from Zonolite, specifically? |
| 11:30 | 6 | A    Yes, my home up on 516 Poplar there in |
| 11:30 | 7 | '59, we insulated with six inches of the popped |
| 11:31 | 8 | upstairs in it, in the attic, and I lived there for |
| 11:31 | 9 | 20 years with it. |
| 11:31 | 10 | Q    From '59 'til -- '79 then? |
| 11:31 | 11 | A    Until '79. |
| 11:31 | 12 | Q    Approximately? |
| 11:31 | 13 | A    Yeah. |
| 11:31 | 14 | Q    So in '59 -- Were you born in '46? |
| 11:31 | 15 | A    '36. |
| 11:31 | 16 | Q    '36, I meant.  So you were 23, |
| 11:31 | 17 | approximately? |
| 11:31 | 18 | A    Uh-huh. |
| 11:31 | 19 | Q    Were you married then? |
| 11:31 | 20 | A    Yes. |
| 11:31 | 21 | Q    Okay.  And was that a house that you |
| 11:31 | 22 | owned? |
| 11:31 | 23 | A    Yes, I was buying it at the time.  Uh-huh. |
| 11:31 | 24 | Q    And how did you come about insulating it |
| 11:31 | 25 | with Zonolite ore? |

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

**Libby** 0036

1    A    Well, my brother-in-law worked up -- down

2    at the Zonolite down there, and --

3    Q    What was his name?

4    A    Ruben Fellenberg.  And I had to insulate

5    with something, and he got me the ore.

6    Q    Did you build the house?

7    A    No.  Huh-uh.  It was -- It was already

8    built and I just bought it.  I bought --

9    Q    And you felt it needed some insulation?

10    A    It need insulation.

11    Q    In the walls or ceiling --

12    A    Ceiling.  On the ceiling part.  And then a

13    lot of it went down into the walls, but -- I put

14    completely six inches right to the top of the -- you

15    know, to --

16    Q    Top of the joists?

17    A    Joists, yeah.

18    Q    Do you remember, was there anything else

19    up there by way of insulation when you were up

20    there?

21    A    Not until I put it in.  I did put a -- on

22    the ceiling part, I put fiberglass, but otherwise it

23    was all Zonolite.  Nothing else.

24    Q    Okay.

25    A    There wasn't nothing.

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

Libby

0037

11:32
11:32
11:32
11:32
11:32
11:32
11:32
11:32
11:32
11:33
11:33
11:33
11:33
11:33
11:33
11:33
11:33
11:33
11:33
11:33
11:33
11:33
11:33
11:33
11:33

1    Q    And Ruben, you said -- Did you go get the

2    Zonolite yourself or --

3    A    No, Ruben brought it to me.

4    Q    Was he a pretty close friend of yours?

5    A    Yeah, he's my brother-in-law.

6    Q    Did you spend a lot of time together?

7    A    Oh, yes.  Years and years.  Yeah.

8    Q    Is he still here in Libby?

9    A    Yes, he's still here in Libby, huh-uh.

10   Q    Okay.  What was the ore like when he

11   brought it to you?

12   A    Popped in bags.

13   Q    Okay.
14   A    Yeah, it was in bags.

15   Q    And who put it in upstairs?

16   A    I did.

17   Q    All right.  Did you wear a respirator or

18   anything when you --

19   A    No.

20   Q    Did you pour it out of the bags and --

21   A    Poured it out of the bags and leveled it

22   up, you know, as I'd come through the ceiling and --

23   Q    Was this what you would call an attic

24   or --

25   A    Attic.

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

Libby 0038

11:33     1    Q    Okay.

11:33     2    A    It had a few boards down and stuff, and

11:33     3   I'd store stuff up there, you know, and that. But

11:33     4   otherwise, it was just open Zonolite and -- the

11:33     5   floor joists -- the roof joists.

11:33     6    Q    So you stored stuff up there. So over the

11:33     7   years that you lived in that house, twenty years,

11:33     8   were you up and down from that attic?

11:33     9    A    Oh, yes. Many times. Many times. Over

11:33    10   the years, the Zonolite would come down through the

11:33    11   light fixtures once in a while, you know, with

11:34    12   vibration, I guess, and that. You would have to

11:34    13   clean the shades out and stuff.

11:34    14    Q    Okay.

11:34    15    A    Like I say -- So it was -- It was in there

11:34    16   from, like I say, probably twenty years, or close to

11:34    17   it.

11:34    18    Q    Okay. And again, did you receive any

11:34    19   warnings from anybody --

11:34    20    A    No.

11:34    21    Q    -- regarding using the Zonolite in your

11:34    22   home?

11:34    23    A    Nope. Nope. Nobody said nothing.

11:34    24    Q    Do you remember on the bags of Zonolite

11:34    25   whether there were any warnings? I understand this

0039
Libby
11:34

1      was a long time ago.

2           A    I don't remember if there was or not.  No.

3           Q    Did you know that the ore that you were

4      using in your ceiling may have contained asbestos?

5           A ·  No.  Nobody ever said a word about

6      something like that.

7           Q    Do you know, Mr. Larson -- Are you all

8      right?  Do you need to take a break?

9           A    I'm fine right now for a bit.

10          Q    All right.  You let me know if you would

11     like to rest or.--

12          A    Okay.

13          Q    Do you know whether you have had any other

14     exposure -- let's say -- let's say not to asbestos

15     at this point, but to Zonolite products, during the

16     course of your life?

17          A    Did I have?

18          Q    Yeah, other than what we have already

19     talked about.

20          A    Well, the only other that I can recall

21     would be, we used to go up the Zonolite hill up

22     towards the mine, and there was some old cabins

23     there and that, and we would go up there and catch

24     chipmunks and stuff and play up there.  You know,

25     we'd run them around the building and trap them and

**LIBBY**

0040

11:35

1    catch chipmunks and play with them and that.

11:36
2            And then there was places -- Oh, I can

11:36
3    remember Zonolite trucks -- I guess they tipped over

11:36
4    or something.  There would be a few piles of

11:36
5    Zonolite here and there.  I can remember playing in

11:36
6    them, you know, a little.  Different things like

11:36
7    that.  And in those cabins and stuff.

11:36
8        Q    Now, when you say Zonolite road, where

11:36
9    exactly were you talking about?

11:36
10        A    Going up to the mine itself, about -- It's

11:36
11    about four or five miles out here.

11:36
12        Q    Was this when you were a child?

11:36
13        A    This was when I was a child, yeah.

11:36
14        Q    So occasionally right along the road or

11:36
15    where would these piles of ore be?

11:36
16        A    Be along the road and stuff, uh-huh.

11:36
17        Q    Okay.

11:36
18        A    Yeah.

11:36
19        Q  · Anything else -- You said you spent a lot

11:36
20    of time with Ruben --

11:36
21        A    Ruben.
22        Q    -- Ruben Fellenberg?

11:36
23        A    Yeah.    Lots of time with Ruben.

11:36
24        Q    Do you happen to know when he started

11:36
25    working at Zonolite?

11:36

HEDMAN, ASA & GILMAN REPORTING, INC - 752-5751
PO BOX 394 -- KALISPELL, MONTANA

0048

**Libby**

```
11:46    1      Q    As far as specific -- I mean, what about
11:46    2  your lungs has gotten worse since you quit?
11:46    3      A    Well, I just -- I just can't function.
11:46    4  I can't -- I just can't do nothing.  They are just
11:46    5  getting bad.  And --
11:46    6      Q    Well, I see that you're on -- that you're
11:46    7  on oxygen as you're here with us today.
11:46    8      A    Uh-huh.
11:46    9      Q    Are you on oxygen all the time?
11:46   10      A    Yeah, 24 hours.
11:46   11      Q    When did you start with the oxygen?
11:46   12      A    Just this here last year.
11:46   13      Q    Okay.  So that wasn't something that --
11:46   14  You weren't put on oxygen back in '92?
11:46   15      A    No.  No.  I just started here in the
11:46   16  last -- last year.  This last year.  But it was
11:46   17  getting to -- I just couldn't do nothing.  I can't
11:46   18  do nothing.
11:47   19      Q    Because of shortness of breath?
11:47   20      A    Shortness of breath, yeah.
11:47   21      Q    Let's talk about your condition now.  Is
11:47   22  the Raynaud's syndrome something that's still
11:47   23  limiting you?
11:47   24      A    Oh, no, I -- I've learned how to live with
11:47   25  that pretty much.  You know, I mean -- It will
11:47 .
```

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

0049

1    still, if I get under, you know, like, real cold

2    water, real cold and that, the hands will tingle and

3    get numb and stuff.  Once in a while my feet will go

4    to sleep or the hands and everything.  But I've

5    learned pretty well how to live with that over all

6    this time, you know.

7        Q    What about your heart problem?  Now, you

8    said you had to have surgery in '92.  How has that

9    been since?

10       A    It has been good, the heart problem, all

11   except for in '95 I had to have a stint put in.  And

12   then I've -- I've had no problems since with that.

13       Q    Do you still take medication for your

14   heart?

15       A    I still take that, uh-huh.  Yeah.  I've

16   had no problems since with that.  Just --

17       Q    All right.  So then let's talk -- And your

18   knee is okay?  That's --

19       A    My knee is fine.

20       Q    Let's talk about your lungs, then.  You

21   said -- I think you said it was around '92 when you

22   learned that you had -- apparently learned that you

23   had emphysema?

24       A    Yes.

25       Q    Did there come a time then when you had a

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

**Libby** 0050

Arrowwood
Obj:
H

```
11:48    1    diagnosis of asbestosis?
11:48    2        A    Yes, Dr. Whitehouse in Spokane said that I
11:48    3    had signs of it, and -- and then I think it was just
11:49    4    a -- last year or whenever it was, the Veteran's
11:49    5    doctor there asked me if I worked in the mine.  And
11:49    6    I said, No, I've never worked in the mine.  I said,
11:49    7    I used to play in it as a kid.  And he says, And
11:49    8    they never told you nothing neither, did they.  And
11:49    9    I said, No.  And that's when he told me that
11:49   10    asbestosis showed up on the x-rays there.
11:49   11        Q    Okay.
11:49   12        A    But that's the first I learned about it,
11:49   13    you know.
11:49   14        Q    And you haven't smoked since 1992?
11:49   15        A    I have never smoked a cigarette since '92.
11:49   16        Q    You talked a little bit about this, but I
11:49   17    would like to have you go into a little bit more
11:49   18    detail about your lung condition today.  I think you
11:49   19    said you're using oxygen all the time?
11:49   20        A    Right.
11:49   21        Q    How well can you move around?
11:49   22        A    Not very well.  Some days I can't even
11:49   23    wash my own little bit of hair I got or even take a
11:49   24    shower.  You know, some days it's tough to walk to
11:50   25    the bathroom, I mean.  It just -- I just ain't got
11:50
```

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

0051

**Libby**

11:50

11:50

11:50

11:50

11:50

11:50

11:50

11:50

11:50

11:50

11:50

11:50

11:50

11:50

11:50

11:50

11:50

11:51

11:51

11:51

11:51

11:51

11:51

11:51

11:51

1    no wind.

2        Q    Even with the oxygen?

3        A    Even with the oxygen.  Yeah.  It's pretty

4    well gone.  Yeah.

5        Q    Okay.  And this has gotten worse you

6    said --

7        A    Oh, it has gotten way worse since '92.

8    It's no comparison.  It's way worse.

9        Q    Because you weren't on oxygen at all in

10   '92 or up until --

11       A    No, no.  And I could -- Back then I could

12   move around, you know, and I could do a few things,

13   you know, and stuff.  Ain't like that no more.

14       Q    What's your understanding -- And I know

15   you're not a doctor, but what's your own

16   understanding of the cause of your shortness of

17   breath?

18       A    It's a combination of the emphysema and

19   the asbestosis, you know -- just a combination of

20   everything, I guess.

21       Q    And how does that affect you in your daily

22   life?  I mean, tell us about some of the things

23   perhaps that you used to enjoy doing.

24       A    Oh, it's just about put me to a stand

25   still.  Me and my wife, we used to just love to get

*Arrowood Obj:*

**Libby** 0052

11:51  1    out and fish and camp and go mushrooming and hunting

11:51  2    and everything we could do.  And take the grandkids

11:51  3    out and the kids out fishing and camping.

11:51  4         About all I can do now is, I bought a boat

11:51  5    a few years back because I had to quit fishing in

11:51  6    the creeks.  I couldn't make it up and down the

11:51  7    banks or -- I would get too short of breath.  So I

11:51  8    thought, well, maybe if I got a boat, I could at

11:51  9    least sit in the boat and stuff.

11:51  10        Well, that went on for -- about one year

11:51  11   that I could, you know.  And now I take it up there

11:52  12   and watch the kids go out and everybody go out

11:52  13   fishing and I sit and watch, because I can't walk

11:52  14   over the bank or walk over to the bank to watch.

11:52  15   You know, it just -- It just put me to a stand

11:52  16   still.  Just about what it's done.

11:52  17        Q    How old did you say you are, Mr. Larson?

11:52  18        A    I'm 62 years old.  Just turned 62 in

11:52  19   November.

11:52  20        Q    Anything else that you and Joyce used to

11:52  21   enjoy doing?  You said you enjoyed camping, anything

11:52  22   like that.  Can you do it at all anymore?

11:52  23        A    Not really, no.  I -- We can't -- I can't

11:52  24   take the oxygen and I got to take the treatments and

11:52  25   everything and -- I just can't -- I don't -- I just

HEDMAN, ASA & GILMAN REPORTING, INC - 752-5751
PO BOX 394 -- KALISPELL, MONTANA

**Libby** 0053

```
 1   can't do it anymore, at all.  And then anything
 2   that's got to be done, she -- that's what hurts
 3   me -- probably hurts me worse than anything, to have
 4   to have her do it all.
 5        Q    You mean Joyce?
 6        A    Yeah, Joyce.
 7        Q    Like what kind of things?
 8        A    Anything.  Anything.  With the camper or
 9   the boat or loading it or checking the oil or -- you
10   know, anything.  Just everything.
11        Q    Does that -- I'm sorry, go ahead.
12        A    I'm just -- That tears me up.
13        Q    It bothers you that --
14        A.   Uh-huh.
15        Q    Are you on any -- You said you had some
16   treatments.  What kind of treatments are you
17   referring to?
18        A    Nebulizer.
19        Q    Nebulizer?
20        A    Nebulizer and uppers.
21        Q    And what are those for?
22        A    For my lungs.
23        Q    How often do you have to take that
24   treatment?
25        A    Every three to four hours.  It's getting
```

HEDMAN, ASA & GILMAN REPORTING, INC - 752-5751
PO BOX 394 -- KALISPELL, MONTANA

**Libby** 0054

| | |
|---|---|
| 11:54 | 1   on to that time here.  Have to take a break here |
| 11:54 | 2   pretty soon. |
| 11:54 | 3       Q    Okay.  Well, let's -- It's almost noon, |
| 11:54 | 4   but I'm almost done.  I only have about maybe five |
| 11:54 | 5   more questions for you. |
| 11:54 | 6       A    Okay. |
| 11:54 | 7       Q    So, I mean, then we can talk about whether |
| 11:54 | 8   you need to take a rest.  What kind of medications |
| 11:54 | 9   are you on, other than the nebulizer at this point? |
| 11:54 | 10      A    Oh, I'm on Prednisone. |
| 11:54 | 11      Q    And what is that for? |
| 11:54 | 12      A    For my lungs. |
| 11:54 | 13      Q    For your lungs? |
| 11:54 | 14      A    Yeah.  And Traza -- Well, I brought a list |
| 11:54 | 15  of it, so I -- because I can't remember. |
| 11:54 | 16      Q    Okay.  You can -- |
| 11:54 | 17      A    Can I refer to this? |
| 11:54 | 18      Q    Sure. |
| 11:54 | 19      A    Trazodone, I guess that's how you -- |
| 11:55 | 20      Q    Trazodone?  What is that for? |
| 11:55 | 21      A    That's for the nerves and -- You know. |
| 11:55 | 22  And I'm on oxygen, Tranzodone, Prednisone, and -- |
| 11:55 | 23  (Pause.) |
| 11:55 | 24      Q    You can spell it -- |
| 11:55 | 25      A    Serivent (phonetic)?  I can't -- A lot of |

**Libby** 0055

| | |
|---|---|
| 11:55 | 1   it, I can't even read the writing.  I don't know how |
| 11:55 | 2   you would pronounce the others. |
| 11:55 | 3       Q    Are you on any medication for your heart? |
| 11:55 | 4       A    Yes.  I take nitroglycerin. |
| 11:55 | 5       Q    And do you use any kind of inhalers for |
| 11:55 | 6   your lungs? |
| 11:55 | 7       A    Yes, I got inhalers. |
| 11:55 | 8       Q    Have you been -- We're talking about your |
| 11:55 | 9   lung condition.  Have you been in and out of the |
| 11:55 | 10  hospital in the last -- let's say, in the last two |
| 11:56 | 11  years for shortness of breath? |
| 11:56 | 12      A    Yes.  Probably seven, eight times. |
| 11:56 | 13      Q    Here in Libby, or do you -- |
| 11:56 | 14      A    Well, between Libby and the Veteran's |
| 11:56 | 15  hospital.  I spent two and a half months in the Care |
| 11:56 | 16  Center at the Veteran's hospital last year on |
| 11:56 | 17  account of my bones are getting so bad from the |
| 11:56 | 18  Prednisone. |
| 11:56 | 19      Q    What do you mean by getting bad?  What's |
| 11:56 | 20  happening? |
| 11:56 | 21      A    Thinning.  Getting thin and they fracture. |
| 11:56 | 22  And I would sneeze or cough and they would fracture. |
| 11:56 | 23  And then -- |
| 11:56 | 24      Q    And that is from the Prednisone? |
| 11:56 | 25      A    That's from the Prednisone. |
| 11:56 | |

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

**0056**
**Libby**

| | |
|---|---|
| 11:56 | |
| 11:56 | 1     Q    And Prednisone, why do you take |
| 11:56 | 2   Prednisone? |
| 11:56 | 3     A    For the lungs. |
| 11:56 | 4     Q    For the lungs? |
| 11:56 | 5     A    Yeah, for the lungs. |
| 11:56 | 6     Q    Okay.  Don't crinkle that, please.  I'm |

1    Q    And Prednisone, why do you take

2  Prednisone?

3    A    For the lungs.

4    Q    For the lungs?

5    A    Yeah, for the lungs.

6    Q    Okay.  Don't crinkle that, please.  I'm

7  going to ask you not to crinkle that paper again.

8    A    Oh, okay.

9    Q    Nervous habit.  So when you go into the

10  hospital, what precipitates you having to go into

11  the hospital?

12    A    What makes me go?

13    Q    Yeah.

14    A    Just ain't breathing no more.  They have

15  just got to get me going again.

16    Q    How does that feel?

17    A    Oh, boy.  It's scary.  I mean, it's -- I

18  mean, it's terrible.  I'm just not breathing.  The

19  last time -- Second to the last time here, they were

20  pretty worried about me that time.

21    Q    What brings it on?

22    A    Just comes on.  Just no function left.

23  Last time they said I had 10 percent functioning in

24  my lungs left, so -- And then the last month they

25  said that even dropped some over there.  I was over

0057

LIBY

11:58  1  last Tuesday and they put me on the tester, and then

11:58  2  -- a month before that I was in the hospital there

11:58  3  six days and they run all these tests and put me in

11:58  4  the machines and all this, and then they put me on

11:58  5  the machine when I was there this last time, they

11:58  6  said it dropped this last time.

11:58  7        Q     What had dropped?

11:58  8        A     My function.

11:58  9        Q     Your lung --

11:58  10       A     Yeah, my lung expansion and function.   .

11:58  11       Q     What's your understanding, Mr. Larson, as

11:58  12  to whether there is any cure for your lung

11:58  13  conditions?

11:58  14       A     No, there is no cure.  And they told me

11:58  15  that they couldn't give me new lungs and that on

11:58  16  account of my -- I just couldn't take it, the

11:58  17  surgery.  Just like my back, the bones fracturing

11:58  18  and stuff, that they couldn't even put -- They said

11:58  19  that some people they could put steel in it or

11:58  20  something to hold it, you know, brace it, and they

11:58  21  said they couldn't do that with me.  Feed me pain

11:59  22  pills.

11:59  23       Q     And you had a fracture in your back, you

11:59  24  said?

11:59  25       A     I had three fractures.  I had one at a

**Libby** 0058

11:59    1    time, but they was -- It was all within a month that

11:59    2    they fractured.

11:59    3         Q    And what brought those on?

11:59    4         A    Just sneezing and coughing.

11:59    5         Q    And that's because of the condition of

11:59    6    your bones being weakened?

11:59    7         A    Yes, from the Prednisone.

11:59    8         Q    I have just a couple more questions for

11:59    9    you that I want to cover, and I would like to ask

11:59   10    you a little bit about your relationship with Joyce,

11:59   11    your wife.  When did you say the two of you got

11:59   12    married?

11:59   13         A    Got married?

11:59   14         Q    Yeah.

11:59   15         A    1980.

11:59   16         Q    Okay.  Can you tell us a little bit about

11:59   17    that relationship?

11:59   18         A    Oh, yeah.  We -- It has been a great one.

11:59   19    We're good friends.  Been good friends.

11:59   20         Q    Have you been happy together?

11:59   21         A    Oh, yeah.  Loved to do things with her

11:59   22    and, you know, the kids.  Everything.  But -- It's

11:59   23    not possible to do too much anymore.

12:00   24         Q    As far as -- Because you said you used to

12:00   25    enjoy camping and fishing?

12:00

HEDMAN, ASA & GILMAN REPORTING, INC  -  752-5751
PO BOX 394  --  KALISPELL, MONTANA

0061

1    reason in the world, I don't know why, but she --

2    about a half hour later she come and I was sitting

3    in the boat and they got me out and brought me into

4    the hospital.

5        Q    That was for a back --

6        A    That was for my back and lungs again.

7    I wouldn't breathe it hurt so bad, you know, from

8    the fracture.

9        Q    So as far as you needing help now with

10    your day-to-day life, is Joyce there now to help you

11    with what you need?

12        A    Yes, she is.  Yes, that's what hurts.

13    She's got to do pretty near everything.  Not pretty

14    near, everything.  Or the kids, you know.

15        Q    Yeah, or your kids.

16                MS. BIBY:  I don't have any more

17    questions for you, Mr. Larson.  Unless I may have a

18    few follow-ups.  But I'm sure Mr. Graham will have

19    some questions to ask you.  And we can take a break

20    now, if you would like.

21                THE DEPONENT:  Can we take a

22    break?

23                MR. GRAHAM:  Sure.

24        (A recess was held in the proceedings.)

25    ////

Libby

HEDMAN, ASA & GILMAN REPORTING, INC - 752-5751
PO BOX 394 -- KALISPELL, MONTANA

12:02
12:02
12:02
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:03
12:42