Deposition Designations for:
**JOHN B. LYLE**
**February 3, 1998**

**Deposition Designation Key**

Arrowood = Arrowood Indem. Co.
f/k/a Royal Indem. Co. (Light Green)

BNSF = BNSF Railway Co. (Pink)

Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co.
n/k/a Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance
Co.; Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz
SE f/k/a Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich
International (Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and
related subsidiaries and affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal
Belge SA (Orange)

CNA = Continental Cas. Co & Continental Ins. Co. (Red)

FFIC = Fireman Funds Ins. Co. (Green)
FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)

GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.

Libby = Libby Claimants (Black)

OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)

PP = Plan Proponents (Blue)

Montana = State of Montana (Magenta)

Travelers = Travelers Cas. and Surety Cos. (Purple)

UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)

| | |
|---|---|
| **AFNE = Assume Fact Not in Evidence** | **L = Leading** |
| **AO = Attorney Objection** | **LA = Legal Argument** |
| **BE = Best Evidence** | **LC = Legal Conclusion** |
| **Cum. = Cumulative** | **LPK - Lacks Personal Knowledge** |
| **Ctr = Counter Designation** | **LO = Seeking Legal Opinion** |
| **Ctr-Ctr = Counter-Counter** | **NT = Not Testimony** |
| **ET = Expert Testimony** | **Obj: = Objection** |
| **F = Foundation** | **R = Relevance** |
| **408 = Violation of FRE 408** | **S = Speculative** |
| **H = Hearsay** | **UP = Unfairly Prejudicial under Rule 403** |
| **IH - Incomplete Hypothetical** | **V = Vague** |

Page 1

```
 1              IN THE DISTRICT COURT OF THE NINETEENTH

 2            JUDICIAL DISTRICT FOR THE STATE OF MONTANA

 3                 IN AND FOR THE COUNTY OF LINCOLN

 4       CAUSE NO. DV-95-29

 5       JOHN B. LYLE and              )
         GLENDA M. LYLE,               )
 6                                     )
                  Plaintiffs,          )
 7                                     )
              vs                       )
 8                                     )
         W.R. GRACE & COMPANY, a       )
 9       Connecticut corporation,      )
         EARL D. LOVICK, MICHAEL RAY,  )
10       and JOHN DOES I through IV,   )
                                       )
11            Defendants.              )
         _____)
12

13                     D E P O S I T I O N

14                            OF

15                       JOHN B. LYLE

16                 (On Behalf of Defendants)

17

18

19             Taken at the Lincoln County Courthouse
                      512 California Avenue
20                       Libby, Montana
                   Tuesday, February 3, 1998
21                         9:45 a.m.

22

23

24
             Reported by Jolene Asa, RPR, and Notary Public
25            for the State of Montana, Flathead County.


         HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
                P.O. BOX 394 -- KALISPELL, MONTANA
```

**Libby**

1    Q    Any other doctors?

2    A    No.

3    Q    Okay.  Now let's talk about asbestos a

4    little bit.  You started working out at W.R. Grace

5    in 1967, I think is what the records indicate.  Does

6    that sound about right?

7    A    Yes, sir.

8    Q    Before that time, however, you had worked

9    at a number of different jobs and different

10    locations.  If I recall the records, you had worked

11    in Oklahoma and Kansas and down in St. Regis and

12    different places.  Is that accurate?

13    A    Yes.

14    Q    Tell me about your work history before you

15    came to be at Grace.  Let's start with your first

16    job, which I understand would have been probably

17    when you were about 16.

18    A    Yes, sir.

19    Q    If I recall your records, you discontinued

20    high school in the tenth grade?

21    A    Yes, sir.

22    Q    And was that at Troy?

23    A    Yes, sir.

24    Q    And did you quit school in order to go to

25    work at that time?

Page 34

```
 1          A    No.  I was doing everything.

 2          Q    And how long did you do that?

 3          A    Probably a year, three months, something

 4    like that.

 5          Q    Then what?  What did you do next?

 6          A    Went into the garage, bid on a job in the

 7    garage and went mechanicking.

 8          Q    Did your brother tell you about that

 9    position coming up?

10          A    No, sir.  They come up for bid.

11          Q    So everybody in the company was aware of

12    it?

13          A    Aware --

14          Q    Of an opening that you could bid on?  Is

15    that what you said?

16          A    Yes.

17          Q    And is that where you pretty much stayed?

18          A    Yes, sir.

19          Q    Did you always work pretty much in the

20    same location?

21          A    Not really.

22          Q    Could you tell me about your career as a

23    mechanic there at W.R. Grace, where you worked, what

24    you did?

25          A    I worked in the garage when I first
```

*Libby*

**Libby**

1    started probably two years as a service mechanic,

2    and then a shovel mechanic job come open.  I bid on

3    that, and I got that, and then I worked up in the

4    mine.  In the mine I worked on the shovels.  They

5    had three of them Bucyrus-Erie.  I worked on the

6    drills up there.  It just got -- It was so cold up

7    there that I bid back in the garage.

8        Q    About when was that?

9        A    And they got rid of the shovels, and I

10   went back in the garage.

11       Q    When was that?

12       A    I think '76 they got rid of that last

13   shovel.

14       Q    So you went back in the garage after that?

15       A    Yes, sir.

16       Q    Now, was that the same garage you had

17   worked in before?

18       A    Yes, sir.

19       Q    Now, when you "Garage" --

20       A    I'll say shop.

21       Q    Or shop, is this an enclosed building?

22       A    Yes.

23       Q    And was it a pretty large structure?

24       A    Yes, it was.

25       Q    Big enough to bring those huge trucks in

Page 36

**Libby**

1    there and work on them?

2       A    Yes, sir.

3       Q    Were those called Euclids, or what are

4    they called?

5       A    Euclids, yes.

6       Q    Could they drive those in there?

7       A    Yes.

8       Q    About how many people worked in the

9    garage?

10      A    Well, they run two shifts, days and swing,

11   so I'll say there was probably 15 -- 10 or 15 guys

12   on days and probably 10 on nights.

13      Q    Okay.  Did you have any particular

14   position or specialty that you did as a mechanic in

15   the garage?

16      A    No.

17      Q    In other words, you didn't work

18   exclusively on transmissions or exclusively on

19   brakes or one of those type of positions?

20      A    Everybody done everything, from changing

21   oil to greasing.

22      Q    So once you got back into the garage in

23   the '70s, late '70s, did you stay there, then, for

24   the rest of your time?

25      A    Yes.

Page 37

**Libby**

1    Q    And then the mine closed, and you got

2    involved in some reclamation work?

3    A    Yes.

4    Q    And that was approximately when, 1990?

5    A    Yes, sir.  They closed down.  Yes.

6    Q    So did the garage remain open until 1990?

7    A    Yes.

8    Q    And you worked inside the garage until

9    then?

10    A    Yes.

11    Q    Where was the garage in physical

12    relationship to the mill?

13    A    I'll probably say 150 yards from the dry

14    mill.

15    Q    What was the dust condition?

16    A    Very dusty.

17    Q    Did it ever change?

18    A    Not really, until they built the new mill.

19    Q    Okay.  I'm not familiar with all this

20    history.  Could you kind of just give me a little

21    overview of what you mean when you say it was dusty

22    until they built the new mill?  How long a period of

23    time are we talking about, or what do you mean by

24    "Dusty"?

25    A    I went to work there in '67.  They built

**Libby**

1    the new mill in '74, '73 or '74, and the old dry

2    mill was running during this time, and I'm pretty

3    sure that it still run after the new mill was built

4    for a little while there.  I don't recall when they

5    shut it down.

6         Q    But sometime in the mid-'70s, '74, '75 or

7    whenever it was, they shut the old mill down because

8    the new one took over?  Is that what you're saying?

9         A    Yes.

10        Q    And do I understand that the new mill got

11   rid of a lot of the dust?

12        A    Not really.

13        Q    Is there any way that you could quantify

14   or help me understand or appreciate what you mean

15   when you say "Dusty"?

16        A    Well, even after the new mill was built,

17   they had silos in there between the garage and the

18   mill, and whenever they were pulling ore out of

19   these silos, it had been in there, and it was dry,

20   and it just -- It was dusty through there.

21        Q    Would that come into the garage?

22        A    In the summertime we had all the doors

23   open.  It wasn't a tight-sealed garage.  I mean,

24   there was vent holes and air holes entered, and this

25   stuff would come in there, yes.

Page 39

1      Q     Would you do major overhaul work in the

2   garage?

3      A     You mean on engines and stuff like that?

4      Q     Yes.  Right.

5      A     I wouldn't, no.

6      Q     But, I mean, it was done there in that

7   garage, wasn't it?

8      A     In the early part.

9      Q     Okay.  I guess my point is obvious.  If it

10  was too dusty, they couldn't have these engines all

11  laid open.

12     A     Right.

13     Q     So while you say it was dusty --

14     A     They had a motor room that was off to the

15  back of the garage that they rebuilt the engines and

16  done the heads in, and it was a tightly sealed room

17  in there, but I never did work in there.  I was

18  mostly heavy equipment.

19     Q     So you were out in the garage itself?

20     A     Out in the garage itself, and what we

21  couldn't work on in the garage, it was out in front

22  of the garage.

23     Q     Is there anything else that you can tell

24  me to help me better appreciate the extent of the

25  dustiness that you're describing?  I mean, would it

Libby

**Libby**

1      layer things over, or wasn't it that bad?  Can you

2      give me some sense of what the amount of dust was?

3          A.   Well, the smoke stack on the dry mill --

4      Not the smoke stack, but it was -- They had big fans

5      in there.  There was supposed to be suction fans in

6      this dry mill, and the stack run up behind the

7      garage, and it had an elbow on it, and it was

8      supposed to be blowing out away from the buildings,

9      but there was a wind up there all the time, and it

10     blowed through it, and this -- The opening for these

11     fans that were going through this and the dust

12     coming out of it was probably a three-by-three

13     square that this dust blowed out of it, and it

14     blowed all down across the garage and the mine

15     office.

16         Q    And how long did that go on?

17         A    Until they shut that mill down.

18         Q    In the mid-'70s?

19         A    (Witness nodded head.)  After they got

20     that new mill going.

21         Q    After the new mill got going, how did it

22     compare?

23         A    Well, a lot of times that mill -- The new

24     mill, they had to get the bugs worked out of it.  I

25     mean, it didn't work properly, and a lot of times

**Libby**

1    they would go back and start that old mill up again

2    to run, maybe, for a couple, three days until they

3    got this new one ironed back out.

4        Q    Was there anything that you can remember

5    during any of that time that amounted to complaints

6    by yourself or other mechanics or fellow workers

7    about the dustiness at that time?

8        A    Yes.  They complained about it.

9        Q    Can you tell me what you remember about

10   that?

11       A    The people I worked with?  Is that what

12   you're asking?

13       Q    Yes, sir.

14       A    They would just make remarks that it was

15   dusty, and they would try and close the doors on the

16   garage.  They had 20-by-20 garage doors, and they

17   wasn't -- Like I told you, they wasn't sealed

18   tightly.  You could be laying underneath a rig, and

19   this dust would still be blowing underneath and

20   around the doors in from the wind that was catching

21   this stuff and blowing it through there.  Some

22   nights I would go home in the evening time, and when

23   it got time for me to go to bed, I'd go in and take

24   a shower, and I would take my clothes off, and even

25   on my skin this stuff would be stuck to me.  It was

Page 42

**Libby**

1     that bad, where you're working on a rig and it would

2     go down your neck and down in your -- It was -- It

3     was bad.

4         Q    Okay.  Were there meetings or discussions

5     in the more formal sense between the workers and any

6     of the managers during that time about the

7     dustiness?

8         A    No.

9         Q    Okay.  Did that situation change from

10    about the time the new mill went into operation in

11    the mid-'70s until the mine closed in 1990?

12        A    It got a little better.

13        Q    Can you tell me during that 15-year period

14    what the improvements were and when they occurred

15    and what you noticed?

16        A    Well, sir, I want you to understand that

17    this stuff that laid up there -- The banks -- The

18    garage was built, and there was a bare bank behind

19    it, and the roads were just dirt roads, and they

20    might have -- It might have tried to straighten up

21    with that -- Pardon me.  But with that new mill

22    running, but the traffic was so -- It was heavy in

23    front of the garage, and the main road from the --

24    When you come up on the hill, it was -- you come

25    right in and passed in front of the garage, and all

Page 68

1    A    Bob Graham, Don Riley.

2    Q    Who else?

3    A    Ronnie Halverson, Rudy Kaeding.  A lot of

4    these guys -- not Rudy yet -- are deceased.

5    Q    And so prior to your discovering that you

6    have some asbestos-related condition, you believe,

7    in 1993, you never had any conversation with either

8    fellow workers or management at Grace about the

9    risks of working around asbestos?  Is that what

10   you're saying?

11   A    That's what I'm saying.

**Libby**

12   Q    Okay.  Now, there was a period of time

13   when you first started at Grace where, initially,

14   you were doing, I think, construction and not

15   mechanic work for the first year or so?

16   A    Yes, sir.

17   Q    And during that year, did you work in

18   different locations at the mine?

19   A    Yes, I did.

20   Q    Could you kind of walk me through that

21   period of time, the different places you worked and

22   what you did and so on?

23   A    I probably spent six months in the mill,

24   in the old dry mill, and we were repairing chutes,

25   and I was sweeping the floor.  We would sweep the

Page 69

**Libby**

1    dust from -- We'd start at the top floor in the

2    mill.  I forget how many floors that old dry mill

3    was, but we would start at the top and sweep them

4    down through holes onto the next floor.  Then if it

5    got too much -- We'd sweep it down to where it was

6    the closest belt, and then we would shovel it onto

7    the belt, which, in turn, would carry it out over

8    the waste dump, and that was very dusty, sir.

9         Q    And you did that for several months

10   initially?

11        A    I would do it off and on.  I spent, like I

12   say, just roughly six months in that dry mill, but

13   it was off and on.  When you worked on construction

14   when I first went there, if the sweeper went on

15   vacation, they pulled out of -- They called it the

16   labor pool.  They pulled out of construction, and

17   you'd go in over there, and you got loaned out for

18   this week, and you done that man's job while he was

19   on vacation.

20        Q    So you did some sweeping in addition to

21   construction work?

22        A    Yes, I did.

23        Q    What else did you do during that first

24   year?

25        A    I would get loaned out up in the mine

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

Libby

1     department.  I was the dump boss.

2         Q    What does that mean?

3         A    It's where you stand there, and this dump

4    is a long ways down, and when the Eucs back up

5    there, you stop them so they don't go over the dump.

6         Q    Was that particularly dusty up there?

7         A    Yes, it was.

8         Q    What else did you do during that year?

9         A    I worked in the -- They had -- From the

10   old transfer point, they had such a thing they

11   called it a raise, where the ore fell down through

12   this three-by-three box and went onto the main belt

13   and carried it to the mill.  On weekends we would go

14   up there and weld these new bars back in this raise

15   because the ore, when it fell down through it, would

16   wear these bars out.  We would weld them -- stand up

17   in this box, and there was usually two of us on a

18   weekend, and we would take turns welding these bars

19   back in this box, and that's what that -- This was

20   under the mill department too.

21        Q    Was that dusty?

22        A    Yes, it was, standing up in there.  This

23   stuff is popping.  When you're welding -- It's

24   laying on these bars, and you had to get up there

25   with a cutting torch and cut this stuff out.  You've

**Libby**

1   got goggles on, and when you cut the bars out to

2   weld the new ones on, this stuff is popping all in

3   around you, and there's no way to escape it.  It's

4   just making a dusty area in it.

5        Q   Is there anything else you did during that

6   first year that you haven't told me about?

7        A   I worked on the mill, mill maintenance.  I

8   would do the same thing.  I would -- If they needed

9   some help on mill maintenance -- They had crushers

10   up in the old dry mill that would crush big chunks

11   of ore, and they were big rollers that the ore fell

12   through, and these crushers would crush it.  We had

13   to -- We would change these rollers, me and Jerry

14   Leadham, and what they would do -- There was maybe

15   two or three on this one floor, and while we shut

16   down to change the rollers on this one, these other

17   ones were rolling and crushing all the time.  Plus

18   there was tables up there shaking, getting this

19   stuff -- It's just like sluice box gold mining.  The

20   bigger stuff stays, and the rest goes, and it's this

21   type of thing.  We would change these crushers out.

22   Sometimes it would take two or three days to change

23   these big rollers out.

24        Q   So you were working in that mill area

25   doing that?

Page 72

**Libby**

1    A    Yes, sir.

2    Q    Anything else you did during that first

3    year?

4    A    I done quite a bit.  I mean, we -- I

5    worked with Don Riley.  He was the working foreman

6    at the time.

7    Q    Did you wear respirators at all during

8    that first year?

9    A    The supervisors didn't even wear them.

10    Q    Did you smoke at that time in your life?

11    A    Yes, I did.

12    Q    So you would smoke wherever you were at?

13    A    We would step out.  I worked with Don

14    Riley in this -- on these big cyclone -- Off the

15    side of the mill, they've got some kind of a ceramic

16    tile stuff.  It was an inch thick, and we had to go

17    down in this silo, and we would chip out all this --

18    the old ore and stuff, and we would take turns doing

19    this, and then we laid this ceramic tile around in

20    this silo.  They were actually wear plates, but they

21    were a ceramic.  I believe they got them from Japan,

22    but they -- They were kind of a wedge type, and they

23    just stood in there to keep the silo from wearing

24    out.

25    Q    You would replace these tiles?

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

Page 73

1       A    We would -- It was a new thing.  We put

2    them in.  They were an experimental type of thing.

3       Q    What held them in place?

4       A    There was some sort of motor.  I don't

5    recall what they shipped with it.

6       Q    That wasn't particularly dusty when you

7    were putting that tile in there?

8       A    Yes, it was, in there.  We had to clean

9    all the old ore out of the inside of there, and we

10   would take turns off and on.  We would spend maybe

11   an hour, individuals, going down in there and

12   chipping this out.  The only thing we had for air

13   was where the ore run out the bottom, which is a

14   hole about this size, and the hole that we come down

15   through the top in, which is probably about this

16   size, and we would spend time in there.  That was in

17   '67 that we done this, the time that I was on

18   construction.

19       Q    Okay.  Have we pretty well talked about

20   everything that you did while you were employed at

21   Grace?

22       A    Pretty much.  Unless you wanted to say

23   something -- go over something about during the

24   reclamation of it, tear down.

25       Q    What can you tell me about that?

Page 74

**Libby**

1    A    That there were several dusty areas up

2    there during all this here, and the supervisors did

3    not care.  They wanted to get it tore down the best

4    and the fastest way they could.

5    Q    Was the reclamation done before you first

6    learned about the health risks associated with

7    asbestos in 1993, or were you still working there

8    when you discovered that?

9    A    Sir, I heard about the health risk, like I

10    say, word by mouth, under the different employees.

11    There wasn't no supervisor that told us.  If you did

12    ask any questions -- It was a nuisance dust, is what

13    they told us.

14    Q    What I'm trying to get is a time line, and

15    my understanding is that, you first became fully

16    aware of the health risk in 1993, after you met with

17    Dr. Whitehouse?

18    A    Yes.

19    Q    Were you still working for Grace at that

20    time as part of the reclamation project?

21    A    Yes.

22    Q    Did you quit working for Grace at that

23    time?

24    A    No, I did not.

25    Q    In your complaint there are certain

1    allegations made about the way the reclamation was

2    handled. Do you feel that was handled improperly?

3                    MR. SULLIVAN:  I guess I would object

4    to the extent that it calls for a legal conclusion,

5    and it's obvious that the attorneys for the client

6    drafted the complaint and not the client himself.

7    BY MR. HOISTAD:

8         Q    I'm asking for your own layman's

9    understanding of what your position is, sir.

10        A    It could have been handled better.

11        Q    Can you tell me what you're referring to

12   that you feel was done improperly as a worker

13   there?

14                   MR. HOISTAD:  You can have a standing

15   objection, Roger.

16                   MR. SULLIVAN:  Okay.

17                   THE WITNESS:  Like I say -- Let's

18   take the lower ore bins down at the river for an

19   example.  Some of that ore in there was probably as

20   old as back in the late '40s, early '40s, and it

21   laid on that bottom, and we would -- When they got

22   ready to tear them down, we went in there with a

23   cutting torch.  They were tin.  We cut an

24   eight-by-eight hole in the side of that, right in

25   the bottom of it, and then they put me on a backhoe,

**Libby**

Page 76

**Libby**

1    and I backed that backhoe up in there, and the ore

2    was stuck to the walls on the back side, and I was

3    taking that backhoe and raking, and they were still

4    shipping during these days, and there was a hole in

5    the bottom of that silo, and a belt run underneath

6    it, and I had to -- was knocking this down and

7    getting it through there so it would go through that

8    hole.

9    BY MR. HOISTAD:

10    Q    What do you see is the problem with --

11    A    Well, it was dusty doing it, sir.

12    Q    Did you wear a respirator?

13    A    I tried to, yes.

14    Q    At what point in time are we talking

15    about?

16    A    In '92.

17    Q    What else that you remember about the

18    reclamation project that sticks out in your memory?

19    A    Well, it's when they tore down -- When

20    they put these silos on the ground, we took -- had

21    to go up in the top.  We put an I-beam through it

22    and took the loader, them 992 loaders, and pulled

23    them over.  It was just -- When they hit the ground,

24    there was nowhere for us to go, because the river

25    was here, and the back of the ore bins was here, and

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

Page 77

**Libby**

```
 1   there was nowhere for us to go except stand there.
 2   When they hit the ground -- That stuff had laid
 3   there probably from the '30s, and when they hit the
 4   ground, it was just like an atomic bomb going off.
 5   It was just a big mushroom.  It went up into the
 6   air, and, of course, the office was right up behind
 7   it.
 8        Q    Were you wearing a respirator that day?
 9        A    No.  They wasn't available.
10        Q    When was this now?
11        A    This was in '90 -- from '90 to '93.
12        Q    There were no respirators available?
13        A    No, sir, there were not.
14        Q    Did you ever ask for one?
15        A    We did.
16        Q    Who is "We"?
17        A    The people I worked with.  There were 20
18   of us left.
19        Q    All right.  So these are all examples,
20   you're telling me, of the way you feel Grace
21   mishandled the demolition and the reclamation of the
22   mine area while working there during those years?
23        A    Yes.
24        Q    There came a time, then, in 1993 where you
25   learned from Dr. Whitehouse that you might have an
```

Arrwood
Obj:
L, F

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

1      Q    When?

2      A    He was there during -- He worked in the

3  mine department.

4      Q    At what point in time are we talking

5  about?

6      A    Probably from '90.

7      Q    And you and Mr. Halverson had a

8  conversation about the dust?

9      A    I'm not saying we had a conversation.

10  It's every -- Plumb back into the '80s the people

11  would just talk about -- Conversations.  What is

12  this stuff coming down, you know?  That was the

13  extent of it.  You go on about your damn business.

14      Q    Is there anything else that you can

15  remember that you can tell me specifically as far as

16  what somebody said at a specific time?

17      A    No, there isn't.

18      Q    Was there ever any discussion about

19  tremolite and any particular hazards associated with

20  tremolite?

21      A    Yeah, there was.

22      Q    When?

23      A    Late '80s.

24      Q    Who was involved?

25      A    Kendra Lynn.

*Libby*

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

Page 82

**Libby**

```
 1        Q    Anyone else?
 2        A    I never knew what tremolite was or what
 3   she was even talking about.  We were handed -- We
 4   had these little machines that she would come along
 5   and hang on your belt, and it was to measure fibers
 6   in the air or some damn thing.  I could never
 7   understand what -- If you even asked about it, they
 8   took a long way round about answering your
 9   question.  Why are you doing this?  They took a long
10   way around about it, and then when they got done,
11   you didn't understand even what in the hell they
12   even said.  They beat around the bush about it.
13   They didn't come right out and tell you that it was
14   hazardous to your health.
15        Q    This was in the late '80s, you say?
16        A    Late '80s, yes, but Bill McCaig, even,
17   would hold -- have meetings or be like a -- telling
18   us about -- We'd have a meeting about something.
19   Maybe somebody in the back of the room would get up
20   and say, What about the damn dust?
21             It won't hurt you.  It's nuisance dust,
22   and carry on.  If you're somebody asking about
23   why -- What can you tell us about this damn nuisance
24   dust? what I'm telling you is, he would go around
25   and then use some damn words that you didn't even
```

*Arrowood Obj: H*

Page 83

**Libby**

1    understand.

2        Q    This was in the late 1980s?

3        A    In the late 1980s.

4        Q    Do you remember anything more about those

5    meetings as to where they were or when or who was

6    there?

7        A    We had them in the garage.  We had them in

8    the new lunchroom.

9        Q    Would they have been meetings scheduled to

10   discuss --

11       A    No, it was not.  Some guy would -- in the

12   back of the room would bring it up, and that was --

13   That's as far as it would go.

14       Q    Okay.

15       A    Earl Lovick has even said, It's nuisance

16   dust.

17       Q    When do you remember him making that

18   statement to you?

19       A    When we would -- Me and Rudy Kaeding

20   worked in the garage together.  Earl Lovick -- We

21   would take this pulmonary test, and we would be in

22   the warehouse -- go over to the warehouse to get

23   parts.  Earl Lovick would be in there, and we'd ask

24   him, How did that pulmonary test come out?

25            Same as last year.

Page 84

**Libby**

1          Are you going to do anything about the

2    dust?

3          It won't hurt you.  It's a nuisance dust.

4        Q    About when would you --

5        A    Probably '85, '86.

6        Q    All right.  Now, this is a tremolite

7    monitor or gauge you were describing?

8        A    Yeah.

9        Q    Tell me about that.  How is it --

10        A    They called it an air pump.

11        Q    When was that?

12        A    It was '86, '87, '88.  Hell, I don't

13    recall, sir.

14        Q    And you were asked to wear these?

15        A    Yeah.  On occasion.  Whatever they wanted

16    to measure in that department.

17        Q    Did you wear one yourself?

18        A    I did.

19        Q    And did you ask questions about it?

20        A    Yeah.  Why are we doing it?

21          It's to measure the fibers in this

22    department.

23          What more could you want?  What more do

24    you ask?

25        Q    You never asked for, Why do we need to

Page 86

1    downtown.  I would like for you, if you could, to

2    get them to get me a doctor in Spokane.  I know all

3    around it.  So she called them, and they said there

4    would be no problem.  They hooked me up with this

5    Dr. Bradley over in Spokane at the Rockwood Clinic.

6         So I went to him.  He said, There's

7    nothing wrong with you.  You don't have no problem,

8    no exposure.

9         Q    In 1991?

10        A    Or '92, somewhere along there, and they --

11   So I came back and went to work, and like I say, I

12   just kept wondering in my -- Because this doctor

13   over here never x-rayed me.  He never gave me a

14   pulmonary test or nothing.  He just went in there

15   with the stethoscope and checked me over and sent me

16   back to work, which I went back to work, and I

17   figured I better just carry this a little further,

18   find out why I'm having trouble here.

19        Q    It wasn't based on anything that you had

20   heard from other workers or anything at Grace?

21        A    No, it wasn't.

22        Q    So what did you do, then, to carry --

23        A    I went to Whitehouse.

24        Q    How did you get his name?

25        A    Through another employee.

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

Page 87

**Libby**

1    Q    So you did talk to other employees about

2    the risks of working there?

3    A    This Rudy Kaeding.  He had been to him.

4    He was having trouble, and he didn't know why.

5    Q    So what happened?  You just called up

6    Whitehouse and asked for an appointment?

7    A    Yes, I did.

8    Q    This wasn't set up through an attorney?

9    A    No, sir, it sure was not.

10    Q    Did Dr. Whitehouse put you in touch with

11    an attorney, then, after --

12    A    No, sir, he did not.

13    Q    After Dr. Whitehouse examined you, then,

14    did he sit down and give you some literature and

15    explain things for you, or where did you develop

16    your --

17    A    I went in there and took his pulmonary

18    test and his x-rays.  I went down and had a

19    conference with him, and he told me -- He said,

20    You've got asbestos exposure, and, basically, that's

21    what he's told me.

22    Q    Okay.  Did you tell him about the

23    examination you had just had a short while earlier

24    with --

25    A    Yes, I did.

*Arrowood Obj: H; F*