**Deposition Designations for:**
**ROBERT D. NELSON**
**December 9, 1999**

**Deposition Designation Key**

**Arrowood = Arrowood Indem. Co. f/k/a Royal Indem. Co. (Light Green)**

**BNSF = BNSF Railway Co. (Pink)**

**Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co. n/k/a Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance Co.; Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz SE f/k/a Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich International (Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and related subsidiaries and affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal Belge SA (Orange)**

**CNA = Continental Cas. Co & Continental Ins. Co. (Red)**

**FFIC = Fireman Funds Ins. Co. (Green)**
**FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)**

**GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.**

**Libby = Libby Claimants (Black)**

**OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)**

**PP = Plan Proponents (Blue)**

**Montana = State of Montana (Magenta)**

**Travelers = Travelers Cas. and Surety Cos. (Purple)**

**UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)**

**AFNE = Assume Fact Not in Evidence**
**AO = Attorney Objection**
**BE = Best Evidence**
**Cum. = Cumulative**
**Ctr = Counter Designation**
**Ctr-Ctr = Counter-Counter**
**ET = Expert Testimony**
**F = Foundation**
**408 = Violation of FRE 408**
**H = Hearsay**
**IH - Incomplete Hypothetical**
**L = Leading**
**LA = Legal Argument**
**LC = Legal Conclusion**
**LPK - Lacks Personal Knowledge**
**LO = Seeking Legal Opinion**
**NT = Not Testimony**
**Obj: = Objection**
**R = Relevance**
**S = Speculative**
**UP = Unfairly Prejudicial under Rule 403**
**V = Vague**

IN THE DISTRICT COURT OF THE NINETEENTH
JUDICIAL DISTRICT FOR THE STATE OF MONTANA
IN AND FOR THE COUNTY OF LINCOLN

ROBERT D. NELSON and NETTIE JEAN NELSON, husband and wife,

Plaintiffs,

vs

W.R. GRACE & CO.-Conn, a Connecticut corporation, and DOES I-IV,

Defendants.

Cause No. DV-98-107

DEPOSITION
OF
ROBERT D. NELSON
(On Behalf of the Defendant)

Taken at the Law Offices of
McGarvey, Heberling, Sullivan and McGarvey
745 Main Street
Kalispell, Montana
Thursday, December 9, 1999
9:00 a.m.

Reported by Debra M. Hedman, RPR, RMR, and Notary Public for the State of Montana, Flathead County.

A Yes.

Q Also if you would wait until after I finish my question before you begin your answer, likewise that will help Deb take down everything correctly and you and I won't be talking at the same time. Okay?

A Yes.

Q Finally, and probably most important, Mr. Nelson -- or Bob, you and I need to communicate with one another. And so please don't be bashful. If you don't completely understand a question that I'm asking, go ahead and tell me that. I'll rephrase it or otherwise change it so that you do understand it so that you and I are confident that you're answering the question that's being asked. Okay?

A Yes.

Libby

Q Bob, how would you generally describe your health as you sit here today?

A Oh, except for being short of breath, I'm in good health. I just -- I can't breathe or walk or anything like that.

Q Okay. And when did you first start noticing having shortness of breath problems?

A About three or four years ago. We went

fishing. I was supposed to catch up to them and I couldn't. I just -- And I never noticed it before that because I was working all the time and --

Q And at that time, what did you attribute that shortness of breath to? Anything?

A No, I just thought I was getting old.

Q Had you gained any weight or anything like that?

A No. Not at that time, no.

Q How about your past smoking? Did you think that the smoking had anything to do with it?

A I hadn't smoked for quite a while. I think in '93 is the last time I ever had a cigarette.

Q So you didn't think it was the past smoking that had started causing the shortness of breath?

A No, I never smoked that much.

Libby

Q When you say that you suffer a shortness of breath, is that a continual thing all day or only when you're active?

A Well, when you do anything. I mean, even going to the bathroom, in the back, you get -- you can't walk very far.

Q Has it gotten progressively worse over the

Libby

last three or four years?

A Oh, yeah. Yes, sir.

Q Bob, could you put some kind of a framework on that? I mean, has it gotten twice as bad, three times as bad over the last three or four years?

A I think it has gotten at least twice as bad in the last three years.

Q Are you working anymore, Bob?

A No, sir.

Q Are you retired?

A Yes, sir.

Q How come you retired?

A I couldn't breathe any more.

Q And what were you doing?

A I was a tenant on a transfer station where they dump their garage, picked it up and hauled it out to the main landfill.

Q And what -- What does a tenant do?

A Just make sure that they get it in the right dumpsters and they don't get it on the ground and they don't throw stuff in there that they are not supposed to.

Q Does it require much manual labor?

A No, it just -- You just copy down their

A There is nothing around there that you wouldn't have to drive a hundred miles two ways every day, so you just -- if you went to look for a job, you would more than likely have to walk up and down steps and stuff like that and that just don't --

Q But have you looked for anything, Bob?

A No, I have had some jobs offered me, but it was nothing that I could do.

Q What types of jobs were offered to you?

A Driving a truck and running front-end loaders and stuff.

Q Why do you think you couldn't drive truck?

A For one thing it's quite a bit of manual labor and turning your arms and -- You just don't sit there. A lot of people think you do, but you don't.

Q Would your answer be true with regard to a front-end loader?

A Oh, yeah, it would be more on a front-end loader. You're busy all the time in a front-end loader.

Libby

Q So if you're in a sedentary position, Bob, and you're just moving your arms and feet, that causes you shortness of breath also?

Libby

A Yes, sir.

Q Is there any particular time of the day, Bob, that your shortness of breath seems to be worse than others?

A No, it doesn't make any difference.

Q Does it -- It just gets worse with increase of activity?

A Right.

Q But like, as you sit here right now, Bob, you're not doing anything, you're sitting in a chair, do you have a shortness of breath problem?

A I did when I first sat down and it's getting to be all right now.

Q So if you had been sitting for a while, you don't feel any kind of problem with shortness of breath?

A Not as long as you're not doing anything.

Q Do you exercise at all?

A Not anymore.

Q When is the last time you had a regular exercise type program that you did?

A Oh, when I was working for Morrison Knutson out there at the mine.

Q What did you do then?

A I walked quite a bit.

Q Since five or six years ago when you performed that miracle mechanic work, Bob, any other vehicles you worked on besides your Jeep, your wife's '77 LTD, your mobile home?

A No, I don't remember if -- If there was, I don't -- My friend has got an International Scout, but it usually runs pretty good. We had to change the oil and stuff like that in it, but other than that, it's just --

Q Okay. So Bob, you haven't worked extensively on cars for about five or six years?

A No, no.

Q Bob, besides the dancing, fishing, hunting, and working on cars, anything else that you used to do that you can't do now?

A No, I just -- I used to be a pretty fair carpenter, but I haven't did that for years. In fact, I never liked doing it so I don't even mention it. I just --

Libby

Q Okay. Bob, when did you work at the Zonolite mine?

A When or where?

Q When?

A When? Boy, that is something I don't remember too much about that -- that's -- I don't

Libby

remember the dates. They got it wrote down --

Q Okay.

A -- at the office.

Q Okay. Do you remember who hired you?

A God, I should. No, sir, I don't remember who it was.

Q Do you remember who your supervisor was when you first started there?

A I think his name was Care.

Q Care?

A Yeah. I don't remember any more what his first name was. God, that was a long time ago. No, I don't. I remember when I got up into the mine part, it was Pappy Welch was the foreman up there.

Q Pappy Welch?

A Yeah, that was what he -- I don't remember what his first name was, but everybody called him Pappy.

Q Was that a different person than Shorty Welch?

A Yeah, Shorty Welch worked in the warehouse.

Q But Pappy Welch wasn't your initial supervisor?

A Not until I got up in the mine.

Libby

Q Where did you work at first?

A Clean-up down on the construction part of it.

Q That wasn't in the dry mill?

A A lot of it was in the dry mill and very little in the wet mill because it never got very many spills in there.

Q So you would go in and clean up the spills?

A Yes, sir.

Q Do you remember who you worked with when you were working the clean-up with construction?

A Oh, man, there was so many of them that -- it was -- I don't remember. I just -- It was a lot of people that worked there.

Q And were you working up there full-time?

A Yeah, when I first started it was full-time and then I guess they laid me off -- I guess. That was a long time ago.

Q You don't remember getting laid off?

A No. I --

Q Do you remember -- Well, never mind. When you were working on the clean-up crew up there, with construction, did you ever wear a respirator?

A No, hu-huh.

Q Did you ever see anyone else wear a respirator?

A I don't remember ever seeing one.

Q Do you ever remember seeing a respirator at any time up there --

A No, sir.

Q -- at the mine or the mill?

A No. I don't -- It just --

Libby

Q Do you remember, Bob, any other jobs you had up there?

A Yeah, I worked in the test lab.

Q What did you do in the test lab?

A Once every hour you would go around and -- you had a bunch of trays that was about this big around (indicating), about eight inches, and you go around to different places in the dry mill and in the wet mill and you picked up samples and then you take them back to the lab.

And you had to run tests on them. And you stick them in these big burners, you know, and they would dry them out and pop the ore and see how much percentage that was getting from the ore. If you were lucky, the intercom worked and you called the dry mill and the wet mill and you told them how to set their machines. And if that wasn't working,

Libby

then you had to run back over there and tell them.

Q How long did you work in the test mill -- or test lab? I'm sorry.

A I think they sent -- about four and a half, five months. I don't know.

Q When you were with the clean-up crew in construction, did you work around a lot of dust?

A Well, yeah, if you was outside or inside up there it was dusty.

Q Where was it most dusty, would you say?

A Around the dry mill.

Q Would that be in the dry mill?

A Yeah. Yes, sir.

Q Did you ever have trouble breathing in the dry mill because of the dust?

A I don't remember. That just -- Hell, I was in pretty good shape and I just -- I don't think it bothered me, but they never said anything about it, so --

Q You don't remember any discussion amongst any of the employees about the dust?

A Oh, everybody was always hollering about it when you had to go work in it, but there was never anything done about it. Just the hollering.

Q Do you ever recall, Bob, complaining about

it that was going to hurt you.

Q Okay. And you never asked anybody about that?

A I figured if it was something that was going to kill me eventually, I would think somebody would have said something about it, I thought. Otherwise I would have damn sure not been up there.

Libby

Q Do you ever remember having a chest x-ray taken when you were up there, Bob?

A I know I was supposed to have a chest x-ray taken when I went to work up there; but I'm sure I didn't. And then I think it was after that that they send a bunch of us down to the hospital to have chest x-rays, but I don't know whatever they did with them.

Q Did you ever ask anybody why you were having your chest x-rayed?

A Oh, yeah.

Q Who did you ask?

A The doctor, for one thing.

Q What did the doctor tell you?

A Well, they just -- they require it. We got two hours off and we went and drank beer.

Q Did you ask why they required it?

A Yeah, but they -- You know, they just said

Libby

it was required and that was the end of it. I don't even remember who the doctor was that authorized it because he had to go to the hospital to have it done.

Q Did you ask the doctor why it was required?

A Oh, yeah.

Q And the doctor never told you, either?

A No. He said it was required and that was it.

Q Did you ever ask anybody with W.R. Grace or with the predecessor company?

A No, I don't -- I don't remember. Only time of year you ever talk to anybody like that, if you were into the office to pick up your check or something, and you had to go into downtown and usually you grabbed that when you come through the door and out you went.

Ninty percent of the time the check was always -- you know, when you got ready to go on the bus, they always had them down there.

Q Okay. Did you ever see, Bob, anyone from the State there to investigate the mine?

A Never did that I ever remember, no.

Q Did you ever see any construction or other

work performed up there in an effort to reduce the dust conditions?

A Not at that time, no.

Q Did you ever hear of anyone getting sick because of the dust?

A No, I never -- I never paid any attention to that. I just --

Q Okay. You used to take the bus up there?

A Yes.

Q And the bus home?

A Yes. Down to the parking lot in town.

Q And you don't recall any of the employees ever talking about anybody getting sick up there because of the dust?

A No, I don't recall anybody saying anything about it.

Q You knew Shorty Welch?

A Yes, sir.

Q Did you know that he was suffering from lung problems when you were working up there?

A No, I didn't. I never associated with him that much. I think he worked warehouse.

Libby

Q What else did you do up there, Bob?

A Oh, I was a dump man and then I drove a Euc up there.

Libby

Q How long were you a dump man?

A I don't remember, but it was -- it wasn't very long until they was -- they was always shorthanded on the Eucs. They just put me on a -- They found out I could drive a Euc and so they stuck me in that.

Q Was there much dust in your work as a Euc driver?

A Oh, yes. Especially if it hadn't rained for a while.

Q Was that mostly at the transfer points?

A Well, whenever they load you and whenever you dump and driving up and down the roads.

Q Bob, was the dust ever so bad that you used a handkerchief or anything to put over your mouth and nose?

A I don't think so. Some of them Eucs, they had windows that you could shut them and --

Q How about when you were working up in clean-up with construction in the dry mill? Did you ever have to put anything over your mouth?

A No, you just went in there and you got it done and got the hell out of there, and that's -- but I don't remember ever putting no handkerchief or anything over my face.

Libby

Q Did you ever have trouble seeing in the dry mill because of the dust?

A Yeah. Especially in the top floor of the dry mill. You were lucky if you could find a light bulb up there, when it was on.

Q Earlier, Bob, I think you said that some of the guys would talk amongst themselves about the dusty conditions? They were complaining about it when they were going to have to work in those; is that right?

A No, if they said something about it being dusty, I never heard them, but they -- I don't remember anybody ever talking about dust. Just that they -- It was dusty and you just had to work in it. And that was --

Q Where did you eat lunch?

A Well, when I was in clean-up we used to eat lunch in the lunch room, but any other time I always ate lunch wherever my job was.

Q And you never saw any respirators hanging from nails in the lunch room?

A No, I don't remember that. They might have been, but I never seen them.

Q Okay.

A I sure didn't. The only thing I remember

Arrowood obj: H; F

Libby

A From Dr. Whitehouse.

Q And why did you go see Dr. Whitehouse?

A Well, because my chest hurt and I was so short of breath I couldn't do nothing and I didn't think I had it and I just -- Well, I talked to Roger down there. He wanted me to be a witness for somebody. And he said, if I had, you know, some -- thought I had something like that, that maybe I should go see --

No, I don't believe he said that, but I think my sister-in-law said I should go see Whitehouse. Everybody was going over to him. He was an -- an ex -- whatever you call that. He was entitled to tell you that. And we went over to his office and they took chest x-rays, and he said, Yeah, you got it. You got it in both lungs.

Q You mentioned that your chest hurt?

A Yeah, when you cough, boy, it just felt like somebody was squashing you.

Q So it wasn't a steady ache, it was just when you cough?

A Just when you cough a lot.

Q So your sister is the one who recommended that you go talk to Dr. Whitehouse?

A Sister-in-law.

Libby

Q Sister-in-law.
A Yeah.
Q Who is her husband?
A My brother. He has passed away now.
Q What was his name?
A Phillip.
Q So you traveled all the way up to Spokane from Arizona to see Dr. Whitehouse?
A Yeah, we was going to Forks, Washington, so we made an appointment to stop and see him on the way over.
Q Did you ever consider seeing a pulmonologist in Phoenix?
A I don't even know one.
Q How much time passed between the conversation with your sister where she recommended you go see Dr. Whitehouse and then actually getting up to Spokane to see him?
A Oh, I don't know. Probably a week and a half.
Q Prior to seeing Dr. Whitehouse, had you all ready talked to Roger about possibly being a witness?
A Oh, yeah. Yes.

Libby

Q How many times have you seen

Libby

Dr. Whitehouse?

A Three.

Q Three times in the last three years?

A No, four times in the last three years. Four times, yeah. I just seen him a week ago -- or last -- just the week before we got here.

Arrowood obj: HiF

Q Okay. When you last saw him, what did he -- did he tell you that your condition is getting worse, better, same?

A Exact words he said, It's not getting any better.

Q Did he say it's getting any worse?

A Yeah.

Q He did, just last week?

A Yep.

Q And is that when he told you that he thought you had five to ten years to live?

A Yeah, I think that was in the report he was -- he had out there.

Q Have you read his reports?

A No, I --

Q So you don't recall him ever telling you five to ten years?

A No, I think I read it on his desk or something. I'm not too sure. I don't remember.