**Deposition Designations for:**
**WILMA REBECCA SHEARER**
**February 4, 1998**

**Deposition Designation Key**

**Arrowood = Arrowood Indem. Co.**
**f/k/a Royal Indem. Co. (Light Green)**

**BNSF = BNSF Railway Co. (Pink)**

**Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co. n/k/a Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance Co.; Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz SE f/k/a Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich International (Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and related subsidiaries and affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal Belge SA (Orange)**

**CNA = Continental Cas. Co & Continental Ins. Co. (Red)**

**FFIC = Fireman Funds Ins. Co. (Green)**
**FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)**

**GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.**

**Libby = Libby Claimants (Black)**

**OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)**

**PP = Plan Proponents (Blue)**

**Montana = State of Montana (Magenta)**

**Travelers = Travelers Cas. and Surety Cos. (Purple)**

**UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)**

| | |
|---|---|
| **AFNE = Assume Fact Not in Evidence** | **L = Leading** |
| **AO = Attorney Objection** | **LA = Legal Argument** |
| **BE = Best Evidence** | **LC = Legal Conclusion** |
| **Cum. = Cumulative** | **LPK - Lacks Personal Knowledge** |
| **Ctr = Counter Designation** | **LO = Seeking Legal Opinion** |
| **Ctr-Ctr = Counter-Counter** | **NT = Not Testimony** |
| **ET = Expert Testimony** | **Obj: = Objection** |
| **F = Foundation** | **R = Relevance** |
| **408 = Violation of FRE 408** | **S = Speculative** |
| **H = Hearsay** | **UP = Unfairly Prejudicial under Rule 403** |
| **IH - Incomplete Hypothetical** | **V = Vague** |

Page 1

1          IN THE DISTRICT COURT OF THE NINETEENTH

2        JUDICIAL DISTRICT FOR THE STATE OF MONTANA

3            IN AND FOR THE COUNTY OF LINCOLN

4    CAUSE NO. DV-97-140

5    WILMA R. SHEARER and RALPH          )
     SHEARER, husband and wife,          )
6                                         )
              Plaintiffs,                 )
7                                         )
         vs                               )
8                                         )
     W.R. GRACE & CO.-CONN., a            )
9    Connecticut corporation,             )
     and JOHN DOES I through IV,          )
10                                        )
              Defendants.                 )
11   _____         )

12

13              D E P O S I T I O N

14                     OF

15            WILMA REBECCA SHEARER

16           (On Behalf of Defendants)

17

18

19

20        Taken at the Lincoln County Courthouse
              512 California Avenue
21                Libby, Montana
           Wednesday, February 4, 1998
22               9:45 a.m.

23

24

25     Reported by Jolene Asa, RPR, and Notary Public
        for the State of Montana, Flathead County.

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
          P.O. BOX 394 -- KALISPELL, MONTANA

Page 20

```
1       Q    What's her name?

2       A    Opal Mongon.

3       Q    When did she die?

4       A    '86, '87.

5       Q    How old was your father when he passed

6   away?

7       A    59.

8       Q    How old was your mother?

9       A    74 or 76.

10      Q    Did your mother ever work outside the

11  home?

12      A    Not when we were growing up.  She did work

13  after my dad passed away.  She worked as a waitress

14  and a dishwasher.

15      Q    Your parents brought you and your older

16  brothers and sister out to Libby in about 1945?

17      A    '44.

18      Q    What did they do for a living?

19      A    What did they do?

20      Q    Yeah.

21      A    My dad worked for awhile at the box

22  factory at the mill.  He didn't work there very

23  long.  I only know this just from hearing them talk

24  when I was growing up.  And then he went to work for

25  Zonolite.
```

*Libby*

Page 21

1     Q     What did he do at the box factory?

2     A     I don't know.

3     Q     What did he do at Zonolite?

4     A     That I know of, I know he did some welding

5   and was a mechanic, but I don't know.

6     Q     Did he smoke?

7     A     He smoked cigarettes for awhile, and then

8   he went to cigars, smoked a few cigars.

9     Q     As long as you can remember the image of

10  your father, did you know him to smoke?

11    A     Yes, but not very much.  I remember him

12  smoking, but he never smoked very much.  Like at

13  night he might have a cigar.

**Libby**

14    Q     Do you remember him coming home when you

15  were a child?

16    A     Yes.

17    Q     Okay.  And there's been some reference to

18  that in the legal papers that were filed for you on

19  this case.  Can you tell me about your recollections

20  of that?

21    A     My father?

22    Q     Yeah.

23    A     I remember us kids slapping his clothes

24  and leaving handprints on him from the dust.

25    Q     How old were you then?

Page 22

**Libby**

1    A    Probably about five or six because we used
2  to climb all over our dad.
3    Q    And who is "We"?
4    A    My sisters and I. Usually, most of the
5  time it was my younger sister and I.
6    Q    You and Donna?
7    A    Yeah.
8    Q    Where was Betty at that time?
9    A    Well, she was older. I don't -- She just
10  didn't climb around on Dad like we did.
11    Q    So it was mostly you and Donna? Is that
12  what you're saying?
13    A    Yeah. We were Dad's girls.
14    Q    How old would you have been about that
15  time?
16    A    Just -- I don't know. I was just young.
17  I can remember him back before I ever went to
18  school. I can remember him giving me a bath in the
19  sink and Donna a bath in the sink. We never -- We
20  had running water in the kitchen. He'd set us up in
21  the sink.
22    Q    That's out here in Libby?
23    A    Uh-huh.
24    Q    Is that a, Yes?
25    A    Yes.

Page 23

1     Q    So you'd have been maybe five years old?

2     A    Yeah.  Four, five, six.

3     Q    Did you start school about age six?

4     A    Yeah.

**Libby**

5     Q    So you have a memory of you and Donna

6     slapping your dad when he'd come home from work and

7     leaving your handprints on his dusty clothing?  Is

8     that what you're saying?

9     A    Yes.

10    Q    And it's your understanding, at least,

11    that he was working at the Zonolite mine at that

12    point in time?

13    A    Yes, he was.

14    Q    But you have no personal knowledge or

15    information about what he was doing at Zonolite at

16    that time?

17    A    I don't -- I was just a little kid.

18    Q    And there are no records and no way to

19    even begin to try and piece together what he would

20    have been doing at that time?

21    A    Unless you can find somebody that worked

22    with him.

23    Q    You haven't found anyone, have you?

24    A    My husband worked with him for awhile.

25    Q    In 1948, '49?

Page 26

1    would you?

2        A    No.  I was too young.

3        Q    Sure.  How many years did this pattern

4    continue that you can recall where your father would

5    come home dusty?

6        A    All the time until he passed away.

7        Q    Did he work --

8        A    He was always coming home dusty.

9        Q    Did he work at the mine until 1961?

10       A    Yes.

11       Q    And he was a mechanic throughout that

12    whole time, pretty much?

13       A    And a welder, and I don't know what else

14    he done.

15       Q    So your husband, Bud, was he a mechanic

16    and a welder too?

17       A    No.

18       Q    What area did your husband work in?  I'll

19    have to ask him?

20       A    I can tell you that he blasted.  He worked

21    with dynamite.  I know because he used to dream

22    about it.

23       Q    What I'm trying to get a little sense of

24    is -- I'm of the understanding that certain parts of

25    the mine, depending where you are at on the

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

Page 28

1    Q    Near your parents?

2    A    No.

3    Q    Did you have much daily contact with your

4    parents after you and Bud got married?

5    A    I went to my parents' every day.  I walked

6    to my parents' every day.

7    Q    Just to see them?

8    A    Yeah.  I was still a kid.

9    Q    Okay.  And Bud was working up in the

10   logging --

11   A    He worked for J. Neils Lumber Company.

**Libby**

12   Q    Okay.  Is there anything else you can tell

13   me that you recall about growing up at your parents'

14   home as far as being around your father and anything

15   about his work and what he brought home from work?

16   A    He used to bring us home all kinds of

17   stuff to play with.

18   Q    Before you were married?

19   A    Yes.  He brought us -- He brought us home

20   Zonolite to play with.

21   Q    What do you remember about that?

22   A    I remember popping it on the wood stove.

23   I remember playing with it in the driveway.  We used

24   to call it our gold.  When sun would hit it just

25   right, it sparkled like gold.  We used to call it

**Libby**

```
 1    gold.  We had it in the driveway.
 2         Q    Who is "We"?
 3         A    My dad had it in our driveway.
 4         Q    I mean, who is "We" that used to play with
 5    it?
 6         A    All of us kids used to play with it.
 7         Q    Anything else?
 8         A    We had it in the garden.
 9         Q    This gold-colored material?
10         A    Uh-huh.  Zonolite.  Dad brought it home in
11    bags, put it around.
12         Q    Anything else that you remember?
13         A    No.  I don't remember nothing else.
14         Q    Okay.  Did you use it for any insulation
15    or anything else in the house anywhere?
16         A    It was in our ceiling, our roof.  I don't
17    know if it was in the walls, but I know it was in
18    the ceiling.
19         Q    How did you know that?
20         A    Because my husband and my dad put it in
21    the ceiling.
22         Q    After you were married?
23         A    No.  They did it before I was married in
24    1954.
25         Q    How did you get to know your husband?
```

Page 31

1    gold, and we'd bury it in jars.  There's probably

2    still jars of it buried around that place.

3        Q    Anything else that you can remember about

4    that growing up?

5        A    I don't know what.

6        Q    Did you have anything to do with cleaning

7    your father's clothes or anything?

8        A    We was always around when Mom done the

9    laundry; but I was just a little kid.  I remember

10   playing in the dirty clothes.  When she'd spread

11   them out on the floor to launder them, she used to

12   yell at us, and she had an old wringer wash machine,

13   which she used it right in the kitchen.  Until I got

14   older, I didn't help her.  When we got older, then,

15   we used to help her.  As a little kid, you didn't

16   want to be --- She didn't allow us around the wringer

17   washing machine.

18       Q    Sure.  I understand that you claim and

19   believe you have asbestos lung disease.  Is that

20   accurate?

21       A    Yes.

22            MR. SULLIVAN:  Specifically, it's

23   asbestosis.

24   BY MR. HOISTAD:

25       Q    A disease related to exposure to asbestos;

Libby

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

Page 56

```
1        Q    And were you smoking about the same?

2        A    No.

3        Q    What were you smoking?

4        A    I smoked less than a pack a day.

5        Q    Three-fourths?

6        A    Yeah.  Or less.

7        Q    And that would vary from day to day, I

8   suppose, depending on what you were doing?

9        A    I worked, and I couldn't smoke.

10       Q    We have a summary of where you worked, but

11  before we get into those places and times, I'd like

12  to know about your husband's work a little bit.

13  There was a time when he worked at the Grace mine,

14  as I understand it, or maybe it was Zonolite then.

15  I'm not sure.

16       A    Yes.

17       Q    Which was it?  Do you recall?

18       A    Zonolite.

19       Q    And he was a blaster, you told me, I

20  think?

21       A    Yes.

22       Q    Is that what he did his whole time that he

23  worked there?

24       A    No.

25       Q    Where else did he work?
```

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

Page 57

Libby

1        A    He worked all over that mine.  He worked

2    on the dump.  He drove a truck.  He worked in the

3    blasting.  He worked in the cleaning.

4        Q    And that was for about three years?

5        A    Yeah.

6        Q    Two years?  1959 until 1961?

7        A    Yeah.

8        Q    Now, it's my understanding that you claim

9    that he would bring home asbestos fibers on his

10    clothing that you were exposed to?  Is that what

11    you're claiming?

12        A    Yes.

13        Q    And can you tell me what you remember

14    about that?

15        A    Him coming home dusty?

16        Q    Yeah.

17        A    Yeah.  He'd come home really white, and

18    his clothes would be full of it.

19        Q    And would your children climb on him like

20    you did with your father?

21        A    If they got me off his lap first.  Yes,

22    our children were climbing on him too.

23        Q    And was there anything else that you can

24    remember about Bud coming home from the mine as far

25    as being dusty or whatever?

Page 58

Libby

1      A      Just dust, lots of dust.  Of course, we

2    was -- Back in them days they wore cuffs, so he was

3    really full of it, cuffs full of it.

4      Q      Now, as you sit here today, you wouldn't

5    have any idea what was in that dust, would you?

6      A      No.

7      Q      Okay.  I mean, you wouldn't know if there

8    was asbestos in it or not, would you?

9      A      No.  I didn't know.

10      Q      Other than yourself do you know of anybody

11    in your family who has ever had asbestosis?

12      A      No.

13      Q      Bud doesn't have it to your knowledge?

14      A      To my knowledge, no.

15      Q      And your father died of a heart attack, I

16    think you said?

17      A      As far as I know.

18      Q      Other than the two years that Bud worked

19    at the mine, where else did he work?

20      A      He was a painter, a house painter.

21      Q      So that's maybe where Clinton gets some of

22    his talent?

23      A      Maybe.

24      Q      How long was Bud in the painting business?

25      A      He started working for his dad when he was

Page 100

1        You know, I'm freezing.  I don't know, but

2    I'm really cold.

3            MR. SULLIVAN:  Do you want to take a

4    moment and just put your jacket on?

5            THE WITNESS:  I'll put my jacket on.

6    BY MR. HOISTAD:

7        Q    We're getting nearly done.  Do you want to

8    take another break for a minute?

9        A    If you're almost done, let's finish.

10       Q    I'm not almost, but it's not going to be

11   too much longer.

12           MR. SULLIVAN:  Let's take a two-

13   minute break.

14           (Brief recess.)

15           (The reporter then read back the

16   requested material.)

17   BY MR. HOISTAD:

*Libby*

18       Q    So last year, 1997, do I understand that

19   there was a continuing increase in the amount of

20   your coughing to the point where by July it got so

21   bad you felt you had to go to a doctor?  Is that

22   what you're saying?

23       A    Yeah.

24       Q    Because I had the impression you woke up

25   sick one morning in July and went to the doctor.

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

Page 101

Libby

```
1        A    No.  No.  No.  The cough just kept getting
2    progressive until it really got bad.
3        Q    How many years have you been coughing?
4        A    Coughing?  Just coughing once in awhile?
5        Q    Coughing more than once in awhile.
6        A    Just the last year is when I really got
7    bad coughing.
8        Q    Years or year?
9        A    Last year, in '97.
10       Q    Starting about when?
11       A    Boy, I don't know, but I -- I'm trying to
12   think.  I don't really know when I started coughing
13   really bad.  I could probably go over and ask the
14   women at the store.  They'd probably tell me more.
15   I really don't know when it was.  I just started
16   coughing a lot.
17       Q    Okay.  This was a problem that was
18   apparent to others who worked around you at the dime
19   store?
20       A    Yes.
21       Q    And it got continually worse until you
22   finally got relief with medication from
23   Dr. Whitehouse?
24       A    Yes.
25       Q    Is that accurate?
```

Page 102

Libby

1    A    Yes.

2    Q    And did he tell you what your problem was?

3    A    He told me the only thing he could find

4    wrong with me was that I had asbestosis.

*Arrowood obj: H; F*

5    Q    And do you still have high blood pressure?

6    A    Yeah.  He didn't check that, I don't

7    think, but, yeah, I still have high blood pressure.

8    Q    Did he tell you that he thought you should

9    quit smoking?

10    A    I'd already quit.

11    Q    When had you quit?

12    A    I quit the day I found -- that I couldn't

13    breathe.  The day I couldn't breathe, that was it.

14    All the ashtrays are out of my house.  In July.

15    About the 17th of July.

16    Q    Are you done?

17    A    Yeah.

Libby

18    Q    Okay.  So there did come a time,

19    specifically July 17, that was a day that you

20    remember as being the worst; is that accurate?

21    A    Well, I just woke up and couldn't breathe,

22    and it scared the snot out of me, but that's not the

23    first time that had happened.

24    Q    You'd had that happen before?

25    A    Yes.

Page 103

**Libby**

1    Q    When?

2    A    A few days before that it happened to me,

3    and I couldn't breathe.

4    Q    Did you go to a physician at that time?

5    A    That's when I was doctoring and taking the

6    stupid medication that they give me thinking I had

7    pneumonia, and the medication wasn't helping.

8    Q    That was earlier in July?

9    A    Yeah.

10    Q    Were you smoking then?

11    A    Very little.  I couldn't -- You can't

12    cough and smoke like that, I tell you.

13    Q    You were --

14    A    I flat quit the one day.  I just -- I

15    said, This is it.  No more.

16    Q    On July 17th?

17    A    I think it was -- I think it was the

18    17th.  It was either that week or the next week, and

19    I just quit.  He took me to the doctor.  We went

20    home.  All the ashtrays was taken out of the house,

21    No Smoking, put up, and that was it.  There's no

22    smoking in the house, no ashtrays, nothing.

23    Q    What had gone on in your conversation with

24    the doctors or in your mind that caused you to take

25    this drastic action with regard to the ashtrays and

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

Page 110

1    what I assume you go to Dr. Cox for --

2        A    Yes, it is.

3        Q    -- have you had other kinds of discomfort?

4        A    No.  Just my chest.

5        Q    How is that?  Is it pretty much the same

6    as it was when you were first over to see

7    Dr. Whitehouse last summer?

8        A    No.  It's getting worse.

9        Q    In what way?

10       A    I hurt more.

11       Q    And can you tell me anything else about

12   it?  Is it something that's better in the evening

13   than in the morning, or do certain things make it

14   worse or better?  Anything you can tell me?

15       A    Bending over really hurts.  I can't stand

16   for very long.  I mean, I just can't do a lot.  It

17   just hurts.  My chest hurts.  Across my back hurts.

18   Under my ribs hurt.  My diaphragm hurts.

19       Q    Okay.  Is there anything that relieves the

20   discomfort?

21       A    If I am not sitting too long.  If I lay

22   back, a lot of times that will relieve it.

23       Q    Like in a recliner chair?

24       A    Yeah.  It's a hard thing to explain.

25       Q    Any foods or medications or anything that

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

Libby

Page 111

**Libby**

1  you can associate with making the pain better or

2  worse?

3        A   It doesn't make the pain better, the

4  medications I'm on, but it does help my breathing.

5  I have three of these.  I take two in the morning.

6  This one I can take whenever I need to.  It doesn't

7  matter how often I take this one, I guess.

8        Q   You're referring to your inhalers?

9        A   I take it whenever I need it.  Yeah.

10       Q   How about sleeping?  How does that go for

11  you?

12       A   Hey, one night this year I had five hours

13  solid sleep.  That was it.  Otherwise than that, no,

14  I don't sleep.  I don't sleep.  I have to sleep in

15  my recliner a lot because -- I don't know what it

16  is.  I can't lay on my back in a bed because of my

17  back.  I just can't do it, but in my recliner I can

18  put my feet up, you know, and then I recline, and I

19  sleep with my arms right straight down, which I

20  suppose sounds silly, but it gives me more length, I

21  guess you could say.  Does that make sense?  I know

22  that sounds weird, but if I'm -- See, right now I'm

23  sitting normal.  Okay.

24            MR. SULLIVAN:  When you say "More

25  length," are you talking about more lung -- It's

Libby

```
1    easier to breathe --

2              THE WITNESS:  Yeah.

3              MR. SULLIVAN:  -- or it helps your

4    back?

5              THE WITNESS:  It's easier to

6    breathe.  It's like I need more space.  It's like I

7    need stretched.  I know that sounds silly, but how

8    do you describe something like that?

9    BY MR. HOISTAD:

10        Q    Have you been having problems because of

11   your back sleeping in a normal reclined or prone

12   position in bed for many years?

13        A    No.  It's not because of my back that I

14   sleep in the recliner.  To lay flat -- I can't lay

15   flat.

16        Q    And you haven't able to do that --

17        A    For a lot of years, no.

18        Q    Let's say in 1985, after you folks had

19   moved back to Libby, were you finding it was a lot

20   easier for you to rest at night if you were in a

21   semireclined --

22        A    No.  In '85 I slept in my bed.

23        Q    When did you quit sleeping in your bed?

24        A    This year.  Last year.

25        Q    In 1997?
```

Page 113

*Libby*

1          A    1997, early in 1997.  About in April or

2    May or March, somewhere in there is when I started

3    sleeping in my recliner.

4          Q    Prior to that time --

5          A    I slept in bed, and I sleep on my side

6    when I'm in bed.

7          Q    Do you sleep in bed at all?

8          A    A lot of times I start out there.

9    Sometimes if I'm really bad I don't even start out

10   in bed.  I just tell my daughter, If you're watching

11   TV and I go to sleep, just turn the lights off, and

12   leave me here, so she does.

13         Q    Your daughter --

14         A    Vicky.

15         Q    -- Vicky, is living with you, and her

16   children are all grown, I think you said?

17         A    All grown.  She's a grandmother.

18         Q    How do you and Vicky spend your time?

19         A    How do we spend -- Just -- Most of the

20   time I'm sitting in my recliner.  She said I'm

21   really good at holding it down.  I have a hard time

22   sweeping because I can't take the dust.

23         Q    Hard time what?

*Libby*

24         A    Sweeping.  I run out of air.  I can't

25   finish doing the dishes because I run out of air.  I

HEDMAN, ASA & GILMAN REPORTING - 752-5751/752-3334
P.O. BOX 394 -- KALISPELL, MONTANA

**Libby**

1   don't know. That's the only thing I say is just,

2   like, I run out of air. I can't breathe. What is

3   really silly is, I can go take a shower, get out of

4   that shower and start coughing, and by the time I'm

5   dressed, I can barely make it back the ten feet to

6   the kitchen to sit down.

7        Q   Okay.

8        A   And then, if I want to do anything, I've

9   got to sit there for a long time before I can get up

10  to do anything because I just don't have -- I just

11  can't.

12       Q   So it's you and your daughter and your

13  husband and your son, Clinton, who live in your

14  household at the present time; is that accurate?

15       A   And Vicky's husband.

16       Q   And Vicky's husband --

17       A   Bruce.

18       Q   -- Bruce when he's in town?

19       A   Yeah. Because he does work. He works in

20  Moyie. He drives back and forth.

21       Q   And Clinton hasn't been working until

22  recently when he started his sign painting business;

23  is that true?

24       A   Uh-huh.

25       Q   So how do you folks typically, you know,