**Deposition Designations for:**
**ANDREW J. WRIGHT**
**December 16, 1999**

**Deposition Designation Key**

**Arrowood = Arrowood Indem. Co.**
**f/k/a Royal Indem. Co. (Light Green)**

**BNSF = BNSF Railway Co. (Pink)**

**Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co. n/k/a Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance Co.; Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz SE f/k/a Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich International (Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and related subsidiaries and affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal Belge SA (Orange)**

**CNA = Continental Cas. Co & Continental Ins. Co. (Red)**

**FFIC = Fireman Funds Ins. Co. (Green)**
**FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)**

**GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.**

**Libby = Libby Claimants (Black)**

**OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)**

**PP = Plan Proponents (Blue)**

**Montana = State of Montana (Magenta)**

**Travelers = Travelers Cas. and Surety Cos. (Purple)**

**UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)**

| | |
|---|---|
| **AFNE = Assume Fact Not in Evidence** | **L = Leading** |
| **AO = Attorney Objection** | **LA = Legal Argument** |
| **BE = Best Evidence** | **LC = Legal Conclusion** |
| **Cum. = Cumulative** | **LPK - Lacks Personal Knowledge** |
| **Ctr = Counter Designation** | **LO = Seeking Legal Opinion** |
| **Ctr-Ctr = Counter-Counter** | **NT = Not Testimony** |
| **ET = Expert Testimony** | **Obj: = Objection** |
| **F = Foundation** | **R = Relevance** |
| **408 = Violation of FRE 408** | **S = Speculative** |
| **H = Hearsay** | **UP = Unfairly Prejudicial under Rule 403** |
| **IH - Incomplete Hypothetical** | **V = Vague** |

1

1              IN THE DISTRICT COURT OF THE NINETEENTH

2           JUDICIAL DISTRICT FOR THE STATE OF MONTANA

3                IN AND FOR THE COUNTY OF LINCOLN

4

ROBERT D. NELSON and NETTIE       )
5    JEAN NELSON, husband and wife, ) Cause No. DV-98-107
                                   )
6    ROYCE N. RYAN and HELEN L.     ) Cause No. DV-98-100
     RYAN, husband and wife,        )
7                                   )
              Plaintiffs,           )
8                                   )
          vs                        )
9                                   )
     W.R. GRACE & CO.-Conn, a       )
10   Connecticut corporation, and   )
     DOES I-IV,                     )
11                                  )
              Defendants.           )
12   _____)

13

14

                        VIDEO DEPOSITION
15
                             OF
16
                       ANDREW J. WRIGHT
17
                (On Behalf of the Plaintiff)
18

19

20
                   Taken at the Venture Inn
21                  443 Highway 2 West
                       Libby, Montana
22              Thursday, December 16, 1999
                         12:18 p.m.
23

24
          Reported by Debra M. Hedman, RPR, RMR, and Notary
25        Public for the State of Montana, Flathead County.

6

```
 1                    ANDREW J. WRIGHT,
 2    having been first duly sworn to tell the truth, the
 3    whole truth, and nothing but the truth, testifies
 4    upon his oath as follows:
 5                    DIRECT EXAMINATION
 6    BY MR. SULLIVAN:
 7         Q    Please state your name for the record.
 8         A    Andrew J. Wright.
 9         Q    Is it all right if I call you Andy?
10         A    Yes.
11         Q    Where do you live?
12         A    On Bobtail Road, 1432.
13         Q    Here in Libby, Montana?
14         A    Yes.
15         Q    Where were you born?
16         A    On Medicine Lodge Creek, southwest of
17    Dillon.  Above what used to be Armstead.  Where
18    Clark Canyon Dam is now.  But I was born 12 miles
19    above that dam.
20         Q    What did your family do down there?
21         A    They were sheep ranchers.
22         Q    How old are you?
23         A    Seventy-seven.
24         Q    When did you move to Libby?
25         A    September of 1956.
```

Libby

1          A     Excuse me.  I've got a dizzy spell here

2     and I don't know what caused it.

3               That would be very close.

4          Q     And you worked there for approximately

5     five years?

6          A     Five and a half.

7          Q     I'm handing you next, Andy, a document

8     which has been marked for identification purposes as

9     Exhibit 552, which appears to be a summary of your

10     work history.

11          A     This is very approximate of the time that

12     I worked in the different departments for Zonolite.

**Libby**

13          Q     Okay.  So is that a fair or approximate

14     summary of your work history at Zonolite?

15          A     Yeah.

16          Q     Referring to that exhibit as necessary,

17     what was your first position at Zonolite?

18          A     First position at Zonolite --

19          Q     Yes.

20          A     -- was what they called the service crew

21     or construction, and I was -- When you worked there,

22     you were loanable to any other department that was

23     short a man.  I worked in the shop as a loaner quite

24     a bit when I first went up there.

25          Q     Directing your attention to Photo Exhibit

12

**Libby**

1    1-28, does that show where the service yard is and

2    the shops are?

3        A    This is the shop area here, yeah.

4        Q    How long, Andy, did you work in the

5    construction department being loaned out for various

6    tasks?

7        A    Oh, I don't know exactly, because -- I

8    would be working the construction, you know, for a

9    few days and then I would be loaned out to the shop

10   for a month.

11       Q    The summary that we've put together of

12   your work history indicates approximately nine

13   months inside of the construction department.

14       A    Approximately nine months.  From there I

15   bid into the dry mill and I went in there listed as

16   a sweeper, but I actually went into the test lab and

17   worked as a tester of the ore.  And that was fairly

18   interesting work.

19       Q    Maybe we can start by directing your

20   attention to Photo Exhibit 1-25.  And once again,

21   holding that up so that Matt can see it, can you

22   show us where the dry mill is located?

23       A    That was the dry mill, where my finger is.

24       Q    And did you work in more than one position

25   in the dry mill?

13

**Libby**

```
1        A    Yes.

2        Q    And you indicated you worked for a period

3   of time as a tester; is that right?

4        A    Yeah.

5        Q    Did you also work as a sweeper?

6        A    Not too much.  I did some sweeping, but

7   mostly it was top floor operator.  And then I went

8   from there to the bottom floor.  Eventually I wound

9   up in the wet mill, and --

10       Q    Well, why don't we stop there.  It sounds

11  like you did several --

12       A    What?

13       Q    It sounds like you did several different

14  jobs in the dry mill, so what I would like to do is

15  work our way through those different positions, and

16  maybe what we will do is --

17       A    When you worked in the dry mill you could

18  be called to operate the skip or you could have a

19  bad spill and you'd be sweeping.  The main

20  occupation of the top floor operator was to keep the

21  screens brushed so that the ore would separate

22  properly on the vibrating screens.

23       Q    In terms of working as a top floor

24  operator, it was then up on the top floor of the dry

25  mill; is that right?
```

14

**Libby**

1       A    Yes.

2       Q    Maybe you could point to us then, and Matt

3    can get it on his video camera, where we're talking

4    about.

5       . A    (Indicating).

6       Q    And then could you describe for us the

7    kind of work you did as top floor operator.    What

8    was involved in that work?

9       A    You had a lot of big vibrating screens

10    that the ore trickled down over.  It separated a lot

11    of waste from it.  It separated the size of the ore

12    from different sizes.  You had from number 4 up to

13    number double 00.  And of course the double 00 was

14    big stuff.  And those screens would plug up and then

15    of course everything would go to waste.  So you had

16    to keep brushing screens to get the ore to go

17    through the screens and go to the proper bins for

18    the product.

19       Q    What did you used to brush the screens?

20       A    A big old bristle broom, about like so

21    long, and teeth on it probably about that long

22    (indicating).  And you just brush those screens out.

23    That would jar the small stuff loose.

24       Q    How would you describe the dust

25    conditions?

15

**Libby**

```
 1        A     Very dusty.

 2        Q     Was it so dusty that the dust would

 3   literally build up on the rafters and beams?

 4        A     Yeah.  Yeah.

 5                MR. MacDONALD:  Objection, leading.

 6                THE DEPONENT:  There was dust built

 7   up all over the place.  And I've seen dust stacked

 8   up six inches deep on the rafters and naturally with

 9   vibration some of it would fall off and be back in

10   the air again.  And --

11   BY MR. SULLIVAN:

12        Q     What was involved in working as a bottom

13   floor operator?

14        A     Well, that was more taking care of the

15   dryers.  You did have a few screens to take care of,

16   but not very many.  And the dryers are in this --

17   the dryers are located, I believe in here

18   (indicating) -- in this area.  And they dried the

19   ore to a certain amount of humidity or water

20   content.  And if you let them get too hot it popped

21   the ore and then you were in trouble.

22        Q     Could you describe for us the work that

23   you did as a tester in the test lab.

24        A     As a tester in the test lab, you ran tests

25   on the ore twice a day regularly, sometimes three
```

16

**Libby**

1   times.  And you'd go in the mill and take samples

2   off of the different belts that fed to the different

3   bins and so forth.  And then you would take that

4   back to the test lab and screen it to get it all

5   sized, your different grades or sizes of ore.

6          After you did that, why, you would see how

7   much waste you had that had come out and you would

8   get a percentage of that, and you could tell whether

9   the ore was fit to save or, if there was too much

10  waste in it, you would throw it to waste and it

11  would go out over the dump.

12      Q    In terms of screening the ore that you

13  would go and get, would you actually shake the

14  material through screens?

15      A    We had big round screens, they were about

16  so big around and they were about so deep

17  (gesturing) and there were all different meshes of

18  screen in there from real fine up to one about a

19  quarter inch square, and it would segregate --

20         You would stack those screens.  They were

21  stackable.  And you would shake them until the ore

22  was pretty well out and then you'd take and you

23  would test each one for percentage of waste in it.

24      Q    Did you have to go into the dry mill to

25  get ore samples to test?

17

**Libby**

1       A       Pardon?

2       Q       Did you have to go into the dry mill to

3   get ore samples to test?

4       A       Yes.   Yes.

5       Q       Did you indicate that you also worked on

6   occasion as a sweeper in the dry mill?

7       A       Yes.

8       Q       Can you briefly describe for us what was

9   involved in performing the work as a sweeper.

10      A       The work as a sweeper was cleaning up

11  where ore would spill out of a belt or something

12  would get out of line and dump ore on the floor, and

13  then keeping the floors swept up to where they were

14  clean.  And it was a never-ending job.

15      Q       How would you describe the dust conditions

16  working as a sweeper?

17      A       Severe dust.  It was always dusty.

18      Q       Could you actually see the dust in the

19  air?

20      A       Oh, yeah.

21      Q       Were there other men working in the dry

22  mill while you were sweeping?

23      A       Yes.

24      Q       And would those include the top floor

25  operator --

**Libby**

1       A      Yes.

2       Q      -- and the bottom floor operator?

3       A      Yeah.

4       Q      After working as an operator in the dry

5    mill, what did you do next?

6       A      I went to the wet mill from the dry mill.

7    Not there very long.  But I ran the spirals.

8       Q      Can you show us, referring to this Photo

9    Exhibit 1-25, where the wet mill is located.

10      A      That's this area here (indicating).  The

11   spirals are just exactly what it says.  They are a

12   spiral trough with water running in it and little

13   branches off of it.  And they were so that as it

14   went down it took the ore with it, and -- It would

15   take off a certain amount at each one of these

16   outlets.  Put it that way.

17      Q      How long did you work in the wet mill?

18      A      Not too long.  Just a few months at the

19   most.

20      Q      What did you do next?

21      A      I went to the pit to be a dump man.

22      Q      Directing your attention to Photo Exhibit

23   1-16, Andy, can you describe for us the work that

24   was involved in doing your job as a dump man?

25      A      Well, this is the dump where the waste

19

**Libby**

1    from the mine went out.  And you can see we have got

2    a truck backed up there dumping.  You backed them up

3    to where they wouldn't go over but where the major

4    part of the waste would go over.  And then you would

5    get a pile up there pretty soon and they would bring

6    the cat along and pushed it over.

7         Q    Were you exposed to much dust doing your

8    work as a dump man?

9         A    As the dump man, you were always exposed

10   to a certain amount of dust in the air when it was

11   dry, because any time you work in an open pit there

12   is -- where they are drilling dry and moving a lot

13   of material, there is going to be dust in the air.

14        Q    How long did you work as a dump man?

15        A    Maybe six months at the most.  I don't

16   think it was quite that long.

17        Q    What was your next position?

18        A    Driving Euclid.

19        Q    Directing your attention to --

20        A    I probably drove that one right there at

21   one time or another.

22        Q    Is that right?  That's the kind of truck

23   you drove?  What makes you think you may have driven

24   that one?

25        A    Pardon?

*Libby*

1       Q    What makes you think you might even have

2  driven that one?

3       A    Well, it just looks like one of the Eucs

4  that I drove. Up there, of course, they all look

5  pretty much alike. And I can't see the number on

6  the door well enough to make out which one it is.

7  I think that's number 11, but -- If it is, why, I

8  know I drove it at times.

9       Q   Andy, directing your attention next to

10  Photo Exhibit 1-11, can you describe for us what was

11  involved in doing the work as a Euclid truck driver.

12      A    Well, as a Euclid truck driver you would

13  haul the material from the mine over to the transfer

14  point where it was sent to the mill, and if it was

15  waste, why then, of course, it went out to the dump.

16      Q    So the shovel would load you up with

17  either waste material or ore to be taken down to the

18  mill?

19      A    Yes.

20      Q    Did you encounter dust working as a Euc

21  truck driver?

22      A    When the weather was dry, you had dust.

23  Lots of it. If there was a lot of snow on the

24  ground or had been raining, then the dust wasn't so

25  bad.

21

**Libby**

```
1        Q    When you worked in dusty conditions, as
2   you have described during your testimony, did you
3   get dust on your clothes?
4        A    Oh, sure.
5        Q    Did you carry the dust home with you on
6   your clothes?
7        A    Yes.
8        Q    How long did you work as a Euc truck
9   driver?
10       A    Probably a total of a little over two
11  years.  I was at the mine about two and a half
12  years.
13       Q    Have I covered all the jobs that you
14  recall performing while you worked at Zonolite?
15       A    Yes, pretty well.
16       Q    When you worked in the dry mill, were you
17  given a respirator?
18       A    No.
19       Q    Did you wear a respirator?
20       A    No.
21       Q    Did your supervisor in the dry mill wear a
22  respirator?
23       A    No.
24       Q    Did you wear a respirator when you
25  performed any of your other jobs at Zonolite, such
```

**Libby**

1    as working as a mechanic or working up at the mine

2    as you have just described?

3        A    No.

4        Q    Did your supervisors at these other

5    positions wear respirators?

6        A    I never saw a respirator while I was up

7    there that I can remember.

8        Q    Were you ever reprimanded for not wearing

9    a respirator?

10       A    No.

11       Q    Did you ever see any one reprimanded for

12   not wearing a respirator?

13       A    No.

14       Q    Do you recall seeing any signs posted

15   warning you to wear a respirator?

16       A    No.

17       Q    Andy, when you were hired did the company

18   warn you that asbestos was toxic and breathing it

19   was harmful to your health?

20       A    We were told you could eat a ton of it and

21   it wouldn't hurt you.

22       Q    During the entire time you worked there,

23   did the company ever warn you that asbestos was

24   harmful to your health?

25       A    No.

Arrowood
Obj:
AFNE.

**Libby**

1    Q    Did the company ever warn you that

2    bringing home the dust on your clothes could be

3    harmful to you and your family?

4    A    No.

5    Q    While you were working there, did you

6    understand that asbestos was present?

7    A    I knew asbestos was present.

8    Q    But did you understand at that time that

9    it was a health hazard?

10    A    No.

11    Q    Do you recall ever having heard statements

12    by your supervisors or managers about the dust, such

13    as you just indicated, I think, to the effect that

14    you could eat a ton of it?

15         MR. MacDONALD:  Objection, leading.

16         THE DEPONENT:  We were told it

17    wouldn't hurt us.

18    BY MR. SULLIVAN:

19    Q    Since Terry made an objection, I will

20    restate the question so that we get the mechanics

21    right because a judge isn't present at this moment.

22         Did you ever hear any statements by your

23    supervisors or managers regarding the dust?

24         MR. SULLIVAN:  You might show him,

25    too, my preamble because I'm restating the question