**Trial Testimony Designations for:**
**EARL LOVICK TRIAL TESTIMONY**
*Johnson v. W. R. Grace & Co.* (U.S. Dist. Ct., Dist. of Montana,
Missoula Division, Case No. 88-145-M-HP)
**August 23, 1990**

**Deposition Designation Key**

Arrowood = Arrowood Indem. Co.
f/k/a Royal Indem. Co. (Light Green)

BNSF = BNSF Railway Co. (Pink)

Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co. n/k/a
Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance Co.;
Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz SE f/k/a
Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich International
(Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and related subsidiaries and
affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal Belge SA (Orange)

CNA = Continental Cas. Co & Continental Ins. Co. (Red)

FFIC = Fireman Funds Ins. Co. (Green)
FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)

GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.

Libby = Libby Claimants (Black)

OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)

PP = Plan Proponents (Blue)

Montana = State of Montana (Magenta)

Travelers = Travelers Cas. and Surety Cos. (Purple)

UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)

| | |
|---|---|
| AFNE = Assume Fact Not in Evidence | L = Leading |
| AO = Attorney Objection | LA = Legal Argument |
| BE = Best Evidence | LC = Legal Conclusion |
| Cum. = Cumulative | LPK - Lacks Personal Knowledge |
| Ctr = Counter Designation | LO = Seeking Legal Opinion |
| Ctr-Ctr = Counter-Counter | NT = Not Testimony |
| ET = Expert Testimony | Obj: = Objection |
| F = Foundation | R = Relevance |
| 408 = Violation of FRE 408 | S = Speculative |
| H = Hearsay | UP = Unfairly Prejudicial under Rule 403 |
| IH = Incomplete Hypothetical | V = Vague |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

---

MILDRED E. JOHNSON,

        Plaintiff,

    -vs-

W. R. GRACE AND COMPANY,

        Defendant.

Civil Docket
No. 88-145-M-HP



---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS

Heard in the Courtroom
United States Courthouse
Missoula, Montana
August 23, 1990

BEFORE THE HONORABLE HARRY PREGERSON

UNITED STATES NINTH CIRCUIT COURT JUDGE

TINA C. BRILZ, RPR
Official Court Reporter
United States District Court
301 South Park - Drawer 10122
Helena, Montana  59626

1    and spell your last name.

2              THE WITNESS:  My name is Earl D. Lovick.

3    L-O-V-I-C-K.

4              CLERK OF COURT:  Thank you.  You may be seated.

5                      DIRECT EXAMINATION

6    BY MR. LEWIS:

Libby

7    Q    Mr. Lovick, where do you currently reside?

8    A    1021 Idaho Avenue, Libby, Montana.

9    Q    Who is your employer?

10   A    I'm unemployed.  I am retired.

11   Q    Well now, Mr. Lovick, that's not quite true, is it?

12   Isn't it a fact that you're employed to attend this trial

13   for W. R. Grace?

14   A    Yes, sir.

15   Q    And they're paying you to appear in this trial; is

16   that true?

17   A    Yes, sir.

18   Q    And you do consulting work for W. R. Grace from time

19   to time, and you've done so ever since you've retired; is

20   that true?

21   A    Yes, sir.

22   Q    When did you technically retire or retire as a full-

23   time employee from W. R. Grace?

24   A    June 30th, 1983.

25   Q    When you retired from W. R. Grace on June 30, 1983,

Libby

1   how long had you been in the service of W. R. Grace or its

2   predecessor in interest, Zonolite Corporation?

3   A    Just over 35 years.

4   Q    Since your retirement, have you been asked by W. R.

5   Grace to -- or paid by W. R. Grace to compile certain

6   information concerning asbestos-related lung disease

7   arising out of the Libby operations?

8   A    Yes, sir.

9   Q    And have you been paid to give depositions by W. R.

10   Grace in a number of cases similar to this?

11   A    Yes, sir.

12   Q    And is it true that this is the first case of this

13   kind to ever be submitted to a jury or to be tried to a

14   jury?

15   A    I don't know.

16   Q    Well, Mr. Graham said in his opening statement that

17   you were the corporate representative.  And the reason you

18   were the corporate representative was because you knew more

19   than anyone else about what went on at the mine and the

20   mill.  Do you recall that statement he made?

21   A    Yes, sir.

22   Q    Do you know of any other case that's ever been

23   submitted to a jury in Montana?

24   A    No, sir.

25   Q    What's your educational background, sir?

PP
Obj:
F

1    the manager, and the up until that time, I had the

2    responsibility for the accounting plus -- plus some other

3    responsibilities.  And in 1961 an accountant was hired to

4    do the major part of the accounting work.

5    Q    From 1948 to 1961, as an accountant, where was your

6    office located?

7    A    In the town of Libby, City of Libby.

**Libby**

8    Q    Is the headquarters for Zonolite or W. R. Grace's

9    operations located in the town of Libby as opposed to on

10   the mountain?

11   A    For the Libby operations, it was in the City of Libby,

12   yes.

13   Q    So for the entire period of your employment by

14   Zonolite or W. R. Grace, the headquarters was in the town

15   of Libby; is that correct?

16   A    Yes, sir.

**PP Obj: R**

17   Q    And that was about 12 miles away from the mill; is

18   that correct?

19   A    By road, yes.

20   Q    And how far -- How far as the crow flies?

21   A    From -- Between seven and nine miles.

22   Q    You know, when I go to Libby, sometimes I stay at a

23   place called the Venture Motel.  Have you ever been there?

24   A    Yes, sir.

25   Q    You can stand at the Venture Motel and see that white

Libby

PP.
Obj.
R

1   gash, you know, on the side of that mountain.   Is that the

2   mine?

3   A    Yes, sir, it is.

4   Q    Do you recall when W. R. Grace acquired Zonolite

5   Company?

6   A    Yes, sir.

7   Q    What was the date of that acquisition?

8   A    April 20th, 1963.

9   Q    And at that time, were you still assistant manager?

10   A    Yes, sir.

11   Q    Who was your immediate supervisor when you became

12   assistant manager?

13   A    Raymond A. Blake.

14   Q    And was he -- Did he maintain the position of manager

15   of the mill when W. R. Grace acquired the company?

16   A    Yes, sir.

17   Q    For how long?

18   A    Until 1968.

19   Q    What happened that caused him to leave the company or

20   to cease being manager in 1968?

21   A    He died.

22   Q    What did he die of?

23   A    Lung cancer.

24   Q    When Mr. Blake died of lung cancer in 1968, did you

25   become manager of the plant?

Libby

PP
Obj:
R;
F;
BE

1   A    Yes, sir.

2   Q    And was your office still at that time in the town of

3   Libby?

4   A    Yes, sir.

5   Q    And was your office as assistant manager in the town

6   of Libby?

7   A    Yes, sir.

8   Q    And your primary function up until that time had been

9   in the area of accounting and business; is that true?

10  A    Yes, sir.

11  Q    And that was what your formal education involved,

12  accounting, crunching numbers, that sort of thing; is that

13  correct?

14  A    Yes, sir.

15  Q    And so up until 1968, it would be fair to say that you

16  spent very little time on the mountain; is that correct?

17  A    I don't know what "very little time" means, sir.

18  Q    Well, you spent the vast majority of your time in the

19  office; is that correct?

20  A    Yes.

21  Q    And in fact, I've seen some exhibits here, and to

22  speed things up, I'll try to deal with it in a general

23  way.  There are exhibits here where you folks at the mine

24  tried to differentiate between the various jobs as to who

25  had the most dust exposure; right?

45

Libby

PP
Obj:
R

1   A   Yes, sir.

2   Q   Would you agree with me that the place that had the

3   least dust exposure in the whole company was the office

4   where you worked in the town of Libby?

5   A   Might I ask when you say "the whole company," are you

6   speaking of the Libby operation?

7   Q   That's good point.  I apologize.  Let me change the

8   question.  Good point.  As to the operations in Libby, the

9   place in the company that had the least dust exposure,

10  would that be the office where you worked in the town of

11  Libby?

12  A   Yes, sir.

13  Q   And when you became manager of the company in 1968,

14  how long did you hold that position?

15  A   Until 1971.

16  Q   What happened in 1971 that resulted in your changing

17  your position.

18  A   In 1971, there was a man brought in from another

19  branch of the Grace organization to head up the Libby

20  operation while they were building a new mill and getting

21  that on stream.

22  Q   Is the mine or the mountain where the mine is located

23  sometimes referred to as Vermiculite Mountain?

24  A   Yes, sir.

25  Q   In 1971, you had already been diagnosed as having

Libby

PP
Obj:
R

1   asbestosis yourself; is that true?

2   A    No, sir, that's not true.

3   Q    Did you in fact have surgery for asbestos-related

4   pleural disease in the early 1970s?

5   A    Yes, sir.

6   Q    When?

7   A    To the best of my recollection, it was 1972 or 1973.

8   Q    And it's true, is it not, that virtually all your time

9   with the company up until that time that your lung disease

10  was diagnosed was spent at the office in downtown Libby; is

11  that true?

12  A    Well, I must -- I must say that, again, I don't know

13  what you mean by all of my time.  I'd like to explain a

14  little bit.  For six months, approximately, in 19 -- in

15  1946, I worked at the mine primarily as a truck driver.

16  And after I came to work in 1948, on a full-time basis with

17  the title of accountant and later as assistant manager, I

18  made frequent trips to the mining and milling operation and

19  spent time at that operation.

20  Q    But I think you just testified that the vast majority

21  of your time was spent in the office at the safest place in

22  the company, downtown Libby; is that true?

23  A    Yes, sir.

24  Q    And did you have surgery to remove pleural thickening

25  or some such thing from your lungs in the early '70s?

47

Libby

PP
Obj:
R

1   A    It was -- It was -- The purpose of the surgery was to

2   remove pleural plaque, yes, sir.

3   Q    Now, you continued in your employment up until 1983 as

4   a full-time regular employee; is that correct?

5   A    Yes, sir.

6   Q    Did you hold any other positions besides assistant to

7   the general manager after the new man was brought in in, I

8   think you said 1971?

9   A    Well, no, I didn't.  In the period the position

10  essentially remained the same, but the title changed, I

11  think, to when I retired it was manager of administration.

12  But the duties and responsibilities really didn't change.

13  Q    Would you tell the jury what the business of Zonolite

14  and W. R. Grace was in Libby, Montana during your tenure of

15  employment there in general terms.  What were you folks

16  doing?

17  A    Well, the purpose of the operation at Libby was to

18  mine vermiculite from Vermiculite Mountain.  It was mined

19  by power shovels or frontend loaders, loaded onto trucks

20  and haled to a transfer point where it was conveyed to the

21  mill.  And over the years there were -- there were

22  different mills.

23       And the milling operation, the purpose of this was to

24  concentrate the vermiculite from the total mill feed.  And

25  by "concentrate," I mean to get the vermiculite in as pure

48

Libby

1    a form as possible and remove as many of the contaminants

2    and other materials from the ore which were not of a value

3    in the final product which was used primarily in the

4    building industry.

5    Q    Thank you, sir.  Then if I understand -- Well, let me

6    ask you one other question:  Did you have an expansion

7    facility for the vermiculite in the Libby area?

8    A    Yes, sir.

9    Q    Do you still have one there?

10    A    No, sir.

11    Q    When did that cease?

12    A    In 1969, I believe.

13    Q    So up until 1969, you had a facility where you

14    expanded the raw vermiculite into its usable form; is that

15    true?

16    A    Well, that's true.  But I must say that it was only a

17    very small part of the production that was expanded in the

18    Libby expanding plant.

Libby

19    Q    I think I understand.  That means your two principal

20    functions there were, first, mining the ore; right?  Is

21    that one of them?

22    A    Yes, sir.

23    Q    And then what you called concentrating the vermiculite

24    in the mill; is that true?

25    A    Yes, sir.

PP
Obj:
R

PP
Obj:
R

Libby

PP
obj:
R

1   Q    Did the mining operations continue in that same

2   general pattern throughout your direct employment with

3   Zonolite and W. R. Grace up until 1983?

4   A    The same general manner, yes, sir.

5   Q    Now, I know that there were changes in the way you

6   milled the ore, and I'm not implying otherwise, and I'll

7   get into that in a minute; but the same functions were

8   there.  You mined it and you milled it, right?

9   A    Yes, sir.

10  Q    Is this an open pit mine?

11  A    Yes, sir.

12  Q    Would you tell the jury what that means.

13  A    Well, it means that all of the mining is above

14  ground.  The mine was literally located on the top of a

15  mountain, and the ore was removed in layers, if you will,

16  and -- which we referred to as levels from the top going

17  down.  These levels varied in height over the period I was

18  there, depending on the type of the equipment that we

19  used.

20       The equipment generally got larger in size, but the

21  levels ranged from about 18 feet to about 24 feet in

22  height, and the ore would be taken from the face on these

23  levels and loaded into trucks, and as one level would be

24  fully mined, then they would drop down and mine on the

25  level blow it.

50

Libby

PP
Obj:
R

1    Q    So there weren't tunnels involved in the mining

2    operations generally?

3    A    No, sir.

4    Q    What kind of a mill did you have when you came on

5    board in 1984 -- excuse me -- 1948 to concentrate raw

6    vermiculite?

7    A    A dry mill.

8    Q    Okay.  What does that mean in general terms?

9    A    It means that the ores that came from the mine was put

10    through a dryer to take off the surface moisture, and all

11    of the work which was done to that ore in the mill in the

12    concentration process was done by a dry process.  There was

13    no water or any other moisture added to it.

14    Q    Was that the only mill in 1948?

15    A    Yes, sir.

16    Q    And was that in one building?

17    A    Yes, sir.

18    Q    Was the building in multiple levels?

19    A    Yes, sir.

20    Q    How many floors?

21    A    Well, to the best of my recollection, there were about

22    six floors.

23    Q    And was this known as the old dry mill?

24    A    Yes.

25    Q    Okay.  When you started in 1948, is it true that the

Libby

PP
Obj
R

1    concentrate which was produced in the mill from the ore fed

2    into the mill was in the neighborhood of 500 tons per day?

3    A    Yes, sir.

4    Q    So the end product, concentrated vermiculite, was 500

5    tons a day?  That was the production?

6    A    That was the approximate production, yes, sir.

7    Q    Did that production increase as time went by?

8    A    Yes, sir.

9    Q    To what level did that increase?

10    A    Well, when I retired -- When I retired in 1983, they

11    were producing approximately a thousand tons a day.

12    Q    1983?

13    A    Yes.

14    Q    And that would be a thousand tons per day of

15    concentrated vermiculite?

16    A    Yes, sir.

17    Q    Did the production ever exceed that between 1948 and

18    1983?

19    A    Well, it would exceed it -- It would exceed it in this

20    respect:  When I say a thousand tons a day, that was an

21    approximate average.  They could produce maybe twelve

22    hundred tons one day or eleven hundred tons, but

23    essentially, the production never exceeded that -- in that

24    area of tonnage.

25    Q    Over the years, they changed from a dry mill process

52

Libby

PP
Obj:
R;
F

1    to a wet mill process; is that correct?

2    A    Yes, sir.

3    Q    When did they put in the first wet mill?

4    A    The first wet mill was put on stream in 1954.

5    Q    And did the -- Did that mean that was the end of the

6    dry mill, or was that in addition to the dry mill?

7    A    That was in addition to the dry mill.

8    Q    So in 1954 when the first wet mill came on, you

9    continued to use the dry mill full bore; is that correct?

10    A    Yes, sir.

11    Q    And that expanded your production substantially; is

12    that correct?

13    A    No, sir, it did not.  It increased the production

14    somewhat, but it didn't increase it substantially.

15    Q    What was the increase?

16    A    Well, I don't believe -- possibly a hundred tons a

17    day.

18    Q    Okay.  Now, when was the new wet mill put in place?

19    A    Well, it was built in the early '70s.  It went on

20    stream full-time in early 1974.

21    Q    So early 1974, the wet mill went on stream?

22    A    Yes.

23    Q    The new one?

24    A    Yes, sir.

25    Q    And I heard Mr. Graham say in his opening statement --

Libby

PP
Obj:
R

1   Excuse me.

2       I want to know if you agree with this:  You folks

3   admit that at least by 1967 you knew then you had a serious

4   asbestos-related disease problem in that mill?  Do you

5   agree with that?

6   A    No.  I don't believe I agree with that -- those

7   terms.

8   Q    Do you agree that at least by 1967, there was

9   significant evidence that asbestosis or asbestos-related

10  disease was a serious health hazard to your employees?

11  A    I think it's true that by 1967, we recognized that

12  there was -- that there was a problem with asbestosis with

13  some of our employees, yes.

14  Q    Isn't it a fact that you knew for many years before

15  that that you had a problem with asbestos-related disease

16  among your employees.

17  A    No, sir.  I don't think that I agree with that

18  statement.

19  Q    Okay.  Well, we'll get into that more later then.

20      But in any event, you knew in 1967 you had a problem.

21  And the wet mill didn't come on line until 1974; is that

22  correct?

23  A    Yes, sir.

24  Q    When you got the new wet mill on, did that increase

25  your production --

Libby

PP
Obj:
R;
BE

```
 1   A    Yes, sir.

 2   Q    -- to about a thousand tons per day?

 3   A    Yes, sir.

 4   Q    Okay.  Mr. Lovick, for every ton of vermiculite, that

 5   is, vermiculite concentrate that you produced at that mill,

 6   you had to go through a lot of ore; is that correct?

 7   A    Yes, sir.

 8   Q    Would you agree with me that for every ton of

 9   vermiculite concentrate, it took about 22 tons of ore?

10   A    That is a -- Over the period, that -- That figure

11   varied, but that is roughly an accurate figure, and I say

12   "roughly an accurate figure," because you'd have to take a

13   particular period of time to put on it.  But an average, I

14   would say over the years, an estimated 5 percent of the

15   material that was moved in the mine became a salable

16   product.  So that would be -- that one ton from every 20

17   tons.

18              MR. LEWIS:  Well, could I have Exhibit G-42,

19   please.

20        I have another book up there.  May I approach the

21   witness with this exhibit, Your Honor?

22              THE COURT:  Yes.

23   Q    (BY MR. LEWIS)  I have a copy of this exhibit, sir,

24   and I'll direct your attention to the portion of that

25   exhibit that I want to question you about.
```

Libby

PP
obj:
R;
BE

1       Now, is G-42, a document -- Well, the first page of

2   G-42 is a confidential letter or note to C. N. Graff from

3   R. M. Vining dated July 24, 1969; is that correct?

4   A    Yes, sir.

5   Q    And who was Mr. Vining.

6   A    Mr. Vining was president of construction products

7   division of which Zonolite operation at Libby was a part

8   of.

9   Q    So to explain that to the jury, after W. R. Grace

10  acquired Zonolite Company, Zonolite became a division

11  within the Grace family of companies or divisions; is that

12  true?

13  A    Zonolite became a part of a division within the

14  Zonolite family.

15  Q    So Zonolite was a subdivision of this division you

16  just named which Mr. Vining was the head of; is that

17  correct?

18  A    Yes.

19  Q    And what was that division?

20  A    Construction products division.

21  Q    And where was their headquarters?

22  A    In Cambridge, Massachusetts.

23  Q    Okay.  Turn to the second page of this document.  This

24  says, "Zonolite vermiculite ore review," dated July 24,

25  1969, by Harry Brown and Floyd Stuart.  Is that correct?

Libby

PP
Obj:
R;
BE

1   A    Yes, sir.

2   Q    On page Roman numeral four dash one of that report, it

3   talks about "bottlenecks are eliminating factors at

4   Zonolite operations in Libby."

5        Do you see that?

6   A    Yes.

7   Q    And under three here it says, "Higher mine waste ore

8   ratio exists at Libby.  At Libby the mine moves

9   approximately 22 tons of ore for each ton of concentrate

10  produced"; is that correct?

11  A    Yes, sir.

12  Q    Would you agree with that generally?

13  A    Yes, sir, I would.

14  Q    Okay.  What percentage of that ore was tremolite

15  asbestos?

16  A    I don't know.

17  Q    Of that 22 tons, what percentage would be asbestos?

18  A    I don't know.

19  Q    Would 3 percent sound about accurate?

20  A    I don't know, sir.

21  Q    Plaintiff's Exhibit 40.1.  What is that document?

22  A    It's a letter or report from R. A. Schneider to R. M.

23  Vining.

24  Q    And who was Mr. Schneider?

25  A    Mr. Schneider was chief engineer of construction

57

Libby

PP
Obj:
R.;
BE

1    products division.

2    Q    In Cambridge, Massachusetts?

3    A    Yes, sir.

4    Q    And this letter is personal and confidential, March 3,

5    1969 letter entitled, "Insight to Environmental Dust

6    Control for Vermiculite Mining Expanding Operations for" --

7    to you among others; is that correct?

8    A    Yes, sir.

9    Q    And did you actually receive this personal and

10    confidential document?

11    A    Yes, sir.

12    Q    Okay.  I'll get back to that first page later, but I

13    want to direct your attention to the fourth page where it

14    says "introduction problem."  Do you see that?

15    A    Yes.

16    Q    It says, "The vermiculite mine at Libby contains about

17    3 percent tremolite, a type of asbestos," do you see that?

18    A    Yes.

19    Q    Okay.  So the ore was about 3 percent asbestos; is

20    that correct?

21    A    This is what it states here, yes.

22    Q    Do you have any reason to question that?

23    A    No, sir.

24    Q    So if the production was 1,000 tons of concentrated

25    vermiculite a day after the wet mill was put in, that means

58

Libby

PP
Obj:
R

1    that there would have been 21,000 tons of waste material

2    that had to go through that mill and be disposed of; is

3    that true?

4    A    Yes, sir.

5    Q    And what's 3 percent of 21,000 tons?  Would you agree

6    with me that's about -- about 660 tons of asbestos a day

7    that had to be discarded through that plant?

8    A    About 630.

9    Q    I won't argue with that.

10   A    Yeah.

11   Q    A lot of asbestos; right?

12   A    Yes.

13   Q    Where did that asbestos go?  Where was it discarded?

14   A    Well, it was discarded in one of two -- one of two

15   places.  It would have been -- one of three places,

16   actually.  It would have been discarded in the mine dump in

17   lower grade material which would never have gone to the

18   mill.

19        And the second place it would have been discarded

20   would have been in the mill tailings of which there were --

21   there were two mill tailing circuits, a coarse circuit and

22   a fine circuit.  And they were discarded -- The coarse

23   tailings were discarded -- well, at that time, they were

24   all discarded on the side of the mountain.

25        And the third place they would have gone is that some

Libby

PP
Obj:
R

1    of the tremolite would have been retained in the

2    concentrate.

3    Q    Well, that's not quite true, is it?  Isn't it a fact

4    that some of the fine tailings went into a stream that ran

5    right into the Kootenai River for a long time?

6    A    It was discarded on the side of that mountain, as I

7    stated, and some of that material, yes, did end up in the

8    Kootenai River.

9    Q    Did not you testify in your deposition that some of it

10   was discarded into a creek that went by the mill?

11   A    It ran down the mountain into a creek, yes.

12   Q    What was the creek?

13   A    Rainy Creek.

14   Q    Did that run right into the Kootenai?

15   A    Yes, sir.

16   Q    About 12 miles above the town of Libby?

17   A    Well, about -- roughly a little over five miles above

18   the --

19   Q    Closer than that than, five miles from Libby?

20   A    Yes, sir.

21   Q    But in any event, there were tons and tons of asbestos

22   waste material, just the asbestos portion, were put over

23   the side of that mountain everyday of that mill's

24   operations; is that correct?

25            MR. GRAHAM:  Your Honor, I don't know whether now

60

Libby

PP
Obj:
R;
BE

1    would be an appropriate time to make an objection as to

2    Mr. Lewis' and Mr. Lovick's calculations, but so we don't

3    mislead the jury further, I think if you take twenty-one

4    hundred tons of material and multiply it times point zero

5    three, you come out with substantially less than 630 tons.

6            MR. LEWIS:  Twenty-one thousand tons.

7            MR. GRAHAM:  Okay.  I'm sorry.

8    Q    (BY MR. LEWIS)  The witness has testified 630 tons of

9    asbestos a day; right?

10   A    Yes, sir.

11           MR. LEWIS:  Okay?

12           MR. GRAHAM:  I'm sorry.  I misunderstood.

13   Q    (BY MR. LEWIS)  This might be informative to the

14   jury.  I've got some photos that were given to me by your

15   counsel here.  I'd like to have them marked.

16           MR. LEWIS:  G-101 through --

17           CLERK OF COURT:  G-1 --

18           MR. LEWIS:  One-oh-one.

19           CLERK OF COURT:  One-oh-one.  Okay.

20           MR. LEWIS:  One-oh-tow.  One-oh-three.

21   One-oh-four.  One-oh-five, and 106.  And there's the

22   order.

23        While she's marking, I think I can proceed, Your

24   Honor, if that's all right.

25        May I approach the witness?

61

Libby

PP
Obj.
R;
F;
BE.

1          THE COURT:  Go ahead.  Yes.

2     Q    (BY MR. LEWIS)  Mr. Lovick, I'm handing you what is a

3     photo which has been marked for purposes of identification

4     Plaintiff's Exhibit G-101.  Do you recognize that photo?

5     A    Yes, sir.

6     Q    Did you take that photo?

7     A    No, sir.

8     Q    Do you know who took it?

9     A    No, sir.

10    Q    Do you know what it represents?

11    A    Yes, sir.  It shows a sample of No. 1 concentrate

12    vermiculite in its concentrated form and it's in its

13    expanded form.

14    Q    And there's a ruler there; is that correct?

15    A    Yes.

16    Q    On the right side of the ruler is the concentrated

17    form of vermiculite; is that correct?

18    A    Yes.

19    Q    And on the left side is the expanded form?

20    A    Yes.

21    Q    And that's a coarser grade of vermiculite; is that

22    true?

23    A    That's the largest commercial grade that they market

24    at this time.

25    Q    Does that accurately portray concentrated and expanded

Libby

PP
Obj:
BE;
R;
F

```
 1    vermiculite of that coarse grade?

 2    A    I would say that it did, yes.

 3              MR. LEWIS:  Move admission of Plaintiff's Exhibit

 4    G-101.

 5              MR. GRAHAM:  No objection, Your Honor.

 6              THE COURT:  Be received.

 7         Any objection to receiving these other photos that

 8    have been marked?

 9              MR. GRAHAM:  No, Your Honor.  In fact, we had

10    submitted them as Defendant's Proposed Exhibits included in

11    our packet.

12              THE COURT:  All right.  What are the numbers on

13    them again?

14              MR. LEWIS:  Okay.  I now hand you --

15              THE COURT:  Just give me the span of the numbers.

16              MR. LEWIS:  G-102 through G-107.

17              THE COURT:  They're all admitted.

18              MR. LEWIS:  Thank you, Your Honor.

19              THE COURT:  All right.

20    Q    (BY MR. LEWIS)  I'm handing you G-102 through G-107.

21    Now is it true that G-102 through G-106 all show different

22    forms of or grades of vermiculite?

23    A    Yes, sir.  They're different grades or different

24    sizes.  One-oh-six is not the particular grade.  It's just

25    a piece of vermiculite.
```

63

Libby

PP
Obj:
BE;
R

1    Q    It's quite a large piece of vermiculite?

2    A    Yes.

3    Q    And it's expanded so the jury can see that?

4    A    Yes, sir.

5    Q    Okay.  Now, G-107 is not vermiculite at all; is it?

6    A    No, sir.

7    Q    What is that?

8    A    That is tremolite.

9    Q    Tremolite asbestos?

10   A    Yes, sir.

11   Q    And it's sort of a white color; is it not?

12   A    Yes, sir.

13        MR. LEWIS:  May I give these to the jury to look

14   at?

15        THE COURT:  Yes.  Just hand them to the jury, and

16   they'll pass them among themselves.

17        MR. LEWIS:  Thank you, Your Honor.

18   Q    (BY MR. LEWIS)  Now, that white tremolite or whitish

19   substance, tremolite asbestos, is that what would makes up

20   the white dust that would coat the mills where the men

21   worked?

22   A    Well, generally, the tremolite which is found up there

23   is the white material that forms the dust in the area, yes,

24   sir.

25   Q    Now, in the old dry mill, that was a terribly dusty

64

Libby

PP
Obj.
R

```
 1    place; was it not?

 2    A    Yes, sir.

 3    Q    And it had that tremolite asbestos in very fine dust

 4    from top to bottom in all those six levels you testified

 5    about; is that true?

 6    A    Yes, sir.

 7    Q    And you knew that and saw that when you first went to

 8    work there in 1948; is that true?

 9    A    Yes, sir.

10    Q    And in fact on the top levels it would accumulate on

11    the rafters four or five inches deep from time to time; is

12    that true?

13    A    Well, in regard to this entire line of questions and

14    my answers, the tremolite would be one of the ingredients

15    of the dust which would accumulate.

16    Q    The dust would be white, right?

17    A    Not -- Not necessarily.  The dust would be generally

18    more of a golden color than a white or a gray color.

19    Q    Okay.  What about when you got to the wet mill

20    process?  Was there tremolite asbestos in the wet mills?

21    A    Yes.  Because all of the ore came into the wet mill.

22    It was -- It was fed into the wet mill before any of it

23    went to the dry mill, and the tremolite was one of the

24    ingredients in the mill feed.

25    Q    And would there be -- In the wet mill, would there be
```

65

Libby

PP
Obj:
R

1    a very fine mud that would develop and cover some of the

2    machines?

3    A    In some areas, yes.

4    Q    Well, like for, say, a millwright, would a millwright

5    have to get down in that mud from time to time and get it

6    on his clothes to do his work, or do you know?

7    A    Well, in some of the work that a millwright would be

8    required to do, he would certainly come in contact with

9    some of the mud, yes, sir.

10    Q    And it would be the whitish mud that we're talking

11    about, right?

12    A    Possibly.

13    Q    Just so that we can get a perspective, you said, I

14    think, that the coarse waste would be discarded up at the

15    mine level; is that correct?

16    A    Well, no, sir.  The mill was actually, elevation-wise,

17    was located below the mine.  And the tailings from the mill

18    would be discarded at the mill level, which were somewhat

19    lower than the mine.

20    Q    Okay.  I understand that.  Maybe I misspoke or you

21    misunderstand me.  I apologize for lack of clarity in the

22    question.  But there was a waste disposal area at the mine

23    itself above the mill; is that correct?

24    A    Yes.  For mine waste there was.

25    Q    All right.  And that would be discarded in one

Libby

PP
Obj:
R

1    direction off the mountain; right?

2    A    Well, one --

3    Q    Would it be discarded over the side of the mountain?

4    A    It would be discarded over the side of the mountain,

5    yes, sir.

6    Q    Right now how many miles down that mountain does that

7    waste area go?

8    A    Well, I'm not sure.  Possibly the better part of a

9    mile.

10    Q    And how about the waste area or the tailings that come

11    out of the mill?  How far down the mountain does that go?

12    A    Probably in the neighborhood of a mile.

13    Q    And that's that white gash that you see when you look

14    up from Libby; is that right?

15    A    Yes, sir.

16    Q    And those fine tailings continued to be discarded into

17    the Kootenai River at least until 1970 or 1971; is that

18    true?

19    A    Yes, sir.

20    Q    And then in '70 and '71, you folks built a impoundment

21    dam; is that true?

22    A    Yes.

23    Q    And that's where the fine tailings were discharged?

24    A    Yes.

25    Q    But the tailings were never buried; were they?

67

Libby

PP
Obj:
R

1   A    No, sir.

2   Q    All tailings were always open to exposure from the

3   air; right?

4   A    Yes, sir.

5   Q    And these tailings would include tremolite asbestos.

6   Do you agree with that?

7   A    Yes.

8   Q    Were you ever able to get all of the asbestos out of

9   the final concentrated tremolite?

10  A    No, sir.

11  Q    So in those photos that the jury's just seen, those

12  first six photos that have concentrated vermiculite and

13  expanded vermiculite, they still contain some asbestos; is

14  that true?

15  A    It's possible that they contain some asbestos.

16  Q    Do you know a percentage of that tremolite -- or

17  excuse me, that vermiculite is asbestos?

18  A    No, sir.

19  Q    Mr. Lovick, you know as you sit right now that the

20  asbestos mined at Libby is dangerous to your employees'

21  health. Is that true?

22  A    Yes, sir.

23  Q    Would you agree with me that it is in fact, you know

24  now, at least, that it is in fact a hazardous material. Is

25  that true?