**Trial Testimony Designations for:**
*In Re:  W. R. Grace & Co., et al.*
(U.S. Bankr. Ct., Dist. of Delaware, Case No. 01-1139)
**March 24, 2008**

<u>**Deposition Designation Key**</u>

Arrowood = Arrowood Indem. Co.
f/k/a Royal Indem. Co. (Light Green)

BNSF = BNSF Railway Co. (Pink)

Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co.
n/k/a Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance
Co.; Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz
SE f/k/a Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich
International (Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and
related subsidiaries and affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal
Belge SA (Orange)

CNA = Continental Cas. Co & Continental Ins. Co. (Red)

FFIC = Fireman Funds Ins. Co. (Green)
FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)

GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.

Libby = Libby Claimants (Black)

OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)

PP = Plan Proponents (Blue)

Montana = State of Montana (Magenta)

Travelers = Travelers Cas. and Surety Cos. (Purple)

UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)

| | |
|---|---|
| AFNE = Assume Fact Not in Evidence | L = Leading |
| | LA = Legal Argument |
| AO = Attorney Objection | LC = Legal Conclusion |
| BE = Best Evidence | LPK - Lacks Personal Knowledge |
| Cum. = Cumulative | LO = Seeking Legal Opinion |
| Ctr = Counter Designation | NT = Not Testimony |
| Ctr-Ctr = Counter-Counter | Obj: = Objection |
| ET = Expert Testimony | R = Relevance |
| F = Foundation | S = Speculative |
| 408 = Violation of FRE 408 | UP = Unfairly Prejudicial under Rule 403 |
| H = Hearsay | V = Vague |
| IH - Incomplete Hypothetical | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                        .    Case No.  01-1139 (JKF)
                              .
W.R. GRACE & CO.,             .
et al.,                       .    USX Tower - 54th Floor
                              .    600 Grant Street
                              .    Pittsburgh, PA 15219
            Debtors.  .
                              .    March 24, 2008
. . . . . . . . . . . . . ..       1:45 p.m.

TRANSCRIPT OF TRIAL
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:              Kirkland & Ellis, LLP
                              By:  DAVID BERNICK, ESQ.
                                   BARBARA HARDING, ESQ.
                                   SCOTT McMILLAN, ESQ.
                              200 East Randolph Drive
                              Chicago, IL  60601


For the Asbestos
Creditors Committee:          Caplin & Drysdale, Chartered
                              By:  NATHAN FINCH, ESQ.
                                   WALTER SLOCOMBE, ESQ.
                                   BERNARD BAILOR, ESQ.
                                   JAMES WEHNER, ESQ.
                                   ADAM L. VAN GRACK, ESQ.
                              One Thomas Circle, NW
                              Washington, D.C.  20005

                              Caplin & Drysdale, Chartered
                              By:  ELIHU INSELBUCH, ESQ.
                              375 Park Avenue, #3505
                              New York, NY  10152

Audio Operator:               Janet Heller

Proceedings recorded by electronic sound recording, transcript
            produced by transcription service.

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609)586-2311     Fax No. (609) 587-3599

Libby

PP
Obj:
R; F;
H; UP;
ET

1    this afternoon.

2                    MR. McMILLAN:  Your Honor, we would like to call

3    Peter Lees to the stand.

4                    THE CLERK:  Please raise your right hand.

5                        PETER LEES, DEBTORS' WITNESS, SWORN

6                    THE CLERK:  Make sure you speak into the microphone.

7                                VOIR DIRE

8    BY MR. McMILLAN:

9    Q    Dr. Lees, can you please state your name for the record?

10   A    Yes, my name is Peter Lees.  That's spelled L-e-e-s.

11   Q    Dr. Lees, what is your occupation?

12   A    I am a Professor of Environmental Health Science at the

13   Johns Hopkins University, Bloomburg School of Public Health, in

14   Baltimore, Maryland.

15   Q    In broad terms what have you been asked to testify about

16   today?

17   A    I've been asked to summarize my study of retrospective

18   exposure assessment of persons who worked with Grace products

19   and what their potential exposures were.

20   Q    Have you prepared any graphics in anticipation of

21   testifying today?

22   A    Yes, I have.

23   Q    Would it assist you in your presentation today to use

24   those graphics?

25   A    Yes.

                        **J&J COURT TRANSCRIBERS, INC.**

Libby

PF
Obj:
R;
F;
H;
UP;
ET

1   MR. McMILLAN:  Could I see GG-2193, please?

2   Q   Dr. Lees, could you please tell us about your educational

3   background?

4        UNIDENTIFIED ATTORNEY:  Scott, are we going to get a

5   copy of the graphics?

6        MR. McMILLAN:  They should be in the binder.

7        UNIDENTIFIED ATTORNEY:  In the binder?  Okay.

8   A   Okay.  I'm sorry.  Could you repeat the question?

9   Q   Sure.  Could you please tell us about your educational

10  background?

11  A   Okay.  Sure.  I have a bachelors of science in biology

12  from the College of William and Mary in 1972, and then in 1986

13  I received a PhD, a doctorate, in environmental health

14  sciences, in particular industrial hygiene, from the Johns

15  Hopkins University.

16  Q   After you --

17       UNIDENTIFIED ATTORNEY:  Excuse me, Scott.  Excuse me,

18  Your Honor.  Could you ask the witness to raise his voice?

19  We're having a hard time hearing.

20       THE WITNESS:  I'm sorry.

21       MR. McMILLAN:  Can you --

22       THE CLERK:  I can't turn it up.

23       THE WITNESS:  I'll -- I'll move a --

24       MR. McMILLAN:  Can you pull it towards you a little

25  more?

Libby

PP
Obj;
R;
F;
H;
UP;
ET

1        THE WITNESS:  It's one of these battles that I have

2   to be close to the microphone, but I can't read the screen.

3                        (Laughter)

4        MR. BERNICK:  They would prefer that you not be able

5   to --

6                        (Laughter)

7        THE WITNESS:  Okay.  I'll try to speak up.

8   BY MR. McMILLAN:

9   Q    Dr. Lees, after you've received your undergraduate degree,

10  where did you go to work?

11  A    Okay.  Upon graduation from William and Mary I went to

12  work for an environmental consulting firm in Boston,

13  Massachusetts.

14  Q    And what did you do there?

15  A    I was their first hire in a new division or department

16  that investigated or worked with industrial hygiene problems

17  and air pollution problems.  Remember, this is 1972 right after

18  OSHA and EPA came into existence.

19  Q    And how long did you work there?

20  A    For a little bit more than five years.

21  Q    At that point did you decide to go back to graduate

22  school?

23  A    Yes.

24  Q    Why did you make that decision?

25  A    Well, with a bachelors degree in biology I essentially

Libby

PP
Obj:
R;
F;
H;
UP;
ET

1  learned industrial hygiene on the job at this consulting

2  company, and I reached a point in my career where I was being

3  called upon to make decisions that I really didn't think that I

4  had the basis -- the scientific basis to make a good decision.

5  So at that point I decided to go back to school to essentially

6  figure out what I was doing.

7  Q    And when you went back to school to receive your PhD, what

8  was your PhD in?

9  A    Well, actually, I originally went back to school to get a

10  masters degree but rapidly transitioned into the doctoral

11  program, and I received that degree, and that was in

12  environmental health sciences with a specialization in

13  industrial hygiene.

14  Q    What was your PhD thesis about?

15  A    It had to do with an elucidation of the factors that

16  determined exposure to PCBs in a group of workers who were

17  repairing transformers.

18  Q    And for how long of a period have you been a practicing

19  industrial hygienist?

20  A    I've been practicing since 1972 really at -- obviously at

21  different degrees of expertise.

22  Q    Let's talk about a couple of the positions that you've

23  held.  First of all, could you tell us what position you held

24  for the State of Maryland?

25  A    Okay.  I was the Executive Assistant Commissioner of the

Libby

PP
Obj:
R;
F;
H;
VP;
E7

1  Maryland Occupational Safety and Health Program, which is the

2  state OSHA program.

3  Q    What did you do in that role?

4  A    As Executive Assistant Commissioner, I was primarily

5  responsible for upgrading the technical and scientific

6  abilities of the industrial hygiene inspector's staff to assure

7  the high quality inspections.

8  Q    Okay.  What is your current position at Johns Hopkins?

9  A    I -- as I stated, I'm Professor of Environmental Health

10  Sciences at the School of Public Health.

11  Q    Have you been on the faculty since you got your PhD at

12  Hopkins?

13  A    Since January 1, 1986, yes.

14  Q    Do you have current teaching responsibilities at Hopkins?

15  A    I do.

16        MR. McMILLAN:  Could we see GG-2194?

17  A    Okay.

18  Q    In which school do you teach?

19  A    It's in the School of Public Health.

20  Q    And in terms of schools of public health in the United

21  States, is Hopkins one of the more respected schools?

22  A    You're probably asking a biased person, but yes, it's the

23  largest, the oldest.  It's been ranked number one by U.S. News

24  and World Report since they started ranking schools of public

25  health.

**J&J COURT TRANSCRIBERS, INC.**

Libby

PP
Obj:
R:
F:
H:
UP:
E?

1  Q    What are the courses that you teach at Hopkins?

2  A    Well, actually, coincidentally, today is the first day of

3  the fourth term, and this morning I was supposed to teach

4  occupational health, but --

5  Q    You had other invitations.

6  A    -- I'm sure my students send their thanks.  But I teach

7  occupational health.  I teach a course entitled Principles of

8  Industrial Hygiene, another one, Industrial Hygiene Laboratory.

9  These are all under the Department of Environmental Health

10 Sciences.  And in addition I teach in -- two courses in the

11 Department of Epidemiology, one course entitled Occupational

12 Epidemiology and the other one Environmental Epidemiology.

13 Q    Now in the course of teaching your students, do you teach

14 them how to conduct exposure assessments?

15 A    You know, I think it's fair to say that as a part of every

16 one of those courses that I just named there is -- in one

17 aspect or another there is an aspect of exposure assessment,

18 yes.

19 Q    What about how to use industrial hygiene data for

20 epidemiologic studies?  Is that something that you are teaching

21 students?

22         THE COURT:  Wait.  I'm sorry.  Can you hold on just

23 one second, please?

24                         (Pause)

25         THE COURT:  I apologize.  Could you repeat that for

Libby

PP
OBJ:
R;
T;
H;
UP;
ET

1   me, please, your last question?

2           MR. McMILLAN:   The one that he answered, or the one I

3   was just starting?

4           THE COURT:   The one you were just starting?

5   BY MR. McMILLAN:

6   Q    Do you teach your students how to use industrial hygiene

7   data in the course of conducting epidemiologic studies?

8   A    Yes, that's my primary role in these two courses in the

9   Department of Epidemiology.

10  Q    Besides teaching students, what other responsibilities do

11  you have at Hopkins?

12  A    Well, I advise students, both doctoral and -- masters and

13  doctoral students.  I perform research and, of course, any

14  academic institution, I serve on numerous committees.

15  Q    Now, the courses that you listed here a minute ago, are

16  you teaching undergraduate or graduate students in those

17  courses?

18  A    These are all graduate level courses.  I teach masters

19  students, doctoral students, and, in addition, physicians who

20  are in their occupational medicine residency programs.

21          MR. McMILLAN:   Could we see GG-2195?

22  Q    Dr. Lees, are you a certified industrial hygienist?

23  A    Yes, I am.

24  Q    What does that mean?

25  A    Well, the certification -- CIH, certified industrial

**J&J COURT TRANSCRIBERS, INC.**

Libby

PP
Obj:
R;
F;
H.,
UP;
E7

1  hygienist, is a designation conferred by a professional

2  accrediting body, and it basically means that I have fulfilled

3  certain educational requirements, experience requirements, and

4  have passed a written test.

5  Q    What is the board or body that certifies industrial

6  hygienists?

7  A    It's the American Board of Industrial Hygiene oversees

8  this entire process.

9  Q    Have you been a member of the American Board of Industrial

10  Hygiene?

11  A    Actually, just two weeks ago I came off a five-year term

12  on the Board.

13  Q    How many members are there of the Board?

14  A    Just 12.

15  Q    How did you come to become a member of the Board?

16  A    I was nominated by another organization, the American

17  Conference of Governmental Industrial Hygienists, and then

18  through an election process I became a member of the Board.

19  Q    Are there other professional organizations of which you

20  are a member?

21  A    Sure.  There are numerous ones, and they're listed in this

22  graphic.  I can read them if you wish.

23  Q    Well, why don't you tell me are there any of those

24  organizations on which you have served on committees or in a

25  leadership role?

**J&J COURT TRANSCRIBERS, INC.**

Libby

PP
Obj:
R;
F;
H;
VP;
ET

1  A    Okay.  Well, the American Board of Industrial Hygiene,

2  obviously, you know, on the Board is a leadership role.  The

3  American Industrial Hygiene Association, for many years I've

4  been a member of the Occupational Epidemiology Committee, and

5  in addition, I've recently been named the -- let's see if I can

6  get this right.  It's so new -- the Chair of the Scientific

7  Committee on Industrial Hygiene of the International Commission

8  on Occupational Health.  And then in these -- most of these

9  other organizations I have served as a peer reviewer for their

10 respective journals.

11 Q    Does a portion of your professional work for these

12 organizations relate to exposure assessments?

13 A    I think it would be fair to say for -- with the exception

14 of the American Board of Industrial Hygiene, which is really an

15 administrative sort of position, in one way or another exposure

16 assessment is a part of all of these activities, yes.

17 Q    Does a portion of your professional work for these

18 organizations relate to the appropriate use of industrial

19 hygiene data in epidemiologic studies?

20 A    Well, certainly, the Occupational Epidemiology Committee

21 of the American Industrial Hygiene Association, yes.  In

22 addition, the ICOH, the International Commission on

23 Occupational Health, we work -- my committee works very closely

24 with another committee that is -- focuses on occupational

25 epidemiology.

Lees - Voir Dire/McMillan                    20

Libby

1        MR. McMILLAN:  Could we see GG-2196?

2    Q    In your work as an industrial hygienist have you also

3    engaged in research?

4    A    Certainly, that's a major activity at Johns Hopkins.

5    Q    Has your research related in part to exposure assessments?

6    A    It's probably fair to say that 95 plus percent of all my

7    professional activities relate in one way or another to

8    exposure assessment.

9    Q    Have you written articles that have been published in the

10   peer reviewed literature relating to exposure assessments?

11   A    Sure, yes.

12   Q    Approximately how many exposure assessments have you

13   published?

14   A    In the peer-reviewed literature and other reports it's

15   probably in excess of 100 at this point.

16   Q    For what substances have you published exposure

17   assessments?

18   A    Well, it's many, many substances, asbestos, manmade

19   mineral fibers, certain metals, in particular lead, solvents,

20   styrene, PCBs, which -- chromium.  Those are the ones that come

21   to mind.

22   Q    Have you ever been asked to perform an exposure assessment

23   for the U.S. government?

24   A    Yes, I have.

25   Q    What did you do?

PP
Obj:
Rj
Fj
Hj
UP;
ET

**J&J COURT TRANSCRIBERS, INC.**

Libby

PP
Obj:
R;
F;
H;
UP;
ET

1  Q    I was asked by the U.S. Environmental Protection Agency as

2  a part of their ruminations, if you will, on revising their

3  chromium standards to conduct a retrospective exposure

4  assessment of a group of workers who were exposed to hexavalent

5  chromium, and this exposure assessment fed into a -- or it was

6  a part of a larger epidemiologic study to assess risk.  That

7  study was ultimately used as one of the studies used by OSHA in

8  their revised exposure standard for chromium which was issued

9  2004ish.

10 Q    Have you recently been asked to look at that again or to

11 update the work you did previously?

12 A    That study was completed.  It was published in I believe

13 2000, and I currently have a contract with EPA to update that

14 study.

15 Q    Within the field of industrial hygiene, do you have an

16 area in which you would say that you have specialized?

17 A    Oh, yes, I specialize in exposure assessment and in

18 particular retrospective exposure assessment as a part of

19 epidemiologic studies.

20      MR. McMILLAN:  Could we see GG-2197, please?

21 Q    Have you done any exposure assessments or exposure work

22 that is specifically related to asbestos?

23 A    Yes.

24 Q    Could you tell us about that?

25 A    Okay.  Well, actually, it starts from my -- some of my

J&J COURT TRANSCRIBERS, INC.

Libby

PF
Obj:
R;
F;
H;
UP;
ET

1  earliest days at the consulting company in Boston in which I

2  did surveys in various workplaces that manufactured products

3  that had an asbestos component.  One I can think of most

4  prominently was a vinyl asbestos tile manufacturing facility.

5  So I did a number of those in the early and mid-1970s.

6         When I went to Hopkins, I became involved in exposure

7  assessment related to asbestos in building materials, and let's

8  see.  What else?  I've done some work for several utilities

9  related to the removal of asbestos-containing pipe wrap from

10 gas pipes.  Actually, as a part of these proceedings here, I

11 conducted an exposure assessment of -- for people working with

12 vermiculite attic insulation.  That was completed in 2002/2003

13 and submitted to this Court.

14 Q    Had you had any teaching responsibilities relating to

15 asbestos?

16 A    Well, you know, as a part of Principles of Industrial

17 Hygiene course, as a part of the Industrial Hygiene Laboratory

18 course, you know, asbestos is a part of that teaching.  In

19 addition, I have -- I taught for probably eight or ten years at

20 the OSHA Training Institute in Chicago.  This is the training

21 institute -- the school that OSHA runs to teach new inspectors

22 how to do their job.  I work with the laborers union on

23 asbestos training, a number of things.  Yes.

24 Q    Have you worked on any asbestos abatement projects?

25 A    I have.  Again, this was part of my -- during my doctorate

Libby

PP
Obj:
R;
F;
H;
UP;
ET

1    work I actually also worked for Johns Hopkins University in a

2    research capacity, and we had a contract with the U.S. General

3    Services Administration for the national capital region, so

4    this is the government's landlord for basically inside the

5    beltway in Washington, D.C.  And the -- and this is in the

6    early 1980s when EPA came out with their new regulations for

7    asbestos removal, and we helped, assisted, guided them in

8    getting up to speed, if you will, with those regulations, and

9    as a part of that, you know, I had worked hands on designing

10   and overseeing several -- a couple asbestos removals from

11   government buildings.

12   Q    In the course of your work with asbestos exposure

13   assessments or abatement work have you personally been involved

14   in sampling for asbestos?

15   A    I have collected who knows how many thousand samples as a

16   part of this effort, yes.

17            MR. McMILLAN:  Your Honor, I would move to qualify

18   Dr. Lees as an expert in the field of industrial hygiene.

19            MR. RASMUSSEN:  No objection, Your Honor.

20            UNIDENTIFIED ATTORNEY:  No objection.

21            THE COURT:  All right.  He's qualified to express an

22   expert opinion in the field of industrial hygiene.

23            MR. McMILLAN:  Could we see GG-2198, please?

24                      DIRECT EXAMINATION

25   BY MR. McMILLAN:

Libby

PP
OBJ:
R;
F;
H;
UP;
ET

1  Q    Dr. Lees, could you tell us what is industrial hygiene?

2  A    Okay.  Industrial hygiene is the science that seeks to

3  understand and quantify exposures of workers to toxic or

4  potentially toxic substances, and then depending upon what the

5  findings are of that evaluation, if appropriate, to recommend

6  design or implement some kind of a control to reduce exposure.

7  And the overall purpose of the field or of the science is to

8  reduce or eliminate occupational disease through control of

9  occupational exposures.

10 Q    Is the identification and evaluation of the exposures one

11 of the core functions of the industrial hygienist?

12 A    Yes, I would -- in my evaluation that is the heart of

13 industrial hygiene.

14       MR. McMILLAN:  Could we see GG-2199?

15 Q    Dr. Lees, can you tell us when the field of industrial

16 hygiene first came into being?

17 A    Well, it certainly -- it has its roots in ancient Greece

18 where people who -- minors who worked in dusty environments, in

19 particular, people who worked in lead mines, became ill, and

20 some bright guy made the association between exposure to the

21 dust and their illness, and at that time they devised -- you

22 know, it was not much more than a rag over your face, but it

23 was a crude respirator to reduce exposure.  But, you know, the

24 real science having to do with exposure and occupational

25 disease developed in 18th century Europe where there was, you

Libby

PP
Obj:
R;
F;
H;
UP;
ET

1    know, a more rigorous scientific approach to this field, and as

2    a part of that was clearly establishing the relationships

3    between exposure and occupational diseases.

4    Q     When did the U.S. government begin to utilize or study

5    industrial hygiene principles?

6    A     Okay.  Well, the whole field of occupational health, and,

7    in particular, industrial hygiene, was a little slow getting

8    off the ground in this country, and it was in the early part of

9    the 20th century -- excuse me.  In the early part of the 20th

10   century the U.S. Bureau of Mines was founded, and one of the

11   reasons it was founded was to reduce or eliminate safety and

12   health problems associated with mining.  And also a couple

13   years later, in 1914, the U.S. Public Health Service founded or

14   began their Office of Industrial Hygiene to examine

15   occupational diseases resulting from exposures in industry.

16   Q     When did the U.S. government begin to start regulating

17   mines and industry using industrial hygiene principles?

18   A     Okay.  These two organizations that I just talked about

19   were really research and advisory.  They had a research and

20   advisory role.  The regulatory part of the occupational

21   industrial hygiene field began for the mine -- for mines in

22   1968 with the formation of the Mine Safety and Health

23   Administration, and then in 1970 when OSHA, the Occupational

24   Safety and Health Administration, was formed.

25   Q     And do MSHA and OSHA employ industrial hygiene principles

**J&J COURT TRANSCRIBERS, INC.**

Libby

PP
OBJ:
RS;
F;
H;
UP;
ET

1  in setting regulations for the workplace?

2  A    Oh, yes, absolutely.

3  Q    Now, I think you mentioned earlier that evaluating the

4  workers' exposure is an important part of being an industrial

5  hygienist.  Right?

6  A    Yes, it's an essential tool.  It's a core tool of the

7  profession.

8          MR. McMILLAN:  Could we see GG-2200?

9  Q    Could you briefly tell us how an industrial hygienist

10 measures a worker's exposure or how you would go about doing

11 that?

12 A    Okay.  Well, this is actually the subject of several

13 lectures I give in the Principles of Industrial Hygiene course,

14 but I'll give you the much abbreviated version.  The process

15 begins with a definition of the question that you're asking and

16 then devising an appropriate what we call sampling strategy to

17 answer that question.  And by sampling strategy, I mean who are

18 we going to sample, when are we going to sample, what in terms

19 of substances are we going to sample, when.  I think I might

20 have already said that.  So the who, what, when, where kinds of

21 questions define the strategy.

22         The next step is the actual collection of a physical

23 air sample using an air pump that draws air through a

24 collection device that separates the contaminant from the air.

25 The -- in the case of asbestos fiber, that collection --

**J&J COURT TRANSCRIBERS, INC.**

Libby

PP
OBJ;
R;
F;
H;
UP;
ET

1  asbestos exposure, that device is a -- essentially a filter

2  paper which is then taken to the  laboratory and analyzed under

3  a microscope.  The results of the analysis are then used to

4  calculate a concentration -- an air concentration of asbestos

5  fibers, and that number or those numbers or that data are

6  evaluated, and based on that data, some decision is made.  We

7  have a problem, we don't have a problem, and then maybe

8  recommendations, we need to institute controls, would be

9  instituted.

10       MR. McMILLAN:  That's what we want to talk about Dr.

11  Lees.  If we could look at GG-2201.

12  Q    What are the various reasons why you would be devising

13  your sampling plan or why you would be going out and obtaining

14  or constructing the industrial hygiene data?

15  A    Well, as I maybe intimated, there are many, many different

16  reasons that one would collect an air sample to estimate the

17  concentration of a contaminant in the air.  Probably the

18  primary one in this country at this time is to determine

19  compliance with OSHA standards which specify that you can't be

20  exposed -- workers can't be exposed above a certain

21  concentration.  But in addition, air sampling would be used,

22  for instance, to specify the appropriate type of personal

23  protective equipment.  That is that different types of

24  respirators are required according to the concentration of the

25  contaminate.  Air sampling could be used to specify what sort

**J&J COURT TRANSCRIBERS, INC.**

Libby

PP
Obj:
R;
F;
H;
ur;
E1

1  of a ventilation system would be required.  In addition,

2  industrial hygiene data are used as a part of exposure

3  construction or reconstruction for epidemiologic studies or for

4  risk assessment studies.

5  Q    Now, Dr. Lees, the purpose for which you are going to be

6  using the industrial hygiene data, does that affect how you

7  design your sampling strategy and how you report the industrial

8  hygiene data?

9  A    It affects both, yes.

10        MR. McMILLAN:  Could we see GG-2202, please?

11  Q    Could you explain to us how the purpose of an industrial

12  hygiene study affects how you report the data for that study?

13  A    Well, that's probably easily -- I'll try that one again --

14  most easily described through a couple of examples.  For

15  instance, if the question is are these workers in  compliance

16  with a OSHA standard -- I designed my strategy to measure the

17  exposure of what I think is the most highly exposed worker or

18  workers, and then my determination of compliance or not is

19  based on the highest, the maximum value.  Okay?  Whereas, on

20  the other hand, for an epidemiologic study it's not the maximum

21  value, but it's the average value of -- for the exposure is the

22  appropriate input to a epidemiologic study.  So the different

23  reasons have different ways of reporting the data.

24  Q    You said a moment ago that for an epidemiologic study what

25  you report is the average exposure.  Can you explain why for an

Libby

PP
OBJ:
R;
F;
H;
UP;
ET

1  epidemiologic study you would be reporting the average?

2  A      And when I say epidemiologic study, I mean epidemiologic

3  studies of chronic diseases.  Okay?  And the reason that we use

4  the average is, because the input to an epidemiologic study of

5  chronic diseases is the cumulative exposure, which is the

6  average concentration -- air concentration times the frequency

7  that the person was exposed to that concentration times the

8  duration, how many days or years or months or years the person

9  was exposed.

10  Q      And is it appropriate when you're looking at exposures

11  over the long term to use the average?

12  A      Yes.  Yes.  Worker exposures vary.  One day they're high.

13  One day they're low.  But over time the highs and the lows

14  balance each other out, and so they will center about in the

15  long term some average exposure, and it's that value that is --

16  goes forward into the calculation of cumulative exposure.

17  Q      Now, when you report your exposures for an epidemiologic

18  study, do you typically report things like the confidence

19  interval or the standard deviation along with the average that

20  you're reporting?

21  A      No, that wouldn't be necessary as only the average

22  concentration is what would go forward into this calculation of

23  cumulative exposure.

24          MR. McMILLAN:  Dr. Lees, I want to talk a little bit

25  about -- you mentioned a minute ago variability in exposures,

Libby

PP
obj;
R;
F;
H;
VP;
ET

1  and I want to focus on that for a minute.  Can I see GG-2203,

2  please?

3  Q   Dr. Lees, this is an excerpt from an article by Dr. Irving

4  Selikoff, and I just want to ask you to comment on what he's

5  saying here.  Dr. Selikoff says that, "The different

6  occupations vary widely in important respects in intimacy,

7  intensity, and duration of exposure, in variety and grade of

8  asbestos used, in working conditions, in concomitant exposure

9  to other dusts or inhalants."  Can you explain what Selikoff is

10  describing here?

11  A   Yes, well, what he's saying is that essentially all

12  asbestos exposures -- there is no such thing as asbestos

13  exposure period.  And, in fact, they're depending on industry,

14  on job, on products used.  There is -- you can't paint exposure

15  with one broad brush.  All of these different considerations go

16  into ending up with different exposures for different people,

17  if you will.

18  Q   So as an industrial hygienist, when you are asked to

19  characterize exposures or to categorize exposures, what does

20  that mean you have to do?

21  A   Well, you have to specify as narrowly or as closely as

22  possible all of the considerations -- the variables, if you

23  will, that affect exposure.

24      MR. McMILLAN:  Can we look at GG-2204?

25  Q   Can you tell us -- you said you have to look at all the

Libby

PP
Obj.
R;
F;
H;
UP;
ET

1 factors.  Can you tell us what the key factors that you

2 consider when you are doing an individual asbestos exposure

3 assessment?

4 A    Okay.  Well, starting -- you know, starting from the

5 100,000 foot level, very broadly, there were thousands of uses

6 of asbestos in the last century, and -- but it -- so in order

7 to narrow this down from all asbestos exposures, the next step

8 would be to look at what industry -- determine what industry

9 we're talking about, because different industries describe

10 different sorts of exposures.  Then within an industry further

11 narrow down to a job title, because within an industry

12 different people do different things, and they have different

13 exposures, and then narrowing down further beyond that.  And

14 this is particularly true of the construction industry.  Even

15 people with the same job title may work with different

16 materials that have different asbestos exposures associated

17 with them, so we narrow down.

18         MR. McMILLAN:  Okay.  Well, I think the first one you

19 mentioned is industry.  I want to talk about that one first.

20 If you could show GG-2205?

21 Q    Dr. Lees, can you explain to us what this graph shows?

22 A    Yes, these are data.  The warm-colored bars to the right

23 of the slide are taken from EPA's 1986 asbestos risk

24 assessment, and what they do is they present average exposures

25 for four different industries there.  So you can see that in

1  the -- for cement factory workers the average exposure was five

2  fibers per cubic centimeter, whereas, for amosite factory

3  workers it was a factor of four higher, and the average

4  exposure was 35 fibers per cubic centimeter.

5  Q    Now, are these industry wide average exposures?

6  A    Yes.

7  Q    I see on the left a blue and a green column that refer to

8  Nicholson's Construction Traits.  Where do the Nicholson

9  numbers come from?

10 A    These numbers come from Nichols -- William Nicholson's

11 1982 paper in which he estimated or predicted or calculated

12 future disease from asbestos exposure, and these are the

13 exposures -- the construction industry exposures that he

14 presents in that paper.

15 Q    Now, for the majority of the W.R. Grace products that

16 contained added chrysotile asbestos, what industry category

17 would they fit into?

18 A    They were within the construction industry category.

19 Q    And with the information that you've presented here, which

20 is an industry wide average, is that enough information to

21 predict any individual worker's exposure?

22 A    Again, no.

23 Q    Why not?

24 A    Well, within a broad industry category, as I said, there

25 are many, many different jobs, many with different tasks that

Libby

1  have different exposures associated with them.

2        MR. McMILLAN:  Well, let's talk about the jobs next.

3  Can we see GG-2206, please?

4  Q    Now, you see this is an excerpt of a study by Corbett

5  McDonald in 1983.  Do you recognize this, Dr. Lees?

6  A    Yes.

7  Q    Could you tell us what he was studying in this study?

8  A    This was -- was health risks associated with exposure to

9  asbestos in the textile industries was the subject of the

10  study.

11  Q    And did McDonald break down his exposure analysis by the

12  jobs that existed within this textile factory?

13  A    Yes.  Yes, rather than assign one exposure level for the

14  entire industry, he broke it down.  Actually, it was by -- as

15  you see on the left-hand side of the table is by departments,

16  and departments are groups of similar jobs -- and assigned

17  different exposures to these different groups of jobs.

18  Q    And when you look at the individual jobs within this

19  textile industry study, do you see difference?

20  A    Well, there are differences that are, you know -- well,

21  just looking at this, there's a factor of maybe 10 or 20 from

22  the highest to the lowest exposed job.

23  Q    Now, for each department or job that Dr. McDonald is

24  presenting, how does he present the exposure data?

25  A    Well, the -- it says it in the title there.  It says,

PF
Obj:
R;
F;
H;
UF;
ET