Libby

PP
Obj:
R;
F;
H;
UP;
E;

1    "Estimated Average Prevailing Dust Concentrations."

2    Q    Does Dr. McDonald prevent -- present any variability,

3    standard deviation, or confidence interval for the exposure

4    numbers?

5    A    No.

6    Q    Is that standard?

7    A    Yes.

8    Q    Okay.  I think you said that -- you had talked about the

9    industry, the job, and then the product, and the use of the

10    product.

11    A    That's correct.

12          MR. McMILLAN:  Can we look at  GG-2207?  I want to

13    talk now about the product.

14    Q    Now, for spray fireproofing are there different types of

15    products that might be used?

16    A    Yes, for spray fireproofing there are two major types or

17    categories of spray fireproofing, a wet type and a dry type.

18    Q    Do those two types have different compositions?

19    A    There's a difference in composition in terms of the

20    asbestos content, yes.

21    Q    Are they used or applied in different ways?

22    A    The application methods are very different, yes.

23    Q    Now, what you can see on GG-2207 is an excerpt from an

24    article by Dr. Reitze.  Are you familiar with this article?

25    A    Yes, I am.

Libby

PP
Obj:
R;
F;
H;
VP;
ET

1  Q    And what is Dr. Reitze explaining in the part we have

2  excerpted here?

3  A    Well, in the excerpt he briefly and succinctly describes

4  the difference between the way in which the dry fireproofing

5  and the wet fireproofing are installed in a building, if you

6  will.

7  Q    Can you explain that to us?

8  A    I'll try to be as brief.  Basically, the dry type

9  insulation -- I'll try this again.  The dry type installation

10 of fireproofing involves the mixing of the asbestos fibers and

11 the binders which could be -- they're basically plasters or

12 cements.  They're mixed dry and then conveyed under air -- high

13 air pressure through a hose to the site of application.  The

14 dry material emerges from the hose under this high air

15 pressure, is blown out, and simultaneously there's a spray of

16 water that is sprayed into this dry dust cloud.  The mixing,

17 such as it is, occurs there, and the wet -- the wetted material

18 would stick to the steel or the ceiling or whatever.

19            On the other hand, the -- in the wet application

20 method the asbestos-containing materials and the binders are

21 mixed with water in what is a cement mixer or a small hand

22 cement mixer, and they are conveyed through the --- this hose

23 as a wet slurry.  Okay.  It's kind of a wet, goopy -- that's a

24 technical term -- cement-like material, and it comes out of the

25 hose, and -- as this wet material and sticks to the ceiling.

J&J COURT TRANSCRIBERS, INC.

Libby

PP
obj.
R;
F;
H;
UP;
ET

1  Q    Are the exposures for people involved in spraying the dry

2  method compared to the wet method different?

3  A    No, they're very different.

4  Q    How so?

5  A    Well, in the dry method this mixing at the nozzle is not a

6  very efficient process, so as a result, there are many, many

7  more free, dry fibers that are released to the air.

8  Q    Now, in the Reitze article that is in GG-2207, do you have

9  an understanding of which method he was obtaining industrial

10 hygiene data on?

11 A    Yes, the data that he report relate to the dry type.

12        MR. McMILLAN:  Could I have the ELMO, please?

13 Q    Dr. Lees, I'm showing you the cover page for a document

14 that's GX-388, which is a 1982 article by William Nicholson.

15 Are you familiar with this article?

16 A    Yes, this is the study that I referred to several slides

17 ago.

18 Q    The one with the blue and green columns on the chart?

19 A    Yes.  Yes.

20 Q    I'd like to refer you to Page 265 of his article, and

21 you'll see here that he has a section called, "Construction,

22 Special Trade Contractors," and within that there's a

23 highlighted section in which he says, "An investigation of the

24 spraying of mineral fiber insulation material in New York City

25 collected on-site samples taken at various distances from the

Libby

PP
Obj.
R;
F;
H;
UP;
ET

1  spraying nozzle.  It showed fiber counts ranging from the 70

2  fibers per mil, 10 feet from the nozzle, to 3 fibers per mil,

3  25 feet away."  And he has a cite there.  What is his cite for

4  this data?

5  A    It's the Reitze article.

6  Q    So is it your understanding that when Nicholson was

7  describing the spray fireproofing exposures in his 1982 study,

8  he was citing to data taken of the dry method?

9  A    Yes.

10 Q    Now, what kind of spray fireproofing products did W.R.

11 Grace manufacture?

12 A    The wet type.

13 Q    As far as you understand, did they only produce spray

14 fireproofing products that used the wet method of application?

15 A    Yes, that's my understanding.

16        MR. McMILLAN:  Could I have the -- the other

17 graphics, please?

18 Q    Now, Dr. Lees, we've talked about narrowing down from the

19 industry to the job to the specific product in use that's going

20 on, and once you -- say we're using Grace's spray fireproofing

21 with the wet method.  Once you know that that is occurring at a

22 specific site, is everyone at that site going to have the same

23 exposure?

24 A    No.

25 Q    When you're attempting to evaluate exposures in that

J&J COURT TRANSCRIBERS, INC.

Libby

PP
Obj.
R;
F;
H;
UP;
E7

1  circumstance, what do you have to do as an industrial

2  hygienist?

3  A    Well, I need to understand all of the people who would

4  interact in one way or another with this process of the

5  application of a spray fireproofing and, therefore, would be

6  exposed or potentially exposed.

7  Q    And once you evaluated the various ways in which those

8  people were exposed, what would you try and do with them?

9  A    You know, what we try to do is to group people into areas

10  or groups with similar exposures.

11  Q    And is that what you attempted to do in this case within

12  the W.R. Grace data?

13  A    Yes.

14       MR. McMILLAN:  Show GG-2121.

15       UNIDENTIFIED SPEAKER:  Which one was that Scott?

16       MR. McMILLAN:  Two one two one.

17  Q    Now, Dr. Lees, this is a slide that was shown in opening

18  about the overall flow of Grace's analysis of claims.  Can you

19  tell us what part of this analysis you worked on?

20  A    Okay.  I was responsible for what is presented here as

21  essentially the two left-hand columns.  In conducting my

22  historic exposure reconstruction, I essentially describe the

23  different products and conditions on which -- under which they

24  were used and from historic data assigned exposures to those

25  groups.

Libby

PP
Obj:
R;
F;
H;
VP;
ET

1  Q    So you were the one who came up with the occupational

2  settings into which you were going to group the exposure data?

3  A    Yes.

4  Q    And then you were the one who produced the eight-hour time

5  waited average for each of those occupational settings?

6  A    Yes, I calculated those.  Yes.

7        MR. McMILLAN:  Okay.  I'd like to go more

8  specifically into what you did.  If we could look at GG-2208?

9  Q    Dr. Lees, can you walk us through the steps that you used

10  to develop those occupational settings and to develop the

11  average exposures for those occupational settings?

12  A    Okay.  Very, very simply, it involved, first of all,

13  identifying all of the products that Grace made and

14  understanding and developing an understanding of how they were

15  used.

16        The second step was identifying groups of people who

17  worked with these products and what they did.  And when I said

18  what they did, I mean how that might influence their exposure

19  to these products.

20        The third step was to gather all of the historical

21  exposure data for people working with these products and under

22  these different conditions.  And then given the product, how

23  it's used, and exposure data, I combined them altogether and --

24  using a tool called a job exposure matrix, which in reality is

25  a way of concisely and clearly defining or assigning exposures

Libby

PP
OBJ:
R;
F;
H;
VP;
ET

1  by the variables that are important.

2          MR. McMILLAN:  Let's start with Step 1 of your

3  analysis.  If we could look at GG-2209?

4  Q    How did you identify the Grace products that you were

5  going to be using in your exposure assessment?

6  A    Okay.  Well, I have to say that to start off with that in

7  the early/mid-nineties I worked with Grace and was familiar

8  with the fire -- the Monokote III fireproofing material.  The

9  -- so I had some preexisting knowledge, and then certainly, I'd

10  done the work with the vermiculite attic insulation, so I knew

11  about that.  But the first step in the investigation was really

12  to gather a list of all of the products that Grace had made

13  over the years that included these substances, and that list

14  has been produced many times as part of other, you know, legal

15  actions.  And I believe it's even been published in the Federal

16  Register, so there was a starting list of over a hundred

17  individual products.

18  Q    And once you had that as your starting point, what did you

19  do to double check it, to add to it, to fill in the blanks, do

20  that kind of thing?

21  A    Okay.  Well, that was the list.  The next thing I did was

22  to examine all of the product literature and historic documents

23  that could be gathered to, first of all, understand how these

24  materials were used and, you know, reading between the lines,

25  see if there was anything that had been missed from these

J&J COURT TRANSCRIBERS, INC.

Libby

PP
Obj:
R;
F;
H;
UP;
E]

1  lists.  In addition, I consulted depositions of former Grace

2  employees that talked about these products in some detail.

3  Q    Now, once you had gathered all of the available product

4  information, what did you do with it?

5  A    Well, the next step -- and again this is over a hundred

6  products -- was to group these products into logical groups.

7  And when I say logical, meaning that they had similar

8  concentrations or had -- were composed of similar materials.

9  Let's put it that way.

10 Q    Let's look at GG-2210.  In the left-hand column with the

11 green heading are those your product groupings?

12 A    That's the -- yes, the product groupings.

13 Q    And I see that the first one is labeled vermiculite.  What

14 do you mean by the vermiculite product group?

15 A    Well, these products were ones that, in addition to

16 binders and all this other stuff, contained only vermiculite as

17 a substance of interest, if you will.

18 Q    Why did you think it was important to have a category of

19 products that just contained vermiculite but no other asbestos

20 products?

21 A    Well, the vermiculite has the potential to be contaminated

22 with amphibole asbestos, so there's the possibility of an

23 asbestos exposure associated with just the use of a -- if you

24 will, a pure or an only vermiculite material.

25 Q    And from your work on the vermiculite attic insulation do

**J&J COURT TRANSCRIBERS, INC.**

Lees - Direct/McMillan                          42

Libby

PP
Obj;
R;
F;
H;
UP;
ET

1  you have a sense of the level of the amphibole within

2  vermiculite?

3  A    Yes, my knowledge of that is really just limited to the

4  samples that were collected and analyzed as a part of my study,

5  and my recollection is that we're talking usually less than one

6  percent.  You know, tenths of percent typically.

7  Q    Now, in the right-hand column you have it labeled use

8  subcategory.  Can you explain to us what the use subcategories

9  are?

10 A    Okay.  Well, for a given product it could be used in

11 different ways that could result in different exposures, and

12 probably the simplest example of that would be sticking to that

13 vermiculite category used dry.  This would include, among other

14 things, the installation of attic insulation in which you just

15 had a bag of vermiculite, and you dumped it out into an attic.

16 Whereas, there's this -- if you go down a couple, the category

17 mixed wet and sprayed, in this category vermiculite and some of

18 these cements and plasters were mixed with water in a cement

19 mixer and sprayed onto -- as a fireproofing onto steel beams.

20 Okay?  So, clearly, one, you have -- you're dumping dry

21 materials in a confined space.  The other one, you're spraying

22 a wet material in a -- pretty much an open space, and they have

23 different levels of exposure associated with those two

24 different subcategories, if you will.

25 Q    So was the purpose of creating use subcategories to try

**J&J COURT TRANSCRIBERS, INC.**

Lees - Direct/McMillan                                      43

Libby

PP
OBJ;
R;
F;
H;
UP;
ET

1  and group uses that you would expect to have similar exposures?

2  A    Exactly right.

3  Q    Now, once you had created your product categories and your

4  use subcategories, what was the next step?  I think was going

5  to be Step 2 in your analysis.

6  A    Okay.  Well, the next step is really to drill down to the

7  next level, because within each of these subcategories there

8  are different occupations that are involved in using these

9  substances, and they use them in different ways, and they may

10 have different exposures.

11         MR. McMILLAN:  Okay.  Can we see GG-2211?

12 Q    So in order to determine different occupations or the

13 different ways in which people might come into contact with one

14 of those products in a use subcategory, what did you do?

15 A    Okay.  Well, I relied in part on historic documents, and

16 in particular, the Grace literature, their advertising

17 literature, and the literature that they provided to

18 contractors on how to install our product.  That was basically

19 what they were -- were very useful in describing how people

20 interacted with the material.  You know, also I mean, frankly,

21 in my youth I worked in the construction industry during

22 summers, and throughout my professional industrial hygiene

23 career repeatedly been on construction sites, so you know, I

24 have some knowledge of how construction happens, if you will.

25 And I also consulted the published literature.

Lees - Direct/McMillan                                    44

*Libby*

PP
Obj:
R:
F:
H:
UP:
E:

1   Q     Did you attempt to use any of the PIQ responses, or did

2   you anticipate using the PIQ responses as a method of

3   determining how people might have interacted with the Grace

4   products?

5   A     The hope that the onset of my work was that in the

6   response to the PIQ workers would identify a product and then

7   identify what their job title was and how they interacted with

8   the material, if you will.

9   Q     What did you find out once the responses came in?

10  A     The data were incomplete and, you know, not really very

11  useful, so I didn't use any PIQ responses in putting these

12  groupings together.

13            MR. McMILLAN:   Can we see GG-2212, please?

14  Q     Dr. Lees, on GG-2212 are these the different exposure

15  categories that you used?

16  A     They are.

17  Q     Can you tell us briefly what the different exposure

18  categories are?

19  A     Okay.  Well, they're listed from A through E, and these

20  are -- exposure categories involve people who mixed Grace

21  products, people who cut or removed Grace products, people who

22  applied Grace products, and the graphics show spraying, but

23  there are other methods of application.  And, in addition,

24  there were these two other categories, D and E, which were

25  people who didn't work directly with the Grace product, but

**J&J COURT TRANSCRIBERS, INC.**

Libby

PP
Obj:
R;
F;
H;
UP;
ET

1  were either in -- on the site where it was being used, in one

2  of these A, B, C's or in the workspace where active work was

3  going on.

4  Q    How did you differentiate between the people D, who were

5  on the same site, and people E, who were in the same workspace?

6  A    For my purposes I defined the workspace by the walls that

7  surrounded the workspace, and that's really kind of difficult

8  and arbitrary sometimes in a construction site, but, for

9  instance, for a spray application, it would be the floor which

10 was being sprayed, or if they had tarps up, you know, inside of

11 the tarps that confined that space.  And then the D's would be

12 everything else.

13 Q    Do your exposure categories A through E fairly encompass

14 the varying ways in which people could be exposed to Grace's

15 products?

16 A    I believe that that is a good summary, yes.

17 Q    Is the way in which you grouped workers or exposure groups

18 similar or typical to the way industrial hygienists normally

19 create exposure groups?

20 A    I think that would be fair to say, yes.

21 Q    Okay.  Once you had the Grace -- you had the Grace

22 products categorized, you had the use subcategories, and you

23 had these different exposure groups within those use

24 subcategories, what was the next step in your analysis?

25 A    Working our way across, the next step was to gather the --

Libby

PP
Obj:
R;
F;
H;
VP;
E7

1  all the available exposure data.

2           MR. McMILLAN:  Could we see GG-2214?

3  Q    How did you gather the exposure information?

4  A    Okay.  Well, I -- as I said, I had worked for Grace in the

5  early nineties and mid-nineties, so I had some of the data

6  related to the spray-on fireproofing already in my possession,

7  but I asked -- I requested from counsel the -- all the

8  available data -- all the available data that they had in their

9  files relating to their measures of exposure.  In addition, I

10 looked at the literature -- the published literature for

11 relevant exposure information.

12 Q    And in total how many studies were you able to locate that

13 contained Grace-specific exposure information?

14 A    There were approximately 300.

15 Q    And how many different data points on Grace-specific

16 exposures were contained in those studies?

17 A    In the end there were approximately 2,000 useable data

18 points -- exposure measurements contained in those reports.

19 Q    Did you also gather any post-construction data points?

20 A    Yes, these data came from the literature and encompassed

21 approximately 16 hundred individual measurements of exposure.

22 Q    Okay.  Once you had collected all of the available

23 exposure data on Grace's products, what did you do with that

24 data?

25 A    Well, I did what you normally do with data.  I -- you have

                    J&J COURT TRANSCRIBERS, INC.

Libby

PP
Obj:
R;
H;
F;
UP;
E1

1  to make some determination whether it's any good or not or

2  whether it's junk.

3  Q    Okay, and how did you go about doing that?

4  A    The standard procedure is to develop criteria by which you

5  evaluate data, and then you just work your way through the data

6  determining whether they -- each individual point conforms with

7  your A priority criteria or not.

8         MR. McMILLAN:  Can we see GG-2215, please?

9  Q    Are these the data reliability criteria that you developed

10  to analyze the Grace data?

11  A    Yes.

12  Q    Could you give us some examples of the type of reliability

13  criteria that you used?

14  A    Okay.  And I should say at the outset that these are

15  really pretty standard data reliability criteria when it comes

16  to looking at and evaluating exposure data.  But if you look at

17  the first maybe five bars there, really all relate to did the

18  study have sufficient identification in terms of who did the

19  work, when they did the work, and what work was going on with

20  what product.  So that kind of -- that was the first set of

21  criteria.

22  Q    I see about half way down you have a category called,

23  "Primary Data Collection Only."  What did you mean by that?

24  A    Within the studies that I received from Grace, there were

25  two types of studies.  One was such as you saw in the previous

Libby

PP
Obj:
R;
F;
H;
UP;
ET

1   slide, you know, field sheets where there's actual raw data

2   from the field.  In addition, there were reports that were kind

3   of general and just summarized data, so it said that, you know,

4   the studies last week showed an average of X fibers per cc.  It

5   gave me no information relative to -- you know, no details.

6   And I think for the most part these were duplicates or

7   summaries of the field sheets, but since there was not any

8   specific information or there was not sufficient specific

9   information, I prefer to use the specific information from the

10  primary data.

11  Q    The last criteria you have up there is, "Data Followed

12  Accepted Expectations."  What did you mean by that?

13  A    Again, this would be -- probably you characterize it as

14  the common sense test, and it was rarely -- very rarely

15  invoked, and at the moment the only example I can think of was

16  a situation where in an attempt to measure bystander exposures

17  they measured concentration -- asbestos concentration upwind

18  and downwind of an operation.  Okay?  The upwind concentration

19  as reported was very, very much higher than the downwind

20  concentration.  Now that -- that doesn't make any sense.  Okay.

21  One would expect the downwind concentration to be higher, so

22  either that means that they mislabeled the samples, or maybe it

23  means that somewhere else on the construction site there was

24  another source of fiber.  So, you know, I really didn't know

25  how to evaluate that particular set of data, so I -- or that --

**J&J COURT TRANSCRIBERS, INC.**

Libby

Lees - Direct/McMillan                    49

PP
Obj;
R;
F;
H;
Vr;
E7

1  those two data points, so I didn't use them in my analysis.

2  Q    Do you have a sense of the overall proportion of the

3  studies that you had collected that match all of your data

4  reliability criteria?

5  A    Okay.  Well, of those 300 studies I ultimately used about

6  five -- 250 of them -- I'm sorry -- 250 them in my analyses,

7  and of the 50 that were eliminated, the vast majority of those

8  were, because they were summary data that really for the most

9  part duplicated the primary studies.

10 Q    Okay.  Once you had the 250 studies that passed your data

11 reliability criteria, what did you do with that data next?

12 A    Well, again, it's similar to what I did in terms of

13 grouping jobs -- products and jobs.  What the next step is to

14 group the exposure data in similar way.

15 Q    Okay.  Can you explain to me what you mean by that?

16 A    Well, for instance, what I would do would be to -- if you

17 had the vermiculite installed dry, which that would be people

18 who installed the vermiculite in attics.  So I would gather all

19 of those data of people who were installing dry vermiculite in

20 attics and essentially put them all in one bucket.  And so I

21 parsed all the data out into buckets of similar exposures.

22 Q    So are you saying that for each of the product categories

23 you had used were their use subcategories and then the exposure

24 buckets within that?  You transferred all the data into each of

25 those buckets?

**J&J COURT TRANSCRIBERS, INC.**

Libby

PP
Obj:
R;
F;
H;
UP;
ET

1  A    Yes, that's -- I think that's what I said.

2  Q    Sorry.

3  A    That's what I tried to say.

4           MR. McMILLAN:  Can we see GG-2216?

5  Q    Once you had grouped the data by product and use, did you

6  have to put all the data in the same format or do anything else

7  to the data?

8  A    Well, the individual data, okay, in order to make them

9  comparable and useful for further analysis, what I needed to do

10 for each of these individual samples was to calculate the

11 eight-hour time waited average exposure concentration.

12 Q    Is calculating the eight-hour time waited average

13 something that's standard?

14 A    Yes, it's the golden -- it's the standard within

15 industrial hygiene, yes.

16 Q    What about for OSHA compliance?  When OSHA demands that an

17 industry produce sampling data for compliance, how are they

18 required to be reported?

19 A    It's on the basis of eight-hour time waited average

20 concentration.

21 Q    Now, once you've -- when you grouped the data I think you

22 said within each of these individual exposure buckets for each

23 kind of product and use, what did you do with the data in each

24 bucket?

25 A    Okay, so in each bucket I have all of the relevant eight-

J&J COURT TRANSCRIBERS, INC.

Libby

PP
Obj:
R;
F;
h;
vP.
E7

1  hour time waited averages.  I then averaged all of the data in
2  that bucket.
3  Q    How did you average the data in each bucket?
4  A    Well, I used two ways which I characterize as a
5  unstratified and a stratified method.  And, quite simply, the
6  stratified method was one in which if there were 50 samples in
7  there, you just average all 50 individual samples.  The
8  stratified method would be that I calculated -- if within these
9  50 samples there were 25 job sites, I calculated the average
10 for each job site, and then averaged the averages of the job
11 sites.  So non-stratified is individual samples averages, and
12 stratified is location or job site averages -- averages of job
13 site averages.
14 Q    Now, when you reported this data in the job exposure
15 matrix that we're going to get to in a minute, did you report
16 those averages?
17 A    Well, there was one more step in -- before I -- I didn't
18 use that average.  The next step was to adjust those numbers
19 for the asbestos content of those samples.
20 Q    But did you report -- did you report both the PCM average
21 as well as the PCME average in your job exposure matrix?
22       MR. WEHNER:  Objection.  Foundation and hearsay.
23       THE COURT:  I don't think there's a foundation yet
24 for that question.
25 Q    Did you prepare a job exposure matrix to summarize the

J&J COURT TRANSCRIBERS, INC.

Libby

PP
Obj:
R;
F;
H;
VP;
ET

1  results of your analysis and the data that you had collected?

2  A    Yes.

3  Q    And did you report the average for each of the exposure

4  buckets in that job exposure matrix?

5  A    Yes.

6  Q    And when you reported that average in the job exposure

7  matrix, did you report both the PCM average and the PCME

8  average?

9  A    Yes.

10            THE COURT:  Do you want to tell me what those are?

11            MR. McMILLAN:  Yes, I'm about to get there.

12  Q    Why did you report the average?

13  A    Okay.  Well, the average is the metric that is used to

14  calculate the cumulative exposure or sometimes called dose,

15  which is the input to risk assessment or to epidemiologic

16  studies.

17            MR. McMILLAN:  Can we see GG-2217?

18  Q    Now, when EPA uses exposure data for its risk assessments,

19  what does the EP -- what data point does the EPA use?

20  A    They use the average.

21  Q    Now, if you look at GG-2217, you'll see on the left an

22  excerpt from the EPA 1992 supplement RAGS Guidance.  What is

23  the RAGS Guidance?

24  A    RAGS stands for risk assessment guidance for superfund.

25  Okay?  And what it is essentially is EPA's textbook on how to

Libby

PP
Obj:
R;
F;
H;
UP;
E?

1  do a risk assessment.

2  Q    And in EPA's textbook for how to conduct a risk

3  assessment, what does it say you should use?  What exposure

4  data should you use in that risk assessment?

5  A    It says the average concentration is the most

6  representative of the concentration that would be contacted

7  over time.

8  Q    Now, if you look on the right-hand side of GG-2217, you'll

9  see an excerpt from the EPA 1986 Airborne Asbestos Health

10 Assessment Update.  What is that document?

11 A    This is EPA's big risk assessment of the public health or

12 the possible public health implications of exposure to

13 asbestos.

14 Q    So when the EPA was calculating the risks to public health

15 from asbestos, what was the exposure data they were using?

16 A    They used the average.

17 Q    Dr. Lees, have you conducted exposure assessments

18 previously for epidemiologic studies or risk assessments?

19 A    Yes.

20 Q    And have some of those been published in the peer-reviewed

21 literature?

22 A    Yes, on that -- we spoke earlier on my chromium study

23 that's been published.

24 Q    And when you have reported exposure data within those

25 peer-reviewed articles, how did you report that exposure data?

Libby

PP
obj:
R;
F;
H;
UP;
E7

1  A    When it was to be used for an epidemiologic study, I

2  reported the average exposure.

3            MR. McMILLAN:  Could I have the ELMO for a moment,

4  please?

5  Q    Dr. Lees, I'm showing you what has been marked as GX-628.

6  Do you recognize this?

7  A    Yes.  That's a paper that I published in the early 1990's.

8  Q    And is this an epidemiologic study, or was this a

9  characterization of exposure data for use in epidemiologic

10 studies?

11 A    It was a characterization of exposure data used in many

12 epidemiologic studies of chromium and disease, yes.

13 Q    And this was published in the peer reviewed literature?

14 A    As I remember, it was environmental health perspectives.

15 Q    I'd like to have you turn -- or you can look at Page 94

16 with me, please.  And you'll see at the bottom you have a

17 statement that says, "Historically, most air sampling in

18 industrial facilities was conducted in an effort to solve a

19 problem.  As such, much historic air sampling may overestimate

20 average exposures (required for epidemiologic risk assessment)

21 considerably."  Can you explain to us what you meant by that?

22 A    Sure.  Sure.  Historically, and I include the early part

23 of my career in history, unfortunately, but industrial

24 hygienists are problem solvers, so we go and we look for

25 problems that need to be fixed.  And so, we make our

Libby

PP
Obj:
R;
F;
H;
VP;
ET

1    measurements where we think there may be a problem.  So that

2    there's a historic bias to -- if we would go out to a work

3    site, we would only collect a sample during the time period in

4    which people were actively working.  We don't collect samples

5    when the equipment is broken down, or when they're on coffee

6    break, or something like that.  So, historic data are --

7    reflect not the average over the course of a day, but the

8    exposure during times of actual work.

9    Q    So, if you're doing a historic exposure reconstruction and

10   you are using the historic data as the average of all

11   exposures, are you more likely to overestimate or underestimate

12   the actual average exposure?

13   A    Well, if it were collected as I described there, it would

14   be an overestimation of the overall average exposure.

15   Q    I'd like to turn to Page 95 of your study.  And focusing

16   in on Table 1, could you please tell us briefly what is Table

17   1?

18   A    Table 1 is a part of that -- my published article, and

19   this is taken from Painesville, Ohio.  That would be the

20   Mancuso article on risk of lung cancer related exposure to

21   hexavalent chromium.

22            MR. WEHNER:  Objection.  Relevance.  This is about

23   chromium.

24            MR. McMILLAN:  Your Honor, I am trying to show that

25   in other published peer reviewed literature in which Dr. Lees

Libby

PP
Obj:
R;
F;
H;
UP;
ET

1  has presented exposure data for an epidemiologic study he has

2  reported the average without any indicators of variability, and

3  that is what this goes to.

4          THE COURT:  All right.  To that end it's relevant.

5  It's admitted for that purpose only.

6  Q    Dr. Lees, does Table 1 present the exposure data, or some

7  of the exposure data that was part of your published article

8  that is GX-628?

9  A    Yes.

10 Q    And when you reported this exposure data in GX-628, how

11 did you report that data?

12 A    Well, these were actually Mancuso, the way Mancuso

13 reported it, as averages.

14 Q    And was there any standard deviation, or competence

15 interval reported with the data?

16 A    No, there was not.

17 Q    Dr. Lees, I'm showing you what has been labeled GX-629.

18 Do you recognize this article?

19 A    Yes.  This is an article that was published, I think, in

20 2000, summarizing the chromium study that I conducted that we

21 discussed earlier.

22 Q    And was this published in the peer reviewed literature?

23 A    Yes, it was.  I believe it's the American Journal of

24 Industrial Medicine.

25 Q    And you're one of the authors of this study?

J&J COURT TRANSCRIBERS, INC.

Libby

PP
Obj.
R;
F;
H;
VP;
ET

1  A    That is correct.

2  Q    And if you look at the highlighted language on the first

3  page, can you read that for us?

4  A    It's difficult.  It says, "Annual average --"  Whoa.

5  Q    Sorry.

6  Q    "Annual average exposure estimates based on historical

7  exposure measurements were made for each job title in the plant

8  for the years 1950 through 1985."

9  Q    So, when you --

10        MR. WEHNER:  Objection, Your Honor.  He is impeaching

11  his own witness, and leading.

12        THE COURT:  I don't think this is impeachment.  It's

13  -- but it is getting pretty far afield from what on earth is

14  going on with respect to asbestos.

15        MR. McMILLAN:  Understood, Your Honor.  We'll move

16  on.  Could we see GG-2218, please?

17  Q    Dr. Lees, I think you said earlier that the average is the

18  most appropriate accurate measure of long term exposure.  Is

19  that right?

20  A    That is correct.

21  Q    Why is that the case?

22  A    Well, occupational exposures vary.  There's variability in

23  -- for a worker.  They're not exposed to the same level, the

24  same concentration every day.  One day it may be high, one day

25  it may be lower, the next higher or lower.  And -- but over

**J&J COURT TRANSCRIBERS, INC.**

Lees - Direct/McMillan                    58

Libb↑

PP
Obj.
R;
F;
H;
UP;
ET

1  time, these highs and lows balance each other out, and so, over

2  the long term the best estimator of exposure is the average.

3  Q    When you're talking about asbestos, asbestos exposures,

4  what are the sources of variability in the measurement of

5  asbestos exposures?

6  A    Well, asbestos, or any exposure assessment, the

7  variability is due primarily to three factors.  First of all,

8  there's variability due to the analytical method.  Second of

9  all, there would be variability due to interworker effects, if

10 you will.  And finally, environmental variability plays into

11 this overall variability.

12 Q    Can you give me an example of analytical variability?

13 A    Well, in the case of asbestos, you could have -- and which

14 I said earlier, concentration is -- the analysis involves

15 counting fibers under a microscope.  And one analyst might

16 count 22 fibers, where another analyst would count 20 fibers.

17 Okay?  So, that's an error in variability associated with

18 measurement.

19 Q    Is analytic variability something that's random, or does

20 it have a direction one way or the other?

21 A    It's random.  It's up, down.  It is totally random.

22 Q    Can you give me an example of interworker variability?

23 A    Okay.  Well, interworker variability, again, these are

24 things that -- differences between workers that may affect

25 exposure.  And some examples might be whether somebody was

J&J COURT TRANSCRIBERS, INC.

Libby

PP
Obj;
R;
F;
H;
UP;
ET

1  right-handed or left-handed, or they were tall or short, or

2  whether they were experienced or inexperienced in a job.

3  Q    Now, would interworker variability be something that is

4  random, or could there be a direction to that error?

5  A    There could be a direction, which we'd call a bias.  For

6  instance, there may be some reason that right-handed workers in

7  a particular process are exposed at higher levels

8  systematically than left-handed workers.

9  Q    Now, lastly, environmental variability.  Can you give me

10 an example of environmental variability?

11 A    Okay.  Well, environmental variability is particularly

12 important in the construction trades, which are -- take place

13 in an uncontrolled environment, unlike a factory.  And so,

14 these might involve things such as -- well, let's take spraying

15 as an example, spraying fireproofing, you know, how high the

16 ceiling is, whether there were tarps up, whether the wind was

17 blowing, what direction the wind was blowing, how hard the wind

18 was blowing.  All of these things would go to -- to change, or

19 effect the measurement of exposure.

20 Q    Now, which of these types of variabilities have the

21 strongest effect on asbestos exposures?

22 A    Oh.  Far and away, asbestos or any other exposure, the

23 environmental -- the random environmental variability has the

24 most effect on, you know, the overall variability.

25 Q    How do you know that?

**J&J COURT TRANSCRIBERS, INC.**

Lees - Direct/McMillan                                60

Libby

1   A    As I said at the beginning, industrial hygienists seek to

2   understand exposures and what influences exposures, so this has

3   been studied many, many times, and the literature, you know,

4   says what I just said.

5   Q    In the course of your work on over 100 different exposure

6   assessments, have you looked at the issue of what are the --

7   or, the magnitude of the various sources of data variability?

8   A    I think my own observations would bear out what I just

9   said, and what the literature says.

10  Q    So, if environmental variability -- well, let me ask one

11  more question.  Is environmental variability something that's

12  random, or something that has a systematic bias to it?

13  A    It is random.

14  Q    So, if environmental variability is random, and it's the

15  main source of variability, what does that mean to individual

16  exposures over the long term of years to tens of years?

17  A    That means that since this variability is random, the ones

18  that are higher and the ones that are lower tend to balance

19  out, and focus or center on an average value.  In addition,

20  over time the average of an individual and the average of the

21  entire population will converge upon each other.

22  Q    Is that why it's appropriate when using industrial hygiene

23  data in an epidemiologic study to use the average, or to report

24  the average?

25  A    Exactly.

PP
Obj;
R;
F;
H;
UP;
E7

J&J COURT TRANSCRIBERS, INC.

Libby

PP
obj.
R;
F;
H;
UP;
ET

1          MR. RASMUSSEN:  I object, and move that that answer

2  be struck.  It's a leading question on a key issue without the

3  proper foundation.

4          THE COURT:  Well, it's a leading question, but there

5  is a foundation.  Restate the question, please.

6  Q    Why is it appropriate in the long term to use the average

7  exposure for epidemiologic studies?

8  A    Because it best represents the long term exposure.

9  Q    Dr. Lees, once you have -- you now have the average

10  exposure within each of your different exposure buckets.  Are

11  you done at that point?

12  A    No.  There's still at least one more step here.

13          MR. McMILLAN:  Can we go to GG-2220?  22 -- 2219.

14  Q    What's the next step that you need to take with the data

15  after you have the average?

16  A    Okay.  The data that were used and processed or analyzed

17  were collected -- the exposure data were collected using phase

18  contrast microscopy, which is an analytical method that

19  identifies all fibers without respect to its composition.  And

20  it's well known that within the construction environment that

21  there are mixed fibers, that is, asbestos and non-asbestos

22  fibers.  So, the next step was to make an adjustment so that we

23  -- the -- expressed the exposure concentrations as purely the

24  asbestos fiber concentrations.

25  Q    Can we back up and can you tell us briefly what is phase