# ATTACHMENT #34

DEPOSITION DESIGNATION

OF

RICHARD FINKE, 3/30/09

FILED

UNDER SEAL

00001-001\DOCS_DE:152532.1