**Deposition Designations for:**
**ARTHUR FRANK**
**June 5, 2009**

**<u>Deposition Designation Key</u>**

**Arrowood = Arrowood Indem. Co.**
**f/k/a Royal Indem. Co. (Light Green)**

**BNSF = BNSF Railway Co. (Pink)**

**Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co. n/k/a Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance Co.; Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz SE f/k/a Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich International (Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and related subsidiaries and affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal Belge SA (Orange)**

**CNA = Continental Cas. Co & Continental Ins. Co. (Red)**

**FFIC = Fireman Funds Ins. Co. (Green)**
**FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)**

**GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.**

**Libby = Libby Claimants (Black)**

**OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)**

**PP = Plan Proponents (Blue)**

**Montana = State of Montana (Magenta)**

**Travelers = Travelers Cas. and Surety Cos. (Purple)**

**UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)**

| | |
|---|---|
| **AFNE = Assume Fact Not in Evidence** | **L = Leading** |
| **AO = Attorney Objection** | **LA = Legal Argument** |
| **BE = Best Evidence** | **LC = Legal Conclusion** |
| **Cum. = Cumulative** | **LPK - Lacks Personal Knowledge** |
| **Ctr = Counter Designation** | **LO = Seeking Legal Opinion** |
| **Ctr-Ctr = Counter-Counter** | **NT = Not Testimony** |
| **ET = Expert Testimony** | **Obj: = Objection** |
| **F = Foundation** | **R = Relevance** |
| **408 = Violation of FRE 408** | **S = Speculative** |
| **H = Hearsay** | **UP = Unfairly Prejudicial under Rule 403** |
| **IH - Incomplete Hypothetical** | **V = Vague** |

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
-------------------------------------------------
CHAPTER 11

IN RE:
W.R. GRACE & CO., et al.
        Debtors.


Case No. 01-1139 (JFK)
Jointly Administered
---------------------------------------------
DEPOSITION OF
Arthur L. Frank, M.D., Ph.D.
June 5, 2009
Philadelphia, Pennsylvania
Lead:  Nathan Finch, Esquire
Firm:  Caplin & Drysdale




FINAL COPY
JANE ROSE REPORTING  1-800-825-3341

Page 22

```
 1            ARTHUR L. FRANK, M.D., PH.D.
 2    where there is such a claim made.  Most of the
 3    discussion has to do with mesothelioma, but there
 4    are some people who also feel there is a
 5    differential with lung cancer that's been less
 6    well studied, I think.
 7    Q     And what about as a differential between
 8    amphibole and chrysotile for purposes of causing
 9    nonmalignant disease?  Is there any literature on
10    either side of that question that would allow you
11    to make a categorical statement that amphibole
12    asbestos exposures are more likely to cause
13    asbestos disease than chrysotile asbestos
14    exposures?
15    A.    No.
16    Q     You came into the deposition, and I took it
17    because it was sitting there in front of you, I
18    think you had an extra copy, you have the most
19    recent copy of your CV?
20    A.    Yes.
21    Q     Can we mark that as Frank Deposition Exhibit
22    Number Eight?
23    A.    Certainly.
24                  - - -
25          (Exhibit Frank-8 was marked for
```

Page 23

```
 1            ARTHUR L. FRANK, M.D., PH.D.
 2    identification and is attached hereto.)
 3                  - - -
 4    BY MR. FINCH:
 5    Q     Are you generally familiar with the EPA 1986
 6    Airborne Asbestos Health Assessment Update?
 7    A.    Not especially.  I probably saw it at the
 8    time.  I haven't seen it in years and have no
 9    specific recollection of it.
10    Q     One of the principal authors is a gentleman
11    by the name of Dr. William Nicholson.  Do you know
12    --
13    A.    I know Bill very well.
14    Q     Do you have a view as to his qualifications
15    and expertise on asbestos-related medical issues?
16    A.    He was trained as a biophysicist and spent a
17    lot of his time working with Dr. Selikoff learning
18    about asbestos, doing asbestos-related research.
19    Q     Do you have an understanding that it is
20    still the official position of the United States
21    Government that all different types of asbestos
22    fiber, and by "all types", I mean amosite versus
23    chrysotile, are equally --
24    A.    Amphiboles.
25    Q     Excuse me.  Amphiboles versus chrysotile are
```

Page 24

```
 1            ARTHUR L. FRANK, M.D., PH.D.
 2    equally potent for causing mesothelioma?
 3    A.    Yes.  They have not adopted any other view,
 4    even though that has been put forward.
 5    Q     And some of the places that it has been put
 6    forward, are you familiar with the EPA working
 7    group study in 2002 colloquially known as Berman
 8    and Crump, where the authors of that surveyed the
 9    epidemiological literature and attempted to
10    quantify how much more toxic the amphiboles were
11    than chrysotile fibers for the production of
12    mesothelioma?
13    A.    I am.
14    Q     And what did the EPA do, if anything, with
15    the Berman and Crump work?
16    A.    Had it reviewed by a scientific body who
17    found it weak and unsubstantiated.
18    Q     And just to break that down a little bit
19    more, the Berman and Crump 2003 paper working
20    group study was updated substantially in 2007 and
21    2008 and became something known as Bratt and
22    Crump; correct?
23    A.    I'm specifically aware of that.
24    Q     But it was their work which attempted to
25    quantify the difference between the amphiboles and
```

Page 25

```
 1            ARTHUR L. FRANK, M.D., PH.D.
 2    causing mesothelioma and chrysotile and causing
 3    mesothelioma led to a hearing before a science
 4    advisory board at the EPA last summer, 2008;
 5    correct?
 6    A.    Yes.
 7    Q     And did you participate in any way in, and
 8    by "participate any way", did you review the EPA
 9    science advisory board's conclusions about the
10    adequacy of the data to support the Bratt and
11    Crump/Berman and Crump work?
12    A.    I believe I read something about that.  It
13    may have been a summary.
14    Q     Let's mark this as Frank Deposition Nine.
15                  - - -
16          (Exhibit Frank-9 was marked for
17    identification and is attached hereto.)
18                  - - -
19    BY MR. FINCH:
20    Q     Frank-9, can you identify Frank-9, Dr.
21    Frank?
22    A.    It is a November 14, 2008 letter to the
23    administrator of the EPA, Mr. Johnson, with an
24    attachment, which is a report that the committee
25    put together.
```

Page 26

ARTHUR L. FRANK, M.D., PH.D.
1
2  Q    And this is the report that the science
3  advisory board put together when they -- let's
4  back up.  The science advisory board was a
5  collection of experts in lots of different
6  disciplines with the question of being asked of
7  them whether or not the Berman and Crump/Bratt and
8  Crump work was sufficiently valid to make
9  quantitative assessments about the differences
10  between asbestos fiber type and asbestos fiber
11  length in causing mesothelioma and lung cancer; is
12  that correct?
13  A.   That was my understanding.
14  Q    And you've seen this document, Frank-9, or a
15  summary of it before?
16  A.   I think I've seen a summary.  I don't think
17  I've seen the whole document as it is presented to
18  me here.
19  Q    And the committee, the science advisory
20  board committee, generally agreed that the
21  scientific basis as laid out in the technical
22  document referring to Bratt and Crump, in support
23  of the proposed method is weak and inadequate.
24  Did you see that, it's on page two of this
25  document?

Page 27

ARTHUR L. FRANK, M.D., PH.D.
1
2  A.   Yes.
3  Q    And so is it your view that it is
4  scientifically not possible to quantify how much
5  more toxic amphiboles can be than chrysotile, at
6  least at this time, with the data we have?
7  A.   That reflects my own view that I think is
8  unsettled.  I think it is a doable piece of work,
9  but it is not doable given the data that we have
10  so far.
11  Q    Given the data, and by "data," we mean the
12  epidemiological and exposure data about all
13  different types of exposure to asbestos that have
14  been assembled in the scientific community to
15  date, would you say it's impossible to say that
16  amphiboles are X-times more likely to cause
17  mesothelioma than chrysotile?
18  A.   Well, it's obviously not impossible since
19  people have done that, so it is possible to say
20  that.  I don't think the basis for saying it is
21  very good.
22  Q    You don't think there's a good scientific
23  basis for saying that?
24  A.   Correct.
25  Q    If Dr. Whitehouse were to testify that in

Page 28

ARTHUR L. FRANK, M.D., PH.D.
1
2  his opinion amphibole exposures are a hundred
3  times more likely to result in mesothelioma than
4  chrysotile only exposures, you would say there is
5  not a good scientific basis to say that?
6  A.   Well, he can look at the science the way he
7  wants and there is data that would be supportive
8  of that view.  Maybe he decides that he accepts
9  that data.  I've looked at that issue and am not
10  persuaded.  But different scientists will use
11  different ways of looking at the same information.
12  Q    Okay.  So, you would disagree with
13  Dr. Whitehouse, if Dr. Whitehouse's opinion is
14  that amphibole fiber are a hundred times more
15  likely, a hundred times more potent for chrysotile
16  for causing mesothelioma, you would disagree --
17  A.   I personally would disagree with that, but
18  other scientists would certainly agree with him.
19  And some would say that crocidolite is 500 times
20  more potent.  That's what Berman and Crump says or
21  Hodgson and Darden.
22  Q    But just because medical experts disagree
23  about something doesn't mean that one of them is
24  unreasonable and the other one is reasonable?
25  A.   No, it does not necessarily mean that.

Page 29

ARTHUR L. FRANK, M.D., PH.D.
1
2  Q    Do you know Dr. Laura Welch?
3  A.   I do.
4  Q    You have coauthored papers with her; is that
5  correct?
6  A.   I have.
7  Q    One of the papers that you coauthored with
8  her was a paper published in 2007, thereabouts,
9  about the ability of chrysotile to cause
10  mesothelioma?
11  A.   Yes, sir.  And more recently the response to
12  a letter to the editor of that journal, and I know
13  Laura from other settings.  When she did sheet
14  metal work many years ago I was involved with that
15  and we both serve on a research group that looks
16  at DOE workers.
17  Q    Have you come to form a view about her
18  opinions about medical issues, asbestos medical
19  issues?
20  A.   I have.
21  Q    Do you believe her opinions are outside of
22  the medical main stream?
23  A.   There are some of her reviews that I agree
24  with, enough to sign onto an article that she was
25  the chief author.  On the other hand, there are

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

Page 30

```
 1        ARTHUR L. FRANK, M.D., PH.D.
 2   other views that she holds that I disagree with,
 3   and I've had those discussions with her from time
 4   to time.
 5   Q    Do you view her positions on
 6   asbestos-related nonmalignant disease issues as
 7   expressed in the reports she has done in the Grace
 8   case as completely scientifically unsupportive?
 9   A    That's a very general question. I think
10   there would be some aspects that I would agree
11   with and some that I disagree. For example,
12   probably the major disagreement as to do with what
13   you call pleural disease, and we actually had this
14   discussion some months back in Washington in
15   another setting in another context. She does not
16   like the term "pleural asbestosis", where others
17   of us feel that that's a perfectly appropriate
18   view. But I think that's more a semantic issue
19   than it is really a major scientific issue.
20   Q    You certainly wouldn't characterize Dr.
21   Welch's view on asbestos-related medical issues as
22   extremely pro-defendant or not in -- I'll stop
23   there. Extremely pro-asbestos defendant?
24        MR. HEBERLING: Objection;
25   overbroad, compound.
```

Page 31

```
 1        ARTHUR L. FRANK, M.D., PH.D.
 2        THE WITNESS: Well, first of all,
 3   I'm aware that Dr. Welch has been involved with
 4   litigation. I do not know and have never seen a
 5   list of who she has done work for. Most of my
 6   dealings have been such that I would say in many
 7   aspects we would agree. I would say that with
 8   regard to this matter that we're here about
 9   today, I take and have some serious
10   disagreements with her construct about some of
11   the materials that are apparently in question.
12   BY MR. FINCH:
13   Q    You certainly wouldn't suggest that the
14   views that she has expressed on, for example,
15   whether or not you need blunting of the
16   costophrenic angle to call pleural disease a
17   diffuse pleural thickening that that view is a
18   view that is completely unsupported by any medical
19   literature?
20   A    There's medical literature in support of it.
21   There's medical literature that deals with it
22   otherwise. And I take that to be as much as
23   anything else, a semantic issue, not an issue of
24   biology. I mean, what you call something, people
25   call things a lot of different things. There's a
```

Page 32

```
 1        ARTHUR L. FRANK, M.D., PH.D.
 2   lot of names for a lot of medical conditions. It
 3   doesn't mean it is a serious disagreement. It's a
 4   different view or different construct. It's like
 5   how you classify things.
 6   Q    Are you familiar with something called the
 7   CARD Clinic, the Center for Asbestos-Related
 8   Disease?
 9   A    Yes, I am. I have been there on a number of
10   occasions.
11   Q    Would you generally believe that statements
12   they make on their website would be truthful and
13   accurate?
14   A    I've never looked at their website. I would
15   like to think that they are, but I have no basis
16   to comment one way or the other.
17   Q    The CARD Clinic website says, "Zonolite and
18   Monokote are two trade names under which Libby
19   vermiculite products were marketed.
20        There are two overwhelming examples
21   of the extent to which exposures can spread
22   through commercial products. Vermiculate
23   contaminated with Libby amphibole asbestos was
24   used to create Zonolite attic insulation it is
25   estimated to be in thirty million homes.
```

Page 33

```
 1        ARTHUR L. FRANK, M.D., PH.D.
 2        The second is Monokote, which is a
 3   huge fireproofing material. It was used to coat
 4   all the steel beams that were used in the
 5   construction of the World Trade Center Towers in
 6   New York City. You don't have --"
 7   A    I would agree with everything but that
 8   last --
 9        MR. HEBERLING: Just a minute, Nat.
10   I'll object to the Witness being questioned on a
11   document he has not seen and, secondly, it's
12   highly compound. You read quite a bit of it.
13   BY MR. FINCH:
14   Q    Do you have an understanding that Libby
15   amphiboles went into Grace's Monokote product?
16   A    Yes.
17   Q    So, anyone who worked around or worked with
18   Monokote products could be exposed to the Libby
19   amphiboles?
20   A    Yes.
21   Q    And anyone who worked around or worked with
22   Grace's Monokote products that contain Libby
23   vermiculite, to the extent they contracted an
24   asbestos-related disease, I take it that your view
25   would be that the exposure to the Libby asbestos
```

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

Page 34

1       ARTHUR L. FRANK, M.D., PH.D.
2   in the Monokote could be a substantial
3   contributing factor to causing their disease?
4   A.   Along with all their other exposures to
5   asbestos, yes.
6   Q    It's a cumulative exposure that adds to the
7   dose that causes disease?
8   A.   Yes.
9   Q    So you couldn't segregate out one exposure
10  as not being responsible and all the rest as being
11  responsible?
12  A.   Correct.
13  Q    So, would you agree with me, to the extent
14  that there are characteristics of asbestos disease
15  caused by exposure to Libby asbestos, that may be
16  different from what we have seen in the medical
17  literature, it is the exposure to the Libby
18  asbestos that may cause those differences and not
19  the geographic location which the exposure
20  occurred that matters?
21  A.   If I understand the question, you're asking
22  me if I believe that Libby asbestos, as earlier
23  defined, regardless of where the exposure takes
24  place, may, in fact, give rise to some different
25  experiences compared to other types of exposure to

Page 35

1       ARTHUR L. FRANK, M.D., PH.D.
2   other asbestos materials, I would answer yes.
3   Q    So, there's not like some kind of magical
4   shield around Lincoln County, Montana that if
5   people breathed Libby asbestos in Lincoln County,
6   Montana it would cause one set of asbestos
7   diseases, but if they breathe the same Libby
8   asbestos in an expansion plant in Michigan or as a
9   result of working on a construction site and
10  working with Monokote products, it would cause
11  different asbestos diseases?
12  A.   The diseases are the same. There's some
13  significant differences. People who might work
14  with construction materials would be working with
15  a variety of materials themselves or be around
16  others working with other materials and would have
17  a wide range of exposures to asbestos.
18       If one is talking about occupational
19  exposures, we're generally talking about normal
20  workday kind of exposure. But living in Libby is
21  essentially a twenty-four hour, seven day a week
22  exposure, which may be further complicated by
23  working directly with the materials or in some
24  other way, spending part of your time in an
25  occupational setting with exposure. But the

Page 36

1       ARTHUR L. FRANK, M.D., PH.D.
2   diseases aren't different, but the nature of the
3   exposure is certainly different.
4   Q    Well, the diseases that people in Libby
5   suffer are no different than the diseases people
6   outside of Libby suffer; is that correct?
7   A.   It's the same of asbestos-related
8   diseases.
9   Q    And the type of asbestos to the extent that
10  it is Libby amphiboles and people are exposed to
11  the vermiculite in Libby as compared to Libby
12  amphiboles that end up in Grace's commercial
13  construction products, the type of asbestos the
14  people are exposed to is the same?
15  A.   The same asbestos.
16  Q    So, the only thing that would be different
17  between Libby claimants and people who are suing
18  Grace because they were exposed to Monokote may be
19  the amount of asbestos they were exposed to?
20  A.   Or the fact that they have other exposures
21  or that the intensity of the exposure is less and
22  they have a different response. But the basic
23  disease would be essentially the same.
24  Q    Okay.
25  A.   Or the diseases.

Page 37

1       ARTHUR L. FRANK, M.D., PH.D.
2   Q    The diseases would be the same between Libby
3   claimants and other Grace claimants; correct?
4   A.   I mean, we're talking about whatever
5   asbestos-related diseases you can get. The
6   nonmalignant diseases or the various malignancies.
7   So, the diseases are the same.
8   Q    And the type of asbestos that Libby
9   claimants were exposed to would be the same as the
10  type of asbestos that other Grace exposure, at
11  least to the extent you are talking about the
12  Libby amphiboles and Grace's construction
13  products?
14  A.   That's a self-answering question. That's a
15  circular question. To the extent you were exposed
16  to something, you are exposed to it. Libby people
17  much less likely would have exposures to other
18  asbestos materials, whereas others would have
19  had --
20  Q    Exposures to other products?
21  A.   -- a wider variety of products and a variety
22  of other fibers as well.
23  Q    But you couldn't say that people who lived
24  in Lincoln County, Montana are the only people
25  exposed to Libby amphiboles?

Page 38

ARTHUR L. FRANK, M.D., PH.D.
1
2    A.   Certainly not.
3    Q    So, the thing that might make them different
4    would be the cumulative dose of Libby amphiboles
5    they are exposed to as compared to somebody who
6    lived in California, for example?
7    A.   That would be one thing that I would expect
8    would be different.
9    Q    But would you agree with that the a
10   cumulative dose of exposure to Libby amphibole
11   asbestos would depend on the facts and
12   circumstances of each individual person's
13   situation?
14   A.   Yes.
15   Q    So, for somebody who is a hod carrier who
16   works very closely with someone spraying Monokote
17   which contains Libby amphibole, and does that for
18   forty years, that person may have a higher a
19   cumulative dose of exposure to Libby asbestos than
20   someone who had an environmental exposure and
21   lived in Lincoln County for the past twenty years?
22   A.   You would have to have an assessment of each
23   case, but one could conceive of such a
24   circumstance.
25   Q    And so, the thing that -- and you haven't

Page 39

ARTHUR L. FRANK, M.D., PH.D.
1
2    done that assessment here, you haven't compared
3    the exposures of the people that live in Libby to
4    the Libby amphibole asbestos as compared to a
5    quantitative basis to the exposures of any of the
6    other hundred thousand other people that are
7    exposed to Grace's Libby asbestos-containing
8    commercial products?
9    A.   I have not done that in this case, nor have
10   I done that in any case I've been involved with.
11   Q    And it's probably not even possible to do
12   that; would you agree?
13   A.   Not accurately.
14   Q    Let's mark this as the next exhibit.
15        - - -
16        (Exhibit Frank-10 was marked for
17   identification and is attached hereto.)
18        - - -
19   BY MR. FINCH:
20   Q    Dr. Frank, do you have Frank-10 in front of
21   you?
22   A.   I do.
23   Q    Have you ever seen this document before?
24   A.   I believe not.
25   Q    Is this something that Dr. Welch cited in

Page 40

ARTHUR L. FRANK, M.D., PH.D.
1
2    one of her reports.  This is an ATSDR analysis of
3    people who lived around expansion plants around
4    the country that would have received unprocessed
5    vermiculite concentrate from Libby.  You haven't
6    done any analysis to analyze this ATSDR study, I
7    take it, if you've never seen it before?
8    A.   Correct.
9    Q    Let me see if I understand correctly what
10   you have personally done with respect to the Libby
11   patient cohort.  And why don't we get some
12   definitions out of the way.
13   A.   Yes, let's get some definitions.  What do
14   you mean by "Libby patient cohort"?
15   Q    Would you agree with me that there are a
16   group of people who lived in Lincoln County,
17   Montana, or worked in Lincoln County, Montana who
18   may or likely probably were exposed to Libby
19   asbestos?
20   A.   Yes.
21   Q    And I have seen in Dr. Whitehouse's report
22   references to some of the papers Libby claimants
23   filed in their brief that the population of people
24   in Lincoln County is around 9,500 people.  Is that
25   your understanding?

Page 41

ARTHUR L. FRANK, M.D., PH.D.
1
2    A.   That's roughly the figure I have.  9,300 I
3    think is what I recall.
4    Q    So, if we were to call that the Libby
5    asbestos exposed cohort --
6    A.   Well, except people moved in and out.  But
7    basically there are people who lived there and
8    have lived there on a regular basis for a long
9    period of time that would be some subset of that
10   number, but somewhere in that neighborhood.
11   Q    Well, you could be a subset or it could be
12   bigger; I mean, the 9,500 is how many people lived
13   there, but it could be people who lived there and
14   either they died or they moved away, so it could
15   be bigger?
16   A.   Right.
17   Q    So, a rough order of magnitude, there's
18   9,500 people that were or could have been exposed
19   to Libby asbestos?
20   A.   At least that number, yes.
21   Q    At least that number.  So why don't we call
22   that the Libby asbestos exposed cohort?
23   A.   You can call it anything you want.  It's not
24   the term I would choose to use for that, but,
25   okay.

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

Page 46

ARTHUR L. FRANK, M.D., PH.D.
1
2   A.   A large overlap, but not a complete overlap.
3   Q   Of the 1,800 people that are patients of the
4   CARD Clinic, how many of them have you generally
5   examined?
6   A.   Personally examined by doing a hands-on
7   exam?
8   Q   Yes.
9   A.   I've talked to one individual personally.
10  Q   And how many people's x-rays have you
11  reviewed?
12  A.   Probably between hundred and 125, something
13  like that.
14  Q   And how many people's pulmonary function
15  tests have you reviewed of that 1,800 people?
16  A.   Some subset of that.  A relatively small
17  percentage.
18  Q   Some subset of the 1,800 or some subset
19  of --
20  A.   No, of the 125 or so.
21  Q   So, of the 1,800 of the CARD Clinic patient
22  cohort, you've looked at x-rays or CT scans of no
23  more than 150 of them?
24  A.   That would probably be a fair statement.
25  Q   And you've looked at pulmonary function

Page 47

ARTHUR L. FRANK, M.D., PH.D.
1
2   tests of no more than twenty-five?
3   A.   Something like that, twenty-five, thirty,
4   forty.  I don't know.
5   Q   And approximately how much time have you
6   spent in the past year either looking at x-rays or
7   writing a report or doing anything connected with
8   the testimony you're expected to give in the Grace
9   case?
10  A.   In the last year?
11  Q   Let's break it down.  How about in the past
12  month?
13  A.   The past month it would be several hours
14  reading some of these materials.  But I'm just
15  trying to think, in the last year it would
16  probably be around twenty to thirty hours.
17  Actually, maybe a bit more.
18  Q   Fifty hours tops?
19  A.   Not more than that.
20
21            (Exhibit Frank-11 was marked for
22  identification and is attached hereto.)
23            - - -
24  BY MR. FINCH:
25  Q   Dr. Frank, have you ever reviewed the W.R.

Page 48

ARTHUR L. FRANK, M.D., PH.D.
1
2   Grace bankruptcy trust distribution procedures for
3   the settlement of asbestos personal injury claims?
4   A.   No, sir.  I mean, as I look at this, I've
5   seen pieces of it.  I have not seen the whole
6   document.
7   Q   You've seen pieces of it and you are aware
8   that Dr. Whitehouse has opinions about certain
9   aspects of the Grace trust distribution
10  procedures --
11  A.   As do I.
12  Q   As do you -- medical and exposure criteria;
13  correct?
14  A.   Right.
15  Q   And for purposes of -- we keep calling these
16  colloquially TDP.  Have you ever been asked to
17  design medical exposure criteria for an asbestos
18  bankruptcy trust to evaluate and, if the trust
19  determines, appropriate to offer a settlement to
20  resolve personal injury claims?
21  A.   No.
22  Q   Have you ever been asked to design claims
23  evaluations and settlement procedures for any kind
24  of asbestos-related disease payment vehicle beyond
25  a trust?

Page 49

ARTHUR L. FRANK, M.D., PH.D.
1
2   A.   No.
3   Q   So, you haven't been asked to create those
4   criteria for any kind of company that has asbestos
5   liabilities?
6   A.   No.
7   Q   Or a workers' compensation board?
8   A.   No.
9   Q   Or a Federally administered asbestos disease
10  evaluation and payment fund?
11  A.   No.
12  Q   Prior to this case -- I think I might have
13  asked you this, but prior to this case have you
14  ever reviewed medical and exposure criteria for a
15  bankruptcy trust?
16  A.   Other than this one, no.  What I did review
17  was the criteria under the asbestos bill that has
18  been pending in Congress.
19  Q   The so-called Fair Act that was --
20  A.   The very unfair Fair Act, yes.
21  Q   I would agree with that.  But the so-called
22  Fair Act that was proposed in various points in
23  time during 2002 and 2006 that ultimately was not
24  enacted?
25  A.   Correct.

Page 78

1       ARTHUR L. FRANK, M.D., PH.D.
2  asbestos exposure?
3  A.  I would say a minimum of six months, which
4  is what it says.
5  Q   Right.  A minimum of six months is too
6  restrictive or it's too difficult to meet;
7  correct?
8  A.  Correct.
9  Q   And that's true for Libby claimants as well
10  as people outside of Libby?
11  A.  Anything we're going to talk about with
12  regard to criteria probably are not going to be
13  different for who it is.  I mean, if you're
14  talking about the science, it's the same science.
15  Q   So, now we are looking at nonmalignant
16  disease criteria, so I didn't ask you whether or
17  not you have an opinion about whether the duration
18  of exposure criteria for the nonmalignant disease
19  is appropriate or not?
20  A.  You did not.
21  Q   What is your opinion about whether the
22  duration of exposure criteria for the nonmalignant
23  disease is medically reasonable or not for
24  purposes of the Asbestos Pleural Disease Level II?
25  A.  I think the requirement that there be five

Page 79

1       ARTHUR L. FRANK, M.D., PH.D.
2  years of occupational exposure is unreasonable.  I
3  do not think it is unreasonable to say that there
4  is some threshold and that some judgement should
5  be made about adequacy of exposure.  The problem
6  with the threshold issue is there is no number I
7  can give you, and if you look at the literature
8  the numbers vary by orders of magnitude as to what
9  that number is.  But it is not unreasonable to
10  have some minimal time of exposure to develop --
11  Q   An asbestos-related nonmalignant disease?
12  A.  -- nonmalignant disease.  Now, the five year
13  requirement for occupational exposure is
14  unreasonable.
15  Q   Okay.
16  A.  And if you go to the scientific literature,
17  Selikoff, for example, has papers on short-term
18  exposure and the subsequent development of
19  disease, and even six months of exposure in an
20  occupational setting can give you disease.
21  If we had some good number that we
22  can go by we could use that, but there is no such
23  good number.  So, again, some judgement is
24  appropriate, but I would disagree with the five
25  years of occupational exposure.

Page 80

1       ARTHUR L. FRANK, M.D., PH.D.
2  Q   If the five years of occupational exposure
3  doesn't apply to the Libby claimants, would you
4  agree with me that six months of exposure to the
5  Libby asbestos is a reasonable judgement as to a
6  threshold amount, if you will, since you could
7  attribute a nonmalignant disease to exposure to
8  asbestos?
9  A.  It is a matter for which there would be no
10  scientific basis.  It is probably not
11  unreasonable.
12  Q   So, to the extent Dr. Welsh and others hold
13  the view that for the nonmalignant disease
14  categories, and that would be category Level IV,
15  severe asbestosis or severe pleural disease, or
16  asbestosis pleural disease Level III and then the
17  asbestos pleural disease Level II, a six month
18  exposure to asbestos requirement for those
19  diseases is at least not unreasonable?
20  A.  I would put it to this way, the idea of some
21  threshold is not unreasonable.  So, for example,
22  someone who spends a day in Libby and has
23  subsequently been shown to develop nonmalignant
24  disease, I would say that that would not be a
25  reasonable relationship unless there were other

Page 81

1       ARTHUR L. FRANK, M.D., PH.D.
2  exposures to asbestos and in other settings and
3  then you would have on say that one day is
4  contributed to whatever.  What might be different,
5  and, again, there is no science that will support
6  this in a scientifically supportable way, is that
7  we don't really know given the Libby asbestos
8  material, which is, in fact, a one fiber, one
9  component of which is well-known, which is
10  tremolite, but the other fibers the whip winchite
11  and richterite, there is no scientific knowledge
12  about those and that what I would say, and this is
13  -- you know, again, there's different ways to
14  handle this.  One might say if someone had even
15  four months exposure, let's say they lived in
16  Libby for four months, subsequently were shown to
17  have pleural disease, then I would have a higher
18  order review to document if they did or did not
19  have in any documentable exposure to asbestos in
20  any other setting; did they work with asbestos,
21  did they live near a shipyard, did they live near
22  another asbestos producing facility, et cetera, et
23  cetera.  And that if one could document that the
24  only known exposure was being in Libby, because we
25  don't have good science, it might be four months

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

---

Page 82

1          ARTHUR L. FRANK, M.D., PH.D.
2    might be enough anyway, but you could reasonably
3    set some minimal number to go by, and six months,
4    for example, would not be unreasonable, and that's
5    just a judgement, there's no science that says
6    that, but that's not an unreasonable judgement,
7    but allowing for the fact that there may be
8    individual cases, those might go to individual
9    review that if somebody had nonmalignant disease
10   with no other exposure except something less than
11   six months in Libby, could it be attributed to
12   Libby.
13   Q    So, if you assume that the vast majority of
14   people in the Libby claimant population, and I
15   don't mean people who have sued or otherwise would
16   sue W.R. Grace and they live in or around Libby,
17   Montana, have at least six months exposure to
18   asbestos, if the six month exposure criteria is
19   reasonable as to them?
20   A    I would think that reasonable.
21   Q    And as to other Grace claimants with a six
22   month exposure criteria to attribute a
23   nonmalignant asbestos disease to Grace would be a
24   reasonable thing?
25   A    If it's reasonable for one, it should be

---

Page 83

1          ARTHUR L. FRANK, M.D., PH.D.
2    reasonable for somebody else, too.
3    Q    So, that would cover the exposure criteria
4    for all the nonmalignant diseases; because would
5    you agree with me that the exposure criteria for
6    all the nonmalignant diseases is the same?
7    A    Well, they all talk about six months Grace
8    exposure.  They don't all talk about the five
9    years of occupational exposure.
10   Q    Well, they all have the six month Grace
11   exposure?
12   A    Right.
13   Q    And --
14   A    But they don't all have the five year.
15   Q    Right.  Category two and one don't have the
16   five years; correct?
17   A    No.  Category four and three don't have the
18   five years.  Only category two has the five years.
19   Q    For the Asbestosis Pleural Disease Level
20   III, there's also a lung function criteria;
21   correct?
22   A    Correct.
23   Q    What, if any, criticism do you have of the
24   lung function criteria for the Asbestosis Pleural
25   Disease Level III?

---

Page 84

1          ARTHUR L. FRANK, M.D., PH.D.
2    A    I think the total lung capacity less than
3    eighty percent is reasonable, an FVC less than
4    eighty and the requirement that the ratio being
5    greater than or equal to sixty-five is probably
6    not supportable.  There's no scientific basis to
7    say that that's a requirement that one should
8    have.
9    Q    What is DLCO, D-L-C-O?
10   A    Diffusion capacity.
11   Q    How, if at all, does being a smoker or
12   former smoker impact DLCO?
13   A    It depends.  It may impact it not at all.
14   It may impact it if you have severe emphysema.
15   That would be the only thing that I could relate.
16   The DLCO isn't even listed here.  You know, that's
17   one of the things -- you know, it's funny, the
18   tests that are being used are all ones that are,
19   to a certain extent, and people have argued, they
20   are manipulable by the individual.  You could work
21   harder or not harder.  You could have -- you can
22   make the numbers change.  Something like the DLCO,
23   you have no ability to change that, and yet that's
24   not one of the criteria.
25   Q    One of your criticisms in your report

---

Page 85

1          ARTHUR L. FRANK, M.D., PH.D.
2    relates to the fact that DLCO, by itself, is not
3    something that could be used to qualify for the
4    TDP criteria, the requirement impairment?
5    A    Can you show that to me?  Or what page are
6    you talking about where that is what it says?
7    Q    Actually, I'll withdraw the question.
8    Frank-4 is your rebuttal to Dr. Welch's report?
9    A    Yes.
10   Q    Do you see that?
11   A    I do.
12   Q    On page two of this you write that you're
13   citing to the Whitehouse 2004 paper.  In his
14   paper, Whitehouse describes that in his opinion
15   the majority of the 1,500 people who have
16   radiologic changes of asbestos exposure are at an
17   increased risk for a progressive loss of lung
18   function from pleural changes alone or from
19   potential future development of interstitial
20   fibrosis.  Do agree with that?
21   A    Yes, I do.
22   Q    Can you quantify that increased risk?
23   A    No.  You know, in the future we can go back
24   and look and see what the rate was, but there's no
25   way to predict what that will be, and it's going

---

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

Page 114

1          ARTHUR L. FRANK, M.D., PH.D.
2      A.    Thousands.
3      Q    That's an overwhelming number of
4      depositions; right?
5      A.    People can disagree on that.
6      Q    Are you going to quibble with me about that
7      or would you just -- that's an easy one.
8      Overwhelming number of depositions.
9      A.    Compared to what most physicians do, that's
10     an overwhelming number.
11     Q    It probably sets a record, in fact.  Is
12     there any other expert that you know who has
13     testified in depositions as much as you have?
14     A.    I don't keep track of how many times
15     people --
16     Q    Are you aware of one?
17     A.    I've never looked into the issue.
18     Q    I didn't ask you that.  I asked, are you
19     aware of one?
20     A.    No, I'm not.
21     Q    Thank you.  So, if you go back now to the
22     disagreements that you have with Dr. Welch in this
23     case, you would recognize that she is an expert in
24     your field; correct?
25     A.    She is someone who is experienced in this

Page 115

1          ARTHUR L. FRANK, M.D., PH.D.
2      field.  Expert, again, is a designation I take by
3      the court.
4      Q    I've heard that.  I don't buy that.
5      A.    What do you mean?  You can buy it or not.
6      She has expertise beyond what most physicians do
7      about this topic.
8      Q    And on that basis, would you consider her,
9      in your own view, Dr. Frank, to be an expert?  I'm
10     just asking for your scientific view of her as an
11     expert?
12     A.    I don't use the term "expert".  I really
13     have segregated that in my mind to what court's
14     do.  Does she have a special experience and
15     expertise and do I value what she says?  Certainly
16     more than I would for other physicians and in most
17     --
18     Q    Dr. Frank -- I'm sorry.
19     A.    And in most ways I have agreed with her
20     enough of an agreement to sign onto a paper that
21     she was the senior author of.  That doesn't mean
22     we agree about everything.
23     Q    The issue is not whether -- I know that,
24     that's where I'm going.  Obviously you don't agree
25     with Dr. Welch about everything; right?

Page 116

1          ARTHUR L. FRANK, M.D., PH.D.
2      A.    Correct.
3      Q    And no one would expect that you would;
4      right?
5      A.    I don't know.  Some people might.
6      Q    All right.  Mr. Heberling, he agrees with
7      every word that you speak; right?
8          MR. HEBERLING:  Objection.
9          THE WITNESS:  I doubt that.
10         MR. HEBERLING:  Argumentative.
11         MR. BERNICK:  Well, of course it's
12     argumentative.  Cross-examinations are always
13     argumentative, Mr. Heberling.
14         MR. HEBERLING:  Depositions need
15     not be excessively argumentative.
16         MR. BERNICK:  Well, I don't think I
17     was being excessively argumentative.
18     BY MR. BERNICK:
19     Q    Dr. Frank, do you consider yourself to be an
20     expert?
21     A.    No, I do not.  I'm someone who has a certain
22     expertise and has spent forty years of his
23     professional career studying the subject of
24     asbestos.  I do not call myself an expert.
25     Q    You've never called yourself an expert in

Page 117

1          ARTHUR L. FRANK, M.D., PH.D.
2      any context outside of court?
3      A.    No.
4      Q    Is my statement accurate?
5      A.    I have never called myself an expert in
6      anything.
7      Q    Outside of court?
8      A.    Outside of court, I don't believe so.  Not
9      that I can recall.
10     Q    You are certainly aware that a lot people in
11     lay terms talk about somebody being an expert;
12     correct?
13     A.    Absolutely.
14     Q    You also are aware that there are many,
15     many, many, many scientists who from their own
16     point of view as scientists talk about themselves
17     as being experts; correct?
18     A.    I'm not one of them.
19     Q    I didn't ask you that.
20     A.    There are such individuals.
21     Q    There are many such individuals; correct?
22     A.    I've never done a study as to how many do
23     that.
24     Q    You can't make any statement about whether
25     there's a lot of those people out there?

Page 118

ARTHUR L. FRANK, M.D., PH.D.

1
2  A.   Frankly, most scientists do not call
3  themselves an expert.
4  Q    Well, in point of fact, there are ways of
5  qualifying as having expertise in given fields
6  scientifically; correct?
7  A.   Yes.
8  Q    A, they have an education that's
9  appropriate; right?
10  A.   True, or board certification or advanced
11  training or series of publications, or whatever.
12  Q    Right.  There are lots and lots of things
13  that scientifically can give rise to the
14  scientific notion that somebody is an expert in a
15  certain field; correct?
16  A.   Yes.
17  Q    And based upon those different things, do
18  you consider yourself to be an expert in your
19  field?
20  A.   I am someone who has a certain expertise and
21  experience and a lot of knowledge, but I would not
22  use the term "expert" to describe myself.
23  Q    I didn't ask you that.
24  A.   Others are very likely to call me an expert.
25  Q    And that's something that's not surprising

Page 119

ARTHUR L. FRANK, M.D., PH.D.

1
2  because there are, in fact, conventions, rules,
3  expectations in the scientific community on the
4  basis of which people refer to one another as
5  being experts or not being experts; fair?
6  A.   I would generally agree with that statement.
7  Q    Now, based upon those same conventions of
8  your particular field, do you regard Dr. Welch as
9  being an expert in your field?
10  A.   Dr. Welch has far more expertise and
11  experience in this area, and if one wants to use a
12  lay term that is commonly used, one could use the
13  term "expert", but it is not one I would choose to
14  use to describe others of my colleagues.
15  Q    You wouldn't describe any of your colleagues
16  as being experts because you described yourself as
17  being an expert; correct?
18  A.   That's right.
19  Q    But I'm saying, if you followed the
20  conventions that scientists in your area use when
21  they refer to somebody as being an expert or not,
22  would you agree that Dr. Welch, following those
23  conventions, is an expert in your field?
24  A.   If one followed those conventions, it is
25  likely she would be called an expert.

Page 120

ARTHUR L. FRANK, M.D., PH.D.

1
2  Q    Now, so we have a situation where -- and you
3  would, again following those same conventions, you
4  would be called an expert, too; correct?
5  A.   I would expect that would be the case.
6  Q    And would you agree with me, we now have a
7  situation where we have two different scientists,
8  both of whom would be called experts based upon
9  scientific convention who in this particular
10  situation with these particular issues that we
11  have before us disagree about whether something
12  has a reasonable scientific basis; correct?
13  A.   So it seems.
14  Q    Now, is there any scientific criteria on the
15  basis of which any well-established convention of
16  science that says that you are right and she is
17  wrong in making these fundamental judgements?
18  A.   Science doesn't work that way.
19  Q    So, if we now go to another question,
20  another series of terms that you've used, you said
21  something is reasonable for nonscientific reasons.
22  Do you remember saying that?
23  A.   I don't specifically recall the context of
24  that.  If you put down that I said it, there's
25  probably a context in which I said it.  At the

Page 121

ARTHUR L. FRANK, M.D., PH.D.

1
2  moment, I don't recall that.
3  Q    But what is the test for something that's
4  reasonable for nonscientific reasons?
5  A.   I'll go back to my painted car analogy.
6  What is reasonable to different people or
7  different car owners will vary depending on
8  whatever sense they bring to it.  Somebody will
9  accept a paint job that somebody else might not.
10  Q    Well, what's the test?  I mean, you just
11  stated that people have different opinions.  We
12  know we have different opinions --
13  A.   The test is whatever people bring to that
14  issue.
15  Q    So, it's purely subjective?
16  A.   In some cases it's subjective.  On the other
17  hand you could actually go measure as to what
18  percentage of the car was properly painted and if
19  the contract says we will paint your car to within
20  ninety-eight percent of covering all of the
21  surface of the car, then you can do an actual
22  measurement.
23  Q    Well, there you would have a legal notion,
24  which is what's in the contract and then you would
25  have a scientific methodology that's used to apply

Page 146

1            ARTHUR L. FRANK, M.D., PH.D.
2    longer and older literature.
3    **Q    Okay.  Okay.**
4    A.    You know, that's why I was confused.
5    There's a lot longer and older literature than
6    that.
7    **Q    Dori was a flower child back at that point**
8    **in time.  No, Dori is much to young to have been a**
9    **flower child, but you were a flower child; right?**
10   A.    Probably.  On a given day, yes.
11   **Q    It's considered fashionable then and now,**
12   **but back in -- I'll rephrase my question.  Is it**
13   **true that the scientific literature defined a**
14   **diagnostic entity called diffuse pleural**
15   **thickening at least as of the 1970's and without**
16   **relationship to Libby, Montana?**
17   A.    Yes.
18   **Q    And would you agree with me by the 1970's it**
19   **was a well-established diagnostic entity?**
20   A.    I have not researched or studied the
21   specific use of that term, but certainly pleural
22   disease caused by asbestos, by whatever name it
23   went, had various descriptions and that would have
24   been one characterization of the pleural disease
25   you got from asbestos.

Page 147

1            ARTHUR L. FRANK, M.D., PH.D.
2    **Q    Well, for purposes of this case or at any**
3    **other time, have you actually gone back and done a**
4    **literature search to determine what the literature**
5    **has to say about diffuse pleural thickening?**
6    A.    Not that term.  I have studied the issue of
7    what one should call pleural disease caused by
8    asbestos, and descriptive changes one could say
9    include both what is now called diffuse pleural
10   thickening or circumscribed or discrete pleural
11   thickening or pleural plaquing.  But the older
12   literature, and I have gone back and read that,
13   did not make that specific distinction.  When that
14   distinction was first made, I don't know, but it
15   was certainly relatively recently.
16   **Q    That distinction is well-recognized in the**
17   **scientific literature today; that is, the**
18   **distinction between diffuse pleural thickening and**
19   **circumscribed pleural plaques; correct?**
20   A.    It is recognized as being different, but the
21   definition of what accounts for either of those is
22   not necessarily consistent.
23   **Q    We'll get to that definition in a minute.**
24   **Would you agree with me that today diffuse pleural**
25   **thickening is recognized as a distinct diagnostic**

Page 148

1            **ARTHUR L. FRANK, M.D., PH.D.**
2    **entity in the scientific literature?**
3    A.    Distinct from what?
4    **Q    Distinct from other forms of pleural**
5    **disease?**
6    A.    Yes.
7    **Q    And it is diffuse pleural thickening that is**
8    **the target or focal point for Level IV B; correct?**
9    A.    Yes.
10   **Q    Now, let me ask you a little bit about**
11   **diffuse pleural thickening, then.  Diffuse pleural**
12   **thickening can involve, I think you've made**
13   **mention, in fact, that the pleura actually has**
14   **different parts to it anatomically?**
15   A.    I have not.  We haven't discussed that, but
16   I would if so asked.  There's the visceral pleura
17   and the parietal pleura.
18   **Q    I thought you had referred to that for sure,**
19   **but --**
20   A.    No, I have not.
21   **Q    I'm probably confusing you with a less able**
22   **witness that I have asked the same questions of.**
23   A.    Or many of the other thousand doctors that
24   you have taken depositions from.
25   **Q    No, to the contrary.  I have not taken a**

Page 149

1            **ARTHUR L. FRANK, M.D., PH.D.**
2    **thousand depositions of doctors.  I don't think**
3    **I've taken a thousand depositions.  I'm not nearly**
4    **as experienced in that area as you are.  So, the**
5    **parietal pleura is what portion of the pleura?**
6    A.    That that would line the inside of the chest
7    wall.
8    **Q    And the visceral pleura is what part of the**
9    **pleura?**
10   A.    The pleura overlying the lung parenchyma.
11   **Q    And those are distinct anatomical features**
12   **of the human body; correct?**
13   A.    Yes.
14   **Q    And is it true that the literature**
15   **distinguishes, scientific literature distinguishes**
16   **diffuse pleural thickening of the parietal pleura**
17   **from diffuse pleural thickening that also involves**
18   **the visceral pleura; correct?**
19   A.    I have not studied that particular issue.
20   I'm sure they have been discussed in separate
21   terms.  I recall reading some people talk about
22   the parietal pleura and some about the visceral
23   pleura, but I have not studied the use of
24   terminology with regard to that.
25   **Q    Well, is there a difference between diffuse**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

Page 150

ARTHUR L. FRANK, M.D., PH.D.

1
2 pleural thickening involving the parietal pleura
3 only versus just diffuse pleural thickening
4 involving both the parietal pleura and the
5 visceral pleura?
6 A.    There are some things that are the same and
7 there are some things that are different.  What's
8 the same is that they are caused by the cell type
9 laying down the same collagenous material.  What's
10 different is they are anatomically in two
11 different places.
12 Q    Well, but they are not only anatomically in
13 two different places, there are different types of
14 diffuse pleural thickening; aren't they?
15 A.    No, it's the same collagen being laying down
16 by fibroblast.  It's the same in that sense, it's
17 just that it's in different places.  There is
18 nothing structurally different about the
19 thickening in the parietal or visceral pleuras.
20 Q    Are you testifying that as an expert based
21 upon your actual review of the scientific
22 literature?
23 A.    I'm testifying to the extent that I have not
24 studied the terminology.  I'm not a pathologist.
25 I'm not an anatomist.  That would be my

Page 151

ARTHUR L. FRANK, M.D., PH.D.

1
2 understanding from what I've read.
3 Q    I am just asking kind of pretty candidly,
4 have you actually focused on what the literature
5 has to say --
6 A.    I've already said no.  I'm sorry.
7 Q    What the literature has to say about the
8 differences, if any, between diffuse pleural
9 thickening involving the parietal pleura only
10 versus diffuse pleural thickening involving also
11 the visceral pleura?
12 A.    I have not focused on that in my review of
13 the scientific literature.
14 Q    Thank you.  Now, are you familiar with the
15 difference between -- are you familiar that
16 certain kinds of diffuse pleural thickening
17 involved overlapping pleural plaques?
18 A.    I am not sure what you mean by overlapping
19 pleural plaques.
20 Q    I guess, then, that you wouldn't be familiar
21 with diffuse pleural thickening involving
22 overlapping pleural plaques?
23 A.    I guess not.  I don't understand the term.
24 I've never seen the term "overlapping pleural
25 plaques".

Page 152

ARTHUR L. FRANK, M.D., PH.D.

1
2 Q    Well, are you familiar that diffuse pleural
3 thickening actually can involve different
4 presentations of the tissue?
5 A.    Yes.
6 Q    And pleural plaques are the distinct
7 appearance of pleural tissue; correct?
8 A.    Yes, and they may or may not be calcified.
9 Q    And they may or may not be calcified.  But
10 do you know whether there's a certain kind of
11 diffuse pleural thickening that involves the
12 appearance of overlapping pleural plaques?
13 A.    I'm not aware.  As I said, I've never seen
14 that term.
15 Q    Do pleural plaques involve the parietal
16 pleura, the visceral pleura or both?
17 A.    It can be either.
18 Q    I'm sorry?
19 A.    It can be either or both.
20 Q    Well, is there any difference in frequency
21 with which --
22 A.    I have not studied that.  I don't know.
23 Q    I'm sorry; let me just finish so that the
24 record is clear.  Do you know, are you aware of
25 the frequency with which pleural plaques can

Page 153

ARTHUR L. FRANK, M.D., PH.D.

1
2 involve the parietal pleura or the visceral
3 pleura?
4 A.    I do not know.
5 Q    Are you familiar with the term blunting of
6 the costophrenic angle?
7 A.    Yes.
8 Q    What is blunting of the costophrenic angle?
9 A.    It's when fibrotic changes occur in not that
10 part of the sulcus where the diaphragm and the
11 side wall of the chest meet.
12 Q    Does the pleura extend down into the
13 costophrenic angle?
14 A.    Yes.
15 Q    So, when we talk about blunting of the
16 costophrenic angle, is that blunting of the pleura
17 at the costophrenic angle?
18 A.    It can be, or it can be a collection of
19 fluid.
20 Q    Are you familiar with what the literature
21 says about the blunting of the costophrenic angle
22 in connection with diffuse pleural thickening?  Do
23 you understand the --
24 A.    Not really.  One of the definitions of
25 diffuse pleural thickening requires a blunting of

PP

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

Page 158

1          ARTHUR L. FRANK, M.D., PH.D.
2    to respond to the plaquing process, not knowing
3    what you meant by that.
4        Q    Well, I could be precise.  First of all, are
5    you aware of any scientific literature that says
6    that the fibrotic process giving rise to plaques
7    can cause blunting of the costophrenic angle of
8    the pleura?
9        A    I don't recall what's in the literature, but
10    I've certainly seen such cases clinically.
11        Q    So, without any evidence of benign pleural
12    effusion, you've seen cases -- are these personal
13    cases you've seen not reported in the literature
14    or you just don't know?
15        A    Well, certainly it's cases I've seen.  We've
16    seen all kinds of things at Sinai.
17        Q    Well, I'm talking about very specific --
18        A    You're being very specific, and I will tell
19    you that if you're asking me to give answers about
20    the specificity of this particular entity and its
21    pathologic and anatomic roots, this is not a
22    subject that I have particularly studied.  This is
23    the second or third time I've said this now.  So,
24    I'm giving you the answer based on my experience.
25    But if you're asking me about the scientific

Page 159

1          ARTHUR L. FRANK, M.D., PH.D.
2    literature, I do not recall what the scientific
3    literature says specifically about that subject.
4        Q    And just to be clear, that subject is the
5    cause of diffuse pleural thickening involving
6    blunting of the costophrenic angle?
7        A    In the absence of a benign asbestotic
8    pleural effusion; correct.
9        Q    Have you looked at the literature to see, or
10    do you know, whether the confluence of pleural
11    plaques can affect the visceral pleura?
12        A    I don't understand the phrase "the
13    confluence of pleural plaques".  You asked me
14    about overlapping plaques.  Now you're asking me
15    about confluence of plaques.  Those are not terms
16    I'm familiar with.
17        Q    Is it true that not all diffuse pleural
18    thickening is associated with severe impairment?
19        A    The simple answer is yes, and the simple
20    answer beyond that is there is very poor
21    correlation with radiologic appearance and
22    pulmonary function, if you want to use the term
23    "severe" or "disabling" in terms of someone's
24    pulmonary function status.
25        Q    But you would agree with me, to the general

Page 160

1          ARTHUR L. FRANK, M.D., PH.D.
2    proposition, that not all diffuse pleural
3    thickening is associated with severe impairment?
4        A    And conversely, what would be considered
5    very mild or minimal kinds of disease can be
6    associated with severe disabling changes, none of
7    which is reflected here in the document.
8        Q    I didn't ask you about what was reflected in
9    the document.  We're going to get to the document,
10    let me assure you.  I just trying to find out
11    about the science first.
12        A    Well, the science is, what you said is
13    correct and the converse is correct.
14        Q    Is it also true that, I'm assuming that it
15    is by virtue of your prior answer, that the
16    relationship between diffuse pleural thickening
17    and impairment has been studied by scientists?
18        A    Mr. Finch and I reviewed the Lillis article,
19    for example, which studied that very question.
20        Q    And Lillis is not alone; correct?  There are
21    other people that have done research on the same
22    subject?
23        A    Yes.
24        Q    Have you done a review of the literature to
25    study the different studies or different articles

Page 161

1          ARTHUR L. FRANK, M.D., PH.D.
2    that have been published on the relationship
3    between diffuse pleural thickening and impairment?
4        A    Not specifically, no.
5        Q    Is it true that studying that relationship
6    is a complicated process?
7        A    Studying most relationships in science is a
8    complicated process, and this one is, too.
9        Q    And the complications that are involved in
10    determining the relationship between diffuse
11    pleural thickening and impairment include the fact
12    that there are other causes of lung impairment;
13    right?
14        A    There's many causes of lung impairment.
15        Q    Including smoking, obviously?
16        A    Yes.
17        Q    And that if you want to look at diffuse
18    pleural thickening in particular, diffuse pleural
19    thickening is not the only asbestos-related
20    disease that can impair the functioning of the
21    lung; correct?
22        A    Correct.
23        Q    Obviously, you have parenchymal fibrosis as
24    well?
25        A    Yes.

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

Page 162

ARTHUR L. FRANK, M.D., PH.D.

1
2  Q    Is the research also complicated by the fact
3  that you need to have reliable radiographic
4  readings?
5  A.   I'm not sure I understand the question.  I
6  mean, any time you're going to do a scientific
7  study you need to have reliable assessment of what
8  the radiographs look like.
9  Q    Right.  And what I'm really kind of getting
10 at, isn't it true that when it comes to diffuse
11 pleural thickening in particular that quality of
12 the radiographic assessments has not always been
13 very strong; correct?
14 A.   The quality of radiograph assessments for
15 asbestos disease in general has not always been
16 very strong.
17 Q    You're right.  I deserve that.  Is it also
18 true that diffuse pleural thickening is actually
19 more rare than other forms of asbestosis?
20 A.   Yes.
21 Q    Now --
22 A.   It is less common.
23 Q    Less common.
24 A.   Or more rare.
25 Q    Isn't it true that there is no scientific

Page 163

ARTHUR L. FRANK, M.D., PH.D.

1
2  literature, none, demonstrating that diffuse
3  pleural thickening involving the parietal pleura
4  alone is associated with severe lung impairment?
5  A.   I have never studied that.  I do not know
6  one way or the other.
7  Q    Did you study the McCloud paper?
8  A.   I have.
9  Q    Well, are you familiar with it today so you
10 can speak to it as an expert?
11 A.   If you have a copy of it, it will refresh my
12 memory.
13 Q    I'm just asking do you know what McCloud
14 studied?
15 A.   He was looking at -- I forget the details of
16 it, so I would rather have a copy to look at
17 before I comment.
18 Q    Well, what studies do you know about the
19 relationship between diffuse pleural thickening
20 and severe impairment, that is to say --
21 A.   I'm not sure studies look at -- no study
22 that I'm aware of looked at the level -- was
23 designed to study only one level of impairment.
24 The Lillis paper was not designed to study just
25 severe impairment.

Page 164

ARTHUR L. FRANK, M.D., PH.D.

1
2  Q    I understand that, but certainly --
3  A.   I'm not aware of any paper that was designed
4  to look at just severe impairment.  That was the
5  nature of the question.
6  Q    Then I'll be clearer about my question.  Are
7  you aware of any studies that have included the
8  assessment of whether diffuse pleural thickening
9  results in severe impairment or is associated with
10 it?
11 A.   I'm sure I've read things that says that,
12 yes, they can be associated.  I can't give you the
13 citations for it at the moment.
14 Q    I just want the science.  Based upon the
15 scientific literature, under what --
16 A.   Well, there's another problem that we have,
17 and that is I don't know what the term "severe"
18 means to you.  We have one set of document -- or
19 we have a document here that gives some
20 definition, but I don't know what "severe" is as
21 you used the term.
22 Q    Well, you know that there could be
23 significant reductions in lung function without it
24 being severe; correct?
25 A.   It's an arbitrary cutoff as to what you say

Page 165

ARTHUR L. FRANK, M.D., PH.D.

1
2  is mild, moderate or severe.  I mean, it's like
3  people asking me is it a moderate or severe or
4  heavy smoking history.  It's all in the eyes of
5  the beholder.  Until you have a working
6  definition --
7  Q    I'm going to give you one.  Are you familiar
8  that PFD, pulmonary function test scores, have
9  with them a range of normal, that is that in
10 interpreting pulmonary function tests there are
11 standards or guidelines for what the range of
12 normal is?
13 A.   Yes.
14 Q    And I'll just ask you, are you aware of any
15 science which demonstrates that diffuse pleural
16 thickening can be associated with a diminution in
17 lung function such that is below normal range?
18 A.   Yes.
19 Q    Tell me what science says what are the
20 conditions under which diffuse pleural thickening
21 can result in a diminution of lung function below
22 the range of normal?
23 A.   I'm not sure I understand the question.
24 Q    Well, if there are scientists that are
25 examining -- I'll be clearer.  If there are

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

---

Page 166

ARTHUR L. FRANK, M.D., PH.D.
1
2  scientists who are examining the relationship
3  between diffuse pleural thickening on the one hand
4  and impairment on the other --
5  A.   Right.
6  Q    I'm just asking, what does the scientific
7  literature say about the circumstances under which
8  diffuse pleural thickening is associated with a
9  diminution of lung function below normal limits?
10       MR. HEBERLING:  Objection; unclear
11  as to what "circumstances" means.
12       THE WITNESS:  That's exactly right.
13  I don't know what you mean by "circumstances".
14  Some patients with the radiologic findings will
15  have normal pulmonary function, some will have a
16  mild diminution of function and some will have a
17  significant diminution of function.
18  BY MR. BERNICK:
19  Q    And tell me what the literature says about
20  the circumstances under which -- the conditions
21  under which diffuse pleural thickening is found to
22  be associated with an impairment such that lung
23  function drops below normal limits.  What are
24  properties of --
25  A.   I don't know that there are some that are

---

Page 167

ARTHUR L. FRANK, M.D., PH.D.
1
2  cited in the literature, and if they are, I'm not
3  familiar with them.
4  Q    Let me just be clear.  Is it completely
5  arbitrary and unpredictable whether diffuse
6  pleural thickening will, in fact, be associated
7  with a significant drop in lung function, or have
8  you just not looked at this in the literature?
9  A.   I have not looked at it in the literature.
10  I've looked at other issues of a similar nature.
11  It is not exactly arbitrary in terms of what,
12  let's say, the degree of parenchymal change.
13       There is some evidence that the
14  higher the radiographic score, the more severe
15  pulmonary function abnormalities will be in
16  groups.  But for any individual, you can have a
17  mildly abnormal x-ray with severe pulmonary
18  function abnormality and for others you can have a
19  significantly high score in terms of parenchymal
20  change with perfectly normal pulmonary function.
21  So, in that sense it is very arbitrary.  It is not
22  predictable for any individual.  For groups, as a
23  group, the higher the radiographic score the more
24  likely one will have a significant diminution of
25  pulmonary function.

---

Page 168

ARTHUR L. FRANK, M.D., PH.D.
1
2  Q    So, with that statement, which I appreciate,
3  when we're talking about interstitial fibrosis or
4  would be picked up by asbestosis, what is it Roman
5  IV A, when we're talking about that, science says
6  that as groups people who have the higher levels
7  of fibrosis on radiographic reading tend to have
8  more diminished lung function; is that fair?
9  A.   Yes.
10  Q    In the same fashion, can you tell me what
11  science has to say about when diffuse pleural
12  thickening is associated with lost of lung
13  function?
14  A.   I cannot.  I have not studied that.
15  Q    Do you ever get blunting of the costophrenic
16  angle in the pleura where the fibrosis is only
17  parietal?
18  A.   I don't know.
19  Q    Now, we started out -- if we were to go
20  through the criteria in this TDP Roman IV B, we
21  see that there are requirements regarding the
22  extent and thickness of the pleura; right?
23  A.   Yes.
24  Q    There are criteria involving blunting of the
25  costophrenic angle; correct?

---

Page 169

ARTHUR L. FRANK, M.D., PH.D's
1
2  A.   Well, it is assumed under Dr. Welch's
3  definition.  She has adopted, I believe, the ATS
4  document and the interpretation that says that
5  blunting is required.
6       MR. HEBERLING:  David, if you are
7  going in to a new area --
8       MR. BERNICK:  No, I just want to
9  close this out.
10       MR. HEBERLING:  You know, it's
11  12:30.  It might be time for lunch.
12       MR. BERNICK:  I'm going to close
13  this out and that's fine.  I will be a few
14  minutes.
15       MR. HEBERLING:  So, you'll be done
16  with the deposition?
17       MR. BERNICK:  No, we'll just take a
18  lunch break.  I would like to be able to tell
19  you yes, but I can't tell you that.  I know I'm
20  going on and on, but I want to get out of here,
21  too, so.
22  BY MR. BERNICK:
23  Q    So, if we go to the TDP for Roman IV B, we
24  can see, I think just to get us back on the same
25  page, there are criteria for the extent and

---

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

Page 194

ARTHUR L. FRANK, M.D., PH.D.

1    ARTHUR L. FRANK, M.D., PH.D.
2 not aware of anybody else who has done an analysis
3 of disease patterns of Libby to see if it comes to
4 nonmalignant respiratory disease and diffuse
5 pleural thickening specifically whether there is a
6 different pattern of manifestation of those
7 conditions on Libby versus elsewhere?
8    A.   I've not seen it published. I can tell you
9 from my various trips to Libby and in talking with
10 the doctors at the CARD Clinic that there do seem
11 to be factors in Libby that do not sound like what
12 I've seen in any other group or read about in any
13 other group. There's a higher percentage of
14 people with chest pain, which is a rare
15 manifestation of asbestos-related disease in other
16 populations.
17      There appears to be a pattern in some
18 individuals of acute obstructive changes, which
19 tend not to be seen elsewhere. There is a
20 severity of disease leading to death with rather
21 minimal changes on x-ray, some of which are even
22 only found occasionally on CT scan that is not
23 like the pattern of disease I see elsewhere, but
24 none of that has been written or put into the
25 scientific literature.

Page 195

1    ARTHUR L. FRANK, M.D., PH.D.
2    Q.   And have you done the analysis about whether
3 the TDP category Roman IV B would have any kind of
4 disproportionate effect on people with diffuse
5 pleural disease at Libby?
6    A.   I have not done that kind of analysis.
7    Q.   Are you aware of anybody who has?
8    A.   No.
9    Q.   Let me ask you about the mortality data that
10 you've worked on, and then I'll be done. As I
11 understand it, there's a group of people who were
12 residents of Libby who died and whose disease has
13 been recorded at the CARD Clinic and in turn
14 reviewed by Dr. Whitehouse and others, including
15 yourself?
16    A.   Yes.
17    Q.   And that the review of the mortality
18 experience at the CARD Clinic, can we just call
19 that the CARD mortality study or CARD mortality
20 data?
21    A.   Yes.
22    Q.   Which would you prefer?
23    A.   The latter.
24    Q.   Okay. And as I further understand it, the
25 CARD mortality data, the analysis of that data,

Page 196

1    ARTHUR L. FRANK, M.D., PH.D.
2 has now been updated as of May of this year?
3    A.   Yes.
4    Q.   And that updated data is not reflected in
5 various
6 sur-sur-supplemental-supplemental-supplemental
7 reports; right?
8    A.   I'm not sure I know what a
9 sur-sur-supplemental-supplemental-supplemental
10 report is, but I think you're being a little
11 facetious, but it has been reflected in other
12 documents.
13    Q.   Right. I was being a little facetious?
14    A.   Well, I just want the record to be clear
15 about that so I'm not answering something that
16 made no real sense.
17    Q.   Later on it will come back to haunt you as a
18 serious statement.
19    A.   You can imagine in the number of depositions
20 that I've given lines are pulled out in kinds of
21 places.
22    Q.   Right. So, as I understand it, you in
23 particular have gone ahead and reviewed the
24 medical records of seventy-six nonmalignant
25 deaths; is that correct?

Page 197

1    ARTHUR L. FRANK, M.D., PH.D.
2    A.   No, I have not reviewed the medical records.
3 I have reviewed radiographic data, but I've not
4 reviewed the medical records in all those cases.
5      MR. HEBERLING: Off the record.
6      - - -
7      (Whereupon a discussion was held
8 off the stenographic record.)
9      - - -
10 BY MR. BERNICK:
11    Q.   To get back on the same page, there were
12 seventy-six nonmalignant deaths where you read the
13 documentation of the radiographic readings?
14    A.   I read the x-rays or the CT scans and made
15 measurements, not just reading the documentation.
16    Q.   Now, how did seventy-six get picked out?
17    A.   Those were the deaths at the clinic from
18 individuals I believe you said the criteria were
19 nonoccupational exposure.
20    Q.   No, I didn't say that.
21    A.   These were the deaths at the clinic with --
22 I'm not exactly sure, as I sit here right now, to
23 remember how those seventy-six got selected.
24    Q.   And maybe this will shorten the examination
25 even more and we'll wait for Dr. Whitehouse to

Page 210

1           ARTHUR L. FRANK, M.D., PH.D.
2       applied whether asbestos exposure was a
3       substantial contributing factor?
4       A.   I believe it was the latter rather than the
5       former.  For example, you could have a lung cancer
6       which could have two causes, but a substantial
7       contributing cause would be the exposure to
8       asbestos.  If you had a mesothelioma, then it's a
9       lot easier than it's the asbestos.
10      Q    So, in the case of lung cancer, even where
11      the person was a smoker, if they had a history of
12      exposure to asbestos, asbestos could still be
13      found to be a substantial contributing factor;
14      fair?
15      A.   Yes.
16      Q    Whose decision was it to use "substantial
17      contributing factor" as opposed to "the cause"?
18      MR. HEBERLING:  Objection; assumes
19      that "substantial contributing factor" was used.
20      BY MR. BERNICK:
21      Q    This is an effort to tell you something.
22      But I'm just asking for what you know.  Whose
23      decision was it?
24      A.   I am not sure the decision was used to use
25      the term "substantial contributing cause", which

Page 211

1           ARTHUR L. FRANK, M.D., PH.D.
2       is we have now both agreed is a legal term.  It
3       was Dr. Whitehouse who made the ultimate decision
4       of was this a death that was an asbestos-related
5       death or not.
6       Q    When it came to the seventy-six nonmalignant
7       deaths that you read --
8       A.   Yes.
9       Q    -- was it your understanding that these were
10      deaths where asbestos-related illness was a
11      substantial contributing factor or a significant
12      contributing factor or is it your understanding
13      that these were cases where asbestos-related
14      illness was the cause of death?
15      A.   When I read the x-rays I knew that these
16      were all patients that had asbestos-related
17      disease.  I did not know what the ultimate
18      judgement was about those particular individuals
19      as to what was thought to be their cause of death.
20      That was not a part of the analysis that I made.
21      So, I don't know ultimately, and you'll ask
22      Dr. Whitehouse, I'm sure, what criteria he used.
23      Q    Ultimately, how many of the people who were
24      included in the seventy-six nonmalignant deaths,
25      how many of those people had diffuse pleural

Page 212

1           ARTHUR L. FRANK, M.D., PH.D.
2       thickening?
3       A.   It's all there on the table.  I don't have
4       the number in my head out of that what number did.
5       More had pleural plaques and diffuse pleural
6       thickening, is my recollection, but I can't give
7       you the numbers.  I would have to see the tables
8       and look them again.
9       Q    Do you know out of the seventy-six people
10      how many people in the CARD study had both diffuse
11      pleural thickening, with or without costophrenic
12      blunting, and had restrictive lung function below
13      the range of normal?
14      A.   I didn't look at the pulmonary function data
15      for those individuals.  I was simply reading those
16      x-rays and doing my own independent analysis of
17      what was on the x-rays or CT scans.  I do know
18      just antidotally without an analysis that there
19      would have been many individuals who were judged
20      to have died of an asbestos-related disease --
21      Q    The cause, or substantial --
22      A.   The cause, who would not fit the criteria as
23      they are outlined in document eleven.
24      Q    Which is, are you talking about, category
25      one --

Page 213

1           ARTHUR L. FRANK, M.D., PH.D.
2       A.   Any category.  They wouldn't fit any
3       category.
4       Q    They wouldn't fit any category?
5       A.   Correct.  Well, I guess they would fit
6       probably the second to last one, whatever the --
7       there were people --
8       Q    Well, let's be clear.
9       A.   Okay.  There were people who would not have
10      fit the category of severe asbestosis, though they
11      died of asbestos disease because they wouldn't
12      have either met the criteria as listed here, nor
13      would they have fit category IV B, severe
14      disabling pleural disease, because they wouldn't
15      fit those criteria either.  But they were dead
16      from their asbestos disease.
17      Q    Well, let's just be clear, have you done
18      your own analysis of the cause of death for
19      anybody at the CARD Clinic?
20      A.   No.
21      Q    So, when you say there are people who died
22      of asbestos-related disease, you're relying upon
23      there being a death certificate that says that or
24      the best evidence analysis done by somebody else?
25      A.   Dr. Whitehouse.

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

Page 214

ARTHUR L. FRANK, M.D., PH.D.

1
2  Q    Dr. Whitehouse.  In how many cases -- did
3  you actually look at the death certificates?
4  A.    No.
5  Q    So, you don't know how many of the people
6  who comprised the mortality study had a death
7  certificate that said they died of asbestos
8  disease or Whitehouse analysis based on best
9  evidence?  You don't know how the population
10 breaks out?
11 A.    More than half the people died of an
12 asbestos-related disease.
13 Q    In the CARD Clinic study?
14 A.    Of this seventy-six.
15 Q    I understand that, but you don't know in how
16 many cases that statement was based upon a death
17 certificate as opposed to Dr. Whitehouse's best
18 evidence analysis?
19 A.    Well, every case that had a death
20 certificate was also given his best evidence
21 analysis, so there's both and they could be
22 congruent or they could be different.
23 Q    But I'm saying, you don't know --
24 A.    I don't know how that breaks down.
25 Q    In how many cases -- well, did

Page 215

ARTHUR L. FRANK, M.D., PH.D.

1
2  Dr. Whitehouse fill out any of the death
3  certificates himself?
4  A.    I believe he did, but I can't say that for
5  sure.  Some of them were patients he knew.  Over
6  the years I don't know if he himself filled out
7  the death certificates or not.
8  Q    In how many cases --
9  A.    He knew all of these individuals.
10 Q    He knew all of these individuals, and where
11 he didn't fill out the death certificate, the
12 death certificate could have been filled out by
13 somebody who talked with him about how it should
14 be filled out; correct?
15 A.    Anything could be possible.  They could have
16 talked to him.  They could have talked to somebody
17 else.  They could have just filled it out
18 themselves, it depends where they died.  It could
19 have been the house staff on duty who filled it
20 out.  Who knows.
21 Q    With respect to the seventy-six nonmalignant
22 deaths that you analyzed, in how many cases was
23 cause of death determined by somebody other than
24 Dr. Whitehouse or people who practiced with
25 Dr. Whitehouse?

Page 216

ARTHUR L. FRANK, M.D., PH.D.

1
2  A.    I don't know.  I didn't do any of that
3  analysis.  I told you the only thing I did was
4  read the radiology and make my independent
5  judgement of what was there on the radiographs.
6  Q    I just want to ask you very plainly, on
7  reading the radiology, you filled out a bunch of
8  forms; right?
9  A.    I did.
10 Q    Who put together the forms?
11 A.    Dr. Whitehouse.  It was a form that he had
12 used to do the first reading, and then he brought
13 blank forms and the materials and we sat there and
14 I read the x-rays independently.
15 Q    So, Dr. Whitehouse had already read all the
16 x-rays that comprised the seventy-six people?
17 A.    He had.
18 Q    And he had filled out his own form and
19 basically you were there to be a second read?
20 A.    Yes.
21 Q    Now, that was not a blind read; right?  You
22 didn't have any controls that you were looking at?
23 A.    No.
24 Q    You just knew that everybody who
25 comprised --

Page 217

ARTHUR L. FRANK, M.D., PH.D.

1
2  A.    Actually, no, I think I asked him -- now
3  that I think about it.  I can't recall.  We
4  discussed it and I just can't recall if we did
5  this.  He had, you know, a computer full of these
6  reads and I said I would like to also put some in
7  there that aren't part of this group, because that
8  way I'm reading them blind and I don't know who is
9  who.
10 Q    Do you know if he did that or not?
11 A.    Honestly, I don't recall.
12 Q    Do you know, when you did the reading --
13 A.    We may not have, but we certainly discussed
14 it.
15 Q    But did you fill out a sheet for every one
16 that you read?
17 A.    Yes.
18 Q    And then a total of how many did you read?
19 A.    I don't recall.
20    MR. BERNICK:  The sheets that he
21 filled out, were they attached to something?
22    MR. STANSBURY:  An expert report,
23 yes.
24 BY MR. BERNICK:
25 Q    Did you attach to your expert report all of

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

**Page 242**

    ARTHUR L. FRANK, M.D., PH.D.
1  mortality for the 1,800 people as a group if
2  you're following your own test?
3  A.  I think within certain limits I have a
4  reasonable ability to say that this group will
5  have a higher mortality of asbestos disease
6  than --
7  Q  I didn't ask you that question.
8  A.  Well, that's how I took the question.
9  Q  Do you want to go back over what you said?
10 You said that where you didn't actually have a
11 study, but instead you had to make reference to
12 other science, you said under those circumstances
13 you would say that it's not scientifically
14 supported, but it's not unreasonable.
15 A.  Well, here we have a study.  It is a limited
16 study.  It is seventy-six deaths --
17 Q  That's the answer you gave me before.  You
18 had to have a study of the issue.  Before --
19 A.  That is a study.
20 Q  Of the issue; the 1,800.  You have no study
21 whatsoever of the 1,800.
22 A.  You're the one doing the apples and oranges.
23 You're saying you have to have the answer before
24 you can make a statement about what will happen.

**Page 243**

    ARTHUR L. FRANK, M.D., PH.D.
1  If I have to have a study of the 1,800, all
2  1,800 --
3  Q  No.
4  A.  -- then this --
5  Q  You just have to have a --
6      MR. HEBERLING:  Objection.  Let him
7  finish.
8  BY MR. BERNICK:
9  Q  You have to have a study of people --
10     MR. HEBERLING:  Let him finish.
11 BY MR. BERNICK:
12 Q  You have to have a study --
13     MR. HEBERLING:  Let him finish.
14 BY MR. BERNICK:
15 Q  You have to have a study of people --
16     MR. HEBERLING:  Let him finish.
17 BY MR. BERNICK:
18 Q  -- who aren't actually dead.
19     MR. BERNICK:  Objection.
20 BY MR. BERNICK:
21 Q  All you have with respect --
22     MR. HEBERLING:  Objection,
23 Mr. Bernick.  You're not letting him finish.
24     MR. BERNICK:  He finished answering

**Page 244**

    ARTHUR L. FRANK, M.D., PH.D.
1  the question.
2      MR. HEBERLING:  No, I don't quite
3  think so.
4      MR. BERNICK:  You can pick it up if
5  there is something that I --
6      MR. HEBERLING:  We're losing the
7  question now because of this verbiage.
8      MR. BERNICK:  Well, the verbiage is
9  necessary because I'm not getting an answer to
10 the question.
11     THE WITNESS:  You're getting an
12 answer, you just don't like the answer.
13 BY MR. BERNICK:
14 Q  Let me assure you --
15 A.  And if you're not clear, then let's pursue
16 it until you're clear.
17 Q  I am completely and utterly satisfied with
18 every answer that you give that's responsive to my
19 question.  It's not a question of preference, its
20 a question of responsiveness.  And I just want to
21 know, with respect to the 1,800 all you have is
22 Dr. Whitehouse saying they've been diagnosed with
23 asbestos-related illness.  With respect to the
24 CARD mortality study you have far more data and

**Page 245**

    ARTHUR L. FRANK, M.D., PH.D.
1  it's focused on a group of people who not only
2  have been so diagnosed, they've died.  That's a
3  different perimeter.  They are differently defined
4  groups; correct?
5  A.  One is a subset of the other group.
6  Q  That could be.  Well, there's a lot of
7  things.  They're all a subset of Libby just
8  because --
9  A.  Okay.
10 Q  Well, you don't know that either one of them
11 are representative of what happens with respect to
12 the Libby population as a whole because you
13 haven't tested that; correct?
14 A.  And I'm not making any statements about the
15 Libby population as a whole.
16 Q  That's my whole point.  You have nothing on
17 the basis of which scientifically to extrapolate
18 or extend --
19 A.  To the whole Libby population; absolutely
20 not.  You're absolutely correct.
21 Q  And, likewise, you have nothing on the basis
22 of which to extend the mortality experience of
23 people who already have died to what will be the
24 mortality experience of people who actually have

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - June 5, 2009
Arthur Frank M.D., Ph.D.

Page 246

ARTHUR L. FRANK, M.D., PH.D.

1  ARTHUR L. FRANK, M.D., PH.D.
2  only been diagnosed as having disease.  The one
3  statement is a statement about causes of death
4  with respect to people who have died.  The other
5  statement is a statement about what people will
6  die of who have simply been diagnosed with the
7  disease.  They are two different measures of two
8  different groups scientifically; correct?
9  A.   No.  One is a subset of the other group.  I
10  assume that the seventy-six patients who died were
11  a subset of the 1,800 patients with disease.
12  Q    Fair enough.  That is your assumption;
13  correct?
14  A.   Right.  And, again, that's why I said, if
15  the pattern holds.
16  Q    Have you done anything to test that
17  assumption?
18  A.   I have not.
19  Q    Do you know of anyone else who has done
20  anything to test that assumption?
21  A.   To date, no.
22  Q    Now, I want to ask you whether you agree or
23  disagree with Dr. Whitehouse on this
24  subject.  Have you looked to find out what
25  Dr. Whitehouse himself has said about whether he

Page 247

1  ARTHUR L. FRANK, M.D., PH.D.
2  has the science to be able to predict the future
3  of what will happen with respect to the people who
4  have been diagnosed?
5  A.   I do not know how he has responded to --
6  MR. HEBERLING:  Objection;
7  misstatement of the record.
8  BY MR. BERNICK:
9  Q    Are you familiar with the fact that his
10  testimony on this subject was stricken?
11  MR. HEBERLING:  Objection; outside
12  this case, misrepresentation of the record.  In
13  the criminal case you were talking about whether
14  he could predict the progression of disease in
15  the town of Libby.  It's an entirely different
16  subject.
17  MR. BERNICK:  I don't know what in
18  the world you're talking about.
19  MR. HEBERLING:  I've got the
20  transcript.
21  MR. BERNICK:  I'm looking at it
22  myself.
23  BY MR. BERNICK:
24  Q    Dr. Whitehouse says that he couldn't make
25  predictions of the future based upon science at

Page 248

1  ARTHUR L. FRANK, M.D., PH.D.
2  Libby.  Do you disagree with that?
3  MR. HEBERLING:  Objection;
4  inadequate reading of the context of the
5  statement.
6  THE WITNESS:  You'll have to ask
7  Dr. Whitehouse what he means.  And I didn't say
8  I knew what was going to happen.  You know,
9  you're --
10  BY MR. BERNICK:
11  Q    You said it was "possible"; you're right.
12  A.   It's possible and if it follows the same
13  pattern, this is what you can expect.  It may turn
14  out -- we won't know until either a study is done
15  or until these 1,800 people are dead.
16  Q    Right.  And what kind of study would need to
17  be done to be able to make a scientific
18  prediction?  What kind of study?
19  A.   Some pieces of it would already exist.  For
20  example --
21  Q    Please tell me what kind of study would need
22  to be done?
23  MR. HEBERLING:  Objection.  Let him
24  finish.
25  BY MR. BERNICK:

Page 249

1  ARTHUR L. FRANK, M.D., PH.D.
2  Q    What kind of scientific study --
3  MR. HEBERLING:  He began an answer
4  and you interrupted him.  Let him finish.
5  MR. BERNICK:  You know, all you're
6  doing is interfering.
7  THE WITNESS:  A study of the
8  literature that looks at similar issues.  Dr.
9  Elms in Northern Ireland took shipyard workers
10  and showed that those with pleural plaques were
11  more likely to develop a malignancy than those
12  without pleural plaques.  So, one could look at
13  what percentage of people with pleural plaques
14  and see if it might be applicable to this
15  population.
16  BY MR. BERNICK:
17  Q    What if they're not exposed to the same
18  material?
19  A.   They were exposed to asbestos.
20  Q    No.  I'm talking about Libby amphibole.
21  Dr. Lehman said, in the case of Libby, you have to
22  look at the data relating to Libby because of the
23  nature of the material and the nature of the
24  exposures.  Would you agree or disagree with that
25  statement?