# ATTACHMENT #38

DEPOSITION DESIGNATION

OF

PETER LOCKWOOD, 5/1/09

FILED

UNDER SEAL