# ATTACHMENT #43

DEPOSITION DESIGNATION

OF

JEFFREY POSNER, 5/6/09

FILED

UNDER SEAL