# ATTACHMENT #45

DEPOSITION DESIGNATION

OF

MARK SHELNIZT, 8/19/09

FILED

UNDER SEAL