**Deposition Designations for:**
**ALAN C. WHITEHOUSE**
**June 16, 2009**

**<u>Deposition Designation Key</u>**


**Arrowood = Arrowood Indem. Co.**
**f/k/a Royal Indem. Co. (Light Green)**

**BNSF = BNSF Railway Co. (Pink)**

**Certain Plan Objectors "CPO" = Government Employees Insurance Co.; Republic Insurance Co.**
**n/k/a Starr Indemnity and Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance**
**Co.; Fireman's Fund Insurance Co.; Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Allianz**
**SE f/k/a Allianz Aktiengesellschaft; Maryland Casualty Co.; Zurich Insurance Co.; and Zurich**
**International (Bermuda) Ltd.; Continental Casualty Co. and Continental Insurance Co. and**
**related subsidiaries and affiliates; Federal Insurance Co.; and AXA Belgium as successor to Royal**
**Belge SA (Orange)**

**CNA = Continental Cas. Co & Continental Ins. Co. (Red)**

**FFIC = Fireman Funds Ins. Co. (Green)**
**FFIC SC = Fireman Funds Ins. Co. "Surety Claims" (Green)**

**GR = Government Employees Ins. Co.; Republic Ins. Co. n/k/a Starr Indemnity and Liability Co.**

**Libby = Libby Claimants (Black)**

**OBS = OneBeacon America Ins. Co. and Seaton Ins. Co. (Brown)**

**PP = Plan Proponents (Blue)**

**Montana = State of Montana (Magenta)**

**Travelers = Travelers Cas. and Surety Cos. (Purple)**

**UCC & BLG = Unsecured Creditors' Committee & Bank Lenders Group (Lavender)**

| | |
|---|---|
| **AFNE = Assume Fact Not in Evidence** | **L = Leading** |
| **AO = Attorney Objection** | **LA = Legal Argument** |
| **BE = Best Evidence** | **LC = Legal Conclusion** |
| **Cum. = Cumulative** | **LPK - Lacks Personal Knowledge** |
| **Ctr = Counter Designation** | **LO = Seeking Legal Opinion** |
| **Ctr-Ctr = Counter-Counter** | **NT = Not Testimony** |
| **ET = Expert Testimony** | **Obj: = Objection** |
| **F = Foundation** | **R = Relevance** |
| **408 = Violation of FRE 408** | **S = Speculative** |
| **H = Hearsay** | **UP = Unfairly Prejudicial under Rule 403** |
| **IH - Incomplete Hypothetical** | **V = Vague** |

In re: W.R. Grace & Co., Debtor                                    Alan C. Whitehouse, M.D.

Page 1

1            IN THE UNITED STATES BANKRUPTCY COURT

2               FOR THE DISTRICT OF DELAWARE

3       _____

4    In re:                    ) Chapter 11
                               )
5    W.R. GRACE & CO., et al., ) No. 01-01139 (JKF)
                               )
6              Debtors.        )

7       _____

8        Videotaped Deposition Upon Oral Examination Of
                 ALAN C. WHITEHOUSE, M.D.
9       _____

10

         Taken at 17620 International Boulevard
11                 Seattle, Washington

12

13

14

15

16

17

18

19

20

21

22

23

24   DATE TAKEN:  June 16, 2009

25   REPORTED BY:  CATHY ZAK, CCR# 1922

Electronically signed by Cathy Zak (001-213-990-7454)                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 18

1    Q   Approximately how much money have you made
2  over the past five years as a result of being asked
3  to give expert reports or testimony on matters
4  relating to Libby asbestos?
5    A   Well, there's also the Department of Justice
6  that had paid me as well, which you probably know as
7  well.  I guess probably over $100,000, but I'm not
8  sure I know the exact amount.  I've never added it
9  up.
10      MR. FINCH:  Why don't we mark this as
11 the next exhibit.
12   Q   (By Mr. Finch)  Are you aware that the CARD
13 Clinic maintains a Web site?
14   A   Yes.
15          (Exhibit-4 marked for
16          identification.)
17   Q   (By Mr. Finch)  Did you have any -- who --
18 did you have any role in reviewing the information
19 put on the Web site?
20   A   No, and I have no idea what's on it now.
21   Q   Would you expect that things that the CARD
22 Clinic would say about Libby asbestos disease and
23 asbestos disease in general on their Web site to be
24 truthful and accurate?
25   A   Yeah, I can't -- I can't answer that

Page 19

1  question.  I have not looked at the Web site since
2  the first draft, and the thing's came out probably
3  over five, six years ago.  I haven't even looked at
4  it since then.
5    Q   Okay.  Would you turn to what's been marked
6  as Whitehouse Deposition Exhibit-4, and this is
7  what -- I'll represent to you this is what I printed
8  out from the CARD Clinic Web site a couple of weeks
9  ago.  There's a section that says, frequently asked
10 questions.  Do you see that?
11   A   What page are --
12   Q   Oh, the front page.
13   A   Right here?
14   Q   If you skip past all of the -- and what I
15 have done -- because when I printed this out, it cut
16 off the columns on the right-hand side.  I had my
17 secretary go and cut and paste all the words into the
18 document behind it so that you can see -- for
19 example, if you go about seven pages back, you see
20 where the text type changes?  All we've done is we've
21 taken the text that -- as it appears it --
22   A   Oh, I see what you've done.
23   Q   -- on the Web page so you can see the whole
24 sentence wrap around as opposed to being cut off.  Do
25 you see that?

Page 20

1         MR. LEWIS:  Are you representing that
2  this is accurate --
3         MR. FINCH:  Yes.
4         MR. LEWIS:  -- an accurate
5  reproduction?
6         MR. FINCH:  Yes.
7         MR. LEWIS:  Thank you.
8         MR. FINCH:  It's an accurate
9  reproduction of what's on the Web site.
10   A   I see it.
11   Q   (By Mr. Finch)  All right.  Can you go to
12 the -- can I see your copy, Dr. Whitehouse, just for
13 a second?
14   A   Sure.  (Document passed.)
15   Q   All right.  I've put a tab on the page I want
16 you to turn to.
17   A   Okay.
18         MR. LEWIS:  Let me see that.
19         THE WITNESS:  (Document passed.)
20   Q   (By Mr. Finch)  Do you see that the title of
21 that says, Libby Amphibole Asbestos Exposure in
22 Libby, Montana?
23   A   Yes.
24   Q   The one, two, three, fourth -- fifth
25 paragraph down -- and I'm going to read from the

Page 21

1  typewritten version of this as opposed to the
2  printout version because it's -- you can see all the
3  words better, but it says, Zonolite and Monocote are
4  two trade names under which Libby vermiculite
5  products were marketed.  There are two overwhelming
6  examples of the extent to which exposure can spread
7  through commercial products.
8         And then it talks about vermiculite --
9  Zonolite attic insulation and Monocote spray-on
10 fire -- fire proofing.  Do you see that?
11   A   I do.
12   Q   Did you -- do you have the understanding that
13 Libby asbestos was a contaminant in both Monocote
14 spray-on fire proofing and Zonolite attic insulation?
15   A   That's my understanding.
16   Q   Did you also understand that it was in -- a
17 contaminant in many of Grace's other commercial
18 construction products as well?
19   A   Yeah, although I don't know the exact extent
20 of them.
21   Q   Okay.  So to the extent that it is -- let me
22 back up.
23         You're of the view that asbestos Libby (sic)
24 from Libby asbestos causes pleural disease that's
25 more severe than seen in cohorts of people who were

Buell Realtime Reporting
206 287 9066

In re: W.R. Grace & Co., Debtor                                     Alan C. Whitehouse, M.D.

Page 26

1   shield around Lincoln County, Montana, that would
2   make exposure to Libby asbestos in Montana more
3   likely to lead to disease or death as compared to
4   exposure with Libby asbestos in New York City, for
5   example?
6       A   I don't have any evidence to, you know,
7   really make any real comment on that because what
8   I've studied has been strictly asbestos in Libby.
9       Q   Okay.  So you can't say, for example, that
10  people who are exposed to Libby asbestos in Libby are
11  any sicker or have a different severity of their
12  pleural disease as compared to people who are exposed
13  to Libby asbestos in Ohio at a vermiculite processing
14  facility or in New York at a construction site, can
15  you?
16      A   No, except that I have seen about a half of a
17  dozen patients over ten years from various expansion
18  plants and other jobs, not only in Spokane, in
19  California, Minnesota who had very severe disease.
20      Q   They had very severe disease as a result of
21  being exposed to the Libby asbestos?
22      A   Yes.
23      Q   And so would you agree with me then that
24  the -- let me back up.
25          Mr. Lewis used a term when he said who he

Page 27

1   represented.  He said he represents the Libby
2   claimants.  And I understood that to mean people who
3   have filed a lawsuit or would have filed a lawsuit
4   against W.R. Grace.  Do you have that understanding?
5       A   Yes.
6       Q   Okay.  But you're a doctor and you look at
7   people who -- or a patient with asbestos disease,
8   correct?
9       A   That's correct.
10      Q   And you treat people regardless of whether
11  they're a claimant or not a claimant?
12      A   Yeah.  Most of the time when I see them, I
13  don't even know whether they're a claimant or not.
14      Q   Okay.  And so would you agree with me that to
15  the extent there is something different about the
16  Libby asbestos that causes more severe pleural
17  disease that would affect people who aren't Libby
18  claimants, i.e., people who were exposed to Libby
19  asbestos outside of Libby, Montana, just as it would
20  affect people in Libby, Montana?
21      A   I'd make that assumption, yes.
22      Q   And have you read William Longo's* report in
23  the Grace case?
24      A   It's been quite a while since I read it.
25      Q   He is -- he is not a medical doctor.  He is a

Page 28

1   Ph.D. who has tested various Grace commercial
2   construction products and is of the view or actually
3   has confirmed that they, A, contain Libby asbestos --
4   a lot of them contain asbestos in the vermiculite fix
5   that went in as filler to those products like
6   Monocote.  I take it you don't dispute or have any
7   basis to challenge his conclusions about that?
8          MR. LEWIS:  Object to the form of the
9   question on the grounds that it's compound.
10         MR. FINCH:  Let me rephrase.
11         MR. LEWIS:  And it's unintelligible as
12  stated.
13      Q   (By Mr. Finch)  Did you understand my
14  question?
15      A   Yeah, I understand your question, but, you
16  know, I can't recall.  That was a long report with, I
17  mean, all kinds of permutations and combinations in
18  times and compounds that he was obviously aware of
19  and I wasn't, so I'm not sure I can really comment on
20  it.
21      Q   Okay.  So you're just not in a position to
22  comment on it one way --
23      A   No.
24      Q   -- or another?
25          And so if he were to come in and testify that

Page 29

1   Libby asbestos ended up in vermiculite that went into
2   a broad range of Grace's asbestos containing
3   products, you couldn't comment on that one way or
4   another?
5       A   No, I could comment on it that there's a
6   significant risk to people that are exposed to that
7   compound.
8       Q   Okay.  Let's go back to your report.  Put
9   aside, at least for now, the CARD Clinic Web page
10  printout, and you have the TDP over there.
11         Okay.  You see at paragraph 22 in your
12  report?
13      A   Paragraph 22?
14      Q   Paragraph 22, Page 10.
15      A   I do.
16      Q   You're describing the impact on asbestos
17  disease due to Libby asbestos exposure.  Do you see
18  that?
19      A   Yes.
20      Q   In that paragraph, you're talking about the
21  progression of non-malignant disease; is that
22  correct?
23      A   That's correct.
24      Q   Okay.  At the last sentence, you write, At
25  the end stage, the patient is bedridden, oxygen

8 (Pages 26 to 29)

Electronically signed by Cathy Zak (001-213-990-7454)                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 34

1 a diagnostic workup on somebody.
2 Q But you mentioned two standard deviations
3 from normal. Do you understand that basically 95
4 percent of the people are going to fall between 80
5 percent of predicted and 120 percent of predicted?
6 A Yeah, I think that's what it is, yeah.
7 Q Okay. Would you agree with me that if
8 someone dies from -- well, how does the non-malignant
9 asbestos diseases caused by Libby asbestos lead to
10 death? What does it do physiologically to the person
11 that kills them?
12 A It leads to a number of things. It leads to
13 progressive shortness of breath. Most of them seem
14 to die of -- not most of them, but a large number of
15 them die of severe loss of lung volume, so they wind
16 up with vital capacities in the 30 to 40 percent
17 range of predicted or they wind up with diffusion
18 capacities down to 20 or 30 percent.
19 So they either -- for the most part, either
20 die of hypoxia with carbon dioxide retention or they
21 die of what's called a cor pulmonale which is heart
22 failure due to pulmonary hypertension disease within
23 their asbestos disease.
24 Q But would you agree with me that the majority
25 of people who die from a non-malignant disease caused

Page 35

1 by exposure to asbestos, at the end stage, they will
2 have lung function test scores that are significantly
3 below the lower limits of normal, at least on one of
4 the three tests you mentioned?
5 A Well, most of the time. There have been rare
6 examples of people that will have only modest degrees
7 of loss of lung function and develop severe hypoxia
8 associated with that because hypoxia does not
9 directly correlate with the lung function test.
10 Q Meaning you can be -- you can still for
11 whatever reason be able to get more oxygen in through
12 your blood even if you have decreased lung function
13 and, conversely, you can have not so significant lung
14 function decline, but less oxygen in your blood?
15 A Right.
16 Q But for the majority of people who die from
17 Libby -- you did something called the CARD mortality
18 study, correct?
19 A Yes.
20 Q And I think the numbers are right here.
21 Basically, you determined out of 186 people who had
22 died who had at one time been diagnosed with an
23 asbestos-related disease, that 110 of them, their
24 death was caused in whole or in part by exposure to
25 Libby asbestos; is that right?

Page 36

1 A Well, there was 110 of them that died either
2 with lung cancer that was related to that or with
3 pleural or interstitial disease. Asbestos disease
4 was non-malignant.
5 Q Right. The 110 include people who died of
6 cancer, right?
7 A It did.
8 Q Okay. And my understanding is of the 110, 76
9 of them died from -- and by that, I'll use quotes --
10 died from a non-malignant disease as opposed to a
11 cancer?
12 A That's correct.
13 Q Okay. Of the 76 people who died from a
14 non-malignant disease, would you agree with me that
15 the majority of them by the end stage, but a few days
16 before they died, if you measured their lung
17 function, it would be well below 60 percent of
18 predicted?
19 A Which numbers are you talking about?
20 Q Total lung capacity, forced vital capacity or
21 DLCO.
22 A Yeah, well, I think that's probably right
23 because we had almost 50 percent of them that had
24 DLCO as their isolated abnormality and they may have
25 had minor degrees of lung -- volume loss, but they

Page 37

1 had a very severe defusion defect.
2 Q Could you pick up the TDP which is an exhibit
3 to your deposition? I'm not sure what number it is.
4 MR. LEWIS: Two.
5 Q (By Mr. Finch) Number two. I have reviewed
6 your reports and your criticisms of the TDP. I
7 didn't see any criticisms of the amounts of money
8 that are scheduled to be paid on expedited review to
9 people that qualify for various levels of disease; is
10 that correct?
11 MR. LEWIS: Object. That's beyond his
12 expertise. We're not talking about that question to
13 this witness.
14 MR. FINCH: Well, let me just establish
15 that.
16 Q (By Mr. Finch) You don't have any expertise
17 in the dollar amounts that asbestos bankruptcy trusts
18 pay to resolve asbestos personal injury claims, do
19 you?
20 A No, they just -- they seemed a little bit
21 paltry to me, but I'm not -- I'm not an expert in
22 that.
23 Q Okay. And you're not an expert in what kind
24 of values Grace paid when it was a defendant in the
25 tort system, both to people in Libby and people

10 (Pages 34 to 37)

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 54

1    A  Other than that, I do not.
2    Q  Do you understand that the TDP divides the
3  non-malignant -- the Grace TDP divides the
4  non-malignant diseases by severity in terms of the
5  decline in lung function test scores?
6    A  Yes.
7    Q  Okay.  So there's a low level criteria where
8  it doesn't require any kind of lung function decline
9  at all, correct?
10    A  Right.
11    Q  And that would be category one or category
12  two, correct?
13    A  And I'd have to look up all the categories
14  again because there's As and Bs and --
15    Q  Why don't --
16    A  -- things like that, but, yes, take your word
17  for it.
18    Q  The 2004 ATS statement, if you could turn in
19  there to Page 697.
20    A  Okay.
21    Q  The second full paragraph on Page 697 refers
22  to something called HRCT.  Do you see that?
23    A  Second on which side?
24    Q  On 697.
25    A  Yeah.

Page 55

1    Q  Second full paragraph begins, HRCT and detect
2  early --
3    A  Okay.
4    Q  -- pleural thickening.
5    A  I got it.
6    Q  Do you see that?
7    A  Yes.
8    Q  HRCT refers to high resolution CAT scans --
9    A  Yes.
10    Q  -- computed tomography?
11    A  Yes.
12    Q  Okay.  And then later on in the same column
13  in the next paragraph, the 2004 ATS statement authors
14  write, A proposal has been put forward for a
15  classification system analogous to that of the ILO
16  system for plain chest radiographs, but none has been
17  widely adopted.
18       Do you see that?
19    A  Yes.
20    Q  This document was published in 2004.  To your
21  knowledge, has there -- well, let me back up.
22       What's your understanding of what's the ILO
23  system for plain crest radiographs?
24    A  Well, the ILO system is an epidemiologic
25  study or was designed as an epidemiologic study for

Page 56

1  classification in both interstitial and pleural
2  disease with a variety of diseases originally
3  starting in pneumoconiosis and black lung and coal
4  miner's lung and then has been extrapolated as
5  asbestos disease subsequent to that.
6    Q  Okay.  And is it -- it is a -- it is a
7  grading system for dividing chest radiographs for
8  pneumoconiosis caused by exposure to asbestos and
9  various categories, correct?
10    A  Correct.
11    Q  It's one of the things that it does?
12    A  Yes.
13    Q  And have you ever in your clinical practice
14  or otherwise used the ILO system in describing a
15  chest x-ray, what a chest x-ray shows to another
16  doctor?
17    A  Well, yes, I -- actually, the part of the ILO
18  system that relates to interstitial lung disease, I
19  pretty much agree with.  That's the 1/0, 1/1, 2/1,
20  et cetera, et cetera of interstitial disease.
21  There's far more difficulty with the pleural disease,
22  particularly as far as what people see and how they
23  read it and things like that.
24    Q  Okay.  Would you agree with me that in
25  reading chest x-rays generally, two people who are

Page 57

1  equally qualified and competent at reviewing x-rays
2  can come to different conclusions as to whether or
3  not the -- what the profusion level is on the ILO
4  scale for purposes of interstitial disease?
5    A  Yes, they can.
6    Q  That's a phenomenon called interreader
7  variability?
8    A  True.
9    Q  And would you also agree with me that same
10  phenomenon, i.e., two doctors looking at the same
11  x-ray that shows pleural disease can with the best
12  will in the world come to different conclusions about
13  what that x-ray shows?
14    A  Yes.
15    Q  But the -- do you have an understanding of
16  how the ILO guidelines are promulgated?
17    A  You mean originally or --
18    Q  Well, originally and then -- let's back up.
19       They were originally put out in 1980,
20  correct?
21    A  Yeah.
22    Q  All right.  Do you have an understanding of
23  how they came into existence?
24    A  Oh, a bit, not a lot.  They came in -- I'm
25  not sure that I do know.  I think they came about

15 (Pages 54 to 57)

Electronically signed by Cathy Zak (001-213-990-7454)                                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 62

1  evidence in the literature that that -- there are
2  more than one view of that, and for whatever reasons
3  and I obviously wasn't privy to any of those
4  discussions, they selected that piece of information
5  as opposed to McCloud's article which very well
6  details the incidence of blunting associated with
7  diffuse pleural thickening.
8      And that amazingly correlates almost exactly
9  with what we have in Libby in these people who died.
10      MR. BERNICK: I'm sorry. Your voice
11  trailed off a little bit, Dr. Whitehouse. What
12  corresponded almost identically with the --
13      THE WITNESS: Oh, the McCloud numbers
14  correlate almost exactly with the Libby numbers for
15  the incidents of blunting as a criteria for diffuse
16  pleural thickening. We have all these people with
17  diffuse pleural thickening that don't have blunting.
18      Q. (By Mr. Finch) Okay. Mr. Bernick probably
19  has lots of questions about diffuse pleural
20  thickening and blunting, but I'm just asking you in
21  general --
22      MR. BERNICK: Don't count on it.
23      Q. (By Mr. Finch) In general, if someone
24  followed the ILO guidelines requirement for saying
25  that blunting would be required to define something

Page 63

1  as diffuse pleural thickening, that person would not
2  be outside of the bounds of generally accepted
3  medical practice, correct?
4      A. Probably not.
5      Q. Now, before we got into the discussion of
6  blunting, there -- I'm still at the 2004 ATS
7  statement. The statement says, A proposal has been
8  put forward for a classification system analogous to
9  that of the ILO system for plain chest radiographs,
10  but none has been widely adopted.
11      Do you see that language?
12      A. Yeah.
13      Q. And what they're referring to is a proposal
14  has been put forward for a way to grade HRCT in a way
15  that is descriptive much like the ILO system is
16  descriptive for chest x-rays, correct?
17      A. Correct.
18      Q. Okay. And this statement was put out --
19  well, the date on it is December 12, 2003, but that's
20  almost six years ago.
21      To your knowledge, has there been a widely
22  adopted way to classify high resolution CAT scans of
23  the chest that is similar to the ILO system for
24  x-rays?
25      A  It hasn't been widely adopted.

Page 64

1      Q. Okay.
2      A  There is -- we actually -- other people in
3  the CARD clinic are actually working on this and
4  trying to develop something that is simple because
5  the one that's out there takes over an hour to do a
6  CT, and if you think about that, you can read a CT in
7  about five or ten minutes and then you take an hour
8  and -- it isn't going to happen.
9      Q. Nobody would use it?
10      A  Nobody will use it, no.
11      Q. Well --
12      A  That's exactly what's happened.
13      Q. Okay. So, I mean, my understanding of the
14  ILO -- the way the ILO system works is it's a big box
15  with sample films in it that you can compare 1/1
16  versus whatever x-ray you're looking at to see how
17  those two things line up. Is that basically how it
18  works?
19      A  Supposedly.
20      Q. Okay. Supposedly and theoretically, that's
21  how it works, right?
22      A  Theoretically, that's how it works.
23      Q. Okay. Some doctors follow that to a greater
24  or lesser degree, right?
25      A  I would agree with you on that.

Page 65

1      Q. Okay. But -- and there's not something
2  similarly developed yet where somebody can quickly
3  and easily take a picture of HRCT and this is what a
4  1/1 should look like or the equivalent of this is
5  what diffuse pleural thickening should look like and
6  compare it to some kind of master image that is
7  widely adopted or easy to use, right?
8      A  No, there isn't anything out there like that
9  yet.
10      Q. Okay. On Page 697, there is a column -- in
11  the second column, there's something called -- the
12  heading is Pulmonary Function Tests. Do you see
13  that?
14      A  Mm-hm, I do.
15      Q. The third paragraph in that section says, In
16  addition to diminished lung volumes, the carbon
17  monoxide diffusing capacity is commonly reduced due
18  to diminished alveolar-capillary gas diffusion as
19  well as ventilation-profusion mismatching.
20      Do you see that?
21      A  Yes.
22      Q. Okay. And then it goes on to say, Although a
23  low diffusing capacity for carbon monoxide is often
24  reported as the most sensitive indicator of early
25  asbestosis, it is also a relatively non-specific

17 (Pages 62 to 65)

Electronically signed by Cathy Zak (001-213-990-7454)

ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 82

1   talks about the 9,500 people --
2      A   Right.
3      Q   -- from Central Lincoln County?
4         So I take it that all of your opinions about
5   pleural disease caused by exposure to Libby asbestos
6   are valid only for the people who have
7   asbestos-related disease, and you're not making any
8   conclusions or analyses about the entire cohort
9   people who were exposed to Libby asbestos; is that
10  correct?
11     A   Well, not really.  I guess the best way to
12  say that is that I'm sure that there are a fair
13  number of people out there still that have not been
14  discovered and may have abnormalities on their films,
15  but I'm not drawing any conclusions about that
16  because I haven't had a chance to study them.
17     Q   Okay.  So you're only drawing conclusions
18  about -- your conclusions are only valid with respect
19  to people who have already been diagnosed with
20  asbestos-related disease; is that correct?
21     A   That's correct.
22     Q   All right.  And then the second page of this,
23  there's --
24         MR. LEWIS:  Second page of what,
25  Counsel?

Page 83

1         MR. FINCH:  Second page of Whitehouse
2   Exhibit-6.
3      Q   (By Mr. Finch)  You have stated in your
4   report and elsewhere that there's approximately 1,800
5   CARD Clinic patients with asbestos-related disease?
6      A   Yeah, that's the number that I got from
7   the -- you know, the nurses that run the place about
8   six months ago.  They didn't have an exact number.
9      Q   Okay.  Would you expect that those 1,800 are
10  largely overlapped with -- whether the exposed
11  population was 9,500 or 6,600 or 10,000, that the
12  1,800 or the substantial majority of those people are
13  a subset of the exposed population?
14     A   I would think so, but there's a certain
15  number of them that are not part of that Lincoln
16  County population, above, anymore.  They were at one
17  time, but they're not now.  They live -- there's a
18  lot of patients in Spokane, in Missoula, in
19  Kalispell, and some in Great Falls, and then we get
20  patients all over the country coming back that used
21  to live there, so -- and I don't know the breakdown
22  in numbers.  I have no idea what it is.
23     Q   Okay.  Could you go to the last page of
24  this -- last page of Whitehouse Exhibit-6?
25     A   Okay.

Page 84

1      Q   Okay.  Would you agree with me that your
2   opinions about someone who has been diagnosed with an
3   asbestos-related non-malignant disease as a result of
4   being exposed to Libby asbestos, that that person
5   would have a probability of death are based on the
6   CARD mortality study?
7      A   I'm only going to base that on the ones that
8   I know more about which is the Libby claimants, the
9   950 there.  I would point out one other point in this
10  is that there's 1,800 clinic patients with a
11  diagnosis.  There's also another three or four
12  hundred that have been screened and do not have
13  disease.
14     Q   Do not have disease?
15     A   Do not have disease, but they're also part of
16  the clinic.
17     Q   But there's -- there's 1,800 people that are
18  part of the clinic and there's 950 of them that are
19  Libby claimants and you have more familiarity with
20  that group than the 850 diseased patients that you
21  see, but aren't the Libby claimants, correct?
22     A   That's true and particularly since there's
23  been a lot added in the last year or so and I've been
24  working less up there.
25     Q   And I believe I asked you this this morning,

Page 85

1   but you haven't done anything to compare and contrast
2   either the type of disease or the severity of the
3   disease between the 850 other patients and the 950
4   who are Libby claimants, correct?
5      A   No.
6      Q   You haven't -- you have not done that,
7   correct?
8      A   No, I have not.
9      Q   Okay.  And is it correct that you hold the
10  opinion that someone who is diagnosed with a
11  non-malignant asbestos disease caused by exposure to
12  Libby asbestos is more likely than not going to die
13  from an asbestos-related disease?
14     A   Out of that 950?
15     Q   Out of the 950 or the 1,800?
16     A   Will you read -- repeat the question again.
17     Q   Sure.
18     A   I want to make sure I get it right.
19     Q   Do you have an opinion -- do you have an
20  opinion to a reasonable degree of medical certainty
21  that for the 950 Libby claimants who have been
22  diagnosed with a non-malignant asbestos-related
23  disease, that each one of them is more likely than
24  not going to die from an asbestos-related disease?
25     A   The death rate, when we've gone through the

22 (Pages 82 to 85)

Electronically signed by Cathy Zak (001-213-990-7454)

ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 86

1  death certificates in all of these people, it's
2  something like 57 percent -- or I think it was 52
3  percent on best information, 57 percent was
4  significant association with asbestos disease -- I
5  think that group of people has the same breakdown in
6  percentages as the 950 -- approximately a third
7  miners, and the balance are community members and
8  family members. Community members are the
9  majority -- I think you can make the extrapolation
10  having looked at those people myself, that most of
11  the people that died are my patients, looking at
12  those, then we're going to see the same thing in the
13  950 and so that there is a high probability or not a
14  high probability, there's probability that they're
15  going to die more than 50 percent from asbestos
16  disease.
17      Q    Okay.  What about related --
18      A    And then add to that the cancers on top of
19  it.
20      Q    What about the 850?  The 850 on this that
21  aren't --
22      A    The 850?
23      Q    Yeah.
24      A    I'm not going to draw any conclusions.  I
25  don't know anything about them.

Page 87

1          MR. FINCH:  Okay.  This would be a good
2  time to take another break.
3          THE WITNESS:  Okay.
4          MR. FINCH:  I just want one for
5  personal reasons.  Why don't we come back in five
6  minutes?
7          THE VIDEOGRAPHER:  We're going off the
8  record.  The time now is 10:30 a.m.  This is the end
9  of disk number one in the continuing deposition.
10          (Recess.)
11          THE VIDEOGRAPHER:  We're back on the
12  record.  The time is now 10:37 a.m.  This is the
13  beginning of disk number two in the continuing
14  deposition of Dr. Alan Whitehouse.
15          (Exhibit-7 marked for
16              identification.)
17          EXAMINATION (Continuing)
18  BY MR. FINCH:
19      Q    Dr. Whitehouse, I've put what's been marked
20  as Whitehouse Exhibit-7 in front of you.
21      A    Yes.
22      Q    What is that document?
23      A    Oh, that's a -- that's a counting sheet that
24  was done basically on the basis of Dr. Frank's and my
25  reading all these x-rays and these people for pleural

Page 88

1  thickness, the non-malignant ones, the pleural
2  thickness, the blunting plaques, et cetera.  We did
3  it independently.
4          (Ms. Bloom returns.)
5      Q    (By Mr. Finch)  Okay.  Let me see if I
6  understand this.  You started out with 227 people who
7  were CARD Clinic patients --
8      A    Yes.
9      Q    -- that had died, right?
10      A    Died through last year.
11      Q    Through last year.
12          And this is the mortality study that you're
13  relying on for your opinion as to probability of
14  death, correct?
15      A    That's right.
16      Q    All right.  Then you excluded 41 of them for
17  various reasons, correct?
18      A    Well, basically, they either didn't have any
19  asbestos diagnosis to begin with, we didn't have a
20  death certificate, couldn't get one, didn't have a
21  chart, didn't get chest x-rays.  There's a lot of
22  reasons why, but unless we had a fairly complete set
23  of data, we didn't -- they weren't included.
24      Q    Okay.  And that left you with 186 people?
25      A    Right.

Page 89

1      Q    And then of that, 34 of them died of
2  mesothelioma or some other asbestos-related type
3  cancer, right?
4      A    Mm-hm, yes.
5      Q    And then you got 76 that were nos and 76 that
6  were yeses, right?
7      A    Yes, exactly the same number.  Sort of odd.
8          (Mr. Longosz returns from recess.)
9      Q    (By Mr. Finch)  What is it -- what is it --
10  who determined what versus a yes or a no?  That was
11  you?
12      A    And Dr. Frank.
13      Q    Well, he testified that he looked at the
14  x-rays on the 76, but that you made the determination
15  as to whether or not --
16      A    Well --
17      Q    -- there was a -- the death was due to an
18  asbestos-related disease?
19      A    Yeah, actually --
20          MR. LEWIS:  Just a -- just a second.
21  Object to that on the grounds it's not put in a form
22  of a question and it's just a comment on Dr. Frank's
23  testimony and should be strickened from the record.
24          MR. FINCH:  Let me rephrase the
25  question.

Buell Realtime Reporting
206 287 9066

Electronically signed by Cathy Zak (001-213-990-7454)

ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 114

1    Q    Okay.  Is it true that with respect to your
2  experience in seeing people with asbestos-related
3  illness not related to Libby that you have published
4  no papers?
5    A    No, I have published no papers.
6    Q    Is it also true that with respect to those
7  people you have not provided or you're not aware of
8  anybody who's provided medical files relating to
9  those people to anybody involved in this bankruptcy
10 case?
11   A    No.
12   Q    Is it true?  Is what I said true?
13   A    That's correct.  That's correct, yes.
14   Q    Is it true that in connection with your work
15 on this case and the reports that you've done and the
16 testimony that you've offered that you've provided --
17 presented no data relating to patients that you've
18 seen with asbestos-related illness unrelated to
19 Libby?
20   A    That's correct.
21   Q    Okay.  And I think you said in your own words
22 this morning that pretty much you've studied strictly
23 asbestos disease in Libby; is that correct?
24   A    Not entirely.  I read pieces of literature
25 over the years, but the -- most of the work that I

Page 115

1  did concerning those people with chrysotile exposure
2  was pretty well before the Libby thing all broke, and
3  so there wasn't any driving force for me to maintain
4  data or anything like that.
5    Q    Okay.  But let me -- that's fair and let me
6  just ask you this question:  Is it accurate that
7  you've not done any scientific analysis of diffuse
8  pleural thickening in any patient population outside
9  of Libby?
10   A    That's true.
11   Q    Let's talk a little bit about diffuse pleural
12 thickening in the literature which, of course, is
13 going to relate to folks outside of Libby, right?
14   A    Most of it does, yes.
15   Q    Well, there's not any -- there's no published
16 literature about diffuse pleural thickening in Libby
17 specifically, correct?
18   A    That's correct.
19   Q    So if we want to talk about diffuse pleural
20 thickening in the published literature, we're talking
21 about that disease as it's been studied and published
22 for people outside of Libby, fair?
23   A    Yes.
24   Q    Okay.  Would you agree that diffuse pleural
25 thickening is a distinct diagnostic entity?

Page 116

1    A    Well, it's treated as such in the literature.
2  There's obviously confusion in that literature though
3  in that there's data or reports concerning confluent
4  pleural plaques and their effect on lung function
5  which makes you wonder whether -- about that -- where
6  does confluent pleural plaques leave off and diffuse
7  pleural thickening begins.  It sort of sounds like
8  the same thing, but it is treated pretty much as a
9  separate disease in the literature.
10   Q    I asked -- I just asked Dr. Frank, I said, is
11 it true that the scientific literature defined a
12 diagnostic entity called diffuse pleural thickening
13 at least as of the 1970s and without relationship to
14 Libby, Montana, and his answer was yes.
15   A    I would concur with that.
16   Q    Okay.  And, in fact, we can go throughout the
17 literature during this whole period of time and
18 whether or not diffuse pleural thickening is defined
19 to include what you called confluent plaques or not,
20 the literature has regarded diffuse pleural
21 thickening as a distinct diagnostic entity, fair?
22   A    That's fair.
23   Q    Okay.  Is it also true that diffuse pleural
24 thickening has been studied scientifically over those
25 years at least since the 1970s?

Page 117

1    A    Yes.
2    Q    Is it true that there are papers that have
3  been published and presented that specifically focus
4  on the pathology or pathological presentation of
5  diffuse pleural thickening?
6         MR. LEWIS:  Objection.  That's a
7  compound question.
8    Q    (By Mr. Bernick)  Go ahead and answer.
9         MR. LEWIS:  Which is it?  Which
10 question do you want him to answer, Counsel?
11        MR. BERNICK:  I don't think it's
12 compound.
13   Q    (By Mr. Bernick)  Do you understand the
14 question?
15   A    No.  Why don't you repeat it, please?
16   Q    Is it true that there are papers that have
17 been published and presented focused specifically on
18 the pathology or pathological presentation of diffuse
19 pleural thickening?
20   A    I'm sure there have been.
21   Q    Is it also true that there are papers that
22 have specifically sought to measure the effect of
23 diffuse pleural thickening on lung function?
24   A    Yes.
25   Q    Okay.  Now, I first want to talk about

30 (Pages 114 to 117)

Buell Realtime Reporting
206 287 9066

Electronically signed by Cathy Zak (001-213-990-7454)                                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 126

1    Q   If I were to ask you about different results
2   and different studies, that is, when does diffuse
3   pleural thickening lead to a measurable loss of lung
4   function or not, would you be able to tell me the
5   different studies and their different results on that
6   very specific issue?
7    A   You mean you want me to actually quote an
8   article and what the article says?
9    Q   I want you to be able to talk with me about
10  it in the deposition because I really want to know if
11  you hold yourself out as an expert in the differing
12  results that have been seen when data has been
13  gathered on the impact of diffuse pleural thickening
14  on lung function.
15       MR. LEWIS:  You finished?
16       MR. BERNICK:  Yeah.
17       MR. LEWIS:  Objection.  That's not a
18  question.  That's a statement of counsel.  I move
19  that it be stricken.
20   Q   (By Mr. Bernick)  Can you hold yourself out
21  as an expert in the differing results that have been
22  recorded in the scientific literature when scientists
23  have asked what is the impact of diffuse pleural
24  thickening on lung function?
25   A   Well, to begin with, I don't use the term

Page 127

1   expert related to myself particularly.  I basically
2   am a longstanding practitioner with very extensive
3   experience in lung disease and very extensive
4   experience in Libby disease and I have read a lot of
5   literature concerning diffuse pleural thickening that
6   I have utilized in formulating my opinions.  Now, I
7   don't guess that that would be considered systematic,
8   but that's the way it is.
9    Q   Fair enough.  And I've always recognized that
10  you are candid in responding to questions and get to
11  the point.  That is my point.  We're going to get to
12  the Libby experience in a minute, but I'm talking
13  about your -- I'm talking about your expertise in
14  what's been reported outside of Libby.
15       Do you consider yourself to be an expert in
16  the science, the scientific results of what's been
17  reported outside of Libby when it comes to the impact
18  of diffuse pleural thickening on specific lung
19  function tests?
20   A   I think I'm knowledgeable about what's in the
21  literature relative to that.
22   Q   But do you consider yourself to be an expert
23  in what's in the literature with respect to that?
24   A   I told you before, I don't use the term
25  expert --

Page 128

1    Q   But a lot of other people do, people in your
2   field.
3    A   Well, I don't.
4    Q   Well, I'm just asking you:  Do you consider
5   yourself to be a person who can speak authoritatively
6   to what all the literature says outside of Libby
7   about the impact of diffuse pleural thickening on
8   specific lung function results?
9    A   You used the term all the literature, and,
10  no, I have not read all the literature, every piece
11  of the literature.  I've read a substantial portion
12  of the literature.  I don't even know what the
13  percentage is.
14   Q   So you don't know what you don't know?
15   A   Yeah, I think I know what I don't know.
16   Q   Okay.
17   A   What I don't know is -- also gets quoted in a
18  lot of these articles you read.  What I haven't -- I
19  shouldn't say don't know.  What I haven't read
20  necessarily is also summarized in a lot of these
21  articles.
22   Q   Okay.  So if you give answers to my questions
23  today about when and under what conditions does
24  diffuse pleural thickening actually cause a
25  substantial reduction in lung function, you and I can

Page 129

1   have a dialog on the actual data that's in the
2   literature and you'll be able to respond?  You're
3   being held out as an expert in this case.  You'll be
4   able to respond to that as an expert; is that fair?
5    A   I can respond very accurately to what happens
6   in people in Libby, what happens to their pulmonary
7   function relative to diffuse pleural thickening.  I'm
8   not going to make any attempt to summarize what
9   happens in the chrysotile world in that regard.
10   Q   Can you make any attempt to summarize what
11  happens in the non-Libby -- you pick out chrysotile.
12  I'm not just focused on chrysotile.  I'm --
13       MR. LEWIS:  Counsel -- Counsel --
14       (Simultaneous talking.)
15       MR. LEWIS:  I've got the floor now.
16  Don't argue with this witness.  You'll have great
17  latitude.  I understand this is cross-examination,
18  but just answer the -- ask questions, let the witness
19  answer.  Don't make speeches, please.
20   Q   (By Mr. Bernick)  Was your last answer
21  confined to chrysotile as opposed to amphibole?
22   A   Basically, I have reviewed a great deal of
23  literature relative to amphiboles and diffuse pleural
24  thickening, particularly the Australian literature
25  which has a lot of information in it.  I don't know

33 (Pages 126 to 129)

Electronically signed by Cathy Zak (001-213-990-7454)                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 154

1    A   So I don't know whether that's actually below
2  the range of normal or not, but it's got to be very
3  close.
4    Q   Well --
5    A   He reported it as such.
6    Q   Okay.  Are you sure that's ten percent?
7    A   Pretty close to it.
8    Q   Not pretty close.  You're here as an expert.
9  Do you know?
10   A   4.09 and 3.16, okay, it's -- it's about eight
11 percent.
12   Q   Eight percent?
13   A   Maybe nine percent.
14   Q   Does that reflect -- does that reflect that
15 the resulting loss of lung function is below the
16 range of normal?
17   A   It all depends where the first one started.
18 Depends what 4.09 liters plus or minus .91, whether
19 that is actually, indeed, 100 percent or whether it's
20 a population of which the -- everybody was 90 percent
21 of predicted.  Depends on what the normal values he
22 used.
23   Q   So that's my whole point.
24       Can you tell me as an expert today of a
25 single study which shows that plaquing alone results

Page 155

1  in a loss of lung function below the range of normal?
2    A   No, I probably can't, although I think that
3  this demonstrates significant loss.
4    Q   But I didn't ask you about significant loss.
5  I'm talking about severe loss.
6    A   Well --
7    Q   This talks all about severe --
8    A   No.
9    Q   -- loss.
10   A   Not with plaquing alone.  Diffuse pleural
11 thickening, yes.
12   Q   Well, diffuse pleural -- I want to make sure
13 that we don't have a problem there either.
14       Can you tell me of a single study anywhere
15 which shows that confluent plaquing results in a
16 severe loss of lung function?
17   A   No, and I don't think he discusses that in
18 this article either.
19   Q   Can you tell me a single study anywhere that
20 shows confluent plaquing results in a loss of lung
21 function below the range of normal?
22   A   I'm not aware of any.
23   Q   Now, let's talk about blunting.
24   A   Yes.
25   Q   Blunting is associated with a substantial

Page 156

1  loss of -- strike that.
2        Blunting can be associated -- I don't like
3  that one either.
4        If you take a look at the studies, there are
5  studies that focus specifically on the association of
6  blunting with loss of lung function, correct?
7    A   Well, they're associated with diffuse plural
8  thickening and you're using that as part of the
9  definition.
10   Q   Yes.  Well --
11   A   I'm saying that if you don't have --
12   Q   I'll rephrase my question.
13   A   -- blunting, you don't have diffuse pleural
14 thickening.
15   Q   You're correct to correct me, so I'll
16 rephrase the question.
17       There are studies that look to examine
18 whether the diffuse pleural thickening associated
19 with blunting of the costophrenic angle leads to or
20 is associated with a loss of lung function, correct?
21   A   Yes, there's more lung function in that
22 group, yes.
23   Q   Okay.  And those studies do show that diffuse
24 pleural thickening associated with a loss of blunting
25 of the costophrenic angle can lead to a loss of lung

Page 157

1  function that is both significant and severe,
2  correct?
3    A   That's correct.
4    Q   And, in fact, produces a reduction of lung
5  function to below normal ranges, correct?
6    A   That's correct.
7    Q   Would you, therefore, agree with me that the
8  diffuse pleural thickening associated with blunting
9  of the costophrenic angle has a clear track record of
10 being associated also with very severe impairment?
11   A   Yes.
12   Q   And is it also true that it is for that
13 reason -- I'm not here to debate with you whether the
14 definitions are good or bad, but would it be fair to
15 say that it's for that reason that some scientists
16 have decided to define diffuse pleural thickening by
17 including in the definition blunting of the
18 costophrenic angle?
19   A   I suspect that that may very well be the
20 reason why they decided to do so, but what I've been
21 saying and what's in the data that we produced is
22 that we've got about half of these people that died
23 with diffuse pleural thickening and there was no
24 blunting, and by definition then, they don't have it,
25 so that's crazy if you have a definition that doesn't

Buell Realtime Reporting
206 287 9066

Electronically signed by Cathy Zak (001-213-990-7454)

ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor                                    Alan C. Whitehouse, M.D.

Page 178

1    A  I think reasonably, yes.
2    Q  Okay.  And by the same token, this test that
3  is in the TDP for severe asbestosis will exclude
4  people both inside and outside Libby that some might
5  say based upon a different test, in fact, have severe
6  asbestosis.  We're in agreement about that, correct?
7    A  Yes.
8    Q  Okay.  Now, the people outside of Libby who
9  are excluded will include people who have low DLCO
10  scores, right?
11    A  Correct.
12    Q  Will exclude people who are not 2/1s, but
13  maybe, you know, 1/1s but has severe impairment.
14  There will be borderline cases outside of Libby,
15  right?
16    A  Yes.
17    Q  And with the borderline cases, are you
18  familiar that in the trust distribution process,
19  they'll have the opportunity for individual review?
20    A  I understand that.
21    Q  And you understand the same thing will be
22  true with people of Libby?
23    A  Yes, I think one of the things that really
24  disturbs me about that is it's not a physician that's
25  reviewing it.  It's not a pulmonologist.

Page 179

1    Q  Okay.
2    A  A pulmonologist is really knowledgeable about
3  asbestos.  That would make a lot of difference to
4  that.
5    Q  But that's true outside of Libby and it's
6  true inside of Libby, correct?
7    A  It ought to be.
8    Q  Throughout -- well, I understand that, but
9  that criticism that you have of individual review
10  applies both outside and inside of Libby, right?
11    A  Yes, it does, but the same thing that I just
12  said about it holds true is that, how can a
13  non-physician, somebody that's not really
14  knowledgeable about asbestos diseases by having dealt
15  with it on a regular basis make that kind of a
16  decision.
17    Q  I want to take a look now at the TDP for
18  severe disabling pleural disease level 4-B, and my
19  questions are really very much the same, which is
20  that this is a TDP that seeks to pick out people with
21  severe disabling pleural disease by both of imposing
22  a test for the presentation of the disease as well as
23  by imposing a test for severity of impairment, fair?
24    A  Yes.
25    Q  Okay.  And when it comes to the diagnosis,

Page 180

1  would you agree with me that when it comes to tests
2  for the presentation of the disease that science says
3  that where people meet that test, it's pretty clear
4  that they do have diffuse pleural thickening?
5    A  How they answer this question is --
6    Q  It's where the test is met.
7    A  Well, I think you may be right about that,
8  where the test is met.
9    Q  That's what I'm asking.
10    A  But the test itself has some severe
11  limitations and problems with it.
12    Q  I'm not really going to debate that with you
13  in the questions I'm asking you right now.
14    A  Okay.
15    Q  I'm asking you the same kinds of questions
16  that I asked you about when it comes to severe
17  asbestosis, that is, the tests that are imposed by
18  the TDP for severe disabling pleural disease, for the
19  diagnosis of it, those are tests that science says if
20  they're satisfied, the claimant will be a pretty
21  clear case of having severe disabling pleural
22  disease, correct?
23    A  Yes.
24    Q  The same thing is true with the impairment
25  requirements for level 4-B, correct?

Page 181

1    A  Correct.
2    Q  Okay.  So we take a look at the TDP for
3  severe disabling pleural disease, is it such that
4  science says that where it's met, those will be
5  pretty clear cases where people, in fact, have that
6  disease, fair?
7    A  If you concur with the entire body of
8  science.
9    Q  Yes, that is, if we look at the entire body
10  of the science, that science --
11    A  If you agree with that.
12    Q  Oh, no, I'm just saying -- I'm saying again,
13  just like I did with severe asbestosis, that science
14  says with -- where these tests, in fact, are met,
15  people who satisfy those tests are highly likely --
16  are clear cases where they have severe disabling
17  pleural disease.  Not saying they're the only ones,
18  but once they meet the tests are going to be pretty
19  clear cases under the science; is that fair?
20    A  Okay.
21    Q  Is that -- I don't want an okay.  Is that
22  right?
23    A  Yes.
24    Q  Okay.  Now, we also know as we went through
25  with severe asbestosis that the test for severe

46 (Pages 178 to 181)

Electronically signed by Cathy Zak (001-213-990-7454)                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor                                        Alan C. Whitehouse, M.D.

Page 182

1  disabling pleural disease level 4-B will, in fact,
2  exclude people outside of Libby who some might say --
3  doctors might say, in fact, have severe disabling
4  pleural disease, right?
5      A  Yes.
6      Q  And it will also exclude people within Libby
7  who you would say have severe disabling pleural
8  disease, correct?
9      A  Yes.
10     Q  And I think what you said this morning is
11  that if you took a look at the McCloud study, the
12  McCloud study relates to people who are outside of
13  Libby, right?
14     A  Yes.
15     Q  And I think you said that under the McCloud
16  study more than -- more than 50 percent of the people
17  in the McCloud study wouldn't pass the requirements
18  of level 4-B in the TDP, right?
19     A  Right.
20     Q  When it comes to people within Libby, I think
21  you said that the TDP would have the effect of
22  excluding about the same proportion of people in
23  Libby with severe disabling pleural disease as was
24  reflected in the McCloud study, correct?
25     A  Pretty much.

Page 183

1      Q  Okay.
2      A  Close to it.
3      Q  So we're talking about roughly the same
4  proportion and effect of the TDP both inside Libby
5  based upon your own experience and outside Libby
6  based upon the McCloud article.  Did I get that
7  right?
8      A  Yeah, on the basis though or the caveat I
9  would say about this is on the basis of just that
10  aspect.  We're not talking about DLCOs or anything
11  else.  Just about --
12     Q  Blunting?
13     A  Just about blunting.
14     Q  Okay.  So when it comes to the blunting
15  criteria in level 4-B, that has the same proportion
16  and effect inside Libby as outside Libby, fair?
17     A  Very similar.
18     Q  Okay.
19     A  Very close.
20     Q  Now, if we wanted to include --
21         MR. BERNICK:  Why don't you just change
22  it now?
23         So for people outside on the telephone, we
24  have a conspiratorial process here inside the room
25  called changing the tape.

Page 184

1         THE VIDEOGRAPHER:  We are going off the
2  record.  The time is now 1:15 p.m.  This is the end
3  of disk number two in the continuing deposition of
4  Alan Whitehouse.
5         (Pause in the proceedings.)
6         THE VIDEOGRAPHER:  We're back on the
7  record.  The time is now 1:17 p.m.  This is the
8  beginning of disk number three in the continuing
9  deposition of Dr. Alan Whitehouse.
10         EXAMINATION (Continuing)
11  BY MR. BERNICK:
12     Q  Dr. Whitehouse, if we -- strike that.
13         If DLCO were to be included as an alternative
14  basis for qualifying people for severe disabling
15  pleural disease -- I think you've already recognized
16  in response to Mr. Finch's question -- that if that
17  is the only evidence of impairment of lung function,
18  that is, it's really truly an alternative way for
19  people to qualify, that would have the effect of
20  allowing people to qualify where the cause of the
21  lower DLCO was unrelated to asbestos, correct?
22     A  Well, I think that could easily be.
23     Q  How?
24     A  Well, for several -- several reasons.  First
25  off, those people have over-disease (sic).  Okay?

Page 185

1  They have big exposure histories, generally.  They
2  may or may not have some small degree of interstitial
3  disease.  They're very limited and that can be
4  proven, with the treadmill or with being on oxygen
5  and hypoxic or whatever the case may be, and
6  ordinarily, most of those people have significant
7  abnormalities in their pulmonary function, although
8  they may not be below 65 percent.  They're in that
9  range though, some -- frequently.
10         So there's very ample diagnostic evidence
11  that that's the source of it, and then if the CTs
12  were looked at, almost all of those people have some
13  pleural fibrosis that you can't see on x-ray and
14  explains their DLCO and it's clearly asbestos
15  related.
16     Q  Yeah, but I'm getting at a different thing.
17         If this expedited review -- that's what the
18  TDP review speaks to -- expedited review where the
19  submission is done on paper and there are written
20  criteria which if met, you're in, and if you don't
21  meet them, you're not in.  That's the -- that's the
22  world that we're operating in.
23         If you were to make DLCO an alternative
24  measure for the impairment of lung function such that
25  somebody who didn't meet the requirements based upon

47 (Pages 182 to 185)

Electronically signed by Cathy Zak (001-213-990-7454)                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor                                    Alan C. Whitehouse, M.D.

Page 186

1  forced vital capacity still could qualify for DLCO,
2  how would you state objective criteria that -- so
3  they could check off that would eliminate the cases
4  where DLCO is reduced for some source, some reason
5  that's not asbestos?  How would you do it?
6       A   I don't think it would be difficult at all.
7  You'd basically say that there's pleural disease
8  present.  Everybody -- that everybody agrees that
9  there's pleural disease present.  They have abnormal
10 pulmonary function.  I don't think you have to put it
11 with normal pulmonary function in that situation, but
12 you have to recognize that some of those people will
13 be right around 65 percent.
14      You could -- this is the one situation where
15 a CT evidence would help you a great deal and then,
16 say, that there's no other obvious reasons for there
17 to be a reduced DLCO.
18      Q   So that's how you would write it?
19      A   I'm not sure exactly how I'd write it.  Never
20 even thought about that.  But, roughly, I could write
21 something that would cover those people and would
22 protect the TDP from people that don't have
23 significant asbestos disease.
24      Q   And it would be such that somebody, not a
25 doctor, could review it and say --

Page 187

1       A   Yeah.
2       Q   -- that's right, it's all set?  They wouldn't
3  have to read the CT scan?
4       A   Just a check off and all, yeah.
5       Q   It's not in any of your reports, correct?
6       A   What's that?
7       Q   That's not in any of your reports, is it?
8       A   No, I don't think I've ever put that down on
9  paper.  That's the first time anybody's actually
10 asked me that.
11      Q   I asked you.
12      A   You asked me.  I could do it and it would
13 be -- I wouldn't want it to be unfair.  I mean, you
14 know, I spent -- this is a digression a little bit,
15 but I spent years doing disability evaluations for
16 the State of Washington and was very successful in it
17 because my track record was one of being right in the
18 middle of the road.  You know, I wasn't about to go
19 along with somebody that didn't have it, and so it
20 was pretty even.  Now, that's not always the case
21 with IME docs, but that's possible to do that and to
22 write it in such a way that it could be done.
23      Q   Let's talk about the Libby data and what the
24 Libby data shows about that.  Okay?
25      As I understand it, there are two basic

Page 188

1  collections of data that are Libby specific and --
2  are Libby specific and focus on non-malignant disease
3  caused by asbestos.
4       You have the ATSDR data and then you have the
5  CARD Clinic data; is that right?
6       A   Yes.
7       Q   Now, the ATSDR data, would you agree with me,
8  that ATSDR was an independent organization when they
9  came in to gather that data at Libby?
10      A   You know what I'm going to ask probably about
11 the ATSDR.  Are you talking about the original
12 Sullivan study?
13      Q   I'm talking about the original gathering of
14 the data.  I'm not here to talk about authors of
15 studies or anything.  I'm talking about data.  All
16 the questions I'm going to ask you are all about
17 gathering data.
18      A   Oh, okay.
19      Q   The ATS -- the data that the ATSDR gathered,
20 that collection of -- you've got two collections of
21 data, CARD Clinic data, ATSDR clinic -- ATSDR data,
22 right?
23      A   Yeah.  You're talking about the x-ray data
24 from the screening --
25      Q   Yes, the screening --

Page 189

1       A   -- that one?
2       Q   -- the screening data.
3       A   Right.  Okay.
4       Q   So when it came to the -- are you aware of
5  any other basic collection of non-malignant data at
6  Libby beyond the ATSDR and the CARD Clinic?
7       A   No, only insofar as the radiologist in Libby,
8  Steve Becker, who is a reasonably accurate reader as
9  far -- and was part of that reading with the ATSDR,
10 so I guess you'd have to include him in that.
11      Q   Okay.  So now the ATSDR data was gathered by
12 people who were independent, correct?
13      A   Yes.
14      Q   The ATSDR data was gathered pursuant to an
15 established protocol that had to be followed the same
16 way for all people, correct?
17      A   I think so, yeah.
18      Q   The ATSDR data is all available to
19 constituencies of people in this case, correct?
20      A   Yes.
21      Q   There are studies that have been published on
22 the ATSDR data, correct?
23      A   That's correct.
24      Q   And the ATSDR data is -- would you agree,
25 representative of the disease picture or pattern in

48 (Pages 186 to 189)

Electronically signed by Cathy Zak (001-213-990-7454)                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 190

1  Libby?
2      A  We have to be sure what part of that you're
3  talking about and what part of it was published and
4  by whom.
5      Q  Not talking about published, just talking
6  about the data.
7          The screening data that was gathered, that's
8  a representative collection of data when it comes to
9  representing the pattern or picture of Libby?
10     A  At the time it was, yes, I think so.
11     Q  Okay.  Now, with respect to the CARD Clinic,
12  I want to ask you the same kinds of questions.
13         Would you say that the data was gathered for
14  the CARD Clinic by people who were in all cases
15  independent?
16     A  What do you mean?
17     Q  Didn't have any other agenda.
18     A  I think generally that's true.  I think that
19  pulmonary function data and chest x-ray data, which
20  includes Becker's as well as our readings in there, I
21  think was pretty consistent and I don't -- it wasn't
22  biased, I don't think.
23     Q  Well, that's what I'm asking.  It wasn't
24  biased?
25     A  Huh-uh.  (Answers negatively.)

Page 191

1      Q  But when it comes to protocol, there's no
2  protocol that was followed by the CARD Clinic in
3  gathering the data that is in their files, correct?
4      A  Well, yes, there actually is because when the
5  people came in from screening, they took an interval
6  history from them.  Some of that was done by nurses.
7  A lot of that is in a database now.  They had a new
8  chest x-ray taken.  They had pulmonary function taken
9  that the doc saw and there's a dictated note
10  concerning the medical care, so --
11     Q  But that's a --
12     A  -- it closely all followed the same.  There's
13  more than one doc, but it was --
14     Q  Different doctors --
15     A  -- similar.
16     Q  -- you know, when it came to the pulmonary
17  function test, how it was administered, was there an
18  absolute set protocol on how the pulmonary function
19  test was to be administered with respect to all
20  people who are part of the CARD Clinic data?
21     A  I think pretty much so.  It's pretty much the
22  same protocol that I used in my practice for years.
23  I trained those people up there.
24     Q  Is it written?
25     A  Yeah, certainly.

Page 192

1      Q  Where is it written?
2      A  In the -- in the procedure manual for the --
3  for the -- for the lab.
4      Q  For the lab?
5      A  I don't know where it is, but I know it's up
6  there.
7      Q  Okay.  But what about when it comes to taking
8  exposure history?  Is there a --
9      A  They don't take the exposure histories.  The
10  techs don't.
11     Q  Oh, you mean the CARD Clinic?
12     A  The other people in the CARD Clinic?
13     Q  Yeah.
14     A  Yeah, those are taken both by the --
15     Q  But is there a written protocol?
16     A  Yeah, there is for the nurses.  There's a
17  written protocol.
18     Q  Do you know, were those ever made available
19  publically?
20     A  I don't know, but I know that there's a
21  series of forms that they use concerning that.
22  There's both a check list and then things that they
23  can add on in handwriting as well, and that's been
24  used -- and those are in everybody's chart, and
25  they've been used pretty much since the inception of

Page 193

1  the clinic in --
2      Q  What about --
3      A  -- 2000.
4      Q  What about in reading x-rays?  Is there one
5  protocol that's been followed in reading all x-rays
6  at the CARD Clinic?
7      A  Probably not.  They're all read by -- they
8  were all read by the radiologist at the hospital.
9      Q  But different radiologists?
10     A  No, all the same one, pretty much.
11     Q  All the same one?
12     A  Yeah, he occasionally had to cover it, but
13  not very much.  For a long time, I over-read most of
14  the x-rays there --
15     Q  When you read --
16     A  -- but not anymore.
17     Q  I'm sorry.
18         When you read the x-rays, you didn't read
19  them always according to the ILO classifications?
20     A  Oh, no, never did.
21     Q  Well, that's what I'm saying.
22         There wasn't one procedure that was followed
23  by the radiologist in reading the x-rays, fair?
24     A  As far as ILO is concerned, no, we didn't use
25  ILO at all.

49 (Pages 190 to 193)

Buell Realtime Reporting
206 287 9066

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 202

1     A   Would I?
2     Q   Have you.
3     A   Have I?  I have not accessed it.  I assume
4  that I can.
5     Q   What about Dr. Frank?
6     A   No, probably not because he's not really a
7  member of the CARD staff which I am, of course.
8     Q   And certainly that database has not been
9  available -- the electronic database has not been
10 made available to the parties in this case, correct?
11    A   I don't think it's been used except to
12 collect the data for the present time.
13    Q   Well --
14    A   But I think it's up to date and I think it's
15 got a lot of data in it, but I don't know when it's
16 going to be accessed.  Probably in the next year when
17 the EPA -- when it comes in.
18    Q   If there were -- if there is a unique form of
19 diffuse pleural thickening that's evident in people
20 in Libby, should we be able to see it if we study the
21 ATSDR screening data?
22    A   No.
23    Q   Just not apparent at all?
24    A   Won't be apparent unless you follow people
25 longitudinally and you have physician input, but

Page 203

1  there's no physician input to the ATSDR screening.
2     Q   Okay.  Likewise, if we look at the CARD
3  information, would you say that there's no way to see
4  any unique form of diffuse pleural thickening at
5  Libby unless you have access to the details of the
6  charts?
7     A   Well, first off, I object to your term unique
8  which is something that Grace has managed to --
9     Q   Well, I'll withdraw the -- I'll withdraw.
10    A   Let's leave that word out of it because it's
11 not unique.
12    Q   Okay.  Well, then let me -- that's fair.  Let
13 me then ask you the question.
14        Dr. Frank has told us under oath that he does
15 not believe that there is a different disease or a
16 special disease or form of disease, pleural disease
17 in Libby.  It's just the same disease.  Would you
18 agree with that?
19    A   Well, I would agree that it's basically the
20 same disease that has been occasionally seen in
21 chrysotile, but the frequency of it and the
22 predominance of it and the progression of it to death
23 is different.
24    Q   And we're going to pursue that, but I want to
25 peel this off layer by layer.  We're going to take

Page 204

1  each one of those layers and peel it off and
2  distinguish it.
3        So let's begin -- recognizing what you just
4  said, let's begin with how diffuse pleural
5  thickening, severe diffuse pleural thickening --
6  that's the only kind of pleural thickening I want to
7  talk about -- severe diffuse pleural disease.  Let's
8  talk about how it presents itself --
9     A   Okay.
10    Q   -- in Libby, and I want -- what I want to
11 know is:  In the objective presentation of severe
12 diffuse pleural thickening at Libby, tell me whether
13 and how it is different from diffuse pleural
14 thickening, severe, outside of Libby.
15        MR. LEWIS:  Object to the form of the
16 question.
17    A   Rarely had I ever seen diffuse severe pleural
18 thickening outside of Libby.  I know it's described.
19 People have seen it.  It's been reported.  Pleural
20 deaths have been reported.
21        As I mentioned before, the rapidity of its
22 progression as part of it, that's clear to me, and
23 progression on to death which is rarely ever
24 described and we've had a number of those, and then
25 the other factor, I think, that we haven't even

Page 205

1  discussed is the fact that a number of people have
2  extremely severe functional abnormalities in
3  pulmonary function, but pleural thickening is not
4  that thick, and that basically it's two to three
5  millimeters in thickness, but is everywhere and
6  results in incredibly severe physiologic
7  consequences.  That's one of the things we saw in
8  that mortality study is people that died from that,
9  of pleural thickening, so I don't know if that
10 answers your question now, but --
11    Q   (By Mr. Bernick)  Yeah, it does.
12    A   -- those are the differences.
13    Q   It does.  That's fine.
14        When you think about how the Libby pleural
15 disease, severe pleural disease is different, those
16 are the three things that you would recite:  The fact
17 of the rapidity of progression, progression to death,
18 and the fact that in some cases the pleural thickness
19 is not as pronounced as you would see outside of
20 Libby?
21    A   Yes.
22    Q   Okay.  Now, of all of those, we're going to
23 take -- we'll just take them separately, so I want to
24 put to one side now rapidity of progression and
25 progression to death and just talk about the one that

52 (Pages 202 to 205)

Electronically signed by Cathy Zak (001-213-990-7454)                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor                                    Alan C. Whitehouse, M.D.

Page 266

1  and pulmonary function and I'll have to look it up
2  and I'll get it to you.  There's no way I can
3  remember it now and I'm not even going to try.
4      Q  See, I can't deal with that.  I'm taking your
5  deposition today.
6      A  Well, I can't give it to you because I don't
7  remember.  Okay?
8      Q  Okay.
9      A  And you'll have to live with that.
10     Q  But how do you know -- well, actually, let me
11 just ask you:  What do you think -- let's go back
12 over this for a second.  We talked about the
13 difference in the thickness of the pleura, right?
14     A  Mm-hm.  (Answers affirmatively.)
15     Q  And you said you think that the people at
16 Libby present differently with diffuse pleural
17 thickening because they have severe impairment
18 with -- even though their pleura tissue is thinner
19 than what's reported in the literature.
20         When you made that comparison, what did you
21 assume the thickness was that was reported in the
22 literature for people outside of Libby?
23     A  No, I was -- I was using for comparison the
24 plan's three millimeter.
25     Q  Oh, you mean the TDP?

Page 267

1      A  Yeah, the TDP is three millimeters is what I
2  was using.
3      Q  Well, what if we set the TDP to one side and
4  simply said, Dr. Whitehouse, I want to know whether
5  you've determined based upon scientific study that
6  there's a difference in the presentation of diffuse
7  pleural thickening at Libby versus elsewhere.  Forget
8  about the TDP.  I just want to know whether you've
9  determined that the presentation is different than
10 Libby elsewhere.  Could you tell me that what you've
11 seen in Libby in terms of the thickness of the pleura
12 on presentation or severe diffuse pleural thickening
13 is different from that same feature reported in the
14 literature?
15     A  Yes, much more frequent.
16     Q  Not frequent.
17     A  Hey, that counts for a whole lot.
18     Q  I'm not --
19     A  You have to look at it that way.
20     Q  No, no, no, no, no, no, no.  I just want -- I
21 want you to tease out here -- very important -- how
22 it looks.
23         Do you know -- do you know based upon
24 scientific data that the presentation of diffuse
25 pleural thickening at Libby is different in terms of

Page 268

1  the thickness of the tissue from how it is has been
2  reported, the thickness that's been reported outside
3  of Libby in the scientific literature?
4      A  I haven't -- I doubt it's any significant
5  difference because it's -- I think it's more a matter
6  of degree or more the matter of frequency than it is
7  the amount of degree.  I'm sure you can find the same
8  thing in -- outside of Libby in people if you look
9  for it.  That's all.
10     Q  Okay.  Now, have you done the scientific
11 analysis to say, I've measured and determined that
12 the frequency of thinner pleura in Libby people is
13 greater than the frequency reported in the
14 literature?  Have you done that?
15     A  No.
16     Q  What about when it comes to low exposure?
17 Low exposure has been reported.  We know low exposure
18 has been reported as a source of diffuse pleural
19 thickening outside of Libby, correct?
20     A  Yes.
21     Q  Do you know that the -- have you actually
22 scientifically determined that the frequency of
23 reporting of severe diffuse pleural thickening at
24 Libby is actually higher than the frequency of
25 reporting of diffuse pleural thickening with low

Page 269

1  exposure outside of Libby?  Have you determined that
2  scientifically?
3      A  No, it hasn't been reported yet.
4      Q  It hasn't?
5      A  It hasn't been reported.
6      Q  When it comes to the frequency of blunting of
7  costophrenic angle, Libby versus outside of Libby,
8  have you determined scientifically that the rate of
9  reporting outside of Libby is different?
10     A  Well, the literature indicates that -- not
11 the literature, but the Amelia* article, et al., says
12 that you shouldn't have diffuse pleural -- they call
13 it diffuse pleural thickening and it's --
14     Q  I know.
15     A  But that's --
16         MR. LEWIS:  Now you've got to let him
17 finish his answer.
18         MR. BERNICK:  Come on.  Come on, Tom.
19         MR. LEWIS:  No.  Wait.  Wait.  Wait.
20         MR. BERNICK:  We've been getting along
21 fine.
22         MR. LEWIS:  Wait.  Wait.  Wait.
23         MR. BERNICK:  We've been getting along
24 just fine.
25         MR. LEWIS:  That's because you were not

68 (Pages 266 to 269)

Electronically signed by Cathy Zak (001-213-990-7454)                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor                                    Alan C. Whitehouse, M.D.

---

Page 274

```
 1        So what I want to know is: Can you -- do you
 2   have scientific data on the basis of which you could
 3   say the rate at which diffuse pleural thickening has
 4   been found, severe, without blunting at Libby is
 5   different from the rate that appears in the
 6   scientific literature outside of Libby for severe
 7   diffuse pleural thickening without blunting?
 8             MR. LEWIS: Well, objection. That
 9   assumes facts not in evidence.
10      A  Let me answer the question first. Obviously,
11   the ILO said that those doctors were wrong, that that
12   wasn't diffuse pleural thickening. It can't be
13   diffuse pleural thickening. There's no blunting, so
14   they were obviously wrong. Amelia's right. We're
15   right with -- with your plan here. No, that's --
16   that's clearly the answer because when they changed
17   the ILO standards and said you can't have diffuse
18   pleural thickening without blunting, they basically
19   said to the guys before them, you guys were wrong.
20      Q  (By Mr. Bernick) I don't --
21      A  That's the answer to it.
22      Q  Well, that may be your interpretation, but I
23   want to know data.
24      A  I don't know what, if any, of that data is in
25   any of that. I don't know what it is. I'm not very
```

Page 275

```
 1   interested in it and I don't know what the data
 2   was --
 3      Q  What about --
 4      A  -- what the percentage was. I know what
 5   McCloud's was. It was about 45 percent.
 6      Q  Right, which is comparable to what you found,
 7   right?
 8      A  Yeah, it is.
 9      Q  Okay.
10      A  But he basically was told, you're wrong,
11   because it's -- that's not the way it works.
12      Q  So at least will you agree with me that
13   the -- that you can say that with respect to McCloud,
14   he found a comparable rate of severe diffuse pleural
15   thickening without blunting is what you found in
16   Libby, correct?
17      A  Yes.
18      Q  And do you have any reason to believe that --
19   do you believe his data is wrong?
20      A  No, I don't believe his data is wrong. I
21   think Amelia's data is probably wrong.
22      Q  Okay. Now, when it comes to -- when it comes
23   to exposure outside of Libby, would you say the same
24   thing, that is, you found severe diffuse pleural
25   thickening associated with low -- low exposures at
```

Page 276

```
 1   Libby, do you know that that is -- do you know
 2   scientifically that that is unique to Libby?
 3      A  Well, you know, obviously, McCloud's report
 4   is chrysotile outside of Libby.
 5      Q  Outside Libby?
 6      A  Sure.
 7      Q  And so that would be consistent, that is,
 8   what he observed outside of Libby with respect to low
 9   exposure is consistent with what you observed at
10   Libby with respect to low exposure, correct?
11      A  Yes.
12      Q  Okay. Now, when we talk about progression --
13   when we talk about progression, you've got cases
14   involving progression that are in your report and
15   it's the eighteen in tab six of Exhibit-1 to this
16   deposition, and you've told us we've got to go back
17   and take a look at the files, and if we have, we
18   will, but I want to know on the basis of what test
19   you can say that the rapid progression that you've
20   observed at Libby for severe diffuse pleural
21   thickening is different from the progression that's
22   been observed outside of Libby on the basis of what
23   test you say Libby is different from non-Libby.
24      A  The rapidity of it.
25      Q  Yeah, but measured how? I want to know what
```

Page 277

```
 1   measurement you used to say that the rapidity of
 2   Libby is different from the rapidity outside of
 3   Libby.
 4      A  Well, the literature, not only in general,
 5   but all the literature indicates it's a slow
 6   progressive disease and all of it's directed towards
 7   that. And this sort of phenomenon, to my knowledge,
 8   has not been reported in the literature.
 9      Q  Have you looked to see --
10      A  Yes.
11      Q  Have you looked --
12      A  Yes.
13      Q  -- for the data on progression of severe
14   diffuse pleural thickening outside of Libby? Have
15   you looked for it?
16      A  Well, first off, this -- I didn't say this
17   was serve disease. I didn't say this progressed to
18   severe pleural thickening. That was your term.
19      Q  And that's pointing to Exhibit-6 of
20   Exhibit-1 --
21      A  I didn't say that.
22      Q  -- is that right?
23      A  It's your term. You made that assumption. I
24   just said they rapidly progressed.
25      Q  Okay. Well, then I will -- then I will
```

70 (Pages 274 to 277)

Electronically signed by Cathy Zak (001-213-990-7454)                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 286

1    Q  But -- but did you pick them out -- did you
2  pick them out -- well, strike that.
3        Progression is something that you can look
4  for throughout your patient population, right?
5    A  Sure.
6    Q  And if we looked for progression for people
7  who have a non-malignant disease in your whole
8  patient population and we gathered all the data,
9  would we see a pattern of progression that's
10  different from what we see in the literature?
11    A  Probably.  With other diseases, you mean?
12    Q  With other non-malignant diseases.  Your
13  non-malignant disease population at Libby.
14    A  Sure.
15    Q  If we took a non-malignant disease population
16  outside of Libby and we said how have they
17  progressed, Libby, non-Libby, would you see an
18  overall pattern of progression in Libby that is
19  different from progression outside of Libby?
20    A  Well, to my knowledge this is not described
21  in -- outside Libby either.  There are diseases that
22  progress rapidly that are non-malignant.  Emphysema
23  can do that.  Emphysema will progress --
24    Q  Well --
25    A  -- quite rapidly.

Page 287

1    Q  I'm -- you picked out 18 cases or 22 cases,
2  right?
3    A  Well, they sort of picked themselves out.
4    Q  Right, but they are -- they are a very small
5  subgroup of the total population of people that
6  you've seen with non-malignant disease at Libby,
7  right?
8    A  That's true.
9    Q  And, indeed, they are the ones who are
10  probably most dramatic and pronounced when it comes
11  to progression, correct?
12    A  That's correct.
13    Q  Now, if you go to the populations outside of
14  Libby where you say the progression has been slower,
15  are they these very select populations like yours
16  here, 18, 22 people selected or are they larger
17  groups of people?
18    A  Well, you know, this is a selection of 22 out
19  of the whole clinic population.  The studies that
20  I've seen, particularly from Australia which I read
21  on a fairly regular basis because there are many
22  similar problems that they have, they have very large
23  case studies and most of their studies -- not
24  most of them, all the studies that I've seen out of
25  there related to progression relate to slowly

Page 288

1  progressive disease.  Now, that's not to say that
2  they don't have some and they haven't published it.
3  I have no idea.
4    Q  Well, but that's the whole point is that if
5  you had done a study that included not just the most
6  significant or pronounced cases at Libby, but the
7  broader population, that would then be comparable to
8  studies outside of Libby working with larger
9  populations, right?
10    A  No, because I think that anybody that was
11  dealing with this on a regular basis that wrote
12  papers or was in a research facility or whatever it
13  is would take note of this and write this up --
14    Q  I didn't -- Dr. Whitehouse --
15    A  -- in a separate paper, not as --
16    Q  That is -- that's a what or a would or a
17  maybe.  I just really want to know what we know.
18  Okay?
19    A  Well, it's no more of a would or a maybe than
20  what you said.
21    Q  No, not at all.  I'm asking for a fact.
22        If you take -- if you want to make a
23  comparison of Libby, non-Libby, you have to have
24  studies that are comparable in scope, right?
25    A  Mm-hm.  (Answers affirmatively.)

Page 289

1    Q  I'm sorry?
2    A  Yes.
3    Q  Okay.  And so if you have a study inside of
4  Libby that's a large population of people with
5  non-malignant disease and you want -- and you ask
6  what's progression like and you record the result, if
7  you want to know whether the same thing is true
8  outside of Libby, you'd have to have a study that
9  picks out a large population and the study is done in
10  the same way, right, apples and apples?
11    A  Yeah.
12    Q  Okay.  Here you have a study in Libby and
13  it's not a big group, it's a small group, and it was
14  a group that was picked precisely because they picked
15  themselves, in your own words, the rapid progression.
16  If you want to know whether that's unique to Libby,
17  you'd have to look for a comparable study outside of
18  Libby, right?
19    A  Right, nobody's published it.
20    Q  And so -- but it's not that you know it's
21  unique to Libby, it's that you haven't seen a study
22  like this outside of Libby, correct?
23    A  Yeah, but, you know, I don't have x-ray
24  vision to know whether they actually have it and
25  haven't published it, so if they haven't published

73 (Pages 286 to 289)

Electronically signed by Cathy Zak (001-213-990-7454)

ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 290

1   it, the likelihood is that they haven't seen it.
2       Q   Well, but that is -- that is an inference on
3   your part.  All you know is that you have a highly
4   select group of people where you've made this
5   observation at Libby and you're not aware of a
6   comparable study outside of Libby, fair?
7       A   That's true.
8       Q   Okay.  Now, if we talk about -- for a moment
9   about a comparable group within Libby, that is, if
10  you were looking for a larger group at Libby to
11  compare it to the larger groups outside of Libby, you
12  said that the larger groups outside of Libby with
13  non-malignant disease reflect gradual loss, fair?
14      A   Generally.
15      Q   Okay.  There are studies that have been done
16  of larger groups of people at Libby, correct?
17      A   At Libby, you said?
18      Q   At Libby.
19      A   They haven't -- not on loss of pulmonary
20  function.
21      Q   Sure, your progression study.
22      A   Oh, my study, yeah.
23      Q   Okay.  So if you took a look at your study
24  that you published in 2004, that's a study of a
25  larger group of people, correct?

Page 291

1       A   Mm-hm.  (Answers affirmatively.)
2       Q   I'm sorry?
3       A   Yes.
4       Q   And that would be a good place to go if you
5   wanted to see is the experience at Libby different
6   from the experience outside of Libby because that's
7   the study that's working with a larger group of
8   people just like the larger group of people outside
9   of Libby, correct?
10      A   That's exactly what it showed, that it was
11  higher than the --
12      Q   We'll get to what it showed.  Just answer the
13  question.
14      A   -- prior published studies.
15      Q   Please just answer the question.
16          Is the study that you did in 2004 on a larger
17  group of people a good place to go for an apples and
18  apples comparison with studies of progression in
19  large groups of people outside of Libby?
20      A   Yes, probably.
21      Q   Okay.  Now, when you did the study in 2004,
22  you picked out people and you looked for progression,
23  correct?
24      A   No.
25      Q   How did you pick out --

Page 292

1       A   No, I didn't.  I just took all-comers.
2       Q   All-comers?
3       A   When they had their second pulmonary function
4   and everybody got a second pulmonary function, so
5   there was no bias in selection.
6       Q   Okay.  So the 2004 progression study that you
7   did was an all-comers, no selection, no bias study,
8   correct?
9       A   Right.
10      Q   And that's comparable apples and apples with
11  large group studies outside of Libby that you've
12  looked at and found the slow progression, correct?
13      A   Yes.
14      Q   Whereas, this -- this paper that's not yet
15  published is not an all-comers paper, it's a select
16  group?
17      A   It is a select group.  Perfectly willing to
18  admit that.
19      Q   Okay.  And that's what's reflected in tab six
20  to Exhibit-1, correct?
21      A   Mm-hm, yes.
22      Q   Now, if we take a look at your 2004 paper,
23  you had the all-comers group, but you only looked at
24  two data points, correct?
25      A   That's true.

Page 293

1       Q   And, in fact, if we look at that all-comers
2   group, it turns out that many of them had many more
3   data points, correct?
4       A   I took the first one that I had and the last
5   one that I had when I was doing the study and they
6   had more data points later on.  No question they had
7   more data points.  There were also some people that
8   got into a study with Enbrel* and that -- I did not
9   take them because of that.
10      Q   Didn't ask you that question with all due
11  respect, Dr. Whitehouse.
12          MR. LEWIS:  Doctor, just try to answer
13  the questions that counsel is asking you.  Okay?
14          THE WITNESS:  I thought I was.
15      Q   (By Mr. Bernick)  I know.  That's okay, but
16  let's just keep on going ahead.
17          The 2004 study, you used only two data points
18  with respect to each of the individuals in that
19  study, correct?
20      A   Yeah.
21      Q   And isn't it true that there were many more
22  data points that were available to be used in that
23  study beyond those two data points?
24      A   No, because I cut it off at a certain point,
25  put the data together and ignored everything that

74 (Pages 290 to 293)

Electronically signed by Cathy Zak (001-213-990-7454)
ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor                                    Alan C. Whitehouse, M.D.

Page 306

1    that's supposed to be used for filling out a death
2    certificate is the test of, well, what was the cause
3    of death, and Dr. Frank has told us that and I think
4    you've agreed, right?
5        A   Yeah.
6        Q   And Dr. Frank says when Selikoff did his BAI
7    work, he looked for more information that was on the
8    death certificate, but the test was still the same,
9    that is, what was the cause of death, so I'm now
10   asking in the case of your work with the CARD
11   mortality data and including people in your group of
12   79 people who are people where you say their death
13   was in some fashion related to non-malignant disease.
14   I'm asking for what tests you used.
15              Was it the test of, what's the cause of
16   death? Was it, was asbestos-related illness a
17   substantial contributing factor? Was it, the
18   asbestos-related illness was a major -- which test
19   did you use?
20       A   Same way you described for Selikoff, took the
21   death certificate regardless of what the death
22   certificate said, reviewed the chart, and found out
23   whether or not that was -- if it said asbestosis, was
24   that legitimate, really was asbestosis and
25   respiratory failure or was it a pneumonia but

Page 307

1    asbestosis was the underlying cause.  Was it cor
2    pulmonale, but asbestosis was a cause of cor
3    pulmonale.
4        Q   So --
5        A   We were looking for direct cause.
6        Q   You were looking for direct cause, that is,
7    the same way a death certificate should be filled
8    out?
9        A   Yeah, the way it should have been filled out
10   in the first place, yes.
11       Q   Okay.  And that's how you included people in
12   your --
13       A   Yes.
14       Q   -- group of 79; is that right?
15       A   Yes.
16       Q   Now, is there anything -- any place that we
17   can go to see how you made that judgment for any of
18   the people who are on your list of 79, that is,
19   Exhibit-15?  Is there any place where we can go to
20   find out how you made the judgment about the cause of
21   death?
22       A   No, except to go to the chart and you've got
23   other places.  You know, I talked to doctors about it
24   and talked to the family physician as to what
25   happened, all kinds of things like that to get the

Page 308

1    information.
2        Q   That's information?
3        A   Mm-hm.  (Answers affirmatively.)
4        Q   But if I want to know with respect to anybody
5    who is on Exhibit-15, that is, for whom you're
6    relying for your idea of progression to death, is
7    there any way that I can determine how you decided
8    what the cause of death was for any of those people?
9        A   Probably not because it -- after I've gone
10   through all the things I need to go through, then I
11   fill out on my computer whether it was related to
12   asbestos or whether it was not related to the
13   contributing cause.
14       Q   So there's no place that even today --
15       A   There's no written record that will help in
16   that.
17       Q   Now, my last question and I am done -- just
18   in time -- relates to going from your group of 79
19   people.
20              You've told us that the 79 people who are
21   listed in Exhibit-15 are the source of information
22   regarding how people with severe diffuse pleural
23   thickening present differently you think from people
24   with the same disease outside of Libby, and we've
25   gone through that now in all the different areas of

Page 309

1    difference, thickness of pleura tissue, occupational
2    history or exposure history, blunting, and
3    progression, right?
4        A   Right.
5        Q   Okay.  Now, you offered the view that you
6    could use the information that you have about the 79
7    people from the CARD mortality study and extrapolate
8    to the 950 or, thereabouts, people who have made
9    claims in this case, right?
10       A   Correct.
11       Q   Okay.  And I take it then that you're not
12   going to be relying upon the remaining 850 people for
13   any of your opinions in this case; is that right?
14       A   No, there's no way I would be able to in --
15            MR. LEWIS:  No, I think that was
16   confusing.  I don't mean to interfere.
17            MR. BERNICK:  I'll --
18            MR. LEWIS:  You're talking about -- are
19   you talking about opinions relating to the
20   progression?
21            MR. BERNICK:  I'll be very clear.
22            MR. LEWIS:  Okay.  Because it's --
23            MR. BERNICK:  I'll be very clear.
24            MR. LEWIS:  All right.
25       Q   (By Mr. Bernick) We know that there's a

78 (Pages 306 to 309)

Electronically signed by Cathy Zak (001-213-990-7454)                    ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor

Alan C. Whitehouse, M.D.

Page 314

1  after the bankruptcy.
2     A  Well, no.  Well, almost all of them filed
3  beforehand and I do know that to be a fact.
4     Q  And I've not seen that.  Do we have the
5  analysis?
6     A  No, you don't have an analysis of that.
7     Q  Okay.  Next step.
8     A  The second point is that the breakdown on the
9  mortality study was 33 percent for miners.  The
10 remainder -- it was basically almost a third, a
11 third, a third.
12    Q  You say the mortality study --
13    A  Yeah.
14    Q  When you say the mortality study --
15    A  You extrapolate that --
16    Q  Hang on.
17    A  You --
18    Q  No, no, no.  I just want to get it piece by
19 piece.
20       The breakdown that you say of the mortality
21 study, who in the mortality study, the 79?
22    A  The 79.
23    Q  The 79?
24    A  The 79.
25    Q  So if we go to the 79 people, there's a

Page 315

1  breakdown between who was a worker and who was a
2  family member and who was community?
3     A  Right.
4     Q  Okay.  And that's indicated in Exhibit-15,
5  right?
6     A  That's Exhibit- -- yeah, somewhere in there.
7     Q  Okay.
8     A  And then if you look at the 950 claimants,
9  the breakdown is almost identical.  I mean, it's
10 within a couple of percentage points.
11    Q  Where do we see -- where is that done?
12    A  Oh, the lawyers have done it.
13    Q  Do I have --
14    A  I don't know.
15    Q  Do I have present in some fashion to us here
16 in the case the breakout of the 950 by community
17 exposure, family exposures, and worker exposure?
18    A  I think you do, but I don't know where it is.
19 I mean, they would have given it to you.
20    Q  But you don't have it here today?
21    A  I do not have it here today.
22    Q  So you have the 79 people that we have broken
23 out by community, family?
24    A  Mm-hm.  (Answers affirmatively.)
25    Q  You have the 950 with respect to whom you

Page 316

1  want to offer an opinion, and you believe that they
2  fall into -- they show a similar breakdown,
3  community, worker, family, but we don't have that
4  breakdown here today, fair?
5     A  That's fair.
6     Q  Okay.  Go ahead.
7     A  And based upon that, the probability that the
8  statistics in the mortality study will follow through
9  on the 950 --
10    Q  Okay.
11    A  -- of what we know about the disease and then
12 we'll see a similar -- similar death rate,
13 ultimately.
14    Q  Okay.  And that's your extrapolation?
15    A  That's the extrapolation.
16    Q  Now, is that extrapolation set out in writing
17 anywhere that we can look at?
18    A  I think it is, but I don't know where it is,
19 whether it's in my report or whether it's in the
20 data.  I think it's in the data that was submitted to
21 you.
22    Q  Is there any report that explains for us the
23 scientific basis for believing that that
24 extrapolation is sound?
25    A  I doubt there's any specific report, no.

Page 317

1     Q  Okay.  Now, I want to then, finally, focus on
2  epidemiology.  Okay?
3        Is it correct there's no epidemiological
4  analysis that's been done on the CARD patient
5  population?  Is that true?
6     A  Well, yes, there has been because the ATSDR
7  and NASA and all that have followed through and
8  gotten their exposure histories and haven't published
9  it yet.
10    Q  Well, I'm talking about -- I'm talking about
11 something I can get ahold of, something that's
12 available to us.
13       Is there any available epidemiology on the
14 people at the CARD clinic?
15    A  You know, there's some stuff that just came
16 out recently.  There are several things actually you
17 might want to -- one is -- there was a pilot study
18 that was done in 2000.
19    Q  Pilot study?  Is that an epidemiologic study?
20 That's a pilot study.
21    A  Oh, that probably does not qualify, you're
22 right.
23    Q  As of the criminal trial which took place a
24 few weeks ago --
25    A  I think there's some stuff that's come out

80 (Pages 314 to 317)

Electronically signed by Cathy Zak (001-213-990-7454)

ccf6522f-9c7e-490e-8982-005d338cde62