# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>· Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: *9/17/09 @ 4:00 pm*<br>Hearing Date: TBD only if necessary |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JULY 1, 2009 THROUGH JULY 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 1.2 | $    702.00 |
| | | | | | |
| **TOTAL** | | | | **1.2** | **$    702.00** |

**Expenses**

| Description | Total |
|---|---|
| Photocopying | $    35.64 |
| | |
| **TOTAL** | **$    35.64** |



FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2009
Invoice No.: 445536
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through July 31, 2009

| | | |
|---|---|---:|
| Fees | | $702.00 |
| Disbursements | | 35.64 |
| **Total Fees and Disbursements** | | **$737.64** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 445536
August 28, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|------:|
| 07/30/09 | Jaffe | Prepare quarterly fee application (1.2). | 1.2 |
| | | **Total Hours** | **1.2** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 445536
August 28, 2009
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 1.2 |

**Total Fees**      **$702.00**

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 07/31/09 | In-House Photocopying | 35.64 |

**Total Disbursements**      **$35.64**

| | |
|---|---|
| **Total Fees** | $702.00 |
| **Total Disbursements** | 35.64 |
| **Total Fees and Disbursements** | **$737.64** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 28, 2009
Invoice No.: 445536
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

      **Total Fees and Disbursements**          **$737.64**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 445536
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 – Blackburn and Union Privileges Superfund Site, Walpole, Mass**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 15.5 | $ 9,067.50 |
| Amy E. Boyd | Associate | Environmental | $345.00 | 8.5 | $ 2,932.50 |
| **TOTAL** | | | | **24.0** | **$ 12,000.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 0.24 |
| | |
| **TOTAL** | **$ 0.24** |



# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2009
Invoice No.: 445537
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through July 31, 2009

| | |
|---|---|
| Fees | $12,000.00 |
| Disbursements | 0.24 |
| **Total Fees and Disbursements** | **$12,000.24** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/07/09 | Jaffe | Emails with team regarding negotiations of CD and SOW (0.8). | 0.8 |
| 07/10/09 | Jaffe | Attention to special notice, including telephone call with Mr. Campbell and emails with team (0.4). | 0.4 |
| 07/13/09 | Jaffe | Emails with team regarding meetings with EPA and bankruptcy issues (0.4). | 0.4 |
| 07/14/09 | Jaffe | Attention to special notice issues, including telephone conference with Ms. Duff, emails with team, and review of bankruptcy issues (1.8). | 1.8 |
| 07/15/09 | Jaffe | Emails with Shaffer counsel, emails with team, review bankruptcy issues (1.1). | 1.1 |
| 07/16/09 | Jaffe | Attention to special notice issues, including telephone call with Ms. Baer regarding bankruptcy issues, telephone call with DOJ, EPA and team, telephone call with Ms. Duff, and emails with team (3.2). | 3.2 |
| 07/17/09 | Jaffe | Attention to special notice, including emails with team (0.9). | 0.9 |
| 07/22/09 | Boyd | Prepare for and attend conference call to discuss key issues for meeting with EPA regarding scope of work (1.5). | 1.5 |
| 07/23/09 | Boyd | Prepare for and attend meeting with PRP group to prepare for meeting with EPA on revisions to scope of work (3.4); attend meeting with EPA (3.2). | 6.6 |
| 07/28/09 | Jaffe | Attention to special notice issue, including telephone call with Ms. Duff, emails with team, review of oversight cost issues, and reviewing EPA response to scope of work (2.2). | 2.2 |
| 07/29/09 | Jaffe | Attention to special notice process, including meeting with A. Boyd and emails with team regarding past costs and meeting with EPA (1.1). | 1.1 |
| 07/29/09 | Boyd | Meeting with S. Jaffe (0.1); draft summary of meeting and key points discussed (0.3). | 0.4 |
| 07/30/09 | Jaffe | Attention to special notice process, including telephone call and email with Mr. DeCambre at EPA regarding past costs and emails with team (1.3). | 1.3 |
| 07/31/09 | Jaffe | Attention to special notice issues, including review of EPA's revised scope of work and emails with team regarding same (2.3). | 2.3 |
| | | **Total Hours** | **24.0** |

To ensure proper credit to your account,
please include remittance page with your payment.

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | |
|---|---|---|
| Boyd | 8.5 | |
| Jaffe | 15.5 | |
| **Total Fees** | | **$12,000.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 07/23/09 | In-House Photocopying | 0.24 |
| | **Total Disbursements** | **$0.24** |

| | |
|---|---|
| **Total Fees** | **$12,000.00** |
| **Total Disbursements** | **0.24** |
| **Total Fees and Disbursements** | **$12,000.24** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 28, 2009
Invoice No.: 445537
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**                    **$12,000.24**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 445537
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM