IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: September 17, 2009 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# NINETY-FOURTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amion, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc, Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/468501

# EXHIBIT A
**(Fee Detail)**

# **FEES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** <br> • asbestos matters (52000.43)     $11,168.00 <br> • non-asbestos matters (2725.40)     $ 200.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $11,368.00 |
| **FEE APPLICATION – APPLICANT** | $576.00 |
| **TOTAL FEES** | $11,944.00 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 24, 2009
Bill Number 113794
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH JULY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 07/02/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 32.00 |
| 07/06/09 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 96.00 |
| 07/08/09 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.9). | 1.00 Hrs | 320.00 |
| 07/10/09 | RAM | Telephone conference with co-defendant's paralegal re: wanting transcripts of expert's testimony. | 0.20 Hrs | 64.00 |
| 07/13/09 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 07/14/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 4.10 Hrs | 492.00 |
| 07/14/09 | ARA | Document control. | 2.50 Hrs | 200.00 |
| 07/15/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 5.50 Hrs | 660.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting


THROUGH JULY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 07/16/09 | MTM | Receipt and review of emails from in-house counsel re: new interrogatories from Speights in Anderson Hospital matter (.4); review master set interrogatory answers re: same (.8); telephone call from K&E counsel re: same (.2). | 1.40 Hrs | 385.00 |
| 07/16/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 4.10 Hrs | 492.00 |
| 07/17/09 | MTM | Review materials at Winthrop Square re: interrogatories from Speights in Anderson Hospital matter (1.2); email to K&E counsel re: same (.5) | 1.70 Hrs | 467.50 |
| 07/20/09 | MTM | Review documents in Cambridge re: returning materials to their original source boxes. | 3.30 Hrs | 907.50 |
| 07/20/09 | ARA | Per MTM, locate information on documents in Cambridge; review and quality control documents and return them to original boxes (4.9). Quality control property damage ledgers re: ZAI research project (1.5). | 6.40 Hrs | 768.00 |
| 07/21/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 5.70 Hrs | 684.00 |
| 07/22/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.50 Hrs | 160.00 |
| 07/22/09 | ARA | Telephone call to PM and Boston Express to arrange for WRG's boxes to be returned to Cambridge re production to criminal defense attorney; inventory boxes. | 0.40 Hrs | 32.00 |
| 07/22/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 5.70 Hrs | 684.00 |
| 07/23/09 | ARA | Oversee pick-up of boxes to be returned to WRG Cambridge; return boxes and documents to Cambridge re: production to criminal defense attorney. | 3.50 Hrs | 280.00 |
| 07/23/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 2.50 Hrs | 300.00 |
| 07/24/09 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | 320.00 |
| 07/25/09 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | 160.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JULY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 07/27/09 | ARA | Document control. | 1.50 Hrs | 120.00 |
| 07/27/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 4.50 Hrs | 540.00 |
| 07/28/09 | ARA | Document control. | 0.50 Hrs | 40.00 |
| 07/28/09 | ARA | Quality control property damage ledgers re:ZAI research project. | 6.00 Hrs | 720.00 |
| 07/29/09 | ARA | Document control. | 0.50 Hrs | 40.00 |
| 07/29/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 4.50 Hrs | 540.00 |
| 07/30/09 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.4). | 0.60 Hrs | 192.00 |
| 07/30/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 3.00 Hrs | 360.00 |
| 07/31/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 5.60 Hrs | 672.00 |

TOTAL LEGAL SERVICES     $11,168.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 4.20 | 320.00 | 1,344.00 |
| Matthew T. Murphy | 6.40 | 275.00 | 1,760.00 |
| Angela R. Anderson | 57.60 | 120.00 | 6,912.00 |
| Angela R. Anderson | 14.40 | 80.00 | 1,152.00 |
| | 82.60 | | $11,168.00 |

TOTAL THIS BILL     $11,168.00

Page 3

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 24, 2009
Bill Number 113793
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

## FOR PROFESSIONAL SERVICES

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

## LEGAL SERVICES

THROUGH JULY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 07/09/09 | RAM | Conference with MLL re: date of pretrial conference. | 0.05 Hrs | No Charge |
| 07/28/09 | MLL | Review file to assess any discovery needs and strategy before close of discovery; outline claims and defenses and check on-line docket. | 0.80 Hrs | 200.00 |

TOTAL LEGAL SERVICES                $200.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Matthew L. Lunenfeld | 0.80 | 250.00 | 200.00 |
| Robert A. Murphy | 0.05 | 320.00 | No Charge |
|  | 0.85 |  | $200.00 |

TOTAL THIS BILL                $200.00

Page 1

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 24, 2009
Bill Number 113795
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH JULY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 07/02/09 | RAM | Send "as filed" May fee application to fee auditor. | 0.10 Hrs | 32.00 |
| 07/23/09 | RAM | Work on June fee application. | 0.50 Hrs | 160.00 |
| 07/24/09 | RAM | Work on June fee application. | 0.20 Hrs | 64.00 |
| 07/25/09 | RAM | Work on June fee application. | 0.20 Hrs | 64.00 |
| 07/27/09 | RAM | Work on June fee application. | 0.10 Hrs | 32.00 |
| 07/28/09 | RAM | Work on June fee application (.2); send it to in-house counsels to review (.1). | 0.30 Hrs | 96.00 |
| 07/29/09 | RAM | Email from one and telephone call from another in-house counsel that fee application may be filed. Finalize June fee application (.2) and send it to Delaware counsel to file (.1). | 0.30 Hrs | 96.00 |
| 07/31/09 | RAM | Send "as filed" June fee application to Fee Auditor. | 0.10 Hrs | 32.00 |

TOTAL LEGAL SERVICES     $576.00

Page 1

CASNER & EDWARDS LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.80 | 320.00 | 576.00 |
| | 1.80 | | $576.00 |

|  | TOTAL THIS BILL | $576.00 |
|---|---|---|

**EXHIBIT B**
**(Expense Detail)**

# EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** <br> • asbestos matters (52000.43)    $12,655.62 <br> • non-asbestos matters (2725.40)    $    0.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $12,655.62 |
| **FEE APPLICATION – APPLICANT** | $15.45 |
| **TOTAL EXPENSES** | $12,671.07 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 24, 2009
Bill Number 113808
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:  Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH JULY 31, 2009

**EXCESS POSTAGE**
| | | | |
|---|---|---|---|
| 07/31/09 | EXCESS POSTAGE | 1.73 | |
| | | | $1.73 |

**PACER ONLINE SEARCH**
| | | | |
|---|---|---|---|
| 07/06/09 | Delaware Bankruptcy Court | 79.52 | |
| | | | $79.52 |

**RENT REIMBURSEMENT**
| | | | |
|---|---|---|---|
| 07/01/09 | RREEF AMERICA REIT III CORP Z1: Rent and utilities for document repository at One Winthrop Square - July 2009. | 12,171.32 | |
| | | | $12,171.32 |

**MISCELLANEOUS**
| | | | |
|---|---|---|---|
| 07/09/09 | RECORDKEEPER ARCHIVE CENTERS,: Storage from 7/01/09 through 7/31/09. | 403.05 | |
| | | | $403.05 |
| | TOTAL COSTS | | $12,655.62 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

                                              TOTAL THIS BILL        $12,655.62

# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 24, 2009
Bill Number 113809
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH JULY 31, 2009

FEDERAL EXPRESS
| | | | |
|---|---|---|---|
| 07/14/09 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on June 29, 2009 by RAM. | 15.05 | |
| | | | $15.05 |

PACER ONLINE SEARCH
| | | | |
|---|---|---|---|
| 07/06/09 | Delaware Bankruptcy Court | 0.40 | |
| | | | $0.40 |

|  |  |
|---|---|
| TOTAL COSTS | $15.45 |
| TOTAL THIS BILL | $15.45 |

Page 1