IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Re:  D.I. No. 22859** |
| | : | |
| | : | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that BNSF Railway Company ("BNSF"), appeals under 28 U.S.C. § 158(a) from the Order Pursuant To Sections 105, 1107 And 1108 of The Bankruptcy Code And Rules 2002, 6004, 9014 And 9019 Of The Federal Rules Of Bankruptcy Procedure Authorizing And Approving The Debtors Entering Into The Settlement Agreement With The Royal Parties And Denying Libby Claimants' Motions To Defer Consideration And Compel Discovery, as entered by the Bankruptcy Court in these Chapter 11 proceedings on August 19, 2009 (D.I. 22859).

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

W.R. Grace & Co., *et al.*, Debtors and Debtors-In-Possession

David M. Bernick, P.C.
Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
Citigroup Center
601 Lexington Avenue
New York, NY  10022-4611
Tel.:  212-446-4800
Fax:  212-446-4900

#11424626 v1

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Kathleen P. Makowski, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Tel.:  302-652-4100
Fax:  302-652-4400

BNSF Railway Company

John H. Schanne II, Esq.
Pepper Hamilton LLP
1313 Market Street
PO Box 1709
Wilmington, DE  19899
Tel.:  302-777-6500
Fax:  302-421-8390

Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
Tel.:  215-981-4000
Fax:  215-981-4750

Arrowood Indemnity Company, f/k/a Royal Indemnity Company

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801
Tel.:  302-429-1900
Fax:  302-429-8600

Carl J. Pernicone, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 E. 42nd Street
New York, NY  10017-5639
Tel.:  212-490-3000
Fax:  212-490-3038

Tancred V. Schiavoni, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036
Tel.: 212-326-2267
Fax: 212-326-2061

<u>Libby Claimants</u>

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
Tel.: 302-467-4400
Fax: 302-467-4450

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110
Tel.: 617-951-2505
Fax: 617-951-0679

Dated:  August 28, 2009
        Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

<u>/s/ James C. Carignan</u>
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

- and –

Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
Tel.: 215-981-4000
Fax: 215-981-4750

*Counsel to BNSF Railway Company*

#11424626 v1