**CERTIFICATE OF SERVICE**

       I, James C. Carignan, hereby certify that, on August 28, 2009, I caused to be served the Notice of Appeal upon the following entities in the manner indicated.

**VIA HAND DELIVERY**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Kathleen P. Makowski, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Tel.:  302-652-4100
Fax:  302-652-4400

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801
Tel.:  302-429-1900
Fax:  302-429-8600

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
Tel.:  302-467-4400
Fax:  302-467-4450

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 King Street, suite 300
Wilmington, DE  19801
Tel.:  302-426-1900
Fax:  302-426-9947

Teresa K.D. Currier, Esq.
Buchanan Intersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801
Tel.:  302-552-4200
Fax:  302-552-4295

#11426256 v1

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Tel.: 302-657-4942
Fax: 302-657-4901

Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel.: 302-575-1555
Fax: 302-575-1714

**VIA FACSIMILE AND REGULAR MAIL**

Carl J. Pernicone, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 E. 42nd Street
New York, NY 10017-5639
Tel.: 212-490-3000
Fax: 212-490-3038

David M. Bernick, P.C.
Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
Tel.: 212-446-4800
Fax: 212-446-4900

Tancred V. Schiavoni, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Tel.: 212-326-2267
Fax: 212-326-2061

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110
Tel.:  617-951-2505
Fax:  617-951-0679

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500
Tel.:  212-319-7125
Fax:  212-644-6755

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Jeffrey Liesemer, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005
Tel.:  202-862-5000
Fax:  202-429-3301

Philip Bentley, Esq.
Douglas Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Tel.:  212-715-9100
Fax:  212-715-9100

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889
Tel.:  973-424-2000
Fax:  973-424-2001

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982
Tel.:  212-806-5400
Fax:  212-806-6006

#11426256 v1

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Matthew I. Kramer, Esq.
Bilzin Suberg Baena Price & Axelrod LLP
2500 Wachovia Financial Center
200 S. Biscayne Boulevard
Miami, FL  33131-2336
Tel.:  305-374-7580
Fax:  305-374-7593

Dated:  August 28, 2009
Wilmington, DE

                                       /s/ James C. Carignan
                                       James C. Carignan (No. 4230)

#11426256 v1