# EXHIBIT A

**WR Grace**
**July 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review docket | 1.0 |
|  | Comm w/OHS (KO) re:Zilly deposition | 0.4 |
| Thu 2 | Review docket | 0.8 |
| Mon 6 | Review docket | 1.4 |
| Tue 7 | Comm w/OHS (RW) re exit financing | 0.4 |
|  | Comm w/PJC (PH) re May financial results | 1.4 |
|  | Comm w/Blackstone (PZ) re exit financing | 0.9 |
|  | Review docket | 0.8 |
| Wed 8 | Comm w/PJC (JS) re exit fin | 0.8 |
|  | Comm w/OHS (Var) re exit fin | 0.5 |
|  | C/c w/PJC,OHS re exit financing, debt markets | 1.5 |
|  | Comm w/PJC (PH) re article re exit fin | 0.9 |
|  | Review docket | 1.4 |
| Thu 9 | Comm w/OHS (KO) re debtors disc responses | 1.2 |
|  | Review docket | 0.8 |
|  | Hearing and prep | 1.5 |
| Fri 10 | Comm w/OHS (KO) re Debtors responses | 0.8 |
|  | Review docket | 3.0 |
| Mon 13 | Review docket | 3.1 |
|  | Review financial press | 0.8 |
| Tue 14 | Review docket | 2.5 |
| Wed 15 | Comm w/PJC (JS) re bank/UCC objections | 0.6 |
|  | Comm w/PJC (JS) re divestiture | 0.5 |
|  | Comm w/Blackstone (MB) re divestiture | 0.3 |
|  | Review docket | 2.7 |
| Thu 16 | Obj binders analysis | 2.4 |
|  | Review docket | 1.7 |
| Fri 17 | Obj binders analysis | 2.2 |
|  | Review divestiture memo | 1.0 |
| Mon 20 | Comm w/OHS (KO) re Zilly dep schedule | 0.2 |
|  | Review dep notices, Zilly, LaForce | 0.3 |
|  | Review docket | 0.4 |
| Tue 21 | Review docket | 1.0 |
| Wed 22 | Review docket | 0.6 |
| Thu 23 | Comms w/OHS re COLI | 0.4 |
|  | Review 2Q pr | 1.6 |
|  | COLI research | 1.5 |
|  | Comm w/Blackstone (MB) re COLI | 0.4 |
|  | Comm w/OHS (KO,RW)re Anderson disc | 0.9 |
|  | Review docket | 0.7 |
| Fri 24 | Review docket | 1.0 |
|  | Review financial press | 0.7 |
| Mon 27 | Omnibus hearing | 5.0 |
|  | Review docket | 1.2 |
| Tue 28 | Review docket | 0.7 |
|  | Review 8-K | 1.0 |
| Wed 29 | Review docket | 1.5 |
| Thu 30 | Hearing and prep | 2.5 |
|  | Comm w/PJC (JS) re 2Q results, analysis | 1.6 |
|  | Review docket | 0.3 |
| Fri 31 | Review docket | 1.1 |
|  | Review June/2Q financials | 2.1 |
|  | TOTAL TIME (hrs) | 64.0 |