# EXHIBIT B

**W.R. Grace**
**Detail of expenses (July 1, 2009 – July 31, 2009)**

Communication
Telephone $84.98
Express Mail $133.99

**Total Communication:** **$ 218.97**

**TOTAL EXPENSES:** **$ 218.97**