IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 22859** |

## NOTICE OF APPEAL

Claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] pursuant to 28 U.S.C. § 158(a)(1), and in accordance with Fed. R. Bankr. P. 8001 and 8002, and Del. Bankr. L.R. 8001-1, hereby appeal from the Order Pursuant to Sections 105, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving the Debtors Entering into the Settlement Agreement with the Royal Parties and Denying Libby Claimants' Motion to Defer Consideration and Compel Discovery, by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, entered on August 19, 2009 [Docket No. 22859] (the "Order").

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are listed below. A copy of the Order is attached hereto.

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 22784] as it may be amended and restated from time to time.

{393.001-W0002454.}

| **Party** | **Counsel of Record** |
|---|---|
| W.R. Grace & Co. | David M. Bernick, Esq.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>(312) 861-2000<br><br>Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899<br>(302) 652-4100 |
| Arrowood Indemnity Company f/k/a Royal Indemnity Company | Garvan F. McDaniel, Esq.<br>BIFFERATO GENTILOTTI, LLC<br>800 N. King Street-Plaza Level<br>Wilmington, DE 19801<br>(302) 429-1900<br><br>Carl J. Pernicone, Esq.<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>150 East 42nd Street<br>New York, NY 10017<br>(212) 490-3000<br><br>Tancred V. Schiavoni, Esq.<br>Gary Svirsky, Esq.<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000 |

{393.001-W0002454.}

Dated: August 28, 2009
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*