IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 21, 2009 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on August 28, 2009, the Ninety-Ninth Monthly Application of Ferry, Joseph & Pearce, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2009 through July 31, 2009 (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before **September 21, 2009 at 4:00 p.m.** prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the attached service list.

A HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION TO THE APPLICATION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 28, 2009                                   FERRY, JOSEPH & PEARCE, P.A.

　                                                                         /s/ Lisa L. Coggins
　                                                                         Michael B. Joseph (No. 392)
　                                                                         Theodore J. Tacconelli (No. 2678)
　                                                                         Lisa L. Coggins (No. 4234)
　                                                                         824 Market Street, Suite 1000
　                                                                         P.O. Box 1351
　                                                                         Wilmington, DE 19899
　                                                                         (302) 575-1555

　                                                                         *Counsel to the Official Committee of*
　                                                                         *Asbestos Property Damage Claimants*