# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                         July 1, 2009 to July 31, 2009

Inv   No. 32108

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 19.00 | 4,052.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 1.30 | 381.50 |
| B18 | Fee Applications, Others - | 4.00 | 596.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.80 | 236.00 |
| B25 | Fee Applications, Applicant - | 9.40 | 1,472.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 3.20 | 944.00 |
| B32 | Litigation and Litigation Consulting - | 0.50 | 125.00 |
| B36 | Plan and Disclosure Statement - | 59.10 | 17,249.50 |
| B37 | Hearings - | 15.30 | 4,513.50 |
| B40 | Employment Applications, Others - | 0.20 | 59.00 |
| B41 | Relief from Stay Litigation - | 0.30 | 88.50 |
| | **Total** | **113.10** | **$29,718.00** |
| | **Grand Total** | **113.10** | **$29,718.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 250.00 | 2.80 | 700.00 |
| Rick S. Miller | 290.00 | 0.40 | 116.00 |
| Steven G. Weiler | 230.00 | 4.70 | 1,081.00 |
| Theodore J. Tacconelli | 295.00 | 86.30 | 25,458.50 |
| Law Clerk | 125.00 | 2.60 | 325.00 |
| Legal Assistant - MH | 125.00 | 16.10 | 2,012.50 |
| Scott E. Kreps | 125.00 | 0.20 | 25.00 |
| **Total** | | **113.10** | **$29,718.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                                          **$3,158.16**

| Invoice No. 32108 | Page 2 of 20 | | August 28, 2009 |
|---|---|---|---|

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-01-09 | *Case Administration* -   Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* -   Telephone call from T. Tacconelli re PD claim issues (.1); follow-up telephone call to same re same (.1); e-mail to co-counsel re same (.1); follow-up telephone calls from T. Tacconelli re same (.1) | 0.40 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.30 | SGW |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re PD claim issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of request for production by Arrowood to The Lewis Firm | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of request for production by Arrowood to The McGarvey Firm | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of interrogatories by Arrowood to Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing of corrected exhibits to affidavit of C. Freegood by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re proposed order re phase II pre-trial proceedings | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Zilly deposition information | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.90 | HZ |
| Jul-02-09 | *Case Administration* - Review agenda re 7/9/09 hearing | 0.10 | LLC |
| | *Case Administration* - Review e-mail from J. O'Neill re revised service list for service of fee applications | 0.10 | TJT |
| | *Case Administration* - Memo to paralegal re revised service list for service of fee applications | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/26/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re errata for L. Welch deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of interrogatories by Anderson Memorial Hospital to debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re debtors' insurance neutrality phase I order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of supplemental expert report by S. Mathis by CCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review supplemental expert report of S. Mathis | 0.20 | TJT |
| | *Hearings* - Review agenda for 7/9/09 hearing | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 6/26/09; memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| | *Case Administration* - Revise fee application service lists and labels | 0.10 | MH |
| Jul-03-09 | *Plan and Disclosure Statement* - Review CNA's phase I proffer of | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | evidence | | |
| | *Plan and Disclosure Statement* - Review plan proponents' motion to exclude phase I evidence with attachments | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' notice of filing re phase I counterdesignations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit A to plan proponents' notice of filing counterdesignations | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit B(1) to plan proponents' notice of filing phase I counterdesignations | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit B(2) to plan proponents' notice of filing phase I counterdesignations | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit C(1) to plan proponents' notice of filing phase I counterdesignations | 0.30 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 7/9/09 hearing coverage | 0.10 | TJT |
| Jul-04-09 | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review e-mail from counsel for Arrowood re new person to be added to plan service list and forward to paralegal | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's response brief in appeal 08-3697 | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review document filed in appeal no. 08-4829 in 3rd circuit | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit C(2) to plan proponents' notice of filing phase I counterdesignations | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit C(3) to plan proponents' notice of filing phase I counterdesignations | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit D to plan proponents' notice of filing phase I counterdesignations | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit E(1) to plan proponents' notice of filing phase I counterdesignations | 0.30 | TJT |
| | *Employment Applications, Others* - Review motion by Equity Committee to retain Saul Ewing | 0.20 | TJT |
| | *Case Administration* - Update plan service list | 0.10 | MH |
| Jul-05-09 | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's interrogatories to debtors | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit E(2) to plan proponents' notice of filing phase I counterdesignations | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit E(3) to plan proponents' notice of filing phase I counterdesignations | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit F to plan proponents' notice of filing phase I counterdesignations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit G to plan proponents' notice of filing phase I counterdesignations | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit H to plan proponents' notice of filing phase I counterdesignations | 0.20 | TJT |
| Jul-06-09 | *Case Administration* - Review debtors' monthly operating report for May 09 | 0.30 | TJT |

| Invoice No. 32108 | Page 4 of 20 | | August 28, 2009 |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review plan proponents' objection to phase I trial exhibits with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re notice of deposition by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re class 9 impairment proposed order | 0.10 | TJT |
| Jul-07-09 | *Case Administration* - Confer with T. Tacconelli re confirmation issues | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 6/26/09 | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.30 | SGW |
| | *Case Administration* - Review amended 2019 statement for the David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/3/09 | 0.10 | TJT |
| | *Case Administration* - Review order approving 31st interim period quarterly fee applications | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review documents in virtual data room | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of AXA Belgium by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re phase II pre-trial proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re deposition information for Posner and McDonald | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for OneBeacon re Posner and McDonald depositions not going forward | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re proposed class 9 impairment order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re depositions of Posner and McDonald canceled | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for OneBeacon re reservation of rights re testimony of Posner and McDonald | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 7/3/09; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| | *Fee Applications, Applicant* - Create a cumulative spreadsheet inputting Ferry, Joseph & Pearce's quarterly fee chart information in preparation for Ferry, Joseph & Pearce's final fee application, review past fee auditor's final reports and fee charts prepared by debtors' counsel to compare with Ferry, Joseph & Pearce's cumulative spreadsheet | 3.30 | MH |
| Jul-08-09 | *Case Administration* - Review case status memo for week ending 7/3/09 | 0.10 | LLC |
| | *Case Administration* - Review notice of withdrawal and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.30 | SGW |
| | *Case Administration* - Review notice of withdrawal of NYSDEC | 0.10 | TJT |
| | *Case Administration* - Review notice of publication by Arrowood re settlement with plan proponents with attachments | 0.20 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review entry of appearance for Garlock Sealing Technologies | 0.10 | TJT |
| | *Case Administration* - Confer with law clerk re status memos re Montana criminal action | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re phase I confirmation hearing | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 7/9/09 hearing | 0.60 | TJT |
| | *Relief from Stay Litigation* - Review certificate of counsel by debtors re Kaneb's motions to lift stay with proposed order | 0.20 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.10 | HZ |
| | *Fee Applications, Applicant* - Continue cumulative spreadsheet re Ferry, Joseph & Pearce's final fee application and continue review of fee auditor's final reports and fee charts provided by debtors' counsel | 2.10 | MH |
| Jul-09-09 | *Case Administration* - 7/9/09 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.20 | SGW |
| | *Case Administration* - Review debtors' motion to approve settlement with ICI Americas with attachment | 0.40 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re status of plan confirmation proceedings and related issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review various e-mails re phase II briefing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review request by Hartford to be added to protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Arrowood objecting to request by Hartford to be added to protective order | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 0.70 | TJT |
| | *Hearings* - Confer with S. Weiler re 7/9/09 hearing follow up | 0.10 | TJT |
| | *Hearings* - Review revisions to 6/18/09 hearing transcript | 0.20 | TJT |
| | *Relief from Stay Litigation* - Review order denying Kaneb's motions to lift stay | 0.10 | TJT |
| | *Case Administration* - Download revised 6/18/09 hearing transcript | 0.10 | MH |
| Jul-10-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.20 | SGW |
| | *Case Administration* - Review debtors' notice of proposed sale of real | 0.40 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | property with attachments | | |
| | *Plan and Disclosure Statement* - Review order re class 9 impairment | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion for leave to file supplement to plan objection | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review UCC and bank lender group's statement re insolvency | 0.20 | TJT |
| Jul-11-09 | *Plan and Disclosure Statement* - Review Libby Claimants' supplemental objection to plan | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to Libby Claimants' motion for reconsideration of order striking Whitehouse expert report | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's opposition to Libby Claimants' motion for reconsideration of order striking Whitehouse expert report with attachments | 1.40 | TJT |
| Jul-12-09 | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Libby Claimants' motion to shorten notice re motion to defer hearing on debtors' motion to approve settlement agreement with Royal Insurance Co. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Libby Claimants' motion to defer hearing on debtors' motion to approve settlement with Royal Insurance Co. with proposed order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Libby Claimants' objection to debtors' motion to approve settlement with Royal Insurance Co. with attachment | 0.80 | TJT |
| Jul-13-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review motion to intervene by J. Riches | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re deposition information for P. Kelley | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting Libby Claimants' motion to shorten notice re motion to file supplemental plan objection | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Allstate Insurance Co.'s phase II trial brief | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' objection to motion to exclude expert report of Dr. Spear | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund's objection to plan proponents' motion to exclude its trial exhibits | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing trial brief under seal by BNSF | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing objection to Royal settlement under seal by BNSF | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund's trial brief re surety bond issue with attachment | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service by Libby Claimants re errata for Dr. Whitehouse expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review errata for Dr. Whitehouse expert report | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Zurich's phase II trial brief | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Kaneb's phase II trial brief | 0.40 | TJT |
| Jul-14-09 | *Case Administration* - Confer with T. Tacconelli re case status and related issues | 0.10 | LLC |
| | *Case Administration* - Numerous e-mails from J. Boerger re exhibits to trial brief | 0.10 | LLC |
| | *Case Administration* - E-mail from M. Shiner re GEICO and Republic trial brief | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights; review order entered on 7/13/09 and send to T. Tacconelli | 0.20 | SGW |
| | *Plan and Disclosure Statement* - Review order re 6/23 hearing with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with L. Coggins re plan status | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's phase II trial brief | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review Morgan Stanley phase II trial brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re errata for M. Peterson deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund's phase II non-surety trial brief with attachments | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review General Insurance Co. phase II trial brief with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing re Traveler's phase II trial brief being filed under seal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review National Union's phase II trial brief | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review AIU's phase II trial brief | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing by LMI re phase II trial brief being filed under seal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certain insurers' response to plan proponents' objections to phase I evidence proffers with attachments | 1.40 | TJT |
| | *Case Administration* - Review docket re case status for week ending 7/10/09; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| | *Case Administration* - Update 2002 service lists and labels documents | 0.30 | MH |
| Jul-15-09 | *Case Administration* - Review case status memo for week ending 7/10/09 | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Review case status memo for week ending 7/10/09 | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review modified order re Libby Claimants' motion to shorten notice re motion to defer Royal settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Scott's phase II trial brief with attachment | 0.80 | TJT |

| Invoice No. 32108 | | Page 8 of 20 | | August 28, 2009 |
|---|---|---|---|---|
| | | *Plan and Disclosure Statement* - Review MMC's phase II trial brief | 0.40 | TJT |
| | | *Plan and Disclosure Statement* - Review Longacre's phase II trial brief with attachments | 0.50 | TJT |
| | | *Plan and Disclosure Statement* - Review Garlock Sealing Systems' phase II trial brief | 0.80 | TJT |
| | | *Plan and Disclosure Statement* - Review correspondence from counsel for Libby re expert reliance material disclosures | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re deposition calendar and review same | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re dispute re Libby Claimants expert reliance disclosures | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review GEICO phase II trial brief | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review State of Montana's phase II trial brief | 0.80 | TJT |
| | | *Plan and Disclosure Statement* - Review Hartford's phase II trial brief | 0.30 | TJT |
| | | *Plan and Disclosure Statement* - Review Libby Claimants' motion to supplement Molgaard expert report with attachments | 1.30 | TJT |
| Jul-16-09 | | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.40 | RSM |
| | | *Case Administration* - 7/9/09 hearing follow-up | 0.20 | SGW |
| | | *Case Administration* - Review order continuing certain items from 7/27 hearing to 8/24 hearing | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| | | *Claims Analysis Obj. & Res. (Non-Asb)* - Review amended order re Libby motion to shorten notice re motion to defer Royal settlement | 0.10 | TJT |
| | | *Claims Analysis Obj. & Res. (Non-Asb)* - Review objection by Arrowood to Libby Claimants' motion to shorten notice re motion to defer Royal settlement | 0.20 | TJT |
| | | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re inadequate Libby disclosure of backup expert materials | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's response to debtors' motion for protective order re Shelnitz' deposition | 0.30 | TJT |
| | | *Plan and Disclosure Statement* - Review e-mail from J. Baer re Laforce/Zilly depositions | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Libby Claimants' motion for leave to exceed page limitation re phase II trial brief | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's phase II trial brief | 0.90 | TJT |
| | | *Plan and Disclosure Statement* - Review AXA Belgium's phase II trial brief | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Confer with paralegal re preparation for filing on Monday | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re plan proponents' post-trial brief re phase I | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review motion by bank lender group and UCC to exceed page limitation re phase II trial brief | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review notice of deposition by Libby Claimants to debtors re settlement | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Invoice No. 32108 | Page 9 of 20 | | August 28, 2009 |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review notice of deposition of K. Hooper by Arrowood | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 7/21/09 hearing preparation | 0.10 | TJT |
| Jul-17-09 | *Case Administration* - Review agenda re 7/21/09 hearing | 0.10 | LLC |
| | *Case Administration* -   Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review stipulation resolving claim of Madison Complex | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order reinstating hearing on docket no. 22153 for 7/27/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re Zilly deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of T. Schavoni by Arrowood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion for leave to file reply re motion to consider Whitehouse expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' notice of service of responses to Bank Lender Groups' interrogatories and request for production re feasibility | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Kramer re PD Committee's phase II submission statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' phase II trial brief | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review notice of amendments to plan proponents' objections to phase I proffers of evidence | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's motion to shorten notice re motion for relief from 100 Libby witnesses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion to shorten notice re Libby's motion to compel re Royal settlement | 0.10 | TJT |
| | *Hearings* - Review agenda for 7/21/09 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for 7/21/09 hearing | 0.20 | TJT |
| | *Hearings* - Review correspondence from J. Baer and opposing counsel re 7/21/09 hearing | 0.10 | TJT |
| Jul-18-09 | *Case Administration* - Review amended and restated 2019 statement by Paul Weiss | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of PD Committee's phase II submission statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re Arrowood's motion to shorten notice re motion for relief re 100 Libby witnesses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re Libby motion to shorten notice re motion to compel re Royal settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service by debtors re responses to UCC's request for production re feasibility | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish reviewing Libby Claimants' phase II trial brief | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re updated deposition chart and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' reply to objections to motion to reconsider order striking Whitehouse expert report | 0.30 | TJT |

| Invoice No. 32108 | | Page 10 of 20 | August 28, 2009 | |
|---|---|---|---|---|
| | *Plan and Disclosure Statement* - Review certificate of counsel re order denying Libby Claimants' motion to strike Florence expert report | | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion for leave re motion to compel re Royal settlement with attachment | | 0.30 | TJT |
| Jul-19-09 | *Case Administration* - Review amended and restated 2019 statement by LR&C | | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of debtors' responses to Anderson Memorial Hospital's request for production re feasibility | | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's motion for leave to file reply re motion to exclude Dr. Spear expert report | | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re order authorizing claims for voting purposes | | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's motion for relief re 100 Libby witnesses | | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Bank Lender Group/UCC's joint phase II trial brief | | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents joint phase I post-trial brief with attachments | | 0.50 | TJT |
| | *Hearings* - Briefly review matters on agenda for 7/21/09 hearing | | 0.20 | TJT |
| Jul-20-09 | *Litigation and Litigation Consulting* - Confer with RSM and T. Tacconelli re pre-trial statements | | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Confer with paralegal re certificate of service for PD Committee's phase II pre-trial submission statement | | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Schiavoni deposition information | | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review declaration of J. Boerger in support of OneBeacon, et al.'s phase II trial brief | | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review docket re orders re phase II pre-trial submissions | | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Correspond with M. Kramer re PD Committee's pre-trial phase II statement | | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review and revise draft of PD Committee's phase II pre-trial statement | | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Finalize PD Committee's phase II pre-trial statement; prepare documents for e-filing, e-file and oversee service | | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review certain exhibits filed by BLG and USCC re phase II trial brief | | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's joinder in plan proponents' motion to strike Spears expert report | | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's objection to Libby Claimants' motion to shorten notice re motion to compel re Royal settlement | | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review US Trustee's phase II pre-trial statement | | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review phase I insurers' post-trial brief with attachments | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review LMI's phase II pre-trial statement | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review BLG/USCC's phase II pre-trial statement | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of deposition of H. Laforce by USCC | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review declaration of S. Hargrove in support of Arrowood's opposition to Libby Claimants' motion to shorten notice re motion to compel re Royal settlement | 0.70 | TJT |
|  | *Plan and Disclosure Statement* - Review numerous e-mails re phase II pre-trial statements filed today | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of deposition of P. Zilly by USCC | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review State of Montana's phase II pre-trial statement | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Hartford's phase II pre-trial statement | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Allstate's phase II pre-trial statement | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Baer re 7/21/09 hearing information | 0.10 | TJT |
|  | *Hearings* - Review amended agenda for 7/21/09 hearing | 0.10 | TJT |
|  | *Hearings* - Review correspondence from counsel for insurers and counsel for debtors re status report on phase I evidence to be held on 7/27 | 0.10 | TJT |
|  | *Case Administration* - Update plan distribution email list and service list | 0.10 | MH |
|  | *Case Administration* - Review docket re status for week ending 7/17/09; memo to T. Tacconelli and L. Coggins re same | 1.40 | MH |
|  | *Plan and Disclosure Statement* - Prepare certificate of service re PD Committee's pre-trial submission statement | 0.10 | MH |
|  | *Plan and Disclosure Statement* - Serve PD Committee's pre-trial submission statement | 0.30 | MH |
| Jul-21-09 | *Case Administration* - Review case status memo for week ending 7/17/09 | 0.10 | LLC |
|  | *Fee Applications, Others* - Review certificate of no objection re Bilzin May 09 fee application for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review certificate of no objection re May 09 fee application for filing | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - E-mail from A. Muller re phase II pre-trial statement | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - E-mail from P. Walton-Fein re phase II pre-trial statement | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - E-mails from J. Boerger re phase II pre-trial statements | 0.10 | LLC |
|  | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
|  | *Case Administration* - Review case status memo for week ending 7/17/09 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with M. Joseph re status of plan | 0.10 | TJT |

| | | |
|---|---:|---|
| confirmation proceedings | | |
| *Plan and Disclosure Statement* - Review order denying Libby Claimants' motion to strike Florence expert report | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review BLG/UCC impairment class 9 trial brief | 0.60 | TJT |
| *Plan and Disclosure Statement* - Review Morgan Stanley supplemental memorandum on impairment | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review debtors' response to Libby Claimants' motion for leave to file supplemental plan objection | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review plan proponents' supplemental brief re Morgan Stanley impairment | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review plan proponents' supplemental brief re class 9 impairment/BLG | 0.50 | TJT |
| *Plan and Disclosure Statement* - Review Scott's pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review PDFCR's pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review National Union's pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review BNSF's pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review MCC's pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review CNA's pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review order re allowing claims for voting purposes | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Kaneb's pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review AIU's pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Baer re Florence deposition information | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of P. Zilly by Libby Claimants | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' motion to approve settlement with General Ins. Co. with attachments | 0.40 | TJT |
| *Plan and Disclosure Statement* - Review debtors' objection to Norfolk Southern Railroad claim with attachment | 0.40 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Baer re possible new starting time for 7/27 hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Morgan Stanley pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Edwards claimants pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Fireman's Fund's pre-trial statement (non-surety) | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Zurich pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Longacre pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. O'Neill re 7/27 hearing agenda | 0.10 | TJT |
| *Hearings* - Review agenda for 7/27/09 hearing | 0.20 | TJT |
| *Hearings* - Review e-mail from J. Sakalo re 7/27 hearing coverage | 0.10 | TJT |
| *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's May 09 fee application | 0.30 | MH |
| *Fee Applications, Others* - Review docket, prepare for filing, and e-file | 0.30 | MH |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | and serve certificate of no objection re Bilzin's May 09 fee application | | |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Ferry, Joseph & Pearce's May 09 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Ferry, Joseph & Pearce's May 09 fee application | 0.30 | MH |
| Jul-22-09 | *Litigation and Litigation Consulting* - E-mail from J. Boerger re addition to e-mail list | 0.10 | LLC |
| | *Case Administration* -   Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* -   Confer with S. Kreps re requesting hearing transcripts | 0.10 | SGW |
| | *Case Administration* - Review rule to show cause order re motion by J. Riches | 0.10 | TJT |
| | *Case Administration* - Review five miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to approve settlement with Lloyd's with attachments | 0.70 | TJT |
| | *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Case Administration* - Review correspondence from J. Boerger re addition to plan service list and confer with paralegal | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review stipulation between debtors and Madison Complex | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review pre-trial statement by Federal Ins. Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Fresenius pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Travelers' pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review General Ins. Co.'s pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AXA Belgium's pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joint motion by PI Committee and PIFCR for order limiting use of insolvency determination | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's reservation of rights re pre-trial submission | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon/Seaton's pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re debtors not producing 30(b)(6) witness | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for PIFCR re dispute over debtors' production of 30(b)(6) witness for Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion to strike expert report of Dr. Stockman with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion to strike report of Dr. Parker with attachments | 0.40 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion to strike expert report of Dr. Friedman with attachments | 0.80 | TJT |
| | *Case Administration* - Update plan service list and e-mail list | 0.10 | MH |
| Jul-23-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review General Ins. Co.'s motion for leave to file late proof of claim with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* -  Review GEICO pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* -  Review Sealed Air pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* -  Review Fireman's Fund's pre-trial statement re surety claim | 0.10 | TJT |
| | *Plan and Disclosure Statement* -  Review plan proponents' pre-trial statement | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants confirming that Libby 30(b)(6) deposition of debtors not going forward | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' phase II pre-trial statement with attachments | 1.40 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' notice of deposition of Dr. Spear | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review declaration of R. Finke in support of debtors' motion to approve settlement with Royal Ins. Co. | 0.10 | TJT |
| | *Hearings* -   Review amended agenda for 7/27/09 hearing | 0.10 | TJT |
| Jul-24-09 | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review supplemental declaration of J. Biggs | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's June prebill | 1.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion for leave to file reply to BNSF/Libby objections to Royal settlement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Arrowood's motion for leave to file replies to BNSF/Libby objections to Royal settlement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Arrowood's memorandum of law in opposition to Libby Claimants' motion to compel re Royal settlement | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review declaration of T. Shiavoni in support of Arrowood's memorandum of law in opposition to Libby Claimants' motion to compel re Royal settlement | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of filing fully executed exhibit A re settlement with General Ins. Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Finke deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' written testimony disclosures | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review plan proponents' phase II exhibit list | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review Libby Claimants' motion for leave to file corrected exhibit list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Libby Claimants' response to Arrowood's motion for relief re 100 witnesses with attachments | 0.70 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of filing sur rebuttal expert report of Dr. Weill under seal | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from J. Baer re proposed fourth amended plan CMO | 0.10 | TJT |
| Jul-25-09 | *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's June prebill | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order authorizing debtors' motion for leave to file reply re objections to Royal settlement | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order authorizing Arrowood to file reply to objections to Royal settlement | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' reply to BNSF/Libby's objections to Royal settlement with attachment | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's statement re feasibility | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Libby Claimants' corrected trial exhibit list | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review blackline proposed fourth amended plan CMO | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' response to bank lender group/UCC's joint info request re solvency | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' status report re insolvency | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' notice of filing expert report of P. Zilly re feasibility under seal | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' notice of filing expert report of D. Martin | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Martin expert report dated 7/24/09 | 0.30 | TJT |
|  | *Hearings* - Review second amended agenda for 7/27/09 hearing | 0.10 | TJT |
|  | *Hearings* - Prepare correspondence to M. Kramer re 7/27/09 hearing | 0.10 | TJT |
|  | *Hearings* - Prepare correspondence to T. Trevorrow re 7/27/09 hearing | 0.10 | TJT |
| Jul-26-09 | *Hearings* - Review matters on agenda for 7/27/09 hearing | 2.70 | TJT |
| Jul-27-09 | *Case Administration* - Review amended agenda re 7/27/09 hearing | 0.10 | LLC |
|  | *Case Administration* - Review case status memo for week ending 7/24/09 | 0.10 | LLC |
|  | *Hearings* - Prepare for and attend Bankruptcy Court | 5.30 | TJT |
|  | *Hearings* - Confer with co-counsel after hearing | 0.20 | TJT |
|  | *Case Administration* - Review docket re case status for week ending 7/24/09; memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
|  | *Case Administration* - 7/27/09 hearing follow-up | 0.10 | SEK |
| Jul-28-09 | *Case Administration* - Review order re 9/22 omnibus hearing date and forward same to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - Confer with T. Tacconelli re order changing September hearing date | 0.10 | LLC |

| | | |
|---|---|---|
| *Fee Applications, Others* - Review Bilzin June 2009 fee application for filing | 0.10 | LLC |
| *Fee Applications, Others* - Review HRA June 2009 fee application for filing | 0.10 | LLC |
| *Fee Applications, Others* - Confer with M. Hedden re Bilzin June 2009 fee application | 0.10 | LLC |
| *Fee Applications, Applicant* - Review June 2009 fee application for filing | 0.10 | LLC |
| *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| *Case Administration* - Obtain and send notice of change of 9/22 hearing date to co-counsel and advise T. Tacconelli re same | 0.10 | SGW |
| *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| *Case Administration* - Review case status memo for week ending 7/24/09 | 0.10 | TJT |
| *Case Administration* - Review four miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| *Case Administration* - Review debtors' motion to approve sale of membrane business with attachments | 0.60 | TJT |
| *Case Administration* - Review order from court rescheduling 9/22/09 hearing and confer with paralegal | 0.20 | TJT |
| *Fee Applications, Others* - Confer with paralegal re Bilzin June 09 fee application | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review order authorizing Libby Claimants to file corrected exhibit list for phase II | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of T. Florence by UCC | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review plan proponents amended pre-trial statement re phase II | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from counsel for Travelers re procedure proposed by plan proponents yesterday in court for phase II confirmation hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Baer re Shelnitz deposition information | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review numerous e-mails re 4th amended plan CMO | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Baer re meet and confer now to be scheduled on 7/30 before hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of H. LaForce by Anderson Memorial Hospital | 0.10 | TJT |
| *Hearings* - Review 7/27/09 hearing notes | 0.10 | TJT |
| *Hearings* - Prepare for 7/30/09 hearing | 0.10 | TJT |
| *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| *Fee Applications, Others* - E-mail to L. Flores re possible expense figure discrepancy in Bilzin's June 09 fee application | 0.10 | MH |
| *Fee Applications, Others* - E-mail from L. Flores re Bilzin's expense figure in June fee application; confer with L. Coggins re same; | 0.20 | MH |

| Date | Description | Hours | Init |
|---|---|---|---|
| | teleconference with L. Flores re same | | |
| | *Fee Applications, Others* - Download, review and revise HRA's June 09 fee application and related documents, prepare certificate of service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's June 09 fee application | 0.40 | MH |
| | *Fee Applications, Others* - Download, review and revise Bilzin's June 09 fee application and related documents, prepare certificate of service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's June 09 fee application | 0.40 | MH |
| | *Fee Applications, Applicant* - Edit June 09 prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - Modify June 09 prebill; prepare fee application, notice and certificate of service | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve June 09 fee application | 0.40 | MH |
| Jul-29-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Confer with legal assistant re hearing transcript requests | 0.20 | SGW |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re meet and confer conference call now scheduled for today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of P. Zilly by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Attend conference call re discussions re amendments to plan CMO | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for AIU/National Union re addition to protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of M. Shelnitz by UCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review second amended notice of deposition of T. Florence by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re revised 4th amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various e-mails from parties re comments on revised proposed fourth amended plan CMO | 0.10 | TJT |
| | *Hearings* - Review matters continued from 7/27 hearing to be addressed during hearing tomorrow | 0.60 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.60 | HZ |
| Jul-30-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - 7/27/09 hearing follow-up | 0.10 | SGW |
| | *Case Administration* - Review 5 miscellaneous certificates of no | 0.10 | TJT |

|  |  |  |  |
|---|---|---:|---|
|  | objection filed by debtors |  |  |
|  | *Plan and Disclosure Statement* - Review revised 4th amended plan CMO | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review amended notice of deposition of M. Shelnitz by Anderson Memorial Hospital | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of service of responses to Anderson Memorial Hospital's feasibility discovery by PIFCR, et al. | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review 7/27/09 hearing transcript re plan issues | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review documents in virtual data room | 0.30 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 2.80 | TJT |
|  | *Case Administration* - Download 7/27 hearing transcript | 0.10 | MH |
|  | *Case Administration* - 7/27/09 hearing follow-up | 0.10 | SEK |
| Jul-31-09 | *Fee Applications, Others* - Review Bilzin amended June 2009 fee application | 0.10 | LLC |
|  | *Case Administration* - Review debtors' 32nd quarterly report of asset sales | 0.10 | TJT |
|  | *Case Administration* - Review debtors' 32nd quarterly report of settlements with attachment | 0.20 | TJT |
|  | *Fee Applications, Others* - Confer with paralegal re Bilzin amended June fee application | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of deposition of M. Shelnitz by OneBeacon, et al. | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of service of debtors' responses to Anderson Memorial Hospital's interrogatories | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of deposition of P. Zilly by bank lender group | 0.10 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - Review e-mail from L. Flores re Bilzin's amended June 09 fee application | 0.10 | MH |
|  | *Fee Applications, Others* - Download, review and revise Bilzin's amended June 09 fee application and related documents, prepare certificate of service re same | 0.30 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's amended June 09 fee application | 0.40 | MH |
|  | Totals | 113.10 |  |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Jul-01-09 | First State Deliveries - hand delivery | 6.50 |
| Jul-02-09 | Photocopy Cost | 0.60 |
| Jul-08-09 | Photocopy Cost | 0.50 |
| Jul-09-09 | LexisNexis - legal research June (Account # 1402RF; Inv # 0906407106) | 0.84 |
| Jul-13-09 | Pacer Service Center - 4/1/09-6/30/09 (RSM) Account # FJ0091 | 16.24 |
| Jul-14-09 | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 1.70 |
|  | Photocopy Cost | 1.90 |
|  | Photocopy Cost | 2.30 |
|  | Photocopy Cost | 0.60 |

**Invoice No. 32108**                  **Page 19 of 20**                         **August 28, 2009**

|  |  |  |
|---|---|---:|
|  | Photocopy Cost | 4.10 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 4.70 |
|  | Photocopy Cost | 3.20 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.70 |
|  | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 1.70 |
|  | Photocopy Cost | 1.90 |
|  | Photocopy Cost | 2.30 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 4.10 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 4.70 |
|  | Photocopy Cost | 3.20 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.70 |
| Jul-15-09 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 3.20 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 2.00 |
|  | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 3.20 |
|  | Photocopy Cost | 4.30 |
| Jul-17-09 | Photocopy Cost | 11.20 |
|  | Photocopy Cost | 8.40 |
| Jul-18-09 | Photocopy Cost | 0.70 |
| Jul-19-09 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.50 |
| Jul-20-09 | J&J Court Transcribers | 1,033.05 |
|  | Pacer Service Center - 4/1-6/30/09 (SGW) Account # FJ0321 | 68.40 |
| Jul-21-09 | Blue Marble - copies 58.80; service 361.86 (Inv # 34713) | 420.66 |
| Jul-22-09 | Blue Marble -   hand deliveries (Inv 11927) | 176.00 |
| Jul-23-09 | Parcel's, Inc   - copies | 63.80 |
| Jul-24-09 | Photocopy Cost | 1.65 |
|  | Photocopy Cost | 0.75 |
|  | Photocopy Cost | 4.50 |
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 2.70 |
|  | Photocopy Cost | 1.95 |
|  | Photocopy Cost | 3.45 |
|  | Wilmington Trust Co - Court call hearing 6/18/09 | 156.00 |
|  | Wilmington Trust Co - Court call hearing 6/22/09 | 261.00 |
|  | Wilmington Trust Co - Court   call hearing 6/23/09 | 149.00 |

**Invoice No. 32108**  **Page 20 of 20**  **August 28, 2009**

| Date | Description | Amount |
|---|---|---:|
| Jul-25-09 | Photocopy Cost | 1.65 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 2.25 |
| | Photocopy Cost | 0.75 |
| | Photocopy Cost | 1.95 |
| | Photocopy Cost | 1.65 |
| Jul-26-09 | Photocopy Cost | 1.05 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.75 |
| | Photocopy Cost | 2.85 |
| | Photocopy Cost | 1.05 |
| | Photocopy Cost | 0.90 |
| Jul-27-09 | Photocopy Cost | 2.40 |
| | Photocopy Cost | 3.30 |
| | Pacer Service Center - 4/1/09-6/30/09 (TJT) Account # FJ0093 | 132.72 |
| Jul-28-09 | Photocopy Cost | 2.70 |
| | Photocopy Cost | 2.70 |
| | Photocopy Cost | 0.75 |
| | Photocopy Cost | 10.50 |
| | Photocopy Cost | 7.20 |
| | postage | 2.58 |
| Jul-29-09 | J&J Court Transcribers | 106.70 |
| | First State Deliveries - hand deliveries | 45.00 |
| Jul-30-09 | Photocopy Cost | 1.05 |
| | Blue Marble Logistics - copies 8.40; service 12.32 (Inv # 34754) | 20.72 |
| Jul-31-09 | Photocopy Cost | 7.20 |
| | Photocopy Cost | 2.70 |
| | Parcel's, Inc  - copies | 124.20 |
| | Blue Marble Logistics - hand delivery (Inv #12036) | 24.00 |
| | First State Deliveries - hand delivery | 6.50 |
| | Diana Doman Transcribing | 180.90 |
| | Totals | $3,158.16 |

**Total Fees & Disbursements**            **$32,876.16**