

August 13, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  159972

FOR PROFESSIONAL SERVICES RENDERED
THROUGH July 31, 2009

**CLIENT SUMMARY**

**BALANCE AS OF- 07/31/09**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $1,530.50 | $18,383.22 | $19,913.72 |
| 03 - Creditors Committee - .15539 | $1,812.00 | $0.00 | $1,812.00 |
| 07 - Applicant's Fee Application - .15543 | $2,318.00 | $0.00 | $2,318.00 |
| 08 - Hearings - .15544 | $10,194.00 | $0.00 | $10,194.00 |
| 10 - Travel - .15546 | $2,092.50 | $0.00 | $2,092.50 |
| 18 - Plan & Disclosure Statement - .15554 | $12,341.00 | $0.00 | $12,341.00 |
| 30 - Fee Application of Others - .17781 | $451.00 | $0.00 | $451.00 |
| ***Client Total*** | ***$30,739.00*** | ***$18,383.22*** | ***$49,122.22*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593         www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 1.20 | $675.00 | $810.00 |
| Kramer, Matthew I | 4.00 | $410.00 | $1,640.00 |
| Sakalo, Jay M | 12.60 | $485.00 | $6,111.00 |
| Polit, Wendy | 46.40 | $225.00 | $10,440.00 |
| Snyder, Jeffrey I | 1.00 | $295.00 | $295.00 |
| Trevorrow, Tara V | 30.90 | $202.28 | $6,250.50 |
| Reiser, Marc | 0.30 | $225.00 | $67.50 |
| Flores, Luisa M | 13.60 | $205.00 | $2,788.00 |
| Rojas, Susana | 12.30 | $190.00 | $2,337.00 |
| ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | | | ***$30,739.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Airfare | $1,014.80 |
| Fares, Mileage, Parking | $176.00 |
| Internet Connection (Outside Services) | $9.95 |
| Long Distance Telephone | $26.41 |
| Long Distance Telephone-Outside Services | $17.10 |
| Lodging | $921.12 |
| Meals | $170.93 |
| Miscellaneous Costs | $5,742.00 |
| Pacer - Online Services | $249.04 |
| Parking | $102.00 |
| Transcript of Deposition | $9,830.37 |
| Copies | $123.50 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$18,383.22*** |
| ***TOTAL BALANCE DUE THIS PERIOD*** | ***$49,122.22*** |

Atty – SLB
Client No.: 74817/15537

**RE:  01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/01/09 | SR | 0.20 | 38.00 | Attend to analyzing daily docket. |
| 07/02/09 | SR | 0.10 | 19.00 | Attend to analyzing docket. |
| 07/06/09 | SR | 0.20 | 38.00 | Attention to analyzing docket and preparing e-mail for M.Kramer and J.Sakalo. |
| 07/08/09 | SR | 0.30 | 57.00 | Review daily docket (0.1); e-mail to M.Kramer regarding hearing notebooks (0.2) |
| 07/09/09 | SR | 0.10 | 19.00 | Phone call to court call re: invoices. |
| 07/14/09 | SR | 0.30 | 57.00 | Attend to reviewing docket from 7/10/09 thru 7/14/09 and reviewing documents per J.Sakalo's request. |
| 07/15/09 | SR | 0.10 | 19.00 | Analyze daily docket and e-mail summary to J.Sakalo and M.Kramer. |
| 07/21/09 | WP | 4.10 | 922.50 | Summarize Phase II trial briefs. |
| 07/21/09 | SR | 0.40 | 76.00 | Attend to reviewing and analyzing docket. |
| 07/27/09 | SR | 0.20 | 38.00 | Analyze docket and e-mail same to M.Kramer and J.Sakalo. |
| 07/28/09 | SR | 0.80 | 152.00 | Analyze docket and review various pleadings per J.Sakalo's instructions. |
| 07/29/09 | SR | 0.10 | 19.00 | Analyze docket and prepare e-mail to J.Sakalo and M.Kramer re: same. |
| 07/30/09 | SR | 0.20 | 38.00 | Analyze docket. |
| 07/31/09 | SR | 0.20 | 38.00 | Analyze daily docket and prepare summary e-mail for J.Sakalo and M.Kramer. |

**PROFESSIONAL SERVICES**                                                                                                         **$1,530.50**

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 06/03/09 | Transcript of Deposition VENDOR: EVANS REPORTING SERVICE; INVOICE#: 1049045; DATE: 7/2/2009  -  Clients-15537 | 874.30 |
| 06/09/09 | Transcript of Deposition VENDOR: Magna Legal Services; INVOICE#: 31408; DATE: 6/29/2009  -  Clients-15537 | 1,119.40 |
| 06/11/09 | Transcript of Deposition VENDOR: Magna Legal Services; INVOICE#: 31363; DATE: 6/22/2009  -  Clients-15537 | 3,767.65 |
| 06/12/09 | Transcript of Deposition VENDOR: Magna Legal Services; INVOICE#: 31353; DATE: 6/22/2009  -  Clients-15537 | 3,044.90 |
| 06/17/09 | Meals Travel to Pittsburgh - VENDOR: Trevorrow,Tara V; INVOICE#: TVT-06/19/09; DATE: 6/19/2009  -  Client - 15546 | 8.05 |
| 06/17/09 | Fares, Mileage, Parking Cab fares - Travel to Pittsburgh - VENDOR: Trevorrow,Tara V; INVOICE#: TVT-06/19/09; DATE: 6/19/2009  -  Client - 15546 | 44.00 |
| 06/17/09 | Airfare Travel to Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 05/27/09-06/26/09; DATE: 6/26/2009  -  Acct. #5306220025395504 | 510.40 |
| 06/18/09 | Meals Travel to Pittsburgh - VENDOR: Trevorrow,Tara V; INVOICE#: TVT-06/19/09; DATE: 6/19/2009  -  Client - 15546 | 6.29 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 06/18/09 | Meals Travel to Pittsburgh - VENDOR: Trevorrow,Tara V; INVOICE#: TVT-06/19/09; DATE: 6/19/2009  -  Client - 15546 | 7.88 |
| 06/18/09 | Fares, Mileage, Parking Cab fares - Travel to Pittsburgh - VENDOR: Trevorrow,Tara V; INVOICE#: TVT-06/19/09; DATE: 6/19/2009  -  Client - 15546 | 44.00 |
| 06/19/09 | Parking Airport parking - Travel to Pittsburgh - VENDOR: Trevorrow,Tara V; INVOICE#: TVT-06/19/09; DATE: 6/19/2009  -  Client - 15546 | 30.00 |
| 06/19/09 | Lodging Travel to Pittsburgh - VENDOR: Trevorrow,Tara V; INVOICE#: TVT-06/19/09; DATE: 6/19/2009  -  Client - 15546 | 290.70 |
| 06/21/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-06/23/09; DATE: 6/23/2009  -  Client - 15537 | 9.83 |
| 06/21/09 | Airfare Travel to Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 05/27/09-06/26/09; DATE: 6/26/2009  -  Acct. #5306220025395504 | 475.40 |
| 06/22/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-06/23/09; DATE: 6/23/2009  -  Client - 15537 | 10.46 |
| 06/23/09 | Fares, Mileage, Parking Cab fare travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-06/23/09; DATE: 6/23/2009  -  Client - 15537 | 48.00 |
| 06/23/09 | Fares, Mileage, Parking Cab fare travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-06/23/09; DATE: 6/23/2009  -  Client - 15537 | 40.00 |
| 06/23/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-06/23/09; DATE: 6/23/2009  -  Client - 15537 | 16.85 |
| 06/23/09 | Airfare Agency fee - VENDOR: DINERS CLUB; INVOICE#: 05/27/09-06/26/09; DATE: 6/26/2009  -  Acct. #5306220025395504 | 29.00 |
| 06/24/09 | Lodging Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-06/24/09; DATE: 6/24/2009  -  Client - 15537 | 630.42 |
| 06/24/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-06/24/09; DATE: 6/24/2009  -  Client - 15537 | 78.16 |
| 06/24/09 | Long Distance Telephone-Outside Services Hotel L/D calls - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-06/24/09; DATE: 6/24/2009  -  Client - 15537 | 0.99 |
| 06/24/09 | Internet Connection (Outside Services) Hotel Internet service - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-06/24/09; DATE: 6/24/2009  -  Client - 15537 | 9.95 |
| 06/24/09 | Parking Airport Parking - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-06/24/09; DATE: 6/24/2009  -  Client - 15537 | 45.00 |
| 06/25/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02372537; DATE: 6/30/2009  -  Account# 306300 | 16.11 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 06/30/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/09-06/30/09; DATE: 7/6/2009 - Billing Cycle:04/01/09 - 06/30/09 | 0.56 |
| 06/30/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/09-06/30/09; DATE: 7/6/2009 - Billing Cycle:04/01/09 - 06/30/09 | 27.84 |
| 06/30/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/09-06/30/09; DATE: 7/6/2009 - Billing Cycle:04/01/09 - 06/30/09 | 196.88 |
| 06/30/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/09-06/30/09; DATE: 7/6/2009 - Billing Cycle:04/01/09 - 06/30/09 | 5.76 |
| 06/30/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/09-06/30/09; DATE: 7/6/2009 - Billing Cycle:04/01/09 - 06/30/09 | 0.16 |
| 06/30/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/09-06/30/09; DATE: 7/6/2009 - Billing Cycle:04/01/09 - 06/30/09 | 17.84 |
| 07/01/09 | Transcript of Deposition VENDOR: Atlanta Reporters, Inc.; INVOICE#: 2971; DATE: 7/13/2009 - Clients-15537 | 262.87 |
| 07/02/09 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1066233; DATE: 7/13/2009 - Clients-15537 | 761.25 |
| 07/06/09 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 1.39 |
| 07/07/09 | Long Distance Telephone 1(803)943-4444; 4 Mins. | 5.56 |
| 07/08/09 | Long Distance Telephone 1(212)806-5544; 7 Mins. | 9.73 |
| 07/08/09 | Long Distance Telephone 1(312)641-2162; 4 Mins. | 6.95 |
| 07/26/09 | Meals Travel to Delaware - VENDOR: Trevorrow,Tara V; INVOICE#: TVT-07/26/09; DATE: 7/26/2009 - Client - 15537 | 33.41 |
| 07/26/09 | Parking VENDOR: Trevorrow,Tara V; INVOICE#: TVT-07/26/09; DATE: 7/26/2009 - Client - 15537 | 27.00 |
| 07/28/09 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 2.78 |
| 07/31/09 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for July 2009 $ 5,742.00 | 5,742.00 |
| 07/30/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/24/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/24/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/27/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/28/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/29/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 07/29/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 07/30/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/30/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 07/31/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 07/31/09 | Copies 13 pgs @ 0.10/pg | 1.30 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 07/31/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 07/31/09 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 07/31/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/31/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/31/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/31/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/31/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/06/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 07/06/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 07/14/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/14/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/17/09 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 07/17/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 07/17/09 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 07/17/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 07/17/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 07/17/09 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 07/17/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 07/17/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 07/17/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/17/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 07/17/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 07/17/09 | Copies 41 pgs @ 0.10/pg | 4.10 |
| 07/17/09 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 07/17/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 07/17/09 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 07/17/09 | Copies 43 pgs @ 0.10/pg | 4.30 |
| 07/17/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 07/17/09 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 07/17/09 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 07/17/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/17/09 | Copies 112 pgs @ 0.10/pg | 11.20 |
| 07/20/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 07/23/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 07/23/09 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 07/23/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 07/23/09 | Copies 88 pgs @ 0.10/pg | 8.80 |
| 07/23/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 07/23/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 07/23/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 07/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/23/09 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 07/23/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 07/23/09 | Copies 7 pgs @ 0.10/pg | 0.70 |

| | | |
|---|---|---:|
| 07/23/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 07/23/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 07/23/09 | Copies 41 pgs @ 0.10/pg | 4.10 |
| 07/23/09 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 07/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/23/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 07/23/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 07/23/09 | Copies 38 pgs @ 0.10/pg | 3.80 |
| 07/23/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 07/23/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/23/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/23/09 | Copies 18 pgs @ 0.10/pg | 1.80 |

**TOTAL COSTS ADVANCED**   $18,383.22

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Polit, Wendy | 4.10 | $225.00 | $922.50 |
| Rojas, Susana | 3.20 | $190.00 | $608.00 |
| **TOTAL** | **7.30** | | **$1,530.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $1,014.80 |
| Fares, Mileage, Parking | $176.00 |
| Internet Connection (Outside Services) | $9.95 |
| Long Distance Telephone | $26.41 |
| Long Distance Telephone-Outside Services | $17.10 |
| Lodging | $921.12 |
| Meals | $170.93 |
| Miscellaneous Costs | $5,742.00 |
| Pacer - Online Services | $249.04 |
| Parking | $102.00 |
| Transcript of Deposition | $9,830.37 |
| Copies | $123.50 |
| **TOTAL** | **$18,383.22** |

**CURRENT BALANCE DUE THIS MATTER**   $19,913.72


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/08/09 | JMS | 0.10 | 48.50 | Email to D. Scott and D. Speights regarding committee call (.1). |
| 07/16/09 | SLB | 0.80 | 540.00 | Email exchange with committee members regarding meeting and conduct meeting (.8). |
| 07/16/09 | JMS | 1.10 | 533.50 | E-mail to committee regarding call (.2); email from M. Dies regarding same (.2); prepare for and attend committee call (.7). |
| 07/16/09 | MIK | 0.50 | 205.00 | Committee call (.5). |
| 07/21/09 | JMS | 0.40 | 194.00 | Review agenda for July 27, 2009 hearing and email to Committee regarding same (.3); email to D. Scott and D. Speights regarding committee call (.1). |
| 07/22/09 | JMS | 0.20 | 97.00 | Email to Committee regarding call (.2). |
| 07/29/09 | JMS | 0.20 | 97.00 | Email to Committee regarding committee call (.2). |
| 07/29/09 | JMS | 0.20 | 97.00 | Email exchange with E. Devine regarding administrative matters (.2). |

**PROFESSIONAL SERVICES** $1,812.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $675.00 | $540.00 |
| Kramer, Matthew I | 0.50 | $410.00 | $205.00 |
| Sakalo, Jay M | 2.20 | $485.00 | $1,067.00 |
| **TOTAL** | **3.50** | | **$1,812.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,812.00

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 07/08/09 | LMF | 0.60 | 123.00 | Review letter from fee auditor regarding 32nd quarterly application and meet with accounting regarding same. |
| 07/09/09 | JIS | 0.70 | 206.50 | Review and revise June prebill. |
| 07/13/09 | LMF | 0.80 | 164.00 | Meet with accounting to compile backup to address questions raised by fee auditor's preliminary report. |
| 07/23/09 | LMF | 0.60 | 123.00 | Review final edits to June fees and submit statement from professional for inclusion in same. |
| 07/27/09 | LMF | 0.60 | 123.00 | Prepare notice and summary of June fees and submit to local counsel for filing and service. |
| 07/27/09 | LMF | 0.80 | 164.00 | Review backup and prepare draft of response to fee auditors' report. |
| 07/28/09 | LMF | 0.60 | 123.00 | Attend to revisions to June statement and resubmit same to local counsel for filing. |
| 07/29/09 | LMF | 1.90 | 389.50 | Begin preparation of Bilzin's quarterly fee application for 33rd period. |
| 07/30/09 | LMF | 0.60 | 123.00 | Revise draft of fee auditors response and finalize same. |
| 07/30/09 | LMF | 1.20 | 246.00 | Continue working on quarterly application and meet with accounting regarding discrepancy of June statement. |
| 07/31/09 | LMF | 2.60 | 533.00 | Meet with accounting to finalize June statement and revise discrepancy, revise amend notice and summary and resubmit to local counsel for filing (1.2); continue drafting quarterly fee application for Bilzin Sumberg (1.4). |

**PROFESSIONAL SERVICES** $2,318.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.70 | $295.00 | $206.50 |
| Flores, Luisa M | 10.30 | $205.00 | $2,111.50 |
| **TOTAL** | **11.00** | | **$2,318.00** |

**CURRENT BALANCE DUE THIS MATTER** $2,318.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/02/09 | JMS | 0.40 | 194.00 | Review July 9, 2009 agenda and e-mail to Committee thereon. |
| 07/06/09 | SR | 0.50 | 95.00 | Phone call to court call re pending invoice (0.1); arrange for PD Committee's telephonic appearance (0.1) review notice of agenda of matters (0.3) |
| 07/07/09 | SR | 1.40 | 266.00 | Attend to sending telephone confirmations to PD Committee members (0.8); phone call to court call re: same (0.2); review daily docket (0.2). |
| 07/09/09 | MIK | 0.80 | 328.00 | Attend hearing (.6); email regarding hearing (.2). |
| 07/15/09 | SR | 0.30 | 57.00 | Attend to making telephone arrangements for PD Committee members to attend July 21, 2009 hearing by phone. |
| 07/16/09 | SR | 0.20 | 38.00 | Prepare e-mail to R.Reyes at court call regarding telephone appearances of PD Committee members. |
| 07/17/09 | JIS | 0.20 | 59.00 | Attention to agenda for 7/21 hearing (0.1); attention to email from J. Baer regarding possible cancellation of same (0.1). |
| 07/17/09 | SR | 0.40 | 76.00 | Prepare confirmation e-mail to PD Committee members participating at July 21, 2009 hearing. |
| 07/20/09 | JIS | 0.10 | 29.50 | Attention to cancellation of 7/21 hearing. |
| 07/20/09 | SR | 0.20 | 38.00 | Attend to reviewing notice of agenda of matters for hearing. |
| 07/20/09 | SR | 0.20 | 38.00 | E-mail to PD Committee members re: cancellation for insurance hearing. |
| 07/22/09 | WP | 8.30 | 1,867.50 | Summarize Phase II trial briefs. |
| 07/23/09 | LMF | 0.60 | 123.00 | Review confirmations for court call appearances and verify proper time. |
| 07/23/09 | WP | 8.70 | 1,957.50 | Summarize Phase II trial briefs. |
| 07/23/09 | SR | 0.30 | 57.00 | Make arrangements for PD Committee members to appear telephonically at 7/27 hearing. |
| 07/23/09 | SR | 2.00 | 380.00 | Attend to sending e-mail telephone confirmations to PD Committee members (0.8); Attend to preparing hearing notebook (1.2) |
| 07/24/09 | SR | 0.20 | 38.00 | Review daily docket and update hearing notebook. |
| 07/24/09 | TVT | 0.80 | 216.00 | Review pleadings for omnibus hearing. |
| 07/27/09 | TVT | 4.50 | 1,215.00 | Attend omnibus hearing. |
| 07/28/09 | SR | 0.20 | 38.00 | Make arrangements for T.Trevorrow to appear telephonically at July 30 hearing. |
| 07/28/09 | TVT | 1.20 | 324.00 | Prepare hearing summary. |
| 07/29/09 | SR | 0.30 | 57.00 | Attend to making telephonic appearance arrangements for J.Kozyak and D.Rosendorf per J.Sakalo's instructions. |
| 07/29/09 | SR | 0.10 | 19.00 | Phone call from E.Devine regarding telephonic appearance arrangements. |
| 07/30/09 | JMS | 0.50 | 242.50 | Review T. Trevorrow memo summarizing hearing (.5). |
| 07/30/09 | TVT | 3.90 | 1,053.00 | Attend telephonic hearing (continued omnibus hearing) (2.9); draft summary of hearing notes (1.0). |
| 07/31/09 | SR | 0.20 | 38.00 | Review revisions to memorandum per T.Trevorrow's request. |
| 07/31/09 | TVT | 5.00 | 1,350.00 | Prepare memo regarding omnibus hearing (4.9); e-mail correspondence regarding same (.1). |

**PROFESSIONAL SERVICES** $10,194.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.80 | $410.00 | $328.00 |
| Sakalo, Jay M | 0.90 | $485.00 | $436.50 |
| Polit, Wendy | 17.00 | $225.00 | $3,825.00 |
| Snyder, Jeffrey I | 0.30 | $295.00 | $88.50 |
| Trevorrow, Tara V | 15.40 | $270.00 | $4,158.00 |
| Flores, Luisa M | 0.60 | $205.00 | $123.00 |
| Rojas, Susana | 6.50 | $190.00 | $1,235.00 |
| *TOTAL* | *41.50* | | *$10,194.00* |

**CURRENT BALANCE DUE THIS MATTER** $10,194.00

Atty – SLB
Client No.: 74817/15546

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 07/26/09 | TVT | 7.50 | 1,012.50 | Travel to Wilmington (flight delayed). |
| 07/27/09 | TVT | 8.00 | 1,080.00 | Non-working travel to Miami (no earlier flight option). |

**PROFESSIONAL SERVICES** $2,092.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Trevorrow, Tara V | 15.50 | $135.00 | $2,092.50 |
| **TOTAL** | **15.50** | | **$2,092.50** |

**CURRENT BALANCE DUE THIS MATTER** $2,092.50

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/03/09 | JMS | 1.80 | 873.00 | Review Grace counter designation and opposition briefs. |
| 07/07/09 | JMS | 0.30 | 145.50 | Telephone conference with M. Kramer regarding PD CMO issues. |
| 07/07/09 | MIK | 0.40 | 164.00 | Telephone call with D. Speights regarding PD CMO (.1); review depositions (.3). |
| 07/08/09 | JMS | 0.30 | 145.50 | Respond to email inquiries from Committee member regarding questions on Debtors' plan (.3). |
| 07/08/09 | MIK | 1.80 | 738.00 | Review depositions (1.0); telephone call with J. Baer regarding orders (.1); telephone call with A. Krieger regarding same (.1); review orders (.6). |
| 07/08/09 | SR | 0.50 | 95.00 | Attend to reviewing various files for depositions per M.Kramer's request. |
| 07/16/09 | SLB | 0.40 | 270.00 | Attention to Sealed Air securities filing regarding Grace (.4). |
| 07/16/09 | JMS | 0.70 | 339.50 | Conference with W. Polit regarding summary of phase 2 trial briefs (.3); emails from J. Baer regarding deposition scheduling and follow up emails with D. Speights regarding same (.4). |
| 07/16/09 | SR | 0.80 | 152.00 | Review and analyze docket (0.1); attend to reviewing docket for Briefs in support of Phase II Objections per W.Polit's instructions (0.7) |
| 07/17/09 | JMS | 0.80 | 388.00 | Review emails regarding necessity for hearing on insurance neutrality issues (.4); review and revise draft placeholder statement regarding feasibility (.2); emails with D. Scott regarding feasibility (.2). |
| 07/17/09 | MIK | 0.40 | 164.00 | Prepare Phase II submission statement (.4). |
| 07/17/09 | SR | 1.30 | 247.00 | Attend to analyzing and organizing reply briefs in support of objections to Phase II confirmation of Joint Plan per W.Polit's request. |
| 07/17/09 | MR | 0.30 | 67.50 | Review quarterly report. |
| 07/20/09 | JMS | 0.30 | 145.50 | E-mails with K. Bergland regarding feasibility issues (.3). |
| 07/20/09 | MIK | 0.10 | 41.00 | Email regarding Phase II submission (.1). |
| 07/21/09 | JMS | 0.80 | 388.00 | Review pre-trial Phase II statements filed by banks/unsecured creditors (.8). |
| 07/22/09 | JMS | 0.80 | 388.00 | Conference with W. Polit regarding status of review of pre-trial submissions and trial briefs (.3); conference with M. Kramer regarding feasibility issues (.2); emails with S. Baena regarding upcoming hearing issues and follow up email to T. Trevorrow thereon (.3). |
| 07/23/09 | JMS | 0.40 | 194.00 | Conference with T. Treverrow regarding upcoming hearing and plan issues (.4). |
| 07/24/09 | JMS | 0.40 | 194.00 | Review Sealed Air 10-Q for statements pertaining to Grace settlement (.4). |
| 07/24/09 | WP | 7.20 | 1,620.00 | Summarize Phase II trial briefs. |
| 07/24/09 | WP | 1.20 | 270.00 | Deposition of Richard Finke. |
| 07/25/09 | JMS | 1.20 | 582.00 | E-mails regarding feasibility expert reports (.4); review Zilly report regarding same (.8). |
| 07/27/09 | JMS | 1.10 | 533.50 | Review 4 Phase II pre-trial statements (1.1). |
| 07/28/09 | WP | 3.20 | 720.00 | Summarize Phase II trial briefs. |
| 07/29/09 | JMS | 0.60 | 291.00 | Email exchange with D. Scott regarding feasibility report (.3); review Equity/PI/FCR response to Anderson request for production (.3). |
| 07/29/09 | WP | 7.20 | 1,620.00 | Summarize Phase II trial briefs. |
| 07/31/09 | LMF | 0.50 | 102.50 | Assist attorney in research regarding expert report. |
| 07/31/09 | WP | 6.50 | 1,462.50 | Summarize Phase II trial briefs |

**PROFESSIONAL SERVICES** $12,341.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.40 | $675.00 | $270.00 |
| Kramer, Matthew I | 2.70 | $410.00 | $1,107.00 |
| Sakalo, Jay M | 9.50 | $485.00 | $4,607.50 |
| Polit, Wendy | 25.30 | $225.00 | $5,692.50 |
| Reiser, Marc | 0.30 | $225.00 | $67.50 |
| Flores, Luisa M | 0.50 | $205.00 | $102.50 |
| Rojas, Susana | 2.60 | $190.00 | $494.00 |
| *TOTAL* | *41.30* | | *$12,341.00* |

**CURRENT BALANCE DUE THIS MATTER** $12,341.00

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| 07/10/09 | LMF | 0.80 | 164.00 | Complete review of costs and invoice from LECG and meet with accounting regarding same. |
| 07/23/09 | LMF | 0.60 | 123.00 | Attend to reimbursement to LECG for professional consulting fees. |
| 07/23/09 | LMF | 0.30 | 61.50 | Follow up with Hamilton Rabinivotz regarding pending payment and compile June statement of fees for filing. |
| 07/27/09 | LMF | 0.50 | 102.50 | Prepare notice and summary for June fees on behalf of Hamilton Rabinovitz and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES** $451.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 2.20 | $205.00 | $451.00 |
| **TOTAL** | **2.20** | | **$451.00** |

**CURRENT BALANCE DUE THIS MATTER** $451.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP