UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Due by: September 21, 2009 at 4:00 pm**. |
| | ) | **Hearing Date:  Hearing will be held if necessary** |

**SUMMARY OF SECOND
INTERIM FEE AND EXPENSE INVOICE**

| | |
|---|---|
| Name of Applicant: | W. D. HILTON, JR. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on February 20, 2002, Nunc Pro Tunc, to May 2, 2001 |
| Period for which compensation and Reimbursement is sought: | August 12, 2005 through January 19, 2009 |

| Fees and expenses for all matters | **Fees** | **Expenses** |
|---|---|---|
| | $17,237.50 | $0.00 |

This is a:____  _____monthly_____X_____Interim_____final Application

This is the first application filed.

---

[1] In order to save space, the PD Committee has refrained from listing all 62 Debtors.  The list of all 62 Debtors maybe obtained from Bilzin Sumberg Baena Price & Axelrod LLP if requested.