UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Due by: September 21, 2009 at 4:00 pm**. |
| | ) | **Hearing Date:  Hearing will be held if necessary** |

## NOTICE OF FILING OF FEE APPLICATION

To:  The Parties on the Attached Service List

W. D. Hilton, Jr. (the "Applicant"), consultant to the Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through undersigned counsel, filed and served its Second Interim Application For Compensation For Services Rendered and Reimbursement of Expenses (the "Fee Application") seeking an interim award of legal fees and reimbursement of expenses incurred as consultant to the PD Committee.  The interim amount sought in this Fee Application is (i) $17,237.50 for services rendered during the period of August 12, 2005 through and including January 19, 2009 (the "Application Period"); and (ii) $0.00 as reimbursement for the actual and necessary expenses incurred during the Application Period.

You are required to file with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, any objection to the attached Fee Application on or before September 21, 2009 at 4:00 p.m.

At the same time, you must serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, Janet S. Baer, Esquire, The Law Offices of Janet S. Baer P. C., 70 W. Madison St., Suite 2100, Chicago, IL 60602 (fax number 312-641-2165), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C., 919 North Market Street, Suite 1600, P. O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan, LLP 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin Sumberg Baena Price & Axelrod LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Theodore J. Tacconelli, Esquire, Ferry, Joseph & Pearce, P.A., 824 Market Street, Suite 1000, P. O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax

---

[1]   In order to save space, the PD Committee has refrained from listing all 62 Debtors.  The list of all 62 Debtors maybe obtained from Bilzin Sumberg Baena Price & Axelrod LLP if requested.

number 212-644-755), and Marla Rosoff Eskin, Esquire, Campbell & Levine, LLC, 801 N. King St, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P. O. Box 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) Warren H. Smith, Warren H. Smith & Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (fax number 214-744-0231) and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 King Street, Room 2207, Wilmington, DE 19801.

A HEARING ON THE FEE APPLICATION WILL BE HELD ONLY IF OBJECTIONS OR RESPONSES ARE FILED.

IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 28, 2009

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Counsel of the Official Committee of Asbestos Property Damage Claimants

2500 Wachovia Financial Center

200 South Biscayne Boulevard

Miami, Florida 33131-2336

Telephone: (305) 374-7580

Facsimile: (305) 374-7593

By: /s/ Jay M. Sakalo
    Jay M. Sakalo (Admitted Pro Hac Vice)