**INVOICE - W. D. HILTON, JR.**
**PROPERTY DAMAGE COMMITTEE CONSULTANT**
**Summary**

TO: Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Attn: Scott L. Baena, Esquire
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-2336

FROM: W. D. Hilton, Jr.
4342 Catfish Cove
Greenville, Texas 75402

SSN: 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

| **Date:** | **Hours:** | **Description of Work:** | **Rate: $350** |
|---|---|---|---|
| 2005 | 32.25 | Monthly Totals | $ 11,287.50 |
| 2006 | 12.75 | Monthly Totals | $ 4,462.50 |
| 2008 | 0.75 | Monthly Totals | $ 262.50 |
| 2009 | 3.50 | Monthly Totals | $ 1,225.00 |
| | 49.3 | Total Hours & Billing | $ 17,237.50 |

**Payable to:** **W.D. Hilton, Jr.**
**4342 Catfish Cove**
**Greenville, Texas 75402**
**SSN: 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**

**INVOICE**
**W. D. HILTON, JR.**
**2005**

TO: Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Attn: Scott L. Baena, Esquire
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-2336

FROM: W. D. Hilton, Jr.
4342 Catfish Cove
Greenville, Texas 75402

SSN: 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

| Date: | Hours: | Description of Work: | Rate: $350 |
|---|---|---|---|
| 8/12/2005 | 1.50 | Receive and organize documents and electronic files transmitted by Bilzin firm; Instruct staff in preparation of files; Instructions to staff re: Review of spreadsheets | $ 525.00 |
| 8/13/2005 | 2.25 | Review materials provided by Bilzin firm | $ 787.50 |
| 8/15/2005 | 0.75 | Review preliminary reports provided by staff; Make suggestions for revisions to the reports | $ 262.50 |
| 8/16/2005 | 1.25 | Review revised spreadsheets; Review documents | $ 437.50 |
| 8/17/2005 | 8.00 | Travel from Greenville, Texas to Washington, DC. Review documents provided by Bilzin firm | $ 2,800.00 |
| 8/18/2005 | 7.00 | Review documents provided by Bilzin firm. Prepare for meetings with WRG PD Committee, counsel and experts. Meetings at LEDG with Committee, counsel and experts. | $ 2,450.00 |
| 8/19/2005 | 10.00 | Additional meetings with Committee, counsel and experts. Return travel from Washington, DC to Greenville, TX. | $ 3,500.00 |
| 11/25/2005 | 1.50 | Telephone discussion with Dies; Review company information; Conference call with Dies and Boyer | $ 525.00 |
| | 32.25 | Total Hours for August 2005 | $ 11,287.50 |

**INVOICE**
**W. D. HILTON, JR.**
**2006**

TO: Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Attn: Scott L. Baena, Esquire
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-2336

FROM: W. D. Hilton, Jr.
4342 Catfish Cove
Greenville, Texas 75402

SSN: 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

| Date: | Hours: | Description of Work: | Rate: $350 |
|---|---|---|---|
| 3/23/2006 | 1.50 | Telephone conference with Baena and Sakalo; Review WRG files; E-mail to Horkovich; E-mail to Baena | $ 525.00 |
| 3/24/2006 | 2.00 | E-mail exchanges w/Horkovich, Baena & Sakalo; Conference call w/Horkovich Baena & Sakalo; Review London Term Sheet and Settlement Agreement | $ 700.00 |
| 3/25/2006 | 1.00 | Analysis of Policy Register; E-mail Baens & Sakalo | $ 350.00 |
| 3/27/2006 | 0.75 | Review of Policy Register issues; Review e-mails from counsel | $ 262.50 |
| 4/3/2006 | 0.50 | Attend to message from Horkovich; E-mail Baena | $ 175.00 |
| 4/5/2006 | 0.50 | Review policy CDs for duplication; E-mail to Sakalo | $ 175.00 |
| 4/11/2006 | 1.00 | Review certain Grace policies; E-mail to Sakalo re: Analysis | $ 350.00 |
| 4/12/2006 | 0.75 | Attention to policies and asbestos exlusions | $ 262.50 |
| 4/13/2006 | 0.50 | Get information from Horkovich; Discuss with Sakalo | $ 175.00 |
| 5/8/2006 | 0.50 | Review correspondence re: Agreement-in-Principle | $ 175.00 |
| 5/9/2006 | 1.00 | Review AKO memo; Telcon Horkovich; Telcon Baena | $ 350.00 |
| 5/16/2006 | 1.25 | Review WRG Motion for Order Approving Settlement Agreement and Mutual Releases | $ 437.50 |
| 6/16/2006 | 1.00 | Participate in Conference Call re: Equitas | $ 350.00 |
| 7/24/2006 | 0.50 | E-mail and telephone conference with Horkovich re: Equitas settlement hearing | $ 175.00 |
| | 12.75 | Total Hours for 2006 | $ 4,462.50 |

**INVOICE**
**W. D. HILTON, JR.**
**2008**

TO: Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Attn: Scott L. Baena, Esquire
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-2336

FROM: W. D. Hilton, Jr.
4342 Catfish Cove
Greenville, Texas 75402

SSN: 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

| Date: | Hours: | Description of Work: | Rate: $350 |
|---|---|---|---|
| 11/24/2008 | 0.75 | Review of ZAI Term Sheet; E-mail to S Baena | $ 262.50 |
| | 0.75 | Total Hours for 2008 | $ 262.50 |

**INVOICE**
**W. D. HILTON, JR.**
**2009**

TO: Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Attn: Scott L. Baena, Esquire
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-2336

FROM: W. D. Hilton, Jr.
4342 Catfish Cove
Greenville, Texas 75402

SSN: 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

| Date: | Hours: | Description of Work: | Rate: $350 |
|---|---|---|---|
| 1/19/2009 | 3.50 | Review and make comments to draft PD Trust Agreement | $ 1,225.00 |
| | 3.50 | Total Hours for January 2009 | $ 1,225.00 |