**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Related D.I. No.: 22920 |

**JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY**
**CLAIMANTS TO NOTICE OF DEPOSITION OF DR. CRAIG MOOLGARD**

PLEASE TAKE NOTICE that the Official Committee of Asbestos Personal

Injury Claimants (the "ACC"), by and through the undersigned attorneys, hereby joins the Notice

of Deposition of Dr. Craig Moolgard filed by the Debtors W.R. Grace & Co., et al.  The

deposition will commence at **3:00 p.m. (PDT) on September 2, 2009** at the offices of Evans,

Craven & Lackie, P.S., 818 W. Riverside, Suite 250, Spokane, WA 99201-0910 and will

continue from day to day thereafter until complete.  The deposition will be videotaped and taken

before a qualified, certified shorthand reporter or other officer authorized by law to administer

oaths.  The ACC will appear telephonically at the deposition of Dr. Craig Moolgard.

Dated: August 28, 2009

                                        **CAMPBELL & LEVINE, LLC**

                                        */s/ Mark T. Hurford*
                                        Mark T. Hurford (#3299)
                                        800 N. King Street, Suite 300
                                        Wilmington, DE 19801
                                        Telephone: (302) 426-1900
                                        Facsimile:  (302) 426-9947
                                        mhurford@camlev.com

                                        -and-

{D0160547.1 }

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee*
*of Asbestos Personal Injury Claimants*