# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | **Related D.I. No.: 22919** |

## JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO NOTICE OF DEPOSITION OF DR. ALAN WHITEHOUSE

PLEASE TAKE NOTICE that the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), by and through the undersigned attorneys, hereby joins the Notice of Deposition of Dr. Alan Whitehouse filed by the Debtors W.R. Grace & Co., et al. The deposition will commence at **1:00 p.m. (PDT) on September 2, 2009** at the offices of Evans, Craven & Lackie, P.S., 818 W. Riverside, Suite 250, Spokane, WA 99201-0910 and will continue from day to day thereafter until complete. The deposition will be videotaped and taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths. The ACC will appear telephonically at the deposition of Dr. Alan Whitehouse.

Dated: August 28, 2009

                                                  **CAMPBELL & LEVINE, LLC**

                                                  */s/ Mark T. Hurford*
                                                  Mark T. Hurford (#3299)
                                                  800 N. King Street, Suite 300
                                                  Wilmington, DE 19801
                                                  Telephone: (302) 426-1900
                                                  Facsimile: (302) 426-9947
                                                  mhurford@camlev.com

                                                  -and-

{D0160549.1 }

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee*
*of Asbestos Personal Injury Claimants*

{D0160549.1 }