IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket No. 22814**<br><br>**Hearing Date: Sept. 8, 2009 at 11:00 a.m. (ET)**<br>**Objection Deadline: Sept. 1, 2009 at 4:00 p.m. (ET)** |

**NOTICE OF ARROWOOD'S MOTION TO STRIKE AND OBJECTIONS TO
THE LIBBY CLAIMANTS' DESIGNATION OF THE DEPOSITIONS OF TWENTY-
ONE INDIVIDUAL CLAIMANTS TAKEN OUTSIDE THE BANKRUPTCY**

Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") filed the attached *Motion To Strike And Objections To The Libby Claimants' Designation Of The Depositions Of Twenty-One Individual Claimants Taken Outside The Bankruptcy* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

Responses to the relief requested in the Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern time) on **September 1, 2009**. At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for Arrowood, Tancred V. Schiavoni, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036; (ii) co-counsel for Arrowood, Carl J. Pernicone, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 150 East 42nd Street, New York, NY 10017; (iii) co-counsel for Arrowood, Garvan F. McDaniel, Bifferato Gentilotti LLC, 800 N. King Street, Plaza Level, Wilmington, DE 19801.

In the event that any objection or response is filed and served in accordance with this notice, a hearing on the motion will be held before The Honorable Judith K. Fitzgerald on **September 8, 2009 at 11:00 a.m.**, Eastern Time at the United States Bankruptcy Court, 5414 U.S. Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 28, 2009
Wilmington, Delaware

By: /s/ Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900
Facsimile: (302) 429-8600

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred Schiavoni, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
Telephone: (212) 326-2267

*Counsel to Arrowood Indemnity Company, f/k/a Royal Indemnity Company*