IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Re: Docket No. _____** |

**ORDER STRIKING THE LIBBY CLAIMANTS' DESIGNATION OF THE
DEPOSITIONS OF TWENTY-ONE INDIVIDUAL CLAIMANTS TAKEN OUTSIDE
THE BANKRUPTCY**

This matter coming before the court on Arrowood's *Motion to Strike, and Objections to, the Libby Claimants' Designation of the Depositions Of Twenty-One Individual Claimants Taken Outside the Bankruptcy* (the "Motion") in the above-captioned bankruptcy cases; the court having reviewed and considered the motion; the court finding that (i) the court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) no further notice or hearing on the motion being required:

IT IS HEREBY ORDERED THAT

1.     Arrowood's Motion to Strike, and Objections to, the Libby Claimants' Designation of the Deposition of Twenty-One Individual Claimants Taken Outside the Bankruptcy is granted.

2.     The designations of 1) Mary Ruth Albert [Dkt. No. 22814, Ex. 1]; (2) Stuart Cannon [Dkt. No. 22814, Ex. 2]; (3) Edward Nick Carvey [Dkt. No. 22814, Ex. 3]; (4) Carl E. Craig [Dkt. No. 22814, Ex. 4]; (5) Carrie M. Dedrick [Dkt. No. 22814, Ex. 5]; (6) Kenneth Finstad [Dkt. No. 22814, Ex. 6]; (7) Daniel Garrison [Dkt. No. 22814, Ex. 7]; (8) Edward A. Gaston [Dkt. No. 22814, Ex. 8]; (9) Robert L. Graham [Dkt. No. 22814, Ex. 9]; (10) William J.

Hagerty [Dkt. No. 22814, Ex. 10]; (11) James G. Hopkins [Dkt. No. 22814, Ex. 11]; (12) Jack Kenworthy [Dkt. No. 22814, Ex. 12]; (13) Carl Larson [Dkt. No. 22814, Ex. 13]; (14) John B. Lyle [Dkt. No. 22814, Ex. 14]; (15) Thomas F. Murray [Dkt. No. 22814, Ex. 15]; (16) Robert D. Nelson [Dkt. No. 22814, Ex. 16]; (17) Darlene J. (Toni) Riley [Dkt. No. 22814, Ex. 17]; (18) Wilma R. Shearer [Dkt. No. 22814, Ex. 18]; (19) Verle Vinson[Dkt. No. 22814, Ex. 19]; (20) Robert J. Wilkes [Dkt. No. 22814, Ex. 20]; and (21) Andrew J. Wright [Dkt. No. 22814, Ex. 21], submitted by the Libby Claimants are stricken and shall not be introduced as testimony during the Phase II hearing; and

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2009    _____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge