IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                              ) SS
NEW CASTLE COUNTY )

        Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 28th day of August, 2009, she caused copies of the following:

**LIBBY CLAIMANTS' RESPONSE TO THE PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE TESTIMONY OF INDIVIDUAL CLAIMANTS REGARDING GRACE'S CULPABILITY AND THE EFFECT OF ASBESTOS ILLNESS**

to be served upon the parties on the attached list via email.

_____
Cathy A. Adams

      SWORN TO AND SUBSCRIBED before me this 28th day of August, 2009.

_____
Notary Public

MARY M. McATEER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 19, 2011

{393.001-W0002472.}

**W.R. Grace Email Service list
of Objecting and Interested Parties to
Disclosure Statement.**
Case No. 01-1139 (JKF)

*Via Email*

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
Arlene G. Krieger
lkruger@stroock.com
kpasquale@stroock.com
akrieger@stroock.com
(Counsel to the Official Committee of
Unsecured Creditors)

DUANE MORRIS LLP
Michael R. Lastowski
Richard W. Riley
mlastowski@duanemorris.com
rwriley@duanemorris.com
(Delaware Counsel for the GUC's)

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
sbaena@bilzin.com
jsakalo@bilzin.com
mkramer@bilzin.com
(Counsel to the PD Committee)

FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph
Theodore J. Tacconelli
mjoseph@ferryjoseph.com
ttacconelli@ferryjoseph.com
(Delaware counsel for PD Committee)

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov

KATTEN MUCHIN ROSENMAN LLP
Noah Heller
Merritt A. Pardini
Jeff Friedman
noah.heller@kattenlaw.com
merritt.pardini@kattenlaw.com
jeff.friedman@kattenlaw.com
(Counsel to Bank of America etc re RMQ
Bond)

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins
Jason M. Madron
Dana L. Reynolds
Marcos Ramos
collins@rlf.com
madron@rlf.com
Reynolds@rlf.com
ramos@rlf.com
(Counsel to Bank of America etc.re RMQ
Bond)

PEPPER HAMILTON LLP
David M. Fournier
James C. Carignan
Robert S. Hertzberg
fournierd@pepperlaw.com
carignanj@pepperlaw.com
hertzbergr@pepperlaw.com
(Counsel to Longacre Master Fund)

PEPPER HAMILTON LLP
Evelyn J. Meltzer
Edward C. Toole Jr.
Anne Marie Aaronson
Linda J. Casey
meltzere@pepperlaw.com
toolee@pepperlaw.com
caseyl@pepperlaw.com
(Counsel to BNSF)

{W0000040.}

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan
Matthew P. Ward
fmonaco@wcsr.com
kmangan@wcsr.com
maward@wcsr.com
(Counsel to State of Montana and The Crown)

LOWENSTEIN SANDLER PC
Michael S. Etkin
Ira M. Levee
metkin@lowenstein.com
ilevee@lowenstein.com
(Counsel to the ERISA Plaintiffs)

GILMAN & PASTOR, LLP
David Pastor
Dpastor@Gilmanpastor.com
(Counsel to the ERISA Plaintiffs)

SCHIFFRIN BARROWAY TOPAZ &
KESSLER LLP
Joseph H. Meltzer
Katherine Bornstein
jmeltzer@sbtklaw.com
kbornstein@sbtklaw.com
(Counsel to the ERISA Plaintiffs)

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esquire
Cory D. Kandestin
stearn@rlf.com
kandestin@rlf.com
(Delaware counsel to Scotts)

VORYS, SATER, SEYMOUR and PEASE
LLP
Robert J. Sidman Esquire
Tiffany Strelow Cobb
rjsidman@vorys.com
tscobb@vorys.com
(Counsel to Scotts)

LANDIS RATH & COBB LLP'
Adam G. Landis
Kerri K. Mumford
landis@lrclaw.com
mumford@lrclaw.com
(Delaware counsel to Libby Claimants)

LANDIS RATH & COBB LLP'
Richard S. Cobb
James S. Green, Jr.
cobb@lrclaw.com
green@lrclaw.com
(Delaware counsel to Pre Petition Lender Group)

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn
Christopher M. Candon
cohn@cwg11.com
candon@cwg11.com
(Counsel to Libby Claimants)

SMITH, KATZENSTEIN & FURLOW LLP
Kathleen M. Miller
Etta R. Wolfe
kmiller@skfdelaware.com
ewolfe@skfdelaware.com
(Delaware Counsel for Kaneb)

FULBRIGHT & JAWORSKI L.L.P.
Steve A. Peirce
Toby L. Gerber
speirce@fulbright.com
tgerber@fulbright.com
(Counsel to Kaneb)

CONNOLLY BOVE LODGE & HUTZ
LLP
Jeffrey Wisler
Marc J. Phillips
jwisler@cblh.com
mphillips@cblh.com
(Counsel to Maryland Casualty and Zurich Insurance)

ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Edward J. Longosz, II
Laura G. Stover
Gabriella Cellarosi
elongosz@eckertseamans.com
lstover@eckertseamans.com
gcellarosi@eckertseamans.com
(Counsel to Maryland Casualty and Zurich)

ROSENTHAL, MONHAIT, & GODDESS
Edward B. Rosenthal
erosenthal@rmgglaw.com
(Counsel to CNA)

GOODWIN PROCTER LLP
Daniel M. Glosband
Brian H. Mukherjee
Michael S. Giannotto
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com
(Counsel to CNA)

FORD MARRIN ESPOSITO WITMEYER
& GLESER, LLP
Elizabeth DeCristofaro
Shayne W. Spencer
emdecristofaro@FMEW.com
swspencer@FMEW.com
(Counsel to CNA)

WILEY REIN LLP
Richard A. Ifft
rifft@wileyrein.com

WHITE AND WILLIAMS LLP
Marc S. Casarino
Joseph Gibbons
Gregory T. LoCasale
James S. Yoder
casarinom@whiteandwilliams.com
gibbonsj@whiteandwilliams.com
locasaleg@whiteandwilliams.com
yoderj@whiteandwilliams.com
(Counsel to Century Indemnity Company)

DRINKER BIDDLE & REATH LLP
Warren T. Pratt
David P. Primack
Michael F. Brown
Jeffrey Boerger
Kooshan Nayerahmadi
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com
kooshan.nayerahmadi@dbr.com
(Counsel to Seaton, One Beacon, GEICO
and Commercial Union)

STEVENS & LEE, P.C.
John D. Demmy
Leonard P. Goldberger
Marnie E. Simon
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
(Counsel to Firemans' Fund)

CROWELL & MORING
Mark Plevin
Leslie Davis
mplevin@crowell.com
ldavis@crowell.com
(Counsel to Firemans' Fund)

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Stephan J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
sshimshak@paulweiss.com
arosenberg@paulweiss.com
mphillips@paulweiss.com
(Counsel to the Pre Petition Lender Group)

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo
William T. Russell, Jr.
Elisa Alcabes
Arniad M. Kushner
ppantaleo@stblaw.com
wrussell@stblaw.com
ealcabes@stblaw.com
akushner@stblaw.com
(Counsel to Travelers Insurance)

COZEN O'CONNOR
John T. Carroll, III
William P. Shelley
Jacob C. Cohn
Barry M. Klayman
Iian Rosenberg
jcarroll@cozen.com
wshelley@cozen.com
jcohn@cozen.com
bklayman@cozen.com
irosenberg@cozen.com
(Counsel to Federal Insurance)

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel
gmcdaniel@bglawde.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Carl J. Pernicone
Catherine Chen
carl.pernicone@wilsonelser.com
Catherine.chen@wilsonelser.com
(Counsel to Royal Insurance and Arrowood Indemnity)

ALAN RICH LAW
Alan B. Rich
arich@alanrichlaw.com
(Counsel to the PD FCR)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David Turetsky
david.turetsky@skadden.com
(Counsel to Sealed Air)

KRAMER LEVIN NAFTALIS & FRANKEL LP
Philip Bentley
Douglas Mannal
Greg Horowitz
David Blabey
pbentley@kramerlevin.com
dmannal@kramerlevin.com
ghorowitz@kramerlevin.com
dblabey@kramerlevin.com
(Counsel to the Equity Committee)

STEPTOE & JOHNSON LLP
George R. Calhoun V
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig
acraig@cuyler.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Debra L. Felder
Roger Frankel
Mary A. Wallace
Richard H. Wyron
Jonathan Guy
Kathleen Orr
Peri Mahaley
Joshua Cutler
dfelder@orrick.com
rfrankel@orrick.com
mwallace@orrick.com
rwyron@orrick.com
jguy@orrick.com
korr@orrick.com
pmahaley@orrick.com
jcutler@orrick.com
(Counsel to the PI FCR)

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

U.S. DEPARTMENT OF JUSTICE
James Freeman
james.freeman2@usdoj.gov
(Environmental Counsel re Libby)

CAPLAN & DRYSDALE
Jeffrey A. Liesemer
Peter Van N. Lockwood
Nathan Finch
Elihu Inselbuch
James Wehner
Bernie Bailor
Walter Slocombe
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com
ei@capdale.com
jpw@capdale.com
bsb@capdale.com
wbs@capdale.com
(Counsel to the ACC)

CROWELL & MORING
Leslie Epley Davis
lepley@crowell.com

WILMERHALE
Nancy L. Manzer
nancy.manzer@wilmer.com

ENVIRONMENTAL PROTECTION
AGENCY
Andrea Madigan
Madigan.andrea@epa.gov
(Environmental Counsel re Libby)

HOGAN & HARTSON
James P. Ruggeri
jpruggeri@hhlaw.com

MCDERMOTT WILL & EMERY
David S. Rosenbloom
drosenbloom@mwe.com
(Counsel to Fresenius)

CAMPBELL & LEVINE, LLC
Mark T. Hurford
Marla R. Eskin
mhurford@camlev.com
meskin@camlev.com
(Delaware counsel to the ACC)

O'MELVENY & MYERS LLP
Brad Elias
Tancred Schiavoni
Gary Svirsky
Paul R. Koepff
Allen Schwartz
belias@omm.com
tschiavoni@omm.com
gsvirsky@omm.com
pkoepff@omm.com
allenschwartz@omm.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

KIRKLAND & ELLIS
David Bernick
Christopher T. Greco
Criag A. Bruens
Theodore L. Freedman
Barbara Harding
Brian Stansbury
Andrew Running
Kimberly Love
Travis Langenkamp
Heather Bloom
Karen F. Lee
david.bernick@kirkland.com
christopher.greco@kirkland.com
craig.bruens@kirkland.com
theodore.freedman@kirkland.com
bharding@kirkland.com
bstansbury@kirkland.com
arunning@kirkland.com
klove@kirkland.com
travis.langenkamp@kirkland.com
heather.bloom@kirkland.com
karen.f.lee@kirkland.com

PACHULSKI STANG ZIEHL & JONES LLP
James E. O'Neill
Timothy P. Cairns
Kathleen P. Makowski
Patricia Cuniff, Paralegal
Lynzy Oberholzer, Paralegal
joneill@pszjlaw.com
tcairns@pszjlaw.com
kmakowski@pszjlaw.com
pcuniff@pszjlaw.com
loberholzer@pszjlaw.com


ZUCKERMAN SPAEDER LLP
Thomas G. Macauley
Virginia Whitehill Guldi
James Sottile
tmacauley@zuckerman.com
vguldi@zuckerman.com
jsottile@zuckerman.com
(Counsel to Equitas)

McCARTER & ENGLISH, LLP
Katharine L. Mayer
Daniel M. Silver
kmayer@mccarter.com
dsilver@mccarter.com

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis
Robert Guttmann
rguttmann@zeklaw.com
mdavis@zeklaw.com
(Counsel to AIG and National Union)

JOHN SHEEHAN SPADARO, LLC
John S. Spadaro
jspadaro@johnsheehanspadaro.com

MENDES & MOUNT LLP
Alexander Mueller
Thomas J. Quinn
Eileen McCabe
Anna Newsom
Carolina Acevedo
alexander.mueller@mendes.com
thomas.quinn@mendes.com
eileen.mccabe@mendes.com
anna.newsom@mendes.com
carolina.acevedo@mendes.com
(Counsel to the London Market Companies)

DILWORTH PAXON LLP
Martin J. Weis
Anne Marie P. Kelley
Scott J. Freedman
mweis@dilworthlaw.com
akelley@dilworthlaw.com
sfreedman@dilworthlaw.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
young@wildman.com
(Counsel to CNA)

SPEIGHTS & RUNYAN LLP
Daniel Speights

dspeights@speightsrunyan.com
(Counsel to Anderson Memorial and other PD Claimants)

RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook
ewestbrook@rpwb.com
(Counsel to ZAI claimants)

ANDERSON KILL & OLICK P.C.
Robert M. Horkovick
rhorkovich@andersonkill.com
(ACC Special Insurance Counsel)

MORRIS, NICHOLAS, ARSHT & TUNNELL LLP
Robert J. Dehney
Ann C. Cordo
rdehney@mnat.com
acordo@mnat.com

SAUL EWING LLP
Teresa K.D. Currier
tcurrier@saul.com

BIFFERATO GENTILOTTI LLC
Ian Connor Bifferato
cbifferato@bglawde.com

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr.
jcp@pgslaw.com

THE LAW OFFICES OF JANET S. BAER P. C.
Janet S. Baer
jbaer@jsbpc.com
TUCKER ARENSBERG, P.C.
Michael A. Shiner
mshiner@tuckerlaw.com

KOZYAK TROPIN & THROCKMORTON, P.A.
David L. Rosendorf
John Kozyak
drosendorf@kttlaw.com
jk@kttlaw.com
(Counsel to Anderson Memorial)

STICHTER RIEDEL BLAIN & PROSSER, P.A.
Harley E. Riedel
hriedel@srbp.com

SONNENSCHEIN NATH & ROSENTHAL LLP
Robert B. Millner
Christopher E. Prince
rmillner@sonnenschein.com
cprince@sonnenschein.com
(Counsel for General Insurance Company of America)

MESSANA ROSNER & STERN LLP
Thomas M. Messana
Frederick B. Rosner
tmessana@mws-law.com
frosner@mrs-law.com
(Counsel for General Insurance Company of America)