# EXHIBIT 13

## EXHIBIT 13 HAS BEEN OMITTED FROM THIS PUBLICLY REDACTED VERSION

The document appended to this Request for Judicial Notice as Exhibit 13 was **Filed Under Seal Pursuant to May 2009 Protective Order**. The omitted exhibit is sealed pursuant to an order of this Court and contains Confidential Information filed by Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc., and is not to be opened or the contents thereof displayed or revealed except by order of this Court or pursuant to a written agreement by and among the Parties to that certain May 2009 Protective Order.