# EXHIBIT 20

## BALLOT

PLEASE COMPLETE THE FOLLOWING:

| ONE BEACON AMERICA INSURANCE COMPANY<br>DRINKER BIDDLE & REATH LLP<br>DAVID P PRIMACK<br>1100 N MARKET ST, STE 1000<br>WILMINGTON, DE 19801-1254 | *In re W. R. Grace & Co., et al.*<br>Case No. 01-01139 (JFK)<br><br>**Class 6 Asbestos PI Claims**<br>**(Indirect PI Trust Claims)** |
|---|---|

Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly.

| Item 1. | PRINCIPAL AMOUNT OF INDIRECT PI TRUST CLAIM. Amount of your claim for voting purposes only: $1.00. |
|---|---|
| Item 2. | VOTE ON THE PLAN. The undersigned Holder of the Indirect PI Trust Claim in the amount set forth in Item 1 hereby votes all of its Claim to (check one box only): |

☐ ACCEPT the Plan

☐ REJECT the Plan

Please note: If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in Section 8.8.7 of the Plan.

| Item 3. | TELEPHONE NUMBER / AUTHORIZATION |
|---|---|

Telephone Number:

Name of Signatory (if different from claimant):

If by Authorized Agent, Title or Agent:

| Item 4. | ACKNOWLEDGEMENTS AND CERTIFICATIONS. By signing and returning this Ballot, you make the following acknowledgements and certifications: |
|---|---|
| (i) | I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto; and |
| (ii) | I was the Holder of an Indirect PI Trust Claim, as defined in the Plan, as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of an Indirect PI Trust Claim as of the Voting Record Date. |
| Item 5. | SIGNATURE AND DATE: |

Signature of Claimant or Authorized Agent                    Date

Item 6. ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)

Name

Address 1

Address 2

City, State and ZIP Code (US)

2135012
K&E 13304194.13

1

**EXHIBIT**
**OS-16**

XXX-000423