# EXHIBIT 28

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: FRESENIUS MEDICAL CARE HOLDINGS, INC.

#### Selected Entity Status Information

**Current Entity Name:** FRESENIUS MEDICAL CARE HOLDINGS, INC.
**Initial DOS Filing Date:** MARCH 23, 1988
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

#### Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**
RICE POWELL
920 WINTER ST
WALTHAM, MASSACHUSETTS, 02451

**Principal Executive Office**
FRESENIUS MEDICAL CARE HOLDINGS, INC.
920 WINTER ST
WALTHAM, MASSACHUSETTS, 02451

**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not require or maintain information regarding the names and addresses of officers, shareholders or directors of a corporation.

*Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 100000000 | Par Value | .1 |





http://appsext8.dos.state.ny.us/corp_public/CORPSEARCH.ENTITY_INFORMATION?p... 8/17/2009

XXX-001640

    305000000  Par Value    1
    130000      Par Value    100

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUN 12, 1997 | Actual | FRESENIUS MEDICAL CARE HOLDINGS, INC. |
| SEP 27, 1996 | Actual | FRESENIUS NATIONAL MEDICAL CARE HOLDINGS, INC. |
| MAY 25, 1988 | Actual | W. R. GRACE & CO. |
| MAR 23, 1988 | Actual | W. R. GRACE & CO. - NEW YORK |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page