# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| W. R. GRACE & CO., *et al.* | : | Case No. 01-01139 (JKF) |
| Debtors. | : | |

## BNSF RAILWAY COMPANY'S INITIAL DEPOSITION DESIGNATIONS OF TESTIMONY OF KAREN O. MCKEE

BNSF Railway Company ("BNSF") designates the attached excerpts from the deposition testimony of Karen O. McKee (Exhibit A), which may be offered in evidence in connection with the Phase II Confirmation Hearing in this matter, pursuant to Rule 32 of the Federal Rules of Civil Procedure. BNSF reserves the right to supplement these designations following receipt of Plan Proponents' counter-designations, if any. BNSF further reserves the right to use any part of the deposition transcript, even if not designated, for the purpose of contradicting or impeaching testimony given by the deponent as a witness. BNSF reserves the right to call the witness at trial to supplement the deposition testimony designated herein.

### KAREN O. MCKEE

In Re W.R. Grace, et al., Case No. 01-01139 (JKF)
Deposition Testimony on August 25, 2009 (See Exhibit A)

**PAGE:LINE**
7:20-8:5
15:9-16:23
17:18-18:8
38:10-38:20
45:6-46:2
74:1-74:24
76:1-77:15
86:4-86:23
131:22-159:7

#11424649 v1

| | |
|---|---|
| Dated: August 28, 2009<br>Wilmington, DE | PEPPER HAMILTON LLP<br><br>/s/ James C. Carignan<br>James C. Carignan  (DE 4230)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>PO Box 1709<br>Wilmington, DE 19899-1709<br>Tel: (302) 777-6500<br>Fax: (302) 777-6511 |

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750

Counsel for BNSF Railway Company

#11424649 v1