Page 86

document. This is not one of the ones that I pulled the specific document, so that is correct.

Q. And which of the documents on Exhibit-A did you pull the physical documents for?

A. I pulled documents related to contract number 40899, I believe is the number, one of the numbers, and some of these documents have numbers on them. And many of these documents came from the contract files, and so the I pulled the contracts. And as I said, it had over half of these documents, so...

Q. I am just going to hand you a black pen. Why don't you use that pen and just circle on Exhibit-A the documents that you pulled physical copies for on Friday.

A. It's going to take a while. I am going to have to go through these documents --

Q. That's all right.

A. -- to see which of the

BNSF

Page 87

agreements we looked at the actual agreements.

MR. SCHIAVONI: I am just going to get coffee.

THE WITNESS: It's going to be a best guess.

BY MR. SCHIAVONI:

Q. I don't want you to speculate.

A. I just don't remember. I pulled documents; I compared these to say is this in our files. So for me to tell you exactly which ones -- I know I looked at all of the contracts, I know I looked at some of the letters, I looked at some of the certificates, but I am guessing as to tell you precisely which ones. And I am not really comfortable doing that.

Q. Okay. So if you circle all of the documents on Exhibit-1 that with some degree of reasonable certainty, you can say you reviewed and you pulled the full document and reviewed from your files?

Page 88

A. I pulled contracts. In the contract files were certificates of insurance, correspondence that related to that particular contract.

Q. And you have circled those documents on Exhibit-1?

A. I haven't circled. I haven't gone through the entire exhibit and circled them, because I don't have a degree of accuracy to feel like I am telling you which ones exactly I looked at.

Q. What I would like you to do is I would like you to circle on Exhibit-A all of the documents that with a reasonable degree of certainty you can say, sitting here today, that you pulled and reviewed prior to the deposition.

A. I pulled and reviewed the agreements and related documents -- documents that relate to those agreements.

Q. And I would like you to circle in Exhibit-A all of the ones that

Page 89

you can say with a reasonable degree of certainty you reviewed.

A. I don't know. I had other people do some of this for me.

Q. Thank you, Ms. McKee.

Ms. McKee, have you now circled on Exhibit-A those documents that with a reasonable degree of certainty you can say you reviewed?

A. Yes, sir.

MR. SCHIAVONI: Okay. This is a notice. I am going the mark it as B. We will mark this as Exhibit-B, McKee-B.

MR. PHILLIPS: It was a notice for what?

MR. SCHIAVONI: The notice I filed for this deposition.

MR. PHILLIPS: For this one?

MR. SCHIAVONI: Yes.

MR. PHILLIPS: I have never seen it.

MR. SCHIAVONI: You can take a look at it first.

fc77ba30-9d7a-4fcc-ad18-fb2be8b69fa4

Q. What did he tell you about the documents, any of the documents on this list?
A. We didn't speak specifically about the documents other than the ability to definitively say that they are corporate records and that we keep them in the ordinary course of business. We didn't discuss the content of the documents at all.
Q. Okay. And the counsel that you spoke with on Friday, was that Mr. Phillips?
A. I spoke with Mr. Phillips and with Mr. Roberts.
Q. Did you speak with them together at the same time, Mr. Phillips and Mr. Roberts?
A. Yes, I did.
Q. Okay. Generally, was your discussion with Mr. Phillips and Mr. Roberts about where the documents are located?
A. No, it was not.

Q. Was your discussion at all about the accuracy of the documents?
A. We did not discuss content of the documents.
Q. Was your discussion at all about the completeness of the documents?
A. It was not.
Q. So I take it you have not had any discussions with anyone about the accuracy or completeness of these documents?
A. I have not discussed the content of the documents with anyone.
MS ESAYIAN: Okay. I don't have any further questions.
MR. PHILLIPS: Thank you. Anyone else, any questions?
(No response.)
MR. PHILLIPS: Very well. I have some questions.
- - -
EXAMINATION
- - -
BY MR. PHILLIPS:

BNSF

BNSF

BNSF

Q. I am referring back to Exhibit-A, and let's look at the one that you circled the documents on. Okay?
A. Okay.
Q. So what I would like to do is refer you to the documents on Exhibit-A that you did not circle. And, first of all, let's turn to Exhibit-16A and B.
Tell us how you know this is a document of the Burlington Northern Santa Fe Railway or any of its predecessors.
A. Because it's issued to Great Northern Railway Company in Saint Paul.
Q. Where are insurance policies like 16A kept?
A. They are kept by the risk management department.
Q. And Exhibit-16A or B -- they are pretty much identical -- does that exist in the risk management department of Burlington Northern Santa Fe Railway?
A. In risk management or it is

filed by risk management and corporate.
Q. Are those the normal places for the retention of documents or insurance policies?
A. Yes, they are.
Q. Turning to 17 and 18, I have the same questions about those.
How can you tell us that those are Burlington Northern documents?
A. Again, it's a certificate issued to Burlington Northern, Inc. in Saint Paul.
Q. And where are documents like this found?
A. Documents like this are also found in either the risk management department or filed in corporate support as an archived record.
Q. In all cases regarding Exhibits 16A, B, 17 and 18, are those documents over 20 years old?
A. Yes, they are.
Q. Do you see anything in any of those documents that would give you

BNSF

Page 134

any reason to question their authenticity?
A. No, I do not.
Q. Turning to Exhibit-25, tell us why you believe that is a document that is a BNSF Railway document.
A. Because it's addressed to T.J. Slattery, who was in-house counsel.
Q. For whom?
A. For Great Northern.
Q. Okay.
A. And because it shows a law department received stamp that I have seen on many documents in the files throughout my tenure.
Q. Okay. It's a law department received stamp of which company?
A. Of Great Northern Railway.
Q. Is there anything in that that would indicate to you any question about its authenticity?
A. No, there is not.
Q. Where is this document kept?
A. This document would be filed

BNSF

Page 135

probably with the policy to which it relates.
Q. Okay.
MR. SCHIAVONI: Objection, calls for speculation, no foundation.
MS. DeCRISTOFARO: I join.
BY MR. PHILLIPS:
Q. In looking at Exhibit-26, can you tell us why you believe this is a document regularly kept in BNSF Railway's documents?
MR. SCHIAVONI: Leading.
THE WITNESS: Because it is an internal communication between John Garing and T.J. Slattery, who were both employees of Great Northern Railway.
BY MR. PHILLIPS:
Q. Anything else indicating on that document?
A. No, not on this one.
Q. With regard to both exhibits, 25 and 26, do those documents

BNSF

Page 136

appear to be over 20 years old?
A. Yes, they do.
Q. Looking at Exhibit-28, tell us whether or not you think that is a BNSF Railway or predecessor document and why.
A. I believe this is a railway document because I understand that Mr. Kaufmann was an employee of the railroad. I have seen the name. It refers to a letter from Mr. Slattery.
Q. Is there anything in that that would indicate to you a question about its authenticity?
A. There is not.
Q. And is it over 20 years old?
A. Yes, it is.
Q. Exhibit-29, tell us whether or not you think that is a document of the BNSF Railway, Inc. or a predecessor?
A. Yes, I do, because it is addressed to Mr. J.C. Kenady.
Q. From whom?
A. From Mr. Slattery, again, an

BNSF

Page 137

internal document.
Q. Any question about its authenticity?
A. No.
Q. Is it over 20 years old?
A. Yes, it is.
Q. Turning to Exhibit-30, tell us whether or not you believe that is a BNSF Railway document.
A. I do, because it is a letter from Mr. Kenady to Mr. Anderson at Zonolite.
Q. Any question concerning its authenticity in your mind?
A. No.
Q. And is it over 20 years old?
A. Yes, it is.
Q. Look at Exhibit-32, if you would, and tell us whether or not you believe that is a BNSF Railway document.
A. I do, because it's addressed to Mr. Kenady.
Q. Again, who was Mr. Kenady?
A. He was land and tax

fc77ba30-9d7a-4fcc-ad18-fb2be8b69fa4

Page 138

commissioner for Great Northern Railway.

Q. Is there any question about the authenticity of this letter?

A. No, there is not.

Q. And is it over 20 years old?

A. Yes, it is.

MR. SCHIAVONI: Objection, no foundation. I mean, Bob --

MR. PHILLIPS: I understand. Okay. I will rephrase.

MR. SCHIAVONI: All the witness is doing is reading the face of the document. Unless there is some foundation for it -- but I think that's all that's happening, right -- I mean, there is no inquiry that's been made to determine how old it is. She is just looking and seeing what the thing says, right?

MR. PHILLIPS: Yes.

BY MR. PHILLIPS:

Q. What date does the document bear?

BNSF

Page 139

A. I am sorry. On number?

Q. Exhibit-32.

A. 32 bears the date August 22nd, 1955.

Q. Looking at Exhibit-35, tell us whether or not you believe that document is a railway document.

A. It is a letter from T.J. Slattery, so it would be an internal document of the railway.

Q. Is there any question you have about its authenticity from its face?

A. No.

Q. And what date does it bear?

A. August 16, 1957.

Q. Looking at Exhibit-38, what, if anything, indicates to you that that is a BNSF Railway document?

A. It's addressed to Mr. Kaufmann.

Q. And, again, who was he?

A. An employee of Great Northern.

BNSF

Page 140

Q. Do you know who Mr. Wicka was?

A. I don't remember who Mr. Wicka was.

Q. Is there any question that you see from this document that would cause you to question its authenticity?

A. No, there is not.

Q. And it bears date what?

A. August 11, 1958.

Q. Looking at Exhibit-39, can you tell us whether or not you think that's a BNSF Railway document.

A. I believe that it is, yes.

Q. And why?

A. It's addressed to Mr. J.C. Kenady, who is the land and tax commissioner, and it also bears a received stamp of the land and tax department that I have seen in other documents.

Q. From which company is that received stamp?

A. Great Northern.

BNSF

Page 141

Q. Any question as to this document's authenticity in your view?

A. No.

Q. And it bears what date?

A. March 25th, 1959.

Q. Looking at Exhibit-41, tell us whether or not you believe that that is a BNSF Railway document.

A. I believe it is because it's addressed to Mr. Kenady.

Q. And it bears what date?

A. May 7th -- I can't read it well -- 1950, I believe. Perhaps '59.

Q. Is there anything in that document that would cause you to question its authenticity?

A. No, there is not.

Q. Look at Exhibit-43.

A. (Witness complies with request.)

Q. What, if anything, indicates to you that this is a BNSF Railway document?

MR. PHILLIPS: Objection.

BNSF

fc77ba30-9d7a-4fcc-ad18-fb2be8b69fa4

BNSF

Page 142

MR. SCHIAVONI: Objection to form. I am just going to object to this BNSF document.
MR. PHILLIPS: Okay.
MR. SCHIAVONI: Whatever that means.
MR. PHILLIPS: I will rephrase.
BY MR. PHILLIPS:
Q. What, if anything, indicates to you that this is a document of BNSF Railway, Inc. or any of its predecessors?
A. It's addressed to Mr. James Kenady, land and tax commissioner of Great Northern Railway, which is a predecessor, and it bears the same received stamp for the land and tax department of Great Northern.
Q. Is there any question that is raised in your mind as to the authenticity of this document?
A. There is not.
Q. And it bears what date?
A. May 3rd, 1961. Am I reading

BNSF

Page 143

it correctly? The stamp is over the date.
Q. I understand. It says May of 1961?
A. Yes.
Q. And look at Exhibit-44, please.
A. Yes.
Q. Can you tell us why you believe, if you do, that this is a BNSF Railway Company document or a document of one of its predecessors?
A. Because it is from Mr. Kenady, land and tax commissioner, and because it has a handwritten number on it that is our contract number.
Q. And what is that?
A. 40899.
Q. So would that document have been in your contract file?
A. Yes.
MR. SCHIAVONI: Objection to form.
BY MR. PHILLIPS:

BNSF

Page 144

Q. Where was that document?
A. These documents -- in Great Northern day, correspondence and related documentation was filed with the contracts. That is not how we file correspondence today, but at that time it was. And those files are intact.
Q. Were those contracts numbered?
A. Yes, they were.
Q. And which contract was 40899?
A. I am sorry. I don't know. Okay.
Q. But anyway that was one of the contracts?
A. It was one of the contracts I looked at, yes.
Q. Any question in your mind as to the authenticity of this document?
A. No.
Q. And it bears what date?
A. February 27, 1962.
Q. Looking at Exhibit-45, can

BNSF

Page 145

you tell us what, if anything, indicates to you that it is a business record of BNSF Railway, Inc. or one of its predecessors?
A. It's addressed to Mr. Kenady, land and tax commissioner, Great Northern Railway.
Q. And what date does it bear?
A. March 19, 1962.
Q. And is there anything that would indicate to you any question about its authenticity?
A. There is not.
Q. Look at Exhibit-55, please.
A. (Witness complies with request.)
Q. And would you compare that with Exhibit-56 and tell me if there is any difference between those two?
MS. DeCRISTOFARO: What number, Bob?
MR. PHILLIPS: 55 and 56.
THE WITNESS: They are slightly different, yes.

fc77ba30-9d7a-4fcc-ad18-fb2be8b69fa4

BNSF

BY MR. PHILLIPS:

Q. With regard to Exhibit-55, what indication is there, if any, that this is a record of BNSF Railway or its predecessor?

A. It has a received stamp that I recognize as being received in Spokane, Washington.

Q. What office in Spokane, Washington?

A. It's the superintendent.

Q. And was that an official with the Great Northern Railway?

A. Yes, it was.

Q. Is there any question about the authenticity of this document?

A. No.

Q. And it bears what date?

A. May 15, 1971.

Q. Look at Exhibit-59, please.

A. (Witness complies with request.)

Q. Can you tell us what, if anything, indicates that this is a

BNSF

business record of BNSF Railway, Inc. or one of its predecessors?

A. It has a received stamp of Burlington Northern, Inc. superintendent, Spokane, Washington that I recognize. It's also addressed to Burlington Northern.

Q. To Mr. Heimsjo in Spokane?

A. Correct.

Q. Was he the superintendent there?

A. Yes.

Q. Is there any question in your mind as to the authenticity of this record?

A. No.

Q. And it bears what date?

A. June 30, 1971.

Q. Take a look at Exhibit-60 for me, please.

A. (Witness complies with request.)

Q. Tell me what that is.

A. It's a letter to

BNSF

Mr. Heimsjo. It also bears the stamp of the superintendent in Spokane, Washington as well as another received stamp.

Q. Is there any indication on this document that it is a business record of BNSF Railway or its predecessor?

A. Yes.

Q. What?

A. The superintendent stamp in Spokane.

Q. Is there any question as to its authenticity?

A. No.

Q. And it bears what date?

A. March 5th, 1974.

Q. If you would, look at Exhibit-64, please.

A. (Witness complies with request.)

Q. Is there any indication on this document as to whether it is a record of BNSF Railway, Inc. or its predecessor?

BNSF

A. It is on Burlington Northern letterhead.

Q. And do you recognize that letterhead?

A. I do.

Q. Any other indication?

A. No. It's from W.E. Bell.

Q. And who was he?

A. Acting director, insurance.

MS. DeCRISTOFARO: Note my standing objection. There is no foundation based on her prior testimony for any of these questions.

BY MR. PHILLIPS:

Q. And is there any question as to this document's authenticity?

A. There is not.

Q. And it bears what date?

A. March 8th, 1977.

Q. Okay. Please look at Exhibit-69, please.

A. (Witness complies with request.)

fc77ba30-9d7a-4fcc-ad18-fb2be8b69fa4

Page 150

Q. Is there any indication on this document as to whether or not it is a record of BNSF Railway or any of its predecessors?
A. It's a letter addressed to Mr. W.E. Bell at Burlington Northern Railway, and it bears a received stamp from the railroad.
Q. Is there any question as to the authenticity of this document?
A. No.
MS. DeCRISTOFARO: Objection, no foundation.
BY MR. PHILLIPS:
Q. And it bears what date?
A. April 27, 1977.
Q. Thank you.
If you could, look at Exhibit-72.
A. (Witness complies with request.)
Q. Can you tell me whether or not this document has any indication that it is a record of BNSF Railway or any of

BNSF

Page 151

its predecessors?
A. It's addressed to Mr. Halweg, who was the director of Burlington Northern, and it bears a received stamp of the railroad.
Q. Of which company?
A. Burlington Northern, Inc.
Q. Was that the name of the company in 1978?
A. Yes, it was.
Q. And this letter bears what date?
A. July 11, 1978.
Q. Is there any question as to this document's authenticity?
A. No.
MS. DeCRISTOFARO: Objection, no foundation.
BY MR. PHILLIPS:
Q. Would you look at Exhibit-79, please?
A. (Witness complies with request.)
Q. Can you tell us whether --

BNSF

Page 152

MS. DeCRISTOFARO: Can you give me one second?
MR. PHILLIPS: Sure.
BY MR. PHILLIPS:
Q. Can you tell us whether this document bears any indication that it is a BNSF Railway Company document?
A. Yes, by virtue that it's addressed to Burlington Northern Railroad Company to Mr. H.E. Halweg and bears a received stamp from Burlington Northern.
Q. Is there any question as to this document's authenticity?
A. No, there is not.
MS. DeCRISTOFARO: Objection, no foundation.
BY MR. PHILLIPS:
Q. And it bears what date?
A. July 18, 1984.
Q. Now, referring to Exhibit-81, do you have that before you?
A. Yes, I do.
Q. To whom is this letter addressed?

BNSF

Page 153

A. It's addressed to Mr. Jon Moyers at Hedger Moyers.
Q. And do you know who Mr. Moyers is?
A. I do. And I believe I answered earlier that I did not, but associating with the company, I do.
Q. Okay. And who is Mr. Moyers?
A. Outside counsel for the railroad.
Q. Now, where are documents like this kept?
A. By the claims department.
Q. And does this appear to you to be a document regularly kept in the course of business by BNSF Railway?
A. It does.
Q. And this is a letter from which company to which person?
A. It's a letter from Zurich to BNSF's outside counsel.
Q. Okay.
A. Burlington Northern, I mean.

BNSF

fc77ba30-9d7a-4fcc-ad18-fb2be8b69fa4

BNSF

Q. And I probably asked you this: Is this a document that's regularly kept in the course of business at BNSF?
A. Yes.
MR. IFFT: Objection, foundation.
MR. PHILLIPS: Objection?
MR. IFFT: No foundation.
MR. PHILLIPS: So are you questioning the authenticity of 81?
MR. IFFT: You are going through this exercise, Bob, which you seem to feel a need to do, and if you want to do that, that's fine. But I don't think you have laid the foundation, if that's what you are trying to do.
MR. PHILLIPS: Well, I don't need to if you are not going to object to it.
MR. IFFT: I am not going to do it on the record. I will talk

BNSF

to you about it afterwards.
MR. PHILLIPS: Very well.
MR. IFFT: You are the one that feels compelled to do this, so I am going to make my objections.
MR. PHILLIPS: And I will just state briefly what I am trying to do is avoid calling this witness as a witness at the hearing and lay a foundation for such documents as I can in order to make it briefer. But I understand your objection.
MR. IFFT: Okay.
BY MR. PHILLIPS:
Q. Would you look at Exhibit-82, please?
A. (Witness complies with request.)
Q. And do you recognize that document?
A. Yes, I do.
Q. Does it appear to you to be

BNSF

a document regularly kept in the course of business at BNSF Railway Company?
A. Yes, it does.
Q. And how do you know that?
A. It's addressed to Burlington Northern and Santa Fe Railway, and it's addressed to Paul Hoferer, who was vice president and general counsel.
Q. And where is this document kept?
A. By the claims department.
Q. Now, the documents that you have earlier said that you looked at, what did you mean by that, the ones that you have circled on Exhibit-A?
A. I actually went into the warehouse or I had other people do for me and pull files, and we went through files. And we compared them to documents, and we did a sampling to prepare for this deposition. We had short notice and did what we could.
Q. Did you determine whether or not those documents are documents

BNSF

regularly kept in the course of business of BNSF Railway or any of its predecessors?
A. Yes, we did.
MR. SCHIAVONI: Objection to form.
BY MR. PHILLIPS:
Q. And did you have any question or concern as to the authenticity of any of those documents?
A. I --
MR. SCHIAVONI: Objection to form.
THE WITNESS: I did not.
MR. PHILLIPS: You need to pause for a second before you answer.
THE WITNESS: Sorry.
BY MR. PHILLIPS:
Q. And were those documents in a location where if they were authentic would likely be?
MR. SCHIAVONI: Objection to form.

fc77ba30-9d7a-4fcc-ad18-fb2be8b69fa4

BNSF

Page 158

THE WITNESS: They were in the same location as other similar documents that are kept in the ordinary course of business.

MS. DeCRISTOFARO: All these objections, also for lack of foundation.

BY MR. PHILLIPS:

Q. So that being the case, were they in a place where, if authentic, they would likely be?

MR. SCHIAVONI: Objection to form.

MS. DeCRISTOFARO: I join.

THE WITNESS: Yes.

BY MR. PHILLIPS:

Q. And have all of those documents been in existence for more than 20 years?

MR. SCHIAVONI: Objection to form, absolutely no foundation.

MR. PHILLIPS: Okay.

MS. DeCRISTOFARO: I join.

BY MR. PHILLIPS:

BNSF

Page 159

Q. Do they all bear a date of more than 20 years ago, if you look at Exhibit-80? That's the last one you circled.

A. They do.

MR. PHILLIPS: Thank you. I have no other questions.

MS. DeCRISTOFARO: I have a few followup.

- - -

EXAMINATION

- - -

BY MS. DeCRISTOFARO:

Q. Ms. McKee, would you put Exhibit-17 in front of you?

A. (Witness complies with request.)

Q. Is it your testimony that that comes from the railroad's files?

A. From their files, yes.

Q. And do you know when it was put into is the railroad's files?

A. The document is dated June 30, 1977.

Page 160

Q. And is it your testimony that it's been in the railroad's files since 1977?

A. I didn't work for the railroad in 1977, so I can't --

Q. So you can't testify when that was put in the file?

A. When it was put in the file, no, I cannot.

MS. DeCRISTOFARO: Mr. Phillips, I have extreme reservations about the practices that are being engaged in, since there is an indication that documents have previously not been in the railroad's files and are now being represented as being in the railroad's files. And I am reserving all rights regarding her testimony and what's been happening here.

MR. IFFT: And I would like to follow up with some similar questions.

Page 161

- - -

EXAMINATION

- - -

BY MR. IFFT:

Q. Can I ask you to turn to 16A?

A. (Witness complies with request.)

Q. Ms. McKee, I believe 16A, as opposed to B, the darker one, I believe it was your testimony that you believe this is a document that has been in the risk management department of BNSF or its predecessors since approximately the date that's on the document. And just for the record, it's a policy showing a date from April 20, 1971 through April 20, 1974.

A. Yes.

Q. Is that your testimony?

A. As I answered the last question, I didn't work for the railroad in the '70s, so I can't say when it was put in the file.

Q. So, for all you know, it

fc77ba30-9d7a-4fcc-ad18-fb2be8b69fa4