# EXHIBIT A

**Unpublished Opinions and Other Unpublished Documents Referenced in Plan Proponents' Main Trial Brief**

| Tab No. | Main Brief Footnote Reference | Document |
|---|---|---|
| 1 | 84 | *In re Chrysler LLC*, Case No. 09-2311 (2d Cir. Aug. 5, 2009) |
| 2 | 85 | September 14, 2002 Peterson Report |
| 3 | 85 | Sealed Air Proof of Claim No. 14361 |
| 4 | 86 | Houlihan Lokey Howard & Zukin Solvency Opinion |
| 5 | 91 | Email from Nathan Finch to Dan Cohn |
| 6 | 99 | Manville Corporation Second Amended and Restated Plan of Reorganization and Related Documents, Case No. 82 B 11656 (Bankr. S.D.N.Y. Nov. 28, 1988) |
| 7 | 104 | Fourth Amended Plan of Reorganization, *In re Burns and Roe Enters., Inc.*, Case No. 00-41610 (Bankr. D.N.J. June 9, 2008) |
| 8 | 104 | Third Amended Plan of Reorganization, *In re Asbestos Claims Mgmt. Corp.*, Case No. 02-37124 (SAF) (Bankr. N.D. Tex. Dec. 13, 2002) |
| 9 | 104 | Modified Joint Plan of Reorganization, *In re Celotex Corp.*, Case No. 10016 (Bankr. M.D. Fla. 1996) |
| 10 | 104 | Third Amended, Second Modified Plan of Reorganization, *In re Porter-Hayden Co.*, Case No. 02-54152 (Bankr. D. Md. June 30, 2006) |
| 11 | 104 | Fourth Amended Joint Plan of Reorganization, *In re Federal-Mogul Global, Inc.*, Case No. 01-10578 (JFK) (Bankr. D. Del. Nov. 16, 2008) |
| 12 | 174 | Excerpts from Deposition of Elihu Inselbuch, June 12, 2009 |
| 13 | 175 | Excerpts from Deposition of Peter Van N. Lockwood, May 1, 2009 |

K&E 15505305.

| Tab No. | Main Brief Footnote Reference | Document |
|---|---|---|
| 14 | 214 | Sealed Air Distribution Agreement |
| 15 | 214 | Supplemental Agreement dated March 30, 1998, § 6.01 |
| 16 | 214 | Fresenius Distribution Agreement |
| 17 | 221 | Revised Memorandum Opinion, *In re N. Am. Refractories Co.*, Case No. 02-20198 (Bankr. W.D. Pa. Nov. 13, 2007) |
| 18 | 234 | Confirmation Order, *In re Sea Containers Ltd.*, Case No. 06-11156 (Bankr. D. Del. Nov. 24, 2008) |
| 19 | 234 | Confirmation Order, *In re ACG Holdings, Inc.*, Case no. 08-11467 (Bankr. D. Del. Aug. 26, 2008) |
| 20 | 234 | Confirmation Order, *In re Hilex Poly Co. LLC*, Case No. 08-10890 (Bankr. D. Del. June 26, 2008) |
| 21 | 234 | Confirmation Order, *In re Dura Auto. Sys., Inc.*, Case No. 06-11202 (Bankr. D. Del. May 13, 2008) |
| 22 | 234 | Confirmation Order, *In re Remy Worldwide Holdings Inc.*, Case No. 07-11481 (Bankr. D. Del. Nov. 20, 2007) |
| 23 | 234 | Confirmation Order, *In re Foamex Int'l Inc.*, Case No. 05-12685 (Bankr. D. Del. Feb. 1, 2007) |
| 24 | 242 | Confirmation Order, *In re Levitz Furniture Inc.*, Case No.97-1842 (Bankr. D. Del. Dec. 14, 2000) |
| 25 | 242 | Memorandum Opinion Confirming Plan, *In re Int'l Wireless Commc'ns Holdings, Inc.*, Case No. 98-02007 (Bankr. D. Del. Mar. 26, 1999) |
| 26 | 242 | Confirmation Order, *Heartland Wireless Commc'ns Inc.*, Case No. 98-2692 (Bankr. D. Del. Mar. 15, 1999) |
| 27 | 273 | Confirmation Order, *In re Owens Corning*, Case No. 00-3837 (Bankr. D. Del. Sept. 26, 2006) |
| 28 | 273 | Confirmation Order, *In re Pliant Corp.*, Case No. 06-10001 (Bank. D. Del. Jun. 23, 2006) |

K&E 15505305.

| Tab No. | Main Brief Footnote Reference | Document |
|---|---|---|
| 29 | 273 | Confirmation Order, *In re USG Corp.*, Case No. 01-02094 (Bank. D. Del. Jun. 16, 2006) |
| 30 | 273 | Confirmation Order, *In re Birch Telecom, Inc.*, Case No. 05-2237 (Bank. D. Del. Mar. 30, 2006) |
| 31 | 273 | Confirmation Order, *In re Kaiser Aluminum Corp.*, Case No. 02-10429 (Bank. D. Del. Feb. 6, 2006) |
| 32 | 273 | Confirmation Order, *In re Russell-Stanley Holdings, Inc.*, Case No. 05-12339 (Bank. D. Del. Oct. 25, 2005) |
| 33 | 273 | Confirmation Order, *In re NII Holdings, Inc.*, Case No. 02-11505 (Bank. D. Del. Oct. 28, 2002) |
| 34 | 298 | Confirmation Order, *In re National Gypsum Co.*, Case No. 90-37213 (Bankr. N.D. Tex. Mar. 9, 1993) |
| 35 | 351 | Western Asbestos Plan Glossary of Terms § 148(b) |
| 36 | 366 | Confirmation Order, *In re Owens Corning*, Case No. 00-03837 (Bankr. D. Del. Sept. 26, 2006) |
| 37 | 367 | Second Amended Joint Plan of Reorganization, *In re Kaiser Aluminum Corp.*, Case No. 02-10429 (Bankr. D. Del. Sept. 7, 2005) |
| 38 | 368 | Confirmation Order, *In re Babcock & Wilcox*, Case No. 00-10992 (Bankr. E.D. La.) |
| 39 | 371 | Excerpts from Deposition of Richard Finke, May 13, 2009 |

K&E 15505305.