THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Re: Docket No. 22850** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 21st day of August, 2009, true and correct copies of the *Notice of Sale Motion and Hearing* [Docket No. 22850], and *Motion for an Order (a) Approving the Agreements By and Between W. R. Grace & Co.-Conn. and Rectorseal Corporation; (b) Authorizing the Sale of Certain Assets of W. R. Grace & Co. Conn.'s Firestopping and Abatement Business to Buyer Free and Clear of Liens, Claims, Encumbrances and Other Interests; (c) Authorizing the Assumption and Assignment to Buyer of Certain Executory Contracts and Unexpired Leases; and (d) Granting Certain Related Relief, with exhibits thereto* [Docket No. 22850], were served on certain counterparties to contracts with the Seller or any other Seller Entity under the Agreement and other potential

buyers whom the Debtors had identified as having a serious potential interest in purchasing the assets. Confidentiality obligations require that the names of these parties not be made public.

Dated: August 28, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Theodore L. Freedman
Citigroup Center
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446 - 4800
Facsimile: (212) 446 - 4900

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*