IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AMENDED NOTICE OF TELEPHONIC DEPOSITION OF DR. CRAIG MOLGAARD

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, and the Agreed Order Between the Plan Proponents and Libby Claimants on Pretrial Proceedings [Docket No. 22821], Debtors W.R. Grace & Co., et al., ("Grace"), by and through their undersigned attorneys, will take the deposition of **Dr. Craig Molgaard.** The deposition will commence at **3:00 p.m. (PDT) on September 2, 2009** at the offices of Evans, Craven, & Lackie, P.S., 818 W. Riverside, Suite 250, Spokane, WA 99201-0910. The deposition will be taken telephonically, before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths.

Dated: August 28, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Theodore L. Freedman
601 Lexington Ave.
New York, New York 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Barbara Mack Harding
Brian T. Stansbury
655 Fifteenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

and

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, Illinois 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400

Co-Counsel for the Debtors and Debtors in Possession