IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 17, 2009 at 4:00 p.m.**
**Hearing Date:  December 14, 2009 at 10:30 a.m.**

## NOTICE OF FILING OF QUARTERLY FEE APPLICATION

To: (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (7) Counsel to the Official Committee of Equity Holders.

Kirkland & Ellis LLP, bankruptcy co-counsel to the above-captioned debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed

and served the *Thirty-Third Quarterly Interim Verified Application of Kirkland & Ellis LLP for*

*Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCS_DE:27383.27

*W. R. Grace & Co., et al., for the Interim Period from April 1, 2009 through June 30, 2009* (the

"Fee Application"), seeking compensation for the reasonable and necessary services rendered to the

Debtors in the amount of $6,993,800.50 and reimbursement for actual and necessary expenses in the

amount of $2,316,977.21.

Objections or responses to the Fee Application, if any, must be made in writing and

filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street,

Wilmington, Delaware 19801, on or before **September 17, 2009 at 4:00 p.m. Prevailing Eastern**

**Time.**

At the same time, you must also serve a copy of the objections or responses, if any,

upon the following: (i) co-counsel for the Debtors, Theodore L. Freedman, Kirkland & Ellis LLP,

Citigroup Center, 153 East 53rd Street, New York, NY 10022-4611 (fax number 212-446-4800),

Janet S. Baer, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100,

Chicago, IL 60602 (Fax number 312-641-2165); and James E. O'Neill, Pachulski Stang Ziehl &

Jones LLP, 919 North Market Street, 17th Floor, PO. Box 8705, Wilmington, DE 19899-8705

(Courier 19801) (fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured

Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New

York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris

& Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax

number 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants,

Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial

Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-

7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O.

Box 1351, Wilmington, Delaware  19899 (fax number 302-575-1714); (iv) counsel to the Official

Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park

Avenue, 36th Floor, New York, New York  10022 (fax number 212-644-6755), and Marla Eskin,

Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite

1500, Wilmington, Delaware  19801 (fax number 302-426-9947); (v) counsel to the DIP Lenders, J.

Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois  60606

(fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware

Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware  19899 (fax number 302-658-6395);

(vi) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street,

Wilmington, Delaware  19801 (fax number 302-573-6497); (vii) counsel to the Official Committee

of Equity Holders, Thomas M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York  10022 (fax number 212-715-8000); and (viii) co-counsel to the

Official Committee of Equity Holders, Teresa K.D. Currier, Esquire, Saul Ewing, 222 Delaware

Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE  19801.

A HEARING ON THE FEE APPLICATION WILL BE HELD **ON DECEMBER**

**14, 2009 AT 10:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD.**

Dated: August 28, 2009            KIRKLAND & ELLIS LLP
                                  David M. Bernick P.C.
                                  200 East Randolph Drive
                                  Chicago, IL 60601
                                  (312) 861-2000
                                  (312) 861-2200

                                             and

                                  PACHULSKI STANG ZIEHL & JONES LLP


                                  Laura Davis Jones (Bar No. 2436)
                                  James E. O'Neill (Bar No. 4042)
                                  Timothy P. Cairns (Bar No. 4228)
                                  919 North Market Street, 17th Floor
                                  P.O. Box 8705
                                  Wilmington, DE 19899-8705 (Courier 19801)
                                  Telephone: (302) 652-4100
                                  Facsimile: (302) 652-4400

                                  Co-Counsel for Debtors and Debtors in Possession

DOCS_DE:27383.27