## EXHIBIT C

June Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 22777 under Case No. 01-01139. Also available upon request from Kirkland & Ellis LLP or Pachulski, Stang, Ziehl, & Jones LLP

K&E 15518513.1