IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> (Jointly Administered) <br><br> Ref. No. 22576 |

## LIBBY CLAIMANTS' AMENDED FINAL EXHIBIT LIST

The claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, filed their Corrected Phase II Pre-Trial Exhibit List on July 21, 2009, [D.I. 22576], pursuant to the Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [D.I. 22819] (the "Fourth CMO"). On August 12, 2009, Libby Claimants submitted hard copies and digital copies of the Libby Claimants' trial exhibits to Grace, pursuant to ¶3 of the Court's August 17, 2009, Agreed Order Between the Plan Proponents and Libby Claimants on Pretrial Proceedings [D.I. 22821] (the "Agreed Order").

The Libby Claimants file this Amended Final Exhibit List to: (1) consolidate before the Court in one list all the exhibits Libby Claimants intend to rely upon at trial; and (2) give notice regarding the Libby Claimants': (a) addition of three exhibits; and (b) substitution of identical but redacted exhibits which previously contained Patient Identifying Information, pursuant to ¶ 9 of the Court's May 26, 2009, Protective Order Regarding Confidentiality of Confirmation Discovery [D.I. 21854] (the "Protective Order").

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 22784], as it may be amended and restated from time to time.

{393.001-W0002477.}

Attached as Exhibit 1 is the Libby Claimants' Final Exhibit List. Pursuant to ¶3 of the Agreed Order, Libby Claimants were "permitted to amend their pretrial exhibit list" to include various exhibits. All exhibits previously disclosed by Libby Claimants to the Court on July 21, 2009, together with the additional exhibits contemplated by the Agreed Order, were named and provided to Grace on August 12, 2009. Pursuant to the terms of the Fourth CMO, all exhibits were later made available by the Plan Proponents to all the parties.

Specially identified by asterisk (**) on the attached Exhibit 1 are those Libby Claimants' exhibits which contain Patient Identifying Information and which therefore fall within the terms of the May 26, 2009, Protective Order, ¶ 9. All of these exhibits were initially produced in unredacted form,[2] consistent with the Protective Order, and with the expectation by Libby Claimants that prior to the Plan Proponents' submission of Final Exhibits to the Court on August 25 (*see* Fourth CMO), Libby Claimants would work in good faith with the Plan Proponents regarding implementation of the Protective Order and specifically the redaction of Libby Claimants' exhibits prior to the Confirmation Hearing. Although good faith efforts have been made by the parties in this regard, there is no agreement about redaction. Accordingly, to facilitate a future resolution of this matter while preserving the intent of the Protective Order, Libby Claimants are submitting to Grace redacted, numbered versions of the ** identified exhibits on the attached Exhibit 1, together with a Master Key and a request that the redacted versions be substituted for the unredacted exhibits currently being maintained by the Plan Proponents. In all respects, but for the redaction of Patient Identifying Information and placement on each exhibit of a Patient Identifying Number (PIN), the substituted exhibits are

---

[2] Exhibit LC-16a, identified here as a newly-added exhibit, is being submitted to Grace in both unredaccted and redacted form. Exhibit LC-5a, while noted herein as an added exhibit, was previously produced (in unredacted form) and included as a part (exhibit 6) of LC-97, Expert Report of Dr. Alan C. Whitehouse, May 2009.

2

identical to the exhibits that were submitted on August 12, 2009, pursuant to the Agreed Order.

Included among the Libby Claimants' final exhibits on the attached Exhibit 1 are three previously unidentified exhibits: LC-5a; LC-16a; and LC-269. Exhibit LC-5a was previously contained among the Libby Claimants' exhibits as a separate exhibit to LC-97, Dr. Whitehouse's May 2009 Expert Report. Exhibit LC-16a is intended to make efficient the testimony of the Libby Claimants' experts and save considerable time during trial. Exhibit LC-269 is a medical article that was mistakenly omitted by Libby Claimants' from previous exhibit list, although it has been disclosed previously during this case. All of these exhibits are being provided to Grace to be maintained in accordance with existing practice and the terms of the Fourth CMO.

Finally, Libby Claimants reserve the right to rely upon and seek admission into evidence at the Confirmation Hearing of any exhibit identified by the Plan Proponents; any exhibit necessary for impeachment or rebuttal; and any exhibit necessary for foundation.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Therefore, Libby Claimants respectfully file their Amended Final Exhibit List.

Dated: August 28, 2009  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford
_____
Adam G. Landis (No. 3407)  
Kerri K. Mumford (No. 4186)  
919 Market Street, Suite 1800  
Wilmington, DE 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn  
Christopher M. Candon  
**COHN WHITESELL & GOLDBERG LLP**  
101 Arch Street  
Boston, MA 02110  
Telephone: (617) 951-2505  
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*