Exhibit 1

## LIBBY CLAIMANTS' FINAL EXHIBIT LIST
### *ALL EXHIBITS MARKED BY \*\**
### *CONFIDENTIAL SUBJECT TO MAY 2009 PROTECTIVE ORDER*

LC-1.    Whitehouse (2004), "Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana," Am J Ind Med 46:219-225 (2004).

LC-2.    Whitehouse et al (2008), "Environmental Exposure to Libby Asbestos and Mesotheliomas," Whitehouse (2008) Am J Ind Med. 51(11):877-880.

\*\*LC-3.    Printout, Client Sort by Exposure (Community/Family Member/Worker) (CARD patients only).

\*\*LC-4.    Printout, Dead in 123 patients in Whitehouse (2004), as of 3/12/09.

\*\*LC-5.    Whitehouse Progression films. (Power Point photos)

\*\*LC-5a.    Case # - Type of Progression

\*\*LC-6.    Plaque to Interstitial Disease. (Photos)

\*\*LC-7.    Photos of pleural plaques. (Photos)

\*\*LC-8.    Chart, "Summary of Mortality Study Disease Percentages Significant Contributing Factor Analysis (as of 7/9/08)."

\*\*LC-9.    Chart, "Summary of Mortality Study Disease Percentages Primary Cause Analysis (as of 7/9/08)."

\*\*LC-10.    Spreadsheet, "CARD Mortality Study, 76 Non-Malignant Deaths, CHX Readings by Dr. Whitehouse." May 2009.

\*\*LC-11.    Spreadsheet, "CARD Mortality Study, Meso, LC, Other Cancers, CHX Readings by Dr. Whitehouse." May 2009.

\*\*LC-12.    Spreadsheet, "CARD Mortality Study, 76 non-malignant deaths, CT Scans per Dr. Whitehouse." May 2009.

\*\*LC-13.    Spreadsheet, "CARD Mortality Study, 76 Non-Malignant Deaths, CHX Readings by Dr. Frank." May 2009.

\*\*LC-14.    Spreadsheet, "CARD Mortality Study, non-malignant ARD deaths - primary/ contributing causes 5/9/09."

\*\*LC-15.    Chart, "Death Certificate Causes of Death 110." May 2009, and 110 death certificates.

**LC-16.    Spreadsheet, "CHX Measurements by Dr. Whitehouse on various clients of MHSM and LSK 3/13/09."

**LC-16a.   Chart, "Settled/Not Settled Non-Malignant ARD Cases."

**LC-17.    Analysis of effect of TDP medical criteria (76 Non-Malignant Asbestos-Related Disease Deaths, Using Dr. Whitehouse CHX Readings).

**LC-18.    Analysis of effect of TDP medical criteria (76 Non-Malignant Asbestos-Related Disease Deaths, Using Dr. Frank CHX Readings).

**LC-19.    Analysis of effect of TDP medical criteria (49 Non-Malignant Asbestos-Related Disease Deaths per DC Contributing Cause, Using Dr. Whitehouse CHX Readings).

**LC-20.    Analysis of effect of TDP medical criteria (49 Non-Malignant Asbestos-Related Disease Deaths per DC Contributing Cause, Using Dr. Frank CHX Readings).

**LC-21.    Analysis of effect of TDP medical criteria (38 Non-Malignant Asbestos-Related Disease Deaths per DC Underlying Cause, Using Dr. Whitehouse CHX Readings).

**LC-22.    Analysis of effect of TDP medical criteria (38 Non-Malignant Asbestos-Related Disease Deaths per DC Underlying Cause, Using Dr. Frank CHX Readings).

**LC-23.    Printout, "Libby Claimants on Oxygen (CARD patients only)."

**LC-24.    Printout, "Libby Claimants with FVC, TLC or DLCO < 60 (CARD patients only)," 5/28/08.

**LC-25.    Chart "Mesothelioma Cases Due to Exposure to Libby Asbestos."

**LC-26.    Chart, "Summary of Deceased Clients Chart MHSM."

**LC-27.    Printout, Deceased MHSM clients (alpha order and date death order) 3/12/09.

**LC-28.    Chart, "Summary of Deceased Clients Chart LSK."

**LC-29.    Printout, Deceased LSK clients (alpha order ) 3/12/09.

LC-30.    Chart, "Workers with Disease - 1969."

LC-31.    Chart, "Workers with Disease - 1975."

LC-32.    Chart, "Workers with Disease - 1976."

LC-33.    Cookson (1986), Fig. 1. Chart W-2 "Years since first exposed."

LC-34.    Chart, Studies on Radiographic Progression of Asbestos Disease.

\*\*LC-35.      Chart, Workers Dead from Asbestos Disease (2000 study).

\*\*LC-36.      Audit of HNA Denials and Downgrades of Severity of Disease (December 2005), and chart of data with non-Libby Claimants deleted.

LC-37.      Public Citizen, "Leading Medical Experts Fault Arbitrary, Outdated Medical Criteria in Asbestos Bill," (May 2005).

\*\*LC-38.      Letter dated February 9, 2005, titled "Preliminary Report of 79 Chest X-rays Reviewed Relative to the Asbestos Injury Resolution Act of 2005, with attached Log of Patients Criteria Study, FVC and on Oxygen (non-Libby Claimants' names are blacked out.)

LC-39.      Letter by the President of the American Thoracic Society.

\*\*LC-40.      Chart, "Weill comparison to ATSDR and CARD."

LC-41.      Chart, W.R. Grace & Co., "Source Emissions - Results of Surveys 1975."

LC-42.      Memo, W.R. Grace & Co., McCaig to Walsh 9/17/85.

\*\*LC-43.      Chart, "Center for Asbestos Related Disease, Libby Pulmonary Function Test (PFT) Comparison with Independent Medical Exam PFTs."

\*\*LC-44.      Medical records (including death certificates) of Libby Claimants and others (already delivered to opposing parties), including the following, with references to exhibit numbers in the Dr. Whitehouse Expert Report (May 2009):

    a.      Various listed patients in the CARD mortality study, Exh. 7.

    b.      Various listed patients on the rapid progression list, Exh. 6.

    c.      Various listed individuals on the list of mesotheliomas, Exh. 9.

    d.      Various listed patients on the spreadsheet titled "CHX Measurements by Dr. Whitehouse on various clients of MHSM and LSK."

    e.      Libby claimants and settled claimants specifically listed as witnesses.

    f.      Settled claimants as listed.

LC-45.      Demonstrative exhibits illustrating the testimony of Dr. Alan C. Whitehouse.

LC-46.      Demonstrative exhibits illustrating the testimony of Dr. Arthur L. Frank.

LC-47.      Demonstrative exhibits illustrating the testimony of Dr. Craig A. Molgaard.

LC-48.      U.S., EPA, Determination and Findings of Public Health Emergency for the Libby Asbestos Site in Lincoln County, Montana. (3 pages) 6/17/09.

LC-49.     U.S., EPA, Action Memorandum Amendment (23 pages) 6/17/09.

LC-50.     U.S., EPA, Certification of Index of Documents in the Administrative Record for the Determination and Findings of Public Health Emergency for the Libby Asbestos Site in Lincoln County, Montana. (4 pages) 6/16/09.

LC-51.     CDC, NIOSH, Work-related Lung Disease Surveillance System, Figure 1-1 Asbestosis: Number of Deaths, Crude and Age-adjusted Death Rates, U.S. Residents age 15 and Over, 1968-2005.

LC-51a.    CDC, NIOSH, Work-related Lung Disease Surveillance Report 2007, Section 1, Asbestosis and Related Exposures, including Tables 1-1 through 1-15; and Figures 1-1 through 1-5; and June 2008 and March 2009 updates thereto.

LC-52.     CDC, NIOSH, Work-related Lung Disease Surveillance System, Figure 1-3b. Asbestosis: Age-adjusted Death Rates by County, U.S. Residents age 15 and Over, 1995-2004.

LC-53.     CDC, NIOSH, Work-related Lung Disease Surveillance System, Table 1-10. Asbestosis: Counties with Highest Age-adjusted Death Rates (per million population), U.S. Residents age 15 and Over, 1995-2004.

LC-54.     CDC, NIOSH, Work-related Lung Disease Surveillance System, Figure 7-1 Malignant Mesothelioma: Number of Deaths, Crude and Age-adjusted Death Rates, U.S. Residents age 15 and Over, 1999-2005.

LC-54a.    CDC, NIOSH, Work-related Lung Disease Surveillance Report 2007, Section 7, Malignant Mesothelioma, including Tables 7-1 through 7-10; and Figures 7-1 through 7-3; and June 2008 and March 2009 updates thereto.

LC-55.     CDC, NIOSH, Work-related Lung Disease Surveillance System, Figure 7-3. Malignant Mesothelioma: Age-adjusted Death Rates by County, U.S. Residents age 15 and Over, 2000-2004.

LC-56.     CDC, NIOSH, Work-related Lung Disease Surveillance System, Table 7-10. Malignant Mesothelioma: Counties with Highest Age-adjusted Death Rates (per million population), U.S. Residents age 15 and Over, 2000-2004.

LC-57.     Transcript of proceeding in U.S. v. W.R. Grace & Co., et al, Case No. CR05-07-M-DWM, U.S. District Court for the District of Montana (Missoula Division), February 23, 2009 at 1:00 o'clock p.m., at pp.112-13.

LC-58.     Expert Report of Suresh Moolgavkar, M.D., Ph.D., 10/3/06.

LC-59      Photographs of W.R. Grace/Zonolite facilities at Libby mine and mill near Libby, Lincoln County, Montana. Bate stamped LC59 000001 - 000234.

LC-60      Photographs of W.R. Grace/Zonolite screening facility, conveyer system, and loading facility on Kootenai River, Lincoln County, Montana. Bate stamped LC60 000001 - 000004.

LC-61          Withdrawn in favor of LC-67 because they are duplicative.

LC-62          Deposition Exhibits from the February 22, 2007 deposition of Jay Hughes.  Bate
               stamped LC62 000001 - 002007.

LC-63          Deposition Exhibits from the June 11, 2009 deposition of Jay Hughes.  Bate
               stamped LC63 000001 - 000187.

LC-64          Deposition Exhibits from the May 13, 2009 deposition of Richard Finke.  Bate
               stamped LC64 000001 - 000585.

LC-65          Deposition Exhibits from the May 6, 2009 deposition of Jeffrey Posner.  Bate
               stamped LC65 000001 - 000729.

LC-66          W.R. Grace's March 2001 Monthly Asbestos Litigation Summary.  Bate
               stamped LC66 000001 - 000026.

LC-67          "Common Exhibits," previously produced by compact disk at the time of
               production of the expert report of Terry Spear, Ph.D. - Includes W.R.
               Grace/Zonolite correspondence, memoranda, and documentation concerning the
               asbestos health hazard at Libby, Lincoln County, Montana. Bate stamped LC67
               000001 - 004166.

LC-68          Reports of Industrial Hygiene Studies of the Zonolite Company and/or W.R.
               Grace & Company generated by the Montana State Board of Health concerning
               asbestos, asbestos dust, and asbestos hazards at the Zonolite/Grace mine, mill, and
               other facilities in Libby and/or Lincoln County, Montana.  Bate stamped LC68
               000001 - 000024.

LC-69a, 69b, 69c, 69d, 69e, 69f, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 85, 86, are transcript
excerpts that were produced and filed by Friday August 14, 2009, pursuant to Fourth CMO.

LC-80          We have not included as an exhibit "all relevant insurance policies at issue in this
               case," originally identified as exhibit 80 in prior pretrial submissions.  It is our
               understanding that the insurance policies will be made available by the Plan
               Proponents, perhaps as common exhibits, that there will be no objection as
               to authenticity, and that the Plan Proponents reserve all objections as to
               relevance and admissibility.

LC -81         Expert Report of Mark A. Peterson, March 2009. Bate stamped LC81 000001 -
               000148.

LC-82          Deposition Exhibits from the deposition of Mark Peterson. Bate stamped LC82
               000001 - 000385.

LC-83          Deposition Exhibits from the deposition of Peter Lockwood. Bate stamped LC83
               000001 - 000768.

LC-84          Deposition Exhibits from the deposition of Elihu Inselbuch. Bate stamped LC84

000001 - 000253.

LC-87          Trial Exhibits from *Dan Schnetter v. W.R. Grace,* Nineteenth Judicial District
               Court, Lincoln County, Montana, Cause No. CDV-94-74. Bate stamped LC87
               000001 - 001206.

LC-88          Discovery responses to written discovery propounded by the Libby Claimants
               in this case. Bate stamped LC88 000001 - 001334.

LC-89          First Amended Joint Plan of Reorganization.

LC-90          Debtors' Disclosure Statement for the Joint Plan of Reorganization Under
               Chapter 11 of the Bankruptcy Code.

LC-91.         CV of Dr. Alan C. Whitehouse

LC-92.         CV of Dr. Arthur L. Frank

LC-93.         CV of Dr. Craig Molgaard

LC-94.         Dr. Hammar September 2006 report

LC-95.         Dr. Hammar April 2009 report

LC-96.         Errata Sheet for Surrebuttal and Supplemental Expert Report by Dr. Whitehouse
               5-14-09

LC-97.         Expert Report of Dr. Alan C. Whitehouse May 2009

LC-98.         Expert Report of Dr. Arthur Frank May 2009

LC-99.         Response of Dr. Frank and Dr. Whitehouse to Grace's Dr. Ory Report 4-6-09

LC-100.        Response of Dr. Frank and Dr. Whitehouse to Report of the ACC's Dr. Welch
               3-09

LC-101.        Response of Dr. Frank and Dr. Whitehouse to the ACC's Dr. Friedman 4-6-09

LC-102.        Response of Dr. Frank and Dr. Whitehouse to Grace's Dr. Weill Report 4-6-09

LC-103.        Response of Dr. Frank and Dr. Whitehouse to Grace's Dr. Parker Report 4-6-09

LC-104.        Response of Dr. Frank and Dr. Whitehouse to Report of Grace's Dr. Parker
               7-29-07

LC-105.        Response of Dr. Frank and Dr. Whitehouse to Grace's Dr. Henry Report 4-6-09

LC-106.        Response of Dr. Frank and Dr. Whitehouse to Report of the ACC's Dr. Stockman
               4-6-09

LC-107.        Sur-Rebuttal Report of Dr. Molgaard May 2009

LC-108.        Expert Report of Dr. Terry Spear 12/08

LC-109.        Counting Sheet 5/13/09

LC-110.        Counting Sheet 7/6/09

LC-111.        Supplemental Expert Report of Dr. Molgaard 7/7/09

LC-112.        Olsen et al (2001), Teaching Epidemiology (2nd Ed) p.73 and p.120

LC-113.        Greenberg, R.S. et al (1996), Medical Epidemiology (2nd Ed) Descriptive
               Epidemiology, pp.28-38

LC-114.        Last, J.M., (2001), A Dictionary of Epidemiology (4th Ed) pp.5, 7, 25, 26, 33, 50,
               62, 63, 85, 89, 94, 137, 157, 158, and 159

LC-115.        Kleinbaum et al, (1982), Epidemiologic Research, pp.82-83

LC-200.        Alfonso (2005), Effects of Asbestos and Smoking of Gas Diffusion in People
               Exposed to Crocidolite, MJA 2005, vol. 183

LC-201.        AMA Guides to the Evaluation of Permanent Impairment (5th Ed.),
               Chapter 5

LC-202.        Amandus (1987), Prevalence of Radiographic small opacities in vermiculite
               miners, 1987 Am J Ind Med; 12:227-228

LC-203.        Antman (1993), Natural History and Epidemiology of Malignant Mesothelioma,
               Chest 1993, p.373S

LC-204         ATS (1990), Health Effects of Tremolite, 1990 Am Rev Respir Dis; 142:1453-
               1458

LC-205.        ATS (1991), Lung Function Testing: Selection of Reference Values and
               Interpretative Strategies, Am Rev Respir Dis 1991; 144:1202-1218

LC-206.        ATS (1995), Standards for the Diagnosis and Care of Patients with Chronic
               Obstructive Pulmonary Disease, Am J Resp Crit Care Med, vol. 152, p. 578

LC-207.        ATS (2004), Official Statement, Diagnosis and Initial Management of Non-
               malignant Diseases Related to Asbestos, Am J Respir Crit Care Med, vol. 170:
               691-715 (2004)

LC-208.        ATS/ERS (2005), Interpretative Strategies for Lung Function Tests, Eur Respir J
               2005; 26:948-968

LC-209.        ATSDR (2002), Mortality in Libby, Montana 1979-1998,
               http://www.atsdr.cdc.gov/asbestos/sites/libby_montana/mortality_review.html,

accessed August 17, 2007.

LC-210.   ATSDR (2008), Summary Report - Exposure to Asbestos-Containing Vermiculite from Libby, Montana, at 28 Processing Sites in the United States, http://WWW.atsdr.cdc.gov

LC-211.   Becklake (1979), Radiological Changes After Withdrawal From Asbestos Exposure, Br J Ind Med 1979, 23-28

LC-212.   Berry (1996), Mesothelioma Incidence and Community Asbestos Exposure, Environ Res. 1997, 75(1):34_40

LC-213.   Case (1991), Health Effects of Tremolite, 1991 Annals NY Academy of Sci 491-504

LC-214.   Cookson (1983), Pleural Thickening and Gas Transfer in Asbestosis, Thorax 1983; 38:657-661

LC-215.   Cookson (1986), The Natural History of Asbestosis in Former Crocidolite Workers of Wittenoom Gorge, Am Rev Respir Dis 1986; 133:994-998

LC-216.   Copley (2001), Functional Consequences of Pleural Disease Evaluated with Chest Radiography and CT, Radiology 2001; 220:237-243

LC-217.   Edge (1979), Incidence of Bronchial Carcinoma in Shipyard Workers with Pleural Plaques, NYAS 1979; 289-294.

LC-218.   Ehrlich (1992), Long Term Radiological Effects of Third Term Exposure to Amosite Asbestos Among Factory Workers, British Journal of Industrial Medicine, Br J Ind Med 1992; 49:268-275

LC-219.   EPA (5/03), Report on the Peer Consultation Workshop to Discuss a Proposed Protocol to Assess Asbestos-related Risk

LC-220.   EPA (10/03), Technical Support Document for a Protocol to Assess Final Draft Asbestos-related Risk, EPA #9345.4-06

LC-221.   Epler (1979), A proposed diagnostic classification for asbestosis. Thorax 34:422-423.

LC-222.   Fishman's Pulmonary Diseases and Disorders, 4th Ed. (2008).

LC-223.   Fraser and Pare (1999), Diagnosis of Diseases of the Chest, 4th Ed. (1999).

LC-224.   Greenberg (1997), Occupational, Industrial and Environmental Toxicology, (1997) 55:471-487

LC-225.   Gregor (1979), Radiographic Progression of Asbestosis: Preliminary Report, Annals of the NY Academy of Sciences, 1979 147-156

LC-226.    Hodgson (2000), The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure, Ann Occup Hyg Vol. 44, no. 8, pp.565-601

LC-227.    Horton (2006), A Review of the Federal Government's Health Activities in Response to Asbestos-Contaminated Ore found in Libby, Montana, Inhal Toxicol. 2006 18(12):925_40.

LC-228.    ILO (2000), Guidelines For the Use of the ILO International Classification of Radiographs of Pneumoconioses Revised Edition 2000, Int'l Labour Office, Geneva 2002.

LC-229.    Jones (1989), Progression of Asbestos Effects, Br J Ind Med 1989; 46:97-105

LC-230.    Kee (1996), Causes of Pulmonary Impairment in Asbestos-Exposed Individuals with Diffuse Pleural Thickening, Am J Respir Crit Care Med 1996; 154:789-793

LC-231.    Kouris (1991), Effects of asbestos-related pleural disease on pulmonary function, Scand J Work Environ Health 1991; 17:179-183

LC-232.    Lee et al (2003), Radiographic (ILO) readings predict arterial oxygen desaturation during exercise in subjects with asbestosis. Occup Environ Med 2003;60:201-206.

LC-233.    Light and Lee Textbook of Pleural Diseases (2nd Ed. 2008)

LC-234.    Lilis (1986), Asbestosis: Interstitial Pulmonary Fibrosis and Pleural Fibrosis in a Cohort of Asbestos Insulation Workers: Influence of Cigarette Smoking Am J Ind Med 1986; 10:459-470

LC-235.    Lilis (1991), Pulmonary Function and Pleural Fibrosis: Quantitative Relationships With an Integrative Index of Pleural Abnormalities, 1991, Am J Ind Med, 20:145-161.

LC-236.    Lockey (1984), Pulmonary Changes after Exposure to Vermiculite Contaminated with Fibrous Tremolite, Am Rev Resp Dis (1984) 129:952-958.

LC-237.    Markowitz et al (1997), Clinical Predictors of Mortality from Asbestosis in the North American Insulator Cohort, 1981 to 1991, Am J Res Crit Care Med 1997, 156:101-108

LC-238.    McDonald (1986), Cohort Study of Mortality of Vermiculite Miners Exposed to Tremolite, Br J Ind Med, 1986; 43:436-440

LC-239.    McDonald (1997), Chrysotile, Tremolite and Carcinogenicity, Ann Occup Hyg vol. 41, No. 6, pp. 699-705, 1997

LC-240.    McDonald (1999), Chrysotile, Tremolite and Fibrogenicity, Ann Occup Hyg vol. 43, pp. 439-442, 1999

LC-241.    McDonald (2004), Mortality in a Cohort of Vermiculite Miners Exposed to

9

              Fibrous Amphibole in Libby, Montana.  J Occup Env Med 2004; 61:363-366

LC-242.      McLoud (1985), Diffuse Pleural Thickening in an Asbestos exposed Population: Prevalence and Causes, AJR 1985; 144: 9-18

LC-243.      Meeker (2003) The Composition and Morphology of Amphiboles from the Rainy Creek Complex, Near Libby, Montana, Am Mineralogist, 2003; 88:1955-1969.

LC-244.      Miles et al (2008), Clinical Consequences of Asbestos-related Diffuse Pleural Thickening, a Review 2008, J Occup Med Toxicol. 2008, 8;3:20

LC-245.      Mossman and Churg (1998), Mechanisms in the Pathogenesis of Asbestosis and Silicosis.  Am J Respir Crit Care Med 1998 157:1666-1680.

LC-246.      Mukherjee (2000), Chest Pain in Asbestos-exposed Individuals with Benign Pleural and Parenchymal Disease.  Am J Respir Crit Care Med, 2000; 162:1807-1811.

LC-247.      Murphy (1971), Effects of Low Concentrations of Asbestos, 1971; NE J Med 23:285;1271-1278

LC-248.      Murphy (1978), Diagnosis of "Asbestosis" - Observations from a Longitudinal Survey of Shipyard Pipe Coverers, 1978; Am J Med 65:488-498

LC-249.      Ohar et al (2004), Changing Patterns in Asbestos-Induced Lung Disease, 2004; Chest 125;744-753

LC-250.      Ohlson (1985), Ventilatory decrements in former asbestos cement workers: a four year follow up. Br J Ind Med, 1985; 42:612-616

LC-251.      Peipins (2003), Radiographic Abnormalities and Exposure to Asbestos_Contaminated Vermiculite in the Community of Libby, Montana, USA, Env Health Persp, 2003; 111:14, pp.1753-59

LC-252.      Roggli (2007), Environmental Asbestos Contamination: What are the Risks? Chest 2007;131;336-338

LC-253.      Rom (1992), Accelerated Loss of Lung Function and Alveolitis in a Longitudinal Study of Non-Smoking Individuals with Occupational Exposure to Asbestos, 1992 Am J Ind Med 21:835-844

LC-254.      Rosenstock et al Textbook of Clinical, Occupational and Environmental Medicine, 2nd Ed. (2005)

LC-255.      Schwartz (1990), Asbestos-induced Pleural Fibrosis and Impaired Lung Function, Am Rev Respir Dis 1990; 414:321-326

LC-256.      Schwartz (1990), Determinants of Restrictive Lung Function in Asbestos -

Induced Pleural Fibrosis. J Appl Physical 1990; 68(5):1932-37.

LC-257.    Schwarz and King (2003), Interstitial Lung Disease, 4th Ed. 2003.

LC-258.    Seidman & Selikoff (1990), Decline in Death Rates among Asbestos
Insulation Workers 1967-1986 Associated with Diminution of Work
Exposure to Asbestos, Ann NY Acad Sci 1990; 609:300-321

LC-259.    Selikoff (1964), The Occurrence of Asbestosis Among Insulation Workers in the
United States, 1964; Ann NY Aca Sci 139-155

LC-260.    Selikoff and Seidman (1991), "Asbestos-Associated Deaths Among Insulation
Workers in the U.S. and Canada, 1967-1987. 1991; Ann NY Acad Sci 1991;
643:1-14

LC-261.    Selikoff (1992), Use of Death Certificates in Epidemiological Studies, Including
Occupational Hazards: Variations in Discordance of Different Asbestos-
Associated Diseases on Best Evidence Ascertainment, 1992; Am J Ind Med
22:482-492 - or Use of Death Certificates in Epidemiological Studies, Including
Occupational Hazards: Discordance with Clinical and Autopsy Findings,1992;
Am J Ind Med 22:469-480

LC-262.    Sichleditis (2006), Diachronic Study of Pleural Plaques in Rural Population with
Environmental Exposure to Asbestos, 2006; Am J Ind Med 49:634-641

LC-263.    Sluis-Cremer (1989), Progression of Irregular Opacities in Asbestos Miners,
British Journal of Industrial Medicine, Br J Ind Med 1989; 46:846-852

LC-264.    Stayner (1996), Occupational Exposure to Chrysotile Asbestos and Cancer Risk:
A Review of the Amphibole Hypothesis, Am J Public Health, 86:179-186

LC-265.    Sullivan (2007), Vermiculite, Respiratory Disease and Asbestos Exposure in
Libby, Montana. Update of a Cohort Mortality Study, National Institute of
Environ Health Sciences. Environ Health Persp 2007, 115(4):579-85.

LC-266.    Vorwald (1951), Experimental Studies of Asbestosis, AMA Arch Indus Hyg Occ
Med 1951, vol.3, 1-43

LC-267.    Wang (1996), Respiratory Impairments Due to Dust Exposure: A comparative
Study Among Workers Exposed to Silica, Asbestos, and Coalmine Dust; AMJ Ind
Med 1997; 31:495-502

LC-268.    Yates, et al (1996), Asbestos rc Bilateral Diffuse Pleural Thickening:
Natural History of Radiographic and Lung Function Abnormalities, Am J
Respir Crit Care Med, 153:301-06.

LC-269.    Sebastien et al (1988) Estimation of Amphibole Exposure From Asbestos Body
and Macophage Counts in Sputum: A Survey in Vermiculite Miners, Ann Occup.
Hyg., Vol. 32, pp.195-201.