## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. ____** |

## ORDER GRANTING
### MOTION FOR EXPEDITED CONSIDERATION OF ANDERSON MEMORIAL HOSPITAL'S MOTION TO COMPEL DEBTORS TO PROVIDE FULL AND COMPLETE DEPOSITION ANSWERS AND FOR ADVANCED PERMISSION TO FILE A REPLY

Upon consideration of the above-referenced motion to expedite (the "Motion to Expedite") it appearing that the Motion is supported by cause, it is hereby ORDERED that:

1.    The Motion to Expedite is GRANTED.

2.    Objections to the Motion to Compel[1] must be filed with the Court and received by counsel to the Movant on or before _____ at 4:00 p.m. EDT.

3.    Replies in support of the Motion to Compel must be filed and served so as to be received by counsel to the Debtors on or before _____ at 4:00 p.m. EDT.

4.    A hearing on the Motion to Compel shall take place on _____ at _____.

DATED: _____

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Expedite.

AM's Motion for Expedited Consideration of Motion to Compel.DOCX