Exhibit 1

1              IN THE UNITED STATES BANKRUPTCY COURT

2                 FOR THE DISTRICT OF DELAWARE

3

4

   In Re:                          )
5                                  ) Chapter 11
   W.R. GRACE & CO., et al,        )
6                                  ) Case No. 01-1139 (JKF)
           Debtors.               )
7    _____ ) Volume I

8                                            COPY

9

10      VIDEOTAPED DEPOSITION OF ALAN C. WHITEHOUSE, M.D.

11         Taken at the instance of the Debtors

12

13

14

15

16                           March 19, 2009

17                           8:30 a.m.

18                           818 W. Riverside Avenue

19                           Spokane, Washington

20

21

22

23          BRIDGES REPORTING & LEGAL VIDEO
              Certified Shorthand Reporters
                 1312 N. Monroe Street
24            Spokane, Washington  99201
            (509) 456-0586 - (800) 358-2345

25

                                                            1

ALAN C. WHITEHOUSE, M.D.                                    March 19, 2009

**Page 66**

1   that, no, they aren't going to be -- there's no way that
2   they're going to fall through that -- they're going to
3   fall out when it comes time to request compensation for
4   their asbestos disease.
5        Q.   I understand.  But that goes back again to
6   your diagnostic practices, right?
7        A.   It goes back to my diagnostic practice, yes.
8        Q.   I'm just trying to make sure I understand.
9   So, the diagnostic practice, once again, critical to
10  these opinions.
11            The 2004 paper also is informative to these
12  opinions.  The 2007 CARD Mortality Analysis is also
13  informative for your opinions on DPT, DLCO and the
14  FEV1/FVC ratio.
15            Just so we're clear, are there any other
16  analyses that you have done that are supportive of those
17  opinions?
18       A.   There are so many analyses over the years of
19  one sort or another, most of which don't get published.
20            Certainly I have looked at an awful lot of
21  people with obstructive changes who would fall out of
22  compensation and who's obstructive disease is solely
23  related to their asbestosis, but they don't meet the 65
24  percent requirement for FEV1/FVC ratio.  They have low
25  residual volumes.  Normal total lung capacities.  Things

**Page 67**

1   like that:  They do not meet the criteria.  And we have a
2   lot of those.  And they have a lot of interstitial
3   disease.
4        Q.   Once again, but that is an opinion you have
5   reached based upon your diagnostic practice.
6            What I am trying to do, understand here, Dr.
7   Whitehouse, is identify the various sources of
8   information.
9            There is this broad category, your diagnostic
10  practice, your many years of working as a pulmonologist,
11  that is very fundamental to your opinions, correct?
12       A.   That's true.
13       Q.   The CARD Mortality Study, the 2004 published
14  paper.  Anything else that forms the basis of these
15  opinions?
16       A.   Well, the basis of the opinions concerning
17  radiology.  We've done comparison studies not only with
18  HNA but also with Dr. Weill, studies that he had done.
19       Q.   But, again, as you mentioned earlier, that
20  does provide information on how you're doing in terms of
21  recognizing radiographic impairment.
22            But as you said, that was tangential to the
23  fundamental questions of the definition of pleural
24  disease, use of DLCO and the use of the FEV1/FVC
25  criteria, correct?

**Page 68**

1        A.   That's correct.
2        Q.   Okay.  So, it's fair to say that what we've
3   identified, then, that is what's forming the basis of
4   your opinion?
5            MR. HEBERLING:  Objection, vague.
6            THE WITNESS:  Your tone and the way you
7   say that tends to minimize what the private practitioners
8   do.
9        Q.   (BY MR. STANSBURY:)  I'm not attempting to
10  minimize it.  All I'm trying to do is just get a list.
11  At this point I just want to make sure I understand what
12  the bases are.
13            And the diagnostic practice incudes your
14  analyses of how many individuals?
15       A.   What do you mean?  In the total clinic --
16       Q.   Yes.
17       A.   -- that I have seen?  I don't know the exact
18  number.  We've got 1800 cases.  I have seen most of them.
19       Q.   So, there are 1800 people whose patient care
20  over the years is relevant to your opinions in this case?
21       A.   Yes.
22       Q.   Okay.  And do you know how many of those
23  individuals for whom you have produced medical records in
24  this case?
25       A.   Basically, how many -- It's however many are

**Page 69**

1   involved in the lawsuit for the bankruptcy -- before the
2   bankruptcy was filed.  I assume that's the number.
3        Q.   Okay.
4        A.   And I think there's seven or eight hundred,
5   something like that.
6        Q.   Seven or eight hundred.  But you mentioned
7   1800 people, correct?
8        A.   Oh, yes.  There's an awful lot of people.
9   And we continue to diagnose people on a regular basis.
10       Q.   And in your mind you don't segment these
11  seven or eight hundred people and think, this is the
12  basis of my opinion.  You look at all 1800 --
13       A.   We look at them all, yeah.
14       Q.   Right.  So, all of them are relevant to your
15  opinion?
16       A.   Yes.
17       Q.   Okay.  Just want to make sure we are clear on
18  that.
19            So, the diagnostic history of these 1800
20  people, the 2004 study, the CARD Mortality Analysis,
21  those are the fundamental bases of your opinions,
22  correct?
23       A.   Yes.  I guess.
24       Q.   Okay.
25       A.   That's fair enough.

DR. ALAN WHITEHOUSE - by Mr. Stansbury
(509)456-0586  BRIDGES REPORTING & LEGAL VIDEO  (800)358-2345