# Exhibit 2

# Alan C. Whitehouse, M.D.

# In re: W.R. Grace & Co., Debtor

## June 16, 2009



Phone: 206 287 9066
Fax: 206 287 9832
Email: info@buellrealtime.com
Internet: www.buellrealtime.com

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

Page 42

1 happens with someone who has, let's say, a
2 non-malignant disease that the TDP would call
3 asbestos pleural disease level three and they submit
4 a claim to the trust and they qualify, if they later
5 get sicker and their lung function test scores
6 decline further from what they were at the time they
7 settled with the trust, whether or not they can come
8 back and make a new claim for the trust and get more
9 money?
10   A  I do not know the answer to that.
11   Q  Okay. One of your opinions, as I understand
12 it, about how Libby -- a non-malignant asbestos
13 disease caused by exposure to Libby asbestos, how
14 that is different than non-malignant asbestos disease
15 caused by exposure to, let's say, chrysotile asbestos
16 is that the pleural disease is more progressive.
17 You've written those words?
18   A  Yes.
19   Q  What do you mean by more progressive?
20   A  There are good documentation now that we have
21 watched the disease progress far more rapidly, and
22 particularly when I compare it with my past
23 experience than what's described or what's actually
24 described in the literature, cases in which there's
25 been progression from fairly modest disease to death

Page 43

1 within short periods of time, several years. I think
2 that's sort of the gist of it, and that happens
3 frequently.
4   Q  And by progression, do you mean a decline in
5 lung function?
6   A  Well, not necessarily. It may be a decline
7 in lung function. It may be a significant change in
8 the chest x-ray.
9      We have one of the largest data banks of
10 CT -- HRCTs, high resolution CAT scans on asbestos
11 patients anywhere. We have CTs on practically
12 everybody. We have multiple CTs. So we have that
13 data, so we can measure what's actually happened in
14 various parts of the lung.
15      And so when I say that we're seeing
16 progression in a lot of people, we are. And why some
17 do and some don't, I have no idea.
18   Q  Okay. You did a paper in 2004 where you
19 tracked the progression of decline in lung function
20 test scores for 123 of your patients, correct?
21   A  Yes.
22   Q  Okay. Have you -- there are approximately
23 1,800 people that have been diagnosed with asbestos
24 disease in the CARD Clinic as a result of being
25 exposed to Libby asbestos?

Page 44

1   A  Yes.
2   Q  I haven't seen anywhere in your reports or in
3 the medical literature an analysis of if you took all
4 of those 1,800 people and tracked their lung function
5 over time what, if any, decline you would see; is
6 that correct?
7   A  No, I haven't, and several reasons for that.
8 First off, I did -- as you know, have a database for
9 a while that was basically tracking the same sort of
10 thing as in that paper.
11   Q  That was a database of 550 people?
12   A  Or whatever it was. I don't know. It's been
13 called that by you guys. I don't think there was
14 550. I don't remember. Stopped using it because it
15 was so sporadic. When I started working up at Libby
16 eight days a month in 2004, closed my office, it sort
17 of became irrelevant because we had a new database up
18 there and it got to -- when I was in my office, then
19 I would track them all because they were almost all
20 down in my office, not all of them, but most of them,
21 but then it just got so sporadic, so we didn't follow
22 it anymore.
23      I have not -- we do not have a database that
24 is adequate at this point at Libby to track that
25 18- -- the whole 1,800. And as you can imagine, a

Page 45

1 lot of it's bogged down in bureaucracy and grant
2 things that we have no control over.
3   Q  So to the extent that you have opinions that
4 pleural disease caused by exposure to Libby asbestos
5 is more -- leads to a more rapid decline in lung
6 function than pleural disease caused by exposure to
7 other types of asbestos, is it fair to say that's
8 primarily based upon the 2004 paper you wrote?
9   A  No, not entirely. I think, to explain that
10 statement, first off, is we have a preponderance of
11 pleural disease. My experience in looking at people
12 from Hanford is that I really only had a couple of
13 deaths in all of the years that I was doing that of
14 Hanford workers and it was all from severe
15 interstitial disease. There just -- there wasn't
16 that much significant pleural disease, whereas, in
17 Libby there's a tremendous amount of pleural disease.
18      And so you would expect, I think, the extent
19 of it, that there would be people who will progress
20 and die of that disease.
21      I have numbers from the mortality study which
22 is only patients in CARD that died, so we had -- have
23 good data on it. There's a lot of other ones that
24 have died of pleural disease prior to that time, but
25 there has not been a definitive study on the whole --

12 (Pages 42 to 45)

In re: W.R. Grace & Co., Debtor                Alan C. Whitehouse, M.D.

Page 46

1   of all the claimants of Mr. Lewis and Mr. Heberling's
2   that that's been done.  Probably at some point in
3   time, it will get done.
4       Q  Okay.  Have you done anything to analyze the
5   differences in either the type of disease that people
6   have or how severe it is as compared between
7   Mr. Heberling's and Mr. Lewis' clients and the 850
8   people who aren't -- who have Libby asbestos disease
9   who aren't their clients to see if there are any
10  differences between those two groups?
11      A  No, we haven't done a formal study of that.
12      Q  Do you have any expertise or knowledge as to
13  whether there are qualitative differences between
14  asbestos disease patients who decide to pursue a
15  lawsuit as compared to asbestos disease patients who
16  don't in terms of their disease severity?
17      A  I can't answer that question.  I know that
18  there was a whole flurry of lawsuits very early on in
19  this process, but whether or not there was more than
20  there would have been in the rest of the community or
21  not, I don't know.
22      Q  So you can't say whether the 950 people who
23  are clients of Mr. Heberling or Mr. Lewis are
24  different in significant ways from the 800 people who
25  have Libby asbestos disease or not?

Page 47

1       A  I'm not in a position to make that -- any
2   judgments on that.  I do think that there are 950
3   claimants that they have who I know -- probably do
4   know better because I've seen them more times are
5   likely to follow the same path as the 110 that were
6   in that mortality study.
7       Q  That's your -- let me back up.
8          On paragraph 27 of your report, Page 13, you
9   write, An overwhelming majority in the Libby cohort
10  have not only pleural plaques, but also diffuse
11  pleural thickening, a more serious form of pleural
12  disease.
13         Do you see that?
14      A  Yes.
15      Q  Would you agree with me that diffuse pleural
16  thickening is a disease process that has been
17  described in the medical literature for at least
18  thirty years?
19      A  That's probably for thirty years, yeah, most
20  of the stuff that I've read has been since the '80s.
21  Well, 1980s.  That's thirty years, isn't it?
22      Q  1980 is almost thirty years ago,
23  unfortunately.
24      A  That's what happens as you get older.
25      Q  So diffuse pleural thickening as a disease, a

Page 48

1   type of asbestos-related non-malignant disease is not
2   something that exists only as a result of being
3   exposed to Libby asbestos, correct?
4       A  No, that's correct.
5       Q  And you on Page 29 --
6       A  Page 29 or paragraph 29?
7       Q  Excuse me.  Paragraph 29.
8       A  Yes.
9       Q  You're citing to something called the
10  Rosenstock text?
11      A  Yes.
12      Q  What is the Rosenstock text?
13      A  That's a textbook by a lady in -- who's a
14  research physician at the University of Washington
15  and she's still there.
16      Q  Do you know what, if any, role Dr. Laura
17  Welch* had in working on or editing that medical
18  textbook?
19      A  I do not.
20      Q  The Rosenstock -- you cite the Rosenstock
21  text for the proposition, In contrast to the mild
22  effect of plaques on lung function, diffuse pleural
23  thickening may result in more significant restrictive
24  respiratory impairment.
25         I take it you agree with that statement?

Page 49

1       A  Yeah, that's a fair statement.
2       Q  Okay.  By plaques, I assume that you're
3   talking about pleural plaques?
4       A  Yes.
5       Q  Okay.  Would you agree with me that -- well,
6   how would -- would you agree with me that pleural
7   plaques by -- well, let me get some definitions.
8          What is your understanding of the term
9   pleural plaque?
10      A  Well, the pleural plaque is originally and
11  currently, I guess, defined as -- or defined as an
12  area of scarring and fibrosis generally on the
13  parietal pleural with demarcated edges, and it
14  doesn't really define the size of it very much,
15  although for practical standpoints, most of them are
16  four or five centimeters in diameter at the largest
17  for the most part.
18      Q  And would you agree with me that -- and I
19  guess the Rosenstock text states this -- is that
20  generally speaking pleural plaques only have a mild
21  effect, if any, on lung function?
22      A  You have to define pleural plaques under
23  those terms as isolated non-confluent pleural
24  plaques.
25      Q  Would you agree with me that pleural plaques

13 (Pages 46 to 49)

ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor          Alan C. Whitehouse, M.D.

| Page 82 | Page 84 |
|---|---|
| 1 talks about the 9,500 people --<br>A Right.<br>3 Q -- from Central Lincoln County?<br>4 So I take it that all of your opinions about<br>5 pleural disease caused by exposure to Libby asbestos<br>6 are valid only for the people who have<br>7 asbestos-related disease, and you're not making any<br>8 conclusions or analyses about the entire cohort<br>9 people who were exposed to Libby asbestos; is that<br>10 correct?<br>11 A Well, not really. I guess the best way to<br>12 say that is that I'm sure that there are a fair<br>13 number of people out there still that have not been<br>14 discovered and may have abnormalities on their films,<br>15 but I'm not drawing any conclusions about that<br>16 because I haven't had a chance to study them.<br>17 Q Okay. So you're only drawing conclusions<br>18 about -- your conclusions are only valid with respect<br>19 to people who have already been diagnosed with<br>20 asbestos-related disease; is that correct?<br>21 A That's correct.<br>22 Q All right. And then the second page of this,<br>23 there's --<br>24 MR. LEWIS: Second page of what,<br>25 Counsel? | 1 Q Okay. Would you agree with me that your<br>2 opinions about someone who has been diagnosed with an<br>3 asbestos-related non-malignant disease as a result of<br>4 being exposed to Libby asbestos, that that person<br>5 would have a probability of death are based on the<br>6 CARD mortality study?<br>7 A I'm only going to base that on the ones that<br>8 I know more about which is the Libby claimants, the<br>9 950 there. I would point out one other point in this<br>10 is that there's 1,800 clinic patients with a<br>11 diagnosis. There's also another three or four<br>12 hundred that have been screened and do not have<br>13 disease.<br>14 Q Do not have disease?<br>15 A Do not have disease, but they're also part of<br>16 the clinic.<br>17 Q But there's -- there's 1,800 people that are<br>18 part of the clinic and there's 950 of them that are<br>19 Libby claimants and you have more familiarity with<br>20 that group than the 850 diseased patients that you<br>21 see, but aren't the Libby claimants, correct?<br>22 A That's true and particularly since there's<br>23 been a lot added in the last year or so and I've been<br>24 working less up there.<br>25 Q And I believe I asked you this this morning, |

| Page 83 | Page 85 |
|---|---|
| 1 MR. FINCH: Second page of Whitehouse<br>2 Exhibit-6.<br>3 Q (By Mr. Finch) You have stated in your<br>4 report and elsewhere that there's approximately 1,800<br>5 CARD Clinic patients with asbestos-related disease?<br>6 A Yeah, that's the number that I got from<br>7 the -- you know, the nurses that run the place about<br>8 six months ago. They didn't have an exact number.<br>9 Q Okay. Would you expect that those 1,800 are<br>10 largely overlapped with -- whether the exposed<br>11 population was 9,500 or 6,600 or 10,000, that the<br>12 1,800 or the substantial majority of those people are<br>13 a subset of the exposed population?<br>14 A I would think so, but there's a certain<br>15 number of them that are not part of that Lincoln<br>16 County population, above, anymore. They were at one<br>17 time, but they're not now. They live -- there's a<br>18 lot of patients in Spokane, in Missoula, in<br>19 Kalispell, and some in Great Falls, and then we get<br>20 patients all over the country coming back that used<br>21 to live there, so -- and I don't know the breakdown<br>22 in numbers. I have no idea what it is.<br>23 Q Okay. Could you go to the last page about<br>24 this -- last page of Whitehouse Exhibit-6?<br>25 A Okay. | 1 but you haven't done anything to compare and contrast<br>2 either the type of disease or the severity of the<br>3 disease between the 850 other patients and the 950<br>4 who are Libby claimants, correct?<br>5 A No.<br>6 Q You haven't -- you have not done that,<br>7 correct?<br>8 A No, I have not.<br>9 Q Okay. And is it correct that you hold the<br>10 opinion that someone who is diagnosed with a<br>11 non-malignant asbestos disease caused by exposure to<br>12 Libby asbestos is more likely than not going to die<br>13 from an asbestos-related disease?<br>14 A Out of that 950?<br>15 Q Out of the 950 or the 1,800?<br>16 A Will you read -- repeat the question again.<br>17 Q Sure.<br>18 A I want to make sure I get it right.<br>19 Q Do you have an opinion -- do you have an<br>20 opinion to a reasonable degree of medical certainty<br>21 that for the 950 Libby claimants who have been<br>22 diagnosed with a non-malignant asbestos-related<br>23 disease, that each one of them is more likely than<br>24 not going to die from an asbestos-related disease?<br>25 A The death rate, when we've gone through the |

Buell Realtime Reporting
206 287 9066

ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

Page 86

1  death certificates in all of these people, it's
2  something like 57 percent -- or I think it was 52
3  percent on best information, 57 percent was
4  significant association with asbestos disease -- I
5  think that group of people has the same breakdown in
6  percentages as the 950 -- approximately a third
7  miners, and the balance are community members and
8  family members. Community members are the
9  majority -- I think you can make the extrapolation
10  having looked at those people myself, that most of
11  the people that died are my patients, looking at
12  those, then we're going to see the same thing in the
13  950 and so that there is a high probability or not a
14  high probability, there's probability that they're
15  going to die more than 50 percent from asbestos
16  disease.
17      Q  Okay.  What about related --
18      A  And then add to that the cancers on top of
19  it.
20      Q  What about the 850?  The 850 on this that
21  aren't --
22      A  The 850?
23      Q  Yeah.
24      A  I'm not going to draw any conclusions.  I
25  don't know anything about them.

Page 87

1          MR. FINCH:  Okay.  This would be a good
2  time to take another break.
3          THE WITNESS:  Okay.
4          MR. FINCH:  I just want one for
5  personal reasons.  Why don't we come back in five
6  minutes?
7          THE VIDEOGRAPHER:  We're going off the
8  record.  The time now is 10:30 a.m.  This is the end
9  of disk number one in the continuing deposition.
10          (Recess.)
11          THE VIDEOGRAPHER:  We're back on the
12  record.  The time is now 10:37 a.m.  This is the
13  beginning of disk number two in the continuing
14  deposition of Dr. Alan Whitehouse.
15          (Exhibit-7 marked for
16          identification.)
17          EXAMINATION (Continuing)
18  BY MR. FINCH:
19      Q  Dr. Whitehouse, I've put what's been marked
20  as Whitehouse Exhibit-7 in front of you.
21      A  Yes.
22      Q  What is that document?
23      A  Oh, that's a -- that's a counting sheet that
24  was done basically on the basis of Dr. Frank's and my
25  reading all these x-rays and these people for pleural

Page 88

1  thickness, the non-malignant ones, the pleural
2  thickness, the blunting plaques, et cetera.  We did
3  it independently.
4          (Ms. Bloom returns.)
5      Q  (By Mr. Finch)  Okay.  Let me see if I
6  understand this.  You started out with 227 people who
7  were CARD Clinic patients --
8      A  Yes.
9      Q  -- that had died, right?
10      A  Died through last year.
11      Q  Through last year.
12      And this is the mortality study that you're
13  relying on for your opinion as to probability of
14  death, correct?
15      A  That's right.
16      Q  All right.  Then you excluded 41 of them for
17  various reasons, correct?
18      A  Well, basically, they either didn't have any
19  asbestos diagnosis to begin with, we didn't have a
20  death certificate, couldn't get one, didn't have a
21  chart, didn't get chest x-rays.  There's a lot of
22  reasons why, but unless we had a fairly complete set
23  of data, we didn't -- they weren't included.
24      Q  Okay.  And that left you with 186 people?
25      A  Right.

Page 89

1      Q  And then of that, 34 of them died of
2  mesothelioma or some other asbestos-related type
3  cancer, right?
4      A  Mm-hm, yes.
5      Q  And then you got 76 that were nos and 76 that
6  were yeses, right?
7      A  Yes, exactly the same number.  Sort of odd.
8          (Mr. Longosz returns from recess.)
9      Q  (By Mr. Finch)  What is it -- what is it --
10  who determined what versus a yes or a no?  That was
11  you?
12      A  And Dr. Frank.
13      Q  Well, he testified that he looked at the
14  x-rays on the 76, but that you made the determination
15  as to whether or not --
16      A  Well --
17      Q  -- there was a -- the death was due to an
18  asbestos-related disease?
19      A  Yeah, actually --
20          MR. LEWIS:  Just a -- just a second.
21  Object to that on the grounds it's not put in a form
22  of a question and it's just a comment on Dr. Frank's
23  testimony and should be stricken from the record.
24          MR. FINCH:  Let me rephrase the
25  question.

23 (Pages 86 to 89)

ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor          Alan C. Whitehouse, M.D.

**Page 194**

1  Q  Okay. And when it comes to how the different
2  radiologists read the x-rays, we know that you often
3  read the x-rays somewhat differently than Dr. Becker,
4  correct?
5  A  Not nearly as often as you might think.
6  Q  I didn't ask you that. I said just --
7  A  Occasionally.
8  Q  -- often.
9  A  Occasionally, I did, yes.
10  Q  In fact, you had some critical things to say
11  about Dr. Becker's readings?
12  A  I did early on, not -- not recently.
13  Q  But that wouldn't -- that would still affect
14  the data that the CARD Clinic has, that is, you don't
15  have the same degree of uniformity in the data from
16  the CARD Clinic as you do in the data from the ATSDR,
17  correct?
18  A  Oh, I think -- I think we've got very good
19  data.
20  Q  Didn't say that.
21      It's not as consistent. If you're looking
22  for consistency, it's not as consistent as ATSDR,
23  correct?
24      MR. LEWIS: I'm going -- I'm going to
25  object as to the word consistent because that -- that

**Page 195**

1  is a very vague term. I think your prior question I
2  wouldn't object to, but you're talking -- go ahead.
3  A  Well, the ATSDR was running the Masa* Clinic
4  which is the Montana -- the money that came through
5  the State of Montana couldn't come directly to it,
6  and they were running that for quite a while and they
7  had a variety of people that were working there, one
8  of whom we know was, you know, just -- I don't know
9  how to put it, but I know darn well we didn't get
10  good data from that person at all and that went into
11  the database, I'm sure, and ATSDR's database.
12      But almost all the stuff that's in the charts
13  that's been filtered by a number of people to get --
14  make sure that we have accuracy, and in that sense,
15  it's pretty much a consistent protocol for doing
16  everything. Probably better than most any clinic
17  that you'd see.
18  Q  (By Mr. Bernick) When it comes to the
19  availability of information from the CARD Clinic, I
20  think you would agree that almost half of the medical
21  information with respect to people who have been seen
22  at the CARD Clinic is, in fact, not available
23  publically or to the people in this case, correct?
24  A  Well, right now -- well, it is available now.
25  I mean, everything is pretty much available. The

**Page 196**

1  problem is that there's this huge database that
2  they've been putting stuff into and nobody that's
3  able to extract it out.
4  Q  Okay. Well, that's really what I'm kind of
5  getting at.
6      In this case what we have seen out of the
7  CARD Clinic is --
8      MR. BERNICK: Is that the 850 or the
9  950?
10      MR. FINCH: It's the 950, plus a
11  handful of other people. It's on Exhibit-2-A.
12  Q  (By Mr. Bernick) So when it comes to the
13  data from the CARD Clinic, certainly, parties to this
14  case do not have all of the data from the CARD
15  Clinic, indeed, a huge portion of the data from the
16  CARD Clinic is not available in this case, correct?
17  A  I think that's probably true, yeah. It
18  hasn't been as yet.
19  Q  And certainly there --
20  A  You do have all the charts now, right? Yeah,
21  you've got every one of them at one time or another
22  from my understanding is that -- that there was some
23  significant problems in mislabeling and that you
24  didn't know what you had for a while because the
25  numbers were mislabeled, but you at one point had

**Page 197**

1  copies of all the 950 people.
2  Q  I'm not talking about the 950. I'm talking
3  about the 1,800. Let's be clear.
4      The CARD Clinic data goes way beyond the 900,
5  950, correct?
6  A  That's true.
7  Q  And all that's been made available in this
8  case is the 950 or thereabouts, correct?
9  A  And that's basically all I've been talking
10  about is those 950.
11  Q  Well, again, I'm just establishing,
12  Dr. Whitehouse, that in contrast to the ATSDR data
13  which is all available with respect to the CARD
14  Clinic, almost half the data is not available in this
15  case, correct?
16  A  Yeah, and that's true, and basically the
17  reasons for it is HIPAA laws.
18  Q  I didn't --
19  A  Well, they're the HIPAA laws.
20  Q  Well, I'm not blaming you for --
21      (Simultaneous talking.)
22  Q  (By Mr. Bernick) I'm not blaming you for it.
23  I'm just saying it's --
24  A  Oh, it's not my fault anyway regardless.
25  Q  Right. It's a fact that it's not available

50 (Pages 194 to 197)

Buell Realtime Reporting
206 287 9066

ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor                    Alan C. Whitehouse, M.D.

Page 198

1  in this case, correct?
2      A  But I think that you have to realize that we
3  are under the constraints of the HIPAA laws, probably
4  more than most people are because we are a clinic
5  that's in many respects federally funded or is
6  getting to be federally funded, so --
7      Q  Which you'd also agree --
8      A  -- there's a great deal of care about that.
9      Q  Would you also agree with me that there are
10 no studies with respect -- published studies with
11 respect to the 1,800 patients diagnosed in the CARD
12 Clinic?
13     A  There are not.
14     Q  Would you also agree with me that you don't
15 know -- strike that.
16         When it comes to the CARD Clinic data, you've
17 made reference to all these databases.  How many
18 databases are maintained at the CARD Clinic with
19 respect to people who would have been diagnosed with
20 asbestos-related illness?
21     A  It's basically two, the chart and then there
22 is a database that the EPA has put together which
23 data has been entered into for about the last year
24 and a half including back data, and my understanding
25 is that they are now caught up with everybody in

Page 199

1  there they're entering.
2      Q  What's the difference between the two
3  databases?
4      A  Well, the chart is all right there, x-ray
5  reports, things like that.  It hasn't been put into a
6  database.  What they do is they use that, plus the
7  patient interview and then put into the database when
8  the patient comes in.
9      Q  So we have two databases?
10     A  Well, you asked me about a database.  It's a
11 database.  It's not organized in a computer or
12 anything, but that's where the data is.
13     Q  Okay.
14     A  So it's in the charts.
15     Q  But I misunderstood.
16         So you have all the charts?
17     A  I have all the charts.
18     Q  And those are paper records for everybody
19 who's come through CARD?
20     A  Mm-hm.  (Answers affirmatively.)
21     Q  You have to respond orally.
22     A  Yes.
23     Q  Okay.  When I ask about databases, I'm
24 talking about compilations or collections of
25 information electronically.

Page 200

1          Are there any electronic databases containing
2  the CARD Clinic data?
3      A  There is, concerning all the patients.
4      Q  Concerning all the patients?
5      A  To my knowledge.
6      Q  Okay.  And who -- and who -- is that the one
7  the EPA has done?
8      A  Well, the EPA set it up, but it's now our
9  database.
10     Q  Okay.  And that database includes all the
11 people who have come through the CARD Clinic ever or
12 just the people that have come through the CARD
13 Clinic in the last eighteen months?
14     A  It should, to my knowledge, include everybody
15 including the people that are normal.
16     Q  Okay.  Does it include all the people who
17 have ever come through the CARD Clinic, the
18 historical patients?
19     A  I think so.
20     Q  Okay.  Does --
21     A  I can't answer your question.
22     Q  Does it include all the information that's in
23 the charts?
24     A  I hope it does.
25     Q  So it literally is supposed to be everything?

Page 201

1      A  It's literally supposed to be all the
2  pertinent data and there's some other stuff in there
3  like social studies and things like that that may not
4  be in there, but for all the pertinent data
5  concerning their asbestosis, it's in there.
6      Q  Okay.  Do you have access to this database?
7      A  Probably.
8      Q  Okay.  Who else has access to the database?
9      A  I would guess Brad Black* and I know Steve
10 Levine* knows it, Mount Sinai, who's one of the
11 people who's out there fairly frequently, and several
12 of the nurses would have access to it.
13         Nobody -- to explain this.  Nobody has done
14 anything about this because we haven't even had -- we
15 barely have enough money to keep that place open much
16 less spend a lot of time with people doing database,
17 so we will have it because we just got some pretty
18 decent sized grants that will allow us to do that,
19 but you have to realize that we were dependent on
20 Grace for money to keep that place running and Grace
21 wasn't providing it.
22     Q  So have you -- strike that.
23         Have you had access to that database for
24 anything that you've done in connection with this
25 case?

51 (Pages 198 to 201)

ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor          Alan C. Whitehouse, M.D.

Page 306

1   that's supposed to be used for filling out a death
2   certificate is the test of, well, what was the cause
3   of death, and Dr. Frank has told us that and I think
4   you've agreed, right?
5      A   Yeah.
6      Q   And Dr. Frank says when Selikoff did his BAI
7   work, he looked for more information that was on the
8   death certificate, but the test was still the same,
9   that is, what was the cause of death, so I'm now
10  asking in the case of your work with the CARD
11  mortality data and including people in your group of
12  79 people who are people where you say their death
13  was in some fashion related to non-malignant disease.
14  I'm asking for what tests you used.
15      Was it the test of, what's the cause of
16  death? Was it, was asbestos-related illness a
17  substantial contributing factor? Was it, the
18  asbestos-related illness was a major -- which test
19  did you use?
20      A   Same way you described for Selikoff, took the
21  death certificate regardless of what the death
22  certificate said, reviewed the chart, and found out
23  whether or not that was -- if it said asbestosis, was
24  that legitimate, really was asbestosis and
25  respiratory failure or was it a pneumonia but

Page 307

1   asbestosis was the underlying cause. Was it cor
2   pulmonale, but asbestosis was a cause of cor
3   pulmonale.
4      Q   So --
5      A   We were looking for direct cause.
6      Q   You were looking for direct cause, that is,
7   the same way a death certificate should be filled
8   out?
9      A   Yeah, the way it should have been filled out
10  in the first place, yes.
11      Q   Okay. And that's how you included people in
12  your --
13      A   Yes.
14      Q   -- group of 79; is that right?
15      A   Yes.
16      Q   Now, is there anything -- any place that we
17  can go to see how you made that judgment for any of
18  the people who are on your list of 79, that is,
19  Exhibit-15? Is there any place where we can go to
20  find out how you made the judgment about the cause of
21  death?
22      A   No, except to go to the chart and you've got
23  other places. You know, I talked to doctors about it
24  and talked to the family physician as to what
25  happened, all kinds of things like that to get the

Page 308

1   information.
2      Q   That's information?
3      A   Mm-hm. (Answers affirmatively.)
4      Q   But if I want to know with respect to anybody
5   who is on Exhibit-15, that is, for whom you're
6   relying for your idea of progression to death, is
7   there any way that I can determine how you decided
8   what the cause of death was for any of those people?
9      A   Probably not because it -- after I've gone
10  through all the things I need to go through, then I
11  fill out on my computer whether it was related to
12  asbestos or whether it was not related to the
13  contributing cause.
14      Q   So there's no place that even today --
15      A   There's no written record that will help in
16  that.
17      Q   Now, my last question and I am done -- just
18  in time -- relates to going from your group of 79
19  people.
20      You've told us that the 79 people who are
21  listed in Exhibit-15 are the source of information
22  regarding how people with severe diffuse pleural
23  thickening present differently you think from people
24  with the same disease outside of Libby, and we've
25  gone through that now in all the different areas of

Page 309

1   difference, thickness of pleura tissue, occupational
2   history or exposure history, blunting, and
3   progression, right?
4      A   Right.
5      Q   Okay. Now, you offered the view that you
6   could use the information that you have about the 79
7   people from the CARD mortality study and extrapolate
8   to the 950 or, thereabouts, people who have made
9   claims in this case, right?
10      A   Correct.
11      Q   Okay. And I take it then that you're not
12  going to be relying upon the remaining 850 people for
13  any of your opinions in this case; is that right?
14      A   No, there's no way I would be able to in --
15      MR. LEWIS:  No, I think that was
16  confusing. I don't mean to interfere.
17      MR. BERNICK:  I'll --
18      MR. LEWIS:  You're talking about -- are
19  you talking about opinions relating to the
20  progression?
21      MR. BERNICK:  I'll be very clear.
22      MR. LEWIS:  Okay. Because it's --
23      MR. BERNICK:  I'll be very clear.
24      MR. LEWIS:  All right.
25      Q   (By Mr. Bernick) We know that there's a

78 (Pages 306 to 309)

ccf6522f-9c7e-490e-8982-005d338cde62

In re: W.R. Grace & Co., Debtor          Alan C. Whitehouse, M.D.

---

Page 310

1  motion that's been -- are you familiar there's a
2  motion that's been filed in this case?
3      A   Only one, I understand.
4      Q   Okay.  A motion that's been filed in this
5  case to strike testimony that's based on the 1,800
6  because we don't have the 850 files.  Are you
7  familiar with that?
8      A   Yeah, I'm familiar with it.
9      Q   I'm sorry?
10     A   Yes, I am.
11     Q   And who told you about that?
12     A   The lawyers.
13     Q   And what did they tell you about it?
14     A   That I might not have to go back east.
15     Q   That's pretty --
16     A   They were helping me plan my summer.
17     Q   And you understand, therefore, the problem
18  that's been identified or has been alleged in the
19  motion is that the people in this case don't have the
20  records for the 850 people.  Do you understand that?
21     A   That's what I've heard, yeah.
22     Q   And so, basically, is it correct that what
23  you're saying now is that you believe you can offer
24  the opinions that you have to offer in this case
25  without having to rely upon the full 1,800, rather

---

Page 311

1  you can express your views simply confined to the 950
2  people?
3      A   Yeah, I think so for a number of reasons.
4      Q   Oh, I didn't ask you reasons.
5      A   Oh, you don't want me to answer that?
6      Q   That's what you're doing and that's --
7      A   That's basically what I'm doing, yes.
8      Q   Okay.  And that's basically, fair enough, a
9  response to this issue that's been raised?
10     A   I guess, you know.
11     Q   Okay.  Now, in order to get opinions about
12  the 950, you don't have analyses of all the 950
13  people, correct?
14     A   Not entirely.  I do have some analyses
15  that -- I have one in particular that's of help.
16     Q   Well, has it been made available to us?
17     A   Yeah, it's on the sheet somewhere.  I don't
18  know where it is, but somewhere it is -- and I can
19  relate it to you right now if you want to, how we --
20  how I arrived basically at some notions concerning
21  that 930 to 950, whatever it is.
22     Q   Hang on for a second.
23         If I have it -- and I don't want something --
24     A   It's probably on that sheet that you had that
25  had all the numbers on it of how many people had

---

Page 312

1  pleural disease, et cetera, et cetera.
2         MR. LEWIS:  Exhibit-15 and -16, is that
3  what you're --
4         MR. BERNICK:  No.
5         THE WITNESS:  No, no.
6         MR. BERNICK:  It was the diagram.
7         THE WITNESS:  It was the one that Joel
8  did that --
9      Q   (By Mr. Bernick)  Well, let me just be clear.
10     A   Okay.
11     Q   If I go to your expert report, I cannot
12  find -- let me begin even more basically.
13        The 950 people, you've not performed a study
14  on the entirety of the 950 people, correct?
15     A   That's correct.
16     Q   You've not published a paper on the 950
17  people, correct?
18     A   That's correct.
19     Q   You've not issued an expert report on -- that
20  presents the data of all the 950 people, correct?
21     A   No.
22     Q   I'm sorry.  Is that correct?
23     A   That's correct.
24     Q   Now, you have said though that you believe
25  you can extrapolate from the experience with the

---

Page 313

1  subgroup of the 950 to the 950, right?
2      A   That's correct.
3      Q   Okay.  Now, have you presented an expert
4  report on that subject?
5      A   I think it's somewhere in there, but I'm not
6  sure where.
7      Q   Not somebody -- have you actually presented a
8  formal extrapolation from a subgroup of the 950 to
9  the 950?  I haven't seen it anywhere, but if it
10  exists in your report, I'd like to know about it.
11     A   I thought there is some -- there's reference
12  to it in there somewhere, but I don't know where it
13  is exactly.  I can find it if you want me to or try
14  to.
15     Q   What is -- just tell me, what's the subgroup
16  that you're extrapolating from?
17     A   Okay.  The -- there's two parts to this.
18  First off is that all 950 of those that have
19  lawsuits, all sort of -- all filed them before the
20  bankruptcy or shortly -- or around the time of the
21  bankruptcy or the vast majority of them did.  They
22  were all filed somewhere early in this century.
23     Q   Let's just stop there.
24         Where is that data set out?  I'm not aware of
25  the 950 broken down into people who filed before and

---

Buell Realtime Reporting
206 287 9066

ccf6522f-9c7e-490e-8982-005d338cde62