REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1897169 |
| Invoice Date | 08/28/09 |
| Client Number | 172573 |

=================================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

Fees                                717.50
Expenses                              0.00

TOTAL BALANCE DUE UPON RECEIPT        $717.50
=============

US_ACTIVE-102239468.1-SAAMENT

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1897169
One Town Center Road                    Invoice Date      08/28/09
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60026

=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 07/06/09 | Ament | Various e-mails and meetings re: 7/9/09 hearing (.20); circulate agenda to team (.10). | .30 |
| 07/07/09 | Ament | E-mails re: 7/9/09 hearing. | .10 |
| 07/09/09 | Ament | Obtain and circulate transcripts from 6/22 and 6/23 to team. | .20 |
| 07/10/09 | Ament | E-mails re: agenda for 7/27/09 hearing (.10); e-mails re: Sept. hearings (.10). | .20 |
| 07/13/09 | Ament | E-mails with Pachulski re: agenda and hearing binder for 7/27/09 hearing (.10); update hearing binder (.10); hand deliver same to Judge Fitzgerald per J. O'Neill request (.10). | .30 |
| 07/17/09 | Ament | Update hearing binders for Pachulski per J. O'Neill request (.20); various e-mails and telephone calls with P. Cuniff re: same (.20); hand deliver same to Judge Fitzgerald (.10); circulate agenda for 7/21/09 hearing to team (.10). | .60 |
| 07/21/09 | Ament | Various e-mails and telephone call with P. Cuniff re: agenda and hearing binders for 7/27/09 hearing (.50); obtain, organize and update hearing binders per | 1.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1897169
60026  Litigation and Litigation Consulting  Page    2
August 28, 2009
```

| Date | Name | | Hours |
|------|------|------|-------|
| | | J. O'Neill request (1.30); hand deliver same to Judge Fitzgerald (.10). | |
| 07/22/09 | Ament | Circulate agenda for 7/27/09 hearing to team. | .10 |
| 07/23/09 | Ament | E-mails re: 7/27/09 hearing. | .10 |
| 07/23/09 | Ament | Circulate amended agenda for 7/27/09 hearing to team (.10); e-mails re: said hearing (.10). | .20 |
| 07/24/09 | Ament | E-mails re: 7/27/09 hearing. | .10 |

```
                                             ------
                              TOTAL HOURS      4.10
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 4.10 at $ 175.00 = | | 717.50 |

```
                     CURRENT FEES                      717.50

                                             ------------
            TOTAL BALANCE DUE UPON RECEIPT      $717.50
                                             =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1897170
5400 Broken Sound Blvd., N.W.        Invoice Date        08/28/09
Boca Raton, FL 33487                 Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                         2,553.00
        Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,553.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1897170
5400 Broken Sound Blvd., N.W.            Invoice Date        08/28/09
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60029


================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2009

        Date   Name                                             Hours
        -----  --------                                         -----

    07/06/09 Ament         Attend to billing matters.            .10

    07/09/09 Muha          Review and revise fee and expense    1.40
                           entries for June 2009 fee
                           application, including additional
                           detail for various entries.

    07/10/09 Ament         Attend to billing matters relating    .60
                           to June monthly fee application
                           (.40); e-mail to J. Restivo re:
                           same (.10); meet with A. Muha re:
                           same (.10).

    07/13/09 Ament         Attend to billing matters relating    .20
                           to June monthly fee application.

    07/13/09 Muha          Add detail to expense entries and     .40
                           make additional changes to fee
                           application materials.

    07/21/09 Ament         Attend to billing matters relating    .20
                           to consultant fees (.10); various
                           e-mails re: same (.10).

    07/23/09 Muha          Review and revise fee and expense    1.10
                           detail for June 2009 monthly
                           application.

    07/27/09 Ament         E-mails re: June monthly fee          .40
                           application (.10); begin drafting
                           fee application and spreadsheets
                           re: same (.40).

```
172573 W. R. Grace & Co.                    Invoice Number  1897170
60029  Fee Applications-Applicant           Page   2
August 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/27/09 | Lord | E-file and serve CNO to Reed Smith May monthly fee application (.4); correspondence to R. Finke re: same (.1). | .50 |
| 07/28/09 | Ament | E-mails re: June monthly fee application (.10); calculate fees and expenses re: same (.70); continue preparing spreadsheets relating to same (.50); continue drafting June monthly fee application (.50). | 1.80 |
| 07/29/09 | Ament | E-mails with J. Lord re: June monthly fee application and quarterly fee application (.10); meet with A. Muha re: same (.10); finalize June monthly fee application (.10); e-mail same to J. Lord for DE filing (.10). | .40 |
| 07/29/09 | Lord | Revise, e-file and serve Reed Smith June monthly fee application (1.1); communicate with S. Ament re: quarterly application (.1) | 1.20 |
| 07/29/09 | Muha | Make final review of and revisions to June 2009 monthly fee application. | .80 |
| 07/31/09 | Ament | Attend to billing matters relating to consultant fee. | .10 |

```
                                                        ------
                                        TOTAL HOURS      9.20
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Andrew J. Muha | 3.70 at $ 400.00 = | | 1,480.00 |
| John B. Lord | 1.70 at $ 240.00 = | | 408.00 |
| Sharon A. Ament | 3.80 at $ 175.00 = | | 665.00 |

```
                  CURRENT FEES                          2,553.00


                                                    ------------
          TOTAL BALANCE DUE UPON RECEIPT               $2,553.00
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     1897171
One Town Center Road                      Invoice Date       08/28/09
Boca Raton, FL    33486                   Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                            23,142.50
         Expenses                             0.00

                        TOTAL BALANCE DUE UPON RECEIPT        $23,142.50
                                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1897171
One Town Center Road                      Invoice Date      08/28/09
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 07/06/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/06/09 | Cameron | Review materials for Solow mediation (0.4); review materials regarding Speights claim (.5). | .90 |
| 07/06/09 | Restivo | Telephone call with R. Finke (.2); review Solow mediation papers (.3). | .50 |
| 07/07/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/07/09 | Cameron | Prepare for and meet with J. Restivo regarding status of Grace PD claims, including Solow and Speights' claims (1.1); participate in call with R. Finke regarding same (0.8); review requests from K&E regarding Speights' expert witnesses (0.6). | 2.50 |
| 07/07/09 | Rea | Conference with J. Restivo re: property damage claims. | .40 |
| 07/07/09 | Restivo | Review of all open issues and meeting with D. Cameron and telephone conference with R. Finke. | 2.00 |
| 07/08/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1897171
60033  Claim Analysis Objection Resolution      Page    2
       & Estimation (Asbestos)
August 28, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 07/08/09 | Cameron | Review materials for Solow mediation (0.4); meet with J. Restivo regarding Speights claims issues (0.2); review Speights Canadian claims materials (0.9). | 1.50 |
| 07/08/09 | Restivo | Telephone conference with D. Speights and communications re: same to K&E and client. | 1.20 |
| 07/09/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to T. Rea re: same (.10). | .30 |
| 07/09/09 | Cameron | Attention to Speights' claims and status of settlements (0.5); review Solow materials (0.4). | .90 |
| 07/10/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/13/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/13/09 | Restivo | Research re:  Solow appeal. | .50 |
| 07/14/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/14/09 | Restivo | Negotiations with D. Speights re: settlements and Confirmation Hearing. | 1.50 |
| 07/15/09 | Ament | Assist team with various issues relating to PD claims (.30); obtain and provide deposition transcript and exhibits to K. Love per request re: deposition of Dr. Denise Martin (.30); various e-mails re: same (.10). | .70 |
| 07/15/09 | Cameron | Review materials from J. Restivo regarding Solow mediation. | .70 |
| 07/15/09 | Lofgren | Discussion with J. Restivo re Post-petition interest on asbestos property damage claims. | .20 |
| 07/15/09 | Restivo | Memos re:  Solow case. | 1.20 |

172573  W. R. Grace & Co.                          Invoice Number  1897171
60033   Claim Analysis Objection Resolution        Page    3
        & Estimation (Asbestos)
August 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|

07/15/09 Taddonio        RESPOND TO W.R. GRACE INQUIRY.           .10

07/16/09 Ament           Assist team with various issues          .20
                         relating to PD claims.

07/16/09 Restivo         Review Solow mediation paper and        1.00
                         research relating thereto.

07/19/09 Cameron         Review Speights' claim and Solow         .80
                         materials.

07/20/09 Ament           Assist team with various issues          .20
                         relating to PD claims.

07/21/09 Ament           Assist team with various issues          .20
                         relating to PD claims.

07/22/09 Ament           Assist team with various issues          .20
                         relating to PD claims.

07/22/09 DiCanio         Review case materials (.5);             1.00
                         research regarding post-judgment
                         interest (.5).

07/23/09 Ament           Assist team with various issues          .20
                         relating to PD claims.

07/24/09 Ament           Assist team with various issues          .20
                         relating to PD claims.

07/24/09 Lofgren         Research re obligation to pay           2.90
                         Post-petition interest to judgment
                         creditor with bonded appeal.

07/27/09 Ament           Assist team with various issues          .20
                         relating to PD claims.

07/27/09 Cameron         Review materials relating to Solow       .80
                         mediation and Speights claims.

07/27/09 DiCanio         Draft memo regarding post-judgment      2.50
                         interest in New York (1.3); finish
                         research regarding the same (1.2).

07/27/09 Lofgren         Research re judgment creditor's         3.10
                         right to post-petition interest
                         where appeal is bonded

172573 W. R. Grace & Co.    Invoice Number  1897171
60033  Claim Analysis Objection Resolution  Page  4
   & Estimation (Asbestos)
August 28, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 07/28/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/28/09 | Cameron | Attention to Solow claim materials for mediation. | .90 |
| 07/28/09 | DiCanio | Finalize memorandum regarding post-judgment interest. | .80 |
| 07/28/09 | Lofgren | Finalize research re judgment creditor's right to post-petition interest where bonded appeal pending (1.6); draft and revise memorandum to J. Restivo re same (6.6). | 8.20 |
| 07/28/09 | Restivo | Finalize certification of D. Martin deposition (.5); emails with Speights re: settlement papers (.2); review Speights pre-trial plan objections (.3). | 1.00 |
| 07/29/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/29/09 | Cameron | Review interest calculation materials (0.8); e-mails regarding same (0.3); review Solow post-trial briefs (0.9). | 2.00 |
| 07/30/09 | Restivo | Review trial research, appellate brief, appellate research in Solow and review legal research. | 3.20 |
| 07/31/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/31/09 | Cameron | Review materials relating to Solow mediation. | 1.10 |

                   ------
                TOTAL HOURS 47.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 12.10 | at | $ 630.00 | = | 7,623.00 |
| James J. Restivo Jr. | 12.10 | at | $ 685.00 | = | 8,288.50 |
| Traci Sands Rea | 0.40 | at | $ 455.00 | = | 182.00 |
| Gregory L. Taddonio | 0.10 | at | $ 435.00 | = | 43.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1897171
60033  Claim Analysis Objection Resolution  Page    5
       & Estimation (Asbestos)
August 28, 2009
```

```
    Jeanne S. Lofgren        14.40  at  $  330.00  =    4,752.00
    Michael N. DiCanio        4.30  at  $  345.00  =    1,483.50
    Sharon A. Ament           4.40  at  $  175.00  =      770.00

                             CURRENT FEES                    23,142.50


                                            ------------
                             TOTAL BALANCE DUE UPON RECEIPT    $23,142.50
                                            ============
```