REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1897184
One Town Center Road                    Invoice Date        08/28/09
Boca Raton, FL   33486                  Client Number        172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                      5,445.28

                    TOTAL BALANCE DUE UPON RECEIPT      $5,445.28
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1897184
One Town Center Road                    Invoice Date        08/28/09
Boca Raton, FL    33486                 Client Number        172573
                                        Matter Number         60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                      0.35
        PACER                                  5.28
        Duplicating/Printing/Scanning         35.40
        Consulting Fees                    1,510.00
        Courier Service - Outside          1,013.29
        Secretarial Overtime               1,383.00
        Meal Expense                       1,497.96

                    CURRENT EXPENSES                    5,445.28
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT     $5,445.28
                                                    =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1897184
One Town Center Road                Invoice Date      08/28/09
Boca Raton, FL   33486              Client Number      172573
                                    Matter Number       60026
```

=================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 06/04/09 | PACER | 1.52 |
| 06/17/09 | PACER | 3.76 |
| 06/17/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support for upcoming hearings. | 165.00 |
| 06/17/09 | Secretarial Overtime: Technical Support for K&E hearing prep re:  6/22 to 6/24 hearings. | 30.00 |
| 06/18/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support for upcoming hearings. | 37.50 |
| 06/19/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support for upcoming hearings. | 30.00 |
| 06/20/09 | Secretarial Overtime: Technical Support for K&E hearing prep re:  6/22 to 6/24 hearings. | 60.00 |
| 06/21/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support for upcoming hearings. | 360.00 |
| 06/21/09 | Secretarial Overtime: Technical Support for K&E hearing prep re:  6/22 to 6/24 hearings. | 360.00 |
| 06/22/09 | Secretarial Overtime: WR Grace:  Secretarial Support for Kirkland & Ellis team. | 217.50 |
| 06/22/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support in preparation for upcoming hearings. | 105.00 |
| 06/23/09 | Courier Service - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to BARBARA HARDING KIRKLAND & ELLIS LLP (WASHINGTON DC 20005). | 12.83 |

172573 W. R. Grace & Co.                              Invoice Number  1897184
60026  Litigation and Litigation Consulting           Page    2
August 28, 2009

| | | |
|---|---|---|
| 06/23/09 | Courier Service -  Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS LLC (CHICAGO IL 60654). | 26.19 |
| 06/23/09 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS LLC (CHICAGO IL 60654). | 26.19 |
| 06/23/09 | Courier Service -Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS LLC (CHICAGO IL 60654). | 26.19 |
| 06/23/09 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to Janet S Baer The Law Offices of Janet S. Baer (CHICAGO IL 60602). | 20.75 |
| 06/23/09 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to Janet S Baer The Law Offices of Janet S. Baer  (CHICAGO IL 60602). | 20.75 |
| 06/23/09 | Courier Service -Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to TED FREEDMAN KIRKLAND & ELLIS LLP (NEW YORK NY 10022). | 20.75 |
| 06/23/09 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to James E. O'Neill,  Pachulski Stang Ziehl Jones (WILMINGTON DE 19801). | 12.83 |
| 06/23/09 | Courier Service - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to James E. O'Neill,  Pachulski Stang Ziehl Jones (WILMINGTON DE 19801). | 12.83 |
| 06/23/09 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to JUSTIN BROOKS KIRKLAND & ELLIS LLP (NEW YORK NY 10022). | 20.75 |
| 06/23/09 | Courier Service - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to James E. O'Neill, Pachulski Stang Ziehl Jones (WILMINGTON DE 19801). | 12.83 |
| 06/23/09 | Courier Service -  UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS LLC (CHICAGO IL 60654). | 594.70 |
| 06/23/09 | Courier Service - UPS - Shipped from  REED SMITH LLP to Janet S Baer (CHICAGO IL 60602). | 2.26 |

172573  W. R. Grace & Co.                          Invoice Number  1897184
60026   Litigation and Litigation Consulting       Page    3
August 28, 2009

| | | |
|---|---|---:|
| 06/23/09 | Courier Service - UPS - Shipped from REED SMITH LLP to TED FREEDMAN KIRKLAND & ELLIS LLP (NEW YORK NY 10022). | 2.26 |
| 06/23/09 | Courier Service - UPS - Shipped from REED SMITH LLP to James E. O'Neill, Pachulski Stang Ziehl Jones (WILMINGTON DE 19801). | 1.68 |
| 06/23/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support in preparation for upcoming hearings. | 3.00 |
| 06/24/09 | Secretarial Overtime: WR Grace/Litigation: post-hearing secretarial support. | 15.00 |
| 07/09/09 | Meal Expense - - VENDOR: THE BAGEL FACTORY - Late morning meal for 15 (9 attorneys, 3 paralegals. 2 clients, 1 secretary) on 7/21/09 in prep. for hearings. | 294.68 |
| 07/09/09 | Meal Expense - - VENDOR: THE BAGEL FACTORY - Breakfasts/morning snacks for 15 (9 attorneys, 3 paralegals, 2 clients, 1 secretary) for prep. for confirmation hearings on June 22, 23, 24, 2009. | 1203.28 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP - DELIVERY TO US BANKRUPTCY COURT. | 5.00 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP - DELIVERY TO JUDGE FITZGERALD - 6/22/09. | 50.00 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP - DELIVERY TO JUDGE FITZGERALD - 6/18/09. | 50.00 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP - DELIVERY TO JUDGE FITZGERALD - 6/19/09. | 50.00 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP -DELIVERY TO US BANKRUPTCY COURT - 6/23/09. | 34.50 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP -  6/24/09. | 10.00 |
| 07/14/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                    Invoice Number  1897184
60026  Litigation and Litigation Consulting  Page    4
August 28, 2009

| | | |
|---|---|---|
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/17/09 | Telephone Expense<br>302-778-6442/WILMINGTON, DE/3 | .10 |
| 07/21/09 | Telephone Expense<br>302-778-6442/WILMINGTON, DE/5 | .25 |
| 07/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 343 COPIES | 34.30 |
| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 08/06/09 | Consulting Fees - - VENDOR: ARNOLD & PORTER<br>MARCH 2009 - - Expert consulting in March 2009<br>on TSCA issues in preparation for criminal<br>proceeding. | 1510.00 |

                              CURRENT EXPENSES            5,445.28
                                                       ------------
                     TOTAL BALANCE DUE UPON RECEIPT       $5,445.28
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1897186
One Town Center Road                    Invoice Date      08/28/09
Boca Raton, FL   33486                  Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                        963.62

                        TOTAL BALANCE DUE UPON RECEIPT        $963.62
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL  33486

| | |
|---|---|
| Invoice Number | 1897186 |
| Invoice Date | 08/28/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

========================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 1.95 |
| PACER | 26.64 |
| Documentation Charge | 26.00 |
| Duplicating/Printing/Scanning | 85.00 |
| Westlaw | 105.77 |
| Postage Expense | 0.44 |
| Express Mail Service | 17.99 |
| Courier Service - Outside | 110.79 |
| Lodging | 322.26 |
| Parking/Tolls/Other Transportation | 42.00 |
| Air Travel Expense | 162.20 |
| Taxi Expense | 55.70 |
| Meal Expense | 3.19 |
| Telephone - Outside | 3.69 |

                CURRENT EXPENSES                    963.62
                                                -------------

        TOTAL BALANCE DUE UPON RECEIPT          $963.62
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1897186
One Town Center Road                      Invoice Date       08/28/09
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 04/06/09 | Express Mail Service | 17.99 |
| 06/10/09 | Parking/Tolls/Other Transportation Parking - VENDOR: James J. Restivo Jr. - - parking at PIT airport for travel to Denise Martin deposition in NYC (6/10/09). | 42.00 |
| 06/10/09 | Air Travel Expense Travel Agent Fee - VENDOR: James J. Restivo Jr., Attend Deposition of Denise Martin in NY. Travel agent fee for flights. | 24.00 |
| 06/10/09 | Air Travel Expense Airfare - VENDOR: James J. Restivo Jr., Jun 10, 2009 - Attend Deposition of Denise Martin in NY. Flights from Pittsburgh, PA to LaGuardia, NY and return to Pittsburgh. | 138.20 |
| 06/10/09 | Telephone - Outside Telephone - VENDOR: James J. Restivo Jr., Jun 10, 2009 - Attend Deposition of Denise Martin in NY. Long Distance call | 3.69 |
| 06/10/09 | Meal Expense Lunch - VENDOR: James J. Restivo Jr., Jun 10, 2009 - Attend Deposition of Denise Martin in NY. Refreshment | 3.19 |
| 06/11/09 | Taxi Expense Taxi - VENDOR: James J. Restivo Jr., Jun 11, 2009 - Attend Deposition of Denise Martin in NY. Taxi from LaGuardia Airport to the Hotel Elysee. | 25.70 |

172573 W. R. Grace & Co.                          Invoice Number  1897186
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
August 28, 2009


| Date | Description | Amount |
|---|---|---|
| 06/11/09 | Taxi Expense Taxi - VENDOR: James J. Restivo Jr., Jun 11, 2009 - Attend Deposition of Denise Martin in NY. Taxi from RS NY office on Lexington to LaGuardia Airport. | 30.00 |
| 06/11/09 | Lodging - James J. Restivo Jr.,- - attend Deposition of Denise Martin (6/11/09) - - One night stay at Hotel Elysee (NYC). | 322.26 |
| 06/26/09 | PACER | 26.16 |
| 06/29/09 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 06/30/09 | PACER | .48 |
| 07/06/09 | Duplicating/Printing/Scanning ATTY # 0559; 20 COPIES | 2.00 |
| 07/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 07/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 07/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 07/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 07/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 07/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 07/07/09 | Telephone Expense 561-362-1533/BOCA RATON, FL/35 | 1.70 |
| 07/09/09 | Telephone Expense 803-943-4444/HAMPTON, SC/2 | .10 |
| 07/09/09 | Duplicating/Printing/Scanning ATTY # 0559; 16 COPIES | 1.60 |
| 07/09/09 | Duplicating/Printing/Scanning ATTY # 1048; 21 COPIES | 2.10 |
| 07/13/09 | Courier Service - Outside - - VENDOR: PARCELS, INC. DELIVERY | 5.00 |

172573  W. R. Grace & Co.                          Invoice Number  1897186
60033  Claim Analysis Objection Resolution         Page    3
       & Estimation (Asbestos)
August 28, 2009


| | | |
|---|---|---:|
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1 COPY | .10 |
| 07/14/09 | Telephone Expense<br>803-943-4444/HAMPTON, SC/3 | .15 |
| 07/15/09 | Courier Service - UPS - Shipped from<br>Sharon Ament Reed Smith LLP - Pittsburgh to<br>Kimberly Love Kirkland & Ellis LLP (CHICAGO IL 60654). | 91.94 |
| 07/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 439 COPIES | 43.90 |
| 07/15/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 13 COPIES | 1.30 |
| 07/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 94 COPIES | 9.40 |
| 07/16/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 73 COPIES | 7.30 |
| 07/16/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 12 COPIES | 1.20 |
| 07/21/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 07/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 07/22/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 07/22/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 18 COPIES | 1.80 |
| 07/23/09 | Courier Service -FEDEX TO B. HARDING. | 13.85 |
| 07/27/09 | Documentation Charge - - VENDOR: LINDA HALL<br>LIBRARY - LINDA HALL LIBRARY SERVICES ON<br>2/3/2009 | 26.00 |
| 07/27/09 | Westlaw - -  Legal research re: post-judgment<br>interest. | 105.77 |
| 07/27/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | .44 |
| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 4 COPIES | .40 |

172573 W. R. Grace & Co.                          Invoice Number  1897186
60033  Claim Analysis Objection Resolution        Page   4
       & Estimation (Asbestos)
August 28, 2009


| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
|---|---|---|
| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 07/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |

                              CURRENT EXPENSES              963.62
                                                         ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $963.62
                                                         =============