**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtors.** | ) | Objection Date: September 21, 2009 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY-SECOND MONTHLY INTERIM APPLICATION OF
PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN,
ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>JULY 1, 2009 THROUGH JULY 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | July 1, 2009 – July 31, 2009 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $182.85 |

This is a    <u> x </u> monthly              __ interim                 ___ final application

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**JULY 1-31, 2009**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 29.8 | NA |
| Case Administration Related | 9.9 | NA |
| Financial Analysis Related | 59.9 | NA |
| Hearings | 8.3 | NA |
| **TOTAL** | **107.9** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

Out-of-Pocket Expenses *(July 1, 2009 – July 31, 2009)*

7/29/09 Pacer charges                                    $  182.85

**TOTAL Out-of-Pocket Expenses:**                        **$  182.85**

Respectfully submitted,

PIPER JAFFRAY & CO.

By:*/S/ JASON SOLGANICK*
   Jason Solganick
   150 East 42nd St.
   New York, New York 10017
   (212) 284-9586
   Financial Advisor to David T. Austern,
   Asbestos PI Future Claimants' Representative

Dated: August 27, 2009

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.