# EXHIBIT A

## W.R. Grace

**PJC Time Records**
**July-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 7/1/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/2/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 7/2/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 7/2/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Pei Huang | 7/5/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 7/6/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 7/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 7/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/6/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/6/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 7/6/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 7/6/2009 | 0.5 | Financial Analysis | Exit financing analysis |
| Pei Huang | 7/6/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/7/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/7/2009 | 1.0 | Financial Analysis | Exit financing analysis |
| Pei Huang | 7/7/2009 | 0.5 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 7/8/2009 | 0.5 | Business Operations | Exit financing call |
| Desiree Davis | 7/8/2009 | 0.5 | Business Operations | Exit financing call |
| Jason Solganick | 7/8/2009 | 0.5 | Business Operations | Exit financing call |
| Jason Solganick | 7/8/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/8/2009 | 0.5 | Business Operations | Exit financing call |
| Pei Huang | 7/8/2009 | 1.0 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/9/2009 | 2.5 | Financial Analysis | Exit financing analysis |
| Jason Solganick | 7/9/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/9/2009 | 0.8 | Hearings | Telephonic court hearing |
| Pei Huang | 7/9/2009 | 4.0 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/10/2009 | 0.5 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 7/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/10/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 7/10/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 7/12/2009 | 2.5 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/13/2009 | 6.0 | Financial Analysis | Exit financing analysis |
| Desiree Davis | 7/13/2009 | 4.0 | Financial Analysis | Exit financing analysis |
| Jason Solganick | 7/13/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 7/13/2009 | 8.5 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/14/2009 | 2.5 | Financial Analysis | Exit financing analysis |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**July-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 7/14/2009 | 2.5 | Business Operations | Review of exit financing analysis |
| Jason Solganick | 7/14/2009 | 2.0 | Business Operations | Review of exit financing analysis |
| Jason Solganick | 7/14/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/14/2009 | 2.5 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/15/2009 | 3.5 | Business Operations | Review of Grace divestiture (Pegasus) |
| Jason Solganick | 7/15/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/15/2009 | 3.0 | Case Administration | Review of court docket |
| Bryan Cloncs | 7/16/2009 | 2.5 | Business Operations | Call regarding Grace divestiture (Pegasus) and analysis |
| Desiree Davis | 7/16/2009 | 1.5 | Business Operations | Call regarding Grace divestiture (Pegasus) and analysis |
| Jason Solganick | 7/16/2009 | 2.0 | Business Operations | Call regarding Grace divestiture (Pegasus) and analysis |
| Jason Solganick | 7/16/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/16/2009 | 0.5 | Business Operations | Call regarding Grace divestiture (Pegasus) |
| Bryan Cloncs | 7/17/2009 | 1.0 | Case Administration | Review of court docket |
| Bryan Cloncs | 7/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 7/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/17/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 7/17/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 7/20/2009 | 1.0 | Business Operations | Analysis re: exit financing |
| Bryan Cloncs | 7/20/2009 | 1.0 | Financial Analysis | Exit financing analysis |
| Desiree Davis | 7/20/2009 | 1.0 | Business Operations | Analysis re: exit financing |
| Jason Solganick | 7/20/2009 | 1.0 | Business Operations | Analysis re: exit financing |
| Jason Solganick | 7/20/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/21/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 7/22/2009 | 0.2 | Business Operations | Call regarding feasibility discovery |
| Desiree Davis | 7/22/2009 | 0.2 | Business Operations | Call regarding feasibility discovery |
| Jason Solganick | 7/22/2009 | 0.2 | Business Operations | Call regarding feasibility discovery |
| Jason Solganick | 7/22/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/22/2009 | 0.2 | Business Operations | Call regarding feasibility discovery |
| Bryan Cloncs | 7/23/2009 | 4.0 | Business Operations | Review of Grace divestiture (Pegasus) |
| Bryan Cloncs | 7/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 7/23/2009 | 3.0 | Business Operations | Review of Grace divestiture (Pegasus) |
| Desiree Davis | 7/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/23/2009 | 2.5 | Business Operations | Review of Grace divestiture (Pegasus) |
| Jason Solganick | 7/23/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 7/23/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 7/24/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 7/24/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/24/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 7/27/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/27/2009 | 5.0 | Hearings | Telephonic court hearing |
| Jason Solganick | 7/28/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/29/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/29/2009 | 1.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 7/30/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 7/30/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/30/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 7/30/2009 | 2.5 | Hearings | Telephonic court hearing |
| Bryan Cloncs | 7/31/2009 | 1.0 | Case Administration | Review of court docket |
| Jason Solganick | 7/31/2009 | 0.2 | Case Administration | Review court docket |