# EXHIBIT B

**W.R. Grace**
**Detail of expenses (July 1, 2009 – July 31, 2009)**

Research
Pacer Charges
Jason Solganick          07/29/09          $ 182.85

**Total Research:**          **$  182.85**

**TOTAL EXPENSES:**          $  182.85