IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

**REQUEST FOR JUDICIAL NOTICE NO. 2 OF *CREDITORS* ONEBEACON AMERICA INSURANCE COMPANY AND SEATON INSURANCE COMPANY**

Pursuant to Rule 201 of the Federal Rules of Evidence and Rule 9017 of the Federal Rules of Bankruptcy Procedure, OneBeacon America Insurance Company ("OneBeacon") and Seaton Insurance Company ("Seaton") hereby respectfully request that this Court take judicial notice of the existence and contents of the document described below, so that they may be considered part of the record at Phase II of the Confirmation Hearing.

Under Rule 201 of the Federal Rules of Evidence, a court may take "judicial notice of adjudicative facts" that are "not subject to reasonable dispute in that [they are] either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(a) & (b). Under Rule 201, "[a] court shall take judicial notice if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d).

It is appropriate for this Court to take judicial notice of its own files, including pleadings and other papers of record in this bankruptcy case and in related adversary proceedings. *See Southmark Prime Plus, L.P. v. Falzone*, 776 F. Supp. 888, 892 (D. Del. 1991). It is also appropriate for this Court to take judicial notice of facts contained in public or quasi-public records. *See Del Puerto Water Dist. v. U.S. Bureau of Reclamation*, 271 F. Supp. 2d 1224, 1232-33 (E.D. Cal. 2003); *Southmark Prime Plus, L.P. v. Falzone*, 776 F. Supp. 888, 892-93 (D. Del. 1991) (citing *Massachusetts v. Westcott*, 431 U.S. 322, 323 n.2 (1977)); *see also Oran v.*

*Stafford*, 226 F.3d 275, 289 (3d Cir. 2000) (SEC filings and facts contained therein); *Grassmueck v. Barnett*, 281 F. Supp. 2d 1227, 1232 (W.D. Wash. 2003) (facts contained in public corporate records kept by state officials); *Boone v. Menifee*, 387 F. Supp. 2d 338, 343 n.4 (S.D.N.Y. 2005) (facts available via official government web sites); *U.S. ex rel. Dingle v. BioPort Corp.*, 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003) (same); *In re Holstein*, 299 B.R. 211, 233 n.26 (Bankr. N.D. Ill. 2003) (same).  OneBeacon and Seaton request that the Court take judicial notice of the existence and contents of the following court document:

    1.    Verified Complaint for Declaratory and Injunctive Relief filed by the Debtors on or about April 2, 2001, in the adversary proceeding before this Court entitled *W.R. Grace & Co., et al. v. Margaret Chakarian, et al.,* Adv. No. A-01-771, attached hereto as Exhibit "1," and pre-marked as trial exhibit PP 243.

Dated:  August 31, 2009

Respectfully submitted,

/s/  David P. Primack
Warren T. Pratt (DE 4334)
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200

- and -

Michael F. Brown (*pro hac vice*)
Jeffrey M. Boerger (*pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700

*Counsel for OneBeacon America Insurance Company and Seaton Insurance Company*