# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on the 31st day of August, 2009, copies of the *Request for Judicial Notice No. 2 of Creditors OneBeacon America Insurance Company and Seaton Insurance Company* were electronically filed on the CM/ECF system for the United States Bankruptcy Court for the District of Delaware, and thereby served on all registered parties. In addition, on the 31st day of August, 2009, copies of the same were served by the manner indicated on all recipients identified on the attached Service List.

Dated: August 31, 2009                      **DRINKER BIDDLE & REATH LLP**

/s/  David P. Primack
Warren T. Pratt (DE 4334)
David P. Primack (DE 4449)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200

*Counsel for OneBeacon America Insurance Company and Seaton Insurance Company*

*Overnight Courier*
(Counsel to Asbestos PI Committee)
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle NW, Suite 1100
Washington, DC 20005

*Overnight Courier*
(Counsel to David T. Austern, Asbestos PI Future Claimants' Representative)
Jonathan Guy, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street NW
Washington, DC 20005-1706

*Overnight Courier*
(Counsel to Debtors)
Lisa Esayian, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*Overnight Courier*
(Counsel to Equity Committee)
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036