**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related Docket Nos. 22814, 23018 |
| | ) | |
| | ) | Objection Deadline Sept. 1, 2009 at 4:00 p.m. |
| | ) | Hearing Sept. 8, 2009 at 11:00 a.m. |

### CNA COMPANIES' JOINDER TO ARROWOOD'S MOTION TO STRIKE, AND OBJECTIONS TO, THE LIBBY CLAIMANTS' DESIGNATION OF THE DEPOSITIONS OF TWENTY-ONE INDIVIDUAL CLAIMANTS TAKEN OUTSIDE THE BANKRUPTCY

PLEASE TAKE NOTICE that the CNA Companies hereby join Arrowood's Motion to Strike, and Objections to, the Libby Claimants' Designation of the Depositions of Twenty-One Individual Claimants Taken Outside the Bankruptcy (Docket No. 23018), based on the objections previously raised to such designations by the CNA Companies. *See* CNA's Objections to Certain Deposition Designations of the Libby Claimants, BNSF Railway Company, and the State of Montana (Docket No. 22892).

Dated: August 31, 2009

ROSENTHAL, MONHAIT & GODDESS, P.A.

Edward B. Rosenthal (*Bar No. 3131*)
1919 Market Street, Suite 1401
Wilmington, Delaware 19899
Telephone: (302) 656-4433
Facsimile: (302) 658-7567

-AND-

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

-AND-

FORD MARRIN ESPOSITO WITMEYER &
GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
Facsimile: (212) 344-4294

*Counsel for Continental Casualty Company,
Continental Insurance Company and their
American insurance affiliates*