IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtors.** | ) | |
| | ) | |
| | | Re: Docket No. 22819 |

**NOTICE OF SUBMISSION OF PLAN PROPONENTS' FINAL ORDER OF
WITNESSES AND ESTIMATED TIME OF TESTIMONY FOR PHASE II OF THE
CONFIRMATION HEARING**

Please take notice that the above-captioned debtors (the "Debtors"), together with the

Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Equity

Security Holders, and the Asbestos PI Future Claimants' Representative (collectively the "Plan

Proponents"), hereby submit this final order of witnesses and estimated time of testimony for

Phase II of the Confirmation Hearing, and respectfully state as follows:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.	Pursuant to the Fourth Amended Case Management Order ("CMO"), entered on August 17, 2009 [Dkt. No. 22819] and the timing agreed to at the hearing before this Court on August 24, 2009, attached at <u>Exhibit A</u> hereto is the Plan Proponents' final order of witnesses and estimated time of testimony for Phase II of the Confirmation Hearing ("PP Final Order of Proof").

2.	The PP Final Order of Proof attempts to take into account all witnesses who are expected to be called during the trial on behalf of the Plan Proponents and other parties who are participating in Phase II of the Confirmation Hearing. The PP Final Order of Proof reflects for the Court areas of agreement and disagreement with respect to allocated time for certain witnesses, which have been the subject of negotiations between the Plan Proponents and the other parties in these proceedings. The Plan Proponents conducted an initial meet and confer with these interested parties on August 20, 2009, and conducted another meet and confer with these parties on August 28, 2009. In addition, the Plan Proponents have spoken to and corresponded with various parties during this time, and have incorporated changes that were received from such parties. The Plan Proponents believe that the attached PP Final Order of Proof is an accurate reflection of what has and has not been agreed to with the other parties who will be participating in Phase II of the Confirmation Hearing.

K&E 15538394.2


Dated: August 31, 2009  
Wilmington, Delaware

Respectfully submitted,

KIRKLAND & ELLIS LLP  
David M. Bernick, P.C.  
Theodore L. Freedman  
Deanna D. Boll  
601 Lexington Avenue  
New York, NY  10022  
Telephone: (212) 446-4800  
Facsimile: (212) 446-4900

Barbara Harding  
655 Fifteenth Street, N.W.  
Washington, D.C. 20005  
Telephone: (202) 879-5000  
Facsimile:  (202) 879-5200

and

THE LAW OFFICES OF JANET S. BAER, P.C.  
Janet S. Baer, P.C.  
70 W. Madison Street  
Suite 2100  
Chicago, IL 60602  
Telephone: (312) 641-2162

and

  /s/ James E. O'Neill  
PACHULSKI, STANG, ZIEHL & JONES LLP  
James E. O'Neill (Bar No. 4042)  
Timothy Cairns (Bar No. 4228)  
919 North Market Street, 16th Floor  
P.O. Box 8705  
Wilmington, Delaware 19899-8705  
(Courier 19801)  
Telephone: (302) 652-4100  
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*

K&E 15538394.2

CAMPBELL & LEVIN, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Kevin Maclay
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

4

PHILIPS, GOLDMAN & SPENCE, P.A.


   */s/ John C. Philips*
John C. Philips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone:  (302) 655-4200
Facsimile:  (302) 655-4210

<u>and</u>

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

5

SAUL EWING LLP

 /s/ Teresa K.D. Currier
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone:  (302) 421-6800
Facsimile:  (302) 421-6813

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10022
Telephone:  (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee of Equity Security Holders*

6