# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

August 26, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 525668
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

#### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $560.00 |
| DISBURSEMENTS | 4,141.13 |
| MATTER TOTAL | $4,701.13 |

#### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $21,442.50 |
| DISBURSEMENTS | 4,284.00 |
| MATTER TOTAL | $25,726.50 |

#### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $784.00 |
| DISBURSEMENTS | 8.45 |
| MATTER TOTAL | $792.45 |

#### 056772-00019/HEARINGS

| | |
|---|---:|
| FEES | $4,648.00 |
| DISBURSEMENTS | 142.40 |
| MATTER TOTAL | $4,790.40 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 525668 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2259142.1

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---|
| FEES.................................................................................................................. | $1,260.00 |
| DISBURSEMENTS ........................................................................................... | 0.00 |
| MATTER TOTAL............................................................................................. | $1,260.00 |
| | |
| CLIENT GRAND TOTAL.................................................................................. | $37,270.48 |

KL4 2259142.1

Kramer Levin Naftalis & Frankel LLP                                     Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                       August 26, 2009
056772-00001                                                            Invoice No. 525668

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/10/09 | BLABEY, DAVID E | Review recent docket entries. | 0.50 | 280.00 |
| 07/22/09 | BLABEY, DAVID E | Review recent docket entries. | 0.50 | 280.00 |
| **TOTAL HOURS AND FEES** | | | **1.00** | **$560.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 30.00 |
| TABS | 44.00 |
| PHOTOCOPYING | 146.50 |
| LONG-DISTANCE TEL. | 13.37 |
| COURTLINK SEARCHES | 16.56 |
| TRANSCRIPT FEES | 3,890.70 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$4,141.13** |

**TOTAL FOR THIS MATTER**                                              **$4,701.13**

KL4 2259142.1

Kramer Levin Naftalis & Frankel LLP                                          Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                August 26, 2009
056772-00007                                                     Invoice No. 525668

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/09 | BLABEY, DAVID E | Review plan proponents' objection to phase I insurer designations. | 0.30 | 168.00 |
| 07/01/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 07/09/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| 07/10/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 07/14/09 | BLABEY, DAVID E | Review drafts of plan proponents post trial briefs (1.3) and prep for plan proponents' strategy meeting (.7). | 2.00 | 1,120.00 |
| 07/15/09 | HOROWITZ, GREGORY A. | review lender briefs re impairment (1.5); plan proponents meeting at K&E (3.5); dws David B, next steps re same (1.0) | 6.00 | 4,290.00 |
| 07/15/09 | BENTLEY, PHILIP | Review emails | 0.20 | 152.00 |
| 07/15/09 | BLABEY, DAVID E | attend plan proponents strategy meeting at K&E (7) and report on same to client (.5). | 7.50 | 4,200.00 |
| 07/16/09 | BENTLEY, PHILIP | Review emails | 0.20 | 152.00 |
| 07/17/09 | BENTLEY, PHILIP | Discs GAH and DB, and trade emails, re plan issues | 0.30 | 228.00 |
| 07/17/09 | BLABEY, DAVID E | Discs P. Bentley and G. Horowitz re impairment issues. | 0.10 | 56.00 |
| 07/17/09 | HOROWITZ, GREGORY A. | tc PB, David B (.5); review draft pretrial submissions (1.0) | 1.50 | 1,072.50 |
| 07/17/09 | MANNAL, DOUGLAS | Attn to plan proponent impairment brief | 1.90 | 1,273.00 |
| 07/20/09 | BENTLEY, PHILIP | Trade emails re plan issues | 0.30 | 228.00 |
| 07/21/09 | BLABEY, DAVID E | Discs D. Mannal re omnibus hearing prep. | 0.10 | 56.00 |
| 07/21/09 | BENTLEY, PHILIP | Review emails | 0.20 | 152.00 |
| 07/22/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 07/23/09 | BLABEY, DAVID E | Review Phase II pre-trial statements submitted by plan objectors. | 2.00 | 1,120.00 |
| 07/24/09 | BLABEY, DAVID E | Review and draft chart re pre-trial statements of objectors (5) and email to client re same (.2) | 5.20 | 2,912.00 |
| 07/27/09 | BLABEY, DAVID E | draft memo to client re omnibus hearing | 1.00 | 560.00 |
| 07/28/09 | BENTLEY, PHILIP | Discs Ted Weschler, Greg Horowitz and David Blabey, and trade emails, re confirmation discovery | 1.00 | 760.00 |

KL4 2259142.1

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/28/09 | BLABEY, DAVID E | Review and edit draft responses to Anderson M. Hosp. RFPs (.5); call to client re deposition notice (.3) and discs P. Bentley re same (.6). | 1.40 | 784.00 |
| 07/29/09 | BENTLEY, PHILIP | TC K. Pasquale, and trade emails, re upcoming deps | 0.30 | 228.00 |
| 07/29/09 | BLABEY, DAVID E | Meet and confer with all proponents and objectors in advance of pre-trial hearing. | 0.90 | 504.00 |
| 07/30/09 | BENTLEY, PHILIP | Trade emails re confirmation discovery | 0.20 | 152.00 |
| 07/31/09 | MANNAL, DOUGLAS | Attn Scotts Company settlement | 0.50 | 335.00 |
| 07/31/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 07/31/09 | BLABEY, DAVID E | Review proposed settlement agreement (.6) and email to client re same (.4). | 1.00 | 560.00 |

**TOTAL HOURS AND FEES**                                          **34.60**    **$21,442.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 1.40 |
| TRANSCRIPT FEES | 4,140.10 |
| OTHER FEES | 142.50 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                          **$4,284.00**

**TOTAL FOR THIS MATTER**                                          **$25,726.50**

KL4 2259142.1

Kramer Levin Naftalis & Frankel LLP

Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

August 26, 2009
Invoice No. 525668

### FEE APPLICATIONS, APPLICANT

#### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/24/09 | BLABEY, DAVID E | Prepare June fee application | 0.40 | 224.00 |
| 07/30/09 | BLABEY, DAVID E | Prepare June fee application. | 1.00 | 560.00 |
| **TOTAL HOURS AND FEES** | | | **1.40** | **$784.00** |

#### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 8.45 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$8.45** |

**TOTAL FOR THIS MATTER**            **$792.45**

KL4 2259142.1

Kramer Levin Naftalis & Frankel LLP                                       Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                         August 26, 2009
056772-00019                                                              Invoice No. 525668

### HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/27/09 | BLABEY, DAVID E | Attend omnibus hearing in Delaware. | 5.50 | 3,080.00 |
| 07/30/09 | BLABEY, DAVID E | Telephonic omnibus hearing/pre-trial hearing. | 2.80 | 1,568.00 |
| **TOTAL HOURS AND FEES** | | | **8.30** | **$4,648.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| CAB FARES | 7.40 |
| OTHER FEES | 135.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$142.40** |

**TOTAL FOR THIS MATTER**                                                 **$4,790.40**

Kramer Levin Naftalis & Frankel LLP

Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00028

August 26, 2009
Invoice No. 525668

## TRAVEL\NON-WORKING

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/27/09 | BLABEY, DAVID E | Travel to and back from omnibus hearing. | 4.50 | 1,260.00 |
| **TOTAL HOURS AND FEES** | | | **4.50** | **$1,260.00** |

**TOTAL FOR THIS MATTER**                                $1,260.00

KL4 2259142.1