# EXHIBIT B

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32

Matter No: 056772-00001                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
--------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
--------------------------------------------------------------------------------------------------------------------------
         UNBILLED TIME FROM:                            TO:
         UNBILLED DISB FROM:     06/01/2009             TO:     07/31/2009
--------------------------------------------------------------------------------------------------------------------------
                                         FEES                          COSTS
                                         ------                        ------------
        GROSS BILLABLE AMOUNT:               0.00                        4,141.13
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                              07/31/2009
   CLOSE MATTER/FINAL BILLING?   YES   OR   NO
    EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
           BILLING COMMENTS:


--------------------------------------------------------------------------------------------------------------------------
                               ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                               ---------------------------                     ----------------
              FEES:                      0.00
      DISBURSEMENTS:                  4,141.13
        FEE RETAINER:                    0.00         UNIDENTIFIED RECEIPTS:       0.00
       DISB RETAINER:                    0.00            PAID FEE RETAINER:        0.00
    TOTAL OUTSTANDING:               4,141.13           PAID DISB RETAINER:        0.00
                                                     TOTAL AVAILABLE FUNDS:       0.00
                                                            TRUST BALANCE:
                                              BILLING HISTORY
                                              ----------------
    DATE OF LAST BILL:            07/27/09         LAST PAYMENT DATE:          08/04/09
    LAST BILL NUMBER:             522790    ACTUAL FEES BILLED TO DATE:      353,987.50
                                         ON ACCOUNT FEES BILLED TO DATE:          0.00
                                            TOTAL FEES BILLED TO DATE:      353,987.50
    LAST BILL THRU DATE:          06/30/09    FEES WRITTEN OFF TO DATE:       83,606.50
                                             COSTS WRITTEN OFF TO DATE:       22,535.35
FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
                                 ----------------------------
          (1) Exceeded Fixed Fee     (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted (5) Business Development   (8) Premium
          (3) Pre-arranged Discount  (6) Summer Associate        (9) Rounding            (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                            Oldest      Latest        Total
                                             Entry       Entry         Amount
----  ----------------------------           ------      ------      ----------
0816  VELOBINDINGS                           07/14/09    07/14/09         30.00
0817  TABS                                   07/14/09    07/14/09         44.00
0820  PHOTOCOPYING                           07/14/09    07/16/09        146.50
0840  MANUSCRIPT SERVICE                     07/23/09    07/23/09          0.00
0885  LONG-DISTANCE TEL.                     07/31/09    07/31/09         13.37
0924  COURTLINK SEARCHES                     06/01/09    07/31/09         16.56
0980  TRANSCRIPT FEES                        07/06/09    07/06/09      3,890.70


          Total                                                       4,141.13


U N B I L L E D   C O S T S   D E T A I L
Description/Code                               Employee          Date          Amount      Index#  Batch No  Batch Date
------------------------------------------    ---------         ------        ----------   ------- --------- ----------


VELOBINDINGS 0816
     VELOBINDINGS
     BLABEY  DAVID E      17135   BINDING       BLABEY, D E       07/14/09       30.00      8766025  761604   07/20/09

                                              0816 VELOBINDINGS Total :         30.00


TABS 0817
     TABS
     BLABEY  DAVID E      17135   TABS          BLABEY, D E       07/14/09       44.00      8765993  761603   07/20/09

                                              0817 TABS Total :                 44.00


PHOTOCOPYING 0820
     PHOTOCOPYING                               BLABEY, D E       07/14/09      146.10      8763327  760805   07/16/09
     BLABEY  DAVID E
     PHOTOCOPYING                               BLABEY, D E       07/14/09        0.40      8763328  760805   07/16/09
     BLABEY  DAVID E
                                              0820 PHOTOCOPYING Total :         146.50


MANUSCRIPT SERVICE 0840
     MANUSCRIPT SERVICE                         TAYLOR, P         07/23/09        0.00      8773789  765711   07/29/09
                                              0840 MANUSCRIPT SERVICE Total :     0.00


LONG-DISTANCE TEL. 0885
     PREMIERE CONFERENCING                      CATON, A          07/31/09       13.37      8780808  768327   07/31/09
     LONG DISTANCE TELEPHONE - VENDOR- PREMIERE
     CONFERENCING

                                              0885 LONG-DISTANCE TEL. Total :    13.37


COURTLINK SEARCHES 0924
     COURTLINK SEARCHES                         NG, E N           06/01/09        0.38      8776288  766748   07/29/09

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE     3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32


Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                        Employee            Date            Amount       Index#   Batch No   Batch Date
-----------------------------------     --------            ------          -----------  -------  --------   ----------
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| COURTLINK SEARCHES | NG, E N | 06/02/09 | 0.38 | 8776289 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/03/09 | 0.38 | 8776290 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/04/09 | 0.38 | 8776291 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/05/09 | 0.38 | 8776292 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/08/09 | 0.38 | 8776293 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/09/09 | 0.38 | 8776294 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/10/09 | 0.38 | 8776295 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/11/09 | 0.38 | 8776296 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/12/09 | 0.38 | 8776297 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/15/09 | 0.38 | 8776298 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/16/09 | 0.38 | 8776299 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/17/09 | 0.38 | 8776300 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/18/09 | 0.38 | 8776301 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/19/09 | 0.38 | 8776302 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/22/09 | 0.38 | 8776303 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/23/09 | 0.38 | 8776304 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/24/09 | 0.38 | 8776305 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/25/09 | 0.38 | 8776306 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/26/09 | 0.38 | 8776307 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/29/09 | 0.38 | 8776308 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 06/30/09 | 0.38 | 8776309 | 766748 | 07/29/09 |
| COURTLINK SEARCHES | NG, E N | 07/01/09 | 0.41 | 8796050 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/02/09 | 0.41 | 8796051 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/06/09 | 0.41 | 8796052 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/07/09 | 0.41 | 8796053 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/08/09 | 0.41 | 8796054 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/09/09 | 0.41 | 8796055 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/10/09 | 0.41 | 8796056 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/13/09 | 0.41 | 8796057 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/14/09 | 0.41 | 8796058 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/15/09 | 0.41 | 8796059 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/16/09 | 0.41 | 8796060 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/17/09 | 0.41 | 8796061 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/20/09 | 0.41 | 8796062 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/21/09 | 0.41 | 8796063 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/22/09 | 0.41 | 8796064 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/23/09 | 0.41 | 8796065 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/24/09 | 0.41 | 8796066 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/27/09 | 0.41 | 8796067 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/30/09 | 0.41 | 8796068 | 777237 | 08/20/09 |
| COURTLINK SEARCHES | NG, E N | 07/31/09 | 0.41 | 8796069 | 777237 | 08/20/09 |
| | 0924 COURTLINK SEARCHES Total : | | 16.56 | | | |

```
TRANSCRIPT FEES 0980
     MAGNA LEGAL SERVICES LLC           BLABEY, D E         07/06/09        1,510.00    8765120  761225     07/17/09
     MAGNA LEGAL SERVICES LLC
```

alp_132r: Matter Detail

Run Date & Time: 08/27/2009 10:20:32

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2933359
Bill Frequency: M

Status    : ACTIVE

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MAGNA LEGAL SERVICES LLC | BLABEY, D E | 07/06/09 | 1,424.30 | 8765121 | 761225 | 07/17/09. |
| MAGNA LEGAL SERVICES LLC | | | | | | |
| MAGNA LEGAL SERVICES LLC | BLABEY, D E | 07/06/09 | 956.40 | 8765122 | 761225 | 07/17/09 |
| MAGNA LEGAL SERVICES LLC | | | | | | |
| | 0980 TRANSCRIPT FEES Total : | | 3,890.70 | | | |

Costs Total :                                      4,141.13

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     5
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:        2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

BILLING   INSTRUCTIONS  FOR  UNBILLED   COSTS  SUMMARY
Code Description          Amount          Bill      W/o / W/u      Transfer  To   Clnt/Mtr    Carry Forward
----------------------   ----------------  -----------  ----------------  -----------------------------  ----------------

0816 VELOBINDINGS                30.00    _____  _____  _____  _____

0817 TABS                        44.00    _____  _____  _____  _____

0820 PHOTOCOPYING               146.50    _____  _____  _____  _____

0840 MANUSCRIPT SERVICE           0.00    _____  _____  _____  _____

0885 LONG-DISTANCE TEL.          13.37    _____  _____  _____  _____

0924 COURTLINK SEARCHES          16.56    _____  _____  _____  _____

0980 TRANSCRIPT FEES          3,890.70    _____  _____  _____  _____


        Costs Total :       4,141.13    _____  _____  _____  _____

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE    6
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32


Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status    : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------
           UNBILLED TIME FROM:                          TO:
           UNBILLED DISB FROM:   05/01/2009             TO:     07/27/2009
-----------------------------------------------------------------------------------------------------------------------
                                       FEES                     COSTS
                                       ------                   -----------
         GROSS BILLABLE AMOUNT:                 0.00                   4,284.00
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
             ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                  THRU DATE:                                          07/27/2009
   CLOSE MATTER/FINAL BILLING?     YES    OR   NO
   EXPECTED DATE OF COLLECTION:


     BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
          BILLING COMMENTS:



-----------------------------------------------------------------------------------------------------------------------
                                ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                -------------------------                       --------------
              FEES:                            0.00
       DISBURSEMENTS:                      4,284.00    UNIDENTIFIED RECEIPTS:         0.00
         FEE RETAINER:                         0.00        PAID FEE RETAINER:         0.00
        DISB RETAINER:                         0.00       PAID DISB RETAINER:         0.00
    TOTAL OUTSTANDING:                     4,284.00    TOTAL AVAILABLE FUNDS:         0.00
                                                             TRUST BALANCE:
                                             BILLING HISTORY
                                             ---------------
       DATE OF LAST BILL:          07/27/09          LAST PAYMENT DATE:     08/04/09
       LAST BILL NUMBER:           522790 ACTUAL FEES BILLED TO DATE:    716,763.00
                                        ON ACCOUNT FEES BILLED TO DATE:        0.00
                                          TOTAL FEES BILLED TO DATE:    716,763.00
     LAST BILL THRU DATE:          06/30/09  FEES WRITTEN OFF TO DATE:      -280.00
                                           COSTS WRITTEN OFF TO DATE:      2,121.18
FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
                               --------------------------
       (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
       (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
       (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding           (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    7
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32


Matter No: 056772-00007                                      Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status    : ACTIVE

UNBILLED   COSTS   SUMMARY ------------- Total Unbilled ----------------
Code  Description                    Oldest     Latest       Total
                                     Entry      Entry        Amount
----  -----------------------------  ------     ------     -----------
0820  PHOTOCOPYING                   07/23/09   07/23/09          1.40
0980  TRANSCRIPT FEES                05/01/09   05/04/09      4,140.10
0990  OTHER FEES                     07/27/09   07/27/09        142.50


          Total                                              4,284.00


UNBILLED   COSTS   DETAIL
Description/Code                          Employee          Date        Amount      Index#  Batch No  Batch Date
-----------------------------------      --------          ------     -----------   ------- --------- ----------

PHOTOCOPYING 0820
     PHOTOCOPYING                         BLABEY, D E       07/23/09        1.40    8772881  765494   07/28/09
     BLABEY DAVID E
                                         0820 PHOTOCOPYING Total :         1.40

TRANSCRIPT FEES 0980
     MAGNA LEGAL SERVICES LLC             BLABEY, D E       05/01/09    1,750.20    8777656  767431   07/30/09
     MAGNA LEGAL SERVICES LLC 1 certified copy of
     transcript of:  Peter Van N. Lockwood.
     MAGNA LEGAL SERVICES LLC             HOROWITZ, G A     05/01/09    1,750.20    8793482  776219   08/18/09
     MAGNA LEGAL SERVICES LLC
     MAGNA LEGAL SERVICES LLC             BLABEY, D E       05/04/09      639.70    8777657  767431   07/30/09
     MAGNA LEGAL SERVICES LLC 1 certified copy of tra
     nscript of:  Peter Van N. Lockwood.
                                         0980 TRANSCRIPT FEES Total :   4,140.10

OTHER FEES 0990
     PLATINUM PLUS FOR BUSINE             HOROWITZ, G A     07/27/09      142.50    8776023  766704   07/29/09
     PLATINUM PLUS FOR BUSINESS 05/22/09 - COURTCALL
     LLC - GREGORY HOROWITZ- MHU
                                         0990 OTHER FEES Total :         142.50


          Costs Total :                                     4,284.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    8
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32


Matter No: 056772-00007                                        Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : REORGANIZATION PLAN                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

BILLING   INSTRUCTIONS   FOR  UNBILLED   COSTS  SUMMARY
Code Description          Amount          Bill       W/o / W/u         Transfer  To   Clnt/Mtr    Carry Forward
-----------------------  ------------------           ----------- ----------------  -------------------------------- ----------------

0820 PHOTOCOPYING               1.40      _____ _____ _____ _____

0980 TRANSCRIPT FEES        4,140.10      _____ _____ _____ _____

0990 OTHER FEES               142.50      _____ _____ _____ _____



           Costs Total :   4,264.00      _____ _____ _____ _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    9
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

Special Billing Instructions:
--------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
--------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                     TO:
              UNBILLED DISB FROM:      07/30/2009                     TO:      07/30/2009
--------------------------------------------------------------------------------------------------------------------------------
                                            FEES                              COSTS
                                            ------                           -----------
        GROSS BILLABLE AMOUNT:                          0.00                              8.45
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
            ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:                                                     07/30/2009
   CLOSE MATTER/FINAL BILLING?      YES    OR    NO
   EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


--------------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH
                                    ---------------------------                    ------------------
                    FEES:                          0.00
            DISBURSEMENTS:                          8.45         UNIDENTIFIED RECEIPTS:      0.00
            FEE RETAINER:                          0.00             PAID FEE RETAINER:      0.00
           DISB RETAINER:                          0.00            PAID DISB RETAINER:      0.00
       TOTAL OUTSTANDING:                          8.45         TOTAL AVAILABLE FUNDS:      0.00
                                                                       TRUST BALANCE:
                                                     BILLING HISTORY
                                                     ----------------
        DATE OF LAST BILL:              07/27/09          LAST PAYMENT DATE:      08/04/09
        LAST BILL NUMBER:               522790  ACTUAL FEES BILLED TO DATE:   200,167.00
                                                ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                 TOTAL FEES BILLED TO DATE:   200,167.00
     LAST BILL THRU DATE:               06/30/09  FEES WRITTEN OFF TO DATE:    19,208.00
                                                COSTS WRITTEN OFF TO DATE:        601.76
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    ---------------------------
        (1) Exceeded Fixed Fee      (4) Excessive Legal Time     (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development     (8) Premium
        (3) Pre-arranged Discount   (6) Summer Associate          (9) Rounding              (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by: _____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   10
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32


Matter No: 056772-00008                            Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                        Oldest      Latest           Total
                                         Entry       Entry            Amount
----  -----------------------------      ------      ------       -----------
0840  MANUSCRIPT SERVICE                 07/30/09    07/30/09            0.00
0930  MESSENGER/COURIER                  07/30/09    07/30/09            8.45

          Total                                                         8.45


U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee         Date         Amount      Index#  Batch No  Batch Date
-------------------------------------       --------         ------       -----------  ------- --------- ----------


MANUSCRIPT SERVICE 0840
     MANUSCRIPT SERVICE                     TAYLOR, P        07/30/09         0.00     8780663  768320    08/03/09
                                            0840 MANUSCRIPT SERVICE Total :  0.00

MESSENGER/COURIER 0930
     FEDERAL EXPRESS CORPORAT               BLABEY, D E      07/30/09         8.45     8791423  774427    08/13/09
     Saul Ewing LLP
                                            0930 MESSENGER/COURIER Total :    8.45



          Costs Total :                                                      8.45
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    11
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount          Bill       W/o / W/u       Transfer  To   Clnt/Mtr      Carry Forward
----------------------- -------------------          ----------- ----------------- ------------------------------- ----------------

0840 MANUSCRIPT SERVICE            0.00

0930 MESSENGER/COURIER             8.45


            Costs Total :          8.45

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   12
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32
```

```
Matter No: 056772-00019                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status     : ACTIVE
```

Special Billing Instructions:

--------------------------------------------------------------------------------------------------------------------
                                          PRE-BILLING SUMMARY REPORT
--------------------------------------------------------------------------------------------------------------------
```
            UNBILLED TIME FROM:                          TO:
            UNBILLED DISB FROM:    07/27/2009            TO:    07/27/2009
```
--------------------------------------------------------------------------------------------------------------------
```
                                      FEES                     COSTS
                                      ------                   -----------
        GROSS BILLABLE AMOUNT:            0.00                    142.40
        AMOUNT WRITTEN DOWN:     _____           _____
                   PREMIUM:      _____           _____
          ON ACCOUNT BILLED:     _____           _____
   DEDUCTED FROM PAID RETAINER:  _____           _____
             AMOUNT BILLED:      _____           _____
                 THRU DATE:                                  07/27/2009
   CLOSE MATTER/FINAL BILLING?   YES   OR   NO
   EXPECTED DATE OF COLLECTION:  _____

       BILLING PARTNER APPROVAL:                         _____

                                 BENTLEY PHILIP - 02495  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
           BILLING COMMENTS:
```

```
                                 ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                 --------------------------                   --------------
                 FEES:                    0.00
         DISBURSEMENTS:                 142.40
           FEE RETAINER:                  0.00      UNIDENTIFIED RECEIPTS:         0.00
          DISB RETAINER:                  0.00         PAID FEE RETAINER:          0.00
      TOTAL OUTSTANDING:                142.40        PAID DISB RETAINER:          0.00
                                                   TOTAL AVAILABLE FUNDS:         0.00
                                                          TRUST BALANCE:
                                          BILLING HISTORY
                                          ---------------
       DATE OF LAST BILL:      07/27/09          LAST PAYMENT DATE:       08/14/09
       LAST BILL NUMBER:        522790  ACTUAL FEES BILLED TO DATE:   367,722.50
                                      ON ACCOUNT FEES BILLED TO DATE:        0.00
                                        TOTAL FEES BILLED TO DATE:    367,722.50
   LAST BILL THRU DATE:        06/30/09  FEES WRITTEN OFF TO DATE:     11,388.18
                                        COSTS WRITTEN OFF TO DATE:      1,772.20
FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
                                 ---------------------------
        (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development     (8) Premium
        (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   13
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32


Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                          Oldest      Latest         Total
                                           Entry       Entry          Amount
----  -----------------------------        ------      ------       -----------
0940  CAB FARES                            07/27/09    07/27/09            7.40
0990  OTHER FEES                           07/27/09    07/27/09          135.00


          Total                                                          142.40


U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee          Date          Amount       Index#  Batch No  Batch Date
----------------------------------------    --------          ------       -----------    ------- --------- ----------

CAB FARES 0940
      JULIET RAMDIN, CASHIER                BLABEY, D E       07/27/09           7.40      8780289  768164    07/31/09
      JULIET RAMDIN, CASHIER

                                            0940 CAB FARES Total :               7.40

OTHER FEES 0990
      PLATINUM PLUS FOR BUSINE              BLABEY, D E       07/27/09         135.00      8776024  766704    07/29/09
      PLATINUM PLUS FOR BUSINESS 05/21/09 - COURTCALL
      LLC - DAVID BLABEY - MHU

                                            0990 OTHER FEES Total :            135.00



          Costs Total :                                                       142.40
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   14
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2009 10:20:32

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:     2933359
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount          Bill       W/o / W/u       Transfer  To    Clnt/Mtr    Carry Forward
----------------------  ------------------  -----------  ---------------  ------------------------------  -----------------

0940 CAB FARES                 7.40

0990 OTHER FEES              135.00


         Costs Total :      142.40