IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 9/21/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE TWELFTH MONTHLY
<u>INTERIM PERIOD FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009</u>**

Name of Applicant:                        Alan B. Rich, Esq.

Authorized to Provide Services To:        Hon. Alexander M. Sanders, Jr.,
                                          Legal Representative for Future Asbestos-
                                          Related Property Damage Claimants
                                          and Holders of Demands

Date of Retention:                        September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:              August 1, 2009 through August 31, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:                 $56,442.00   [80% of $70,552.50]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:         $6,484.97

This is a(n):    ☒Monthly       ☐Interim       ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | CNO Filed | CNO Filed |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Pending | Pending |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

---

[1] At 80% of the total incurred.

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour. In this Application period Mr. Rich billed 122.7 hours,[2] for a total amount billed of $70,552.50 of which 80% is currently sought, in the amount of $56,442.00.

As stated above, this is the Twelfth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Disclosure Statement and Confirmation | 91.2 | $52,440.00 |
| Travel | 55.6 | $15,985.00 |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 3.7 | $2,127.50 |
| TOTAL | 150.5 | $70,552.50 |

EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| Travel | $6,005.26 |
| Courtcall | $93.00 |
| Deposition Phone Charges | $262.03 |
| Federal Express | $97.40 |
| Copies | $27.28 |
| TOTAL | $6,484.97 |

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

Detail of the fees and expenses billed is attached hereto as Exhibit A.

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

                              Respectfully Submitted,

                              _____
                              Alan B. Rich, Esq.
                              Texas Bar No. 16842350
                              1401 Elm Street, Suite 4620
                              Dallas, Texas 75202
                              (214) 532-4437
                              arich@alanrichlaw.com

                              COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

### CERTIFICATE OF SERVICE

I certify that on the 1st day of September, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

                              _____

# EXHIBIT A

# Alan B. Rich

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (August, 2009)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|---|---|---|
| 8/1/2009 | Review Debtors' status report on Default interest issues | 0.1 |
| 8/1/2009 | Review Debtors' Response to Anderson Memorial Hospital's Interrogatories | 0.2 |
| 8/1/2009 | Review Bank Lenders deposition notice of P. Zilly | 0.1 |
| 8/1/2009 | Review Certificate of Publication re sale of membranes division | 0.1 |
| 8/2/2009 | Review Anderson Memorial's deposition notice of Ted Wechsler | 0.1 |
| 8/3/2009 | Email from debtors' counsel re exhibits | 0.1 |
| 8/4/2009 | Review Certificate of Counsel re Shelnitz motion for protective order | 0.1 |
| 8/4/2009 | Review revised deposition calendar as of 8-4 | 0.1 |
| 8/4/2009 | Prepare for LaForce and Zilly Depositions | 3.0 |
| 8/5/2009 | Travel (non-productive) from Dallas to Charleston, SC for client meeting  (5 hrs. @ 50%) | 2.5 |

| Date | Description | Hours |
|---|---|---|
| 8/5/2009 | Emails and telephone calls to and from counsel re LaForce deposition | 0.2 |
| 8/5/2009 | Meetings with client and with objector's counsel re issues | 3.0 |
| 8/5/2009 | Travel (non-productive) from Charleston, SC to NYC for LaForce deposition (4.2 hrs @ 50%) | 2.1 |
| 8/6/2009 | Deposition of Hudson LaForce | 4.0 |
| 8/6/2009 | Travel (non-productive) from NYC to Dallas (5.6 hrs. @ 50%) | 2.8 |
| 8/7/2009 | Review revised deposition calendar as of 8-7 | 0.1 |
| 8/7/2009 | Review deposition notice of Denise Martin | 0.1 |
| 8/7/2009 | Review Certification of Counsel regarding 4th Amended CMO | 0.2 |
| 8/7/2009 | Review Order regarding Shelnitz deposition | 0.1 |
| 8/7/2009 | Review Amended Declaration regarding vote results | 0.2 |
| 8/7/2009 | Review Monthly Operating Report | 0.4 |
| 8/7/2009 | Review UCC Solvency Expert Report and schedules | 1.0 |
| 8/7/2009 | Review Joint Opposition of the UCC and Bank Lender Group to Joint Motion of the PI Committee and PI FCR's Motion for Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency | 0.1 |
| 8/7/2009 | Review Joint Request of the UCC and Bank Lender Group to take Judicial Notice | 0.2 |
| 8/7/2009 | Review Debtors' opposition to Libby Motion to Strike Parker Testimony | 0.2 |
| 8/7/2009 | Review Debtors' opposition to Libby Motion to Strike Stockman and Friedman Testimony | 0.1 |
| 8/7/2009 | Review Debtors' Second Amended Trial Statement and Witness List | 0.3 |
| 8/7/2009 | Review Stipulation between Libby and Plan Proponents re testimony of Dr. Hammar | 0.3 |
| 8/8/2009 | Review supplemental expert report of Dr. Weill re Libby issues | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 8/8/2009 | Review BNSF objection to motion to limit effect of solvency findings | 0.1 |
| 8/8/2009 | Review Plan Proponents' brief regarding bank lenders default interest claims | 1.8 |
| 8/8/2009 | Review Plan Proponents' brief regarding insurance issues | 1.3 |
| 8/9/2009 | Review Scotts Settlement and Approval Motion | 0.5 |
| 8/9/2009 | Review Plan Proponents' Brief regarding Libby Claimants' issues | 1.7 |
| 8/10/2009 | Telephone conference with Jay Sakalo re status | 0.2 |
| 8/10/2009 | Review deposition calendar as of 8/10 | 0.1 |
| 8/10/2009 | Prepare trial exhibits per CMO & correspondence to Plan Proponents re same | 0.5 |
| 8/10/2009 | Preparation for Florence Deposition | 2.0 |
| 8/10/2009 | Review of PD Committee expert reports and deposition of expert in Sealed Air litigation | 1.5 |
| 8/10/2009 | Travel (non-productive) to NYC for Florence deposition (4 hrs. @ 50%) | 2.0 |
| 8/10/2009 | Review depo notice of Weschler | 0.1 |
| 8/11/2009 | Deposition of Dr. Tom Florence | 3.0 |
| 8/11/2009 | Draft quarterly fee application for the 33rd period | 2.0 |
| 8/11/2009 | Travel (non-productive) from NYC to Dallas (5 hrs. @ 50%) | 2.5 |
| 8/11/2009 | Emails to and from Debtors' counsel re exhibits | 0.1 |
| 8/12/2009 | Emails to and from PD Committee counsel re exhibits | 0.1 |
| 8/12/2009 | Draft quarterly fee application of PD FCR for the 33rd period | 1.5 |
| 8/12/2009 | Email to fee auditor regarding PDFCR's quarterly fee application for the 32nd period | 0.2 |
| 8/12/2009 | Email to plan proponents re additional trial exhibit | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 8/12/2009 | Review Certification of Counsel Re: Order Denying Libby Claimants' Motion to Reconsider Modified Order on Dr. Whitehouse's Expert Report and Production of Reliance Materials | 0.1 |
| 8/12/2009 | Review Certifications of Counsel Re: Order Between the Plan Proponents and Libby Claimants Regarding Individual Claimant Testimony | 0.2 |
| 8/12/2009 | Review Certification of Counsel Re: Agreed Order Between the Plan Proponents and Libby Claimants on Pretrial Proceedings | 0.1 |
| 8/12/2009 | Review deposition calendar as of 8/11 | 0.1 |
| 8/12/2009 | Review Longacre's exhibit submission | 0.3 |
| 8/12/2009 | Telephone conference with Debtors' counsel re depositions | 0.1 |
| 8/13/2009 | Review Arrowood response to Libby certification of counsel | 0.1 |
| 8/13/2009 | Deposition (by telephone) of Dr. Frezza | 1.5 |
| 8/13/2009 | Email from debtors' counsel re Mathis testimony | 0.1 |
| 8/14/2009 | Review Allstate Settlement Agreemen and email to Plan Proponents re same | 1.0 |
| 8/14/2009 | Review LMI Settlement motion and agreement | 0.5 |
| 8/14/2009 | Review Hatchell and Kowalczyk Depo Notices | 0.1 |
| 8/17/2009 | Review PD Committee expert deposition transcript in Sealed Air case | 3.0 |
| 8/17/2009 | Review affidavit re solicitation package | 0.2 |
| 8/17/2009 | Review deposition calendar as of 8-17 | 0.1 |
| 8/17/2009 | Review agenda for omnibus hearing | 0.1 |
| 8/17/2009 | Review Arrowood joinder in Plan Proponents' motions in limine | 0.1 |
| 8/18/2009 | Travel (non-productive) to Washington DC for Shelnitz deposition (5 hrs. @ 50%) | 2.5 |
| 8/18/2009 | Preparations for Zilly and Shelnitz depositions | 1.5 |

| Date | Description | Hours |
|---|---|---|
| 8/18/2009 | Review deposition notices of Dr. Weill, Libby Claimants and BNSF | 0.2 |
| 8/18/2009 | Review various signed orders re case management, claimant testimony and pretrial proceedings | 0.1 |
| 8/18/2009 | Review deposition calendar as of 8-18 | 0.1 |
| 8/18/2009 | Review Motion in Limine re Priest testimony | 0.3 |
| 8/18/2009 | Review 27th Substantive Omnibus Objection | 0.1 |
| 8/18/2009 | Review motion in limine re Schein testimony | 0.3 |
| 8/18/2009 | Review Motion in Limine re FFIC testimony | 0.1 |
| 8/18/2009 | Review Motion to Approve Sale of firestop business | 0.5 |
| 8/19/2009 | Deposition of Mark Shelnitz | 6.5 |
| 8/19/2009 | Travel (non-productive) to NYC for Zillly Deposition (4 hrs. @ 50%) | 2.0 |
| 8/19/2009 | Review deposition calendar as of 8-19 | 0.1 |
| 8/19/2009 | Review signed order re page limitations | 0.1 |
| 8/20/2009 | Deposition of Pamela Zilly | 6.1 |
| 8/20/2009 | Telephonic Meet and Confer re Order of Proofs at trial | 0.9 |
| 8/20/2009 | Travel (non-productive) from NYC to Dallas (6.2 hrs. @ 50%) | 3.1 |
| 8/21/2009 | Review Draft Witness Orders of Proof of the Plan Proponents, FFIC, CNA, Libby, Travelers and UCC/Banks | 0.4 |
| 8/21/2009 | Review UCC withdrawal of Martin and Depo notice and UCC Tarola Depo Notice | 0.1 |
| 8/21/2009 | Review Arrowood Deposition Notice and subject areas for BNSF continuation deposition and Grace joinder | 0.1 |
| 8/21/2009 | Review Certification of Counsel re Motion to Limit Use of Solvency findings | 0.2 |

| | | |
|---|---|---|
| 8/21/2009 | Review FFIC (surety) withdrawal of witness and amendment to pretrial statement | 0.1 |
| 8/21/2009 | Review Dr. Moolgavkar's rebuttal to Dr. Molgaard's supplemental report | 0.2 |
| 8/21/2009 | Review Libby Claimants' rebuttal of Dr. Weill report by Drs. Whitehouse and Molgaard | 0.5 |
| 8/21/2009 | Review amendments to Motion in Limine re Drs. Whitehouse, Frank, Molgaard and Spear | 0.1 |
| 8/21/2009 | Review Omnibus hearing agenda | 0.1 |
| 8/21/2009 | Review deposition notices of Drs. Whitehouse and Molgaard | 0.1 |
| 8/21/2009 | Reivew witness orders and times filed by AXA, Plan Proponents (revised), Arrowood, GEICO, OneBeacon and Anderson Memorial Hospital | 0.4 |
| 8/21/2009 | Review deposition calendar as of 8-21 | 0.1 |
| 8/21/2009 | Organization and review of deposition excerpts | 1.0 |
| 8/21/2009 | Review Maryland Casualty Supplemental Pretrial Submission | 0.2 |
| 8/21/2009 | Review stipulation between Plan Proponents and State of Montana | 0.1 |
| 8/21/2009 | Review motion for order approving stipulation with Travelers regarding treatment of Travelers' claims under the Plan | 0.5 |
| 8/22/2009 | Emails to and from D. Speights re Roarke deposition | 0.1 |
| 8/22/2009 | Review of Deposition Designations (Plan Proponents and Libby Claimants) | 2.0 |
| 8/22/2009 | Email from Debtors' counsel re court request for exhibits on disks | 0.1 |
| 8/23/2009 | Travel (non-productive) to Wilmington for omnibus hearing (5.8 hrs.@ 50%) | 2.9 |
| 8/23/2009 | Review Debtors' slides for Omnibus hearing | 0.2 |
| 8/24/2009 | Omnibus hearing | 6.5 |
| 8/24/2009 | Travel (non-productive) to Dallas from Wilmington (5.8 hrs.@ 50%) | 2.9 |

| Date | Description | Hours |
|---|---|---|
| 8/25/2009 | Attend (by telelphone) deposition of Karen McKee | 3.2 |
| 8/25/2009 | Review Anderson Memorial's supplemental pretrial submission | 0.2 |
| 8/25/2009 | Review orders of proof filed by Anderson Memorial (amended), CNA and Garlock | 0.2 |
| 8/25/2009 | Review deposition calendar as of 8-24 | 0.1 |
| 8/25/2009 | Conference with client re status | 0.2 |
| 8/25/2009 | Conference with Ted Freedman re confirmation hearing | 0.2 |
| 8/25/2009 | Review email from Debtors' counsel re Martin deposition and ACC counsel re Peterson Deposition | 0.1 |
| 8/25/2009 | Email to fee auditor regarding PDFCR's quarterly fee application for the 32nd period | 0.2 |
| 8/25/2009 | Review Response of BNSF to Debtors' order of proof proposal and Hartford's reservation of rights | 0.1 |
| 8/25/2009 | Review Plan Proponents' feasability brief | 0.4 |
| 8/25/2009 | Email to counsel for Anderson Memorial re document issues | 0.1 |
| 8/26/2009 | Review Anderson Memorial's feasability brief | 0.2 |
| 8/26/2009 | Review FFIC motion and brief for relief from stay | 0.8 |
| 8/26/2009 | Review Libby Claimants' supplemental brief | 0.3 |
| 8/26/2009 | Attend (by telelphone) deposition of Robert Tarola | 2.9 |
| 8/26/2009 | Review Libby Claimants' notice of Peterson deposition | 0.1 |
| 8/26/2009 | Review Deposition Desigations (Travelers, Anderson Memorial, Arrowood, CNA) | 1.5 |
| 8/26/2009 | Emails to and from ACC counsel re cancellation of Hatchell Deposition | 0.1 |
| 8/27/2009 | Review Fee Auditor's report re PD FCR 32nd quarterly fee application | 0.1 |

| | | |
|---|---|---|
| 8/27/2009 | Review Libby Claimants' motion in limine re Zilly testimony | 0.2 |
| 8/27/2009 | Email from Debtors re order of proof meet and confer | 0.1 |
| 8/27/2009 | Deposition (by telephone) of Jay Swennes | 2.2 |
| 8/27/2009 | Review motion to withdraw motion in limine re FFIC opinion testimony | 0.1 |
| 8/27/2009 | Review Modified Order re Motion to Shorten re Zilly motion in limine | 0.1 |
| 8/27/2009 | Review Revised Order of Proof | 0.3 |
| 8/28/2009 | Review PD Settlements and email to Debtors' counsel re same | 0.2 |
| 8/28/2009 | Review 22nd Claim Settlement Notice | 0.1 |
| 8/28/2009 | Attend (by telephone) deposition of Kowalczyk | 0.8 |
| 8/28/2009 | Review further revised order of proof chart from debtors | 0.1 |
| 8/28/2009 | Telephonic Meet and Confer re Order of Proofs at trial and review of emails re same | 1.2 |
| 8/28/2009 | Review Depsition Designations (FFIC, Montana, BNSF, Certain Insurers, UCC) | 1.5 |
| 8/28/2009 | Review Objections to Deposition Designations | 1.5 |
| 8/28/2009 | Review Master Calendar from Debtors | 0.1 |
| 8/28/2009 | Review notices of appeal from Royal Settlement approval by Libby Claimants and BNSF | 0.1 |
| 8/28/2009 | Review Revised Deposition Notice of Mark Peterson | 0.1 |
| 8/28/2009 | Review Second Amended Pretrial Statement of FFIC and exhibits | 0.3 |
| 8/28/2009 | Review Revised Deposition Calendar as of 8-28 | 0.1 |
| 8/28/2009 | Review Arrowood's Motion to Strike individual Libby Claimants' deposition transcripts | 0.2 |
| 8/28/2009 | Review omitted exhibit from Plan Proponents | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 8/28/2009 | Review ACC deposition notices of Libby experts | 0.1 |
| 8/28/2009 | Review Response to motion to strike Schein testimony | 0.3 |
| 8/28/2009 | Review Response to motion to strike Priest testimony | 0.3 |
| 8/28/2009 | Emails to and from ZAI counsel re confirmation hearing | 0.1 |
| 8/28/2009 | Email from counsel for Equity Committee re Weschler deposition | 0.1 |
| 8/29/2009 | Review Libby Claimants' response to motion in limit re reliance materials | 0.3 |
| 8/29/2009 | Review Libby Claimants' amended final exhibit list and emails to and from counsel re same | 0.2 |
| 8/29/2009 | Review Anderson Memorial's Motion to Compel | 0.3 |
| 8/29/2009 | Review BNSF additional depo designations | 0.1 |
| 8/29/2009 | Review Notice of revised start time for confirmation hearing | 0.1 |
| 8/29/2009 | Review Debtors' amended depositions notices of Drs. Whitehouse and Molgaard | 0.1 |
| 8/29/2009 | Review Notice of filing of CD of unpublished documents | 0.1 |
| 8/30/2009 | Review emails regarding depositions of Weschler and Kruger | 0.1 |
| 8/30/2009 | Emails to and from D. Speights re Confirmation hearing | 0.1 |
| 8/31/2009 | Review GEICO and One Beacon requests for Judicial Notice | 0.4 |
| 8/31/2009 | Emails from Equity Committee Counsel re Weschler deposition | 0.1 |
| 8/31/2009 | Review transcript summary re Anderson Memorial | 0.1 |
| 8/31/2009 | Review Additional exhibits designated by Debtors | 0.1 |
| 8/31/2009 | Review Chart for Peterson deposition | 0.1 |
| 8/31/2009 | Review Debtors' response to Libby motion re Zilly testimony and exhibits | 0.5 |
| 8/31/2009 | Review deposition calendar as of 8/31/2009 | 0.1 |

| | | |
|---|---|---|
| 8/31/2009 | Review CNA Companies' Joinder to Arrowood's Motion to Strike, and Objections to, the Libby Claimants' Deposition Designations | 0.1 |
| 8/31/2009 | Review Revised Order of Proof | 0.2 |
| 8/31/2009 | Travel (non-productive) to New York for depositions of Weschler and Kruger  (5 hrs. @ 50%) | 2.5 |
| 8/31/2009 | Prepare 12th Monthly Fee Application | 1.5 |

Total: 122.7 hours @ $575.00/hour[1] = $70,552.50

Expenses:   Detail on Exhibit 1– $6,484.97

**Total Fees and Expenses Due:   $77,037.47**

---

[1] NOTE – Effective as of the beginning of the next billing period, September 1, 2009, Mr. Rich's billing rate increases from $575 per hour to $600 per hour, an increase of 4.3%.

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 8/5/2009 | Coach Airfare DFW-CHS-LGA-DFW and change fees | $1,556.80 |
| 8/5/2009 | Taxi from CHS to Meeting | $43.00 |
| 8/5/2009 | Taxi from LGA to Hotel | $32.00 |
| 8/5/2009 | Dinner | $24.95 |
| 8/5/2009 | Hotel | $369.55 |
| 8/6/2009 | Taxi to LGA from deposition | $28.27 |
| 8/6/2009 | DFW Airport Parking | $42.00 |
| 8/7/2009 | Teleconferencing Charge for Whitehouse Deposition | $262.03 |
| 8/10/2009 | Federal Express | $97.40 |
| 8/10/2009 | Copies | $27.28 |
| 8/11/2009 | Courtcall | $93.00 |
| 8/10/2009 | RT Coach Airfare DFW-JFK/LGA and change fee | $810.20 |
| 8/10/2009 | Taxi to Hotel | $57.57 |
| 8/10/2009 | Dinner | $34.54 |
| 8/11/2009 | Breakfast | $5.69 |
| 8/11/2009 | Hotel | $346.31 |
| 8/11/2009 | Hotel Tip | $5.00 |
| 8/11/2009 | Taxi to Airport | $31.07 |
| 8/11/2009 | DFW Airport Parking | $20.00 |
| 8/17/2009 | Coach Airfare to DCA and ret LGA to DFW and change fee | $643.80 |
| 8/18/2009 | Breakfast | $4.35 |
| 8/18/2009 | Hotel (Washington DC) | $329.75 |
| 8/18/2009 | Hotel Tip | $5.00 |
| 8/18/2009 | Taxi | $11.00 |
| 8/18/2009 | Train Fare | $6.00 |
| 8/18/2009 | Taxi | $12.00 |
| 8/18/2009 | Dinner (DC) | $55.00 |
| 8/19/2009 | Breakfast | $20.32 |
| 8/19/2009 | Lunch | $2.00 |
| 8/19/2009 | Taxi | $10.00 |
| 8/19/2009 | Dinner (NYC) | $55.75 |
| 8/19/2009 | Amtrak (WAS to NYP) | $221.00 |
| 8/19/2009 | Train Fare | $2.50 |
| 8/20/2009 | Breakfast | $5.69 |
| 8/20/2009 | Taxi | $6.00 |
| 8/20/2009 | Taxi to Airport | $32.53 |
| 8/20/2009 | Dinner | $19.25 |
| 8/20/2009 | Hotel (NYC) | $325.65 |
| 8/20/2009 | Hotel Tip | $5.00 |
| 8/20/2009 | Parking at DFW | $66.00 |
| 8/23/2009 | RT Coach Airfare DFW to PHL | $519.20 |
| 8/24/2009 | Rental Car | $42.15 |
| 8/24/2009 | Hotel | $154.90 |
| 8/24/2009 | Hotel Tip | $3.00 |
| 8/24/2009 | Hotel Parking | $10.00 |
| 8/24/2009 | Dinner | $8.47 |
| 8/24/2009 | DFW Parking | $22.00 |
| | TOTAL EXPENSES | $6,484.97 |