Date: 08/11/09        Legal Analysis Systems, Inc.
Time: 10:00am                                        Page 1


        W. R. Grace, Inc. c/o Elihu Inselbuch
        Caplin & Drysdale
        399 Park Avenue, 27th Floor
        New York, New York 10022


Date/Slip# Description                                HOURS/RATE  AMOUNT
-------------------------------------------------------------------------------
 07/09/09  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)   0.5        237.50
 #6017     Send data files to Garbowski (Anderson Kill)      475.00

{D0160741.1 }

Date: 08/11/09          Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 2

      W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 07/05/09  Relles   / (07) Committee, Creditors' <br> #6008     Update Trust report, send to Finch | 1.0 <br> 475.00 | 475.00 |
| 07/06/09  Relles   / (07) Committee, Creditors' <br> #6010     Telephone Wehner re: expansion plants | 0.4 <br> 475.00 | 190.00 |
| 07/06/09  Relles   / (07) Committee, Creditors' <br> #6011     Email Wehner several cases of expansion plant <br>      workers | 0.5 <br> 475.00 | 237.50 |
| 07/07/09  Peterson  / (07) Committee, Creditors' <br> #5809     Conference call with Finch, Relles re: slides | 0.3 <br> 800.00 | 240.00 |
| 07/07/09  Relles   / (07) Committee, Creditors' <br> #6014     Conference call with Finch and Peterson re: slides | 0.3 <br> 475.00 | 142.50 |
| 07/07/09  Relles   / (07) Committee, Creditors' <br> #6015     Revise slides, send back to Finch | 3.2 <br> 475.00 | 1520.00 |
| 07/10/09  Peterson  / (07) Committee, Creditors' <br> #5813     Contact Inselbuch re: Cohn estimates | 0.3 <br> 800.00 | 240.00 |
| 07/13/09  Peterson  / (07) Committee, Creditors' <br> #5816     Telephone Inselbuch re: Cohn calculations and <br>      settlement proposal | 0.5 <br> 800.00 | 400.00 |
| 07/13/09  Relles   / (07) Committee, Creditors' <br> #6021     Email correspondence with Horkovich | 0.8 <br> 475.00 | 380.00 |
| 07/15/09  Relles   / (07) Committee, Creditors' <br> #6023     Compose memo on non-products claims search results, <br>      email attorneys re: same | 1.3 <br> 475.00 | 617.50 |
| 07/16/09  Relles   / (07) Committee, Creditors' <br> #6024     Document non-products claims searching, email <br>      attorneys re: same | 3.0 <br> 475.00 | 1425.00 |

Date: 08/11/09        Legal Analysis Systems, Inc.
Time: 10:00am                              Page 3

     W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 07/04/09  Peterson  / (14) Hearings | 4.9 | 3920.00 |
| #5804     Read deposition transcripts | 800.00 | |
| | | |
| 07/07/09  Peterson  / (14) Hearings | 3.4 | 2720.00 |
| #5808     Review deposition | 800.00 | |
| | | |
| 07/08/09  Peterson  / (14) Hearings | 3.6 | 2880.00 |
| #5810     Review deposition | 800.00 | |
| | | |
| 07/12/09  Peterson  / (14) Hearings | 2.1 | 1680.00 |
| #5815     Review deposition for errata | 800.00 | |

Date: 08/11/09        Legal Analysis Systems, Inc.
Time: 10:00am                              Page 4

        W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 07/01/09  Relles   / (28) Data Analysis | 8.5 | 4037.50 |
| #6001    Revise graphics for slides | 475.00 | |
| 07/02/09  Peterson / (28) Data Analysis | 5.7 | 4560.00 |
| #5801    Review demonstratives and report | 800.00 | |
| 07/02/09  Relles   / (28) Data Analysis | 8.7 | 4132.50 |
| #6002    Revise slides | 475.00 | |
| 07/03/09  Peterson / (28) Data Analysis | 2.1 | 1680.00 |
| #5802    Work on demonstratives | 800.00 | |
| 07/03/09  Peterson / (28) Data Analysis | 1.8 | 1440.00 |
| #5803    Review trust report | 800.00 | |
| 07/03/09  Relles   / (28) Data Analysis | 8.3 | 3942.50 |
| #6003    Revise slides | 475.00 | |
| 07/04/09  Relles   / (28) Data Analysis | 5.6 | 2660.00 |
| #6004    Revise slides | 475.00 | |
| 07/05/09  Peterson / (28) Data Analysis | 2.8 | 2240.00 |
| #5805    Work on demonstratives | 800.00 | |
| 07/05/09  Peterson / (28) Data Analysis | 0.5 | 400.00 |
| #5806    Telephone Relles re: slides | 800.00 | |
| 07/05/09  Peterson / (28) Data Analysis | 2.2 | 1760.00 |
| #5807    Review reports | 800.00 | |
| 07/05/09  Relles   / (28) Data Analysis | 5.2 | 2470.00 |
| #6005    Revise slides | 475.00 | |
| 07/05/09  Relles   / (28) Data Analysis | 0.5 | 237.50 |
| #6006    Telephone Peterson re: slides | 475.00 | |
| 07/05/09  Relles   / (28) Data Analysis | 0.6 | 285.00 |
| #6007    Telephone Brelsford re: slides | 475.00 | |
| 07/06/09  Relles   / (28) Data Analysis | 0.4 | 190.00 |
| #6009    Edit slides document | 475.00 | |
| 07/06/09  Relles   / (28) Data Analysis | 2.7 | 1282.50 |
| #6012    Look for expansion plant workers in POC forms | 475.00 | |

Date: 08/11/09        Legal Analysis Systems, Inc.
Time: 10:00am                                   Page 5

      W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 07/07/09  Relles   / (28) Data Analysis | 2.4 | 1140.00 |
| #6013    Look for expansion plant workers in POC forms | 475.00 | |
| 07/08/09  Relles   / (28) Data Analysis | 0.8 | 380.00 |
| #6016    Work on presentation graphics | 475.00 | |
| 07/09/09  Peterson  / (28) Data Analysis | 0.3 | 240.00 |
| #5811    Telephone Relles re: discus Libby projections | 800.00 | |
| 07/09/09  Relles   / (28) Data Analysis | 0.3 | 142.50 |
| #6018    Telephone Peterson re: discus Libby projections | 475.00 | |
| 07/10/09  Peterson  / (28) Data Analysis | 2.5 | 2000.00 |
| #5812    Review Cohn liability calculations; compare with prior Cohn and LAS estimates | 800.00 | |
| 07/10/09  Peterson  / (28) Data Analysis | 0.3 | 240.00 |
| #5814    Telephone Relles re: Cohn calculations | 800.00 | |
| 07/10/09  Relles   / (28) Data Analysis | 0.5 | 237.50 |
| #6019    Prepare handout for Cohn | 475.00 | |
| 07/10/09  Relles   / (28) Data Analysis | 0.6 | 285.00 |
| #6020    Review Libby attorney proposal and term sheet (.3); telephone Peterson (.3) re: same | 475.00 | |
| 07/13/09  Peterson  / (28) Data Analysis | 1.6 | 1280.00 |
| #5817    Conference call re: Stonewall settlement proposal; prepare for call | 800.00 | |
| 07/13/09  Peterson  / (28) Data Analysis | 2.7 | 2160.00 |
| #5818    Review Libby plan objections | 800.00 | |
| 07/14/09  Peterson  / (28) Data Analysis | 3.3 | 2640.00 |
| #5819    Review ATSDR reports on expansion facilities other than Libby | 800.00 | |
| 07/14/09  Relles   / (28) Data Analysis | 7.5 | 3562.50 |
| #6022    Search for non-products claims | 475.00 | |
| 07/15/09  Peterson  / (28) Data Analysis | 2.6 | 2080.00 |
| #5820    Review POCs for claimants exposed at non-Libby expansion sites | 800.00 | |

{D0160741.1 }

Date: 08/11/09        Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 6

        W. R. Grace

Date/Slip# Description                              HOURS/RATE  AMOUNT
--------------------------------------------------------------------------------
07/16/09  Peterson  / (28) Data Analysis           0.5              400.00
  #5821    Read Relles summary of search efforts for expansion     800.00
           site claims

07/16/09  Relles    / (28) Data Analysis           2.5             1187.50
  #6025    Assemble spreadsheet containing specific variables      475.00
           for non-products claims
--------------------------------------------------------------------------------

Date: 08/11/09         Legal Analysis Systems, Inc.
Time: 10:00am                              Page 7

    W. R. Grace

Summary Of Time Charges, By Month and Activity
July 2009 - July 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|-------|----------|-------|--------|
| July | - (05) Claims Anal Objectn/Resolutn (Asbest) | 0.5 | 237.50 |
| July | - (07) Committee, Creditors' | 11.6 | 5867.50 |
| July | - (14) Hearings | 14.0 | 11200.00 |
| July | - (28) Data Analysis | 84.0 | 49292.50 |
| July | - (99) Total | 110.1 | 66597.50 |
| Total | - (05) Claims Anal Objectn/Resolutn (Asbest) | 0.5 | 237.50 |
| Total | - (07) Committee, Creditors' | 11.6 | 5867.50 |
| Total | - (14) Hearings | 14.0 | 11200.00 |
| Total | - (28) Data Analysis | 84.0 | 49292.50 |
| Total | - (99) Total | 110.1 | 66597.50 |

{D0160741.1 }

Date: 08/11/09          Legal Analysis Systems, Inc.
Time: 10:00am                                Page 8

    W. R. Grace

Summary Of Time Charges, By Month and Person
July 2009 - July 2009

| MONTH | PERSON | HOURS | AMOUNT |
|-------|--------|-------|--------|
| July | - Relles | 66.1 | 31397.50 |
| July | - Peterson | 44.0 | 35200.00 |
| July | - Total | 110.1 | 66597.50 |
| | | | |
| Total | - Relles | 66.1 | 31397.50 |
| Total | - Peterson | 44.0 | 35200.00 |
| Total | - Total | 110.1 | 66597.50 |

Date: 08/11/09        Legal Analysis Systems, Inc.
Time: 10:00am                              Page 9

    W. R. Grace

    Summary Of Time Charges, By Activity, Month, and Person
          July 2009 - July 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| (05) Claims Anal Objectn/Resolutn (Asbest) | | | | |
| July | - Relles | 0.5 | 475. | 237.50 |
| (07) Committee, Creditors' | | | | |
| July | - Relles | 10.5 | 475. | 4987.50 |
| July | - Peterson | 1.1 | 800. | 880.00 |
| (14) Hearings | | | | |
| July | - Peterson | 14.0 | 800. | 11200.00 |
| (28) Data Analysis | | | | |
| July | - Relles | 55.1 | 475. | 26172.50 |
| July | - Peterson | 28.9 | 800. | 23120.00 |

--------------------------------------------------------------------------------