**EXHIBIT A**

**Case Administration (256.70 Hours; $ 116,951.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.60 | $840 | 1,344.00 |
| Bernard Bailor | 139.20 | $630 | 87,696.00 |
| Rita C. Tobin | .60 | $530 | 318.00 |
| Andrew J. Sacket | 14.80 | $295 | 4,366.00 |
| Michael C. Greene | 88.70 | $235 | 20,844.50 |
| Jon S. Sabol | 1.40 | $225 | 315.00 |
| Eugenia Benetos | 4.00 | $205 | 820.00 |
| Marissa A. Fanone | 6.40 | $195 | 1,248.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/09 | BSB | 630.00 | 5.30 | Defend Longo deposition (5.3) |
| 07/01/09 | EB | 205.00 | 0.50 | Review, classify, and annotate relevant material for EI re: conference calls, draft memo. (.5) |
| 07/02/09 | BSB | 630.00 | 5.10 | Read and analyze deposition transcripts (5.1). |
| 07/02/09 | MCG | 235.00 | 1.00 | Make necessary document updates to trial boxes/witness files. |
| 07/06/09 | BSB | 630.00 | 7.80 | Work on direct outlines (4.9); read and analyze Friedman deposition (2.9). |
| 07/06/09 | MCG | 235.00 | 6.60 | Per NDF, update witness trial boxes and create Phase II Confirmation Hearing witness by witness trial exhibit list for attorney reference. |
| 07/06/09 | AJS | 295.00 | 1.10 | Review of Friedman deposition transcript. |
| 07/06/09 | AJS | 295.00 | 0.20 | Preparation of e-mail to NDF regarding Friedman deposition. |
| 07/06/09 | AJS | 295.00 | 0.30 | Phone call with Friedman regarding errata and deposition materials (2x). |
| 07/07/09 | BSB | 630.00 | 6.10 | Prepare witness exams (6.1). |
| 07/07/09 | MCG | 235.00 | 1.00 | Per NDF, create an Excel spreadsheet based on MS Word version of Witness by Witness Phase II Confirmation Hearing trial exhibit list. |

| 07/07/09 | MCG | 235.00 | 3.50 | Per NDF, burn proposed trial exhibits for Phase II Confirmation Hearing to CD and prepare duplicates of CD for overnight/messenger delivery to counsel. |
| 07/07/09 | EB | 205.00 | 1.00 | Perform review of docket for KCM. Print and prepare documents for KCM. Convert to PDFs. (1) |
| 07/08/09 | BSB | 630.00 | 7.20 | Work on witness preparation - Friedman (4.9); read pleadings (2.3). |
| 07/08/09 | MCG | 235.00 | 1.00 | Conduct files and database search for missing exhibits from Phase II Confirmation Hearing witness by witness trial exhibit list. |
| 07/08/09 | MCG | 235.00 | 2.00 | Quality-check copy sets of CDs containing images of Phase II Confirmation hearing proposed trial exhibits and prepare same for overnight/messenger delivery to counsel. |
| 07/08/09 | MCG | 235.00 | 3.50 | Per NDF, create PDF links of proposed trial exhibits as it relates to the Phase II Confirmation Hearing. |
| 07/08/09 | MCG | 235.00 | 0.50 | Update trial witness boxes with recently received deposition transcript errata sheets. |
| 07/08/09 | EB | 205.00 | 1.00 | Continuation--Perform review of docket for KCM. Print and prepare documents for KCM. Convert to PDFs. (1) |
| 07/09/09 | BSB | 630.00 | 6.40 | Read deposition transcripts (5.3); work on witness preparation - Friedman (1.1). |
| 07/09/09 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 07/09/09 | MCG | 235.00 | 3.40 | Per NDF, create PDF links of proposed trial exhibits as it relates to the Phase II Confirmation Hearing and quality-check same to ensure documents are complete. |
| 07/10/09 | BSB | 630.00 | 5.80 | Work on Friedman (1.1); read various motions (Libby) - research (4.7). |
| 07/13/09 | BSB | 630.00 | 4.90 | Read deposition transcripts. |
| 07/13/09 | MCG | 235.00 | 1.00 | Save select witness by witness potential trial exhibits to data sticks for easy attorney reference, quality-check same for accuracy, and meet with NDF re same. |

| 07/13/09 | MCG | 235.00 | 1.00 | Review recently received Phase II trial briefs and save same to system for easy reference. |
| 07/13/09 | MCG | 235.00 | 1.50 | Per WBS, print and assemble for attorney review copies of recently received Phase II trial briefs and prepare same for overnight delivery to WBS. |
| 07/13/09 | AJS | 295.00 | 0.20 | Phone call with Friedman regarding deposition testimony. |
| 07/13/09 | AJS | 295.00 | 0.20 | Review of e-mail from Friedman regarding deposition testimony and preparation of e-mail to Friedman regarding same. |
| 07/14/09 | BSB | 630.00 | 7.80 | Read and analyze:  Libby brief - (5.1); Montana brief - (1.4); Motions (1.3). |
| 07/14/09 | MCG | 235.00 | 3.00 | Review and update PDF links contained in witness by witness potential trial exhibits Excel spreadsheet. |
| 07/14/09 | MCG | 235.00 | 3.00 | Per NDF, save witness by witness potential trial exhibits to data sticks for easy attorney reference. |
| 07/14/09 | MCG | 235.00 | 1.20 | Per WBS, print and assemble for attorney review copies of recently received Phase II trial briefs and prepare same for overnight delivery to WBS. |
| 07/14/09 | AJS | 295.00 | 0.30 | Phone call with Friedman regarding transcript (2x). |
| 07/14/09 | AJS | 295.00 | 0.30 | Preparation of e-mail to Friedman regarding materials. |
| 07/14/09 | AJS | 295.00 | 0.30 | Preparation of letter for JPW regarding expert reliance materials. |
| 07/14/09 | JSS | 225.00 | 0.20 | Discussed and implemented memo edits. |
| 07/15/09 | BSB | 630.00 | 6.60 | Review of various Libby pleadings (4.9); letter to Welch (.5); read pleadings - Instruct other (1.2). |
| 07/15/09 | MCG | 235.00 | 2.00 | Continue review and update of witness trial box materials as well as PDF links contained in witness by witness potential trial exhibits list. |
| 07/15/09 | AJS | 295.00 | 0.60 | Review of Friedman deposition transcript. |
| 07/15/09 | AJS | 295.00 | 0.60 | Preparation of e-mails to Stansbury regarding Friedman materials. |

| 07/15/09 | AJS | 295.00 | 2.30 | Phone calls with Friedman regarding transcript (4x). |
| 07/15/09 | AJS | 295.00 | 0.60 | Meeting with JPW regarding Friedman (3x). |
| 07/15/09 | AJS | 295.00 | 0.20 | Review of e-mails from Stansbury regarding Friedman transcript. |
| 07/15/09 | AJS | 295.00 | 0.30 | Preparation and review of e-mails to and from JPW regarding Friedman materials. |
| 07/15/09 | AJS | 295.00 | 0.20 | Preparation of e-mail to Friedman regarding materials. |
| 07/15/09 | AJS | 295.00 | 0.40 | Review of letter from Lacey regarding Friedman materials. |
| 07/15/09 | AJS | 295.00 | 0.40 | Preparation of response to Lacey regarding Friedman materials. |
| 07/15/09 | EB | 205.00 | 1.00 | Research final fee report as per EI's query. Draft memo to EI re: fee reductions. (1) |
| 07/15/09 | JSS | 225.00 | 1.20 | Researched/edited bench memo. |
| 07/16/09 | BSB | 630.00 | 4.50 | Review briefs (Insurers) (2.6); review Libby materials (1.9). |
| 07/16/09 | AJS | 295.00 | 0.20 | Review of letter to Lacey. |
| 07/16/09 | AJS | 295.00 | 0.50 | Meeting with JPW regarding letter to Lacey (2x). |
| 07/16/09 | AJS | 295.00 | 0.50 | Prepare and review of e-mails to and from NDF, JPW and Stansbury regarding Friedman reliance materials. |
| 07/16/09 | AJS | 295.00 | 0.40 | Review of Friedman deposition testimony. |
| 07/17/09 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2) |
| 07/17/09 | MCG | 235.00 | 0.50 | Per NDF, locate exhibits from Feb. '07 Jay Hughes deposition for attorney review and distribute requested exhibits to the Asbestos Litigation Group for review. |
| 07/17/09 | MCG | 235.00 | 2.50 | Per NDF, make necessary additions to the witness by witness exhibit list as it relates to potential trial exhibits for Jay Hughes. |

| | | | | |
|---|---|---|---|---|
| 07/17/09 | MCG | 235.00 | 0.50 | Per NDF, locate and request from off-site storage the Jay Hughes production documents received in Jan/Feb 2007 for attorney review. |
| 07/17/09 | AJS | 295.00 | 0.20 | Phone call with Friedman regarding errata. |
| 07/18/09 | PVL | 840.00 | 0.40 | Review misc orders (.2); review 12 misc filings (.2). |
| 07/18/09 | MCG | 235.00 | 4.00 | Per NDF, update witness by witness exhibit list as it relates to potential trial exhibits for Jay Hughes. |
| 07/19/09 | BSB | 630.00 | 5.20 | Work on feasibility issues - Lilly deposition (4.0); read Mathias report (1.2). |
| 07/20/09 | BSB | 630.00 | 8.70 | Read e-mails (0.6); read Phase II submissions of various parties (3.9); review motions (4.2). |
| 07/20/09 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 07/20/09 | AJS | 295.00 | 0.80 | Prepare and review of e-mails to and from Friedman's office regarding transcript (0.2); review of Friedman errata (0.4); meeting with JPW regarding same (0.2). |
| 07/21/09 | BSB | 630.00 | 6.90 | Work on motion responses (6.9). |
| 07/21/09 | PVL | 840.00 | 0.20 | Review agenda (.1); review 7 miscellaneous filings (.1). |
| 07/21/09 | MCG | 235.00 | 1.00 | Per NDF, review emails from M. Hurford attaching recently filed Pretrial Statements and assist in organization of same on J: drive and NDF's thumb drive. |
| 07/21/09 | MCG | 235.00 | 0.30 | Per BSB, create for attorney reference an OCR version of Dr. Whitehouse's 12/29/08 expert report. |
| 07/21/09 | MCG | 235.00 | 0.20 | Per BSB, conduct PACER docket search for requested filing re Arrowood (Dkt. 22390). |
| 07/21/09 | AJS | 295.00 | 0.50 | Phone call with Friedman regarding deposition; preparation of e-mail to Friedman regarding same; review of motion to disqualify; review of e-mails from NDF regarding trial preparation. |
| 07/22/09 | BSB | 630.00 | 7.10 | Finish draft response to Libby motions to strike (4.1); read pleadings filed by Libby - analyze (3.0). |

| 07/22/09 | MCG | 235.00 | 0.30 | Meet with EGB re discuss NDF's request for the compilation of certain confirmation hearing materials. |
| 07/22/09 | MCG | 235.00 | 1.50 | Per KCM, assemble and quality-check for attorney review copy set of Grace reimbursement agreements. |
| 07/22/09 | MCG | 235.00 | 1.50 | Per EGB, review case deposition calendar and create an index of confirmation hearing deposition transcripts to determine which transcripts to request from co-counsel. |
| 07/22/09 | MCG | 235.00 | 1.60 | Per NDF, conduct PACER docket search for requested filings related to Notice of Agenda of Matters Scheduled for Hearing on July 27, 2009 and assemble same for attorney review and reference. |
| 07/22/09 | MCG | 235.00 | 0.70 | Per EGB, email Grace reimbursement agreements to Kim Love and confirm her receipt of same. |
| 07/22/09 | MCG | 235.00 | 2.00 | Per JMR, cite-check draft of Memorandum re States Allowing Loss of Consortium Claims and Future Medical Expenses. |
| 07/22/09 | MCG | 235.00 | 1.50 | Per EGB, take an inventory of confirmation hearing deposition exhibits in our case files and determine exhibits to request from co-counsel. |
| 07/23/09 | BSB | 630.00 | 6.70 | Work on trial brief (4.2); read e-mails and motions (2.5). |
| 07/23/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 07/23/09 | MCG | 235.00 | 4.40 | Per JMR, cite-check draft of Memorandum re States Allowing Loss of Consortium Claims and Future Medical Expenses. |
| 07/23/09 | MCG | 235.00 | 1.40 | Per NDF, quality-check and save requested confirmation hearing materials to thumb drive for attorney reference and review. |
| 07/23/09 | MCG | 235.00 | 1.00 | Per NDF, locate missing exhibits re Plan Proponents' Trial Exhibit List, review same with JPW prior to transmitting email to K. Love attaching same. |
| 07/23/09 | MCG | 235.00 | 0.40 | Per WBS, assemble requested pleadings and deposition transcripts for attorney review and reference. |

| 07/23/09 | AJS | 295.00 | 0.30 | Review of e-mail from NDF regarding witnesses; meeting with JPW regarding witnesses. |
|----------|-----|--------|------|--------------------------------------------------|
| 07/23/09 | EB | 205.00 | 0.50 | Review, classify, and annotate relevant material concerning conference call minutes for EI. |
| 07/24/09 | BSB | 630.00 | 5.50 | Revise motion response (1.6); read Expert SUR Rebuttals (3.9). |
| 07/24/09 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2). |
| 07/24/09 | MCG | 235.00 | 0.20 | Per JMR, make necessary edit to Memorandum re States Allowing Loss of Consortium Claims and Future Medical Expenses and provide copy of same to NDF and JAL. |
| 07/24/09 | MCG | 235.00 | 2.20 | Per EGB, review and quality check for accuracy package of CDs received from Kirkland & Ellis en: confirmation hearing deposition transcripts and exhibits. |
| 07/24/09 | AJS | 295.00 | 0.40 | Phone call with Friedman regarding errata (2x)(0.2); meeting with JPW regarding Friedman (0.1); review e-mail from Friedman regarding errata (0.1). |
| 07/26/09 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 07/26/09 | MCG | 235.00 | 2.80 | Per EGB, review and quality check for accuracy package of CDs received from Kirkland & Ellis en: confirmation hearing deposition transcripts and exhibits. |
| 07/27/09 | BSB | 630.00 | 6.90 | Deposition preparation - Lilly - review report - review Grace 10K etc. (5.1); review Stockman records (1.8). |
| 07/27/09 | PVL | 840.00 | 0.20 | Review 21 miscellaneous filings. |
| 07/27/09 | MCG | 235.00 | 4.00 | Per EGB, review and quality check for accuracy package of CDs received from Kirkland & Ellis en: confirmation hearing deposition transcripts and exhibits. |
| 07/27/09 | MCG | 235.00 | 0.90 | Per NDF, locate rebuttal expert reports of Molgaard, Martin and Weill and provide same to NDF for review and reference. |

| 07/27/09 | AJS | 295.00 | 0.20 | Preparation of e-mail to JPW regarding Friedman deposition; preparation of letter to court reporter regarding same. |
| 07/28/09 | BSB | 630.00 | 3.70 | Read deposition (1.2); read pleadings and CAD draft (2.5). |
| 07/28/09 | PVL | 840.00 | 0.50 | Review 13 miscellaneous filings (.1); review docs for filing (.4). |
| 07/28/09 | MCG | 235.00 | 9.00 | Per EGB, review, quality check for accuracy, and save to J: drive package of CDs received from Kirkland & Ellis en: confirmation hearing deposition transcripts and exhibits. |
| 07/28/09 | MCG | 235.00 | 0.30 | Per BSB, conduct files search for list of Libby Claimants. |
| 07/28/09 | AJS | 295.00 | 0.10 | Phone call with Friedman regarding reliance materials. |
| 07/28/09 | MAF | 195.00 | 4.20 | Organize and file documents. |
| 07/29/09 | BSB | 630.00 | 8.50 | Prepare for deposition (3.1); Spear deposition (5.4). |
| 07/29/09 | MCG | 235.00 | 1.00 | Per NDF, save requested deposition transcripts and exhibits to thumb drive for easy reference. |
| 07/29/09 | MCG | 235.00 | 1.00 | Per EGB, review case deposition calendar and update index of confirmation hearing deposition transcripts. |
| 07/29/09 | MCG | 235.00 | 3.00 | Per EGB, review, quality check for accuracy, and save to J: drive package of CDs received from Kirkland & Ellis re confirmation hearing deposition transcripts and exhibits. |
| 07/29/09 | AJS | 295.00 | 0.20 | Review of legal research regarding wrongful death actions. |
| 07/29/09 | AJS | 295.00 | 0.20 | Meeting with JPW regarding Friedman testimony (2x). |
| 07/29/09 | AJS | 295.00 | 0.60 | Preparation of insert regarding wrongful death actions (0.5); preparation of e-mail to JAL regarding wrongful death actions (0.1). |
| 07/29/09 | MAF | 195.00 | 2.20 | Organize and file documents. |

| 07/30/09 | BSB | 630.00 | 8.40 | Read CMO (0.7); study Libby issues (1.2); hearing (telephone) (2.7); work on Weil report (3.8). |
| 07/30/09 | MCG | 235.00 | 1.80 | Per JPW, conduct files search for certain Libby Claimants production CDs, review same for updated list of Libby Claimants and provide copies of said list to JPW and BSB for reference and review. |
| 07/30/09 | AJS | 295.00 | 1.20 | Preparation of letter to Stansbury regarding Friedman material (0.2); meeting with JPW regarding same (several x) (0.5); review of same (0.3); preparation of e-mail to Stansbury regarding same; review of e-mails from JPW and NDF regarding same (0.2). |
| 07/31/09 | BSB | 630.00 | 4.10 | Review of Weil Expert Report and exhibits (4.1). |
| 07/31/09 | MCG | 235.00 | 2.00 | Complete Records file request forms and organize case materials in war room for easy location. |

**Total Task Code .04        256.70**

## Committee, Creditors', Noterholders' or Equity Holders' (.70 Hours; $ 644.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $920 | 644.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/09 | EI | 920.00 | 0.70 | Review Committee minutes and t/c Hurford (.2); t/cs Dan Cohn (.5). |

**Total Task Code .07        .70**

## Fee Applications, Applicant (7.90 Hours; $ 3,699.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 6.40 | $530 | 3,392.00 |
| Eugenia Benetos | 1.50 | $205 | 307.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/09 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. (.5) |
| 07/06/09 | RCT | 530.00 | 0.80 | Address fee issues (.8) |
| 07/15/09 | RCT | 530.00 | 1.00 | Review prebill (1.0) |
| 07/16/09 | RCT | 530.00 | 1.00 | Review exhibits (1.0) |
| 07/17/09 | RCT | 530.00 | 0.50 | Address fee issues (.5). |
| 07/21/09 | RCT | 530.00 | 1.50 | Review fee application (1.5). |
| 07/21/09 | RCT | 530.00 | 0.50 | Address fee issues re: expenses (.5). |
| 07/21/09 | EB | 205.00 | 1.00 | Work on monthly fee application. |
| 07/22/09 | RCT | 530.00 | 0.80 | Address fee issue (.8). |
| 07/29/09 | RCT | 530.00 | 0.30 | Review fee app schedule for August (.3). |

**Total Task Code .12**          **7.90**

### Litigation and Litigation Consulting (508.10 Hours; $ 239,637.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 14.50 | $920 | 13,340.00 |
| Walter B. Slocombe | 42.30 | $720 | 30,456.00 |
| Kevin C. Maclay | 220.60 | $495 | 109,197.00 |
| James P. Wehner | 114.70 | $495 | 56,776.50 |
| Jeanna M. Rickards | 43.10 | $320 | 13,792.00 |
| Jon S. Sabol | 62.00 | $225 | 13,950.00 |
| Samira A. Taylor | 4.50 | $195 | 877.50 |
| Marissa A. Fanone | 6.40 | $195 | 1,248.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/09 | JPW | 495.00 | 1.50 | Analyze expert reliance issues; e-mail re same (1.1); review EI deposition; e-mail re errata sheet (.4) |

| 07/01/09 | KCM | 495.00 | 4.00 | Meet with NDF and JAL re case status and tasks (.7); attend telephone conference with Plan Proponents (1.0); draft/revise e-mail memorandum to PVNL re Phase II issue (.2); review/analyze and edit draft filings, review/analyze related materials and communicate with Debtor re same (2.1) |
| 07/01/09 | JSS | 225.00 | 3.50 | Research/writing memo |
| 07/02/09 | EI | 920.00 | 0.60 | Memos re: Cohn calls. |
| 07/02/09 | JPW | 495.00 | 0.50 | Meet with BSB re Stockman (.2); e-mails re expert deposition issues (.3) |
| 07/02/09 | KCM | 495.00 | 8.30 | Review/analyze and edit briefs and communicate with Debtor re same and review/analyze related materials (5.9); review/analyze and edit memo re briefs (.5); review/analyze correspondence re case status and tasks (.3); review/analyze filings (1.6) |
| 07/02/09 | JSS | 225.00 | 2.50 | Research, writing, edit memo; meeting re new research project |
| 07/05/09 | JPW | 495.00 | 0.60 | E-mails re Libby insurance issue |
| 07/05/09 | KCM | 495.00 | 4.10 | Review/analyze cases and transcripts materials re post-trial briefing |
| 07/06/09 | EI | 920.00 | 0.70 | Memo NDF re: Bernick inquiry (.1); t/c NDF re: Bernick issue and Libby (.5); memo JPW re: XBT (.1). |
| 07/06/09 | JPW | 495.00 | 2.00 | Meet with BSB re Stockman (.5); e-mails re Grace discovery issues (.6); research and e-mails on Libby insurance issues (.9) |
| 07/06/09 | KCM | 495.00 | 6.80 | Review/analyze correspondence and communicate with FCR re insurance neutrality language (.4); review/analyze Plan and proposed changes in language (1.5); review/analyze briefs and transcripts re standing issues (4.9) |
| 07/06/09 | JMR | 320.00 | 6.20 | Research for brief responding to Libby claimants |
| 07/06/09 | JSS | 225.00 | 0.40 | Researching, writing and meeting re memo, and reading background information for same |
| 07/07/09 | WBS | 720.00 | 2.10 | Review Moolgaard deposition re Libby objections, notes for brief. |

| 07/07/09 | EI | 920.00 | 0.30 | Read memos (.2); memo re Libby (.1). |
|----------|----|--------|------|--------------------------------------|
| 07/07/09 | JPW | 495.00 | 2.20 | Research Libby insurance issues, e-mails re same; e-mails re discovery issues |
| 07/07/09 | KCM | 495.00 | 5.60 | Attend telephone conference with FCR re insurance neutrality language (.2); plan/prepare for and attend telephone conference with Plan Proponents re trial plan (1.9); meet with NDF re case status and tasks (.3); review/analyze revised 7.15 and related cases, transcripts and other materials and post-trial Phase I brief and plan/prepare for same (2.0); review/analyze draft Phase II document (.6); review/analyze correspondence re case status and tasks (.6) |
| 07/07/09 | JMR | 320.00 | 8.40 | Research for brief responding to Libby claimants |
| 07/07/09 | JSS | 225.00 | 4.70 | Research, write, edit and discuss memo |
| 07/08/09 | WBS | 720.00 | 2.20 | Work on rebuttal of Libby disease claims. |
| 07/08/09 | JPW | 495.00 | 2.60 | E-mails re exhibits (.4); review exhibit list (2.2) |
| 07/08/09 | KCM | 495.00 | 6.30 | Review/analyze correspondence re trial matters and scheduling orders and post-trial Phase I brief and respond (.9); review/analyze transcripts, cases and materials and draft/revise post-trial brief (5.4) |
| 07/09/09 | WBS | 720.00 | 2.50 | Memo re depositions admissions by Moolgaard. |
| 07/09/09 | KCM | 495.00 | 5.90 | Review/analyze insurer proposal re 7.15 and related materials and correspondence (2.1); review/analyze MCC claim objection proposal and related correspondence (.7); review/analyze correspondence re case strategy issues and tasks (.8); draft/revise post-trial brief and review/analyze related materials (2.3) |
| 07/10/09 | EI | 920.00 | 1.90 | Memos re: Edwards issues (.4); read memos and t/c Horkovich re: Travelers issues (.4); t/c ACM re: Edwards issues (.1); reviewed Libby proposal (1.0). |
| 07/10/09 | JPW | 495.00 | 3.60 | Meet with KCM re insurance issues (.3); meet with BSB re expert issues; Libby objections (.3); review exhibit lists; e-mails re same (2.5); read Libby supplemental objection (.5) |

| | | | | |
|---|---|---|---|---|
| 07/10/09 | KCM | 495.00 | 3.10 | Review/analyze proposed language re contested issue and related correspondence (.4); review/analyze correspondence re confirmation issues and hearing memo (1.2); review/analyze filings (1.5) |
| 07/10/09 | JMR | 320.00 | 7.60 | Research for brief responding to Libby claimants |
| 07/10/09 | JSS | 225.00 | 0.30 | Discuss and research evidentiary issue |
| 07/11/09 | EI | 920.00 | 0.20 | Memos Horkovich re: Travelers. |
| 07/12/09 | EI | 920.00 | 0.20 | T/c NDF re: Libby issues. |
| 07/12/09 | KCM | 495.00 | 8.10 | Draft/revise post-trial brief and review/analyze related briefs, cases, transcripts and other materials |
| 07/13/09 | WBS | 720.00 | 5.40 | Complete memo on Moolgaard and Frank statements re medical criteria. |
| 07/13/09 | EI | 920.00 | 2.10 | Read London Market settlement proposal (.2); t/c Horkovich re: Libby and Travelers issues (1.1); t/c Peterson re: Libby (.2); t/c ACM re: Libby and Edwards objection (.1); t/c NDF re: Libby and Travelers (.5). |
| 07/13/09 | JPW | 495.00 | 2.10 | Meet with KCM re brief (.3); review and edit Phase I post-trial brief (1.1); e-mails re Libby insurance issues (.7) |
| 07/13/09 | KCM | 495.00 | 9.10 | Draft/revise post-trial brief and review/analyze related materials (6.2); review/analyze and flag Phase II trial brief (2.0); review/analyze correspondence re confirmation issues (.4); meet with NDF re meeting preparation and confirmation issues (.5) |
| 07/13/09 | MAF | 195.00 | 0.90 | Update witness files and deposition files. |
| 07/14/09 | EI | 920.00 | 2.00 | Libby memo issues (1.0); insurance issues with Horkovich and t/c Horkovich (1.0). |
| 07/14/09 | SAT | 195.00 | 2.00 | Cite check pleading as per KCM request. |
| 07/14/09 | JPW | 495.00 | 4.20 | Meet with AJS re Friedman issues (.3); read Phase II trial briefs; e=mails re same (3.5); meet with KCM re insurer briefs (.4) |
| 07/14/09 | KCM | 495.00 | 10.10 | Travel to New York, plan/prepare for Plan Proponent meeting and review/analyze relevant materials and communicate with NDF re same (5.6); |

| | | | | review/analyze and flag trial briefs and plan/prepare for response (4.5) |
|---|---|---|---|---|
| 07/15/09 | WBS | 720.00 | 2.40 | Read selected insurance company Phase II briefs (1.4); review Whitehouse deposition Part Two transcript (1.0). |
| 07/15/09 | EI | 920.00 | 0.30 | Reviewed Equitas settlement memos. |
| 07/15/09 | JPW | 495.00 | 8.70 | Read insurer Phase II brief and related depositions (3.8); meet with AJS re expert issues (2x) (.4); e-mails re insurance issues (1.1); review claim submissions relevant to insurance issues (2.5); update claimant list (.9) |
| 07/15/09 | KCM | 495.00 | 11.40 | Plan/prepare for and appear/attend Plan Proponent trial preparation meeting, and return travel to DC (9.3); review/analyze and flag trial briefs and plan/prepare for response (2.1) |
| 07/16/09 | WBS | 720.00 | 2.60 | Read Libby claimants' trial brief (1.2); read rest of Whitehouse deposition transcript (1.4). |
| 07/16/09 | EI | 920.00 | 0.50 | Read Garlock brief (.5). |
| 07/16/09 | JPW | 495.00 | 6.40 | Meet with AJS re Friedman (.4); draft letter to J. Lacey (2.0); meet with BSB re Stockman (.3); meet with AJS re Friedman (.3); telephone conference with Plan Proponents re briefing (.5); revise letter to J. Lacey (.9); research insurance issue; e-mails re same (1.2); e-mails re deposition schedule; meet with BSB re same (.8) |
| 07/16/09 | KCM | 495.00 | 9.20 | Review/analyze correspondence re trial preparation (.4); draft/revise and finalize Phase I post-trial brief (2.8); plan/prepare for and attend call with Plan Proponents re briefing (.3); review/analyze objector trial briefs and plan/prepare response (5.7) |
| 07/17/09 | EI | 920.00 | 0.60 | Equitas settlement approval (.1); solvency motion issues (.5). |
| 07/17/09 | JPW | 495.00 | 4.90 | Review brief outline; e-mails re same (1.8); e-mails re confirmation filings (1.0); meet with KCM re insurance briefs (.5); read insurance briefs; research trustee issues (1.1); meet with NDF re exhibit lists (.5) |

| | | | | |
|---|---|---|---|---|
| 07/17/09 | KCM | 495.00 | 10.10 | Meet with NDF and JPW re Monday filing (.5); review/analyze materials re filings for Monday (1.2); review/analyze objector briefs and plan/prepare response (7.2); review/analyze trial issues list (.7); review/analyze correspondence re case status and tasks (.5) |
| 07/17/09 | JSS | 225.00 | 0.40 | Update draft bench memo |
| 07/19/09 | EI | 920.00 | 0.50 | General Insurance settlement issues (.2); Libby: Frankel question (.1); Travelers issues memo (.2) |
| 07/19/09 | KCM | 495.00 | 2.80 | Review/analyze correspondence re Monday filings (.4); review/analyze and edit filings and communicate with Plan Proponents re same (1.5); review/analyze objection briefs and trial issues list and outline response (.9) |
| 07/20/09 | EI | 920.00 | 1.00 | Travelers:  memo to PVNL (.1); scheduling call on motion (.1); conf. call re: solvency issues with Roger Frankel, PVNL (.8). |
| 07/20/09 | JPW | 495.00 | 7.50 | Research insurer objection issues (2.6); draft outline of brief section (2.1); review exhibit list (.6); meet with KCM re exhibit list (.5); e-mails re confirmation issues (1.2); finalize letter to Lacey (.5) |
| 07/20/09 | KCM | 495.00 | 8.50 | Meet with TEP re research (.2); review/analyze and edit various filings and review/analyze correspondence re same (6.4); draft/revise trial brief and review/analyze related materials (1.9) |
| 07/20/09 | JSS | 225.00 | 5.70 | Research case law for reply brief |
| 07/21/09 | WBS | 720.00 | 1.10 | Conference with PVNL, NDF, JAL, JPW re trial brief. |
| 07/21/09 | EI | 920.00 | 2.50 | Preparing for teleconferences (.2); memo NDF re: TDP inquiry (.1); t/c ACM re: TDP issue (.2); t/c PVNL, NDF, Horkovich re: insurance issues and Libby (1.0); t/c PVNL, NDF re: Garlock issues (.5); draft letter to Cohn (.5). |
| 07/21/09 | JPW | 495.00 | 7.50 | Research and draft responses to insurer briefs (5.8); meet with NDF, WBS, JAL, and PVNL re Libby brief (1.0); meet with NDF, PVNL re Garlock brief (.7) |

| 07/21/09 | KCM | 495.00 | 10.60 | Review/analyze correspondence and associated documents re briefing (.9); draft/revise brief and review/analyze related cases and materials (9.7) |
| 07/21/09 | JMR | 320.00 | 3.20 | Research for Libby claimant's issues |
| 07/21/09 | JSS | 225.00 | 5.90 | Research case law/treatises for memo |
| 07/22/09 | WBS | 720.00 | 0.30 | Conference with JAL re insurance issues and treatment in brief. |
| 07/22/09 | JPW | 495.00 | 10.10 | Research and draft responses to insurer objections (5.7); e-mails re confirmation issues (.9); telephone conference re confirmation issues (1.2); review Garlock brief, issues (1.0); meet with KCM re response briefs (1.1); telephone conference with ACM re Trust issues (.2) |
| 07/22/09 | KCM | 495.00 | 12.70 | Telephone conference with PVNL re trial briefs (.3); plan/prepare for and appear/attend telephone conference with Plan Proponents re briefs (4.3); draft/revise Phase II brief and review/analyze related cases and materials (8.1) |
| 07/22/09 | JMR | 320.00 | 6.80 | Research for Libby claimant's issues |
| 07/22/09 | MAF | 195.00 | 3.20 | Compile and organize Phase II Pretrial Statements and Pretrial Briefs. |
| 07/22/09 | JSS | 225.00 | 6.70 | Research, draft and edit memo for reply brief |
| 07/23/09 | WBS | 720.00 | 6.30 | Drafting on insurance section of trial brief re Libby claimants positions, including research and telephone conferences Anderson Kill co-counsel. |
| 07/23/09 | JPW | 495.00 | 9.30 | Research and revise response brief to insurer arguments (6.1); meet with BSB re Libby motion (.5); edit response to Libby Motion (1.0); e-mails re trial exhibits (.3); meet with MCG re trial exhibits (.3); review trial exhibits (.9); telephone conference with KCM re insurer brief (.2) |
| 07/23/09 | KCM | 495.00 | 10.50 | Telephone conferences with R. Hankovich (.3); telephone conference with R. Chung (.3); draft/revise Phase II brief and review/analyze relevant materials (9.9) |
| 07/23/09 | JMR | 320.00 | 6.40 | Finalize research for the Libby claimant's issues |

| 07/23/09 | JSS | 225.00 | 3.80 | Discuss research topic, research for reply brief |
|---|---|---|---|---|
| 07/24/09 | WBS | 720.00 | 8.80 | Review Posner deposition re insurance issues (1.0); research and drafting (7.8). |
| 07/24/09 | JPW | 495.00 | 7.20 | Research and draft response to insurer briefs (3.9); meet with KCM re insurer brief response (.5); e-mails re exhibits; depositions (.5); telephone conference with EGB re exhibits (.2); review Libby briefs on experts (.4); research protective order issue (1.0); e-mails re confirmation briefing (.7) |
| 07/24/09 | KCM | 495.00 | 9.60 | Review/analyze memo and plan/prepare for and communicate with ins. counsel (.4); review/analyze Debtor filings and communicate with NDF and Debtor re same (1.4); review/analyze correspondence re briefing issues (.4); draft/revise trial brief and review/analyze related briefs, cases and materials (7.4) |
| 07/24/09 | MAF | 195.00 | 2.30 | Compile and organize Phase II Pretrial Statements for attorney review. |
| 07/24/09 | JSS | 225.00 | 4.60 | Research and draft memo for reply brief |
| 07/25/09 | WBS | 720.00 | 2.30 | Work on Libby brief insurance section, including review and incorporation of comments from co-counsel. |
| 07/25/09 | EI | 920.00 | 0.20 | Scotts settlement issues with PVNL. |
| 07/25/09 | KCM | 495.00 | 3.60 | Review/analyze briefs, cases and materials re Phase II hearing issues |
| 07/26/09 | WBS | 720.00 | 6.10 | Work on insurance brief, review comments, conference with NDF, memo JAL re follow-up. |
| 07/26/09 | EI | 920.00 | 0.10 | Scotts issues with PVNL. |
| 07/26/09 | KCM | 495.00 | 7.10 | Draft/revise brief and review/analyze related briefs, cases and materials (6.2); communicate with TEP re research (.7); review/analyze correspondence re briefing issues (.2) |
| 07/27/09 | JPW | 495.00 | 1.10 | Review protective orders (.4); read and research motion to limit or strike (.7) |
| 07/27/09 | KCM | 495.00 | 10.90 | Meet with TEP re research for brief (.5); review/analyze correspondence re briefing issues |

| | | | | |
|---|---|---|---|---|
| | | | | (.4); draft/revise brief and review/analyze related cases and materials (9.2); telephone conference with local counsel re hearing and related issues (.8) |
| 07/27/09 | JMR | 320.00 | 4.50 | Research for brief |
| 07/27/09 | JSS | 225.00 | 7.80 | Research, draft and edit memo for reply brief (6.9); redact discovery information in compliance with HIPAA (.9) |
| 07/28/09 | WBS | 720.00 | 0.20 | E-mails re Libby section of trial brief. |
| 07/28/09 | JPW | 495.00 | 6.20 | Meet with BSB re Libby issues (.5); meet with KCM re hearing (.4); e-mails re hearing (.2); telephone conference with NDF re Libby (.3); meet with KCM re insurer briefs (1.3); research insurance issues; review LMI brief (1.9); e-mails re Phase II pretrial (.3); review protective orders and memo (.4); e-mails re Libby issues (.6); review and forward Stockman errata (.3) |
| 07/28/09 | KCM | 495.00 | 10.60 | Draft/revise brief and review/analyze related cases and materials (9.3); meet with JPW re certain briefing issues (1.1); meet with TEP re research for brief (.2) |
| 07/28/09 | JSS | 225.00 | 5.80 | Redact identifying information for HIPAA compliance for discovery |
| 07/29/09 | EI | 920.00 | 0.10 | T/c NDF re: brief drafting issue (.1). |
| 07/29/09 | JPW | 495.00 | 8.70 | Meet with JSS re jurisdiction issue (.3); research insurance issues (2.8); e-mails re confirmation issues (2.5); telephone conference with Objectors re CMO (1.0); draft document requests to Libby (1.6); meet with KCM and NDF re Libby issues (.5) |
| 07/29/09 | KCM | 495.00 | 10.90 | Draft/revise brief and review/analyze related cases and materials |
| 07/29/09 | JSS | 225.00 | 6.20 | Discuss, research and draft memo for reply brief |
| 07/30/09 | EI | 920.00 | 0.50 | Libby issue with NDF (.1); insurance: review of Travelers issues (.4). |
| 07/30/09 | JPW | 495.00 | 9.30 | Meet with BSB re medical issues (1.0); meet with MCG re Libby claimants (.3); telephone conference with Libby claimants (1.5); research 524(g) issues for Phase II Trial Brief (2.5); telephonic pretrial |

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| | | | | hearing (2.8); read jurisdictional memo (.3); e-mails re expert issues (.9) |
| 07/30/09 | KCM | 495.00 | 9.80 | Draft/revise brief and review/analyze related materials |
| 07/30/09 | JSS | 225.00 | 3.70 | Research, write and edit memo for reply brief (2.1); proofread and incorporate edits into bench memo (.3); HIPAA compliance for discovery (1.3) |
| 07/31/09 | EI | 920.00 | 0.20 | Review of Garlock issues. |
| 07/31/09 | SAT | 195.00 | 2.50 | Cite-check plan proponents Consolidate Phase II Brief. |
| 07/31/09 | JPW | 495.00 | 8.50 | Research and draft trial brief sections (5.9); e-mails re confirmation discovery issues (.9); meet with KCM re trial brief (.5); meet with BSB re experts (.4); read Trustee memo (.3); review KE outline of briefs (.5) |
| 07/31/09 | KCM | 495.00 | 10.90 | Telephone conference with insurance counsel (.4); meet with PVNL re briefing issues (2.1); telephone conference with Debtor re brief issues (.1); draft/revise brief and review/analyze related briefs, cases and other materials (8.3) |

**Total Task Code.16       508.10**


**Plan & Disclosure Statement (431.70 Hours; $ 239,875.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.90 | $920 | 1,748.00 |
| Peter Van N. Lockwood | 88.30 | $840 | 74,172.00 |
| Nathan D. Finch | 153.40 | $610 | 93,574.00 |
| Ann C. McMillan | 14.90 | $580 | 8,642.00 |
| Jeffrey A. Liesemer | 45.40 | $495 | 22,473.00 |
| Nancy O'Kuhn | 28.00 | $440 | 12,320.00 |
| Todd E. Phillips | 99.80 | $270 | 26,946.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/09 | NDF | 610.00 | 1.90 | Teleconference with Bernick et al re case issues (1.2); confer with JAL, KCM re briefing trial brief (0.7). |

| | | | | |
|---|---|---|---|---|
| 07/01/09 | JAL | 495.00 | 0.10 | Telephone call with KCM re plan issues. |
| 07/01/09 | JAL | 495.00 | 0.70 | Meet with NDF and KCM re plan confirmation briefing. |
| 07/02/09 | NDF | 610.00 | 3.00 | Work on plan confirmation hearing trial prep and briefing issues. |
| 07/02/09 | ACM | 580.00 | 0.30 | Review e-mail exchange between NDF and EI re TDP values. |
| 07/02/09 | JAL | 495.00 | 0.80 | Review and analyze materials relating to confirmation trial briefs. |
| 07/02/09 | JAL | 495.00 | 0.40 | Draft email to KCM re confirmation issues. |
| 07/02/09 | JAL | 495.00 | 0.20 | Review documents from M. Hurford re confirmation issues. |
| 07/03/09 | NDF | 610.00 | 3.00 | Review and select trial exhibits for confirmation hearing (2.5); memo to trial team re same (0.5). |
| 07/06/09 | NDF | 610.00 | 8.20 | Plan for plan confirmation hearing - Phase II (7.5); emails to other Plan Proponents' counsel re plan issues (0.7). |
| 07/06/09 | ACM | 580.00 | 2.30 | Review TDP issues and meeting with NDF re same. |
| 07/06/09 | JAL | 495.00 | 0.20 | Review and analyze materials relating to confirmation issues. |
| 07/07/09 | NDF | 610.00 | 4.80 | Work on exhibits for Phase II, witness testimony, planning issues, etc. |
| 07/07/09 | JAL | 495.00 | 0.30 | Email exchanges with NDF and WBS re Libby Phase II trial brief. |
| 07/07/09 | TEP | 270.00 | 6.20 | Legal research re procedural legal issues (6.1); confer with KCM re same (0.1). |
| 07/08/09 | JAL | 495.00 | 0.30 | Telephone call with M. Hurford re issues relating to tomorrow's omnibus hearing. |
| 07/08/09 | TEP | 270.00 | 4.60 | Legal research re procedural legal issue (4.5); confer with KCM re same (0.1). |
| 07/09/09 | PVL | 840.00 | 0.40 | Review e-mail and reply. |

| 07/09/09 | NDF | 610.00 | 2.50 | Email correspondence re Phase II hearing issues, insurance issues, and Libby issues. |
|----------|-----|--------|------|-------------------------------------------------------------------------------------|
| 07/09/09 | ACM | 580.00 | 0.30 | Exchange e-mails with R. Wyron re TDP. |
| 07/10/09 | PVL | 840.00 | 1.20 | Review e-mail and reply (.7); review draft POR revs and e-mail Guy et al (.3); e-mail Horkovich et al (.2). |
| 07/10/09 | NDF | 610.00 | 6.60 | Prepare for Phase II confirmation hearing. |
| 07/10/09 | ACM | 580.00 | 1.60 | Review emails re Edwards TDP issue and teleconference EI re same (.8); review settlement proposal re Libby (.8). |
| 07/10/09 | JAL | 495.00 | 0.20 | Review email from NDF re confirmation hearing issues. |
| 07/12/09 | NDF | 610.00 | 3.80 | Prepare for meeting on July 15 re trying the confirmation hearing. |
| 07/13/09 | NDF | 610.00 | 5.20 | Read Libby Claimants' cases and pleadings (2.7); review plan objectors' trial briefs (2.5). |
| 07/13/09 | ACM | 580.00 | 1.50 | Teleconference EI re Edwards objection and Libby proposal (.4); review Edwards objection (1.1). |
| 07/14/09 | PVL | 840.00 | 1.30 | Review e-mail and reply. |
| 07/14/09 | NDF | 610.00 | 6.50 | Read plan objectors' briefs. |
| 07/14/09 | ACM | 580.00 | 2.20 | Draft memo re potential TDP changes and exchange e-mails with NDF re same. |
| 07/14/09 | JAL | 495.00 | 0.30 | Review memo from NDF re Phase II trial briefs. |
| 07/14/09 | JAL | 495.00 | 0.10 | Telephone call and voice message to J. Kozyak re Anderson Memorial discovery requests. |
| 07/14/09 | JAL | 495.00 | 0.10 | Email exchanges with NDF re confirmation issues. |
| 07/14/09 | JAL | 495.00 | 1.90 | Review and analyze Libby Claimants' Phase II trial brief. |
| 07/14/09 | JAL | 495.00 | 0.50 | Review and analyze materials relating to confirmation issues. |
| 07/15/09 | PVL | 840.00 | 0.70 | Review draft est. motion and order and e-mail Guy et al re same (.4); review e-mail and reply (.3). |

| 07/15/09 | NDF | 610.00 | 9.20 | Meet with Plan Proponents' co-counsel to prepare for July 20 submission and Phase II confirmation hearing (6.8); draft outline of response to Libby Claimants' trial brief (2.4). |
|----------|-----|--------|------|-----|
| 07/15/09 | ACM | 580.00 | 1.20 | Review EI deposition transcript. |
| 07/15/09 | JAL | 495.00 | 0.30 | Review and analyze recent court submissions relating to confirmation. |
| 07/15/09 | JAL | 495.00 | 0.10 | Draft email to D. Rosendorf re Anderson Memorial discovery. |
| 07/15/09 | JAL | 495.00 | 0.80 | Legal research in connection with Phase II trial brief. |
| 07/15/09 | JAL | 495.00 | 0.30 | Review draft of Fourth Amended CMO. |
| 07/15/09 | JAL | 495.00 | 0.10 | Review memo from EI re proposed settlement matter. |
| 07/15/09 | JAL | 495.00 | 0.20 | Review recent court submissions. |
| 07/15/09 | TEP | 270.00 | 0.40 | Legal research re procedural issue. |
| 07/16/09 | PVL | 840.00 | 0.20 | Review e-mail and reply. |
| 07/16/09 | EI | 920.00 | 0.20 | TDP amendment issues with ACM (.2). |
| 07/16/09 | NDF | 610.00 | 7.20 | Prepare for Phase II confirmation hearing - exhibits, witnesses, trial issues, etc. (5.8); edit outline for response to Libby Claimants' brief (1.4). |
| 07/16/09 | JAL | 495.00 | 2.00 | Further review and analysis of Libby Phase II trial brief. |
| 07/16/09 | JAL | 495.00 | 1.50 | Review and analysis of materials relating to issues raised in Libby trial brief. |
| 07/16/09 | JAL | 495.00 | 0.40 | Legal research re: issues raised in Libby trial brief. |
| 07/16/09 | JAL | 495.00 | 0.30 | Reviewed draft witness and exhibit lists for Phase II confirmation hearing. |
| 07/16/09 | JAL | 495.00 | 0.90 | Review and analysis of materials relating to Libby confirmation objections. |

| 07/17/09 | PVL | 840.00 | 4.60 | Review Whitehouse depo (2.3); review Molgaard depo (1.3); review e-mail and reply (1). |
|----------|-----|--------|------|---|
| 07/17/09 | NDF | 610.00 | 7.10 | Read pretrial briefs for Phase II (3.5); teleconference with Freedman re same (0.5); edits to exhibit list and witness pleading (1.0); prepare for confirmation hearing (2.1). |
| 07/18/09 | PVL | 840.00 | 4.90 | Review PPs Phase I brief (.2); review insurers response to Phase I exhs objs (.2); review BNSF obj re Arrowood settlement (.2); review Libby cls prop term sheet (.2); review Libby cls reply re Whitehouse (.1); review Arrowood obj to Libby cls motion to compel (.2); review Libby cls suppl POR objs (.1); review Phase II briefs (1); review 6/30 - 7/18 e-mail and reply (1.7); review Libby cls opposition to Spear MIL (.1); review Libby cls motion to defer Arrowood agmt (.3); review Molgaard suppl report (.2); review Grace suppl briefs re Bank Lenders and Morgan Stanley impairment (.4). |
| 07/19/09 | PVL | 840.00 | 5.20 | Review 6/30 - 7/18 e-mail and reply (1.4); review draft ins neutrality stip (.7); review drafts of stips, motion, pre-trial stmt and motion re solvency hearing (1.8); review prop Gen Ins agmt (.2); review Phase I insurer brief (.3); review UCC and Morgan Stanley impairment briefs (.6); review AIU Phase II brief and e-mail Horkovich (.2). |
| 07/19/09 | NDF | 610.00 | 3.30 | Edit and review Phase II statement and submissions (1.5); prepare for confirmation hearing (1.8). |
| 07/19/09 | JAL | 495.00 | 0.20 | Tele. call w/KCM re: confirmation issues. |
| 07/19/09 | JAL | 495.00 | 0.40 | Drafted response e-mail to NDF re: confirmation discovery issue raised by him. |
| 07/19/09 | JAL | 495.00 | 1.20 | Drafted and revised Phase II trial brief in response to Libby objections. |
| 07/19/09 | TEP | 270.00 | 3.00 | Review Phase II trial briefs. |
| 07/20/09 | PVL | 840.00 | 6.50 | Teleconference Frankel, Wyron, EI et al (.7); teleconference Shelnitz, Finke, Bernick, Freedman, Frankel and Wyron (.7); review e-mail and reply (1.6); review LMC pretrial stmt (.1); review revised draft motion re solvency hearing (.1); review UCC pretrial stmt (.1); review revised draft PPs PTS and e-mail comments (.3); review revised PP witness list |

| | | | | |
|---|---|---|---|---|
| | | | | and e-mail comments (1); review further revised PP PTS and e-mail comments (.9); review PTS's of Montana, Hartford, Allstate, Scotts, Morgan Stanley, UST, PD FCR, Edwards, Kaneb, Longacre and FFIC (.7); teleconference Hurford (.1); confer KCM (.1); teleconference NDF (.1). |
| 07/20/09 | NDF | 610.00 | 1.50 | Comment on and edit exhibit list (0.5); final comments on pretrial statement (0.3); emails to Horkovich re case issues (0.5); teleconference with JPW and KCM re case issue (0.2). |
| 07/20/09 | JAL | 495.00 | 0.20 | Reviewed draft of Plan Proponents' disclosure of confirmation witness testimony. |
| 07/20/09 | JAL | 495.00 | 0.30 | Reviewed memo from PVNL re: confirmation issue. |
| 07/20/09 | JAL | 495.00 | 0.40 | Review and analysis of materials relating to Anderson Memorial document requests. |
| 07/20/09 | JAL | 495.00 | 0.40 | Review and analysis of plan objectors' pre-trial statements. |
| 07/20/09 | TEP | 270.00 | 6.20 | Legal research re substantive legal issue relating to trial briefs and confer with KCM re same. |
| 07/21/09 | PVL | 840.00 | 8.80 | Review e-mail and reply (1.7); review draft ltr to Cohn and e-mail comments (.4); review draft 4th CMO (.1); review obj chart (.1); review motion re Lloyds agmt (.1); review PTS's of AXA, BNSF, AMH, Geico, One Beacon, FFIC (surety), CNA, AIU, Nat'l Union, Travelers, Zurich and MCC (1.5); teleconference Giannotto (.1); review PPs final PTS and witness list (.2); review Garlock Phase II brief and PTS (.9); teleconference Horkovich, EI and NDF (1.1); teleconference EI and NDF (.3); confer NDF, WBS, JPW and JAL (1.1); confer NDF and JPW (.2); review Gen Ins PTS, motion to file claim and stip (.3); review Libby cls MIL re Stockman, Freedman and Parker (.3); review Freedman issue chart (.4). |
| 07/21/09 | NDF | 610.00 | 9.80 | Send and receive emails re case issues (3.1); meet to discuss brief responding to Libby (1.5); teleconference with PVNL, EI and Horkovich re Libby issues and insurance issues (1.2); read pretrial statements of plan objections (1.0); edit outline of response to Libby trial brief (1.5); prepare for confirmation hearing (1.5). |

| | | | | |
|---|---|---|---|---|
| 07/21/09 | ACM | 580.00 | 0.50 | Teleconference EI re Grace TDP issues (.2); review TDP (.3). |
| 07/21/09 | JAL | 495.00 | 1.30 | Meeting w/PVNL, NDF, and WBS re: prep. of Phase II trial briefs. |
| 07/21/09 | JAL | 495.00 | 0.30 | Email exchanges with co-counsel and opposing counsel re Anderson Memorial's document requests. |
| 07/21/09 | JAL | 495.00 | 0.10 | Drafted email to JMR re legal research for Phase II trial briefing. |
| 07/21/09 | TEP | 270.00 | 8.00 | Legal research re substantive legal issue relating to trial briefs and confer with KCM re same. |
| 07/22/09 | PVL | 840.00 | 8.40 | Review e-mail and reply (.3); teleconference KCM (.3); teleconference Harding, Baer, Freedman, Esayian, Stansbury, Shelnitz, Finke, Guy, Orr, NDF, KCM et al (4.4); review Finke decl (.1); confer KCM (.1); review revised CMO (.1); review draft Arrowood oppo to motion to compel (.2); teleconference Wyron and Guy (.6); teleconference Esayian, Wyron, Mehaley and Horkovich (2.1); teleconference Giannotto (.1); review Horkovich ltr (.1). |
| 07/22/09 | EI | 920.00 | 0.50 | Letter to Cohn:  revisions and memo to Committee. |
| 07/22/09 | NDF | 610.00 | 10.70 | Work on draft response for Libby trial brief (8.6); teleconference with PVNL, Freedman, et al re Phase II trial plan and briefing (2.1). |
| 07/22/09 | ACM | 580.00 | 0.30 | Teleconference JPW re TAC issues. |
| 07/22/09 | JAL | 495.00 | 0.10 | Telephone call with JMR re legal research for Libby opposition brief. |
| 07/22/09 | JAL | 495.00 | 0.60 | Office conference with NOK re legal research for Libby opposition brief. |
| 07/22/09 | JAL | 495.00 | 0.60 | Review materials relating to preparation of Libby opposition brief. |
| 07/22/09 | JAL | 495.00 | 0.20 | Office conference with KCM re trial briefs. |
| 07/22/09 | JAL | 495.00 | 0.20 | Email exchanges with NDF re legal research for trial briefs. |

| 07/22/09 | JAL | 495.00 | 0.20 | Email exchanges with NOK re legal research for trial briefs. |
|---|---|---|---|---|
| 07/22/09 | JAL | 495.00 | 0.30 | Email exchanges with PVNL, NDF, and KCM re Phase II trial briefs. |
| 07/22/09 | NOK | 440.00 | 4.40 | Meeting with JL; Review pleadings; Research burden of proof issue |
| 07/22/09 | TEP | 270.00 | 8.30 | Legal research re substantive legal issue relating to trial briefs and confer with KCM re same. |
| 07/23/09 | PVL | 840.00 | 3.90 | Teleconference Giannotto (.7); review e-mail and reply (.5); review Mehaley e-mail and reply (.2); review draft FFIC stip (.2); review final Arrowood opposition to motion to compel (.3); review revised NDF outline re Libby (.1); teleconference Wyron (.9); review Libby cls opposition to Arrowood motion for relief (.2); teleconference Guy and Wyron (.8). |
| 07/23/09 | EI | 920.00 | 0.10 | General Insurance settlement memos. |
| 07/23/09 | NDF | 610.00 | 10.50 | Work on draft response for Libby trial brief (9.5); emails to Horkovich re case and insurance (1.0). |
| 07/23/09 | ACM | 580.00 | 0.50 | Review transcript of EI deposition. |
| 07/23/09 | JAL | 495.00 | 0.20 | Email exchanges with WBS re Libby trial brief. |
| 07/23/09 | JAL | 495.00 | 0.10 | Telephone call with WBS re Libby brief. |
| 07/23/09 | JAL | 495.00 | 0.10 | Drafted email to R. Horkovich re Libby brief. |
| 07/23/09 | JAL | 495.00 | 0.30 | Telephone call with WBS and R. Horkovich re insurance-related confirmation issues. |
| 07/23/09 | JAL | 495.00 | 0.70 | Second telephone conference with WBS and R. Horkovich re insurance-related confirmation issues. |
| 07/23/09 | JAL | 495.00 | 1.20 | Review and analyze materials relating to confirmation issues. |
| 07/23/09 | NOK | 440.00 | 6.60 | Research issues in response to Libby Claimants' Brief |

| 07/23/09 | TEP | 270.00 | 6.70 | Legal research re substantive legal issue relating to trial briefs and confer with KCM re same. |
|---|---|---|---|---|
| 07/24/09 | PVL | 840.00 | 1.90 | Review e-mail and reply (1); review Debtors' reply re Royal agmt (.2); review Arrowood reply re Royal agmt (.4); review Libby cls PTS (.3). |
| 07/24/09 | NDF | 610.00 | 8.00 | Work on draft response for Libby trial brief (6.5); email to Bernick re thoughts on order for Phase II hearing (1.0); email to Horkovich and PVNL re insurance issue (0.5). |
| 07/24/09 | JAL | 495.00 | 1.30 | Review and analyze materials relating to confirmation issues. |
| 07/24/09 | JAL | 495.00 | 0.30 | Office conference with NDF re Plan Proponents' trial briefs. |
| 07/24/09 | JAL | 495.00 | 0.20 | Office conference with WBS re Libby trial brief. |
| 07/24/09 | JAL | 495.00 | 0.10 | Reviewed materials relating to plan objections. |
| 07/24/09 | NOK | 440.00 | 6.80 | Work on arguments re: Libby Claimants and burden of proof standard; Research cases cited for multiple issues and distinguish |
| 07/24/09 | TEP | 270.00 | 7.80 | Legal research re substantive legal issues re trial briefs. |
| 07/25/09 | PVL | 840.00 | 0.20 | Review e-mail and reply. |
| 07/25/09 | JAL | 495.00 | 3.50 | Review and analyze draft section of Libby response brief. |
| 07/25/09 | JAL | 495.00 | 0.70 | Drafted and revised memo to WBS re comments on draft section of Libby response brief. |
| 07/25/09 | JAL | 495.00 | 0.10 | Reviewed email from WBS re draft Libby response brief. |
| 07/25/09 | NOK | 440.00 | 5.40 | Finalize memo regarding burden of proof standard; Review case law |
| 07/26/09 | PVL | 840.00 | 3.50 | Prep for 7/27 hearing (1.6); review e-mail (.2); review 4 amended CMO and e-mail Baer (.2); confer NDF (.2); review Chung memo and cited case and e-mail Horkovich et al (.3); review Weill sur-buttal report (.5); review Zilly report (.3); review Martin report (.2). |

| 07/26/09 | NDF | 610.00 | 9.40 | Draft, revise and edit inserts to Libby trial brief (8.9); emails to Bernick re case proof (0.5). |
| 07/26/09 | NOK | 440.00 | 2.80 | Review cases and distinguish for purposes of responsive pleading to Libby Claimant's Trial Brief |
| 07/26/09 | TEP | 270.00 | 8.80 | Legal research re substantive legal issue relating to trial briefs and confer with KCM re same. |
| 07/27/09 | PVL | 840.00 | 8.50 | Confer NDF (1.1); attend hearing (5); confer Giannotto (.1); confer Freedman (.3); confer Frankel and Guy (.2); review e-mail and reply (1.2); confer KCM (.4); review AKO memos re ins consent (.2). |
| 07/27/09 | EI | 920.00 | 0.70 | Scott settlement issues (.3); Edwards issues with Frankel (.2); finalized Cohn response (.2). |
| 07/27/09 | NDF | 610.00 | 10.30 | Prepare for omnibus hearing (1.5); attend omnibus hearing and pretrial conference (5.0); emails re case issues with plan proponents' co-counsel (1.5); edit Libby brief insert (0.8); telephone call to SKL re same (0.5); emails re order of proof (1.0). |
| 07/27/09 | JAL | 495.00 | 0.20 | Reviewed email exchanges with NDF and PVNL re confirmation objections. |
| 07/27/09 | JAL | 495.00 | 0.10 | Telephone call with KCM re Phase II trial briefs. |
| 07/27/09 | JAL | 495.00 | 0.10 | Drafted email to NDF re materials for Libby response brief. |
| 07/27/09 | JAL | 495.00 | 0.10 | Reviewed email exchanges between R. Chung and NDF re insurance-related confirmation issues. |
| 07/27/09 | JAL | 495.00 | 0.10 | Reviewed email exchanges between NDF and WBS re insurance-related confirmation issues. |
| 07/27/09 | JAL | 495.00 | 0.10 | Drafted email to NDF re Libby response brief. |
| 07/27/09 | JAL | 495.00 | 0.20 | Drafted and revised emails to JMR re legal research needed for Libby response brief. |
| 07/27/09 | JAL | 495.00 | 0.20 | Drafted and revised email to NOK re legal research for Phase II trial brief. |
| 07/27/09 | JAL | 495.00 | 0.10 | Reviewed letter from EI to D. Cohn re Libby Claimants' confirmation objections. |

| | | | | |
|---|---|---|---|---|
| 07/27/09 | JAL | 495.00 | 0.10 | Email exchanges with JMR re legal research for Libby response brief. |
| 07/27/09 | JAL | 495.00 | 0.10 | Reviewed emails from NDF re legal research for Libby response brief. |
| 07/27/09 | JAL | 495.00 | 0.10 | Drafted email to JMR re legal research help for the trial briefs. |
| 07/27/09 | JAL | 495.00 | 0.10 | Drafted email to PVNL and NDF re confirmation issues. |
| 07/27/09 | JAL | 495.00 | 0.10 | Telephone call with JMR re legal research for Phase II trial brief. |
| 07/27/09 | JAL | 495.00 | 0.20 | Further email exchanges with NDF and PVNL re confirmation issues. |
| 07/27/09 | NOK | 440.00 | 2.00 | Finalize memo regarding distinguishing factors in case law and email to JL |
| 07/27/09 | TEP | 270.00 | 8.40 | Legal research re substantive legal issue relating to trial briefs and confer with KCM re same. |
| 07/28/09 | PVL | 840.00 | 4.20 | Review e-mail and reply (.6); teleconference Bernick, Baer, Freedman, Frankel and Guy (.9); review Allstate, AMH and AXA Phase II briefs (1.1); review Anderson RFP responses and e-mail JAL (.2); teleconference Wyron (.9); confer JAL (.2); review Libby draft stip re ins and CMO changes (.2); review Hurford memo (.1). |
| 07/28/09 | EI | 920.00 | 0.10 | Order re:  Royal. |
| 07/28/09 | NDF | 610.00 | 3.60 | Confirmation hearing trial prep (2.5); teleconference with JPW re Libby issues (0.3); emails to Bernick re Cohn stipulation and other issues (0.5); email to Stansbury re Spear deposition (0.3). |
| 07/28/09 | JAL | 495.00 | 0.20 | Telephone call with WBS re Libby response brief. |
| 07/28/09 | JAL | 495.00 | 4.30 | Drafting and revisions to Libby response brief. |
| 07/28/09 | JAL | 495.00 | 0.80 | Reviewed and commented on draft responses to Anderson Memorial's RFPs. |
| 07/28/09 | JAL | 495.00 | 0.90 | Legal research and analysis of confirmation issues. |

| 07/28/09 | JAL | 495.00 | 0.20 | Telephone call with PVNL re draft Libby response brief. |
|----------|-----|--------|------|-------------------------------------------------------|
| 07/28/09 | TEP | 270.00 | 9.00 | Legal research re substantive legal issues re trial briefs (8.8); confer with KCM re same (0.2). |
| 07/29/09 | PVL | 840.00 | 6.80 | Review e-mail and reply (.8); teleconference NDF (.1); teleconference Horkovich (.9); confer Giannotto, Wyron, Mehaley, Brown and Horkovich (2.5); confer Wyron, Mehaley and Horkovich (.3); confer Wyron (.3); review Shelley ltr to Horkovich (.1); teleconference Freedman, Finke, Opasparakis and Wyron (.5); confer ACM (.4); review revised TDP (.1); review revised CMO and ins stip (.1); review AKO memo re set-off and e-mail Horkovich (.2); review draft Scotts agmt and e-mail Wallace et al (.5). |
| 07/29/09 | EI | 920.00 | 0.30 | TDP issue with ACM (.2); insurance TDP issue (.1). |
| 07/29/09 | NDF | 610.00 | 7.30 | Confirmation hearing trial prep (5.3); review and edit pretrial brief re Libby matters (2.0). |
| 07/29/09 | ACM | 580.00 | 1.80 | Review proposed changes to TDP (1.2); teleconference EI re same (.2); conference PVNL re same (.4). |
| 07/29/09 | JAL | 495.00 | 4.40 | Drafting and revisions to Libby response brief. |
| 07/29/09 | JAL | 495.00 | 0.10 | Telephone call with JMR re legal research for Libby response brief. |
| 07/29/09 | JAL | 495.00 | 0.30 | Email exchanges with JMR re legal research for Libby response brief. |
| 07/29/09 | TEP | 270.00 | 6.00 | Legal research re substantive legal issues re trial briefs. |
| 07/30/09 | PVL | 840.00 | 9.20 | Review e-mail and reply (.8); review CNA Phase II brief (.8); review drafts of Arrowood approval order and e-mail comments (.9); review Ifft ltr (.1); review Travelers revised props TS and e-mail comments (.2); telephonic hearing (2.6); review Shelley ltr (.1); review draft POR revs (.2); teleconference Wisler (1.2); teleconference Horkovich (.4); teleconference ACM (.1); review revised Scotts agmt (.1); review revised AKO set-off memo (.1); teleconference Wyron (1); review FFIC surety Ph II brief (.6). |

| | | | | |
|---|---|---|---|---|
| 07/30/09 | NDF | 610.00 | 7.70 | Draft insert for trial brief re Libby (1.5); teleconference with Libby counsel and Harding re discovery issues (1.3); attend telephonic hearing re CMO and discovery issues (3.3); emails to Bernick et al re case issues (1.1); teleconference with JAL re edits to trial brief (0.5). |
| 07/30/09 | ACM | 580.00 | 1.00 | Teleconference R. Wyron re TDP issues (.3); teleconference PVNL re same (.2).; review proposed TDP changes (.5). |
| 07/30/09 | JAL | 495.00 | 0.30 | Telephone call with NDF re comments on draft Libby response brief. |
| 07/30/09 | TEP | 270.00 | 8.90 | Legal research re substantive legal issues re trial briefs. |
| 07/31/09 | PVL | 840.00 | 7.90 | Review e-mail and reply (.7); review revised drafts of Scotts agmt and approval order (.7); teleconference Cobb (.7); e-mail Horkovich re set-off memo (.1); review Brown ltr to Rosenbloom and St. Clair (.3); review Guy memo re Garlock and reply (.2); confer KCM (1.6); review Freedman revs to Scotts agmt and reply (.2); review Kitzer memo and reply (.2); review Grace trial brief outline and reply to Boll (.6); review FFIC Ph II brief (.7); review LMC Ph II brief (.5); review Hartford brief (.2); review MCC brief (.3); review Geico brief (.2); review One Beacon brief (.5); teleconference Speights (.1); review draft TDP revs and e-mail Wyron (.1). |
| 07/31/09 | NDF | 610.00 | 2.30 | Memo to Bernick et al re order of proof (0.6); review and edit outline re briefs and exchange emails re same (0.5); emails re insurance issues (0.5); email re confirmation hearing prep and trial (0.7). |
| 07/31/09 | ACM | 580.00 | 1.40 | Review proposed TDP changes and exchange e-mails with EI, PVNL, R. Wyron re same (.8); review proposed terms of agreement with Garlock (.6). |
| 07/31/09 | JAL | 495.00 | 3.20 | Further drafting and revisions to Libby response brief. |
| 07/31/09 | TEP | 270.00 | 7.50 | Legal research re substantive legal issues re trial briefs. |

**Total Task Code .17        431.70**

**Travel – Non Working (14.00 Hours; $ 4,842.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.50 | $420.00 | 1,890.00 |
| Bernard B. Bailor | 5.50 | $315.00 | 1,732.50 |
| Nathan D. Finch | 4.00 | $305.00 | 1,220.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/09 | BSB | 315.00 | 5.50 | Travel to DC. |
| 07/14/09 | NDF | 305.00 | 1.00 | Travel to New York for meeting with Freedman, et al. |
| 07/15/09 | NDF | 305.00 | 2.50 | Travel back to DC from NYC. |
| 07/27/09 | PVL | 420.00 | 4.20 | Travel to/from Wilmington for hearing. |
| 07/27/09 | NDF | 305.00 | 0.50 | Travel to Wilmington. |
| 07/29/09 | PVL | 420.00 | 0.30 | Travel to/from Orrick office. |

**Total Task Code .21**          **14.00**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 14,311.71 |
| Air Freight & Express Mail | 1,085.76 |
| Charge of Cell and/or Home Phone Useage | 144.62 |
| Conference Meals | 156.40 |
| Court Reporting/Transcript Service | 14,744.75 |
| Database Research | 17,368.82 |
| Local Transportation - DC | 265.08 |
| Long Distance-Equitrac In-House | 30.40 |
| Meals Related to Travel | 788.70 |
| NYO Long Distance Telephone | 459.20 |
| Postage & Air Freight | 98.90 |
| Professional Fees & Expert Witness Fees | 15,384.50 |
| Research Material | 15.20 |
| Travel Expenses - Ground Transportation | 3,036.46 |
| Travel Expenses - Hotel Charges | 1,312.96 |
| Travel Expenses - LD Calls on Hotel Bill | 6.35 |
| Travel Expenses - Miscellaneous | 6.50 |
| Xeroxing | 979.60 |

**Total:      $ 70,195.91**