**EXHIBIT B**

**Case Administration (256.70 Hours; $ 116,951.50)**

    Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   256.70

**Committee, Creditors', Noteholders' or Equity Holders' (.70 Hours; $ 644.00)**

    Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**   .70

**Fee Applications, Applicant (7.90 Hours; $ 3,699.50)**

    Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**   7.90

**Litigation and Litigation Consulting (508.10 Hours; $ 239,637.00)**

    Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**   508.10

**Plan & Disclosure Statement (431.70 Hours; $ 239,875.00)**

    Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**   431.70

**Travel – Non Working (14.00 Hours; $ 4,842.50)**

{D0160728.1 }
DOC#151898

- 2 -

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          14.00**

{D0160728.1 }