## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 14,311.71 |
| Air Freight & Express Mail | 1,085.76 |
| Charge of Cell and/or Home Phone Useage | 144.62 |
| Conference Meals | 156.40 |
| Court Reporting/Transcript Service | 14,744.75 |
| Database Research | 17,368.82 |
| Local Transportation - DC | 265.08 |
| Long Distance-Equitrac In-House | 30.40 |
| Meals Related to Travel | 788.70 |
| NYO Long Distance Telephone | 459.20 |
| Postage & Air Freight | 98.90 |
| Professional Fees & Expert Witness Fees | 15,384.50 |
| Research Material | 15.20 |
| Travel Expenses - Ground Transportation | 3,036.46 |
| Travel Expenses - Hotel Charges | 1,312.96 |
| Travel Expenses - LD Calls on Hotel Bill | 6.35 |
| Travel Expenses - Miscellaneous | 6.50 |
| Xeroxing | 979.60 |
| **Total:** | **$ 70,195.91** |

{D0160730.1 }