# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

## HARTFORD'S OBJECTIONS TO EXHIBITS

Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation (collectively, "Hartford") object to Exhibit 106 on the grounds of authenticity, relevance, and on the grounds that the document is a confidential settlement document that may not be made public. Hartford further reserves the right to assert any objection asserted by any other party to Exhibit 106 or to any other Exhibit offered by any party.

Respectfully submitted,

/s/ Michael W. Yurkewicz
KLEHR, HARRISON, HARVEY
  BRANZBURG AND ELLERS LLP
919 Market St., Suite 1000
Wilmington, DE 19801
Telephone: 302-426-1189
Facsimile: 302-426-9193

- and –

Craig Goldblatt
Nancy L. Manzer
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Telephone: 202-663-6000
Facsimile: 202-663-6363

Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation

Dated: September 1, 2009