IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: September 21, 2009 at 4:00 p.m. |

**FIRST MONTHLY APPLICATION OF
SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD MAY 18, 2009[1] THROUGH JULY 31, 2009**

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | May 18, 2009 through July 31, 2009 |
| Amount of fees to be approved as actual, reasonable and necessary: | $108,445.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,156.09 |

This is a(n): ___ interim        ___ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

---

[1] Teresa K.D. Currier Esquire left the firm of Buchanan Ingersoll on May 15, 2009, and the Official Committee of Equity Security Holders elected to transfer its Delaware counsel role to her new firm, Saul Ewing LLP. Saul Ewing was retained by Order of this Court dated August 21, 2009, *nunc pro tunc* to May 18, 2009. Accordingly, this First Monthly Fee Application of Saul Ewing covers an extended period from May 18, 2009 to July 31, 2009. Subsequent fee applications will be monthly only.

## SUMMARY OF TIME FOR BILLING PERIOD
## MAY 18, 2009 THROUGH JULY 31, 2009

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---:|---:|---:|
| Teresa K.D. Currier | $600 | 160.6 | $96,360.00 |
| Lucian B. Murley | $235/$275[2] | 7.1 | $1,672.50 |
| Melissa N. Flores | $195 | 53.4 | $10,413.00 |
| **TOTAL** | | **221.1** | **$108,445.50** |

---

[2] This rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2009 with respect to the Bankruptcy and Restructuring Department). Lucian B. Murley's rate was adjusted but Teresa K. D. Currier's was not, as she had just joined the firm.

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD MAY 18, 2009 THROUGH JULY 31, 2009

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 3.5 | $2,100.00 |
| Business Operations | 1.0 | $600.00 |
| Case Administration | 62.6 | $26,503.50 |
| Claims Analysis Obj. & Resolution (Asbestos) | 1.2 | $720.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 1.2 | $720.00 |
| Employee Benefits/Pension | .5 | $300.00 |
| Employment Applications, Applicant | 17.4 | $5,584.50 |
| Employment Applications, Other | .2 | $120.00 |
| Fee Applications, Applicant | 5.4 | $1,053.00 |
| Fee Applications, Others | 19.6 | $6,657.00 |
| Hearings | 3.2 | $1,920.00 |
| Litigation and Litigation Consulting | 37 | $21,187.50 |
| Plan and Disclosure Statement | 68.3 | $40,980.00 |
| **TOTAL** | **221.1** | **$108,445.50** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## MAY 18, 2009 THROUGH JULY 31, 2009

| Expense Category | Total Expenses |
| --- | --- |
| Reproduction of Documents ($.10 per copy) | $10.30 |
| Service of Pleadings | $1,082.73 |
| Federal Express | $63.06 |
| **TOTAL** | **$1,156.09** |

SAUL EWING LLP

By: _____
Teresa K.D. Currier (3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: September 1, 2009