# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - -

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| | : | Case No. |
| W.R. GRACE & CO., et al, | : | 01-01139 JKF |
| | : | |
| | : | (Jointly |
| Debtors | : | Administered) |

- - -

Friday, May 1, 2009

- - -

Oral deposition of PETER VAN N. LOCKWOOD, ESQUIRE, taken pursuant to notice, was held at the offices of CAPLIN & DRYSDALE, One Thomas Circle N.W., Suite 1100, Washington, DC  20005, commencing at 9:43 a.m., on the above date, before Lori A. Zabielski, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

MAGNA LEGAL SERVICES
Seven Penn Center
1635 Market Street
8th Floor
Philadelphia, Pennsylvania 19103

Page 2

1  APPEARANCES:
2
3  DRINKER BIDDLE & REATH, LLP
   BY: MICHAEL F. BROWN, ESQUIRE
4      JEFFREY M. BOERGER, ESQUIRE
   One Logan Square
5  18th & Cherry Streets
   Philadelphia, Pennsylvania 19103-6996
6  215.988.2988
   (brownmf@dbr.com)
7  (jeffrey.boerger@dbr.com)
   Representing OneBeacon America Insurance
8  Company, Seaton Insurance Company,
   Government Employees Insurance Company,
9  Columbia Insurance Company f/k/a Republic
   Insurance Company
10
11
   CAPLIN & DRYSDALE, CHARTERED
12 BY: NATHAN D. FINCH, ESQUIRE
       JEFFREY A. LIESEMER, ESQUIRE*
13     (*VIA TELECONFERENCE)
   One Thomas Circle N.W.
14 Suite 1100
   Washington, DC 20005
15 202.862.7801
   (ndf@capdale.com)
16 (jal@capdale.com)
   Representing Grace, Official Committee of
17 Asbestos Personal Injury Claimants
   ("ACC"), and Witness
18
19
   W.R. GRACE & CO.
20 BY: RICHARD C. FINKE, ESQUIRE*
       ASSISTANT GENERAL COUNSEL
21     (*VIA TELECONFERENCE)
   5400 Broken Sound Boulevard, NW
22 Suite 300
   Boca Raton, Florida 33487
23 561.362.1533
   Representing W.R. Grace & Co.
24

Page 3

1  APPEARANCES (continued)
2
3  KIRKLAND & ELLIS, LLP
   BY: BARBARA M. HARDING, ESQUIRE
4      THEODORE L. FREEDMAN, ESQUIRE
   655 Fifteenth Street, N.W.
5  Washington, DC 20005-5793
   202.879.5081
6  (barbara.harding@kirkland.com)
   (tfreedman@kirkland.com)
7  Representing the Debtors
8
9  SIMPSON THACHER & BARTLETT, LLP
   BY: ELISA ALCABES, ESQUIRE
10 425 Lexington Avenue
   New York, New York 10017-3954
11 212.455.3133
   (ealcabes@stblaw.com)
12 Representing Travelers Casualty and
   Surety Company
13
14
   VORYS, SATER, SEYMOUR AND PEASE, LLP
15 BY: TIFFANY STRELOW COBB, ESQUIRE*
       ROBERT J. SIDMAN, ESQUIRE*
16     (*VIA TELECONFERENCE)
   52 East Gay Street
17 Columbus, Ohio 43215
   614.464.8322
18 (tscobb@vorys.com)
   Representing The Scotts Company, LLC
19
20
   COHN WHITESELL & GOLDBERG, LLP
21 BY: DANIEL C. COHN, ESQUIRE
   101 Arch Street
22 Boston, Massachusetts 02110
   617.951.2505
23 (cohn@cwg11.com)
   Representing the Libby Claimants
24

Page 4

1  APPEARANCES (continued)
2
3  SPEIGHTS & RUNYAN
   BY: DANIEL H. SPEIGHTS, ESQUIRE*
4      (* VIA TELECONFERENCE)
   200 Jackson Avenue East
5  P.O. Box 685
   Hampton, South Carolina 29924
6  803.943.4444
   (dspeights@speightsrunyan.com)
7  Representing Anderson Memorial Hospital
8
9  TUCKER ARENSBERG
   BY: MICHAEL A. SHINER, ESQUIRE
10 1500 One PPG Place
   Pittsburgh, Pennsylvania 15222
11 412.594.5586
   (mshiner@tuckerlaw.com)
12 Representing Certain London Market
   Insurers and AXA Belgium
13
14
   MENDES & MOUNT, LLP
15 BY: CAROLINA ACEVEDO, ESQUIRE*
       (*VIA TELECONFERENCE)
16 750 Seventh Avenue
   New York, New York 10019
17 212.261.8262
   (carolina.acevedo@mendes.com)
18 Representing AXA Belgium as Successor to
   Royale Belge SSA
19
20
   MENDES & MOUNT, LLP
21 BY: ALEXANDER MUELLER, ESQUIRE*
       (*VIA TELECONFERENCE)
22 750 Seventh Avenue
   New York, New York 10019-6829
23 212.261.8296
   (alexander.mueller@mendes.com)
24 Representing London Market Companies

Page 5

1  APPEARANCE (continued)
2
3  FORD MARRIN ESPOSITO & WITMEYER & GLESER
   BY: ELIZABETH M. DeCRISTOFARO, ESQUIRE
4  Wall Street Plaza
   New York, New York 10005-1875
5  212.269.4900
   Representing Continental Casualty Company
6  and Continental Insurance Company
7
8  BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
   BY: MATTHEW I. KRAMER, ESQUIRE
9  200 South Biscayne Boulevard
   Suite 2500
10 Miami, Florida 33131-5340
   305.450.7246
11 (mkramer@bilzin.com)
   Representing Property Damage Committee
12
13
   STROOCK & STROOCK & LAVAN, LLP
14 BY: ARLENE G. KRIEGER, ESQUIRE
   180 Maiden Lane
15 New York, New York 10038-4982
   212.806.5400
16 (akrieger@stroock.com)
   Representing Official Committee of
17 Unsecured Creditors
18
19 CROWELL & MORING, LLP
   BY: MARK PLEVIN, ESQUIRE
20     NOAH S. BLOOMBERG, ESQUIRE
   1001 Pennsylvania Avenue NW
21 Washington, DC 20004-2595
   202.624.2913
22 (mplevin@crowell.com)
   (nbloomberg@crowell.com)
23 Representing Fireman's Fund Insurance
   (Surety Bond)
24

Page 6

```
 1  APPEARANCES (continued)
 2
    STEVENS & LEE, P.C.
 3  BY: JOHN D. DEMMY, ESQUIRE
    1105 North Market Street, 7th Floor
 4  Wilmington, Delaware 19801
    302.654.5180
 5  (jdd@stevenslee.com)
    Representing Fireman's Fund Insurance
 6
 7
    ALAN B. RICH LAW OFFICES
 8  BY: ALAN B. RICH, ESQUIRE
    Elm Place, Suite 4620
 9  1401 Elm Street
    Dallas, Texas 75202
10  214.744.5100
    (arich@alanrichlaw.com)
11  Representing Property Damage FCR
12
13  CONNOLLY BOVE LODGE & HUTZ, LLP
    BY: JEFFREY C. WISLER, ESQUIRE
14  The Nemours Building
    1007 North Orange Street
15  P.O. Box 2207
    Wilmington, Delaware 19899
16  302.88.6528
    (jwisler@cblh.com)
17  Representing Maryland Casualty
18
19  ECKERT SEAMANS CHERIN & MELLOTT, LLC
    BY: EDWARD J. LONGOSZ, II, ESQUIRE
20  1747 Pennsylvania Avenue, NW
    12th Floor
21  Washington, DC 20006
    202.659.6619
22  (elongosz@eckertseamans.com)
    Representing Maryland Casualty and Zurich
23
24
```

Page 7

```
 1  APPEARANCES (continued)
 2
    WILEY REIN, LLP
 3  BY: KARALEE C. MORELL, ESQUIRE
    1776 K Street NW
 4  Washington, DC 20006
    202.719.7520
 5  (kmorell@wileyrein.com)
    Representing Maryland Casualty and Zurich
 6
 7
    COZEN O'CONNOR
 8  BY: JACOB C. COHN, ESQUIRE
    1900 Market Street
 9  Philadelphia, Pennsylvania 19103-3508
    215.665.2147
10  (jcohn@cozen.com)
    Representing Federal Insurance Company
11
12
    ORRICK HERRINGTON & SUTCLIFFE, LLP
13  BY: JONATHAN P. GUY, ESQUIRE
        JOSHUA M. CUTLER, ESQUIRE
14  Columbia Center
    1152 15th Street, N.W.
15  Washington, DC 20005-1706
    202.339.8516
16  (jguy@orrick.com)
    Representing Future Claimants
17  Representative
18
19  CUYLER BURK, P.C.
    BY: ANDREW CRAIG, ESQUIRE
20  4 Century Drive
    Parsippany, New Jersey 07054
21  973.734.3200
    (acraig@cuyler.com)
22  Representing Allstate Insurance Company
23
24
```

Page 8

```
 1  APPEARANCES (continued)
 2
 3  WILSON ELSER MOSKOWITZ EDELMAN & DICKER,
    LLP
 4  BY: CARL PERNICONE, ESQUIRE*
        (*VIA TELECONFERENCE)
 5  150 East 42nd Street
    New York, New York 10017-5639
 6  212.915.5656
    (carl.pernicone@wilsonelser.com)
 7  Representing Arrowood Indemnity Company
 8
 9  WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
    BY: KEVIN J. MANGAN, ESQUIRE*
10      (*VIA TELECONFERENCE)
    222 Delaware Avenue
11  Suite 1501
    Wilmington, Delaware 19801
12  302.252.4361
    (kmangan@wcsr.com)
13  Representing State of Montana
14
15  PEPPER HAMILTON, LLP
    BY: LINDA J. CASEY, ESQUIRE*
16      (*VIA TELECONFERENCE)
    3000 Two Logan Square
17  Philadelphia, Pennsylvania 19103
    215.981.4000
18  (caseyl@pepperlaw.com)
    Representing BNSF Railway Company
19
20       - - -
21
22
23
24
```

Page 9

```
 1            - - -
 2          INDEX
 3            - - -
 4
 5  Testimony of:
 6    PETER VAN N. LOCKWOOD, ESQUIRE
 7
 8  By Mr. Brown        Page 12
 9  By Ms. Alcabes      Page 267
10  By Ms. Cobb         Page 339
11  By Mr. Cohn         Page 368
12
13
14            - - -
15         EXHIBITS
16            - - -
17  NO.   DESCRIPTION                PAGE
18   1    Amended Notice of Deposition
        of Asbestos PI Committee...    12
19
     2    Objections to the Official
20        Committee...                  12
21   3    Form 8-K and Term Sheet       15
22   4    Exhibit-6 to Exhibit Book     26
23   5    First Amended Joint Plan of
          Reorganization...             27
24
```

```
                                              Page 10
 1   EXHIBITS (continued)
 2
 3   NO.  DESCRIPTION                  PAGE
 4   6    Exhibit-19 to Exhibit Book    83
 5   7    Settlement Agreement
          * CONFIDENTIAL *             144
 6
     8    Complaint for Declaration of
 7        the Relief...                175
 8   9    Diagram                      175
 9   10   Exhibit-2 to Exhibit Book    196
10   11   Exhibit-4 to Exhibit Book    224
11   12   Exhibit-10 to Exhibit Book   260
12   13   Travelers Casualty and Surety
          Company's Notice of Deposition
13        to the Official Committee of
          Asbestos Personal Injury
14        Claimants...                 267
15   14   Debtors' Disclosure...       280
16   15   Documents bearing Bates stamps
          TRAVAS0000019 through 141
17        * CONFIDENTIAL *             289
18   16   Notice of Service of Discovery 324
19
            - - -
20
21
22
23
24
```

```
                                              Page 11
 1           - - -
 2       DEPOSITION SUPPORT INDEX
 3           - - -
 4
 5   Direction to Witness Not to Answer:
 6   Page  Line      Page  Line
 7   NONE
 8
 9
10   Request for Production of Documents:
11   Page  Line      Page  Line
12   NONE
13
14
15   Stipulations:
16   Page  Line      Page  Line
17   12    02
18
19
20   Area(s) Marked Confidential:
21   Page  Line      Page  Line
22   152   01  through  168   03
     292   01  through  311   14
23
24
```

Page 122

1  the Asbestos PI Committee. You don't
2  have occasion, do you, to deal directly
3  with the actual claimants?
4      MR. FINCH: Object to the
5      form.
6      THE WITNESS: That's not
7  entirely true. I get calls
8  periodically that I just got this
9  incomprehensible Disclosure
10 Statement from Grace and could you
11 please tell me what it means or
12 something. But as a general
13 proposition --
14     MR. FINCH: Transfer to it
15 to Finch.
16     THE WITNESS: Or where do I
17 file my proof of claim.
18     But, as a general
19 proposition, I don't nor do other
20 folks at Caplin & Drysdale deal
21 directly with original committee
22 members.
23 BY MR. BROWN:
24     You deal with  ersonal

Page 123

1  injury attorneys, correct?
2      A.  As a general proposition, we
3  deal with the PI lawyers who have been
4  appointed by their client committee
5  member to act on their behest in the
6  committee.
7      Q.  Now, the TAC members are
8  John Cooney, Perry Weitz, Joe Rice,
9  and -- who was the fourth one?
10     A.  Well, I can tell you by
11 looking at the PI Trust Agreement, which
12 is Exhibit-2 to the Plan and looking at
13 the signature page, we should have, which
14 is --
15     Q.  Russell Budd.
16     A.  Russell Budd, John Cooney,
17 Joseph Rice, and Perry Weitz.
18     Q.  And each of them works for a
19 law firm, correct?
20     A.  Each of them is a partner a
21 law firm, yes.
22     Q.  Sorry. I didn't mean to...
23     Now, does each of those law
24 firms have a client that sits on the

Page 124

1  committee?
2      A.  Yes.
3      Q.  And do those committee
4  members for those firms act through those
5  four gentlemen?
6      A.  On the committee?
7      Q.  Yes.
8      A.  Generally, yes.
9      Q.  Okay. So is it fair to say
10 that Mr. Rice, Mr. Weitz, Mr. Cooney, and
11 Mr. Budd selected themselves to be
12 members of the TAC?
13     A.  No, because there are many
14 other members of the committee, and the
15 committee as a whole, which, in this
16 particular case, I believe has a majority
17 of members that are not these four
18 gentlemen, decided which of their members
19 they thought would be appropriate persons
20 to put on the TAC.
21     Q.  And how was that decided?
22     A.  As far as I know, they had
23 informal discussions, and they had a
24 committee meeting. I don't remember

Page 125

1  whether there were votes or anything like
2  that. But at the end of the day, through
3  some sort of nomination or informal
4  self-nomination or self-nomination,
5  speeches, lobbying, discussions, what
6  have you, there came a time at which the
7  committee voted to select these four
8  people.
9      Q.  Okay.
10     A.  And I might add that the
11 Future Claimants Representative had a
12 sort of a generalized oversight in the
13 sense that while the Plan contemplates
14 that the committee would nominate the
15 TAC. If the FCR thought, for some reason
16 or another, that somebody had been put on
17 the TAC that was a real bad idea, the
18 committee would probably have had to
19 listen to the Future Representative's
20 views on that even though the Futures Rep
21 did not have sort of a formal veto or
22 role in that process.
23     Q.  Okay. I want to now turn to
24    e -- well, it's 69 on m  version,