## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                              :
In re:                                        :
                                              : Chapter 11
                                              :
W.R. GRACE & CO., et al.,                     : Case No. 01-01139 (JKF)
                                              : Jointly Administered
                                              :
                              Debtors.        : Hearing Date: September 8, 2009
                                              :
                                              : Re: Docket No. 22819
                                              :
                                              :
-----------------------------------------------------------------x
```

### TRAVELERS CASUALTY AND SURETY COMPANY'S
### RESERVATION OF RIGHTS REGARDING EXHIBITS DESIGNATED
### BY PLAN PROPONENTS AND OBJECTORS

Pursuant to the Fourth Amended Case Management Order Related to the First

Amended Joint Plan of Reorganization (the "CMO"), Travelers Casualty and Surety Company,

formerly known as The Aetna Casualty and Surety Company ("Travelers"), hereby submits this

Reservation of Rights Regarding Exhibits Designated By Plan Proponents And Objectors.

Travelers reserves the right to join in any objections to exhibits asserted by any

participant in the Phase II Confirmation Hearing.  Travelers does not object at this time to any

exhibit designations.  Travelers reserves the right to object on hearsay, relevance, foundational or

other evidentiary grounds to any exhibit at the time it is offered into evidence in the Phase II

Confirmation Hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 1, 2009

Respectfully submitted,

/s Ann C. Cordo
Robert J. Dehney (#3578)
Ann C. Cordo (#4817)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Email: RDehney@MNAT.com
        ACordo@MNAT.com

Mary Beth Forshaw
Kathrine A. McLendon
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Email: mforshaw@stblaw.com
        kmclendon@stblaw.com
        ealcabes@stblaw.com

*Attorneys for Travelers Casualty and Surety Company*