## <u>CERTIFICATE OF SERVICE</u>

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of

the foregoing **Travelers Casualty And Surety Company's Reservation Of Rights Regarding**

**Exhibits Designated By Plan Proponents And Objectors** was caused to be made on

September 1, 2009, in the manner indicated upon the parties identified on the attached service

list.


Dated:  September 1, 2009                                    /s/ Ann C. Cordo
                                                                     Ann C. Cordo (No. 4817)