IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| | * | Related Docket No. 22526, 22819 |

---------------------------------------------------------x

### CNA'S OBJECTIONS TO CERTAIN EXHIBITS PROFFERED BY BNSF RAILWAY COMPANY

Continental Casualty Company and Continental Insurance Company, on their own behalf and on behalf of their predecessor companies, affiliates and subsidiaries which issued insurance policies to the Debtors (individually or collectively, "CNA") hereby object to certain exhibits proffered for the Phase II Confirmation Hearing by BNSF Railway Company ("BNSF").

CNA objects to certain of the exhibits proffered by BNSF on the grounds set forth in the Table annexed hereto as Exhibit A. In addition, CNA reserves the right to join the objections to proffered exhibits from BNSF of any other party to the proceeding, and to object to any proffer based on the actual testimony at the Phase II trial. Based on these objections, CNA respectfully requests that this Court exclude the objected-to exhibits.

\* Remainder of Page Intentionally Left Blank \*

Respectfully submitted,

| FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P. | ROSENTHAL, MONHAIT & GODDESS, P.A. |
|---|---|
| Elizabeth DeCristofaro (*pro hac vice*)<br>Wall Street Plaza, 23rd Floor<br>New York, New York 10005-1875<br>Telephone: (212) 269-4900<br>Facsimile: (212) 344-4294 | By: */s/ Edward B. Rosenthal*<br>Edward B. Rosenthal (*Bar No. 3131*)<br>P.O. Box 1070<br>Wilmington, Delaware 19899<br>Telephone: (302) 656-4433x6<br>Facsimile: (302) 658-7567 |
| WILDMAN, HARROLD, ALLEN & DIXON LLP<br>Jonathan W. Young<br>Jeff Chang<br>225 West Wacker Drive<br>Chicago, Illinois 60606-1229<br>Telephone: (312) 201-2662<br>Facsimile: (312) 416-4524 | GOODWIN PROCTER LLP<br>Daniel M. Glosband (*pro hac vice*)<br>Brian H. Mukherjee (*pro hac vice*)<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, Massachusetts 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>--and --<br>Michael S. Giannotto (*pro hac vice*)<br>Frederick C. Schafrick (*pro hac vice*)<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 346-4000<br>Facsimile: (202) 346-4444 |

*Counsel for Continental Casualty Company,*
*Continental Insurance Company and their American insurance affiliates*

Dated: September 1, 2009