**W.R.GRACE & CO., CASE NO. 01-1139**
**CNA'S OBJECTIONS TO BNSF RAILWAY COMPANY TRIAL EXHIBITS**

| Trial Exhibit Prefix: BNSF | Bates No. Prefix: BURL | Exhibit Description | CNA Objection | Specific Objections |
|---|---|---|---|---|
| 1A | 1A to 3A | Agreement between The Great Northern Railway Company ("GN") and The Zonolite Company ("Zonolite"), dated August 2, 1938 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 1B | 1B to 3B | Agreement between The Great Northern Railway Company and The Zonolite Company dated August 2, 1938 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 2A | 4A to 6A | Agreement between GN and Zonolite, dated October 10, 1938 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 2B | 4B to 6B | Agreement between GN and Zonolite, dated October 10, 1938 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 3A | 7A to 8A | Agreement between GN and Universal Zonolite Insulation Company ("Universal Zonolite"), dated May 24, 1941 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 3B | 7B to 8B | Agreement between GN and Universal Zonolite Insulation Company ("Universal Zonolite"), dated May 24, 1941 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 4A | 9A to 11A | Agreement between GN and Zonolite, dated September 15, 1942 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 4B | 9B to 11B | Agreement between GN and Zonolite, dated September 15, 1942 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 5A | 12A to 15A | Agreement between GN and Universal Zonolite, dated December 15, 1942 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |

| | | | | |
|---|---|---|---|---|
| 5B | 12B to 15B | Agreement between GN and Universal Zonolite, dated December 15, 1942 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 6A | 16A to 18A | Agreement between GN and Universal Zonlite, dated June 30, 1944 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 6B | 16B to 18B | Agreement between GN and Universal Zonolite, dated June 30, 1944 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 7A | 19A to 22A | Agreement between GN and Zonolite, dated April 20, 1950 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 7B | 19B to 22B | Agreement between GN and Zonolite, dated April 20, 1950 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 8A | 23A to 24A | Agreement between GN and Zonolite, dated October 12, 1950 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 8B | 23B to 24B | Agreement between GN and Zonolite, dated October 12, 1950 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 9A | 25A | Agreement between GN and Zonlite, dated December 3, 1956 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 9B | 25B | Agreement between GN and Zonlite, dated December 3, 1956 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 10A | 26A to 27A | Agreement between Zonolite and W.R. Grace & Co., dated April 16, 1963 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |

| | | | | |
|---|---|---|---|---|
| 10B | 26B to 27B | Agreement between Zonolite and W.R. Grace & Co., dated April 16, 1963 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 11 | 28A to 30A | Agreement between GN and Zonlite Division, W.R. Grace & Co., dated October 5, 1965 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 12A | 31A to 33A | Agreement between Burlington Northern Inc. and W.R. Grace & Co., dated April 1, 1974 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 12B | 28B-30B | Agreement between Burlington Northern Inc. and W.R. Grace & Co., dated April 1, 1974 | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 13A | 34A to 36A | Agreement between Burlington Northern Railroad Company, W.R. Grace & Co. - Conn., and City of Libby Montana, dated December 18, 1995. | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| 13B | 31B-33B | Agreement between Burlington Northern Railroad Company, W.R. Grace & Co. - Conn., and City of Libby Montana, dated December 18, 1995. | No | No Objection by Agreement for Purposes of Confirmation Hearing Only |
| | | **Policies issued by Royal Indemnity Company between 1953 and 1962** | | |
| 14 | 37A to 67A | Royal Indemnity Company Comprehensive General Liability Policy issued to Zonolite Company ; expires March 31, 1954 | Yes | Relevance |
| 14 | 68A to 111A | Royal Indemnity Company Comprehensive General Liability Policy issued to Zonolite Company ; expires April 1, 1955 | Yes | Relevance |
| 14 | 112A to 221A | Royal Indemnity Company Comprehensive General Liability Policy issued to Zonolite Company ; expires April 1, 1956 | Yes | Relevance |
| 14 | 222A to 224A | Royal Indemnity Company Contractual Liability Endorsement to Zonolite Company effective date April 1, 1956 | Yes | Incomplete, Relevance, Foundation |
| 14 | 225A to 227A | Royal Indemnity Company Contractual Liability Endorsement to Zonolite Company effective date April 1, 1957 | Yes | Incomplete, Relevance, Foundation |
| 14 | 228A to 230A | Royal Indemnity Company Contractual Liability Endorsement to Zonolite Company effective date April 1, 1958 | Yes | Incomplete, Relevance, Foundation |
| 14 | 231A to 233A | Royal Indemnity Company Contractual Liability Endorsement to Zonolite Company effective date April 1, 1959 | Yes | Incomplete, Relevance, Foundation |

| 14 | 234A to 236A | Royal Indemnity Company Contractual Liability Endorsement to Zonolite Company effective date April 1, 1960 | Yes | Incomplete, Relevance, Foundation |
|---|---|---|---|---|
| 14 | 234A to 236A | Royal Indemnity Company Contractual Liability Endorsement to Zonolite Company effective date April 1, 1960 | Yes | Incomplete, Relevance, Foundation |
| 14 | 237A to 239A | Royal Indemnity Company Contractual Liability Endorsement to Zonolite Company effective date April 1, 1961 | Yes | Incomplete, Relevance, Foundation |
| 14 | 240A to 242A | Royal Indemnity Company Contractual Liability Endorsement to Zonolite Company effective date April 1, 1962 | Yes | Incomplete, Relevance, Foundation |
| | | **Policies issued by Maryland Casualty Company between 1962 and 1973** | | |
| 14 | 243A to 297A | Maryland Casualty Company Comprehensive General Liability Policy number 96-205800 | Yes | Relevance |
| 14 | 298A to 349A | Maryland Casualty Company Comprehensive General Liability Policy number 96-224900 | Yes | Relevance |
| 14 | 350A to 401A | Maryland Casualty Company Comprehensive General Liability Policy number 96-243400 | Yes | Relevance |
| 14 | 402A to 506A | Maryland Casualty Company Comprehensive General Liability Policy number 96-257400 | Yes | Relevance |
| 14 | 507A to 614A | Maryland Casualty Company Comprehensive General Liability Policy number 96-269500 | Yes | Relevance |
| 14 | 615A to 765A | Maryland Casualty Company Comprehensive General Liability Policy number 31-278301 | Yes | Relevance |
| 14 | 766A to 930A | Maryland Casualty Company Comprehensive General Liability Policy number 331R-911051 | Yes | Relevance |
| | | **Policies issued by Continental Casualty Company between 1973 and 1984** | | |
| 14 | 931A to 1051A | Continental Casualty Company Commerical Casualty Policy number 9023670 | Yes | Relevance |
| 14 | 1052A to 1225A | Continental Casualty Company Commerical Casualty Policy number 2483440 June 30, 1976 to June 30, 1979 | Yes | Relevance, Misidentification |
| | | **Excess policies issued to the Debtors.** | | |
| 14 | 1226A to 1315A | Continental Casualty Company Commerical Casualty Policy number 2483440 for June 30, 1976 to June 30, 1979 | Yes | Relevance, Misidentification |
| 14 | 1316A to 1399A | Continental Casualty Company Commerical Casualty Policy number 2483440 for June 30, 1983 until cancelled | Yes | Relevance, Misidentification |
| 14 | 1400A to 1520A | Continental Casualty Company Commerical Casualty Policy number 9023670  June 30, 1973 to June 30, 1976 | Yes | Relevance, Misidentification |
| 14 | 1521A to 1619A | GEICO Excess Umbrella Liability Policy Policy number GXU 30031 June 30, 198 to June 30, 1982 | Yes | Relevance |
| 14 | 1620A to 1687A | Republic Insurance Company Policy number CDE 0749 June 30, 1983 to June 30, 1984 | Yes | Relevance |
| 14 | 1688A-3367A | Additional excess policies | Yes | Relevance |
| 15 | 3377A to 3494A | **The Asbestos Insurance Settlement Agreements, as defined in the Plan.** | | |
| | 3377A-3432A | WR Grace & Co.-Conn and Maryland Casualty Company dated 9/1/01 | Yes | Reserve as to relevance |

| | | | | |
|---|---|---|---|---|
| | 3433A-3496A | ACM/Aggregate Claims Settlement Agreement between WR Grace & Co. and Maryland Casualty Company dated 3/18/'96 | Yes | Reserve as to relevance |
| | 3470A -3439A | Settlement Agreement between WR Grace & Co. and Royal Indemnity Company | Yes | Subject of Prior Rulings |
| | 3494A | Cover sheet re Continental Casualty Company agreement withheld | Yes | Relevance |
| 16A | 3495A to 3505A | Maryland Casualty Company policy number 50-695902, renewal of 50-511902, insuring Great Northern Railway Co., for policy years April 20, 1971 through April 20, 1974 | Yes | Relevance |
| 16B | 34B to 40B | Maryland Casualty Company policy number 50-695902, renewal of 50-511902, insuring Great Northern Railway Co., for policy years April 20, 1971 through April 20, 1974 | Yes | Foundation, Authenticity |
| 17 | 3506A to 3508A | Continental Casualty policy number 332 73 61, issued to Burlington Northern, Inc., for policy year June 30, 1977 through June 30, 1978. | Yes | Relevance, Foundation, Authenticity, Completeness |
| 18 | 3509A to 3512A | Continental Casualty policy number 2483440, issued to Burlington Northern, Inc., for policy year June 30, 1981 to June 30, 1984. | Yes | Relevance, Foundation, Authenticity, Completeness |
| 19 | 3513A | Certificate of Insurance naming Burlington Northern, Inc., as the named insured under Continental Casualty Company Policy Number CCP9060456, with expiration date June 30, 1977. | Yes | Relevance, Foundation, Authenticity |
| 20 | 3514A | Confirmation regarding Continental Casualty Company Policy Number CCP9060456, with expiration date June 30, 1977. | Yes | Relevance, Foundation, Authenticity |
| 21 | 3515A to 3518A | Certificate of Insurance naming Burlington Northern, Inc., as the named insured under Continental Casualty Company Policy Number CCP-3327361, with expiration date June 30, 1978. | Yes | Relevance, Foundation, Authenticity |
| 22 | 3519A | Certificate of Insurance naming Burlington Northern, Inc. as the named insured under Continental Casualty Company Policy Number CCP3327361, with an expiration date of June 30, 1979. | Yes | Relevance, Foundation, Authenticity |
| 23 | 3520A | Certificate of Insurance naming Burlington Northern, Inc. as the named insured under Continental Casualty Company Policy Number CCP3327361, with an expiration date of June 30, 1981. | Yes | Relevance, Foundation, Authenticity |
| 24 | 3521A | Letter dated March 31, 1950, from W.G. Anderson to J.B. Myers | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 25 | 3522A | Letter dated June 1, 1950, from John Garing to T. J. Slattery | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 26 | 3523A | Letter dated June 6, 1950, from T. J. Slattery to John Garing | Yes | Relevance, Hearsay, Foundation, Authenticity |

| 27 | 3524A to 3525A | Letter dated July 25, 1950, from John Garing to J. A. Tauer | Yes | Relevance, Hearsay, Foundation, Authenticity |
|----|----------------|---------------------------------------------------------------|-----|----------------------------------------------|
| 28 | 3526A | Letter dated July 12, 1954, from Don E. Engle to J.H. Kaufmann | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 29 | 3527A to 3528A | Letter dated July 5, 1955 from T.J. Slattery to J.C. Kenady | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 30 | 3529A | Letter dated July 13, 1955, from J.C. Kenady to Wendell G. Anderson | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 31 | 3530A | Letter dated August 17, 1955, from J.C. Kenady to Wendell G. Anderson | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 32 | 3531A to 3532A | Letter dated August 22, 1955, from Fred M. Beyer to J.C. Kenady | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 33 | 3533A | Letter dated August 29, 1955, from J.C. Kenady to T.J. Slattery | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 34 | 3534A | Letter dated September 1, 1955, from T.J. Slattery to J.C. Kenady | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 35 | 3535A | Letter dated August 16, 1957, from T.J. Slattery to J.H. Kaufmann | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 36 | 3536A | Letter dated March 26, 1958, from Fred M. Beyer to J.C. Kenady | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 37 | 3537A | Letter dated August 5, 1958, from J.H. Kaufman to T.J. Slattery | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 38 | 3538A | Letter dated August 11, 1958, from Richard V. Wicka to J.H. Kaufmann | Yes | Relevance, Hearsay, Foundation, Authenticity |

| 39 | 3539A | Letter dated March 25, 1959, from J.L. Toot to J.C. Kenady | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 40 | 3540A | Letter dated March 30, 1959, from J.L. Toot to J.C. Kenady | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 41 | 3541A | Letter dated May 7, 1959, from V.C. Petrson to J.C. Kenady | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 42 | 3542A | Letter dated May 3, 1961, from J.C. Kenady to J.L. Toot | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 43 | 3543A | Letter dated May 5, 1961, from J.L. Toot to James C. Kenady | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 44 | 3544A | Letter dated February 27, 1962, from J.C. Kenady to Wendell G. Anderson | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 45 | 3545A | Letter dated March 19, 1962, from J.L. Toot to James C. Kenady | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 46 | 3546A | Letter dated December 11, 1963, from J.L. Toot to Eward H. Stark | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 47 | 3547A | Letter dated January 15, 1964, from J.C. Kenady to V.C. Peterson | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 48 | 3548A | Letter dated March 25, 1965, from J.C. Kenady to V.C. Peterson | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 49 | 3549A | Letter dated February 7, 1968, from V.C. Peterson to J.R. Severson | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 50 | 3550A | Letter dated February 9, 1968, from J.R. Severson to E.H. Stark | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 51 | 3551A | Letter dated March 28, 1968, from J.R. Severson to V.C. Peterson | Yes | Relevance, Hearsay, Foundation, Authenticity |

| 52 | 3552A | Letter dated April 26, 1971, from B.J. Stasson, to J.G. Heimsjo | Yes | Relevance, Hearsay, Foundation, Authenticity |
|----|-------|------------------------------------------------|-----|------------------|
| 53 | 3553A | Letter dated May 4, 1971, from J. Paul Cahalane to Earl Lovick | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 54 | 3554A | Letter dated May 18, 1971, from B.J. Stasson to J.G. Heimsjo | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 55 | 3555A | Letter dated May 18, 1971, from B.J. Stasson to J.G. Heimsjo, including note dated May 25, 1971, from C.F. Dayley to J.G. Heimsjo | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 56 | 3556A | Letter dated May 18, 1971 from B.J. Stasson to J.G. Heimsjo, including note from J.G. Heimsjo to H.E. Halweg | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 57 | 3557A | Letter dated June 7, 1971 from H.E. Halweg to J.G. Heimsjo | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 58 | 3558A | Letter dated June 17, 1971, from J.G. Heimsjo to March & McLennan, with note from J.G. Heimsjo to H.E. Halweg | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 59 | 3559A | Letter dated June 28, 1971, from Frak J. Nasella to J.G. Heimsjo | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 60 | 3560A | Letter dated March 5, 1974, from S.S. von Helmst to J.G. Heimsjo, with note from J.G. Heimsjo to H.E. Helwag | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 61 | 3561A | Letter dated March 5, 1974, from S.S. von Helmst to J.G. Heimsjo | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 62 | 3562A-3563A | Letter dated April 8, 1974, from J. Pual Cahalane to Earl Lovick | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 63 | 3564A | Letter dated April 12, 1974, from E.D. Lovick to J.G. Heimsjo | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 64 | 3565A | Letter dated March 8, 1977, from W. E. Bell to E.D. Lovick | Yes | Relevance, Hearsay, Foundation, Authenticity |

| 65 | 3566A | Letter dated August 6, 1974 from Frank J. Nasella to J. Paul Cahalane | Yes | Relevance, Hearsay, Foundation, Authenticity |
|----|-------|------------------------------------------------------------------------|-----|----------------------------------------------|
| 66 | 3567A | Letter dated March 25, 1977 from J. Paul Cahalane to F. J. Nasella | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 67 | 3568A | Letter dated April 14, 1977 from J.O. Lott to J. Paul Cahalane | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 68 | 3569A | Letter dated April 21, 1977 from J. Paul Cahalane to Earl Lovick | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 69 | 3570A | Letter dated April 27, 1977 from E.D. Lovick to W.E. Bell | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 70 | 3571A | Letter dated July 21, 1977, from E.D. Lovick to H.E. Halweg | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 71 | 3572A-3573A | Letter dated April 28, 1978, from H.E. Halweg to E.D. Lovick | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 72 | 3574A | Letter dated July 11, 1978, from E.D. Lovick to H.E. Halweg | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 73 | 3575A | Letter dated May 1, 1979 from J. Paul Cahalane to Barbara R. Heagney | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 74 | 3576A | Letter dated May 15, 1979, from E.D. Lovick to H.E. Halweg | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 75 | 3577A | Letter dated June 15, 1981, from Linda Brzycki to Barbara Heagney | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 76 | 3578A | Letter dated September 25, 1981, from E.D. Lovick to H.E. Halweg | Yes | Relevance, Hearsay, Foundation, Authenticity |

| 77 | 3579A | Memo dated June 25, 1984, from J. Paul Calahane to Robert Marozzo | Yes | Relevance, Hearsay, Foundation, Authenticity |
|----|-------|------|-----|------|
| 78 | 3580A | Second Request dated July 12, 1984 to E.D. Lovick | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 79 | 3581A | Letter dated July 18, 1984, from Robert C. Marozzo to H.E. Halweg | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 80 | 3582A | Letter dated July 31, 1984, from H.E. Halweg to Robert C. Marozzo | Yes | Relevance, Hearsay, Foundation, Authenticity |
| 81 | 3583A-3593A | Letter dated August 30, 2006, to Jon M. Moyers from Heather M. Miranda | Yes | Relevance, Hearsay |
| 82 | 3594A-3597A | Letter dated December 18, 2006 to Paul R. Hoferer from Trent Proctor | Yes | Relevance, Hearsay |
| 83 | 3598A-3606A | Letter dated April 25, 2007 from Elizabeth M. DeCristofaro to Janet S. Baer | | Reserve as to relevance (depending on proffered testimony or argument) |
| 84 | 3607A | Letter dated May 18, 2007 from Janet S. Baer to Elizabeth M. DeCristofaro | | Reserve as to relevance (depending on proffered testimony or argument) |
| 85 | 3608-3623A | Second Amended Complaint and Demand for Jury Trial of Richard R. Torgerson, et al. v. State of Montana, et al. | Yes | Hearsay |
| 86 | 3624-3643A | Amended Complaint and Demand for Trial by Jury of Richard R. Torgerson, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 87 | 3644-3664A | Third Amended Complaint and Demand for Jury Trial of Kay and Richard Vinson, et al. v. State of Montana, et al. | Yes | Hearsay |
| 88 | 3665-3684A | Amended Complaint and Demand for Jury Trial of Kay and Richard Vinson, et al. v. State of Montana, et al. | Yes | Hearsay |
| 89 | 3685-3725A | Second Amended Complaint and Jury Demand of Patricia Youso, et al. v. BNSF Railway Company, et al. | Yes | Hearsay |

| 90 | 3726-3749A | Complaint and Jury Demand of Joseph Youso, et al. v. Burlington Northern Santa Fee Railway Company, et al. | Yes | Hearsay |
|---|---|---|---|---|
| 91 | 3750-3767A | Complaint and Jury Demand of Debbie Zahner v. W. R. Grace & Company, et al. | Yes | Hearsay |
| 92 | 3768-3784A | Complaint and Demand for Jury Trial of Robert M. & Georgiana Edwards, et al. v. State of Montana, et al. | Yes | Hearsay |
| 93 | 3785-3801A | Complaint and Demand for Jury Trial of Arthur & Ursula Farmer, et al. v. State of Montana, et al. | Yes | Hearsay |
| 94 | 3802-3812A | Complaint and Demand for Trial by Jury of Nancy H. & James A. Adams, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 95 | 3813-3827A | Complaint and Demand for Trial by Jury of Ellen A. Adkins, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 96 | 3828-3845A | Amended Complaint and Demand for Trial by Jury of Ellen A. Adkins, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 97 | 3846-3859A | Complaint and Jury Demand of Rose M. Allenberg, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 98 | 3860-3880A | Complaint and Jury Demand of Arnold Kelley, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 99 | 3881-3905A | Summons of Betsy Arnold, et al. v. Burlington Northern Sante Fe Railway Company, et al. | Yes | Hearsay |
| 100 | 3906-3910A | Complaint of Robert R. & Donna M. Barnes v. Burlington Northern Sante Fe Railway Company, et al. | Yes | Hearsay |
| 101 | 3911-3929A | Third Amended Complaint of Robert R. & Donna M. Barnes v. Burlington Northern Sante Fe Railway Company, et al. | Yes | Hearsay |
| 102 | 3930-3951A | Amended Complaint and Jury Demand of G. Neil Bauer v. Burlington Northern Sante Fe Railway Company, et al. | Yes | Hearsay |
| 103 | 3952-3963A | Complaint and Demand for Trial by Jury of Raymond Bergroos, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 104 | 3964-3978A | Complaint and Demand for Jury Trial of Alan G. Bitterman, et al. v. State of Montana, et al. | Yes | Hearsay |
| 105 | 3979-3998A | First Amended Complaint and Demand for Jury Trial of Alan G. Bitterman, et al. v. State of Montana, et al. | Yes | Hearsay |
| 106 | 3999-4013A | Second Amended Complaint and Demand for Jury Trial of Frank D. Bolles, et al. v. State of Montana, et al. | Yes | Hearsay |
| 107 | 4014-4031A | Amended Complaint  and Demand for Jury Trial of Frank D. Bolles, et al. v. State of Montana, et al. | Yes | Hearsay |
| 108 | 4032-4050A | Complaint and Demand for Jury Trial of Frank D. Bolles, et al. v. State of Montana, et al. | Yes | Hearsay |
| 109 | 4051-4071A | Amended Complaint and Jury Demand of Linda Bradley, et al. v Burlington Northern Sante Fe Railway Company, et al. | Yes | Hearsay |
| 110 | 4072-4092A | Complaint and Jury Demand of Linda Bradley, et al. v Burlington Northern Sante Fe Railway Company, et al. | Yes | Hearsay |
| 111 | 4093-4108A | Second Amended Complaint and Demand for Jury Trial of Eunice L. Burrese, et al. v. Burlington Northern Sante Fe Railway Company, et al. | Yes | Hearsay |
| 112 | 4109-4129A | Third Amended Complaint and Demand for Jury Trial of Eunice L. Burrese, et al. v. Burlington Northern Sante Fe Railway Company, et al. | Yes | Hearsay |
| 113 | 4130-4141A | Complaint and Demand for Jury Trial of Sharon Burton, et al. v. State of Montana, et al. | Yes | Hearsay |

| 114 | 4142-4159A | Amended Complaint and Demand for Jury Trial of Sharon Burton, et al. v. State of Montana, et al. | Yes | Hearsay |
| 115 | 4160-4174A | Complaint and Demand for Jury Trial of Dan C. Busby, et al. v. State of Montana, et al. | Yes | Hearsay |
| 116 | 4175-4190A | Amended Complaint and Demand for Jury Trial of Dan B. Busby, et al. v. State of Montana, et al. | Yes | Hearsay |
| 117 | 4191-4211A | Amended Complaint and Jury Demand of Bethene Candee, et al. v. Burlington Northern Sante Fe Railway Company, et al. | Yes | Hearsay |
| 118 | 4212-4232A | Complaint and Jury Demand of Bethene Candee, et al. v. W.R. Grace & Company, et al. | Yes | Hearsay |
| 119 | 4233-4255A | Summons of Mike Carlberg, et al v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 120 | 4256-4269A | Complaint and Jury Demand of David N. Carlson v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 121 | 4270-4289A | Amended Complaint and Demand for Jury Trial of Bruce A. Carrier, et al. v. State of Montana, et al. | Yes | Hearsay |
| 122 | 4290-4306A | Complaint and Demand for Jury trial of Bruce A. Carrier, et al. v. State of Montana, et al. | Yes | Hearsay |
| 123 | 4307-4328A | Third Amended Complaint and Demand for Jury Trial of Betty P. Challinor, et al. v. State of Montana, et al. | Yes | Hearsay |
| 124 | 4329-4351A | Amended Complaint and Demand for Jury Trial of Betty P. Challinor, et al v. State of Montana, et al | Yes | Hearsay |
| 125 | 4352-4369A | Second Amended Complaint and Demand for Jury Trial of Betty P. Challinor, et al. v. State of Montana, et al. | Yes | Hearsay |
| 126 | 4370-4391A | Complaint and Demand for Jury Trial of Betty P. Challinor, et al. v. State of Montana, et al. | Yes | Hearsay |
| 127 | 4392-4413A | Complaint and Jury Demand of Cheryl Chandler, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 128 | 4414-4429A | Complaint and Demand for Jury Trial of Fred E. Chase, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 129 | 4430A-4450A | Second Amended Complaint and Demand for Jury Trial of Fred E. Chase, et al. v. BNSF Railway Company, et al. | Yes | Hearsay |
| 130 | 4451-4470A | Amended Complaint and Demand for Jury Trial of Fred E. Chase, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 131 | 4471-4492A | Complaint and Jury Demand of David Christiansen, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 132 | 4493-4512A | Amended Complaint and Jury Demand of Thomas J. Cole, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 133 | 4513-4533A | Amended Complaint and Jury Demand of Myra E. Cole v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 134 | 4534-4546A | Complaint and Demand for Trial by Jury of Joseph A. Daniels, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 135 | 4547-4553A | Complaint and Demand for Jury Trial of Paul DeKaye, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 136 | 4554-4568A | Amended Complaint and Demand for Jury Trial of Lois D. Dickerman, et al. v. State of Montana, et al. | Yes | Hearsay |
| 137 | 4569-4582A | Complaint and Demand for Jury Trial of Lois D. Dickerman, et al. v. State of Montana, et al. | Yes | Hearsay |
| 138 | 4583-4599A | Complaint and Demand for Jury Trial of Robert M. Edwards, et al. v. State of Montana, et al. | Yes | Hearsay |

| 139 | 4600-4614A | Amended Complaint and Demand for Jury Trial of Robert M. Edwards, et al. v. State of Montana, et al. | Yes | Hearsay |
| 140 | 4615-4632A | Complaint and Demand for Trial by Jury of Duane R. Erickson, et al. v. State of Montana, et al. | Yes | Hearsay |
| 141 | 4633-4655A | Amended Complaint and Demand for Trial by Jury of Duane R. Erickson, et al. v. State of Montana, et al. | Yes | Hearsay |
| 142 | 4656-4680A | Amended Complaint and Jury Demand of Albert J. Fantozzi v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 143 | 4681-4697A | Complaint and Demand for Jury Trial of Arthur Farmer, et al. v. State of Montana, et al. | Yes | Hearsay |
| 144 | 4698-4716A | Second Amended Complaint and Demand for Jury Trial of Arthur Farmer, et al. v. State of Montana, et al. | Yes | Hearsay |
| 145 | 4717-4731A | Amended Complaint and Demand for Jury Trial of Arthur Farmer, et al. v. State of Montana, et al. | Yes | Hearsay |
| 146 | 4732-4752A | Complaint and Jury Demand of Frank Filopoulos v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 147 | 4753-4773A | Complaint and Jury Demand of Geraldine Fletcher, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 148 | 4774-4788A | Complaint and Demand for Jury Trial of Bruce E. Foss, et al. v. State of Montana, et al. | Yes | Hearsay |
| 149 | 4789-4807A | Amended Complaint and Demand for Jury Trial of Bruce E. Foss, et al. v. State of Montana | Yes | Hearsay |
| 150 | 4808-4820A | Complaint and Jury Demand of Dwayne Galbreth v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 151 | 4821-4838A | Complaint and Demand for Trial by Jury of Blake Gardiner, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 152 | 4839-4857A | Complaint and Jury Demand of Charlene Garrison, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 153 | 4858-4872A | Complaint and Demand for Jury Trial of Daniel R. Goyen, et al. v. State of Montana, et al. | Yes | Hearsay |
| 154 | 4873-4887A | Amended Complaint and Demand for Jury Trial of Daniel R. Goyen, et al. v. State of Montana, et al. | Yes | Hearsay |
| 155 | 4888-4902A | Amended Complaint and Demand for Jury Trial of Daniel R. Goyen, et al. v. State of Montana, et al. | Yes | Hearsay |
| 156 | 4903-4917A | Complaint and Demand for Jury Trial of Daniel R. Goyen, et al. v. State of Montana, et al. | Yes | Hearsay |
| 157 | 4918-4936A | Complaint and Jury Demand of Mary A. Graham, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 158 | 4937-4958A | Amended Complaint and Jury Demand of Alice Grunerud v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 159 | 4959-4979A | Complaint and Jury Demand of Alice Grunerud v.W. R. Grace & Company (Connecticut), et al. | Yes | Hearsay |
| 160 | 4980-5000A | Amended Complaint and Demand for Jury Trial of Clinton Hagen, et al. v. State of Montana, et al. | Yes | Hearsay |
| 161 | 5001-5021A | Complaint and Demand for Jury Trial of Clinton Hagen, et al. v. State of Montana, et al. | Yes | Hearsay |
| 162 | 5022-5042A | Complaint and Demand for Jury Trial of Doug E. Hale, et al. v. State of Montana, et al. | Yes | Hearsay |
| 163 | 5043-5057A | Amended Complaint and Demand for Jury Trial of Arthur E. Hall, et al v. State of Montana, et al. | Yes | Hearsay |
| 164 | 5058-5072A | Complaint and Demand for Jury Trial of Arthur E. Hall, et al v. State of Montana, et al. | Yes | Hearsay |

| | | | | |
|---|---|---|---|---|
| 165 | 5073-5092A | Second Amended Complaint and Demand for Jury Trial of Caroline Hamann, et al. v. State of Montana, et al. | Yes | Hearsay |
| 166 | 5093-5108A | Amended Complaint and Demand for Jury Trial of Caroline Hamann, et al. v. State of Montana, et al. | Yes | Hearsay |
| 167 | 5109-5129A | Complaint and Demand for Jury Trial of Caroline Hamann, et al. v. State of Montana, et al. | Yes | Hearsay |
| 168 | 5130-5144A | Complaint and Demand for Jury Trial of Frances M. Harshaw, et al. v. State of Montana, et al. | Yes | Hearsay |
| 169 | 5145-5163A | Amended Complaint and Demand for Jury Trial of Frances M. Harshaw, et al. v. State of Montana, et al. | Yes | Hearsay |
| 170 | 5164-5184A | Second Amended Complaint and Demand for Jury Trial of Stuart A. Hart, et al. v. State of Montana, et al. | Yes | Hearsay |
| 171 | 5185-5200A | Amended Complaint and Demand for Jury Trial of Stuart A. Hart, et al. v. State of Montana, et al.Amended Complaint and Demand for Jury Trial of Stuart A. Hart, et al. v. State of Montana, et al. | Yes | Hearsay |
| 172 | 5201-5216A | Complaint and Demand for Jury Trial of Stuart A. Hart, et al. v. State of Montana, et al. | Yes | Hearsay |
| 173 | 5217-5220A | Complaint and Demand for Jury Trial of William L. Hobbs, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 174 | 5221-5239A | Second Amended Complaint and Demand for Jury Trial of Donald F. Hodges, et al. v. State of Montana, et al. | Yes | Hearsay |
| 175 | 5240-5261A | Amended Complaint and Jury Demand of Walter Hume, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 176 | 5262-5273A | Complaint and Jury Demand of Walter Hume v. W. R. Grace & Company, et al. | Yes | Hearsay |
| 177 | 5274-5284A | Complaint and Jury Demand of William J. Hunnewell v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 178 | 5285-5294A | Complaint and Demand for Trial by Jury of Theodore T. Johnson, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 179 | 5295-5309A | Complaint and Demand for Jury Trial of Patti L. Keeler, et al. v. State of Montana, et al. | Yes | Hearsay |
| 180 | 5310-5328A | Amended Complaint and Demand for Jury Trial of Patti L. Keeler, et al. v. State of Montana, et al. | Yes | Hearsay |
| 181 | 5329-5349A | Amended Complaint and Jury Demand of Arnold Kelley, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 182 | 5350-5370A | Amended Complaint and Jury Demand of Carol Kelley, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 183 | 5371-5391A | Complaint and Jury Demand of Lonnie Kelley v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 184 | 5392-5411A | Amended Complaint and Jury Demand of Thomas J. Kelly v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 185 | 5412-5427A | Complaintand Demand for Jury Trial of Gynell D. Kujawa, et al. v. State of Montana, et al. | Yes | Hearsay |
| 186 | 5428-5447A | Complaintand Jury Demand of Christ Kuntz v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 187 | 5448-5469A | Amended Complaint and Jury Demand of Estate of Steven D. Kvapil, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 188 | 5470-5491A | Complaintand Jury Demand of Steven D. Kvapil, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |

| 189 | 5492-5512A | Complaintand Jury Demand of Dean Leckrone, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 190 | 5513-5527A | Amended Complaint and Demand for Trial by Jury of Carl M. Lundstrom, et al. v. State of Montana, et al. | Yes | Hearsay |
| 191 | 5528-5544A | Amended Complaint and Demand for Jury Trial of John A. Martineau, et al. v. State of Montana, et al. | Yes | Hearsay |
| 192 | 5545-5559A | Third Amended Complaint and Demand for Jury Trial of George L. Masters, et al. v. State of Montana, et al. | Yes | Hearsay |
| 193 | 5560-5578A | Second Amended Complaint and Demand for Jury Trial of George L. Masters, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 194 | 5579-5601A | Complaintand Jury Demand of Roy L. McMillan, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 195 | 5602-5622A | Complaint and Jury Demand of Reginald W. McMurdo v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 196 | 5623-5643 | Amended Complaint and Jury Demand of Reginald W. McMurdo v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 197 | 5644-5664 | Amended Complaint and Jury Demand of Genevieve H. Mejie v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 198 | 5665-5689 | Amended Complaint and Jury Demand of Lewis D. Meyer v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 199 | 5690-5699 | Complaintand Demand for Jury Trial of Roland F. Meyer v. BNSF Railway Company, et al. | Yes | Hearsay |
| 200 | 5700-5717 | Complaintand Demand for Trial by Jury of Gerald H. Michels, et al. v. State of Montana, et al. | Yes | Hearsay |
| 201 | 5718-5732 | Amended Complaint and Jury Demand of Frederick Miller v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 202 | 5733-5742 | Complaintand Jury Demand of Ted Moos v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 203 | 5743-5765 | Summons of Rosemarie Munsel, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 204 | 5766-5779 | Complaintand Demand for Jury Trial of Rob Neils, et al. v. State of Montana, et al. | Yes | Hearsay |
| 205 | 5780-5815 | Amended Complaint and Jury Demand of Dee Dee Newmarch v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 206 | 5816-5827 | Complaintand Demand for Trial by Jury of Alvin R. Nicholls, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 207 | 5828-5836 | Complaintand Demand for Jury Trial of Glynda Olson v. BNSF Railway Company, et al. | Yes | Hearsay |
| 208 | 5837-5855 | Amended Complaint and Jury Demand of Howard Orr v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 209 | 5856-5876A | Complaintand Jury Demand of Donald A. Peterson v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 210 | 5877-5898A | Amended Complaint and Jury Demand of James R. Peterson v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 211 | 5899-5912A | Complaintand Demand for Jury Trial of Lorainne E. Petrusha, et al. v. State of Montana, et al. | Yes | Hearsay |
| 212 | 5913-5926A | Amended Complaint and Demand for Jury Trial of Lorainne E. Petrusha, et al. v. State of Montana, et al. | Yes | Hearsay |
| 213 | 5927-5942A | Amended Complaint and Demand for Jury Trial of Paul R. Price, et al. v. State of Montana, et al. | Yes | Hearsay |

| 214 | 5943-5960A | Complaint and Demand for Jury Trial of Paul R. Price, et al. v. State of Montana, et al. | Yes | Hearsay |
|---|---|---|---|---|
| 215 | 5961-5981A | Amended Complaint and Jury Demand of Denise M. Raan v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 216 | 5982-5998A | Amended Complaint and Demand for Jury Trial of Ray Ramel, et al. v. State of Montana, et al. | Yes | Hearsay |
| 217 | 5999-6019A | Complaint and Jury Demand of Jeff Regh, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 218 | 6020-6040A | Complaint and Jury Demand of John Riewoldt, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 219 | 6041-6060A | Complaint and Demand for Trial by Jury of Vernon F. Riley, et al. v. State of Montana, et al. | Yes | Hearsay |
| 220 | 6061-6076A | Amended Complaint and Demand for Jury Trial of Guenther E. Schauss, et al. v. State of Montana, et al. | Yes | Hearsay |
| 221 | 6077-6098A | Complaint and Jury Demand of James Schnetter, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 222 | 6099-6139A | Amended Complaint and Jury Demand of James Schnetter, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 223 | 6140-6163A | Summons of Trevert Shelley, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 224 | 6164-6186A | Second Amended Complaint and Demand for Jury Trial of Brent W. Skramstad, et al. v. State of Montana, et al. | Yes | Hearsay |
| 225 | 6187-6205A | Amended Complaint and Demand for Jury Trial of Brent W. Skramstad, et al. v. State of Montana, et al. | Yes | Hearsay |
| 226 | 6206-6217A | Complaint and Demand for Trial by Jury of Lester L. Skramstad, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 227 | 6218-6239A | Third Amended Complaint and Demand for Trial by Jury of Doloris Spady, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 228 | 6240-6260A | Amended Complaint and Demand for Trial by Jury of Doloris Spady, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 229 | 6261-6276A | Amended Complaint and Demand for Jury Trial of Stuart Spady, Sr., et al. v. State of Montana, et al. | Yes | Hearsay |
| 230 | 6277-6291A | Complaint and Demand for Jury Trial of Stuart Spady, Sr., et al. v. State of Montana, et al. | Yes | Hearsay |
| 231 | 6292-6312A | Amended Complaint and Jury Demand of Barbara Spencer v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 232 | 6313-6327A | Complaint and Demand for Jury Trial of Kenneth L. Stapley, et al. v. State of Montana, et al. | Yes | Hearsay |
| 233 | 6328-6342A | Amended Complaint and Demand for Jury Trial of Kenneth L. Stapley, et al. v. State of Montana, et al. | Yes | Hearsay |
| 234 | 6343-6356A | Complaint and Demand for Jury Trial of Marvin C. Steele, et al. v. State of Montana, et al. | Yes | Hearsay |
| 235 | 6357-6369A | Complaint and Demand for Jury Trial of Gary D. Swenson, et al. v. State of Montana, et al. | Yes | Hearsay |
| 236 | 6370-6389A | Amended Complaint and Demand for Trial by Jury of Lois G. Post Theonnes, et al. v. State of Montana, et al. | Yes | Hearsay |
| 237 | 6390-6410A | Complaint and Jury Demand of Orville Thorn, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 238 | 6411-6419A | Complaint and Demand for Trial by Jury of Richard R. Torgerson, et al. v. International Paper Company, et al. | Yes | Hearsay |

| 239 | 6420-6439A | Complaint and Demand for Jury Trial of Gerald C. Vaughn, et al. v. International Paper Company, et al. | Yes | Hearsay |
|---|---|---|---|---|
| 240 | 6435-6450A | Second Amended Complaint and Demand for Jury Trial of Kay Vinson, et al. v. State of Montana, et al. | Yes | Hearsay |
| 241 | 6451-6468A | Complaint and Demand for Jury Trial of Kay Vinson, et al. v. State of Montana, et al. | Yes | Hearsay |
| 242 | 6469-6489A | Complaint and Jury Demand of Leonard Vogel v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 243 | 6490-6514A | Amended Complaint and Jury Demand of Michael C. Wagner v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 244 | 6515-6535A | Complaint Robert and Judy Wagner v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 245 | 6536-6556A | Complaint Sandra Wagner v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 246 | 6557-6570A | Complaint Dennis Welch v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 247 | 6571-6590A | Complaint Robert Welch v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 248 | 6591-6611A | Complaint Don Wilkins and Eugene Braley v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 249 | 6612-6634A | Complaint James Wilkins, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 250 | 6635-6649A | Amended Complaint Margaret Wright, et al. v. State of Montana, et al. | Yes | Hearsay |
| 251 | 6650-6668A | Second Amended Complaint Margaret Wright, et al. v. State of Montana, et al. | Yes | Hearsay |
| 252 | 6669-6689A | Amended Complaint Debbie Zahner v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 253 | 6690-6710A | Complaint Carol Kelley, et al. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 254 | 6711-6730A | Second Amended Complaint Carl Lundstrom, et al. v. State of Montana, et al. | Yes | Hearsay |
| 255 | 6731-6745A | Complaint Carl Lundstrom, et al. v. State of Montana, et al. | Yes | Hearsay |
| 256 | 6746-6767A | Complaint Duane Erickson, et al. v. State of Montana, et al. | Yes | Hearsay |
| 257 | 6768-6781A | Complaint Albert Fantozzi v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 258 | 6782-6799A | Complaint Francis Cole v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 259 | 6800-6813A | Complaint Frederick Miller v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
| 260 | 6814-6831A | Amended Complaint George Masters, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 261 | 6832-6847A | Complaint George Masters, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 262 | 6848-6866A | Complaint James Peterson v. WR Grace & Company, et al. | Yes | Hearsay |
| 263 | 6867-6886A | Amended Complaint Loren Kujawa, et al. v. State of Montana, et al. | Yes | Hearsay |
| 264 | 6887-6907A | Second Amended Complaint John Martineau, et al. v. State of Montana, et al. | Yes | Hearsay |
| 265 | 6908-6924A | Complaint John Martineau, et al. v. State of Montana, et al. | Yes | Hearsay |

| 266 | 6925-6943A | Complaint Myra Cole. v. Burlington Northern Santa Fe Railway Company, et al. | Yes | Hearsay |
|---|---|---|---|---|
| 267 | 6944-6962A | Amended Complaint Rob Neils, et al. v. State of Montana, et al. | Yes | Hearsay |
| 268 | 6963-6980A | Complaint Dee Dee Newmarch v. WR Grace & Company (Connecticutt), et al. | Yes | Hearsay |
| 269 | 6981-6997A | First Amended Complaint Alvin Nicholls, et al. v. State of Montana, et al. | Yes | Hearsay |
| 270 | 6998-7014A | Complaint Howard Orr v. International Paper Company, et al. | Yes | Hearsay |
| 271 | 7015-7033A | Second Amended Complaint Robert Petrusha, et al. v. State of Montana, et al. | Yes | Hearsay |
| 272 | 7034-7052A | Complaint Denise Raan v. WR Grace & Company (Connecticutt), et al. | Yes | Hearsay |
| 273 | 7053-7071A | Second Amended Complaint Ray Ramel, et al. v. State of Montana, et al. | Yes | Hearsay |
| 274 | 7072-7091A | Second Amended Complaint Guenther Schauss, et al. v. State of Montana, et al. | Yes | Hearsay |
| 275 | 7092-7111A | Complaint Guenther Schauss, et al. v. State of Montana, et al. | Yes | Hearsay |
| 276 | 7112-7134A | Second Amended Complaint Doloris Spady, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 277 | 7135-7146A | Complaint Doloris Spady, et al. v. International Paper Company, et al. | Yes | Hearsay |
| 278 | 7147-7162A | Complaint Barbara Spencer v. WR Grace & Company (Connecticutt), et al. | Yes | Hearsay |
| 279 | 7163-7179A | Complaint Thomas Kelly v. International Paper Company, et al. | Yes | Hearsay |