IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF) (Jointly Administered) |
| | * | Related Docket Nos. 22819, 22517, 22814 |

---------------------------------------------------------x

### CNA'S OBJECTIONS TO CERTAIN EXHIBITS PROFFERED BY THE LIBBY CLAIMANTSAND THE STATE OF MONTANA

Continental Casualty Company and Continental Insurance Company, on their own behalf and on behalf of their predecessor companies, affiliates and subsidiaries which issued insurance policies to the Debtors (individually or collectively, "CNA") hereby object to certain exhibits proffered for the Phase II Confirmation Hearing by the Libby Claimants and by the State of Montana.

**A. Objections to Libby Claimants' Exhibits**

CNA objects to certain of the Libby Claimants' exhibits on the grounds specified below. CNA has a general objection to the several instances where the Libby Claimants have proffered as a single exhibit all of numerous exhibits, consisting of hundreds or thousands of pages, from a deposition or a trial. Such improper accumulation of multiple exhibits makes it impossible for CNA and other parties to determine what exhibits the Libby Claimants actually intend to introduce and the purpose of their proffer. CNA objects to these exhibits in their entirety and reserves the right to object to individual exhibits within these improper accumulations of multiple exhibits on additional grounds if any of those exhibits are introduced separately. CNA's objections to specific exhibits are set out in the following Table:

| EXHIBIT NUMBER(s) | EXHIBIT DESCRIPTION | OBJECTION(S) |
|---|---|---|
| **LC-1 to 40, 43-44, 49-56** | **Various Medical Exhibits Concerning Libby** | **Hearsay; Relevance** |
| **LC-41** | **Emissions Survey** | **Relevance; Hearsay; Lack of Foundation** |
| **LC-42** | **Grace Memorandum** | **Hearsay, Relevance, Lack of Foundation** |
| **LC-45, 46, 47** | **Demonstrative Exhibits** | **These Exhibits have yet to be produced. CNA reserves its right to object.** |
| **LC-48 to 56** | **Various Government Memoranda and Reports** | **Hearsay, Relevance, Lack of Foundation** |
| **LC-57** | **Transcript portion from criminal trial** | **Hearsay, Relevance** |
| **LC-59, 60** | **Photographs** | **Relevance; Lack of Foundation** |
| **LC-62** | **Exhibits to Hughes Deposition** | **Improper Accumulation of 2,007 pages of Multiple Exhibits into a Single Exhibit** |
| **LC-63** | **Exhibits to Hughes Deposition** | **Improper Accumulation of 2,007 pages of Multiple Exhibits into a Single Exhibit** |
| **LC-64** | **Exhibits to Finke Deposition** | **Improper Accumulation of 187 pages of Multiple Exhibits into a Single Exhibit** |
| **LC-65** | **Exhibits to Posner Deposition** | **Improper Accumulation of 729 pages of Multiple Exhibits into a Single Exhibit** |
| **LC-67** | **Spear Exhibits** | **Hearsay; Lack of Foundation; Relevance** |
| **LC-68** | **Industrial Hygiene Reports** | **Hearsay; Lack of Foundation** |
| **LC-69a, 69b, 69c, 69d, 69d, 69f, 70, 71, 72, 73, 74, 76, 77, 78, 79, 85, 86** | **Prior Testimony Designations** | **CNA incorporates any objections to prior testimony previously made by CNA** |
| **LC-83** | **Exhibits to Lockwood Deposition** | **Improper Accumulation of 768 pages of Multiple Exhibits into a Single Exhibit** |
| **LC-84** | Exhibits to Inselbuch Deposition | **Improper Accumulation of 253 pages of Multiple Exhibits into a Single Exhibit** |

2

| | | |
|---|---|---|
| **LC-87** | **Exhibits from *Schnetter* Trial** | **Improper Accumulation of 1,206 pages of Multiple Exhibits into a Single Exhibit** |
| **LC-88** | **Libby Claimants' Discovery Responses** | **Hearsay; Relevance; Improper Accumulation of 1,334 Pages of Multiple Exhibits into a Single Exhibit** |
| **LC-58, 91 to 111** | **Exhibits and CVs for Various Experts** | **Hearsay** |
| **LC-112 to 269** | **Various Scientific Articles** | **Hearsay, Relevance** |

B.  **Objections to State of Montana Exhibits**

CNA has the following objections to the State of Montana's Exhibits

| **EXHIBIT NUMBER(s)** | **EXHIBIT DESCRIPTION** | **OBJECTION(S)** |
|---|---|---|
| **Montana 1** | **Unknown** | **Objection to Montana 1 on ground that it is not in the public file and has not been identified in any index.** |
| **Montana 2 to 148** | **Various Complaints in Law Suits** | **Hearsay if offered for any purpose other than to show that the State of Montana has been sued.** |

\*\*\*\*\*\*\*\*\*\*

CNA reserves the right to join the objections to proffered exhibits from the Libby Claimants and State of Montana of any other party to the proceeding. Based on the foregoing, CNA respectfully requests that this Court exclude the objected-to exhibits .

[*Signature block on next page.*]

Respectfully submitted,

| | |
|---|---|
| FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P. | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| Elizabeth DeCristofaro (*pro hac vice*)<br>Wall Street Plaza, 23rd Floor<br>New York, New York 10005-1875<br>Telephone: (212) 269-4900<br>Facsimile: (212) 344-4294 | By: */s/ Edward B. Rosenthal*<br>Edward B. Rosenthal (*Bar No. 3131*)<br>P.O. Box 1070<br>Wilmington, Delaware 19899<br>Telephone: (302) 656-4433x6<br>Facsimile: (302) 658-7567 |
| WILDMAN, HARROLD, ALLEN & DIXON LLP<br>Jonathan W. Young<br>Jeff Chang<br>225 West Wacker Drive<br>Chicago, Illinois 60606-1229<br>Telephone: (312) 201-2662<br>Facsimile: (312) 416-4524 | GOODWIN PROCTER LLP<br>Daniel M. Glosband (*pro hac vice*)<br>Brian H. Mukherjee (*pro hac vice*)<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, Massachusetts 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>--and --<br>Michael S. Giannotto (*pro hac vice*)<br>Frederick C. Schafrick (*pro hac vice*)<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 346-4000<br>Facsimile: (202) 346-4444 |

*Counsel for Continental Casualty Company, Transportation Insurance Company and their American insurance affiliates*

Dated: September 1, 2009