**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**OBJECTIONS OF BNSF RAILWAY COMPANY'S TO**
**EXHIBITS DESIGNATED BY PLAN PROPONENTS AND OBJECTORS**

Pursuant to the Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (the "CMO"), BNSF Railway Company ("BNSF") hereby submits these Objections to Exhibits Designated By Plan Proponents And Objectors.

BNSF objects to all Exhibits that are inconsistent with BNSF's interests on the basis that such exhibits:

(a) lack foundation;

(b) are irrelevant, immaterial and/or unnecessary and are thus inadmissible under Rules 402 and 403 of the Federal Rules of Evidence;

(c) constitute hearsay and are thus inadmissible under Rule 802 of the Federal Rules of Evidence; and/or

(d) are not the best evidence.

#11442462 v1

-2-

BNSF reserves the right to join in any objections to exhibits asserted by any participant in the Phase II Confirmation Hearing.

| | |
|---|---|
| Dated: September 1, 2009<br>Wilmington, DE | PEPPER HAMILTON LLP<br><br>/s/ John H. Schanne II<br>Evelyn J. Meltzer (DE 4581)<br>John H. Schanne II (DE 5260)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>PO Box 1709<br>Wilmington, DE 19899-1709<br>Tel: (302) 777-6500<br>Fax: (302) 777-6511 |

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750

Counsel for BNSF Railway Company