IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>**Ref. No. 23018** |

**LIBBY CLAIMANTS' PRELIMINARY RESPONSE TO ARROWOOD'S
MOTION TO STRIKE AND OBJECTIONS TO THE LIBBY CLAIMANTS'
DESIGNATION OF THE DEPOSITIONS OF TWENTY-ONE INDIVIDUAL
<u>CLAIMANTS TAKEN OUTSIDE THE BANKRUPTCY</u>**

      The claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby file the Libby Claimants' Preliminary Response to Arrowood's Motion to Strike and Objections to the Libby Claimants' Designation of Twenty-One Individual Claimants Taken Outside the Bankruptcy (the "Preliminary Response"). In support of this Preliminary Response, the Libby Claimants state:

      1.    As the Court is well aware, the parties are actively and extensively preparing for confirmation on the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated February 27, 2009 [Docket No. 20872] (the "Plan"), jointly submitted by the Debtors together with the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Equity Security Holders, and the Asbestos PI Future Claimants' Representative.

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 22784], as it may be amended and restated from time to time.

{393.001-W0002596.}

2. On August 28, 2009, Arrowood Indemnity Company, f/k/a/ Royal Indemnity Company ("Arrowood"), filed Arrowood's Motion to Strike and Objections to the Libby Claimants' Designation of Twenty-One Individual Claimants Taken Outside the Bankruptcy (the "Motion"). The Motion was served via email Friday evening.

3. In disregard for this Court's case management orders, Arrowood purports to schedule the Motion on the first day of confirmation hearings and noticed a response deadline of Tuesday, September 1, 2009 at 4:00 p.m. Essentially giving the Libby Claimants one day to respond to the baseless allegations in the Motion.

4. The hearing dates and filing deadlines are expressly set out for all parties. Until Arrowood renotices the Motion consistent with these deadlines, or obtains a motion shortening notice from the Court, the Libby Claimants submit no response is necessary.

5. The Libby Claimants reserve all rights to respond and object to the Motion at the appropriate time.

Dated: September 1, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri K. Mumford*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*

{393.001-W0002596.}    2