# EXHIBIT 5

In re: W.R. Grace & Co., Debtor    Dr. Suresh Moolgavkar

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---

In re:                          ) Chapter 11
                                )
                                )
W.R. GRACE & CO., et al.,       ) Case No. 01-01139 (JKF)
                                )
                                )
         Debtors,               )

---

DEPOSITION UPON ORAL EXAMINATION

OF

DR. SURESH MOOLGAVKAR

---

Taken at:  500 Union Street

           Seattle, Washington

DATE TAKEN: May 26, 2009

REPORTED BY: ELIZABETH PATTERSON HARVEY, RPR, CCR 2731

Buell Realtime Reporting
206 287 9066

64a621ba-cbee-4a27-bc81-962e446d5899

In re: W.R. Grace & Co., Debtor                                    Dr. Suresh Moolgavkar

Page 42

1 denominator, would you have a standard mortality ratio?
2   A   No.
3   Q   What, then, is the difference between
4 proportional mortality ratio and standard mortality
5 ratio?
6   A   The standard mortality ratio is the ratio of
7 the number of observed deaths from a specified
8 condition, divided by the number of expected deaths from
9 a standard population from that same condition.
10      So you're not looking at the proportion due to
11 a specific cause and dividing that by another proportion
12 due to the same cause. You're taking the observed
13 number divided by an expected number.
14   Q   And for Dr. Whitehouse's population, how would
15 one develop an expected number?
16      MR. STANSBURY: Object to the form,
17 ambiguous as to population.
18      THE WITNESS: It depends on what he
19 would want to use the expected number for. He could
20 develop an expected number based on U.S. life tables,
21 for example, for asbestosis.
22      In my view, it would be a meaningless
23 exercise because he's already started out with a subset
24 of patients who already have asbestos disease. And we
25 know that the rate of asbestosis in that population is

Page 43

1 pretty high. It's 59 percent. But what conclusion can
2 you draw from that? There's no conclusion you can draw
3 regarding the Libby population from that.
4   Q   (By Mr. Heberling) Then page 3 of Exhibit 1,
5 second paragraph, you say, "Finally, Dr. Whitehouse has
6 absolutely no information on the level of exposure to
7 Libby fiber in his patient population."
8      First of all, let's refer to Exhibit 4, the
9 Last definitions, page 50?
10   A   Page 50, okay. Yes.
11   Q   There Descriptive Study is defined as "A study
12 concerned with and designed only to describe the
13 existing distribution of variables, without regard to
14 causal or other hypotheses." Do you see that?
15   A   Yes.
16   Q   And do you agree with that definition?
17   A   Of a descriptive study, yes.
18   Q   And so that would be descriptive epidemiology,
19 correct?
20   A   Yes. Again, you know, there's no point in
21 getting bogged down in semantics. Dr. Whitehouse's
22 study, you're perfectly welcome to call it a descriptive
23 study if you want to.
24      But as it goes on to say, the definition,
25 "without regard to causal or other hypotheses" and I

Page 44

1 would agree with that. His study says nothing regarding
2 causality with regard to the Libby fibers. It cannot be
3 generalized in any way to the Libby population. It
4 applies only to his patient population, the population
5 that he's studying.
6      With those caveats, you can call it what you
7 like. It's a descriptive epidemiology study, if you
8 like.
9   Q   And would you agree that most medical articles
10 which follow disease process and apply numbers to it are
11 descriptive epidemiology?
12   A   I wouldn't characterize most studies to be of
13 that type.
14      Again, I have not taken a count of what
15 fraction of epidemiology studies or medical studies are
16 descriptive. But I would venture to guess that most of
17 them go beyond description.
18   Q   And the other type of epidemiology study is
19 called an analytic study, correct?
20   A   Again I don't like to draw these hard and fast
21 distinctions, though sometimes I've been guilty of doing
22 that. But yes, the other kind of study is an analytic
23 study, which is designed specifically to look at
24 associations between specific exposures and diseases.
25   Q   You use the word "associations." Am I correct

Page 45

1 that analytic studies look at causation, which is a
2 higher degree of mathematical significance?
3   A   Well, first of all, it has nothing to do with
4 mathematical significance.
5      But analytic studies in epidemiology first
6 seek to establish associations between a specific
7 exposure and a disease. But because epidemiology
8 studies by their nature are observational studies, it is
9 obviously unethical to perform randomized trials on
10 humans.
11      So epidemiology studies are observational
12 studies. And as such, they have limitations. And
13 therefore, a single study showing an association between
14 an exposure and a disease is usually not sufficient to
15 draw conclusions regarding causality. For that you have
16 to do repeated epidemiological studies and use certain
17 other criteria that epidemiologists call the Hill
18 criteria. And these are common sense guidelines to
19 determine whether or not you can assert the existence of
20 causality.
21   Q   In this third paragraph on page 3 of your
22 report, third line down, you speak of allegedly much
23 lower exposure levels in his patient population.
24      First I'll ask, are you aware that other Grace
25 doctors have observed that mine workers' exposures were

12 (Pages 42 to 45)

In re: W.R. Grace & Co., Debtor                    Dr. Suresh Moolgavkar

**Page 110**

1  the question, again to the extent it mischaracterizes
2  previous testimony.
3              You may answer.
4              THE WITNESS: The subjects in most
5  descriptive epidemiology studies, if the results of the
6  studies are to have any application to the population in
7  which the studies were conducted, the subjects would
8  have to be randomly selected.
9      Q  (By Mr. Heberling) And if doctors are simply
10 describing a disease process following a certain limited
11 cohort of patients and reporting on what they find with
12 this limited cohort of patients, then isn't it the case
13 that most subjects in such descriptive studies are not
14 randomly selected?
15     A  Yes. But the conclusions that you can draw
16 from such studies are also pretty limited.
17            You can draw conclusions, as I've said for the
18 Whitehouse study, only for that patient population. It
19 might-- the studies might raise interesting hypotheses
20 that you might go out and test in a properly designed
21 epidemiological study.
22            But in terms of the conclusions that you can
23 draw from the study itself, that's pretty limited.
24     Q  Would you agree that most epidemiology studies
25 are either case series, population based on selected

**Page 111**

1  cohorts from various registries, not random samples of
2  subjects from a general population or town or larger
3  area?
4              MR. STANSBURY: Object to the form of
5  the question.
6              THE WITNESS: I wouldn't agree with
7  that at all.
8      Q  (By Mr. Heberling) Why?
9      A  Because it's not true.
10     Q  You think most studies are random samples of
11 subjects from a general population of a town or larger
12 area?
13     A  Most epidemiology studies from which you can
14 draw any conclusions about general population parameters
15 are either based on an entire cohort, so you have an
16 entire-- the Libby occupational cohort is one entire
17 cohort. The study is done on that cohort.
18            Or you do surveys on randomly selected members
19 of a well-defined cohort, or a well-defined population.
20            Or you do case control studies. And when you
21 do case control studies, the cases generally are all
22 cases in a cancer registry within a population, let's
23 say if you're looking at cancer. And the controls are
24 randomly selected based on certain matching criteria.
25            So without that element of randomness, the

**Page 112**

1  conclusions of the studies are highly suspect; cannot be
2  applied to the population from which the study was
3  drawn.
4      Q  Well, isn't it true in the asbestos medical
5  literature that most studies simply analyze a small
6  group of patients and draw conclusions on those patients
7  without randomly selecting patients from a larger
8  community?
9      A  Well, those conclusions are of very limited
10 usefulness. Those conclusions only serve to formulate
11 hypotheses that must then be tested in properly
12 conducted epidemiological studies in which randomness
13 plays an extremely important role.
14     Q  Nevertheless, isn't it true that most studies
15 are descriptive and don't involve randomness?
16            MR. STANSBURY: Object to the form of
17 the question.
18            THE WITNESS: I have not taken,
19 again, a count of the different kinds of studies.
20            Certainly the medical literature is
21 full of papers in which physicians report one or two or
22 ten cases of a specific disease and then try to
23 associate that with specific exposures because they
24 suspect. But that's about the extent of it. You can't
25 draw any general conclusions.

**Page 113**

1      Q  (By Mr. Heberling) Well, it's after 12:30, so
2  we'll break for lunch.
3            (Recess.)
4
5      Q  (By Mr. Heberling) Back on the record. This
6  afternoon promises to be every bit as exciting as the
7  morning was.
8            First of all, I don't think I asked you, if
9  the Whitehouse 2004 study is considered a study on 123
10 patients, is it a descriptive epidemiology study?
11     A  I thought we went through that.
12     Q  We went through that with the CARD mortality
13 study. But I'm not sure if I asked that same question
14 on the Whitehouse 2004.
15     A  I think ultimately it's not the labels that
16 you apply to the studies that are important. It's what
17 questions you want to ask of the study and what
18 conclusions you want to draw.
19            And you can call it a descriptive epidemiology
20 study if you like, but as I said earlier, I don't think
21 that you can draw any conclusions about the Libby fibers
22 or about the general toxicity or general illness levels
23 of the population at Libby.
24     Q  When you say "population at Libby," are you
25 referring to the Libby area population?