# EXHIBIT 6

# Dr. Howard Ory

# In re: W.R. Grace & Co., Debtor

# May 27, 2009



Phone: 206 287 9066
Fax: 206 287 9832
Email: info@buellrealtime.com
Internet: www.buellrealtime.com

### Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                          ) Chapter 11
                                )
W.R. GRACE & CO., et al.,       ) Case No. 01-01139 (JKF)
                                )
         Debtors.               )

DEPOSITION UPON ORAL EXAMINATION
OF
DR. HOWARD ORY

Taken at: 500 Union Street
          Seattle, Washington

DATE TAKEN: May 27, 2009
REPORTED BY: ELIZABETH PATTERSON HARVEY, RPR, CCR 2731

### Page 2

APPEARANCES:

FOR THE LIBBY CLAIMANTS:

    JON L. HEBERLING, Esq.
    McGarvey, Heberling, Sullivan & McGarvey
    745 South Main
    Kalispell, Montana 59901
    406.752.5566
    jheberling@mcgarveylaw.com

FOR W.R. GRACE:

    BRIAN STANSBURY, Esq.
    Kirkland & Ellis LLP
    655 15th St. NW
    Washington, D.C. 20005
    202.879.5969
    bstansbury@kirkland.com

FOR THE STATE OF MONTANA:
    DALE R. COCKRELL, Esq.
    Christensen, Moore, Cockrell, Cummings &
        Axelberg, P.C.
    145 Commons Loop
    Suite 200
    P.O. Box 7370
    Kalispell, Montana 59904
    406.751.6000
    dcockrell@cmccalaw.com

VIA TELEPHONE FOR FUTURE CLAIMANT REPRESENTATIVES:
    KATE ORR, Esq.
    Orrick, Herrington, & Sutcliffe LLP
    Columbia Center
    1152 15th Street, N.W.
    Washington, D.C. 20005
    202.339.8400
    korr@orrick.com

### Page 3

APPEARANCES:

VIA TELEPHONE:

    ALAN B. RICH, Esq.
    Elm Place
    1401 Elm Street
    Suite 4620
    Dallas, Texas 75202
    214.744.5100
    alan@alanrichlaw.com

VIA TELEPHONE FOR TRAVELERS:
    SAMUEL RUBIN, Esq.
    Simpson Thacher & Bartlett LLP
    425 Lexington Avenue
    New York, New York 10017
    212.415.2000
    srubin@stblaw.com

VIA TELEPHONE FOR MD CASUALTY and ZURICH:

    LAURA G. STOVER, Esq.
    Eckert Seamans
    1747 Pennsylvania Avenue, NW
    Suite 1200
    Washington, DC 20006
    202.659.6600
    lstover@eckertseamans.com

* * * * * * *

### Page 4

DEPOSITION OF DR. HOWARD ORY
EXAMINATION INDEX
EXAMINATION BY:                               PAGE
MR. HEBERLING. . . . . . . . . . . . . . . . . 5

EXHIBIT INDEX
EXHIBITS FOR IDENTIFICATION                   PAGE

1   Rebuttal Expert Report of Dr. Howard Ory    5

2   Expert Report by Dr. Alan C. Whitehouse     5

3   Excerpts from Dictionary of Epidemiology    5

4   Radiographic Abnormalities and Exposure
    to Asbestos-Contaminated Vermiculite in
    the Community of Libby, Montana, USA -
    Peipins et al. . . . . . . . . . . . . . . 39

5   August 2002 U.S. Department of Health
    and Human Services Agency for Toxic
    Substances and Disease Registry, Atlanta
    Georgia - Review of Asbestos-Related
    Abnormalities Among a Group of Patients
    From Libby, Montana - Final Report . . . 41

6   Clinical Predictors of Mortality from
    Asbestosis in the North American
    Insulator Cohort, 1981 to 1991 . . . . . 65

7   Diagnosis and Initial Management of
    Nonmalignant Diseases Related to
    Asbestos . . . . . . . . . . . . . . . . 77

8   August 6, 2002 Health Consultation . . . 86

9   Death Certificates . . . . . . . . . . . 88

10  January 3, 2007 Vermiculite, Respiratory  99
    Disease and Asbestos Exposure in Libby,
    Montana: Update of a Cohort Mortality
    Study - Patricia A. Sullivan . . . . . . 67

(Pages 1 to 4)

In re: W.R. Grace & Co., Debtor                              Dr. Howard Ory
                                                                          2

## Page 5

```
 1        Seattle, Washington May 27, 2009
 2                  9:00 a.m.
 3                    -o0o-
 4
 5        (Exhibit Nos. 1 - 3 marked.)
 6
 7   DR. HOWARD ORY,    witness herein, having been
 8              first duly sworn on oath, was
 9              examined and testified as
10              follows:
11
12        E X A M I N A T I O N
13   BY MR. HEBERLING:
14        Q   Dr. Ory, have you had your deposition taken
15   before?
16        A   Yes.
17        Q   I'll just ask that if any of my questions are
18   unclear, please let me know. I'll restate it or clarify
19   it. Otherwise, the record will indicate that you've
20   understood it in answering the question. Okay?
21        A   Yes.
22        Q   First is Exhibit 1. Do you have that in front
23   of you?
24        A   I do.
25        Q   Does that appear to be your report of April
```

## Page 6

```
 1   2009?
 2        A   It does.
 3        Q   Let's turn to page 8.
 4        A   April 6th. Okay.
 5        Q   The Item III, "CARD mortality data reported by
 6   Dr. Whitehouse into December 29, 2008 expert report," do
 7   you see that?
 8        A   Yes.
 9        Q   First of all, as to the CARD mortality study,
10   I think the first area we'll go to is Exhibit 3. So do
11   you have Exhibit 3 in front of you?
12        A   Yes.
13        Q   Does that appear to be the frontispiece and
14   some selected pages from a Dictionary of Epidemiology,
15   4th Edition, edited by John M. Last, 2001?
16        A   Yes.
17        Q   Are you familiar with this Dictionary of
18   Epidemiology?
19        A   Yes.
20        Q   Do you use it?
21        A   No.
22        Q   Is it widely used?
23        A   I'm unaware of it being widely used.
24        Q   Do you know if it's used in teaching
25   situations?
```

## Page 7

```
 1        A   I've never used it in a teaching situation.
 2   Nor has it ever been used nor was it required reading
 3   when I was getting my master's in epidemiology.
 4        Q   And when were you getting your master's?
 5        A   1974.
 6        Q   I don't think the book was published at that
 7   time.
 8        A   Well, this is the 4th Edition.
 9        Q   Well--
10        A   John Last is an old man.
11        Q   Do you know him?
12        A   Yes.
13        Q   Is he a leading epidemiologist?
14        A   I wouldn't know that.
15        Q   Attached is page 50.
16        A   You're talking about Exhibit 3 here?
17        Q   Yes.
18        A   Yes.
19        Q   And do you see "descriptive study" defined
20   there?
21        A   Yes.
22        Q   It says "A descriptive study, a study
23   concerned with and designed only to describe the
24   existing distribution of variables, without regard to
25   causal or other hypotheses. Contrast analytic study."
```

## Page 8

```
 1   Do you see that?
 2        A   Yes.
 3        Q   Do you agree with that definition?
 4        A   A descriptive study would generally describe
 5   existing distribution of variables without regard to
 6   causal-- yes, I agree with that.
 7        Q   And are there basically two kinds of
 8   epidemiology studies, analytic studies and descriptive
 9   studies?
10        A   Well, I mean, that's one way-- that's one way
11   to divide epidemiologic studies. I mean, there's a
12   zillion different kinds; there's cohort, case control,
13   there's cross-sectional, randomized control trials. So
14   there's that many different kinds of epidemiologic
15   studies.
16        Q   Okay. And the CARD mortality study, would you
17   consider that a descriptive study?
18        A   I don't know what I'd consider it. It's
19   very-- it's-- I wouldn't. But, you know, I don't want
20   to get into semantics. If you have a more specific
21   question about what-- I could answer it. That's a
22   semantic kind of issue.
23        Q   Why wouldn't you consider it a descriptive
24   epidemiology study?
25        A   I'm not sure what I would consider it. It's
```

(Pages 5 to 8)

In re: W.R. Grace & Co., Debtor                                    Dr. Howard Ory
                                                                                3

### Page 9

1   very hard for me to describe what the CARD mortality
2   study is.
3       Q   Thinking of the other kinds of epidemiology
4   studies, can you think of another category that better
5   fits it than descriptive?
6       A   Well, to me the CARD mortality study conflates
7   the exposure and the disease. It's really a case series
8   to me more than anything else.
9       Q   On page 3, Exhibit 25, there's a description
10  of a case only study.
11      And first I'll ask you whether a case series,
12  is that a type of epidemiology study?
13      A   I would describe a case series as-- not just
14  me, to me it's-- I hardly consider it epidemiology.
15  It's certainly the lowest form of evidence. Most
16  people-- it's very hard to get into this kind of
17  semantics stuff. A case only study is a collection of
18  cases.
19      Q   A case only study is defined at page 25 as "a
20  method that analyzes data from a case series, with
21  assumed or theoretical data on prior distribution of
22  exposure instead of control group."
23      Do you agree with that definition of "case
24  only study"?
25      A   It's an epidemiologic equivalent of the fraud

### Page 10

1   experiment used by theoretical physicists. It is
2   assumed-- it does certainly not have a control group,
3   and it's open to many different forms of bias.
4       And it doesn't necessarily assume a
5   theoretical prior distribution. It often does, but it
6   doesn't necessarily do that.
7       Q   So first I'd like to establish whether or not
8   you agree with Last's definition of a case only study?
9       A   Well, I object to his calling it a method. To
10  me, it is simply a presentation of a set of cases. I
11  hardly think of it as a study, so, you know, applying
12  the word "method" to it gives it more relevance than it
13  deserves.
14      Q   And would you consider the CARD mortality a
15  case only study or a case series?
16      A   To me it's a series of cases.
17      Q   Okay. So does that-- so does case series, is
18  that the category it best fits?
19      A   If you want to put it in a category, I think
20  that's the category it best fits.
21      Q   And what would be the difference between a
22  case series and a case only study, if there is one?
23      A   Well, I've not used the words "case only
24  study. Most times in the literature you'll see case
25  series.

### Page 11

1       Q   On page 25, do you see a separate definition
2   for case series?
3       A   I don't.
4       Q   Okay.
5       A   Am I missing something?
6       Q   No. I don't either. Then under Item A, page
7   8 of your report, Exhibit 1, about three lines down, you
8   state "This is a haphazard collection of people who he
9   has seen, who have asbestos-related diagnosis chest
10  films and who have died."
11      Do you see that?
12      A   Yes.
13      Q   Okay. What's your basis for the statement
14  that this is a collection of people he has seen?
15      A   I believe he says that in his report, that
16  they were seen either by him or his partner in Spokane
17  or at the CARD clinic in Libby.
18      Q   Okay. So that would encompass other doctors,
19  then, correct?
20      A   It could, yes.
21      Q   Were you assuming that this is a collection of
22  people that he has seen?
23      A   I actually did think he has seen them all.
24  But as with most things he's written, it's really
25  unclear.

### Page 12

1       Q   Let's look at paragraph 31 of the December
2   report, which is Exhibit 2.
3       MR. STANSBURY: Page 15.
4       Q   (By Mr. Heberling) In the second sentence of
5   paragraph 31 the report states "The cohort is all
6   patients seen at CARD or by me in Spokane, with an
7   asbestos-related disease diagnosis and chest films." Do
8   you see that?
9       A   Yes.
10      Q   And do you understand there are other doctors
11  at CARD as well?
12      A   I assume so.
13      Q   So why were you assuming that they were all
14  seen by Dr. Whitehouse?
15      A   Because what he writes is vague. The next
16  sentence says "The study was done under my supervision."
17  So which study? The CARD study, the CARD mortality
18  study, I don't know what it's referring to. So it's
19  just unclear. It's unclearly written to me.
20      Q   And so is there an error in your statement of
21  collection of people who he has seen?
22      A   I'm not certain.
23      Q   Okay. Then you call it a "haphazard
24  collection?"
25      A   Yes.

(Pages 9 to 12)

In re: W.R. Grace & Co., Debtor

Dr. Howard Ory
28

## Page 109

1  Q  Does he say solely from W.R. Grace exposure?
2  A  "All patients have asbestos due to." So
3  whether it's solely or not, it's due to.
4      And I am certainly objecting to that, as he
5  has no basis on which to make that statement.
6  Q  So can you point to anyplace where he says
7  it's solely due to W.R. Grace?
8  A  No. No, I cannot.
9  Q  So it could be due to W.R. Grace exposure and
10 an exposure in the state of Washington, correct?
11     MR. STANSBURY: Objection,
12 speculation.
13     THE WITNESS: Well, now, yeah. I
14 mean, I don't know how to answer that question.
15     All I'm saying is he can't make the
16 statement that he's made here with any scientific
17 certainty. It's just not possible.
18 Q  (By Mr. Heberling) And you are assuming that
19 "due to" means solely due to?
20 A  No. I mean caused by. "Due to" means to me
21 caused by. And I don't think anybody can make that
22 statement.
23 Q  In each of the 1800 diagnoses, isn't it true
24 that the doctor has to go through occupational and
25 exposure history?

## Page 110

1      MR. STANSBURY: Object to the form,
2  speculation.
3      THE WITNESS: I know it's called for
4  by the ATS.
5      I don't know what was done among the
6  CARD patients. And I certainly don't know whether
7  they-- since we know that the CARD-- that Dr. Whitehouse
8  presents no data about exposure, either duration or
9  intensity, I simply don't know how one could say you
10 could attribute asbestos disease to exposure to one
11 asbestos or another. There's no valid basis to do that
12 without exposure data.
13 Q  (By Mr. Heberling) Does he--
14 A  I suppose-- well.
15 Q  Are you saying that the ATS 2004 diagnostic
16 criteria require exposure data?
17     MR. STANSBURY: Objection to the
18 extent it mischaracterizes previous testimony.
19     THE WITNESS: No. I'm not-- no. And
20 I'm not talking about that now. You're-- ask your
21 question again.
22 Q  (By Mr. Heberling) Well, in each diagnosis
23 wouldn't the doctor at the CARD clinic have to take a
24 sufficient history to find sufficient exposure to cause
25 asbestos disease?

## Page 111

1      MR. STANSBURY: Object to the form,
2  calls for speculation.
3      THE WITNESS: I can't answer that
4  question. But what I can say is there is no data
5  presented in here that says, for example, someone who
6  worked in the shipyard and someone who lived in Libby,
7  there's nothing in this data set that tells me if they
8  had both, if they had hypothetically both those
9  exposures, which one might be bigger than the other. So
10 I don't know what they did.
11     I don't understand, without knowing
12 how one perhaps weighs one exposure against another, how
13 one can say that all patients have their disease due to
14 Libby asbestos. That just is not scientifically valid.
15 That's what I'm trying to object to here.
16 Q  (By Mr. Heberling) Are you familiar with how
17 a pulmonologist might weigh exposures against one
18 another?
19     MR. STANSBURY: Objection, calls for
20 speculation, also calls for answer beyond Dr. Ory's area
21 of expertise.
22     THE WITNESS: I'm not making any
23 clinical assessment here.
24     I know how an epidemiologist would do
25 it. An epidemiologist would do it with data and an

## Page 112

1  epidemiologist would present that data to support his
2  contention.
3      I see no data presented to support
4  this contention. Whether you're a pulmonologist or an
5  epidemiologist, you have to support your contention.
6  Q  (By Mr. Heberling) And so you're not familiar
7  exactly with how a pulmonologist might make a
8  determination of evidence of causation by asbestos; is
9  that fair?
10     MR. STANSBURY: Object to the form.
11     THE WITNESS: I'm not-- I haven't
12 been asked to comment on that. I've been asked to
13 comment on what Dr. Whitehouse has written.
14 Q  (By Mr. Heberling) I'm asking you to comment
15 on it.
16 A  I'm not going to comment on it. It's outside
17 my area of expertise.
18 Q  That's what we needed.
19     Do you consider the Whitehouse 2004
20 publication to be a descriptive study?
21 A  Could we see it? Or do I have it here
22 already?
23     MR. STANSBURY: It should be--
24     MR. HEBERLING: It's Exhibit 2 to the
25 Whitehouse report.

(Pages 109 to 112)

In re: W.R. Grace & Co., Debtor                                           Dr. Howard Ory
                                                                                    29

## Page 113

1    THE WITNESS: Okay. It's part of
2  this.
3    MR. STANSBURY: Yes.
4    THE WITNESS: Okay. Well, again I
5  think the fairest statement is I don't usually sit
6  around and label studies.
7    And the more important thing is what
8  is this study attempting to show, and does it show it.
9  And without-- I don't know how I would label this study.
10    Again, it's such a poorly described
11  study that it's difficult for me to figure out what it
12  is exactly.
13    Q  (By Mr. Heberling) So would you disagree with
14  another epidemiologist who considered it a descriptive
15  study?
16    A  No. I wouldn't disagree with it. I just--
17  I'm just not in the habit of making those kinds of
18  distinctions, and this would be a difficult one to sort
19  of decide what it is or it isn't. I mean, there's
20  certainly analysis in this study.
21    So I don't know what to call it, I mean, other
22  than what I've said about it in my report.
23    Q  For an analytic study, do you have to have
24  controls or randomness?
25    MR. STANSBURY: Object to the form.

## Page 114

1    THE WITNESS: You could do an
2  analytic study without controls by looking at a dose
3  response where you compare-- where you only have exposed
4  people in the study and you compare the highest to the
5  lowest. That would certainly be an analytic, highest
6  exposed to lowest exposed. That would certainly be an
7  analytic study.
8    Q  (By Mr. Heberling) And can an analytic study
9  also be done without random selection?
10    A  Much like I answered when you asked a similar
11  question before, there's many different ways to properly
12  select subjects into a study, random selection being one
13  of them.
14    Q  So from that I take it random selection is not
15  a necessary requisite for--
16    A  Correct.
17    Q  --an analytic study?
18    A  Correct.
19    Q  Okay. Then page 22, a little beyond halfway
20  down in your report, you say "These subjects are
21  representative of the Libby area population and the
22  practice group of 491 patients.'"
23    Are you aware that Dr. Whitehouse has
24  clarified that what he meant there was the Libby area
25  asbestos-disease population?

## Page 115

1    A  I'm sorry. Where are you reading?
2    Q  A little beyond halfway down.
3    A  Under B?
4    Q  Yes.
5    MR. STANSBURY: We're still on 22?
6    MR. HEBERLING: Page 22.
7    MR. STANSBURY: Okay.
8    THE WITNESS: Okay. Whereabouts?
9    Q  (By Mr. Heberling) First word in the line is
10  "2004." It then states, "These subjects are
11  representative of the Libby area population and practice
12  group of 491 patients.'"
13    Do you see that?
14    A  Yes.
15    Q  Are you aware that Dr. Whitehouse has
16  clarified that by "Libby area population" he meant Libby
17  area asbestos-disease population?
18    A  I've seen that in his deposition, yes.
19    Q  Okay. Do you accept that that's what he
20  meant?
21    A  Okay. It would have been nice if he wrote it
22  in the published paper.
23    Q  Do you see any statistics in the Whitehouse
24  2004 extending conclusions from the 123 subjects to the
25  Libby area population?

## Page 116

1    A  He tells us they're representative.
2    Q  And again, are you accepting his statement
3  that representative of the Libby area population means
4  representative of the Libby area asbestos-disease
5  population?
6    A  I would think either way he presents no
7  information that would allow us to determine whether
8  they're representative of the Libby asbestos population
9  or the Libby population in general.
10    I mean, there's simply nothing presented here
11  that would allow us to extrapolate this study back to
12  Libby, whether it's to all people in Libby or to people
13  with asbestos in Libby, for all the reasons basically we
14  discussed in CARD. I mean, he makes the same errors
15  here.
16    Q  So do you see any statistics that
17  Dr. Whitehouse uses in the Whitehouse 2004 publication
18  which would extend somehow to the Libby area population?
19    A  He says it's representative. And you're
20  telling me he says it's representative of the
21  asbestos-disease population in Libby.
22    So even if I accept that, I'm saying that's
23  not true either.
24    Q  I'm asking you about the Libby area
25  population, the 10,000 people.

(Pages 113 to 116)

Buell Realtime Reporting
206 287 9066