# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

W.R. GRACE & COMPANY, HENRY A. ESCHENBACH, JACK W. WOLTER, WILLIAM J. McCAIG, ROBERT J. BETTACCHI, and ROBERT C. WALSH,

Defendants.

CASE NO.
CR 05-07-M-DWM

Missoula, Montana
Weds. 03.04.2009
8:30 a.m.

---

**JURY TRIAL - VOLUME 7 - MORNING SESSION**
**TRANSCRIPT OF PROCEEDINGS**
**BEFORE THE HONORABLE DONALD W. MOLLOY, UNITED STATES DISTRICT JUDGE, and a jury.**

Proceedings recorded by mechanical stenography and transcript produced by computer by Daina B. Hodges, United States District Court Official Court Reporter Missoula/Helena/Butte Divisions

09/01/2009 13:32 4068621532 JON:HEBERLING PAGE 01
4068621532

been scarred and blunted.

Q. You have a CT scan, I believe, slide 48.

A. We do. And here's the CT scan that demonstrates it, and also calcified pleural plaque up here. It's got a little bit of pleural thickening over here and probably a small plaque there and those are what tell us for sure that this was asbestos-related. That it was a benign asbestos pleural effusion, in all likelihood.

Q. Do you have an opinion as to what the future holds for the further production of asbestos-related diseases there at the Libby CARD Clinic?

A. Well, we seem to be--

MR. BERNICK: Your Honor, before he answers, I think that calls for a yes-or-no answer.

THE COURT: It does. Yes or no.

A. Yes.

MR. BERNICK: There was no--I'm sorry. Next question.

Q. (By Mr. McLean) Do you anticipate seeing new cases into the future?

A. Yes.

MR. BERNICK: Objection. Lack of foundation, 703.

THE COURT: Overruled.

A. Yes.

Q. (By Mr. McLean) How long into the future?

MR. BERNICK: Same objection. Lack of foundation under 703.

THE COURT: Overruled.

A. The answer is yes.

Mr. Bernick, when he stands up, is obscured and I can't always see him when he stands up, which is why I answer before he gets to say--I mean, he's right behind Mr. McLean.

Q. (By Mr. McLean) So that's why you answer too fast?

A. Yeah, I did.

Q. So the answer was yes.

A. Repeat the question again. I want to make sure I got that right.

THE COURT: "So the answer was yes."

"So the question was how long into the future?" There was an objection. "The answer is yes." That was the end of the questions.

Q. (By Mr. McLean) So how long into the future do you see new cases of asbestos-related disease presenting at Libby?

MR. BERNICK: Same objection, Your Honor, lack of expert foundation.

THE COURT: Sustained--overruled.

A. And this is basically an estimate. Knowing that the latency period is at minimum 15 and probably 30 years before we see very much, I don't think we'll see the last of these prior to 2030, maybe even longer than that.

Q. Isn't it true today that scientists, on the basis of the epidemiology, can predict, can predict what's going to happen in the future? Predict it.

A. They can, but there's a very large caveat out here, and that is we're dealing with winchite, richterite, okay? We're dealing with a different compound and we do not know.

Q. That's my whole point, is that the epidemiologists who did this work on mesothelioma, you believe they are looking at something that is different from what you are looking at in Libby, correct?

A. Yes.

Q. And at Libby, when you say that this curve is going to go, whoa, may go like this (indicating), you don't have the scientific basis for saying that that exists with respect to the science of mesothelioma. Correct?

A. No, I do not; except that the curve is still on the upswing.

Q. You don't know what the curve is, Dr. Whitehouse?

A. I don't know it. I just know it's going up.

Q. You know because it's being reported to you that there are numbers of people, but all you have is case reports. You do not have--you have no curve, you have no science. You are not an epidemiologist. You can't make predictions of the future based on science, can you?

A. No, but I'm not making predictions for how many cases

there's going to be. I'm making the prediction that there's been enough exposure over a long enough period of time and, knowing that there is a 30- to 40-year latency period, that it's going to keep going up.

Q. You don't know that.

A. Sure I do.

Q. Because the people who do the epidemiology, they actually quantify the exposures before they make predictions; and you have never quantified the exposures, correct?

A. No, but I'm talking about common sense, a physician who's in the front lines of seeing what's happening.

Q. I'm not talking only about common sense and I'm not talking about your clinical practice. I'm talking about science. Science. And you don't have the science to make a scientific prediction, do you?

A. Not to the numbers, no.

Q. Not to the numbers. You don't even have the beginnings of an epidemiological analysis to make the prediction, do you?

A. You know, I have some other numbers here that you haven't allowed me to talk about; that's one of the problems.

Q. You don't have the exposure numbers and you don't have a curve. True or not?

A. I don't have exposure numbers and I do not have a curve.

Q. Now, Libby is not so unique and different. Back in connection with the miners, there were epidemiological studies