# EXHIBIT 8

In re: W.R. Grace & Co., et al., Case No. 01-1139 (JFK)  Craig Molgaard, Ph.D.
**Debtors.**            **Videotaped**              June 25, 2009

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-1139(JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

VIDEOTAPED DEPOSITION OF

CRAIG MOLGAARD, Ph.D.

On June 25, 2009, beginning at 9:02 a.m., the videotaped deposition of CRAIG MOLGAARD, Ph.D., appearing at the insistence of Debtors, was taken at the Doubletree Hotel, 100 Madison Street, Missoula, MT, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, before Bambi A. Goodman, Registered Professional Reporter, Certified Realtime Reporter, Notary Public.

MARTIN-LAKE & ASSOCIATES, INC.
(406)543-6447 / mla@martin-lake.net

d3fda421-82d9-41ab-905a-36d8221dee1b

In re: W.R. Grace & Co., et al., Case No. 01-1139 (JFK)　　Craig Molgaard, Ph.D.
Debtors.　　Videotaped　　June 25, 2009

Page 90

1　analysis, analytic epidemiology, to determine whether
2　it's true or not; correct?
3　　A　It's hypothesis generating, basically, yes.
4　　Q　The -- I'm going to read a statement from
5　Dr. Whitehouse in his deposition in In re Grace, October
6　18, 2007, at 231, line 15, to 232, line 3. I'm not sure
7　if I have it here or not. If you'd like to see it, I
8　can try to look for it. But he's asked the question "I
9　have a couple questions that I would like to ask you
10　relating to autopsies. Typically, why are autopsies
11　performed in medical cases or when people die?
12　　　"A　That's a really good question because most
13　physicians, in the general practice of internal medicine
14　or chest disease, we don't even ask for autopsies
15　because we know what they died of. We know more than
16　the pathologist can tell us for the most part. And I
17　really sincerely mean that. We've looked at them and
18　have all the physiologic things. And also autopsies
19　aren't needed. So autopsies generally don't help us
20　very much with the cause of death. We have -- I don't
21　know; you may have some specific questions concerning
22　asbestos and go ahead and shoot on those."
23　　　Do you agree with Dr. Whitehouse's
24　characterization of the relative importance of autopsies
25　in understanding what somebody died from?

Page 91

1　　A　I think what he's doing is coming out from the
2　point of view of pulmonology where -- you know, in
3　general, I always think that it's best to have autopsy
4　confirmation. Though, for lung diseases, you may not be
5　in a situation where you need to have that because the
6　diagnosis can be firmed up by the x-rays and by the
7　functioning of the lung itself which you can test with,
8　you know, the spirometry and stuff like this. So I
9　think what he's doing is he's saying, you know, From my
10　point of view, I don't need an autopsy for lung
11　diseases.
12　　　In general, as I said earlier, I believe that
13　autopsy confirmation is very useful. Though, for lung
14　diseases, I could see where it would be harder to do a
15　good autopsy confirmation on that and maybe unnecessary.
16　You know, it's kind of outside of my expertise because
17　it's getting a little bit into pulmonology land here.
18　But he may be right for lung disease.
19　　　I think if you're doing other kinds of things,
20　if you're doing, I don't know, some other disease, it
21　might be much more appropriate to do the autopsy.
22　　　The real bottom line is that it's very hard,
23　often, to get autopsy confirmation. It's hard to get
24　autopsy material for lots of different things. And
25　often you can only get a minor percentage of your cases.

Page 92

1　In any given study you could actually find -- in any
2　given mortality study actually find an autopsy to use.
3　It's difficult. So anyway.
4　　Q　Do you agree, as I think you've stated
5　previously, that rates will vary with the -- rates of
6　disease --
7　　A　Uh-huh.
8　　Q　-- will vary with the intensity with which any
9　population is studied, and histologic confirmation is
10　essential if one is to have confidence when comparing
11　results from one population with another. Do you agree
12　with that?
13　　A　I think, by and large, that is true.
14　　Q　And the reason I ask these questions is because
15　in your report, you're relying -- well, back up.
16　　　You assume, without necessarily even relying,
17　but you assume that Dr. Whitehouse's diagnoses of
18　asbestos-related disease in his patient population and
19　his best evidence judgments in the CARD Mortality Study
20　are accurate; correct?
21　　A　Yes.
22　　Q　Okay. Indeed, you assume that for all of his
23　diagnoses, he follows the criteria for diagnosing
24　asbestos-related disease as set out in the American
25　Thoracic Society; correct?

Page 93

1　　A　I am assuming that, yeah.
2　　Q　Okay. You're assuming that he does the
3　exposure assessment as set out by the applicable ATS
4　guideline at the time of the diagnosis; correct?
5　　A　I'm assuming that.
6　　Q　And you're assuming that he -- in making a
7　diagnosis of an asbestos-related disease, you're
8　assuming that -- in all -- in your statements in your
9　report, you're assuming that he has excluded other
10　causes of disease as required by the ATS; correct?
11　　A　I'm assuming he has done that correctly; yeah.
12　　Q　Okay. And have you been presented by counsel
13　for the Libby Claimants with any documents or testimony
14　from Dr. Whitehouse that he's given in this case -- or
15　that he's provided in this case, where he has admitted
16　and discussed why, in some circumstances, he has not and
17　does not always follow the American Thoracic Society
18　guidelines for diagnosis of disease? Have you seen any
19　of that in his testimony?
20　　　MR. HEBERLING: Objection; misstatement of
21　the record.
22　　Q　(By Ms. Harding) You can answer if you
23　understand.
24　　A　I'm not sure if I've seen a discussion of his
25　not following the guidelines. I may have, I just don't

24 (Pages 90 to 93)