# EXHIBIT 9

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:                       *Chapter 11

W.R. GRACE & CO., et al.,    *Case No. 01-01139(JKF)

    Debtors.                 *Jointly Administered

*       *       *       *       *       *

THE DEPOSITION OF LAURA WELCH, M.D.

The Deposition of Laura Welch, M.D., taken in the above-captioned case on Wednesday, June 3, 2009, commencing at 9:00 a.m., at the offices of Evans Reporting Service, Intelligent Office, 1425 K Street N.W., Washington, D.C. 20005, and reported by Monique Kastner, Court Reporter and Notary Public.

EVANS REPORTING SERVICE
The Munsey Building, Suite 705
Seven North Calvert Street
Baltimore, Maryland 21202
410-727-7100
800-256-8410

Laura Welch, M.D., 6/3/09

Page 134

1    A  Okay.
2    Q  Page 707. And in the definition of
diffuse pleural thickening, would you agree there
is no requirement in the ATS 2004 of extent of the
chest wall greater than 25 percent?
6    A  I don't think they talk about that.
7    Q  And likewise, would you agree that ATS
2004 in its definition of diffuse pleural
thickening does not include a minimum
three millimeters for thickness of pleural
thickening?
12   A  Yes. I agree with that.
13   Q  Okay. Then do you have Ameille article
in front of you, a copy?
15   A  I don't have the copy.
16   Q  You have the exhibit I believe which
would be 7?
18   A  Here is the exhibit. It is 7, right.
19   Q  Okay. Then I think it is Page 294 on
the right hand side of the page. Do you have 294?
21   A  294.

Page 135

1    Q  I see you have two sides. Right hand
column. Let's see. The paragraph beginning: "The
association between obliteration of the
costophrenic angle and significant decrease of FVC,
FEV1 and TLC has also been observed previously."
6    A  Correct.
7    Q  And they cite Schwartz, 1990; Lilis
L-i-l-i-s, 1991 and Bourbeau, B-o-u-r-b-e-a-u,
1990?
10   A  Yes.
11   Q  And are you aware that in all three of
those studies they define diffuse pleural
thickening as including blunting?
14   A  Well, I know that Lilis, Lilis looked
at the impact of blunting of the angle on pulmonary
function. And I don't know whether -- I think -- I
don't remember if she had a definition. But I have
her paper, so I can look at it if it is important
to make that distinction.
20      Is that what you're asking?
21   Q  Yes. If you look at the top of Page

Page 136

1  149?
2    A  Okay. Diffuse pleural fibrosis defined
as that which includes blunting of the ipsilateral
costophrenic angle. It is indicated with a D.
That's what it says there.
6    Q  And then Schwartz, are you aware that
he also used blunting as an -- in the definition of
diffuse pleural thickening?
9    A  I don't have that paper. So I don't --
I can't verify that. I mean, the statement here
shows that he -- it says, "subjects with DPT
characterized by obliteration of the angle." That
is what the Ameille paper says.
14   Q  Regarding Schwartz?
15   A  Right.
16   Q  I have Schwartz here if you would like
to look at it?
18   A  Only if it is important for -- I don't
know where you're going with it. I might need to.
I might not.
21   Q  And the other one was Bourbeau. Are

Page 137

1  you aware that that paper also defined diffuse
pleural thickening as including blunting of the
costophrenic angle?
4    A  Well, the part of that paper that is
quoted here shows that it is about how the most
marked impairment of the lung function was related
to costophrenic angle obliteration.
8    Q  Okay. Then quickly, I'll show you the
Bourbeau paper. Does that appear to be Bourbeau
1990?
11   A  Yes. That looks good.
12   Q  Okay.
13   A  Can I take it from you for a second?
14   Q  Yes.
15   A  My glasses don't go that far.
16   Q  I think it is on the second page. It
says --
18   A  Diffuse thickening had to have blunting
of the angle. Okay.
20   Q  In these three papers; Lilis, Schwartz
and Bourbeau all compared lung function loss

35 (Pages 134 to 137)

Court Reporting in
Baltimore/Washington

Evans Reporting Service
800-256-8410

Over 20 years
award-winning service

Laura Welch, M.D., 6/3/09

Page 182

1  Q  And top line, you say it is the case?
2  A  What page are you on? You didn't give
3  me a page number.
4  Q  Page 17. Sorry.
5  A  Okay.
6  Q  You say that: "It is the case that
7  DLCO is a routine part of the clinical evaluation
8  of asbestosis and other interstitial lung
9  diseases."
10     Is that also true that it is a routine
11 part of the evaluation of pleural disease?
12 A  It is. DLCO is often included in the
13 evaluation of any lung disease.
14 Q  Including any asbestos-related lung
15 disease?
16 A  Right. Whether you order it and
17 somebody has pleural diseases are individual
18 judgments you can make an individual case for what
19 is necessary.
20 Q  And in another context, we already
21 discussed a couple of quotes from Key 1996 and Lee

Page 183

1  2003 which included a -- which studies did not
2  define blunting as a necessary part of diffuse
3  pleural thickening and found decrement of DLCO
4  significant in the quotes that I read to you if you
5  remember them, otherwise we can go back?
6     MR. FINCH: Object to form.
7     THE WITNESS: I think I said the Lee
8  study was 38 patients that all had asbestosis.
9  So whether the people with pleural thickening
10 had a decrement of lung function or not, it was
11 attributable to their asbestosis.
12    And the study was not studying the
13 impact of pleural thickening on lung function,
14 so it is not really relevant to this question.
15    I don't remember what the Key paper
16 was, but I'm -- it may have been something I'm
17 not familiar with.
18    BY MR. HEBERLING:
19 Q  They used a CT scoring per the lynch
20 proposal.
21 A  I don't remember that we talked about

Page 184

1  it.
2  Q  Okay. Do you consider it -- do you
3  consider that with diffuse pleural thickening one
4  can have a decrement in DLCO?
5  A  No. I would think that if you have the
6  decrement in DLCO, it is due to concomitant
7  interstitial fibrosis or emphysema or something,
8  some other disease of the lung interstitium, not
9  just pleural scarring in the outside of the lung.
10 Q  And so for Libby, you would consider it
11 likely that the people who had isolated DLCO
12 meaning only the DLCO number under 65, that that
13 would likely be due to subpleural interstitial
14 fibrosis?
15    MR. FINCH: Object to form.
16    BY MR. HEBERLING:
17 Q  Perhaps emphysema?
18 A  No. I wouldn't assume anything without
19 looking at each individual case. As you just said,
20 emphysema can lead to the diffusion too.
21 Q  And the AMA guides to permanent

Page 185

1  impairment uses DLCO as an indicator of impairment,
2  correct?
3  A  Yes.
4  Q  So you have some problems with using
5  DLCO, but apparently it was okay for the AMA to do
6  it?
7     MR. FINCH: Object to form.
8     Mischaracterized Dr. Welch's comment.
9     THE WITNESS: It measures lung function
10 impairment, but it cannot help distinguish
11 between asbestosis and emphysema both of which
12 reduce DLCO. And in addition to which, there
13 is more test to test variation in DLCO than
14 there are in other tests.
15    And I include that in No. 2 on my
16 report. And those are the two main reasons I
17 don't think it should be included in the TDP.
18    BY MR. HEBERLING:
19 Q  Then Page 17, Exhibit 2 of your
20 December 2008 report.
21 A  Okay.