# EXHIBIT 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----

In re:                          Chapter 11

W.R. GRACE & CO., et al.,       Case No. 01-01139 (JKF)

    Debtors.                Jointly Administered

                               Ref. No. 21544

DEPOSITION OF JOHN PARKER, M.D.,
a witness herein, called for examination by the
Claimants, taken pursuant to the Federal Rules of
Bankruptcy Procedure, by and before Susan E. Alldridge,
a Registered Professional Reporter and Notary Public in
and for the State of West Virginia, at the Ramada Inn
Conference Center, 20 Scott Avenue, Morgantown,
West Virginia on Tuesday, 9 June 2009, at 9:09 a.m.

0cb81372-7a5a-4069-b372-7415e2e39f13

Dr. Parker - by Mr. Heberling

Page 62

1  classification was not designed for clinical
2  diagnosis."
3      Do you see that?
4      MR. STANSBURY: I'm just going to
5  note a quick objection that Dr. Parker did not
6  specifically rely upon this report, I believe, in
7  his report.
8      This is her surrebuttal report;
9  is that right, Jon? Okay.
10     MR. HEBERLING: It's a rebuttal
11 report, I guess.
12     MR. STANSBURY: Right. I mean, just
13 to the extent I don't think we've established a
14 foundation Dr. Parker is familiar with this
15 particular report.
16     THE DEPONENT: Is there a -- would
17 you direct me to the part of the report you wanted
18 me to see? Is it highlighted?
19 BY MR. HEBERLING:
20  Q. I think it is. She says, "The ILO, quote,
21 classification was not designed for clinical
22 diagnosis."
23     Do you find that?
24  A. Yes. And then she further completes her

Page 63

1  sentence with, "It is a standard notation for
2  describing dust diseases on the chest x-ray and has
3  been useful in a number of settings."
4   Q. Yes. And you'd agree with that; right?
5   A. Yes. That it's useful in a number of
6  settings.
7   Q. Yeah. Do you agree --
8   A. Although not designed for clinical
9  purposes, it's been used in clinical settings as
10 well as research and epidemiologic settings.
11  Q. So you would agree that the ILO
12 classification was not designed for clinical
13 diagnosis?
14  A. That's correct.
15  Q. And as to the extent greater than
16 25 percent requirement in these TDPs, would you
17 agree that that's not part of the diagnosis of
18 asbestos-related disease or diffuse pleural
19 thickening in the ATS 2004 diagnostic criteria?
20     MR. STANSBURY: Object to the form.
21     THE DEPONENT: The ATS is
22 acknowledging the importance of costophrenic angle
23 blunting, and I believe they make no reference to
24 whether the extent up the lateral chest wall is

Page 64

1  more than 25 percent or not.
2  BY MR. HEBERLING:
3   Q. And likewise, they also make no reference
4  to a requirement of 3 millimeters' thickness in the
5  diffuse pleural thickening for diagnosis; correct?
6   A. I believe that's correct.
7   Q. In Exhibit 2, it's your report of
8  April 2009 --
9   A. Yes.
10  Q. -- page 8.
11  A. April 2000- -- can I have the year again?
12 I think you said 2009. I'm not sure.
13  Q. Yeah. April 2009.
14  A. Okay.
15  Q. Exhibit 2.
16  A. Okay.
17  Q. No. I think that's Exhibit -- Exhibit 1.
18 Excuse me.
19     Page 8.
20  A. So now I should go to Exhibit 1, not 2.
21  Q. Right. Because it's April --
22  A. Okay.
23  Q. -- 2009.
24  A. Okay.

Page 65

1   Q. And toward the last part of the second
2  paragraph, you say, "The dimensional criteria of
3  the ILO classification of extent 2 and width A are
4  included to assure that diffuse thickening is
5  radiographically present and not as a measure of
6  severity. Severity is defined by pulmonary
7  function testing or lung functional assessment."
8   A. Yes.
9   Q. Do you see that?
10  A. Yes.
11  Q. So is it fair to say that the 3-millimeter
12 thickness requirement is not a measure of severity?
13  A. That's correct. It's not a measure of
14 severity.
15  Q. And likewise, the 25 percent extent of
16 chest wall requirement is not a measure of
17 severity?
18  A. It's not a measure of the functional
19 severity, no.
20  Q. It would be radiographic severity;
21 correct?
22  A. That's correct.
23  Q. And likewise, the 3-millimeter requirement
24 may be a measure of radiographic severity but not

17 (Pages 62 to 65)

Dr. Parker - by Mr. Heberling

Page 66

1  lung function severity; correct?
2     A. That's correct. It may be radiographic
3  severity. And it's really there to avoid the
4  misinterpretation of companion shadows and other
5  normal structures that are confused sometimes with
6  pleural abnormality.
7     Q. When you say "it" is there, are you
8  referring to the 3-millimeter thickness
9  requirement?
10    A. Yes, the 3-millimeter thickness
11 requirement.
12    Q. And likewise, the requirement that
13 blunting be present, would it also be fair to say
14 that that is not a measure of lung function
15 severity?
16    A. Blunting, in many scientific studies, has
17 been the key finding to predict lung function
18 impairment or loss. Blunting has been absolutely
19 the finding that's been associated with lung
20 function loss.
21    Q. So it's predictive. But do you consider
22 that it measures lung function loss in the same
23 way -- in the same way that pulmonary function
24 testing measures lung function loss?

Page 67

1     A. No, radiographs do not measure lung
2  function. That's correct.
3     Q. And while there may be a correlation
4  between blunting and lung function loss, the
5  blunting does not tell you whether you will have
6  mild, moderate, or severe lung function loss, does
7  it?
8     A. It does not. A much better predictor than
9  pleural plaques, but it does not alone tell you
10 you'll have a low FVC. But you're more likely to
11 have a low FVC with blunting.
12    Q. Are you familiar with the study called
13 Kee, et al., 1996?
14    A. No.
15    Q. I'm handing you Kee 1996. What's the
16 title of that?
17    A. "Causes of pulmonary impairment in
18 asbestos individuals with diffuse pleural
19 thickening," by Steven Kee, Gordon Gamsu, and
20 Paul Blanc. I think I may have seen references to
21 this paper in work by others, but I am not real
22 familiar with this study.
23    Q. Okay. Then in the first page, left-hand
24 column, does it appear that they establish a

Page 68

1  pleural score and define diffuse pleural thickening
2  on CT as 3 millimeters' thickness and 8 centimeters
3  up and down?
4        MR. STANSBURY: I'm going to just
5  state an objection to all questions regarding this
6  study insofar as the witness has already stated
7  that he is not familiar with this study.
8        THE DEPONENT: Yes. In -- they're --
9  they're referring to work by David Lynch, who
10 defines CT presence of diffuse pleural thickening
11 as a continuous pleural thickening of more than
12 3 millimeters extending at least 8 centimeters in
13 the craniocaudal dimension demonstrated on CT.
14       Let me take a moment and see if
15 that reference 5 is, indeed, David Lynch. And it's
16 in a paper, "Asbestos-related focal lung masses
17 manifestations on conventional high-resolution
18 CTs."
19       What I don't know without seeing
20 the Lynch paper is when they talk about a
21 craniocaudal dimension, I'm not sure if they're
22 taking it all the way down to the costophrenic
23 angle or just using 8 centimeters and 3 millimeters
24 thick, which many people would describe as a

Page 69

1  confluent pleural plaque. And they do say that --
2  well, we'll look at their methods, I'm sure.
3  BY MR. HEBERLING:
4     Q. Okay. And so the 8 centimeters, would
5  that be roughly 25 percent of the chest wall?
6     A. Yes.
7     Q. So this is a definition of diffuse pleural
8  thickening with or without blunting?
9        MR. STANSBURY: Objection.
10 Foundation. And once again, objection to the
11 extent that Dr. Parker is being asked questions
12 about a study that he is not familiar with.
13       THE DEPONENT: This is a definition
14 they apparently established to do a research study.
15 BY MR. HEBERLING:
16    Q. And it's a definition of diffuse pleural
17 thickening, which would be with or without
18 blunting; correct?
19    A. Used for a specific research study and not
20 widely applied, to my knowledge, but yes.
21    Q. When you speak of David Lynch, is that a
22 David Lynch who's in Denver who may have read Libby
23 chest x-rays?
24    A. David Lynch certainly participated in a CT

Page 94

1  MR. STANSBURY: Objection.
2  Foundation.
3  THE DEPONENT: I don't believe the
4  ATS is saying that diffuse pleural thickening has
5  anything other than the requirement for
6  costophrenic angle blunting and that it can occur
7  occasionally in other settings as well.
8  BY MR. HEBERLING:
9  Q. And so the TDP's add-on requirements of
10 3 millimeters' thickness or more and 25 percent
11 extent of coverage of the chest wall or more, and
12 yet -- and so that would exclude a certain number
13 of people; correct?
14 MR. STANSBURY: Objection to the
15 extent it calls for application of the TDP.
16 THE DEPONENT: The ATS specifically
17 references the ILO classification system, which
18 requires the presence of and continuity of pleural
19 thickening with an obliterated angle. So I think
20 the ATS continues to be consistent with the ILO
21 recommendation, as well as what's included in the
22 TDP.
23 BY MR. HEBERLING:
24 Q. And then -- so the definition you just

Page 95

1  discussed, including blunting, would encompass,
2  say, a hundred people. Can you assume that?
3  A. So you're asking me to assume that I have
4  a hundred people.
5  Q. That meet that definition.
6  A. The definition of asbestos exposure?
7  Q. And diffuse pleural thickening with
8  blunting.
9  A. Okay.
10 Q. Okay. Then if you add additional
11 requirements of 3 millimeters' thickness and
12 25 percent extent of the chest wall, would you
13 agree that that would exclude certain of the group
14 of a hundred that are defined as diffuse pleural
15 thickening with blunting?
16 MR. STANSBURY: Objection to the
17 extent that it requires application of the TDP, and
18 foundation.
19 THE DEPONENT: In my experience, very
20 few people would be excluded with the criteria you
21 just described.
22 BY MR. HEBERLING:
23 Q. But there would be some?
24 A. Less than five people would be excluded.

Page 96

1  Q. 5 percent, perhaps?
2  A. At the maximum, yes.
3  Q. And you also mentioned that significant
4  loss of lung function is not always seen with
5  visceral pleural thickening with blunting, that
6  there may be some cases without blunting, so would
7  there be one or two more out of the hundred that
8  might be in that category?
9  MR. STANSBURY: Objection.
10 Foundation. Calls for speculation.
11 Mischaracterizes previous testimony.
12 THE DEPONENT: I believe those are
13 included in the original five estimate.
14 BY MR. HEBERLING:
15 Q. Okay. And then the TDPs also do not use
16 DLCO; correct?
17 A. That's correct.
18 Q. And DLCO is used by the AMA guides for
19 evaluation of permanent impairment; correct?
20 A. I didn't reference the AMA guides. But
21 the AMA guides -- and I'm not familiar enough to
22 know whether they do include DLCO only or whether
23 they have DLCO along with FVC and TLC in
24 restrictive lung disease.

Page 97

1  Q. It's along with FVC. So the AMA guides --
2  A. Along with FVC. So it requires both.
3  Q. Either/or. No.
4  MR. STANSBURY: Okay. I'm just going
5  to object on foundation, since we don't have the
6  guides in front of us.
7  BY MR. HEBERLING:
8  Q. And do you use DLCO in evaluating severity
9  of asbestos-related disease?
10 A. I use DLCO as part of the lung function
11 testing I do to establish severity and follow the
12 people for progression.
13 Q. So that would -- you'd use DLCO along with
14 TLC and FVC?
15 A. That's correct.
16 Q. And would you agree that the TDPs in
17 omitting to use DLCO will leave out a certain
18 number whose only number under 65 would be the DLCO
19 number?
20 MR. STANSBURY: Objection to the
21 extent that it calls for application of the TDP.
22 Speculation. Foundation.
23 THE DEPONENT: Could you ask the
24 question again?

Dr. Parker - by Mr. Heberling

Page 178

1  BY MR. HEBERLING:
2    Q. Yeah. Could they use 4 instead of 3?
3    A. I suppose they could have used 4. I
4  suppose they used 3 because it's supported by the
5  ILO guidelines. There may have been other reasons
6  they used 3, but that would be one reason they may
7  have used 3, as it was supported by the ILO
8  guidelines.
9    Q. Is there any literature basis for saying 3
10  is reasonable and 4 is not reasonable?
11    A. I think that's in the area of expert
12  opinion, and -- I'm confident that's in the area of
13  expert opinion. And it was the expert opinion of
14  Dr. Anthony Proto and Dr. Curt Harring, that
15  3 millimeters was an appropriate measurement to
16  use.
17      They were members, along with myself and
18  others, of the ILO working group that rewrote the
19  2000 guidelines. And Dr. Anthony Proto, thoracic
20  radiologist from the University of Virginia,
21  long-standing chairperson of the American College
22  of Radiology task force on pneumoconiosis along
23  with Dr. Harring and others at the working group
24  felt the 3 millimeters, by expert opinion, was a

Page 179

1  good number to use to reduce the risk of mistaking
2  companion shadows and other soft tissue for being
3  pleural thickening or pleural abnormality and shows
4  3 millimeters to 5 millimeters for width A.
5    Q. And up to the year 2000, the first
6  category was 0 to 5 millimeters; correct?
7    A. That's correct.
8    Q. And some medical criteria used the
9  exceeding 5 millimeters as necessary for
10  compensation.
11      MR. STANSBURY: Objection.
12  BY MR. HEBERLING:
13    Q. Is that reasonable?
14      MR. STANSBURY: Objection.
15  Speculation. No foundation as to these other
16  criteria -- vague as to what the other criteria are
17  or circumstances are. And object to the extent
18  that it calls for Dr. Parker to comment on the
19  workings of TDPs.
20      THE DEPONENT: I was unaware that
21  others had used 5. So I haven't given thought to
22  whether that's medically reasonable. I think the
23  ILO expert opinion is quite robust, and I would
24  defer to that working group in establishing 3 for a

Page 180

1  PA chest radiograph.
2  BY MR. HEBERLING:
3    Q. So in the expert opinion, you referred to
4  it as being "quite robust." Was that a level that
5  was discernable without confusing it with shadows
6  rather than a level that implied some kind of
7  severity?
8      MR. STANSBURY: Object to form.
9      THE DEPONENT: Yes. It was for
10  discernibility not for severity. It was for
11  positive predictive value. It also seemed
12  unreasonable for the other one to say 0 to 5,
13  because 0 is an unusual width for a lateral chest
14  wall plaque or lateral chest wall diffuse pleural
15  thickening.
16      You can have 0 width on a
17  face-on plaque, but to have 0 width on a plaque
18  seen in profile or diffuse pleural thickening seen
19  in profile seemed a bit awkward, so the committee
20  had to decide between 1, 2, and 3, and all the way
21  up to 5, and the group chose, with their expert
22  opinion, 3.
23  BY MR. HEBERLING:
24    Q. And likewise, for extent of the chest wall

Page 181

1  over 25 percent, one could measure and use
2  30 percent just as well; correct?
3    A. That's correct. 25 and 50 percent cuts
4  were keeping the system in parallel with the 1980
5  guidelines.
6    Q. So there's no magic about 25 percent in
7  terms of implications for lung function loss, for
8  example; correct?
9    A. That's correct.
10    Q. And is it also fair to say there's no
11  specific literature basis for using 25 percent
12  instead of 30 percent, say?
13    A. Again, Dr. Lilis and others have tried to
14  apply some scoring systems for pleura. And their
15  ability to predict lung function loss, based upon
16  dimensional criteria, has never been as good as
17  predicting lung function loss based upon
18  costophrenic angle blunting.
19    Q. I believe you've stated that DLCO is a
20  routine part of the clinical diagnosis of
21  asbestosis?
22    A. Was that stated in my report? I'm just
23  trying to find where I -- it's stated in the --
24    Q. Would you agree that's true?

Dr. Parker - by Mr. Heberling

**Page 182**

1  A. The ATS probably uses a phrase very
2  similar to that, that DLCO is a -- is used in
3  looking at people with respiratory disease, yes.
4  Q. And that would include people with pleural
5  disease as well?
6  A. The routine. I haven't always ordered the
7  diffusing capacity on people with pleural
8  abnormalities seen on the chest x-ray.
9  Q. Do you commonly do it?
10  A. Yes.
11  Q. And we went through the Kee -- did we go
12  through Kee, K-E-E?
13  Yeah, I think we talked about that one,
14  and Lee 2003.
15  MR. STANSBURY: Uh-huh.
16  BY MR. HEBERLING:
17  Q. And in both of those studies, they used a
18  definition of diffuse pleural thickening which
19  included pleural thickening with and without
20  blunting.
21  Do you recall that?
22  MR. STANSBURY: Could we get the
23  studies back again real quick, just to be clear on
24  this?

**Page 183**

1  THE DEPONENT: So the Kee study was a
2  CT study. And I don't know how important --
3  whether they used a pleural thickening definition
4  for their --
5  BY MR. HEBERLING:
6  Q. And the question is whether they included
7  visceral pleural thickening with or without
8  blunting.
9  A. They used as their definition of diffuse
10  pleural thickening parietal or pleural thickening
11  greater than 3 millimeters extending at least
12  8 centimeters in a craniocaudal selection. So it's
13  not to me that -- I don't believe they used
14  costophrenic angle blunting as part of their
15  definition.
16  Q. And likewise, same with Lee?
17  A. And again, that was a CT study entirely.
18  The Lee study, they included people with a
19  documented history of exposure to asbestos, a
20  clinical evaluation with pulmonary function tests,
21  and a CT including high resolution. So there's no
22  mention of them including chest x-ray in their
23  protocol.
24  And the next study was?

**Page 184**

1  Q. Lee.
2  A. Lee, from Australia, with Dr. Musk as the
3  last author. They had chest radiographs with a
4  special ILO scoring system of profusion and the
5  number of zones. And they also had a categorical
6  variable related to the presence or absence of both
7  calcification and pleural plaques and obliteration
8  of each costophrenic angle.
9  So they had a pleural thickening score for
10  each hemithorax and did have a categorical variable
11  for presence or absence of costophrenic angle
12  blunting and calcification of pleural plaques.
13  Q. And then, both Kee and Lee, there was a
14  finding of correlation of pleural score with DLCO
15  decrement; correct?
16  A. The Kee -- the Lee study from Australia
17  had a group, again, that had a very high amount of
18  parenchymal abnormality, which is certainly known
19  to decrease DLCO, even with profusions as high as
20  3/3 in three subjects, 3/2 in two subjects, 2/2 in
21  three subjects, 2/1 in six subjects. So they had
22  11 subjects out of 38 with higher than profusion
23  category 2 included in their display of lung
24  function findings.

**Page 185**

1  So it's a group in which ten people had at
2  least one costophrenic angle blunted mixed in with
3  people who had substantial parenchymal abnormality.
4  They also, as we noted, on page 203, in their
5  relation between ILO scores and lung function in
6  their statement about pleural thickening score
7  correlated inversely with $FEV_1$, FVC, and TLC, and
8  they did not list DLCO. Later in their discussion,
9  they may talk about DLCO being decreased, whether
10  it's in their study or other people's studies.
11  So I believe that's the answer to your
12  question.
13  Q. Okay. So do you recognize that with
14  diffuse pleural thickening, there may be a
15  significant loss of DLCO?
16  A. Yes. And that's been held up more in
17  people with diffuse pleural thickening as defined
18  by the presence of costophrenic angle blunting. In
19  some studies, it has reached significance; in some
20  studies, it has not reached significance.
21  Statistical significance.
22  But the best correlation has been when
23  either the authors used a definition of diffuse
24  pleural thickening as including costophrenic angle