## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  September 21, 2009** |
| | ) | |

**FEE AND EXPENSE DETAIL FOR THE LAW OFFICES OF JANET S. BAER, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009**

---

[2]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Compensation by Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 21.90 | $13,687.50 |
| 4 | Case Administration | 3.6 | $2,250.00 |
| 6 | Claims Analysis Objection and Resolution (Non-Asbestos) | 1.3 | $812.50 |
| 11 | Fee Applications, Applicant | 2.5 | $1562.50 |
| 14 | Hearings | 27.50 | $17,187.50 |
| 15 | Litigation and Litigation Consulting | 53.40 | $33,375.00 |
| 16 | Plan and Disclosure Statement | 93.60 | $58,500.00 |
| 20 | Travel-Non-working | 8.8 | $5,500.00 |
| Totals for Matters | | 212.60 | 132,875.00 |

## Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $542.01 |
| Airfare | $1323.80 |
| Transportation to/from airport | $291.05 |
| Travel Meals | $85.11 |
| Long Distance/Conference Telephone Charges | $709.51 |
| Local Transportation/Parking | $38.35 |
| Copying/Graphic Services | $505.88 |
| Total | $3495.71 |

# EXHIBIT A

| Matter 3 | Business Operations | |
|---|---|---|
| **Date** | **Hours** | **Description** |
| 7/1/09 | .60 | Review correspondence re new divestitures and respond re same (.40); confer with M. Lewinstein re same (.20) |
| 7/2/09 | .30 | Confer with E. Filon re DIP waiver and Pegasus status (.30); |
| 7/4/09 | 1.20 | Review correspondence re Pegasus transaction (.40); review draft agreement and order re same (.80) |
| 7/6/09 | 2.70 | Review draft order re Pegasus transaction (.50); prepare correspondence re same (.30); review draft notice and sale contract re Darex facility  sale (.90); confer with J. McFarland re status of Pegasus negotiations  (.30); confer with counsel for buyer re Pegasus business (.30); prepare revised Darex notice and correspondence re same (.40) |
| 7/7/09 | 1.10 | Confer with V. Finklestein re Atlanta sale notice (.20); prepare comments on Pegasus order and transmittal re same (.30);prepare comments on ICI Motion and Neutocrete response and transmittal re same (.40); review revised Pegasus order (.20) |
| 7/9/09 | .80 | Confer with M. Conron and J. Petri re Firestop sale (.40); review Atlanta final sale notice and affidavit and prepare transmittals re same (.40) |
| 7/13/09 | 1.50 | Confer with M. Conron re potential transaction and timing re same (.30); review revised Russell Field's  lease (.30); review revised Pegasus order (.30); confer with counsel re Pegasus deal and court issues (.30); confer with M. Lewinstein re same (.10); review draft motion re Lloyd's agreement (.30) |
| 7/16/09 | 4.50 | Confer with M. Lewinstein and A. Levin  re Pegasus publication (.30);  review Pegasus materials for call on transaction and issues re redactions (.30); confer with Committee financial advisors and company representatives re Pegasus transaction (.70); review and respond to correspondence re issues on London Market settlement (.40); review revised motion and agreement re same (.30); confer with V. Finkelstein re Pegasus and Woburn issues (.30); review and respond to questions re Lloyds settlement agreement and confer re same (.40); review revised  Lloyds review draft Pegasus  notice motion (.90) |
| 7/17/09 | 2.50 | Prepare revisions to Pegasus Motion (.50); prepare revisions to Pegasus notice and Affidavit (.90); prepare correspondence re same |

8

|  |  | (.30); review revised motion, redacted agreement and redacted Order re same (.80) |
|---|---|---|
| 7/19/09 | .40 | Review Project Keystone APA (.40) |
| 7/20/09 | 2.50 | Prepare comments to Keystone sale agreement (.30); review and respond to comments re Pegasus documents (.40); confer with J. McFarland and M. Lewinstein re Pegasus issues and assembling materials for filing (.50); review J. Rohen affidavit for Pegasus sale and provide comments re same (.30); review and respond to numerous correspondence re Pegasus pleadings and agreements and issues re filing same (.50); confer re Madison Complex agreement issues (.20); confer with M. Lewinstein re Pegasus filing and publication issues (.30) |
| 7/23/09 | .70 | Revise Pegasus confidential affidavit and arrange transmittal re documents on transaction (.40); revise correspondence re Atlanta sale and issues for GUC's and prepare transmittal and comments re same (.30) |
| 7/29/09 | 1.80 | Review Pegasus materials for call with GUC committee (.40); participate in call with GUC committee and business people re deal questions (.70); review and respond to inquiries re timing on various business transactions (.40); review notices re diminimus sales and claims settlements and confer re same (.30) |
| 7/30/09 | .70 | Confer with D. Wirt re Rectorseal transaction issues (.30); confer with A. Krieger re Lloyd's agreement and issues (.40) |
| 7/31/09 | .60 | Prepare correspondence re Keystone transaction and issues re same (.30); confer with J. McFarland re AIT transaction issues (.30) |
| **Total Hours** | **21.90** | |

| Matter 4 | Case Administration | |
|---|---|---|
| Date | Hours | Description |
| 7/1/09 | .50 | Review revised order re fee matters (.20); review draft 7/9 agenda and provide comments re same (.30) |
| 7/16/09 | 1.40 | Review new filings and attend to same (.80); review and organize Trial Brief and pre-trial submission materials (.60); |
| 7/21/09 | .70 | Participate in weekly Grace company call re status of all matters (.50) review quarterly OCP report (.20) |
| 7/22/09 | .20 | Prepare follow up re Kaye Schoeler fees (.20) |

| 7/30/09 | .80 | Review and attend to matters re newly filed pleadings and related issues (.80) |

**Total Hours**    **3.6**

| **Matter 6** | **Claim Analysis Objection &Resolution (Non Asbestos)** | |
| **Date** | **Hours** | **Description** |
| 7/1/09 | .30 | Review draft ICI Motion and Stipulation (.30) |
| 7/6/09 | .30 | Review/revise ICI America motion to approve stipulation settling claim (.30) |
| 7/9/09 | .70 | Review correspondence re Madison Complex claim and settlement and prepare responses re same (.40); review Madison Complex settlement and revise same (.30); review final Norfolk Objection (.30) |

**Total Hours**    **1.30**

| **Matter 11** | **Fee Application , Applicant** | |
| **Date** | **Hours** | **Description** |
| 7/23/09 | 1.0 | Review and revise June fee statement |
| 7/28/09 | 1.50 | Prepare June expense billings for fee application (1.50) |

**Total Hours**    **2.5**

| **Matter 14** | **Hearings** | |
| **Date** | **Hours** | **Description** |
| 7/7/09 | .80 | Review 7/21 agenda and revise same (.30); confer re 7/9 agenda and assemble materials re same (.30); review 7/27 hearing agenda (.20) |
| 7/8/09 | .50 | Review and revise 7/27 agenda (.30); confer re agenda re Royal objection deadline (.20) |
| 7/9/09 | 1.30 | Confer with D. Rosendorf and T. Freedman re Speights voting motions (.30); review materials in preparation for Omnibus hearing (.30); participate in hearing re same (.50); prepare memo re results of same (.20) |
| 7/14/09 | .80 | Several conferences re 7/16 exhibit/objection pleadings (.80) |
| 7/20/09 | 1.70 | Review and revise agenda from 7/27 hearing and all pleadings re same and related 7/21 hearing (1.20); prepare correspondence re 7/21 hearing (.20); confer re 7/21 status for Court and 7/27 hearing |

issues (.30)

| Date | Hours | Description |
|------|-------|-------------|
| 7/21/09 | .80 | Review 7/27 agenda and confer with J. O'Neill re same (.30); confer with Court and prepare correspondence re hearing schedule changes (.30); further confer re same (.20) |
| 7/22/09 | 3.40 | Confer with B. Harding re agenda for 7/27 and prepare correspondence re same (.30); participate in call with plan proponents to discuss 7/27 hearing (2.50); follow up for materials needed by DMB for 7/27 hearing (.30); confer further re Speights matter and review correspondence re same (.30) |
| 7/24/09 | 3.60 | Review materials prepared for 7/27 hearing and organize same (.60); follow up re Royal matters and respond to correspondence re same (.30); participate in Plan Team call re preparation for 7/27 Omnibus hearing (1.50); assemble materials for hearing and review same (1.20) |
| 7/26/09 | 2.90 | Review correspondence from B. Harding and D. Benick re preparation for 7/27 hearing (.40); confer with K. Love re follow up for same (.30); review Lender Impairment /Solvency summary (.30); review and respond to correspondence re materials for 7/27 hearing (.40); review R. Finke deposition transcript in preparation for 7/27/ hearing and confer with back-up materials re same (1.50) |
| 7/27/09 | 7.40 | Prepare for 7/27 Omnibus hearing (1.50); attend and participate in Omnibus hearing (5.0); confer with client after same (.50); review agenda matters to attend to re same (.40) |
| 7/30/09 | 4.30 | Participate in telephonic hearing on follow-up to Omnibus and confirmation pre-trial (2.70); confer with Plan Team on follow up re same (.80); review and organize materials re same (.80) |
| **Total Hours** | **27.50** | |

| Matter 15 Date | Litigation Hours | Description |
|------|-------|-------------|
| 7/1/09 | .70 | Review order re Canadian notice parties and prepare correspondence re same (.40); confer with R. Finke re issues on BNSF stipulation (.30) |
| 7/6/09 | 3.70 | Review NJDEP POC re appeal issues (.20); prepare correspondence re same (.20); review Speights interrogations (.20); review and respond to numerous inquiries re discovery status issues (.60); review feasibility discovery (.40); review and respond to M. Brown re One Beacon discovery issues (.30); review and respond to numerous correspondence re Florence deposition and Speights |

issues (.50); prepare order re Kaneb and correspondence re same (.40); prepare correspondence re witnesses lists and depositions (.40); review draft Neutocrete response (.20); review correspondence re Madison Complex claim and confer re same (.30)

| | | |
|---|---|---|
| 7/7/09 | 1.30 | Confer with J. Retivo re Solow Bond issues (.40); prepare coc re Kaneb Order (.30); review materials re Travelers' stipulation (.30); review draft response re Whitehouse and prepare comments re same (.30) |
| 7/8/09 | 1.90 | Prepare transmittal re Kaneb COC and Order (.20) confer with M. Kramer re Phase II order issues (.20); prepare correspondence re Whitehouse response (.20); confer with A. Krieger re Royal Settlement (.20)' prepare correspondence re same (.30); follow up re same (.20); review and respond to correspondence re Madison Complex claim (.40); confer with S. Blatnick re same (.20) |
| 7/9/09 | 3.20 | Review Freedgood affidavit and discovery responses re Lender discovery issue (.40); Confer with J. Posner re NJDEP penalty issues (.30); prepare correspondence re Bank Lender objections (.30); prepare correspondence re NJDEP issues (.30); review correspondence re First Chemical claim issues and confer with C. Greco re same (.80); confer with S. Herr (Du Pont) re First Chemical status (.20); prepare correspondence re Fireman's Fund depositions (.40); review documents re same (.30); review correspondence from MCC re plan objections and claim (.20) |
| 7/10/09 | 2.30 | Review draft discovery responses re feasibility (.50); prepare correspondence re Bank Lender exhibit objection issues (.30); prepare correspondence re Travelers stipulation issues (.30); prepare draft order re Florence report (.30); prepare revisions to BNSF stipulation and correspondence re same (.60); review Libby motion re plan objections and prepare correspondence re same (.30) |
| 7/13/09 | 6.50 | Confer with Plan Proponents re witness list and outstanding issues re depositions (3.50); prepare correspondence re Libby motion re "new " plan objections (.30); prepare correspondence re Longacre depositions (.30); confer with J. Hughes re Libby objection to Royal agreement (.20); follow up correspondence re Longacre (.20); confer with Canadian counsel re status and timing issues on ZAI settlement (.70); confer with L. Duff and P. Marks re Russel Fields releases (.70); Confer with K. Love re Trial briefs and organize materials for 7/21 hearing re Insurance exhibits (.30); review Fireman's objection re Phase I exhibits (.30) |

| | | |
|---|---|---|
| 7/14/09 | 5.10 | Confer re Speights Order and discovery and revise same (.30); confer re Royal settlement and related filing issues (.30); prepare correspondence re Speights order (.20); review GUC solvency request (.30); confer with Plan Team re solvency discovery information (.60); confer with E. Liebenstein re witness list issues (.20); review and organize materials for Plan Brief meeting and outstanding tasks (.90);review draft post trial brief re insurance neutrality issues (.30); review draft motion re Solvency and GUC/ Lenders Trial brief (.80); review Speights responses re Shelnitz deposition notice (.40); review correspondence and objection from Insurers re exhibit objections (.50); review One Beacon Brief (.30) |
| 7/15/09 | 1.10 | Prepare document and correspondence re BNSF settlement (.30); confer with S. Jaffee re Walpole consent decree and Bankruptcy issues (.40); review and respond to correspondence re various confirmation discovery issues (.40) |
| 7/16/09 | 3.40 | Review and respond to numerous correspondence re discovery/trial preparation issues (.80); confer with K. Love re confirmation exhibit list and related issues (.30); prepare correspondence re La Force and Zilly depositions (.30); confer with K. Lee re response to Libby Motion to supplement objections (.20)confer with K. Love re Trial Exhibit list (.50); follow up re same (.20); review and respond to M. Gaytan re Exhibit issues (.30); prepare COC re Speights voting motion and transmittal re same (.40); prepare COC re Florence motion (.40) |
| 7/17/09 | 3.70 | Review draft objection re Libby objections and provide comments re same (.40); review and provide comments re revised Lloyds motion and order (.40); review draft 7/20 Exhibit list (.80); review materials, pleadings, correspondence and suggestions for 7/20 Exhibit list (1.30); prepare correspondence for follow up materials re same (.40); review and further revise response on Libby and confer re same (.40) |
| 7/21/09 | 2.00 | Review correspondence from FCR re Trust issues on Insurance Agreements(.20); confer with T. Freedman re Lender /GUC issue solvency, etc. (.20); prepare correspondence re Florence deposition (.20); confer with K. love re assembling GUC/Lender materials (.30);prepare summary re Libby objection re Fresenius release (.50); review draft responses to Anderson discovery (.30); review draft feasibility report (.30) |
| 7/23/09 | 4.40 | Prepare demonstrative re Speights/Shelnitz issue and revise same (.60); review correspondence re Speights /Shelnitz issue and prepare letter re same (.50); review and respond to correspondence re Libby witness issue and Royal matters (.40); |

13

|  |  |  |
|---|---|---|
|  |  | confer re issue on general counsel depositions (.20); confer with A. Krieger re NJDEP, ICI, Pegasus and Lloyds motions (.30); review final summary of exhibits and witnesses and follow up re same (.40); revise letter to Speights re Shelnitz deposition (.50); review and respond to correspondence re information on Solvency, Whitehouse issues, Libby witnesses and other issues relevant for 7/27 Pre-trial and hearing (.90); further revise Shelnitz letter and Speights slide and confer with B. Harding re same (.40); confer with AIG counsel re Protective order (.20 |
| 7/24/09 | 3.80 | Confer with B. Harding re 4th amended CMO issues (.30); review Travelers stipulation re Solow Bond (.30); review correspondence re Easthampton site (.20); prepare correspondence re NJDEP potential settlement (.30); review and respond to correspondence re Travelers' stipulation (.20); review materials re Travelers and prepare correspondence re same (.50); further revise letter re Shelnitz deposition and demonstrative and prepare correspondence re same (.40); review draft Solvency response (.70); review client comments on Traveler's stipulation (.30); further revise Stelnitz materials in light of client comments (.30); review protective order and confer with J. O'Neill re service of new expert reports (.30) |
| 7/26/09 | .30 | Review Lender Solvency response (.30) |
| 7/28/09 | 2.20 | Review correspondence re Easthampton site issues in preparation for Company call (.30); participate in call with Canadian counsel re status of Canadian discussions re settlement and issues (.40); confer with H. Bloom re Shelnitz order and COC and revise same (.30); prepare correspondence re Shelnitz deposition (.30); participate in call with Grace, Remedium and Olden partnership re Easthampton site issues (.60); review and respond to correspondence re Lender discovery issues (.30) |
| 7/29/09 | 3.10 | Confer with Canadian counsel and ACC counsel re issues re Canadian settlement (.30); confer with R. Horkovich re Fireman's stipulation and review same (.50); revise Royal order re Libby motions and 524 (g) issue (.80); review and respond to correspondence re discovery issues and coordination of same (.40); prepare correspondence re Royal order (.30);respond to correspondence re status on pending Court matters (.30); numerous calls re Discovery , CMO, Libby and other Plan Objector matters (.50) |
| 7/30/09 | 1.80 | Confer with Plan proponents re outstanding discovery issues (.50); participate in call with Libby claimants re outstanding issues (.80); participate in follow up re same (.50) |

| 7/31/09 | 2.90 | Review Sutton Brook consent decree and correspondence re same (.30); prepare response re same (.30); review Carey Land Corp. settlement correspondence and respond re same (.30); prepare correspondence re exhibits and other issues (.30); confer with C. Greco and S. Blatnick re Neutocrete matter/mediation (.30); confer with S. Blatnick and K. Love re exhibits (.40); confer with B. Harding re Pre-trial submission strategy (.30); review draft Scotts document (.30); review and revise Libby Whitehouse order and Shelnitz order and prepare transmittals re same (.40) |
|---|---|---|

| **Total Hours** | **53.40** | |
|---|---|---|

| **Matter 16** | **Plan and Disclosure Statement** | |
|---|---|---|
| **Date** | **Hours** | **Description** |
| 7/1/09 | 4.70 | Prepare COC re Phase II order and correspondence re same (.40); review and respond to numerous inquiries re exhibit and deposition designation objection (.80); confer re same (.40); prepare further correspondence re Phase II order (.30) participate in call re evidence filings (.50); confer re team call and coordination of other related issues (.30); prepare correspondence re Neutrality order issues (.60); prepare COC re Neutrality and correspondence re same (.80); confer with T. Freedman re order issues (.30); prepare correspondence re solvency order issues (.30) |
| 7/2/09 | 13.10 | Review objections re exhibits and deposition designations (1.50); participate in call re same (1.20); further confer with N. Kritzer and K. Lee re same (.80); review and revise notice re same (.90); numerous conversations with K. Lee and N. Kritzer re discovery pleadings (1.20); prepare COC re Lender order (.50); participate in team call re all outstanding matters (.80); confer with O. Pasparakis and D. Boll re Canadian claims issues (.30); revise pleading re deposition designations (2.20); revise pleading re Exhibit (1.30); revise pleading re notice on deposition designations (.40); confer re same (.60); further review and revise exhibit pleading and back-up charts (1.40) |
| 7/4/09 | 3.00 | Prepare master chart re confirmation deadlines and tasks and review materials re same (3.0) |
| 7/6/09 | 1.90 | Confer with S. Pierce re Kaneb status and plan issues (.30); review and respond to correspondence re GUC order (.30); confer re plan deadline list and prepare correspondence re same (.30); review correspondence re GUC order and review transcripts re same (.40); confer with D. Bernick re GUC order and prepare correspondence re same (.40); revise plan list (.20) |

15

| | | |
|---|---|---|
| 7/7/09 | 4.80 | Confer with K. Pasquale re GUC submission re solvency and order re same (.30); prepare COC re same (.30); review order on Phase II and transmittal re same (.20); confer with plan team re status of all matters and especially witness issues (1.50); prepare correspondence re Fireman's deposition issue (.30); review plan task list and witness lists re preparation for plan proponents call (.40); participate in Plan Proponents strategy status call (1.80) |
| 7/8/09 | 4.20 | Review correspondence re CMO amendments and review documents re same (.40); confer with H. Bloom re same (.30); confer with T. Freedman and C. Greco re Class 7A issues and confer with counsel for Speights re same (.30); confer with MCC and Plan Proponents re potential agreement on claims and plan objections (.30); prepare correspondence re potential agreement on 7A issues (.30); participate in call with plan team re trial brief and related matters (1.80); further confer with T. Freedman and B. Harding re follow up matters (.30); review further correspondence on Class 7A issues (.20); review plan trial brief deadline chart and related materials (.30) |
| 7/9/09 | 2.00 | Revise confirmation Task list and prepare transmittals re same (.40); confer with T. Freedman re same (.20); further revise same (.40); confer with counsel for Speights re requirements re Pre-trial submissions (.30); review and respond re deadline issues (.30); review One Beacon letter to Fresenius re claims and plan (.20); review revised confirmation CMO (.20) |
| 7/10/09 | 2.70 | Revise CMO and prepare correspondence re same (.30); prepare draft order re Speights voting motions (.50); confer with N. Kritzer re Longacre claim (.30); confer with B. Harding re outstanding issues and task list (.80); revise task list (.40); review comments re Speights order (.10); review and respond to correspondence re meeting on Trial Brief and related issues (.30) |
| 7/13/09 | 1.60 | Confer with D. Cohn re issue on supplemental plan objection (.20); prepare correspondence re same (.20); review Trial Briefs filed and confer with K. Love re same (.40); review Trial Briefs from Fireman's re Surety, Longacre, National Union and AIU (.80) |
| 7/14/09 | 1.80 | Confer with Sealed Air and Fresenius re One Beacon demand and approaches to Plan issues (1.30); confer re same (.20); confer with T. Freedman re timing and scope of various confirmation related briefs (.30) |
| 7/15/09 | 7.50 | Attend meeting with Plan Proponents to prepare Pre-Trial summary and accompanying materials (7.50) |
| 7/16/09 | .60 | Confer with M. Arakai at BMC re several voting issues (.30); prepare |

|  |  | correspondence re follow up on Pre-trial statement, CMO, deposition issues and other related issues (.30) |
|---|---|---|
| 7/17/09 | 1.10 | Confer with BMC and D. Boll re BNSF vote (.20); review correspondence re class 7A vote issues (.20); review and revise draft Plan Proponent's Pre-Trial Statement (.50) confer re same (.20) |
| 7/19/09 | 5.70 | Review and revise Pre-Trial statement (3.00); prepare transmittals re same (.30); review and revise Exhibit list (1.10); review and respond to correspondence re all Pre-trial materials (.50); prepare cover pleading for exhibit list (.50); review draft witness list (.30) |
| 7/20/09 | 7.90 | Prepare comments to witness list (.30); review comments to Exhibit list pleadings (.80); review further materials for Exhibit list (.80); review revised Pre-trial statement and provide comments re same (.70); confer with R. Finke and M. Shelnitz re pre-trial statement and related documents (.40); review revised version of same (.40); review and revise several versions of Exhibit List, Witness List and Pre-trial statement and confer with all parties re same (1.50); review final witness list (.20); review and further revise final witness list, exhibit list and pre-trial statement and prepare transmittals re same (2.80) |
| 7/21/09 | 3.20 | Participate in Grace team call on status of all pending matters (1.40); follow up re issues from same (.50); review revised 4th Amended CMO (.30); confer with E. Liebenstein re solvency and related plan issues (.30); review and respond to correspondence re Trial Brief issues (.70) |
| 7/22/09 | 5.10 | Review motion for protective order re Shelnitz, response and Pre-trial witness list (.50); confer with Plan Proponents re MCC , Scotts and Plan trial brief issues (2.0); prepare summary re Shelnitz witness issue (.30); prepare follow up correspondence re feasibility (.20); participate in Plan Team call to discuss Trial Brief and Omnibus issues (1.50); further confer re Trial Brief (.30); confer further re MCC issues and objection (.30) |
| 7/23/09 | 2.70 | Review correspondence re Pre-Trial statements and confer with H. Bloom re same (.30); confer with S. Pierce re Kaneb and Pre-trial conference (.30); attend to issues re Pre-trial statement and witness issues (1.20); confer with K. Love to assemble materials for pre-trial and other related issues (.50); revise 4th amended CMO and prepare transmittal re same (.40) |
| 7/24/09 | 3.80 | Review correspondence re 4th Amended CMO (.30); participate in call with plan team re revisions to 4th amended CMO (1.50); |

17

| Date | Hours | Description |
|---|---|---|
| | | prepare further revised 4th amended CMO and revise Shelnitz slide (.80); further revise 4th amended CMO as per B. Harding comments (.40); prepare transmittal to plan objectors re same (.30); assemble historical materials for case history section of Trial Brief (.50) |
| 7/26/09 | 1.80 | Review Phase II Pre-trial statements (1.20); confer with E. Leibenstein re Martin report and prepare correspondence re same (.30); review old briefs re Protective order re Shelnitz deposition (.30) |
| 7/28/09 | 4.90 | Participate in Grace team call re status of all matters (.60); prepare outline for facts section of Trial Brief (1.50); participate in call with Plan Proponents re Sealed Air and Insurance issues for Plan matters (1.0); confer with Company re status of all matters and outcome of 7/27 hearing and Plan strategy (1.20); confer with T. Freedman re trial brief outline (.30); prepare correspondence re plan call re CMO and Pre-trial (.30) |
| 7/29/09 | 2.70 | Review comments on 4th CMO (.30); confer re same and review correspondence re same and discovery issues (.40); confer with E. Leibenstein re feasibility issues and deposition issues (.30); confer with plan objectors re 4th Amended CMO and related issues (1.0); revise 4th Amended CMO and provide correspondence re same (.70) |
| 7/30/09 | 2.80 | Prepare correspondence re 4th Amended CMO (.30); participate in Plan team call re status of all matters for phase II Pre-trial (.50); confer with B. Harding and T. Freedman re trial brief, pre-trial preparation and related issues (.70); participate in call re Trial brief (.80); review and organize materials on outstanding issues (.50) |
| 7/31/09 | 4.00 | Review BMC revised voting declaration and prepare correspondence re same (.30); review outline of trial brief for conference re same (.70); review notes re same (.30); confer with K. Love re Trial Brief materials (.30); participate in team call to discuss trial brief (.30); review and respond to correspondence re Trial Brief issues (.70); confer with T. Freedman re Scotts settlement (.20); confer with D. Boll re BNSF voting issues (.30); review and respond to correspondence re class 7A voting questions (.30); confer with counsel for MCC re trial brief issues (.20) |

**Total Hours      93.60**

| Matter 20 Date | Travel Non-Working Hours | Description |
|---|---|---|
| 7/14/09 | 2.30 | Travel to NY for Plan briefing meeting (billed at half time) (2.30) |

| | | |
|---|---|---|
| 7/15/09 | 2.00 | Travel from New York back to Chicago after meeting with Plan Proponents (billed at half time) (2.0) |
| 7/26/09 | 2.0 | Travel to Wilmington for 7/27 Omnibus hearing (billed at half time) (2.0) |
| 7/27/09 | 2.50 | Travel from Wilmington back to Chicago after hearing (billed at half time) (2.50) |
| **Total Hours** | **8.8** | |

**Total all matters   212.60**

## EXPENSES SUMMARY

| Service Description | Amount |
|---|---|
| Lodging | $ 542.01 |
| Airfare | $1323.80 |
| Transportation to/from airport | $ 291.05 |
| Travel Meals | $   85.11 |
| Long Distance/Conference  Telephone Charges | $ 709.51 |
| Local Transportation/Parking | $   38.35 |
| Copying/Graphic Services | $ 505.88 |
| Total: | $3495.71 |

Itemized Expenses

Travel

| Date | Amount | Itemized Expense |
|------|--------|------------------|
| 7/14/09 | $ 2.25 | Train from Chicago to ORD for flight to New York for Plan Proponent meetings |
| 7/14/09 | $ 10.49 | Lunch at O'Hare prior to flight to New York |
| 7/14/09 | $ 35.00 | Taxi-Transportation from La Guardia Airport to Kirkland New York offices for meetings |
| 7/14/09 | $ 623.20 | United Airlines – Roundtrip Airfare, travel fee, from ORD to New York for meetings |
| 7/14/09 | $ 55.56 | Dinner – Luna Piena, NY |
| 7/15/09 | $ 312.11 | Hotel, 1 night, Waldorf, NY |
| 7/15/09 | $ 7.56 | Food at LaGuardia waiting for flight back to Chicago |
| 7/15/09 | $ 40.00 | 303 Taxi – Transportation, ORD to Wilmette after NY trip re Plan Proponent meetings |
| 7/26/09 | $ 50.00 | 303 Taxi – Transportation, Wilmette to ORD for trip to Delaware for hearing |
| 7/26/09 | $ 7.50 | Dinner at ORD waiting for flight to Delaware |
| 7/26/09 | $ 700.60 | United Airlines – Roundtrip Airfare, travel fee, from ORD to Delaware, for hearing |
| 7/26/09 | $ 123.80 | Boston Coach- Local Transportation (late evening) from Philadelphia airport to Hotel DuPont, Wilmington DE re hearing |
| 7/27/09 | $ 229.90 | Hotel DuPont, Wilmington DE, one night re hearing |
| 7/27/09 | $ 4.00 | Breakfast, Wilmington DE |
| 7/27/09 | $ 40.00 | 303 Taxi - Transportation – Taxi from ORD to Wilmette after hearing |
| Total | $2241.97 | |

Non-Travel

| Date | Amount | Itemized Expense |
|------|--------|------------------|
| 7/17/09 | $ 28.00 | Parking re working late on Trial Brief related matters |
| 7/20/09 | $ 10.35 | Local Transportation, Flash Cab and Metra re late night travel |
| 7/22/09 | $ 93.38 | Kinkos – Double-sided large copy job re Plan Documents |
| 7/30/09 | $ 660.95 | Telephone – InterCall- Conference call services for Grace for |

| | | July |
|---|---|---|
| 7/30/09 | $    48.56 | AT & T – Long Distance Telephone for Grace calls for July |
| 7/30/09 | $  412.50 | The Visual Strategy- Graphic services re protective order chart |
| **Total** | **$ 1253.74** | |

**Total July Charges:  $3495.71**