# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.,* ) | Jointly Administered |
| ) | |
| Debtors. ) | Hearing Date: Sept. 8, 2009 |
| ) | Related to Dkt. Nos. 22802, 22565 |

### FIREMAN'S FUND INSURANCE COMPANY'S OBJECTIONS TO PLAN PROPONENTS' PHASE II COUNTER-DESIGNATIONS

Pursuant to Paragraph 3 of the Fourth Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization (Dkt. No. 22819), Fireman's Fund Insurance Company hereby objects to, and moves to exclude, the following exhibits designated by Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants Representative, and the Official Committee of Unsecured Creditors (collectively, the "Plan Proponents") (Dkt. No. 22565) for use during the Phase II confirmation proceedings.

Fireman's Fund here objects only to those exhibits that appear to be of potential relevance to issues concerning Fireman's Fund's "Surety Claim."

Fireman's Fund reserves the right to object to the admission of any exhibit designated or offered by any party during the Phase II Confirmation Hearing.

| Exhibit No. | Document Description | Objections |
|---|---|---|
| PP 031 | 1988 Manville Trust Claims Resolution Procedures | Hearsay. Lack of foundation. Failure to authenticate. |
| PP 066 | 1995 Manville TDP (Trust Distribution Process) | Hearsay. Lack of foundation. Failure to authenticate. |

| Exhibit No. | Document Description | Objections |
|---|---|---|
| PP 124 | Supersedeas Bond, <u>Edwards, et al.</u>, v. <u>Pittsburgh Corning Corp., et al.</u>, Case No. B-150,896-J (Dist. Ct. Jefferson Cty, Tex.) | Completeness. This copy of the Supersedeas Bond has not been signed by the Clerk of the Court. The parties have stipulated to the admission of a signed, file-stamped copy of the Supersedeas Bond. |
| PP 137 | 2002 Manville TDP (Trust Distribution Process) | Hearsay. Lack of foundation. Failure to authenticate. |
| PP 141 | Babcock & Wilcox TDP | Hearsay. Lack of foundation. Failure to authenticate. |
| PP 276 | Debtors' Disclosure Statement For The First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee Of Equity Security Holders Dated As Of February 27, 2009 (Dkt. No. 20783) | Hearsay. Best Evidence (as to documents summarized or characterized in the Disclosure Statement). |
| PP 281 | Declaration of Kevin A. Martin (BMC) Certifying Tabulation Of Ballots Regarding Vote On First Amended Joint Plan Of Reorganization (Dkt. 22020). | Object on Best Evidence and Authenticity grounds, because the exhibit produced as PP 281 is not the described exhibit. |

Dated: September 1, 2009          Respectfully submitted,

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500

- 3 -

        Telecopier:  (202) 628-5116
        Email:  mplevin@crowell.com
        Email:  ldavis@crowell.com
        Email:  tyoon@crowell.com

        Leonard P. Goldberger
        Marnie E. Simon
        STEVENS & LEE, P.C.
        1818 Market Street, 29th Floor
        Philadelphia, PA  19103-1702
        Telephone:  (215) 751-2864/2885
        Telecopier:  (610) 371-7376/8505
        Email:  lpg@stevenslee.com
        Email:  mes@stevenslee.com

        Attorneys for Fireman's Fund Insurance Company

8971525