**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Hearing Date Sept. 8, 2009 at 11:00 a.m.** |

**ARROWOOD'S REQUEST FOR JUDICIAL NOTICE OF**
**CERTAIN DOCUMENTS**

Pursuant to Rule 201 of the Federal Rules of Evidence and Rule 9017 of the Federal

Rules of Bankruptcy Procedure, Arrowood Indemnity Company f/k/a Royal Indemnity Company

("Arrowood") hereby respectfully requests that this Court take judicial notice of the existence

and contents of certain documents described below, so that they may be considered part of the

record at Phase II of the Confirmation Hearing in this matter.

Under Rule 201 of the Federal Rules of Evidence, a court may take "judicial notice of

adjudicative facts" that are "not subject to reasonable dispute in that [they are] either (1)

generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and

ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed.

R. Evid. 201(a) & (b). Under Rule 201, "[a] court shall take judicial notice if requested by a

party and supplied with the necessary information." Fed. R. Evid. 201(d). It is appropriate for

this Court to take judicial notice of its own files, including pleadings and other papers of record

in this bankruptcy case and in related adversary proceedings. *See Southmark Prime Plus, L.P. v.*

*Falzone*, 776 F. Supp. 888, 892 (D. Del. 1991).

It is also appropriate for this Court to take judicial notice of facts contained in public or

quasi-public records. *See Del Puerto Water Dist. v. U.S. Bureau of Reclamation*, 271 F. Supp. 2d

1224, 1232-33 (E.D. Cal. 2003); *Southmark Prime Plus, L.P. v. Falzone*, 776 F. Supp. 888, 892-

93 (D. Del. 1991) (citing *Massachusetts v. Westcott*, 431 U.S. 322, 323 n.2 (1977)); see also

Oran v. Stafford, 226 F.3d 275, 289 (3d Cir. 2000) (SEC filings and facts contained therein);

*Grassmueck v. Barnett*, 281 F. Supp.2d 1227, 1232 (W.D Wash. 2003) (facts contained in public

corporate records kept by state officials); *Boone v. Menifee*, 387 F. Supp. 2d 338, 343 n.4

(S.D.N.Y. 2005) (facts available via official government web sites); *U.S. ex rel. Dingle v.*

*BioPort Corp*., 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003) (same); *In re Holstein*, 299 B.R.

211, 233 n.26 (Bankr. N.D. Ill. 2003) (same).

<u>Public Records Available from the Government</u>

Arrowood requests that the Court take judicial notice of the existence

and contents of the following public records, the first fourteen of which may be obtained from

the Securities and Exchange Commission (edgar.sec.gov):

1.	Portions of Grace's SEC Form 10-K for the fiscal year ended December 31, 2007,

Commission file number 1-13953, pre-marked as trial exhibit A-18.

2.	Portions of Grace's SEC Form 10-K for the fiscal year ended December 31, 2006

Commission file number 1-13953, pre-marked as trial exhibit A-18.

3.	Portions of Grace's SEC Form 10-K for the fiscal year ended December 31, 2005

Commission file number 1-13953, pre-marked as trial exhibit A-18.

4.	Portions of Grace's SEC Form 10-K for the fiscal year ended December 31, 2004

Commission file number 1-13953,  pre-marked as trial exhibit A-18.

5.	Portions of Grace's SEC Form 10-K For the fiscal year ended December 31, 2003

Commission file number 1-13953, pre-marked as trial exhibit A-18.

6.      Portions of Grace's SEC Form 10-K For the fiscal year ended December 31, 2002 Commission file number 1-13953, pre-marked as trial exhibit A-18.

7.      Portions of Grace's SEC Form 10-K For the fiscal year ended December 31, 2001 Commission file number 1-13953, pre-marked as trial exhibit A-18.

8.      Portions of Grace's SEC Form 10-K For the fiscal year ended December 31, 2001 Commission file number 1-13953,  pre-marked as trial exhibit A-18.

9.      Portions of Grace's SEC Form 10-K For the fiscal year ended December 31, 2000 Commission file number 1-13953, pre-marked as trial exhibit A-18.

10.      Portions of Grace's SEC Form 10-KA For the fiscal year ended December 31, 1999 Commission file number 1-13953, pre-marked as trial exhibit A-18.

11.      Portions of Grace's SEC Form 10-K For the fiscal year ended December 31, 1999 Commission file number 1-13953, pre-marked as trial exhibit A-18.

12.      Portions of Grace's SEC Form 10-K405 For the fiscal year ended December 31, 1998 Commission file number 1-13953, pre-marked as trial exhibit A-18.

13.      Portions of Grace's SEC Form 10-K For the fiscal year ended December 31, 1996 Commission file number 1-12139,  pre-marked as trial exhibit A-18.

14.      Portions of Grace's SEC Form 10-K For the fiscal year ended December 31, 1995 Commission file number 1-13720, pre-marked as trial exhibit A-18.

15.      The July 27, 2009, Hr. Tr. where the Court approved the settlement between the Royal Parties and the Debtor, pre-marked as trial exhibit A-38.

16.      Order Pursuant to Sections 105, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving the Debtors Entering Into the Settlement Agreement with the Royal Parties and

Denying Libby Claimants' Motion to Defer Consideration and Compel Discovery, Dated August

19, 2009 (Dkt. No. 22859), pre-marked as trial exhibit A-80.

17.     The Dec. 15, 2008, Hr. Tr., 77:12-21 (Dkt. No. 20371), portions of which pre-

marked as trial exhibit A-56:

> MR. BERNICK: Your Honor, very -- number one, the plan
> is not effective, so there hasn't been any transfer yet, and number
> two, with respect to the settled insurance policies, the settled
> insurance policies are different. And the settled insurance policies
> now pertain to protected parties. Protected parties are entitled to a
> 524(g) channeling injunction, so this is very much a part of a -- an
> important part of the plan, which is now subject to confirmation, so
> the matter clearly is ripe, and clearly is within the scope of Your
> Honor to determine in connection with the confirmation of the
> plan.

18.     The Nov. 14, 2008, Hr. Tr., 40:4-16, 43:6-12 (Dkt. No. 20167), portions of which

pre-marked as trial exhibit A-45:

> MR. FREEDMAN: Royal Insurance, as Mr. Schiavoni indicated,
> we now believe we have an agreement done, and I'd like to spell
> out the gist of that without going into the granular detail on what it
> is. Grace has agreed, and the ACC and the Future claimants'
> representative assent that the Royal primary policies identified in
> the 1995 settlement agreement are fully settled. The plan
> proponents are revising the disclosure statement to say that and the
> plan proponents have filed a revised Exhibit 5, which states that
> pursuant to that settlement agreement, these Royal primary policies
> are entitled to protections afforded in the plan and the settlement
> agreement to the extent of the indemnities that are provided there
> as set forth --
>
> THE COURT: All right.

*Id.* at 40:4-16.  Mr. Lockwood testified at that hearing:

> [A]s we previously pointed out in our papers, the so-called
> premises coverage is not limited to the Libby claimants, despite
> Mr. Cohn's assertions to the contrary. And therefore, the
> Committee, in considering this issue, was not somehow or another
> focusing on whether or not they should give away the Libby
> claimants' rights as opposed to the rights of others, all claimants
> that might be entitled to that coverage.

*Id.* at 43:6-12.

Dated: September 1, 2009                 By: /s/ Garvan F. McDaniel
       Wilmington, Delaware             Garvan F. McDaniel, Esq. (#4167)
                                              BIFFERATO GENTILOTTI LLC
                                              800 N. King Street, Plaza Level
                                              Wilmington, DE  19801
                                            Telephone: (302) 429-1900
                                            Facsimile: (302) 429-8600

                                            -and-

                                            Carl J. Pernicone, Esq.
                                            WILSON, ELSER, MOSKOWITZ
                                            EDELMAN & DICKER, LLP
                                            150 East 42nd Street
                                            New York, NY 10017-5639
                                            Telephone: (212) 490-3000

                                            -and-

                                            Tancred Schiavoni, Esq.
                                            O'MELVENY & MYERS LLP
                                            7 Times Square
                                            New York, New York
                                            Telephone: (212) 326-2267

                                            *Counsel to Arrowood Indemnity*
                                            *Company, f/k/a Royal Indemnity Company*