**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket No.  22565**<br><br>**Hearing Date: Sept. 8, 2009 at 11:00 a.m. (ET)**<br>**Objection Deadline: Sept. 1, 2009 at 4:00 p.m.  (ET)** |

**ARROWOOD'S RESERVATION OF RIGHTS WITH REGARD TO**
**EXHIBITS OFFERED BY PLAN PROPONENTS**

The Court set September 1, 2009 as a deadline for asserting objections to exhibits. It is unclear from the exhibit list filed by the Plan Proponents, which exhibits are being marked for identification purposes only and which are filed for purposes of offering an exhibit into evidence. In an abundance of caution, Arrowood[1] attaches as Appendix 1 a chart that identifies Arrowood's objections to the Plan Proponents' exhibit list.[2]  All or virtually all of the objections are to exhibits that Arrowood assumes that the Plan Proponents do not intent to offer into evidence or will only offer for a limited purpose.  Arrowood is willing to meet and confer with the Plan Proponents with regard to any objection.

To the extent that Arrowood has asserted an objection to an exhibit listed by the Libby Claimants, BNSF or The State of Montana that the Plan Proponents have also marked that objection is reasserted with regard to the same exhibit on the attached list without noting the

---

[1]  Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood").

[2]  In June, 2009, the Debtors entered into a settlement agreement with Arrowood and filed a motion with the Court seeking approval of this agreement.  Pursuant to Section III(J) of the Grace/Arrowood Settlement Agreement, the parties agreed that Arrowood would suspend prosecution of objections to the Plan pending entry of a final order approving the Settlement Agreement and that in the interim any filing deadlines shall be deemed to have been tolled.  In accordance with, and in express reliance on, this provision, Arrowood is not prosecuting objections to the Plan.  Under the Settlement Agreement, Arrowood reserved all rights to respond to positions that Objectors such as the Libby Claimants took that were contrary to the Settlement Agreement.

objection on the attached list.  Arrowood further objects to any exhibits that have not been

individually designated and identified.  Arrowood reserves the right to supplement and modify

these objections and to join in the objection.

### CONCLUSION

WHEREFORE, for the reasons explained above, Arrowood respectfully objects to each

of the exhibits identified on Appendix 1.


Dated: September 1, 2009
    Wilmington, Delaware

By: /s/ Garvan F. McDaniel
    Garvan F. McDaniel, Esq. (#4167)
    BIFFERATO GENTILOTTI LLC
    800 N. King Street, Plaza Level
    Wilmington, DE  19801
    Telephone: (302) 429-1900
    Facsimile: (302) 429-8600

    -and-

    Carl J. Pernicone, Esq.
    WILSON, ELSER, MOSKOWITZ
    EDELMAN & DICKER, LLP
    150 East 42nd Street
    New York, NY 10017-5639
    Telephone: (212) 490-3000

    -and-

    Tancred Schiavoni, Esq.
    O'MELVENY & MYERS LLP
    7 Times Square
    New York, New York
    Telephone: (212) 326-2267

    *Counsel to Arrowood Indemnity
    Company, f/k/a Royal Indemnity Company*

NY1:1790560.1