# APPENDIX 1

ARROWOOD'S OBJECTIONS TO PLAN PROPONENTS' EXHIBIT LIST

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|----------------------|
| PP001 | | PP 000001-<br>PP 000211 | 00/00/0000 | Group Exhibit:  Various Confidential MALS Settlement Agreements |
| PP002 | | PP 000212-<br>PP 000212 | 00/00/0000 | Rule 1006 Summary of Data Extracted from Grace's Historical Asbestos PI Claims Database |
| PP003 | | PP 000213-<br>PP 000242 | 00/00/0000 | AMA's Guides to the Evaluation of Permanent Impairment (5th ed.) |
| PP004 | | PP 000243-<br>PP 000249 | 00/00/0000 | Lils et al., The Effect of Asbestos-Induced Pleura Fibrosis on Pulmonary Function: Quantitative Evaluation |
| PP005 | | PP 000250-<br>PP 000257 | 00/00/0000 | NIOSH Work-Related Lung Disease (World) Surveilance System Charts |
| PP006 | Foundation, Hearsay, Improper Opinoin | PP 000258-<br>PP 000291 | 00/00/0000 | Mortality Review entitled: Mortality in Libby, Montana, 1979-1998 |
| PP007 | | PP 000292-<br>PP 000292 | 00/00/0000 | W.R. Grace Historical Case Management System Database |
| PP008 | | PP 00292.01-<br>PP 001352 | 00/00/0000 | Insurance Policies that may be implicated by Scotts' allegations regarding Vendor Endorsements |
| PP009 | | PP 001353-<br>PP 001353 | 00/00/0000 | Rule 1006 Summary of Exemplar Asbestos Personal Injury Complaints Naming Sealed Air and/or Fresenius as a Defendant |
| PP010 | | PP 001354-<br>PP 001473 | 00/00/0000 | Group Exhibit:  Various Communications Between WR Grace and Mendes Mount re Various Asbestos Litigation |
| PP 011 | Foundation | PP 001474-<br>PP 001474 | 00/00/0000 | Demonstrative Timelines and Other Historical Information Regarding Case History |
| PP012 | | PP 001475-<br>PP 001494 | 00/00/0000 | Curriculum Vitae for Suresh H. Moolgavkar |
| PP013 | Foundation with regard to Arrowood Proof of claim only | PP 001495-<br>PP 001495 | 00/00/0000 | Rule 1006 Summary of Proofs Of Claim of Non-Libby Claimants Filed in Chapter 11 Case with Respect to Non-Products/Premises Claims |
| PP014 | Foundation, Hearsay | PP 001496-<br>PP 001496 | 00/00/0000 | Chart of Non-Libby Claimants Resolved Claims with Respect to Non-Products/Premises Claims |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP015 | | PP 001497-PP 001638 | 00/00/0000 | Group Exhibit: Various communications between WR Grace and AIG enclosing biling with respect to asbestos liabilities |
| PP016 | | PP 001639-PP 001668 | 00/00/0000 | Sealed Air Corporation -Listing of Cases For Bankruptcy Proof of Claim |
| PP017 | | PP 001669-PP 001673 | 00/00/0000 | Group Exhibit: Exemplar Demands for Indemnification Made by Sealed Air Against Grace |
| PP018 | | PP 001674-PP 001677 | 03/14/1977 | Memorandum from H.A. Eschenbach to E.S. Wood re Enoree Fiber Counts, 1970 to Present |
| PP 019 | | PP 001678-PP 001679 | 09/27/1977 | Letter from J.W. Wolter to H.C. Duecker re Rock vs. Tremolite Correlation |
| PP020 | | PP 001680-PP 001682 | 09/15/1978 | Letter from H.A. Eschenbach to S.V. Chamberlain re asbestiform tremolite in warning placards on rail cars |
| PP021 | | PP 001683-PP 001689 | 10/00/1978 | Sargent E, et al. Bilateral Pleural Thickening:  A Manifestation of Asbestos Dust Exposure. Am Journal Roentgenology 1978; 131:579-585 |
| PP022 | | PP 001690-PP 001742 | 00/00/1980 | International Labour Office Geneva. Guidelines for the use of ILO International Classification of Radiographs of Pneumoconioses Rev. Ed. 1980 |
| PP023 | | PP 001743-PP 001752 | 00/00/1983 | Knudson et al., Changes in the Normal Maximal Expiratory Flow-Volume Curve with Growth and Aging |
| PP024 | | PP 001753-PP 001755 | 06/07/1983 | Memorandum from W.R. Wright to Expanding Plant Managers re Fiber Control and Communications |
| PP025 | | PP 001756-PP 001764 | 12/00/1983 | Miller A, Teirstein AS, Selikoff IJ., Ventilatory failure due to asbestos pleurisy. Am J Med. 1983 Dec; 75 (6):911-9 |
| PP026 | | PP 001765-PP 001771 | 00/00/1984 | Lockey et al., Pulmonary Changes after Exposure to Vermiculite Contaminated with Fibrous Tremolite |
| PP027 | Foundation, Hearsay | PP 001772-PP 001776 | 08/00/1984 | Sargent E, et al. Subpleural fat pads in patients exposed to asbestos: distinction from non-calcified pleural plaques. Radiology 1984; 152:273-277 |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP028 | | PP 001777-PP 001781 | 08/00/1984 | McGavin CR, Sheers G., Diffuse pleural thickening in asbestos workers: disability and lung function abnormalities.  Thorax. 1984 Aug;39(8):604-7 |
| PP029 | | PP 001782-PP 001791 | 01/00/1985 | McLoud T, et al. Diffuse pleural thickening in an asbestos-exposed population: prevalence and causes. Am Journal Roentgenology 1985; 144:9-18 |
| PP030 | | PP 001792-PP 002006 | 06/00/1986 | EPA Airborne Asbestos Health Assessment Update |
| PP031 | | PP 002007-PP 002015 | 00/00/1988 | 1988 Manvile Trust Claims Resolution Procedures |
| PP032 | | PP 002016-PP 002022 | 00/00/1988 | Bourbeau J, Ernst P. Between and Within Reader Variability in the Assessment of Asbestos -Related Pleural Disease Using the ILO 1980 International Classification of Pneumoconiosis. Am J Ind Med 1988; 142: 837 -842 |
| PP033 | | PP 002023-PP 002060 | 05/03/1988 | Letter from D. Curreri to W. Longo re air sample for analysis by TEM |
| PP034 | | PP 002061-PP 002085 | 06/09/1988 | Letter from J. Henningson to W. Longo re air samples for analysis by TEM |
| PP035 | | PP 002086-PP 002092 | 07/00/1988 | Lilis R, Lerman Y, Selikoff IJ. Symptomatic benign pleural effusions among asbestos insulation workers: residual radiographic abnormalities.  Br J Ind Med. 1988 Jul;45(7):443-9 |
| PP036 | | PP 002093-PP 002121 | 05/00/1989 | David A. Lynch, Gordon Gamsu, M.D. Denise R. Aberle, Conventional & HRCT in the diagnosis of asbestos related diseases -Volume 9, Number 3 -RadioGraphics 523 (1989) |
| PP037 | | PP 002122-PP 002127 | 00/00/1990 | Schwartz et al., Asbestos-Induced Pleural Fibrosis and Impaired Lung Function |
| PP038 | | PP 002128-PP 002140 | 00/00/1990 | Hilerdal G, Malmberg P, Hemmingson A. Asbestos-related lesions of the pleura: parietal plaques compared to diffuse thickening studied with chest roentgenography, computed tomography, lung function, and gas exchange. Am J Ind Med 1990; 18(6):627-639 |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|-----------|----------|---------------------|
| PP039 | | PP 002141-PP 002203 | 08/01/1990 | Settlement Agreement between WR Grace and Continental Casualty Company |
| PP040 | | PP 002204-PP 002220 | 00/00/1991 | ATS (American Thoracic Society), Lung Function Testing: Selection of Reference Values and Interpretive Strategies |
| PP041 | | PP 002221-PP 002237 | 00/00/1991 | Lilis et al., Pulmonary Function of Pleural Fibrosis: Quantitative Relationships With an Integrative Index of Pleural Abnormalities |
| PP042 | | PP 002238-PP 002244 | 00/00/1991 | N. Al Jarad, N. Poulakism, C. Pearson, B. Rubens R. M. Rudd, Assessment of asbestos-induced pleural disease by computed tomography -correlation with chest radiograph and lung function, 85 Respiratory Med. 203 (1991) |
| PP043 | | PP 002245-PP 002261 | 00/00/1991 | Lilis et al., Pulmonary Function and Pleural Fibrosis: Quantitative Relationships with an Integrative Index of Pleural Abnormalities, 20 Am. J. Indus. Med. 145 (1991) |
| PP044 | | PP 002262-PP 002270 | 01/00/1991 | Rosenstock L., Roentgenographic Manifestations and Pulmonary Function Effects of Asbestos-Induced Pleural Thickening. Toxicol Ind Health.1991 Jan-Mar; vol. 7(1-2):81-7 |
| PP045 | | PP 002271-PP 002320 | 09/01/1991 | Settlement Agreement between WR Grace and Maryland Casualty Company |
| PP046 | | PP 002321-PP 002333 | 00/00/1992 | Molgaard & Brodine, Epidemiologic Concepts (excerpts from Encyclopedia of Microbiology -Vol. 2) |
| PP047 | | PP 002334-PP 002345 | 00/00/1992 | Selikoff & Seidman, Use of Death Certificates in Epidemiological Studies, Including Occupational Hazards: Variations in Discordance of Different Asbestos-Associated Diseases on Best Evidence Ascertainment |
| PP048 | | PP 002346-PP 002363 | 00/00/1992 | Lilis R, Miller A, Godbold J, Benkert S, Wu V, and Selikoff IJ. Comparative Quantitative Evaluation of Pleural Fibrosis and its Effect on Pulmonary Function in Two Large Asbestos -Exposed Occupational Groups - Insulators and Sheet Metal Workers, Environ Res 59; 49 -66 (1992) |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|---------------------|
| PP049 | | PP 002364-PP 002375 | 00/00/1992 | N. Al Jarad, P Wilkinson, M C Pearson, R M Rudd, A new high resolution computed tomography scoring system for pulmonary fibrosis, pleural disease, and emphysema in patients with asbestos related disease British Journal of Industrial Medicine 1992;49:73-84 |
| PP050 | | PP 002376-PP 002383 | 02/00/1992 | Miller A, Lilis R, Godbold J, Chan E, Selikoff IJ., Relationship of pulmonary function to radiographic interstitial fibrosis in 2,611 long-term asbestos insulators. An assessment of the International Labour Office profusion score.  Am Rev Respir Dis. 1992 Feb; 145(2 Pt 1): 263-70 |
| PP 051 | | PP 002383.01-PP 002401 | 02/20/1992 | Settlement Agreement between WR Grace and Aetna Casualty and Surety Company |
| PP052 | | PP 002402-PP 002419 | 08/06/1992 | Settlement Agreement between WR Grace and Unigard Security Insurance Company |
| PP053 | | PP 1002419.01-PP 002430 | 2/21/1992 | Support Terminal Services, Inc. Insurance Procedures Agreement Between WR Grace & Co., WR Grace & Co.-Conn., Grace Energy Corp., Kaneb Pipe Line Operating partnership, L.P., NSTS, Inc., and NSTI, Inc. |
| PP054 | | PP 002431-PP 002448 | 04/00/1993 | Miller A. Pulmonary function in asbestosis and asbestos-related pleural disease. Environ Res. 1993 Apr;61(1):1-18 |
| PP055 | | PP 002449-PP 002485 | 05/14/1993 | Settlement Agreement between WR Grace and Commercial Union |
| PP056 | | PP 002486-PP 002493 | 06/00/1993 | David A. Schwartz, Jeffrey R Galvin, Steven J. Yagla, Stephen B. Speakman, James A. Merchant, and Gary W. Hunninghake, Restrictive Lung Function and Asbestos-induced Pleural Fibrosis 91 J. Clinical Investigation 2685 (1993) |
| PP057 | | PP 002494-PP 002506 | 06/00/1993 | Miller A, Miller JA., Diffuse thickening superimposed on circumscribed pleural thickening related to asbestos exposure.  Am J Ind Med. 1993 Jun;23(6):859-71 |
| PP058 | | PP 002507-PP 002545 | 09/24/1993 | Settlement Agreement between WR Grace and Home Insurance Company |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP059 | | PP 002546-PP 002570 | 10/08/1993 | Settlement Agreement between WR Grace and Prudential Reinsurance Company and Gibraltar Casualty Company |
| PP060 | | PP 002571-PP 002580 | 01/00/1994 | Miller A, Lilis R, Godbold J, Chan E, Wu X, Selikoff IJ., Spirometric impairments in long-term insulators. Relationships to duration of exposure, smoking, and radiographic abnormalities. Chest. 1994 Jan;105(1):175-82 |
| PP 061 | | PP 002581-PP 002606 | 03/03/1994 | Settlement Agreement between WR Grace and General Insurance Company of America |
| PP062 | | PP 002607-PP 002631 | 03/04/1994 | Settlement Agreement between WR Grace and Insurance Company of North America and other CIGNA Companies |
| PP063 | | PP 002632-PP 002651 | 05/02/1994 | Settlement Agreement between WR Grace and Royal Indemnity Company |
| PP064 | | PP 002652-PP 002674 | 06/07/1994 | Settlement Agreement between WR Grace and Allstate Insurance Company |
| PP065 | | PP 002675-PP 002679 | 12/06/1994 | Memorandum from J. Hughes to RH. Beber re Possible Class Action Settlement for Future Asbestos Bodily Injury Claims |
| PP066 | | PP 002680-PP 002715 | 00/00/1995 | 1995 Manville TDP (Trust Distribution Process) |
| PP067 | | PP 002716-PP 002740 | 01/05/1995 | Settlement Agreement between WR Grace and Royal Indemnity Company |
| PP068 | | PP 002741-PP 002757 | 05/15/1995 | Settlement Agreement between WR Grace and Unigard Security Insurance Company |
| PP069 | | PP 002758-PP 002767 | 05/26/1995 | Settlement Agreement between WR Grace and American Centennial Insurance Company |
| PP070 | | PP 002768-PP 002787 | 08/00/1995 | Settlement Agreement between WR Grace and Admiral Insurance Company |
| PP 071 | | PP 002788-PP 002807 | 09/11/1995 | Settlement Agreement between WR Grace and United States Fire Insurance Company |
| PP072 | | PP 002808-PP 002822 | 09/21/1995 | Settlement Agreement between WR Grace and Fireman's Fund Insurance Company |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|----------------------|
| PP073 | | PP 002823-PP 002836 | 10/00/1995 | Settlement Agreement between WR Grace and American Re-Insurance Insurance Company |
| PP074 | | PP 002837-PP 002874 | 11/00/1995 | Reimbursement Agreement between W.R. Grace & Co. and American Home Assurance Company |
| PP075 | | PP 002875-PP 002980 | 11/17/1995 | Reimbursement Agreement between W.R. Grace & Co. and Eagle Star Insurance Company |
| PP076 | | PP 002981-PP 002984 | 11/17/1995 | Settlement Agreement between WR Grace and Bermuda Fire & Marine Insurance Company Limited (Signed by Parties 05/00/1998) |
| PP077 | | PP 002985-PP 003234 | 11/17/1995 | Settlement Agreement between WR Grace and Swiss Union Gen. Ins. Co. Ltd. (Minster Insurance Ltd.) |
| PP078 | | PP 003235-PP 003238 | 01/17/1996 | Letter from J. Restivo to S. Krouskos re examination of Company's financial statements as of 12/31/95 |
| PP079 | | PP 003239-PP 003327 | 02/09/1996 | Reimbursement Agreement between W.R. Grace & Co. and Allstate Insurance Company |
| PP080 | | PP 003328-PP 003370 | 03/18/1996 | Settlement Agreement between WR Grace and Maryland Casualty Company |
| PP081 | | PP 003371-PP 003497 | 05/22/1996 | Reimbursement Agreement between W.R. Grace & Co. and AETNA Casualty & Surety Company |
| PP082 | | PP 003498-PP 003591 | 06/14/1996 | Reimbursement Agreement between W.R. Grace & Co. and American Re-Insurance Company |
| PP083 | | PP 003592-PP 003768 | 08/19/1996 | Settlement Agreement between WR Grace and KWELM Companies (CIP superceded by 8/20/04 agreement) |
| PP084 | | PP 003769-PP 003774 | 09/00/1996 | Kee ST, Gamsu G, Blanc P., Causes of pulmonary impairment in asbestos-exposed individuals with diffuse pleural thickening. Am J Respir Crit Care Med. 1996 Sep; 154(3 Pt 1):789-93 |
| PP085 | | PP 003775-PP 003815 | 09/27/1996 | Formation of Fresenius Medical Care Deal Book |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP086 | | PP 003816-PP 003834 | 12/26/1996 | Settlement Agreement between WR Grace and Fireman's Fund Insurance Company |
| PP087 | | PP 003835-PP 003842 | 00/00/1997 | Markowitz, et al., Clinical Predictors of Mortality from Asbestosis in the North American Insulator Cohort, 1981 to 1991 |
| PP088 | | PP 003843-PP 003855 | 02/13/1997 | Settlement Agreement between WR Grace and Continental Casualty Company |
| PP089 | | PP 003856-PP 003924 | 05/22/1997 | Reimbursement Agreement between W.R. Grace & Co. and Continental Casualty Company |
| PP090 | | PP 003925-PP 003926 | 06/09/1997 | Letter from Hughes to Quinn re: settlement |
| PP091 | | PP 003927-PP 003994 | 08/14/1997 | Agreement and Plan of Merger dated as of August 14,1997, by and among W.R. Grace & Co., Packo Acquisition Corp., and Sealed Air Corporation |
| PP092 | | PP 003995-PP 004021 | 11/14/1997 | Settlement Agreement between WR Grace and Home Insurance Company and Other Home Companies |
| PP093 | | PP 004022-PP 004036 | 11/18/1997 | Settlement Agreement between WR Grace and Federal Insurance Company |
| PP094 | | PP 004037-PP 004038 | 11/18/1997 | Letter from Hughes to McCabe Re: settlement |
| PP095 | Rule 408 | PP 004039-PP 004041 | 12/02/1997 | Letter from J. Hughes to E. McCabe re Baron & Budd cases settling for $50 milion |
| PP096 | | PP 004042-PP 004326 | 03/25/1998 | Settlement Agreement between WR Grace and KWELM Management Services Ltd. as Agent for the Scheme Administrators of Bryanston Insurance Company Limited |
| PP097 | | PP 004679-PP 004709 | 03/30/1998 | Tax Sharing Agreement dated as of March 30,1998, by and among W.R. Grace & Co., W.R. Grace & Co.-Conn. and Sealed Air Corporation |
| PP098 | | PP 004710-PP 004761 | 03/30/1998 | Distribution Agreement dated as of March 30, 1998, by and among W.R. Grace & Co., W.R. Grace & Co.-Conn. and Grace Specialty Chemicals, Inc. (to be renamed W.R. Grace & Co.) |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP099 | | PP 004762-PP 004893 | 03/30/1998 | Supplemental Agreement dated as of March 30, 1998, among W.R. Grace & Co., Cryovac, Inc., W.R. Grace & Co.-Conn., and Grace Specialty Chemicals, Inc. |
| PP 100 | | PP 004894-PP 004908 | 03/31/1998 | Letter Agreement Re: Grace Packaging - Sealed Air Transaction Agreement for the Allocation and Securing of Certain Liabilities dated March 31, 1998, among W.R. Grace & Co., Cryovac, Inc., Grace Specialty Chemicals, Inc., Sealed Air Corporation, and Continental Casualty Company and its affilates and subsidiaries including Transportation Insurance Company and Transcontinental Technical Services, Inc. |
| PP 101 | | PP 004909-PP 004929 | 03/31/1998 | Reorganization of WR Grace and Combination of Sealed Air Corporation and the Packaging Business of WR Grace Deal Book |
| PP102 | | PP 004930-PP 004951 | 03/31/1998 | Insurance Procedures Agreement dated March 31, 1998, by an among W.R. Grace & Co., Grace Specialty Chemicals, Inc., and Sealed Air Corporation |
| PP103 | | PP 004952-PP 004959 | 04/03/1998 | Settlement Agreement between WR Grace and Ludgate Insurance Company, Ltd. |
| PP 104 | | PP 004960-PP 004969 | 06/03/1998 | Settlement Agreement between WR Grace and Guarantee Insurance Company |
| PP 105 | | PP 004970-PP 005038 | 08/28/1998 | Reimbursement Agreement between W.R. Grace & Co. and Mutual Marine Office, Inc. |
| PP 106 | | PP 005039-PP 005123 | 09/00/1998 | Reimbursement Agreement between W.R. Grace & Co. and Hartford Accident & Indemnity Company |
| PP 107 | | PP 005124-PP 005151 | 10/07/1998 | Settlement Agreement between WR Grace and Commercial Union Insurance Company |
| PP 108 | | PP 005152-PP 005158 | 10/15/1998 | Settlement Agreement between WR Grace and English & American Insurance Company Limited |
| PP 109 | | PP 005159-PP 005228 | 11/03/1998 | Reimbursement Agreement between W.R. Grace & Co. and Gerling-Konzern Allgemeine Versicherungs-AG |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP 110 | | PP 004327-PP 004394 | 12/01/1998 | Reimbursement Agreement between W.R. Grace & Co. and Highlands Insurance Company |
| PP 111 | | PP 004395-PP 004413 | 00/00/1999 | Fraser R, Miler N, Colman N, Pare P. Fraser and Park's Diagnosis of Diseases of the Chest. 4th Ed. WB Saunders, Philadelphia, 1999; Vol IV: 2430-2437 |
| PP112 | Rule 408 | PP 004414-PP 004415 | 02/02/1999 | Letter from Hughes to McCabe re: Mississippi settlements |
| PP 113 | | PP 004416-PP 004443 | 06/00/1999 | Reimbursement Agreement between W.R. Grace & Co. and Zurich International (Bermuda) Ltd. |
| PP 114 | | PP 004444-PP 004453 | 11/12/1999 | Settlement Agreement between WR Grace and Ancon Insurance Company (UK) Limited |
| PP 115 | | PP 004454-PP 004507 | 00/00/2000 | Guidelines for the Use of the ILO International Classification of Radiographs of Pneumoconioses |
| PP 116 | | PP 004508-PP 004525 | 01/05/2000 | Settlement Agreement between WR Grace and Transit Casualty Company in Receivership |
| PP117 | | PP 004526-PP 004580 | 01/13/2000 | Deposition Transcript (VoL. 1 of 2) of Dr. Dayton Prouty in Jerry Dell Davis, et al., v. Able Supply Company, et al. |
| PP118 | | PP 004581-PP 004624 | 01/14/2000 | Deposition Transcript (VoL. 2 of 2) of Dr. Dayton Prouty in Jerry Dell Davis, et al., v. Able Supply Company, et al. |
| PP 119 | Hearsay | PP 004625-PP 004678 | 03/28/2000 | Letter from J. Heberling to Congressman Hil re H.R.1283 |
| PP 120 | Hearsay | PP 005229-PP 005293 | 05/08/2000 | Class Action Complaint and Demand For Jury TriaL, Goldstein et al., v. W.R. Grace et al., Case No. 00-10873 (PBS) (D. Mass.) |
| PP 121 | Hearsay | PP 005294-PP 005318 | 05/12/2000 | Class Action Complaint and Jury Demand, Chakarian et al., v. W.R. Grace & Co. et al., Case No. 00cv10934 (PBS) (D. Mass.) |
| PP 122 | Rule 408 | PP 005319-PP 005320 | OS/23/2000 | Letter from J. Hughes to E. McCabe re settlement of all asbestos personal injury claims involving Reaud, Morgan & Quinn clients for $80 milion |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP 123 | Hearsay | PP 005321-PP 005330 | 06/19/2000 | Complaint for Declaratory Relief in Continental Casualty Company v. W.R. Grace & Co. and W.R. Grace & CO.-Conn. |
| PP 124 | | PP 005331-PP 005332 | 07/05/2000 | Supersedeas Bond, Edwards, et al., v. Pittsburgh Corning Corp., et al., Case No. B-150,896-J, (Dist. Ct Jefferson Cty, Tex.) |
| PP 125 | | PP 005333-PP 005398 | 07/18/2000 | Reimbursement Agreement between W.R. Grace & Co. and TIG Insurance Company |
| PP 126 | Hearsay | PP 005399-PP 005419 | 09/28/2000 | Complaint, Mesquita v. W.R. Grace & Co., Case No. 315465 (CaL. Sup. Ct.)(original Abner complaint) |
| PP 127 | | PP 005420-PP 005444 | 11/02/2000 | Reimbursement Agreement between W.R. Grace & Co. and American Home Assurance Company September 1, 2009 -11-WR Grace:  Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description |
| PP 128 | | PP 005445-PP 005507 | 11/17/2000 | Settlement Agreement between WR Grace and Gerling Konzern Allgemeine Versicherungs-AG |
| PP 129 | Hearsay | PP 005508-PP 005529 | 11/22/2000 | First Amended Class Action Complaint, Abner et aI., v. WR Grace eta I., Case No. 315465 (CaL. Sup. Ct.) |
| PP130 | | PP 005530-PP 005531 | 12/19/2000 | Letter from WR Grace to S. Martin et al. re Indemnification and Defense in Richard Mesquita et aI., v. W.R. Grace & Company, et al., Civ. Case No. 315465 |
| PP 131 | | PP 005532-PP 005676 | 12/31/2000 | Sealed Air Annual Report for fiscal year ended 12/31/2000 |
| PP 132 | | PP 005677-PP 00567 | 00/00/2001 | Last, A Dictionary of Epidemiology, 4th Edition 9 |
| PP 133 | Hearsay | PP 005680-PP 005722 | 04/02/2001 | Class Action Complaint for Injunctive Relief and Damages, Woodward v. Sealed Air et al., Case No. 01-10547 (D. Mass.) |
| PP 134 | | PP 005723-PP 005725 | 04/06/2001 | Letter from S. Martin to WR Grace re Notice of Third Party Claim/Intention to Seek Indemnification and Defense |
| PP 135 | | PP 005726-PP 005751 | 04/11/2001 | Memorandum from J.V. Port to R. H. Beber et al., re Monthly Asbestos Litigation Summary -March |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP 136 | Hearsay | PP 005752-PP 005903 | 04/11/2001 | Amended Complaint Adding New Party Defendants Devco Corporation Sealed Air Corporation, Hopkins, et al. v. A-Best Products Co., et al., Case Nos. 375292, et al. (Court of Common Pleas, Cuyahoga County, Ohio) |
| PP 137 | | PP 005904-PP 005938 | 00/00/2002 | 2002 Manvile TOP (Trust Distribution Process) |
| PP138 | Hearsay | PP 005939-PP 005939 | 00/00/2002 | Chart entitled: Asbestos Bodily Injury Cases with a Judgment Settlement |
| PP139 | | PP 005940-PP 005993 | 00/00/2002 | International Labour Office; Guidelines for the Use of the ILO International Classification of Radiographs of Pneumoconioses, Revised Edition 2000. Geneva: International Labour Office, 2002 |
| PP140 | | PP 005994-PP 006003 | 01/08/2002 | Letter from David Bernick to Hon. Alfred Wolin detailing case history |
| PP 141 | | PP 015738-PP 015807 | 05/07/2002 | Babcock & Wilcox Company -Asbestos Personal Injury Settlement Trust Distribution Procedures |
| PP 142 | | PP 006046-PP 006051 | 00/00/2003 | Lee et al., Radiographic (ILO) Readings Predict Arterial Oxygen Desaturation During Exercise in Subjects With Asbestosis |
| PP143 | | PP 006052-PP 006068 | 03/28/2003 | Proof of Claim re Fresenius Medical Care Holdings, Inc. and attachments |
| PP 144 | | PP 006069-PP 006088 | 03/28/2003 | Proof of Claim re Fireman's Fund Insurance Company and attachments |
| PP 145 | Hearsay, Foundation, Grounds asserted in Judge Molloy Order | PP 006089-PP 006095 | 11/00/2003 | Peipins, et al., Radiographic Abnormalities and Exposure to Asbestos-Contaminated Vermiculite in the Community of Libby, Montana, USA |
| PP 146 | Hearsay | PP 006096-PP 006104 | 11/03/2003 | Expert Report of Craig A. Molgaard, Ph.D., M.P.H. in Sapp v. Natural Balance |
| PP147 | | PP 015894-PP 015918 | 00/00/2004 | 2004 ATS (American Thoracic Society) Statement, Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|----------------------|
| PP148 | Hearsay,  Order Striking Whitehouse | PP 006130-PP 006183 | 00/00/2004 | Whitehouse, Asbestos-Related Pleural Disease Due to Tremolite Associated With Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana |
| PP 149 | | PP 006184-PP 006191 | 00/00/2004 | Ameile J, Matrat M, Paris C, Joly N, Raffaell C, Brochard Pet al. Asbestos-related pleural diseases:  dimensional criteria are not appropriate to differentiate diffuse pleural thickening from pleural plaques. Am J Ind Med 2004; 45(3):289-296 |
| PP150 | | PP 006192-PP 006209 | 08/20/2004 | Settlement Agreement between WR Grace and KWELM Companies |
| PP 151 | Hearsay | PP 006210-PP 006220 | 01/06/2005 | Summons in Pederson v. Saberhagen Holdings, Inc. et al. (05-2-02651-5 SEA) September 1, 2009 -13-WR Grace:  Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description |
| PP152 | | PP 006221-PP 006222 | 06/07/2006 | Letter from J. Heberling to M. Peterson enclosing: Settlements Data sheet |
| PP 153 | | PP 006223-PP 006305 | 11/21/2006 | Settlement Agreement between WR Grace and Lloyd's Underwriters |
| PP 154 | Hearsay | PP 006306-PP 006312 | 04/00/2007 | Sullvan, Vermiculite, Respiratory Disease, and Asbestos Exposure in Libby, Montana: Update of a Cohort Mortality Study |
| PP 155 | | PP 006313-PP 006322 | 07/09/2007 | Welch, Asbestos Exposure Causes Mesothelioma, But Not This Asbestos Exposure: An Amicus Brief to the Michigan Supreme Court |
| PP156 | Hearsay | PP 006323-PP 006390 | 10/18/2007 | Whitehouse Deposition Transcript (from Estimation case) |
| PP 157 | Hearsay | PP 006391-PP 006410 | 11/15/2007 | Whitehouse Deposition Transcript (from Estimation case) |
| PP 158 | Hearsay | PP 006411-PP 006418 | 00/00/2008 | Lockey et al., Low-Level Fiber-induced Radiographic Changes Caused by Libby Vermiculite |
| PP159 | Hearsay | PP 006419-PP 006422 | 00/00/2008 | Whitehouse et al., Environmental Exposure to Libby Asbestos and Mesotheliomas |

## WR Grace:
## Plan Proponents' Trial Exhibit List

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP 160 | | PP 006423-PP 006427 | 04/00/2008 | Term Sheet For Resolution Of Asbestos Personal Injury Claims |
| PP 161 | | PP 006428-PP 006434 | 05/00/2008 | Morokawa N, Takayanagi N, Ubukata M, Kurashima K, Yoned K, Tsuchiy N, Miyahara Y, Yamaguchi S, Tokunaga D, Saito H, Yanagisawa T, Sugita Y, Kawabata Y, Autopsy case of diffuse pleural thickening presenting respiratory impairment and benign asbestos pleurisy. Nihon Kokyuki Gakkai Zasshi. 2008 May; 46(5): 368-73 |
| PP 162 | | PP 006435-PP 006444 | 09/08/2008 | Miles et al., Clinical Consequences of Asbestos-Related Diffuse Pleural Thickening: A Review, 0. Occup. Med. ToxicoI., 3:20, 09/08/2008) |
| PP 163 | Hearsay | PP 015919-PP 016020 | 10/00/2008 | ATSDR Summary Report: Exposure to Asbestos-Containing Vermiculite from Libby, Montana, at 28 Processing Sites in the United States September 1, 2009 -14- WR Grace:  Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description |
| PP164 | | PP 006547-PP 006676 | 11/14/2008 | Letter from A. Kane to Administrator Johnson re SAB Consultation on EPA's Proposed Approach for Estimation of Bin-Specific Cancer Potency Factors for Inhalation Exposure to Asbestos |
| PP165 | Hearsay | PP 006677-PP 006701 | 12/00/2008 | Expert Report of Laura S. Welch |
| PP166 | | PP 006702-PP 006707 | 12/16/2008 | Chart entitled: Mesothelioma Cases with Exposure to Libby Asbestos as a Significant Factor (Alpha Order) |
| PP 167 | Hearsay | PP 006708-PP 006771 | 12/23/2008 | Expert Report of Dr. Arthur Frank |
| PP168 | Hearsay | PP 006773-PP 006799 | 12/29/2008 | Expert Report of Wiliam E. Longo entitled: W.R. Grace Asbestos-Containing Construction Products: A Review of Asbestos Types, Source and Libby Vermiculite |
| PP 169 | Hearsay | PP 006800-PP 006874 | 12/29/2008 | Whitehouse Expert Report |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP170 | Hearsay | PP 006875-PP 006914 | 12/29/2008 | Expert Report of Dr. Terry Spear |
| PP 171 | | PP 006915-PP 006927 | 12/29/2008 | Rebuttal Report of Daniel A. Henry, M.D. in Response to Expert Report of Alan C. Whitehouse, M.D. |
| PP 172 | Hearsay | PP 006928-PP 00692 | 00/00/2009 | Inselbuch Resume |
| PP173 | | PP 006929-PP 00694 | 00/00/2009 | Curriculum Vitae of Laura S. Welch |
| PP 174 | | PP 006944-PP 006944 | 00/00/2009 | Demonstrative Exhibits to be Used During Dr. Welch's Testimony |
| PP175 | | PP 006945-PP 00695 | 00/00/2009 | Curriculum Vitae of Wiliam E. Longo |
| PP 176 | | PP 006953-PP 006953 | 00/00/2009 | Demonstrative Exhibits to be Used During Longo's Testimony September 1, 2009 -15- WR Grace: Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description |
| PP 177 | | PP 006954-PP 00696 | 00/00/2009 | Resume of Mark A. Peterson |
| PP 178 | | PP 006962-PP 006962 | 00/00/2009 | Demonstrative Exhibits and Summaries To be Used During Dr. Peterson's Testimony |
| PP 179 | | PP 006963-PP 00696 | 00/00/2009 | Resume of Jeffrey M. Posner |
| PP 180 | | PP 006965-PP 00697 | 00/00/2009 | Curriculum Vitae of David Weil, M.D. |
| PP 181 | | PP 006980-PP 00698 | 00/00/2009 | Power Point Slides re Lincoln County, MT |
| PP 182 | | PP 006986-PP 00698 | 00/00/2009 | Flow Chart entitled: Steps in the Scientific Method |
| PP 183 | | PP 006987-PP 006987 | 00/00/2009 | Flow Chart entitled: Steps in the Scientific Method  (with handwritten notations) |
| PP 184 | | PP 006988-PP 006988 | 00/00/2009 | Handwritten Chart re Comparison of CARD Mortality to Markowitz |
| PP 185 | | PP 006989-PP 006989 | 00/00/2009 | Feasibility Exhibits to be Identified at Close of Feasibility Discovery |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP 186 | | PP 006990-PP 006990 | 00/00/2009 | Demonstrative Exhibits to be Used During Pamela Zily's Testimony |
| PP 187 | | PP 006991-PP 006991 | 00/00/2009 | Demonstrative Exhibits to be Used During Denise Martin's Testimony |
| PP 188 | | PP 006992-PP 006992 | 00/00/2009 | Demonstrative Exhibits to be Used During Thomas Florence's Testimony |
| PP189 | | PP 006993-PP 006993 | 00/00/2009 | Demonstrative Exhibits to be Used During Daniel Henry's Testimony |
| PP 190 | | PP 006994-PP 006994 | 00/00/2009 | Demonstrative Exhibits to be Used During Suresh Moolgavkar's Testimony |
| PP 191 | | PP 006995-PP 006995 | 00/00/2009 | Demonstrative Exhibits to be Used During Howard Ory's Testimony September 1, 2009 -16-WR Grace: Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description |
| PP192 | | PP 006996-PP 006996 | 00/00/2009 | Demonstrative Exhibits to be Used During John Parker's Testimony |
| PP193 | | PP 006997-PP 006997 | 00/00/2009 | Demonstrative Exhibits to be Used During David Weill's Testimony |
| PP 194 | | PP 006998-PP 00699 | 00/00/2009 | Curriculum Vitae for Pamela Zily |
| PP 195 | | PP 006999-PP 00701 | 00/00/2009 | Curriculum Vitae for Daniel A. Henry |
| PP196 | | PP 007018-PP 00702 | 00/00/2009 | Curriculum Vitae for Thomas Florence |
| PP 197 | | PP 007023-PP 00703 | 00/00/2009 | Curriculum Vitae for Howard Ory |
| PP 198 | | PP 007033-PP 00707 | 00/00/2009 | Curriculum Vitae for John Parker |
| PP 199 | Hearsay | PP 016266-PP 016379 | 01/00/2009 | Peterson Estimation Expert Report: Projected Liabilities for Asbestos Personal Injury Claims As of April 2001 (June 2007 revised January 2009) |
| PP200 | Hearsay | PP 007189-PP 00720 | 03/00/2009 | Expert Rebuttal Report of Laura S. Welch |
| PP201 | Hearsay | PP 007209-PP 00722 | 03/00/2009 | Expert Report of Mark A. Peterson (Revised) |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|---------------------|
| PP202 | Hearsay | PP 007229-PP 007363 | 03/04/2009 | U.S. v. Grace, et al., Criminal Trial Transcript  (morning session) |
| PP203 | | PP 007364-PP 007514 | 03/04/2009 | U.s. v. Grace, et al., Criminal Trial Transcript  (afternoon session) |
| PP204 | | PP 007515-PP 00751 | 03/12/2009 | Supplemental Expert Report of Dr. Arthur Frank |
| PP205 | Hearsay | PP 016136-PP 016265 | 03/16/2009 | Peterson Trust Expert Report: Preliminary Expert Report on W.R. Grace Trust |
| PP206 | Hearsay | PP 007665-PP 007691 | 03/16/2009 | Notice of Filing and Expert Report of Denise Neumann Martin September 1, 2009 -17-WR Grace: Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description |
| PP207 | Hearsay | PP 007692-PP 007696 | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 1-Curriculum Vitae |
| PP208 | Hearsay | PP 007697-PP 007700 | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 2-Counts of Class 7B Property Damage Claims Filed During the Bankruptcy By Submitting Law Firm |
| PP209 | Hearsay | PP 007701-PP 007703 | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 3 -Counts of Class 7B Damage Claims Filed During the Bankruptcy By Building State |
| PP210 | Hearsay | PP 007704-PP 007706 | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 4 -Counts of Class 7 A Property Damage Claims Filed During the Bankruptcy By Law Firm and Counsel State |
| PP211 | Hearsay | PP 007707-PP 007709 | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 5 -Counts of Class 7 A Property Damage Claims Filed During the Bankruptcy By Location of Property |
| PP212 | Hearsay | PP 007710-PP 007712 | 03/16/2009 | Expert Report of Denise Neumann Martin Ex. 6-Summary of SEC 10K Disclosures of Asbestos-Related Property Damage Liability |
| PP213 | Hearsay | PP 007713-PP 007782 | 03/19/2009 | Whitehouse Deposition Transcript (from Confirmation case) |
| PP214 | Hearsay | PP 007783-PP 007786 | 04/03/2009 | Email from S. Hammar to B. Bailor enclosing Libby, Montana Asbestos Expert Report |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|---------------------|
| PP215 | Hearsay | PP 007787-PP 007800 | 04/06/2009 | Rebuttal Report of B. Thomas Florence, PhD to the Expert Report of Dr. Alan Whitehouse |
| PP216 | Hearsay | PP 007801-PP 007836 | 04/06/2009 | Rebuttal Report of Suresh H. Moolgavkar, M.D., Ph.D. |
| PP217 | Hearsay | PP 007837-PP 00787 | 04/06/2009 | Rebuttal Expert Report of Dr. Howard Ory |
| PP218 | Hearsay | PP 007874-PP 00792 | 04/06/2009 | Rebuttal Report of Dr. John E. Parker |
| PP219 | Herssay | PP 007930-PP 007938 | 04/06/2009 | Rebuttal Report of David Weil September 1, 2009 -18-WR Grace: Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description |
| PP220 | Foundation | PP 007939-PP 007943 | 05/04/2009 | CARD Mortality Study, 76 Non-Malignant Deaths, CHX Readings by Dr. Whitehouse |
| PP221 | | PP 007944-PP 007949 | 05/13/2009 | Memorandum from J. Penton to A. Frank, F. Whitehouse re Counting Sheet |
| PP222 | Hearsay | PP 007950-PP 008190 | 05/14/2009 | Whitehouse Expert Report: Sur-Rebuttal and Supplemental Expert Report |
| PP223 | Hearsay | PP 008191-PP 008193 | 05/14/2009 | Sur-Rebuttal and Supplemental Expert Report of Dr. Arthur 1. Frank |
| PP224 | Hearsay | PP 008194-PP 008215 | 05/14/2009 | Response of Dr. Frank and Dr. Whitehouse to Report of the ACe's Dr. 1. Welch March 2009 |
| PP225 | Hearsay | PP 008216-PP 008224 | 05/14/2009 | Response of Dr. Frank and Dr. Whitehouse to the ACe's Dr. G. Friedman, 4/6/09 |
| PP226 | Hesarsay | PP 008225-PP 008243 | 05/14/2009 | Response of Dr. Frank and Dr. Whitehouse to Report of the ACe's Dr. G. Stockman, 4/6/09 |
| PP227 | Hesarsay | PP 008244-PP 008524 | 05/15/2009 | Expert Report of Pamela Zily in Rebuttal to the Expert Report of H. Sean Mathis |
| PP228 | | PP 008526-PP 008830 | 05/15/2009 | Charts attached to the Expert Report of Pamela Zily in Rebuttal to the Expert Report of H. Sean Mathis |
| PP229 | Hearsay | PP 008831-PP 008911 | 05/16/2009 | Sur-Rebuttal and Supplemental Expert Report by Dr. Alan C. Whitehouse |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|---------------------|
| PP230 | Hearsay | PP 008912-PP 008933 | 05/18/2009 | Sur-Rebuttal Report of Craig Molgaard (Epidemiology) |
| PP231 | | PP 008934-PP 008958 | OS/29/2009 | CARD Website Materials: (1) Libby Asbestos FAQs;  (2) Exposure in Libby Montana and (3) Exposure Across the Nation |
| PP232 | | PP 008959-PP 00898 | 06/00/2009 | Curriculum Vitae of Arthur 1. Frank |
| PP233 | Hearsay | PP 008986-PP 00907 | 06/05/2009 | Frank Deposition Transcript |
| PP234 | | PP 009078-PP 009081 | 06/07/2009 | Email from N. Finch to D. Cohn re Grace/Peterson Deposition September 1, 2009 -19-WR Grace: Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description |
| PP235 | | PP009081.01-PP009098 | 06/16/2009 Final Key Libby Patients | |
| PP236 | Hearsay | PP 009099-PP 009188 | 06/16/2009 | Whitehouse Deposition Transcript (from Confirmation case) |
| PP237 | Hearsay | PP 009189-PP 00926 | 06/25/2009 | Molgaard Deposition Transcript |
| PP238 | | PP 009264-PP 009266 | 07/08/2009 | Letter from M. Brown (OneBeacon) to D. Rosenbloom re In re W.R. Grace & Co., et al., U.s. Bankruptcy Court for the District of Delaware, Bankr. Case No. 01-1139, and The Scotts Company v. American Employers Ins. Co., et al., Adv. No. 04-55083 |
| PP239 | | PP 009267-PP 009271 | 07/08/2009 | Letter from M. Brown (Seaton) to D. Rosenbloom re In re W.R. Grace & Co., et al., U.s. Bankruptcy Court for the District of Delaware, Bankr. Case No. 01-1139, The Scotts Company v. American Employers Ins. Co., et al., Adv. No. 04-55083, and anticipated coverage litigation to be brought by Kaneb Pipe Line Operating Partners 1.P. and Support Terminal Services, Inc. |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|---------------------|
| PP240 | | PP 009272-PP 009900 | 07/08/2009 | Letter from M. Brown to G. St. Clair and D. Turetsky re: In re W.R. Grace & Co., et al., U.S. Bankruptcy Court for the District of Delaware, Bankr. Case No. 01-01139, and anticipated coverage litigation to be brought by Kaneb Pipe Line Operating Partners 1.P. and Support Terminal Services, Inc., and exhibits thereto |
| PP241 | Hearsay | PP 009901-PP 009915 | 07/24/2009 | FILED UNDER SEAL -Feasibility Report of Pamela D. Zily and attached chart re Claims Breakout |
| PP242 | Hearsay | PP 015721-PP 015729 | 08/10/2009 | Declaration of Todd F. Maynes in Support of the Treatment of the Grace Asbestos Trusts as Qualified Settlement Funds |
| PP243 | Hearsay | PP 009916-PP 009948 | 04/02/2001 | Verified Complaint for Declaratory and Injunctive Relief (Dkt. No.1; Adv. 01-771) September 1, 2009 -20-WR Grace: Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description |
| PP244 | Hearsay | PP 009948-PP 010021 | 04/02/2001 | W.R. Grace & Company's Informational Brief and the exhibits thereto |
| PP245 | Hearsay | PP 010022-PP 010028 | 05/30/2001 | Affidavit of H. Katherine White In Support Of Debtors' Motion For Preliminary Injunction (Dkt. 36; Adv. 01-771) |
| PP246 | | PP 010029-PP 010066 | 01/22/2002 | Order Granting Modified Preliminary Injunction (Dkt. 87; Adv. 01-771) |
| PP247 | Hearsay | PP 010067-PP 010088 | 03/18/2002 | Original (Sealed Air) Complaint (Dkt. 1; Adv. 02-2210) |
| PP248 | Hearsay | PP 010089-PP 010110 | 03/18/2002 | Original (Fresenius) Complaint (Dkt. No.1; Adv. 02-2211) |
| PP249 | Hearsay | PP 010111-PP 010128 | 04/15/2003 | Motion For An Order Approving, Authorizing And Implementing Settlement By And Among Plaintiffs, The Official Committee Of Asbestos Property Damage Claimants, Debtors, And The Official Committee Of Asbestos Personal Injury Claimants, And Defendants, Fresenius Medical Care Holdings, Inc. and National Medical Care, Inc. (Dkt. No. 16; Adv.02-2211) |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|---------------------|
| PP250 | | PP 010129-PP 010138 | 04/21/2003 | Status Report Pursuant to This Court's Order Dated March 31, 2003 (Dkt. No. 3688) |
| PP251 | Hearsay | PP 010139-PP 010163 | 06/25/2003 | Order Authorizing, Approving and Implementing Settlement Agreement By and Among Plaintiffs The Offcial Committee of Asbestos Property Damage Claimants and The Official Committee of Asbestos Personal Injury Claimants, The Debtors, and Defendants Fresenius Medical Care Holdings, Inc. and National Medical Care, Inc. (Dkt. No. 19; Adv. 02-2211) |
| PP252 | | PP 010164-PP 010271 | 11/26/2003 | Settlement Agreement and Release re Sealed Air  (Dkt. No. 597; Adv. 02-2210) |
| PP253 | Hearsay | PP 010272-PP 010298 | 11/26/2003 | Motion For An Order Approving, Authorizing, And Implementing Settlement Agreement with Sealed Air (Dk. 597; Adv. 02-2210) September 1, 2009 -21-WR Grace: Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description |
| PP254 | Hearsay | PP 010299-PP 01031 | 06/21/2004 | W.R. Grace's Status Report (Dkt. No. 5858) |
| PP255 | | PP 010315-PP 010462 | 04/01/2005 | Renewed Motion For An Order Approving, Authorizing, And Implementing Settlement Agreement with Sealed Air (Dkt. 729; Adv. 02-2210) |
| PP256 | | PP 010463-PP 010466 | 04/21/2005 | Debtors' Response To Renewed Motion For An Order Approving, Authorizing And Implementing Settlement Agreement with Sealed Air (Dkt. No. 738; Adv. 02-2210) |
| PP257 | | PP 010467-PP 010474 | 06/27/2005 | Order Approving, Authorizing, and Implementing Settlement Agreement By and Among The Plaintiffs, Sealed Air Corporation and Cryovac, Inc. (Dkt. 751; Adv. 02-2210) |
| PP258 | | PP 010475-PP 013152 | 03/19/2007 | Order Disallowing And Expunging Certain of The Claims of Sealed Air Corporation and Its Affiliates (Dkt. No. 14891) and Sealed Air Filed Proof of Claims Nos. 14330 -14363 |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP259 | | PP 013153-PP 013178 | 06/18/2007 | Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Dkt. 16083) |
| PP260 | Hearsay | PP 013179-PP 013184 | 07/16/2007 | Debtors' Limited Reply To Objections to Tenth Motion For An Order Extending Debtors' Exclusive Periods (Dkt. 16297) |
| PP261 | | PP 013185-PP 013193 | 11/26/2007 | Agreed Order Granting Libby Claimants' Motion in Limine Concerning Estimation Proceeding Evidence (Dkt. No. 17431) |
| PP262 | Hearsay | PP 013194-PP 013196 | 12/05/2007 | Revised and Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (Dkt. 17550) |
| PP263 | Hearsay | PP 013197-PP 013209 | 12/07/2007 | Official Committee of Equity Security Holders' Memorandum in Support of Debtors' Motion to Exclude Certain Expert Opinions Relating to Current and Future Asbestos Personal Injury Liability (Dkt. 17577) September 1, 2009 -22-WR Grace: Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description |
| PP264 | Hearsay | PP 013210-PP 013212 | 12/08/2007 | Grace's Motion to Exclude Expert Opinions in Connection with the Estimation of its Current and Future Asbestos Personal-Injury Liability (Dkt. 17585) |
| PP265 | Hearsay | PP 013213-PP 013301 | 12/08/2007 | Grace's Memorandum in Support of its Motion to Exclude Expert Opinions in Connection with the Estimation of its Current and Future Asbestos Personal Injury Liability (Dkt. 17586) |
| PP266 | Hearsay | PP 013302-PP 013384 | 12/08/2007 | FILED UNDER SEAL -The Offcial Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence (Dkt. 17584) |
| PP267 | Hearsay | PP 013385-PP 013472 | 12/21/2007 | The Official Committee of Asbestos Personal Injury Claimants' Response to Grace and the Equity Committee's Motions to Exclude or Limit Expert Testimony (Dkt. 17694) |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|---------------------|
| PP268 | Hearsay | PP 013473-PP 013518 | 12/21/2007 | Future Claimants' Representative's Opposition to Motions of W.R. Grace and Official Committee of Equity Security Holders to Exclude Expert Opinions in Connection with the Estimation of Grace's Current and Future Asbestos Personal Injury Liability (Dkt. 17697) |
| PP269 | Hearsay | PP 013519-PP 013632 | 12/21/2007 | Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony and Exhibits to Memorandum (Dkt. No. 17695) |
| PP270 | Hearsay | PP 013633-PP 013672 | 01/07/2008 | Reply Memorandum in Support of Grace's Motion to Exclude Expert Opinions in Connection with the Estimation of its Current and Future Asbestos Personal Injury Liability (Dkt. 17779) |
| PP271 | Hearsay | PP 013673-PP 013842 | 06/13/2008 | Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements dated as of May 14,1998 and May 5,1999 including exhibits A) Proof Of Claim With Respect to the 1998 Credit Agreement; B) Proof Of Claim With Respect to the 1999 Credit Agreement; C) Proposed Asbestos Settlement; D) Bench Ruling by Judge Gerber from In re Adelphia Communications; E) September 1, 2009 -23- WR Grace: Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description Bench Ruling by Judge Drain from In re Loral Space & Communications Ltd (Dkt. 18922) |
| PP272 | Hearsay | PP 013843-PP 013847 | 07/10/2008 | Declaration of Lewis Kruger in Support of the Offcial Committee of Unsecured Creditors' Response to Debtors' Objection to the Unsecured Claims Asserted Under the Debtros' Credit Agreements dated May 14, 1998 and May 5,1999 (Dkt. 19072) |
| PP273 | Hearsay | PP 013848-PP 013854 | 08/14/2008 | Declaration of Robert M. Tarola in Support of Debtors' Objection to the Unsecured claims Asserted Under the Debtors' Credit Agreements dated May 14,1998 and May 5,1999 (Dkt. 19323) |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|---------------------|
| PP274 | | PP 013855-PP 013981 | 09/19/2008 | Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated as of September 19, 2008 (Dkt. 19579) |
| PP275 | | PP 013982-PP 01404 | 00/00/2009 | 2009 Grace TDP |
| PP276 | | PP 014049-PP 014245 | 02/27/2009 | Debtors' Disclosure Statement For The First Amended Joint Plan of Reorganization Under Chapter 11 of The Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of February 27, 2009 (Dkt. No. 20873) |
| PP277 | | PP 014246-PP 014249 | 02/27/2009 | Exhibit Book to The First Amended Joint Plan of Reorganization and Disclosure Statement as of February 27,2009 (Dkt. No. 20874) |
| PP277.01 | | PP 014250-PP 014394 | 02/27/2009 | Exhibit 1 to Exhibit Book: First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of September 1, 2009 -24-WR Grace: Plan Proponents' Trial Exhibit List Trial No. Data Room Bates Span Doc Date Document Description Equity Security Holders dated February 27, 2009 (Dkt. No. 20874) |
| PP277.02 | | PP 014395-PP 014448 | 00/00/0000 | Exhibit 2 to Exhibit Book: Asbestos PI Trust Agreement |
| PP277.03 | | PP 014449-PP 014507 | 00/00/0000 | Exhibit 3 to Exhibit Book: Asbestos PD Trust Agreement |
| PP277.04 | | PP 014508-PP 014575 | 00/00/0000 | Exhibit 4 to Exhibit Book: Asbestos PI Trust Distribution Procedures |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|-----------|-----------|------------|----------|----------------------|
| PP277.05 | | PP 014576-PP 014587 | 02/27/2009 | Exhibit 5 to Exhibit Book: Schedule of Settled Asbestos Insurers Entitled to 524(g) Protection |
| PP277.06 | | PP 014588-PP 014617 | 00/00/0000 | Exhibit 6 to Exhibit Book: Asbestos Insurance Transfer Agreement |
| PP277.07 | | PP 014618-PP 014619 | 00/00/0000 | Exhibit 7 to Exhibit Book: Intentionally Left Blank |
| PP277.08 | | PP 014620-PP 014626 | 00/00/0000 | Exhibit 8 to Exhibit Book: Best Interests Analysis |
| PP277.09 | | PP 014627-PP 014649 | 00/00/0000 | Exhibit 9 to Exhibit Book: CDN ZAI Minutes of Settlement |
| PP277.10 | | PP 014650-PP 014660 | 00/00/0000 | Exhibit 10 to Exhibit Book: Cooperation Agreement |
| PP277.11 | | PP 014661-PP 014698 | 00/00/0000 | Exhibit 11 to Exhibit Book: Asbestos PI Deferred Payment Agreement |
| PP277.12 | | PP 014699-PP 014715 | 00/00/0000 | Exhibit 12 to Exhibit Book: Financial Information |
| PP277.13 | | PP 014716-PP 014755 | 00/00/0000 | Exhibit 13 to Exhibit Book: Fresenius Settlement Agreement |
| PP277.14 | | PP 014756-PP 014782 | 00/00/0000 | Exhibit 14 to Exhibit Book: Fresenius Settlement Order |
| PP277.15 | | PP 014783-PP 014817 | 00/00/0000 | Exhibit 15 to Exhibit Book: Grace PI Guaranty |
| PP277.16 | | PP 014818-PP 014822 | 00/00/0000 | Exhibit 16 to Exhibit Book: Non-Debtor Affiliate Schedule |
| PP277.17 | | PP 014823-PP 014843 | 00/00/0000 | Exhibit 17 to Exhibit Book: Plan Registration Rights Agreement |
| PP277.18 | | PP 014844-PP 014845 | 00/00/0000 | Exhibit 18 to Exhibit Book: Rejected Executory Contracts and Unexpired Leases Schedule |
| PP277.19 | | PP 014846-PP 014872 | 00/00/0000 | Exhibit 19 to Exhibit Book: Retained Causes of Action Schedule |
| PP277.20 | | PP 014873-PP 014890 | 00/00/0000 | Exhibit 20 to Exhibit Book: Share Issuance Agreement |
| PP277.21 | | PP 014891-PP 014901 | 00/00/0000 | Exhibit 21 to Exhibit Book: Unresolved Asbestos PD Claims Schedule |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP277.22 | | PP 014902-PP 015011 | 00/00/0000 | Exhibit 22 to Exhibit Book: Sealed Aire Settlement Agreement |
| PP277.23 | | PP 015012-PP 015021 | 00/00/0000 | Exhibit 23 to Exhibit Book: Seal Air Settlement Order |
| PP277.24 | | PP 015022-PP 015058 | 00/00/0000 | Exhibit 24 to Exhibit Book: Warrant Agreement |
| PP277.25 | | PP 015059-PP 015083 | 00/00/0000 | Exhibit 25 to Exhibit Book: Case Management Order for Class 7 A Asbestos PD Claims |
| PP277.26 | | PP 015084-PP 015115 | 00/00/0000 | Exhibit 26 to Exhibit Book: Intercreditor Agreement |
| PP277.27 | | PP 015116-PP 015153 | 00/00/0000 | Exhibit 27 to Exhibit Book: Deferred Payment Agreement (Class 7 A PD) |
| PP277.28 | | PP 015154-PP 015196 | 00/00/0000 | Exhibit 28 to Exhibit Book: Deferred Payment Agreement (Class 7B ZAI) |
| PP277.29 | | PP 015197-PP 015232 | 00/00/0000 | Exhibit 29 to Exhibit Book: W. R. Grace & Co. Guarantee Agreement (Class 7 A PO) |
| PP277.30 | | PP 015233-PP 015268 | 00/00/0000 | Exhibit 30 to Exhibit Book: W. R. Grace & Co. Guarantee Agreement (Class 7B ZAI) |
| PP277.31 | | PP 015269-PP 015285 | 00/00/0000 | Exhibit 31 to Exhibit Book: Stock Incentive Plan |
| PP277.32 | | PP 015286-PP 015290 | 00/00/0000 | Exhibit 32 to Exhibit Book: Stock Trading Restrictions Term Sheet |
| PP277.33 | | PP 015291-PP 015317 | 00/00/0000 | Exhibit 33 to Exhibit Book: ZAI PD Trust Distribution Procedures (ZAI TOP) |
| PP278 | | PP 015318-PP 015460 | 02/27/2009 | First Amended Joint Plan of Reorganization Under Chapter 11 of The Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of February 27, 2009 (Dkt. No. 20872) |

**WR Grace:**
**Plan Proponents' Trial Exhibit List**

| Trial No. | Objection | Bates Span | Doc Date | Document Description |
|---|---|---|---|---|
| PP279 | | PP 015461-PP 015584 | 05/08/2009 | Debtors' Plan Supplement to The First Amended Joint Plan of Reorganization Under Chapter 11 of The Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Offcial Committee of Equity Security Holders Dated as of February 27, 2009 (Dkt. No. 21594) |
| PP280 | Hearsay | PP 015585-PP 015689 | OS/20/2009 | Libby Claimants' Objection to First Amended Joint Plan of Reorganization (Dkt. No. 21811) |
| PP281 | | PP 015713-PP 015720 | 08/05/2009 | Amended Declaration of Kevin A. Martin Certifying Tabulation Of Ballots Regarding Vote On First Amended Joint Plan Of Reorganization (Dkt. 22706) |
| PP283 | | PP 015730-PP 015731 | 11/12/2004 | Letter from Max Holmes to Lewis Kruger re Shaw Laminar Portfolios LLC largest holder of W.R. Grace bank debt |
| PP283 | | PP 015730-PP 015731 | 11/12/2004 | Letter from Max Holmes to Lewis Kruger re Shaw Laminar Portfolios LLC largest holder of W.R. Grace bank debt |
| PP284 | | PP 015732-PP 015732 | 04/04/2008 | E-mail from Arlene Krieger to Mark Shelnitz re W.R. Grace Term Sheet September 1, 2009 -27-Trial No. |
| PP285 | | PP 015733-PP 015734 | 01/12/2005 | Letter from Lewis Kruger to Janet Baer re Plan Proponent Joint Plan |
| PP286 | | PP 015735-PP 015737 | 02/27/2006 | Letter from Lewis Kruger to Janet Baer re Plan Proponent Joint Plan |
| PP287 | | PP 015808-PP 015893 | 00/00/0000 | Asbestos Personal Injury Trust Distribution Procedures -United States Gypsum Asbestos Personal Injury Settlement Trust Distribution Procedures |