IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## AXA BELGIUM'S OBJECTIONS TO THE PHASE II TRIAL EXHIBITS PROFFERED BY PLAN PROPONENTS AND RESERVATION OF EVIDENTIARY OBJECTIONS AS TO PHASE II TRIAL PROFFERED BY ALL PARTIES

AXA Belgium, as successor to Royale Belge, ("AXA Belgium"), pursuant to the Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Doc. No. 22819), hereby objects to certain of the Plan Proponents' Phase II Trial Exhibits for the reasons set forth in the Objections of Government Employees Insurance Company, Republic Insurance Company, Seaton Insurance Company, and OneBeacon America Insurance Company to the Phase II Trial Exhibits Proffered by Plan Proponents (Doc. No. 23081).  AXA Belgium further reserves the right to object on relevance, hearsay, foundation or other evidentiary grounds to any exhibit at the time it is offered into evidence at Phase II of the Confirmation Hearing.

Dated:  September 1, 2009

Respectfully submitted,

*/s/ Michael A. Shiner*
Michael A. Shiner, Esquire (PA ID 78088)
mshiner@tuckerlaw.com
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
412-594-5586 p
412-594-5619 f

**Error! Unknown document property name.**

2

        Eileen T. McCabe
        eileen.mccabe@mendes.com
        Mendes & Mount LLP
        750 Seventh Avenue
        New York, NY 10019
        212-261-8000 p
        212-261-8750 f


        John S. Spadaro, Esq. (No. 3155)
        724 Yorklyn Road, Suite 375
        Hockesin, DE 19707
        302-235-2516 p
        302-23502536 f

        *Counsel for AXA Belgium as successor to Royale Belge*

bf 361258.1

**Error! Unknown document property name.**