## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hearing: September 8, 2009 |
| | ) |
| | ) |

## THE PLAN PROPONENTS' OBJECTIONS TO PLAN OBJECTORS' PROFFERED TRIAL EXHIBITS FOR PHASE II OF THE CONFIRMATION HEARING AND MOTION TO EXCLUDE SUCH EXHIBITS

Pursuant to the Fourth Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Dkt. No. 22819) (the "Fourth Amended CMO"), W. R. Grace & Co., et al. (collectively, "Grace" or the Debtors"), the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders (collectively, the " Plan Proponents"), hereby provide their general and specific objections to, and move to exclude, certain materials that have

---

1    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

been proffered by the objecting parties for use during the Phase II confirmation hearing. The

Plan Proponents expressly reserve their rights to object to any of the listed exhibits on any basis

not specifically included in this Motion and to withdraw any of the objections to any particular

exhibit.

Many of the objecting parties' proffered exhibits are not relevant to any Phase II issue

and/or are not relevant to the specific objections asserted by the respective objecting party. The

Phase II hearing is limited to "the objections of: (i) parties classified under the Plan as Holders of

Indirect PI or PD Trust Claims (including insurers as Holders of Indirect PI or PD Trust Claims

with respect to such Claims); (ii) the objections of the Libby Claimants; and (iii) any other

confirmation objections not addressed and resolved in Phase I." (Dkt. No 22819.) In particular,

the insurers have proffered exhibits that appear aimed at contesting the insurance neutrality of

the Plan, an issue which was already addressed in Phase I of the plan confirmation proceedings

and which is not relevant to the Phase II hearing. The Libby Claimants have proffered exhibits

that concern the alleged disease and claims of individual claimants, which likewise has no

relevance to the Phase II confirmation hearing. Further, Anderson Memorial Hospital submits

certain plan-related documents from other Chapter 11 cases, and pre-petition estimates of

Grace's liabilities, which have no bearing on Phase II confirmation issues.

The Plan Proponents also object to many of the proffered exhibits on the basis of hearsay,

where no hearsay exception applies. (*See* Exhibit A). In particular, several objecting parties have

proffered the transcripts of depositions or hearings. These proffered exhibits contain

inadmissible hearsay and/or improper legal argument, and also violate the Fourth Amended

CMO, which established separate deadlines for submitting deposition designations. In addition,

certain objecting parties have failed to properly authenticate certain proffered exhibits and/or

provide sufficient foundation for their bases. The Plan Proponents specifically object to the admission of Plan documents as exhibits, to the extent that they are not the most recent versions filed with the Court or in certain instances, represent plan documents from other Chapter 11 cases which have no relevance to these proceedings.[2]

Finally, an exhibit may be admissible for one purpose, but wholly inadmissible if offered for another purpose. Thus, to the extent that a plan objector attempts to offer in evidence an exhibit for a purpose that is not apparent from the document, the Plan Proponents reserve the right to object such evidence and exhibit.

### Conclusion

WHEREFORE, for the reasons explained above, the Plan Proponents respectfully request that the Court enter an order that sustains the Plan Proponents' objections to, and enter an order excluding, certain exhibits proffered by the objecting parties for use during the Phase II confirmation hearing.  The Plan Proponents' objections to specific exhibits are attached as Exhibit A.

---

[2] The Plan Proponents are in discussions with certain objecting parties concerning stipulations regarding certain of the respective objecting parties' proffered exhibits.  To the extent that the Plan Proponents object to the proffer of any exhibits that are subsequently the subject of such a stipulation, the Plan Proponents withdraw such objections.

Dated:  September 1, 2009        Respectfully submitted,

KIRKLAND & ELLIS LLP

David M. Bernick, P.C.
Theodore Freedman
Justin S. Brooks
Citigroup Center
601 Lexington Ave.
New York, New York  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

and

Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5200

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602
Telephone:  (312) 641-2162
Facsimile:  (312) 641-2165

and

PACHULSKI STANG ZIEHL & JONES LLP

__/s/  James E. O'Neill_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
joneill@pszjlaw.com
kmakowski@pszjlaw.com

*Co-Counsel for the Debtors and Debtors in Possession*

CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford_____
Mark T. Hurford (Bar No. 3299)
Marla R. Eskin (Bar No. 2989)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
mhurford@camlev.com

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Kevin Maclay
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

PHILIPS, GOLDMAN & SPENCE, P .A.

/s/ John C. Philips
John C. Philips (Bar No.110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pgslaw.com

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T Austern, Asbestos PI Future
Claimants' Representative*

SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (Bar No. (3080)
222 Delaware Avenue, 12th Fllor
Wilmington, DE  19801
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
tcurrier@saul.com

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Howowitz
David Blabey
1177 Avenue Of The Americas
New York, NY 10036
Telephone:  (212) 715-9100
*Counsel for the Official Committee of Equity Security
Holders*

6