# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Document No. _____ |
| | ) | |
| | ) | Relates to Document No. 23082 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the AXA BELGIUM'S OBJECTIONS TO THE PHASE II TRIAL EXHIBITS PROFFERED BY PLAN PROPONENTS AND RESERVATION OF EVIDENTIARY OBJECTIONS AS TO PHASE II TRIAL PROFFERED BY ALL PARTIES *(Dkt. No. 23082)* has been served on the parties on the attached service list by First Class, United States Mail, Postage Pre-Paid on September 2, 2009 and by electronic mail on September 1, 2009.

Date: September 2, 2009

*/s/ Michael A. Shiner*
Michael A. Shiner, *pro hac vice*
TUCKER ARENSBERG
1500 One PPG Place
Pittsburgh, PA 15222-5401
Telephone: (412) 566-1212
Facsimile: (412) 594-5619
mshiner@tuckerlaw.com

Eileen T. McCabe, *pro hac vice*
MENDES & MOUNT LLP
750 Seventh Avenue
New York, NY 10019
Telephone: (212)261-8254
Facsimile: (302)235-2536
eileen.mccabe@mendes.com
John S. Spadaro (No. 3155)
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone: (302) 235-7745
Facsimile: (302) 235-2536
jspadaro@johnsheehanspadaro.com

*Counsel for AXA Belgium as successor to Royal Belge SA*

**U.S. Mail Service List**

| | |
|---|---|
| David M. Bernick, Esquire<br>Theodore L. Freedman, Esquire<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022 | Janet S. Baer, Esquire<br>The Law Offices of Janet S. Baer, P.C.<br>70 W. Madison Street<br>Suite 2100<br>Chicago, IL 60602 |
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Peter Lockwood, Esquire<br>Ronald Reinsel, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW, Suite 1100<br>Washington, D.C. 20005 |
| Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 | Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Mindy A. Mora, Esquire<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131-5340 |
| David T. Austern, Esquire<br>3110 Fairview Park Drive,<br>Suite 200<br>Falls Church, VA 22042-0683 | Roger Frankel, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706 |
| Alexander M. Sanders, Jr. Esquire<br>19 Water Street<br>Charleston, SC 29401 | Alan B. Rich<br>Attorney and Counselor<br>1401 Elm Street, Suite 4620<br>Dallas, TX 75202-3909 |
| Lewis Kruger, Esquire<br>Arlene Krieger, Esquire<br>Kenneth Pasquale, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | D. J. Baker, Esquire<br>Skadden, Arps, Slate & Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| David S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 W. Monroe, Suite 4400<br>Chicago, IL 60606 | Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Office of the United States Trustee<br>Attn:  David Klauder, Esquire<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 | |

**Email List**

'Boerger, Jeffrey M.'; Anne Marie P. Kelley; James P. Ruggeri; John S. Spadaro; Martin J. Weis; Nancy L. Manzer; Scott J. Freedman; Michael S. Davis; Brown, Michael F.; Pratt, Warren T.; Primack, David P.; Robert Guttmann; Dana L. Reynolds; Jason M. Madron; Jeff Friedman; Marcos Ramos; Mark D. Collins; Merritt A. Pardini; Noah Heller; James Sottile; Thomas G. Macauley; Virginia Whitehill Guldi; David Pastor; Ira M. Levee; Joseph H. Meltzer; Katherine Bornstein; Michael S. Etkin; Daniel B. Butz; David S. Rosenbloom; Derek C. Abbott; William H. Sudell, Jr.; Daniel M. Silver; Katharine L. Mayer; Andrew N. Rosenberg; Margaret A. Phillips; Stephan J. Shimshak; David M. Turetsky; J. Gregory St. Clair; Mark S. Chehi; George R. Calhoun, V; Ann C. Cordo; Robert J. Dehney; James Freeman; Andrea Madigan; David M. Klauder; ustpregion03.wl.ecf@usdoj.gov; Edward J. Westbrook; Christopher D. Loizides; Dan Speights; David L. Rosendorf; John Kozyak; Allen Schwartz; Brad Elias; Carl Pernicone; Catherine Chen; Garvan F. McDaniel; Gary Svirsky; Paul R. Koepff; Tancred Schiavoni; Jay M. Sakalo; Lisa L. Coggins; Matthew I. Kramer; Michael B. Joseph; Rick S. Miller; Scott L.Baena; Theodore J. Tacconelli; Alan B. Rich; cobb@lrclaw.com; green@lrclaw.com; Edward C. Toole, Jr.; Evelyn J. Meltzer; Linda J. Casey; Etta R. Wolfe; Kathleen M. Miller; Steve A. Peirce; Toby L. Gerber; Adam G. Landis; Christopher Candon; Daniel C. Cohn; Kerri K. Mumford; Rebecca L. Butcher; David M. Fournier; James C. Carignan; Robert S. Hertzberg; Cory D. Kandestin; Robert J. Sidman; Robert J. Stearn, Jr.; Tiffany Strelow Cobb; Francis A. Monaco; Kevin Mangan; Matthew P. Ward; Arlene G. Krieger; Kenneth Pasquale; Lewis Kruger; Michael R. Lastowski; Richard W. Riley; acraig@cuyler.com; scalogero@cuyler.com; Gregory T. LoCasale; James S. Yoder; Joseph Gibbons; Marc S. Casarino; Anaxet Y. Jones; Brian H. Mukherjee; Daniel M. Glosband; Edward B. Rosenthal; Elizabeth M. DeCristofaro; Fred Schafrick; Jonathan W. Young; Michael S. Giannotto; Shayne W. Spencer; Ilan Rosenberg; Jacob C. Cohn; John T. Carroll, III; William P. Shelley; Beth Stern Fleming; David R. Beane; John D. Demmy; Leonard P. Goldberger; Leslie A. Davis; MPlevin@crowell.com; Marnie E. Simon; Christopher E. Prince; Frederick B. Rosner; Kenneth Dorsney; Robert B. Millner; Alex Mueller; Anna Newsom; Carolina Acevedo; Eileen McCabe; Tom Quinn; Edward J. Longosz, II; Gabriella Cellarosi; Jeffrey Wisler; kmorell@wileyrein.com; Marc J. Phillips; Mark Johnston; Richard A. Ifft; ealcabes@stblaw.com; Karen Abravanel; Samuel Rubin; Bernie Bailor; Elihu Inselbuch; James Wehner; Jeffrey A. Liesemer; Julie W. Davis; Kevin Maclay; Mark T. Hurford; Marla R. Eskin; Nathan Finch; Peter Van N. Lockwood; Rita C. Tobin; Robert M. Horkovich; Trevor W. Swett; Walter Slocombe; Debra L. Felder; Guy, Jonathan P.; John C. Phillips, Jr.; Joshua Cutler; Kathleen Orr; Mary A. Wallace; Peri Mahaley; Richard H. Wyron; Roger Frankel; Andrew Running; Barbara Harding; Barbara Stansbury; Christopher T. Greco; Craig A. Bruens; David M. Bernick; Deanna Boll; James E. O'Neill; Janet S. Baer; Kathleen P. Makowski; Kimberly Love; Lisa G. Esayian; ljones@pszjlaw.com; Lynzy Oberholzer; Patricia Cuniff; Theodore L. Freedman; Timothy P. Cairns; David Blabey; Douglas Mannal; Greg Horowitz; Philip Bentley; Teresa K.D. Currier