UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF WITHDRAWAL AND REQUEST FOR NO FUTURE NOTICES**

John K. Rossman, formerly an attorney with the law firm of Hellmuth & Johnson, PLLC, 10400 Viking Drive, Suite 500, Eden Prairie, Minnesota 55344-7264 and currently an attorney with the law firm of Moss & Barnett, A Professional Association, appeared in the above-referenced case on behalf of West Group.

The undersigned, on behalf of Mr. Rossman, requests that Mr. Rossman, West Group and the law firm of Hellmuth & Johnson, PLLC no longer receive notices or any papers served or filed in this case, and that Mr. Rossman, West Group and the law firm of Hellmuth & Johnson, PLLC be deleted from the mailing matrix.

                                                       MOSS & BARNETT
                                                       A Professional Association

Dated: September 2, 2009                By /s/ James A. Rubenstein
                                                       James A. Rubenstein, MN I.D. #94080
                                                       John K. Rossman, MN I.D. #244831
                                                      4800 Wells Fargo Center
                                                       90 South Seventh Street
                                                       Minneapolis, MN 55402-4129
                                                       Telephone: (612) 877-5000

1455531v1