# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket Nos. 23018** |

### JOINDER OF MARYLAND CASUALTY COMPANY IN ARROWOOD'S MOTION TO STRIKE, AND OBJECTONS TO, THE LIBBY CLAIMANTS' DESIGNATION OF THE DEPOSITIONS OF TWENTY-ONE INDIVIDUAL CLAIMANTS TAKEN OUTSIDE THE BANKRUPTCY

Maryland Casualty Company hereby joins in *Arrowood's Motion to Strike, and Objections to, the Libby Claimants' Designation of the Depositions of Twenty-One Individual Claimants Taken Outside the Bankruptcy* [Docket No. 23018] filed on August 28, 2009 by Arrowood Indemnity Company, f/k/a Royal Indemnity Company.

Dated: September 2, 2009
       Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:
Edward J. Longosz, II
Gabriella V. Cellarosi
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

        Richard A. Ifft
        Karalee C. Morell
        WILEY REIN LLP
        1776 K Street, N.W.
        Washington, D.C.  20006
        (202) 719-7170 Telephone
        (202) 719-7049 Facsimile

        Counsel for Maryland Casualty Company

#714253