IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF MARK KOVACICH IN SUPPORT OF THE LIBBY CLAIMANTS' MOTION TO COMPEL DISCOVERY OF COVERAGE CORRESPONDENCE

I, Mark Kovacich, declare as follows:

1. I am an attorney licensed to practice law in the State of Montana. I am counsel of record for the Libby Claimants in this case.

2. My clients served discovery requests on the debtors, CNA, and MCC seeking copies of coverage correspondence relating to coverage for claims asserted by the Libby Claimants. Neither the debtors nor the insurers produced correspondence in response to the requests.

3. During the deposition of Jeff Posner, I learned Mr. Posner made specific demands for insurance coverage for claims asserted by the Libby Claimants from CNA and MCC on behalf of W.R. Grace. Mr. Posner testified the demands were specific to Libby, and both the demands and insurer's responses were communicated in writing. Counsel for W.R. Grace took our request for the correspondence under advisement during the deposition.

4. At the time of Mr. Posner's deposition, the parties to this case were still working on the details of a stipulated protective order addressing insurance issues. My co-counsel, Tom Lewis and Dan Cohn, had additional conversations with counsel for W.R. Grace about the coverage correspondence. W.R. Grace declined to produce the correspondence.

5. By e-mail communication, I requested copies of the correspondence from CNA and MCC. As of the date of this filing, I have not received any response from the insurers.

Executed on September 2, 2009. I declare under penalty of perjury that the foregoing is true and correct.

_____
Mark M. Kovacich