IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref No. _____ |

## ORDER GRANTING LIBBY CLAIMANTS' MOTION TO COMPEL DISCOVERY OF COVERAGE CORRESPONDENCE FROM THE PLAN PROPONENTS, CNA, AND MARYLAND CASUALTY COMPANY

Upon the Libby Claimants' Motion to Compel Discovery of Coverage Correspondence from the Plan Proponents, CNA, and Maryland Casualty Company (the "Motion")[1]; and due and sufficient notice of the Motion having been given; and the Court having considered the Motion and any responses thereto; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Plan Proponents, CNA and Maryland Casualty Company shall produce all communications between W.R. Grace and the insurers regarding insurance coverage applicable to the claims, which have been asserted by the Libby Claimants within three (3) days from entry of this order; and it is furhter

ORDERED that this Court shall retain jurisdiction over the Libby Claimants, the Plan Proponents, CNA and Maryland Casualty Company with respect to any matters related to, or arising from, the Motion or implementation of this Order.

Dated: September _____, 2009
        Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

{393.001-W0002580.}