Attachment B
To Fee Application
Summary of PwC's Fees By Professional
July 2009

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended July 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert Keehan | Audit Partner | 20 | Integrated Audit | $698.50 | 3.0 | $ 2,095.50 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $582.40 | 11.3 | $ 6,581.12 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 7.7 | $ 4,987.29 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 31.5 | $ 22,002.75 |
| Lawrence Brager | Director | 30+ | Integrated Audit | $384.80 | 9.3 | $ 3,578.64 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 6.1 | $ 2,502.28 |
| Joanna Own | Tax Manager | 4 | Integrated Audit | $291.20 | 27.1 | $ 7,891.52 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 73.1 | $ 29,986.35 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $218.40 | 23.9 | $ 5,219.76 |
| Todd Chesla | Tax Senior Associate | 2 | Integrated Audit | $218.40 | 35.0 | $ 7,644.00 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 63.9 | $ 14,526.39 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.30 | 0.7 | $ 159.11 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 21.0 | $ 4,640.58 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $223.52 | 22.7 | $ 5,073.90 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 91.0 | $ 19,069.05 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 147.7 | $ 23,072.22 |
| Alan Harkatz | Tax Associate | 2 | Integrated Audit | $150.80 | 24.0 | $ 3,619.20 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $156.21 | 64.4 | $ 10,059.92 |
| George Hannigan | Audit Associate | 2 | Integrated Audit | $170.28 | 27.0 | $ 4,597.56 |

| Phillip Crosby | Audit Associate | 3 | Integrated Audit | $175.26 | 8.0 | $ 1,402.08 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 22.2 | $ 2,734.82 |
| Shawn Mcneilly | Audit Associate | 1 | Integrated Audit | $123.19 | 32.6 | $ 4,015.99 |
| Shaun Boyle | Audit Intern | <1 | Integrated Audit | $63.50 | 44.7 | $ 2,838.45 |
| | | TOTAL | | | 797.9 | $ 188,298.48 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals          20.4                                                                         $2,813.71

## Summary of PwC's Fees By Project Category:
## July 2009

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 20.4 | $2,813.71 |

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 797.9 | $188,298.48 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 818.3 | $191,112.19 |

Expense Summary
July 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,886.23 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $13.31 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $1,899.54 |