# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended July 31, 2009

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Tom Smith | Integrated Audit | 7/31/09 | $ 38.50 | | | | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | Integrated Audit | 7/22/09 | $ 38.50 | | | | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | Integrated Audit | 7/20/09 | $ 38.50 | | | | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | Integrated Audit | 7/17/09 | $ 38.50 | | | | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | Integrated Audit | 7/16/09 | $ 38.50 | | | | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | Integrated Audit | 7/14/09 | $ 38.50 | | | | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | Integrated Audit | 7/6/09 | $ 38.50 | | | | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| Todd Chesla | Integrated Audit | 7/15/09 | $ 50.55 | | | | Travel from Miami to Boca (91.91 excess miles of normal commute * 0.55 per mile) |
| | Integrated Audit | 7/16/09 | $ 50.55 | | | | Travel from Miami to Boca (91.91 excess miles of normal commute * 0.55 per mile) |
| David Sands | Integrated Audit | 7/31/09 | $ 38.50 | | | | Mileage to client for meeting with CIO (round trip 70 miles * $0.55 per mile) |
| Justin Bray | Integrated Audit | 7/14/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 7/16/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 7/17/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 7/20/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 7/21/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 7/27/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 7/29/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 7/31/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Alison Garieb | Integrated Audit | 7/6/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 7/9/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 7/13/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 7/14/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 7/16/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 7/17/09 | $ 13.20 | | | | I had to visit 2 client sites, so this is for excess mileage attributed to Grace beyond travelling to the office that day (24 miles * $.55 rate) |
| | Integrated Audit | 7/20/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 7/21/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 7/22/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 7/23/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 7/27/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 7/29/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 7/31/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| Kristina Johnson | Integrated Audit | 7/13/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 7/14/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 7/15/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 7/16/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 7/20/09 | $ 36.85 | | | | 85 miles to the Tyson's office and then to and from client - 18 miles normal commute to the office = 67 miles every day excess * .55=36.85 |
| | Integrated Audit | 7/21/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 7/22/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 7/23/09 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| Brett Czajkowski | Integrated Audit | 7/31/09 | $ 20.90 | | | | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in N |
| Shahin Rahmani | Integrated Audit | 7/13/09 | $ 5.50 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | Integrated Audit | 7/14/09 | $ 5.50 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | Integrated Audit | 7/15/09 | $ 5.50 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | Integrated Audit | 7/17/09 | $ 5.50 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | Integrated Audit | 7/20/09 | $ 5.50 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |

| Name | Type | Date | Amount | | | | Description |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 7/21/09 | $ 5.50 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | Integrated Audit | 7/22/09 | $ 5.50 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | Integrated Audit | 7/23/09 | $ 5.50 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | Integrated Audit | 7/24/09 | $ 5.50 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| Pavel Katsiak | Integrated Audit | 7/1/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/2/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/6/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/7/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/8/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/9/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/13/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/14/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/15/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/16/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/20/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/21/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/22/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/23/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/27/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/28/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/29/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/30/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | Integrated Audit | 7/31/09 | $ 29.06 | | | | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| Jacqueline Calvo | Integrated Audit | 7/15/09 | $ 29.70 | | | | 70 miles each way less 16 regular commute = 54 miles * 0.55 per mile |
| | Integrated Audit | 7/15/09 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 7/16/09 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 7/15/09 | $ 29.70 | | | | 70 miles each way less 16 regular commute = 54 miles * 0.55 per mile |
| Shaun Boyle | Integrated Audit | 7/7/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/13/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/14/2009 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/15/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/16/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/17/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/20/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/21/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/22/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/23/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/24/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/27/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | Integrated Audit | 7/28/09 | $ 18.70 | | | | Mileage in excess of daily commute (34 miles * $.55 rate) |
| Melissa Noel | Integrated Audit | 7/9/2009 | | | $ 13.31 | | charge to overnight mail monthly fee application |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 1,899.54 | $ 1,886.23 | $ - | $ 13.31 | $ - |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended July 31, 2009

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Tom Smith | 7/31/09 | Audit Partner | $ 38.50 | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | 7/22/09 | Audit Partner | $ 38.50 | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | 7/20/09 | Audit Partner | $ 38.50 | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | 7/17/09 | Audit Partner | $ 38.50 | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | 7/16/09 | Audit Partner | $ 38.50 | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | 7/14/09 | Audit Partner | $ 38.50 | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | 7/6/09 | Audit Partner | $ 38.50 | Round trip from McLean to Columbia, MD (excess miles of normal commute 70 * $0.55 per mile) |
| | | | $ 269.50 | |
| Todd Chesla | 7/15/09 | Tax Senior Associate | $ 50.55 | Travel from Miami to Boca (91.91 excess miles of normal commute * 0.55 per mile) |
| | 7/16/09 | Tax Senior Associate | $ 50.55 | Travel from Miami to Boca (91.91 excess miles of normal commute * 0.55 per mile) |
| | | | $ 101.10 | |
| David Sands | 7/31/2009 | Audit Senior Manager | $ 38.50 | Mileage to client for meeting with CIO (round trip 70 miles * $0.55 per mile) |
| | | | $ 38.50 | |
| Justin Bray | 7/14/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 7/16/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 7/17/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 7/20/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 7/21/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 7/27/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 7/29/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 7/31/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | | | $ 184.80 | |
| Alison Garleb | 7/6/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 7/9/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 7/13/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 7/14/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 7/16/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 7/17/09 | Audit Senior Associate | $ 13.20 | I had to visit 2 client sites, so this is for excess mileage attributed to Grace beyond travelling to the office that day (24 miles * $.55 rate). |
| | 7/20/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 7/21/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 7/22/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 7/23/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 7/27/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 7/29/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 7/31/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | | | $ 66.00 | |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| Kristina Johnson | 7/13/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 7/14/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 7/15/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 7/16/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 7/20/09 | Audit Associate | $ | 36.85 | 85 miles to the Tyson's office and then to and from client - 18 miles normal commute to the office = 67 miles every day excess * .55=36.85 |
| | 7/21/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 7/22/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 7/23/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | | | $ | 283.25 | |
| Brett Czajkowski | 7/31/2009 | Audit Senior Associate | $ | 20.90 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) In addition to standard commute to PwC office in McLe |
| | | | $ | 20.90 | |
| Shahin Rahmani | 7/13/09 | Audit Associate | $ | 5.50 | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | 7/14/09 | Audit Associate | $ | 5.50 | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | 7/15/09 | Audit Associate | $ | 5.50 | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | 7/17/09 | Audit Associate | $ | 5.50 | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | 7/20/09 | Audit Associate | $ | 5.50 | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | 7/21/09 | Audit Associate | $ | 5.50 | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | 7/22/09 | Audit Associate | $ | 5.50 | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | 7/23/09 | Audit Associate | $ | 5.50 | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | 7/24/09 | Audit Associate | $ | 5.50 | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75) Round trip cost = $5.50 |
| | | | $ | 49.50 | |
| Pavel Katsiak | 7/1/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/2/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/6/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/7/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/8/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/9/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/13/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/14/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/15/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/16/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/20/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/21/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/22/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/23/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/27/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/28/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/29/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/30/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |
| | 7/31/09 | Audit Associate | $ | 29.06 | Mileage in excess over regular commute of 52.84 round trip * 0.55 from Arlington, VA to Columbia, MD |

| | | | | | |
|---|---|---|---|---|---|
| | | | $ | 552.18 | |
| Jacqueline Calvo | 7/15/09 | Tax Senior Associate | $ | 29.70 | 70 miles each way less 16 regular commute = 54 miles * 0.55 per mile |
| | 7/15/09 | Tax Senior Associate | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 7/16/09 | Tax Senior Associate | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 7/15/09 | Tax Senior Associate | $ | 29.70 | 70 miles each way less 16 regular commute = 54 miles * 0.55 per mile |
| | | | $ | 77.40 | |
| Shaun Boyle | 7/7/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/13/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/14/2009 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/15/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/16/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/17/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/20/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/21/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/22/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/23/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/24/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/27/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | 7/28/09 | Audit Intern | $ | 18.70 | Mileage in excess of daily commute (34 miles * $.55 rate) |
| | | | $ | 243.10 | |
| Melissa Nool | 7/9/2009 | Project Team Specialist | $ | 13.31 | charge to overnight mail monthly fee application |
| | | | $ | 13.31 | |
| | | | $ | 1,899.54 | |