# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>Related to Dkt. Nos. 20872, 22559, 22880 |

### SECOND AMENDMENT TO PRETRIAL SUBMISSION OF FIREMAN'S FUND INSURANCE COMPANY, WITH RESPECT TO ITS "SURETY CLAIM," FOR PHASE II OF THE HEARING ON CONFIRMATION OF THE FIRST AMENDED PLAN OF REORGANIZATION

Fireman's Fund Insurance Company ("Fireman's Fund"), a creditor and party in interest, hereby submits the second amendment to its previously-filed Pretrial Submission with respect to its "Surety Claim" for Phase II of the hearing on confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co. (Dkt. No. 22559), to designate the following additional exhibits it presently intends to introduce into evidence during the Phase II trial:

P.　　June 30, 2000 e-mail from Carolyn J. Abbott of Fireman's Fund to Rick Rose at Marsh USA Inc. (FFICSC 00695).

Q.　　July 5, 2000 letter from Robert M. Tarola of W.R. Grace & Co. to Carolyn Abbott of Fireman's Fund (FFICSC 00696).

R.　　June 28, 2000 e-mail from Bobby W. Luttrell of Fireman's Fund to Carolyn J. Abbott of Fireman's Fund (FFICSC 00697-98).

S.　　E-mails dated June 28, 2000 between Scott A. Leone of Fireman's Fund and Carolyn J. Abbott of Fireman's Fund (FFICSC 00699).

T.　　E-mail dated June 28, 2000 from Carolyn J. Abbott of Fireman's Fund to

Scott A. Leone of Fireman's Fund (FFICSC 00700-02).

U. E-mail dated June 30, 2000 from Bobby W. Luttrell of Fireman's Fund to Carolyn J. Abbott of Fireman's Fund (FFICSC 00703-04).

V. E-mail dated June 30, 2000 from Bobby W. Luttrell of Fireman's Fund to Rick Rose of Marsh USA Inc. (FFICSC 00705).

W. Letter dated July 10, 2000 from Bobby W. Luttrell of Fireman's Fund to Richard C. Rose of Marsh USA Inc. (FFICSC 00706).

X. Letter dated July 13, 2000 from Martin Hunter of W.R. Grace & Co. to Bobby W. Luttrell of Fireman's Fund (FFICSC 00707).

Fireman's Fund continues to reserve its right to supplement its designation of exhibits and to introduce additional documentary evidence to rebut or respond to evidence offered by any other party.

Dated: August 28, 2009                    Respectfully submitted,

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Telecopier: (202) 628-5116
Email: mplevin@crowell.com
Email: ldavis@crowell.com

...

- 3 -

Email: tyoon@crowell.com

Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702
Telephone:  (215) 751-2864/2885
Telecopier:  (610) 371-7376/8505
Email:  lpg@stevenslee.com
Email:  mes@stevenslee.com

Attorneys for Fireman's Fund Insurance Company

8805023