IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*        Bankruptcy No. 01-1139-JKF
    Debtor(s)

                       Chapter 11
                       Jointly Administered

**Related to Doc. No.** 22978, Libby Claimants' Motion in Limine to Preclude Expert Testimony by Pamela D. Zilly Concerning Best Interests Standard Under Section 1129(a)(7)

**ORDER AMENDING CASE MANAGEMENT ORDER TO THE EXTENT AN EXPERT REPORT IS NEEDED ON THE BEST INTERESTS TEST AND DENYING MOTION TO PRECLUDE PAMELA D. ZILLY'S TESTIMONY**

**AND NOW**, this **2nd** day of **September, 2009**, for the reasons stated on the record on September 1, 2009, the report filed by the Plan Proponents on August 31, 2009, regarding Ms. Zilly's analysis is authorized and the Case Management Order is amended to provide for the filing of this report. Ms. Zilly is to be made available for a deposition not to exceed four (4) hours after the Libby Claimants' initial portion of the plan confirmation hearing is concluded and prior to Ms. Zilly's testimony on the best interests analysis.

    It is **FURTHER ORDERED** that the Libby Claimants' motion to preclude Pamela D. Zilly's testimony is denied.

    It is **FURTHER ORDERED** that counsel for Libby Claimants shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

                                    */s/ Judith K. Fitzgerald*
                                    Judith K. Fitzgerald    rmab
                                    United States Bankruptcy Judge