**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**Related to Docket No. 23081**

**JOINDER OF FIREMAN'S FUND INSURANCE COMPANY, ALLIANZ S.P.A., F/K/A RIUNIONE ADRIATICA DI SICURTA, AND ALLIANZ SE, F/K/A ALLIANZ AKTIENGESELLSCHAFT TO THE OBJECTIONS OF GOVERNMENT EMPLOYEES INSURANCE COMPANY, REPUBLIC INSURANCE COMPANY, SEATON INSURANCE COMPANY, AND ONEBEACON INSURANCE COMPANY TO THE PHASE II TRIAL EXHIBITS PROFFERED BY PLAN PROPONENTS AND RESERVATION OF EVIDENTIARY OBJECTIONS AS TO PHASE II TRIAL EXHIBITS PROFFERED BY ALL PARTIES**

Fireman's Fund Insurance Company, Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft (collectively, "FFIC/Allianz"), hereby join the *Objections Of Government Employees Insurance Company, Republic Insurance Company, Seaton Insurance Company, And OneBeacon Insurance Company To The Phase Ii Trial Exhibits Proffered By Plan Proponents And Reservation Of Evidentiary Objections As To Phase Ii Trial Exhibits Proffered By All Parties* [Docket No. 23081], filed on August 31, 2009.

Dated: September 2, 2009
Wilmington, Delaware

STEVENS & LEE, P.C.

 */s/ John D. Demmy.*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

-and-

SL1 945590v1/021630.00003

Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Telephone: (215) 751-2864/2885
Telecopier: (610) 371-7376/8505
Email: lpg@stevenslee.com
Email: mes@stevenslee.com

ATTORNEYS FOR FIREMAN'S FUND
INSURANCE COMPANY, ALLIANZ
S.p.A., f/k/a RIUNIONE ADRIATICA DI
SICURTA, AND ALLIANZ SE, f/k/a
ALLIANZ AKTIENGESELLSCHAFT

## **CERTIFICATE OF SERVICE**

I certify on this 2nd day of September, 2009, in addition to the notice provided by the Court's CM/ECF electronic filing system, that true and correct copies of the foregoing *Joinder Of Fireman's Fund Insurance Company, Allianz S.P.A., f/k/a Riunione Adriatica Di Sicurta, And Allianz Se, f/k/a Allianz Aktiengesellschaft To The Objections Of Government Employees Insurance Company, Republic Insurance Company, Seaton Insurance Company, And OneBeacon Insurance Company To The Phase II Trial Exhibits Proffered By Plan Proponents And Reservation Of Evidentiary Objections As To Phase Ii Trial Exhibits Proffered By All Parties* were served on the parties on the attached service list by electronic mail.

                                             */s/ John D. Demmy.*
                                             John D. Demmy

**SERVICE LIST**

aaronsona@pepperlaw.com
acordo@mnat.com
acraig@cuyler.com
akelley@dilworthlaw.com
akrieger@stroock.com
alexander.mueller@mendes.com
anna.newsom@mendes.com
arich@alanrichlaw.com
arosenberg@paulweiss.com
arunning@kirkland.com
belias@omm.com
bharding@kirkland.com
bmukherjee@goodwinprocter.com
bsb@capdale.com
bsb@capdale.com
bstansbury@kirkland.com
butcher@lrclaw.com
candon@cwg11.com
carignanj@pepperlaw.com
carl.pernicone@wilsonelser.com
carolina.acevedo@mendes.com
casarinom@whiteandwilliams.com
caseyl@pepperlaw.com
Catherine.chen@wilsonelser.com
cbruens@kirkland.com
cgreco@kirkland.com
cohn@cwg11.com
collins@rlf.com
cprince@sonnenschein.com
david.boutrous@kirkland.com
david.klauder@usdoj.gov
david.primack@dbr.com
david.turetsky@skadden.com
dbernick@kirkland.com
dblabey@kramerlevin.com
dfelder@orrick.com
dglosband@goodwinprocter.com
dj.baker@skadden.com
dmannal@kramerlevin.com
Dpastor@Gilmanpastor.com
drosenbloom@mwe.com
drosendorf@kttlaw.com
dsilver@mccarter.com
dspeights@speightsrunyan.com
ealcabes@stblaw.com
ei@capdale.com
eileen.mccabe@mendes.com
elongosz@eckertseamans.com
emdecristofaro@FMEW.com
erosenthal@rmgglaw.com
ewestbrook@rpwb.com
ewolfe@skfdelaware.com
fmonaco@wcsr.com
fournierd@pepperlaw.com
FRosner@mrs-law.com
gcalhoun@steptoe.com
ghorowitz@kramerlevin.com
gibbonsj@whiteandwilliams.com
gmcdaniel@bglawde.com
gmcdaniel@bglawde.com
green@lrclaw.com
gsvirsky@omm.com
heather.bloom@kirkland.com
hertzbergr@pepperlaw.com
hriedel@srbp.com
ilevee@lowenstein.com
IRosenberg@cozen.com
jal@capdale.com
jal@capdale.com
james.freeman2@usdoj.gov
jbaer@jsbpc.com
jcohn@cozen.com
jcp@pgslaw.com
jcutler@orrick.com
jeff.friedman@kattenlaw.com
jeffrey.boerger@dbr.com
jguy@orrick.com
jk@kttlaw.com
jmeltzer@sbtklaw.com
john.mcfarland@grace.com
joneill@pszjlaw.com
jpruggeri@hhlaw.com
jpw@capdale.com
jpw@capdale.com
jsakalo@bilzin.com
jsottile@zuckerman.com
jspadaro@johnsheehanspadaro.com
jwaxman@cozen.com
jwisler@cblh.com
kandestin@rlf.com
karen.f.lee@kirkland.com
kbornstein@sbtklaw.com
klove@kirkland.com
kmakowski@pszjlaw.com

kmangan@wcsr.com
kmayer@mccarter.com
kmiller@skfdelaware.com
korr@orrick.com
kpasquale@stroock.com
landis@lrclaw.com
lepley@crowell.com
lesayian@kirkland.com
lkruger@stroock.com
loberholzer@pszjlaw.com
locasaleg@whiteandwilliams.com
lstover@eckertseamans.com
Madigan.andrea@epa.gov
madron@rlf.com
mark.shelnitz@grace.com
maward@wcsr.com
mdavis@zeklaw.com
mdavis@zeklaw.com
meltzere@pepperlaw.com
merritt.pardini@kattenlaw.com
meskin@camlev.com
metkin@lowenstein.com
mgiannotto@goodwinprocter.com
mhurford@camlev.com
michael.brown@dbr.com
mjoseph@ferryjoseph.com
mkramer@bilzin.com
mlastowski@duanemorris.com
mphillips@cblh.com
mphillips@paulweiss.com
mpiropato@stblaw.com
mplevin@crowell.com
mshiner@tuckerlaw.com
mumford@lrclaw.com
mwallace@orrick.com
mweis@dilworthlaw.com
nancy.manzer@wilmer.com
ndf@capdale.com
noah.heller@kattenlaw.com
pbentley@kramerlevin.com
pcuniff@pszjlaw.com
pkoepff@omm.com
pmahaley@orrick.com

ppantaleo@stblaw.com
pvnl@capdale.com
ramos@rlf.com
rdehney@mnat.com
Reynolds@rlf.com
rfrankel@orrick.com
rguttmann@zeklaw.com
rhorkovich@andersonkill.com
richard.finke@grace.com
rifft@wileyrein.com
rjsidman@vorys.com
rmillner@sonnenschein.com
rriley@duanemorris.com
rwyron@orrick.com
sbaena@bilzin.com
sfreedman@dilworthlaw.com
speirce@fulbright.com
SSchindlerWilliams@KRAMERLEVIN.com
sshimshak@paulweiss.com
stearn@rlf.com
swspencer@FMEW.com
tcairns@pszjlaw.com
tcurrier@saul.com
tfreedman@kirkland.com
tgerber@fulbright.com
tgerber@fulbright.com
thomas.quinn@mendes.com
tmacauley@zuckerman.com
tmessana@mws-law.com
toolee@pepperlaw.com
travis.langenkamp@kirkland.com
tschiavoni@omm.com
tscobb@vorys.com
ttacconelli@ferryjoseph.com
ustpregion03.wl.ecf@usdoj.gov
vguldi@zuckerman.com
warren.pratt@dbr.com
wbs@capdale.com
wbs@capdale.com
wrussell@stblaw.com
wshelley@cozen.com
yoderj@whiteandwilliams.com
young@wildman.com