**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

W.R. Grace & Co., *et al.*             Bankruptcy No. 01-1139-JKF
    Debtor(s)

                                       Chapter 11
                                       Jointly Administered

**ORDER REGARDING DAILY TRANSCRIPTS THAT MAY BE REQUESTED
DURING THE PLAN CONFIRMATION HEARING**

**AND NOW**, this **2nd** day of **September, 2009**, it is **ORDERED** that the Court will permit the filing on the docket of uncorrected official transcripts as soon as they are received by the Court, subject to corrected versions being filed in due course. Although the parties may make use of the uncorrected versions during trial until the corrected versions are filed, when corrected versions are filed the corrected versions will be the only official version and shall be used by the parties thereafter.

*Judith K. Fitzgerald*    **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge