**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 23018 and _____** |

**ORDER GRANTING ARROWOOD'S MOTION TO SHORTEN NOTICE**
**IN CONNECTION WITH ARROWOOD'S MOTION TO**
**STRIKE,  AND OBJECTIONS TO, THE LIBBY CLAIMANTS'**
**DESIGNATION OF THE DEPOSITIONS OF TWENTY-ONE INDIVIDUAL**
**CLAIMANTS TAKEN OUTSIDE THE BANKRUPTCY**

Upon the Motion to Shorten Notice in Connection With Arrowood's Motion to

Strike,  and Objections to, The Libby Claimants' Designation of the Depositions of

Twenty-One Individual Claimants Taken Outside the Bankruptcy (the "Motion to

Shorten"); and the Court having considered the Motion to Shorten; and after due

deliberation; and it appearing that sufficient cause exists for granting the requested relief;

it is hereby

ORDERED that the Motion to Shorten is GRANTED.

FURTHER ORDERED that a hearing on the Arrowood's Motion to Strike,  and

Objections to, The Libby Claimants' Designation of the Depositions of Twenty-One

Individual Claimants Taken Outside the Bankruptcy (the "Motion") will be held on

_____, ____, 2009; and

FURTHER ORDERED that that the objection deadline to the Motion will be

_____, _____ 2009.

FURTHER ORDERED that counsel for Arrowood shall immediately serve an

electronic copy of this Order on all parties in interest and shall file a certificate of service

forthwith.


Dated: _____


_____
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE