# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| W.R. GRACE & CO., *et al*., | : |
| | : Case No. 01-1139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |
| | : |
| | : Related Doc. No. 21544, 23081 |

**FEDERAL INSURANCE COMPANY'S JOINDER TO THE OBJECTIONS OF GOVERNMENT EMPLOYEES INSURANCE COMPANY, REPUBLIC INSURANCE COMPANY, SEATON INSURANCE COMPANY, AND ONEBEACON INSURANCE COMPANY TO THE PHASE II TRIAL EXHIBITS PROFFERED BY PLAN PROPONENTS AND RESERVATION OF EVIDENTIARY OBJECTIONS AS TO <u>PHASE II TRIAL EXHIBITS PROFFERED BY ALL PARTIES</u>**

Federal Insurance Company ("Federal"), by and through its counsel, hereby joins in the Objections Of Government Employees Insurance Company, Republic Insurance Company, Seaton Insurance Company, And OneBeacon Insurance Company To The Phase II Trial Exhibits Proffered By Plan Proponents And Reservation Of Evidentiary Objections As To Phase II Trial Exhibits Proffered By All Parties [Docket No. 23081], filed on August 31, 2009.

Respectfully submitted,

COZEN O'CONNOR

*/s/ Barry Klayman*
Barry M. Klayman (DE No. 3676)
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
(302) 295-2035 Telephone
(215) 701-2209 Facsimile

- and -

William P. Shelley (PA ID 40875)
Jacob C. Cohn (PA ID 54139)
Ilan Rosenberg (PA ID 89668)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000 Telephone
(215) 665-2013 Facsimile

Dated: September 2, 2009                Attorneys for Federal Insurance Company