IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

**ANDERSON MEMORIAL HOSPITAL'S RESERVATIONS AND CONDITIONAL OBJECTIONS TO PLAN PROPONENTS' PROFFERED TRIAL EXHIBITS FOR PHASE II OF THE CONFIRMATION HEARING**

Anderson Memorial Hospital ("Anderson") hereby reserves its right to object and hereby conditionally objects to the Plan Proponents' proffered trial exhibits as follows:

1. The Court, over the objection of some, including Anderson, granted the Plan Proponents' request to divide the Confirmation Hearing into eight trials. Those portions of the Confirmation Hearing dealing with Anderson's objections are scheduled for the 7th and 8th trial days. The Plan Proponents should be required to designate the exhibits they intend to offer with respect to the 7th and 8th days of trial.

2. In addition, the Plan Proponents have failed to provide Anderson with a number of trial exhibits, either because they "will be made available" at some point in the future, or because they are "confidential," or because they are in some unspecified location (such as a virtual data room). Anderson should not be required to object to exhibits which the Plan Proponents intend to use in the 7th and 8th trial days unless and until the Plan Proponents provide hard copies. Furthermore, as a result of the Plan Proponents' actions, Anderson has not been able to complete discovery. Importantly, Anderson is awaiting a ruling on its Motion for expedited consideration of its Motion to

Compel regarding the Debtors' instructions at Mr. Shelnitz's deposition, which Anderson first noticed in May.

3.      Notwithstanding the foregoing, upon examination of the Plan Proponents' Exhibit List, it is evident to Anderson that the vast majority of exhibits deal with issues which are scheduled for other days in which Anderson is not involved, and that Anderson will have few if any objections to exhibits.

DATED:  September 2, 2009

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

KOZYAK  TROPIN &
THROCKMORTON, P.A.
John W. Kozyak
David L. Rosendorf
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

*Counsel for Anderson Memorial Hospital*