# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT A - CONTINUED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AKZO NOBEL SURFACE CHEMISTRY LLC[1] C/O [illegible] RT [illegible] TABLER RD PO BOX [illegible] MORRIS, IL [illegible] | 01-01140 W.R. GRACE & CO.-CONN. | 3344 | $[illegible] | (U) | REDUCTION IS DUE TO A STIPULATION WITH CONTINENTAL CASUALTY COMPANY (CNA), APPROVED BY COURT ORDER (DKT. NO. [illegible]) WHERE CNA PAID THE CLAIM AND THE REDUCED AMOUNT OF THIS CLAIM OF $[illegible] IS FOR THE DEDUCTIBLE AMOUNT OWED BY THE DEBTORS. |
| 2 | GRAU, JAMES AND ANNA C/O RICHARD L FERRELL ESQ 425 WALNUT ST STE [illegible] CINCINNATI, OH [illegible] | 01-01140 W.R. GRACE & CO.-CONN. | [illegible] | $[illegible] | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 3 | [illegible] GRAU & SONS INC C/O RICHARD L FERRELL ESQ TAFT STETTINIUS & HOLLISTER LLP 425 WALNUT ST STE [illegible] CINCINNATI, OH [illegible] | 01-01140 W.R. GRACE & CO.-CONN. | [illegible] | $[illegible] | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 4 | INDIANA DEPARTMENT OF REVENUE 100 N SENATE AVE BANKRUPTCY SECTION ROOM N-[illegible] INDIANAPOLIS, IN [illegible] | 01-01139 W.R. GRACE & CO. | [illegible] | $[illegible] (P) $[illegible] (U) | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 5 | INDIANA DEPARTMENT OF REVENUE COMPLIANCE DIVISION ROOM [illegible] BANKRUPTCY SECTION [illegible] INDIANAPOLIS, IN [illegible]-2253 | 01-01140 W.R. GRACE & CO.-CONN. | [illegible] | $[illegible] | (U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 6 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 01-01140 W.R. GRACE & CO.-CONN. | [illegible] | $[illegible] | (U) | DEBTORS' BOOKS AND RECORDS SHOW THAT THE ONLY LIABILITY FOR THIS CLAIM IS $[illegible]. THEREFORE, THE CLAIM SHOULD BE ALLOWED IN THE AMOUNT OF $[illegible]. |
| 7 | MUNOZ, GLORIA C/O ANTHONY S PETRU ESQ HILDEBRAND MCLEOD AND NELSON INC [illegible] FRANK H OGAWA PLAZA 4TH FLR OAKLAND, CA [illegible] | 01-01140 W.R. GRACE & CO.-CONN. | [illegible] | $[illegible] | (U) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured

[illegible]

# In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT A - CONTINUED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 8 | NEW YORK STATE DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX [illegible]<br>ALBANY, NY [illegible] | 01-01139<br>LITIGATION MANAGEMENT, INC | 27[illegible] | [illegible]<br>[illegible]<br>[illegible] | (S)<br>(P)<br>(U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 9 | PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | 01-01144<br>ANCOM, INC. | 218 | [illegible]<br>[illegible]<br>[illegible] | (S)<br>(P)<br>(U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 10 | PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | 01-01183<br>MRA STAFFING SYSTEMS, INC. | 4[illegible] | [illegible]<br>[illegible]<br>[illegible] | (S)<br>(P)<br>(U) | DEBTORS' BOOKS AND RECORDS SHOWING LIABILITY FOR THIS CLAIM. |
| 11 | ROWE, RICHARD C<br>C/O STEPHEN R TETRO<br>233 S WACKER DR STE 5800<br>CHICAGO, IL [illegible] | 01-01140<br>W.R. GRACE & CO.-CONN. | [illegible] | UNKNOWN | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 12 | ROWE, RICHARD C<br>PO BOX [illegible]<br>MEMPHIS, TN [illegible] | 01-01140<br>W.R. GRACE & CO.-CONN. | 18[illegible] | UNKNOWN | (S) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 13 | SEATON INSURANCE COMPANY<br>DRINKER BIDDLE & REATH LLP<br>DAVID P PRIMACK<br>1100 N MARKET ST, STE 1000<br>WILMINGTON, DE 19801-1254 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15531 | UNKNOWN<br>UNKNOWN | (S)<br>(U) | NO BASIS FOR SECURED CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED. |
| 14 | WRIGHT, JR<br>216 ROCKRIDGE DR<br>GLENWOOD SPRINGS, CO [illegible] | 01-01140<br>W.R. GRACE & CO.-CONN. | [illegible] | [illegible] | (P) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured (P) - Priority (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# In re: W.R. GRACE & CO., et al

## OMNIBUS 25: EXHIBIT A - CONTINUED CLAIMS

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| | | Totals: | $67,858.00 | (A) | |
| | | | $9,[illegible].24 | (P) | |
| | | | $3,115,[illegible] | (S) | |
| | | | $4,915,[illegible].24 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

***(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured