**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 3rd day of September, 2009, I caused a copy of the **Objection of Maryland Casualty Company to BNSF Railway Company's Initial Deposition Designations of Testimony of Karen O. McKee** to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Teresa K.D. Currier, Esq.<br>Buchanan Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl & Jones, LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801 |
| David Klauder, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | Marla Eskin, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 |

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

| | |
|---|---|
| Philip Bentley, Esq.<br>Douglas Manual, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | David M. Bernick Esq.<br>Theodore L. Freedman, Esq.<br>Kirkland & Ellis LLP<br>153 E. 53rd Street<br>New York, NY 10022 |
| Peter Van N. Lockwood, Esq.<br>Ronald Reinsel, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC 20005 | Roger Frankel, Esq.<br>Richard H. Wryon, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20005 |
| Scott L. Baena, Esq.<br>Jay M Sakalo, Esq.<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131-5340 | Lewis Kruger, Esq.<br>Arlene Kreiger, Esq.<br>Kenneth Pasquale, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| David T. Austern<br>3110 Fairview Park Drive, Suite 200<br>Falls Church, VA 22042-0683 | Alexander M. Sanders, Jr.<br>19 Water Street<br>Charleston, SC 29401 |
| Alan B. Rich, Esq.<br>1401 Elm Street, Suite 4620<br>Dallas, TX 75202-3909 | Sealed Air Corporation<br>200 Riverfront Boulevard<br>Elmwood Park, NJ 07407 |

| | |
|---|---|
| D.J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| Fresenius Medical Care North America<br>Corporate Headquarters<br>Corporate Law Department<br>95 Hayden Avenue<br>Lexington, MA 02420-9192<br>Attn: General Counsel | David S. Rosenbloom, Esq.<br>McDermott, Will & Emery<br>227 W. Monroe, Suite 4400<br>Chicago, IL 60606 |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 | Janet S. Baer, Esq.<br>The Law Offices of Janet S. Baer, P.C.<br>70 W. Madison St., Suite 2100<br>Chicago, IL 60602 |

                    /s/ Jeffrey C. Wisler
                        Jeffrey C. Wisler

#714727