IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 23093, 23091 |

**MODIFIED ORDER FOR LEAVE FROM CASE MANAGEMENT ORDER
AND TO SHORTEN NOTICE AND EXPEDITE CONSIDERATION OF LIBBY
CLAIMANTS' MOTION TO COMPEL DISCOVERY OF COVERAGE
CORRESPONDENCE FROM THE PLAN PROPONENTS, CNA,
AND MARYLAND CASUALTY COMPANY**

Upon the Motion (the "Motion to Shorten") of the Libby Claimants pursuant to Del. Bankr. L.R. 9006-1(e) and Fed. R. Bankr. P. 9006(c), for leave from this Court's Case Management Order and to shorten notice and expedite consideration with respect to the Libby Claimants' Motion to Compel Discovery of Coverage Correspondence From the Plan Proponents, CNA, and Maryland Casualty Company (the "Motion to Compel"); and the Court having considered the Motion to Shorten; and after due deliberation; and it appearing that sufficient cause exists for granting the requested relief; it is hereby

ORDERED that the Motion to Shorten is GRANTED; and it is further

ORDERED that the Libby Claimants are granted leave from the Case Management Order; and it is further

ORDERED that the notice period with respect to the Motion to Compel is shortened and a hearing is scheduled for **Sept. 11**, 2009 at **8**:**30** **a**.m. (ET); and it is further

{393.001-W0002603.}

DKT. NO. 23126
DT. FILED 9/3/09

ORDERED that the date by which objections to the relief requested in the Motion to Compel are to be filed with the Court and served upon counsel to the Libby Claimants is September 10 __, 2009 at by 3:00 p.m. (ET). **

~~The Honorable Judith K. Fitzgerald~~
~~United States Bankruptcy Judge~~

** ORDERED that, once filed, paper copies of all objections/responses must be delivered to Pittsburgh Chambers, 54th Floor, Suite 5490, 600 Grant Street, Pittsburgh, PA, no later than 3:15 p.m. ET.

ORDERED that counsel for Libby Claimants shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

DATED: September 3, 2009

*Judith K. Fitzgerald*
rmab

{393.001-W0002603.}

2