UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  | x |  |
|---|---|---|
| **In re:** | : |  |
|  | : |  |
| **W.R. GRACE & CO.** | : | Chapter 11: Case No. 01-01139 (JKF) |
|  | : | Jointly Administered |
| **Debtors** | : |  |
|  | x |  |

## STIPULATION REGARDING TESTIMONY AND REPORT OF DR. WILLIAM E. LONGO

It is hereby stipulated and agreed between ~~the Debtor~~, the Official Committee of Asbestos Claimants and the Libby Claimants that:

1. Dr. William E. Longo is a materials scientist with a Ph. D, Material Science and Engineering from the University of Florida. He President of Materials Analytical Services (MAS), Inc. headquartered in Atlanta, Georgia. In addition to Atlanta, MAS has an office in Los Angeles, California. MAS specializes in the characterization of materials for the following industries: Environmental, Industrial Hygiene, Building and Construction Products and VOC emission testing.

2. The Curriculum Vitae of Dr. William E. Longo is attached as Exhibit A and is a true and exact copy of his Curriculum Vitae and is admissible without further authentication just as if he appeared and testified live at trial.

3. Dr. William E. Longo is a retained expert witness who if called to testify live would express the opinions set forth in his expert report dated December 28, 2008

#327706

(attached as Exhibit B), which includes his 2006 estimation report; these reports thus serve as Dr. Longo's direct testimony.

4. The Expert Report of Dr. William E. Longo, dated December 28, 2008, (attached as Exhibit B) is admissible and may be received into evidence just as if Dr. William E. Longo appeared and testified live at trial.

5. In connection with his analytical work on Grace products, Dr. Longo has evaluated various Grace products containing tremolite, winchite and richterite from the former Grace mine located in Lincoln County, Montana.

6. The Libby claimants' cross examination of Dr. Longo shall consist of their designations of questions and answers from Dr. Longo's depositions taken on July 1, 2009 in connection with the confirmation hearing discovery or in connection with the estimation hearing discovery taken on October 23, 2007. (attached as Exhibit C).

Dated: August 19, 2009

Respectfully submitted,

**CAPLIN & DRYSDALE, CHARTERED**

By /s/ Nathan D. Finch
Nathan D. Finch
One Thomas Circle, NW, Suite 1100
Washington, D.C. 20005
Telephone: 202-862-5000
Facsimile: 202-429-3301

*Counsel for Official Committee of Asbestos Claimants*

CAMPBELL & LEVINE, LLC

Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

#327706

**LEWIS SLOVAK & KOVACICH PC**

By *[signature]*
Tom L. Lewis
Mark M. Kovacich
725 3rd Avenue North
Great Falls, MT 59401
Telephone: (406) 761-5595
Facsimile: (406) 761-5805

- and -

**LANDIS RATH & COBB LLP**
Adam G. Landis
Kerri K. Mumford
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

**COHN WHITESELL & GOLDBERG LLP**
Daniel C. Cohn
Christopher M. Candon
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*

**KIRKLAND & ELLIS LLP**

By: _____
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
13 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

- and –

#327706

KIRKLAND & ELLIS LLP
Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone (202) 879-5000
Facsimile (202) 879-5200

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neil (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*

#327706