# EXHIBIT C - PART 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                          ) Chapter 11
                                )
W.R. GRACE & CO., et al.,       ) Case No. 01-01139 (JKF)
                                )
            Debtors.            ) Jointly Administered
                                )
_____     ) Ref. No. 21634,


DEPOSITION OF

WILLIAM E. LONGO, PH.D.


July 1, 2009

10:50 a.m.


Suite 400
2180 Satellite Boulevard
Duluth, Georgia


Frances Buono, RPR, CCR-B-791


Atlanta Reporters, Inc.
Georgia Certified Court Reporters
(866) 344-0459
www.atlanta-reporter.com

4

1          (Reporter disclosure made pursuant to

2      Article 10.B. of the Rules and Regulations of

3      the Board of Court Reporting of the Judicial

4      Council of Georgia.)

5                WILLIAM E. LONGO, PH.D.,

6 having been first duly sworn, was examined and

7 testified as follows:

8                    EXAMINATION

9 BY MR. KOVACICH:

10      Q.    Please state your name.

11      A.    William Edward Longo.

12      Q.    Dr. Longo, I see you brought some material

13 with you today.  Perhaps at a break I will take a

14 look at that, but could you give me a general

15 description of what you brought?

16      A.    Sure.  All the footnoted references in the

17 report are sitting in there, except for a couple I

18 couldn't find.

19      Q.    Did you review anything to prepare for

20 your testimony here today?

21      A.    Just my report.

22      Q.    And you're referring to the December 29,

23 2008, report?

24      A.    Yes, sir.

25      Q.    We are going to go ahead and mark that as

1 State of Hawaii.  We probably looked at 300

2 buildings.  Over 200 of them were W.R. Grace.

3            Then the next largest manufacturer would

4 be U.S. Gypsum, then it goes to National Gypsum, then

5 it goes to U.S. Mineral, and so on.

6      Q.    When you would analyze the asbestos-

7 containing materials in those buildings, would it be

8 typical that you would find asbestos-containing

9 materials manufactured by multiple parties?

10     A.    It would be.

11     Q.    In those buildings?

12     A.    In the same building?

13     Q.    Right.

14     A.    Or all the buildings?

15     Q.    In the same building, let me ask you that

16 first.

17     A.    Well, yes and no.  Certainly for the

18 fireproofing materials, that would be typically no.

19 On rare occasions.  Sometimes you would find

20 something unusual, such as in the '72 - '73 time

21 frame.  If the building complex was built in stages,

22 you would go from Monokote-3 to a mixture of

23 Monokote-3 and Monokote-4, which is the nonasbestos

24 material, and then Monokote-4.  It was very rare to

25 find two different fireproofings in the same

10

1 building.

2            Acoustical plasters, it only depended --

3 usually depended on the fact that there was multiple

4 building dates, such as one complex, say for a

5 school, one complex was maybe built in 1960.  Usually

6 the acoustical plaster would be all the same thing.

7 And then you might have a '62 addition, a '65

8 addition, and I would say half the time you may see

9 another manufacturer.

10            So, it wasn't common, but I'm not saying

11 it didn't happen, but it wasn't common to find that.

12     Q.    If you were attempting to identify the

13 manufacturer of fireproofing material in a building,

14 would you not also look for other asbestos-containing

15 materials in that same building?

16     A.    Yes, sir.  Well, we wouldn't look, we

17 would get samples from the various cities' and

18 states' consultants that sent them to us.

19     Q.    Such as insulation or other products aside

20 from the fireproofing?

21     A.    Thermal insulation?

22     Q.    Yes.

23     A.    Typically in the property damage, thermal

24 insulation wasn't gone after as much.  The only one I

25 can think of that they did was in the World Trade

11

1 Center.

2          World Trade Center was -- Tower I, you

3 know, the first 30 floors contained, for

4 fireproofing, U.S. Mineral.  The thermal insulation

5 on the large pipes that ran up and down the elevator

6 shafts, that was Kaylo.

7          Then there was a couple buildings then for

8 the acoustical plaster in the lobby, I believe -- and

9 I'm going from memory -- was Zonolite.  So, some

10 cases yes.

11          But typically you would go to a school and

12 it's all acoustical plaster.  You go to an

13 auditorium, it's primarily acoustical plaster.  Then

14 you go to a multistory building, multistory buildings

15 are fireproofing and gypsum.  Meaning, you know,

16 drywall.  So, it all depended.

17     Q.    If you could look at Page 5 of Exhibit 1.

18     A.    Yes, sir.

19     Q.    Paragraph numbered 11 discusses mixing and

20 spraying of Grace's asbestos-containing construction

21 products, and indicates that that activity will

22 result in elevated airborne levels of chrysotile and

23 tremolite/actinolite asbestos fibers for workers who

24 are performing hands-on work with the products, do

25 you see that?

1      A.     Yes, sir.

2      Q.     And then it indicates as well as for

3 bystanders in the area.  Is this a reference to the

4 construction workers who would have installed those

5 products at the time that the buildings were

6 constructed?

7      A.     Yes, sir.

8      Q.     Do you have any particular knowledge as to

9 the manner in which those workers installed the

10 products?

11      A.     Pretty much.

12      Q.     Would you agree that the typical

13 construction worker installing those kinds of

14 products on a building would have worked with

15 asbestos-containing materials manufactured by a

16 number of other parties aside from W.R. Grace?

17      A.     Depending on the type of building, that

18 could be true.  But typically the -- again, going to

19 a multistory building, where the fireproofing is put

20 in, the overwhelming majority of asbestos products

21 going in the building is the fireproofing.

22              Depending on the heating system, then you

23 will have thermal insulation.  Depending then on

24 maybe the lobby will have an acoustical plaster.

25 Then you're dealing with drywall and

13

1 asbestos-containing joint compounds.

2          So, that's usually the makeup.

3     Q.    You've testified in a number of cases

4 involving asbestos exposures to construction workers,

5 have you not?

6     A.    I have.

7     Q.    And do you agree with me that in the

8 overwhelming majority of those cases, those

9 construction workers have been exposed to numerous

10 products from numerous manufacturers that contained

11 asbestos?

12     A.    Well, you have to be careful about what

13 type of exposures.  You have residential, which is

14 not really an issue here.  Then you have commercial

15 buildings, and then you have industrial.

16          When you get into industrial settings, and

17 these were a lot of the cases I worked in, such as a

18 petrochemical plant, refinery, power plant, the

19 overwhelming majority of exposures there has to do

20 with thermal insulation, insulating cements,

21 refractory bricks, gaskets and packing from the

22 machinist and steamfitters.  Very little sprayed

23 product, very little W.R. Grace products in those

24 settings.

25          If you get over to commercial, then it

14

1 changes.   Then the overwhelming exposure is from

2 fireproofing, acoustical plasters.   Obviously you

3 have some exposures from workers who, if it's a good

4 size boiler or heating system, they have thermal

5 insulation exposures.

6           But the amount of a product being put in

7 there is miniscule as compared to how many stories

8 you go up, to tons and tons of fireproofing.  So it

9 changes depending on the type of construction that's

10 going on.

11     Q.    Have you ever testified in a case which

12 involved exposure to asbestos occurring in Libby,

13 Montana?

14     A.    I've never testified in one.

15     Q.    You did testify in a number of cases

16 involving exposure to W.R. Grace products prior to

17 the bankruptcy in 2001?

18     A.    Yes, sir.

19     Q.    And in those cases, typically Grace was

20 not the only defendant, do you agree with that?

21     A.    I would agree.

22     Q.    And that was because the individuals who

23 were exposed to Grace products who were bringing

24 claims in those cases were also exposed to products

25 manufactured by other defendants, right?

16

1 which you've provided testimony which was attached to

2 your expert report, and it looks like it goes back to

3 2004.  Do you maintain records of the testimony

4 you've given going back further than that?

5      A.    No.

6      Q.    Do you keep copies of transcripts from any

7 of the testimony that you've given?

8      A.    No.  Our typical procedure is I keep the

9 transcripts of the plaintiffs until the case is

10 resolved.

11     Q.    The transcript of the plaintiff's

12 deposition?

13     A.    And my depositions.  Once the case is

14 resolved we get rid of them, just don't have the

15 room.

16     Q.    I'm going to ask you a few questions about

17 the Canadian chrysotile.  There's a discussion of

18 that issue starting on Page 8 and continuing for the

19 next couple of pages after that.

20           If you look at Page 9, right above the

21 section titled Tremolite Contamination of Canada

22 Chrysotile.  There's a statement that:  "W.R. Grace

23 also stated that they were supplied with chrysotile

24 asbestos from Pacific Asbestos and the G. Wilson

25 Company."

17

1            Do you see that?

2      A.    Yes, sir.

3      Q.    Where are those asbestos suppliers

4 located?

5      A.    I don't know.  I couldn't find any

6 information on them.  And when I went through and I

7 think in Reference 9 and 10, maybe a few thousand

8 pages of batch formulas for Grace's products, I

9 looked through to see where they were mentioned, I

10 couldn't find them.  So it came out of their

11 interrogatories, but I couldn't tell where those

12 mines were.

13      Q.    You don't have any -- aside from the fact

14 that you couldn't find references to it in the

15 material -- other materials that you had, you don't

16 have some basis to dispute that they received some

17 chrysotile from those suppliers, do you?

18      A.    Oh, absolutely not.

19      Q.    Do you have any information suggesting

20 that chrysotile supplied by those suppliers was

21 contaminated with tremolite or actinolite asbestos?

22      A.    Well, I don't know the source.  Pacific

23 Asbestos seems to suggest to me that it's coming out

24 of California.  That may be Calidria.  If it's

25 Calidria, the contamination levels are extremely low

18

1 to nondetectable.

2          G. Wilson Company, I don't know if that

3 was an actual mine or they were a distributor for

4 somebody.  So I just don't have an opinion.

5     Q.    With respect to the other suppliers that

6 you've identified, Johns-Manville, Carey-Canada and

7 National Gypsum, you're not able to quantify how much

8 asbestos Grace received from any of those three

9 suppliers, are you?

10          MR. BAILOR:  Objection; form.

11          THE WITNESS:  I couldn't give you an exact

12      percentage, but looking through the formulations

13      and looking through the -- on who they mention,

14      if you want to break it down, it primarily came

15      from Johns-Manville.  Carey-Canada and National

16      Gypsum were mentioned equally.  But no, I don't

17      have a breakdown.

18     Q.    (By Mr. Kovacich)  For example, you can't

19 say 75 percent came from Johns-Manville or anything

20 like that?

21     A.    I can't today.  When I put this report

22 together I didn't try to give a distribution of how

23 much came from who.

24     Q.    Was there some point in time when you were

25 able to do that?

19

1    A.    No, first time -- your question is the

2 first time I've ever thought about it.  Going back

3 and looking at the formulations and the plants and

4 the batches, you could get a rough idea of who got

5 mentioned the most, I believe.  But I haven't tried

6 to do that.

7    Q.    And you, obviously, wouldn't be able to

8 quantify how much asbestos Grace may have gotten from

9 Pacific Asbestos or the G. Wilson Company either,

10 right?

11    A.    No, sir, I can't.  Other than to say I

12 can't find any indication that that was any type of

13 primary source.  So, the amount of asbestos they got

14 from them, in my opinion, would be minor compared to

15 everything else.

16    Q.    On Page 10, the last sentence in the first

17 paragraph states:  "However, our analytical studies

18 with pre-1990 asbestos-containing products that

19 contain Canadian chrysotile have shown the presence

20 of small amounts of tremolite/actinolite contaminants

21 on numerous occasions."

22         Do you see that?

23    A.    Yes, sir.

24    Q.    And then the footnote references are to

25 studies you did involving sheet gaskets and brake

1  linings?

2       A.    That's correct.

3       Q.    First question is what do you mean by

4  small amounts?

5       A.    Trace to ultra-trace levels.  So what we

6  are finding in the chrysotile is anywhere from about

7  .01 to .001 percent.  So we are looking at trace to

8  ultra-trace levels of tremolite.

9       Q.    The gaskets that you tested for the

10  presence of tremolite, were those Garlock gaskets?

11       A.    Garlock, Johns-Manville, yes.

12       Q.    The chrysotile asbestos content in those

13  gaskets would have been something like 60 or

14  70 percent?

15       A.    That's correct.

16       Q.    And the tremolite contamination that you

17  identified was on the order of .01 or .001 percent?

18       A.    Yes, sir.

19       Q.    Can you explain to me just in general

20  terms how you tested those particular products for

21  the presence of tremolite asbestos?

22       A.    Yes, sir.  We primarily used a technique

23  that was published in 1990 by Addison and Davies, and

24  essentially it's a dissolution method in which you

25  dissolve out the chrysotile.

1            So, starting with something like
2 chrysotile -- excuse me, gaskets and brakes, the
3 first thing you do is you remove the organics using
4 high temperature muffle furnace.  That's also the
5 first stage of the protocol for Addison and Davies is
6 to heat damage the chrysotile.

7            Once you remove the organics, you then, by
8 high temperature, I think it's 480 degrees for 24
9 hours, you then go through an acid/base washing
10 procedure using sulfuric acid, four normal.  You boil
11 the material in the sulfuric acid for an hour.

12            You then remove the sulfuric acid and you
13 boil it in sodium hydroxide, four normal, for an
14 hour.  You remove the sodium hydroxide, then dry the
15 material.  And you're weighing the material all along
16 so you know what you start with, and you know what
17 you have at each of the steps.  And there you go into
18 the TEM.

19            That chemical dissolution process,
20 heat/chemical dissolution process, removes all the
21 chrysotile so it improves your limit of detection for
22 the tremolite.

23     Q.    Would you be starting with just a piece of
24 a new gasket or what material would you start with in
25 that process?

22

1      A.      You start with a chunk of gasket.  We have

2  also done this procedure with just raw asbestos, both

3  Calidria and Carey-Canada material.  There you just

4  start with the raw asbestos.  You still go through

5  the heating process.

6      Q.      Have you ever done that type of testing

7  with a product manufactured by W.R. Grace?

8      A.      No.

9      Q.      Your opinion that the Grace chrysotile was

10 contaminated with tremolite is based on the fact that

11 it came from Canada and these other products that you

12 have tested were also made from Canadian chrysotile?

13             MR. BAILOR:  Objection to form.

14             THE WITNESS:  That's correct.  As well as

15        the history of the findings of tremolite in

16        Canadian chrysotile.

17             The work done on lung tissue burdens of

18        miners, the initial work by, I think it was

19        Higgins for the Asbestos Information

20        Association, and which actually proposed this

21        exact same method back in 1988 and their

22        discussions about how we all -- you know,

23        basically we all know Canadian chrysotile is

24        contaminated with tremolite, but we are not

25        seeing it in our analytical techniques, so there

23

1       must be a way to do this.

2       Q.    (By Mr. Kovacich)  You agree that the
3 tremolite content of the Canadian chrysotile was
4 reduced in the mining and milling process, right?

5       A.    I don't know if I agree.  Certainly there
6 is a possibility of that.  There has been some
7 suggestion about that.  I think Gibbs Case talked
8 about that process, but nobody has been -- nobody has
9 ever spelled out how they removed microscopic fibers.

10              I know in later years when they were
11 mining the chrysotile they were trying to do
12 selective mining.  So, there is a possibility of
13 that, but it's never been -- I've never seen the
14 procedures and protocols that would eliminate or
15 reduce it.

16      Q.    Well, the theory that it is reduced
17 somehow in that process would be consistent with the
18 levels of tremolite that you found in the gaskets and
19 brake linings that you tested, being on the order of
20 .01 to .001 percent, right?

21      A.    It could.

22      Q.    You're aware of testing that was done on
23 the Canadian ore showing levels of tremolite higher
24 than that, right?

25      A.    Yes, sir, I have.

1 anything that was done on behalf of a client, then I

2 have to go back and find it.  So I hate to always say

3 yes, I absolutely have it, and then I can't find the

4 data.  So, but --

5      Q.    Are you relying on that data as support

6 for your opinion that the chrysotile asbestos

7 obtained from Canada was contaminated with tremolite?

8      A.    No.  To be fair, I'm relying on what I put

9 in my report.

10      Q.    And as far as any personal testing that

11 you've done to identify the presence of tremolite in

12 that Canadian chrysotile, that would be the gasket

13 study and the brake lining study, right?

14      A.    That's correct.

15      Q.    I've seen in some of your testimony

16 previously that you have expressed the opinion that

17 when a product generates dust, you would expect the

18 dust to have a similar composition that the product

19 had to begin with, right?

20      A.    Yes, sir.

21      Q.    If you have a product containing 60 to

22 70 percent chrysotile asbestos, and .01 or .001

23 tremolite asbestos, you would agree that asbestos

24 dust generated by that product would be pretty heavy

25 on chrysotile, right?

26

1    A.    I would agree.

2    Q.    Have you ever been to Libby?

3    A.    I have not.

4    Q.    Have you ever been to any of the expansion

5 plants that are referenced in your report?

6    A.    No.

7    Q.    On Page 13 of your report there's some

8 discussion about the mining operations in Libby.  Do

9 you see that?

10    A.    Yes, sir.

11    Q.    The second sentence toward the top of the

12 page states:  "It has been shown that this mine

13 contained as much as 40 percent amphibole asbestos."

14 Right?

15    A.    Yes, sir.

16    Q.    What do you mean by the mine contained

17 40 percent amphibole asbestos, can you explain that?

18    A.    Well, I guess the Zonolite Mountain the

19 actual mine where they are pulling the vermiculite

20 out --

21    Q.    You're talking about the ore deposits?

22    A.    Yes, sir.

23    Q.    Then the first sentence on the next

24 paragraph states:  "The unexpanded raw vermiculite

25 ore was shipped by rail to various expanding plants

1 around North America."

2          Do you see that?

3     A.    Yes, sir.

4     Q.    You're talking about the vermiculite

5 concentrate?

6     A.    Yes, sir, I am.

7     Q.    You understand that the ore was processed

8 at the mill and they produced something that is

9 referred to as vermiculite concentrate, right?

10    A.    Yes, sir.  Well, they did both, both

11 exfoliated the material there as well as concentrated

12 the material.  And certainly when you're shipping by

13 rail, though, that's why they had all those expansion

14 plants.  You can ship a lot more of the product when

15 you don't expand it.

16    Q.    But first they would mine the material

17 from the ground.  And so they had this vermiculite

18 ore and then they would run it through the milling

19 process to produce vermiculite concentrate, correct?

20    A.    Correct.

21    Q.    And then it was the concentrate that was

22 loaded on to the railcars and hauled to various

23 places around the country, right?

24    A.    Yes, sir.

25    Q.    Are you familiar with how the loading

1 operation was conducted in Libby?

2    A.    After the concentrate, they had conveyor

3 belts that went to bins.  I think they even had a

4 conveyor belt over the river into the yard, and

5 depending on what year, they used to go right into

6 open cars, then they went into hoppers.  So, yes, I'm

7 familiar with it, but I've never been there.

8    Q.    You indicated depending on the year they

9 went into open cars and then later it was hoppers, do

10 you know the time frames on that?

11    A.    I used to.

12    Q.    But in any event, for a number of years

13 they hauled the material in open cars and then at

14 some point later on they started to cover them,

15 right?

16    A.    Yes, sir.

17    Q.    Toward the bottom of this Page 13, there's

18 a reference to measurements taken in 1956, 1962, and

19 1983.  Do you see that?

20    A.    Yes, sir.

21    Q.    And it states:  The Libby vermiculite ore

22 contained up to 20 percent tremolite, with an average

23 of 3 percent in '56, 7 percent in '62, and 4 percent

24 in '83, right?

25    A.    Yes, sir.

1      Q.      Do you know whether those references are

2 to tests of the ore or of the concentrate?

3      A.      The 20 percent -- you know, I can't think

4 of it right now.  I would have to go back and look at

5 the references.

6      Q.      Are you familiar with the manner in which

7 the vermiculite concentrate was hauled by rail in the

8 Libby area, in other words, from the mine and mill

9 where the railroad ran and so forth?

10     A.      I've seen reference of both conveyor belts

11 that went to the bins and also these individual

12 railroad cars that could be loaded up.  But it's been

13 a while since I've read those.

14     Q.      You understand that the material went from

15 the loading facility at the Grace mine and mill into

16 the rail yard in the town of Libby, right?

17     A.      Yes, sir.

18     Q.      Has your laboratory been involved in some

19 testing of material sampled in Libby on behalf of the

20 EPA?

21     A.      It has.

22     Q.      When did you start doing that work?

23     A.      About three or four years ago.

24             MR. BAILOR:  I'm going to object as beyond

25      the scope of the report.

1     Q.     (By Mr. Kovacich) Have you personally been
2 involved in that work?

3     A.     It's my laboratory.

4     Q.     Do you have other employees in your
5 laboratory or do you do all the work?

6     A.     Well, I have other employees.

7     Q.     But you're involved in everything that's
8 done there?

9     A.     Well, it's under all my direction.   I
10 mean, I can't say that I've sat down at the
11 microscope and looked at the samples, but certainly
12 protocols and management of that project was under my
13 direction.

14    Q.     Are you familiar with where the material
15 that's been sampled came from?

16    A.     No, not sitting here, no.

17    Q.     What kinds of samples are you -- is your
18 laboratory analyzing from Libby?

19    A.     Primarily soil samples.

20    Q.     Air samples?

21    A.     We have done some air samples, some dust
22 samples.

23    Q.     And you've detected amphibole asbestos in
24 soil, air, and dust samples collected in Libby?

25    A.     Yes.

1 indicated you have seen some data collected at the

2 mine and mill and my question is more basic than

3 that, just that the numbers reflected here are

4 generally consistent with what you've seen?

5          MR. BAILOR:  Objection as to "generally

6     consistent."  Misstates testimony.

7          THE WITNESS:  What I see is that there's

8     elevated levels, and certainly I've seen

9     industrial hygiene data in the past that shows

10    elevated levels.  But, you know, are these

11    different points consistent with what I remember

12    from different years?  I can't help you on that.

13    I just don't know.

14    Q.    (By Mr. Kovacich)   Okay.  You've

15 testified in the past that -- well, let me ask you.

16 Back to Page 5 of your report, Exhibit 1, under

17 Paragraph 11, you make a reference to elevated

18 airborne levels of chrysotile and

19 tremolite/actinolite asbestos fibers.  Do you see

20 that?

21    A.    Yes, sir.

22    Q.    What do you mean by elevated levels in

23 that reference?

24    A.    Well, typically as an analytical lab, and

25 my area of testimony does not get involved in medical

1 issues with asbestos exposure.  So when I say

2 elevated levels, I'm meaning that we would see levels

3 that were above background, and our background

4 typically we use a number of .0005 fibers per cc.

5 But the elevated levels in some of these cases is

6 much higher than that.

7     Q.    So your definition of elevated is anything

8 above .0005?

9     A.    No, that was a poor answer on my part.

10 Usually it typically has to be 10 to 20 times above

11 background so that we know it's a real event, that if

12 there is a measurement of asbestos and there's a use

13 of an asbestos product, that the asbestos measure --

14 that we are measuring in the air actually came from

15 that product and not confounded by some background

16 level.

17     Q.    Do you have any knowledge about the work

18 practices of the Libby employees at the Grace mine

19 and mill?

20     A.    I don't have enough knowledge now to

21 testify about it.  Over the years I've read about the

22 certain practices, but I guess you would have to

23 maybe focus it in a little bit on exactly what work

24 practices are you interested in.

25     Q.    For example, do you know what the workers

1 Monokote and I would work at this for three or four

2 hours a day.  Then, yes, I could give you some

3 testimony about it.

4          But I don't have any general -- you know,

5 the minimum is one bag.  But nobody puts up one bag.

6 And it just depends on what square footage they would

7 have to cover in any particular day.

8          Each bag of Monokote -- I don't have the

9 data on the tip of my fingers -- but each bag of

10 Monokote I think can cover approximately seven to

11 eight square feet.  If you have 20,000 square feet of

12 fireproofing, that's three hour, four hour fire

13 rated, you can do the math.

14     Q.    You haven't evaluated any particular

15 exposure of a particular claimant for purposes of

16 your testimony in this proceeding, have you?

17     A.    I have not.

18     Q.    And while you've given some general

19 speculation about how long someone might dump

20 Monokote, you really don't have any knowledge from

21 which you can provide testimony on that, do you?

22          MR. BAILOR:  Objection as to form.

23          THE WITNESS:  I don't know if I was giving

24     you speculation, I was giving you a

25     hypothetical.

47

1            You would agree the levels of asbestos

2 detected at the Libby mine and mill were -- those

3 fibers were all amphibole fibers, right?

4       A.    I would agree.

5       Q.    Have you been involved in the

6 reclassification of the Libby asbestos, such that

7 they -- for a while they were calling it Libby

8 amphibole, no longer referring to it as tremolite?

9       A.    I'm not involved in the individual who --

10 or any of the individuals who are pushing that for

11 reclassification.  Certainly involved in the

12 analytical work showing the slight chemistry

13 difference from the tremolite/actinolite found in

14 Libby versus outside of Libby.

15           However, with that said, if you want to

16 strictly go by the chemical analysis, you have

17 basically three types, tremolite/actinolite,

18 winchite, and richterite type.

19      Q.    Are you familiar with the distribution or

20 concentration of those three different types of

21 fibers that have been found in Libby?

22      A.    Not well enough to provide any accurate

23 testimony about it.

24      Q.    Another thing that you've testified about

25 in the past is exposure to family members of workers

1  to asbestos from the workplace, right?

2      A.    Yes, sir.

3      Q.    Would you agree with me that a worker in

4  Libby with daily and yearly exposures on the order of

5  what's reflected on Page 14 of Exhibit 2 would likely

6  expose his family to significant concentrations of

7  asbestos?

8            MR. COCKRELL:  Objection; form and

9      foundation.

10           MR. BAILOR:  I also object.  There's

11     numerous levels reflected on that table.  Which

12     levels are you referring to?

13     Q.    (By Mr. Kovacich)   Any of them.

14     A.    It would be my opinion that somebody who

15 was involved in the mining operation who was exposed

16 to amphibole asbestos from the mining operation, his

17 clothes would be contaminated.  And unless that

18 clothing was changed and removed before he got home,

19 he would take that contamination to the house.

20     Q.    And his family members would, therefore,

21 be exposed to asbestos from his work site?

22     A.    More likely than not, that's true.

23     Q.    At elevated levels, right?

24     A.    Yes, sir.

25     Q.    There's some discussion in your report

1      Q.      The Libby vermiculite that ended up in the

2 finished products that are discussed in your report,

3 that vermiculite went into those products after it

4 had been expanded, right?

5      A.      Yes.

6      Q.      You agree that during the mining and

7 milling process some of the asbestos content was

8 reduced out of that material, right?

9      A.      I agree.

10     Q.      And you agree that, again, some was

11 reduced during the expansion process?

12     A.      I agree.

13     Q.      And you've done quite a bit of testing of

14 materials containing vermiculite from Libby in order

15 to quantify the amount of amphibole asbestos in those

16 materials, right?

17     A.      Yes, sir.

18     Q.      And typically what you found in the

19 finished products after expansion of the vermiculite

20 were concentrations ranging from somewhere on the

21 order of .01 percent to .1 percent, right?

22     A.      There has been levels of that.  There's

23 been higher levels, depending on what type of product

24 we looked at.  If it's just straight vermiculite

25 versus -- and where in the country the Zonolite

51

1 product came from.

2      Q.    Do you agree with me that the majority of

3 the tests that you did of finished products

4 containing Libby vermiculite came back with levels on

5 the order of .01 to .1 percent?

6      A.    Yes, sir.

7      Q.    And on some occasions you might have had

8 some as high as .5 or even 1 percent?

9      A.    Yes, sir.

10      Q.    In the State of Hawaii, was that?

11      A.    You've done your homework.  That's

12 correct.

13      Q.    Again, when you have dust generated from a

14 product -- and let's talk about the products that are

15 identified in your report as containing vermiculite

16 from Libby -- this is in Table II, Page 12, did all

17 of these products listed here also contain chrysotile

18 asbestos?

19      A.    Every one of them.

20      Q.    And the percentage of chrysotile asbestos

21 would have ranged from something like maybe 4 or

22 5 percent up to 30 or 40 percent?

23      A.    Yes.  If you go to Table I, the exact --

24 most of the -- the same products, except the ones not

25 having vermiculite are in there.  So if you go to

52

1 Zonolite Acoustical Plastic that has 60 to 70 percent

2 vermiculite, it also has 15 to 19 percent chrysotile.

3 And so on.

4      Q.    So talking about the products listed in

5 Table II containing those levels of chrysotile

6 asbestos, and perhaps .1 to .01 percent amphibole

7 asbestos from the Libby vermiculite, you would agree

8 any dust generated during the use of those products

9 would create exposures primarily to chrysotile

10 asbestos?

11     A.    Yes.

12     Q.    And to the extent you could quantify that,

13 all you could really do is a simple math calculation,

14 comparing the percent of chrysotile to the percent of

15 amphibole from the vermiculite, right?

16     A.    Well, you can --

17     Q.    Short of doing some sampling and analyzing

18 it which you have not done, right?

19     A.    Well, we have done some analysis on behalf

20 of W.R. Grace when they were doing spray-back on

21 Monokote-5.  And that was in the early to late 1980s.

22           And just spraying vermiculite gypsum -- I

23 forgot the last nonasbestos ingredient -- and just

24 looking for the asbestos types, we found -- I found

25 around 0.4 fibers per cc of amphibole.

1 asbestos?

2      A.      Correct.  If I were to do that, what I

3 would do is I would circle back to our Monokote

4 Mixing for Gunning study -- we still have all the air

5 samples -- and go through the Addison Davies process

6 for one of those air samples to determine that.

7               I have not done that for this report so I

8 don't have that data, and my client hasn't asked me

9 to do that.

10     Q.      You've, over the last several years,

11 you've spent quite a bit of time analyzing this issue

12 of amphibole content in chrysotile asbestos and

13 vermiculite and so forth.  You have an understanding

14 as to why people care how much amphibole asbestos is

15 present in these materials as opposed to chrysotile?

16     A.      Yes, sir, I do.

17     Q.      What's your understanding?

18     A.      Again, it's not my area.  But there is a

19 contingent of experts out there that will testify, as

20 I've read, that chrysotile is not causation of

21 disease, that it takes extraordinary high

22 concentrations, and that the tremolite/actinolite,

23 crocidolite, amosite is so much more potent.

24               I started looking into this because other

25 experts were using my data to testify in court that

56

1  even Dr. Longo doesn't find tremolite in these

2  materials.  I didn't think that was very fair because

3  what I've said is we haven't done the analysis.  So I

4  started looking at it and then became interested in

5  it because we were able to find tremolite/actinolite

6  in all these products.

7      Q.    Your report at the beginning references

8  W.R. Grace as one of the clients that your company

9  has provided services to and we have talked a little

10 bit about what you did in 1988.  Has Grace hired you

11 to do anything else besides that?

12     A.    No.  During the next break I will tell the

13 story about how that came about.  It was a very funny

14 deposition.

15     Q.    All right.  I'm going to ask you some

16 questions about the expansion plant.

17     A.    Sure.

18     Q.    On Page 17, the second sentence under that

19 section states:  "In fact, as of 1980 W.R. Grace had

20 30 vermiculite expansion plants located in 24

21 different states that received the processed

22 vermiculite ore from the Libby mine."

23           Right?

24     A.    Yes, sir.

25     Q.    Do you have any knowledge of where those

57

1 expansion plants actually are located?

2      A.      If you look in the reference of Industrial

3 Minerals and Rocks, Volume II, Pages 1375 to 1388,

4 they give a list of all the plants.

5      Q.      Do you, as you sit here today, do you know

6 where those plants were located?

7      A.      Are you going to make me pull the

8 reference out of my big box?

9      Q.      Do you have any knowledge without looking

10 at the reference to where any of these plants were

11 located?

12           MR. BAILOR:  Objection as to form.

13           THE WITNESS:  And it's always been my -- I

14      don't like to try to do memory tests.  I have

15      referenced it, I have the data.  I can read it

16      off to you, but I'm not -- the only one I know

17      for sure is the expansion plant at Scotts

18      Fertilizer that was located in, I guess,

19      Michigan, I believe.

20      Q.      (By Mr. Kovacich)  Do you know how many of

21 those different plants were actually owned by

22 W.R. Grace as opposed to some other entity?

23      A.      No, sir, I don't.  I don't know the legal

24 background on who owns what.

25      Q.      Does your reference indicate anything in

58

1 that regard?

2    A.    It might.

3    Q.    Do you have any knowledge about where the

4 people operating those plants might have gotten

5 material, other than from Libby?

6    A.    They may have gotten other material, but

7 this is where W.R. Grace was also sending the

8 material, so I can't say.

9          Typically during up until the '70s, Grace

10 wasn't really working at the Enoree mine in the

11 Carolinas, and there really wasn't any other

12 substantial vermiculite facility such as Libby.  They

13 pretty much owned the market.

14    Q.    Do you know anything about the years of

15 operation of any of these expansion facilities?

16    A.    No, sir.

17    Q.    Any idea how many employees they had?

18    A.    No, sir.  I did not go through that detail

19 for this report.

20    Q.    And you wouldn't know whether those

21 employees were employees of Grace or some other party

22 or anything along those lines, would you?

23    A.    A lot of these plants were not owned, as I

24 recall now, not owned by W.R. Grace.  It was just

25 this is where Grace sent their concentrated ore.

59

1 It's not -- to me, it's not that important whether

2 Grace owned it or not or how many employees.

3       Q.    Do you know whether or not it might be

4 important to Grace's liability for personal injury

5 claims whether or not the people who worked there

6 were their employees?

7               MR. BAILOR:  Objection; calls for a legal

8       conclusion.

9               THE WITNESS:  I'm not an attorney.

10      Q.    (By Mr. Kovacich)  You're not particularly

11 knowledgeable about any of the work practices at

12 those facilities, are you?

13      A.    When you say "particularly knowledgeable,"

14 they used the same sort of process that was used by

15 Libby.  The expansion plants, the furnaces were

16 pretty much the same.  The only real difference in

17 them during that time frame was the power source.

18              So, but no, I'm not a -- I'm not claiming

19 to be an expert on the exfoliation of vermiculite.  I

20 know the chemistry and why it happens.

21              What my primary testimony is is that

22 unless those particular plants had extraordinary

23 industrial hygiene controls -- and I don't have

24 knowledge one way or the other at this point, but

25 typically in the '60s and '70s that was not going on

1 in the early '70s -- that the expansion and

2 exfoliation of the Libby vermiculite concentrate

3 should cause the same kind of contamination that was

4 happening at the exfoliation plant in Libby.  Should

5 be no difference, unless there is some extraordinary

6 industrial hygiene controls that were being used

7 during the '60s that W.R. Grace was not using.

8     Q.    You don't know what the workers in those

9 facilities actually did to where you can provide any

10 insight into how they may have been exposed to

11 asbestos from the Libby vermiculite, true?

12    A.    Well, no, sir, I don't -- again, I don't

13 have the exact layout, how many workers.  But

14 certainly unless somebody wants to show me some

15 documentation that shows differently, how the workers

16 were -- how it was being done in the exfoliation

17 plant in Libby and how the workers were exposed

18 there, I don't see any reason why it would be any

19 different than any of these plants.

20          If documentation is shown to me that all

21 these plants had extraordinary industrial hygiene

22 controls, are all wearing respirators, there was air

23 samples showing no amphibole contamination, then I'll

24 say -- I won't say concede -- but I will agree that

25 yes, it is different.

1    Q.    But the comparison you're making is to the

2 work done in these plants as compared to the

3 expansion plant in Libby, Montana?

4    A.    Yes, sir.

5    Q.    Do you know when the plant in Libby,

6 Montana, operated?

7    A.    You know, I would have to look back.  No,

8 I can't say right now I do.

9    Q.    Do you know where it was located in

10 relation to the mine and mill?

11    A.    I used to.

12    Q.    You're not able to provide any comparison

13 between exposures at the various Grace expansion

14 plants around the country and the exposures at the

15 mine and mill and loading facility in Libby, are you?

16    A.    No, that's just different operations.

17    Q.    Have you ever testified in a case

18 involving exposure to asbestos at any W.R. Grace

19 expansion plant?

20    A.    No.  Not that I recall.

21    Q.    At Page 18 and continuing on to Page 19

22 your report states:  "However, besides tremolite

23 exposure to the expansion plant workers, there would

24 be expected significant environmental exposure of

25 tremolite/actinolite to the plant facilities and

62

1  surrounding area."

2          Do you see that?

3      A.    Yes, sir.

4      Q.    Do you have any data indicating the

5  presence of tremolite or actinolite asbestos in the

6  area surrounding any of these expansion plants?

7      A.    No, sir.

8      Q.    You are aware of data indicating the

9  presence of asbestos contamination in and around the

10  town of Libby, however?

11      A.    Yes, sir.  And again, I'm not quite sure

12  what this deposition is all about, but I'm not here

13  to dispute the findings in Libby, Montana.

14      Q.    Okay.  Well, I guess what the deposition

15  is about is the fact that this report has been

16  submitted suggesting you're going to be called to

17  testify in opposition to the Libby Claimant's

18  objection to the bankruptcy plan in this case, and

19  one of the subject matters of the report is an

20  indication about environmental contamination around

21  these expansion plants.

22      A.    Okay.

23      Q.    I guess I'm not sure what the import of

24  that is, but I just want to make sure I understand

25  what it is that forms the basis of your opinion in

66

1    Q.    Is it your opinion that vermiculite
2 concentrate, if it's not crushed or exfoliated, will
3 not release any asbestos fiber?

4    A.    Carrying it over and laying it on the
5 table, you may have some release.  But once it's in a
6 stationary position, just like W.R. Grace Monokote-3,
7 if it's not disturbed, once it's in place and it's
8 not disturbed and you take an air sample, it would be
9 very hard to find any fibers from that material.  But
10 once you start disturbing the material, lifting a
11 ceiling tile, chiseling into it, crushing the
12 vermiculite concentrate, handling it, absolutely you
13 can get exposure.

14    Q.    Are you familiar with the stories about
15 piles of vermiculite concentrate being scattered
16 around the town of Libby?

17         MR. BAILOR:  Objection as to form.

18         THE WITNESS:  I have read all kinds of
19      memos over the years about the vermiculite being
20      used in various activities.  And again, I'm not
21      going to be testifying that there was no
22      elevated exposures in Libby, Montana.  Certainly
23      there was.

24    Q.    (By Mr. Kovacich)  Well, are you going to
25 testify without any data collected in the areas of

67

1 these various expansion plants that the exposures

2 around those plants would be the same as the

3 exposures in Libby?

4    A.    I wouldn't say that.  I wouldn't say

5 without additional data because of the spillover

6 environmental exposure into Libby, Montana.

7              But in the plant itself, where those

8 activities were going on, it would be hard-pressed

9 for me to testify that the exposures are going to be

10 different from one type of exfoliation plant to the

11 other since they are doing the same process.

12             But I don't have enough information.  I'm

13 not aware of an actual town at any of these other

14 exfoliation plants becoming contaminated to the level

15 that the folks in Libby, Montana got, no.

16    Q.    All right.  Let's take a short break.

17    A.    Sure.

18             (Recess from 12:30 p.m. to 12:39 p.m.)

19             MR. KOVACICH:  Thank you, Dr. Longo.  I

20        don't have any other questions for you.

21             THE WITNESS:  Thank you.

22             MR. BAILOR:  Anybody on the phone have

23        questions?

24             The Asbestos Claimants Committee will

25        reserve its questions until trial.  So this will