## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____
                                                    )
In re:                                              ) **Chapter 11**
                                                    ) **Case No. 01-1139 (JKF)**
**W.R. GRACE & CO., et al.,**                       )
                                                    ) **(Jointly Administered)**
                                  **Debtors.**       )
_____)

### CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on September 3,

2009 I caused a copy of the *Stipulation regarding Testimony and Report of Dr. William E. Longo*

to be served on counsel via first class mail on the attached service list.


Dated:  September 3, 2009                 CAMPBELL & LEVINE, LLC

                                          */s/ Mark T. Hurford*
                                          Marla R. Eskin (Bar No. 2989)
                                          Mark T. Hurford (Bar No. 3299)
                                          800 North King Street, Suite 300
                                          Wilmington, Delaware 19801
                                          Telephone:  (302) 426-1900
                                          Facsimile:   (302) 426-9947
                                          meskin@camlev.com
                                          mhurford@camlev.com

                                          -and-

                                          CAPLIN & DRYSDALE
                                          Elihu Inselbuch
                                          375 Park Avenue, 35th Floor
                                          New York, New York 10152-3500
                                          Telephone:  (212) 319-7125
                                          Facsimile:   (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, DC 20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301

*Co-Counsel for the Official Committee of Asbestos
Personal Injury Claimants*