**W.R. Grace 2002 Service List**

Laura Davis Jones, Esquire
James O'Neill, Esquire.
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Carmella Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

Kathryn Sallie, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market St. – Ste 700
Wilmington, DE 19801-1270

Francis A. Monaco, Jr., Esquire
Womble Carlyle
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

Mark S. Chehi, Esquire
Kevin Brady, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Robert Jacobs, Esquire
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Ave., 7th Floor
Wilmington, DE 19899

VIA HAND DELIVERY
Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE 19801

David Klauder, Esquire
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson
4 East 8th Street, Suite 400
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 N. Market Street, Suite 1000
Wilmington, DE 19801

J. Douglas Bacon, Esquire
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

D. J. Baker, Esquire
Sheila Birnbaum, Esquire
Greg St. Clair, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO 80294

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010

Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jan M. Hayden, Esquire
William H. Patrick, Esquire
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Joseph F. Rice, Esquire
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Attn.: Meridee Moore & Kirsten Lynch
Farallon Capital Management LLC
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

John M. Klamann, Esquire
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Matthew Grimshaw, Esquire
Rutan & Tucker
611 Anton Boulevard
Suite 1400
Costa Mesa, California 92626-1931

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Margery N. Reed, Esquire
Duane Morris LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan, Griffinger
  & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Thomas J. Noonan, Jr.
c/o R & S Liquidation Company
Five Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

James A. Sylvester, Esquire
Intercat, Inc.
P.O. Box 412
Sea Girt, NJ 08750

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young, Esquire
T. Kellan Grant, Esquire
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Russell W. Budd, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176-0001

Joseph T. Kremer, Esquire
Lipsitz, Green, Fahringer, Roll, Salisbury
  & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul M. Matheny, Esquire
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD 21214

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX 77630

| | | |
|---|---|---|
| Michael J. Urbis, Esquire<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 | David B. Siegel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, NJ 07663 |
| David Bernick, Esquire<br>Lisa G. Esayian, Esquire<br>Samuel L. Blatnick, Esquire<br>Kirkland & Ellis<br>300 North LaSalle<br>Chicago, IL 60654 | Elizabeth J. Cabraser, Esquire<br>Richard M. Heimann, Esquire<br>Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111 | Derrick Tay, Esquire<br>Meighen Demers<br>Suite 1100, Box 11, Merrill Lynch Can.Tower<br>Sun Life Center, 200 Kint Street West<br>**Toronto, Ontario M5H 3T4**<br>**CANADA** |
| Evelyn J. Meltzer<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena Price<br>  & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 | Edward W. Westbrook, Esquire<br>Robert M. Turkewitz, Esquire<br>Richardson, Patrick, Westbrook & Brickman<br>174 East Bay Street<br>Charleston, SC 29401 |
| Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 | Peter Van N. Lockwood, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 | Todd Meyer, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA 30309 |
| Bernice Conn, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067 | Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P. O. Box 151<br>Bryan, OH 43506 | Peter A. Chapman, Esquire<br>572 Fernwood Lane<br>Fairless Hills, PA 19030 |
| Michael B. Schaedle, Esquire<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 | Hal Pitkow, Esquire<br>The Falls at Lambertville<br>351 South Main Street<br>Lambertville, NJ 08530 | Alan B. Rich, Esq.<br>Elm Place<br>1401 Elm Street, Suite 4620<br>Dallas, TX 75201 |
| Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street, 4th Floor<br>New York, NY 10006 | Charles E. Gibson, III, Esquire<br>Gibson Law Firm<br>447 Northpark Drive<br>Ridgeland, MS 39157-5109 | John P. Dillman, Esquire<br>Linebarger Heard Goggan Blair<br>Graham Peña & Sampson, LLP<br>P. O. Box 3064<br>Houston, TX 77253-3064 |
| Steven J. Kherkher, Esquire<br>Laurence G. Tien, Esquire<br>Williams Kherkher Hart & Boundas, LLP<br>8441 Gulf Freeway, Suite #600<br>Houston, TX 77017 | Steven T. Hoort, Esquire<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | Patrick J. Reilly, Esquire<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801 |
| Paul M. Baisier, Esquire<br>SEYFARTH SHAW<br>1545 Peachtree Street, Suite 700<br>Atlanta, GA 30309 | William S. Katchen, Esquire<br>Duane, Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102-3889 | Sander L. Esserman, Esquire<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201-2689 |
| Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD 21226-1595 | Paul D. Henderson, Esquire<br>Dies, Dies & Henderson<br>1009 W. Green Avenue<br>Orange, TX 77630 | Tara L. Lattomus, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 |

| | | |
|---|---|---|
| Todd C. Meyers, Esquire<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530 | Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, New York 10017 | Brad N. Friedman, Esquire<br>Rachel S. Fleishman, Esquire<br>Milberg Weiss Bershad Hynes & Learch<br>One Pennsylvania Plaza<br>New York, NY 10019 |
| Lewis Kruger, Esquire<br>Robert Raskin, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway<br>Suite 150<br>San Rafael, CA 94903 | Thomas J. Noonan, Jr.<br>Herman's Sporting Goods in Liquidation<br>C/o R&S Liquidation Company, Inc.<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 |
| William E. Frese, Esquire<br>Attn: Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ 07101 | Scott W. Wert, Esquire<br>Foster & Sear, L.L.P.<br>817 Greenview Drive<br>Grand Prairie, TX 75050 | Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, Second Floor<br>Columbus, OH 43215 | Dorine Vork, Esquire<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, New York 10022 | Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard, MS 35<br>Tallahassee, Florida 32399-3000 |
| Credit Lyonnais<br>1301 Avenue of the Americas<br>New York, New York 10019-0602 | Randall A. Rios, Esquire<br>Floyd Isgur Rios & Wahrlich, P.D.<br>700 Louisiana, Suite 4600<br>Houston, TX 77002 | Anton Volovsek<br>Rt2 – Box 200 #42<br>Kamiah, Idah 83536-9229 |
| Paul G. Sumers, Esquire<br>TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | General Counsel<br>Enron Energy Services<br>1400 Smith Street<br>EB 0889<br>Houston, TX 77002 | Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 |
| Thomas O. Bean, Esquire<br>Eric P. Magnuson, Esquire<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210 | Allan M. McGarvey, Esquire<br>Jon L. Heberling, Esquire<br>Roger M. Sullivan, Esquire<br>McGarvey Heberling Sullivan & McGarvey<br>745 South Main<br>Kalispell, MT 59901 | Neil Berger, Esquire<br>Togut Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| Deirdre Woulfe Pacheo, Esquire<br>Wilentz Goldman & Spitzer<br>P.O. Box 10<br>Woodbridge Center Drive<br>Woodbridge, NJ 07095 | John G. Stoia, Jr., Esquire<br>Timothy G. Blood, Esquire<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 | Philip Bentley, Esquire<br>Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Jacob C. Cohn, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Ralph R. Mabey, Esquire<br>Penrod W. Keith, Esquire<br>LeBoeuf Lamb Greene & MacRae LLP<br>1000 Kearns Building<br>Salt Lake City, UT 84101 | James Sottile, Esquire<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036-5802 |
| Richard S. Lewis, Esquire<br>Cohen Milstein Hausfeld & Toll, PLLC<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005 | Marsha A. Penn, Esquire<br>P.O. Box 3725<br>Houston, TX 77253 | Darrell W. Scott, Esquire<br>The Scott Law Group, P.S.<br>926 W. Sprague Avenue, Suite 583<br>Spokane, WA 99201 |

| | | |
|---|---|---|
| Thomas M., Esquire<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street<br>4th Floor<br>Cambridge, MA 02142 | Robert J. Dehney, Esquire<br>Morris Nicholas Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 | David Pastor, Esquire<br>Edward L. Manchur, Esquire<br>Gilman & Pastor LLP<br>225 Franklin Street<br>16th Floor<br>Boston, MA 02110 |
| Thomas G. Macauley, Esquire<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 990<br>PO Box 1028<br>Wilmington, DE 19899 | Mark Minuti, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899 | Thomas G. Whalen, Esquire<br>Stevens & Lee<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Mr. Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 | Attn: Ted Weschler<br>Peninsula Capital, L.P.<br>404B East Main Street, 2nd Floor<br>Charlottesville, VA 22902 | Jordan N. Malz, Esquire<br>Simpson Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |
| Richard D. Trenk, Esquire<br>Henry M. Karkowski, Esquire<br>Trenk, DiPasquale, Webster, Della Fera & Sodono P.C.<br>347 Mt. Pleasant Avenue<br>Suite 300<br>West Orange, New Jersey 07052-3317 | Janet S. Baer, Esquire<br>The Law Offices of Janet S. Baer P.C.<br>70 West Madison Street, Suite 2100<br>Chicago, IL 60602 | Christopher R. Momjian, Esquire<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107 |
| Janet M. Weiss, Esquire<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 | Joseph L. Schwartz, Esquire<br>Curtis M. Plaza, Esquire<br>Craig T. Moran, Esquire<br>Riker Danzig Scherer Hyland & Perretti LLP<br>Headquarters Plaza, 1 Speedwell Avenue<br>Morristown, NJ 07962 | Mr. Harvey Schultz<br>The Schultz Organization<br>900 Route 9 North<br>Woodbridge, NJ 07095 |
| Charles L. Finke, Assistant Attorney General<br>Brad Rogers, Attorney<br>Pension Benefit Guarantee Corporation<br>Office of the General Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026 | Richard A. O'Halloran, Esquire<br>BURNS, WHITE & HICKTON, LLC<br>531 Plymouth Road, Suite 500<br>Plymouth Meeting, PA 19462 | W. Wallace Finlator, Jr.<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 |
| Daniel C. Cohn, Esquire<br>Christopher M. Candon<br>Cohn & Whitesell LLP<br>101 Arch Street, Suite 1605<br>Boston, MA 02110 | Steven K. Kortanek, Esquire<br>Joanne B. Wills, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | William P. Bowden, Esquire<br>Amanda M. Winfree, Esquire<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 |
| Jeffrey L. Roelofs, Esquire<br>Anderson & Kreiger, LLP<br>43 Thorndike Street<br>Cambridge, MA 02141 | John V. Fiorella, Esquire<br>Archer & Greiner, P.C.<br>1300 North Market Street<br>Suite 700<br>Wilmington, DE 19801 | Thomas Tew, Esquire<br>Tew Cardenas L.L.P.<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, Florida 33131-3407 |
| James E. Wimberley, Esquire<br>McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P.<br>3120 Central Mall Drive<br>Port Arthur, TX 77642 | Marc Abrams, Esquire<br>Willkie, Farr & Gallagher<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Citadel Investment Group, L.L.C.<br>Attn: S. Jay Novatney<br>131 South Dearborn Street, 36th Floor<br>Chicago, IL 60603 |
| Kirk A. Patrick III, Esquire<br>Donohue Patrick<br>1500 Bank One Centre-North Tower<br>PO Box 1629<br>Baton Rouge, LA 70821-1629 | Anne McGinness Kearse, Esquire<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>PO Box 1792<br>Mt. Pleasant, SC 29465 | Roger W. Hammond<br>Kforce Inc.<br>1001 East Palm Avenue<br>Tampa, FL 33605 |

Mr. Eugene Paul Sullivan
29-B Plaza Delas Flores
Freehold, NJ 07728

Frederick P. Furth, Esquire
Michael P. Lehmann, Esquire
Christopher L. Lebsock, Esquire
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215

M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Steven T. Davis
Obermayer Rebmann Maxwell & Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

David A. Hickerson, Esquire
M. Jarrad Wright, Esquire
Weil, Gotshal & Manges, LLP
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005

Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Jacqueline Dais-Visca, Esquire
Business Law Section
Ontario Regional Office
Suite 2400, Box 34
The Exchange Tower
130 King Street West
Toronto, Ontario M5X 1K6

Garvan F. McDaniel, Esquire
Bifferato Gentilotti & Balick, L.L.C.
800 King Street, 1st Floor
Box 2165
Wilmington, DE 19801

Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Justin Shrader, Esquire
Shrader & Associates, L.L.P.
1021 Main Street, Ste. 1450
Houston, TX 77002

Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, Pa 19103-1895

Yves Lauzon
Michel Belanger
Lauzon Belanger, Inc.
286, rue St-Paul Quest, Bureau 100
Montreal Quebec

Ralph I. Miller, Esquire
Weil, Gotshal & Manges, LLP
200 Cresent Court, Suite 300
Dallas, TX 75201

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

Peter D. Keisler, Esquire
Assistant Attorney General
Department of Justice, Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044-0875

John Kevin Welch, Esquire
Office of Legal Services
Fifth Floor, Capital Plaza Tower
Frankfort, KY 40601

Bruce D. Levin, Esquire
Peter B. McGlynn, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

Sean Allen
BMC Group
720 Third Avenue, 23rd Floor
Seattle, WA 98104

Thomas A. Spratt, Jr., Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

Steven J. McCardell, Esquire
Jared Inouye, Esquire
Duham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE 19801

Pryor Cashman LLP
Attn: Richard Levy, Jr., Esquire
7 Times Square
New York, NY 10036

Katherine White, Esquire
Sealed Air Corporation
20 Riverfront Boulevard
Elmwood Park, NJ 07407

John F. Dickinson, Jr., Esquire
Deputy Attorney General
Department of Law & Public Safety
Division of Law
Richard J. Hughes Justice Complex
P.O. Box 093
Trenton, NY 08625-0093

Elihu E. Allinson, Esq.
Sullivan Hazeltine Allinson LLP
4 East 8th Street, Suite 400
Wilmington, DE 19801

Anthony Petru, Esquire
Quynh L. Nguyen, Esquire
Hildebrand McLeod & Nelson LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

Christopher D. Loizides, Esquire
Loizides, PA
1225 King Street, Suite 800
Wilmington, DE 19801

John W. Kozyak, Esquire
David L. Rosendorf, Esquire
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

John T. Carroll, III, Esquire
Barry M. Klayman, Esquire
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801

Robert B. Millner, Esquire
Christopher E. Prince, Esquire
Sonnenschein Nath & Rosenthal LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606

Frederick B. Rosner, Esquire
Messana Rosner & Stern LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

James M. Brako, Esquire
Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402

Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Garland Cassada, Esquire
Richard C. Worf, Esquire
Robinson, Bradshaww & Hinson
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246