THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objections Due: 9/23/09 @ 4:00 pm

**SEVENTY-SEVENTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF APRIL 1, 2009 THROUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | April 1, 2009 through April 30, 2009 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | Total<br>$150,000.00 | (Holdback @ 20%)<br>($30,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,757.02 | |
| Amount of Cash Payment Sought: | $121,757.02 | |

This is a  x  monthly __ interim    ___ final application

2594701.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 50,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 50,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 60,000.00 | 407.84 | 15,000.00 | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 140,000.00 | 840.67 | 35,000.00 | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 120,000.00 | 1,515.13 | 30,000.00 | -- |
| N/A | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | -- | -- | -- | -- |

*2594701.DOC*

# Blackstone Advisory Services L.P.

August 31, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of April 1, 2009 through April 30, 2009: | | | $ | 150,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (30,000.00) |
| Out-of-pocket expenses processed for the period through April 30, 2009:[1] | | | | |
| Airfare | $ | 699.20 | | |
| Ground Transportation | | 468.71 | | |
| Communications | | 38.00 | | |
| Meals | | 551.11 | | 1,757.02 |
| **Total Amount Due** | | | $ | 121,757.02 |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 35579

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through April 30, 2009
Invoice No. 35579

|  | GL Detail Apr-09 | Total Expenses |
|---|---:|---:|
| Airfare | $ 699.20 | $ 699.20 |
| Ground Transportation - Car Service - Elite | 367.91 | 367.91 |
| Ground Transportation - Local Travel | 100.80 | 100.80 |
| Communications - Teleconferencing | 38.00 | 38.00 |
| Meals with Clients | 476.11 | 476.11 |
| Employee Meals | 75.00 | 75.00 |
| **Total Expenses** | **$ 1,757.02** | **$ 1,757.02** |
| | | |
| Airfare | | $ 699.20 |
| Ground Transportation | | 468.71 |
| Communications | | 38.00 |
| Meals | | 551.11 |
| Total Expenses | | $ 1,757.02 |

W.R. Grace & Co.
Detail of Expenses Processed
Through April 30, 2009
Invoice No. 35579

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bonanno (travel agency fee for booking of round trip flight to/from Pittsburgh, PA from/to Queens, NY on 03/08 & 03/09/09) | 03/05/09 | 40.00 | |
| Bonanno (round trip coach class flight to/from Pittsburgh, PA from/to Queens, NY) | 03/08/09 & 03/09/09 | 659.20 | |
| Subtotal - Airfare | | | $ 699.20 |

### Ground Transportation - Car Service - Elite

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bonanno (car to LaGuardia Airport in Queens, NY from home) | 03/08/09 | 56.81 | |
| Bonanno (car home from LaGuardia Airport in Queens, NY) | 03/09/09 | 52.73 | |
| O'Connell (car home from Blackstone after working late) | 02/26/09 | 92.62 | |
| O'Connell (car home from Blackstone after working late) | 02/27/09 | 92.62 | |
| Zilly (car home from LaGuardia Airport in Queens, NY) | 03/09/09 | 73.13 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | 367.91 |

### Ground Transportation - Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bonanno (taxi to client meeting in New York, NY from Blackstone) | 03/05/09 | 10.80 | |
| Bonanno (taxi to airport from hotel in Pittsburgh, PA) | 03/09/09 | 45.00 | |
| Zilly (taxi to hotel from airport in Pittsburgh, PA) | 03/08/09 | 45.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 100.80 |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bresnahan (fee for attending Court hearing telephonically) | 01/30/09 | 38.00 | |
| Subtotal - Communications - Teleconferencing | | | 38.00 |

### Meals with Clients

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Zilly (catered lunch meal for 15 people during client meeting held @ Blackstone) | 03/25/09 | 476.11 | |
| Subtotal - Meals with Clients | | | 476.11 |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 03/12/09 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/17/09 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/23/09 | 25.00 | |
| Subtotal - Employee Meals | | | 75.00 |

| | | Total Expenses | $ 1,757.02 |
|---|---|---|---:|

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 60.4 |
| Jamie O'Connell | Vice President | 24.4 |
| Matthew Bonnano | Associate | 38.7 |
| Brain Bresnahan | Analyst | 77.8 |
| | Total | 201.3 |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
APRIL 1, 2009 THROUGH APRIL 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/02/09 | 1.5 | Business Analysis | Call with H. La Force, E. Filon to review divestitures |
| Pamela Zilly | 04/02/09 | 0.7 | Business Analysis | Call with E. Filon, J. Baer to review divestitures |
| Matt Bonanno | 04/15/09 | 2.5 | Business Analysis | Meetings with management |
| Brian Bresnahan | 04/28/09 | 6.5 | Business Analysis | Meetings with management |
| | | 11.2 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/03/09 | 0.1 | Committee | Correspondence regarding discovery request |
| Pamela Zilly | 04/06/09 | 0.4 | Committee | Call with T. Freedman, E. Leibenstein re: discovery requests; follow-up discussion with M. Bonanno, B. Bresnahan |
| Pamela Zilly | 04/07/09 | 0.4 | Committee | Correspondence re: discovery requests |
| Pamela Zilly | 04/14/09 | 0.1 | Committee | Correspondence re: information requests |
| Pamela Zilly | 04/21/09 | 0.2 | Committee | Call with H. La Force re: due diligence |
| Pamela Zilly | 04/21/09 | 0.1 | Committee | Call with E. Leibenstein re: due diligence |
| Pamela Zilly | 04/29/09 | 0.1 | Committee | Correspondence re: due diligence |
| Pamela Zilly | 04/29/09 | 0.2 | Committee | Call with E. Leibenstein, T. Freedman re: due diligence requests |
| Matt Bonanno | 04/30/09 | 0.5 | Committee | Committee call regarding IRS tax settlement |
| | | **2.1** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/03/09 | 0.3 | Financing | Call with H. La Force re: fixed income markets |
| Matt Bonanno | 04/06/09 | 0.4 | Financing | Call with S. Smith re: investor presentation and bank debt book |
| Matt Bonanno | 04/07/09 | 0.6 | Financing | Review investor presentation and bank debt book |
| Brian Bresnahan | 04/14/09 | 0.8 | Financing | Call with P. Zilly, M. Bonanno, Grace management and potential institutional investor |
| Jamie O'Connell | 04/15/09 | 0.3 | Financing | Call with representative of financial institution |
| Jamie O'Connell | 04/21/09 | 0.7 | Financing | Discuss exit financing with P. Zilly and management (did not attend entire call) |
| Matt Bonanno | 04/21/09 | 0.9 | Financing | Discuss exit financing with P. Zilly, J. O'Connell and management |
| Pamela Zilly | 04/21/09 | 0.9 | Financing | Call with E. Filon, J. O'Connell re: exit financing |
| Jamie O'Connell | 04/22/09 | 0.2 | Financing | Correspondence with management regarding call with representative of financial institution |
| Jamie O'Connell | 04/22/09 | 0.3 | Financing | Correspondence with management regarding exit financing |
| Jamie O'Connell | 04/23/09 | 0.5 | Financing | Correspondence with management regarding exit financing |
| Jamie O'Connell | 04/24/09 | 0.4 | Financing | Correspondence with management regarding exit financing |
| Brian Bresnahan | 04/30/09 | 0.6 | Financing | Call with management and internal team regarding exit financing |
| Jamie O'Connell | 04/30/09 | 0.6 | Financing | Call with management and internal team regarding exit financing |
| Matt Bonanno | 04/30/09 | 0.6 | Financing | Call with management and internal team regarding exit financing |
| | | 8.1 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
APRIL 1, 2009 THROUGH APRIL 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 04/15/09 | 4.0 | Non-Working Travel Time | Travel to management meetings in Columbia, MD |
| Matt Bonanno | 04/15/09 | 4.0 | Non-Working Travel Time | Travel to management meetings in Columbia, MD |
| Matt Bonanno | 04/15/09 | 3.5 | Non-Working Travel Time | Travel from management meetings in Columbia, MD |
| Pamela Zilly | 04/15/09 | 3.0 | Non-Working Travel Time | Travel to NY |
| Brian Bresnahan | 04/16/09 | 4.0 | Non-Working Travel Time | Travel from management meetings in Columbia, MD |
| Brian Bresnahan | 04/27/09 | 4.5 | Non-Working Travel Time | Travel to management meetings in Columbia, MD |
| Matt Bonanno | 04/27/09 | 4.5 | Non-Working Travel Time | Travel to management meetings in Columbia, MD |
| Brian Bresnahan | 04/28/09 | 4.0 | Non-Working Travel Time | Travel from management meetings in Columbia, MD |
| Matt Bonanno | 04/28/09 | 4.0 | Non-Working Travel Time | Travel from management meetings in Columbia, MD |
| | | 35.5 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/14/09 | 0.8 | Other | Call with management, institutional investor |
| | | 0.8 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 04/01/09 | 1.0 | Plan and Disclosure Statement | Call with management and internal team regarding timeline for preparing financial model |
| Jamie O'Connell | 04/01/09 | 1.0 | Plan and Disclosure Statement | Call with management and internal team regarding timeline for preparing financial model |
| Jamie O'Connell | 04/01/09 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly regarding various items |
| Pamela Zilly | 04/01/09 | 0.8 | Plan and Disclosure Statement | Call with E. Filon to review timeline |
| Pamela Zilly | 04/01/09 | 0.3 | Plan and Disclosure Statement | Call with M. Kimble |
| Pamela Zilly | 04/01/09 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 04/02/09 | 0.5 | Plan and Disclosure Statement | Conference call with P. Zilly, management and counsel regarding court procedures |
| Pamela Zilly | 04/02/09 | 0.5 | Plan and Disclosure Statement | Call with J. O'Connell, management re: Court process |
| Pamela Zilly | 04/02/09 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 04/02/09 | 0.5 | Plan and Disclosure Statement | Call with E. Filon re: timetable |
| Jamie O'Connell | 04/03/09 | 0.4 | Plan and Disclosure Statement | Status meeting with P. Zilly regarding various items |
| Jamie O'Connell | 04/03/09 | 0.2 | Plan and Disclosure Statement | Correspondence regarding financial model |
| Pamela Zilly | 04/03/09 | 1.4 | Plan and Disclosure Statement | Read Mathis Expert Report, compile list of items |
| Pamela Zilly | 04/03/09 | 0.4 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Brian Bresnahan | 04/06/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly, M. Bonanno and K&E regarding warrant discovery |
| Brian Bresnahan | 04/06/09 | 0.2 | Plan and Disclosure Statement | Follow up discussion with P. Zilly and M. Bonanno regarding warrant discovery |
| Matt Bonanno | 04/06/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly, B. Bresnahan and K&E regarding warrant discovery |
| Matt Bonanno | 04/06/09 | 0.2 | Plan and Disclosure Statement | Follow up discussion with P. Zilly and B. Bresnahan regarding warrant discovery |
| Pamela Zilly | 04/06/09 | 0.5 | Plan and Disclosure Statement | Review draft IR presentation |
| Brian Bresnahan | 04/07/09 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell regarding financial model |
| Jamie O'Connell | 04/07/09 | 0.2 | Plan and Disclosure Statement | Call with B. Bresnahan regarding financial model |
| Brian Bresnahan | 04/08/09 | 2.6 | Plan and Disclosure Statement | Prepare warrant and other expert rebuttal materials |
| Brian Bresnahan | 04/08/09 | 0.6 | Plan and Disclosure Statement | Review warrant expert rebuttal materials with M. Bonanno |
| Matt Bonanno | 04/08/09 | 0.5 | Plan and Disclosure Statement | Review financial analysis |
| Matt Bonanno | 04/08/09 | 0.6 | Plan and Disclosure Statement | Review warrant expert rebuttal materials with B. Bresnahan |
| Pamela Zilly | 04/08/09 | 2.0 | Plan and Disclosure Statement | Work on draft Expert Rebuttal Report |
| Brian Bresnahan | 04/09/09 | 1.2 | Plan and Disclosure Statement | Meeting with P. Zilly to discuss expert report rebuttal |
| Brian Bresnahan | 04/09/09 | 3.6 | Plan and Disclosure Statement | Various analyses related to expert report rebuttal |
| Matt Bonanno | 04/09/09 | 1.2 | Plan and Disclosure Statement | Meeting with P. Zilly to discuss expert report rebuttal |
| Pamela Zilly | 04/09/09 | 0.5 | Plan and Disclosure Statement | Review analysis re: Expert Rebuttal Report |
| Pamela Zilly | 04/09/09 | 1.2 | Plan and Disclosure Statement | Meeting with M. Bonanno, B. Bresnahan re: Expert Rebuttal Report |
| Pamela Zilly | 04/10/09 | 4.0 | Plan and Disclosure Statement | Work on draft Expert Rebuttal Report |
| Brian Bresnahan | 04/12/09 | 3.8 | Plan and Disclosure Statement | Revise expert report |
| Jamie O'Connell | 04/12/09 | 1.1 | Plan and Disclosure Statement | Analysis of draft expert report |
| Jamie O'Connell | 04/12/09 | 0.4 | Plan and Disclosure Statement | Call with P. Zilly regarding draft expert report |
| Jamie O'Connell | 04/12/09 | 0.1 | Plan and Disclosure Statement | Correspondence to E. Leibenstein regarding draft expert report |
| Matt Bonanno | 04/12/09 | 0.5 | Plan and Disclosure Statement | Analysis of draft expert report |
| Pamela Zilly | 04/12/09 | 0.4 | Plan and Disclosure Statement | Call with J. O'Connell re: Expert Rebuttal Report |
| Brian Bresnahan | 04/13/09 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein, P. Zilly, J. O'Connell and M. Bonanno regarding draft expert report |
| Brian Bresnahan | 04/13/09 | 0.4 | Plan and Disclosure Statement | Follow up discussion with P. Zilly, J. O'Connell and M. Bonanno regarding draft expert report |
| Brian Bresnahan | 04/13/09 | 1.1 | Plan and Disclosure Statement | Prepare materials in response to Piper Jaffray diligence request |
| Brian Bresnahan | 04/13/09 | 0.2 | Plan and Disclosure Statement | Call with D. Grebow to discuss Piper Jaffray diligence request |
| Brian Bresnahan | 04/13/09 | 0.2 | Plan and Disclosure Statement | Correspondence with Piper Jaffray re: diligence request |
| Brian Bresnahan | 04/13/09 | 5.5 | Plan and Disclosure Statement | Prepare financial model |
| Jamie O'Connell | 04/13/09 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein, P. Zilly, M. Bonanno and B. Bresnahan regarding draft expert report |
| Jamie O'Connell | 04/13/09 | 0.4 | Plan and Disclosure Statement | Follow up discussion with P. Zilly, M. Bonanno and B. Bresnahan regarding draft expert report |
| Jamie O'Connell | 04/13/09 | 0.8 | Plan and Disclosure Statement | Analysis of draft expert report |
| Matt Bonanno | 04/13/09 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein, P. Zilly, J. O'Connell and B. Bresnahan regarding draft expert report |
| Matt Bonanno | 04/13/09 | 0.4 | Plan and Disclosure Statement | Follow up discussion with P. Zilly, J. O'Connell and B. Bresnahan regarding draft expert report |
| Pamela Zilly | 04/13/09 | 0.5 | Plan and Disclosure Statement | Revise calendar/timeline |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/13/09 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 04/13/09 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein, internal team re: Expert Rebuttal Report |
| Pamela Zilly | 04/13/09 | 0.4 | Plan and Disclosure Statement | Follow-up discussion re: Expert Rebuttal Report |
| Brian Bresnahan | 04/14/09 | 6.0 | Plan and Disclosure Statement | Prepare financial model |
| Matt Bonanno | 04/14/09 | 0.3 | Plan and Disclosure Statement | Call with D. Grebow |
| Matt Bonanno | 04/14/09 | 0.8 | Plan and Disclosure Statement | Call with P. Zilly, B. Bresnahan, Grace management and potential institutional investor |
| Pamela Zilly | 04/14/09 | 3.0 | Plan and Disclosure Statement | Write draft Expert Rebuttal Report |
| Brian Bresnahan | 04/15/09 | 2.5 | Plan and Disclosure Statement | Meetings with management |
| Jamie O'Connell | 04/15/09 | 0.2 | Plan and Disclosure Statement | Update call with M. Bonanno |
| Jamie O'Connell | 04/15/09 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly |
| Matt Bonanno | 04/15/09 | 0.2 | Plan and Disclosure Statement | Update call with J. O'Connell |
| Pamela Zilly | 04/15/09 | 3.0 | Plan and Disclosure Statement | Travel to Columbia, work on draft Expert Rebuttal Report |
| Pamela Zilly | 04/15/09 | 3.0 | Plan and Disclosure Statement | Meeting With E. Filon, M. Brown, D, Grebow re: financing model and projections |
| Brian Bresnahan | 04/16/09 | 8.0 | Plan and Disclosure Statement | Business review meetings at Company |
| Matt Bonanno | 04/16/09 | 0.7 | Plan and Disclosure Statement | Review warrant expert rebuttal materials |
| Pamela Zilly | 04/16/09 | 3.0 | Plan and Disclosure Statement | Work on draft Expert Rebuttal Report |
| Pamela Zilly | 04/16/09 | 0.1 | Plan and Disclosure Statement | Call with T. Freedman |
| Brian Bresnahan | 04/17/09 | 0.8 | Plan and Disclosure Statement | Discuss warrant expert rebuttal materials with P. Zilly and M. Bonanno |
| Brian Bresnahan | 04/17/09 | 2.2 | Plan and Disclosure Statement | Prepare financial model outstanding items list |
| Jamie O'Connell | 04/17/09 | 0.8 | Plan and Disclosure Statement | Analysis of draft expert report |
| Jamie O'Connell | 04/17/09 | 0.5 | Plan and Disclosure Statement | Conference call regarding draft expert report |
| Jamie O'Connell | 04/17/09 | 2.7 | Plan and Disclosure Statement | Analysis of draft expert report |
| Matt Bonanno | 04/17/09 | 0.8 | Plan and Disclosure Statement | Discuss warrant expert rebuttal materials with P. Zilly and B. Bresnahan |
| Pamela Zilly | 04/17/09 | 0.8 | Plan and Disclosure Statement | Call with J. O'Connell, M. Bonanno re: Expert Rebuttal Report |
| Pamela Zilly | 04/18/09 | 1.0 | Plan and Disclosure Statement | Read draft Expert rebuttal Report |
| Jamie O'Connell | 04/19/09 | 0.6 | Plan and Disclosure Statement | Analysis of draft expert report |
| Jamie O'Connell | 04/19/09 | 0.1 | Plan and Disclosure Statement | Correspondence regarding draft expert report |
| Jamie O'Connell | 04/20/09 | 0.3 | Plan and Disclosure Statement | Correspondence regarding various matters |
| Pamela Zilly | 04/20/09 | 0.3 | Plan and Disclosure Statement | Review exit timeline |
| Jamie O'Connell | 04/21/09 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly regarding various items |
| Pamela Zilly | 04/21/09 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings and motions; |
| Pamela Zilly | 04/21/09 | 0.2 | Plan and Disclosure Statement | Call with T. Freedman, E. Leibenstein |
| Pamela Zilly | 04/21/09 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 04/21/09 | 0.3 | Plan and Disclosure Statement | Status meeting with J.O'Connell |
| Brian Bresnahan | 04/22/09 | 1.2 | Plan and Disclosure Statement | Prepare materials for rebuttal report |
| Jamie O'Connell | 04/22/09 | 0.2 | Plan and Disclosure Statement | Update call with M. Bonanno |
| Matt Bonanno | 04/22/09 | 0.2 | Plan and Disclosure Statement | Update call with J. O'Connell |
| Pamela Zilly | 04/22/09 | 0.3 | Plan and Disclosure Statement | Review Orders re: Festa Contract, LTIP |
| Pamela Zilly | 04/22/09 | 0.2 | Plan and Disclosure Statement | Review Motions re: Anderson Hospital, Maryland Casualty |
| Pamela Zilly | 04/22/09 | 1.2 | Plan and Disclosure Statement | Call with H, La Force, E. Filon re: timeline, pre-petition debt holders |
| Brian Bresnahan | 04/23/09 | 0.3 | Plan and Disclosure Statement | Correspondence with P. Zilly regarding materials for rebuttal report |
| Brian Bresnahan | 04/26/09 | 3.8 | Plan and Disclosure Statement | Prepare analysis related to rebuttal report |
| Jamie O'Connell | 04/26/09 | 0.3 | Plan and Disclosure Statement | Review of analysis related to rebuttal report |
| Pamela Zilly | 04/26/09 | 0.5 | Plan and Disclosure Statement | Mathis Report comparable transactions review |
| Brian Bresnahan | 04/27/09 | 0.3 | Plan and Disclosure Statement | Internal team status meeting |
| Jamie O'Connell | 04/27/09 | 3.5 | Plan and Disclosure Statement | Meeting with counsel regarding rebuttal report and other matters |
| Jamie O'Connell | 04/27/09 | 0.3 | Plan and Disclosure Statement | Internal team status meeting |
| Matt Bonanno | 04/27/09 | 0.3 | Plan and Disclosure Statement | Internal team status meeting |
| Pamela Zilly | 04/27/09 | 3.5 | Plan and Disclosure Statement | Meeting with E. Leibenstien |
| Pamela Zilly | 04/27/09 | 2.0 | Plan and Disclosure Statement | Work on draft Expert Rebuttal Report |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 04/28/09 | 6.5 | Plan and Disclosure Statement | Meetings with management |
| Pamela Zilly | 04/28/09 | 0.9 | Plan and Disclosure Statement | Prepare pre-petition debt holders discussion materials |
| Pamela Zilly | 04/28/09 | 5.3 | Plan and Disclosure Statement | Work on draft Expert Rebuttal Report |
| Pamela Zilly | 04/28/09 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Brian Bresnahan | 04/29/09 | 0.5 | Plan and Disclosure Statement | Status call with internal team |
| Brian Bresnahan | 04/29/09 | 2.7 | Plan and Disclosure Statement | Prepare materials for rebuttal report |
| Jamie O'Connell | 04/29/09 | 0.3 | Plan and Disclosure Statement | Status call with internal team (did not attend entire call) |
| Jamie O'Connell | 04/29/09 | 2.4 | Plan and Disclosure Statement | Analysis of draft expert report |
| Jamie O'Connell | 04/29/09 | 0.2 | Plan and Disclosure Statement | Correspondence regarding rebuttal report and other matters |
| Matt Bonanno | 04/29/09 | 0.5 | Plan and Disclosure Statement | Status call with internal team |
| Matt Bonanno | 04/29/09 | 1.2 | Plan and Disclosure Statement | Analysis of draft expert report |
| Pamela Zilly | 04/29/09 | 3.0 | Plan and Disclosure Statement | Prepare pre-petition debt holders discussion materials |
| Pamela Zilly | 04/29/09 | 0.5 | Plan and Disclosure Statement | Call with E. Filon re: pre-petition debt holders discussions |
| Pamela Zilly | 04/29/09 | 0.3 | Plan and Disclosure Statement | Meeting with M. Bonanno, B. Bresnahan |
| Brian Bresnahan | 04/30/09 | 2.2 | Plan and Disclosure Statement | Prepare materials for rebuttal report |
| Brian Bresnahan | 04/30/09 | 0.7 | Plan and Disclosure Statement | Call with internal team regarding pre-petition bank debt claims analysis |
| Brian Bresnahan | 04/30/09 | 1.0 | Plan and Disclosure Statement | Call with management and internal team regarding pre-petition bank debt claims |
| Jamie O'Connell | 04/30/09 | 0.8 | Plan and Disclosure Statement | Analysis related to pre-petition bank debt claims |
| Jamie O'Connell | 04/30/09 | 0.7 | Plan and Disclosure Statement | Call with internal team regarding pre-petition bank debt claims analysis |
| Jamie O'Connell | 04/30/09 | 1.0 | Plan and Disclosure Statement | Call with management and internal team regarding pre-petition bank debt claims |
| Matt Bonanno | 04/30/09 | 0.7 | Plan and Disclosure Statement | Call with internal team regarding pre-petition bank debt claims analysis |
| Matt Bonanno | 04/30/09 | 1.0 | Plan and Disclosure Statement | Call with management and internal team regarding pre-petition bank debt claims |
| Pamela Zilly | 04/30/09 | 0.7 | Plan and Disclosure Statement | Pre-call re: pre-petition debt holders discussions |
| Pamela Zilly | 04/30/09 | 1.0 | Plan and Disclosure Statement | Call with management re: pre-petition debt holders discussions |
| Pamela Zilly | 04/30/09 | 0.6 | Plan and Disclosure Statement | Call with management re: projections |
| Pamela Zilly | 04/30/09 | 0.5 | Plan and Disclosure Statement | Review pre-petition debt holder analysis |
| Pamela Zilly | 04/30/09 | 0.5 | Plan and Disclosure Statement | Discussion re: meeting with pre-petition debt holders |
| | | 143.4 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/16/09 | 0.2 | Tax Issues | Read tax motion |
| | | 0.2 | | |

