## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objections Due: 9/23/09 @ 4:00pm |

### SEVENTY-EIGHTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF MAY 1, 2009 THROUGH MAY 31, 2009

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2009 through May 31, 2009 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | <u>Total</u><br>$175,000.00 | <u>(Holdback @ 20%)</u><br>($35,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $4,503.06 |
| Amount of Cash Payment Sought: | $144,503.06 |

This is a <u>x</u> monthly __ interim ____ final application

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/03 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
|---|---|---|---|---|---|---|---|
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 50,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 50,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 60,000.00 | 407.84 | 15,000.00 | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 140,000.00 | 840.67 | 35,000.00 | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 120,000.00 | 1,515.13 | 30,000.00 | -- |
| N/A | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | -- | -- | -- | -- |
| N/A | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

August 31, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly advisory fee for the period of May 1, 2009 through May 31, 2009: | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (35,000.00) |

Out-of-pocket expenses processed for the period through May 31, 2009:[1]

| | | | |
|---|---|---:|---:|
| Airfare | $ | 1,696.74 | |
| Ground Transportation | | 1,067.11 | |
| Communications | | 12.89 | |
| Meals | | 490.81 | |
| Lodging | | 499.32 | |
| Document Production | | 20.00 | |
| Research | | 576.19 | |
| Publishing Services | | 140.00 | 4,503.06 |
| **Total Amount Due** | **$** | | **144,503.06** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 35912

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through May 31, 2009
Invoice No. 35912

|  | GL Detail May-09 | Total Expenses |
|---|---|---|
| Airfare | $ 1,696.74 | $ 1,696.74 |
| Ground Transportation - Car Service - Elite | 194.91 | 194.91 |
| Ground Transportation - Local Travel | 301.60 | 301.60 |
| Ground Transportation - Out-of-Town Travel | 282.60 | 282.60 |
| Ground Transportation - Railroad | 288.00 | 288.00 |
| Communications - Federal Express | 12.89 | 12.89 |
| Employee Meals | 490.81 | 490.81 |
| Lodging | 499.32 | 499.32 |
| Document Production | 20.00 | 20.00 |
| Internal Research | 532.50 | 532.50 |
| External Research - Reuters | 43.69 | 43.69 |
| Publishing Services | 140.00 | 140.00 |
| **Total Expenses** | $ 4,503.06 | $ 4,503.06 |

| | |
|---|---|
| **Airfare** | $ 1,696.74 |
| **Ground Transportation** | 1,067.11 |
| **Communications** | 12.89 |
| **Meals** | 490.81 |
| **Lodging** | 499.32 |
| **Document Production** | 20.00 |
| **Research** | 576.19 |
| **Publishing Services** | 140.00 |
| **Total Expenses** | $ 4,503.06 |

W.R. Grace & Co.
Detail of Expenses Processed
Through May 31, 2009
Invoice No. 35912

**Airfare**

| | | |
|---|---|---|
| Bonanno (travel agency fee for booking of one-way flight to Washington, DC from Queens, NY on 03/15/09) | 04/15/09 | 20.00 |
| Bonanno (one-way coach class flight to Washington, DC from Queens, NY) | 04/15/09 | 234.32 |
| Bonanno (travel agency fee for booking of one-way flight to Queens, NY from Washington, DC on 03/15/09) | 04/15/09 | 20.00 |
| Bonanno (one-way coach class flight to Queens, NY from Washington, DC) | 04/15/09 | 224.45 |
| Bresnahan (travel agency fee for booking of round trip flight to/from Pittsburgh, PA from/to Queens, NY on 03/08 & 03/10/09) | 03/04/09 | 40.00 |
| Bresnahan (round trip coach class flight to/from Pittsburgh, PA from/to Queens, NY) | 03/08/09 - 03/10/09 | 659.20 |
| Bresnahan (travel agency fee for booking of one-way flight to Washington, DC from Queens, NY on 04/15/09) | 04/15/09 | 20.00 |
| Bresnahan (one-way coach class flight to Washington, DC from Queens, NY) | 04/15/09 | 234.32 |
| Bresnahan (travel agency fee for booking of one-way flight to Queens, NY from Washington, DC on 04/16/09) | 04/16/09 | 20.00 |
| Bresnahan (one-way coach class flight to Queens, NY from Washington, DC) | 04/16/09 | 224.45 |
| | Subtotal - Airfare | $ 1,696.74 |

**Ground Transportation - Car Service - Elite**

| | | |
|---|---|---|
| Bonanno (car home from LaGuardia Airport in Queens, NY) | 04/28/09 | 73.13 |
| Bonanno (car to LaGuardia Airport in Queens, NY from Blackstone) | 04/15/09 | 60.89 |
| Bonanno (car to Blackstone from LaGuardia Airport in Queens, NY) | 04/15/09 | 60.89 |
| | Subtotal - Ground Transportation - Car Service - Elite | 194.91 |

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Bonanno (taxi to client meeting in New York, NY from Blackstone) | 03/25/09 | 11.16 |
| Bonanno (taxi to Blackstone from client meeting in New York, NY) | 03/25/09 | 11.10 |
| Bonanno (taxi to client meeting in New York, NY from Blackstone) | 03/26/09 | 15.48 |
| Bonanno (taxi to Blackstone from client meeting in New York, NY) | 03/26/09 | 20.13 |
| Bresnahan (taxi to Blackstone from home on holiday) | 02/16/09 | 8.10 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/16/09 | 8.80 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/17/09 | 8.80 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/18/09 | 9.00 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/20/09 | 9.20 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/19/09 | 8.80 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/23/09 | 7.25 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/24/09 | 7.62 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/25/09 | 7.25 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/26/09 | 7.25 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 02/27/09 | 8.20 |
| Bresnahan (taxi to airport in Queens, NY from Blackstone) | 03/08/09 | 35.45 |
| Bresnahan (taxi to client meeting in New York, NY from Blackstone) | 03/08/09 | 9.50 |
| Bresnahan (taxi to Blackstone from client meeting in New York, NY) | 03/08/09 | 5.99 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 03/12/09 | 8.80 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 03/13/09 | 10.40 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 03/17/09 | 10.00 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 03/18/09 | 8.80 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 03/19/09 | 9.20 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 03/20/09 | 10.62 |
| Bresnahan (weekend taxi to Blackstone from home) | 03/21/09 | 8.25 |
| Bresnahan (weekend taxi home from Blackstone) | 03/21/09 | 10.30 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 04/08/09 | 8.80 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 04/09/09 | 9.60 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 04/14/09 | 7.75 |
| | Subtotal - Ground Transportation - Local Travel | 301.60 |

**Ground Transportation - Out-Of-Town Travel**

| | | |
|---|---|---|
| Bresnahan (Hertz car rental for transportation during stay in Washington, DC) | 04/15/09 - 04/16/09 | 282.60 |
| | Subtotal - Ground Transportation - Other Auto | 282.60 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| Zilly (travel agency fee for booking of round trip train travel to/from Baltimore, MD from/to New York, NY on 04/15/09) | 04/14/09 | 40.00 |
| Zilly (round trip train travel to/from Baltimore, MD from/to New York, NY) | 04/15/09 | 248.00 |
| | Subtotal - Ground Transportation - Railroad | 288.00 |

**Communications - Federal Express**

| | | |
|---|---|---|
| Zilly | 05/04/09 | 12.89 |
| | Subtotal - Communications - Federal Express | 12.89 |

**Employee Meals**

| | | |
|---|---|---|
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 03/06/09 | 25.00 |
| Bonanno (1 working meal while in Pittsburgh, PA) | 03/09/09 | 3.67 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 03/25/09 | 21.46 |
| Bonanno (1 meal @ airport in Washington, DC) | 04/15/09 | 23.48 |
| Bonanno (2 working meals with B. Bresnahan @ airport in Washington, DC) | 04/28/09 | 12.41 |
| Bresnahan (1 working breakfast meal @ Blackstone while working on holiday) | 02/16/09 | 4.61 |
| Bresnahan (1 working lunch meal @ Blackstone while working on holiday) | 02/16/09 | 12.14 |
| Bresnahan (1 working dinner meal @ Blackstone while working on holiday) | 02/16/09 | 25.00 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 02/19/09 | 25.00 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 02/20/09 | 25.00 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 02/24/09 | 25.00 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 02/25/09 | 10.84 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 02/26/09 | 25.00 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 03/06/09 | 25.00 |
| Bresnahan (1 weekend working meal @ Blackstone) | 03/08/09 | 10.78 |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 03/09/09 | 15.61 |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 03/13/09 | 15.25 |

Page 3 of 4

W.R. Grace & Co.
Detail of Expenses Processed
Through May 31, 2009
Invoice No. 35912

| | | |
|---|---|---|
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 03/18/09 | 25.00 |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 03/19/09 | 6.50 |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 03/20/09 | 3.65 |
| Bresnahan (1 weekend working breakfast meal @ Blackstone) | 03/21/09 | 1.90 |
| Bresnahan (1 weekend working lunch meal @ Blackstone) | 03/21/09 | 18.31 |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 04/08/09 | 25.00 |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 04/09/09 | 25.00 |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 04/13/09 | 25.00 |
| Bresnahan (1 working meal while in McLean, VA) | 04/15/09 | 13.50 |
| Bresnahan (1 working meal while in Columbia, MD) | 04/16/09 | 1.96 |
| Bresnahan (1 meal @ airport in Washington, DC) | 04/16/09 | 14.74 |
| O'Connell (1 weeknight working dinner meal @ Blackstone while working late) | 03/23/09 | 25.00 |
| | **Subtotal - Employee Meals** | 490.81 |
| | | |
| **Lodging** | | |
| Bonanno (1 day hotel stay in Pittsburgh, PA) | 03/08/09 - 03/09/09 | 249.66 |
| Bresnahan (1 day hotel stay in Pittsburgh, PA) | 03/08/09 - 03/09/09 | 249.66 |
| | **Subtotal - Lodging** | 499.32 |
| | | |
| **Document Production** | | |
| O'Connell (200 black & white photocopies calculated @ a rate of $0.10 per page) | 05/22/09 | 20.00 |
| | **Subtotal - Document Production** | 20.00 |
| | | |
| **Internal Research** | | |
| Bonanno (online data research) | 05/11/09 | 75.00 |
| Bresnahan (online data research) | 05/11/09 | 457.50 |
| | **Subtotal - Internal Research** | 532.50 |
| | | |
| **External Research - Reuters** | | |
| Bresnahan (online data research) | 05/10/09-05/16/09 | 43.69 |
| | **Subtotal - External Research - Reuters** | 43.69 |
| | | |
| **Publishing Services** | | |
| Bresnahan (preparation of presentation materials for meetings) | 05/18/09 | 140.00 |
| | **Subtotal - Publishing Services** | 140.00 |
| | | |
| | **Total Expenses** | $    4,503.06 |

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MAY 1, 2009 THROUGH MAY 31, 2009**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 69.9 |
| Jamie O'Connell | Vice President | 41.0 |
| Matthew Bonnano | Associate | 76.9 |
| Brain Bresnahan | Analyst | 75.9 |
| | Total | 263.7 |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2009 THROUGH MAY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 05/04/09 | 0.1 | Committee | Call with J. Radecki regarding claims |
| Matt Bonanno | 05/04/09 | 0.4 | Committee | Manage committee information requests |
| Pamela Zilly | 05/04/09 | 0.8 | Committee | Review materials responsive to Capstone request |
| Pamela Zilly | 05/05/09 | 0.2 | Committee | Distribute Capstone materials |
| Matt Bonanno | 05/11/09 | 0.5 | Committee | Manage committee information requests |
| Pamela Zilly | 05/28/09 | 1.0 | Committee | Call with H. La Force and Capstone |
| | | 3.0 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2009 THROUGH MAY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 05/17/09 | 1.3 | Employee Benefits/Pension | Review draft pension motion |
| Pamela Zilly | 05/27/09 | 0.4 | Employee Benefits/Pension | Calls with Financial Advisors re: pension motion |
| | | 1.7 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2009 THROUGH MAY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/01/09 | 0.7 | Financing | Call with financial institution re: exit financing |
| Jamie O'Connell | 05/04/09 | 1.1 | Financing | Review exit financing data site |
| Matt Bonanno | 05/04/09 | 0.7 | Financing | Call with E. Filon and financial institution regarding exit financing |
| Matt Bonanno | 05/04/09 | 0.5 | Financing | Compile exit financing lender list |
| Pamela Zilly | 05/04/09 | 0.7 | Financing | Call with financial institution, E. Filon, M. Bonanno re: exit financing |
| Brian Bresnahan | 05/05/09 | 0.2 | Financing | Correspondence with E. Filon regarding debt / liquidity analysis |
| Matt Bonanno | 05/05/09 | 0.4 | Financing | Discussion with E. Filon re: capital markets |
| Pamela Zilly | 05/05/09 | 0.6 | Financing | Read and provide comments on exit financing presentation |
| Brian Bresnahan | 05/06/09 | 1.6 | Financing | Credit market analysis |
| Matt Bonanno | 05/06/09 | 0.2 | Financing | Correspondence with E. Filon regarding interest rate spreads |
| Matt Bonanno | 05/06/09 | 0.5 | Financing | Prepare interest rate analysis |
| Matt Bonanno | 05/06/09 | 0.3 | Financing | Correspondence with J. O'Connell regarding interest rate spreads |
| Brian Bresnahan | 05/07/09 | 0.5 | Financing | Revise credit market analysis |
| Brian Bresnahan | 05/07/09 | 0.1 | Financing | Correspondence with E. Filon regarding credit market analysis |
| Jamie O'Connell | 05/08/09 | 0.7 | Financing | Call with P. Zilly, management and counsel regarding exit financing |
| Brian Bresnahan | 05/11/09 | 0.9 | Financing | Call with M. Brown re: multi-year model |
| Brian Bresnahan | 05/11/09 | 0.5 | Financing | Prepare exit financing lender log |
| Matt Bonanno | 05/11/09 | 0.5 | Financing | Conversation on various matters with E. Filon |
| Matt Bonanno | 05/11/09 | 0.9 | Financing | Call with M. Brown re: multi-year model |
| Pamela Zilly | 05/11/09 | 0.8 | Financing | Call with E. Filon, financial institution re: exit financing |
| Pamela Zilly | 05/11/09 | 0.4 | Financing | Call with E. Filon |
| Brian Bresnahan | 05/12/09 | 0.4 | Financing | Revise exit financing lender log |
| Brian Bresnahan | 05/12/09 | 0.2 | Financing | Correspondence with J. McFarland regarding exit financing lender log |
| Jamie O'Connell | 05/12/09 | 0.8 | Financing | Call with P. Zilly, M. Bonanno and management regarding exit financing |
| Matt Bonanno | 05/12/09 | 0.8 | Financing | Call with P. Zilly, J. O'Connell and management regarding exit financing |
| Pamela Zilly | 05/12/09 | 0.8 | Financing | Call with H. La Force, E. Filon, J. O'Connell, M. Bonanno re: exit financing |
| Pamela Zilly | 05/13/09 | 3.0 | Financing | Meeting with A. Gregory re: financing terms |
| Matt Bonanno | 05/14/09 | 0.4 | Financing | Conversation on various matters with M. Brown |
| Brian Bresnahan | 05/15/09 | 0.3 | Financing | Conversation on various matters with M. Brown |
| Matt Bonanno | 05/15/09 | 0.3 | Financing | Conversation on various matters with M. Brown |
| Brian Bresnahan | 05/18/09 | 6.4 | Financing | Prepare projections Financial Model |
| Jamie O'Connell | 05/18/09 | 0.5 | Financing | Call with P. Zilly and counsel regarding exit financing |
| Pamela Zilly | 05/18/09 | 1.0 | Financing | Call with A. Gregory |
| Pamela Zilly | 05/18/09 | 0.5 | Financing | Call with T. Freedman, J. O'Connell re: exit financing |
| Brian Bresnahan | 05/19/09 | 1.3 | Financing | Prepare projections Financial Model |
| Brian Bresnahan | 05/19/09 | 0.4 | Financing | Call with M. Bonanno to discuss financial model |
| Brian Bresnahan | 05/19/09 | 0.3 | Financing | Call with internal team regarding financial model |
| Brian Bresnahan | 05/19/09 | 6.5 | Financing | Meetings / financial analysis at Grace |
| Jamie O'Connell | 05/19/09 | 0.2 | Financing | Call with P. Zilly and V. Sawhney regarding exit financing |
| Jamie O'Connell | 05/19/09 | 1.0 | Financing | Call with P. Zilly, management and counsel regarding exit financing |
| Jamie O'Connell | 05/19/09 | 0.4 | Financing | Analysis and correspondence regarding exit financing |
| Jamie O'Connell | 05/19/09 | 0.3 | Financing | Call with internal team regarding financial model |
| Matt Bonanno | 05/19/09 | 0.4 | Financing | Call with B. Bresnahan to discuss financial model |
| Matt Bonanno | 05/19/09 | 0.3 | Financing | Call with internal team regarding financial model |
| Matt Bonanno | 05/19/09 | 13.7 | Financing | Meetings / financial analysis at Grace |
| Pamela Zilly | 05/19/09 | 0.2 | Financing | Call with V. Sawhney, J. O'Connell re: exit financiers |
| Pamela Zilly | 05/19/09 | 1.0 | Financing | Call with E. Filon and Kirkland, J. O'Connell re: exit financing |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2009 THROUGH MAY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/19/09 | 0.6 | Financing | Call with financial institution |
| Brian Bresnahan | 05/20/09 | 1.4 | Financing | Prepare financial model |
| Brian Bresnahan | 05/20/09 | 8.5 | Financing | Meetings / financial analysis at Grace |
| Matt Bonanno | 05/20/09 | 8.5 | Financing | Meetings / financial analysis at Grace |
| Pamela Zilly | 05/20/09 | 0.5 | Financing | Call with H. La force, E. Filon. M. Shelnitz re: exit financing |
| Brian Bresnahan | 05/21/09 | 4.5 | Financing | Meetings / financial analysis at Grace |
| Brian Bresnahan | 05/21/09 | 0.2 | Financing | Update call with M. Brown and internal team |
| Brian Bresnahan | 05/21/09 | 1.0 | Financing | Call with management and internal team regarding exit financing |
| Janie O'Connell | 05/21/09 | 0.2 | Financing | Update call with M. Brown and internal team |
| Janie O'Connell | 05/21/09 | 1.0 | Financing | Call with management and internal team regarding exit financing |
| Matt Bonanno | 05/21/09 | 4.5 | Financing | Meetings / financial analysis at Grace |
| Matt Bonanno | 05/21/09 | 0.2 | Financing | Update call with M. Brown and internal team |
| Matt Bonanno | 05/21/09 | 1.0 | Financing | Call with management and internal team regarding exit financing |
| Pamela Zilly | 05/21/09 | 1.0 | Financing | Call with H. La Force, E. Filon, internal team re: Lender discussions |
| Brian Bresnahan | 05/22/09 | 6.3 | Financing | Calls with M. Brown / prepare financial model |
| Janie O'Connell | 05/22/09 | 1.0 | Financing | Call with M. Brown and B. Dockman regarding exit financing |
| Brian Bresnahan | 05/26/09 | 7.5 | Financing | Financial model analysis, data room review and meetings with management |
| Janie O'Connell | 05/26/09 | 2.5 | Financing | Financial model analysis, data room review and meetings with management |
| Brian Bresnahan | 05/27/09 | 1.1 | Financing | Financial analysis |
| Brian Bresnahan | 05/27/09 | 9.0 | Financing | Financial model analysis and meetings with management |
| Janie O'Connell | 05/27/09 | 9.0 | Financing | Financial model analysis and meetings with management |
| Matt Bonanno | 05/27/09 | 6.5 | Financing | Meetings / financial analysis at Grace |
| Pamela Zilly | 05/27/09 | 0.5 | Financing | Call with financial institution |
| Pamela Zilly | 05/27/09 | 0.5 | Financing | Call to review model |
| Brian Bresnahan | 05/28/09 | 2.1 | Financing | Prepare lender presentation materials |
| Janie O'Connell | 05/28/09 | 1.0 | Financing | Call with management regarding exit financing process |
| Janie O'Connell | 05/28/09 | 0.7 | Financing | Call with management regarding lender presentation |
| Matt Bonanno | 05/28/09 | 0.7 | Financing | Call with management regarding lender presentation |
| Pamela Zilly | 05/28/09 | 1.0 | Financing | Call with management re: exit financing |
| Pamela Zilly | 05/28/09 | 1.5 | Financing | Call with management re: Lender Presentation |
| Brian Bresnahan | 05/29/09 | 0.5 | Financing | Prepare lender presentation materials |
| Pamela Zilly | 05/29/09 | 0.3 | Financing | Call with E. Filon re: Lender Meetings |
| Pamela Zilly | 05/29/09 | 1.0 | Financing | Review and provide comments on Lender Presentation |
| Pamela Zilly | 05/29/09 | 0.2 | Financing | Correspondence with S. Smith re: Lender Presentation |
| Pamela Zilly | 5/22/909 | 1.0 | Financing | Review draft model |
| | | 141.2 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2009 THROUGH MAY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 05/18/09 | 3.5 | Non-Working Travel Time | Travel to Columbia, MD |
| Brian Bresnahan | 05/19/09 | 2.7 | Non-Working Travel Time | Travel from New York, NY to Columbia, MD |
| Brian Bresnahan | 05/21/09 | 4.0 | Non-Working Travel Time | Travel from Columbia, MD to New York, NY |
| Matt Bonanno | 05/21/09 | 4.0 | Non-Working Travel Time | Travel from Columbia, MD to New York, NY |
| Jamie O'Connell | 05/26/09 | 3.5 | Non-Working Travel Time | Travel from New York, NY to Columbia, MD |
| Jamie O'Connell | 05/27/09 | 4.0 | Non-Working Travel Time | Travel from Columbia, MD to New York, NY |
| Matt Bonanno | 05/27/09 | 3.5 | Non-Working Travel Time | Travel to Columbia, MD |
| Matt Bonanno | 05/27/09 | 4.5 | Non-Working Travel Time | Travel from Columbia, MD to New York, NY |
| | | 29.7 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2009 THROUGH MAY 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 05/01/09 | 0.8 | Plan and Disclosure Statement | Review Zilly Expert Rebuttal Report with team |
| Jamie O'Connell | 05/01/09 | 0.8 | Plan and Disclosure Statement | Review Zilly Expert Rebuttal Report with team |
| Matt Bonanno | 05/01/09 | 0.8 | Plan and Disclosure Statement | Review Zilly Expert Rebuttal Report with team |
| Pamela Zilly | 05/01/09 | 0.7 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Brian Bresnahan | 05/04/09 | 0.7 | Plan and Disclosure Statement | Warrant analysis |
| Matt Bonanno | 05/04/09 | 0.3 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 05/04/09 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 05/04/09 | 0.2 | Plan and Disclosure Statement | Read Motions filed By Libby Claimants |
| Pamela Zilly | 05/04/09 | 0.3 | Plan and Disclosure Statement | Review Debtor's Tax and ERISA Settlement Motions |
| Jamie O'Connell | 05/05/09 | 0.4 | Plan and Disclosure Statement | Status update with M. Bonanno |
| Matt Bonanno | 05/05/09 | 0.3 | Plan and Disclosure Statement | Status update with P. Zilly |
| Matt Bonanno | 05/05/09 | 0.4 | Plan and Disclosure Statement | Status update with J. O'Connell |
| Pamela Zilly | 05/05/09 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Pamela Zilly | 05/05/09 | 0.3 | Plan and Disclosure Statement | Status update with M. Bonanno |
| Pamela Zilly | 05/05/09 | 0.4 | Plan and Disclosure Statement | Call with B. Dockman |
| Pamela Zilly | 05/05/09 | 0.5 | Plan and Disclosure Statement | Call with T. Freedman, E. Leibenstein |
| Pamela Zilly | 05/05/09 | 1.3 | Plan and Disclosure Statement | Prepare legal issues list |
| Jamie O'Connell | 05/06/09 | 0.3 | Plan and Disclosure Statement | Status update with P. Zilly |
| Pamela Zilly | 05/06/09 | 0.3 | Plan and Disclosure Statement | Discussion with A. Gregory |
| Pamela Zilly | 05/06/09 | 1.0 | Plan and Disclosure Statement | Calls with pre-petition bank debt holders |
| Pamela Zilly | 05/06/09 | 0.3 | Plan and Disclosure Statement | Status update with J. O'Connell |
| Pamela Zilly | 05/06/09 | 1.5 | Plan and Disclosure Statement | Refine Expert Rebuttal Report |
| Pamela Zilly | 05/06/09 | 0.4 | Plan and Disclosure Statement | Correspondence with H. La Force re: pre-petition bank debt holder meetings |
| Pamela Zilly | 05/07/09 | 0.8 | Plan and Disclosure Statement | Calls with pre-petition bank debt holders |
| Pamela Zilly | 05/07/09 | 0.4 | Plan and Disclosure Statement | Call with H. La Force |
| Pamela Zilly | 05/07/09 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman, E. Leibenstein |
| Jamie O'Connell | 05/08/09 | 1.0 | Plan and Disclosure Statement | Call with management re: GUCs |
| Pamela Zilly | 05/08/09 | 0.7 | Plan and Disclosure Statement | Call with A. Gregory, E. Filon, J. O'Connell re: exit financing |
| Pamela Zilly | 05/08/09 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 05/08/09 | 1.5 | Plan and Disclosure Statement | Review Expert Rebuttal report |
| Pamela Zilly | 05/08/09 | 0.6 | Plan and Disclosure Statement | Confirm 5/13 meetings |
| Pamela Zilly | 05/08/09 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, H. La Force re: schedule |
| Brian Bresnahan | 05/10/09 | 0.3 | Plan and Disclosure Statement | Update call with M. Bonanno |
| Matt Bonanno | 05/10/09 | 0.3 | Plan and Disclosure Statement | Update call with B. Bresnahan |
| Jamie O'Connell | 05/11/09 | 0.4 | Plan and Disclosure Statement | Status update with P. Zilly |
| Matt Bonanno | 05/11/09 | 0.2 | Plan and Disclosure Statement | Status update with P. Zilly |
| Matt Bonanno | 05/11/09 | 0.5 | Plan and Disclosure Statement | Meeting with B. Bresnahan on various topics |
| Pamela Zilly | 05/11/09 | 0.5 | Plan and Disclosure Statement | Calls with pre-petition bank debt holders |
| Pamela Zilly | 05/11/09 | 1.0 | Plan and Disclosure Statement | Write agenda |
| Pamela Zilly | 05/11/09 | 0.2 | Plan and Disclosure Statement | Status update with M. Bonanno |
| Pamela Zilly | 05/11/09 | 0.4 | Plan and Disclosure Statement | Meeting with J. O'Connell, M. Bonanno |
| Pamela Zilly | 05/11/09 | 0.6 | Plan and Disclosure Statement | Refine agenda and distribute |
| Pamela Zilly | 05/11/09 | 0.5 | Plan and Disclosure Statement | Refine draft Expert Rebuttal Report |
| Pamela Zilly | 05/11/09 | 0.2 | Plan and Disclosure Statement | Read Opposition of ACC to Libby Claimants Motion |
| Pamela Zilly | 05/11/09 | 0.8 | Plan and Disclosure Statement | Read Plan Supplement |
| Matt Bonanno | 05/12/09 | 0.4 | Plan and Disclosure Statement | Call with J. Forgudt and Capstone regarding ERISA motion |
| Pamela Zilly | 05/12/09 | 0.3 | Plan and Disclosure Statement | Correspondence with A. Gregory re: 5/13/ meeting |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2009 THROUGH MAY 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 05/13/09 | 0.5 | Plan and Disclosure Statement | GUC interest calculation for P. Zilly |
| Brian Bresnahan | 05/13/09 | 0.2 | Plan and Disclosure Statement | Status update call with M. Bonanno |
| Jamie O'Connell | 05/13/09 | 0.8 | Plan and Disclosure Statement | Meeting with Grace management and pre-petition bank debt holder |
| Jamie O'Connell | 05/13/09 | 2.0 | Plan and Disclosure Statement | Meeting at K&E regarding exit financing (did not attend entire meeting) |
| Matt Bonanno | 05/13/09 | 0.8 | Plan and Disclosure Statement | Meeting with Grace management and pre-petition debt holder |
| Matt Bonanno | 05/13/09 | 1.0 | Plan and Disclosure Statement | Meeting with Grace management and pre-petition debt holder |
| Matt Bonanno | 05/13/09 | 0.6 | Plan and Disclosure Statement | Meeting with P. Zilly and Grace management |
| Matt Bonanno | 05/13/09 | 2.5 | Plan and Disclosure Statement | Meeting at K&E regarding exit financing |
| Matt Bonanno | 05/13/09 | 0.2 | Plan and Disclosure Statement | Status update call with B. Bresnahan |
| Matt Bonanno | 05/13/09 | 0.2 | Plan and Disclosure Statement | Status update with P. Zilly |
| Pamela Zilly | 05/13/09 | 0.6 | Plan and Disclosure Statement | Meeting with H. La Force and E. Filon |
| Pamela Zilly | 05/13/09 | 0.5 | Plan and Disclosure Statement | Review materials for Expert Rebuttal Report |
| Pamela Zilly | 05/13/09 | 1.8 | Plan and Disclosure Statement | Meetings with pre-petition bank debt holders |
| Pamela Zilly | 05/13/09 | 0.2 | Plan and Disclosure Statement | Meeting with M. Bonanno |
| Brian Bresnahan | 05/14/09 | 0.2 | Plan and Disclosure Statement | Status update call with M. Bonanno |
| Brian Bresnahan | 05/14/09 | 0.3 | Plan and Disclosure Statement | Correspondence with P. Zilly regarding expert report materials |
| Jamie O'Connell | 05/14/09 | 4.2 | Plan and Disclosure Statement | Meetings with Grace management and pre-petition bank debt holders (did not attend entire meeting) |
| Matt Bonanno | 05/14/09 | 6.2 | Plan and Disclosure Statement | Meetings with Grace management and pre-petition debt holders |
| Matt Bonanno | 05/14/09 | 0.2 | Plan and Disclosure Statement | Status update call with B. Bresnahan |
| Pamela Zilly | 05/14/09 | 2.0 | Plan and Disclosure Statement | Review materials fro Expert Report |
| Pamela Zilly | 05/14/09 | 6.0 | Plan and Disclosure Statement | Meetings with pre-petition bank debt holders |
| Pamela Zilly | 05/14/09 | 1.0 | Plan and Disclosure Statement | Finish Expert Rebuttal Report |
| Pamela Zilly | 05/14/09 | 0.2 | Plan and Disclosure Statement | Correspondence with B. Bresnahan re: Expert Rebuttal Report materials |
| Jamie O'Connell | 05/15/09 | 0.8 | Plan and Disclosure Statement | Review of draft term sheets |
| Jamie O'Connell | 05/15/09 | 0.4 | Plan and Disclosure Statement | Review of draft term sheets with M. Bonanno |
| Jamie O'Connell | 05/15/09 | 1.5 | Plan and Disclosure Statement | Prepare draft term sheets |
| Matt Bonanno | 05/15/09 | 0.4 | Plan and Disclosure Statement | Review of draft term sheets with J. O'Connell |
| Matt Bonanno | 05/15/09 | 0.3 | Plan and Disclosure Statement | Correspondence with P. Zilly |
| Jamie O'Connell | 05/18/09 | 0.4 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 05/18/09 | 0.8 | Plan and Disclosure Statement | Read Opinion re: Unsecured Claims |
| Pamela Zilly | 05/18/09 | 0.2 | Plan and Disclosure Statement | Read various motions re: Conformation Hearing Witnesses and Expert reports |
| Pamela Zilly | 05/18/09 | 2.0 | Plan and Disclosure Statement | Review draft term sheets and analysis |
| Pamela Zilly | 05/18/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 05/18/09 | 0.4 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 05/18/09 | 0.3 | Plan and Disclosure Statement | Review term sheet |
| Pamela Zilly | 05/18/09 | 1.0 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 05/18/09 | 1.0 | Plan and Disclosure Statement | Review term sheet, distribute |
| Pamela Zilly | 05/18/09 | 0.4 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 05/19/09 | 0.5 | Plan and Disclosure Statement | Read court opinion regarding default interest claim |
| Pamela Zilly | 05/19/09 | 2.5 | Plan and Disclosure Statement | Term sheet analysis |
| Pamela Zilly | 05/20/09 | 0.5 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 05/20/09 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: PO and Court hearings |
| Pamela Zilly | 05/20/09 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 05/20/09 | 0.7 | Plan and Disclosure Statement | Prepare analysis |
| Jamie O'Connell | 05/21/09 | 0.2 | Plan and Disclosure Statement | Update call with P. Zilly |
| Pamela Zilly | 05/21/09 | 1.2 | Plan and Disclosure Statement | Prepare Madris deposition points |
| Pamela Zilly | 05/21/09 | 0.9 | Plan and Disclosure Statement | Prepare lender meetings process memo |

Page 8 of 9

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2009 THROUGH MAY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/21/09 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 05/21/09 | 0.2 | Plan and Disclosure Statement | Update call with J. O'Connell |
| Brian Bresnahan | 05/22/09 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 05/22/09 | 0.2 | Plan and Disclosure Statement | Status meeting with M. Bonanno |
| Jamie O'Connell | 05/22/09 | 0.2 | Plan and Disclosure Statement | Status meeting with B. Bresnahan |
| Matt Bonanno | 05/22/09 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 05/25/09 | 0.6 | Plan and Disclosure Statement | Review materials for Expert Rebuttal Report and deposition |
| Pamela Zilly | 05/26/09 | 0.2 | Plan and Disclosure Statement | Read Debtors' Objection Neutocrate, Madison Complex Claim |
| Pamela Zilly | 05/26/09 | 0.5 | Plan and Disclosure Statement | Call with Data Room Team |
| Pamela Zilly | 05/26/09 | 1.0 | Plan and Disclosure Statement | Divestment call |
| Pamela Zilly | 05/27/09 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: PO and Court hearings |
| Pamela Zilly | 05/27/09 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, revisions to rollover term sheet |
| Brian Bresnahan | 05/28/09 | 1.6 | Plan and Disclosure Statement | Financial analysis related to expert report |
| Jamie O'Connell | 05/29/09 | 0.5 | Plan and Disclosure Statement | Status meeting with P. Zilly and M. Bonanno |
| Matt Bonanno | 05/29/09 | 0.5 | Plan and Disclosure Statement | Status meeting with P. Zilly and J. O'Connell |
| Pamela Zilly | 05/29/09 | 0.5 | Plan and Disclosure Statement | Call with T. Freedman, E. Filon |
| Pamela Zilly | 05/29/09 | 0.2 | Plan and Disclosure Statement | Read Notion to Strike Certain Expert reports |
| Pamela Zilly | 05/29/09 | 0.5 | Plan and Disclosure Statement | Status meeting with J. O'Connell, M. Bonanno |
| Brian Bresnahan | 05/30/09 | 2.7 | Plan and Disclosure Statement | Prepare materials related to expert report |
| | | 88.1 | | |