THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objections Due: 9/23/09 @ 4:00 pm |

SEVENTY-NINTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P.
AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF JUNE 1, 2009 THROUGH JUNE 30, 2009

Name of Applicant:             Blackstone Advisory Services L.P.

Authorized to Provide
Professional Services to:       Debtors

Date of Retention Order:        June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:        June 1, 2009 through June 30, 2009

Amount of Compensation          Total              (Holdback @ 20%)
sought as actual, reasonable and necessary:   $175,000.00    ($35,000.00)

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:   $4,246.49

Amount of Cash Payment Sought:  $144,246.49

This is a _x_ monthly __ interim ___ final application

2594705.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 50,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 50,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 60,000.00 | 407.84 | 15,000.00 | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 140,000.00 | 840.67 | 35,000.00 | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 120,000.00 | 1,515.13 | 30,000.00 | -- |
| N/A | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | -- | -- | -- | -- |
| N/A | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | -- | -- | -- | -- |
| N/A | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | -- | -- | -- | -- |

*2594705.DOC*

# Blackstone Advisory Services L.P.

August 31, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of June 1, 2009 through June 30, 2009: | | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (35,000.00) |

Out-of-pocket expenses processed for the period through June 30, 2009:[1]

| | | | | |
|---|---|---|---|---|
| Airfare | $ | 977.80 | | |
| Ground Transportation | | 838.11 | | |
| Communications | | 81.91 | | |
| Meals | | 1,317.12 | | |
| Lodging | | 441.20 | | |
| Document Production | | 100.36 | | |
| Publishing Services | | 489.99 | | 4,246.49 |
| **Total Amount Due** | | | $ | **144,246.49** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 37899

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through June 30, 2009
Invoice No. 37899

|  | GL Detail Jun-09 | Total Expenses |
|---|---:|---:|
| Airfare | $ 977.80 | $ 977.80 |
| Ground Transportation - Car Service - Elite | 194.52 | 194.52 |
| Ground Transportation - Local Travel | 114.03 | 114.03 |
| Ground Transportation - Out-of-Town Travel | 337.56 | 337.56 |
| Ground Transportation - Railroad | 192.00 | 192.00 |
| Communications - Teleconferencing | 75.61 | 75.61 |
| Communications - Federal Express | 6.30 | 6.30 |
| Meals with Clients | 840.93 | 840.93 |
| Employee Meals | 476.19 | 476.19 |
| Lodging | 441.20 | 441.20 |
| Document Production | 100.36 | 100.36 |
| Publishing Services | 489.99 | 489.99 |
| **Total Expenses** | $ 4,246.49 | $ 4,246.49 |
| **Airfare** |  | $ 977.80 |
| **Ground Transportation** |  | 838.11 |
| **Communications** |  | 81.91 |
| **Meals** |  | 1,317.12 |
| **Lodging** |  | 441.20 |
| **Document Production** |  | 100.36 |
| **Publishing Services** |  | 489.99 |
| **Total Expenses** |  | $ 4,246.49 |

W.R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2009
Invoice No. 37899

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bonanno (travel agency fee for booking of one-way flight to Washington, DC from Queens, NY on 04/27/09) | 04/23/09 | 20.00 | |
| Bonanno (one-way coach class flight to Washington, DC from Queens, NY) | 04/27/09 | 224.45 | |
| Bonanno (travel agency fee for booking of one-way flight to Queens, NY from Washington, DC on 04/28/09) | 04/28/09 | 20.00 | |
| Bonanno (one-way coach class flight to Queens, NY from Washington, DC) | 04/28/09 | 224.45 | |
| Bresnahan (travel agency fee for booking of round trip flight to/from Washington, DC from/to Queens, NY on 04/27 & 04/28/09) | 04/23/09 | 40.00 | |
| Bresnahan (round trip coach class flight to/from Washington, DC from/to Queens, NY) | 04/27/09 & 04/28/09 | 448.90 | |
| Subtotal - Airfare | | | $ 977.80 |

### Ground Transportation - Car Service - Elite

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bonanno (car to New York Penn Station from Blackstone) | 05/18/09 | 34.99 | |
| Bonanno (car to LaGuardia Airport in Queens, NY from home) | 05/26/09 | 57.53 | |
| Bonanno (car to Blackstone from JFK Airport in Queens, NY) | 05/26/09 | 75.17 | |
| Zilly (car to New York Penn Station from Blackstone) | 05/14/09 | 26.83 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | 194.52 |

### Ground Transportation - Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bonanno (weeknight taxi home from Blackstone after working late) | 04/22/09 | 9.45 | |
| Bonanno (taxi to Blackstone from home with luggage prior to trip to Washington, DC) | 04/27/09 | 11.64 | |
| Bonanno (taxi to client meeting in New York, NY from Blackstone) | 05/13/09 | 5.04 | |
| Bonanno (taxi home from client meeting in New York, NY) | 05/13/09 | 15.48 | |
| Bonanno (weeknight taxi home from Blackstone after working late) | 05/14/09 | 12.53 | |
| Bonanno (weekend taxi home from Blackstone) | 05/17/09 | 9.24 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 04/21/09 | 7.75 | |
| Bresnahan (weekend taxi to Blackstone from home) | 04/26/09 | 8.10 | |
| Bresnahan (weekend taxi home from Blackstone) | 04/26/09 | 7.30 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 04/28/09 | 10.50 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 04/29/09 | 8.80 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 04/30/09 | 8.20 | |
| Subtotal - Ground Transportation - Local Travel | | | 114.03 |

### Ground Transportation - Out-Of-Town Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bonanno (taxi to Hertz car rental from BWI Railroad Station in Baltimore, MD | 05/18/09 | 9.00 | |
| Bonanno (fee for purchase of gasoline for car rental during stay Washington, DC | 05/19/09 | 18.38 | |
| Bonanno (taxi to BWI Railroad Station from client offices in Columbia, MD | 05/21/09 | 15.00 | |
| Bresnahan (Hertz car rental for transportation to/from client meetings from/to hotel in Washington, DC | 04/27/09 - 04/28/09 | 184.58 | |
| Bresnahan (fee for parking rental @ hotel in Washington, DC | 04/27/09 | 40.60 | |
| Bresnahan (taxi to BWI Train Station from client offices in Columbia, MD) | 05/19/09 | 70.00 | |
| Subtotal - Ground Transportation - Out-Of-Town Travel | | | 337.56 |

### Ground Transportation - Railroad

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bonanno (travel agency fee for booking of one-way train travel to Washington, DC from New York, NY 05/18/09) | 05/18/09 | 20.00 | |
| Bonanno (one-way train trip to Washington, DC from New York, NY) | 05/18/09 | 170.00 | |
| Bresnahan (weeknight subway home from Blackstone after working late) | 04/24/09 | 2.00 | |
| Subtotal - Ground Transportation - Railroad | | | 192.00 |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell | 03/30/09 | 35.42 | |
| Zilly | 03/30/09 | 40.19 | |
| Subtotal - Communications - Teleconferencing | | | 75.61 |

### Communications - Federal Express

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Otero | 05/14/09 | 6.30 | |
| Subtotal - Communications - Federal Express | | | 6.30 |

### Meals with Clients

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Zilly (catered breakfast meal for 15 people during client meeting held @ Blackstone | 05/13/09 | 245.52 | |
| Zilly (catered lunch meal for 15 people during client meeting held @ Blackstone | 05/13/09 | 481.10 | |
| Zilly (catered breakfast meal for 7 people during client meeting held @ Blackstone | 05/14/09 | 114.31 | |
| Subtotal - Meals with Clients | | | 840.93 |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bonanno (1 working meal while in Baltimore, MD) | 04/27/09 | 50.69 | |
| Bonanno (1 working meal @ hotel in Baltimore, MD) | 04/28/09 | 10.55 | |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 05/04/09 | 25.00 | |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 05/11/09 | 25.00 | |
| Bonanno (1 working meal while in Baltimore, MD) | 05/18/09 | 48.28 | |
| Bonanno (1 working meal while in Baltimore, MD) | 05/19/09 | 5.84 | |
| Bonanno (1 working meal while in Baltimore, MD) | 05/19/09 | 4.77 | |
| Bonanno (1 working meal while in Columbia, MD) | 05/19/09 | 17.57 | |
| Bonanno (1 working meal while in Baltimore, MD) | 05/20/09 | 15.18 | |
| Bonanno (1 working meal while in Baltimore, MD) | 05/21/09 | 11.82 | |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 02/18/09 | 25.00 | |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 03/03/09 | 25.00 | |
| Bresnahan (1 weekend working meal @ Blackstone) | 04/26/09 | 9.75 | |
| Bresnahan (1 weekend working meal @ Blackstone) | 04/26/09 | 16.46 | |
| Bresnahan (1 weekend working meal @ Blackstone) | 04/26/09 | 5.55 | |
| Bresnahan (1 working dinner meal while in Baltimore, MD) | 04/27/09 | 50.70 | |
| Bresnahan (1 working meal while Arlington, VA) | 04/28/09 | 10.29 | |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 04/28/09 | 13.76 | |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 04/30/09 | 25.00 | |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 05/15/09 | 25.00 | |
| Bresnahan (1 working meal while in Baltimore, MD) | 05/19/09 | 17.57 | |
| Bresnahan (1 working meal @ client offices in Columbia, MD) | 05/26/09 | 12.41 | |
| Sperling (1 weeknight working dinner meal @ Blackstone while working late) | 06/16/09 | 25.00 | |
| Subtotal - Employee Meals | | | 476.19 |

W.R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2009
Invoice No. 37899

| | | | |
|---|---|---|---|
| **Lodging** | | | |
| Bonanno (1 day hotel stay in Baltimore, MD) | 04/27/09 - 04/28/09 | 215.60 | |
| Bonanno (tips @ hotel during Baltimore, MD) | 05/21/09 | 10.00 | |
| Bresnahan (1 day hotel stay in Baltimore, MD) | 04/27/09 - 04/28/09 | 215.60 | |
| Subtotal - Lodging | | | 441.20 |
| | | | |
| **Document Production** | | | |
| Sperling (1 color photocopy calculated @ a rate of $0.36 per page) | 06/12/09 | 0.36 | |
| Sperling (1,000 black & white photocopies calculated @ a rate of $0.14 per page) | 06/25/09 | 100.00 | |
| Subtotal - Document Production | | | 100.36 |
| | | | |
| **Publishing Services** | | | |
| Bresnahan (preparation of presentation materials for meetings) | 05/27/09 | 282.33 | |
| Bresnahan (preparation of presentation materials for meetings) | 06/08/09 | 93.33 | |
| Otero (preparation of presentation materials for meetings) | 06/08/09 | 23.33 | |
| Sperling (preparation of presentation materials for meetings) | 06/15/09 | 91.00 | |
| Subtotal - Publishing Services | | | 489.99 |
| | | | |
| **Total Expenses** | | | **$ 4,246.49** |

BLACKSTONE ADVISORY SERVICES L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
JUNE 1, 2009 THROUGH JUNE 30, 2009

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 115.9 |
| Jamie O'Connell | Vice President | 50.8 |
| Matthew Bonnano | Associate | 41.1 |
| Brain Bresnahan | Analyst | 57.1 |
| Michael Sperling | Analyst | 98.7 |
| | Total | 363.6 |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2009 THROUGH JUNE 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/30/09 | 0.3 | Business Analysis | Call with management and M. Bonanno regarding new business development |
| Jamie O'Connell | 06/30/09 | 0.3 | Business Analysis | Correspondence regarding new business development |
| Matt Bonanno | 06/30/09 | 0.3 | Business Analysis | Call with management and J. O'Connell regarding new business development |
| | | 0.9 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2009 THROUGH JUNE 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/01/09 | 0.2 | Committee | Send requested materials to Capstone |
| Matt Bonanno | 06/08/09 | 0.6 | Committee | Review committee information requests |
| | | 0.8 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/02/09 | 0.3 | Employee Benefits/Pension | Call with B. McGowan re: pension funding motion |
| Pamela Zilly | 06/09/09 | 0.8 | Employee Benefits/Pension | Review materials re: pension funding; distribute for call with ACC and FCR financial advisors |
| Pamela Zilly | 06/10/09 | 0.7 | Employee Benefits/Pension | Call with B. McGowan, J. Sinclair, J. Radecki re: pension funding motion |
| Pamela Zilly | 06/11/09 | 0.2 | Employee Benefits/Pension | Correspondence with J. Baer re: pension motion |
| | | **2.0** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 06/01/09 | 0.4 | Financing | Update model |
| Jamie O'Connell | 06/02/09 | 1.4 | Financing | Call with management regarding exit financing |
| Jamie O'Connell | 06/02/09 | 0.1 | Financing | Status meeting with P. Zilly |
| Jamie O'Connell | 06/02/09 | 0.3 | Financing | Meeting with M. Bonanno regarding exit financing presentation |
| Jamie O'Connell | 06/02/09 | 0.1 | Financing | Correspondence to potential exit financing lender |
| Matt Bonanno | 06/02/09 | 0.3 | Financing | Meeting with J. O'Connell regarding exit financing presentation |
| Pamela Zilly | 06/02/09 | 0.5 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/02/09 | 0.5 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/02/09 | 0.5 | Financing | Work with Grace, potential exit lenders on data site entry |
| Brian Bresnahan | 06/03/09 | 1.0 | Financing | Call with management and internal team regarding exit financing |
| Jamie O'Connell | 06/03/09 | 0.9 | Financing | Draft exit financing lender presentation |
| Jamie O'Connell | 06/03/09 | 0.4 | Financing | Calls/correspondence with potential exit financing lenders |
| Jamie O'Connell | 06/03/09 | 0.2 | Financing | Status meetings with P. Zilly and M. Bonanno |
| Jamie O'Connell | 06/03/09 | 1.0 | Financing | Call with management and internal team regarding exit financing |
| Matt Bonanno | 06/03/09 | 0.2 | Financing | Call with potential exit financing lender |
| Matt Bonanno | 06/03/09 | 0.2 | Financing | Status meetings with P. Zilly and J. O'Connell |
| Matt Bonanno | 06/03/09 | 1.0 | Financing | Call with management and internal team regarding exit financing |
| Michael Sperling | 06/03/09 | 1.0 | Financing | Call with management and internal team regarding exit financing |
| Pamela Zilly | 06/03/09 | 0.4 | Financing | Call with E. Filon |
| Pamela Zilly | 06/03/09 | 0.2 | Financing | Status meeting with J. O'Connell, M. Bonanno |
| Pamela Zilly | 06/03/09 | 1.0 | Financing | Call with E. Filon, management, internal team re: financial model |
| Brian Bresnahan | 06/04/09 | 1.2 | Financing | Model edits to upload to Data site |
| Brian Bresnahan | 06/04/09 | 1.8 | Financing | Various financial analyses |
| Jamie O'Connell | 06/04/09 | 0.9 | Financing | Calls/correspondence with potential exit financing lenders |
| Jamie O'Connell | 06/04/09 | 0.8 | Financing | Call with management regarding exit financing |
| Jamie O'Connell | 06/04/09 | 0.5 | Financing | Call with management regarding presentation for exit financing |
| Matt Bonanno | 06/04/09 | 2.2 | Financing | Exit financing presentation |
| Michael Sperling | 06/04/09 | 4.7 | Financing | Exit financing presentation |
| Michael Sperling | 06/04/09 | 1.2 | Financing | Model edits to upload to Data site |
| Pamela Zilly | 06/04/09 | 0.8 | Financing | Call with management re: exit financing |
| Pamela Zilly | 06/04/09 | 1.0 | Financing | Review drafts of lender presentation |
| Pamela Zilly | 06/04/09 | 0.5 | Financing | Call with management re: lender presentation |
| Jamie O'Connell | 06/05/09 | 1.4 | Financing | Review lender presentation |
| Jamie O'Connell | 06/05/09 | 0.7 | Financing | Call with M. Brown and M. Bonanno regarding lender presentation |
| Matt Bonanno | 06/05/09 | 2.0 | Financing | Prepare lender presentation |
| Matt Bonanno | 06/05/09 | 0.7 | Financing | Call with M. Brown and J. O'Connell regarding lender presentation |
| Michael Sperling | 06/05/09 | 1.8 | Financing | Prepare edits to Lender presentation |
| Michael Sperling | 06/05/09 | 2.5 | Financing | Make changes from E. Filon and H. La Force to Lender Presentation |
| Pamela Zilly | 06/05/09 | 0.7 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/05/09 | 0.5 | Financing | Work with Grace, potential exit lenders on data site entry |
| Brian Bresnahan | 06/06/09 | 1.3 | Financing | Worked with M. Sperling to prepare direct cash flow statement |
| Jamie O'Connell | 06/06/09 | 1.2 | Financing | Review financial analysis |
| Matt Bonanno | 06/06/09 | 0.4 | Financing | Review exit financing presentation |
| Michael Sperling | 06/06/09 | 1.3 | Financing | Worked with B. Bresnahan to prepare direct cash flow statement |
| Brian Bresnahan | 06/07/09 | 0.3 | Financing | Discuss exit financing presentation with J. O'Connell and M. Bonanno |
| Brian Bresnahan | 06/07/09 | 0.2 | Financing | Review model with M. Bonanno |
| Brian Bresnahan | 06/07/09 | 1.2 | Financing | Direct cash flow analysis |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2009 THROUGH JUNE 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 06/07/09 | 0.1 | Financing | Correspondence with internal team regarding direct cash flow detail |
| Jamie O'Connell | 06/07/09 | 0.2 | Financing | Status meeting with P. Zilly |
| Jamie O'Connell | 06/07/09 | 0.3 | Financing | Discuss exit financing presentation with B. Bresnahan and M. Bonanno |
| Matt Bonanno | 06/07/09 | 0.3 | Financing | Discuss exit financing presentation with J. O'Connell and B. Bresnahan |
| Matt Bonanno | 06/07/09 | 0.2 | Financing | Review model with B. Bresnahan |
| Matt Bonanno | 06/07/09 | 0.5 | Financing | Financial analysis |
| Michael Sperling | 06/07/09 | 1.2 | Financing | Direct cash flow analysis |
| Pamela Zilly | 06/07/09 | 0.2 | Financing | Status meeting with J. O'Connell |
| Brian Bresnahan | 06/08/09 | 0.3 | Financing | Status update with M. Bonanno |
| Brian Bresnahan | 06/08/09 | 0.5 | Financing | Call with Michael Brown to discuss direct cash flow analysis |
| Brian Bresnahan | 06/08/09 | 0.8 | Financing | Update direct cash flow detail |
| Brian Bresnahan | 06/08/09 | 0.2 | Financing | Correspondence with P. Zilly regarding direct cash flow analysis |
| Matt Bonanno | 06/08/09 | 0.3 | Financing | Status update with B. Bresnahan |
| Matt Bonanno | 06/08/09 | 3.2 | Financing | Prepare lender presentation |
| Matt Bonanno | 06/08/09 | 1.5 | Financing | Various calls with M. Brown regarding lender presentation |
| Michael Sperling | 06/08/09 | 0.5 | Financing | Call with Michael Brown to discuss direct cash flow analysis |
| Michael Sperling | 06/08/09 | 0.8 | Financing | Update direct cash flow detail |
| Pamela Zilly | 06/08/09 | 1.0 | Financing | Call with E. Filon re: agenda for Lender meetings, financial model, exit financing |
| Pamela Zilly | 06/08/09 | 0.7 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/08/09 | 1.2 | Financing | Prepare Agenda, meeting schedules with potential exit lenders |
| Pamela Zilly | 06/08/09 | 0.8 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/08/09 | 0.4 | Financing | Call with H. La Force re: exit financing |
| Pamela Zilly | 06/08/09 | 1.0 | Financing | Review direct cash schedule, lender presentation, meeting with B. Bresnahan |
| Brian Bresnahan | 06/09/09 | 2.4 | Financing | Various call and analyses related to the lender presentation and direct cash flow analysis |
| Jamie O'Connell | 06/09/09 | 0.9 | Financing | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 06/09/09 | 0.2 | Financing | Status call with P. Zilly |
| Matt Bonanno | 06/09/09 | 0.5 | Financing | Data room management |
| Matt Bonanno | 06/09/09 | 0.9 | Financing | Finalize lender presentation |
| Michael Sperling | 06/09/09 | 2.4 | Financing | Various call and analyses related to the lender presentation and direct cash flow analysis |
| Pamela Zilly | 06/09/09 | 0.5 | Financing | Review direct cash schedule, discuss with M. Bonanno |
| Pamela Zilly | 06/09/09 | 0.6 | Financing | Confirm lender attendance for the June 15 presentation |
| Pamela Zilly | 06/09/09 | 0.9 | Financing | Review draft lender presentation |
| Pamela Zilly | 06/09/09 | 0.2 | Financing | Status call with J. O'Connell |
| Brian Bresnahan | 06/10/09 | 1.7 | Financing | Meeting with E. Leibenstein and internal team regarding financial projections |
| Jamie O'Connell | 06/10/09 | 1.7 | Financing | Meeting with E. Leibenstein and internal team regarding financial projections |
| Matt Bonanno | 06/10/09 | 1.7 | Financing | Meeting with E. Leibenstein and internal team regarding financial projections |
| Michael Sperling | 06/10/09 | 1.7 | Financing | Meeting with E. Leibenstein and internal team regarding financial projections |
| Pamela Zilly | 06/10/09 | 1.4 | Financing | Call with E. Filon, management, M. Bonanno on potential exit lender due diligence requests |
| Pamela Zilly | 06/10/09 | 0.7 | Financing | Confirm meetings with potential exit lenders 6/15,6/16 |
| Jamie O'Connell | 06/11/09 | 0.3 | Financing | Status call with management regarding exit financing |
| Matt Bonanno | 06/11/09 | 0.3 | Financing | Status call with management regarding exit financing |
| Pamela Zilly | 06/11/09 | 0.6 | Financing | Review lender presentation |
| Jamie O'Connell | 06/12/09 | 1.4 | Financing | Call with management regarding exit financing diligence requests |
| Jamie O'Connell | 06/12/09 | 0.5 | Financing | Status call with internal team |
| Jamie O'Connell | 06/12/09 | 0.5 | Financing | Follow-up call with management regarding exit financing diligence requests |
| Matt Bonanno | 06/12/09 | 0.5 | Financing | Coordinate lender presentation meeting logistics |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2009 THROUGH JUNE 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 06/12/09 | 1.4 | Financing | Call with management regarding exit financing diligence requests |
| Matt Bonanno | 06/12/09 | 0.5 | Financing | Status call with internal team |
| Matt Bonanno | 06/12/09 | 0.5 | Financing | Follow-up call with management regarding exit financing diligence requests |
| Michael Sperling | 06/12/09 | 4.2 | Financing | Editing and proofing Lender presentation |
| Pamela Zilly | 06/12/09 | 0.5 | Financing | Call with internal team |
| Pamela Zilly | 06/12/09 | 0.4 | Financing | Review responses to information request from potential exit lender |
| Pamela Zilly | 06/12/09 | 0.3 | Financing | Send final agenda and lender meetings attendees to management |
| Brian Bresnahan | 06/14/09 | 3.2 | Financing | Rehearsal of lender presentation with senior management and internal team |
| Jamie O'Connell | 06/14/09 | 0.9 | Financing | Review financial analysis |
| Jamie O'Connell | 06/14/09 | 3.2 | Financing | Rehearsal of lender presentation with senior management and internal team |
| Matt Bonanno | 06/14/09 | 1.0 | Financing | Review lender presentation |
| Matt Bonanno | 06/14/09 | 3.2 | Financing | Rehearsal of lender presentation with senior management and internal team |
| Michael Sperling | 06/14/09 | 3.2 | Financing | Rehearsal of lender presentation with senior management and internal team |
| Pamela Zilly | 06/14/09 | 4.0 | Financing | Prep meeting with management for Lender Presentation |
| Brian Bresnahan | 06/15/09 | 3.0 | Financing | Attend senior management presentation to prospective exit financing lenders |
| Brian Bresnahan | 06/15/09 | 1.2 | Financing | Follow-up meeting with H. La Force, E. Filon and internal team |
| Brian Bresnahan | 06/15/09 | 3.5 | Financing | Meetings with Grace management and potential lenders |
| Jamie O'Connell | 06/15/09 | 0.4 | Financing | Review financial analysis |
| Jamie O'Connell | 06/15/09 | 3.0 | Financing | Attend senior management presentation to prospective exit financing lenders |
| Jamie O'Connell | 06/15/09 | 1.2 | Financing | Follow-up meeting with H. La Force, E. Filon and internal team |
| Matt Bonanno | 06/15/09 | 3.0 | Financing | Attend senior management presentation to prospective exit financing lenders |
| Matt Bonanno | 06/15/09 | 1.2 | Financing | Follow-up meeting with H. La Force, E. Filon and internal team |
| Michael Sperling | 06/15/09 | 3.0 | Financing | Attend senior management presentation to prospective exit financing lenders |
| Michael Sperling | 06/15/09 | 1.2 | Financing | Follow-up meeting with H. La Force, E. Filon and internal team |
| Michael Sperling | 06/15/09 | 3.0 | Financing | Attend senior management presentation to prospective exit financing lenders |
| Michael Sperling | 06/15/09 | 3.5 | Financing | Meetings with Grace management and potential lenders |
| Pamela Zilly | 06/15/09 | 3.0 | Financing | Attend Lender Presentation meeting |
| Pamela Zilly | 06/15/09 | 1.2 | Financing | Meeting with H. La Force, E. Filon |
| Pamela Zilly | 06/15/09 | 5.5 | Financing | Follow-up meetings with potential exit lenders |
| Brian Bresnahan | 06/16/09 | 7.5 | Financing | Meetings with Grace management and potential lenders |
| Jamie O'Connell | 06/16/09 | 4.5 | Financing | Attend management meetings with prospective exit financing lenders |
| Matt Bonanno | 06/16/09 | 2.4 | Financing | Attend senior management presentation to prospective exit financing lenders |
| Matt Bonanno | 06/16/09 | 1.0 | Financing | Internal diligence organization call |
| Michael Sperling | 06/16/09 | 7.5 | Financing | Meetings with Grace management and potential lenders |
| Pamela Zilly | 06/16/09 | 7.5 | Financing | Follow-up meetings with potential exit lenders |
| Brian Bresnahan | 06/17/09 | 1.2 | Financing | Review warrant value analysis with M. Sperling |
| Jamie O'Connell | 06/17/09 | 0.7 | Financing | Call with management regarding exit financing |
| Matt Bonanno | 06/17/09 | 0.7 | Financing | Call with management regarding exit financing |
| Michael Sperling | 06/17/09 | 2.7 | Financing | Prepared due diligence list for E. Filon |
| Brian Bresnahan | 06/18/09 | 0.6 | Financing | Call with potential exit lender to review diligence questions |
| Jamie O'Connell | 06/18/09 | 0.9 | Financing | Call with management regarding exit financing |
| Matt Bonanno | 06/18/09 | 0.9 | Financing | Call with management regarding exit financing |
| Matt Bonanno | 06/18/09 | 0.6 | Financing | Call with potential exit lender to review diligence questions |
| Michael Sperling | 06/18/09 | 0.6 | Financing | Call with potential exit lender to review diligence questions |
| Pamela Zilly | 06/18/09 | 0.9 | Financing | Call with E. Filon, J. O'Connell re: exit financing |
| Brian Bresnahan | 06/19/09 | 3.5 | Financing | Review operating model with M. Sperling |
| Brian Bresnahan | 06/19/09 | 1.0 | Financing | Review interest calculations with M. Sperling |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2009 THROUGH JUNE 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/19/09 | 0.2 | Financing | Call with prospective exit financing lender |
| Michael Sperling | 06/19/09 | 3.5 | Financing | Review operating model with B. Bresnahan |
| Michael Sperling | 06/19/09 | 1.0 | Financing | Review interest calculations with B. Bresnahan |
| Pamela Zilly | 06/19/09 | 0.3 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/19/09 | 0.2 | Financing | Call with J. O'Connell |
| Matt Bonanno | 06/20/09 | 1.5 | Financing | Researched list of all information sent to UCC and UCC advisors |
| Brian Bresnahan | 06/22/09 | 0.6 | Financing | Call with potential exit lender re: model questions |
| Brian Bresnahan | 06/22/09 | 2.5 | Financing | Prepared summary of indicative term sheets for exit financing |
| Brian Bresnahan | 06/22/09 | 1.5 | Financing | Call w/ M. Brown and M. Sperling to update model |
| Jamie O'Connell | 06/22/09 | 0.1 | Financing | Correspondence regarding exit financing |
| Matt Bonanno | 06/22/09 | 0.6 | Financing | Call with potential exit lender re: model questions |
| Michael Sperling | 06/22/09 | 0.6 | Financing | Call with potential exit lender re: model |
| Michael Sperling | 06/22/09 | 2.5 | Financing | Prepare summary of indicative term sheets for exit financing |
| Michael Sperling | 06/22/09 | 1.5 | Financing | Call w/ M. Brown and B. Bresnahan to update model |
| Brian Bresnahan | 06/23/09 | 1.0 | Financing | Call with E. Filon and internal team regarding exit financing |
| Brian Bresnahan | 06/23/09 | 0.5 | Financing | Call with finance staff and internal team regarding diligence requests |
| Brian Bresnahan | 06/23/09 | 0.3 | Financing | Status meeting with internal team |
| Brian Bresnahan | 06/23/09 | 1.4 | Financing | Revised summary of indicative term sheets for exit financing |
| Jamie O'Connell | 06/23/09 | 0.6 | Financing | Review of summary of exit financing proposals |
| Jamie O'Connell | 06/23/09 | 0.2 | Financing | Status call with P. Zilly |
| Jamie O'Connell | 06/23/09 | 1.0 | Financing | Call with E. Filon and internal team regarding exit financing |
| Jamie O'Connell | 06/23/09 | 0.5 | Financing | Call with finance staff and internal team regarding diligence requests |
| Jamie O'Connell | 06/23/09 | 0.3 | Financing | Status meeting with internal team |
| Jamie O'Connell | 06/23/09 | 0.2 | Financing | Call with prospective exit financing lender |
| Michael Sperling | 06/23/09 | 1.4 | Financing | Revise summary of indicative term sheets for exit financing |
| Michael Sperling | 06/23/09 | 1.0 | Financing | Call with E. Filon and internal team regarding exit financing |
| Michael Sperling | 06/23/09 | 0.5 | Financing | Call with finance staff and internal team regarding diligence requests |
| Michael Sperling | 06/23/09 | 0.3 | Financing | Status meeting with internal team |
| Pamela Zilly | 06/23/09 | 2.5 | Financing | Review potential exit lender proposals |
| Pamela Zilly | 06/23/09 | 0.2 | Financing | Call with J. O'Connell |
| Pamela Zilly | 06/23/09 | 1.0 | Financing | Review potential exit lender proposal summary |
| Pamela Zilly | 06/23/09 | 1.0 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/23/09 | 1.0 | Financing | Call with E. Filon, internal team re: potential exit lender proposals |
| Pamela Zilly | 06/23/09 | 0.3 | Financing | Status meeting with internal team |
| Brian Bresnahan | 06/24/09 | 1.2 | Financing | Prepared summary of lender fees for exit financing with M. Sperling |
| Jamie O'Connell | 06/24/09 | 0.1 | Financing | Correspondence regarding exit financing |
| Michael Sperling | 06/24/09 | 1.2 | Financing | Prepare summary of lender fees for exit financing with B. Bresnahan |
| Pamela Zilly | 06/24/09 | 0.5 | Financing | Set up calls with potential exit lenders |
| Pamela Zilly | 06/24/09 | 1.4 | Financing | Review potential exit lender proposals, calls with E. Filon re: same |
| Brian Bresnahan | 06/25/09 | 3.0 | Financing | Calls with prospective exit financing lenders |
| Jamie O'Connell | 06/25/09 | 3.0 | Financing | Calls with prospective exit financing lenders |
| Matt Bonanno | 06/25/09 | 3.0 | Financing | Calls with prospective exit financing lenders |
| Michael Sperling | 06/25/09 | 3.0 | Financing | Calls with prospective exit financing lenders |
| Pamela Zilly | 06/25/09 | 0.6 | Financing | Call with E. Filon re: potential exit lender proposals |
| Pamela Zilly | 06/25/09 | 1.0 | Financing | Call with potential exit lender, E. Filon |
| Pamela Zilly | 06/25/09 | 1.0 | Financing | Call with potential exit lender, E. filon |
| Pamela Zilly | 06/25/09 | 1.0 | Financing | Call with potential exit lender, E. Filon |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2009 THROUGH JUNE 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/25/09 | 1.0 | Financing | Call with potential exit lender, E. Filon |
| Pamela Zilly | 06/25/09 | 0.5 | Financing | Call with E. Filon |
| Pamela Zilly | 06/25/09 | 1.0 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/25/09 | 2.0 | Financing | Call with H. La Force, E. Filon re: potential exit lender proposals |
| Jamie O'Connell | 06/26/09 | 0.8 | Financing | Call with E. Filon, P. Zilly, H. La Force, P. Zilly, M. Sperling and M. Bonanno regarding exit financing |
| Jamie O'Connell | 06/26/09 | 1.0 | Financing | Call with E. Filon, H. La Force, P. Zilly, M. Sperling and M. Bonanno regarding exit financing |
| Matt Bonanno | 06/26/09 | 0.8 | Financing | Call with E. Filon, P. Zilly and J. O'Connell regarding exit financing |
| Matt Bonanno | 06/26/09 | 1.0 | Financing | Call with E. Filon, H. La Force, P. Zilly and J. O'Connell regarding exit financing |
| Michael Sperling | 06/26/09 | 0.8 | Financing | Call with E. Filon, P. Zilly, J. O'Connell and M. Bonanno regarding exit financing |
| Michael Sperling | 06/26/09 | 1.0 | Financing | Call with E. Filon, H. La Force, P. Zilly, J. O'Connell and M. Bonanno regarding exit financing |
| Pamela Zilly | 06/26/09 | 0.3 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/26/09 | 1.0 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/26/09 | 0.8 | Financing | Call with E. Filon, J. O'Connell, M. Sperling, M. Bonanno re: exit financing |
| Pamela Zilly | 06/26/09 | 1.0 | Financing | Call with E. Filon, H. La Force, J. O'Connell, M. Sperling, M. Bonanno re: exit financing |
| Jamie O'Connell | 06/28/09 | 3.2 | Financing | Review exit financing proposals and compile list of questions |
| Michael Sperling | 06/28/09 | 1.5 | Financing | Compile initial list of questions for exit financing |
| Michael Sperling | 06/28/09 | 1.2 | Financing | Edit summary of lender fees for exit financing |
| Pamela Zilly | 06/29/09 | 1.0 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/29/09 | 1.0 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/29/09 | 0.5 | Financing | Review potential exit lender fee schedule |
| Pamela Zilly | 06/29/09 | 0.5 | Financing | Comments on Board presentation |
| Pamela Zilly | 06/29/09 | 2.0 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/29/09 | 0.3 | Financing | Call with E. Filon re: exit financing |
| Jamie O'Connell | 06/30/09 | 0.2 | Financing | Status meeting with P. Zilly |
| Jamie O'Connell | 06/30/09 | 0.5 | Financing | Status meeting with P. Zilly and M. Sperling |
| Jamie O'Connell | 06/30/09 | 0.3 | Financing | Financial analysis with M. Sperling |
| Michael Sperling | 06/30/09 | 0.5 | Financing | Status meeting with P. Zilly and J. O'Connell |
| Michael Sperling | 06/30/09 | 0.3 | Financing | Financial analysis with J. O'Connell |
| Pamela Zilly | 06/30/09 | 0.5 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/30/09 | 0.3 | Financing | Call with E. Filon re: exit financing |
| Pamela Zilly | 06/30/09 | 0.5 | Financing | Status meeting with J.O'connell, M. Sperling |
| Pamela Zilly | 06/30/09 | 0.4 | Financing | Call with potential exit lender |
| Pamela Zilly | 06/30/09 | 0.2 | Financing | Meeting with J. O'Connell |
| | | **269.9** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/22/09 | 7.0 | Hearings | Attend Court Hearing |
| | | 7.0 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2009 THROUGH JUNE 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/21/09 | 6.0 | Non-Working Travel Time | Travel to Pittsburgh |
| Pamela Zilly | 06/22/09 | 2.5 | Non-Working Travel Time | Travel to NY |
| | | 8.5 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/01/09 | 2.0 | Plan and Disclosure Statement | Mathis deposition analysis |
| Brian Bresnahan | 06/02/09 | 1.2 | Plan and Disclosure Statement | Analysis for expert report |
| Jamie O'Connell | 06/02/09 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 06/02/09 | 1.0 | Plan and Disclosure Statement | Review Lender Presentation draft |
| Pamela Zilly | 06/02/09 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Pamela Zilly | 06/02/09 | 0.1 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 06/02/09 | 0.4 | Plan and Disclosure Statement | Calls with E. Leibenstein |
| Pamela Zilly | 06/02/09 | 1.4 | Plan and Disclosure Statement | Call with E. Filon, S. Smith re: Lender presentation |
| Pamela Zilly | 06/02/09 | 1.5 | Plan and Disclosure Statement | Mathis deposition analysis |
| Brian Bresnahan | 06/03/09 | 1.2 | Plan and Disclosure Statement | Various financial analyses |
| Pamela Zilly | 06/03/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 06/04/09 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 06/09/09 | 0.9 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Jamie O'Connell | 06/11/09 | 3.6 | Plan and Disclosure Statement | Listen to deposition of H. Sean Mathis (did not listen to entire deposition) |
| Pamela Zilly | 06/11/09 | 7.0 | Plan and Disclosure Statement | Attend Mathis Deposition |
| Brian Bresnahan | 06/13/09 | 1.2 | Plan and Disclosure Statement | Correspondence with M. Sperling regarding warrant valuation |
| Michael Sperling | 06/13/09 | 1.2 | Plan and Disclosure Statement | Correspondence with B. Bresnahan regarding warrant valuation |
| Brian Bresnahan | 06/14/09 | 0.8 | Plan and Disclosure Statement | Review warrant analysis with M. Sperling |
| Michael Sperling | 06/14/09 | 2.3 | Plan and Disclosure Statement | Prepare warrant analysis and interest calculations |
| Michael Sperling | 06/14/09 | 0.8 | Plan and Disclosure Statement | Review warrant analysis with B. Bresnahan |
| Pamela Zilly | 06/16/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leinenstein |
| Pamela Zilly | 06/16/09 | 0.5 | Plan and Disclosure Statement | Review discovery requests |
| Michael Sperling | 06/17/09 | 1.2 | Plan and Disclosure Statement | Review warrant value analysis with B. Bresnahan |
| Pamela Zilly | 06/18/09 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Jamie O'Connell | 06/19/09 | 0.2 | Plan and Disclosure Statement | Call with M. Shelnitz regarding confirmation issue |
| Jamie O'Connell | 06/19/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly regarding confirmation issue |
| Jamie O'Connell | 06/19/09 | 0.3 | Plan and Disclosure Statement | Call with M. Sperling regarding confirmation issue |
| Michael Sperling | 06/19/09 | 0.3 | Plan and Disclosure Statement | Call with J. O'Connell regarding confirmation issue |
| Jamie O'Connell | 06/20/09 | 0.7 | Plan and Disclosure Statement | Correspondence/calls regarding information request |
| Michael Sperling | 06/20/09 | 12.5 | Plan and Disclosure Statement | Prepare information for affidavit |
| Pamela Zilly | 06/20/09 | 1.5 | Plan and Disclosure Statement | Work on backup for Shelnitz affidavit |
| Jamie O'Connell | 06/21/09 | 1.0 | Plan and Disclosure Statement | Review draft affidavit and provide commentary |
| Jamie O'Connell | 06/21/09 | 0.3 | Plan and Disclosure Statement | Correspondence regarding draft affidavit |
| Michael Sperling | 06/21/09 | 8.0 | Plan and Disclosure Statement | Prepare information for affidavit |
| Pamela Zilly | 06/22/09 | 2.0 | Plan and Disclosure Statement | Prepare for deposition |
| Brian Bresnahan | 06/26/09 | 1.3 | Plan and Disclosure Statement | Prepared warrant value analysis with M. Sperling |
| Michael Sperling | 06/26/09 | 1.3 | Plan and Disclosure Statement | Prepare warrant value analysis with B. Bresnahan |
| Pamela Zilly | 06/27/09 | 2.0 | Plan and Disclosure Statement | Prepare for deposition |
| Pamela Zilly | 06/28/09 | 2.5 | Plan and Disclosure Statement | Prepare for deposition |
| Pamela Zilly | 06/29/09 | 4.0 | Plan and Disclosure Statement | Prepare for deposition |
| Jamie O'Connell | 06/30/09 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 06/30/09 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: POR and Court hearings |
| Pamela Zilly | 06/30/09 | 2.5 | Plan and Disclosure Statement | Meeting with counsel |
| | | **71.9** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2009 THROUGH JUNE 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 06/10/09 | 0.5 | Tax Issues | Call and correspondence with D. Nakashige regarding taxes |
| Michael Sperling | 06/10/09 | 0.5 | Tax Issues | Call and correspondence with D. Nakashige regarding taxes |
| Brian Bresnahan | 06/18/09 | 0.8 | Tax Issues | Review tax issues with M. Sperling |
| Michael Sperling | 06/18/09 | 0.8 | Tax Issues | Review tax issues with B. Bresnahan |
| | | 2.6 | | |