**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., <u>et</u> <u>al</u>., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION** *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the attached certification, undersigned counsel moves the admission *pro hac vice* of Marnie E. Simon, Esquire, an attorney with Stevens & Lee, P. C., 1818 Market Street, 29th Floor, Philadelphia, PA, 19103-1702, to represent Fireman's Fund Insurance Company, Allianz S.P.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft in the above-captioned bankruptcy cases.

Dated:  September 3, 2009

STEVENS & LEE, P.C.

        */s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 425-3308
Fax: (610) 371-8515
E-Mail: jdd@stevenslee.com

*Counsel for Fireman's Fund Insurance*
*Company, Allianz S.P.A., f/k/a Riunione*
*Adriatica Di Sicurta, And Allianz SE, f/k/a*
*Allianz Aktiengesellschaft*

**MOTION GRANTED**

Date: September ___, 2009          _____
                                   Judith K. Fitzgerald
                                   United States Bankruptcy Judge

## CERTIFICATION OF MARNIE E. SIMON IN CONNECTION
## WITH MOTION FOR HER ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

*/s/ Marnie E. Simon* _____
Marnie E. Simon
(Member of Pennsylvania Bar)
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Telephone:  (215) 751-2885
Telecopier:  (610) 371-8505
Email: mes@stevenslee.com