## **CERTIFICATE OF SERVICE**

John D. Demmy hereby certifies that on this 3rd day of September, 2009, and in addition to the service provided under the Court's CM/ECF system, true and correct copies of the foregoing Motion for Admission Pro Hac Vice were served by first class United States mail, postage prepaid, on the following persons:

| | |
|---|---|
| Office of the United States Trustee<br>844 King Street, Room 2313<br>Wilmington, DE  19801 | Young Conaway Stargatt & Taylor, LLP<br>Michael R. Nestor, Esquire<br>Joseph M. Barry, Esquire<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 |
| Foley & Lardner, LLP<br>Stephen I. Burr, Esquire<br>111 Huntington Avenue<br>Boston, MA  02199 | Greenberg Traurig, LLP<br>Michael H. Goldstein, Esquires<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA  90404 |
| Greenberg Traurig, LLP<br>Donald J. Detweiler, Esquire<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE  19801 | |

                                                      */s/ John D. Demmy*
                                                          John D. Demmy