**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

W. R. Grace & Co., *et al.*　　　　　　　Bankruptcy No. 01-1139JKF
　　Debtor(s)　　　　　　　　　　　　Jointly Administered
　　　　　　　　　　　　　　　　　　Chapter 11

**ORDER REGARDING HEARING ON SEPTEMBER 17, 2009,**

**AND NOW**, this **3rd** day of **September, 2009**, it is **ORDERED** that the hearing on September 17, 2009, in the above-captioned case shall end at 12:45 p.m.

It is **FURTHER ORDERED** that counsel for Debtors shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judith K. Fitzgerald
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge