**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | | Related to Docket No.20872 |

**STIPULATION BETWEEN ALLSTATE INSURANCE COMPANY, SOLELY AS SUCCESSOR IN INTEREST TO NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, FORMERLY NORTHROOK INSURANCE COMPANY, AND THE PLAN PROPONENTS AS TO THE ADMISSIBILITY OF EXHIBITS AT THE PHASE II CONFIRMATION HEARING**

Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company ("Allstate"), the Debtors, Debtors-in-Possession, the Official Committee of Asbestos Personal Injury Claimants, and David T. Austern, the Asbestos PI Future Claimants' Representative, enter into the following Stipulation as to the Admissibility of Exhibits at the Phase II Confirmation Hearing.

The following Exhibits are admissible into evidence at the Phase II Confirmation Hearing in the above-captioned bankruptcy cases, without the necessity of calling the various custodians to identify and authenticate the Exhibits and to establish their contents, and are hereby deemed admitted:

1. 1994 Settlement Agreement between Allstate Insurance Company and W.R. Grace & Co., marked as NB 1 and PP 064.

2. 1996 Settlement Agreement between Allstate Insurance Company and W.R. Grace & Co., marked as NB 2 and PP 079.

This Stipulation is being entered into only for the purposes of the Phase II Confirmation Hearing in the above-captioned bankruptcy cases and may not be used by any party or person for any other purpose.

| | |
|---|---|
| White & Williams, LLP | Pachulski, Stang, Ziehl & Jones |
| By: */s/ James S. Yoder* <br> JAMES S. YODER, ESQ. (DE #2643) <br> 824 N. Market Street, Suite 902 <br> P.O. Box 709 <br> Wilmington, DE 19899 <br> (302) 467-4524 | By:  */s/ James E. O'Neill* <br> JAMES E. O'NEILL (DE #4042) <br> 919 North Market St., 16th Floor <br> P.O. Box 8705 <br> Wilmington, DE 19899 <br> (302) 652-4100 |
| -and- | -and- |
| Stefano Calogero Esq. <br> Andrew K. Craig, Esq. <br> CUYLER BURK, P.C. <br> Parsippany Corporate Center <br> Four Century Drive <br> Parsippany, NJ 07054 | David M. Bernick <br> Theodore L. Freedman <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Ave <br> New York, NY 10022 |
| *Counsel for Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company* | *Counsel for the Debtors and Debtors in Possession* |

Campbell & Levine, LLC

By:     */s/ Kathleen Campbell Davis*
KATHLEEN CAMPBELL DAVIS (DE #4229)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

-and-

Robert Horkovich, Esq.
ANDERSON, KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

-and-

Peter Van N. Lockwood, Esq.
Nathan D. Finch
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, D.C. 20005

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Phillips, Goldman & Spence, P.A.


BY:_____/s/ John C. Phillips_____
JOHN C. PHILLIPS (DE #110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

-and-

Jonathan P. Guy, Esq.
Peri Mahaley, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005

*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*