# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Related Docket Nos. 23018 and 23107, 22814 |

**MODIFIED ORDER GRANTING ARROWOOD'S MOTION TO SHORTEN NOTICE IN CONNECTION WITH ARROWOOD'S MOTION TO STRIKE, AND OBJECTIONS TO, THE LIBBY CLAIMANTS' DESIGNATION OF THE DEPOSITIONS OF TWENTY-ONE INDIVIDUAL CLAIMANTS TAKEN OUTSIDE THE BANKRUPTCY**

Upon the Motion to Shorten Notice in Connection With Arrowood's Motion to Strike, and Objections to, The Libby Claimants' Designation of the Depositions of Twenty-One Individual Claimants Taken Outside the Bankruptcy (the "Motion to Shorten"); and the Court having considered the Motion to Shorten; and after due deliberation; and it appearing that sufficient cause exists for granting the requested relief; it is hereby

ORDERED that the Motion to Shorten is GRANTED.

FURTHER ORDERED that a hearing on the Arrowood's Motion to Strike, and Objections to, The Libby Claimants' Designation of the Depositions of Twenty-One Individual Claimants Taken Outside the Bankruptcy (the "Motion") will be held on September 11, ____, 2009; ~~and~~ at 8:30 a.m Eastern

FURTHER ORDERED that that the objection deadline to the Motion will be September 10, 2009. by 3:00 p.m. Eastern

FURTHER ORDERED that counsel for Arrowood shall immediately serve ~~an electronic~~ a copy of this Order on all parties in interest, who do not receive electronic notice and shall file a certificate of service forthwith.

FURTHER ORDERED that, once filed, paper copies of all objections/responses must be delivered to Pittsburgh Chambers, 54th Floor, Suite 5490, 600 Grant Street, Pittsburgh, PA, no later than 3:15 p.m. Eastern.

Dated: September 3, 2009

_Judith K. Fitzgerald_
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE