# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 22560 & 22721** |

## CERTIFICATION OF COUNSEL OF LIBBY CLAIMANTS RE: ORDER CONCERNING LIBBY CLAIMANTS' MOTION TO STRIKE, OR ALTERNATIVELY TO LIMIT, AND ALLOW FOR THE REBUTTAL OF THE EXPERT TESTIMONY OF GARY FRIEDMAN, M.D

1. On July 20, 2009, the Libby Claimants filed the Libby Claimants' Motion to Strike, or Alternatively to Limit, and Allow for the Rebuttal of the Expert Testimony of Gary Friedman, M.D. (Docket No. 22560) (the "Motion"). The Official Committee of Asbestos Claimants (the "Committee") filed a response on August 7, 2009 objecting to the Motion (Docket No. 22721). The Court heard arguments on the Motion on August 24, 2009. At the conclusion of the hearing on the Motion, and as a result of its ruling, the Court requested that the parties prepare an order reflecting its ruling.

2. The Libby Claimants and the Committee have conferred and have agreed on a proposed order, the form of which is attached hereto (the "Order"). Based on the foregoing, the Libby Claimants request that the Court enter the Order.

{393.001-W0002655.}

Dated: September 3, 2009       **LANDIS RATH & COBB LLP**
       Wilmington, Delaware

_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile (617) 951-0679

*Counsel for Libby Claimants*

2

{393.001-W0002655.}