IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No. 22560 |
| | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER CONCERNING LIBBY CLAIMANTS' MOTION TO STRIKE, OR ALTERNATIVELY TO LIMIT, AND ALLOW FOR THE REBUTTAL OF THE EXPERT TESTIMONY OF GARY FRIEDMAN, M.D.

On July 20, 2009, the Libby Claimants filed the Libby Claimants' Motion to Strike, or Alternatively to Limit, and Allow for the Rebuttal of the Expert Testimony of Gary Friedman, M.D. (Docket No. 22560) (the "Motion"). The Official Committee of Asbestos Claimants filed a response on August 7, 2009 objecting to the Motion (Docket No. 22721). The Court heard arguments on the Motion on August 24, 2009.

It is hereby ORDERED:

1. By September 1, 2009, Dr. Friedman shall produce any and all records concerning the PFT results referred to at page 89, lines 4-6, of his June 22, 2009 deposition, including but not limited to the database referred to at page 93, line 3, of the same transcript.

2. Except as set forth in paragraph 1 of this Order, the Motion is denied.

Dated: September ___, 2009
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

877p/ord friedman