IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**W.R. GRACE & CO.,** *et al.*,<br><br>      **Debtors.** | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>   **(Jointly Administered)** |

## NOTICE OF DEPOSITION OF AL MCCOMAS

   PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), by and through their undersigned attorneys, will take the deposition of **Al McComas**.  The deposition will take place on **September 9, 2009** at **1:30 p.m.** at the Pittsburgh office Campbell & Levine, 1700 Grant Building, Pittsburgh, Pennsylvania 15219 and will continue from day to day thereafter until complete.  The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths.

Dated: September 3, 2009

                **CAMPBELL & LEVINE, LLC**

                /s/ Mark T. Hurford
                Marla R. Eskin (#2989)
                Mark T. Hurford (#3299)
                800 N. King Street, Suite 300
                Wilmington, DE 19801
                Telephone: (302) 426-1900
                Facsimile:  (302) 426-9947

                *Co-Counsel for the Official Committee*
                *of Asbestos Personal Injury Claimants*

                and

{D0161092.1 }

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Co-Counsel for the Official Committee
of Asbestos Personal Injury Claimants*

and

**ANDERSON KILL & OLICK, P.C.**
Robert M. Horkovich
Mark Garbowski
Robert Y. Chung
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

*Insurance Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

{D0161092.1 }