IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Re: Docket Nos. 23048 & 23127** |
| ) | |

### GARLOCK SEALING TECHNOLOGIES, LLC'S OBJECTION TO PLAN PROPONENTS' SUBMISSION OF FINAL ORDER OF WITNESSES AND ESTIMATED TIME OF EXAMINATION

On August 31, 2009, the Plan Proponents filed a Notice of Submission of Final Order of Witnesses and Estimated Time of Examination (the "Submission") [Docket No. 23048], which purports to reflect negotiations between the Plan Proponents and "the other parties in these proceedings" regarding the order of witnesses and the time necessary to complete their examinations. The Submission further represents that the Plan Proponents believe that an attached "PP Final Order of Proof is an accurate reflection of what has and has not been agreed to with the other parties who will be participating in Phase II of the Confirmation hearing" and that "substantial agreement" exists with the "Plan Objectors" regarding time allocated for direct, cross, and redirect examinations of many witnesses. Contrary to information provided in the Plan Proponents' submission, however, Garlock Sealing Technologies, LLC ("Garlock") is a Plan Objector that will participate in Phase II of the Confirmation Hearing whose agreement is not reflected in the Submission. Further, the Plan Proponents neither gave Garlock notice of two meet and confer sessions undertaken to negotiate the schedule of witnesses and allocate time for examinations nor otherwise provided Garlock an opportunity to participate in these matters.

2309849/1

On September 1, 2009, Garlock notified counsel for the Plan Proponents of its objection to the Submission and complained of the Plan Proponents' failure to meet and confer with Garlock and take into account Garlock's need to cross examine witnesses. The Plan Proponents could not explain why Garlock was excluded from the conferences but agreed to confer with Garlock regarding the examination of witnesses at trial and other matters covered by the Submission. They have failed to do so but instead, on September 3, 2009, filed an amended Final Order of Witnesses and Estimated Time of Examination (the "New Submission") [Docket No. 23127].

The New Submission: (1) incorrectly states that the "Plan Objectors" are in "substantial agreement" with the allocation of examination time for certain witness; (2) for certain other witnesses for whom no agreement exists, purports to lay out the "Plan Objectors'" position regarding the time necessary for examinations of such witnesses; and (3) purports to reflect agreement to certain declarations in lieu of testimony for other witnesses.

Contrary to the suggestion in the Submissions, Garlock has never been consulted on matters addressed by the Submissions, is not in agreement with the New Submission and objects to any limitation on its right to examine witnesses offered at the Confirmation Hearing including, unless Garlock agrees otherwise, any witnesses whose testimony is contained in a declaration in lieu of live testimony. Garlock further reserves the right to examine any witnesses designated and/or called by any other party or any witnesses necessary to rebut evidence or argument made at or before the Confirmation Hearing that is contrary to Garlock's interests.

[The remainder of this page was intentionally left blank.]

2309849/1

Dated: September 3, 2009

**MORRIS JAMES LLP**

*/s/ Brett D. Fallon*
Brett D. Fallon (No. 2480)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1404
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

-and-

Garland S. Cassada
Richard C. Worf
Robinson, Bradshaw & Hinson, P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
E-mail: gcassada@rbh.com
        rworf@rbh.com

Attorneys for Garlock Sealing Technologies, LLC

2309849/1