IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 22556, 22723** |
| | | **8/24/09 Agenda Item No. 14** |

**CERTIFICATION OF COUNSEL RE: ORDER REGARDING
LIBBY CLAIMANTS' MOTION TO STRIKE OR LIMIT THE
EXPERT TESTIMONY OF JOHN PARKER, M.D.**

The undersigned hereby certifies that:

1.      On July 7, 2009, the Libby Claimants filed the *Motion to Strike , or Alternatively to Limit, the Expert Testimony of John Parker, M.D.* (the "Motion") (Docket No. 22556) with the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 Market Street, Wilmington, Delaware 19801. The Debtors opposed the motion. *See* Docket No. 22723.

2.      The Court heard arguments on the Motion on August 24, 2009, and as a result of its ruling, requested that the parties prepare an order reflecting its ruling.

3.      Pursuant to further discussion of the parties, and the direction of the Court on August 24, 2009, the Debtors submitted a revised order to counsel for the Libby Claimants. Counsel for the Libby Claimants does not object to the form of the proposed order.

4.      As a result, the Debtors respectfully request that the Court enter the proposed order regarding the Libby Claimants' Motion To Strike or Limit The Expert Testimony of John Parker, M.D. attached hereto as Exhibit A.

Dated: September 3, 2009                    Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5200

-and-

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602
(312) 641-2162

-and-

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in
Possession

2