# EXHIBIT A

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO., *et al.*,** | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtors.** | ) | **Re: Docket No. 22556, 22723** |
| | ) | **8/24/09 Agenda Item No. 14** |

## ORDER REGARDING LIBBY CLAIMANTS' MOTION TO STRIKE OR LIMIT THE EXPERT TESTIMONY OF JOHN PARKER , M.D.

This matter, having come to be heard on the Motion of the Libby Claimants to Strike or

Alternatively Limit the Expert Testimony of John Parker, M.D. (the "Motion") (Docket No.

22556), the Debtors having filed an Objection to the Motion (Docket No. 22723), the Court

having heard the arguments of counsel on August 24, 2009 with respect to the Motion and being

fully advised in the premises, Hereby Orders As Follows:

For the reasons stated in Court on August 24, 2009, the Motion is Denied.

Dated: September __, 2009

_____

Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge

3