## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | **Re: Docket No. 22822** |

## DISCLOSURE PURSUANT TO THE COURT'S MODIFIED ORDER BETWEEN THE PLAN PROPONENTS AND LIBBY CLAIMANTS REGARDING <u>INDIVIDUAL CLAIMANT TESTIMONY</u>

Per the modified agreed order between the Plan Proponents and the Libby Claimants (Docket No. 22822) ("Modified Order") at paragraph 6 and the Court's ruling at the July 27, 2009 Hearing, the Plan Proponents make the following statements:

1.      Throughout the pretrial period of Phase II, the Libby Claimants have sought to introduce evidence concerning individual Libby Claimants.  The Plan Proponents have repeatedly objected on the grounds that such evidence is not relevant to the confirmation proceedings.  At two separate hearings, the Court agreed with the Plan Proponents that individual claimant testimony is not relevant to the issues concerning the Confirmation Hearing.  Despite this, and in an effort to accommodate the Libby Claimants' request to offer evidence regarding individual claimant testimony, the Court ordered the Plan Proponents to take the depositions of four to five individual Libby Claimants.  Pursuant to the Court's order and rulings, the Libby Claimants subsequently identified six witnesses for whom they would offer such testimony.  And per the Court's order, the Plan Proponents noticed these depositions and flew to Montana to take the depositions.  Once there, the Libby Claimants cancelled the depositions of two of  the individuals, and the Plan Proponents took the depositions of four individuals on August 26, 2009

through August 28, 2009: (1) Norita Skramstad, (2) Leroy Thom, (3) Jay Swennes, and (4) Ed Warner.

2.      The Plan Proponents continue to object to the introduction of any evidence relating to the four individual Libby Claimants.  But, pursuant to paragraph 6 of the Modified Order, if the Libby Claimants are permitted by the Court to offer such evidence regarding these individuals at the Confirmation Hearing, the Plan Proponents will offer responsive testimony from Dr. Weill, Dr. Parker, and Mr. Hughes.

3.      In express violation of the Court's orders and rulings, it appears that the Libby Claimants still will attempt to introduce evidence regarding the medical condition  and settlement circumstances of individual claimants beyond the four to five witnesses discussed by the Court on July 27, 2009 and identified in the Modified Order.  In addition to the four witnesses deposed, the Libby Claimants have indicated that they will attempt to offer evidence relating to twenty-eight other individual Libby Claimants.  This Court has ruled that such evidence is not relevant, and has agreed that the Plan Proponents were not required to expend resources conducting discovery of individual claimants beyond the four to five witnesses described in the Modified Order.  The Plan Proponents thus will move in limine to preclude the introduction of this evidence.  Out of an abundance of caution though, the Plan Proponents reserve all rights to respond at trial to any evidence regarding these additional twenty-eight individual Libby Claimants and likely would respond with testimony and evidence offered by Dr. Weill, Dr. Parker, and Mr. Hughes.

2

Dated:  September 4, 2009          Respectfully submitted,

                                   KIRKLAND & ELLIS LLP

                                   David M. Bernick, P.C.
                                   Theodore Freedman
                                   Justin S. Brooks
                                   Citigroup Center
                                   601 Lexington Ave.
                                   New York, New York  10022-4611
                                   Telephone:  (212) 446-4800
                                   Facsimile:  (212) 446-4900

                                   and

                                   Barbara M. Harding
                                   Brian T. Stansbury
                                   655 Fifteenth Street, N.W.
                                   Washington, D.C. 20005
                                   Telephone:  (202) 879-5200

                                   and

                                   THE LAW OFFICES OF JANET S. BAER, P.C.
                                   Janet S. Baer, P.C.
                                   70 W. Madison St.
                                   Suite 2100
                                   Chicago, IL 60602
                                   Telephone:  (312) 641-2162
                                   Facsimile:  (312) 641-2165

                                   and

DOCS_DE:152804.1

PACHULSKI STANG ZIEHL & JONES LLP

___/s/  James E. O'Neill_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
joneill@pszjlaw.com
kmakowski@pszjlaw.com

*Co-Counsel for the Debtors and Debtors in Possession*

CAMPBELL & LEVINE, LLC

_____

Mark T. Hurford (Bar No. 3299)
Marla R. Eskin (Bar No. 2989)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
mhurford@camlev.com

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Kevin Maclay
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of*
*Asbestos Personal Injury Claimants*

PHILIPS, GOLDMAN & SPENCE, P .A.

_____

John C. Philips (Bar No.110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pgslaw.com

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T Austern, Asbestos PI Future
Claimants' Representative*

SAUL EWING LLP

_____

Teresa K.D. Currier (Bar No. (3080)
222 Delaware Avenue, 12th Fllor
Wilmington, DE  19801
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
tcurrier@saul.com

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Howowitz
David Blabey
1177 Avenue Of The Americas
New York, NY 10036
Telephone:  (212) 715-9100
*Counsel for the Official Committee of Equity Security
Holders*

DOCS_DE:152804.1