# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 23067** |

## PARTIAL JOINDER OF MARYLAND CASUALTY COMPANY IN CNA'S OBJECTIONS TO CERTAIN EXHIBITS PROFFERED BY THE LIBBY CLAIMANTS AND THE STATE OF MONTANA

Maryland Casualty Company hereby joins in *CNA's Objections to Certain Exhibits Proffered by the Libby Claimants and the State of Montana* (Docket No. 23067) ("Objection") filed on September 1, 2009, by Continental Casualty Company and Continental Insurance Company *only* with respect to Paragraph A thereof.

Dated: September 4, 2009  
Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

By:/s/ Jeffrey C. Wisler  
Jeffrey C. Wisler (#2795)  
Marc J. Phillips (#4445)  
Kelly M. Conlan (#4786)  
The Nemours Building  
1007 N. Orange Street  
P.O. Box 2207  
Wilmington, DE 19899  
(302) 658-9141 Telephone  
(302) 658-0380 Facsimile

OF COUNSEL:  
Edward J. Longosz, II  
Gabriella V. Cellarosi  
Eckert Seamans Cherin & Mellott, LLC  
1747 Pennsylvania Avenue, N.W., Suite 1200  
Washington, DC 20006  
(202) 659-6600 Telephone  
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

Counsel for Maryland Casualty Company

#715050