IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 22767)

On August 13, 2009, Buchanan Ingersoll & Rooney PC, ("Buchanan"), former[1] co-counsel to the Official Committee of Equity Holders, filed its Thirty-Third Quarterly Fee Application of Buchanan Ingersoll & Rooney, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from April 1, 2009 through June 30, 2009 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on September 2, 2009. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Buchanan respectfully requests that the Court enter an order approving this Application at its earliest convenience.

SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6826
(302) 421-5861 (Fax)

Delaware Counsel to the Official
Committee of Equity Security Holders

-and-

---

[1] Teresa K.D. Currier Esquire left the firm of Buchanan Ingersoll on May 15, 2009, and the Official Committee of Equity Security Holders elected to transfer its Delaware counsel role to her new firm, Saul Ewing LLP.

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP  
                                              Philip Bentley, Esq.  
                                              Douglas H. Mannal, Esq.  
                                              1177 Avenue of the Americas  
                                              New York, New York 10036  
                                              (212) 715-9100

Dated: September 4, 2009          Co-Counsel to the Official Committee  
                                              of Equity Security Holders