IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
* * * * * * * * * * * * * * * * * * * * * *
                                          *
In re                                     *
                                          *    Chapter 11
W.R. GRACE & CO., et al.,                 *    Case No. 01-01139 (JKF)
                                          *    Jointly Administered
        Debtors.                          *
                                          *
* * * * * * * * * * * * * * * * * * * * * *
```

## STIPULATION CONCERNING LIBBY CLAIMANT AFFIDAVITS

THIS STIPULATION is made as of the 4th day of September, 2009, by and between

claimants who allege that they have been injured by exposure to asbestos from Grace's

operations in Lincoln County, Montana (the "Libby Claimants"),[1] and the joint proponents of the

First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated

February 27, 2009 [Docket No. 20872] as such plan may be amended or modified from time to

time (the "Plan" and the proponents thereof, the "Plan Proponents").[2]

### Agreement

The Libby Claimants and the Plan Proponents stipulate and agree as follows:

1.      Libby Claimants may present affidavits stating their identity and residence; their

years of residence in the Lincoln County, Montana area; their status as Grace workers, including

dates of employment; their status as family members of Grace workers; and/or their status as

Lincoln County community members.

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis
Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 22784], as it may be amended and restated from time to
time.

[2] The Plan Proponents consist of the Debtors, the Asbestos PI Committee, Equity Committee, and the Asbestos PI
Future Claimants' Representative.

2.      The Plan Proponents will not object to the affidavits on hearsay grounds but all other objections are preserved.

3.      The purpose of this stipulation is to save the Court trial time by allowing presentation of facts which the Libby Claimants contend establish standing to raise insurance coverage issues without requiring live testimony of Libby Claimant witnesses.

4.      The Libby Claimants will not object on hearsay grounds to the deposition testimony of Dayton Prouty, Jr. but all other objections are preserved.

5.      The Libby Claimants will not object on hearsay grounds to prior deposition testimony or declarations from non-Libby Asbestos PI Claimants who testify about the facts of exposure to asbestos from Grace's non-completed operations or on Grace owned premises but all other objections are preserved.

6.      This stipulation and agreement is binding only on the parties to it. This Stipulation is solely for purposes of proceedings concerning confirmation of the Plan (including any appeal therefrom). This Stipulation may not be used by any party for any purpose in any other proceeding. The declarations or affidavits attached to this stipulation (Libby Ex. A and ACC Ex. B) can only be used for purposes related to the Libby Claimants' plan objections related to insurance coverage and the Plan Proponents responses to same, and cannot be used for any other purpose, including but not limited to establishing Grace's liability for any asbestos personal injury claim. For the avoidance of doubt, the declarations or affidavits are not offered for the truth of the matter asserted, rather they are offered to show that such claims are alleged, and all objections to such claims are preserved.

EXECUTED as of the date first above written.

LIBBY CLAIMANTS

By their attorneys,

_Kerri Mumford_ [signature]

Adam G. Landis, Esq.
Kerri Mumford, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

and

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA  02110
(617) 951-2505

OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS

By its attorneys,

_____

Mark T. Hurford, Esq.
CAMPBELL & LEVINE, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(32) 426-1900

and

Peter Lockwood, Esq.
Nathan D. Finch, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
(202) 862-5000

and

Elihu Inselbuch, Esq.
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152
(212) 319-7125

EXECUTED as of the date first above written.

LIBBY CLAIMANTS

By their attorneys,

_____

Adam G. Landis, Esq.
Kerri Mumford, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

and

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505

OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS

By its attorneys,

_____

Marla R. Eskin, Esq. (No. 2847)
Mark T. Hurford, Esq. (No. 3299)
CAMPBELL & LEVINE, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(32) 426-1900
meskin@camlev.com
mhurford@camlev.com

and

Peter Lockwood, Esq.
Nathan D. Finch, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
(202) 862-5000

and

Elihu Inselbuch, Esq.
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152
(212) 319-7125

W.R. GRACE & CO., *et al.*

By its attorneys,


/s/ James E. O'Neill

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
PACHULSKI, STANG, ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

and

David M. Bernick, Esq.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE
By his attorneys,


/s/ John C. Phillips

John C. Phillips, Esq.
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200

and

Roger Frankel, Esq.
Jonathan P. Guy, Esq.
ORRICK, HERRINGTON
 & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS

By its attorneys,


/s/ *Teresa K.D. Currier*

Teresa K.D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19801
(302) 421-6800

and

Phillip Bentley, Esq.
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

877p/Libby Stipulation re Affidavits