# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF JAMES ALLEN

STATE OF MONTANA )
                  :ss
County of _____ )

JAMES ALLEN, being first duly sworn, deposes and states as follows:

1.  I currently reside at 13113 Buffalo Trail in Broadview, Montana. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.  I lived in Libby, Lincoln County, Montana, from 1972 until 2004.

3.  From 1973 until 1990, I worked for W.R. Grace in the construction department at the Libby Mine and Mill. Throughout that time, my work required me to perform tasks in all parts of the facility.

4.  Further your Affiant sayeth naught.

DATED this __31__ day of __August__, 2009.

_James Allen_
James Allen

Subscribed and sworn to before me this 31 st day of August, 2009.

_Diana M. Allen_
Notary Public for the State of Montana
Printed Name: Diana M. Allen
Residing at: Billings
My Commission Expires: 9-20-2010

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF DONALD BLAND

STATE OF MONTANA    )
                      :ss
County of _Lincoln_    )

DONALD BLAND, being first duly sworn, deposes and states as follows:

1.    I currently reside in Libby, Montana. My mailing address is P.O. Box 357, Libby, Montana 59923. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.    I lived in Libby from 1972 until 1988, and I have lived in Libby again from 1990 until the present.

3.    From 1979 until 1981, I worked for W.R. Grace in Libby. Initially, I worked as part of the labor pool in the bag room, and in the mill. I also spent time welding and working as a backhoe operator.

4.    Further your Affiant sayeth naught.

DATED this _27_ day of _Aug_, 2009.

_Donald Bland_
Donald Bland

Subscribed and sworn to before me this _27_ day of _August_, 2009.

_Margi E Carr_
Notary Public for the State of Montana
Printed Name: _Margi E Carr_
Residing at: _Libby Montana_
My Commission Expires: _15 Aug 2011_

MARGI E CARR
NOTARY PUBLIC for the
STATE OF MONTANA
Residing in Libby, Montana
My Commission Expires
August 15, 2011

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF RANDY CARLSON

STATE OF ALABAMA )
　　　　　　　　　　　 :ss
County of *Baldwin*　　 )

RANDY CARLSON, being first duly sworn, deposes and states as follows:

1.　　I currently reside at 35125 Blakeley Oaks Drive West in Spanish Fort, Alabama. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.　　From 1956 until 1980, and again from 1982 until 2007, I lived in Libby, Montana.

3.　　From 1957 until 1984, my father, Ray Carlson, worked for W.R. Grace at the mine and mill in Libby. On many Friday nights, I went to work with my father because no babysitter was available.

4.　　From 1974 until 1978, I worked as a general laborer, shovel oiler, driver and operator for W.R. Grace at the Libby mine and mill.

5.　　Further your Affiant sayeth naught.

DATED this ___ day of *Sept.*___, 2009.

Randy Carlson
Randy Carlson

Subscribed and sworn to before me this _2nd_ day of _September_, 2009.

_Andrea B. Conaway_

Notary Public for the State of Alabama

Printed Name: _Andrea B. Conaway_

Residing at: _10021 Hwy 31 Spanish Fort, Al. 36527_

My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES:  May 26, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

**AFFIDAVIT OF RANDY CARLSON - 2**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF JAMES COHENOUR

STATE OF MONTANA    )
                                      :ss
County of Missoula    )

JAMES COHENOUR, being first duly sworn, deposes and states as follows:

1.    I currently reside in Frenchtown, Montana.  My mailing address is P.O. Box 677, Frenchtown, Montana 59834.  I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.    I lived in Lincoln County from 1938 until 1970.

3.    From 1957 until 1967, I worked for W.R. Grace at the Libby Mine and Mill.  During that time, I worked in the dry mill test lab, as a dry mill floor operator, wet mill spiral operator, and overall plant millwright.

4.    Further your Affiant sayeth naught.

DATED this 1 day of September, 2009.

_James Cohenour_
James Cohenour

Subscribed and sworn to before me this 1 day of September, 2009.

WILDA F. CARROLL
NOTARY PUBLIC-MONTANA
NOTARIAL SEAL
Residing at Frenchtown, Montana
My Comm. Expires July 21, 2010

_Wilda F. Carroll_
Notary Public for the State of Montana
Printed Name: Wilda F Carroll
Residing at: Frenchtown
My Commission Expires: July 20, 2010

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11

Case No. 01-01139 (JFK)

(Jointly Administered)

## AFFIDAVIT OF HELEN BRICKEY

STATE OF Washington      )
                                          :ss
County of _____  )

HELEN BRICKEY, being first duly sworn, deposes and states as follows:

1.  I currently reside at 3505 East Deer Park Milan Road in Deer Park, Washington. I
    have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.  From 1963 until 1966, and again from 1968 until 1991, I lived in Libby, Lincoln
    County, Montana.

3.  From 1968 until 1990, my husband, Lloyd Brickey, was employed by W.R. Grace at
    the mine and mill in Libby. Throughout that time, I washed his dusty work clothes
    two to three times per week. I also visited him at the mine and mill approximately
    once per year.

4.  Further your Affiant sayeth naught.

DATED this 27 day of Aug., 2009.

_____
Helen Brickey

Subscribed and sworn to before me this 27 day of August, 2009.

_____
Notary Public for the State of Washington
Printed Name: Dianne Spiva
Residing at: Stevens Co
My Commission Expires: 3/27/10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF DARLENA CRILL

STATE OF UTAH          )
                                      :ss
County of _____ )

DARLENA CRILL, being first duly sworn, deposes and states as follows:

1.    I am Personal Representative of the Estate of William Crill. I currently reside in Ogden, Utah. My mailing address is 520 East 950 North, Ogden, Utah 84404. The Estate of William Crill has asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.    From 1965 until 1991, William Crill lived in Libby, Montana.

3.    From 1974 until 1991, William Crill worked for W.R. Grace at the Libby Mine and Mill. For the first nine years, he worked in the construction department. For the last eight years, he worked in the boiler house.

4.    Further your Affiant sayeth naught.

DATED this ___1___ day of September 2009.

_____
Darlena Crill

Subscribed and sworn to before me this _6th_ day of _September_ 2009.

_(signature)_

Notary Public for the State of Utah
Printed Name: _Claudia Yazzie_
Residing at: _1295 S Ferguson RD SLC UT 84104_
My Commission Expires: _10/02/2012_

CLAUDIA YAZZIE
Notary Public, State of Utah
Commission #576207
My Commission Expires
10-02-2012

**AFFIDAVIT OF DARLENA CRILL - 2**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                  Chapter 11

W.R. GRACE & CO., *et al.*,             Case No. 01-01139 (JFK)

                    Debtors.            (Jointly Administered)

### AFFIDAVIT OF JUDI FOSS

STATE OF MONTANA        )
                        :ss
County of _____   )

JUDI FOSS, being first duly sworn, deposes and states as follows:

1.    I currently reside at 1417 Nevada Street in Libby, Montana.  I have asserted a claim

      against W.R. Grace & Company for asbestos-related disease.

2.    I have lived in Libby, Montana, since 1958.

3.    From 1960 until after 1986, my father, Rudy Kaeding worked for W.R. Grace at the

      mine and mill in Libby.  I lived with my father from 1960 until 1976 while he was
      1958 JF   1978 JF

      working for W.R. Grace.

4.    Further your Affiant sayeth naught.

DATED this 27 day of Aug , 2009.


                              _Judi Foss_
                              Judi Foss


Subscribed and sworn to before me this 27 day of August , 2009.

                              _Sandra Masin_
                              Notary Public for the State of Montana
                              Printed Name: Sandra Masin
                              Residing at: Rexford, MT
                              My Commission Expires: 11/12/2012

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF PATRICIA HUGHES

STATE OF MONTANA   )
                   :ss
County of *Flathead*   )

PATRICIA HUGHES, being first duly sworn, deposes and states as follows:

1. I currently reside at 600 Liberty Street, Apartment 2, in Kalispell, Montana. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2. I lived in Libby, Montana, from 1974 until 2006.

3. From 1974 until 1986, my husband, Robert, worked for W.R. Grace at the Libby Mine and Mill.

4. Further your Affiant sayeth naught.

DATED this 27th day of *August*, 2009.

*Patricia Hughes*
Patricia Hughes

Subscribed and sworn to before me this 27th day of *August*, 2009.

*Kathleen R. French*
Notary Public for the State of Montana
Printed Name: *Kathleen R. French*
Residing at: *Kalispell*
My Commission Expires: *Nov. 01, 2011*

Kathleen R. French
NOTARY PUBLIC for the State of Montana
Residing at KALISPELL, MONTANA
My Commissions expires Nov. 1, 2011

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF JAMES JACOBSON

STATE OF MONTANA    )
                    :ss
County of _Ravalli_    )

JAMES JACOBSON, being first duly sworn, deposes and states as follows:

1.   I currently reside at 619 Double Eagle Road in Florence, Montana.  I have asserted

     a claim against W.R. Grace & Company for asbestos-related disease.

2.   I lived in Libby, Montana, from 1972 until 1976.

3.   In 1975 and 1976, I worked for W.R. Grace at the Libby Mine and Mill.

4.   Further your Affiant sayeth naught.

DATED this _28_ day of _Aug._ , 2009.

_James Jacobson_
James Jacobson

Subscribed and sworn to before me this _28_ day of _August_ , 2009.

_Kathryn_
Notary Public for the State of Montana
Printed Name: _Kathryn Berry_
Residing at: _Florence_
My Commission Expires: _4-1-2010_

KATHRYN S. BERRY
NOTARY PUBLIC-MONTANA
NOTARIAL SEAL
Residing at Florence, Montana
My Comm. Expires April 1, 2010

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

                                Debtors.

Chapter 11

Case No. 01-01139 (JFK)

(Jointly Administered)

## AFFIDAVIT OF LARRY JACOBSON

STATE OF MONTANA      )
                                          :ss
County of _Raviley_      )

LARRY JACOBSON, being first duly sworn, deposes and states as follows:

1.    I currently reside in Lolo, Montana. My mailing address is P.O. Box 1094, Lolo, Montana 59847. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.    I lived in Libby, Montana, from 1972 until 1976. From 1974 until 1976, I worked for W.R. Grace at the Libby Mine an Mill.

3.    Further your Affiant sayeth naught.

DATED this _8_ day of _31 aug_, 2009.

_Larry Jacobson_
Larry Jacobson

Subscribed and sworn to before me this _31_ day of _Aug_, 2009.

_Angela C Olsen_
Notary Public for the State of Montana
Printed Name: _Angela C Olsen_
Residing at: _Florence MT_
My Commission Expires: _10·01·2011_

ANGELA C. OLSEN
NOTARY PUBLIC-MONTANA
NOTARIAL SEAL
Residing at Florence, Montana
My Comm. Expires Oct 1, 2011

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF JANET MACK

STATE OF NEVADA      )
                        :ss
County of Elko         )

JANET MACK, being first duly sworn, deposes and states as follows:

1.  I currently reside in Elko, Nevada. My mailing address is P.O. Box 276, Elko, Nevada 89803. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.  From 1963 until 1990, I lived in Libby, Montana.

3.  My husband, Robert, worked for W.R. Grace at the Libby Mine and Mill from 1959 until 1990. I lived with Robert from the time we married in 1963 through 1990 while he was working for W.R. Grace.

4.  Further your Affiant sayeth naught.

DATED this 31st day of August, 2009.

                                              _____
                                              Janet Mack

Subscribed and sworn to before me this 31st day of August, 2009.

| | |
|---|---|
| GEORGINA ROMERO<br>NOTARY PUBLIC<br>STATE OF NEVADA<br>APPT. No 07-3434-6<br>MY APPT. EXPIRES JUNE 7, 2011 | _____<br>Notary Public for the State of Nevada<br>Printed Name: Georgina Romero<br>Residing at: Elko NV<br>My Commission Expires: June 7, 2011 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11

Case No. 01-01139 (JFK)

(Jointly Administered)

### AFFIDAVIT OF NANCY MATTER

STATE OF MONTANA          )
                                        :ss
County of  Lincoln            )

NANCY MATTER, being first duly sworn, deposes and states as follows:

1.     I am Narven Osteen's daughter and have power of attorney for him.  He has been

       incapacitated since July of this year.

2.     Narven Osteen currently resides at 116 Conifer Road in Libby, Montana.  Narven

       Osteen has asserted a claim against W.R. Grace & Company for asbestos-related

       disease.

3.     Narven Osteen has lived in Libby continuously since 1953.

4.     From 1968 to 1988, Narven Osteen spent about one month per year doing logging

       work in the Rainy Creek area near the W.R. Grace mine and mill.  Narven Osteen

       also hunted in the area every year.

5.     Further your Affiant sayeth naught.

DATED this 2ⁿᵈ day of  September, 2009.

_____
Nancy Matter

Subscribed and sworn to before me this 2nd day of September 2009.



Notary Public for the State of Montana
Printed Name: LINDA DAY
Residing at: Libby, Lincoln County
My Commission Expires: 10-5-2012

**AFFIDAVIT OF NANCY MATTER - 2**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF DOLLY MAYNARD

STATE OF MONTANA      )
                                        :ss
County of _Lincoln_      )

DOLLY MAYNARD, being first duly sworn, deposes and states as follows:

1.    I currently reside at 76 Collins Avenue in Libby, Montana. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.    I have lived in Libby continuously since 1967. I also lived in Libby in 1950, and from 1955 until 1965.

3.    From 1963 to 1965, my husband, Thurman Ray, worked for W.R. Grace at the Libby Mine and Mill. He worked for W.R. Grace in Libby from 1967 until 1990 as well.

4.    Further your Affiant sayeth naught.

DATED this _27_ day of _August_, 2009.

_Dolly Maynard_
Dolly Maynard

Subscribed and sworn to before me this _27_ day of _August_, 2009.

_Angela M Young_
Notary Public for the State of Montana
Printed Name: _ANGELA L. YOUNG_
Residing at: _Libby, Lincoln Cty, MT_
My Commission Expires: _Nov 1, 2011_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF ALICE PRIEST

STATE OF MONTANA    )
                     :ss
County of _Lincoln_    )

ALICE PRIEST, being first duly sworn, deposes and states as follows:

1.    I currently live at 104 Colorado Avenue in Libby, Montana. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.    I have lived in Libby continuously since 1964.

3.    From 1961 until 1978, my husband, Virgil Priest, worked for W.R. Grace in the dry mill in Libby, Montana. Throughout that time, I regularly laundered his work clothes after brushing dust off of him on our front porch.

4.    Further your Affiant sayeth naught.

DATED this _27_ day of _August_, 2009.

_Alice Priest_
Alice Priest

Subscribed and sworn to before me this _27_ day of _August_, 2009.

_Robin A. Benson_
Notary Public for the State of Montana
Printed Name: _Robin A. Benson_
Residing at: _Libby_
My Commission Expires: _01-01-2010_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11

Case No. 01-01139 (JFK)

(Jointly Administered)

### AFFIDAVIT OF TODD REBO

STATE OF MONTANA    )
                                       :ss
County of _____  )

TODD REBO, being first duly sworn, deposes and states as follows:

1.    I currently reside in Troy, Montana.  My mailing address is P.O. Box 688, Troy, Montana 59935.  I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.    I have lived in Lincoln County, Montana, since 1973.  Between 2000 and 2005, I lived outside of Lincoln County at times totaling approximately one year.

3.    Further your Affiant sayeth naught.

DATED this _27_ day of _Aug_, 2009.

_____
Todd Rebo

Subscribed and sworn to before me this _27th_ day of _August_, 2009.

_____
Notary Public for the State of Montana
Printed Name: _Nancy Lee_
Residing at: _Troy_
My Commission Expires: _12.15.10_

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF JANICE RINGSBYE

STATE OF MONTANA       )
                       :ss
County of Lincoln      )

JANICE RINGSBYE, being first duly sworn, deposes and states as follows:

1.   I currently reside at 36311 U.S. Highway 2 in Libby, Montana.  I have asserted a

claim against W.R. Grace & Company for asbestos-related disease.

2.   I have lived in Libby continuously since 1962.

3.   Further your Affiant sayeth naught.

DATED this 28th day of August , 2009.

_____
Janice Ringsbye

Subscribed and sworn to before me this 28 day of August , 2009.

_____
Notary Public for the State of Montana
Printed Name: JEANNIE DENNIS
Residing at: Libby Mt.
My Commission Expires: 6-08-2014

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF KATHERYN ROGINA

STATE OF WYOMING     )
                                         :ss
County of Sweetwater  )

KATHERYN ROGINA, being first duly sworn, deposes and states as follows:

1.    I currently reside at 50 Reliance Road, #144, in Rock Springs, Wyoming.  I have

       asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.    I lived in Libby, Montana, from 1973 until 1976.

3.    From 1973 until 1976, my husband, Dan Norton, worked for W.R. Grace at the Libby

       Mine and Mill.  During that same time, my brother-in-law, Dean Norton, also worked

       for W.R. Grace at the Libby Mine and Mill.  While my brother-in-law did not live

       with us, we spent a good deal of time with him.

4.    Further your Affiant sayeth naught.

DATED this 27 day of August , 2009.

Katheryn Rogina
Katheryn Rogina

Subscribed and sworn to before me this 27th day of August , 2009.

David Peverley

Notary Public for the State of Wyoming
Printed Name: DAVID PEVERLEY
Residing at: 1987 Dewar Dr. Rock Springs WY
My Commission Expires: 10-9-10

DAVID PEVERLEY NOTARY PUBLIC
COUNTY OF SWEETWATER     STATE OF WYOMING
MY COMMISSION EXPIRES OCTOBER 9, 2010

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11

Case No. 01-01139 (JFK)

(Jointly Administered)

### AFFIDAVIT OF JEROME SCHAD

STATE OF MONTANA      )
                                        :ss
County of LINCOLN      )

JEROME SCHAD, being first duly sworn, deposes and states as follows:

1.    I currently reside at 147 Pheasant Run in Troy, Montana.  I have asserted a claim

against W.R. Grace & Company for asbestos-related disease.

2.    I have lived in Lincoln County, Montana, continuously since 1978.  I also lived in

Libby from 1973 until 1975.

3.    In 1973 and 1974, I worked for W.R. Grace at the Libby Mine and Mill.  I spent

several days working as a sweeper in the dry mill during that time.  I also worked in

the sheet metal shop and as a welder and fabricator.  During part of that time, I

worked in the hopper welding inside the bins.

4.    Further your Affiant sayeth naught.

DATED this 28 day of AUGUST, 2009.

Jerome Schad

Subscribed and sworn to before me this 28 day of August, 2009.

Notary Public for the State of Montana
Printed Name: Charlene M Williamson
Residing at: Troy
My Commission Expires: 03-28-12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF DONALD SMITH

STATE OF MONTANA    )
                                      :ss
County of Lincoln      )

DONALD SMITH, being first duly sworn, deposes and states as follows:

1.    I currently reside at 134 Ski Road in Libby, Montana. I have asserted a claim against

W.R. Grace & Company for asbestos-related disease.

2.    I have lived in Libby, Montana, since 1949.

3.    From 1951 until 1987, I worked for W.R. Grace at the Libby Mine and Mill.

4.    Further your Affiant sayeth naught.

DATED this 27 day of August, 2009.

_Donald R Smith_
Donald Smith

Subscribed and sworn to before me this 27 day of August, 2009.

_Deborah M Brusell_
Notary Public for the State of Montana
Printed Name: Deborah M Brusell
Residing at: Libby
My Commission Expires: 9-1-11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11

Case No. 01-01139 (JFK)

(Jointly Administered)

### AFFIDAVIT OF OPAL SMITH

STATE OF MONTANA    )
                                        :ss
County of *Lincoln*    )

OPAL SMITH, being first duly sworn, deposes and states as follows:

1. I currently reside at 134 Ski Road in Libby, Montana. I have asserted a claim against

   W.R. Grace & Company for asbestos-related disease.

2. I have lived in Libby continuously since 1951.

3. From 1951 until 1987, my husband, Donald Smith, worked for W.R. Grace at the

   Libby Mine and Mill.

4. Further your Affiant sayeth naught.

DATED this _27_ day of _August_ 2009.

_____
Opal Smith

Subscribed and sworn to before me this _27th_ day of _August_, 2009.

_____
Notary Public for the State of Montana
Printed Name: _DEBBIE WILSON_
Residing at: _LIBBY_
My Commission Expires: _2-1-2011_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF JAMES STACY

STATE OF MONTANA　　)
　　　　　　　　　　　:ss
County of _____　)

JAMES STACY, being first duly sworn, deposes and states as follows:

1.　I currently reside at 429 Kings Way in Kalispell, Montana.  I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.　I lived in Libby, Montana from 1967 until 1985.

3.　From 1968 until 1971, I worked for W.R. Grace at the Libby Mine and Mill.

4.　Further your Affiant sayeth naught.

DATED this 27 day of August, 2009.

_____
James Stacy

Subscribed and sworn to before me this 27 day of August, 2009.

_____
Notary Public for the State of Montana

Printed Name: Jeannie Kcook
Residing at: Columba Falls
My Commission Expires: 3-24-2012

JEANNIE R. COOK
NOTARY PUBLIC - MONTANA
Residing at
Columbia Falls, Montana
My Commission Expires
March 24, 2012

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF EVA THOMSON

STATE OF MONTANA    )
                          :ss
County of _____  )

EVA THOMSON, being first duly sworn, deposes and states as follows:

1.     I currently reside in Libby, Montana. My mailing address is P.O. Box 1343, Libby, Montana 59923. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.     I have lived in Libby since 1968. I also lived in Libby from 1946 to 1954, and 1959 to 1967.

3.     Between 1955 and 1960, I lived with my father, Perley Vatland, who worked for W.R. Grace's predecessor, the Zonolite Company, at the Libby Mine and Mill. I married my late husband, Dale, in 1960. Dale worked for W.R. Grace at the Libby Mine and Mill from 1968 until 1990.

4.     Further your Affiant sayeth naught.

DATED this _28_ day of _Aug_ , 2009.

_Eva A. Thomson_
Eva Thomson

Subscribed and sworn to before me this _28_ day of _August_ , 2009.

_Gary L. Spencer_
Notary Public for the State of Montana
Printed Name: _Gary L. Spencer_
Residing at: _Libby_
My Commission Expires: _2/15/2013_

**AFFIDAVIT OF EVA THOMSON - 2**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF ALBERT URDAHL, JR.

STATE OF MONTANA   )
                       :ss
County of _____  )

ALBERT URDAHL, JR., being first duly sworn, deposes and states as follows:

1.  I currently reside in Libby, Montana. My mailing address is P.O. Box 337, Libby, Montana 59923. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.  I have lived in Libby since 1944, except for a brief period of time between 1973 and 1974.

3.  From 1967 until 1973, I worked for W.R. Grace at the Libby Mine and Mill. My father, Albert Sr., worked for W.R. Grace at the Libby Mine and Mill from before I was born until 1975.

4.  Further your Affiant sayeth naught.

DATED this _27_ day of _August_, 2009.

                                      _____
                                      Albert Urdahl, Jr.

Subscribed and sworn to before me this _24th_ day of _August_, 2009.

                                      Notary Public for the State of Montana
                                      Printed Name: Courtney E Barton
                                      Residing at: Libby, Montana
                                        My Commission Expires: October 15, 2012

COURTNEY E. BARTON
NOTARY PUBLIC
STATE OF MONTANA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

W.R. GRACE & CO., *et al.*,                     Case No. 01-01139 (JFK)

                    Debtors.                    (Jointly Administered)

## AFFIDAVIT OF JERRY VOLKENAND

STATE OF MONTANA        )
                        :ss
County of _LINCOLN_      )

JERRY VOLKENAND, being first duly sworn, deposes and states as follows:

1.    I currently reside at 342 Conifer Road in Libby, Montana. I have asserted a claim

       against W.R. Grace & Company for asbestos-related disease.

2.    I have lived in Libby since 1981. I also lived in Libby from 1972 until 1977.

3.    From 1975 until 1977, I lived with my step-father, Al Pennock. At that time, he

       worked for W.R. Grace at the Libby Mine and Mill.

4.    I worked for W.R. Grace at the Libby Mine and Mill myself from 1982 until 1989.

5.    Further your Affiant sayeth naught.

DATED this 28 day of August, 2009.

                                          _Jerry D. Volkenand_
                                          Jerry Volkenand

Subscribed and sworn to before me this 28 day of August, 2009.

                                          _Robin A. Benson_
                                          Notary Public for the State of Montana
                                          Printed Name: Robin A. Benson
                                          Residing at: Libby
                                          My Commission Expires: 01-01-2010

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF DONALD WHITMARSH

STATE OF MONTANA       )
                                          :ss
County of _Lincoln_     )

DONALD WHITMARSH, being first duly sworn, deposes and states as follows:

1.    I currently reside in Libby, Montana. My mailing address is P.O. Box 1291, Libby,
Montana 59923. I have asserted a claim against W.R. Grace & Company for
asbestos-related disease.

2.    I have lived in Libby since 1977. I also lived in Libby from 1943 until 1973.

3.    From 1961 until 1966, I worked for W.R. Grace at the Libby Mine and Mill.

4.    Further your Affiant sayeth naught.

DATED this _27th_ day of _August_, 2009.

_Donald Whitmarsh_
Donald Whitmarsh

Subscribed and sworn to before me this _27th_ day of _August_, 2009.

_Debbie Wilson_
Notary Public for the State of Montana
Printed Name: _DEBBIE WILSON_
Residing at: _LIBBY_
My Commission Expires: _2-1-2011_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF FRANKLIN WIDIC

STATE OF NEVADA      )
                     :ss
County of 𝒪𝒪𝓀𝒶     )

FRANKLIN WIDIC, being first duly sworn, deposes and states as follows:

1.      I currently reside in Elko, Nevada. My mailing address is P.O. Box 2065, Elko, Nevada 89801. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.      I lived in Libby, Montana, from 1953 until 1968, and again from 1970 until 1991.

3.      From 1953 until 1968, my step-father, Orville Thorn, worked for W.R. Grace at the Libby Mine and Mill.

4.      From 1967 until 1968, and from 1970 to 1991, I worked for W.R. Grace at the Libby Mine and Mill. During that time, I worked as a dry mill sweeper, top floor operator, bottom floor operator, euc driver, shovel, oiler, dozer, and loader operator. I occasionally worked bagging product and loading it on railroad cars.

5.      Further your Affiant sayeth naught.

DATED this  _1_  day of  _Sept_ , 2009.

                               _Franklin Widic_
                               Franklin Widic

Subscribed and sworn to before me this _O1_ day of _Sept._ , 2009.

JENI-LEI R. POWELL
Notary Public, State of Nevada
Appointment No. 04-90051-6
My Appt. Expires Jul 8, 2012

Notary Public for the State of Nevada,
Printed Name: _Powell, Jeni-Lei R._
Residing at: _Elko, NV_
My Commission Expires _July 08, 2012_

**AFFIDAVIT OF FRANKLIN WIDIC - 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF GORDON KNOPP

STATE OF MONTANA      )
                                       :ss
County of _____ )

GORDON KNOPP, being first duly sworn, deposes and states as follows:

1.      I currently reside in Glen, Montana. My mailing address is P.O. Box 320202, Glen, Montana 59732. I have asserted a claim against W.R. Grace & Company for asbestos-related disease.

2.      I lived in Libby, Montana, from 1972 until 1976. In 1972 and 1973, I worked for W.R. Grace as a millwright at the Libby Mine and Mill.

3.      Further your Affiant sayeth naught.

DATED this _4_ day of _Sept_, 2009.

_____
Gordon Knopp

Subscribed and sworn to before me this _4TH_ day of _SEPT_, 2009.

_____
Notary Public for the State of ~~Montana~~ Arizona
Printed Name: DERRICK P VOSS
Residing at: MOHAVE COUNTY · BULLHEAD CITY, AZ
My Commission Expires: MAY 18, 2013

Derrick P. Voss
NOTARY PUBLIC - ARIZONA
MOHAVE COUNTY
My Commission Expires
May 18, 2013