# EXHIBIT B

**In Re: Doris L. Anderson**

---

**AFFIDAVIT OF**
**DORIS L. ANDERSON**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF STEARNS )

Doris L. Anderson, being first duly sworn upon oath, states the following:

1. My date of birth is November 29, 1939. I reside at 217 – 27th Avenue North, St. Cloud, Minnesota.

2. That I was married to George W. Noyes, Jr. on August 22, 1959. He died of lung cancer and asbestosis on February 23, 2001. I am remarried to Darrell S. Anderson. We were married on May 20, 2008.

3. That my first husband, George W. Noyes was employed with W. R. Grace and Company in Northeast Minneapolis at the former Western Mineral Plant from 1968 to 1974 as a laborer. He was exposed to various products and minerals daily such as asbestos fibers and vermiculite ore.

4. I recall that his duties as a laborer included unloading boxcars of raw asbestos that was to be used for the manufacture of W. R. Grace's various products that included spray fire proofing, acoustical spray, etc. He also unloaded vermiculite ore that came into the plant from their mine in Montana.

5. I recall that I washed my first husband's work clothes during that time period between 1968 and 1974. I remember that the clothes were very dusty and I would have the shake the dust off from the work clothes before putting them into the wash. Shaking the clothes created very dusty conditions.

6. I further recall that from 1968 to 1972 we lived at 632 Jefferson in a duplex not far from the Plant where my husband worked. In 1972, we moved to Coon Rapids. Because we only owned one vehicle at the time, I would take my husband to work most days and pick him up.

7. While living at 632 Jefferson, my husband brought waste vermiculite from the plant home to insulate the attic of the duplex we were living in. I recall that the process of insulating was dusty.

8. That I have been diagnosed with bilateral pleural plaques due to my exposure to asbestos fibers from George Noyes' work clothes as well as living in the neighborhood near the W. R. Grace Plant.

Further your affiant sayth not.

Dated this 25th day of August, 2009

Doris L. Anderson

Subscribed and sworn to before me this 25th day of Aug, 2009

Notary Public

TYLER J. KELLY
Notary Public
Minnesota
My Commission Expires Jan. 31, 2013

STATE OF MINNESOTA IN DISTRICT COURT

**AFFIDAVIT OF TERRY L. THIELE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN)

Terry L. Thiele, being first duly sworn upon oath, states the following:

1. My date of birth is October 19, 1946 and my social security number is 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. I reside at 10270 Meadowlark Court, Maple Grove, Minnesota, and Hennepin County.

2. That I lived at 1619 Jefferson Street Northeast, Minneapolis, Minnesota, ½ block from the W. R. Grace Zonolite Plant from 1949 until approximately 1966.

3. I further state that I recall as a child playing on the W. R. Grace Plant property, specifically, in the material waste piles as well as around the loading docks and railroad tracks. I recall broken bags of material lying around the loading docks and railcars and that we disturbed.

4. I further recall that the plant allowed us to take the waste material home and used it for various purposes, including wall and attic insulation as well as driveway fill.

5. That in addition to actually handling material from the plant, the manufacturing process caused contaminated dust to drift in the air outside the plant into the neighboring areas, causing it to settle on homes, vehicles, laundry, gardens, fruit trees, etc.

FURTHER, YOUR AFFIANT SAYETH NAUGHT.

Dated this 2 day of 19, 2003.

[signature]
Terry L. Thiele

Subscribed and sworn to before me,
this 19 day of Feb., 2003.

[signature]
Notary Public

SUE E. MUECKE
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: W.R. GRACE & CO., *et al.*, Debtors. | Chapter 11 Case No. 01-01139 (JKF) Jointly Administered |
|---|---|

**DECLARATION OF BRIANA J. CHATELLE**

Briana J. Chatelle declares under penalty of perjury the following to be true and correct:

1. I am an attorney with the Sieben Polk Law Firm, 1640 South Frontage Road, Hastings, MN 55033.

2. I am one of the attorneys representing the family of Elwin Thiele who died from his asbestos-related disease on March 26, 2004.

3. The sources of Elwin Thiele's exposure to asbestos includes exposure to vermiculite contaminated with asbestos and other asbestos-containing materials at the Western Mineral Products/W.R. Grace expansion plant in Minneapolis between 1949 and 1997.

4. The expansion plant was near his family residence, located ½ block from the expansion plant.

Dated: September 2, 2009

Briana J. Chatelle

Subscribed and sworn before me,
dated this 2nd day of September, 2009

Notary Public

DONNA P. PRIGGE
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

STATE OF MINNESOTA IN DISTRICT COURT

**AFFIDAVIT OF DAVID A. THIELE**

STATE OF MINNESOTA )
) ss.
COUNTY OF RICE )

David A. Thiele, being first duly sworn upon oath, states the following:

1. My date of birth is December 18, 1951 and my social security number is 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. I reside at 3749 Chappuis Trail, Faribault, Minnesota, and Rice County.

2. That I lived at 1619 Jefferson Street Northeast, Minneapolis, Minnesota, ½ block from the W. R. Grace Zonolite Plant from 1951 until approximately 1972.

3. I further state that I recall as a child playing on the W. R. Grace Plant property, specifically, in the material waste piles as well as around the loading docks and railroad tracks. I recall broken bags of material lying around the loading docks and railcars and that we disturbed.

4. I further recall that the plant allowed us to take the waste material home and used it for various purposes, including wall and attic insulation as well as driveway fill.

5. That in addition to actually handling material from the plant, the manufacturing process caused contaminated dust to drift in the air outside the plant into the neighboring areas, causing it to settle on homes, vehicles, laundry, gardens, fruit trees, etc.

Further your affiant sayth naught.

Dated this 15 day of FEB., 2003.

David A. Thiele

Subscribed and sworn to before me, this 15th day of February, 2003.

Notary Public

TODD A. VOGE
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2007

STATE OF MINNESOTA DISTRICT COURT

COUNTY OF RAMSEY SECOND JUDICIAL DISTRICT

11. PERSONAL INJURY/ASBESTOS/DECOURCY

COPY

-----------------------------------

Randi Cook and Larry Cook,

Plaintiffs,

v.

A.H. Bennett Company, et al.,

Defendants.

-----------------------------------

The Deposition of RANDI COOK, taken pursuant to Notice of Taking Deposition, taken before Wendy S. Foley, RPR, RMR, a Notary Public in and for the County of Scott, State of Minnesota, taken on the 13th day of June, 2006, at 16699 Galena Avenue West, Rosemount, Minnesota, commencing at approximately 9:45 a.m.

Q. -- Hospital? As part of the surgical procedure to alleviate the problem you were having with fluid, do you know if they did a biopsy?

A. I don't know.

Q. What's your understanding of the surgical procedure you had?

A. Well, they went in, and they put some -- they literally like glued the lung -- lung lining into the rib.

Q. Okay. And as a result of that surgery, did they tell you they found anything in your chest cavity?

A. Yeah. On my pathology report, it showed mesothelioma.

Q. Did you have a conversation with your doctor about that?

A. Yes.

Q. And tell us what the conversation was.

A. It was due to asbestos.

Q. Did you talk to him about any thoughts you had as to how you may have been exposed to asbestos?

A. Yeah. I thought I got it Northeast.

Q. Northeast, you mean Northeast Minneapolis?

A. Right.

Q. And what makes you believe that? Tell us what you know.

A. Well, Northeast -- I lived -- my cousin lived

next door -- I lived next -- my cousin lived next door to an asbestos plant, and as a child, from age 9 to 11, we used to run around and play in -- play in stuff, and it looked like gravel, and climb on stuff and --

Q. Okay.

A. I don't remember what color it was.

Q. All right. So let's back up a second. You had a cousin that lived in Northeast Minneapolis?

A. Right.

Q. What street did your cousin live on?

A. Monroe.

Q. And it's your recollection it was near some plant or factory?

A. Right.

Q. And how often would you visit your cousin in Northeast Minneapolis?

A. Once a month.

Q. And how long were you there typically?

A. Between one and two hours.

Q. And when the weather was nice, would you typically be outdoors?

A. We'd be typically outside.

Q. Tell us what you and your cousin would do.

A. Climb on top of the stuff and sit on it and throw it around.

Q. When you say stuff, was it mounds or piles of something?

A. Well, it was rocks and that, so --

Q. And how many times would you visit your cousin in Northeast --

A. At least once a month.

Q. And when you were there, in the nice weather, how much time would you spend outdoors?

A. All the time.

Q. So one to two hours?

A. Yeah.

Q. And that was during the period of time when you were 9, 10 and 11?

A. Right.

Q. And what is your cousin's name?

A. Eugene Gilman. His nickname is Butch.

Q. And he still lives here in the Twin City area?

A. He lives in Chisholm.

Q. Well, Minnesota then?

A. Yeah.

Q. Okay. When you were diagnosed with the mesothelioma, did the doctors make any recommendations for treatment?

A. Yeah.

Q. And what was their recommendation?

Q. -- cancer? Okay. I'm going to step back and go to something you talked about with your attorney about going to Northeast and visiting your cousin.

A. Okay.

Q. I think you said his name was Eugene Gilman?

A. Yeah.

Q. Do you remember the address of where Eugene lived?

A. No. Just Monroe Street.

Q. And you mentioned he lived somewhere near an asbestos plant?

A. Yeah.

Q. Do you remember how close he lived to the plant?

A. No.

Q. Is this right up off of Broadway in Northeast Minneapolis?

A. It could -- yeah, it could be. I'm not sure.

Q. Okay. He was your cousin, and I'm trying to figure out what the relation was. Who was -- was it your dad's --

A. He was on my father's side.

Q. Your dad's side. And I think you mentioned you were between the ages of 9 and 11 --

A. Yeah.

Q. -- when you would go to see Eugene? How long did Eugene live over there if you know?

A. Well, I think they moved out about -- about the time I was 11.

Q. Okay. And are you familiar with the name of Western Mineral Company?

A. No.

Q. Or if I say W.R. Grace?

A. No.

Q. Not familiar with either of those names?

A. (Indicating in the negative.)

Q. You mentioned playing with your cousin on piles of material. Were they just like little rock piles --

A. Yeah.

Q. -- I mean, that you would climb on?

A. Yeah.

Q. Do you understand if Eugene has come down with any kind of disease?

A. Well, he gets -- he gets tested all the time.

Q. Okay. Do you know anyone else in his family --

A. No.

Q. -- his father or anything such as that that --

A. No.

Q. Okay. Can you give me any idea of how many times you and Eugene were playing on the piles of material?

A. About once a month.
Q. And when it was nice out?
A. Yeah.
Q. So two or three summers of that or --
A. Yeah.
Q. -- something --
A. Yes.
Q. -- something like that? Okay.
MR. SCOUTON: I think I've covered everything I need. Do you want to take a short break?
THE WITNESS: Huh-uh.
MR. SCOUTON: I think I'm finished.
THE WITNESS: Okay.
MR. SCOUTON: I'm going to see if any of the other attorneys here have questions for you --
THE WITNESS: Okay.
MR. SCOUTON: -- and, hopefully, we'll be done for the morning.
MS. ELLIOTT: I don't have anything.
MS. MEDIGER: Ma'am, I just have a few questions for you. Can you hear me okay? Do you want me to move over there?
THE WITNESS: I need you to move over here.
MS. MEDIGER: Sure. Is that your dog

outside scratching on the door?

THE WITNESS: Yeah.

MS. MEDIGER: I thought I heard something scratching.

THE WITNESS: Yeah, it must be the dog.

MS. MEDIGER: Oh. Mine does that too. My name is Anissa Mediger, and I just have a few questions for you.

THE WITNESS: Okay.

CROSS-EXAMINATION

BY MS. MEDIGER:

Q. Do you have any family history of cancer? Anyone in your family with cancer?

A. My -- my aunt had breast cancer. She is gone now.

Q. And what was her name?

A. Laura Ticher.

Q. And what year did she pass away?

A. 2003, July.

Q. How old was she?

A. She was four years older than my dad. My dad was 90 when he died. My dad died in 2003 too.

Q. Okay. So she was about 94?

A. Yeah.

Q. Now, you mentioned Eugene Gilman as your cousin. What were Eugene's parents' names?

A. Gene -- Gene Gilman and Dorothy Gilman.

Q. When it was nice in the spring or the fall, would you also play outside --

A. Yeah.

Q. -- near their home --

A. Yes.

Q. -- in the piles of rock you've described?

A. Yeah.

Q. Okay. So not just summertime; whenever it was nice outside?

A. Yeah.

Q. Now, this construction that you mentioned at the Roosevelt High School, was that just your senior year?

A. Yes.

Q. Did you take that science class -- was that just one semester?

A. Yeah. Yes.

Q. And do you recall how long that construction was taking place at the school?

A. I don't remember.

Q. Have you had any out-of-pocket expenses associated with your medical care?

A. Yeah.

**AFFIDAVIT OF BROOKS E. MARTNER**

STATE OF COLORADO )
) ss.
COUNTY OF Boulder )

I, Brooks E. Martner, being duly sworn on oath, depose and state the following

1. My name is Brooks E. Martner and I am the brother of Carolyn Ellingson, whose date of birth is 6/8/37;

2. That Carolyn Ellingson passed away on 4/26/02, with her cause of death being mesothelioma;

3. As children, we lived across the street from the Western Mineral/W.R. Grace manufacturing plant located on Madison Street in northeast Minneapolis. The address of our home was: 1724 Jefferson Street NE;

4. My parents and I lived at 1724 Jefferson Street NE from 1948 until 1964. My sister, Carolyn Ellingson, lived there with us from 1948 to approximately 1955;

5. The residence was approximately 50 yards southwest of the waste pile of unused product that was stored outside of the plant. I have prepared a map which is attached hereto and made a part hereof as Exhibit "A";

6. The Western Mineral/W.R. Grace company regularly dumped piles of their unused product at the west end of its building. As children, we would jump and roll in the gravel and bury ourselves up to our necks at times. The gravel was warm or hot shortly after being dumped from the building's dock and was generally about 10-feet tall. A sign on the building's wall beside the pile encouraged the public to take the gravel for free; and

7. My father regularly spread the gravel at the parking spot along the curb in front of our house to give his car more traction in the winter. Please see a copy of a photograph showing the gravel pile as it appeared in approximately 1964;

FURTHER YOUR AFFIANT SAYETH NAUGHT.

[signature]
Brooks E. Martner

Subscribed and sworn to before me

this 25 day of Mar, 2005.

[signature]
Notary Public

NOTARY PUBLIC
JULIE A. KERK
STATE OF COLORADO


city equipment yard
NORTH
R.R. tracks (now gone)
18th Ave
Zonolite Insulation Factory
free gravel pile
Jorgenson family
Zarembski family
1724 Martner family
Dymanyk family, Wakaruk family
Jefferson St.
fence
Madison St.
NW Casket Company
17th Ave.
17th Ave.
NE Minneapolis about 1948-1964

EXHIBIT A




View toward northeast from 1724 Jefferson St., NE of the vermiculite insulation factory in Minneapolis about 1964

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: W.R. GRACE & CO., *et al.*, Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>Jointly Administered |
|---|---|

**DECLARATION OF EUGENE GILMAN**

Eugene Gilman declares under penalty of perjury the following to be true and correct:

1. I am a 61-year-old male residing at 959 NW First Avenue, Chisholm, Minnesota, 55719.

2. I am represented by Richard A. LaVerdiere, Sieben Polk Law Firm, 1640 South Frontage Road, Suite 200, Hastings, MN 55033.

3. I have been injured by exposure to asbestos and currently have a personal injury claim against W.R. Grace. I have been diagnosed with asbestos-related pleural disease.

4. The sources of my exposure to asbestos include exposure to vermiculite contaminated with asbestos and other asbestos-containing materials from the Western Mineral Products/W.R. Grace expansion plant located in Minneapolis.

5. I was exposed when I lived a block away from the plant from 1947 through 1961 at 1523 Monroe Street in Minneapolis and played in the piles that were outside the plant.

Dated: AUGUST 26, 2009

Eugene Gilman