# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| w. r. grace & co., *ET AL.* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket Nos. 22814 |
| | ) | |
| | ) | |
| Debtors. | ) | Hearing Date: Sept. 8, 2009 @ 11:00 AM (EST) |
| | ) | |

## ORDER GRANTING MOTION TO LIMINE TO PRECLUDE THE LIBBY CLAIMANTS FROM IDENTIFYING ADDITIONAL INDIVIDUAL CLAIMANTS OUTSIDE THE SCOPE OF THE AUGUST 17, 2009 MODIFIED ORDER

Upon consideration of the Debtors' motion in limine to preclude the Libby Claimants' deposition designations and individuals identified under the August 17, 2009 Modified Order (the "Motion"), and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted.

Dated: _____

Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:152861.1