THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.**, *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtors.** | ) | Objection Deadline:  TBD |
| | ) | Hearing Date:  TBD |
| | ) | |

### DEBTORS' MOTION FOR LEAVE FROM THIS COURT'S SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON MOTION IN LIMINE TO PRECLUDE THE LIBBY CLAIMANTS FROM IDENTIFYING ADDITIONAL INDIVIDUAL CLAIMANTS OUTSIDE THE SCOPE OF THE AUGUST 17, 2009 MODIFIED ORDER

The Debtors hereby move this Court pursuant to Del. Bankr. L.R. 9006-1(e), Rule

9006(c) of the Bankruptcy Rules and section 102 of the Bankruptcy Code, for leave from this

Court's Scheduling Order and to shorten the notice period with respect to its *Motion in Limine to*

*Preclude the Libby Claimants from Identifying Additional Individual Claimaints Outside the*

---

[1]    The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Scope of the August 17, 2009 Modified Order* (the "Motion"), so the Motion may be heard at the commencement of the Confirmation Hearing on September 8, 2009.  In support of this Motion, the Debtors state as follows:

1.      In order to proceed with the Confirmation Hearing in an efficient manner, the Libby Claimants must be precluded from offering the same redundant testimony the Court said would not be permitted and the evidence on which the Debtors did not pursue discovery, based on reliance on the agreement reached with the Libby Claimants and the Court's orders.  In short, it is absolutely necessary that this Court preclude any testimony or evidence related to the additional twenty-eight individual claimants and any other individual claimant other than the four individuals deposed.

2.      Bankruptcy Rule 9006(c) provides that when an act is required to be done within a specified time by the Bankruptcy Rules "the court for cause shown may in its discretion with or without motion or notice order the period reduced."  Similarly, Del.Bankr.LR 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Rules or the Fed. R. Bankr. P. except by Order of the Court, on written motion specifying the exigencies justifying shortened notice."

3.      Given that the Confirmation Hearing is set to commence on September 8, 2009 and Libby issues are the first to be taken up with the Court, accordingly, the Debtors file this Motion seeking an Order of this Court for leave of the Scheduling Order and shortening the notice period prescribed by Del. Bankr. LR 9006-1(c) to enable the Motion to be heard at the commencement of the Confirmation Hearing on September, 8, 2009.

WHEREFORE, the Debtors respectfully request the entry of an Order (i) granting the

Debtors leave from the Scheduling Order, (ii) shortening the notice period with respect to the

Motion, and (iii) scheduling the Motion for hearing on September 8, 2009.

Dated:  September 7, 2009                     Respectfully submitted,

                                             KIRKLAND & ELLIS LLP
                                             David M. Bernick, P.C.
                                             Theodore L. Freedman
                                             Deanna D. Boll
                                             Citigroup Center
                                             601 Lexington Ave.
                                             New York, New York  10022-4611
                                             Telephone: (212) 446-4800




                                             and

                                             PACHULSKI STANG ZIEHL & JONES LLP

                                                /s/ James E. O'Neill
                                             Laura Davis Jones (Bar No. 2436)
                                             James E. O'Neill (Bar No. 4042)
                                             Kathleen P. Makowski (Bar No. 3648)
                                             919 North Market Street, 17th Floor
                                             P.O. Box 8705
                                             Wilmington, DE  19899-8705 (Courier 19801)
                                             Telephone:  302-652-4100
                                             Facsimile:  302-652-4400

                                             Co-Counsel for the Debtors and Debtors in
                                             Possession

91100-001\DOCS_DE:152859.1