THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Re: Docket No. 22430 |
| ) | 8/24/09 Agenda Item No. 12 |

## ORDER REGARDING LIBBY CLAIMANTS' MOTION TO SUPPLEMENT EXPERT REPORT OF DR. CRAIG MOLGAARD AND FOR JUDICIAL NOTICE

This matter, having come to be heard on the Motion of the Libby Claimants To Supplement Expert Report of D. Craig Molgaard and for Judicial Notice ('the "Motion") (Docket No. 22430), no objections having been filed and the Court having previously entered an agreed order with respect to certain pretrial proceedings ( Docket No.22821), the Court having heard the arguments of counsel on August 24, 2009 with respect to the Motion and being fully advised in the premises, Hereby Orders As Follows:

1. Leave to file the Supplemental Expert Report is granted.

2. The Court shall take judicial notice of the authenticity of the official governmental publications referred to in the Motion.

3. All other objections to the admission of the governmental publications referred to in the Motion are preserved.

September 8. 2009

*Judith K. Fitzgerald*
rmab

3