THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. 22556, 22723 |
| | ) | 8/24/09 Agenda Item No. 14 |

## ORDER REGARDING LIBBY CLAIMANTS' MOTION TO STRIKE OR LIMIT THE EXPERT TESTIMONY OF JOHN PARKER, M.D.

This matter, having come to be heard on the Motion of the Libby Claimants to Strike or Alternatively Limit the Expert Testimony of John Parker, M.D. (the "Motion") (Docket No. 22556), the Debtors having filed an Objection to the Motion (Docket No. 22723), the Court having heard the arguments of counsel on August 24, 2009 with respect to the Motion and being fully advised in the premises, Hereby Orders As Follows:

For the reasons stated in Court on August 24, 2009, the Motion is Denied.

Dated: September 8, 2009

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald   rmab
U.S. Bankruptcy Judge

3