IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref Nos. 22385, 22386, 22508 |

## ORDER APPROVING MOTION FOR LEAVE TO FILE SUPPLEMENT TO LIBBY CLAIMANTS' OBJECTION TO FIRST AMENDED JOINT PLAN OF REORGANIZATION

On July 10, 2009, the Libby Claimants filed the Supplement to the Libby Claimants' Objection to First Amended Joint Plan of Reorganization [Docket No. 22385] (the "Supplement") and the Motion for Leave to File Supplement to the Libby Claimants' Objection to First Amended Joint Plan of Reorganization [Docket No. 22386] (the "Motion"). The Debtors filed the Debtors' Response to Libby Claimants' Motion for Leave to File Supplemental Objections to First Amended Joint Plan of Reorganization dated July 17, 2009 [Docket No. 22508] (the "Response"). At the hearing on the Motion on August 24, 2009, the Debtors announced that they now agreed to permit the filing of the Supplement. The Court having considered the Motion; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Libby Claimants filing of the Supplement is allowed.

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to, or arising from, the Motion or implementation of this Order.

Dated: September 8 , 2009

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald **rmab**
United States Bankruptcy Judge

#152794 v1 - Grace - Certification of Counsel re: Order Approving Motion For Leave To File Supplement To Libby Claimants' Objection To Plan
DOCS_DE:152794.1