IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 22859 & 23005** |

## LIBBY CLAIMANTS' DESIGNATION OF RECORD
## AND STATEMENT OF ISSUES ON APPEAL

Claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] pursuant to Fed. R. Bankr. P. 8006, designate the following items to be included in the record on appeal and submit the following statement of issues to be presented in connection with the Libby Claimants' appeal from the Order Pursuant to Sections 105, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving the Debtors Entering into the Settlement Agreement with the Royal Parties and Denying Libby Claimants' Motion to Defer Consideration and Compel Discovery, by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, entered on August 19, 2009 [Docket No. 22859] (the "Order").

I.    DESIGNATION OF RECORD

The Libby Claimants hereby designate the following items to be included in the record on appeal:

---

[1] As identified in the Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 22784] filed in this case, as it may be amended and restated from time to time.

{393.001-W0002697.}

| | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | |
|---|---|---|---|
| Designated No. | Date of Filing | Docket No. | Description |
| 1 | 6/17/09 | 22153 | Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release With the Royal Parties |
| 2 | 6/25/09 | --- | Libby Claimants' First Request to Arrowood Indemnity Company for Production of Documents in Connection with Debtors' Motion for Order Approving Settlement Agreement and Mutual Release With the Royal Parties |
| 3 | 6/25/09 | --- | Libby Claimants' First Request to Debtors for Production of Documents in Connection with Debtors' Motion for Order Approving Settlement Agreement and Mutual Release With the Royal Parties |
| 4 | 6/25/09 | 22257 | Notice of Service of Discovery re: Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties |
| 5 | 7/10/09 | 22397 | Libby Claimants' Objection to Debtors' Motion to Approve Settlement With Royal Parties |
| 6 | 7/10/09 | 22398 | Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement With Royal Parties |
| 7 | 7/10/09 | 22399 | Motion of Libby Claimants for Leave From This Court's Case Management Order for Shortened Notice and Expedited Consideration of Motion to Defer Consideration of Debtors' Motion to Approve Settlement With Royal Parties |
| 8 | 7/10/09 | 22400 | Affidavit/Declaration of Service re Docket Nos. 22397, 22398, 22399 filed by Libby Claimants |
| 9 | 7/13/09 | 22404 | Order Granting Motion for Leave to File Supplement to Libby Claimants' Objection to First Amended Joint Plan of Reorganization |
| 10 | 7/13/09 | 22405 | Affidavit/Declaration of Service re Docket Nos. 22404 Filed by Libby Claimants |
| 11 | 7/13/09 | 22411 | Objection of BNSF Railway Company to the Motion for an Order Approving Settlement Agreement and Mutual Release With Royal Parties |
| 12 | 7/14/09 | 22446 | Order Continuing Agenda Items 3 and 6 from July 27, 2009, to August 24, 2009 |
| 13 | 7/14/09 | 22450 | Order Reinstating Hearing on Doc. No. 22153 July 27, 2009 |
| 14 | 7/14/09 | 22453 | Objection by the Debtors and Arrowood to the Libby Claimants' Motion for Shortened Notice and Expedited Consideration of Motion to Defer |

{393.001-W0002697.}

| 15 | 7/15/09 | 22459 | Order for Leave From Case Management Order and to Shorten Notice and Expedited Consideration of Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement With Royal Parties |
| --- | --- | --- | --- |
| 16 | 7/15/09 | 22461 | Order Amending Order Entered at Doc. No. 22459 Shortening Time on Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement With Royal Parties |
| 17 | 7/15/09 | 22462 | Affidavit/Declaration of Service re Docket No. 22459 filed by Libby Claimants |
| 18 | 7/15/09 | 22463 | Notice of Deposition of W.R. Grace & Co., et al. Pursuant to Federal Rule of Civil Procedure 30(b)(6) filed by the Libby Claimants |
| 19 | 7/15/09 | 22465 | Notice of Deposition of Tancred Shiavoni filed by Arrowood Indemnity Company |
| 20 | 7/15/09 | 22468 | Affidavit/Declaration of Service re Docket No. 22461 filed by Libby Claimants |
| 21 | 7/16/09 | 22477 | Libby Claimants' Motion to Compel Debtors and Arrowood to Respond to Discovery Requests in Connection With Debtors' Motion for Order Approving Settlement Agreement and Mutual Release With the Royal Parties |
| 22 | 7/16/09 | 22479 | Motion of Libby Claimants for Leave From This Court's Case Management Order for Shortened Notice and Expedited Consideration of Motion to Compel Debtors and Arrowood to Respond to Discovery Requests in Connection With Debtors Motion to Approve Settlement Agreement and Mutual Release With the Royal Parties |
| 23 | 7/16/09 | 22481 | Affidavit/Declaration of Service re Docket Nos. 22477, 22479 |
| 24 | 7/17/09 | 22488 | Arrowood's Objection to the Libby Claimants' Motion for Shortened Notice and Expedited Consideration of Motion to Compel |
| 25 | 7/17/09 | 22500 | Modified Order For Leave From Case Management Order and to Shorten Notice and Expedite Consideration of Libby Claimants' Motion to Compel Debtors and Arrowood to Respond to Discovery Requests in Connection with Debtors' Motion for Order Approving Settlement Agreement and Mutual Release With the Royal Parties |
| 26 | 7/17/09 | 22504 | Affidavit/Declaration of Service re Docket No. 22500 |

3

| | | | |
|---|---|---|---|
| 27 | 7/21/09 | 22581 | Declaration of Richard C. Finke in Support of Debtors' Motion For an Order Approving Settlement Agreement and Mutual Release With Arrowood Indemnity Company |
| 28 | 7/23/09 | 22600 | Memorandum of Law of Arrowood in Opposition to the Libby Claimants' Motion to Compel and Motion to Defer |
| 29 | 7/23/09 | 22601 | Declaration of Tancred V. Schiavoni III |
| 30 | 7/24/09 | 22613 | Arrowood's Memorandum of Law in Reply to Libby Claimants' and BNSF's Objections to Debtor's Motion to Approve the Arrowood Settlement |
| 31 | 7/24/09 | 22614 | Order Granting Debtors' Motion For Leave to File a Reply to Late-Filed Objection of BNSF Railway and Objection of the Libby Claimants to Debtors' Motion for Order Approving Settlement Agreement and Mutual Release With the Royal Parties |
| 32 | 7/24/09 | 22615 | Order Granting Arrowood's Motion For Leave to File Reply to BNSF's Late-Filed Objections and Libby Claimants' Objections to Motion for an Order Approving Settlement Agreement and Mutual Releases With the Royal Parties |
| 33 | 7/24/09 | 22624 | Debtors' Reply to Late-Filed Objection of BNSF Railway and Objection of the Libby Claimants to Debtors' Motion for Order Approving Settlement Agreement and Mutual Release With the Royal Parties |
| 34 | 7/27/09 | 22674 | Transcript from July 27, 2009 Hearing |
| 35 | 8/5/09 | 22707 | Certification of Counsel re Order on Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release With the Royal Parties, Libby Claimants' Motion to Defer Consideration and Libby Claimants' Motion to Compel Debtors and Arrowood to Response to Discovery Requests |
| 36 | 8/19/09 | 22859 | Order Pursuant to Sections 105, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving the Debtors Entering into the Settlement Agreement with the Royal Parties and Denying Libby Claimants' Motions to Defer Consideration and Compel Discovery |
| 37 | 8/28/09 | 23002 | Notice of Appeal filed by BNSF Railway Company |
| 38 | 8/28/09 | 23005 | Notice of Appeal filed by Libby Claimants |

{393.001-W0002697.}

II.    STATEMENT OF ISSUES ON APPEAL

The Libby Claimants hereby submit the following statement of issues presented by this appeal:

1. Did the Bankruptcy Court err in entering the Order, thereby violating the Libby Claimants' rights to due process?

2. Did the Bankruptcy Court err in entering the Order, thereby approving the Settlement Agreement[2] even though it impermissibly disposes of an asset (insurance proceeds) that is not property of the Debtors' bankruptcy estate?

3. Even if insurance proceeds were to be treated as an asset of the Debtors' bankruptcy estate, did the Bankruptcy Court err in entering the Order, thereby approving the Settlement Agreement in the absence of adequate protection of the Libby Claimants' interest?

4. Did the Bankruptcy Court err in entering the Order, thereby approving the Settlement Agreement even though it provides impermissibly broad injunctions and releases in favor of the Royal Parties?

5. Did the Bankruptcy Court err in entering the Order, thereby approving the Settlement Agreement even though it is effectively a *sub rosa* plan?

---

[2] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Order.

6.  Did the Bankruptcy Court err in entering the Order, thereby approving the Settlement Agreement even though it is unduly prejudicial to the Libby Claimants?

| | |
|---|---|
| Dated: September 8, 2009<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kerri Mumford*<br>———————————————<br>Adam G. Landis (No. 3407)<br>Kerri K. Mumford (No. 4186)<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>- and -<br><br>Daniel C. Cohn<br>Christopher M. Candon<br>**COHN WHITESELL & GOLDBERG LLP**<br>101 Arch Street<br>Boston, MA  02110<br>Telephone: (617) 951-2505<br>Facsimile (617) 951-0679<br><br>*Counsel for Libby Claimants* |