**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 3, 2009 at 4:00 p.m.** |
| | ) | **Hearing Date: December 14, 2009 at 10:30 a.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 22810**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Thirty-Third Quarterly Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from April 1, 2009 through June 30, 2009 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 3, 2009[1] at 4:00 p.m.

Dated: September 8, 2009

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Tel: (305) 374-7580
Fax: (305) 374-7593

-and-

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: (302) 575-1555
Fax: (302) 575-1714

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*