04/16/01 MON 13:22 FAX 14099353790    MEHAFFY & WEBER    ☒002

RECEIVED
APR 16 2001
MEHAFFY & WEBER
Beaumont, Texas



CHIEF JUSTICE
WILLIAM J. CORNELIUS

JUSTICES
BEN Z. GRANT
DONALD R. ROSS

# Court of Appeals
### Sixth Appellate District
### State of Texas

CLERK
AUTUMN THOMAS

BI-STATE JUSTICE BUILDING
100 NORTH STATE LINE AVENUE #20
TEXARKANA, TEXAS 75501
903/798-3046

April 13, 2001

Hon. Sandra F. Clark
Mehaffy & Weber
P O Box 16
Beaumont, TX 77704

Hon. Glen W. Morgan
Reaud, Morgan & Quinn, Inc.
801 Laurel St
Beaumont, TX 77701

Hon. Richard J. Clarkson
Reaud, Morgan & Quinn, Inc.
801 Laurel St
Beaumont, Tx 77720-6005

**RE:** Appellate Case Number: 06-00-00112-CV
Trial Court Case Number: B-150896-J

**Style:** W. R. Grace & Co.
v.
Aaron Clifton Edwards, et al

The referenced appeal from Jefferson County is **PERMANENTLY ABATED** in conformity with the written Opinion of this Court of even date.

A true copy of this Court's Opinion and Judgment is enclosed.

Respectfully submitted,

Autumn Thomas, Clerk

By _/s/ Ken Robinson_
    Deputy

cc: (w/copy of enclosures)
Hon. Gary Sanderson, Judge Presiding
Mr. John S. Appleman, District Clerk

DEFENDANT'S EXHIBIT
FFICSC Exh. 6

FFICSC000084

04/16/01  MON 13:23 FAX 140° ˙53790        MEHAFFY & WEBER                              ☒003



# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-00-00112-CV

W. R. GRACE & CO., Appellant

V.

AARON EDWARDS, ET AL., Appellees

On Appeal from the 60th Judicial District Court
Jefferson County, Texas
Trial Court No. B-150,896-J

Before Cornelius, C.J., Grant and Ross, JJ.
Opinion by Chief Justice Cornelius

FFICSC000085

04/16/01 MON 13:23 FAX 14098353790          MEHAFFY & WEBER                    ☒004

OPINION

This Court has been notified that appellant, W. R. Grace & Co., filed a petition for bankruptcy on April 1, 2001, in the United States Bankruptcy Court for the District of Delaware. Pursuant to 11 U.S.C.A. § 362 (West 1993 & Supp. 2000), further action in this cause is automatically stayed, and the appeal is suspended. TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes this case is abated and will be treated as closed. Any party may reinstate the cause by promptly filing a motion with an attached certified copy of the order showing that the automatic bankruptcy stay has been lifted or terminated and specifying what further action, if any, is required from this Court. In the event of reinstatement, any time period that began to run and had not expired at the time of suspension will begin anew when the proceeding is reinstated. Any document filed while the proceeding is suspended will be deemed filed on the same day, but after, the court reinstates the appeal. TEX. R. APP. P. 8.2, 8.3.

IT IS SO ORDERED.

William J. Cornelius
Chief Justice

Date Decided: April 13, 2001

Do Not Publish

2

FILED
Court of A..
Sixth Dist

APR 13 20

Texarkana, Te
Aumn Thomas

FFICSC000086

04/16/01  MON 13:23 FAX 1409˙˙˙53790        MEHAFFY & WEBER                                    ☒005



# Court of Appeals
## Sixth Appellate District of Texas

| | |
|---|---|
| W. R. Grace & Co., Appellant | Appeal from the 60th Judicial District Court of Jefferson County, Texas (Tr. Ct. No. B-150,896-J). Opinion delivered by Chief Justice Cornelius, Justices Grant and Ross participating. |
| No. 06-00-00112-CV   V. | |
| Aaron Edwards, et al., Appellees | |

### ORDER

BE IT REMEMBERED that, in accordance with the Court's opinion of this date, it is **ORDERED** that this case be, and hereby is, **ABATED**.

RENDERED APRIL 13, 2001
BY ORDER OF THE COURT
WILLIAM J. CORNELIUS
CHIEF JUSTICE

ATTEST:
Autumn Thomas, Clerk

FFICSC000087