# EXHIBIT 7

[Placeholder Only]