# EXHIBIT B

91100-001\DOCS_DE:152868.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket No: _____ |
| | ) | |

**ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY
DAMAGE CLAIM FILED BY NORTH ARKANSAS REGIONAL MEDICAL CENTER**

This matter having come before the Court on the Motion of Debtors for Entry of an Order

Authorizing Settlement of An Asbestos Property Damage Claim filed by North Arkansas

Regional Medical Center [Claim No. 10995] (the "Motion"), the Court having reviewed the

Motion; the Court finds that:  (i) the legal and factual basis set forth in the Motion establish just

cause for the relief requested,  (ii) the Debtors have properly exercised their business judgment in

negotiating and entering into the Settlement Agreement attached as Exhibit A to the Motion, and

(iii) the settlement and compromise are not attended by fraud, collusion or bad faith and were

negotiated by the parties at arm's length.

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED in all respects;

2.    The Settlement Agreement, a copy of which is attached as Exhibit A to the

Motion, is APPROVED.

3.    The Debtors are authorized to enter into the Settlement Agreement and are

authorized to execute, deliver, implement and fully perform any and all obligations, instruments,

documents and papers and to take any and all actions reasonably necessary or appropriate to

consummate the Settlement Agreement and perform any and all obligations contemplated therein.

4.      The Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order subject to the provisions of the Settlement Agreement.

Dated: _____, 2009                    _____
                                                Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Judge