# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Related to Doc. No. 23131, re 22962 |

**MODIFIED** ORDER GRANTING FIREMAN'S FUND INSURANCE COMPANY'S PROTECTIVE MOTION TO SHORTEN TIME FOR RESPONSES TO, AND HEARING ON, ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW COMPLETION OF DEBTORS' STATE COURT APPEAL FROM THE <u>EDWARDS</u> JUDGMENT AND FOR RELATED RELIEF

THIS MATTER having been presented to the Court upon the protective motion (the "Motion") of Fireman's Fund Insurance Company to shorten time for responses to, and hearing on, its motion for relief from the automatic stay to allow completion of Debtors' state court appeal from the <u>Edwards</u> judgment and for related relief (the "Lift-Stay Motion," Dkt. No. 22962), as described in the Motion; and the Court having considered the Motion, any opposition to the Motion, and any arguments of counsel; it is hereby **ORDERED** as follows:

1.  The Motion be and is hereby GRANTED;

2.  All responses to the Lift-Stay Motion shall be filed no later than September 16, 2009 at 5:00 p.m. prevailing Eastern time;

3.  The hearing on Lift-Stay Motion shall be held on September 29, 2009 at 10:30 a.m. prevailing Eastern time;

4.  Counsel for Debtors shall place the Lift-Stay Motion on the agenda for the September 29, 2009 hearing; and

5.  Counsel for Debtors shall serve this Order on: (i) the Office of the United States Trustee; (ii) counsel for the Official Committee of Asbestos Personal Injury Claimants; (iii) counsel for the Asbestos PI Future Claimants Representative; (iv) counsel for the Official Committee of Equity Security Holders; (v) counsel for Fireman's Fund; (vi) all parties listed on the Official Service List; and (vii) the Bankruptcy 2002 Notice List.

*Judith K. Fitzgerald*
Hon. Judith K. Fitzgerald
United States Bankruptcy Judge

Date: 9/8/09

9030798

- 2 -