IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: D.I. No. 22859 |
| | : | |

### BNSF RAILWAY COMPANY'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

BNSF Railway Company ("BNSF") pursuant to Fed. R. Bankr. P. 8006, designates the following items to be included in the record on appeal and submit the following statement of issues to be presented in connection with the appeal from the Order Pursuant To Sections 105, 1107 And 1108 of The Bankruptcy Code And Rules 2002, 6004, 9014 And 9019 Of The Federal Rules Of Bankruptcy Procedure Authorizing And Approving The Debtors Entering Into The Settlement Agreement With The Royal Parties And Denying Libby Claimants' Motions To Defer Consideration And Compel Discovery, as entered by the Bankruptcy Court in these Chapter 11 proceedings on August 19, 2009 (D.I. 22859).

I.  STATEMENT OF ISSUES ON APPEAL

   1. :Did the Bankruptcy Court err by refusing to defer consideration of the motion to approve the settlement with mutual release between the Debtors and the Royal Parties to the confirmation hearing?

   2. Did the Bankruptcy Court err by approving the settlement with mutual release despite it constituting a *sub rosa* plan of reorganization?

   3. Did the Bankruptcy Court err by finding that BNSF Railway Company did not have rights in the insurance policies that are the subject of the settlement with mutual release that could not be compromised without BNSF Railway Company's consent?

#11460204 v1

4. Did the Bankruptcy Court err by approving the settlement with mutual release that contained releases that operate as non-consensual third party non-debtor releases?

5. Did the Bankruptcy Court err by finding that the settlement with mutual release was fair and equitable as to BNSF Railway Company, in light of the separate policy limits, which have no annual aggregate limits?

6. Did the Bankruptcy Court err by finding that the settlement with mutual release was fair and equitable as to BNSF Railway company, where such settlement extinguishes the duty to defend BNSF Railway company at the insurers' expense with no effect upon the debtor?

II. DESIGNATION OF RECORD ON APPEAL

The BNSF Railway Company hereby designates the following items to be included in the record on appeal:

| | | | |
|---|---|---|---|
| 1 | 12/22/2008 | 20309 | Objection to Confirmation of Plan Filed by BNSF Railway Company |
| 2 | 05/20/2009 | 21769 | Objection Of BNSF Railway Company To Confirmation Of The First Amended Chapter 11 Plan Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders Dated February 3, 2009. |
| 3 | 06/17/2009 | 22153 | Motion to Approve Compromise under Rule 9019 and Mutual Release with The Royal Parties Filed by W.R. Grace & Co., et al.. |
| 4 | 06/25/2009 | 22257 | Notice of Service of Discovery re: Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties Filed by Libby Claimants. |
| 5 | 07/10/2009 | 22397 | Objection to Debtors' Motion to Approve Settlement with Royal Parties Filed by Libby Claimants (Attachments: # 1 Exhibit A) |
| 6 | 07/10/2009 | 22398 | Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties Filed by Libby Claimants. (Attachments: # 1 Proposed Form of Order) |
| 7 | 07/10/2009 | 22399 | Motion for Leave from this Court's Case Management Order for Shortened Notice and Expedited Consideration of |

|   |   |   | |
|---|---|---|---|
|   |   |   | Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties Filed by Libby Claimants. (Attachments: # 1 Proposed Form of Order) |
| 8 | 07/13/2009 | 22410 | Document Filed Under Seal - Trial Brief Of BNSF Railway Company Objecting To Confirmation Of The First Amended Chapter 11 Plan Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos Pi Future Claimants' Representative, And The Official Committee Of Equity Security Holders Dated February 3, 2009 |
| 9 | 07/13/2009 | 22411 | Document Filed Under Seal - Objection Of BNSF Railway Company To The Motion For An Order Approving Settlement Agreement And Mutual Release With The Royal Parties |
| 10 | 07/14/2009 | 22453 | Objection by The Debtors and Arrowood to the Libby Claimants' Motion for Shortenend Notice and Expedited Consideration of Motion to Defer |
| 11 | 07/15/2009 | 22459 | Order (MODIFIED) Granting Motion to Shorten Notice and for Expedited Consideration of Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties |
| 12 | 07/15/2009 | 22461 | Order Amending Order Entered at Doc. No. 22459 Shortening Time on Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Royal Parties. |
| 13 | 07/15/2009 | 22463 | Notice of Deposition of W.R. Grace & Co., et al. Pursuant to Federal Rule of Civil Procedure 30(b)(6) Filed by Libby Claimants. |
| 14 | 07/15/2009 | 22464 | Notice of Deposition of Kemp Hooper Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company. |
| 15 | 07/15/2009 | 22465 | Notice of Deposition of Tancred Schiavoni Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company. |
| 16 | 07/16/2009 | 22477 | Motion to Compel Debtors and Arrowood to Respond to Discovery Requests in Connection with Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties Filed by Libby Claimants. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Form of Order) |
| 17 | 07/16/2009 | 22479 | Motion for Leave from this Court's Case Management Order for Shortened Notice and Expedited Consideration of Motion to Compel Debtors and Arrowood to Respond to Discovery Requests in Connection with Debtors' Motion to Approve Settlement with the Royal Parties Filed by Libby Claimants. (Attachments: # 1 Proposed Form of Order) |
| 18 | 07/17/2009 | 22488 | Arrowoods Objection to the Libby Claimants Motion for Shortened Notice and Expedited Consideration of Motion to |

-3-

|    |            |       |                                                                                                                                                                                                                                                                           |
|----|------------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |            |       | Compel Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company                                                                                                                                                                                                  |
| 19 | 07/20/2009 | 22526 | Pre-Trial Submission of BNSF Railway Company                                                                                                                                                                                                                              |
| 20 | 07/21/2009 | 22574 | Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al..                                                                                                                                                                                      |
| 21 | 07/21/2009 | 22581 | Declaration of Richard C. Finke In Support of Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with Arrowood Indemnity Company Filed by W.R. Grace & Co., et al                                                                              |
| 22 | 07/22/2009 | 22594 | Amended Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al..                                                                                                                                                                              |
| 23 | 07/23/2009 | 22600 | Memorandum of Law of Arrowood in Opposition to the Libby Claimants' Motion to Compel and Motion to Defer (Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company                                                                                               |
| 24 | 07/23/2009 | 22601 | Declaration of Tancred V. Schiavoni III Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)                                                                                                          |
| 25 | 07/23/2009 | 22610 | Motion for Leave to File Debtors' Reply to Late-Filed Objection of BNSF Railway and Objection of the Libby Claimants to Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties Filed by W.R. Grace & Co., et al.. (Attachments: # 1 Exhibit 1# 2 Proposed Form of Order # 3 Certificate of Service and Service List) |
| 26 | 07/24/2009 | 22613 | Arrowoods Motion for Leave to File Reply to BNSFs Late-Filed Objections and Libby Claimants Objections to Motion for an Order Approving Settlement Agreement Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company. (Attachments: # 1 Exhibit 1# 2 Proposed Form of Order # 3 Certificate of Service) |
| 27 | 07/24/2009 | 22614 | Order Granting Debtors' Motion for Leave to File a Reply to Late-Filed Objection of BNSF Railway and Objection of the Libby Claimants to Debtors' Motion for Order Approving Settlement Agreement and Mutual Release with the Royal Parties                                |
| 28 | 07/24/2009 | 22615 | Order Granting Arrowood's Motion for Leave to File Reply to BNSF's Late-Filed Objections and Libby Claimants' Objections to Motion for an Order Approving Settlement Agreement and Mutual Releases with the Royal Parties                                                 |
| 29 | 07/24/2009 | 22624 | Reply (of the Debtors') to Late-Filed Objection of BNSF Railway and Objection of the Libby Claimants to Debtors Motion for Order Approving Settlement Agreement and Mutual Release With the Royal Parties Filed by W.R. Grace & Co., et al. (Attachments: # 1 Affidavit with service lists) |
| 30 | 07/25/2009 | 22631 | Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s) 22574 , 22594 ) Filed by W.R.                                                                                                                                                              |

|    |            |       |                                                                                                                                                                                                                                                                                                                                 |
|----|------------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |            |       | Grace & Co., et al                                                                                                                                                                                                                                                                                                              |
| 31 | 07/31/2009 | 22674 | Transcript regarding Hearing Held 7/27/2009                                                                                                                                                                                                                                                                                     |
| 32 | 08/19/2009 | 22859 | Order Pursuant to Sections 105, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Fed.R.Bankr.P. Authorizing and Approving the Debtors Entering to the Settlement Agreement with the Royal Parties and Denying Libby Claimants' Motions to Defer Consideration and Compel Discovery. Related to Doc. No. 22153 , 22398 , 22477 , 22707 |

Dated:  September 8, 2009  
        Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ James C. Carignan  
David M. Fournier (No. 2812)  
James C. Carignan (No. 4230)  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
P.O. Box 1709  
Wilmington, DE   19899-1709  
(302) 777-6500

- and –

Edward C. Toole, Jr., Esq.  
Linda J. Casey, Esq.  
3000 Two Logan Square  
18th & Arch Streets  
Philadelphia, PA   19103  
Tel.:  215-981-4000  
Fax:  215-981-4750

- and –

Robert J. Phillips, Esq.  
PHILLIPS LAW FIRM P.C.  
283 West Front Street, Suite 301  
P.O. Box 8569  
Missoula, Montana 59807-8569  
Telephone: 406-721-7880  
Facsimile: 406-721-0058

*Counsel to BNSF Railway Company*