## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 28, 2009 |
| | : | Hearing Date: December 14, 2009 |

### FEE DETAIL FOR DAY PITNEY LLP'S
### THIRTY-THIRD QUARTERLY APPLICATION FOR THE PERIOD
### FROM APRIL 1, 2009 THROUGH JUNE 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PITNEY, HARDIN, KIPP & SZUCH LLP AS SPECIAL COUNSEL TO THE DEBTORS

Upon the application (the "Application") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking entry of an order under sections 327(e) and 328(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code") authorizing the Debtors to employ and retain Pitney, Hardin, Kipp & Szuch LLP ("PHKS") as special counsel for the Debtors with respect to the specified matters set forth in the Application; and upon the Affidavit of Anthony J. Marchetta submitted in support of the Application; and it appearing that the relief requested is in the best interest of the Debtors' estates and their creditors and other parties in interest; and it appearing that this is a core matter under 28 U.S.C. § 157; and

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

332

it appearing that PHKS does not represent any interest adverse to the Debtors or their estates with respect to the matters on which PHKS is to be employed, and meets all requirements for retention set forth in the Bankruptcy Code; and it appearing that the terms and conditions of PHKS's employment as further described in the Application are reasonable; and adequate notice having been given of the Application; and good and sufficient cause existing to grant the Application;

NOW, THEREFORE, IT IS HEREBY:

ORDERED that the Application is GRANTED; and it is further

ORDERED that, pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, the retention and employment of PHKS as special counsel to the Debtors for the purposes set forth in the Application is hereby approved, nunc pro tunc to the petition date of the above-captioned proceedings; and it is further

ORDERED that PHKS shall be compensated under sections 330 and 331 of the Bankruptcy Code and any further or other Orders of this Court concerning compensation of professionals in these cases, and in accordance with the terms set forth in the Application and the Affidavit of Anthony J. Marchetta in support of the Application, and shall be reimbursed for all allowed necessary, actual and reasonable expenses; and it is further

ORDERED that the allowed fees and expenses of PHKS shall be an administrative expense of the Debtors' estates; and it is further.

ORDERED that this Order shall become effective immediately upon its entry; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: May 30, 2001

JUDGE

# EXHIBIT B

**EXHIBIT B**

**FEES FOR THE FEE PERIOD APRIL 1, 2009 THROUGH JUNE 30, 2009**[2]

**FEES FOR THE PERIOD**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/01/09 | Reviewed and responded to emails regarding CNO for January Fee Application; Finalized February Fee Application documents and prepared same for filing. | | |
| 18 | K. Begley | 0.9 | 225.00 |
| 04/09/09 | Reviewed and filed docket entries. | | |
| 14 | K. Begley | 0.2 | 50.00 |
| 04/27/09 | Drafted March 2009 Fee Application Documents and organized docket entries. | | |
| 18 | K. Begley | 0.4 | 100.00 |
| 04/28/09 | Review, revise and follow up with K. Begley regarding DP's March 2009 Fee Application. | | |
| 14 | S. Zuber | 0.3 | 148.50 |
| 04/28/09 | Drafted March 2009 Fee Application Documents; Drafted 32nd quarterly fee application for January 1, 2009 to March 31, 2009; Emails to S. Zuber regarding same. | | |
| 18 | K. Begley | 4.1 | 1,025.00 |
| 04/29/09 | Review, revise and discuss with K. Begley several drafts of DP's 1Q 2009 Fee Application. | | |
| 14 | S. Zuber | 0.5 | 247.50 |
| 04/29/09 | Revised and finalized March 2009 Fee Application; Discussed same with A. Marchetta; Emails to local counsel regarding filing of same. | | |
| 18 | K. Begley | 0.5 | 125.00 |
| 04/30/09 | Revised January to March 2009 Quarterly Fee Application; Emails with S. Zuber regarding same. | | |
| 18 | K. Begley | 0.4 | 100.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.80 | 495.00 | 396.00 |
| K. Begley | 6.50 | 250.00 | 1,625.00 |
| TOTAL: | 7.30 | | 2,021.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 14 | 0.2 | | |
| | 18 | 6.3 | 250.00 | 1,625.00 |
| S. Zuber | 14 | 0.8 | 495.00 | 396.00 |
| TOTAL: | | 7.3 | | 2,021.00 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.


| 03/26/09 14 | Memo to A. Marchetta on article on decision. W. Hatfield | 0.2 | 83.00 |
|---|---|---|---|
| 04/01/09 3 | Review co-counsel's e-mail re joint appendix and respond re same; work with A. Marchetta re same. B. Moffitt | 0.5 | 200.00 |
| 04/02/09 14 | Follow up with B. Moffitt regarding third circuit Appendix. A. Marchetta | 0.3 | 192.00 |
| 04/03/09 14 | Telephone call from mediator regarding revised demand from State; Follow-up with client regarding same. A. Marchetta | 0.6 | 384.00 |
| 04/03/09 3 | Review various e-mails re NJDEP settlement demand. B. Moffitt | 0.2 | 80.00 |
| 04/06/09 14 | Telephone call from mediator regarding revised demand from State; follow-up with client regarding same. A. Marchetta | 0.6 | 384.00 |
| 04/06/09 3 | Review e-mails re NJDEP settlement demand. B. Moffitt | 0.1 | 40.00 |
| 04/07/09 14 | Telephone conference with mediator on follow-up to settlement position. A. Marchetta | 0.3 | 192.00 |
| 04/07/09 3 | Review various e-mails re NJDEP request for briefing extension. B. Moffitt | 0.3 | 120.00 |
| 04/08/09 14 | Numerous telephone conferences, e-mails and follow-up regarding third circuit brief extension and settlement. A. Marchetta | 0.8 | 512.00 |
| 04/08/09 3 | Review e-mails re NJDEP request for briefing extension and NJDEP's submission to third circuit re same. B. Moffitt | 0.2 | 80.00 |
| 04/09/09 14 | Follow-up telephone conference with mediator in light of third circuit brief. A. Marchetta | 0.5 | 320.00 |

4

| 04/13/09 | Search regarding compilation of information on current status of investigation of Hamilton plant and related issues (.6); Worked with AJ Marchetta in followup to same (.2). | | |
| 14 | S. Parker | 0.8 | 124.00 |
| 04/14/09 | Review draft report to Board. | | |
| 3 | A. Marchetta | 0.5 | 320.00 |
| 04/14/09 | Revise proposed Board update insert re Hamilton plant site and review file re same. | | |
| 3 | B. Moffitt | 1.0 | 400.00 |
| 04/15/09 | Review state's third circuit brief and follow-up with B. Moffitt regarding same; E-mails on same. | | |
| 14 | A. Marchetta | 0.9 | 576.00 |
| 04/15/09 | Review and circulate NJDEP Notice of Appeal re 105 injunction issue. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 04/15/09 | Review NJDEP's third circuit brief re late proof of claim issue and telephone call from A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.6 | 240.00 |
| 04/15/09 | Searched third circuit docket regarding appellate brief and supporting documents as requested by A. Marchetta. | | |
| 14 | S. Parker | 0.3 | 46.50 |
| 04/16/09 | Conference with B. Moffitt regarding state's appendix and review of submission; Conference regarding misstatement in facts. | | |
| 14 | A. Marchetta | 0.8 | 512.00 |
| 04/16/09 | Review NJDEP brief and provide comments to co-counsel re same; Review file material and former briefs re same. | | |
| 3 | B. Moffitt | 3.2 | 1,280.00 |
| 04/24/09 | Telephone call with A. Marchetta re communications with third circuit Mediator Torregrossa, and follow up re same. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 04/27/09 | Telephone call from third circuit Mediator and follow up call regarding offer from State. | | |
| 14 | A. Marchetta | 0.7 | 448.00 |
| 04/27/09 | Confer with A. Marchetta re settlement negotiation issues. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |

| 04/28/09 14 | Follow up regarding supplemental appendix and telephone call with Mediator.<br>A. Marchetta | 0.5 | 320.00 |
|---|---|---|---|
| 04/28/09 3 | Review supplemental appendix and e-mail to co-counsel re same.<br>B. Moffitt | 0.2 | 80.00 |
| 04/28/09 3 | Review GAO report re Hamilton site and article re same.<br>B. Moffitt | 0.5 | 200.00 |
| 04/28/09 14 | Search regarding compilation of information on current status of investigation of Hamilton plant and related issues, including GAO report on the EPA's assessment of sites that received asbestos from Libby, and related articles.<br>S. Parker | 0.8 | 124.00 |
| 04/29/09 14 | Review article on Hamilton site and memo to A. Marchetta on strategy on matter.<br>W. Hatfield | 0.3 | 124.50 |
| 04/29/09 14 | Update of information concerning Hamilton site; Follow up regarding call with mediator.<br>A. Marchetta | 0.2 | 128.00 |
| 04/30/09 3 | Review W. Hatfield e-mail re non-asbestos issues at Hamilton site.<br>B. Moffitt | 0.2 | 80.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.50 | 415.00 | 207.50 |
| A. Marchetta | 6.70 | 640.00 | 4,288.00 |
| B. Moffitt | 7.70 | 400.00 | 3,080.00 |
| S. Parker | 1.90 | 155.00 | 294.50 |
| TOTAL: | 16.80 | | 7,870.00 |

6

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 6.2 | | |
| | 3 | 0.5 | 640.00 | 4,288.00 |
| W. Hatfield | 14 | 0.5 | 415.00 | 207.50 |
| B. Moffitt | 3 | 7.7 | 400.00 | 3,080.00 |
| S. Parker | 14 | 1.9 | 155.00 | 294.50 |
| TOTAL: | | 16.8 | | 7,870.00 |

## FEES FOR THE PERIOD
## MAY 1, 2009 THROUGH MAY 31, 2009

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 05/01/09 18 | Review and respond to emails regarding quarterly fee application K. Begley | 0.2 | 50.00 |
| 05/04/09 18 | Revise and finalize January to March 2009 Quarterly Fee Application; work on same with A. Marchetta K. Begley | 0.6 | 150.00 |
| 05/22/09 18 | Review Certificate of No Objection for the March 2009 Fee Application and forward same to A. Marchetta and S. Zuber; print docket entries and organized for file; email to R. Rosen regarding April invoices K. Begley | 0.3 | 75.00 |
| 05/28/09 18 | Review and respond to e-mails regarding April invoices in preparation for drafting April Fee Application; draft verification in support of April Fee Application K. Begley | 0.5 | 125.00 |
| 05/29/09 18 | Draft April Fee Application documents; organize docket entries for file K. Begley | 0.4 | 100.00 |
| 05/31/09 | Revise April 2009 Fee Application Documents; forward to S. Zuber for | | |

7

| | review | | | | |
|---|---|---|---|---|---|
| 18 | K. Begley | | | 0.8 | 200.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| K. Begley | 2.80 | 250.00 | | 700.00 |
| TOTALS: | 2.80 | | | 700.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| <u>Timekeeper</u> | TASK CODE | <u>HOURS</u> | <u>RATE</u> | <u>FEE</u> |
|---|---|---|---|---|
| K. Begley | 18 | 2.8 | 250.00 | 700.00 |
| TOTAL: | | 2.8 | | 700.00 |

8

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 05/01/09 14 | Forward information regarding site remediation A. Marchetta | 0.3 | 192.00 |
|---|---|---|---|
| 05/01/09 14 | Review article regarding Hamilton issues and review Libby trial blog regarding related Locke and other issues; confer with A. Marchetta regarding same B. Moffitt | 0.7 | 280.00 |
| 05/01/09 14 | Search regarding compilation of information on current status of investigation of Hamilton plant and related issues, including commentary on GAO report on the EPA's assessment of sites that received asbestos from Libby S. Parker | 0.6 | 93.00 |
| 05/05/09 14 | Discuss with B. Moffitt proposed language in Grace's draft 10K relative to indemnification obligations and disclosures S. Zuber | 0.2 | 99.00 |
| 05/05/09 14 | Provide comments regarding client's proposed 10-Q language and review file material re same; e-mails with A. Marchetta and S. Zuber re same B. Moffitt | 0.6 | 240.00 |
| 05/08/09 14 | Follow up regarding Libby case and issues for case with DEP A. Marchetta | 0.4 | 256.00 |
| 05/08/09 14 | E-mail exchange with co-defendants' counsel regarding Third Circuit filings B. Moffitt | 0.2 | 80.00 |
| 05/11/09 14 | Search regarding compilation of information on current status of investigation of Hamilton plant and related issues S. Parker | 0.5 | 77.50 |
| 05/13/09 14 | Review Third Circuit brief; follow up with B. Moffitt regarding same A. Marchetta | 0.5 | 320.00 |
| 05/14/09 14 | Work on brief revisions with B. Moffitt A. Marchetta | 0.5 | 320.00 |
| 05/14/09 14 | Conference with B. Moffitt regarding Third Circuit brief A. Marchetta | 0.5 | 320.00 |
| 05/14/09 | Review draft Third Circuit brief and file materials and provide comments to | | |

| Date | Description | Time | Amount |
|---|---|---|---|
| 14 | co-counsel<br>B. Moffitt | 1.9 | 760.00 |
| 05/14/09<br>14 | Respond to co-counsel's request for information re remediation expenditures and documentation of same<br>B. Moffitt | 1.4 | 560.00 |
| 05/14/09<br>14 | Conduct searches and review documents in order to compile documents and confirm information cited in draft Third Circuit brief as requested by co-counsel, and work with B. Moffitt regarding same<br>S. Parker | 1.4 | 217.00 |
| 05/15/09<br>14 | Telephone calls and e-mails with R. Gilson and client regarding settlement<br>A. Marchetta | 0.6 | 384.00 |
| 05/15/09<br>14 | Memo to A. Marchetta on Grace/DOJ article<br>W. Hatfield | 0.2 | 83.00 |
| 05/18/09<br>14 | Telephone calls and e-mails regarding settlement<br>A. Marchetta | 0.6 | 384.00 |
| 05/19/09<br>14 | Telephone calls with mediator and follow up regarding same as to information requested<br>A. Marchetta | 0.5 | 320.00 |
| 05/19/09<br>14 | Confer with A. Marchetta regarding latest settlement demand from NJDEP<br>B. Moffitt | 0.2 | 80.00 |
| 05/22/09<br>14 | E-mails and follow up regarding extension on reply brief<br>A. Marchetta | 0.4 | 256.00 |
| 05/22/09<br>14 | Review letter regarding NJDEP reply brief extension and e-mail A. Marchetta regarding same<br>B. Moffitt | 0.2 | 80.00 |
| 05/27/09<br>14 | Telephone calls regarding follow up to Gilson/Torregrossa<br>A. Marchetta | 0.4 | 256.00 |
| 05/28/09<br>14 | Telephone call from J. Torregrossa, Third Circuit Mediator, and e-mail to client regarding same<br>A. Marchetta | 0.6 | 384.00 |
| 05/28/09<br>14 | Telephone calls and e-mails regarding settlement<br>A. Marchetta | 0.3 | 192.00 |
| 05/28/09 | Identification and retrieval of documents in Third Circuit case as requested | | |

10

|  |  | by B. Moffitt |  |  |
| 14 |  | S. Parker | 0.5 | 77.50 |
| 05/29/09 |  | Telephone call with client; follow up regarding settlement |  |  |
| 14 |  | A. Marchetta | 0.4 | 256.00 |
| 05/29/09 |  | Review e-mails and NJDEP notice of appearance regarding Section 105 appeal to Third Circuit. |  |  |
| 14 |  | B. Moffitt | 0.3 | 120.00 |
| 05/30/09 |  | Review information regarding settlement offer |  |  |
| 14 |  | A. Marchetta | 0.3 | 192.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |  |
|---|---|---|---|---|
| W. Hatfield | 0.20 | 415.00 |  | 83.00 |
| A. Marchetta | 6.30 | 640.00 |  | 4,032.00 |
| S. Zuber | 0.20 | 495.00 |  | 99.00 |
| B. Moffitt | 5.50 | 400.00 |  | 2,200.00 |
| S. Parker | 3.00 | 155.00 |  | 465.00 |
| TOTALS: | 15.20 |  |  | 6,879.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | ☐HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 6.3 | 640.00 | 4,032.00 |
| S. Zuber | 14 | 0.2 | 495.00 | 99.00 |
| W. Hatfield | 14 | 0.2 | 415.00 | 83.00 |
| B. Moffitt | 14 | 5.5 | 400.00 | 2,200.00 |
| S. Parker | 14 | 3.0 | 155.00 | 465.00 |
| TOTAL: |  | 15.2 |  | 6,879.00 |

**FEES FOR THE PERIOD**
**JUNE 1, 2009 THROUGH JUNE 30, 2009**

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 06/01/09 | Review, revise and follow up with K. Begley regarding DP's April, 2009 Fee Application | | |
| 14 | S. Zuber | 0.3 | 148.50 |
| 06/02/09 | Finalized April 2009 Fee Application Filing; E-mail to local counsel regarding same | | |
| 18 | K. Begley | 0.4 | 100.00 |
| 06/08/09 | Review and organize docket entries for file | | |
| 18 | K. Begley | 0.4 | 100.00 |
| 06/19/09 | E-mails with S. Rosenberger regarding invoices for May 2009 Fee Application; organize and review docket entries | | |
| 18 | K. Begley | 0.4 | 100.00 |
| 06/30/09 | Draft May 2009 Fee Application documents | | |
| 18 | K. Begley | 0.4 | 100.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.30 | 495.00 | 148.50 |
| K. Begley | 1.60 | 250.00 | 400.00 |
| TOTALS: | 1.90 | | 548.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 1.6 | 250.00 | 400.00 |
| S. Zuber | 14 | 0.3 | 495.00 | 148.50 |
| TOTAL: | | 1.9 | | 548.50 |

12

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 06/01/09 | Review e-mails and follow up with B. Moffitt regarding analysis on claims as against individual defendants; telephone calls with client | | |
| 3 | A. Marchetta | 0.6 | 384.00 |

| 06/01/09 | Review e-mail re analysis of injunction rulings and work with A. Marchetta re same | | |
| 3 | B. Moffitt | 0.8 | 320.00 |

| 06/02/09 | Follow up regarding settlement issues and call to client | | |
| 3 | A. Marchetta | 0.6 | 384.00 |

| 06/03/09 | Telephone call with client regarding settlement issues and telephone call to Joe Torregrossa, Third Circuit Mediator, regarding client's settlement offer; follow up with BEM regarding same | | |
| 3 | A. Marchetta | 0.6 | 384.00 |

| 06/04/09 | Telephone calls regarding settlement | | |
| 3 | A. Marchetta | 0.3 | 192.00 |

| 06/05/09 | Follow up regarding call to mediator regarding settlement | | |
| 3 | A. Marchetta | 0.4 | 256.00 |

| 06/10/09 | Telephone calls and letter to Judge Bongiovanni regarding status of case | | |
| 3 | A. Marchetta | 0.3 | 192.00 |

| 06/10/09 | Telephone call with Magistrate Judge Bongiovanni's Clerk and prepare letter to Court; work with A. Marchetta re same | | |
| 3 | B. Moffitt | 0.7 | 280.00 |

| 06/11/09 | Follow up with B. Moffitt regarding proposed summary to Board of Directors | | |
| 3 | A. Marchetta | 0.5 | 320.00 |

| 06/11/09 | Review and revise proposed summary to Board of Directors and follow up re same (.6); continued preparation of letter to Court (.3) | | |
| 3 | B. Moffitt | 0.9 | 360.00 |

| 06/12/09 | Follow up regarding information for client and review re strategy for settlement possibilities | | |
| 3 | A. Marchetta | 0.4 | 256.00 |

| 06/12/09 | Telephone call to mediator | | |

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.1 | 64.00 |
| 06/12/09 | Review memo from URS on notice regulation from NJDEP | | |
| 3 | W. Hatfield | 0.2 | 83.00 |
| 06/12/09 | Review letter order from Magistrate Bongiovanni and docket deadline for next status report. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 06/12/09 | Continued revision of proposed report to Board of Directors; work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 06/15/09 | Memos with URS and client on call on DEP public notice issues | | |
| 3 | W. Hatfield | 0.2 | 83.00 |
| 06/17/09 | Review State's reply brief and follow up with B. Moffitt regarding same | | |
| 3 | A. Marchetta | 0.7 | 448.00 |
| 06/17/09 | Review and forward article to A. Marchetta on Libby dismissal of final individual defendant | | |
| 3 | W. Hatfield | 0.2 | 83.00 |
| 06/17/09 | Review NJDEP's Third Circuit reply brief. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 06/18/09 | Conference with B. Moffitt and follow up regarding Kirkland & Ellis and brief of NJDEP | | |
| 3 | A. Marchetta | 0.3 | 192.00 |
| 06/19/09 | Follow up regarding remediation issues for June 22, 2009 conference | | |
| 3 | A. Marchetta | 0.5 | 320.00 |
| 06/22/09 | Conference with W. Hatfield regarding public notification issue | | |
| 3 | A. Marchetta | 0.4 | 256.00 |
| 06/22/09 | Address case issues on DEP public notice rules with A. Marchetta | | |
| 3 | W. Hatfield | 0.2 | 83.00 |
| 06/23/09 | Memo to consultant on call to discuss DEP issues | | |
| 3 | W. Hatfield | 0.1 | 41.50 |
| 06/24/09 | Follow up with W. Hatfield regarding remediation issues | | |
| 3 | A. Marchetta | 0.4 | 256.00 |

| 06/25/09 3 | Telephone calls and e-mails with mediator and client regarding settlement A. Marchetta | 0.6 | 384.00 |
| 06/25/09 3 | Review e-mails re settlement negotiations. B. Moffitt | 0.2 | 80.00 |
| 06/26/09 3 | Telephone calls and follow up with mediator regarding settlement position A. Marchetta | 0.5 | 320.00 |
| 06/26/09 3 | Follow up with mediator regarding potential settlement A. Marchetta | 0.4 | 256.00 |
| 06/29/09 3 | Follow up telephone call to mediator regarding settlement A. Marchetta | 0.4 | 256.00 |
| 06/30/09 3 | Review e-mails and follow up regarding presentation to creditors A. Marchetta | 0.2 | 128.00 |
| 06/30/09 3 | Review e-mail re settlement negotiations. B. Moffitt | 0.1 | 40.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.90 | 415.00 | 373.50 |
| A. Marchetta | 8.20 | 640.00 | 5,248.00 |
| B. Moffitt | 3.50 | 400.00 | 1,400.00 |
| TOTALS: | 12.60 | | 7,021.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 8.2 | 640.00 | 5,248.00 |
| W. Hatfield | 3 | 0.9 | 415.00 | 373.50 |
| B. Moffitt | 3 | 3.5 | 400.00 | 1,400.00 |
| TOTAL: | | 12.6 | | 7,021.50 |

15

# EXHIBIT C

## EXHIBIT C

### EXPENSES FOR THE FEE PERIOD
### APRIL 1, 2009 THROUGH JUNE 30, 2009

### EXPENSES FOR THE FEE PERIOD
### APRIL 1, 2009 THROUGH APRIL 30, 2009

NONE.

### EXPENSES FOR THE FEE PERIOD
### MAY 1, 2009 THROUGH MAY 31, 2009

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | |
|---|---|
| Telephone | $23.00 |
| Matter Total Engagement Cost: | $23.00 |

### EXPENSES FOR THE FEE PERIOD
### JUNE 1, 2009 THROUGH JUNE 30, 2009

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | |
|---|---|
| PACER Docket Retrieval | $6.56 |
| Photocopying | $23.80 |
| TOTAL: | $30.36 |

16