IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | Re: Docket No. 22948 |

## ANDERSON MEMORIAL HOSPITAL'S
## SUPPLEMENTAL DEPOSITION DESIGNATION

Anderson Memorial Hospital hereby designates the following deposition testimony for Phase II of the Confirmation Hearing in the above-captioned case. Anderson reserves the right to supplement this designation following receipt of Plan Proponents' counter-designations, if any.

### B. THOMAS FLORENCE, August 11, 2009

The following portions of B. Thomas Florence's deposition transcript, August 11, 2009, are hereby designated:

| PAGE(S) | LINE(S) |
|---|---|
| 8 | 8-18 |
| 9 | 2-25 |
| 10 | 2-25 |
| 11 | 2-25 |
| 12 | 2-25 |
| 13 | 2-6, 14-22 |
| 14 | 5-20 |
| 22 | 5-15 |
| 23 | 5-6, 12-17 |
| 24 | 14-17, 20-25 |
| 25 | 2-10, 13-19 |
| 26 | 5-7, 10-21 |
| 27 | 11-16 |
| 28 | 10-18 |
| 33 | 3-8, 11-22 |
| 34 | 3, 20-25 |
| 35 | 2-4, 9, 13-16, 21, 22-25 |

| | |
|---|---|
| 36 | 2, 20-25 |
| 37 | 2-6, 9-25 |
| 38 | 2-25 |
| 39 | 2-3 |
| 41 | 2-25 |
| 42 | 2-9 |
| 43 | 5-25 |
| 44 | 2-25 |
| 45 | 3-6, 20-22 |

DATED: September 10, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:   (803) 943-4444
Facsimile:   (803) 943-4599

- and -

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:   (305) 372-1800
Facsimile:   (305) 372-3508

*Counsel for Anderson Memorial Hospital*