# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

September 02, 2009

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10017

Professional Services

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/3/2009 | JAW | detailed review of K&E March 2009 fee application (4.9) | 4.90 | 735.00 |
| 8/4/2009 | JAW | detailed review of K&E March 2009 fee application (6.7) | 6.70 | 1,005.00 |
| 8/5/2009 | JAW | detailed review of K&E March 2009 fee application (3.3) | 3.30 | 495.00 |
| 8/6/2009 | JAW | Proofread July Fee Application and fee and expense detail of WH Smith (0.3); e-mail to M. White re: any revisions to same (0.1) | 0.40 | 60.00 |
| | JAW | detailed review of K&E March 2009 Fee Application (3.10) | 3.10 | 465.00 |
| | MW | Draft monthly application of WHSA for July 2009 (.7); detailed review of fees and expenses re same (.8); send same to W. Smith and J. Wehrmann for final approval (.1); confer with copy service re same (.1). | 1.70 | 221.00 |
| 8/7/2009 | JAW | Draft summary of K&E March 2009 Fee Application (2.3) | 2.30 | 345.00 |
| 8/10/2009 | BSR | Receive and review Jan. and Feb. 2009 fee summaries re Kirkland & Ellis and edit same for inclusion in initial report | 2.80 | 728.00 |
| | MW | Electronic filing with court of Monthly Application of WHSA for July 2009 (.2); udpate database and prepare same for service. (.1). | 0.30 | 39.00 |

W.R. Grace & Co.                                                                                                      Page      2

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/10/2009 | MW | Confer with Kirkland & Ellis to request electronic fee detail (.1); confer with J. Wehrmann re same (.1); update database with same (.1). | 0.30 | 39.00 |
| 8/11/2009 | JAW | Proofread 33rd Interim Fee Application (April 1, 2009 - June 30, 2009) of WH Smith (0.8); e-mail to M. White re: any revision needed to same (0.1) | 0.90 | 135.00 |
| | JAW | detailed review of Janet S. Baer April 2009 Fee Application (0.9); draft summary of same (0.1) | 1.00 | 150.00 |
| | MW | Draft 33rd Interim Fee Application of Warren H. Smith & Associates (2.9); detailed review of fees and expenses for 4/2009-6/2009 (3.4); send same to J. Wehrmann and W. Smith for final review in preparation for filing with Court (.1); make final revisions re same (.2). | 6.60 | 858.00 |
| 8/12/2009 | JAW | detailed review of Stroock April 2009 Fee Application (1.7); draft summary of same (0.1) | 1.80 | 270.00 |
| | MW | Electronic filing with court of 33rd Interim Fee Application of WHS&A (.4); confer with W. Smith re finalizing same (.1); prepare for service (.2). | 0.70 | 91.00 |
| 8/13/2009 | JAW | detailed review of PwC April 2009 Fee Application (2.4); draft summary of same (0.6) | 3.00 | 450.00 |
| | BSR | detailed review of Kirkland & Ellis' Feb. 2009 monthly fee application (with emphasis on expenses) | 1.70 | 442.00 |
| | BSR | detailed review (cont'd) of Kirkland & Ellis' time and expenses on Montana Grand Jury and criminal actions (32Q) | 2.00 | 520.00 |
| | BSR | detailed review of expenses in Kirkland & Ellis' March 2009 monthly fee application (as well as fee summary re same) and review of 32nd interim fee application | 1.30 | 338.00 |
| 8/14/2009 | BSR | Draft initial report re Kirkland & Ellis for the 32nd interim period | 5.20 | 1,352.00 |
| | JAW | detailed review of Anderson Kill April 2009 Fee Application (2.1); draft summary of same (0.1) | 2.20 | 330.00 |
| 8/15/2009 | BSR | Continue draft initial report re Kirkland & Ellis for the 32nd interim period | 6.00 | 1,560.00 |

W.R. Grace & Co.                                                                                    Page      3

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/17/2009 | LS | Update database with IR Kirkland 32nd Interim | 0.20 | 9.00 |
| | BSR | Draft e-mail to Kirkland and Ellis re initial report (32nd) (.1); respond to email from Holly Bull re same (.1) | 0.20 | 52.00 |
| | DTW | Review and revise K&E initial report for 32nd interim and email to B. Ruhlander re same (.3). | 0.30 | 49.50 |
| 8/18/2009 | BSR | review status of responses to initial reports (32nd) | 0.30 | 78.00 |
| 8/19/2009 | BSR | Draft final report re Anderson Kill & Olick for the 32nd interim period | 0.50 | 130.00 |
| 8/20/2009 | BSR | Draft final report re Janet Baer PC for the 32nd interim period | 0.50 | 130.00 |
| | BSR | Draft final report re Bilzin Sumberg for the 32nd interim period | 0.50 | 130.00 |
| | BSR | Draft e-mail to Rita Tobin inquiring as to status of Caplin & Drysdale's response to initial report (32nd) | 0.10 | 26.00 |
| | BSR | Draft final report re Buchanan Ingersoll & Rooney for the 32nd interim period | 0.30 | 78.00 |
| | BSR | Draft final report re Charter Oak for the 32nd interim period | 0.30 | 78.00 |
| 8/21/2009 | BSR | Draft e-mails to Duane Morris inquiring as to 32nd interim fee application | 0.10 | 26.00 |
| | BSR | detailed review of Nelson Mullins 32nd interim fee application | 0.10 | 26.00 |
| | BSR | research docket for case developments (.4); review order changing omnibus hearing to Aug. 29 and email Warren Smith re same (.1) | 0.50 | 130.00 |
| | LS | Update database with Charter Oak FR 32nd Interim (.40); Bilzin FR 32nd Interim (.30); Buchanan Ingersol FR 32nd Interim (.30); Janet Baer FR 32nd Interim (.30) | 1.30 | 58.50 |

W.R. Grace & Co.                                                                                    Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/21/2009 | WHS | detailed review of FR Baer 32Q 1-3.09 | 0.10 | 29.50 |
|  | WHS | detailed review of FR Buchanan 32Q 1-3.09. | 0.20 | 59.00 |
|  | WHS | detailed review of, and revisions to, FR Bilzin 32Q 1-3.09 | 0.20 | 59.00 |
|  | WHS | detailed review of FR Charter Oak 32Q 1-3.09 | 0.20 | 59.00 |
| 8/24/2009 | BSR | detailed review of Duane Morris' March 2009 monthly fee application and 32nd interim fee application | 0.30 | 78.00 |
|  | BSR | Draft omnibus final report for the 32nd interim period | 0.60 | 156.00 |
|  | BSR | Draft initial report re Duane Morris for the 32nd interim period | 0.50 | 130.00 |
|  | BSR | Receive and review response of Ogilvy Renault to initial report (32nd) | 0.10 | 26.00 |
|  | BSR | detailed review of Steptoe & Johnson's 32nd interim fee application (.1); draft email to Anne Moran re fee amount requested in quarterly application (.1); review response of Steptoe to initial report for the 32nd interim period (.1) | 0.30 | 78.00 |
|  | BSR | Draft final report re Kramer Levin for the 32nd interim period | 0.30 | 78.00 |
|  | BSR | Draft final report re Stroock & Stroock & Lavan for the 32nd interim period | 2.10 | 546.00 |
|  | JAW | detailed review of Orrick's April 2009 fee application (3.20) | 3.20 | 480.00 |
|  | JAW | detailed review of Caplin's April 2009 fee application (2.60); draft summary of same (0.50) | 3.10 | 465.00 |
| 8/25/2009 | LS | Update database with Duane Morris IR 32nd Interim | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                           Page        5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/25/2009 | BSR | Draft final report re PwC for the 32nd interim period | 0.90 | 234.00 |
|  | BSR | Draft e-mail to Duane Morris re initial report for the 32nd interim period | 0.10 | 26.00 |
|  | BSR | Draft final report re Alexander Sanders for the 32nd interim period | 0.30 | 78.00 |
|  | BSR | Receive and review response of Judge Sanders to initial report (32Q) | 0.20 | 52.00 |
|  | BSR | receive, review, and respond to email from Anne Moran re amending 32nd quarterly fee application | 0.10 | 26.00 |
|  | DTW | Review and revise 32 interim initial report for Duane Morris (.1). | 0.10 | 16.50 |
| 8/26/2009 | WHS | detailed review of FR Sanders 32Q 1-3.09 | 0.20 | 59.00 |
|  | BSR | Draft final report re Stroock for the 32nd interim period | 0.20 | 52.00 |
|  | BSR | Receive and review Alexander Sander's supplemental March 2009 time and expense entries sent in response to our initial report (32nd) | 0.20 | 52.00 |
|  | MW | Conference with D. Fullem re Orrick's expense detail (.1); save same and send to J. Wehrmann for review (.2). | 0.30 | 39.00 |
|  | MW | Electronic filing with court of 32nd interim final reports of PWC (.3), Stroock (.2) and A. Sanders (.3); update database with same and prepare for service. (.1). | 0.90 | 40.50 |
|  | WHS | detailed review of, and revisions to, FR Stroock 32Q 1-3.09 | 0.30 | 88.50 |
|  | WHS | detailed review of FR PwC 32Q 1-3.09 | 0.20 | 59.00 |
| 8/27/2009 | BSR | Draft final report re Steptoe & Johnson for the 32nd interim period | 0.80 | 208.00 |

W.R. Grace & Co.                                                                                              Page        6

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/27/2009 | MW | Update database with Orrick's response to initial report for 32nd interim period (.2), final report for 32nd interim for Steptoe Johnson (.1); electronic filing with Court re same (.3); prepare same for service (.1). | 0.70 | 31.50 |
| | JAW | Draft summary of Orrick Herrington's April 2009 fee application (1.60) | 1.60 | 240.00 |
| | JAW | detailed review of Kirkland & Ellis' May 2009 fee application (8.10) | 8.10 | 1,215.00 |
| | WHS | detailed review of FR Steptoe 32Q 1-3.09. | 0.20 | 59.00 |
| | BSR | Draft final report re Orrick for the 32nd interim period | 1.00 | 260.00 |
| | BSR | detailed review of Steptoe's amended 32nd interim fee application | 0.20 | 52.00 |
| 8/28/2009 | MW | Electronic filing with court of Orrick's 32nd interim final report (.3); update database re same (.1); prepare same for service (.1) | 0.50 | 22.50 |
| | MW | Draft Certificate of No Objection re July fee application of Warren H. Smith & Associates (.4); electronic filing with Court re same (.3); research PACER for objections re same (.4). | 1.10 | 143.00 |
| | BSR | detailed review of BMC's 32nd interim fee application and monthly fee applications (filed late) | 1.70 | 442.00 |
| | JAW | detailed review of Kirkland & Ellis' May 2009 fee application (9.60) | 9.60 | 1,440.00 |
| | BSR | Draft final report re Orrick Herrington & Sutcliffe for the 32nd interim period | 0.30 | 78.00 |
| 8/29/2009 | JAW | detailed review of Kirkland & Ellis' May 2009 fee application (2.10) | 2.10 | 315.00 |
| | JAW | detailed review of Janet S. Baer's May 2009 fee application (0.70); draft summary of same (0.10) | 0.80 | 120.00 |
| 8/30/2009 | JAW | detailed review of Stroock's May 2009 fee application (1.60); draft summary of same (0.20) | 1.80 | 270.00 |

W.R. Grace & Co.                                                                                                      Page       7

|  |  | **Hours** | **Amount** |
|---|---|---|---|
| 8/30/2009 JAW | detailed review of Anderson Kill's May 2009 fee application (2.00); draft summary of same (0.10) | 2.10 | 315.00 |
| 8/31/2009 MW | Update database with Piper Jaffray's July fee application. | 0.10 | 4.50 |
| JAW | detailed review of Orrick's May 2009 fee application (2.90); draft summary of same (0.30) | 3.20 | 480.00 |

**For professional services rendered**                                      **114.70 $20,399.50**

Additional Charges :

| 8/13/2009 | Print Charges re: 33rd Interim Fee Application | 4.00 |
|---|---|---|
| 8/31/2009 | Third party copies & document prep/setup. | 240.45 |
| | PACER 7/1-7/31 | 15.76 |

**Total additional charges**                                                                      **$260.21**

**Total amount of this bill**                                                                      **$20,659.71**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 32.60 | 260.00 | $8,476.00 |
| Doreen Williams | 0.40 | 165.00 | $66.00 |
| James A. Wehrmann | 65.20 | 150.00 | $9,780.00 |
| Leah Schier | 1.70 | 45.00 | $76.50 |
| Melanie White | 11.00 | 130.00 | $1,430.00 |
| Melanie White | 2.20 | 45.00 | $99.00 |
| Warren H Smith | 1.60 | 295.00 | $472.00 |