IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF) (Jointly Administered) |
| | * | Related Docket No. 23091 |

---------------------------------------------------------x

**DECLARATION OF EDWARD J. LONGOSZ, II IN SUPPORT OF MARYLAND CASUALTY COMPANY'S AND CNA'S OPPOSITION TO THE LIBBY CLAIMANTS' MOTION TO COMPEL DISCOVERY OF COVERAGE CORRESPONDENCE FROM THE PLAN PROPONENTS, CNA, AND MARYLAND CASUALTY COMPANY**

I, Edward J. Longosz, do hereby declare and state as follows:

1. I am counsel for Maryland Casualty Company in connection with the above-referenced bankruptcy proceedings.

2. On August 27, 2009, I received e-correspondence (attached as Exhibit A hereto) from Mark Kovavich, inquiring as to correspondence identified by Jeffery Posner in his deposition taken on May 6, 2009.

I declare under the pains and penalties of perjury that the foregoing is true and correct.

_____
Edward J. Longosz, II

13044462.1



"Mark Kovacich"
<mark@lsklaw.net>

08/27/2009 06:07 PM

Please respond to
<mark@lsklaw.net>

To &lt;bmukherjee@goodwinprocter.com&gt;,
&lt;elongosz@eckertseamans.com&gt;

cc "'Christopher M. Candon'" &lt;candon@cwg11.com&gt;

bcc

Subject   Grace coverage correspondence

History:    This message has been forwarded.

Brian and Ed,

During his deposition, Jeff Posner testified he submitted written coverage demands, specific to the Libby claims, to both MCC and CNA. On pages 167-70, he discusses demands for coverage to both insurers with respect to the Libby employee claims. At page 189, he discusses a demand to CNA for coverage for non-employee claims. He also testified he believed the insurers responded in writing. We previously submitted written discovery covering this correspondence, but it has not been produced. Please produce the correspondence, together with any documentation discussing the Libby claims which accompanied the correspondence. Given the timing of the upcoming hearing, we intend to get this issue before the court very soon if you do not produce these documents. If you do not intend to produce the correspondence, please let us know when you are available to meet and confer regarding this issue, either tomorrow or Monday. Thank you,

Mark Kovacich

**EXHIBIT**

A