## Attachment A

| Exhibit Number | Description | Authenticity Waived | Authenticity and Hearsay Waived | All objections Waived |
|---|---|---|---|---|
| Garlock 21 | Final judgment in *Puller v. ACandS, et al.* (No. 24-X-02-000023) ("*Puller*") | | ✓ | |
| Garlock 23 | Line of satisfaction of judgment in *Puller* | | ✓ | |
| Garlock 48 | Line of satisfaction of judgment in *Snyder v. ACandS, et al.* (No. 24-X-01-001969) ("*Snyder*") | | ✓ | |
| Garlock 52 | Claim file of Reginald Puller, Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust | ✓ | | |
| Garlock 53 | Claim file of Reginald Puller, DII Industries, LLC Asbestos PI Trust (No. 5007824) | ✓ | | |
| Garlock 54 | Claim file of Reginald Puller, DII Industries, LLC Asbestos PI Trust (No. 4007925) | ✓ | | |
| Garlock 55 | Claim file of Reginald Puller, Owens Corning/Fibreboard Asbestos Personal Injury Trust (FB Sub-Account) | ✓ | | |
| Garlock 56 | Claim file of Reginald Puller, NGC Bodily Injury Trust | ✓ | | |
| Garlock 57 | Claim file of Reginald Puller, Owens Corning/Fibreboard Asbestos Personal Injury Trust (OC Sub-Account) | ✓ | | |
| Garlock 58 | Claim file of Reginald Puller, USG Asbestos Personal Injury Settlement Trust | ✓ | | |
| Garlock 59 | Claim file of Gary Snyder, Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust | ✓ | | |
| Garlock 60 | Claim file of Gary Snyder, DII Industries, LLC Asbestos PI Trust (No. 5006640) | ✓ | | |
| Garlock 61 | Claim file of Gary Snyder, DII Industries, LLC Asbestos PI Trust (No. 4006751) | ✓ | | |
| Garlock 62 | Claim file of Gary Snyder, Owens Corning/Fibreboard Asbestos Personal Injury Trust (FB Sub-Account) | ✓ | | |
| Garlock 63 | Claim file of Gary Snyder, Owens Corning/Fibreboard Asbestos Personal Injury Trust (OC Sub-Account) | ✓ | | |
| Garlock 64 | Claim file of Gary Snyder, USG Asbestos Personal Injury Settlement Trust | ✓ | | |
| Garlock 65 | Amended and Restated Armstrong World | | | ✓ |

| | | | | |
|---|---|---|---|---|
| | Industries, Inc. Asbestos Personal Injury Settlement Trust Distribution Procedures | | | |
| Garlock 66 | 2002 Manville Trust Distribution Process | | | ✓ |
| Garlock 67 | Owens Corning/Fibreboard Asbestos Personal Injury Trust Distribution Procedures | | | ✓ |
| Garlock 68 | United States Gypsum Asbestos Personal Injury Settlement Trust Distribution Procedures | | | ✓ |
| Garlock 72 | Letter Denying Indirect Claim of Garlock Sealing Technologies, LLC Against NGC Bodily Injury Trust | | ✓ | |
| Garlock 73 | Summary of Payments on Indirect Claims Received by Garlock Sealing Technologies, LLC (2009) | | | ✓ |
| Garlock 74 | Duplicate claim notice with respect to *Puller* claim, Armstrong World Industries Personal Injury Settlement Trust | | ✓ | |
| Garlock 75 | Duplicate claim notice with respect to *Puller* claim, Babcock & Wilcox Asbestos Settlement Trust | | ✓ | |
| Garlock 76 | Garlock's *Puller* claim against Armstrong World Industries Personal Injury Settlement Trust | ✓ | | |
| Garlock 77 | Garlock's *Snyder* claim against Armstrong World Industries Personal Injury Settlement Trust | ✓ | | |
| Garlock 78 | Garlock's *Puller* claim against Babcock & Wilcox Asbestos Settlement Trust | ✓ | | |
| Garlock 79 | Garlock's claim against Armstrong World Industries Personal Injury Settlement Trust based on judgment in *Wilson v. ACandS, Inc.* (No. 24-X-01-000916) ("*Wilson*") | ✓ | | |
| Garlock 80 | Garlock's *Puller*, *Snyder*, and *Wilson* claims against Owens Corning/Fibreboard Asbestos Personal Injury Trust | ✓ | | |
| Garlock 81 | Garlock's *Puller*, *Snyder*, and *Wilson* claims against DII Industries, LLC Asbestos PI Trust | ✓ | | |
| Garlock 82 | Garlock's *Wilson* claim against Babcock & Wilcox Asbestos Settlement Trust | ✓ | | |
| Garlock 83 | Garlock's *Puller*, *Snyder*, and *Wilson* claims against United States Gypsum Asbestos Settlement Trust | ✓ | | |
| Garlock 84 | Garlock's *Puller*, *Snyder*, and *Wilson* claims against NGC Bodily Injury Trust | ✓ | | |
| Garlock 94 | Response of DII Industries Trust to Garlock subpoena | ✓ | | |

| | | | | |
|---|---|---|---|---|
| Garlock 95 | Response of Armstrong World Industries Personal Injury Settlement Trust to Garlock subpoena | ✓ | | |
| Garlock 96 | Response of Owens Corning/Fibreboard Asbestos Personal Injury Trust to Garlock subpoena | ✓ | | |
| Garlock 97 | Response of United States Gypsum Asbestos Personal Injury Settlement Trust to Garlock subpoena | ✓ | | |
| Garlock 98 | Summary, Garlock review of W.R. Grace Ballot Tabulation Report | ✓ | | |
| Garlock 100 | Final judgment in *Snyder* | | ✓ | |
| Garlock 101 | Memorandum Opinion on Motion to Revoke Pro Hac Vice Privileges and Motion to Dismiss, *Kananian v. Lorillard Tobacco Co.*, Court of Common Pleas, Cuyahoga County, Ohio (January 18, 2007) | ✓ | | |
| Garlock 102 | Transcript From Hearing on Motion to Compel, *Chester Link v. Ahlstrom Pumps, LLC*, Superior Court of the State of Delaware In and For New Castle County (December 7, 2006) | ✓ | | |
| Garlock 103 | Transcript From Hearing on Motion for Continuance, *Brassfield et al. v. Alcoa, Inc., et al.*, District Court of Harris County, Texas, 11th Judicial District (November 22, 2006) | ✓ | | |

2312559/1