# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE     :
                                         : SS
NEW CASTLE COUNTY  :

      I, William Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on September 10, 2009, I caused to be served:

### PHASE II STIPULATION

      Service was completed upon the parties on the attached list, hereto as Exhibit A, via hand delivery for local counsel and first class mail, postage prepaid, for all other listed parties. Additionally, service was completed upon the parties attached hereto as Exhibit B via electronic mail.

Date: September 10, 2009

_____
William Weller

SWORN AND SUBSCRIBED before me this 10th day of September, 2009.

_____
NOTARY
My commission expires:_____

DEBORAH QUAINTANCE COOK
Notary Public - State of Delaware
My Comm. Expires May 11, 2011

WWW/116037-0001/2315053/1

# EXHIBIT A

**VIA HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Facsimile: (302) 652-4400
[Counsel to the Debtors]

David Klauder, Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801
[Counsel to Asbestos PI Committee]

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
[Counsel to Asbestos PD Committee]

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
[Counsel to Official Committee of Unsecured Creditors]

**VIA HAND DELIVERY**
Teresa K.D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
[Counsel to the Official Committee of Equity Security Creditors]

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
[Counsel for David T. Austern, Asbestos PI Future Claimants' Representative]

**VIA FIRST CLASS MAIL**
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: General Counsel
Facsimile: (410) 531-4545
[Debtors]

David M. Bernick, P.C.
Andrew Running, Esq.
Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Facsimile: (212) 446-4900
[Counsel to the Debtors]

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer P.C.
70 W. Madiston St., Suite 2100
Chicago, IL 60602
[Counsel to the Debtors]

**VIA FIRST CLASS MAIL**
Peter Van Lockwood, Esq.
James P. Wehner, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
Facsimile: (202) 862-3301
[Counsel to the Asbestos PI Committee]

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Facsimile: (212) 644-6755
[Counsel to the Asbestos PI Committee]

Robert Horkovich, Esq.
Robert Chung, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
[Counsel to the Asbestos PI Committee]

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340
Facsimile: (305) 374-7593
[Counsel to the Asbestos PD Committee]

David T. Austern
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683
Facsimile: (703) 205-6249
[Asbestos PI Future Claimants' Representative]

**VIA FIRST CLASS MAIL**
Robert Frankel, Esq.
Richard H. Wyron, Esq.
Jonathan P. Guy, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street NW
Washington, DC 20005
[Counsel for David T. Austern, Asbestos PI Future Claimants' Representative]

Alexander M. Sanders, Jr.
19 Water Street
Charleston, SC 29401
Facsimile: (843) 953-7570
[Counsel to Asbestos PD Future Claimants' Representative]

Alan B. Rich
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909
Facsimile: (214) 749-0325
[Counsel to Asbestos PD Future Claimants' Representative]

Lewis Kriguer
Arlene Krieger
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Facsimile: (212) 806-6006
[Counsel to the Official Committee of Unsecured Creditors]

Phillip Bentley, Esq.
David B. Blaybey, Jr., Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Facsimile: (212) 715-8000
[Counsel to the Official Committee of Equity Security Creditors]

WWW/116037-0001/2315053/1

# **EXHIBIT B**

## SERVICE LIST

| | |
|---|---|
| aaronsona@pepperlaw.com | fmonaco@wcsr.com |
| acordo@mnat.com | fournierd@pepperlaw.com |
| acraig@cuyler.com | FRosner@mrs-law.com |
| akelley@dilworthlaw.com | gcalhoun@steptoe.com |
| akrieger@stroock.com | ghorowitz@kramerlevin.com |
| alexander.mueller@mendes.com | gibbonsj@whiteandwilliams.com |
| anna.newsom@mendes.com | gmcdaniel@bglawde.com |
| arich@alanrichlaw.com | gmcdaniel@bglawde.com |
| arosenberg@paulweiss.com | green@lrclaw.com |
| arunning@kirkland.com | Greg.Stclair@skadden.com |
| belias@omm.com | gsvirsky@omm.com |
| bharding@kirkland.com | heather.bloom@kirkland.com |
| bmukherjee@goodwinprocter.com | hertzbergr@pepperlaw.com |
| bsb@capdale.com | hriedel@srbp.com |
| bsb@capdale.com | ilevee@lowenstein.com |
| bstansbury@kirkland.com | IRosenberg@cozen.com |
| butcher@lrclaw.com | jal@capdale.com |
| candon@cwg11.com | jal@capdale.com |
| carignanj@pepperlaw.com | james.freeman2@usdoj.gov |
| carl.pernicone@wilsonelser.com | jbaer@jsbpc.com |
| carolina.acevedo@mendes.com | jcohn@cozen.com |
| casarinom@whiteandwilliams.com | jcp@pgslaw.com |
| caseyl@pepperlaw.com | jcutler@orrick.com |
| Catherine.chen@wilsonelser.com | jeff.friedman@kattenlaw.com |
| cbruens@kirkland.com | jeffrey.boerger@dbr.com |
| cgreco@kirkland.com | jguy@orrick.com |
| cohn@cwg11.com | jk@kttlaw.com |
| collins@rlf.com | jmeltzer@sbtklaw.com |
| cprince@sonnenschein.com | john.mcfarland@grace.com |
| david.boutrous@kirkland.com | joneill@pszjlaw.com |
| david.klauder@usdoj.gov | jpruggeri@hhlaw.com |
| david.primack@dbr.com | jpw@capdale.com |
| david.turetsky@skadden.com | jpw@capdale.com |
| dbernick@kirkland.com | jsakalo@bilzin.com |
| dblabey@kramerlevin.com | jsottile@zuckerman.com |
| dfelder@orrick.com | jspadaro@johnsheehanspadaro.com |
| dglosband@goodwinprocter.com | jwaxman@cozen.com |
| dmannal@kramerlevin.com | jwisler@cblh.com |
| Dpastor@Gilmanpastor.com | kandestin@rlf.com |
| drosenbloom@mwe.com | karen.f.lee@kirkland.com |
| drosendorf@kttlaw.com | kbornstein@sbtklaw.com |
| dsilver@mccarter.com | klove@kirkland.com |
| dspeights@speightsrunyan.com | kmakowski@pszjlaw.com |
| ealcabes@stblaw.com | kmangan@wcsr.com |
| ei@capdale.com | kmayer@mccarter.com |
| eileen.mccabe@mendes.com | kmiller@skfdelaware.com |

06/15/09/SL1 929609v1/021630.00003

| | |
|---|---|
| elongosz@eckertseamans.com | richard.finke@grace.com |
| emdecristofaro@FMEW.com | rifft@wileyrein.com |
| erosenthal@rmgglaw.com | korr@orrick.com |
| ewestbrook@rpwb.com | kpasquale@stroock.com |
| ewolfe@skfdelaware.com | rjsidman@vorys.com |
| lkruger@stroock.com | rmillner@sonnenschein.com |
| loberholzer@pszjlaw.com | rriley@duanemorris.com |
| locasaleg@whiteandwilliams.com | rwyron@orrick.com |
| lstover@eckertseamans.com | sbaena@bilzin.com |
| Madigan.andrea@epa.gov | scalogero@cuyler.com |
| madron@rlf.com | landis@lrclaw.com |
| mark.shelnitz@grace.com | lepley@crowell.com |
| maward@wcsr.com | lesayian@kirkland.com |
| mdavis@zeklaw.com | sfreedman@dilworthlaw.com |
| mdavis@zeklaw.com | speirce@fulbright.com |
| meltzere@pepperlaw.com | SSchindlerWilliams@kramerlevin.com |
| merritt.pardini@kattenlaw.com | sshimshak@paulweiss.com |
| meskin@camlev.com | stearn@rlf.com |
| metkin@lowenstein.com | swspencer@FMEW.com |
| mgiannotto@goodwinprocter.com | tcairns@pszjlaw.com |
| mhurford@camlev.com | tcurrier@saul.com |
| michael.brown@dbr.com | tfreedman@kirkland.com |
| mjoseph@ferryjoseph.com | tgerber@fulbright.com |
| mkramer@bilzin.com | tgerber@fulbright.com |
| mlastowski@duanemorris.com | thomas.quinn@mendes.com |
| mphillips@cblh.com | tmacauley@zuckerman.com |
| mphillips@paulweiss.com | tmessana@mws-law.com |
| mpiropato@stblaw.com | toolee@pepperlaw.com |
| mplevin@crowell.com | travis.langenkamp@kirkland.com |
| mshiner@tuckerlaw.com | tschiavoni@omm.com |
| mumford@lrclaw.com | tscobb@vorys.com |
| mwallace@orrick.com | ttacconelli@ferryjoseph.com |
| mweis@dilworthlaw.com | ustpregion03.wl.ecf@usdoj.gov |
| nancy.manzer@wilmer.com | vguldi@zuckerman.com |
| ndf@capdale.com | warren.pratt@dbr.com |
| noah.heller@kattenlaw.com | wbs@capdale.com |
| pbentley@kramerlevin.com | wbs@capdale.com |
| pcuniff@pszjlaw.com | wrussell@stblaw.com |
| pkoepff@omm.com | wshelley@cozen.com |
| pmahaley@orrick.com | yoderj@whiteandwilliams.com |
| ppantaleo@stblaw.com | young@wildman.com |
| pvnl@capdale.com | |
| ramos@rlf.com | |
| rdehney@mnat.com | |
| Reynolds@rlf.com | |
| rfrankel@orrick.com | |
| rguttmann@zeklaw.com | |
| rhorkovich@andersonkill.com | |