**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related to Docket No. 22790** |

**MARYLAND CASUALTY COMPANY'S SUPPLEMENTAL DEPOSITION**
**DESIGNATION FOR PHASE II PLAN CONFIRMATION HEARING**
**WITH RESPECT TO DEPOSITION OF PETER VAN N. LOCKWOOD**

Maryland Casualty Company ("MCC"), by and through its undersigned counsel, hereby designates the excerpts attached hereto as Exhibit A from the transcript of Peter Van N. Lockwood, taken on May 4, 2009 ("Supplemental Deposition Designations"), which may be offered in evidence in connection with the Phase II Plan Confirmation Hearing. The Supplemental Deposition Designations supplement the *Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with respect to the Deposition of Peter Van N. Lockwood* [Docket No. 22790] ("Plan Objectors' Designations"). The Supplemental Deposition Designations were inadvertently omitted from the Plan Objectors' Designations.

MCC reserves the right to use any part of the Supplemental Deposition Designations for the purpose of contradicting or impeaching testimony given by the deponent as a witness. In addition, MCC reserves the right to call the witness at trial to supplement the deposition testimony designated herein.

Dated: September 11, 2009          CONNOLLY BOVE LODGE & HUTZ LLP
       Wilmington, Delaware

                                  /s/ Jeffrey C. Wisler
                                  Jeffrey C. Wisler (#2795)
                                  Marc J. Phillips (#4445)
                                  The Nemours Building
                                  1007 N. Orange Street
                                  P.O. Box 2207
                                  Wilmington, DE  19899
                                  (302) 658-9141 Telephone
                                  (302) 658-0380 Facsimile

OF COUNSEL:
Edward J. Longosz, II
Gabriella V. Cellarosi
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.,
Suite 1200
Washington, DC  20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

*Counsel for Maryland Casualty Company*

#716579v1

2