# EXHIBIT 2

# WR Grace & Co. et al

Total number of parties: 1

### Exhibit 2 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 33997 | ICI AMERICAS INC, C/O W STEVE BRYANT, LOCKE LIDDELL & SAPP LLP, 600 TRAVIS ST STE 2600, HOUSTON, TX, 77002-3095 | US Mail (1st Class) |

Subtotal for this group: 1