# EXHIBIT 2

# WR Grace & Co. et al
Total number of parties: 15

### Exhibit 2 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34009 | AKZO NOBEL SURFACE CHEMISTRY LLC, C/O BOB WAREHAM, RT 6 & TABLER RD, PO BOX 310, MORRIS, IL, 60450 | US Mail (1st Class) |
| 34009 | AKZO NOBEL SURFACE CHEMISTRY LLC, 525 W VAN BUREN, CHICAGO, IL, 60607 | US Mail (1st Class) |
| 34009 | GRAU, JAMES AND ANNA, C/O RICHARD L FERRELL ESQ, 425 WALNUT ST STE 1800, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 34009 | HARY GRAU & SONS INC, C/O RICHARD L FERRELL ESQ, TAFT STETTINIUS & HOLLISTER LLP, 425 WALNUT ST STE 1800, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 34009 | INDIANA DEPARTMENT OF REVENUE, 100 N SENATE AVE, BANKRUPTCY SECTION ROOM N-203, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 34009 | INDIANA DEPARTMENT OF REVENUE, COMPLIANCE DIVISION ROOM N203 BANKRUPTCY SECTION, 100 N SENATE AVE, INDIANAPOLIS, IN, 46204-2253 | US Mail (1st Class) |
| 34009 | MISSOURI DEPARTMENT OF REVENUE, BOX 475, JEFFERSON CITY, MO, 65105 | US Mail (1st Class) |
| 34009 | MUNOZ, GLORIA, C/O ANTHONY S PETRU ESQ, HILDEBRAND MCLEOD AND NELSON INC, 350 FRANK H OGAWA PLAZA 4TH FLR, OAKLAND, CA, 94612-2006 | US Mail (1st Class) |
| 34009 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |
| 34009 | PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 34009 | ROWE, RICHARD C, PO BOX 27184, MEMPHIS, TN, 38127 | US Mail (1st Class) |
| 34009 | ROWE, RICHARD C, C/O STEPHEN R TETRO, 233 S WACKER DR STE 5800, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 34009 | SEATON INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, DAVID P PRIMACK, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 34009 | WRIGHT, JIM, 12693 RIVERVIEW CT, HUNTLEY, IL, 60142-7639 | US Mail (1st Class) |
| 34009 | WRIGHT, JIM, 215 ROCK LEDGE DR, GLENWOOD SPRINGS, CO, 81601 | US Mail (1st Class) |

Subtotal for this group: 15