# EXHIBIT B

Schedule 5.13
Transferred Contracts

| Description | Counterparty | Cure Amount |
|---|---|---|
| A private label supply agreement dated December 2008. | Company A | $0 |
| A purchase agreement dated January 4, 2007 concerning silicone firestop sealants. | Company B | $0 |
| A private label supply agreement dated October 15, 2001. | EGS-Nelson | $0 |
| A private label supply agreement dated November 1, 2005. | Company C | $0 |
| A confidential disclosure agreement dated August 5, 2009. | Empire Blend Products Inc. | $0 |
| A confidential disclosure agreement dated August 5, 2009. | Concrete Sealant Incorporated | $0 |
| Informal tolling relationship. | Empire Blend Products Inc. | $0 |
| Informal tolling relationship. | Applied Power & Coatings | $0 |
| Informal tolling relationship. | American Sealants, Inc. | $0 |
| Informal tolling relationship. | Developmental Enterprises Corp. | $0 |
| Informal tolling relationship. | Concrete Sealant Incorporated | $0 |
| A license agreement dated September 28, 1999. | Berlin Company Limited | $0 |
| A marketing and manufacturing/license agreement dated October 4, 1993. | Chemische Fabrik Grunau GmbH | $0 |
| A supply/license agreement dated February 22, 1994. | Chemische Fabrik Grunau GmbH | $0 |
| A private label supply agreement dated January 30, 2009. | Company D | $0 |
| A private label agreement dated October 21, 1997. | UBA Tec | $0 |
| A distribution agreement dated May 14, 2008. | Company E | $0 |

K&E 15442459.6