IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED,
FOR THE THIRTY-SECOND INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Caplin & Drysdale, Chartered, for the Thirty-Second Interim Period (the "Application").

BACKGROUND

1. Caplin & Drysdale, Chartered ("Caplin & Drysdale"), was retained as national counsel to the Official Committee of Asbestos Personal Injury Claimants. In the Application, Caplin & Drysdale seeks approval of fees totaling $919,553.00 and expenses totaling $52,359.70 for its services from January 1, 2009 through March 31, 2009 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with

precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Caplin & Drysdale an initial report based on our review, and we received a response from Caplin & Drysdale, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted the following time entries in which there was a discrepancy between the total time billed and the time recorded in parentheses:

    a. On March 5, 2009, NDF ($610) billed 6.40 hours for total fees of $3,904.00. The subparts within the time entry totaled to 6.10 hours for total fees of $3,721.00. Thus, there appears to be an overcharge of $183.00.

| 03/05/09 | NDF | 6.40 | Teleconference with Horkovich, PVNL and FCR counsel re case issues (1.5); emails to Horkovich re TDP and coverage questions (0.5); draft chart comparing TDP values to Grace historical (0.8); teleconference with Peterson re Grace report (0.5); review and revise Peterson draft report (2.8). |
|---|---|---|---|

    b. On March 11, 2009, BSB ($630) billed 10.50 hours for total fees of $6,615.00. The subparts within the time entry totaled to 9.60 hours for total fees of $6,048.00. Thus, there appears to be an overcharge of $567.00.

| 03/11/09 | BSB | 10.50 | Review possible expert material - Dr. Friedman (2.); read updated Lockey material (2.0); progress on study analysis (1.6); travel to Houston (4.0). |
|---|---|---|---|

Thus, we asked Caplin & Drysdale whether it agreed that adjustments were warranted for these time entries. Caplin & Drysdale responded:

    Regarding your queries in paragraph 3 of the Initial Report, we agree that there appear to have been errors made in totaling the sub-parts of the fee entries on March 5, 2009, for Caplin & Drysdale attorney Nathan D. Finch, and March 11, 2009, for Caplin & Drysdale attorney Bernard S. Bailor. Caplin & Drysdale

apologizes for the errors and will accept reductions of $183.00 and $567.00, respectively, regarding these time entries.

We appreciate Caplin & Drysdale's response and recommend a reduction of $750.00 in fees.

    4.    In our initial report, we noted the following time entries which appeared to include non-working travel:

| | | | | |
|---|---|---|---|---|
| 3/11/2009 | BSB | 630.00 | 10.50 | Review possible expert material - Dr. Friedman (2.); read updated Lockey material (2.0); progress on study analysis (1.6); **travel to Houston (4.0).** |
| 3/12/2009 | BSB | 630.00 | 10.30 | Meeting in Houston with Dr. Friedman potential expert witness (6.3); **travel to D.C. (4.0).** |

Pursuant to Local Rule 2016-2(d)(viii): "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates." Thus, we asked Caplin & Drysdale whether the required 50% discount was applied to these fees. Caplin & Drysdale responded:

> Caplin & Drysdale agrees that the time entries for Bernard S. Bailor for services provided on March 11, 2009 and March 12, 2009, referenced in paragraph 4 of the Initial Report, each includes 4 hours of non-working travel time, and that such time should have been billed at 50% of Mr. Bailor's usual hourly rate. Therefore, we will accept a voluntary reduction of 50% regarding 8 hours of Mr. Bailor's non-working travel time.

We appreciate Caplin & Drysdale's response and recommend a reduction of $2,520.00 in fees.

    5.    In our initial report, we noted the following meal expenses for which more information was needed:

| | | |
|---|---|---|
| Nathan D. Finch meals while on travel to Chicago, IL, re: Non-Product Exposure Mtg. w/ Kathy Byrne, 12/23/08 - 12/28/08 | 01/05/2009 | $101.79 |
| Peter Van N. Lockwood meals for travel to Pittsburgh, PA, re: Hearing, 1/13/09 - 1/14/09 | 01/15/2009 | $75.13 |

| | | |
|---|---|---|
| Peter Van N. Lockwood Meals for travel to NYC, re: EI Testimony Prep, 2/2/09 - 2/3/09 | 02/09/2009 | $67.08 |
| Nathan D. Finch meals for travel to NYC, re: Mtg. w/ EI, 2/2/09 - 2/3/09 | 03/02/2009 | $50.18 |
| Peter Van N. Lockwood meals for travel to Pittsburgh, PA, re: Hearing, 3/8/09 - 3/9/09 | 03/11/2009 | $102.74 |

In response to our inquiry, Caplin & Drysdale provided the following information concerning theses charges:

| Attorney | Date | Expense | Breakdown |
|---|---|---|---|
| Nathan D. Finch | 01/05/09 | $101.79 | Lunch for two people. |
| Peter Van N. Lockwood | 01/15/09 | $75.13 | Dinner for one person |
| Peter Van N. Lockwood | 02/09/09 | $67.08 | Dinner for one person |
| Nathan D. Finch | 03/02/09 | $50.18 | Dinner for one person |
| Peter Van N. Lockwood | 03/11/09 | $102.74 | Dinner for two people |

It appears to us that one can dine satisfactorily in most locales for $35 for lunch and $55 for dinner, and in New York City for $45 for lunch and $65 for dinner. Based upon these guidelines, we recommend the following reductions:

| | |
|---|---|
| $101.79 for lunch for two in Chicago | Reduce by $31.79 |
| $75.13 for dinner for one in Pittsburgh | Reduce by $20.13 |
| $67.08 for dinner for one in NYC | Reduce by $2.08 |

Thus, for all items in this paragraph, we recommend a reduction of $54.00 in expenses.

## CONCLUSION

6. Thus, we recommend approval of $916,283.00 in fees ($919,553.00 minus $3,270.00)

and $52,305.70 in expenses ($52,359.70 minus $54.00) for Caplin & Drysdale's services for the Application Period.

    Respectfully submitted,

    **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

325 North St. Paul Street, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

    **FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 15th day of September, 2009.

_____
Warren H. Smith

## SERVICE LIST
<u>Notice Parties</u>

**The Applicant**
Elihu Inselbuch
Rita Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801