**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 25, 2009 at 4:00 p.m. |
| | ) | Hearing: December 14, 2009 at 10:30 a.m. |

**COVER SHEET TO FOURTEENTH QUARTERLY APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>APRIL 1, 2009 THROUGH JUNE 30, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 (pursuant to this Court's Order entered May 8, 2006) |
| Period for which compensation is sought: | April 1, 2009 through June 30, 2009 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $ 1,300,578.75 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    44,857.50 |

This is an:    <u> X </u>   interim      <u>   </u>   monthly      <u>   </u>   final application.

## PRIOR QUARTERLY APPLICATIONS FILED

Orrick was retained effective February 6, 2006, pursuant to this Court's Order entered May 8, 2006. Orrick has previously filed the following quarterly fee applications:

| Quarterly Period | Fees | Expenses | Total Fees and Expenses |
|---|---|---|---|
| First Quarterly Period February 6-March 31, 2006 | $206,292.25 | $7,501.32 | $213,793.57 |
| Second Quarterly Period April 1-June 30, 2006 | $456,045.25 | $14,568.92 | $470,614.17 |
| Third Quarterly Period July 1-September 30, 2006 | $558,019.75 | $25,651.67 | $583,671.42 |
| Fourth Quarterly Period Oct 1-December 31, 2006 | $841,070.00 | $98,378.95 | $939,448.95 |
| Fifth Quarterly Period January 1-March 31, 2007 | $1,098,668.00 | $57,670.14 | $1,156,338.14 |
| Sixth Quarterly Period April 1-June 30, 2007 | $1,021,931.50 | $168,071.15 | $1,190,002.65 |
| Seventh Quarterly Period July 1-September 30, 2007 | $1,318,928.25 | $506,330.27 | $1,825,258.52 |
| Eighth Quarterly Period Oct 1-December 31, 2007 | $2,577,801.25 | $276,906.50 | $2,854,707.75 |
| Ninth Quarterly Period January 1-March 31, 2008 | $2,834,348.75 | $436,062.97 | $3,270,411.72 |
| Tenth Quarterly Period April 1-June 30, 2008 | $1,060,594.00 | $96,239.02 | $1,156,833.02 |
| Eleventh Quarterly Period July 1-September 30, 2008 | $1,205,058.75 | $69,698.64 | $1,274,757.39 |
| Twelfth Quarterly Period October 1-December 31, 2008 | $1,133,553.25 | $95,017.93 | $1,228,571.18 |
| Thirteenth Quarterly Period January 1-March 31, 2009 | $1,497,820.75 | $56,151.13 | $1,553,971.88 |

## COMPENSATION SUMMARY
## APRIL 1, 2009 THROUGH JUNE 30, 2009

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| William D. Berry | Partner, 29 years in position; 37 years relevant experience; 1972, Compensation and Benefits | $760 | .30 | $228.00 |
| Roger Frankel | Partner, 25 years in position; 37 years relevant experience; 1971, Restructuring | $945 | 290.60 | $268,143.75[1] |
| Jonathan P. Guy | Partner, 8 years in position; 15 years relevant experience; 1994, Restructuring | $755 | 313.70 | $230,992.25[2] |
| Clayton S. Reynolds | Partner, 22 years in position; 30 year relevant experience; 1979, Tax | $840 | 1.20 | $1,008.00 |
| Richard H. Wyron | Partner, 19 years in position; 29 years relevant experience; 1979, Restructuring | $815 | 240.60 | $187,857.50[3] |

---

[1] The total amount reflects a reduction of $1,701.00 (April 2009), $472.50 (May 2009) and $4,299.75 (June 2009) representing non-working travel billed at 50%.

[2] The total amount reflects a reduction of $2,265.00 (April 2009) and $3,586.25 (June 2009) representing non-working travel billed at 50%.

[3] The total amount reflects a reduction of $6,438.50 (April 2009) and $1,793.00 (June 2009) representing non-working travel billed at 50%.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Peri N. Mahaley | Of Counsel, 16 years in position; 29 years relevant experience; 1979, Litigation | $605 | 526.20 | $313,420.25[4] |
| Mary A. Wallace | Of Counsel, 6 years in position; 18 years relevant experience; 1989, Restructuring | $650 | 19.80 | $12,870.00 |
| James W. Burke | Associate, 11 months in position; 11 months relevant experience; 2008, Restructuring | $360 | 108.20 | $38,952.00 |
| Joshua M. Cutler | Associate, 6 years in position; 6 years relevant experience; 2003, Litigation | $555 | 84.50 | $46,897.50 |
| Debra L. Felder | Associate, 7 years in position; 7 years relevant experience; 2002, Restructuring | $590 | 21.20 | $12,508.00 |
| Zachary S. Finley | Associate, 6 years in position; 6 years relevant experience; 2003, Litigation | $600 | 1.00 | $600.00 |
| Kathleen Orr | Associate, 8 years in position; 7 years relevant experience; 2001, Restructuring | $620 | 225.20 | $139,624.00 |
| Aaron Cohen | Litigation Paralegal | $170 | .50 | $85.00 |
| Stephen C. Cruzado | Senior Litigation Paralegal | $230 | 15.00 | $3,450.00[5] |
| Debra O. Fullem | Bankruptcy Research Specialist | $255 | 72.70 | $18,538.50 |
| Kirt Dale Suomela | Scientific Advisor | $290 | 87.60 | $25,404.00 |
| **TOTAL** | | | 2,008.30 | $1,300,578.75 |
| **Blended Rate: 647.60** | | | | |

---

[4] The total amount reflects a reduction of $2,964.50 (April 2009) and $1,966.25 (May 2009) representing non-working travel billed at 50%.

[5] The total amount reflects a reduction of $460.00 (April 2009) representing non-working travel billed at 50%.

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2009 THROUGH JUNE 30, 2009**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 4.30 | $1,096.50 |
| Compensation of Professionals-Orrick | 40.50 | $14,477.00 |
| Compensation of Professionals-Others | 23.90 | $6,262.50 |
| Insurance | 743.10 | $444,157.00 |
| Litigation | 1,096.40 | $782,923.00 |
| Retention of Professionals-Orrick | 1.10 | $280.50 |
| Plan & Disclosure Statement | 31.30 | $25,435.50 |
| Travel Time (Non-Working) | 67.70 | $25,946.75 |
| **TOTAL** | **2,008.30** | **$1,300,578.75** |

**EXPENSE SUMMARY**
**APRIL 1, 2009 THROUGH JUNE 30, 2009**

| Expense Category | Total Expense |
|---|---|
| Court Call | $2,048.50 |
| Duplicating/Printing | $5,228.40 |
| Meals | $1,561.11[1] |
| Pacer | $1,395.78 |
| Parking | $246.00 |
| Postage/Express Delivery | $1,226.20 |
| Telephone | $154.05 |
| Travel – Airfare | $8,603.80 |
| Travel – Taxi | $586.80 |
| Travel – Train/Mileage | $4,862.31[2] |
| Westlaw Research | $18,944.55 |
| **TOTAL** | **$44,857.50** |

---

1  This amount reflects a reduction of $161.08 (April), $295.05 (May), and $14.63 (June) to comply with the Fee Auditor's guidelines on allowed meal charges.

2  This amount reflects a reduction of $815.83 to correct an inadvertent duplicate charge on the April 2009 invoice.

4

Orrick's Client Charges and Disbursements Policy effective January 1, 2009, are as follows:

      a.      ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 10¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

      b.      ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

      c.      ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

      d.      ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.

      e.      ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so. The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick. Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost. There is no separate charge for other internet research.

      ORRICK, HERRINGTON & SUTCLIFFE LLP

      By: <u>/S/ RICHARD H. WYRON</u>
         Roger Frankel, admitted *pro hac vice*
         Richard H. Wyron, admitted *pro hac vice*
         Debra L. Felder, admitted *pro hac vice*
         1152 15th Street, NW
         Washington, DC 20005
         (202) 339-8400

         *Counsel to David T. Austern,*
         *Asbestos PI Future Claimants' Representative*

Dated: September 14, 2009