IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Objection Deadline: November 25, 2009 at 4:00 p.m. |
| ) | Hearing: December 14, 2009 at 10:30 a.m. |

**COVER SHEET TO FOURTEENTH QUARTERLY INTERIM FEE APPLICATION OF
PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF APRIL 1, 2009 THROUGH JUNE 30, 2009**

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | April 1, 2009 – June 30, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $140,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $136.20 |

This is a ___ monthly    _x_ interim    ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

April 1, 2009 – June 30, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 86.5 | NA |
| Financial Analysis / Financial Review | 158.0 | NA |
| Case Administration | 19.0 | NA |
| Hearing Attendance / Meeting | 46.8 | NA |
| **TOTAL** | **310.3** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

April 1, 2009 – June 30, 2009

| Expense Category | Total |
|---|---|
| Pacer Research | $136.20 |
| **TOTAL** | **$136.20** |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2