# EXHIBIT A

## W.R. Grace
### PJC Time Records
### April-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Cloncs | 4/1/2009 | 5.0 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 4/1/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/1/2009 | 2.3 | Hearings | Telephonic court hearing |
| Pei Huang | 4/1/2009 | 6.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 4/2/2009 | 3.5 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 4/2/2009 | 2.5 | Business Operations | Meeting with the FCR |
| Jason Solganick | 4/2/2009 | 2.5 | Business Operations | Meeting with the FCR |
| Jason Solganick | 4/2/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/2/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/2/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 4/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 4/3/2009 | 0.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Desiree Davis | 4/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/3/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 4/3/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 4/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 4/6/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 4/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/6/2009 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 4/6/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/6/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 4/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/6/2009 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 4/7/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 4/7/2009 | 2.0 | Case Administration | Review court docket and prepartion of filings |
| Bryan Cloncs | 4/8/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/8/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/8/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/8/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/8/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### April-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 4/9/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/10/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 4/13/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Desiree Davis | 4/13/2009 | 3.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 4/13/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/13/2009 | 3.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 4/14/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/15/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/16/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 4/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/17/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/20/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/21/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 4/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/22/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 4/23/2009 | 2.0 | Business Operations | Review of Tax Settlement Motion |
| Desiree Davis | 4/23/2009 | 2.0 | Business Operations | Review of Tax Settlement Motion |
| Jason Solganick | 4/23/2009 | 1.5 | Business Operations | Review of Tax Settlement Motion |
| Jason Solganick | 4/23/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/24/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 4/24/2009 | 1.0 | Business Operations | Review of Tax Settlement Motion |
| Bryan Cloncs | 4/27/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 4/27/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 4/27/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/27/2009 | 1.0 | Hearings | Telephonic court hearing |
| Pei Huang | 4/27/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 4/28/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 4/28/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 4/28/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 4/28/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 4/28/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/28/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 4/28/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 4/28/2009 | 3.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 4/28/2009 | 6.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 4/29/2009 | 0.2 | Financial Analysis | Review 8-K for comparable company |
| Bryan Cloncs | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/29/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 4/30/2009 | 0.5 | Business Operations | Call to discuss Tax Settlement Motion |
| Desiree Davis | 4/30/2009 | 0.5 | Business Operations | Call to discuss Tax Settlement Motion |
| Jason Solganick | 4/30/2009 | 0.5 | Business Operations | Call to discuss Tax Settlement Motion |
| Jason Solganick | 4/30/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 4/30/2009 | 0.5 | Business Operations | Call to discuss Tax Settlement Motion |

# EXHIBIT A

# W.R. Grace
### PJC Time Records
**May-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Cloncs | 5/7/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 5/7/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/7/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 5/7/2009 | 6.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 5/7/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 5/8/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 5/8/2009 | 4.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 5/11/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 5/11/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 5/11/2009 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/11/2009 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/11/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 5/11/2009 | 4.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 5/12/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/12/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 5/14/2009 | 1.5 | Hearing | Telephonic court hearing |
| Pei Huang | 5/15/2009 | 1.0 | Business Operations | Review of Expert Report |
| Pei Huang | 5/15/2009 | 1.0 | Financial Analysis | Valuation analysis |
| Bryan Cloncs | 5/18/2009 | 2.0 | Business Operations | Review of expert report in rebuttal to Mr. Mathis' |
| Desiree Davis | 5/18/2009 | 2.0 | Business Operations | Review of expert report in rebuttal to Mr. Mathis' |
| Bryan Cloncs | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/19/2009 | 2.0 | Financial Analysis | Valuation analysis |
| Pei Huang | 5/19/2009 | 2.5 | Financial Analysis | Valuation analysis |
| Pei Huang | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 5/20/2009 | 1.0 | Business Operations | Review of Pension Motion |
| Desiree Davis | 5/20/2009 | 1.0 | Business Operations | Review of Pension Motion |
| Bryan Cloncs | 5/21/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/21/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 5/21/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 5/22/2009 | 5.0 | Business Operations | Preparation of Pension Comps |
| Bryan Cloncs | 5/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 5/1/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/4/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/4/2009 | 1.0 | Business Operations | Review of tax settlement information |
| Jason Solganick | 5/5/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/6/2009 | 0.3 | Case Administration | Review court docket |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### May-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 5/6/2009 | 2.0 | Financial Analysis | Review Amended CMO and Grace financials |
| Jason Solganick | 5/7/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/7/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/8/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/8/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 5/11/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/11/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/11/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/12/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/12/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/12/2009 | 1.0 | Business Operations | Review of POR objections |
| Jason Solganick | 5/13/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/14/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/14/2009 | 1.5 | Hearing | Telephonic court hearing |
| Jason Solganick | 5/15/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/18/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/18/2009 | 1.5 | Business Operations | Review of expert report in rebuttal to Mr. Mathis' |
| Jason Solganick | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 5/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 5/19/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/19/2009 | 1.0 | Financial Analysis | Valuation analysis |
| Jason Solganick | 5/20/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/20/2009 | 1.0 | Business Operations | Review of Pension Motion |
| Jason Solganick | 5/21/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 5/21/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/21/2009 | 1.5 | Business Operations | Review of POR objections |
| Jason Solganick | 5/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 5/22/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/22/2009 | 1.0 | Business Operations | Review pension information |
| Pei Huang | 5/22/2009 | 7.0 | Business Operations | Preparation of Pension Comps |
| Pei Huang | 5/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 5/25/2009 | 2.5 | Business Operations | Review of Pension Comps |
| Jason Solganick | 5/25/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 5/26/2009 | 1.0 | Business Operations | Preparation of Pension Comps |
| Jason Solganick | 5/26/2009 | 2.0 | Business Operations | Review of Pension Comps |
| Jason Solganick | 5/26/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 5/26/2009 | 3.0 | Business Operations | Preparation of Pension Comps |
| Jason Solganick | 5/27/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 5/28/2009 | 0.3 | Business Operations | Call to review Pension Motion |
| Desiree Davis | 5/28/2009 | 0.3 | Business Operations | Call to review Pension Motion |
| Jason Solganick | 5/28/2009 | 0.3 | Business Operations | Call to review Pension Motion |
| Jason Solganick | 5/28/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 5/28/2009 | 0.3 | Business Operations | Call to review Pension Motion |
| Bryan Cloncs | 5/29/2009 | 2.0 | Business Operations | Preparation of Pension Comps |
| Jason Solganick | 5/29/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 5/29/2009 | 5.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
#### June-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Cloncs | 6/1/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jason Solganick | 6/1/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 6/1/2009 | 8.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 6/2/2009 | 2.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jason Solganick | 6/2/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 6/2/2009 | 6.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 6/3/2009 | 6.0 | Business Operations | Review of trial briefs |
| Desiree Davis | 6/3/2009 | 2.0 | Business Operations | Review of trial briefs |
| Jason Solganick | 6/3/2009 | 1.0 | Business Operations | Review of trial briefs |
| Jason Solganick | 6/3/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 6/3/2009 | 7.5 | Business Operations | Review of trial briefs |
| Pei Huang | 6/3/2009 | 1.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 6/4/2009 | 1.5 | Financial Analysis | Review of Monthly Operating Report |
| Jason Solganick | 6/4/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 6/5/2009 | 0.5 | Case Administration | Review court docket |
| Bryan Cloncs | 6/5/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 6/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/5/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 6/5/2009 | 6.5 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 6/7/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 6/7/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 6/8/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 6/8/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 6/9/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 6/9/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 6/10/2009 | 0.5 | Business Operations | Pension Call |
| Desiree Davis | 6/10/2009 | 0.5 | Business Operations | Pension Call |
| Jason Solganick | 6/10/2009 | 1.0 | Business Operations | Pension call and review of materials |
| Jason Solganick | 6/10/2009 | 0.2 | Case Administration | Review court docket |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**June-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Pei Huang | 6/10/2009 | 0.5 | Business Operations | Pension Call |
| Pei Huang | 6/10/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jason Solganick | 6/11/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 6/12/2009 | 1.0 | Case Administration | Review court docket |
| Desiree Davis | 6/12/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jason Solganick | 6/12/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/12/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 6/15/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/16/2009 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 6/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/17/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/18/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/18/2009 | 5.0 | Hearings | Telephonic Court Hearing |
| Pei Huang | 6/18/2009 | 5.0 | Hearings | Telephonic Court Hearing |
| Bryan Cloncs | 6/19/2009 | 1.0 | Case Administration | Review court docket |
| Jason Solganick | 6/19/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/22/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/22/2009 | 9.0 | Hearings | Telephonic Court Hearing |
| Pei Huang | 6/22/2009 | 9.0 | Hearings | Telephonic Court Hearing |
| Jason Solganick | 6/23/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/23/2009 | 5.0 | Hearings | Telephonic Court Hearing |
| Pei Huang | 6/23/2009 | 5.0 | Hearings | Telephonic Court Hearing |
| Desiree Davis | 6/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/24/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 6/25/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/25/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/25/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 6/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/26/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/29/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/29/2009 | 1.3 | Hearings | Telephonic Court Hearing |
| Pei Huang | 6/29/2009 | 1.3 | Hearings | Telephonic Court Hearing |
| Jason Solganick | 6/30/2009 | 0.2 | Case Administration | Review court docket |