IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

    I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on September 15, 2009 I caused a copy of the foregoing **Certification of No Objection** to be served upon: (i) the Notice Parties, (ii) the Fee Auditor, (iii) the Office of the United States Trustee, and (iv) the Debtor (attn: David B. Siegel) via first class U. S. Mail.

                                            */s/Kathleen Campbell Davis*
                                            Kathleen Campbell Davis

Dated: September 15, 2009

{D0114610.1 }