IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on September 15, 2009 I caused a copy of the foregoing **Certification of No Objection** to be served upon: (i) the Notice Parties, (ii) the Fee Auditor, (iii) the Office of the United States Trustee, and (iv) the Debtor (attn: David B. Siegel) via first class U. S. Mail.

*/s/Kathleen Campbell Davis*
Kathleen Campbell Davis

Dated: September 15, 2009