## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for June, 2009**

| Date | Services | Hours |
|---|---|---|
| 6/11 | Review of my Deposition | 3.70 |
| 6/12 | Attendance (by telephone) at Inselbuch Deposition | 5.60 |
| 6/16 | Telephone conference with R. Frankel and R. Wyron regarding case status | .80 |

**Total Hours:** 10.10

**Total Fees ($500.00 per hour)** **$5,050.00**

**Expenses:**

**There were no expenses**

**Total Fees and Expenses:** **$5,050.00**