**EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for July, 2009**

| Date | Services | Hours |
|---|---|---|
| 7/15/09 | Telephone conference with R. Frankel re settlement discussions (.3); review of term sheet and TDP (1.2) | 1.5 |
| 7/20 | Review of insurance settlement offer (.4); review of Piper Jaffray opinion re Grace Divestiture Motion (.3). | .7 |
| 7/27/09 | Review of settlement documents re Libby claimant (.6); review of Plan Proponents Pre-Trial Statement (.4) | 1.0 |
| Total Hours: | | 3.2 |
| Total Fees ($500.00 per hour) | | **$1,600.00** |

Expenses:

No Expenses