IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: October 5, 2009 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO FIFTY-EIGHTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>AUGUST 1, 2009 THROUGH AUGUST 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Asbestos PI Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | August 1, 2009 through August 31, 2009 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $6,050.00 |
| 80% of fees to be paid: | $4,840.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |
| Total Fees @ 80% and 100% Expenses: | $4,840.00 |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an:     __     interim     _X_     monthly     __     final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
## AUGUST 2009

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 12.10 | $6,050.00 |
| **Grand Total:** | | | **12.10** | **$6,050.00** |
| **Blended Rate: $500.00** | | | | |

Total Fees:      $ 6,050.00
Total Hours:     12.10
Blended Rate:    $ 6,050.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 12.10 | $6,050.00 |
| **TOTAL** | **12.10** | **$6,050.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

Dated: September 14, 2009

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835