## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for August, 2009**

| Date | Services | Hours |
|---|---|---|
| 8/30/09 | Preparation for meeting with trial attorneys | 5.3 |
| 8/31/09 | Meeting with attorneys re trial preparation (4.5); review of Plan documents (2.3) | 6.8 |
| Total Hours: | | 12.1 |
| Total Fees ($500.00 per hour) | | **$6,050.00** |

Expenses:

No Expenses