## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 JKF |
| W.R. Grace & Co., *et al* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## STIPULATION

The undersigned parties, by and through counsel, having met and conferred,

hereby stipulate and agree for the purposes of Phase II of the Confirmation Hearing to the

following:

      1.      Any objections by Plan Proponents are hereby withdrawn and/or waived

with respect to the admissibility of the following Trial Exhibits:

      a.      Trial Exhibit PP-243, the Verified Complaint for Declaratory and

Injunctive Relief (Dkt. No. 1; Adv. 01-771);

      b.      Trial Exhibit OS-46, NYS Department of State, Division of

Corporations, Entity Information for Fresenius Medical Care Holdings, Inc., dated

August 17, 2009;

      c.      Trial Exhibit OS-50, Form S-4 Registration Statement filed with

the United States Securities and Exchange Commission by W.R. Grace & Co. (to be

renamed Fresenius National Medical Care, Inc.) (EIN 13-3461988) on August 2, 1996,

SEC File No. 333-46281, and referenced in Plan Definition No. 124 (defining "Fresenius

Transaction"); and

      d.      Trial Exhibit OS-51, Form S-4 Registration Statement filed with

the United States Securities and Exchange Commission by W.R. Grace & Co. (to be

renamed Sealed Air Corporation) (EIN 65-0654331) on February 13, 1998, SEC File No.

333-46281, and referenced in Plan Definition No. 92 (defining "Cryovac Transaction").

2.      Any objections by Plan Proponents are hereby withdrawn and/or waived

with respect to the admissibility of the following Trial Exhibits, proffered not for the truth of the

matters asserted therein, but for the purpose of establishing that certain entities have asserted, or

threatened to assert, claims for insurance coverage against OneBeacon and Seaton; provided,

however, that Exhibit K1 to Trial Exhibit OS-40 may be proffered for the truth of the matters

asserted therein as a party-opponent admission:

a.      Trial Exhibit OS-15, Complaint for Declaratory and Other Relief,

including all exhibits thereto, filed on or about September 2, 2004 in an adversary

proceeding before this Court entitled *The Scotts Company v. American Employers'*

*Insurance Company, et al.*, Adv. No. 04-55083-JKF;

b.      Trial Exhibit OS-28, Objections of BNSF Railway Company to

Confirmation of the First Amended Chapter 11 Plan of W.R. Grace & Co., et al., the

Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future

Claimants' Representative, and the Official Committee of Equity Security Holders Dated

February 3, 2009 (D.I. 21769), dated May 20, 2009, and exhibits thereto;

c.      Trial Exhibit OS-40, Motion of Kaneb Pipe Line Operating

Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the

Automatic Stay (D.I. 20538), dated January 16, 2009;

d.      Trial Exhibit OS-41, Motion of Kaneb Pipe Line Operating

Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the

Automatic Stay: Macon, Georgia Site (D.I. 20846), dated February 25, 2009; and

e.    Trial Exhibit OS-44, Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. in Support of Motion for Order Modifying the Automatic Stay (D.I. 21262), dated April 13, 2009 **(FILED UNDER SEAL).**

3.    Any objections by Plan Proponents are hereby withdrawn and/or waived with respect to the admissibility of the following Trial Exhibits, proffered not for the truth of the matters asserted therein, but for the purpose of establishing that OneBeacon and Seaton have asserted claims against the Debtors; provided, however, that the Stipulations and Orders appended to Exhibits A and B to Trial Exhibit OS-14 (docketed in this bankruptcy case at D.I. 9519 and 9518, respectively) may be proffered for the truth of the matters asserted therein as party-opponent admissions:

a.    Trial Exhibit OS-14, an Order Disallowing and Expunging Certain of the Claims of Seaton Insurance Company and OneBeacon America Insurance Company, dated May 3, 2007 and entered in this bankruptcy case (D.I. 15503), including Exhibits A (Seaton Proof of Claim No. 15531) and B (OneBeacon Proof of Claim No. 15593) thereto;

b.    Trial Exhibit OS-16, Class 6 Asbestos PI Claims (Indirect PI Trust Claims) Ballot provided to OneBeacon in connection with the solicitation and tabulation of votes to accept or reject the Plan;

c.    Trial Exhibit OS-17, Class 6 Asbestos PI Claims (Indirect PI Trust Claims) Ballot provided to Seaton in connection with the solicitation and tabulation of votes to accept or reject the Plan;

        d.      Trial Exhibit OS-18, Class 9 General Unsecured Claims Ballot provided to OneBeacon in connection with the solicitation and tabulation of votes to accept or reject the Plan;

        e.      Trial Exhibit OS-48, Amended Proof of Claim No. 15531, filed by Seaton Insurance Company; and

        f.      Trial Exhibit OS-49, Amended Proof of Claim No. 15593, filed by OneBeacon America Insurance Company.

        4.      Any objections by Plan Proponents are hereby withdrawn and/or waived with respect to the admissibility of the following Trial Exhibits, proffered for the purpose of establishing that Fresenius and Sealed Air have asserted certain indemnification claims against the Debtors:

        a.      Trial Exhibit OS-19, Proof of Claim No. 8112, filed by Fresenius Medical Care Holdings, Inc.; and

        b.      Trial Exhibit OS-20, Proof of Claim No. 14339, filed by Sealed Air Corporation.

        5.      Any objections by Plan Proponents are hereby withdrawn and/or waived with respect to the admissibility of the following Trial Exhibits, proffered for the purpose of establishing that insurance policies issued to Debtors by GEICO, Republic, and Seaton contain anti-assignment provisions:

        a.      Trial Exhibit OS-27 (Rev.), Seaton Policy No. 1-2517, issued to W.R. Grace & Co. by Unigard Mutual Insurance Company for the period June 30, 1974 – June 30, 1975;

b.      Trial Exhibit GR-14 (Rev.), GEICO Policy No. GXU 30031, issued to W.R. Grace & Co. by Government Employees Insurance Company for the period June 30, 1981 – June 30, 1982;

c.      Trial Exhibit GR-15 (Rev.), GEICO Policy No. GXU 30152, issued to W.R. Grace & Co. by Government Employees Insurance Company for the period June 30, 1982 – June 30, 1983;

d.      Trial Exhibit GR-16 (Rev.), GEICO Policy No. GXU 30267, issued to W.R. Grace & Co. by Government Employees Insurance Company for the period June 30, 1983 – June 30, 1984;

e.      Trial Exhibit GR-17 (Rev.), Republic Policy No. CDE 749, issued to W.R. Grace & Co, by Republic Insurance Company for the period June 30, 1983 – June 30, 1984;

f.      Trial Exhibit GR-18 (Rev.), Republic Policy No. CDE 750, issued to W.R. Grace & Co, by Republic Insurance Company for the period June 30, 1983 – June 30, 1984;

g.      Trial Exhibit GR-19 (Rev.), London Policy No. 79 DD 1633C (also referenced as Cover Note No. PY107779), issued to W.R. Grace & Co., by Certain London Market Insurance Companies for the period June 30, 1979 – June 30, 1982; and

h.      Trial Exhibit GR-20 (Rev.), London Policy No. KYO 17582, issued to W.R. Grace & Co., by Certain London Market Insurance Companies for the period June 30, 1982 – June 30, 1985.

6.      All Trial Exhibits set forth in paragraphs 1 through 5 above are admitted into evidence, subject to approval of the Court. Such approval will be sought on Day 5 of Phase

II of the Confirmation Hearing (Tuesday, September 15, 2009). If any other party objects, the

Trial Exhibits will be considered admitted into evidence only amongst the undersigned parties to

this Stipulation.


IT IS SO STIPULATED.

Dated: September 14, 2009

_____
Warren T. Pratt, Esquire
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street
Wilmington, DE 19801-1254

Michael F. Brown, Esquire
Jeffrey M. Boerger, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

*Counsel for Government Employees
Insurance Company, Republic Insurance
Company, OneBeacon America Insurance
Company and Seaton Insurance Company*

IT IS SO STIPULATED.

Dated: September __, 2009

David M Bernick, Esquire
Lisa Esayian, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young Jones
 & Weintraub
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

*Counsel for the Debtors*
*W.R. Grace & Co., et al.*

IT IS SO STIPULATED.

Dated: September 15, 2009

_____
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle NW, Suite 1100
Washington, DC 20005

Robert Horkovich, Esquire
Robert Chung, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801-3549

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

IT IS SO STIPULATED.

Dated: September __, 2009

_____
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Jonathan Guy, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street NW
Washington, DC 20005-1706

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

*Counsel for David T. Austern, Asbestos
PI Future Claimants' Representative*