IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JULY 1, 2009 THROUGH JULY 31, 2009
___

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Russell Field)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co.  
Attn: Lydia Duff, Esq.  
Division Counsel  
7500 Grace Drive  
Columbia, MD 21044

August 31, 2009  
Client/Matter #  01246-014015  
Invoice # 130955  
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

**Russell Field**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/01/09 | P. Marks | 0.30 | Follow-up emails re settlement and review attachments for possible issues. |
| 07/02/09 | P. Marks | 1.70 | Revise stipulation with comments from Perini, City, and T; monitor follow-up emails; telephone conference with L. Duff re same. |
| 07/07/09 | P. Marks | 0.80 | Continue settlement-related work; review correspondence and comments, revise and circulate new stipulation; coordinate with opposing counsel. |
| 07/08/09 | P. Marks | 0.50 | Telephone conference with H. Deghat re new changes in settlement agreement; follow-up email to L. Duff. |
| 07/10/09 | P. Marks | 0.10 | Address invoice issue. |
| 07/10/09 | P. Marks | 1.60 | Continue revisions on settlement agreement, including communications with J. Taylor; telephone conference with L. Duff and in-depth of release language. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #   130955
                                                             August 31, 2009
                                                             PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/13/09 | P. Marks | 1.30 | Prepare release language in settlement agreement; communications with J. Baer and L. Duff re same. |
| 07/14/09 | P. Marks | 1.70 | Prepare stipulation by incorporating the revised settlement agreement language and carefully proofreading same; multiple emails to counsel. |
| 07/15/09 | P. Marks | 1.60 | Review comments re ship COD and address same, including details with L. Lustig. |
| 07/16/09 | P. Marks | 2.60 | Prepare stipulation, address the final language changes for same, and conduct multiple telephone conferences re same. |
| 07/20/09 | P. Marks | 0.50 | Review and organize emails re settlement and direct staff re monitoring mailings and compiling originals. |
| 07/22/09 | P. Marks | 0.30 | Evaluate status and review signatures from JV; communications with L. Duff re same. |
| 07/23/09 | P. Marks | 0.30 | Evaluate status; email correspondence with counsel. |
| 07/27/09 | P. Marks | 1.30 | Telephone conference with L. Duff re status; contact D. Gorman; review email correspondence and prepare same re settlement. |
| 07/29/09 | P. Marks | 0.50 | Monitor and respond to settlement communications; telephone conference with L. Duff re same. |
| 07/30/09 | P. Marks | 0.50 | Prepare settlement signatures and emails and telephone conferences re same. |
| 07/31/09 | P. Marks | 1.00 | Review emails; direct staff re monitoring compilation and distribution of stipulations. |

                                    Total Hours :              16.60

                                    Total Fees :           $6,972.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  130955
August 31, 2009
PAGE   3

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 3.10 |
| Travel Expenses | 200.74 |
| Air/Train Fare | 207.00 |
| Travel Meals | 7.90 |
| Client Meeting Meals | 69.62 |
| **Total Disbursements :** | **$488.36** |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 16.60 | $420.00 | $6,972.00 |
| **Total Fees :** | | | **$6,972.00** |
| **Total Disbursements :** | | | **$488.36** |
| **TOTAL DUE :** | | | **$7,460.36** |

# EXHIBIT B

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

August 31, 2009  
Client/Matter #   01246-012629  
Invoice # 130956  
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

Disbursements:

| | |
|---|---|
| Postage | 3.00 |
| Duplicating | 34.80 |
| Express Delivery | 7.95 |
| **Total Disbursements :** | **$45.75** |
| **TOTAL DUE :** | **$45.75** |