## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF DEPOSITION OF W.D. HILTON

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Debtors W.R. Grace & Co., et al., ("Grace"), by and through their undersigned attorneys, will take the deposition of **W.D. Hilton.** The deposition will commence at **4:00 p.m. (EDT) on September 16, 2009,** at the offices of Reed Smith, 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths.

Dated: September 15, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, Illinois 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400

Co-Counsel for the Debtors and Debtors in
Possession