**Exhibit A**

**Proposed Order**

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING DEBTORS' MOTION TO PRECLUDE THE TESTIMONY OF ANDERSON MEMORIAL'S WITNESS WILLIAM EWING

Upon consideration of *Debtors' Motion to Preclude the Testimony of Anderson Memorial's Witness William M. Ewing* (the "Motion"), and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that William M. Ewing shall not be permitted to testify at the Phase II Confirmation Hearings.

Dated: September __, 2009

Wilmington, Delaware

                                              The Honorable Judith K. Fitzgerald
                                              United States Bankruptcy Judge