IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the ___16th___ day of September, 2009, I

caused a copy of the following document(s) to be served on the individual(s) on the attached

service list(s) in the manner indicated:

**DEBTORS' MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF
ANDERSON MEMORIAL'S WITNESS WILLIAM M. EWING**

James E. O'Neill (Bar No. 4042)

W.R.Grace Anderson Memorial
Email Service List
Case No. 01-1139
Doc. No. 153119
03 – Facsimle
06 – Electronic Delivery

**By Facsimile and Electronic Delivery**
Christopher D. Loizides, Esq.
Loizides, P.A.
302-654-0728 Fax
loizides@loizides.com

**By Facsimile and Electronic Delivery**
Daniel A. Speights, Esq.
C. Alan Runyan, Esq.
Marion C. Fairey, Jr., Esq.
Speights & Runyan
803-943-4599 Fax
dspeights@speightsrunyan.com
arunyan@speightsrunyan.com
bfairey@speightsrunyan.com

**By Facsimile and Electronic Delivery**
John W. Kozyak, Esq.
David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, P.A.
305-372-3508 Fax
jk@kttlaw.com
dlr@kttlaw.com