5

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING PLAN PROPONENTS' MOTION TO STRIKE THE UNTIMELY DEPOSITION DESIGNATIONS OF ANDERSON MEMORIAL

Upon consideration of the Plan Proponents' Motion to Strike the Untimely Deposition Designations of Anderson Memorial (the "Motion"), the Court concludes that these deposition designations are untimely and violative of the Fourth Amended Case Management Order. It is hereby

ORDERED, that the Motion is granted.

Dated: _____

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

5