**Exhibit II**

**Fee Application for the period**

**April 1, 2009 through April 30, 2009**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | **Chapter 11** |
| ) | |
| **W. R. Grace & Co. et al.**[1]; ) | **Case No. 01-01139 (JKF)** |
| ) | **Jointly Administered** |
| Debtors. ) | |
| ) | |

**Objection Deadline:**
June 29, 2009 at 4:00 p.m.
**Hearing date:** To be scheduled only if objections
are timely filed and served.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Sixty-Third Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Date Filed:** 6/8/2009

**Docket No:** 22006

Incurred for the period from April 1, 2009 through April 30, 2009 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $45,611.60, representing 80% of $57,014.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $215.56.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 29, 2009 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, Theodore L. Freedman, Esquire, Kirkland & Ellis, Citigroup Center, 13 East 53rd Street, New York, New York 10022-4611 (fax number 212-446-4800), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, Illinois 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: June 8, 2009
        Wilmington, DE

**RESPECTFULLY SUBMITTED,**

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:        mlastowski@duanemorris.com
               rriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:     (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:        wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:     (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:        lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

## SIXTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | April 1, 2009 through April 30, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $57,014.50): | $ 45,611.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 215.56 |
| Total Amount Due: | $ 45,827.16 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the January, February, and March 2009 monthly fee statements, as well as the 21st Quarterly Fee Application was 10.0 hours and corresponding compensation requested is $3,078.00.

This is the Sixty-Third Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

SIXTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009)

ATTACHMENT A
TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

SIXTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**SIXTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**SIXTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

SIXTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**SIXTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**SIXTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 3, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |

**SIXTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Twentieth Quarterly** | **October 1, 2008 through December 31, 2008** | **$221,736.50** | **$949.19** | **$177,389.20** |
| April 2, 2009 | January 1, 2009 through January 31, 2009 | $51,710.50 | $167.65 | $41,368.40 |
| April 2, 2009 | February 1, 2009 through February 28, 2009 | $49,214.50 | $182.61 | $39,371.60 |
| April 23, 2009 | March 1, 2009 through March 31, 2009 | $80,353.50 | $338.04 | $64,282.80 |
| **Totals Twenty-First Quarterly** | **January 1, 2009 through March 31, 2009** | **$181,278.50** | **$688.30** | **$145,022.80** |
| June 3, 2009 | April 1, 2009 through April 30, 2009 | $57,014.50 | $215.56 | $45,611.60 |

**SIXTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 4/1/09 through 4/30/09**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 8.20 | $5,822.00 |
| S. Cunningham | Member | $710 | 12.00 | $8,520.00 |
| R. Frezza | Consultant | $625 | 27.30 | $17,062.50 |
| J. Dolan | Consultant | $420 | 57.00 | $23,940.00 |
| M. DeSalvio | Research | $170 | 7.30 | $1,241.00 |
| N. Backer | Paraprofessional | $110 | 3.90 | $429.00 |
| **For the Period 4/1/09 through 4/30/09** | | | **115.70** | **$57,014.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 4/1/09 through 4/30/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared a report to the Committee regarding the Debtor's retention of Seale as financial advisors. | 7.40 | $3,333.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest analyses related to general unsecured claims and discussed with counsel. | 9.30 | $5,207.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions, counsel reports regarding Libby Criminal Trial and recent depositions. | 7.20 | $3,959.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed CEO motion and prepared a report to Counsel thereon. | 8.30 | $4,653.50 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant discussed with counsel certain environmental claims. | 2.80 | $1,647.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the January, February and March monthly fee statements, as well as the 21st Quarterly fee application. | 10.00 | $3,078.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding February monthly operating reports, Q1 09 press release, as well as the investor presentation. | 6.20 | $2,981.00 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared various analyses related to the 2009 Business Plan including analyzing 2008 full year results, actual to prior year results and 1Q09 results. Prepared a report to the Committee thereon. | 31.30 | $17,760.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant read and analyzed IRS tax settlement motion and related Exhibits, had various discussions with Blackstone and the Debtors and prepared a report to the Committee thereon. | 25.90 | $13,153.50 |
| 21. Research | During the Fee Application period, the Applicant conducted Peer and other economic indicator analyses for 2009 Business Plan Report. | 7.30 | $1,241.00 |
| **For the Period 4/1/09 through 4/30/09** | | **115.70** | **$57,014.50** |

Capstone Advisory Group, LLC   Page 1 of 1
Invoice for the April 2009 Fee Application
# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 4/1/09 through 4/30/09

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 01. Acquisitions/Divestitures | | | |
| 4/1/2009 | R. Frezza | 1.10 | Read and analyzed Seale motion in connection with report to the Committee and discussed issues with counsel. |
| 4/1/2009 | J. Dolan | 2.10 | Prepared report to the Committee regarding retention of Seale as financial advisor for sale of assets. |
| 4/2/2009 | J. Dolan | 2.40 | Prepared report to the Committee regarding the Debtors' retention of Seale as financial advisors. |
| 4/3/2009 | J. Dolan | 1.30 | Reviewed Seale report to the Committee with counsel, incorporated final changes and distributed to Committee. |
| 4/8/2009 | J. Dolan | 0.50 | Reviewed Seale's qualifications received from Debtor related to retention of financial advisor. |
| Subtotal | | 7.40 | |
| 03. Claims Analysis & Valuation | | | |
| 4/2/2009 | E. Ordway | 0.40 | Read and analyzed counsel's memo re:  recent court hearing related to ZAI claims settlement. |
| 4/8/2009 | E. Ordway | 0.50 | Read and analyzed counsel's memo re: resolution of proof of claims. |
| 4/14/2009 | J. Dolan | 1.20 | Prepared analysis related to unsecured interest. |
| 4/15/2009 | E. Ordway | 0.90 | Directed staff in preparing/updating interest claim analysis. |
| 4/16/2009 | J. Dolan | 2.50 | Prepared general unsecured interest analyses and discussed with counsel. |
| 4/16/2009 | R. Frezza | 1.90 | Discussed non-lender GUC interest calculation with counsel; provided guidance to counsel on scenarios. |
| 4/22/2009 | R. Frezza | 1.90 | Prepared various interest scenario analyses per counsel's request. |
| Subtotal | | 9.30 | |
| 04. Creditor Committee Matters | | | |
| 4/2/2009 | J. Dolan | 0.50 | Read and analyzed counsel's memo regarding R. Finke deposition. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/2/2009 | E. Ordway | 0.30 | Read and analyzed counsel's memo re: Richard Finke deposition. |
| 4/3/2009 | R. Frezza | 1.50 | Discussed with counsel revised CEO and Seale motion memos and reviewed counsel's memo regarding the synopsis of the omnibus hearing. |
| 4/8/2009 | E. Ordway | 0.60 | Read and analyzed counsel's memo re: Libby Trial status. |
| 4/13/2009 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 4/15/2009 | R. Frezza | 0.80 | Read and analyzed detail memo from counsel on Libby Criminal Trial update. |
| 4/21/2009 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |
| 4/28/2009 | J. Dolan | 0.70 | Discussed with Lender case update and status. |
| 4/29/2009 | E. Ordway | 0.70 | Read counsel's memo re: Libby trial. |
| Subtotal | | 7.20 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/1/2009 | R. Frezza | 1.30 | Read and analyzed CEO motion and prepared/reviewed report and discussed issues with counsel. |
| 4/1/2009 | J. Dolan | 1.40 | Reviewed LTIP report with counsel and made final revisions and distributed to the Committee. |
| 4/2/2009 | R. Frezza | 1.00 | Finalized CEO motion report and Seale report to the Committee. |
| 4/2/2009 | J. Dolan | 1.00 | Prepared report to the Committee regarding CEO employment agreement and extension of term. |
| 4/3/2009 | J. Dolan | 1.20 | Reviewed CEO agreement report with counsel, incorporated final changes and distributed to the Committee. |
| 4/6/2009 | S. Cunningham | 2.40 | Read and analyzed CEO agreement and report to committee thereon. |
| Subtotal | | 8.30 | |

06. Environmental Mtrs/Regs/Litig.

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/6/2009 | R. Frezza | 2.30 | Read and discussed with counsel, the motion seeking approval for two stipulations resolving proofs of claim for environmental response costs filed by APU and Amtrak. |
| 4/6/2009 | J. Dolan | 0.50 | Read and analyzed counsels' memo regarding environmental costs. |
| Subtotal | | 2.80 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 07. Fee Applications & Invoices | | | |
| 4/1/2009 | J. Dolan | 1.10 | Prepared February fee application. |
| 4/6/2009 | N. Backer | 0.30 | Prepared January and February fee statements for emailing and filing with the court. |
| 4/13/2009 | E. Ordway | 0.30 | Prepared fee application. |
| 4/13/2009 | N. Backer | 1.50 | Prepared March fee statement. |
| 4/13/2009 | J. Dolan | 0.80 | Finalized January 2009 fee application. |
| 4/13/2009 | J. Dolan | 0.70 | Finalized February 2009 fee application. |
| 4/13/2009 | J. Dolan | 1.00 | Prepared March fee application. |
| 4/14/2009 | J. Dolan | 1.00 | Prepared quarterly fee application. |
| 4/15/2009 | N. Backer | 1.00 | Prepared March fee statement. |
| 4/23/2009 | J. Dolan | 1.20 | Prepared March fee application. |
| 4/30/2009 | N. Backer | 1.10 | Prepared the 21st Quarterly fee application. |
| Subtotal | | 10.00 | |
| 08. Financial Analysis - Schedules & Statements | | | |
| 4/10/2009 | E. Ordway | 0.90 | Read and analyzed latest monthly operating report. |
| 4/13/2009 | E. Ordway | 0.40 | Continued to read February operations report and listed items to staff to investigate. |
| 4/13/2009 | J. Dolan | 2.30 | Read and analyzed February monthly operating reports. |
| 4/27/2009 | J. Dolan | 1.40 | Read and analyzed 1Q09 press release and prepared snapshot analysis. |
| 4/29/2009 | J. Dolan | 1.20 | Read and analyzed Investor Presentation filed with form 8K by the Debtors. |
| Subtotal | | 6.20 | |
| 09. Financial Analysis - Business Plan | | | |
| 4/2/2009 | R. Frezza | 1.10 | Revised various interest scenarios and reviewed responses from Company on 2009 Plan. |
| 4/6/2009 | R. Frezza | 2.30 | Performed 2009 Plan analyses at request of counsel. |

Capstone Advisory Group, LLC
Invoice for the April 2009 Fee Application

Page 3 of 5

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/9/2009 | S. Cunningham | 2.60 | Read and analyzed Business Plan analysis. |
| 4/13/2009 | J. Dolan | 0.50 | Discussed with counsel business plan report to the Committee and other matters. |
| 4/15/2009 | J. Dolan | 1.10 | Prepared analyses related to 2009 business plan for report to the Committee. |
| 4/16/2009 | E. Ordway | 0.80 | Analyzed peer group valuation data based on 2008 financial information. |
| 4/17/2009 | J. Dolan | 2.20 | Prepared analysis for business plan report to the Committee. |
| 4/20/2009 | R. Frezza | 0.50 | Analyzed 2009 Plan and prepared report to the Committee. |
| 4/20/2009 | J. Dolan | 2.80 | Prepared Business Plan analyses including analysis of 4th quarter and restructuring plan including observations. |
| 4/20/2009 | J. Dolan | 1.90 | Prepared analyses for 2009 Business Plan report to the Committee including consolidated performance summary and EBIT bridges. |
| 4/20/2009 | J. Dolan | 1.10 | Prepared Business Plan analyses including 2008 actual vs Plan and related observations. |
| 4/20/2009 | J. Dolan | 1.20 | Prepared Business Plan analyses including year-over-year observations and gross margin trends. |
| 4/21/2009 | E. Ordway | 0.80 | Prepared/edited report on business plan. |
| 4/21/2009 | R. Frezza | 1.30 | Discussed with counsel request for information and litigation impact related to the 2009 Business Plan. |
| 4/21/2009 | S. Cunningham | 2.40 | Read and analyzed Business Plan analysis. |
| 4/22/2009 | J. Dolan | 1.60 | Prepared analyses for Business Plan report to the Committee. |
| 4/22/2009 | E. Ordway | 0.80 | Continued to prepare/edit business plan report for the Committee. |
| 4/24/2009 | S. Cunningham | 1.30 | Read and analyzed Q1 09 results. |
| 4/24/2009 | R. Frezza | 2.80 | Read and analyzed Q1 09 earnings report, continued 2009 Plan review and prepared report to the Committee. |
| 4/27/2009 | R. Frezza | 2.20 | Read and analyzed Q1 09 results; continued 2009 Plan review. |
| Subtotal | | 31.30 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/23/2009 | J. Dolan | 2.60 | Read and analyzed draft motion related to IRS settlement motion and researched issue. |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 4/23/2009 | R. Frezza | 1.10 | Read and analyzed latest tax settlement motion/conferred with counsel on thoughts re: settlement issues. |
| 4/28/2009 | R. Frezza | 1.80 | Read and analyzed IRS tax motion. |
| 4/28/2009 | J. Dolan | 3.80 | Read and analyzed tax motion related to IRS Settlement including Exhibits. |
| 4/28/2009 | J. Dolan | 1.50 | Analyzed data related to IRS Settlement and prepared request for additional information from Debtors. |
| 4/28/2009 | J. Dolan | 1.90 | Prepared report to the Committee regarding IRS tax settlement agreement related to SLL Carryback. |
| 4/29/2009 | E. Ordway | 0.50 | Prepared/edited report to the Committee re:  IRS tax settlement. |
| 4/29/2009 | R. Frezza | 2.40 | Read and analyzed IRS tax motion; prepared questions for Debtors in preparation for call with Blackstone; Read and analyzed ERISA settlement motion. |
| 4/29/2009 | J. Dolan | 1.40 | Prepared report to the Committee regarding SLL Carryback tax settlement. |
| 4/30/2009 | S. Cunningham | 3.30 | Read and analyzed IRS settlement. |
| 4/30/2009 | J. Dolan | 3.20 | Prepared analyses and related report to the Committee based on the proposed IRS Settlement. |
| 4/30/2009 | E. Ordway | 0.30 | Continued to prepare/edit report on tax issue. |
| 4/30/2009 | J. Dolan | 0.80 | Called counsel to discuss IRS tax settlement motion and related issues. |
| 4/30/2009 | J. Dolan | 1.30 | Prepared for and participated in call with Debtors and Blackstone related to IRS tax settlement. |
| Subtotal | | 25.90 | |
| 21. Research | | | |
| 4/20/2009 | M. DeSalvio | 5.30 | Updated peer analysis for Business Plan Report. |
| 4/22/2009 | M. DeSalvio | 2.00 | Continued Business Plan Review update. |
| Subtotal | | 7.30 | |
| **Total Hours** | | **115.70** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 4/1/09 through 4/30/09

| Date | Professional | Detail | | Amount |
|---|---|---|---|---|
| **Photocopies** | | | | |
| 4/16/2009 | Capstone Expense | Photocopies - 94 @ .10 ea | | $9.40 |
| Subtotal - Photocopies | | | | $9.40 |
| | | | | |
| **Research** | | | | |
| 4/15/2009 | Capstone Expense | Pacer subscription service | | $77.44 |
| 4/15/2009 | Capstone Expense | Factiva subscription service | | $8.85 |
| Subtotal - Research | | | | $86.29 |
| | | | | |
| **Telecom** | | | | |
| 4/9/2009 | Capstone Expense | Intercall - conference call service | | $24.39 |
| 4/17/2009 | Capstone Expense | April Telecom – Saddle Brook office | $95.48 | |
| Subtotal - Telecom | | | | $24.39 |
| For the Period 4/1/09 through 4/30/09 | | | | $ 215.56 |