**Exhibit IV**

**Fee Application for the period**

**June 1, 2009 through June 30, 2009**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.**[1]; | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**Objection Deadline:**
September 8, 2009 at 4:00 p.m.
**Hearing date:  To be scheduled only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Sixty-Fifth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date Filed:  8/19/2009

Docket No:  22872

Incurred for the period from June 1, 2009 through June 30, 2009 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $48,641.20, representing 80% of $60,801.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $136.35.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 8, 2009 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, Theodore L. Freedman, Esquire, Kirkland & Ellis, Citigroup Center, 13 East 53rd Street, New York, New York 10022-4611 (fax number 212-446-4800), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, Illinois 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

Dated: August 19, 2009
      Wilmington, DE

                                **RESPECTFULLY SUBMITTED,**

                                */s/ Michael R. Lastowski*
                                Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                                Richard W. Riley (DE I.D. No. 4052)
                                DUANE MORRIS LLP
                                1100 North Market Street, Suite 1200
                                Wilmington, DE 19801
                                Telephone:   (302) 657-4900
                                Facsimile:    (302) 657-4901
                                E-mail:      mlastowski@duanemorris.com
                                              rriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:      (973) 424-2000
Facsimile:      (973) 424-2001
E-mail:          wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:      (212) 806-5400
Facsimile:      (212) 806-6006
E-mail:          lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____ | ) | |

## SIXTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
### (FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of  Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | June 1, 2009 through June 30, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of  $60,801.50): | $   48,641.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 136.35 |
| Total Amount Due: | $   48,777.55 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the April 2009 monthly fee statement, as well as read and analyze the fee auditor's report was 2.4 hours and corresponding compensation requested is $1,298.00.

This is the Sixty-Fifth Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**SIXTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009)**

### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**SIXTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $  494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $  435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**SIXTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**SIXTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**SIXTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.40 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $  344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**SIXTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**SIXTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 3, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |

**SIXTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Twentieth Quarterly** | **October 1, 2008 through December 31, 2008** | **$221,736.50** | **$949.19** | **$177,389.20** |
| April 2, 2009 | January 1, 2009 through January 31, 2009 | $51,710.50 | $167.65 | $41,368.40 |
| April 2, 2009 | February 1, 2009 through February 28, 2009 | $49,214.50 | $182.61 | $39, 371.60 |
| April 23, 2009 | March 1, 2009 through March 31, 2009 | $80,353.50 | $338.04 | $64,282.80 |
| **Totals Twenty-First Quarterly** | **January 1, 2009 through March 31, 2009** | **$181,278.50** | **$688.30** | **$145,022.80** |
| June 3, 2009 | April 1, 2009 through April 30, 2009 | $57,014.50 | $215.56 | $45,611.60 |
| August 18, 2009 | May 1, 2009 through May 31, 2009 | $77,884.00 | $241.67 | $62,307.20 |
| August 18, 2009 | June 1, 2009 through June 30, 2009 | $60,801.50 | $136.35 | $48,641.20 |

**SIXTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009)**

**ATTACHMENT B**

1.  Summary of Fees by Professional
2.  Summary of Fees by Task Code
3.  Detailed Task Descriptions
4.  Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Summary of Fees by Professional
### For the Period 6/1/09 through 6/30/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 8.80 | $6,248.00 |
| S. Cunningham | Member | $710 | 7.90 | $5,609.00 |
| R. Frezza | Member | $625 | 36.70 | $22,937.50 |
| J. Dolan | Consultant | $420 | 60.10 | $25,242.00 |
| M. Desalvio | Research | $170 | 4.50 | $765.00 |
| **For the Period 6/1/09 through 6/30/09** | | | **118.00** | **$60,801.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 6/1/09 through 6/30/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and recovery scenarios in relation to the POR and Disclosure Statement. | 5.50 | $2,687.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding the POR and hearings and participated in Committee meetings. | 12.60 | $7,233.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed motions and exhibits related to pension funding and prepared a report to the Committee thereon. | 7.80 | $3,829.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the April monthly fee statement. | 2.40 | $1,298.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the April monthly and 1Q09 quarterly results and prepared a report to the Committee thereon. | 19.50 | $9,205.00 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared various analyses including industry outlook, Sensitivities, bridges, foreign exchange, etc and Prepared related commentary for Business Plan Report to the Committee | 63.10 | $34,285.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the POR, Disclosure Statement and related exhibits and prepared analyses at the request of Counsel. | 2.60 | $1,498.00 |
| 21. Research | During the Fee Application period, the Applicant researched peer comparables for multiple valuation. | 4.50 | $765.00 |
| **For the Period 6/1/09 through 6/30/09** | | **118.00** | **$60,801.50** |

**Capstone Advisory Group, LLC**
**Invoice for the June 2009 Fee Application**

**Page 1 of 1**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 6/1/09 through 6/30/09

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **03. Claims Analysis & Valuation** | | | |
| 6/19/2009 | J. Dolan | 2.40 | Updated recovery analysis and distributed to counsel. |
| 6/23/2009 | J. Dolan | 1.80 | Updated distributable value analysis in preparation for call. |
| 6/23/2009 | E. Ordway | 0.50 | Prepared/edited updated valuation analysis. |
| 6/26/2009 | E. Ordway | 0.80 | Read counsel's memo regarding class 9 impairment issues, including affidavit from Charles Freedgood. |
| Subtotal | | 5.50 | |
| **04. Creditor Committee Matters** | | | |
| 6/2/2009 | E. Ordway | 0.20 | Read motion regarding postponed confirmation hearing. |
| 6/2/2009 | E. Ordway | 0.20 | Updated near-term work plan. |
| 6/3/2009 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 6/8/2009 | J. Dolan | 0.50 | Read and analyzed recent docket submissions. |
| 6/10/2009 | E. Ordway | 0.90 | Reviewed draft discovery document for feasibility issues. |
| 6/11/2009 | E. Ordway | 0.80 | Read Debtors' response regarding impairment issue. |
| 6/15/2009 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 6/16/2009 | J. Dolan | 0.40 | Read and analyzed counsels' motion re: leave to file a reply. |
| 6/19/2009 | R. Frezza | 1.10 | Prepared for and participated in Committee update call. |
| 6/19/2009 | J. Dolan | 0.80 | Prepared for and participated in Committee call. |
| 6/22/2009 | J. Dolan | 0.50 | Prepared a list of request items related to upcoming hearings. |
| 6/22/2009 | R. Frezza | 0.40 | Discussed litigation support with counsel. |
| 6/24/2009 | R. Frezza | 1.10 | Participated in call with counsel re: Litigation support and read and analyzed Freedgood and Shelnitz declarations. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/26/2009 | R. Frezza | 2.10 | Read and analyzed Freedgood and Shelnitz declarations. |
| 6/29/2009 | R. Frezza | 0.90 | Prepared analyses for litigation support |
| 6/30/2009 | R. Frezza | 0.90 | Assisted counsel in preparing request list for Solvency analysis. |
| Subtotal | | 12.60 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/1/2009 | J. Dolan | 2.70 | Prepared report to the Committee regarding Grace's request for pension funding. |
| 6/8/2009 | R. Frezza | 1.50 | Reviewed Pension data received from Debtors. |
| 6/9/2009 | J. Dolan | 1.80 | Finalized report on Pension Funding Motion based on info received from Debtor. |
| 6/9/2009 | R. Frezza | 1.20 | Read and analyzed data re: 2009 Pension contribution and reviewed memo to counsel. |
| 6/10/2009 | J. Dolan | 0.60 | Finalized pension report and distributed to the Committee. |
| Subtotal | | 7.80 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/3/2009 | J. Dolan | 0.90 | Prepared April fee application. |
| 6/3/2009 | E. Ordway | 0.40 | Prepared fee application. |
| 6/8/2009 | J. Dolan | 0.50 | Prepared April fee application. |
| 6/9/2009 | E. Ordway | 0.60 | Read and analyzed fee auditors report. |
| Subtotal | | 2.40 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/2/2009 | S. Cunningham | 2.30 | Read and analyzed Q109 results and draft report to the Committee. |
| 6/3/2009 | E. Ordway | 0.40 | Reviewed 1Q09 financial statements and made notes for items for staff to address in report to Committee. |
| 6/4/2009 | E. Ordway | 0.80 | Continued to review 1Q09 financial statements. |
| 6/5/2009 | J. Dolan | 2.10 | Read and analyzed April 2009 monthly operating reports. |

**Capstone Advisory Group, LLC**
**Invoice for the June 2009 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 6/15/2009 | J. Dolan | 2.50 | Prepared analysis of 1st quarter 2009 divisional results compared to prior year including bridges of significant changes for report to the Committee. |
| 6/15/2009 | J. Dolan | 3.10 | Prepared cash flow analysis and related commentary for 1st quarter 2009 results to include in report to the Committee. |
| 6/17/2009 | J. Dolan | 2.80 | Prepared revised commentary to report based on internal review of Business plan and Q1 report. |
| 6/17/2009 | J. Dolan | 2.40 | Incorporated comments from RF into report and discussed sensitivity analysis. |
| 6/17/2009 | J. Dolan | 3.10 | Revised analysis on 1st quarter results and incorporated comments from RF into report to the Committee. |
| Subtotal | | 19.50 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 6/1/2009 | R. Frezza | 1.10 | Followed up on data from Debtors related to 2009 business plan and communicated with counsel. |
| 6/1/2009 | J. Dolan | 1.50 | Continued preparation of report to the Committee on 2009 Plan and 1Q09 results. |
| 6/2/2009 | R. Frezza | 1.20 | Continued follow up on data from Debtors related to 2009 business plan and communicated with counsel. |
| 6/3/2009 | R. Frezza | 2.10 | Continued analysis on 2009 Plan followed up on open items. |
| 6/4/2009 | S. Cunningham | 3.30 | Read and analyzed 2009 Plan results and draft report to the Committee. |
| 6/4/2009 | J. Dolan | 5.30 | Revised Business Plan analyses and layout based on information received from the Debtors. |
| 6/9/2009 | J. Dolan | 0.90 | Prepared revised analysis based on new information provided by the Debtors related to 2009 Plan bridges and quarterly info. |
| 6/10/2009 | R. Frezza | 1.20 | Prepared analyses related to the 2009 Businees Plan review. |
| 6/11/2009 | E. Ordway | 0.30 | Directed staff in preparation of business plan report. |
| 6/11/2009 | R. Frezza | 2.30 | Continued preparing analyses related to the 2009 Businees Plan review. |
| 6/12/2009 | J. Dolan | 3.40 | Prepared analyses for business plan report based on revised format from Debtors to be included in report to the Committee. |
| 6/12/2009 | R. Frezza | 1.10 | Prepared analyses related to the 2009Businees Plan review. |
| 6/15/2009 | J. Dolan | 1.10 | Prepared peer group analysis including Sales and EBIT CAGR for past five years for inclusion in 2009 Plan report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/15/2009 | J. Dolan | 1.80 | Prepared peer analysis for change in competitors due to Dow and Rohm and Haas merger; included in report to the Committee. |
| 6/15/2009 | R. Frezza | 1.60 | Prepared report related to 2009 Plan review to Committee. |
| 6/16/2009 | R. Frezza | 3.90 | Continued preparation of 2009 Business Plan review report to the Committee. |
| 6/16/2009 | J. Dolan | 1.20 | Updated foreign currency analysis for 2009 Plan evaluation and included commentary in report to the Committee. |
| 6/16/2009 | J. Dolan | 2.80 | Prepared quarterly analysis for Davison based on bridges received from Debtors. Prepared related commentary for report to Committee. |
| 6/16/2009 | J. Dolan | 2.90 | Prepared quarterly analysis for Construction Products based on bridges received from Debtors. Prepared related commentary for report to the Committee. |
| 6/17/2009 | E. Ordway | 0.60 | Prepared/edited business plan report. |
| 6/17/2009 | R. Frezza | 2.30 | Continued drafting and reviewing 2009 Business Plan and Committee Update and provided comments to staff. |
| 6/17/2009 | R. Frezza | 3.10 | Continued analyses and commentary related to 2009 Business Plan and Committee Update. |
| 6/18/2009 | S. Cunningham | 2.30 | Read and analyzed Business Plan 2009 report to the Committee. |
| 6/18/2009 | J. Dolan | 3.40 | Final review and distribution of Business Plan report to counsel for review. |
| 6/18/2009 | E. Ordway | 0.90 | Continued to prepare/edit business plan report. |
| 6/18/2009 | R. Frezza | 2.90 | Continued drafting and reviewing  and providing commentary for 2009 Business Plan and Committee Update. |
| 6/18/2009 | R. Frezza | 3.00 | Continued analysis of 2009 Business Plan and Committee Update including sensitivities. |
| 6/18/2009 | J. Dolan | 1.60 | Prepared cash sensitivity analysis for 2009 Business Plan report. |
| 6/19/2009 | R. Frezza | 1.70 | Responded to counsel requests re: draft report and company valuation analyses including interest scenarios. |
| 6/23/2009 | J. Dolan | 2.30 | Incorporated comments from counsel into Business Plan report and distributed to Committee. |
| Subtotal | | 63.10 | |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| **15. Plan & Disclosure Statement** | | | |
| 6/15/2009 | E. Ordway | 0.70 | Read additional pleadings regarding POR issues. |
| 6/19/2009 | J. Dolan | 1.20 | Discussed Exhibit 12 with counsel. |
| 6/23/2009 | E. Ordway | 0.70 | Communications regarding information requests for solvency issues. |
| Subtotal | | 2.60 | |
| **21. Research** | | | |
| 6/2/2009 | M. Desalvio | 3.50 | Updated business plan review key indicators. |
| 6/5/2009 | M. Desalvio | 1.00 | Updated peer group analysis for multiple valuation. |
| Subtotal | | 4.50 | |
| **Total Hours** | | **118.00** | |

# W.R. Grace & Co.

## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 6/1/09 through 6/30/09

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| Capstone Expenses | | | |
| 6/15/2009 | Telecom | June Telecom - Saddle Brook Office | $69.27 |
| 6/16/2009 | Research | Bloomberg | $55.00 |
| 6/16/2009 | Research | Pacer | $12.08 |
| Subtotal - Capstone Expenses | | | $136.35 |
| **For the Period 6/1/09 through 6/30/09** | | | $136.35 |

**Capstone Advisory Group, LLC**
**Invoice for the June 2009 Fee Application**

Page 1 of 1