**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>    Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Michael R. Lastowski, hereby certify that on September 16, 2009 I served a copy of the *Notice of Filing of Quarterly Fee Application* on the following individuals on the attached service list via first class mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 16, 2009
       Wilmington, DE

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
302.657-4942

DM3\1115416.1