# Exhibit B

# Proposed Order

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. _____** |
| | ) | |

**ORDER DENYING FIREMAN'S FUND INSURANCE
COMPANY'S MOTION TO LIFT THE AUTOMATIC STAY**

Upon consideration of *Fireman's Fund Insurance Company's Motion for Relief from the Automatic Stay to Allow Completion of Debtors' State Court Appeal from the Edwards Judgment and for Related Relief*, filed August 25, 2009 [Dkt. 22962] (the "Motion"), it is hereby:

ORDERED, that the Motion is denied; and it is further

ORDERED, that the automatic stay of section 362 of the Bankruptcy Code shall remain in place with respect to the appeal of the Edwards judgment and the other relief requested in the Motion until this Court orders otherwise.

Dated: _____
Wilmington, Delaware

                                                                     The Honorable Judith K. Fitzgerald
                                                                     United States Bankruptcy Judge