# CERTIFICATE OF SERVICE

This is to certify that, on September 16, 2009, true and correct copies of:

LIMITED JOINDER OF THE EDWARDS CLAIMANTS IN W.R. GRACE & CO. ET AL.'S BRIEF IN OPPOSITION FIREMAN'S FUND INSURANCE COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

were served via first-class mail, postage prepaid, upon the following parties:

John D. Demmy
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004

Leonard P. Goldberger
Marnie E. Simon
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

/s/ Kathleen M. Miller
Kathleen M. Miller (DE I.D. 2898)