IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x : | Chapter 11 |
| W. R. GRACE & CO., et al., | : : | Case No. 01-1139 (JKF) |
| | | (Jointly Administered) |
| Debtors. | : | |
| | x | |

**STIPULATION CONCERNING KANEB EVIDENTIARY MATTERS RELATING TO CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION**

This Stipulation is between Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. [collectively, with their successors, "**Kaneb**"][1] on the one hand, and the Debtors,[2] the Official Committee of Asbestos Personal Injury Claimants, the Asbestos P.I. Future Claimants' Representative, and the Official Committee of Equity Security Holders on the other hand [collectively, the "**Plan Proponents**"]. Together, Kaneb and the Plan Proponents shall be called the "**Parties**."

**STIPULATION**

The Parties hereby stipulate and agree that the following exhibits, previously admitted for certain purposes, shall be admissible as proffered not for the truth of the matters asserted therein, but for purposes of establishing that Kaneb has asserted or provided notice of their intent to assert direct and indirect claims for insurance coverage against numerous insurers:

　　a. Trial Exhibit OS-40, Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay (D.I. 20538), dated January 16, 2009;

---

[1] Effective March 31, 2008, Kaneb Pipe Line Operating Partnership, L.P. changed its name to NuStar Pipeline Operating Partnership L.P and Support Terminal Services, Inc. changed its name to NuStar Terminal Services, Inc., so this stipulation applies to these NuStar entities.

[2] The Debtors are the 62 entities that are the subject of the above captioned jointly administered bankruptcy case.

b.  Trial Exhibit OS-41, Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay, Macon Georgia Site (D.I. 20846), dated February 25, 2009;

c.  Trial Exhibit OS-44, Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. in Support of Motion for Order Modifying the Automatic Stay (D.I. 21262), dated April 1, 2009.

Dated: September 16, 2009					Respectfully submitted,

				__/s/ Kathleen M. Miller_____
				Kathleen M. Miller (I.D. No. 2898)
				Etta R. Wolfe (I.D. No. 4164)
				The Corporate Plaza
				800 Delaware Avenue, 10th Floor
				P.O. Box 410 (Courier 19801)
				Wilmington, DE  19899
				Telephone:  (302) 652-8400
				Facsimile:  (302) 652-8405
				Email: kmiller@skfdelaware.com
				         erw@skfdelaware.com


				__/s/ Steve A. Pierce_____
				Steve A. Peirce (*pro hac vice*)
				FULBRIGHT & JAWORSKI L.L.P.
				300 Convent Street, Suite 2200
				San Antonio, TX  78205-3792
				Telephone:  (210) 224-5575
				Facsimile:  (210) 270-7205
				Email:  speirce@fulbright.com



				___/s/ Robert J. Gilbert_____
				Robert J. Gilbert (*pro hac vice*)
				GILBERT & RENTON LLC
				344 North Main Street
				Andover, MA  01810
				Telephone: (978) 475-7580
				Facsimile: (978) 475-1881
				Email: rgilbert@gilbertandrenton.com

				**ATTORNEYS FOR KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.**

- 4 -

/s/ Laura Davis Jones

Laura Davis Jones, Bar No. 2436
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899
Telephone:  (302) 652-4100


/s/ Janet S. Baer

Janet S. Baer
Law Office
70 W. Madison Street, Suite 2100
Chicago, IL  60602


David M. Bernick
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000

**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION**

- 5 -

\_\_/s/ Peter Van N. Lockwood_____
Peter Van N. Lockwood
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle N.W., Suite 1100
Washington, DC   20005
Telephone:  (202) 862-5000


\_\_/s/ Elihu Inselbuch _____
Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY   10152-3500
Telephone:  (212) 319-7125


\_\_/s/ Marla R. Eskin _____
Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE   19801
Telephone:  (302) 426-1900


**ATTORNEYS FOR OFFICIAL
COMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS**

   /s/Philip Bentley_____
Philip Bentley
Douglas Mannal
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, NY   10036
Telephone:  (212) 715-9100

  /s/ Teresa K.D. Currier_____
Teresa K.D. Currier (#3080)
BUCHANAN INGERSOLL & ROONEY PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE   19801
Telephone:  (302) 552-4200

**ATTORNEYS FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

   /s/ Jonathan P. Guy_____
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Jonathan P. Guy, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street NW
Washington, DC  2005-1706

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

**ATTORNEYS FOR DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE**