- 1 -

## CERTIFICATE OF SERVICE

I certify that on this 16th day of September, 2009, a copy of the foregoing Stipulation was served by First Class Mail to the entities listed on the attached service list.

/s/*Kathleen M. Miller*_____

Kathleen M. Miller

{08008}   - 1 -

- 2 -

{08008}