IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al* | : | Case No. 01-01139 JKF |
| | : | (Jointly Administered) |
| Debtors. | | |

## STIPULATION

The undersigned parties, by and through counsel, having met and conferred, and hereby stipulate and agree for the purposes of Phase II of the Confirmation Hearing to the following:

1. Attached at <u>Exhibit A</u> hereto is the *Declaration of Kevin A. Martin With Respect to Ballots Tabulated From Parties Residing in Libby or Troy, Montana, Regarding Vote on First Amended Joint Plan of Reorganization and Exhibit 1 thereto* (taken together, the "Martin Report").[1]

2. The Debtors will not object to the admissibility of the Martin Report for the limited purpose of establishing that persons identified on Exhibit 1 thereto have voted to reject the Plan.

3. The parties reserve all other rights, including the right to object to the use of the Martin Report for any other purpose in these chapter 11 cases other than the limited purpose described in ¶ 2 above.

---

[1] The Martin Report summarizes the votes of Master Ballots cast by certain firm that have appeared on behalf of Libby claimants in Class 6 and individual ballots of certain persons who indicated on their ballots that they reside in Libby or Troy, Montana for whom the law firms did not vote.

- 2 -

IT IS SO STIPULATED.

Dated: September 16, 2009

                        Daniel C. Cohn
                        Christopher M. Candon
                        COHN WHITESELL & GOLDBERG LLP
                        101 Arch Street
                        Boston, MA 02110
                        (617) 951-2505

                        -and-

                        /s/ Keri Mumford
                        Adam G. Landis, Esq. (No. 3407)
                        Kerri Mumford, Esq. (No. 4186)
                        LANDIS RATH & COBB LLP
                        919 Market Street, Suite 1800
                        P.O. Box 2087
                        Wilmington, DE 19801
                        (302) 467-4400

                        *Counsel for the Libby Claimants*

IT IS SO STIPULATED.

Dated: September 16, 2009

                David M Bernick, Esq.
Theodore L. Freedman, Esq.
Deanna D. Boll, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4900

-and-

Janet S. Baer, P.C.
THE LAW OFFICES OF JANET S. BAER, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602
Telephone: 312-641-2162

-and-
  /s/ James E. O'Neill
Laura Davis Jones (#2436)
James E. O'Neill (#4042)
Timothy Cairns (#4228)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100

*Counsel for the Debtors and Debtors in Possession*