**EXHIBIT A**

Professional services rendered through: May 31, 2009

| 05/02/09 | A.E. Moran | Review new IRS insurance rulings to determine effect on prior advice. | 0.50 |
| 05/28/09 | M.D. Lerner | Report to IRS on settlement appraisal. | 0.10 |
| 05/28/09 | M.J. Silverman | Talk with Carol Finke re motion from Bankruptcy Court and advise counsel. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 0.50 | 960.00 | 480.00 |
| M.D. Lerner | 0.10 | 745.00 | 74.50 |
| A.E. Moran | 0.50 | 605.00 | 302.50 |
| Total | 1.10 | | 857.00 |

Professional services rendered through: May 31, 2009

| 05/29/09 | A.E. Moran | Work on bills for March and April 2009. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 1.00 | 500.00 | 500.00 |
| Total | 1.00 | | 500.00 |

|  | Total Fees | $1,357.00 |

Doc. # DC-2243951 v.1 9/16/09 11:03 AM