**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  734677

012046.00003 TAX LITIGATION AUDIT ISSUE


Cost                Timekeeper
Code      Date      Number    Name /Description          Quantity     Rate      Amount
========================================================================================
LASR      05/27/09  00206     Moran, Anne E.               2.00       0.10       0.20
  LASR    05/27/09  00206     Moran, Anne E.               2.00       0.20       0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/27/09  00206     Moran, Anne E.               5.00       0.10       0.50
  LASR    05/27/09  00206     Moran, Anne E.               5.00       0.20       1.00
PC/Network Printing

PC LASER  5 Pages Ward, Brenda
LASR      05/27/09  00206     Moran, Anne E.               3.00       0.10       0.30
  LASR    05/27/09  00206     Moran, Anne E.               3.00       0.20       0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR      05/27/09 Total:                                  1.00
LASR      05/28/09  00206     Moran, Anne E.               2.00       0.10       0.20
  LASR    05/28/09  00206     Moran, Anne E.               2.00       0.20       0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/28/09  00206     Moran, Anne E.               3.00       0.10       0.30
  LASR    05/28/09  00206     Moran, Anne E.               3.00       0.20       0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR      05/28/09  00206     Moran, Anne E.               3.00       0.10       0.30
  LASR    05/28/09  00206     Moran, Anne E.               3.00       0.20       0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR      05/28/09 Total:                                  0.80
LASR      05/29/09  00206     Moran, Anne E.              10.00       0.10       1.00
  LASR    05/29/09  00206     Moran, Anne E.              10.00       0.20       2.00
PC/Network Printing

PC LASER  10 Pages Moran, Anne
LASR      05/29/09  00206     Moran, Anne E.              12.00       0.10       1.20
  LASR    05/29/09  00206     Moran, Anne E.              12.00       0.20       2.40
PC/Network Printing

PC LASER  12 Pages Moran, Anne
LASR      05/29/09  00206     Moran, Anne E.              11.00       0.10       1.10
  LASR    05/29/09  00206     Moran, Anne E.              11.00       0.20       2.20
PC/Network Printing
```

```
PC LASER   11 Pages Ward, Brenda
LASR       05/29/09 00206      Moran, Anne E.          10.00   0.10    1.00
   LASR    05/29/09 00206      Moran, Anne E.          10.00   0.20    2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       05/29/09 00206      Moran, Anne E.          10.00   0.10    1.00
   LASR    05/29/09 00206      Moran, Anne E.          10.00   0.20    2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       05/29/09 00206      Moran, Anne E.           1.00   0.10    0.10
   LASR    05/29/09 00206      Moran, Anne E.           1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       05/29/09 00206      Moran, Anne E.           1.00   0.10    0.10
   LASR    05/29/09 00206      Moran, Anne E.           1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       05/29/09 00206      Moran, Anne E.           1.00   0.10    0.10
   LASR    05/29/09 00206      Moran, Anne E.           1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR       05/29/09 00206      Moran, Anne E.           1.00   0.10    0.10
   LASR    05/29/09 00206      Moran, Anne E.           1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR       05/29/09 00206      Moran, Anne E.           1.00   0.10    0.10
   LASR    05/29/09 00206      Moran, Anne E.           1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       05/29/09 00206      Moran, Anne E.           1.00   0.10    0.10
   LASR    05/29/09 00206      Moran, Anne E.           1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       05/29/09 Total:                                             5.90

LASR                Total:                                             7.70

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                         7.70
```

7

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  734678

012046.00005 BILLING & COURT FILINGS


Cost                Timekeeper
Code      Date      Number     Name /Description         Quantity    Rate      Amount
=======================================================================================
LASR      05/18/09  00206      Moran, Anne E.               3.00     0.10        0.30
  LASR    05/18/09  00206      Moran, Anne E.               3.00     0.20        0.60
PC/Network Printing

PC LASER  3 Pages Stone, Barbara
LASR      05/18/09  00206      Moran, Anne E.               3.00     0.10        0.30
  LASR    05/18/09  00206      Moran, Anne E.               3.00     0.20        0.60
PC/Network Printing

PC LASER  3 Pages Stone, Barbara
LASR      05/18/09  00206      Moran, Anne E.               3.00     0.10        0.30
  LASR    05/18/09  00206      Moran, Anne E.               3.00     0.20        0.60
PC/Network Printing

PC LASER  3 Pages Stone, Barbara
LASR      05/18/09  Total:                                  0.90
LASR      05/21/09  00206      Moran, Anne E.               3.00     0.10        0.30
  LASR    05/21/09  00206      Moran, Anne E.               3.00     0.20        0.60
PC/Network Printing

PC LASER  3 Pages Stone, Barbara
LASR      05/27/09  00206      Moran, Anne E.               3.00     0.10        0.30
  LASR    05/27/09  00206      Moran, Anne E.               3.00     0.20        0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR      05/27/09  00206      Moran, Anne E.               3.00     0.10        0.30
  LASR    05/27/09  00206      Moran, Anne E.               3.00     0.20        0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR      05/27/09  Total:                                  0.60
LASR      05/29/09  00206      Moran, Anne E.               9.00     0.10        0.90
  LASR    05/29/09  00206      Moran, Anne E.               9.00     0.20        1.80
PC/Network Printing

PC LASER  9 Pages Moran, Anne
LASR      05/29/09  00206      Moran, Anne E.               9.00     0.10        0.90
  LASR    05/29/09  00206      Moran, Anne E.               9.00     0.20        1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR      05/29/09  00206      Moran, Anne E.               9.00     0.10        0.90
  LASR    05/29/09  00206      Moran, Anne E.               9.00     0.20        1.80
PC/Network Printing
```

```
PC LASER   9 Pages Ward, Brenda
LASR       05/29/09 00206      Moran, Anne E.          9.00   0.10     0.90
   LASR    05/29/09 00206      Moran, Anne E.          9.00   0.20     1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR       05/29/09 Total:                                             3.60

LASR                Total:                                             5.40

Total: 012046.00005 BILLING & COURT FILINGS                            5.40



Report Total:                                                          5.40
```