**EXHIBIT A**

Professional services rendered through: June 30, 2009

| 06/08/09 | M.D. Lerner | Call with IRS counsel re status. | 0.10 |
| 06/29/09 | M.D. Lerner | Email correspondence with L. Letkiewicz re settlement document. | 0.20 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| M.D. Lerner | 0.30 | 745.00 | 223.50 |
| Total | 0.30 | | 223.50 |

Total Fees    $223.50

Doc. # DC-2243974 v.1 9/16/09 11:08 AM