**EXHIBIT A**

Professional services rendered through: July 31, 2009

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/06/09 | G.N. Kidder | Draft status report for Tax Court reporting on Bankruptcy court approval and progress on calculations. | 0.80 |
| 07/06/09 | M.D. Lerner | Edit Joint Status Report and communicate with counsel for the IRS and client. | 2.10 |
| 07/08/09 | M.D. Lerner | Continue review of files. | 0.30 |
| 07/16/09 | M.D. Lerner | Gather information from IRS re procedure to close case. | 0.10 |
| 07/17/09 | M.D. Lerner | Call from client and email to IRS re processing all years together. | 0.30 |
| 07/24/09 | M.D. Lerner | Exchange emails with L. Lefkewicz re need for Joint Committee review. | 0.10 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 2.90 | 745.00 | 2,160.50 |
| G.N. Kidder | 0.80 | 495.00 | 396.00 |
| Total | 3.70 | | 2,556.50 |

Total Fees  $2,556.50