**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  734691

012046.00003 TAX LITIGATION AUDIT ISSUE


Cost               Timekeeper
Code      Date     Number    Name /Description       Quantity   Rate    Amount
===============================================================================
DELMES    07/06/09 08174     DEFAULT ATTORNEY,         1.00     11.10    11.10
  DELMES  07/06/09 08174     DEFAULT ATTORNEY,         1.00              11.10
Local Messenger

Caller: Wieczorek
Pick up company: STEPTOE & JOHNSON
Pick up address: 1330 Connecticut Ave NW
Drop off company: US Tax Court
Drop off address: 400 2nd St NW

DELMES    07/06/09 08174     DEFAULT ATTORNEY,         1.00     11.10    11.10
  DELMES  07/06/09 08174     DEFAULT ATTORNEY,         1.00              11.10
Local Messenger

Caller: Wieczorek
Pick up company: US Tax Court
Pick up address: 400 2nd St NW
Drop off company: STEPTOE & JOHNSON
Drop off address: 1330 Connecticut Ave NW

DELMES    07/06/09 Total:                             22.20

DELMES             Total:                             22.20

DUPLDC    07/06/09 07530     Wieczorek, Joann E.      12.00      0.10     1.20
  DUPLDC  07/06/09 07530     Wieczorek, Joann E.      12.00      0.20     2.40
12 PHOTOCOPIES MADE BY 07530

LASR      07/06/09 00206     Moran, Anne E.            1.00      0.10     0.10
  LASR    07/06/09 00206     Moran, Anne E.            1.00      0.20     0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR      07/06/09 00206     Moran, Anne E.            2.00      0.10     0.20
  LASR    07/06/09 00206     Moran, Anne E.            2.00      0.20     0.40
PC/Network Printing

PC LASER  2 Pages Wieczorek, JoAnn
LASR      07/06/09 00206     Moran, Anne E.            1.00      0.10     0.10
  LASR    07/06/09 00206     Moran, Anne E.            1.00      0.20     0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
```

```
LASR       07/06/09 Total:                              0.40
LASR       07/08/09 00206      Moran, Anne E.          3.00    0.10    0.30
  LASR     07/08/09 00206      Moran, Anne E.          3.00    0.20    0.60
PC/Network Printing

PC LASER  3 Pages Williams, Samuel
LASR       07/08/09 00206      Moran, Anne E.          7.00    0.10    0.70
  LASR     07/08/09 00206      Moran, Anne E.          7.00    0.20    1.40
PC/Network Printing

PC LASER  7 Pages Williams, Samuel
LASR       07/08/09 00206      Moran, Anne E.         16.00    0.10    1.60
  LASR     07/08/09 00206      Moran, Anne E.         16.00    0.20    3.20
PC/Network Printing

PC LASER  16 Pages Williams, Samuel
LASR       07/08/09 Total:                              2.60
LASR       07/17/09 00206      Moran, Anne E.          1.00    0.10    0.10
  LASR     07/17/09 00206      Moran, Anne E.          1.00    0.20    0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn

LASR       07/17/09 00206      Moran, Anne E.          1.00    0.10    0.10
  LASR     07/17/09 00206      Moran, Anne E.          1.00    0.20    0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR       07/17/09 Total:                              0.20
LASR       07/24/09 00206      Moran, Anne E.         11.00    0.10    1.10
  LASR     07/24/09 00206      Moran, Anne E.         11.00    0.20    2.20
PC/Network Printing

PC LASER  11 Pages Moran, Anne
LASR       07/24/09 00206      Moran, Anne E.         11.00    0.10    1.10
  LASR     07/24/09 00206      Moran, Anne E.         11.00    0.20    2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR       07/24/09 00206      Moran, Anne E.         11.00    0.10    1.10
  LASR     07/24/09 00206      Moran, Anne E.         11.00    0.20    2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR       07/24/09 00206      Moran, Anne E.          1.00    0.10    0.10
  LASR     07/24/09 00206      Moran, Anne E.          1.00    0.20    0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR       07/24/09 00206      Moran, Anne E.          9.00    0.10    0.90
  LASR     07/24/09 00206      Moran, Anne E.          9.00    0.20    1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR       07/24/09 00206      Moran, Anne E.          9.00    0.10    0.90
  LASR     07/24/09 00206      Moran, Anne E.          9.00    0.20    1.80
PC/Network Printing
```

```
PC LASER   9 Pages Ward, Brenda
LASR       07/24/09 00206      Moran, Anne E.         9.00   0.10    0.90
  LASR     07/24/09 00206      Moran, Anne E.         9.00   0.20    1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR       07/24/09 00206      Moran, Anne E.         9.00   0.10    0.90
  LASR     07/24/09 00206      Moran, Anne E.         9.00   0.20    1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR       07/24/09 00206      Moran, Anne E.         1.00   0.10    0.10
  LASR     07/24/09 00206      Moran, Anne E.         1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       07/24/09 00206      Moran, Anne E.         1.00   0.10    0.10
  LASR     07/24/09 00206      Moran, Anne E.         1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       07/24/09 Total:                            7.20

LASR                Total:                           10.40

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE      33.80
```