# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 21730

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Twenty-First Quarterly Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From January 1, 2009 through March 31, 2009* (the "Application") [Docket No. 21730] filed on May 18, 2009.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 4, 2009 at 4:00 p.m.

Dated: September 17, 2009
      Wilmington, Delaware

      */s/ Michael R. Lastowski*
      Michael R. Lastowski (DE 3892)
      Richard W. Riley (DE 4052)
      DUANE MORRIS LLP
      1100 N. Market Street, Suite 1200
      Wilmington, DE 19801-1246
      Telephone:  (302)-657-4900
      Facsimile:  (302)-657-4901
      Email:  mlastowski@duanemorris.com
             rwriley@duanemorris.com

      *Co-Counsel for the Official Committee of Unsecured Creditors*