IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| W. R. GRACE & CO., et al., | : |
| Debtors. | : Case No. 01-01139 (JKF) |
| | : (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX

PLEASE TAKE NOTICE that ("McCarter & English LLP") hereby withdraw their appearance as counsel for Owens-Illinois, Inc. in the above-captioned matter. McCarter & English LLP does hereby withdraw their request for receipt of all notices including electronic notices of documents in the above-captioned matter. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic noticing matrix for the above-captioned bankruptcy cases

Dated: September 17, 2009
Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ *Katharine L. Mayer*
Katharine L. Mayer (DE Bar I.D. #3758)
Daniel M. Silver (DE Bar I.D. #4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
kmayer@mccarter.com
dsilver@mccarter.com

*Attorneys for Owens-Illinois, Inc.*

ME1 9014752v.1