## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, do hereby certify that on the 17th day of September 2009, I caused a true and correct copy of the *Notice of Withdrawal of Appearance* to be served upon the below listed counsel in the manner so indicated.

/s/ *Katharine L. Mayer*
Katharine L. Mayer (#3758)

**VIA FIRST CLASS MAIL**
Katherine Phillips, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**VIA HAND DELIVERY**
David Carickhoff, Jr., Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street
Suite 1700
Wilmington, DE 19801