# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:
W.R. Grace & Co., *et al*.           Bankruptcy No. 01-1139
    Debtor(s)                Jointly Administered

                                      Chapter 11

## ORDER REGARDING REDACTION OF TRANSCRIPT OF HEARING
## HELD ON SEPTEMBER 11, 2009

**AND NOW**, this **18th** day of **September, 2009, WHEREAS** certain personal identifying information with respect to asbestos personal injury claimants was placed on the record on September 11, 2009, to facilitate testimony;

**WHEREAS** the information must be removed from the transcript before the transcript can be docketed;[1]

It is **ORDERED** that **on or before September 25, 2009,** counsel for Libby Claimants and counsel for the Asbestos Personal Injury Committee shall e-mail to jkf@pawb.uscourts.gov a list of the pages and lines on which the identifying information to be redacted appears accompanied by the specific identifying information that is to be removed from the public record.

                                                           *Judith K. Fitzgerald* rmab
                                                           Judith K. Fitzgerald
                                                           United States Bankruptcy Judge

---

[1] As of the date of this Order the transcript has not been reviewed for corrections. When redaction and corrections are complete the transcript will be docketed.