## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | |
| Debtors. | Case No. 01-01139 (JKF) |
| | **Re: Docket Nos. 22859, 23005 and 23190** |

### ARROWOOD INDEMNITY COMPANY DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Garvan F. McDaniel, Esq. (#4167)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900 Phone
(302) 429-8600 Fax

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred V. Schiavoni, Esq.
Allen Schwartz, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
(212) 326-2267

*Counsel to Arrowood Indemnity Company, f/k/a Royal Indemnity Company*

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Arrowood Indemnity Company, f/k/a Royal Indemnity Company (hereinafter "Arrowood") hereby submits this designation of additional items to be included in the record on appeal and transmitted to the District Court for the District of Delaware in connection with the Notice of Appeal of the Libby Claimants from the Order Pursuant to Sections 105, 1107, and 1108 of the Bankruptcy Code And Rules 2002, 6004, 9014 and 9019 of The Federal Rules of Bankruptcy Procedure Authorizing and Approving the Debtors Entering into the Settlement Agreement with the Royal Parties and Denying the Libby Claimants' Motion to Defer Consideration and Compel Discovery, as entered by the Bankruptcy Court on August 19, 2009 (D.I. 22859).

## **DESIGNATION OF RECORD**

The following shall constitute the Additional Items to be Included on the Record of Appeal.

**Bankruptcy Proceeding, Case No. 01--01139 (Bankr. D.Del) (JKF)**

| | | | |
|---|---|---|---|
| 1. | 11/10/08 | 19991 | Arrowood's Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion. |
| 2. | 12/2/08 | 20167 | Transcript of November 14, 2008 Hearing. |
| 3. | 12/29/08 | 20371 | Transcript of Hearing Held December 15, 2008. |
| 4. | 1/06/09 | 20450 | Royal's Preliminary Objections to Debtor's Joint Plan of Reorganization |
| 5. | 3/16/09 | 21032 | Preliminary Expert Disclosure Statement of Bernd G. Heinze |
| 6. | 5/20/09 | 21763 | OneBeacon American Insurance Company's and Seaton Insurance Company's Final Objection to Confirmation of Amended Joint Plan of Reorganization. |

| 7. | 5/20/09 | 21764 | Zurich Insurance Company's and Zurich International (Bermuda) Ltd.'s Objection to First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos Pi Future Claimants Representative, and The Official Committee of Equity Security Holders Dated February 27, 2009. |
|---|---|---|---|
| 8. | 5/20/09 | 21771 | Government Employees Insurance Company's, Republic Insurance Company n/k/a Starr Indemnity & Liability Company's Final Objection to Confirmation of Amended Joint Plan of Reorganization. |
| 9. | 5/20/09 | 21783 | Maryland Casualty Company's Objection to First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos Pi Future Claimants Representative, and The Official Committee of Equity Security Holders Dated February 27, 2009. |
| 10. | 5/20/09 | 21794 | Final Plan Objections Of CNA Companies To The First Amended Joint Plan Of Reorganization |
| 11. | 5/20/09 | 21803 | AXA Belgium as Successor to Royale Belge SA's Objection to Confirmation of Amended Plan Dated February 27, 2009. |
| 12. | 5/20/09 | 21814 | Arrowood Indemnity Company's Objections to Debtors' Amended Joint Plan of Reorganization. |
| 13. | 5/20/09 | 21815 | Arrowood's Phase II Objections to the Non-Debtor Release and Exculpation Provisions and the Injunction Impairing its Rights of Contribution, Subrogation and Reimbursement that are Contained in the Amended Joint Plan of Reorganization. |
| 14. | 6/01/09 | 21945 | Arrowood's Phase I Trial Brief Objecting to the Amended Joint Plan's Non-Debtor Release and Exculpation Provisions and the Injunction that Impairs Arrowood's Rights of Contribution, Subrogation and Reimbursement. |
| 15. | 6/2/09 | 21946 | Arrowood's Phase I Trial Brief Objecting to the Plan Proponents' First Amended Joint Plan of Reorganization. |
| 16. | 6/11/09 | 22071 | Notice of Deposition of BNSF Phase II Witnesses, dated June 11, 2009. |

| 17. | 6/15/09 | 22124 | Arrowood's Final Witness List for Phase II Confirmation Hearing. |
| 18. | 6/17/09 | 22144 | Arrowood's Initial Deposition Designations of Testimony of Jeffrey Posner, Richard Finke, Jay Hughes and Peter Van N. Lockwood and Request for Judicial Notice Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company. |
| 19. | 7/15/09 | 22464 | Notice of Deposition of Kemp Hooper |
| 20. | | Arrowood Confirmation Exhibit A-36 | Letter from Fred M. Beyer of Detroit Insurance Agency to J.C. Kenady of Great Northern Railway, August 22, 1955. |

## RESERVATION OF RIGHTS

Arrowood reserves the right: (i) to supplement, amend, or modify the designation of additional items for the record on appeal, (ii) to move to strike items designated by any party that may be appropriate; and (iii) to defend the propriety of items set forth in this additional designation.

Dated: September 18, 2009
Wilmington, Delaware

By:  /s/ Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900
Facsimile: (302) 429-8600

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred V. Schiavoni, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
Telephone: (212) 326-2267

Counsel to Arrowood Indemnity Company, f/k/a Royal Indemnity Company