# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket Nos. 22859, 23005, 23190** |

## DEBTORS' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Debtors, in accordance with Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1, hereby designate the following additional items to be included in the record for the Libby Claimants' appeal (Dkt. 23005) from the Order of the United States Bankruptcy Court for the District of Delaware Pursuant to Sections 105, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving the Debtors Entering into the Settlement Agreement with the Royal Parties and Denying Libby Claimants' Motion to defer Consideration and Compel Discovery (Dkt. 22859):

### Additional Items to be Included in the Record on Appeal

| Date | Description |
|---|---|
| July 7, 2009 12:30 PM | Email from Debtors' counsel L. Esayian to Libby Claimants' Counsel D. Cohn producing documents regarding 1995 Grace/Royal Settlement and documents attached to email *(Filed Under Protective Order at Docket No. 21671)* |
| July 7, 2009 1:18 PM | Email from Debtors' counsel L. Esayian to Libby Claimants' Counsel D. Cohn producing additional documents regarding 1995 Grace/Royal Settlement and documents attached to email |

DOCS_DE:153263.1

Dated: September 18, 2009

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312 862-2200

and

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill* (signature)

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2