# **EXHIBIT A**

## Exhibit A

## Grace
## Defined Contribution Arrangement, For Now New Hire as of January 1, 2010

2010 & 2011 4% DC Contributions

| Inputs: | | |
|---|---|---|
| | New Hires | 206 |
| | Timing Adj | 0.5 |
| | Contrib rate | 4.00% |
| | Salary Scale | 3.50% |
| | Average salary - 2009 capped | $ 87,000 |
| | Withdrawal rate | 10.00% |

Details of Estimate of Cash Costs

| | 2010 | |
|---|---|---|
| | New Hires | Total |
| | 206 | |
| Average Compensation | 90,045 | |
| Total Compensation | 18,549,270 | |
| Mid-year timing adjustment | 0.5 | |
| Contribution rate | 4.0% | |
| Total Contributions | 370,985 | 370,985 |

| | 2011 | | |
|---|---|---|---|
| | New Hires | Continuing Actives | Total |
| | 206 | 185 | |
| Average Compensation | 93,197 | 93,197 | |
| Total Compensation | 19,198,494 | 17,241,366 | |
| Mid-year timing adjustment | 0.5 | 1 | |
| Contribution rate | 4.0% | 4.0% | |
| Total Contributions | 383,970 | 689,655 | 1,073,625 |

Assumptions:   3.5% Salary Growth
206 new hires per year based on number of estimated 2007 new hires
New hire pay based on projected 2009 pay for estimated 2007 new hires increased by 3.5% per year
Hiring is assumed to occur evenly throughout the year
10.0% of 2010 new hires are assumed to terminate within the first year
Ignores impact of forfeitures