# **EXHIBIT B**

## Exhibit B

# Grace
## Changes to Competitors' Retirement Plan Arrangements for New Hires (Prepared by Watson Wyatt, August 2009)

| Company | Had Defined Benefit Plan? | Recent Change Made for New Hires | DC Plan For New Hires after Change[1] |
|---|---|---|---|
| Air Products | Yes | DC Plan | 1% match; 4-6% non-match, based on service |
| HB Fuller | Yes | DC Plan | 3% non-match |
| ICI | Yes | DC Plan | 5% non-match |
| International Flav & Frag | Yes | DC Plan | 4% match |
| Solutia | Yes | DC Plan | 2.2% match |
| Rhodia | Yes (PEP) | DC Plan | 2.0-7.5% non-match, based on age. Additional contributions for pay over SSWB |
| Albemarle | Yes | DC Plan | 5-7% non-match, based on service |
| Lockheed Martin | Yes | DC Plan | 3-6% non-match, based on service |
| Dupont | Yes | DC Plan | 3% match; 3% non-match |
| PPG Industries | Yes | DC Plan | Information on new Defined Contribution structure not available |
| Eastman | Yes | DC Plan | 3.5% match |
| Chemtura | Yes | DC Plan | 3% match; 3% non-match |
| Gillette | Yes | DC Plan | 5% - 19% (approx.) non-match, based on service[2] |
| Engelhard | Yes | DC Plan | Information on new Defined Contribution structure not available[3] |
| Ecolab | Yes | Cash Balance Plan | None |
| Praxair | Yes | Cash Balance Plan | None |
| Dow | Yes | Cash Balance Plan and enhanced DC Plan | 1% non-matching contribution and 50% match on first 6% |
| Rohm and Haas | Yes | Cash Balance Plan and enhanced DC Plan | 100% match on first 3%, 50% match from 3-6% |
| Cabot | Yes (Cash Balance) | None | N/A |
| Monsanto | Yes (Cash Balance) | None | N/A |
| Sigma-Aldrich | Yes (Cash Balance) | None | N/A |
| Constellation | Yes (PEP) | None | N/A |
| Valspar | No | N/A | N/A |
| Total (23 Companies) | | Out of 23 companies: 14 moved to DC only; 4 retained hybrid plan DB design; 2 moved to hybrid w/enhanced DC; 2 moved to hybrid w/o DC changes; 1 never had a DB plan | Average New Hire DC Plan for those moving to DC-only benefits: 4.2%[4] (Employer portion only) |

[1.] This represents the additional amount provided to new hires as a result of the switch from a DB to DC plan.

[2.] Gillette's parent company, Procter and Gamble, froze the Gillette DB plan at 1/1/2008 and moved these employees into the P&G profit share plan (shown above). It appears that the Gillette 401(k) plan with match was frozen since P&G currently offers a 401(k) plan with no company match.

[3.] Engelhard was acquired by BASF in June of 2006. It is our understanding that new hires at BASF get DC plan benefits only. We do not have the specific provisions of the DC plan at BASF.

[4.] Averages are based on DC contributions for new hires. For service-based plans, the lowest rate was used. For Rhodia, additional DC contribution of 3% is used (age 35 contribution). Averages do not include PPG Industries, Gillette or Engelhard since exact DC plan provisions for new hires are not known at this time.

14