**EXHIBIT E-1**

**2007-08 Note**