# Exhibit F

## Extracts of Catalyst Supply Agreement

5.4   Davison will generate manufacturing and/or purchase price variances on its Catalyst manufacturing operations during the term of the Agreement and shall credit or debit ART's account on a quarterly basis, within 60 days following the end of each calendar quarter, for the value, either positive or negative, of such variances for the quarter. At the end of each calendar year, the parties shall accrue their best estimate of such variances for the calendar year on the books of Davison and ART. The variances shall be calculated by reference to the Exhibit V attached hereto.

5.5   ART will loan Davison certain sums for the purpose of funding the making by Davison of capital expenditures that are reasonable and necessary to maintain those Davison hydroprocessing manufacturing facilities that are utilized in support of providing Catalysts to ART pursuant to this Agreement. Such loans will not be used by Davison to cover strategic expansion of such facilities but shall be used by Davison to maintain existing plant and equipment in good operating condition to meet its obligations hereunder ("Maintenance Capital Expenditures"). In order to evidence such loans, ART will hold a demand note in substantially the form attached as Exhibit VI (the "Demand Note") to evidence the borrowings by Davison in each calendar year. Borrowings and repayments will be made as described herein, and demand for payment of the full outstanding principal amount of all or any Demand Notes may be made by ART (by action of its Executive Committee) at any time, including in the event of ART's dissolution.

5.6   By December 1 of each calendar year, Davison will submit to the Executive Committee of ART ("ExCom"), in conjunction with ART's annual operating plan, Davison's estimate of the projected Maintenance Capital Expenditures for the following calendar

year. This estimate shall include a description, in reasonable detail, of the planned or expected maintenance capital projects. These estimates and the related loans to be provided to Davison will require the unanimous approval of the ExCom. Any loan approved by the ExCom in any calendar year will not exceed the lesser of: (a) the estimate for such year provided by Davison and approved by the ExCom; or (b) the amount of Maintenance Capital Expenditures for such year actually incurred by Davison. If actual amounts for a calendar year are (or are reasonably expected by Davison to be) in excess of the estimate approved by the ExCom, then Davison may seek approval of additional loan amounts from the ExCom.

5.7  To the extent the ExCom has approved loans to Davison for a calendar year, Davison will submit to the management of ART promptly, but in any event not later than the 10th of each month, a statement showing the approved estimate, the Maintenance Capital Expenditures and the maintenance capital loans made in the calendar year to date, and the amount of maintenance capital expenditures incurred and payable or paid by Davison in the immediately preceding month together with supporting documentation as reasonably requested by ExCom. To the extent previously authorized by the ExCom, ART will then lend Davison under the Demand Note on a Banking Day within ninety (90) days of the request the amount set forth in the statement as necessary for Davison to make, or reimburse itself, for payment to its vendors or suppliers for such Maintenance Capital Expenditures in the immediately preceding calendar month.

5.8  Davison will capitalize monthly on its accounting records the amount of Maintenance Capital Expenditures incurred and will depreciate these expenditures over an eight-year period, all in accordance with generally accepted accounting principles in the United

States as in effect from time to time ("GAAP"). The ExCom may request that Davison review the depreciation period with its independent appraisers and adjust it if necessary in accordance with GAAP to properly reflect the decline in the underlying economic value of such Maintenance Capital Expenditures.

5.9   Davison will promptly, but not later than the 10th day of each month, advise ART of the amount of, and ART shall pay within ninety (90) days, a manufacturing surcharge in an amount equal to the depreciation expenditures incurred by Davison in such calendar month plus interest for such month on the cumulative depreciation expenditures incurred through the end of such month at a rate equal to, and calculated and payable on the same basis as, the interest payable under the Grace Credit Agreement. Separately, on the appropriate date, Davison will make an aggregate principal and interest payment on the maintenance capital loan from ART. ART will recognize and record this payment of principal and interest in its books and records, and on the grid, which is attached to and made a part of the Demand Note, accordingly. Davison shall maintain accurate records of all fees, expenses and assets related to Maintenance Capital Expenditures. Such records shall be open to inspection and audit by ART at all reasonable times during the term of this Agreement and for three (3) years thereafter.

5.10  Not less than 120 days prior to the commencement of each calendar year in which this Agreement is in effect, with the exception of the current year, Davison will submit its estimated budget for direct and indirect factory administration expenses plus depreciation during the forthcoming calendar year to the ExCom ("Manufacturing Surcharges"). The calculation of Manufacturing Surcharges shall exclude all profit margins and all overhead allocations where a direct benefit or service to ART is not provided or identifiable. Such