## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | **Case No. 01-01139 (JKF)** |
| *Debtors.* | |

### NOTICE OF WITHDRAWAL AND
### REQUEST FOR TERMINATION OF CMECF NOTICES

TO:  The Clerk of the United States Bankruptcy Court

Please withdraw the appearance of Steven T. Davis, formerly of Obermayer Rebmann

Maxwell & Hippel LLP, on behalf of any and all parties in the above-captioned case, and

terminate the delivery of CMECF Notices to said individual.


By: */s/ Charles A. McCauley III*
Charles A. McCauley III (Del. Bar No. 4738)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 655-9094

*Counsel to the Unofficial Committee of Select Asbestos
Claimants*

Dated:  September 22, 2009

4402020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | **Case No. 01-01139 (JKF)** |
| *Debtors.* | |

## CERTIFICATE OF SERVICE

I, Charles A. McCauley III, an attorney at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on the date listed below, I caused a true and correct copy of the foregoing to be served via electronic means.


*/s/ Charles A. McCauley III*
Charles A. McCauley III (Del. Bar. No. 4738)

Dated: September 22, 2009

4402020