# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket Nos.: 23018, 23047, 23070, 23087, 23217** |

**STIPULATION BETWEEN ARROWOOD, MARYLAND CASUALTY COMPANY, CNA COMPANIES AND THE LIBBY CLAIMANTS RESOLVING ARROWOOD'S MOTION TO STRIKE, AND OBJECTIONS TO, THE LIBBY CLAIMANTS DEPOSITION DESIGNATIONS OF DEPOSITIONS OF TWENTY ONE INDIVIDUALCLAIMANTS TAKEN OUTSIDE THE BANKRUPTCY**

IT IS HEREBY STIPULATED AND AGREED by and between the Libby Claimants, Arrowood[1], Maryland Casualty Company ("Maryland") and Continental Casualty Company, Continental Insurance Company (collectively "CNA") as follows:

1.      That the Libby Claimants may only offer the deposition designations that they have filed for the twenty-one witnesses deposed outside of this bankruptcy against the Plan Proponents in support of the Libby Claimants' discrimination (the "Twenty-One Non-Bankruptcy Deponents")[2] objections and shall not offer such deposition designations against Arrowood, Maryland or CNA for any purpose.

2.      The Libby Claimants shall withdraw for all purposes those deposition designations that contain testimony where any one of the Twenty-One Non-Bankruptcy Deponents purports to describe what his or her doctor said or diagnosed.

---

[1]    "Arrowood" means Arrowood Indemnity Company f/k/a Royal Indemnity Company.

[2]    The deposition excerpts in dispute are those of the following individual claimants: (1) Mary Ruth Albert; (2) Stuart Cannon; (3) Edward Nick Carvey; (4) Carl E. Craig; (5) Carrie M. Dedrick; (6) Kenneth Finstad; (7) Daniel Garrison; (8) Edward A. Gaston; (9) Robert L. Graham; (10) William J. Hagerty; (11) James G. Hopkins; (12) Jack Kenworthy; (13) Carl Larson; (14) John B. Lyle; (15) Thomas F. Murray; (16) Robert D. Nelson; (17) Darlene J. (Toni) Riley; (18) Wilma R. Shearer; (19) Verle Vinson; (20) Robert J. Wilkes; and (21) Andrew J. Wright.

3.    Arrowood shall withdraw its Motion to Strike, And Objections to, The Libby Claimants Designations of Depositions of Twenty One Individual Claimants Taken Outside the Bankruptcy (the "Motion") and Maryland and CNA shall withdrawal their joinders to the Motion, upon the execution by all parties of this Stipulation.

Dated: September 22, 2009
    Wilmington, Delaware

By:    /s/ Garvan F. McDaniel
    Garvan F. McDaniel, Esq. (#4167)
    BIFFERATO GENTILOTTI LLC
    800 N. King Street, Plaza Level
    Wilmington, DE  19801
    (302) 429-1900 Phone
    (302) 429-8600 Fax

            -and-

    Carl J. Pernicone, Esq.
    WILSON, ELSER, MOSKOWITZ
    EDELMAN & DICKER, LLP
    150 East 42nd Street
    New York, NY 10017-5639
    Telephone: (212) 490-3000

    Tancred Schiavoni, Esq.
    Gary Svirsky, Esq.
    O'MELVENY & MYERS LLP
    7 Times Square
    New York, New York
    (212) 326-2267

    *Counsel to Arrowood Indemnity
    Company, f/k/a Royal Indemnity
    Company*

By:    /s/ Kerri K. Mumford
    Adam G. Landis' (No. 3407)
    Kerri K. Mumford (No. 4186)
    LANDIS RATH & COBB LLP
    919 Market Street, Suite 1800
    Wilmington, DE 19801
    Telephone: (302) 467-4400
    Facsimile: (302) 467-4450

            -and-

    Daniel C. Cohn
    Christopher M. Candon
    COHN WHITESELL & GOLDBERG LLP
    101 Arch Street
    Boston, MA 02110
    Telephone: (617) 951-2505
    Facsimile: (617) 951-0679

    *Counsel for the Libby Claimants*

2

By:    /s/ Jeffrey S. Wisler
     Jeffrey S. Wisler, Esq. (#2795)
     CONNOLLY BOVE LODGE &
     HUTZ
     The Nemours Building
     1007 N. Orange Street
     Wilmington, DE 19801


          -and-

     Edward J. Longosz, II
     ECKERT SEAMANS CHERIN &
     MELLOTT, LLC
     1747 Pennsylvania Ave. N.W. Suite
     1200 Washington, D.C. 20006

     *Counsel to Maryland Casualty*
     *Company*

By:    Edward B. Rosenthal
     Edward B. Rosenthal, Esq. (#3131)
     ROSENTHAL MONHAIT & GODDESS, PA
     1919 Market Street, Suite 1401
     Wilmington, DE 19801

          -and-

     Daniel M. Glosband
     Brian K. Mukherjee
     GOODWIN PROCTOR LLP
     Exchange Place
     Boston, MA 02109

          -and-

     Elizabeth Decristofaro
     FORD MARRIN ESPOSITO WITMEYER &
     GLESER, L.L.P
     Wall Street Plaza, 23rd Floor
     New York, NY 1005-1875

     Counsel to the CNA Companies