**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket No.** _____ |

**ORDER APPROVING STIPULATION BETWEEN ARROWOOD, MARYLAND CASUALTY COMPANY, CNA COMPANIES AND THE LIBBY CLAIMANTS RESOLVING ARROWOOD'S MOTION TO STRIKE, AND OBJECTIONS TO, THE LIBBY CLAIMANTS DEPOSITION DESIGNATIONS OF DEPOSITIONS OF TWENTY ONE INDIVIDUAL CLAIMANTS TAKEN OUTSIDE THE BANKRUPTCY**

The Court having considered the *Stipulation Between Arrowood, Maryland Casualty Company, CNA Companies and the Libby Claimants Resolving Arrowood's Motion to Strike, and Objections to, the Libby Claimants Deposition Designations of Depositions of Twenty One Individual Claimants Taken Outside the Bankruptcy*, a copy of which is attached hereto as Exhibit A; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given.

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket Nos.: 23018, 23047, 23070, 23087, 23217** |

### STIPULATION BETWEEN ARROWOOD, MARYLAND CASUALTY COMPANY, CNA COMPANIES AND THE LIBBY CLAIMANTS RESOLVING ARROWOOD'S MOTION TO STRIKE, AND OBJECTIONS TO, THE LIBBY CLAIMANTS DEPOSITION DESIGNATIONS OF DEPOSITIONS OF TWENTY ONE INDIVIDUALCLAIMANTS TAKEN OUTSIDE THE BANKRUPTCY

IT IS HEREBY STIPULATED AND AGREED by and between the Libby Claimants, Arrowood[1], Maryland Casualty Company ("Maryland") and Continental Casualty Company, Continental Insurance Company (collectively "CNA") as follows:

1.      That the Libby Claimants may only offer the deposition designations that they have filed for the twenty-one witnesses deposed outside of this bankruptcy against the Plan Proponents in support of the Libby Claimants' discrimination (the "Twenty-One Non-Bankruptcy Deponents")[2] objections and shall not offer such deposition designations against Arrowood, Maryland or CNA for any purpose.

2.      The Libby Claimants shall withdraw for all purposes those deposition designations that contain testimony where any one of the Twenty-One Non-Bankruptcy Deponents purports to describe what his or her doctor said or diagnosed.

---

[1]     "Arrowood" means Arrowood Indemnity Company f/k/a Royal Indemnity Company.

[2]     The deposition excerpts in dispute are those of the following individual claimants: (1) Mary Ruth Albert; (2) Stuart Cannon; (3) Edward Nick Carvey; (4) Carl E. Craig; (5) Carrie M. Dedrick; (6) Kenneth Finstad; (7) Daniel Garrison; (8) Edward A. Gaston; (9) Robert L. Graham; (10) William J. Hagerty; (11) James G. Hopkins; (12) Jack Kenworthy; (13) Carl Larson; (14) John B. Lyle; (15) Thomas F. Murray; (16) Robert D. Nelson; (17) Darlene J. (Toni) Riley; (18) Wilma R. Shearer; (19) Verle Vinson; (20) Robert J. Wilkes; and (21) Andrew J. Wright.

3. Arrowood shall withdraw its Motion to Strike, And Objections to, The Libby Claimants Designations of Depositions of Twenty One Individual Claimants Taken Outside the Bankruptcy (the "Motion") and Maryland and CNA shall withdrawal their joinders to the Motion, upon the execution by all parties of this Stipulation.

Dated: September 22, 2009
Wilmington, Delaware

By: /s/ Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900 Phone
(302) 429-8600 Fax

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

Tancred Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
(212) 326-2267

*Counsel to Arrowood Indemnity Company, f/k/a Royal Indemnity Company*

By: /s/ Kerri K. Mumford
Adam G. Landis' (No. 3407)
Kerri K. Mumford (No. 4186)
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for the Libby Claimants*

2

| | | | |
|---|---|---|---|
| By: | /s/ Jeffrey S. Wisler | By: | Edward B. Rosenthal |
| | Jeffrey S. Wisler, Esq. (#2795)<br>CONNOLLY BOVE LODGE & HUTZ<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE 19801 | | Edward B. Rosenthal, Esq. (#3131)<br>ROSENTHAL MONHAIT & GODDESS, PA<br>1919 Market Street, Suite 1401<br>Wilmington, DE 19801 |

-and-

Edward J. Longosz, II
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1747 Pennsylvania Ave. N.W. Suite 1200 Washington, D.C. 20006

*Counsel to Maryland Casualty Company*

-and-

Daniel M. Glosband
Brian K. Mukherjee
GOODWIN PROCTOR LLP
Exchange Place
Boston, MA 02109

-and-

Elizabeth Decristofaro
FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P
Wall Street Plaza, 23rd Floor
New York, NY 1005-1875

Counsel to the CNA Companies