<u>**NO ORDER REQUIRED**</u>

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 21, 2009 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
<u>**REGARDING DOCKET NO. 23014**</u>

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Amended Ninety-Seventh Interim Application of

Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services

Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos

Property Damage Claimants for the Period from July 1, 2009 through and including July 31,

2009 ("the Application").  The undersigned further certifies that she has caused the Court's

docket in this case to be reviewed and no answer, objection or other responsive pleading to the

Application appears thereon.  Pursuant to the Application, objections to the Application were to

be filed and served no later than September 21, 2009 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $24,591.20 which represents 80% of the fees ($30,739.00)

and $18,383.22 which represents 100% of the expenses requested in the Application for the

period July 1, 2009 through and including July 31, 2009 upon the filing of this certification and

without the need for entry of a Court order approving the Application.

Dated: September 22, 2009

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN, SUMBERG, BAENA, PRICE
 & AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Tel:    (305) 374-7580
Fax:    (305) 374-7593

-and-

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE. 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

Co-Counsel to the Official Committee of
Asbestos Property Damage Claimants