IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON SEPTEMBER 29, 2009, AT 10:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

**NOTE:  HEARING IS TELEPHONIC ONLY (COURT ORDER/DOCKET NO. 22715)**

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., two (2) business days before the hearing.**

**CONTINUED MATTERS**

1.      Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

Related Documents:

a.      [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 5/1/09] (Docket No. 21500)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.    Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to October 26, 2009, at 10:30 a.m.

2.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.    [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 4/2/09] (Docket No. 21176)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.    Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b.    Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c.    Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d.    Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f.    Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to October 26, 2009, at 10:30 a.m.

3.    Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Related Documents:

a.    [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Response Deadline: July 10, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued to **November 23, 2009, at 10:30 a.m.**

4.      Motion of Gloria Munoz for Relief From the Automatic Stay and Related Relief [Filed: 8/18/09] (Docket No. 22844)

Related Documents:

a.      [Proposed] Order Granting the Motion of Gloria Munoz for Relief From the Automatic Stay/Plan Injunctions [Filed: 8/18/09] (Docket No. 22844)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued to October 26, 2009 at 10:30 a.m.

## QUARTERLY FEE APPLICATIONS

5.      Thirty-Second Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2009 through March 31, 2009

Related Documents:

a.      Certification of Counsel Regarding Thirty-Second Quarter Project Category Summary **[Filed: 9/22/09] (Docket No. 23314)**

b.      Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Second Period **[Filed: 9/22/09] (Docket No. 23315)**

Status:  This matter will go forward.

## UNCONTESTED MATTERS:

6.      Motion of General Insurance Company of America (I) for Leave to File Proof of Claim Instanter and (II) to Deem Such Claim Timely Filed [Filed: 7/20/09] (Docket No. 22541)

Related Documents:

a.      [Proposed] Order [Filed: 7/20/09] (Docket No. 22541)

Response Deadline: August 7, 2009, at 4:00 p.m. *(extended until September 4, 2009, at 4:00 p.m.)*

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

7.    Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway [Filed: 7/20/09] (Docket No. 22553)

Related Documents:

a.    [Proposed] Order Disallowing and Expunging, in Part, the Proof of Claim Filed By Norfolk Southern Railway Company [Filed: 7/20/09] (Docket No. 22553, Exhibit 2)

Response Deadline: September 4, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: A status conference will go forward on this matter.

8.    Debtors' Twenty-Seventh Omnibus Objection to Claims (Substantive) [Filed: 8/18/09] (Docket No. 22849)

Related Documents:

a.    [Proposed] Order Granting Relief Sought in Debtors' Twenty-Seventh Omnibus Objection to Claims (Substantive) [Filed: 8/18/09] (Docket No. 22849)

b.    Certification of No Objection Regarding Debtors' Twenty-Seventh Omnibus Objection to Claims (Substantive) [Filed: 9/10/09] (Docket No. 23208)

Response Deadline: September 4, 2009, at 4;00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Claim Objection. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Claim Objection.

**CONTESTED MATTERS:**

9.    Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

Related Documents:

a.    [Proposed] Order Granting Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

b.    Brief in Support of Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

c.    [Signed] Modified Order Granting Fireman's Fund Insurance Company's Protective Motion to Shorten Time for Responses to, and Hearing on, Its Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 9/8/09] (Docket No. 23199)

Response Deadline: September 16, 2009, at 5:00 p.m.

Responses Received:

**a.    Debtors' Brief in Opposition to Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay [Filed: 9/16/09] (Docket No. 23264)**

**b.    Limited Joinder of the Edwards Claimants in W. R. Grace & Co. et al.'s Brief in Opposition to Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay [Filed: 9/16/09] (Docket No. 23265)**

**Status: This matter is continued to October 26, 2009, at 10:30 a.m.**

## CONFIRMATION MATTERS:

10.    Status on all Confirmation issues, if any.

Status: A status conference will go forward if needed.


Dated: September 22, 2009

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Theodore L. Freedman
> Citigroup Center
> 601 Lexington Avenue
> New York, NY 10022-4611
> (212) 446-4800
>
> -and–

PACHULSKI STANG ZIEHL & JONES LLP

_Laura Davis Jones (Bar No. 2436)_
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession