# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 9/23/2009 |
| Case: 01−01139−JKF | Form ID: ntcBK | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

ust     united states trustee
aty     Lawrence A Kalina

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

ust     Frank J. Perch III          frank.j.perch@usdoj.gov
aty     Daniel K. Hogan           dkhogan@dkhogan.com, keharvey@dkhogan.com
aty     Kathleen P. Makowski        kmakowski@pszjlaw.com
aty     Paul W. Turner            pturner@carlilelawfirm.com
aty     Richard Allen Keuler, Jr.       rkeuler@reedsmith.com
aty     Richard F. Rescho          rrescho2001@yahoo.com
aty     Rosalie L. Spelman          rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty     Stuart B. Drowos          stuart.drowos@state.de.us

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      W.R. GRACE &CO.       7500 Grace Drive       Columbia, MD 21044
aty     Curtis A. Hehn       Pachulski Stang Ziehl &Jones LLP       919 N. Market Street       17th Floor       Wilmington, DE 19801
aty     Curtis A. Hehn       Pachulski Stang Ziehl Young Jones &Wein       919 N. Market Street       16th Floor       Wilmington, DE 19801
aty     David W. Carickhoff, Jr       Blank Rome LLP       Chase Manhattan Centre       1201 Market Street, Suite 800       Wilmington, DE 19801
aty     David W. Carickhoff, Jr       Blank Rome LLP       Chase Manhattan Centre       1201 Market Street, Suite 800       Wilmington, DE 19801
aty     David W. Carickhoff, Jr       Pachulski Ziehl Stang Ziehl Young Jones       919 N. Market St.       16th Floor       Wilmington, DE 19899
aty     James E. O'Neill       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       PO Box 8705       Wilmington, DE 19899−8705
aty     James E. O'Neill       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899−8705
aty     Kathleen P. Makowski       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899
aty     Kathleen P. Makowski       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899
aty     Laura Davis Jones       Pachulski Stang Ziehl &Jones LLP       919 North Market Street       17th Floor       Wilmington, DE 19899−8705
aty     Laura Davis Jones       Pachulski Stang Ziehl &Jones LLP       919 N. Market Street       17th Floor       Wilmington, DE 19899−8705
aty     Mark M. Billion       Pachulski Stang Ziehl &Jones LLP       919 N. Market Street       17th Floor       Wilmington, DE 19702
aty     Michael R. Lastowski       Duane Morris LLP       1100 North Market Street       Suite 1200       Wilmington, DE 19801−1246
aty     Paula Ann Galbraith       211 East Ohio # 2618       Chicago, IL 60611
aty     Robert J. Dehney       Morris, Nichols, Arsht &Tunnell       1105 N. Market Street       P. O. Box 1347       Wilmington, DE 19899−1347
aty     Timothy P. Cairns       Pachulski Stang Ziehl &Jones LLP       919 N. Market St., Suite 1700       Wilmington, DE 19899
aty     Timothy P. Cairns       Pachulski Stang Ziehl Young Jones       919 N. Market Street       17th Floor       Wilmington, DE 19801

TOTAL: 18