## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: October 12, 2009 |
| | | Hearing Deadline: to be scheduled, if necessary |

### FEE DETAIL FOR OGILVY RENAULT LLP'S THIRY-SECOND MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1772548\2



**OGILVY RENAULT**

Client: W.R. GRACE & CO.  
RE: Litigation and litigation consulting  
Matter No.: 01016442-0006

September 14, 2009  
INVOICE: 931198

GST: R111340006

W.R. GRACE & CO.  
7500 Grace Drive  
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke  
Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending August 31, 2009

| | |
|---|---:|
| FEES | $2,060.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,060.00 |

Canadian Funds

---

Payable upon receipt

Please remit by Bank Transfer to  
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA  
Bank 003, Transit 00002, Acc. No. 106-030-0  
ABA # 021000021  
Swift Code # ROYCCAT2  
IBAN # 003106030000002  
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800  
Royal Bank Plaza, South Tower  
200 Bay Street, P.O. Box 84  
Toronto, Ontario M5J 2Z4  
CANADA

T: 416.216.4000  
F: 416.216.3930  
toronto@ogilvyrenault.com

ogilvyrenault.com



**OGILVY RENAULT**

W.R. GRACE & CO.                                           01016442-0006

RE: Litigation and litigation consulting

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| D.C. Tay | 0.9 | $900.00 |
| O. Pasparakis | 1.6 | $1,160.00 |
| Total | 2.50 | $2,060.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/8/09 | Orestes Pasparakis | Following-up on settlement proposal. | 0.30 | $217.50 |
| 18/8/09 | Derrick C. Tay | Reviewing material from Delaware counsel. | 0.30 | $300.00 |
| 20/8/09 | Orestes Pasparakis | Following-up with Representative Counsel (0.2); reporting to Mr. Finke (0.2). | 0.40 | $290.00 |
| 25/8/09 | Derrick C. Tay | Communicating with Grace regarding same. | 0.40 | $400.00 |
| 25/8/09 | Derrick C. Tay | Communicating with Kirkland & Ellis regarding Canadian settlement. | 0.20 | $200.00 |
| 25/8/09 | Orestes Pasparakis | Following-up with opposing counsel (0.2); exchanging emails with client (0.2); considering U.S. Counsel's emails (0.5). | 0.90 | $652.50 |
|  |  | **TOTAL FEES** |  | **$2,060.00** |

INVOICE: 931198



Client: W.R. GRACE & CO.
RE: Fee Applications, Applicant
Matter No.: 01016442-0008

September 14, 2009
INVOICE: 931200

GST: R111340006

**W.R. GRACE & CO.**
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending August 31, 2009

| | |
|---|---:|
| FEES | $1,498.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 57.51 |
| GST | 0.00 |
| **TOTAL FOR THIS INVOICE** | **$1,555.51** |

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA
T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com
ogilvyrenault.com



OGILVY RENAULT

W.R. GRACE & CO.                                                                01016442-0008

RE:  Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 1.1 | $616.00 |
| P. Adams | 4.9 | $882.00 |
| Total | 6.00 | $1,498.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/8/09 | Penny Adams | Reviewing and revising 10th Quarterly Fee Application (0.50); corresponding with R. Finke with respect to same (0.20). | 0.70 | $126.00 |
| 6/8/09 | Penny Adams | Drafting response to fee auditor's Initial Report (1.0); discussing same with T. Walsh (0.20); sending response to fee auditor (0.20). | 1.40 | $252.00 |
| 6/8/09 | Teresa Walsh | Revising and finalizing response to fee auditor regarding Initial Report on Ogilvy Renault's Fee Application for 32nd Interim Period (0.40); reviewing and revising 10th Quarterly Interim Application (0.40). | 0.80 | $448.00 |
| 7/8/09 | Penny Adams | Finalizing 10th Quarterly Fee Application and arranging for service and filing of same. | 1.00 | $180.00 |
| 12/8/09 | Penny Adams | Reviewing August accounts and providing comments on same. | 0.50 | $90.00 |
| 18/8/09 | Penny Adams | Reviewing and revising 31st Monthly Fee Application (0.60); corresponding with R. Finke with respect to same (0.20). | 0.80 | $144.00 |
| 20/8/09 | Teresa Walsh | Review (0.2) and swearing (0.1) of 31st Monthly Fee Application. | 0.30 | $168.00 |
| 21/8/09 | Penny Adams | Arranging for filing and service of 31st Monthly Fee Application (0.20); corresponding with fee auditor and L. Oberholzer with respect to same (0.30). | 0.50 | $90.00 |
|  |  | **TOTAL FEES** |  | **$1,498.00** |

INVOICE: 931200



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                                   01016442-0008

RE:  Fee Applications, Applicant
_____

**DISBURSEMENTS – NON TAXABLE**

| | |
|---|---:|
| Courier service | 57.51 |
| | $57.51 |

**DISBURSEMENT DETAIL – NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 6/8/09 | Derrick C. Tay | Courier service FedEx shipment #689588788537 FROM TORONTO, ON, CA. To: WARREN H SMITH, WARREN H SMITH & ASSOCIATES, DALLAS, TX, US. ON 06-08-2009, GST: 0.00, QST: 0.00 | 28.91 |
| 7/8/09 | Derrick C. Tay | Courier service FedEx shipment #689588788560 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER, PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 07-08-2009, GST: 0.00, QST: 0.00 | 28.60 |
| | | TOTAL | $57.51 |

INVOICE: 931200