IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO FIRST MONTHLY APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 18, 2009 THROUGH JULY 31, 2009
[RE: DOCKET NO. 23059]**

On September 1, 2009, Saul Ewing LLP ("Saul Ewing"), co-counsel to the Official Committee of Equity Security Holders, filed its First Monthly Application for Compensation and Reimbursement of Expenses [Docket No. 23059] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on September 21, 2009. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 19, 2002, the Debtors are authorized to pay Saul Ewing $86,756.40 which represents eighty percent (80%) of the total fees ($108,445.50), and $1,156.09, which represents 100% of the

expenses requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

        **SAUL EWING LLP**

        By: /s  Teresa K.D. Currier
           Teresa K. D. Currier (No. 3080)
           222 Delaware Avenue
           P.O. Box 1266
           Wilmington, DE  19899
           (302) 421-6800

           -and-

        KRAMER LEVIN NAFTALIS &
        FRANKEL LLP
        Philip Bentley, Esquire
        Douglas H. Mannal, Esquire
        1177 Avenue of the Americas
        New York, New York 10036
        (212) 715-9100

        Co-Counsel to the Official Committee of Equity Security Holders

Dated: September 23, 2009