# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**W.R. GRACE & CO., et al.**<br><br>*Debtors.*<br>. | **Chapter 11**<br><br>**Case No. 01-01139 (JKF)** |

### NOTICE OF WITHDRAWAL AND
### REQUEST FOR TERMINATION OF CMECF NOTICES

TO:  The Clerk of the United States Bankruptcy Court

    Please withdraw the appearance of Charles A. McCauley III of Obermayer Rebmann Maxwell & Hippel LLP on behalf of any and all parties in the above-captioned case, and terminate the delivery of CMECF Notices to said individual.

                                            By: */s/ Charles A. McCauley III*
                                              Charles A. McCauley III (Del. Bar No. 4738)
                                              OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                              1000 N. West Street, Suite 1200
                                              Wilmington, Delaware 19801
                                              Telephone: (302) 655-9094

                                              *Counsel to the Unofficial Committee of Select Asbestos*
                                              *Claimants*

Dated:  September 24, 2009

4413370

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | **Case No. 01-01139 (JKF)** |
| *Debtors.* | |

## CERTIFICATE OF SERVICE

I, Charles A. McCauley III, an attorney at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on the date listed below, I caused a true and correct copy of the foregoing to be served via electronic means.

>  */s/ Charles A. McCauley III*
> Charles A. McCauley III (Del. Bar. No. 4738)

Dated: September 24, 2009

4413370