# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**JULY 1, 2009 - JULY 31, 2009**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.9 | 1,957.50 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 29.0 | 17,720.00 |
| 0014 | Case Administration | 83.5 | 18,571.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 14.8 | 10,758.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 39.0 | 26,701.00 |
| 0018 | Fee Application, Applicant | 12.4 | 4,069.50 |
| 0019 | Creditor Inquiries | 0.7 | 645.50 |
| 0020 | Fee Application, Others | 0.5 | 337.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 1.5 | 1,007.50 |
| 0035 | Travel - Non Working | 4.0 | 3,300.00 |
| 0036 | Plan and Disclosure Statement | 296.2 | 194,726.00 |
| 0037 | Hearings | 21.8 | 16,623.00 |
| | | | |
| | **Sub Total** | **506.3** | **$ 296,416.50** |
| | **Less 50% Travel** | **(2.0)** | **(1,650.00)** |
| | **Total** | **504.3** | **$ 294,766.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | September 2, 2009 |
| INVOICE NO. | 482600 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through July 31, 2009, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/08/2009 | Telephone call J. Baer re Royal Parties settlement and extension of time for the Committee's review (.1); subsequent emails re same (.2); attend to settlement motion and related materials (2.6). | Krieger, A. | 2.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.9 | $ 675 | $ 1,957.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,957.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,957.50 |

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843 0009 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/14/2009 | Attend to pleading re proposed sale of property in Atlanta Georgia. | Krieger, A. | 3.3 |
| 07/15/2009 | Attend to pleadings re sale of Atlanta, Georgia property. | Krieger, A. | 0.6 |
| 07/16/2009 | Memorandum to R. Frezza, J. Dolan re asset sale analysis and memorandum for the Committee. | Krieger, A. | 0.4 |
| 07/17/2009 | Attend to memorandum re proposed sale of Atlanta property (2.4); exchanged memoranda with R. Frezza, J. Dolan re same and conference call with Debtors' counsel to obtain additional information (.4); prepare information request for Debtors' counsel re sale of property to Resource Recovery (.6). | Krieger, A. | 3.4 |
| 07/20/2009 | Exchanged memoranda with Capstone re: Alco sale. | Krieger, A. | 0.3 |
| 07/21/2009 | Attend to unredacted sale agreement. | Krieger, A. | 0.7 |
| 07/22/2009 | Memorandum to R. Frezza, J. Dolan re unredacted motion for approval of sale of Membranes' business. | Krieger, A. | 0.2 |
| 07/23/2009 | Attend to pleadings re sale of Membranes' business (3.9); exchanged memoranda with J. Dolan re same (.2); attend to J. Baer memorandum re asset sale to Resource Recovery and follow-up questions (.2). | Krieger, A. | 4.3 |
| 07/24/2009 | Research regarding 363 sale issues (4.0); meetings with A. Krieger re: same (.2). | Harris, D. | 4.2 |
| 07/24/2009 | Attend to sale documents, proposed form of order, other (4.2); office conferences and | Krieger, A. | 8.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum DJ Harris re case law review requested (1.0); exchanged memoranda with J. Dolan re sale documents and preparation of information request (3.1); memorandum to Capstone re Resource Recovery asset sale information (.1). | | |
| 07/25/2009 | Memorandum to Capstone re information request (.1); memorandum to J. Baer re same (.1). | Krieger, A. | 0.2 |
| 07/27/2009 | Email re 363 sale research to A Krieger. | Harris, D. | 1.1 |
| 07/27/2009 | Exchanged memoranda with J. McFarland re: conference call to discuss Membranes' Business sale. | Krieger, A. | 0.1 |
| 07/28/2009 | Exchanged memoranda re: conference call with Grace representatives to discuss proposed sale of Membranes' business. | Krieger, A. | 0.1 |
| 07/29/2009 | Exchange memoranda with J. Dolan re: Membranes' sale information (.2); preparation for and conference call with Grace personnel, Capstone re: sale of Membranes' Business (.7); follow up t/c Capstone re: same (.1). | Krieger, A. | 1.0 |
| 07/31/2009 | Attend to memoranda from Jack McFarland re: proposed changes to Pegasus APA re: termination fee and responses. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Harris, Daniel J. | 5.3 | $ 325 | $ 1,722.50 |
| Krieger, Arlene G. | 23.7 | 675 | 15,997.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,720.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 17,720.00 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843  0014 | |
|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.4); obtain documents for review (.4); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.4 |
| 07/02/2009 | Memorandum to DM re: advice regarding change in notice parties. | Krieger, A. | 0.1 |
| 07/02/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); prepare documents for review (.6). | Mohamed, D. | 1.7 |
| 07/06/2009 | Review and update case docket no. 01-1139 (.3); Obtain and circulate recently docketed pleadings in main case (1.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.4 |
| 07/07/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.3 |
| 07/07/2009 | Office conference EH re court call arrangements for 7/9/09 hearing (.1); memoranda to M. Cromwell re Zilly and Ordway transcripts (.1). | Krieger, A. | 0.2 |
| 07/07/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.3); review case file documents (1.5); retrieve documents for attorney review (.3). | Mohamed, D. | 3.5 |
| 07/08/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.1); obtain certain pleadings for attorney review (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/09/2009 | Office conference D. Mohamed re information to respond to Fee Auditor's inquiry. | Krieger, A. | 0.2 |
| 07/09/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.6); review fee auditor's chart re: Stroock's preparation of fee matter (1.1). | Mohamed, D. | 3.0 |
| 07/10/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.4 |
| 07/10/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.2); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.8 |
| 07/13/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.2); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.9 |
| 07/14/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.3 |
| 07/14/2009 | Memoranda to and office conference D. Mohamed re trial briefs. | Krieger, A. | 0.2 |
| 07/14/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (3.3); retrieve certain documents for attorney review (.5). | Mohamed, D. | 4.2 |
| 07/15/2009 | Office conference DM re preparation of binders. | Krieger, A. | 0.2 |
| 07/15/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review case file documents (.9). | Mohamed, D. | 3.0 |
| 07/16/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.3); review adv. pro. case no. 01-771 (.4); review court of appeals case no. 08-2069 (.2); prepare hearing binder re phase II trial briefs in opposition to plan | Mohamed, D. | 4.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | confirmation (2.7). | | |
| 07/17/2009 | Reviewed Legal Docket to update status (1.8); t/c CourtCall for AGK to attend hearings telephonically 7/21 and 7/22. | Holzberg, E. | 2.5 |
| 07/17/2009 | Memorandum and office conference EH re court call arrangements (.1); attend to Fee Auditor's report on 32nd quarterly and attend to materials for response (.6). | Krieger, A. | 0.7 |
| 07/17/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.6); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); prepare documents for attorney review (.3). | Mohamed, D. | 3.6 |
| 07/20/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.1 |
| 07/20/2009 | O/c DM re: preparation of binders of recent pleadings (.2); attend to response to Fee Auditors' report on SSL's 32nd fee application (.9). | Krieger, A. | 1.1 |
| 07/20/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); obtain documents for attorney review (.5). | Mohamed, D. | 3.7 |
| 07/21/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.8 |
| 07/21/2009 | O/c KP re: confirmation binders (.1); memo and o/c(s) DM re: confirmation binders (.6); attend to response to Fee Auditor's report on 32nd quarterly (.5); memorandum to LK, KP re: proposed response to Fee Auditor on 32nd quarterly (.1). | Krieger, A. | 1.3 |
| 07/21/2009 | Review and update case docket no. 01-1139 (.5); obtain and circulate recently docketed pleadings in main case (3.4); Prepare certain documents for attorney review (.7). | Mohamed, D. | 4.6 |
| 07/22/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed | Mohamed, D. | 3.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.8); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); prepare documents for attorney review (.5); update email service list (.2); prepare binder re phase II trial briefs (1.1). | | |
| 07/23/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.4); prepare documents for attorney review (.6). | Mohamed, D. | 2.3 |
| 07/24/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.2); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.9 |
| 07/24/2009 | TC w/ CourtCall re: telephonic appearance for L. Kruger and email L. Kruger re: same. | Wojcik, M. | 0.2 |
| 07/27/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.4 |
| 07/27/2009 | Attend to hotel arrangements for confirmation hearing. | Krieger, A. | 0.8 |
| 07/27/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.5); attention to retrieval of certain documents for attorney review (.9); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 3.1 |
| 07/28/2009 | T/c to CourtCall to arrange for K. Pasquale and A. Krieger to attend hearing on 7/30 telephonically (.3). | Holzberg, E. | 0.3 |
| 07/28/2009 | Memorandum to E. Holzberg re: CourtCall arrangements for 7/30/09. | Krieger, A. | 0.1 |
| 07/28/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.1); research case docket and obtain certain pleadings on the estimation hearing for attorney review (1.3). | Mohamed, D. | 2.7 |
| 07/29/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.0); review adv. pro. | Mohamed, D. | 4.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); prepare binders re pre-trial submissions/statements to Phase II confirmation hearing (2.4). | | |
| 07/30/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); review case file documents (1.2); prepare documents for attorney review (.7). | Mohamed, D. | 3.1 |
| 07/31/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.4 |
| 07/31/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.3); obtain certain pleadings for attorney review (.4); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 11.5 | $ 275 | $ 3,162.50 |
| Krieger, Arlene G. | 4.9 | 675 | 3,307.50 |
| Mohamed, David | 66.9 | 180 | 12,042.00 |
| Wojcik, Mark R. | 0.2 | 295 | 59.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 18,571.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 18,571.00 |
|-----------------------|-------------|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/02/2009 | Exchanged memoranda with J. Baer re NJDEP claims information. | Krieger, A. | 0.3 |
| 07/07/2009 | Exchanged memoranda with J. Baer re NJDEP information. | Krieger, A. | 0.2 |
| 07/13/2009 | T/c bank debt holder re status and timetable (.2); t/c Shelnitz re exit financing and re possible interest settlement (.3); review joint brief with ad hoc bank committee (1.2); o/c with AK re same (.3). | Kruger, L. | 2.0 |
| 07/14/2009 | Memoranda to J. Baer re Committee's consideration of NJDEP settlement proposal. | Krieger, A. | 0.1 |
| 07/14/2009 | Review memo from AK re NJ DEP issue for Committee call. | Kruger, L. | 0.1 |
| 07/15/2009 | O/c AK re Committee meeting re NJ DEP. | Kruger, L. | 0.1 |
| 07/16/2009 | Attend to stipulation resolving claims of Madison Complex. | Krieger, A. | 0.1 |
| 07/16/2009 | Review AK memo re conference call on NJ DEP settlement. | Kruger, L. | 0.2 |
| 07/23/2009 | Telephone call J. Baer re Committee's position on proposed settlement of NJDEP's appeals. | Krieger, A. | 0.1 |
| 07/26/2009 | Attend to Debtors' motion for approval of a stipulation with General Insurance and General Insurance's motion for leave to file a proof of claim and information request to Debtors' counsel. | Krieger, A. | 3.3 |
| 07/28/2009 | Exchanged memoranda with S. Losito re: inquiry re: Samsom Hydrocarbon's claim (.1); exchanged memoranda with L. Esayian re: | Krieger, A. | 5.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | General Insurance matters (.1); attend to Grace responses to information request (1.4); attend to Debtors' motion amending Lloyd's of London Agreement and background information (3.9). | | |
| 07/29/2009 | Attend to amended settlement agreement (1.4); exchanged memoranda with J. Baer re: discussion regarding same (.2). | Krieger, A. | 1.6 |
| 07/30/2009 | Attend to General Insurance pleadings and t/c Robert Millmen re: same (.8); t/c Jan Baer re: Lloyd's of London settlement and other matters (.4). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 12.4 | $ 675 | $ 8,370.00 |
| Kruger, Lewis | 2.4 | 995 | 2,388.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,758.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 10,758.00 |
|-----------------------|-------------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2009 | Attend to underlying materials and memorandum to the Committee re: proposed settlement of NJDEP appeals. | Krieger, A. | 1.6 |
| 07/02/2009 | Attend to NJDEP pleadings for Committee memorandum. | Krieger, A. | 2.9 |
| 07/05/2009 | Preparation of memorandum for the Committee re: proposed settlement of NJDEP appeals. | Krieger, A. | 2.4 |
| 07/06/2009 | Attend to memorandum for the Committee re proposed settlement of NJDEP appeals. | Krieger, A. | 0.6 |
| 07/07/2009 | Attend to memorandum for the Committee and underlying materials re proposed NJDEP settlement. | Krieger, A. | 3.4 |
| 07/08/2009 | Attend to memorandum for the Committee re NJDEP settlement and memoranda with KP re same. | Krieger, A. | 2.9 |
| 07/09/2009 | Memorandum from Committee member re NJDEP settlement and exchanged memoranda with KP re same (.3); prepare memorandum to the Committee re Royal Settlement (1.6); memorandum to the Committee re conference call to discuss NJDEP settlement (.1). | Krieger, A. | 2.0 |
| 07/10/2009 | Office conferences KP re Committee memorandum re draft trial brief (.1); revised memorandum to the Committee re Royal Settlement (1.8). | Krieger, A. | 1.9 |
| 07/14/2009 | Memorandum to LK, KP re Committee call to discuss NJDEP settlement proposal. | Krieger, A. | 0.1 |
| 07/15/2009 | Office conferences LK re Committee meeting re NJDEP settlement (.1); memorandum to KP | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | re same (.1); memorandum to Committee chair re same (.1). | | |
| 07/16/2009 | Memoranda to the Committee and LK, KP re conference call on NJDEP settlement proposal (.6); attend to memorandum for the Committee re sale of Atlanta property to Resource Recovery (3.4). | Krieger, A. | 4.0 |
| 07/17/2009 | Memorandum to the Committee re supplemental brief (.4); exchanged memoranda with Committee member re conference call (.1); further memorandum to the Committee re 7/21/09 conference call (.1). | Krieger, A. | 0.6 |
| 07/20/2009 | Attend to draft memorandum for the Committee re: sale of property in Atlanta and memoranda to J. Dolan re: same (1.5); memoranda to LK, KP re: memorandum (.2); attend to Committee members comments, questions re: proposed sale and prepare memorandum for the Debtors seeking additional information (1.1); attend to memoranda re: Committee conference call (.1). | Krieger, A. | 2.9 |
| 07/21/2009 | Review materials for Committee conference call (.9); conference call with the Committee re: plan matters, NJDEP settlement proposal, asset sale and follow-up o/c LK, KP re: same (.9). | Krieger, A. | 1.8 |
| 07/21/2009 | Preparation for and conference call with Committee re pending matters. | Kruger, L. | 0.8 |
| 07/21/2009 | Prep for and conference call with committee re pending matters. | Pasquale, K. | 0.8 |
| 07/29/2009 | Attend to Capstone memorandum for the Committee re: Membranes' Business Sale. | Krieger, A. | 1.6 |
| 07/30/2009 | T/c(s) J. Dolan re: comments on Membranes' sale memorandum. | Krieger, A. | 0.6 |
| 07/31/2009 | Prepare memorandum for the Committee re: pending motions (General Insurance matters) (2.6); memorandum to DH re: review of applicable caselaw (.2); attend to confirmation materials and expert issues (5.0). | Krieger, A. | 7.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|      |             |      |       |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 37.4 | $ 675 | $ 25,245.00 |
| Kruger, Lewis | 0.8 | 995 | 796.00 |
| Pasquale, Kenneth | 0.8 | 825 | 660.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 26,701.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 26,701.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2009 | Review Stroock's 98th monthly fee statement in preparation for filing (.8); prepare certificate of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.9 |
| 07/07/2009 | Started to work on 99th Monthly Fee Application. | Holzberg, E. | 2.2 |
| 07/10/2009 | Worked on 99th Monthly Fee Application for June 2009. | Holzberg, E. | 1.3 |
| 07/13/2009 | Worked on 99th Monthly Fee Application. | Holzberg, E. | 0.8 |
| 07/14/2009 | Worked on 99th Monthly Fee Application. | Holzberg, E. | 1.1 |
| 07/26/2009 | Attend to SSL's June 2009 fee statement. | Krieger, A. | 1.3 |
| 07/27/2009 | Attend to June 2009 fee statement (.7); memorandum and o/c DH re: time detail (.1). | Krieger, A. | 0.8 |
| 07/28/2009 | Worked on 99th Monthly Fee Application. | Holzberg, E. | 2.0 |
| 07/31/2009 | Worked on 99th Monthly Fee Application. | Holzberg, E. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 8.4 | $ 275 | $ 2,310.00 |
| Krieger, Arlene G. | 2.1 | 675 | 1,417.50 |
| Mohamed, David | 1.9 | 180 | 342.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,069.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,069.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|----|----|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/02/2009 | Telephone conference creditor re plan status and issues. | Pasquale, K. | 0.3 |
| 07/21/2009 | T/c with bank debtholder re approach to settlement and default interest calculation to 12/31/09. | Kruger, L. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 0.4 | $ 995 | $ 398.00 |
| Pasquale, Kenneth | 0.3 | 825 | 247.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 645.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 645.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/07/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 07/15/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 675 | $ 337.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 337.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 337.50 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|---|---|
| | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/22/2009 | Review ICI Americas' motion. | Berg, M. | 0.2 |
| 07/22/2009 | Attend to motion for approval of stipulation re: ICI Americas' claim and memoranda to J. Baer and M. Berg re: request for information to evaluate the settlement. | Krieger, A. | 0.6 |
| 07/23/2009 | Telephone call and follow up memorandum with J. Baer re: information request re: ICI motion and requested extension on responsive deadline. | Krieger, A. | 0.2 |
| 07/24/2009 | Memorandum to M. Berg re ICI information status. | Krieger, A. | 0.1 |
| 07/28/2009 | Exchanged memoranda with J. Baer re: extension of time to respond on ICI matter. | Krieger, A. | 0.1 |
| 07/31/2009 | Attend to materials from J. Baer re: ICI Americas' stipulation and memoranda to M. Berg re: same. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 0.2 | $ 650 | $ 130.00 |
| Krieger, Arlene G. | 1.3 | 675 | 877.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,007.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,007.50 |
|---|---|

# STROOCK

| RE | Expenses<br>699843 0024 |
|----|----|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|----|----|

## MATTER DISBURSEMENT SUMMARY

| | |
|----|----|
| Outside Messenger Service | $ 26.87 |
| Meals | 23.00 |
| Local Transportation | 39.88 |
| Long Distance Telephone | 262.52 |
| Duplicating Costs-in House | 477.90 |
| Court Reporting Services | 4117.06 |
| O/S Information Services | 416.48 |
| Word Processing | 18.00 |
| Travel Expenses - Transportation | 4317.62 |
| Travel Expenses - Lodging | 396.72 |
| Travel Expenses - Meals | 52.15 |
| Westlaw | 7158.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 17,306.20 |
|----|----|

| TOTAL FOR THIS MATTER | $ 17,306.20 |
|----|----|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/27/2009 | Travel to and from Wilmington, DE for pre-trial conference. | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 4.0 | $ 825 | $ 3,300.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,300.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,300.00 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement  699843 0036 |
|----|---------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2009 | Load deposition transcript and provide counsel with pdf of transcript. | Cromwell, M. | 0.6 |
| 07/01/2009 | Attend to memoranda re: Trial Brief on Phase II issues (.2); attend to memoranda from K. Love re: deposition transcripts (.3); numerous memoranda to M. Cromwell re: deposition transcripts and exhibits (1.1); attend to COC re: Order on Phase II hearing (.1); attend to Pam Zilly's rebuttal report of S. Mathis (.6); attend to deposition (4.2). | Krieger, A. | 6.5 |
| 07/01/2009 | Attention to solvency issues and trial brief considerations, including continued review of PI estimation record. | Pasquale, K. | 3.1 |
| 07/02/2009 | Attend (telephonically) Pam Zilly deposition (3.6); memoranda to KP re: solvency discovery (.2); o/c KP re: solvency analysis, Zilly deposition (.3); attend to certifications re: proposed orders on Phase I and Phase II matters (.2). | Krieger, A. | 4.3 |
| 07/02/2009 | Drafted letter re solvency information (.8); attention to solvency issues and related matters (1.2); review cert of counsel and proposed orders re Phase II (.2). | Pasquale, K. | 2.2 |
| 07/05/2009 | Attend to Plan financial information for solvency proof and request for additional information. | Krieger, A. | 1.2 |
| 07/06/2009 | Conference call KP, Capstone representatives re information for solvency (.6); attend to information request (.1); attend to impairment related materials (.5); attend to memoranda re proposed order on Class 9 impairment hearing (.1). | Krieger, A. | 1.3 |
| 07/06/2009 | Review Zilly deposition transcript (.6); attention to solvency issues and conference call with Capstone re same (1.3); revise letter re | Pasquale, K. | 4.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | solvency information (.3); review prior PPI record and prep trial brief Phase II (2.5). | | |
| 07/07/2009 | Research confirmation issue. | Garber, R. | 1.8 |
| 07/07/2009 | Attend to proposed order on Phase I impairment hearing (.2); conference call J. Baer, KP re proposed order and solvency information request and follow up KP re same (.2); attend to transcript (1.1); memoranda to J. Baer re proposed form of order for submission to the Court (.2); attend to revised solvency information request (.8); attend to section 1129 issues (.6); attend to emails re deposition schedule (.2); attend to estimation materials (1.2). | Krieger, A. | 4.5 |
| 07/07/2009 | Telephone conferences A. Rosenberg re upcoming submissions (.4); conference call with J. Baer re solvency order (.2); revised solvency submission due July 10 (.5); drafted pretrial submission per court's Phase II order and review prior record re same (2.8); trial brief issues and preparation (2.0). | Pasquale, K. | 5.9 |
| 07/08/2009 | Load deposition transcripts and/or video to Livenote including three transcripts and link 12 exhibits. | Cromwell, M. | 2.5 |
| 07/08/2009 | Research confirmation issue. | Garber, R. | 1.3 |
| 07/08/2009 | Attend to Phase II trial brief issues (1.8); memorandum to M. Lastowski, R. Riley re 7/10/09 solvency information filing (.1); attend to solvency material (1.7); attend to draft pretrial submission (.3); office conference KP re expert report on feasibility (.1); telephone call M. Kramer re pre-trial submissions (.1). | Krieger, A. | 4.1 |
| 07/08/2009 | Review and revise draft trial brief (5.3); telephone conference E. Liebenstein re feasibility (.2). | Pasquale, K. | 5.5 |
| 07/09/2009 | Research confirmation issue. | Garber, R. | 0.6 |
| 07/09/2009 | Attend to solvency statement (.6); memorandum to local counsel re same (.1); attend to Royal Insurance settlement and memorandum of questions for Debtors' counsel | Krieger, A. | 8.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (2.3); attend to draft trial brief (Phase II) and prepare comments thereon (4.8); attend to revised 6/18/09 transcript (.1); memorandum to L. Esayian, Peri Mahaley re conference call on Royal Settlement (.2). | | |
| 07/09/2009 | Review case law re solvency issues and proof (2.0); attention to trial brief and related issues (2.5); telephone conference E. Liebenstein re feasibility issues (.3). | Pasquale, K. | 4.8 |
| 07/10/2009 | Load multiple deposition transcripts and exhibits and/or video to Livenote. | Cromwell, M. | 3.5 |
| 07/10/2009 | Research memorandum on confirmation issue. | Garber, R. | 1.2 |
| 07/10/2009 | Attend to trial brief re Phase II issues; and office conferences KP re same (3.9); conference call with L. Esayian and Peri Mahaley re Royal settlement and notes (.8); exchanged memoranda with R. Zubaty re: trial brief materials (.8); attend to debtors' objection to Phase I exhibits (.5): attend to revised pretrial (Phase II) submission (.2); follow-up memorandum L. Esayian re Royal (.1); exchanged memoranda with S. Wolfenden re: filing of information request re: solvency issues (.2); telephone call R. Riley re filing (.1). | Krieger, A. | 6.6 |
| 07/10/2009 | Further revisions to trial brief and issues re same (2.5); revise pre-trial submission and emails re same (.5); review emails re objections to exhibits (.2). | Pasquale, K. | 3.2 |
| 07/11/2009 | Attend to motion for leave and prepare comments thereon (1.0); memorandum to KP re same (.1). | Krieger, A. | 1.1 |
| 07/12/2009 | Exchanged memoranda with R. Zubaty re trial brief (.3); attend to plan materials (.7); memorandum with S. Harvette re comments on motion to leave (.1); attend to draft exhibit list and memoranda thereon (.3). | Krieger, A. | 1.4 |
| 07/13/2009 | Draft memorandum on confirmation issue. | Garber, R. | 1.0 |
| 07/13/2009 | Attend to Joint Trial Brief and numerous memoranda with counsel at Paul Weiss and | Krieger, A. | 13.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Capstone re same (12.0); office conferences LK re comments to draft brief (.3); exchanged memoranda with local counsel re filing and service of brief, motion for leave (.6); attend to motion to leave (.2). | | |
| 07/13/2009 | Review and edit latest draft trial brief and motion to exceed page limits (1.5); emails re same (.5). | Pasquale, K. | 2.0 |
| 07/14/2009 | Write and revise memorandum on confirmation issue. | Garber, R. | 3.2 |
| 07/14/2009 | Attend to pre-trial submission (2.0); conference call Capstone re confirmation issues including feasibility and memorandum to KP re Capstone conversation (.8); further telephone calls R. Frezza re same (.1); memorandum to LK re confirmation issues (.4); memorandum to R. Riley re pre-trial submission for filing on 7/14/09 (.1); attend to memoranda re feasibility discovery (.2). | Krieger, A. | 3.6 |
| 07/14/2009 | Review memo from AK re solvency and feasibility (.2); review pre-trial submission (.3). | Kruger, L. | 0.5 |
| 07/15/2009 | Revise memorandum on confirmation issue. | Garber, R. | 3.4 |
| 07/15/2009 | Attend to trial exhibits and pre-trial submission (3.4); attend to multiple memoranda re restriction of use of solvency finding by Plan Proponents and draft motion and order and prepare memoranda thereon (1.1); attend to memorandum re plan issues (.8); office conferences R. Garber re same (.8); memorandum to KP re revised pre-trial submission (.3); memorandum to A. Rosenberg, R. Cobb re pre-trial submission (.2); attend to Plan Proponents' response to Committee's discovery request on feasibility (.3); memorandum to M. Molitor re: e-mail service (.1); attend to deposition notices, other discovery responses (.7); office conference LK re pre-trial submission (.1). | Krieger, A. | 7.8 |
| 07/15/2009 | O/c AK re pre-trial submission (.1); review pre-trial submission (.8); review memos re solvency by Plan proponents (.3); review | Kruger, L. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memo re POR issues (.3). | | |
| 07/16/2009 | Revise Memorandum on confirmation issue. | Garber, R. | 0.7 |
| 07/16/2009 | Attend to memoranda re pre-trial submission and revision to same (1.9); memoranda re draft supplemental brief on impairment, review and comment on same (3.4); telephone calls  M. Phillips re supplemental brief (.3); memoranda to KP re comments on supplemental brief (.7) attend to memoranda re deposition of Hudson La Force and P. Zilly (.1); attend to memoranda re proposed restricted use of solvency finding (.2). | Krieger, A. | 6.6 |
| 07/16/2009 | Review e-mails re Stipulation for hearing on confirmation re solvency (.3); review memo re pre-trial submission (.4); review supplemental brief on impairment (.8); review draft impairment brief (.2). | Kruger, L. | 1.7 |
| 07/16/2009 | Review and revise latest draft of pre-trial submission (.5); review and revise draft impairment brief (.6). | Pasquale, K. | 1.1 |
| 07/17/2009 | Revise Memorandum re: Confirmation issue. | Garber, R. | 1.0 |
| 07/17/2009 | Draft notices of depositions. | Harris, D. | 0.4 |
| 07/17/2009 | Attend to Supplemental Brief and memoranda with Bank Lender Group's counsel re same (2.8); office conference LK re supplemental brief (.1); telephone call M. Phillips re supplemental brief (.2); exchanged memoranda with R. Riley re supplemental brief (.2); attend to revised deposition calendar (.1); memorandum to J. Baer re 7/23/09 Grace deposition (.1); attend to draft notices (.1); memorandum to Capstone re solvency (.1); office conference LK re: substance of conversations re exit financing (.1). | Krieger, A. | 3.8 |
| 07/17/2009 | T/c's Committee member re: issues related to exit financing (.6); o/c with AK re: exit financing (.1); o/c AK re: supplemental brief (.1); review supplemental brief (.3); review memorandum with ad hoc banks; e-mail re: supplemental brief (.3). | Kruger, L. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/19/2009 | Attend to plan-related pleadings, discovery requests, case law (1.6); attend to exit financing issue (1.2). | Krieger, A. | 2.8 |
| 07/20/2009 | Provide technical support to case team to get access to virtual website (.8); load deposition transcripts and/or video to Livenote - attach errata sheet to transcript (.5). | Cromwell, M. | 1.3 |
| 07/20/2009 | Revise Memorandum re: Confirmation issue. | Garber, R. | 3.2 |
| 07/20/2009 | Attend to further changes to the Committee's Pre-Trial Submission and memoranda thereon (.7); memorandum to M. Kramer re: Debtors' response to discovery requests (.1); memoranda to S. Wolfenden and to M. Lastowski re: 7/20/09 filing and service of Joint Pre-Trial Submission and Committee's deposition notices (.8); o/c(s) LK re: exit financing (.3); attend to Debtors' discovery responses and various parties' pre-trial statements (1.8); attend to virtual data room (.7); attend to FCR and ACC's motion limiting use of court's findings and conclusions and o/c KP re: same (.4). | Krieger, A. | 4.8 |
| 07/20/2009 | Review Plan proponents supplemental brief re impairment (.4); o/c KP re exit financing issues (.3); review pre-trial submissions of parties (.5); review feasibility issues (.1). | Kruger, L. | 1.3 |
| 07/20/2009 | Attention to plan proponents' supp. impairment brief and response to Morgan Stanley (1.0); attention to debtors' responses to feasibility discovery (.3); final review and revisions to pre-trial submission (.3); confer L. Kruger re exit financing issues (.3); review parties pretrial submissions (1.0); outline direct testimony issues for hearing (1.4); emails re potential feasibility issues (.3); conference call with R. Frezza re confirmation issues (.3). | Pasquale, K. | 4.9 |
| 07/21/2009 | Revise memorandum re: confirmation issue. | Garber, R. | 1.3 |
| 07/21/2009 | Meeting with K. Pasquale re pre-trial issues (.5); draft notice of deposition (.2); research on limiting effect of solvency rulings for response (2.1). | Harris, D. | 2.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/21/2009 | O/c KP, DH re: confirmation issues (.5); attend to deposition schedule (.2); attend to Debtors' witness list and expert materials (.8); o/cs(s) LK, KP re: possible settlement discussions and interest analyses (.6); exchanged memoranda with R. Frezza re same (.3); o/c and memorandum to LK, KP re: Credit Agreement provisions (.6); memorandum re: Bank Lender Group (.2); t/c R. Frezza re: confirmation matters (.2); attend to emergence financing data room (.8); attend to confirmation materials (.9). | Krieger, A. | 5.1 |
| 07/21/2009 | Review of Plan Proponements pre-trial filings and motion re solvency (1.4); review of interest calculation (.3). | Kruger, L. | 1.7 |
| 07/21/2009 | Preparation for confirmation hearing including review of plan proponents' pre-trial filings and motion to limit effect of solvency ruling (4.0); review documents produced by debtors re feasibility (1.2). | Pasquale, K. | 5.2 |
| 07/22/2009 | Research on limiting effect of solvency ruling and email to K Pasquale re same (2.3); attention to due diligence posted on data room (.3). | Harris, D. | 2.6 |
| 07/22/2009 | Attend to Plan Proponents' Phase II pre-trial statement and related witness and exhibit materials (.7); attend to certain expert reports and deposition transcripts, other plan confirmation matters (7.1); caselaw re limitation on scope of findings (.1); t/c R. Frezza re confirmation issues (.5); exchanged memoranda with KP re confirmation materials (.2); memorandum re Royal Settlement (.1); exchanged memoranda with K. Love re deposition exhibits (.3). | Krieger, A. | 9.0 |
| 07/22/2009 | Review pre-trial submission of AIG insurers (.2); review pre-trial submission of National Union (.1); review pre-trial submission of PD Committee (.1); review pre-trial submission of BNSF (.1); preparation for confirmation hearing (1.3); review pre-trial submission of Plan proponents and exhibit materials (.4); review 7/29 agenda (.1); review Peterson deposition (.4). | Kruger, L. | 2.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/22/2009 | Prep for confirmation hearing. | Pasquale, K. | 4.8 |
| 07/23/2009 | Telephone conference with Committee regarding pre-trial conference. | Harris, D. | 0.7 |
| 07/23/2009 | Attend to materials re plan confirmation hearings (2.0); attend to updated deposition calendar (.1); conference call with KP, LK, Paul Weiss, Landis Rath counsel re 7/27/09 pre-trial hearing (.6). | Krieger, A. | 2.7 |
| 07/23/2009 | O/c KP, AK and t/c Paul Weiss, Landis Rath re preparation for 7/27 hearing (.8); review materials re hearing on 7/27 (.8); o/c KP re preparation for confirmation trial (.2). | Kruger, L. | 1.8 |
| 07/23/2009 | Prep for confirmation trial (5.2); conference call with lenders' counsel re pre-trial conference (.8); telephone conference T. Freedman re possible evidentiary stipulation (.2). | Pasquale, K. | 6.2 |
| 07/24/2009 | T/c KP re preparation for confirmation hearing (.3); review pre-trial filings (.8). | Kruger, L. | 1.1 |
| 07/24/2009 | Prep for confirmation hearing. | Pasquale, K. | 3.8 |
| 07/25/2009 | Attend to Debtors' response on solvency and memoranda thereon (.6); attend to Zilly feasibility report, Debtors' status report and related materials (2.1). | Krieger, A. | 2.7 |
| 07/25/2009 | Review debtors' pre-trial filings, e-mails and telephone conferences re same and prep for pre-trial conference. | Pasquale, K. | 3.0 |
| 07/26/2009 | Preparation for 7/27/09 pre-trial hearing (3.4); conference call KP, A. Rosenberg, R. Cobb re: 7/27/09 pre-trial hearing (.4). | Krieger, A. | 3.8 |
| 07/26/2009 | Conference call with lenders' counsel re pre-trial conference (.5); prep for hearing and further review debtors' filings (2.8). | Pasquale, K. | 3.3 |
| 07/27/2009 | Attend to confirmation materials (.8); exchanged memoranda with S. Wolfenden re: deposition notices (.1); exchanged memoranda | Krieger, A. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | with KP re: interest information and Plan Proponents Pre-Trial Statements (.3); attend to confirmation issues (.2). | | |
| 07/28/2009 | Load deposition transcripts with exhibits and/or video to Livenote. | Cromwell, M. | 2.2 |
| 07/28/2009 | Research confirmation issues (4.6); review pleadings re estimation (2.2). | Harris, D. | 6.8 |
| 07/28/2009 | Met with K. Pasquale to discuss research projects and conducted research re: confirmation issues. | Jarashow, M. | 3.4 |
| 07/28/2009 | Conference call  re: confirmation issues and follow-up office conference with KP and DH re: preparation for confirmation (2.1); attend to confirmation materials (.4); conference call with Paul Weiss re: scheduling matters (.3); attend conference call with B. Harding, E. Leon, KP others re: plan confirmation scheduling issues (.8); office conference LK re: deposition schedule (.1); telephone conference C. Freedgood re: deposition schedule (.1); telephone conference Capstone re: feasibility (.2); attend to deposition transcripts (.9); attend to memoranda re: virtual data rooms (.2). | Krieger, A. | 5.1 |
| 07/28/2009 | O/c KP and AK re results of calls re scheduling (.4); o/c KP re depositions and preparation for depositions (.3). | Kruger, L. | 0.7 |
| 07/28/2009 | Prep for and conference call with debtors re scheduling issues (1.0); preparation for confirmation hearing, including discovery and expert issues, emails re same (9.4) | Pasquale, K. | 10.4 |
| 07/29/2009 | Research confirmation issue (1.2); meeting with K. Pasquale re same (.2). | Harris, D. | 1.4 |
| 07/29/2009 | Drafted e-mail memorandum to Ken Pasquale regarding research findings and conducted additional research re: confirmation issues. | Jarashow, M. | 3.4 |
| 07/29/2009 | Attend to revised 4th amended CMO (.1); attend to memoranda re: depositions (.2); Attend to confirmation materials (3.5); t/c Capstone re: confirmation  materials (.4); o/c | Krieger, A. | 6.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | KP re: same (.4); o/c LK, KP re: settlement strategy (.4); attend to expert issues (1.0). | | |
| 07/29/2009 | Review depositions and expert issues (.5); conference call with parties re CMO (.4); o/c with AK, KP re possible approach to settlement (.4); review expert materials (.4). | Kruger, L. | 1.7 |
| 07/29/2009 | Prep for confirmation hearing, depositions, expert issues (5.1); prep for and conference call with all parties re proposed CMO (1.5); conference call with E. Leon, others re scheduling (.5) | Pasquale, K. | 7.1 |
| 07/29/2009 | Meeting w/K. Pasquale (.6); reviewing pre-trial brief (.8). | Strauss, J. | 1.4 |
| 07/30/2009 | Conducted research re: confirmation issue. | Jarashow, M. | 4.1 |
| 07/30/2009 | Conference call KP, M. Jarashow, R. Cobb, A. Rosenberg re: confirmation issues (.8); attend to memoranda re: deposition schedules, witness designations (.9); attend to plan confirmation materials (2.1). | Krieger, A. | 3.8 |
| 07/30/2009 | Obtain 10k's for W.R. Grace for K. Pasquale. | Krieger, D. | 0.4 |
| 07/30/2009 | O/c with KP and AK and t/c Rosenberg, Cobb re preparation for deposition and confirmation hearing. | Kruger, L. | 0.8 |
| 07/30/2009 | Preparation for confirmation hearing, discovery, expert issues and report, including e-mails and telephone conferences with opposing counsel and lenders' counsel. | Pasquale, K. | 6.3 |
| 07/31/2009 | Load deposition transcripts with exhibits and/or video to Livenote. | Cromwell, M. | 1.0 |
| 07/31/2009 | Concluded research for and drafted memorandum to Ken Pasquale regarding confirmation issue. | Jarashow, M. | 5.5 |
| 07/31/2009 | Attend to memoranda re: confirmation strategy and materials. | Krieger, A. | 0.4 |
| 07/31/2009 | Prep for confirmation hearing, depositions expert report. | Pasquale, K. | 5.4 |
| 07/31/2009 | Reviewing pre-trial brief. | Strauss, J. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cromwell, Marlon E. | 11.1 | $ 235 | $ 2,608.50 |
| Garber, Russell D. | 18.7 | 210 | 3,927.00 |
| Harris, Daniel J. | 14.7 | 325 | 4,777.50 |
| Jarashow, Mark S. | 16.4 | 345 | 5,658.00 |
| Krieger, Arlene G. | 121.6 | 675 | 82,080.00 |
| Krieger, Dmitriy | 0.4 | 205 | 82.00 |
| Kruger, Lewis | 16.9 | 995 | 16,815.50 |
| Pasquale, Kenneth | 92.9 | 825 | 76,642.50 |
| Strauss, Joseph E. | 3.5 | 610 | 2,135.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 194,726.00 |
|------------------------------------------|--------------|

| TOTAL FOR THIS MATTER | $ 194,726.00 |
|-----------------------|--------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings 699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/07/2009 | Memorandum to KP re 7/9/09 hearings. | Krieger, A. | 0.1 |
| 07/09/2009 | Attend (telephonically) 7/9/09 court hearing re motion to strike Florence rebuttal report, other. | Krieger, A. | 0.6 |
| 07/14/2009 | Attend to court orders re 7/27/09 hearing, 7/23/09 hearing. | Krieger, A. | 0.2 |
| 07/17/2009 | Attend to J. Baer and other memoranda re 7/21/09 hearing. | Krieger, A. | 0.2 |
| 07/21/2009 | Attend to memoranda re: 7/27/09 hearing (.1); attend to agenda notice (.1). | Krieger, A. | 0.2 |
| 07/22/2009 | Attend to agenda notice for 7/27/09 hearing. | Krieger, A. | 0.2 |
| 07/24/2009 | Prep for July 27 pre trial hearing. | Pasquale, K. | 1.2 |
| 07/27/2009 | Attend (telephonic) hearing re: confirmation issues and schedule, Royal Insurance settlement, other (5.0); t/c KP re: hearing (.3); t/c R. Frezza re hearing, schedule for expert report (.4). | Krieger, A. | 5.7 |
| 07/27/2009 | Prep for and participated in pre-trial conference (5.5); confer lenders' counsel re: same (.8). | Pasquale, K. | 6.3 |
| 07/30/2009 | Attend continued 7/27/09 telephonic hearing re: various confirmation hearing-related matters. | Krieger, A. | 2.9 |
| 07/30/2009 | Review of materials and o/c KP and t/c court and parties re process and issues for confirmation. | Kruger, L. | 0.9 |
| 07/30/2009 | Prep for and court hearing re pretrial issues (telephonic). | Pasquale, K. | 3.3 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.1 | $ 675 | $ 6,817.50 |
| Kruger, Lewis | 0.9 | 995 | 895.50 |
| Pasquale, Kenneth | 10.8 | 825 | 8,910.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,623.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,623.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 296,416.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 17,306.20 |
| TOTAL BILL | $ 313,722.70 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.