# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JULY 1, 2009 - JULY 31, 2009**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 21.4 | $ 995 | $ 21,293.00 |
| Pasquale, Kenneth | 108.8 | 825 | 89,760.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Berg, Madelaine | 0.2 | 650 | 130.00 |
| Harris, Daniel J. | 20.0 | 325 | 6,500.00 |
| Jarashow, Mark S. | 16.4 | 345 | 5,658.00 |
| Krieger, Arlene G. | 216.9 | 675 | 146,407.50 |
| Strauss, Joseph E. | 3.5 | 610 | 2,135.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Cromwell, Marlon E. | 11.1 | 235 | 2,608.50 |
| Garber, Russell D. | 18.7 | 210 | 3,927.00 |
| Holzberg, Ethel H. | 19.9 | 275 | 5,472.50 |
| Krieger, Dmitriy | 0.4 | 205 | 82.00 |
| Mohamed, David | 68.8 | 180 | 12,384.00 |
| Wojcik, Mark R. | 0.2 | 295 | 59.00 |
|  |  |  |  |
| **Sub Total** | **506.3** |  | **$ 296,416.50** |
| **Less 50% Travel** | **(2.0)** |  | **(1,650.00)** |
| **Total** | **504.3** |  | **$ 294,766.50** |