# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2009 - JULY 31, 2009**

| | |
|---|---:|
| Outside Messenger Service | $ 26.87 |
| Meals | 23.00 |
| Local Transportation | 39.88 |
| Long Distance Telephone | 262.52 |
| Duplicating Costs-in House | 477.90 |
| Court Reporting Services | 4,117.06 |
| O/S Information Services | 416.48 |
| Word Processing | 18.00 |
| Travel Expenses - Transportation | 4,317.62 |
| Travel Expenses - Lodging | 396.72 |
| Travel Expenses - Meals | 52.15 |
| Westlaw | 7,158.00 |
| | |
| **TOTAL** | **$17,306.20** |

# STROOCK

**DISBURSEMENT REGISTER**

| | |
|---|---|
| DATE | September 2, 2009 |
| INVOICE NO. | 482600 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through July 31, 2009, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 07/06/2009 | VENDOR: UPS; INVOICE#: 0000010X827279; DATE: 07/04/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270190111043 on 07/01/2009 | 6.08 |
| 07/06/2009 | VENDOR: UPS; INVOICE#: 0000010X827279; DATE: 07/04/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193632663 on 07/01/2009 | 6.08 |
| 07/06/2009 | VENDOR: UPS; INVOICE#: 0000010X827279; DATE: 07/04/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193995450 on 07/01/2009 | 8.63 |
| 07/06/2009 | VENDOR: UPS; INVOICE#: 0000010X827279; DATE: 07/04/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194075433 on 07/01/2009 | 6.08 |
| **Outside Messenger Service Total** | | **26.87** |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Meals** | | |
| 07/23/2009 | VENDOR(EE): AKRIEGER: 07/13/09 - 07/13/09; Working late re preparation of Trial Brief on Confirmation - 7/13/09 | 23.00 |
| **Meals Total** | | **23.00** |
| **Local Transportation** | | |
| 07/22/2009 | VENDOR: NYC Taxi; Invoice#: 870509; Invoice Date: 07/17/2009; Voucher #: 912646328; Arlene Krieger 07/13/2009 22:54 from 180 MAIDEN LA MANHATTAN NY to 40 E 80 ST MANHATTAN NY | 39.88 |
| **Local Transportation Total** | | **39.88** |
| **Long Distance Telephone** | | |
| 05/31/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-053109; DATE: 5/31/2009 - Teleconference     05-28-09 | 30.85 |
| 07/07/2009 | EXTN.795562, TEL.3126412162, S.T.11:00, DUR.00:00:27 | 0.56 |
| 07/07/2009 | EXTN.795562, TEL.2028625065, S.T.11:08, DUR.00:00:10 | 0.56 |
| 07/07/2009 | EXTN.795562, TEL.3128622422, S.T.18:00, DUR.00:00:26 | 0.56 |
| 07/07/2009 | EXTN.795562, TEL.2155684480, S.T.18:32, DUR.00:00:10 | 0.56 |
| 07/08/2009 | EXTN.795544, TEL.3126412162, S.T.15:46, DUR.00:03:05 | 2.22 |
| 07/08/2009 | EXTN.795562, TEL.3024279500, S.T.09:26, DUR.00:03:13 | 2.22 |
| 07/09/2009 | EXTN.795562, TEL.3128622422, S.T.16:47, DUR.00:02:51 | 1.67 |
| 07/13/2009 | EXTN.795430, TEL.4105314212, S.T.16:38, DUR.00:00:23 | 0.56 |
| 07/14/2009 | EXTN.795544, TEL.2015877123, S.T.12:52, DUR.00:00:13 | 0.56 |
| 07/15/2009 | VENDOR: Chase Card Services; INVOICE#: 070209; DATE: 7/2/2009 - visa charge  6/29/09 Court Call LLC | 121.00 |
| 07/21/2009 | EXTN.795544, TEL.2015877123, S.T.16:26, DUR.00:10:17 | 6.12 |
| 07/21/2009 | EXTN.795544, TEL.3126412162, S.T.18:53, DUR.00:00:36 | 0.56 |
| 07/24/2009 | EXTN.795562, TEL.2015877123, S.T.13:56, DUR.00:03:34 | 2.22 |
| 07/27/2009 | EXTN.795544, TEL.2015877123, S.T.15:01, DUR.00:21:54 | 12.23 |
| 07/28/2009 | EXTN.795544, TEL.2015877123, S.T.10:59, DUR.00:07:01 | 4.45 |
| 07/28/2009 | EXTN.795562, TEL.2015412126, S.T.17:48, DUR.00:01:12 | 1.11 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/29/2009 | EXTN.795562, TEL.2015877123, S.T.09:47, DUR.00:05:24 | 3.34 |
| 07/29/2009 | EXTN.795562, TEL.2023398516, S.T.11:37, DUR.00:02:15 | 1.67 |
| 07/29/2009 | EXTN.795827, TEL.3128622819, S.T.11:56, DUR.00:02:49 | 1.67 |
| 07/29/2009 | EXTN.795562, TEL.2023398516, S.T.18:44, DUR.00:18:18 | 10.56 |
| 07/29/2009 | EXTN.795544, TEL.2015877123, S.T.12:25, DUR.00:01:32 | 1.11 |
| 07/29/2009 | EXTN.795562, TEL.2023398516, S.T.13:23, DUR.00:00:01 | 0.56 |
| 07/29/2009 | EXTN.795562, TEL.2023398516, S.T.13:34, DUR.00:00:01 | 0.56 |
| 07/29/2009 | EXTN.795827, TEL.3128622819, S.T.15:22, DUR.00:02:06 | 1.67 |
| 07/29/2009 | EXTN.795430, TEL.4105314212, S.T.15:25, DUR.00:00:21 | 0.56 |
| 07/29/2009 | EXTN.795430, TEL.4105314212, S.T.15:26, DUR.00:08:16 | 5.00 |
| 07/29/2009 | EXTN.795562, TEL.2015877123, S.T.17:23, DUR.00:49:53 | 27.80 |
| 07/30/2009 | EXTN.795544, TEL.2015877144, S.T.10:17, DUR.00:15:02 | 8.90 |
| 07/30/2009 | EXTN.795544, TEL.2015877144, S.T.14:52, DUR.00:11:52 | 6.67 |
| 07/30/2009 | EXTN.795544, TEL.3128768000, S.T.17:12, DUR.00:03:44 | 2.22 |
| 07/31/2009 | EXTN.795544, TEL.2015877123, S.T.13:12, DUR.00:01:31 | 1.11 |
| 07/31/2009 | EXTN.795544, TEL.2015877123, S.T.10:57, DUR.00:01:09 | 1.11 |
| **Long Distance Telephone Total** | | **262.52** |

**Duplicating Costs-in House**
| | | |
|---|---|---:|
| 07/09/2009 | | 2.00 |
| 07/15/2009 | | 0.50 |
| 07/15/2009 | | 2.10 |
| 07/15/2009 | | 60.60 |
| 07/15/2009 | | 14.00 |
| 07/15/2009 | | 42.00 |
| 07/15/2009 | | 34.10 |
| 07/22/2009 | | 22.80 |
| 07/22/2009 | | 60.60 |
| 07/22/2009 | | 1.70 |
| 07/22/2009 | | 0.40 |
| 07/28/2009 | | 125.60 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/29/2009 | | 65.00 |
| 07/30/2009 | | 45.00 |
| 07/30/2009 | | 0.10 |
| 07/30/2009 | | 1.30 |
| 07/30/2009 | | 0.10 |
| | **Duplicating Costs-in House Total** | **477.90** |
| | | |
| **Court Reporting Services** | | |
| 07/20/2009 | VENDOR: Wilcox & Fetzer Ltd; INVOICE#: 20091395;  In Re: W.R. Grace & Co, et al - Deposition Transcript. | 758.01 |
| 07/21/2009 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1066232; DATE: 7/13/2009  -  Deposition of Pamela Zilly | 959.05 |
| 07/22/2009 | VENDOR: Magna Legal Services; INVOICE#: 30283; DATE: 5/28/2009  -  In Re: W.R. Grace & Co., et al - Deposition Transcript. | 2,400.00 |
| | **Court Reporting Services Total** | **4,117.06** |
| | | |
| **O/S Information Services** | | |
| 07/20/2009 | Pacer Search Service on 1/22/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 2/3/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 2/24/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 2/26/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 3/10/2009 | 0.32 |
| 07/20/2009 | Pacer Search Service on 3/20/2009 | 0.32 |
| 07/20/2009 | Pacer Search Service on 1/5/2009 | 5.76 |
| 07/20/2009 | Pacer Search Service on 1/5/2009 | 2.72 |
| 07/20/2009 | Pacer Search Service on 1/6/2009 | 5.28 |
| 07/20/2009 | Pacer Search Service on 1/7/2009 | 12.32 |
| 07/20/2009 | Pacer Search Service on 1/8/2009 | 2.56 |
| 07/20/2009 | Pacer Search Service on 1/8/2009 | 0.32 |
| 07/20/2009 | Pacer Search Service on 1/9/2009 | 0.48 |
| 07/20/2009 | Pacer Search Service on 1/12/2009 | 1.84 |
| 07/20/2009 | Pacer Search Service on 1/13/2009 | 0.72 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/20/2009 | Pacer Search Service on 1/13/2009 | 0.48 |
| 07/20/2009 | Pacer Search Service on 1/15/2009 | 24.96 |
| 07/20/2009 | Pacer Search Service on 1/16/2009 | 26.56 |
| 07/20/2009 | Pacer Search Service on 1/20/2009 | 3.84 |
| 07/20/2009 | Pacer Search Service on 1/21/2009 | 7.12 |
| 07/20/2009 | Pacer Search Service on 1/22/2009 | 2.88 |
| 07/20/2009 | Pacer Search Service on 1/23/2009 | 2.48 |
| 07/20/2009 | Pacer Search Service on 1/25/2009 | 0.64 |
| 07/20/2009 | Pacer Search Service on 1/26/2009 | 2.16 |
| 07/20/2009 | Pacer Search Service on 1/27/2009 | 1.36 |
| 07/20/2009 | Pacer Search Service on 1/27/2009 | 0.08 |
| 07/20/2009 | Pacer Search Service on 1/28/2009 | 1.68 |
| 07/20/2009 | Pacer Search Service on 1/29/2009 | 0.56 |
| 07/20/2009 | Pacer Search Service on 1/30/2009 | 1.04 |
| 07/20/2009 | Pacer Search Service on 2/2/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 2/3/2009 | 11.52 |
| 07/20/2009 | Pacer Search Service on 2/4/2009 | 67.92 |
| 07/20/2009 | Pacer Search Service on 2/4/2009 | 2.00 |
| 07/20/2009 | Pacer Search Service on 2/5/2009 | 18.24 |
| 07/20/2009 | Pacer Search Service on 2/9/2009 | 1.36 |
| 07/20/2009 | Pacer Search Service on 2/10/2009 | 10.24 |
| 07/20/2009 | Pacer Search Service on 2/13/2009 | 3.44 |
| 07/20/2009 | Pacer Search Service on 2/17/2009 | 13.92 |
| 07/20/2009 | Pacer Search Service on 2/18/2009 | 1.84 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/20/2009 | Pacer Search Service on 2/19/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 2/20/2009 | 25.44 |
| 07/20/2009 | Pacer Search Service on 2/20/2009 | 1.04 |
| 07/20/2009 | Pacer Search Service on 2/22/2009 | 1.04 |
| 07/20/2009 | Pacer Search Service on 2/24/2009 | 1.28 |
| 07/20/2009 | Pacer Search Service on 2/25/2009 | 4.88 |
| 07/20/2009 | Pacer Search Service on 2/26/2009 | 4.24 |
| 07/20/2009 | Pacer Search Service on 2/27/2009 | 3.44 |
| 07/20/2009 | Pacer Search Service on 2/27/2009 | 0.24 |
| 07/20/2009 | Pacer Search Service on 3/1/2009 | 0.24 |
| 07/20/2009 | Pacer Search Service on 3/2/2009 | 26.16 |
| 07/20/2009 | Pacer Search Service on 3/3/2009 | 0.32 |
| 07/20/2009 | Pacer Search Service on 3/4/2009 | 0.56 |
| 07/20/2009 | Pacer Search Service on 3/6/2009 | 4.96 |
| 07/20/2009 | Pacer Search Service on 3/9/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 3/10/2009 | 14.72 |
| 07/20/2009 | Pacer Search Service on 3/11/2009 | 5.04 |
| 07/20/2009 | Pacer Search Service on 3/12/2009 | 2.16 |
| 07/20/2009 | Pacer Search Service on 3/13/2009 | 1.84 |
| 07/20/2009 | Pacer Search Service on 3/13/2009 | 0.64 |
| 07/20/2009 | Pacer Search Service on 3/16/2009 | 19.28 |
| 07/20/2009 | Pacer Search Service on 3/17/2009 | 6.72 |
| 07/20/2009 | Pacer Search Service on 3/17/2009 | 1.04 |
| 07/20/2009 | Pacer Search Service on 3/18/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 3/19/2009 | 3.28 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/20/2009 | Pacer Search Service on 3/20/2009 | 1.92 |
| 07/20/2009 | Pacer Search Service on 3/20/2009 | 1.20 |
| 07/20/2009 | Pacer Search Service on 3/23/2009 | 1.76 |
| 07/20/2009 | Pacer Search Service on 3/23/2009 | 0.40 |
| 07/20/2009 | Pacer Search Service on 3/24/2009 | 10.80 |
| 07/20/2009 | Pacer Search Service on 3/24/2009 | 0.80 |
| 07/20/2009 | Pacer Search Service on 3/25/2009 | 8.24 |
| 07/20/2009 | Pacer Search Service on 3/26/2009 | 2.32 |
| 07/20/2009 | Pacer Search Service on 3/27/2009 | 1.20 |
| 07/20/2009 | Pacer Search Service on 3/27/2009 | 0.40 |
| 07/20/2009 | Pacer Search Service on 3/30/2009 | 5.12 |
| 07/20/2009 | Pacer Search Service on 3/31/2009 | 9.60 |
| 07/20/2009 | Pacer Search Service on 1/22/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 2/3/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 2/24/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 2/26/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 3/10/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 3/20/2009 | 0.16 |
| 07/20/2009 | Pacer Search Service on 3/9/2009 | 2.80 |
| 07/20/2009 | Pacer Search Service on 3/17/2009 | 0.16 |
| | **O/S Information Services Total** | **416.48** |

**Travel Expenses - Transportation**

| | | |
|---|---|---:|
| 07/08/2009 | VENDOR: AMEX; KRIEGER/ARLENE JFK PIT JFK on 06/12/2009 | 309.20 |
| 07/08/2009 | VENDOR: AMEX; KRIEGER/ARLENE on 06/12/2009 | 32.25 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/08/2009 | VENDOR: AMEX; KRIEGER/ARLENE LGA PIT LGA on 06/13/2009 | 225.20 |
| 07/08/2009 | VENDOR: AMEX; KRIEGER/ARLENE on 06/13/2009 | 32.25 |
| 07/08/2009 | VENDOR: AMEX; KRIEGER/ARLENE PIT EWR on 06/18/2009 | 429.60 |
| 07/08/2009 | VENDOR: AMEX; KRIEGER/ARLENE PIT LGA on 06/23/2009 | 85.60 |
| 07/08/2009 | VENDOR: AMEX; KRIEGER/ARLENE on 06/23/2009 | 32.25 |
| 07/08/2009 | VENDOR: AMEX; KRUGER/LEWIS on 06/19/2009 | 10.00 |
| 07/08/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 06/11/2009 | 889.20 |
| 07/08/2009 | VENDOR: NYC Taxi; Invoice#: 868608; Invoice Date: 06/26/2009; Voucher #: 27097; Arlene Krieger 06/18/2009 06:30 from 10 EAST END AVE MANHATTAN NY to JFK Airport Jamaica NY for trip to Pittsburgh for Court hearing. | 75.75 |
| 07/08/2009 | VENDOR: NYC Taxi; Invoice#: 868608; Invoice Date: 06/26/2009; Voucher #: 258014; Arlene Krieger 06/21/2009 16:30 from 10 EAST END AVE MANHATTAN NY to LaGuardia Airport Flushing NY for trip to Pittsburgh for Court hearing. | 59.20 |
| 07/10/2009 | VENDOR(EE): AKRIEGER: 06/18/09; Taxi fare from Newark Airport following trip to Pittsburgh, PA for W. R. Grace hearing | 107.00 |
| 07/10/2009 | VENDOR(EE): AKRIEGER: 06/21/09 - 06/23/09; Baggage Fee - 6/21/09 | 15.00 |
| 07/10/2009 | VENDOR(EE): AKRIEGER: 06/21/09 - 06/23/09; Baggage Fee - 6/23/09 | 15.00 |
| 07/10/2009 | VENDOR(EE): AKRIEGER: 06/21/09 - 06/23/09; Taxi from Omni Willliam Penn Hotel to Pittsburgh Airport - 6/23/09 | 45.00 |
| 07/10/2009 | VENDOR(EE): AKRIEGER: 06/21/09 - 06/23/09; Taxi from LaGuardia Airport to home - 6/23/09 following trip to Pittsburgh. | 33.00 |
| 07/14/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 06/11/2009 | 32.25 |
| 07/14/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 06/16/2009 | 520.20 |
| 07/14/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 06/16/2009 | 32.25 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/14/2009 | VENDOR: AMEX; PASQUALE/KENNETH PIT EWR on 06/18/2009 | 429.60 |
| 07/14/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 06/18/2009 | 32.25 |
| 07/15/2009 | VENDOR: Chase Card Services; INVOICE#: 070209; DATE: 7/2/2009 - visa charge 6/22/09 non-refundable agent fee L. Kruger 6/21/09 LGA to Pittsburgh | 45.00 |
| 07/15/2009 | VENDOR: Chase Card Services; INVOICE#: 070209; DATE: 7/2/2009 - visa charge 6/9/09 non-refundable agent fee L Kruger 6/22/09 return from Pittsburgh trip | 45.00 |
| 07/15/2009 | VENDOR: Chase Card Services; INVOICE#: 070209; DATE: 7/2/2009 - visa charge 6/20/09 L Kruger 6/21/09 LGA to Pittsburgh | 359.20 |
| 07/21/2009 | VENDOR: London Towncars, Inc.; INVOICE#: 51021; DATE: 7/2/2009 L Kruger 6/21/09 NYC Manhattan to LGA Airport for trip to Pittsburgh for Court hearing. | 133.79 |
| 07/21/2009 | VENDOR: London Towncars, Inc.; INVOICE#: 51021; DATE: 7/2/2009 L Kruger 6/23/09 LGA Airport to NYC Manhattan following trip to Pittsburgh. | 134.88 |
| 07/31/2009 | VENDOR(EE): KPASQUALE: 07/27/09 - 07/27/09; Court hearing in Wilmington, DE - July 27, 2009, taxi fares. | 149.20 |
| 07/31/2009 | VENDOR(EE): KPASQUALE: 07/27/09 - 07/27/09; Court hearing in Wilmington, DE - July 27, 2009, taxi fares. | 8.50 |
| | **Travel Expenses - Transportation Total** | **4,317.62** |

**Travel Expenses - Lodging**

| | | |
|---|---|---:|
| 07/10/2009 | VENDOR(EE): AKRIEGER: 06/21/09 - 06/23/09; Omni William Penn Hotel - 6/21 to 6/23/09 | 396.72 |
| | **Travel Expenses - Lodging Total** | **396.72** |

**Travel Expenses - Meals**

| | | |
|---|---|---:|
| 07/10/2009 | VENDOR(EE): AKRIEGER: 06/21/09 - 06/23/09; Court hearing in Pittsburgh, Breakfast for K. Pasquale and A. Krieger - 6/23/09 | 42.15 |
| 07/31/2009 | VENDOR(EE): KPASQUALE: 07/27/09 - 07/27/09; Court hearing in Wilmington, DE - July 27, 2009 - with R. Cobb (lost receipt) | 10.00 |
| | **Travel Expenses - Meals Total** | **52.15** |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| **Westlaw** | | |
| 07/07/2009 | Duration 0:18:10; by Garber, Russell D. | 1,740.58 |
| 07/08/2009 | Transactional Search by Pasquale, Kenneth | 27.50 |
| 07/08/2009 | Duration 0:06:01; by Garber, Russell D. | 189.92 |
| 07/14/2009 | Duration 0:02:49; by Garber, Russell D. | 110.18 |
| 07/15/2009 | Transactional Search by Garber, Russell D. | 390.50 |
| 07/17/2009 | Transactional Search by Garber, Russell D. | 91.50 |
| 07/20/2009 | Transactional Search by Garber, Russell D. | 37.50 |
| 07/21/2009 | Transactional Search by Harris, Daniel J. | 264.00 |
| 07/21/2009 | Transactional Search by Garber, Russell D. | 140.50 |
| 07/22/2009 | Transactional Search by Harris, Daniel J. | 52.50 |
| 07/24/2009 | Transactional Search by Harris, Daniel J. | 591.75 |
| 07/28/2009 | Transactional Search by Jarashow, Mark S. | 972.50 |
| 07/28/2009 | Transactional Search by Harris, Daniel J. | 746.75 |
| 07/29/2009 | Transactional Search by Jarashow, Mark S. | 649.25 |
| 07/29/2009 | Transactional Search by Harris, Daniel J. | 173.00 |
| 07/30/2009 | Transactional Search by Krieger, Arlene G. | 82.50 |
| 07/30/2009 | Transactional Search by Jarashow, Mark S. | 433.00 |
| 07/31/2009 | Duration 0:07:45; by Strauss, Joseph E. | 130.82 |
| 07/31/2009 | Transactional Search by Jarashow, Mark S. | 333.75 |
| **Westlaw Total** | | **7,158.00** |
| **Word Processing - Logit** | | |
| 07/26/2009 | | 18.00 |
| **Word Processing - Logit Total** | | **18.00** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

BILL DISBURSEMENT SUMMARY

| | |
|---|---:|
| Outside Messenger Service | $ 26.87 |
| Meals | 23.00 |
| Local Transportation | 39.88 |
| Long Distance Telephone | 262.52 |
| Duplicating Costs-in House | 477.90 |
| Court Reporting Services | 4117.06 |
| O/S Information Services | 416.48 |
| Word Processing | 18.00 |
| Travel Expenses - Transportation | 4317.62 |
| Travel Expenses - Lodging | 396.72 |
| Travel Expenses - Meals | 52.15 |
| Westlaw | 7158.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 17,306.20 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.