IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Re: Docket No. _____ |

## ORDER SCHEDULING OMNIBUS HEARING DATES FOR 2010

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled omnibus hearing dates and has established certain deadlines in the above-captioned chapter 11 cases consistent with the Court's Order Establishing Case Management Procedures and Hearing Schedule (Docket No. 1948). The omnibus hearing dates and certain deadlines for 2010 are set forth on the schedule attached hereto as Exhibit "A".

Dated: _____, 2009

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Exhibit A

# Exhibit A
**Omnibus Hearing Dates and Filing and Objection Deadlines**

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines (35 days) | Objection Deadlines (17 days) | Preliminary Agenda Due (2 weeks) | Final Agenda Due (7 days) |
|---|---|---|---|---|
| January 25, 2010 at 10:30 a.m. | December 21, 2009 | January 8, 2010 | January 11, 2010 | January 15, 2010 |
| February 22, 2010 at 10:30 a.m. | January 15, 2010 | February 5, 2010 | February 8, 2010 | February 12, 2010 |
| March 22, 2010 at 10:30 a.m. (34th Quarterly Fee Hearing) | February 12, 2010 | March 5, 2010 | March 8, 2010 | March 15, 2010 |
| April 12, 2010 at 10:30 a.m. | March 8, 2010 | March 26, 2010 | March 29, 2010 | April 5, 2010 |
| May 3, 2010 at 10:30 a.m. | March 29, 2010 | April 16, 2010 | April 19, 2010 | April 26, 2010 |
| June 7, 2010 at 10:30 a.m. (35th Quarterly Fee Hearing) | May 3, 2010 | May 21, 2010 | May 24, 2010 | May 28, 2010 |
| July 12, 2010 at 10:30 a.m. | June 7, 2010 | June 25, 2010 | June 28, 2010 | July 2, 2010 |
| August 9, 2010 at 10:30 a.m. | July 2, 2010 | July 23, 2010 | July 26, 2010 | August 2, 2010 |
| September 13, 2010 at 10:30 a.m. (36th Quarterly Fee Hearing) | August 9, 2010 | August 27, 2010 | August 30, 2010 | September 3, 2010 |
| October 18, 2010 at 10:30 a.m. | September 13, 2010 | October 1, 2010 | October 4, 2010 | October 8, 2010 |
| November 15, 2010 at 10:30 a.m. | October 8, 2010 | October 29, 2010 | November 1, 2010 | November 8, 2010 |
| December 13, 2010 at 10:30 a.m. (37th Quarterly Fee Hearing) | November 8, 2010 | November 26, 2010 | November 29, 2010 | December 6, 2010 |