# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the attached certification, undersigned counsel moves the admission *pro hac vice* of Marnie E. Simon, Esquire, an attorney with Stevens & Lee, P. C., 1818 Market Street, 29th Floor, Philadelphia, PA, 19103-1702, to represent Fireman's Fund Insurance Company, Allianz S.P.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft in the above-captioned bankruptcy cases.

Dated: September 3, 2009

STEVENS & LEE, P.C.

/s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 425-3308
Fax: (610) 371-8515
E-Mail: jdd@stevenslee.com

*Counsel for Fireman's Fund Insurance Company, Allianz S.P.A., f/k/a Riunione Adriatica Di Sicurta, And Allianz SE, f/k/a Allianz Aktiengesellschaft*

**MOTION GRANTED**

Date: September 28, 2009

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge    SJS

DKT. NO. 23134
DT. FILED 9/4/09

09/03/09/SL1 945582v1/021630.00003

## CERTIFICATION OF MARNIE E. SIMON IN CONNECTION WITH MOTION FOR HER ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

/s/ Marnie E. Simon
Marnie E. Simon
(Member of Pennsylvania Bar)
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Telephone: (215) 751-2885
Telecopier: (610) 371-8505
Email: mes@stevenslee.com

## CERTIFICATE OF SERVICE

John D. Demmy hereby certifies that on this 3rd day of September, 2009, and in addition to the service provided under the Court's CM/ECF system, true and correct copies of the foregoing Motion for Admission Pro Hac Vice were served by first class United States mail, postage prepaid, on the following persons:

Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor, Esquire
Joseph M. Barry, Esquire
1000 West Street, 17th Floor
Wilmington, DE  19801

Foley & Lardner, LLP
Stephen I. Burr, Esquire
111 Huntington Avenue
Boston, MA  02199

Greenberg Traurig, LLP
Michael H. Goldstein, Esquires
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

Greenberg Traurig, LLP
Donald J. Detweiler, Esquire
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

/s/ John D. Demmy
John D. Demmy

09/03/09/SL1 945582v1/021630.00003