# Exhibit A

W.R. Grace – 32nd Interim (January – March 2009)
Fee and Expense Chart with Recommendations
Exhibit A

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21661 | TOTAL: | $750,505.00 | $7,987.34 | $750,505.00 | $7,987.34 |

| DAVID T. AUSTERN | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22621 | TOTAL: | $9,300.00 | 0.00 | $9,300.00 | 0.00 |

| JANET S. BAER, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21609 | TOTAL: | $189,125.00 | $3,866.87 | $189,125.00 | $3,866.87 |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ (31st and 32nd) | | | | | | |
|---|---|---|---|---|---|---|
| | Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31st | 22196 | TOTAL: | $60,000.00 | $315.76 | $60,000.00 | $315.76 |
| 32nd | 22197 | TOTAL: | $60,000.00 | $8.61 | $60,000.00 | $8.61 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22356 | TOTAL: | $72,950.00 | $564.55 | $72,950.00 | $564.55 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21679 | TOTAL | $233,273.50 | $44,258.67 | $233,273.50 | $44,230.65 |

1

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22345 | TOTAL: | $400,000.00 | $2,763.64 | $400,000.00 | $2,763.64 |

| BMC GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22877 | TOTAL: | $175,217.50 | $8,919.06 | $175,217.50 | $8,919.06 |

| BUCHANAN INGERSOLL & ROONEY PC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21667 | TOTAL: | $68,169.50 | $137.90 | $67,892.00 | $137.90 |

| CAMPBELL & LEVINE, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21662 | TOTAL: | $112,640.00 | $16,815.39 | $112,618.00 | $16,815.39 |

| CAPLIN & DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21664 | TOTAL: | $919,553.00 | $52,359.70 | $916,283.00 | $52,305.70 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21730 | TOTAL: | $181,278.50 | $688.30 | $181,278.50 | $688.30 |

2

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21675 | TOTAL: | $65,478.50 | $46,924.64 | $65,478.50 | $46,924.64 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21660 | TOTAL: | $68,992.50 | $3.92 | $68,580.00 | $3.92 |

| DAY PITNEY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21547 | TOTAL: | $30,747.50 | $4.00 | $30,747.50 | $4.00 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21992 | TOTAL: | $115,441.00 | $3,603.58 | $115,412.00 | $3,153.13 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21656 | TOTAL: | $90,249.00 | $5,239.78 | $90,249.00 | $5,239.78 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21607 | TOTAL: | $70,516.00 | $4,432.53 | $70,516.00 | $4,432.53 |

| HAMILTON, RABINOVITZ & ALSCHULER, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21680 | TOTAL: | $2,812.50 | 0.00 | $2,812.50 | 0.00 |

3

| KIRKLAND & ELLIS, LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21725 | TOTAL: | $11,105,186.50 | $2,965,262.20 | $10,198,760.20[1] | $2,964,767.50 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21689 | TOTAL: | $197,550.00 | $5,059.19 | $197,494.00 | $5,059.19 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21659 | TOTAL: | $269,270.00 | 0.00 | $269,270.00 | 0.00 |

| NELSON MULLINS RILEY & SCARBOROUGH, LLP (31st and 32nd) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31st | 22290 | TOTAL: | $17,763.00 | $75.87 | $17,763.00 | $75.87 |
| 32nd | 22656 | TOTAL: | $2,450.50 | $64.87 | $2,450.50 | $64.87 |

| OGILVY RENAULT LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21608 | TOTAL: | CDN$57,332.00 | CDN$925.75 | CDN$57,332.00 | CDN$925.75 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22253 | TOTAL: | $1,497,820.75 | $56,151.13 | $1,495,903.25 | $56,047.01 |

---

[1] This sum reflects Kirkland & Ellis' agreement with the Debtors to voluntarily reduce its fees by $906,426.30.

4

| PACHULSKI STANG ZIEHL & JONES LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22596 | TOTAL: | $134,677.00 | $133,597.47 | $134,677.00 | $133,597.47 |

| PHILLIPS GOLDMAN & SPENCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21743 | TOTAL: | $56,699.50 | $2,764.55 | $56,699.50 | $2,764.55 |

| PIPER JAFFREY & CO. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22254 | TOTAL: | $100,000.00 | $144.48 | $100,000.00 | $144.48 |

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21644 | TOTAL: | $1,171,927.72 | $39,042.35 | $1,171,927.72 | $27,102.25 |

| PRICEWATERHOUSECOOPERS LLP (Advisory Services Project 2009) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22096 | TOTAL: | $149,994.00 | $17,492.95 | $149,994.00 | $17,492.95 |

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21578 | TOTAL: | $476,666.50 | $211,601.03 | $476,666.50 | $211,601.03 |

5

| ALAN B. RICH | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21676 | TOTAL: | $114,425.00 | $9,694.20 | $114,425.00 | $9,694.20 |

| ALEXANDER M. SANDERS, JR. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21700 | TOTAL: | $27,860.00 | $2,305.49 | $27,410.00 | $2,313.49 |

| STEPTOE & JOHNSON LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22654 22964 (Amended) | TOTAL: | $115,215.00 | $712.24 | $113,102.00 | $712.24 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21937 | TOTAL: | $437,100.75 | $7,356.35 | $433,438.75 | $7,356.35 |

| TOWERS PERRIN TILLINGHAST | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22255 | TOTAL: | $4,167.50 | $0.00 | $4,167.50 | $0.00 |

| TRE ANGELI LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22620 | TOTAL: | $150,000.00 | $485.98 | $150,000.00 | $485.98 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21645 | TOTAL: | $43,491.00 | $951.17 | $43,491.00 | $951.17 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22018 | TOTAL: | $52,906.00 | $409.50 | $52,906.00 | $409.50 |