IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: October 19, 2009 at 4:00 p.m. |

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 12, 2009
Invoice 956976  Page  1

Our Matter #           02399/06091                          For Services Through 08/31/09
Name of Matter:        Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/27/09 | Draft 32nd quarterly fee application. B.A. WRIGHT | 2.00 hrs. | 120.00/hr | $240.00 |
| 08/07/09 | Draft fee application. B.A. WRIGHT | 0.60 hrs. | 120.00/hr | $72.00 |
| 08/29/09 | Draft June and July fee applications, update chart of fillings. B.A. WRIGHT | 2.50 hrs. | 120.00/hr | $300.00 |
| 08/31/09 | Review, edit and approve July fee application. B.J. BURN | 0.20 hrs. | 240.00/hr | $48.00 |
| 08/31/09 | Review, edit and approve June fee application. B.J. BURN | 0.20 hrs. | 240.00/hr | $48.00 |

**Total Fees for Legal Services** .................................................................................... **$708.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.40 | 240.00 | 96.00 |
| B.A. WRIGHT | 5.10 | 120.00 | 612.00 |
| TOTAL | 5.50 | 128.73 | 708.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/28/2009 | Federal Express charge | 13.88 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred** ...................... **$13.88**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 13.88 |
| TOTAL | $13.88 |

**Net current billing for this invoice**.............................................................................. **$721.88**

**GRAND TOTAL** ............................................................................................................. **$721.88**

W. R. Grace & Co.

September 12, 2009
Invoice 956976  Page 2

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 08/31/09 |
| Name of Matter: | Fee Applications | |

| | | |
|---|---|---|
| Fees for Professional Services | $708.00 | |
| Charges for Other Services Provided/Expenses Incurred | $13.88 | |
| **Net current billing for this invoice**............................................................... | | **$721.88** |
| **GRAND TOTAL** ................................................................................................. | | **$721.88** |

**Terms of Payment:  Balance due within thirty days of invoice date**

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank:  Columbus Bank & Trust (CB&T)
ABA Number:  061100606
Beneficiary Customer:  Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number:  00322407701

**FOREIGN WIRING INSTRUCTIONS**
Beneficiary Bank:  National Bank of SC, PO Box 1798, Sumter SC  29151-1798
ABA Number:  053200666
Beneficiary Customer:  Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number:  00322407701

**ACH WIRING INSTRUCTIONS**
Beneficiary Bank:  National Bank of SC, PO Box 1798, Sumter SC  29151-1798
ABA Number:  053200666
Beneficiary Customer:  Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number:  00322407701

Wire Reference Field:  Note the NMRS Invoice and Matter Number.