# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 3.1 | $ 1,813.50 |
| | | | | | |
| TOTAL | | | | 3.1 | $ 1,813.50 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 28, 2009
Invoice No.: 446471
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through August 31, 2009

| | |
|---|---:|
| Fees | $1,813.50 |
| **Total Fees and Disbursements** | **$1,813.50** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 446471  
September 28, 2009  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 08/27/09 | Jaffe | Draft ARARs discussion for concept design report, research for same, and telephone call with Ms. Johns regarding same (1.9). | 1.9 |
| 08/28/09 | Jaffe | Draft, revise ARARs table and text for landfill groundwater concept design report and emails with Ms. Johns regarding same (1.2). | 1.2 |
| | | **Total Hours** | **3.1** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 446471  
September 28, 2009  
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 3.1 |

| | |
|---|---|
| Total Fees | $1,813.50 |

| | |
|---|---|
| Total Fees | $1,813.50 |
| Total Fees and Disbursements | **$1,813.50** |

To ensure proper credit to your account,  
please include remittance page with your payment.

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

September 28, 2009
Invoice No.: 446471
Matter No.: 08743.00088

Re:   Acton Site OU3

Total Fees and Disbursements         **$1,813.50**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 446471
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

...
...

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Adam P. Kahn | Partner | Environmental | $585.00 | 0.4 | $ 234.00 |
| TOTAL | | | | 0.4 | $ 234.00 |

### Expenses

| Description | Total | |
|---|---|---|
| Photocopying | $ | 33.00 |
| TOTAL | $ | 33.00 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 28, 2009
Invoice No.: 446470
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

For Professional Services rendered through August 31, 2009

| | |
|---|---:|
| Fees | $234.00 |
| Disbursements | 33.00 |
| **Total Fees and Disbursements** | **$267.00** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 446470
September 28, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 08/11/09 | Kahn | Attention to quarterly filing (0.4). | 0.4 |
| | | **Total Hours** | **0.4** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 446470  
September 28, 2009  
Page 3

## TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** |
|---|---|
| Kahn | 0.4 |

| Total Fees | $234.00 |
|---|---|

### Disbursement Summary

| **Date** | | **Amount** |
|---|---|---|
| 08/31/09 | In-House Photocopying | 33.00 |
| | Total Disbursements | $33.00 |

| Total Fees | $234.00 |
|---|---|
| Total Disbursements | 33.00 |
| **Total Fees and Disbursements** | **$267.00** |

To ensure proper credit to your account,  
please include remittance page with your payment.

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 28, 2009
Invoice No.: 446470
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

Total Fees and Disbursements        **$267.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 446470
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 21.0 | $ 12,285.00 |
| Amy E. Boyd | Associate | Environmental | $345.00 | 5.9 | $ 2,035.50 |
| | | | | | |
| **TOTAL** | | | | **26.9** | **$ 14,320.50** |

### Expenses

| Description | Total | |
|---|---|---|
| Color Photocopying | $ | 18.00 |
| | | |
| **TOTAL** | **$** | **18.00** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 28, 2009
Invoice No.: 446472
Matter No.: 08743.00102

**Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through August 31, 2009

| | |
|---|---:|
| Fees | $14,320.50 |
| Disbursements | 18.00 |
| **Total Fees and Disbursements** | **$14,338.50** |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 08/03/09 | Jaffe | Attention to special notice issues, including reviewing EPA proposed SOW (1.1). | 1.1 |
| 08/04/09 | Jaffe | Attention to special notice, including reviewing EPA SOW comments and preparing for 8/6 call. | 0.9 |
| 08/06/09 | Jaffe | Attention to special notice, including team telephone conference, telephone call with EPA and team, emails with Ms. Duff, reviewing RCRA issues, and reviewing EPA comments on scope of work (3.6). | 3.6 |
| 08/07/09 | Boyd | Discussion with S. Jaffe regarding research and review materials regarding same (0.9). | 0.9 |
| 08/10/09 | Boyd | Research regarding contaminated media under RCRA (1.0). | 1.0 |
| 08/11/09 | Boyd | Research regarding contaminated media and contained-in policy under RCRA (0.6). | 0.6 |
| 08/14/09 | Boyd | Research regarding contaminated media and contained-in rule under RCRA and conference with S. Jaffe regarding same (3.4). | 3.4 |
| 08/14/09 | Jaffe | Attention to special notice issues, including reviewing SHA statement of work changes and conference call with team regarding same, emails with legal team regarding agreement with Shaffers, and office conferences with A. Boyd and emails with A. Boyd and Ms. Duff regarding CERCLA/RCRA issues (3.8). | 3.8 |
| 08/19/09 | Jaffe | Meeting with EPA regarding statement of work, pre-meeting with team, and prepare for same (8.2). | 8.2 |
| 08/24/09 | Jaffe | Attention to special notice process, including reviewing, revising, revised draft letter to EPA concerning past costs and emails with team regarding same (0.9). | 0.9 |
| 08/25/09 | Jaffe | Attention to special notice issues, including reviewing Mr. Smith notes and emails with team regarding same (0.7). | 0.7 |
| 08/26/09 | Jaffe | Attention to special notice issues, including emails with team (0.4). | 0.4 |
| 08/28/09 | Jaffe | Attention to special notice issues, including email with Ms. Duff, telephone call with Mr. Sabath, and emails with team (0.9). | 0.9 |
| 08/31/09 | Jaffe | Attention to special notice issues, including emails with team regarding consent decree issues (0.5). | 0.5 |
| | | **Total Hours** | **26.9** |

To ensure proper credit to your account,
please include remittance page with your payment.

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Boyd | 5.9 |
| Jaffe | 21.0 |

| | |
|---|---|
| Total Fees | $14,320.50 |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 08/18/09 | In-House Color Photocopying | 18.00 |
| | Total Disbursements | $18.00 |

| | |
|---|---|
| Total Fees | $14,320.50 |
| Total Disbursements | <u>18.00</u> |
| Total Fees and Disbursements | <u>$14,338.50</u> |

To ensure proper credit to your account,
please include remittance page with your payment.



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

September 28, 2009
Invoice No.: 446472
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**                    **$14,338.50**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 446472
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON         WASHINGTON         EMERGING ENTERPRISE CENTER         FOLEYHOAG.COM