UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN re: | ) Chapter 11 ) |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) Case No. 07-11119 (BLS) ) ) (Jointly Administered) |
| Debtors. | ) ) |

Objection Deadline: October 15, 2009 at 4:00 p.m.
Hearing Date: Scheduled only if Necessary

# TWENTY-FOURTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DELOITTE TAX LLP AS TAX ADVISORS TO THE DEBTORS FOR THE PERIOD OF AUGUST 1, 2009 THROUGH AUGUST 31, 2009

**AEGIS MORTGAGE CORPORATION, et al.**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Professional Tax Services to: | Tax Advisors to the Debtors |
| Date of Retention: | Effective August 13, 2007 by Order Entered |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2009 through August 31, 2009 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $20,325.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a: __X__ monthly   ____ interim   ____ final application

This is the Applicant's Twenty-Fourth Monthly Fee Application.

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (pending); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadow Glen, Suite I, Houston, TX 77082.

AEGIS MORTGAGE CORPORATION, et al.
24th Monthly Fee Statement: 8/1/09 to 8/31/09

**PRIOR FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 10/25/07 | 8/13/07 to 9/30/07 | $ 458,978.50 | $ 24.16 | $ 367,182.80 | $ 24.16 |
| 11/28/07 | 10/1/07 to 10/31/07 | 223,907.00 | 4.48 | 179,125.60 | 4.48 |
| 12/17/07 | 11/1/07 to 11/30/07 | 95,751.50 | 0.00 | 76,601.20 | 0.00 |
| 01/25/08 | 12/1/07 to 12/31/07 | 88,759.50 | 4.28 | 71,007.60 | 4.28 |
| 02/20/08 | 1/01/08 to 1/31/08 | 105,330.00 | 0.00 | 84,264.00 | 0.00 |
| 03/24/08 | 2/01/08 to 2/29/08 | 143,521.00 | 0.00 | 114,816.80 | 0.00 |
| 04/24/08 | 3/01/08 to 3/31/08 | 217,274.00 | 12.35 | 173,819.20 | 12.35 |
| 05/22/08 | 4/01/08 to 4/30/08 | 192,705.00 | 0.00 | 154,164.00 | 0.00 |
| 06/25/08 | 5/1/08 to 5/31/08 | 133,224.00 | 12.75 | 106,579.20 | 12.75 |
| 07/23/08 | 6/1/08 to 6/30/08 | 135,950.50 | 30.45 | 108,760.40 | 30.45 |
| 08/22/08 | 7/1/08 to 7/31/08 | 125,613.00 | 22.02 | 100,490.40 | 22.02 |
| 09/25/08 | 8/1/08 to 8/31/08 | 125,220.00 | 0.00 | 100,176.00 | 0.00 |
| 10/29/08 | 9/1/08 to 9/30/08 | 55,047.00 | 0.00 | 44,037.60 | 0.00 |
| 11/25/08 | 10/1/08 to 10/31/08 | 117,059.50 | 0.00 | 93,647.60 | 0.00 |
| 12/19/08 | 11/1/08 to 11/30/08 | 57,944.50 | 0.00 | 46,335.60 | 0.00 |
| 01/23/09 | 12/1/08 to 12/31/08 | 38,460.00 | 44.97 | 30,768.00 | 44.97 |
| 02/24/09 | 1/1/09 to 1/31/09 | 77,879.00 | 48.78 | 62,303.20 | 48.78 |
| 03/26/09 | 2/1/09 to 2/28/09 | 88,686.50 | 64.64 | 70,949.20 | 64.64 |
| 04/25/09 | 3/1/09 to 3/31/09 | 104,489.00 | 0.00 | 83,591.20 | 0.00 |
| 05/22/09 | 4/1/09 to 4/30/09 | 90,583.50 | 0.00 | 72,346.80 | 0.00 |
| 06/16/09 | 5/1/09 to 5/31/09 | 61,106.00 | 0.00 | 48,884.80 | 0.00 |
| 07/27/09 | 6/1/09 to 6/30/09 | 26,586.50 | 0.00 | 21,269.20 | 0.00 |
| 08/19/09 | 7/1/09 to 7/31/09 | 36,466.00 | 0.00 | 29,172.80 | 0.00 |
| 09/25/09 | 8/1/09 to 8/31/09 | 20,325.00 | 0.00 | Pending | 0.00 |
| **TOTAL** | | **$ 2,820,866.50** | **$ 268.88** | **$ 2,240,293.20** | **$ 268.88** |

**DELOITTE TAX LLP PROFESSIONALS**

| Name | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Linn, Kevin D | Tax Partner | 495.00 | 8.80 | 4,356.00 |
| Berlat, Trudie Joelle | Tax Director | 495.00 | 5.20 | 2,574.00 |
| Klinewski, Joyce | Tax Senior Manager | 340.00 | 4.00 | 1,360.00 |
| Wertz, Jennifer Jean | Senior Manager | 340.00 | 13.80 | 4,692.00 |
| Duhs, Eric Michael | Tax Consultant | 150.00 | 30.00 | 4,500.00 |
| Faulkner, Johnna M | Paraprofessional | 150.00 | 1.50 | 225.00 |
| Gunn, Gregory Lee | Senior Manager | 340.00 | 0.50 | 170.00 |
| Heese, Adam | Manager | 255.00 | 9.60 | 2,448.00 |
| | | | 73.40 | $ 20,325.00 |

Total:  $ 20,325.00

Total Hours:  73.40
Blended Rate:  $ 276.91

**AEGIS MORTGAGE CORPORATION, et al.**
**24th Monthly Fee Statement: 08/01/09 to 08/31/09**

### COMPENSATION BY CATEGORY

| Project Categories | | Total Hours | Total Fees |
|---|---|---|---|
| Category # | Category Description | | |
| 18 | Tax Related Matters | 2.5 | $ 677.00 |
| 63 | Federal, State, Local Tax Filings | 69.6 | $ 19,004.50 |
| 72 | Monthly Invoice/Support Schedules | 1.3 | $ 643.50 |
| | **TOTAL** | **73.4** | **$20,325.00** |

### EXPENSE SUMMARY CATEGORY

| Expense Categories | Total Expenses |
|---|---|
| None | |
| **TOTAL** | $ - |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 07-11119 (BLS) |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

Objection Deadline: October 15, 2009 at 4:00 p.m.
Hearing Date: Scheduled only if Necessary

TWENTY-FOURTH MONTHLY APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF
DELOITTE TAX LLP AS TAX ADVISORS TO THE DEBTORS
FOR THE PERIOD OF AUGUST 1, 2009 THROUGH AUGUST 31, 2009

APPLICATION

Pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively the "Bankruptcy Rules") and the Court's "Administrative Order Establishing Procedures for Interim Monthly Compensation of Professionals," entered on or about September 4, 2007, (the "Administrative Order"), Deloitte Tax LLP (hereinafter *"Deloitte Tax"* or "Applicant") , tax advisors to the Debtors, hereby submits its Twenty-fourth Monthly Application ("Monthly Application") for Compensation and for Reimbursement of Expenses for the period from August 1, 2009 through August 31, 2009 (the "Application").

By this Monthly Application *Deloitte Tax* seeks an interim allowance of compensation in the amount of $20,325.00 and total authorized payment of $16,260.00 (80% of the allowed fees) for the period August 1, 2009 through August 31, 2009 (the "Monthly Period"). In support of this Monthly Application, *Deloitte Tax* respectfully represents as follows:

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identificatin numbers are as follows: (a) Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporaiton (9886); Aegis Mortgage Loan Servicing Corporation (pending); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadow Glen, Suite I, Houston, TX 77082.

1

**Background**

(a) On August 13, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession of their properties and continue to operate and manage their businesses as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. On or about August 24, 2007, an official committee of unsecured creditors (the "Committee") was appointed to this case. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

(b) The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

(c) On or about September 4, 2007, the Court entered the Administrative Order, authorizing certain professionals and members of the Committee ("Professionals") to submit monthly application for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty (20) days after service of the monthly fee application, the Professional may file a certificate of no objection, after which the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent 100% of the requested expenses. Beginning with the period ending on October 31, 2007 and at three-month intervals, or such other intervals convenient to the Court, the Professional shall file and serve an interim application for the allowance of the amounts sought in its monthly fee applications for that period. All fees and expense are paid on an interim basis until final allowance by the Court.

(d) The retention of *Deloitte Tax*, as tax advisors to the Debtors, was approved effective August 13, 2007 by this Court's "Order Pursuant to 11 U.S.C. § 327(A) and Fed. R. Bankr. P. 2014(A), 2016, and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisors to the Debtors" entered on or about October 16, 2007 (the "Original Retention Order"). The Original Retention Order authorized *Deloitte Tax* to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses for services rendered through November 30, 2007.

(e) On December 7, 2007, *Deloitte Tax* submitted a supplemental application for retention as tax advisors to the Debtors authorizing the further employment and retention of *Deloitte Tax* for the period December 1, 2007 to December 31, 2008. The supplemental application to retain *Deloitte Tax*, as tax advisors to the Debtors, was approved effective December 1, 2007 by this Court's "Order Pursuant to 11 U.S.C. § 327(A) and Fed. R. Bankr. P. 2014(A), 2016, and 5002 Authorizing the Further Employment and Retention of Deloitte Tax LLP as Tax Advisors to the Debtors" entered on or about January 11, 2008 (the "Updated Retention Order"). The Updated Retention Order authorized *Deloitte Tax* to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses for services rendered from December 1, 2007 to December 31, 2008.

(f) On December 30, 2008, Deloitte Tax submitted its second supplemental application for retention as tax advisors to the Debtors authorizing the further employment and retention of Deloitte Tax for the period of January 1, 2009 to December 31, 2009. The second supplemental application to retain Deloitte Tax, as tax advisors to the Debtors, was approved effective January 1, 2009 by this Court's "Order Pursuant to 11 U.S.C. § 327(A) and Fed. R. Bankr. P. 2014(A), 2016, and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisors to the Debtors' entered on or about March 23, 2009 (the "Second Supplemental Deloitte Retention Order"). The Second Supplemental Deloitte Retention Order authorized Deloitte Tax to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses for services

rendered from January 1, 2009 to December 31, 2009.

**Compensation Paid and Its Source**

(g) All services for which *Deloitte Tax* requests compensation were performed for or on behalf of the Debtors.

(h) *Deloitte Tax* has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Monthly Application. There is no agreement or understanding between *Deloitte Tax* and any nonaffiliated person for the sharing of compensation to be received for services rendered in these cases. *Deloitte Tax* received no retainer for the services rendered in these cases.

**Fee Statements**

(i) The fee statements in the Monthly Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each professional and paraprofessional during the Monthly Period. To the best of *Deloitte Tax's* knowledge, this Monthly Application substantially complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order. *Deloitte Tax's* time reports are entered and organized by the professional or paraprofessional performing the described services on a daily basis.

**Actual and Necessary Expenses**

(j) A summary of actual and necessary expenses incurred by *Deloitte Tax* for the Monthly Period is attached hereto as part of Exhibit B. *Deloitte Tax* does not charge for photocopying, out-going facsimile transmissions, or long distance telephone calls on faxes. *Deloitte Tax* does not charge the Debtors for the receipt of faxes.

(k) *Deloitte Tax* customarily charges for conference call charge expenses.

**Summary of Services Rendered**

(l) The names of the partners, directors, professionals who have rendered professional services in these cases during the Monthly Period who have provided services during the Monthly Period with a more detailed identification of the actual services provided, are set forth in the attached Exhibit A.

**Summary of Services by Project**

(m) The services rendered by *Deloitte Tax* during the Monthly Period can be grouped into the categories set forth below. *Deloitte Tax* attempted to place the services provided in the category that best related to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. Exhibit A identifies the professional and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

(n) *Deloitte Tax* believes that the time entries included in Exhibit A attached hereto are in substantial compliance with the requirements of Sections 330 and 331 of Title 11 of the United States Code ("Bankruptcy Code"), Rule 2016-2 of the Federal Rules of Bankruptcy Procedure (the

3

"Bankruptcy Rules") and the Court's administrative order pursuant to 11 U.S.C §§ 105(a) and 331.

(o) In accordance with the factors enumerated in 11 U.S.C. 330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, *Deloitte Tax* has reviewed the requirements of the Local Bankruptcy Rules for the District of Delaware and the Administrative Order and believes that this Monthly Application complies with such Rules and Order.

(p) This Monthly Application covers the period August 1, 2009 through and including August 31, 2009. *Deloitte Tax* has and may continue to perform additional necessary services subsequent to August 31, 2009, for which *Deloitte Tax* will file subsequent fee applications.

(q) *Category 18 – Tax Related Matters-* Consultation regarding Ohio and Texas state income tax audits as well as consultation regarding payroll tax matters.

      Total Time Expended:     2.5 hours
      Total Fees:     $677.00

(r) *Category 63 – Federal, State, Local Tax Filings –* Applicant prepared numerous federal supporting workpapers, reviewed state correspondence, and prepared amounts of assessment for subsidiaries of Aegis Mortgage Corporation.

      Total Time Expended:     69.6 hours
      Total Fees:     $19,004.50

(s) *Category 72 – Monthly Invoice/Support Schedule –* Staff for Applicant assisted in the preparation of data to be used in creation of the monthly fee statements, to be distributed to all parties in interest. Monthly fee statements are presented by category, by professional and by date. These fees are less than four percent of the total amount of fees and expenses invoiced.

      Total Time Expended:     1.3 hours
      Total Fees:     $643.50

**Valuation of Services**

(t) Tax advisors and paraprofessionals of *Deloitte Tax* expended a total 73.4 hours in connection with their representation of the Debtors during the Monthly Period, on the following page.

**DELOITTE TAX LLP PROFESSIONALS**

| | | | | | |
|---|---|---|---|---|---|
| Linn, Kevin D | Tax Partner | 495.00 | | 8.80 | 4,356.00 |
| Berlat, Trudie Joelle | Tax Director | 495.00 | | 5.20 | 2,574.00 |
| Klinewski, Joyce | Tax Senior Manager | 340.00 | | 4.00 | 1,360.00 |
| Wertz, Jennifer Jean | Senior Manager | 340.00 | | 13.80 | 4,692.00 |
| Duhs, Eric Michael | Tax Consultant | 150.00 | | 30.00 | 4,500.00 |
| Faulkner, Johnna M | Paraprofessional | 150.00 | | 1.50 | 225.00 |
| Gunn, Gregory Lee | Senior Manager | 340.00 | | 0.50 | 170.00 |
| Heese, Adam | Manager | 255.00 | | 9.60 | 2,448.00 |
| | | | | 73.40 | $ 20,325.00 |

**Total:**                                                          $ 20,325.00

**Total Hours:**                                                    73.40
**Blended Rate:**                                              $    276.91

(u)  The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are typical hourly rates for work of this character. The reasonable value of the services rendered by *Deloitte Tax* for the Debtors during the Monthly Period is $20,325.00.

(v)  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by *Deloitte Tax* is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, *Deloitte Tax* has reviewed the requirements of Del Bankr. LR 2016-2 and the Administrative Order and believes that this Application substantially complies with such Rule and Order.

**WHEREFORE**, *Deloitte Tax* respectfully requests that, for the period August 1, 2009 through August 31, 2009, a monthly allowance be made to *Deloitte Tax* for compensation in the amount of $20,325.00 and total authorized payment of $16,260.00 (80% of the allowed fees), and for such other and further relief as this Court may deem just and proper.

DATED: September 24, 2009

                                                      Respectfully submitted,
                                                      DELOITTE TAX LLP

                                                      */S/ Kevin Linn*
                                                      Kevin Linn
                                                      Tax Partner
                                                      1111 Bagby Street, Suite 4500
                                                      Houston, TX 77002-2591
                                                      Telephone: 713-982-2262

**VERIFICATION**

STATE OF TEXAS              :
                            :
COUNTY OF HARRIS            :

Kevin Linn, after being duly sworn according to law, deposes and says:

1. I am a Tax Partner in the applicant firm, Deloitte Tax LLP.

2. I have personally led, as engagement tax partner, the professional services rendered by Deloitte Tax LLP, as tax advisor for the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the tax advisors and professionals in the firm.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

_____
Kevin Linn

SWORN TO AND SUBSCRIBED before me this _24th_ day of September, 2009.

_____
Notary Public, State of Texas
My Commission Expires: 12/03/11

JANET W. TAYLOR
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-03-11