# EXHIBIT A

42125-001\DOCS_DE:6375.1

## AEGIS Mortgage Corporation
COMPLETE ACCOUNTING OF TIME
BY CATEGORY BY DATE

### August 01, 2009 through August 31, 2009

| DATE | | DESCRIPTION | RATE | HOURS | VALUE | M | D |
|---|---|---|---|---|---|---|---|
| **Tax Related Matters** | | | | | | | |
| 8/5/2009 | | | | | | | |
| 240146 | DUHS, ERIC | Complete Q4 REIT testing with fair market value balance sheet | $150.00 | 1.4 | $210.00 | | |
| 8/20/2009 | | | | | | | |
| 240161 | GUNN, GREGORY | Oversee treatment of payment made in settlement of employee claim | $340.00 | 0.5 | $170.00 | | |
| 240177 | LINN, KEVIN | Emails with B. Hickey regarding Ohio settlement, respond to M. Yung | $495.00 | 0.2 | $99.00 | | |
| 240181 | LINN, KEVIN | Review TX audit requests | $495.00 | 0.4 | $198.00 | | |
| | Sub-Total for 018-Tax Related Matters (4 detail records) | | | 2.5 | $677.00 | | |
| **Fed, State, Local Tax Filings** | | | | | | | |
| 8/3/2009 | | | | | | | |
| 240135 | DUHS, ERIC | Research review points on AMC & Subs top consolidated return | $150.00 | 1.2 | $180.00 | | |
| 240136 | DUHS, ERIC | Clear review points on the 8916 of the consolidated return. | $150.00 | 1.3 | $195.00 | | |
| 240137 | DUHS, ERIC | Correct the M-2 of the consolidated return. | $150.00 | 0.8 | $120.00 | | |
| 240138 | DUHS, ERIC | Reconcile difference in consolidated balance sheet on federal return. | $150.00 | 0.7 | $105.00 | | |
| 8/4/2009 | | | | | | | |
| 240132 | BERLAT, TRUDIE J | Review REIT return info | $495.00 | 1.5 | $742.50 | | |
| 240139 | DUHS, ERIC | Clear additional review points on consolidated return. | $150.00 | 2.1 | $315.00 | | |
| 240140 | DUHS, ERIC | Update working papers of consolidated returns. | $150.00 | 0.7 | $105.00 | | |
| 240141 | DUHS, ERIC | Update Insource with review points. | $150.00 | 1.2 | $180.00 | | |
| 240199 | WERTZ, JENNIFER | Review top consolidation return | $340.00 | 0.5 | $170.00 | | |
| 8/5/2009 | | | | | | | |
| 240131 | BERLAT, TRUDIE J | Discuss REIT comments with K. Linn | $495.00 | 0.6 | $297.00 | | |
| 240142 | DUHS, ERIC | Prepare for and participate in conference call about the REIT federal return | $150.00 | 1.4 | $210.00 | | |
| 240143 | DUHS, ERIC | Clear review points on the federal REIT return | $150.00 | 1.6 | $240.00 | | |
| 240144 | DUHS, ERIC | Update the attachment papers of the REIT federal return. | $150.00 | 1.3 | $195.00 | | |
| 240145 | DUHS, ERIC | Clear additional review points on REIT return. | $150.00 | 1.1 | $165.00 | | |
| 240147 | DUHS, ERIC | Update working papers of REIT return. | $150.00 | 1.2 | $180.00 | | |
| 240179 | LINN, KEVIN | Review J. Berlat REIT comments, call with J. Berlat to disc, then follow-up call with J. Wertz and E. Duhs to discuss changes to REIT return | $495.00 | 2.3 | $1,138.50 | | |

## AEGIS Mortgage Corporation
COMPLETE ACCOUNTING OF TIME
BY CATEGORY BY DATE

**August 01, 2009 through August 31, 2009**

| DATE | | DESCRIPTION | RATE | HOURS | VALUE | M | D |
|---|---|---|---|---|---|---|---|
| 240188 | WERTZ, JENNIFER | Discuss changes to the REIT return based on J. Berlat's comments and review REIT changes from E. Duhs | $340.00 | 1.5 | $510.00 | ☐ | ☐ |
| 8/6/2009 | | | | | | | |
| 240133 | BERLAT, TRUDIE J | Review workpapers | $495.00 | 1.5 | $742.50 | ☐ | ☐ |
| 240134 | BERLAT, TRUDIE J | Discuss workpaper points with J. Wertz and K. Linn | $495.00 | 1.6 | $792.00 | ☐ | ☐ |
| 240148 | DUHS, ERIC | Clear additional review points on AMC Subs subconsolidated return. | $150.00 | 1.6 | $240.00 | ☐ | ☐ |
| 240149 | DUHS, ERIC | Update the top consolidated return with changes from the subconsolidated return. | $150.00 | 0.4 | $60.00 | ☐ | ☐ |
| 240150 | DUHS, ERIC | Clear points on ARC GA return | $150.00 | 0.6 | $90.00 | ☐ | ☐ |
| 240151 | DUHS, ERIC | Clear points on AFC VA return | $150.00 | 1.4 | $210.00 | ☐ | ☐ |
| 240152 | DUHS, ERIC | Research rules of 2nd extension for state of TX. | $150.00 | 1.2 | $180.00 | ☐ | ☐ |
| 240153 | DUHS, ERIC | Consolidate all emails from B. Brookner regarding the rules of TX state return and provided to J. Wertz. | $150.00 | 0.8 | $120.00 | ☐ | ☐ |
| 240173 | LINN, KEVIN | Call with J. Wertz, then with J. Berlat regarding J. Berlat comments on consolidated return, changes to return, call to J. Klinewski to let know REIT return coming | $495.00 | 1.3 | $643.50 | ☐ | ☐ |
| 240191 | WERTZ, JENNIFER | Finalize REIT return | $340.00 | 0.8 | $272.00 | ☐ | ☐ |
| 240192 | WERTZ, JENNIFER | Discuss consolidated return with K. Linn and J. Berlat | $340.00 | 0.7 | $238.00 | ☐ | ☐ |
| 240193 | WERTZ, JENNIFER | Discuss TX with E. Duhs | $340.00 | 1.0 | $340.00 | ☐ | ☐ |
| 8/7/2009 | | | | | | | |
| 240154 | DUHS, ERIC | Clear additional points on AMC & Subs top consolidated return. | $150.00 | 1.2 | $180.00 | ☐ | ☐ |
| 240155 | DUHS, ERIC | Prepare 2nd TX extension | $150.00 | 0.8 | $120.00 | ☐ | ☐ |
| 240156 | DUHS, ERIC | Prepare AMC & Subs NM state return | $150.00 | 2.2 | $330.00 | ☐ | ☐ |
| 240157 | DUHS, ERIC | Prepare AMC & Subs KS state return | $150.00 | 2.1 | $315.00 | ☐ | ☐ |
| 240158 | DUHS, ERIC | Prepare ARC MD state return | $150.00 | 1.7 | $255.00 | ☐ | ☐ |
| 240183 | LINN, KEVIN | Review TX franchise extension matters | $495.00 | 0.2 | $99.00 | ☐ | ☐ |
| 240200 | WERTZ, JENNIFER | TX second extension research | $340.00 | 0.8 | $272.00 | ☐ | ☐ |
| 8/10/2009 | | | | | | | |
| 240184 | LINN, KEVIN | Review TX Margins Tax extension matters | $495.00 | 0.3 | $148.50 | ☐ | ☐ |
| 8/11/2009 | | | | | | | |
| 240195 | WERTZ, JENNIFER | Review of the top consolidation with the life insurance company summarize state compliance apportionment and tax due by year for comparison-1 | $340.00 | 1.0 | $340.00 | ☐ | ☐ |
| 240196 | WERTZ, JENNIFER | Review of state returns | $340.00 | 0.8 | $272.00 | ☐ | ☐ |

## AEGIS Mortgage Corporation
COMPLETE ACCOUNTING OF TIME
BY CATEGORY BY DATE

### August 01, 2009 through August 31, 2009

| DATE | | DESCRIPTION | RATE | HOURS | VALUE | M | D |
|---|---|---|---|---|---|---|---|
| 240197 | WERTZ, JENNIFER | Summarize state compliance apportionment for GA and tax due by year for comparison | $340.00 | 0.5 | $170.00 | ☐ | ☐ |
| 240198 | WERTZ, JENNIFER | Summarize state compliance apportionment for NM and tax due by year for comparison | $340.00 | 0.5 | $170.00 | ☐ | ☐ |
| 8/12/2009 | | | | | | | |
| 240159 | FAULKNER, JOHNN | Review BTA reporting | $150.00 | 1.0 | $150.00 | ☐ | ☐ |
| 240166 | HEESE, ADAM | Review of AEGIS REIT Return | $255.00 | 2.5 | $637.50 | ☐ | ☐ |
| 240167 | HEESE, ADAM | Review of AEGIS REIT Return | $255.00 | 2.5 | $637.50 | ☐ | ☐ |
| 8/13/2009 | | | | | | | |
| 240160 | FAULKNER, JOHNN | Process Texas Extension for J. Wertz - AMC | $150.00 | 0.5 | $75.00 | ☐ | ☐ |
| 240165 | HEESE, ADAM | Review of AEGIS REIT Return | $255.00 | 2.3 | $586.50 | ☐ | ☐ |
| 240174 | LINN, KEVIN | Call with R. Young regarding court orders for quarterly fee applications and other bankruptcy matters | $495.00 | 0.7 | $346.50 | ☐ | ☐ |
| 240176 | LINN, KEVIN | E-mails with M. Yung regarding billing matters | $495.00 | 0.2 | $99.00 | ☐ | ☐ |
| 240187 | WERTZ, JENNIFER | Coordinate TX extension | $340.00 | 0.5 | $170.00 | ☐ | ☐ |
| 8/18/2009 | | | | | | | |
| 240164 | HEESE, ADAM | Discuss with J. Klinewski regarding AEGIS REIT Return comments | $255.00 | 1.0 | $255.00 | ☐ | ☐ |
| 240182 | LINN, KEVIN | Update status on tax returns | $495.00 | 0.3 | $148.50 | ☐ | ☐ |
| 240185 | WERTZ, JENNIFER | Review top consolidation | $340.00 | 1.5 | $510.00 | ☐ | ☐ |
| 240186 | WERTZ, JENNIFER | Organize state apportionment, TX other items for compliance | $340.00 | 1.0 | $340.00 | ☐ | ☐ |
| 8/19/2009 | | | | | | | |
| 240163 | HEESE, ADAM | Discuss with K. Linn regarding comments on AEGIS REIT | $255.00 | 0.8 | $204.00 | ☐ | ☐ |
| 240178 | LINN, KEVIN | Prepare for and attend call with A. Heese regarding REIT comments | $495.00 | 0.8 | $396.00 | ☐ | ☐ |
| 8/20/2009 | | | | | | | |
| 240162 | HEESE, ADAM | Made final file clean up for Baltimore office to document discussions, final comments to K. Linn | $255.00 | 0.5 | $127.50 | ☐ | ☐ |
| 240168 | KLINEWSKI, JOYC | Review tax return | $340.00 | 0.3 | $102.00 | ☐ | ☐ |
| 240169 | KLINEWSKI, JOYC | Review tax return | $340.00 | 1.7 | $578.00 | ☐ | ☐ |
| 240170 | KLINEWSKI, JOYC | Review tax return | $340.00 | 1.8 | $612.00 | ☐ | ☐ |
| 240171 | KLINEWSKI, JOYC | Review tax return | $340.00 | 0.2 | $68.00 | ☐ | ☐ |
| 240172 | LINN, KEVIN | Call with J. Wertz to discuss REIT comments from A. Heese | $495.00 | 0.5 | $247.50 | ☐ | ☐ |
| 240189 | WERTZ, JENNIFER | Discuss REIT items with K. Linn, prepare sample election statement for M. Young and REIT | $340.00 | 1.0 | $340.00 | ☐ | ☐ |

## AEGIS Mortgage Corporation
COMPLETE ACCOUNTING OF TIME
BY CATEGORY BY DATE

### August 01, 2009 through August 31, 2009

| DATE | | DESCRIPTION | RATE | HOURS | VALUE | M D |
|---|---|---|---|---|---|---|
| 8/27/2009 | | | | | | |
| 240175 | LINN, KEVIN | E-mails with J. Wertz regarding resolution of comments from A. Heese on REIT return | $495.00 | 0.3 | $148.50 | ☐☐ |
| 240194 | WERTZ, JENNIFER | Mark REIT return for changes based on national review | $340.00 | 1.0 | $340.00 | ☐☐ |
| 8/31/2009 | | | | | | |
| 240190 | WERTZ, JENNIFER | Finalize REIT | $340.00 | 0.7 | $238.00 | ☐☐ |
| | Sub-Total for 063-Fed, State, Local Tax Filings (65 detail records) | | | 69.6 | $19,004.50 | |

### Monthly Invoice/Support Schedules

| DATE | | DESCRIPTION | RATE | HOURS | VALUE | M D |
|---|---|---|---|---|---|---|
| 8/20/2009 | | | | | | |
| 240180 | LINN, KEVIN | Review July billing statements, provide corrections, review changes, sign, notarize, scan | $495.00 | 1.3 | $643.50 | ☐☐ |
| | Sub-Total for 072-Monthly Invoice/Support Schedules (1 detail record) | | | 1.3 | $643.50 | |
| | **For Current Services Rendered** | | | 73.4 | $20,325.00 | |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| DUHS, ERIC MICHAEL | 30.00 | $150.00 | $4,500.00 |
| FAULKNER, JOHNNA MICHEL | 1.50 | $150.00 | $225.00 |
| HEESE, ADAM CHRISTOPHER | 9.60 | $255.00 | $2,448.00 |
| GUNN, GREGORY LEE | 0.50 | $340.00 | $170.00 |
| KLINEWSKI, JOYCE M | 4.00 | $340.00 | $1,360.00 |
| WERTZ, JENNIFER JEAN | 13.80 | $340.00 | $4,692.00 |
| BERLAT, TRUDIE JOELLE | 5.20 | $495.00 | $2,574.00 |
| LINN, KEVIN D | 8.80 | $495.00 | $4,356.00 |

**Total Current Work** $20,325.00

**Balance Due** $20,325.00