IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, attorneys for the Debtors in the above-captioned action, and that on the 28th day of September, 2009 she caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

**Notice and Application for Compensation and Reimbursement
of Expenses of Deloitte Tax LLP as Tax Advisors to the Debtors
for the Period August 1, 2009 through August 31, 2009**

/s/ Kathleen Finlayson
Kathleen Forte Finlayson

Sworn to and Subscribed before
me this 28th day of September 2009

/s/ Mary Corcoran
Notary Public
Commission Exp.: 11/4/09

MARY E. CORCORAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 4, 2009

DOCS_DE:132196.1

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 3250 Briarpark, Suite 400, Houston, TX 77042.

Aegis Mortgage Corporation
(Fee Application Service List
Case No. 07-11119 (BLS)
Document No. 131600
02 - Hand Delivery
02 - First Class Mail
01 – Interoffice Pouch to SF Office


(Counsel for Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Curtis A. Hehn, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Interoffice Pouch to San Francisco*
(Counsel for Debtors)
David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500

*Hand Delivery*
(United States Trustee)
David Buchbinder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

*Hand Delivery*
(Counsel for the Official Committee of
Unsecured Creditors)
Richard S. Cobb, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
PO Box 2087
Wilmington, DE  19899

*First Class Mail*
(Counsel for the Official Committee of
Unsecured Creditors)
Rosanne Thomas Matzat, Esquire
Mark T. Power, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hesse n, LLP
488 Madison Avenue
New York, NY  10022

*First Class Mail*
(Debtors)
Ms. Terry Lenga
Aegis Mortgage Corporation
11381 Meadowglen Lane, Suite I
Houston, TX  77082-2647