

September 25, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   161614

FOR PROFESSIONAL SERVICES RENDERED
      THROUGH August 31, 2009

### CLIENT SUMMARY

BALANCE AS OF- 08/31/09

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $1,036.00 | $12,263.84 | $13,299.84 |
| 03 - Creditors Committee - .15539 | $1,721.00 | $0.00 | $1,721.00 |
| 07 - Applicant's Fee Application - .15543 | $955.00 | $0.00 | $955.00 |
| 08 - Hearings - .15544 | $5,087.00 | $0.00 | $5,087.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $67.00 | $0.00 | $67.00 |
| 10 - Travel - .15546 | $4,407.50 | $0.00 | $4,407.50 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos) - .15548 | $0.00 | $0.00 | $0.00 |
| 18 - Plan & Disclosure Statement - .15554 | $20,161.00 | $0.00 | $20,161.00 |
| 30 - Fee Application of Others - .17781 | $799.50 | $0.00 | $799.50 |
| *Client Total* | *$34,234.00* | *$12,263.84* | *$46,497.84* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 1.10 | $675.00 | $742.50 |
| Kramer, Matthew I | 48.50 | $319.12 | $15,477.50 |
| Sakalo, Jay M | 18.40 | $485.00 | $8,924.00 |
| Botros, Paul M | 6.40 | $335.00 | $2,144.00 |
| Polit, Wendy | 6.84 | $225.00 | $1,539.00 |
| Snyder, Jeffrey I | 4.60 | $295.00 | $1,357.00 |
| Trevorrow, Tara V | 1.30 | $270.00 | $351.00 |
| Flores, Luisa M | 11.00 | $205.00 | $2,255.00 |
| Rojas, Susana | 7.60 | $190.00 | $1,444.00 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | **$34,234.00** | |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $760.20 |
| Fares, Mileage, Parking | $225.00 |
| Federal Express | $9.86 |
| Long Distance Telephone | $33.36 |
| Long Distance Telephone-Outside Services | $3,229.99 |
| Miscellaneous Costs | $7,555.00 |
| Postage | $9.33 |
| Copies | $441.10 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$12,263.84** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$46,497.84** |

**Atty – SLB**
**Client No.: 74817/15537**

RE: **01- Case Administration**

| Date | Init | Hrs | Amt | Description |
|---|---|---|---|---|
| 08/03/09 | SR | 0.10 | 19.00 | Review and analyze docket. |
| 08/04/09 | SR | 0.20 | 38.00 | Analyze daily docket (0.2). |
| 08/05/09 | LMF | 1.10 | 225.50 | Assist S. Rojas in analysis of various documents for M. Kramer's review. |
| 08/05/09 | SR | 0.80 | 152.00 | Attend to obtaining files per M.Kramer's e-mail requests. |
| 08/05/09 | SR | 0.10 | 19.00 | Analyze daily docket. |
| 08/06/09 | SR | 0.30 | 57.00 | Review various files per M.Kramer's request (0.2); Analyze daily docket (0.1) |
| 08/07/09 | JMS | 0.20 | 97.00 | Review notice of telephonic hearing for 9/29 hearing and email to committee regarding same (.2). |
| 08/10/09 | LMF | 0.40 | 82.00 | Email requested document to attorney for review. |
| 08/12/09 | LMF | 0.30 | 61.50 | Review court docket and provide updates to attorneys. |
| 08/17/09 | SR | 0.50 | 95.00 | Attend to analyzing weekly docket and preparing summary e-mail for M.Kramer and J.Sakalo. |
| 08/18/09 | SR | 0.20 | 38.00 | Attend to analyzing daily docket. |
| 08/19/09 | SR | 0.10 | 19.00 | Attend to analyzing daily docket. |
| 08/20/09 | SR | 0.20 | 38.00 | Analyze docket. |
| 08/24/09 | SR | 0.10 | 19.00 | Attend to analyzing documents and forwarding same to J.Sakalo per his instructions. |
| 08/24/09 | SR | 0.10 | 19.00 | Review weekly docket. |
| 08/26/09 | SR | 0.10 | 19.00 | Attend to analyzing daily docket. |
| 08/28/09 | SR | 0.20 | 38.00 | Attend to analyzing daily docket. |

**PROFESSIONAL SERVICES** **$1,036.00**

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 06/23/09 | Airfare Travel from Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 06/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 150.00 |
| 06/26/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 44.00 |
| 06/26/09 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 58.00 |
| 06/30/09 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 51.00 |
| 06/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 79.00 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 06/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 156.00 |
| 06/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 156.00 |
| 06/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 156.00 |
| 06/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 240.00 |
| 06/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 261.00 |
| 06/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 261.00 |
| 06/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 261.00 |
| 06/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 268.00 |
| 07/02/09 | Long Distance Telephone-Outside Services COURTS/USBC-FI-S  -  VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 26.00 |
| 07/02/09 | Long Distance Telephone-Outside Services COURTS/USBC-FI-S  -  VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 26.00 |
| 07/06/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 30.00 |
| 07/06/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 30.00 |
| 07/06/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 44.00 |
| 07/06/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009  -  Acct. #5306220025395504 | 44.00 |

| Date | Description | Amount |
|---|---|---|
| 07/06/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 51.00 |
| 07/08/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 72.00 |
| 07/08/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 156.00 |
| 07/09/09 | Long Distance Telephone-Outside Services COURTS/USBC-Fl-S - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 150.00 |
| 07/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 30.00 |
| 07/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 30.00 |
| 07/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 37.00 |
| 07/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 86.00 |
| 07/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 156.00 |
| 07/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 163.00 |
| 07/16/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02461856; DATE: 7/31/2009 - Account# 306300 | 14.99 |
| 07/20/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 30.00 |
| 07/23/09 | Long Distance Telephone-Outside Services COURTS/USBC-Fl-S - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 26.00 |
| 07/26/09 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 115884; DATE: 7/26/2009 - Clients-15537 | 117.00 |

| Date | Description | Amount |
|---|---|---|
| 07/26/09 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 06/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 610.20 |
| 07/27/09 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 115985; DATE: 8/2/2009 - Clients-15537 | 108.00 |
| 07/28/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 6/26/09-07/28/09; DATE: 7/28/2009 - Acct. #5306220025395504 | 37.00 |
| 08/03/09 | Postage | 8.01 |
| 08/06/09 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 1.39 |
| 08/06/09 | Long Distance Telephone 1(202)339-8514; 1 Mins. | 1.39 |
| 08/06/09 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 929095475 DATE: 8/10/2009 | 9.86 |
| 08/06/09 | Long Distance Telephone 1(312)862-2000; 10 Mins. | 13.90 |
| 08/10/09 | Long Distance Telephone 1(202)862-5007; 1 Mins. | 1.39 |
| 08/11/09 | Long Distance Telephone 1(212)702-9580; 2 Mins. | 2.78 |
| 08/12/09 | Postage | 1.32 |
| 08/17/09 | Long Distance Telephone 1(201)725-2866; 1 Mins. | 1.39 |
| 08/24/09 | Long Distance Telephone 1(917)882-5162; 1 Mins. | 2.78 |
| 08/25/09 | Long Distance Telephone 1(302)654-8300; 3 Mins. | 4.17 |
| 08/25/09 | Long Distance Telephone 1(302)654-8300; 2 Mins. | 2.78 |
| 08/26/09 | Long Distance Telephone 1(312)641-2162; 1 Mins. | 1.39 |
| 08/31/09 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for August 2009 $ 7,555.00 | 7,555.00 |
| 08/21/09 | Copies 2,111 pgs @ 0.10/pg | 211.10 |
| 08/12/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/04/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/09 | Copies 180 pgs @ 0.10/pg | 18.00 |
| 08/10/09 | Copies 180 pgs @ 0.10/pg | 18.00 |
| 08/10/09 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 08/03/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/04/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/04/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 08/04/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/05/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 08/05/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 08/05/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/05/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/05/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/05/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/05/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/07/09 | Copies 22 pgs @ 0.10/pg | 2.20 |



| 08/07/09 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 08/07/09 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 08/12/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/12/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/12/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 08/12/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/12/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/12/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/12/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/12/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/13/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/13/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/13/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/18/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/18/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/18/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/20/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/20/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/20/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/21/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 08/21/09 | Copies 109 pgs @ 0.10/pg | 10.90 |
| 08/21/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 08/21/09 | Copies 147 pgs @ 0.10/pg | 14.70 |
| 08/21/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/21/09 | Copies 41 pgs @ 0.10/pg | 4.10 |
| 08/21/09 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 08/21/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/21/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/21/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/21/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/21/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/21/09 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 08/21/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/21/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/21/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/21/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/21/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/21/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/21/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/21/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/21/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/21/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/21/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/21/09 | Copies 12 pgs @ 0.10/pg | 1.20 |

| 08/21/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/21/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/21/09 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 08/21/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/21/09 | Copies 38 pgs @ 0.10/pg | 3.80 |
| 08/21/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/21/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/21/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/21/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/21/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/21/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/21/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/24/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/24/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/24/09 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 08/24/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/24/09 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 08/24/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/24/09 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 08/24/09 | Copies 90 pgs @ 0.10/pg | 9.00 |
| 08/24/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/24/09 | Copies 71 pgs @ 0.10/pg | 7.10 |
| 08/24/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/24/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/24/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/24/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 08/24/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/24/09 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 08/24/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/24/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/24/09 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 08/24/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/09 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 08/24/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/24/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/24/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/24/09 | Copies 100 pgs @ 0.10/pg | 10.00 |
| 08/24/09 | Copies 96 pgs @ 0.10/pg | 9.60 |
| 08/24/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/24/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/24/09 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 08/24/09 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 08/24/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/09 | Copies 2 pgs @ 0.10/pg | 0.20 |

| | | |
|---|---|---|
| 08/24/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/24/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/24/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/24/09 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 08/24/09 | Copies 2 pgs @ 0.10/pg | 0.20 |

**TOTAL COSTS ADVANCED** $12,263.84

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $485.00 | $97.00 |
| Flores, Luisa M | 1.80 | $205.00 | $369.00 |
| Rojas, Susana | 3.00 | $190.00 | $570.00 |
| *TOTAL* | *5.00* | | *$1,036.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $760.20 |
| Fares, Mileage, Parking | $225.00 |
| Federal Express | $9.86 |
| Long Distance Telephone | $33.36 |
| Long Distance Telephone-Outside Services | $3,229.99 |
| Miscellaneous Costs | $7,555.00 |
| Postage | $9.33 |
| Copies | $441.10 |
| *TOTAL* | *$12,263.84* |

**CURRENT BALANCE DUE THIS MATTER** $13,299.84

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| 08/05/09 | JMS | 0.50 | 242.50 | Emails with D. Speights and D. Scott regarding committee call (.3); email to committee thereon (.2). |
| 08/06/09 | JMS | 1.10 | 533.50 | Prepare for and hold committee call (.9);  follow up email from D. Speights thereon (.2). |
| 08/06/09 | JIS | 0.70 | 206.50 | Emails from/to J. Sakalo regarding committee call (0.1); attend and record minutes of committee call (0.6). |
| 08/06/09 | MIK | 0.50 | 205.00 | Attend committee call (.5). |
| 08/19/09 | JMS | 0.30 | 145.50 | Email to Speights and D. Scott regarding committee call (.3). |
| 08/25/09 | JMS | 0.80 | 388.00 | Prepare for and attend committee call (.8). |

**PROFESSIONAL SERVICES**                                                                 **$1,721.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.50 | $410.00 | $205.00 |
| Sakalo, Jay M | 2.70 | $485.00 | $1,309.50 |
| Snyder, Jeffrey I | 0.70 | $295.00 | $206.50 |
| *TOTAL* | *3.90* | | *$1,721.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$1,721.00**

**Atty – SLB**
**Client No.: 74817/15543**

**RE:  07 - Applicant's Fee Application**

| 08/04/09 | JIS | 0.30 | 88.50 | Initial review of July prebill and confer with T. Trevorrow regarding same. |
| 08/05/09 | JIS | 0.80 | 236.00 | Review and revise July prebill. |
| 08/12/09 | LMF | 1.20 | 246.00 | Complete description of service on Bilzin's quarterly fee application and exhibits to same for attorney's review. |
| 08/13/09 | JIS | 0.40 | 118.00 | Review and revise 33rd quarterly fee application. |
| 08/14/09 | LMF | 0.50 | 102.50 | Finalize quarterly application with attorney comments and submit to local counsel for filing. |
| 08/26/09 | LMF | 0.80 | 164.00 | Prepare summary and notice of Bilzin Sumberg's July fees and costs and email to local counsel for filing and service. |

**PROFESSIONAL SERVICES** $955.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.50 | $295.00 | $442.50 |
| Flores, Luisa M | 2.50 | $205.00 | $512.50 |
| *TOTAL* | *4.00* | | *$955.00* |

**CURRENT BALANCE DUE THIS MATTER** $955.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE:  08 - Hearings**

| 08/05/09 | JMS | 0.80 | 388.00 | Review issues regarding confidentiality order and conference with M. Kramer thereon (.8). |
|---|---|---|---|---|
| 08/19/09 | SR | 0.20 | 38.00 | E-mail to court call regarding telephonic appearance arrangements for 8/24 hearing. |
| 08/20/09 | SR | 0.80 | 152.00 | Attend to hearing confirmations and emails to PD Committee members thereon. |
| 08/20/09 | TVT | 0.50 | 135.00 | E-mail with M. Kramer, J. Sakalo and S. Rojas (.3); review hearing agenda (.2). |
| 08/21/09 | SR | 2.30 | 437.00 | Attend to preparing omnibus hearing notebook per M.Kramer's request. |
| 08/24/09 | JMS | 2.20 | 1,067.00 | Attend omnibus hearing (partial) by phone (2.2). |
| 08/24/09 | MIK | 7.00 | 2,870.00 | Attend omnibus hearing. |

**PROFESSIONAL SERVICES**                                                    **$5,087.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 7.00 | $410.00 | $2,870.00 |
| Sakalo, Jay M | 3.00 | $485.00 | $1,455.00 |
| Trevorrow, Tara V | 0.50 | $270.00 | $135.00 |
| Rojas, Susana | 3.30 | $190.00 | $627.00 |
| *TOTAL* | *13.80* | | *$5,087.00* |

**CURRENT BALANCE DUE THIS MATTER**                                     **$5,087.00**

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 08/18/09 | PMB | 0.20 | 67.00 | Telephone call with A. Ancinia regarding Zonolite issues (.2). |

**PROFESSIONAL SERVICES**                                                                    **$67.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Botros, Paul M | 0.20 | $335.00 | $67.00 |
| *TOTAL* | *0.20* | | *$67.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                           **$67.00**

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 08/18/09 | MIK | 4.30 | 881.50 | Travel to deposition of M. Shelnitz in D.C.. |
| 08/19/09 | MIK | 2.50 | 512.50 | Travel to Zilly deposition. |
| 08/20/09 | MIK | 6.50 | 1,332.50 | Travel from Zilly deposition. |
| 08/23/09 | MIK | 4.60 | 943.00 | Travel to omnibus hearing. |
| 08/24/09 | MIK | 3.60 | 738.00 | Non-working travel from omnibus hearing. |

**PROFESSIONAL SERVICES**                                                                 **$4,407.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 21.50 | $205.00 | $4,407.50 |
| *TOTAL* | *21.50* | | *$4,407.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                 **$4,407.50**

**Atty – SLB**
**Client No.: 74817/15548**

**RE: 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)**

**PROFESSIONAL SERVICES** $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/03/09 | JMS | 1.90 | 921.50 | Review R. Frezza expert report (1.5); review open issues on plan confirmation (.4). |
| 08/03/09 | WP | 6.84 | 1,539.00 | Summarize Phase II Trial Briefs. |
| 08/04/09 | SR | 1.30 | 247.00 | Attend to updating trial brief analysis per W.Polit's request (1.3). |
| 08/05/09 | JIS | 0.10 | 29.50 | Emails from/to M. Kramer regarding deposition of H. LaForce. |
| 08/05/09 | MIK | 0.10 | 41.00 | Telephone call with D. Speights re discovery (.1). |
| 08/06/09 | JMS | 0.70 | 339.50 | Telephone conference with S. Baena regarding feasibility issues and analysis of same (.7). |
| 08/06/09 | JIS | 2.30 | 678.50 | Emails to/from M. Kramer regarding deposition (0.1); review of slides in preparation for same (0.2); partial telephonic attendance at deposition of H. LaForce (1.9); attention to notes of same and email to M. Kramer and J. Sakalo thereon (0.1). |
| 08/06/09 | MIK | 2.50 | 1,025.00 | Attend LaForce deposition telephonically (partial) (2.5). |
| 08/07/09 | JMS | 3.10 | 1,503.50 | Review and revise summary of Phase II trial briefs (1.4); email to committee regarding same (.3); review Debtors' second amended Phase II pre-trial statement (.5); review solvency papers filed by Unsecured Creditors' Committee and Bank Group (.4); review Debtors' objection to Libby claimants experts (.5). |
| 08/07/09 | TVT | 0.80 | 216.00 | Review and revise trial brief summary. |
| 08/08/09 | JMS | 0.80 | 388.00 | Review Scotts Company 9019 motion and backup (.8). |
| 08/09/09 | JMS | 0.50 | 242.50 | Email exchange with D. Speights regarding plan discovery questions (.5). |
| 08/10/09 | JMS | 1.70 | 824.50 | Telephone conference with A. Rich regarding plan issues (1.0); follow up emails with A. Rich thereon (.4); email exchange with D. Speights regarding Rourke and Florence depositions (.3). |
| 08/13/09 | JMS | 0.90 | 436.50 | Email exchange with A. Rich regarding PD experts in Sealed Air and review issues thereon (.9). |
| 08/17/09 | LMF | 0.90 | 184.50 | Compile and forward various exhibits from deposition. |
| 08/17/09 | JMS | 0.60 | 291.00 | Email to Committee regarding 4th Amended CMO for plan confirmation (.3); email to A. Rich regarding Hass exhibits (.3). |
| 08/19/09 | MIK | 6.00 | 2,460.00 | Attend Shelnitz deposition. |
| 08/19/09 | PMB | 4.80 | 1,608.00 | Attend telephonic deposition of Mr. Burn (4.1); prepare summary related thereto (.7). |
| 08/20/09 | MIK | 6.40 | 2,624.00 | Attend Zilly deposition. |
| 08/20/09 | PMB | 1.40 | 469.00 | Attend telephonic meeting regarding order of proof issues and prepare summary regarding same (1.4). |
| 08/22/09 | JMS | 1.00 | 485.00 | Telephone conference with D. Speights regarding confidentiality orders and historical documents (.6); review issues thereon (.4). |
| 08/23/09 | JMS | 0.60 | 291.00 | Emails with D. Speights regarding Rourke depo exhibits (.3); review issues thereon (.3). |
| 08/24/09 | SLB | 0.70 | 472.50 | Attention to witness order lists from various parties and to Debtor's slide presentation (.7). |
| 08/24/09 | LMF | 1.40 | 287.00 | Compile and organize Rourke exhibits for attorney review. |
| 08/24/09 | JMS | 0.50 | 242.50 | Email exchange with D. Speights regarding Rourke deposition in Sealed Air (.5). |
| 08/24/09 | MIK | 1.50 | 615.00 | Review Zilly deposition. |
| 08/25/09 | SLB | 0.40 | 270.00 | Review Anderson's statement of issues, witnesses, exhibits (.4). |
| 08/26/09 | LMF | 0.50 | 102.50 | Attend to and analyze deposition transcripts and exhibits. |
| 08/26/09 | MIK | 3.00 | 1,230.00 | Email E. Westbrook regarding depositions (.1); attend Torola deposition |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

(2.9).

| 08/27/09 | JMS | 0.20 | 97.00 | Emails with D. Speights regarding feasibility (.2). |

**PROFESSIONAL SERVICES**                                                    **$20,161.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.10 | $675.00 | $742.50 |
| Kramer, Matthew I | 19.50 | $410.00 | $7,995.00 |
| Sakalo, Jay M | 12.50 | $485.00 | $6,062.50 |
| Botros, Paul M | 6.20 | $335.00 | $2,077.00 |
| Polit, Wendy | 6.84 | $225.00 | $1,539.00 |
| Snyder, Jeffrey I | 2.40 | $295.00 | $708.00 |
| Trevorrow, Tara V | 0.80 | $270.00 | $216.00 |
| Flores, Luisa M | 2.80 | $205.00 | $574.00 |
| Rojas, Susana | 1.30 | $190.00 | $247.00 |
| *TOTAL* | *53.44* | | *$20,161.00* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$20,161.00**

**Atty – SLB**
**Client No.: 74817/17781**

**RE:  30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 08/03/09 | LMF | 0.60 | 123.00 | Review email and statement from W. Hilton regarding work for the Committee and research regarding retention order. |
| 08/12/09 | LMF | 1.30 | 266.50 | Finalize quarterly application for Hamilton Rabinovitz and review statement from W. D. Hilton for fees. |
| 08/12/09 | LMF | 0.60 | 123.00 | Attend to disbursements to professionals. |
| 08/14/09 | LMF | 0.30 | 61.50 | Finalize quarterly application for Hamilton and submit to local counsel for filing (.4); attend to correspondence with W. D. Hilton regarding updated statement and procedures for filing fee application on their behalf (.3). |
| 08/26/09 | LMF | 1.10 | 225.50 | Prepare first monthly notice and summary for W. D. Hilton and send to local counsel for filing and service. |

**PROFESSIONAL SERVICES**                                                                 **$799.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 3.90 | $205.00 | $799.50 |
| *TOTAL* | *3.90* | | *$799.50* |

**CURRENT BALANCE DUE THIS MATTER**                                         **$799.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP