IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br><br>Objection Deadline: October 19, 2009 at 4:00 p.m. |

## SECOND MONTHLY APPLICATION OF
## SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL
## COMMITTEE OF EQUITY SECURITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | August 1, 2009 through August 31, 2009 |
| Amount of fees to be approved as actual, reasonable and necessary: | $38,437.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $651.48 |

This is a(n): ___ interim       ___ final application.       _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

## SUMMARY OF TIME FOR BILLING PERIOD
## AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
| --- | --- | --- | --- |
| Teresa K.D. Currier | $600 | 56.1 | $33,660.00 |
| Melissa N. Flores | $195 | 24.5 | $4,777.50 |
| **TOTAL** | | **80.6** | **$38,437.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 3.7 | $2,220.00 |
| Case Administration | 20.6 | $8,107.50 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 1.3 | $780.00 |
| Committee: Creditors', Noteholders' or Equity Holders' | 1.6 | $960.00 |
| Employment Applications, Applicant | 1.2 | $598.50 |
| Fee Applications, Applicant | 7.5 | $1,746.00 |
| Fee Applications, Others | 7.4 | $1,848.00 |
| Hearings | 1.0 | $600.00 |
| Litigation and Litigation Consulting | 21.4 | $12,637.50 |
| Plan and Disclosure Statement | 14.9 | $8,940.00 |
| **TOTAL** | **80.6** | **$38,437.50** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Expense Category | Total Expenses |
| --- | ---: |
| Docket Entries | $46.80 |
| Messenger Service | $572.25 |
| Federal Express | $32.43 |
| **TOTAL** | **$651.48** |

SAUL EWING LLP

By: _____
Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: September 29, 2009