# Saul Ewing
LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2073845 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/11/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/07/09 | TKDC | Reviewed Debtors' Thirty-Second Quarterly Report of Settlements from April 1, 2009 Through June 30, 2009 In Accordance With That Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding | 0.2 | 120.00 |
| 08/07/09 | TKDC | Reviewed Debtors' Thirty-Second Quarterly Report of Asset Sales From April 1, 2009 Through June 30, 2009 In Accordance With That Certain Order Establishing Procedures For That Sale or Abandonment of De Minimis Assets Filed by W.R. Grace & Co., et al. | 0.1 | 60.00 |
| 08/10/09 | TKDC | Reviewed Debtors' Motion for an Order Approving the Settlement Agreement By and Between W.R. Grace & Co., et al. and the Scotts Company LLC | 0.5 | 300.00 |
| 08/11/09 | TKDC | Reviewed Debtors' Motion for an Order Approving the Amended and Restated Settlement Agreement with Certain London Market Insurance Companies Filed by W.R. Grace & Co., et al | 0.6 | 360.00 |
| 08/15/09 | TKDC | Reviewed Debtors' Motion for an Order Approving the Amended and Restated Asbestos Settlement Agreement with Allstate Insurance Company | 0.4 | 240.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00001

09/11/09

WR Grace - Official Committee of Equity Security
Holders
Asset Disposition

Invoice Number  2073845
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/19/09 | TKDC | Reviewed Motion for an Order (A) Approving the Agreements By and Between W. R. Grace & Co.-Conn.and the Rectorseal Corporation; (B) Authorizing the Sale of Certain Assets of W.R. Grace & Co.-Conn's Firestopping and Abatement Business to Buyer Free and Clear of Liens, Claims and Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Buyer of Certain Executory Contracts; and (D) Granting Certain Related Relief | 0.7 | 420.00 |
| 08/24/09 | TKDC | Reviewed Certification of Counsel Regarding Order (A) Approving The Agreements By And Between W. R. Grace & Co.-Conn. And Buyer; (B) Authorizing The Sale Of Certain Assets Of W. R. Grace & Co.-Conn.s Membranes Business To Buyer Free And Clear Of Liens, Claims, Encumbrances And Other Interests; (C) Authorizing The Assumption And Assignment To Buyer Of Certain Executory Contracts And Unexpired Leases; And (D) Granting Certain Related Relief | 0.2 | 120.00 |
| 08/28/09 | TKDC | Reviewed Twenty-Second Claim Settlement Notice Filed by W.R. Grace & Co., et al | 0.2 | 120.00 |
| 08/28/09 | TKDC | Reviewed Motion of the Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Presidential Towers Condo fka Americana Filed by W.R. Grace & Co., et al | 0.4 | 240.00 |
| 08/28/09 | TKDC | Reviewed Motion for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by St. Joseph's Hospital Filed by W.R. Grace & Co., et al | 0.4 | 240.00 |
| | | TOTAL HOURS | 3.7 | |

359022
00001

09/11/09

WR Grace - Official Committee of Equity Security
Holders
Asset Disposition

Invoice Number  2073845
Page 3

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 3.7 | at | $600.00 | = | 2,220.00 |

CURRENT FEES                                                                 2,220.00

TOTAL AMOUNT OF THIS  INVOICE                            2,220.00

NET AMOUNT OF THIS INVOICE                                 2,220.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2073846 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date    09/11/09 |
| Peninsula Capital Advisors LLC | Client Number    359022 |
| 404B East Main Street | Matter Number    00004 |
| Charlottesville, VA  22902 | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/03/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/03/09 | MNF | File Maintenance; Update pleadings | 0.5 | 97.50 |
| 08/04/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/04/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.7 | 420.00 |
| 08/05/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |
| 08/05/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/06/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/06/09 | MNF | File Maintenance; update pleadings | 0.5 | 97.50 |
| 08/06/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.6 | 360.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004

09/11/09

WR Grace - Official Committee of Equity Security
Holders
Case Administration

Invoice Number  2073846
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/07/09 | TKDC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | 0.6 | 360.00 |
| 08/07/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/10/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/10/09 | MNF | File Maintenance; Update pleadings | 0.5 | 97.50 |
| 08/10/09 | TKDC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |
| 08/11/09 | MNF | File maintenance | 0.5 | 97.50 |
| 08/11/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/12/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/12/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |
| 08/12/09 | TKDC | Reviewed communications about deposition arrangements and revised deposition calendar | 0.3 | 180.00 |
| 08/13/09 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals as appropriate | 0.5 | 300.00 |
| 08/13/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/14/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.6 | 360.00 |

359022
00004

09/11/09

WR Grace - Official Committee of Equity Security
Holders
Case Administration

Invoice Number  2073846
Page 3

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/14/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/14/09 | MNF | File Maintenance; update pleadings | 0.5 | 97.50 |
| 08/17/09 | TKDC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | 0.6 | 360.00 |
| 08/18/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |
| 08/19/09 | TKDC | Briefly reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.4 | 240.00 |
| 08/20/09 | TKDC | Reviewed all incoming ecf filings and distributed as pertinent to team counsel and paralegals | 0.5 | 300.00 |
| 08/21/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.6 | 360.00 |
| 08/24/09 | TKDC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | 0.7 | 420.00 |
| 08/24/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/25/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/25/09 | TKDC | Reviewed all ecf filings and distributed same to team counsel and paralegals | 0.6 | 360.00 |
| 08/26/09 | TKDC | Reviewed all ecf filings and distributed, as appropriate, to team counsel and paralegals | 0.5 | 300.00 |
| 08/26/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |

359022                WR Grace - Official Committee of Equity Security        Invoice Number 2073846
00004                 Holders                                                 Page 4
                      Case Administration
09/11/09

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/27/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/28/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.4 | 240.00 |
| 08/28/09 | MNF | File Maintenance; update pleadings | 0.5 | 97.50 |
| 08/28/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 08/31/09 | TKDC | Reviewed all weekend ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |

|  |  | TOTAL HOURS | 20.6 |  |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Melissa N. Flores | 10.5 | at | $195.00 | = | 2,047.50 |
| Teresa K.D. Currier | 10.1 | at | $600.00 | = | 6,060.00 |

|  | CURRENT FEES |  | 8,107.50 |
|--|--------------|--|----------|

**TOTAL AMOUNT OF THIS INVOICE**          8,107.50

**NET AMOUNT OF THIS INVOICE**          8,107.50

# Saul Ewing
## LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2073847 |
| Invoice Date | 09/11/09 |
| Client Number | 359022 |
| Matter Number | 00007 |

Re:   Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/19/09 | TKDC | Reviewed Omnibus Objection to Claims [Twenty-Seventh] [Substantive] ("No Liability" Claims) | 0.6 | 360.00 |
| 08/24/09 | TKDC | Reviewed Response of Sheldon H. Solow, Solow Development Corporation, Solovieff Realty Company, LLC and Solow Building Company, LLC to Debtors' Motion for Entry of an Order Approving Stipulation Regarding Treatment of Certain Claims of the St. Paul Companies Inc., Travelers Casualty Surety Company of America and Certain of Their Affiliates and Subsidiaries Under the Plan | 0.2 | 120.00 |
| 08/28/09 | TKDC | Reviewed Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed by Norfolk Southern Railway | 0.5 | 300.00 |
| | | TOTAL HOURS | 1.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.3 | at | $600.00 | = | 780.00 |
| | | | CURRENT FEES | | 780.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00007

09/11/09

WR Grace - Official Committee of Equity Security
Holders
Claim Analysis Objestions & Resolutions (Non-Asbestos)

Invoice Number  2073847
Page 2

**TOTAL AMOUNT OF THIS  INVOICE**                    780.00


**NET AMOUNT OF THIS INVOICE**                    780.00

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2073848 |
| Invoice Date | 09/11/09 |
| Client Number | 359022 |
| Matter Number | 00008 |

Re:   Committee:  Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/05/09 | TKDC | Reviewed materials in preparation for committee meeting thursday | 1.1 | 660.00 |
| 08/06/09 | TKDC | Attended committee meeting | 0.5 | 300.00 |
| | | TOTAL HOURS | 1.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.6 | at | $600.00 | = | 960.00 |
| CURRENT FEES | | | | | 960.00 |

**TOTAL AMOUNT OF THIS  INVOICE**            960.00

**NET AMOUNT OF THIS INVOICE**            960.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing
LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2073849 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date    09/11/09 |
| Peninsula Capital Advisors LLC | Client Number    359022 |
| 404B East Main Street | Matter Number    00011 |
| Charlottesville, VA  22902 | |

Re:   Employment Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/14/09 | MNF | T/c to chambers re: Order for Retention App of Saul | 0.3 | 58.50 |
| 08/18/09 | TKDC | Run down retention order for saul ewing | 0.5 | 300.00 |
| 08/21/09 | TKDC | Reviewed signed retention order for saul ewing; communications re same | 0.2 | 120.00 |
| 08/24/09 | TKDC | Communications with paralegal about service of our retention order | 0.2 | 120.00 |
| | | TOTAL HOURS | 1.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 0.3 | at | $195.00 | = | 58.50 |
| Teresa K.D. Currier | 0.9 | at | $600.00 | = | 540.00 |
| | | | CURRENT FEES | | 598.50 |

**TOTAL AMOUNT OF THIS  INVOICE**                                598.50

**NET AMOUNT OF THIS INVOICE**                                598.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA. 22902 | |

| | |
|---|---|
| Invoice Number | 2073851 |
| Invoice Date | 09/11/09 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/04/09 | MNF | Update First Monthly Fee app of Saul Ewing | 0.5 | 97.50 |
| 08/05/09 | MNF | Review/make edits to July 2009 pre-bills | 0.8 | 156.00 |
| 08/12/09 | MNF | Work on First monthly fee app of Saul Ewing | 1.5 | 292.50 |
| 08/13/09 | MNF | Work on First Monthly Fee app of Saul Ewing for May-July 2009 | 1.0 | 195.00 |
| 08/14/09 | MNF | Continued work on 1st monthly fee app of Saul Ewing | 1.0 | 195.00 |
| 08/26/09 | MNF | Edits to 1st monthly fee app of Saul; t/c to S. Rooney re: same | 1.0 | 195.00 |
| 08/27/09 | MNF | Continue work on 1st monthly fee app of Saul | 1.0 | 195.00 |
| 08/27/09 | TKDC | Reviewed/edited first fee application of saul ewing; confs with paralegal re same | 0.7 | 420.00 |
| | | TOTAL HOURS | 7.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 6.8 | at | $195.00 | = | 1,326.00 |
| Teresa K.D. Currier | 0.7 | at | $600.00 | = | 420.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Applicant

Invoice Number  2073851
Page 2

09/11/09

CURRENT FEES                                      1,746.00


**TOTAL AMOUNT OF THIS  INVOICE**            1,746.00

**NET AMOUNT OF THIS INVOICE**               1,746.00



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2073852 |
| Invoice Date | 09/11/09 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/12/09 | MNF | Draft Notice re 29th Quarterly fee app of Kramer Levin (.5); E-file and serve 29th Quarterly fee request of Kramer Levin (.8) | 1.3 | 253.50 |
| 08/12/09 | MNF | Draft/ work on 33rd quarterly fee request of BIR; Draft Notice re: same | 2.5 | 487.50 |
| 08/13/09 | MNF | E-file and serve 33rd Quarterly fee app of BIR for April-June 2009 | 1.0 | 195.00 |
| 08/13/09 | MNF | Edits to 33rd Notice and Quarterly fee app of BIR | 0.3 | 58.50 |
| 08/13/09 | TKDC | Reviewed fee application (quarterly) of buchanan ingersoll, former counsel to equity committee; approved and filed same | 0.6 | 360.00 |
| 08/24/09 | MNF | Draft CNO re: 94th monthly fee app of Kramer Levin | 0.5 | 97.50 |
| 08/24/09 | TKDC | Reviewed cno for kramer levin, approved same for filing | 0.2 | 120.00 |
| 08/25/09 | MNF | E-file and serve CNO re: 94th monthly fee app of Kramer Levin | 0.8 | 156.00 |
| 08/28/09 | TKDC | Reviewed kramer levin fee application; arranged for filing of same | 0.2 | 120.00 |

TOTAL HOURS          7.4

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022                  WR Grace - Official Committee of Equity Security          Invoice Number  2073852
00016                   Holders                                                   Page 2
                        Fee Applications/Others
09/11/09

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 6.4 | at | $195.00 | = | 1,248.00 |
| Teresa K.D. Currier | 1.0 | at | $600.00 | = | 600.00 |
| CURRENT FEES | | | | | 1,848.00 |

**TOTAL AMOUNT OF THIS  INVOICE**                                                 1,848.00


**NET AMOUNT OF THIS INVOICE**                                                    1,848.00

# Saul Ewing
LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2073853 |
| Invoice Date | 09/11/09 |
| Client Number | 359022 |
| Matter Number | 00017 |

Re:   Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/04/09 | TKDC | Checked in hearing dates for getting saul ewing order signed | 0.3 | 180.00 |
| 08/18/09 | TKDC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/24/2009 (includes Saul Ewing Retention if order not signed) | 0.3 | 180.00 |
| 08/20/09 | TKDC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/24/2009; prepared folder for hearing to get judge fitzgerald to sign our retention order | 0.4 | 240.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.0 | at | $600.00 | = | 600.00 |
| | | | CURRENT FEES | | 600.00 |

**TOTAL AMOUNT OF THIS  INVOICE**                                                600.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00017

WR Grace - Official Committee of Equity Security
Holders
Hearings

Invoice Number  2073853
Page 2

09/11/09

**NET AMOUNT OF THIS INVOICE** 600.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2073854 |
| Invoice Date | 09/11/09 |
| Client Number | 359022 |
| Matter Number | 00019 |

Re:   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/04/09 | TKDC | Reviewed all notices of deposition; reviewed revised deposition calendars; calendared changes | 0.6 | 360.00 |
| 08/05/09 | MNF | Calendar Dep. Dates | 0.5 | 97.50 |
| 08/05/09 | TKDC | Reviewed ACC, FCR and Equity Committee's responses to Anderson Memorial's Requests to Produce Regarding Plan Feasibility Issues | 0.3 | 180.00 |
| 08/06/09 | TKDC | Reviewed stipulation with the state of montana regarding witnesses; approved same for filing | 0.4 | 240.00 |
| 08/10/09 | TKDC | Reviewed most current deposition calendar; calendared changes | 0.2 | 120.00 |
| 08/10/09 | TKDC | Reviewed Objection to Libby Claimants' Motions to Strike, or Alternatively to Limit and Allow for Rebuttal of the Expert Testimony of Gary Friedman, M.D. and to Strike, or Alternatively to Limit, the Expert Testimony of Gail Stockman, M.D | 0.3 | 180.00 |
| 08/10/09 | TKDC | Reviewed Debtors' Objection to Libby Claimants' Motion to Strike, or Alternatively to Limit, the Expert Testimony of John Parker, M.D. | 0.3 | 180.00 |
| 08/10/09 | TKDC | Reviewed Stipulation Regarding Testimony and Report of Samuel P. Hammar, M.D | 0.1 | 60.00 |
| 08/11/09 | TKDC | Reviewed montana stipulation; communications with kate orr and team re same | 0.3 | 180.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022    · WR Grace - Official Committee of Equity Security      Invoice Number  2073854
00019        Holders                                              Page 2
09/11/09     Litigation and Litigation Consulting

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/12/09 | TKDC | Reviewed final form of montana stipulation; executed same after equity committee authorization; delivered executed pdf to kate orr | 0.3 | 180.00 |
| 08/12/09 | TKDC | Reviewed several certifications of counsel regarding libby claimants testimony during plan confirmation | 0.3 | 180.00 |
| 08/12/09 | TKDC | Communications among parties to coordinate filing of daubert papers | 0.5 | 300.00 |
| 08/13/09 | TKDC | Reviewed final daubert papers, gave approval for equity | 0.7 | 420.00 |
| 08/13/09 | TKDC | Reviewed daubert papers on schein | 0.4 | 240.00 |
| 08/14/09 | TKDC | Reviewed all daubert/motions in limine to be filed today; received approvals and approved same | 0.7 | 420.00 |
| 08/14/09 | TKDC | reviewed Motion in Limine to Exclude Expert Testimony of Alan Whitehouse, | 0.5 | 300.00 |
| 08/14/09 | TKDC | Reviewed communications about FFIC motion in limine | 0.3 | 180.00 |
| 08/14/09 | TKDC | Reviewed communications meet and confer with the Objecting Insurers | 0.4 | 240.00 |
| 08/14/09 | TKDC | Reviewed motion and limine to exclude opinion testimony; approved same | 0.5 | 300.00 |
| 08/14/09 | TKDC | Reviewed Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of David T. Austern | 0.5 | 300.00 |
| 08/14/09 | TKDC | Reviewed Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Peter Van N. Lockwood | 0.4 | 240.00 |
| 08/14/09 | TKDC | Reviewed Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Richard Charles Finke | 0.3 | 180.00 |
| 08/14/09 | TKDC | Reviewed Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Elihu Inselbuch | 0.2 | 120.00 |
| 08/14/09 | TKDC | Reviewed Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Jay Hughes | 0.2 | 120.00 |

359022
00019
09/11/09

WR Grace - Official Committee of Equity Security
Holders
Litigation and Litigation Consulting

Invoice Number  2073854
Page 3

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/14/09 | TKDC | Reviewed Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Mark Peterson | 0.2 | 120.00 |
| 08/14/09 | TKDC | Reviewed CONFIDENTIAL VERSION OF Certain Plan Objectors' Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Jeffrey Posner, filed UNDER SEAL | 0.3 | 180.00 |
| 08/14/09 | TKDC | Reviewed Phase II Designations of Arrowood | 0.2 | 120.00 |
| 08/14/09 | TKDC | reviewed and approved Plan Proponents' Deposition Designations | 0.5 | 300.00 |
| 08/15/09 | TKDC | Reviewed Pre-trial Submission of Maryland Casualty Company | 0.2 | 120.00 |
| 08/15/09 | TKDC | Reviewed various notices of deposition filed by all parties in the case, including all LIbby designations | 0.5 | 300.00 |
| 08/17/09 | TKDC | Reviewed Plan Proponents' Motion in Limine to Exclude the Expert Report and Testimony of George L. Priest | 0.4 | 240.00 |
| 08/17/09 | TKDC | Reviewed new deposition calendar; calendared changes and additions | 0.4 | 240.00 |
| 08/18/09 | TKDC | Reviewed revised deposition calendar; recorded/calendared changes and additions | 0.4 | 240.00 |
| 08/18/09 | TKDC | Reviewed Order Denying Libby Claimants' Motion To Reconsider Modified Order on Dr. Whitehouse's Expert Report and Production of Reliance Materials | 0.1 | 60.00 |
| 08/18/09 | TKDC | Reviewed Order (MODIFIED) Between the Plan Proponents and Libby Claimants Regarding Individual Claimant Testimony | 0.1 | 60.00 |
| 08/18/09 | TKDC | Reviewed all new notices of deposition | 0.3 | 180.00 |
| 08/19/09 | TKDC | Reviewed revised Deposition Calendar; tracked changes | 0.2 | 120.00 |
| 08/19/09 | TKDC | Reviewed Motion for Relief from the Automatic Stay and Related Relief Filed by Gloria Munoz | 0.3 | 180.00 |
| 08/21/09 | TKDC | Reviewed all notices of deposition and revised deposition calendar | 0.4 | 240.00 |

359022
00019

WR Grace - Official Committee of Equity Security
Holders
Litigation and Litigation Consulting

Invoice Number  2073854
Page 4

09/11/09

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/21/09 | TKDC | Reviewed Expert Report of Suresh H. Moolgavkar, M.D., Ph.D. as Rebuttal to the Supplemental Expert Report of Dr. Craig Molgaard | 0.4 | 240.00 |
| 08/21/09 | TKDC | Reviewed Certification of Counsel Regarding Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency | 0.3 | 180.00 |
| 08/21/09 | TKDC | Reviewed Libby Claimants' Experts' Rebuttal Response to Grace's Dr. Weill Report of 7/24/09 | 0.6 | 360.00 |
| 08/21/09 | TKDC | Reviewed counterdesignations and slides for use at continuing confirmation hearing | 0.5 | 300.00 |
| 08/21/09 | TKDC | Reviewed CNA's Draft Order of Witnesses with Estimate Time of Direct Examination | 0.2 | 120.00 |
| 08/21/09 | TKDC | Reviewed Draft Order of Witness and Estimated Time of Direct Examination of Maryland Casualty Company | 0.1 | 60.00 |
| 08/21/09 | TKDC | Reviewed CNA's Objections to Certain Deposition Designations of the Libby Claimants, BNSF Railway Company, and the State of Montana | 0.2 | 120.00 |
| 08/21/09 | TKDC | Reviewed Draft Order of Witnesses and Estimated Time of Direct Examination of Zurich Insurance Company and Zurich International (Bermuda) Ltd. | 0.1 | 60.00 |
| 08/21/09 | TKDC | Reviewed Travelers Casualty And Surety Company's Draft Order Of Witnesses And Estimated Time For Direct Examination At Phase II Confirmation Hearing | 0.2 | 120.00 |
| 08/21/09 | TKDC | Reviewed  Order Of Witnesses And Estimated Time Of Direct Testimony For The Phase II Confirmation Hearing Of Firemans Fund Insurance Company (FFIC), Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft Filed by Fireman's Fund Insurance Company | 0.2 | 120.00 |
| 08/24/09 | TKDC | Reviewed Objection to BNSF Railway Company's Confidential Initial Deposition Designations of Testimony of Jeffery Posner, Richard Finke, Jay Hughes, and Peter Van N. Lockwood and to The Libby Claimants' Notice of Filing Transcript and Deposition Excerpt Designations | 0.2 | 120.00 |

359022
00019

09/11/09

WR Grace - Official Committee of Equity Security
Holders
Litigation and Litigation Consulting

Invoice Number  2073854
Page 5

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/24/09 | TKDC | Reviewed Draft Order of Witnesses with Estimated Time of reviewed Direct Examination of Government Employees Insurance Company and Republic Insurance Company n/k/a Starr Indemnity & Liability Company Filed by Government Employees Insurance Company, Republic Insurance Company n/k/a Starr Indemnity & Liability Company | 0.2 | 120.00 |
| 08/24/09 | TKDC | Reviewed draft Order of Witnesses with Estimated Time of Direct Examination of Creditors OneBeacon America Insurance Company and Seaton Insurance Company Filed by OneBeacon America Insurance Company, Seaton Insurance Company | 0.2 | 120.00 |
| 08/24/09 | TKDC | Reviewed Arrowood's Draft Order of Witnesses With Estimated Time of Direct | 0.2 | 120.00 |
| 08/24/09 | TKDC | Reviewed Arrowood's Objections and Counter-Designations to Certain Deposition Designations of The Libby Claimants, BNSF Railway Company and the State of Montana | 0.2 | 120.00 |
| 08/24/09 | TKDC | Reviewed Counter-Designations Filed by Libby Claimants | 0.2 | 120.00 |
| 08/24/09 | TKDC | Reviewed anderson pleading on deposition designations | 0.2 | 120.00 |
| 08/25/09 | TKDC | Draft Direct Witness Order and Estimated Testimony Time Filed by Anderson Memorial Hospital | 0.2 | 120.00 |
| 08/25/09 | TKDC | Reviewed State of Montana's Amended Deposition Designations | 0.2 | 120.00 |
| 08/25/09 | TKDC | Reviewed revised deposition calendar; calendared changes | 0.3 | 180.00 |
| 08/27/09 | TKDC | Reviewed motion for relief from stay filed by firemans' fund | 0.4 | 240.00 |
| 08/27/09 | TKDC | Reviewed motion to strike for the State of Montana amended designations and Anderson Memorial's designations; communications re same; approval for filing same | 0.3 | 180.00 |
| 08/28/09 | TKDC | Reviewed Objections of Certain Objecting Insurers to Motion in Limine of Plan Proponents to Exclude Testimony of Professor George L. Priest | 0.4 | 240.00 |

359022
00019

WR Grace - Official Committee of Equity Security
Holders
Litigation and Litigation Consulting

Invoice Number  2073854
Page 6

09/11/09

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/28/09 | TKDC | Reviewed Notice of Appeal From Order Pursuant to Sections 105, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving the Debtors Entering Into a Settlement Agreement With the Royal Parties and Denying Libby Claimants' Motions to Defer Consideration and Compel Discovery filed by BNSF | 0.2 | 120.00 |
| 08/28/09 | TKDC | Reviewed Fireman's Fund Insurance Company's Second Amendment to its Phase II Pre-Trial Statement in respect of its Surety Claim | 0.3 | 180.00 |
| 08/28/09 | TKDC | Reviewed Notice of Appeal from Order Pursuant to Sections 105, 1107 and 1108 of the Bankrutpcy Code and Rules 2002, 6004, 9014 and 9019 of the Fed.R.Bankr.P. Authorizing and Approving the Debtors Entering to the Settlement Agreement with the Royal Parties and Denying Libby Claimants' Motions to Defer Consideration and Compel DiscoveryFiled by Libby Claimants | 0.2 | 120.00 |
| 08/28/09 | TKDC | Reviewed Opposition to the Plan Proponents' Motion to Exclude or Limit the Testimony of James B. Shein Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence filed by Continental | 0.3 | 180.00 |
| 08/31/09 | TKDC | Reviewed communications about the deposition of ted weschler, head of equity committee | 0.2 | 120.00 |
| 08/31/09 | TKDC | Reviewed communications about zilly response motion and arguments/strategies | 0.2 | 120.00 |
| 08/31/09 | TKDC | Reviewed communications about order for proof | 0.3 | 180.00 |

TOTAL HOURS    21.4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Melissa N. Flores | 0.5 | at | $195.00 | = | 97.50 |
| Teresa K.D. Currier | 20.9 | at | $600.00 | = | 12,540.00 |

359022
00019

09/11/09

WR Grace - Official Committee of Equity Security
Holders
. Litigation and Litigation Consulting

Invoice Number  2073854
Page 7

CURRENT FEES                                               12,637.50

**TOTAL AMOUNT OF THIS  INVOICE**                          12,637.50

**NET AMOUNT OF THIS INVOICE**                             12,637.50



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number        2073855 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date          09/11/09 |
| Peninsula Capital Advisors LLC | Client Number         359022 |
| 404B East Main Street | Matter Number          00020 |
| Charlottesville, VA  22902 | |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/05/09 | TKDC | Reviewed Status Report of Debtors With Respect to the Lender's Entitlement to Default Interest Filed by W.R. Grace & Co., et al | 0.5 | 300.00 |
| 08/05/09 | TKDC | Reviewed Final Plan Proponents' Phase II Pretrial Statement and Witness List | 0.5 | 300.00 |
| 08/05/09 | TKDC | Reviewed communications among parties with respect to witnesses and finalizing pretrial statement and witness list | 0.3 | 180.00 |
| 08/05/09 | TKDC | Communications with parties about witness list; communications with debtors counsel about approval of pretrial statement | 0.5 | 300.00 |
| 08/05/09 | TKDC | Reviewed final witness list and final phase II statement; communications with all parties regarding not filing the witness list until we are satisfied with it; arranged delay in filing communications | 0.8 | 480.00 |
| 08/06/09 | TKDC | More communications with phil bentley and with debtors delaware counsel about witness designations for phase II; approved final for filing | 0.4 | 240.00 |
| 08/07/09 | TKDC | Reviewed Draft of Phase II Insurance Brief; communications with kramer levin about approval of this brief | 0.8 | 480.00 |
| 08/07/09 | TKDC | Reviewed phase II brief on libby objections (plan proponents) | 0.7 | 420.00 |
| 08/07/09 | TKDC | Reviewed communications about libby brief; signoff obtained on libby brief | 0.2 | 120.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022          WR Grace - Official Committee of Equity Security          Invoice Number  2073855
00020           Holders                                                   Page 2
                Plan and Disclosure Statement
09/11/09

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/07/09 | TKDC | Reviewed final draft of insurance brief/Phase ii; communications with equity and with other delaware lawyers | 0.6 | 360.00 |
| 08/07/09 | TKDC | Reviewed final version of plan proponents main brief in support of confirmation | 0.7 | 420.00 |
| 08/07/09 | TKDC | Reviewed final version of plan proponents brief on lender issues | 0.5 | 300.00 |
| 08/10/09 | TKDC | ReviewedObjection Of BNSF Railway Company To Joint Motion Of The Official Committee Of Asbestos Personal Injury Claimants And The Asbestos PI Future Claimants' Representative For Order Limiting Use Of Court's Findings Or Conclusions With Respect To Solvency | 0.1 | 60.00 |
| 08/10/09 | TKDC | Reviewed Joint Opposition Of The Official Committee Of Unsecured Creditors And Bank Lender Group To Joint Motion Of The Official Committee Of Asbestos Personal Injury Claimants And The Asbestos PI Future Claimants' Representative For Order Limiting Use Of Court's Findings Or Conclusions With Respect To Solvency | 0.3 | 180.00 |
| 08/10/09 | TKDC | Reviewed Joint Request Of The Official Committee Of Unsecured Creditors And The Bank Lender Group For The Court To Take Judicial Notice At The Confirmation Hearing Of Certain Documents And Of Evidence Presented In Prior Proceedings In These Bankruptcy Cases | 0.2 | 120.00 |
| 08/12/09 | TKDC | Reviewed Motion of the Debtors for Entry of an Order Approving Stipulation Regarding Treatment of Certain Claims of the St. Paul Companies, Inc., Travelers Casualty and Surety Company of America and Certain of Their Affiliates and Subsidiaries Under the Plan Filed by W.R. Grace & Co., et al | 0.5 | 300.00 |
| 08/20/09 | TKDC | Reviewed draft order of proof for confirmation hearing; reviewed communications among parties re same | 0.3 | 180.00 |
| 08/20/09 | TKDC | Reviewed Amendment to Pretrial Submission of Fireman's Fund Insurance Company, with Respect to its "Surety Claim" | 0.4 | 240.00 |

359022
00020
09/11/09

WR Grace - Official Committee of Equity Security
Holders
Plan and Disclosure Statement

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/20/09 | TKDC | Reviewed The Official Committee Of Unsecured Creditors And Bank Lender Group's Joint Draft Direct Witness Order And Estimated Testimony Time | 0.2 | 120.00 |
| 08/20/09 | TKDC | Late night filing: Reviewed and approved THE PLAN PROPONENTS' OBJECTIONS AND COUNTER-DESIGNATIONS TO THE OBJECTING PARTIES' PHASE II DESIGNATIONS; communications with counsel re same | 0.6 | 360.00 |
| 08/20/09 | TKDC | Another late night filing: Reviewed NOTICE OF SUBMISSION OF PLAN PROPONENTS' DRAFT ORDER OF WITNESSES AND ESTIMATED TIME OF TESTIMONY FOR PHASE II OF THE CONFIRMATION HEARING | 0.5 | 300.00 |
| 08/21/09 | TKDC | Reviewed NOTICE OF SUBMISSION OF PLAN PROPONENTS' DRAFT ORDER OF WITNESSES AND ESTIMATED TIME OF TESTIMONY FOR PHASE II OF THE CONFIRMATION HEARING (all filings as filed and served) | 0.7 | 420.00 |
| 08/21/09 | TKDC | Reviewed AXA Belgium's Draft Order of Witnesses with Estimated Time of Direct Examination | 0.2 | 120.00 |
| 08/24/09 | TKDC | Reviewed communications about feasibility brief and filing same tomorrow | 0.5 | 300.00 |
| 08/25/09 | TKDC | Communication with david blabey about feasibility brief filing today | 0.2 | 120.00 |
| 08/25/09 | TKDC | Reviewed revised version of feasibility brief; communications with david blabey re same | 0.5 | 300.00 |
| 08/25/09 | TKDC | Reviewed amended Order of Witnesses of Anderson Memorial Hospital | 0.1 | 60.00 |
| 08/25/09 | TKDC | Reviewed AXA BELGIUM'S OBJECTIONS TO THE PLAN PROPONENTS' PHASE II COUNTER-DESIGNATIONS | 0.2 | 120.00 |
| 08/25/09 | TKDC | Reviewed amended pretrial submission filed by anderson memorial | 0.4 | 240.00 |
| 08/25/09 | TKDC | Reviewed final form of Feasibility Brief; communications with david blabey and others; authorized filing with my signature | 0.5 | 300.00 |

359022
00020

09/11/09

WR Grace - Official Committee of Equity Security
Holders
Plan and Disclosure Statement

Invoice Number  2073855
Page 4

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/25/09 | TKDC | Reviewed plan proponents' objection to counterdesignations (state of montana and anderson); reviewed for filing; communications with david blabey and samuel blatnick re same | 0.6 | 360.00 |
| 08/26/09 | TKDC | Reviewed CONFIDENTIAL VERSION OF Creditors OneBeacon America Insurance Company's and Seaton Insurance Company's Notice of Designations for Phase II of the Confirmation Hearing with Respect to the Deposition of Mark Shelnitz, filed UNDER SEAL | 0.2 | 120.00 |
| 08/26/09 | TKDC | Reviewed Objections of Government Employees Insurance Company, Republic Insurance Company n/k/a Starr Indemnity & Liability Company, Seaton Insurance Company, and OneBeacon America Insurance Company to the Plan Proponents' Phase II Counter-Designations | 0.1 | 60.00 |
| 08/26/09 | TKDC | Reviewed Response Of BNSF Railway Company To Plan Proponents' Draft Order Of Witnesses And Estimated Time Of Testimony For Phase II Of The Confirmation Hearing | 0.1 | 60.00 |
| 08/26/09 | TKDC | Reviewed Final Order of Witnesses and Estimated Time of Direct Examination of Garlock Sealing Technologies,LLC | 0.1 | 60.00 |
| 08/27/09 | TKDC | Reviewed communications about withdrawl of firemen fund motion in limine re improper opinion testimony; reviewed draft of withdrawl; approval by equity committee | 0.3 | 180.00 |
| 08/27/09 | TKDC | Reviewed Objection to Confirmation of First Amended Joint Plan Regarding Feasibility filed by anderson | 0.2 | 120.00 |
| 08/27/09 | TKDC | Reviewed Supplemental Trial Brief of Libby Claimants in Opposition to Confirmation of First Amended Joint Plan of Reorganization, Addressing Best Interests of Creditors Test Under 11 U.S.C. 1129(A)(7) | 0.4 | 240.00 |

TOTAL HOURS                    14.9

359022
00020

09/11/09

WR Grace - Official Committee of Equity Security
Holders
Plan and Disclosure Statement

Invoice Number  2073855
Page 5

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 14.9 | at | $600.00 | = | 8,940.00 |

CURRENT FEES                                                    8,940.00


**TOTAL AMOUNT OF THIS  INVOICE**                        8,940.00


**NET AMOUNT OF THIS INVOICE**                          8,940.00



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2073850 |
| Invoice Date | 09/11/09 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:    Expenses

## FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Docket Entries | 46.80 |
| Messenger Service | 572.25 |
| Federal Express | 32.43 |
| CURRENT EXPENSES | 651.48 |
| | |
| **TOTAL AMOUNT OF THIS INVOICE** | 651.48 |
| | |
| **NET AMOUNT OF THIS INVOICE** | 651.48 |