# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co.             Bankruptcy No. 01-1139-JKF
    Debtor(s)

Chapter 11

**Related to Doc. No. 23028, Motion to Compel Debtors to Provide Full and Complete Deposition Answers filed on behalf of Anderson Memorial Hospital;**

**Related to Doc. No. 23259, Debtors' Motion in Limine to Prelude the Testimony of Anderson Memorial's Witness William M. Ewing**

## ORDER SCHEDULING HEARING AND RESPONSE DATES

      **AND NOW**, this **29th** day of **September, 2009**, it is **ORDERED** that the above-captioned motions are scheduled for telephonic hearing on **October 7, 2009, at 3:00 p.m. Eastern**.

      It is **FURTHER ORDERED** that responses shall be filed and served no later than **12:00 p.m. Eastern** on **Friday, October 2, 2009**.

      It is **FURTHER ORDERED** that, once filed, responses shall be emailed to **jkf@pawb.uscourts.gov** no later than 1:00 p.m. Eastern on October 2, 2009.

      It is **FURTHER ORDERED** that the hearing is **telephonic only** and anyone wishing to participate must register with CourtCall no later than **noon, two business days before the hearing**.

      It is **FURTHER ORDERED** that Movants shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*   **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge