Professional Profiles
WR Grace Time Tracking - Darex
2008

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**Darex 2008 Puerto Rico Audit**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ramon E Ponte | Audit Partner | 28 | Integrated Audit | $567.10 | 1.7 | $ 964.07 |
| William Bishop | Audit Partner | 27 | Integrated Audit | $588.50 | 0.5 | $ 294.25 |
| Mariana Isturiz Espinoza | Tax Manager | 8 | Integrated Audit | $299.60 | 4.0 | $ 1,198.40 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $191.53 | 15.6 | $ 2,987.87 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $191.53 | 1.9 | $ 363.91 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $224.70 | 14.5 | $ 3,258.15 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $188.32 | 57.7 | $ 10,866.06 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $176.57 | 0.3 | $ 52.97 |
| Jacqueline Barry | Audit Associate | 1 | Integrated Audit | $143.38 | 173.7 | $ 24,905.11 |
| Annie Park | Audit Associate | <1 | Integrated Audit | $109.14 | 54.4 | $ 5,937.22 |
| Zinkeng Afiadata | Audit Associate | <1 | Integrated Audit | $109.14 | 4.0 | $ 436.56 |
| | TOTAL | | | | 328.3 | $ 51,264.56 |

Summary of PwC's Fees By Project Category:
Darex 2008 Puerto Rico

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 328.3 | $    51,264.56 |
| 26-Business Analysis | | |

| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| **TOTAL:** | 328.3 | $ 51,264.56 |

**Expense Summary**
**Darex 2008 Puerto Rico**

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| **Transportation** | N/A | $23.00 |
| **Lodging** | N/A | $0.00 |
| **Sundry** | N/A | $17.00 |
| **Business Meals** | N/A | $0.00 |
| **TOTAL:** | | $40.00 |