# EXHIBIT - A

Professional Profiles
WR Grace Time Tracking - Darex 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ramon E Ponte | Audit Partner | 28 | Integrated Audit | $567.10 | 1.7 | $ 964.07 |
| William Bishop | Audit Partner | 27 | Integrated Audit | $588.50 | 0.5 | $ 294.25 |
| Mariana Isturiz Espinoza | Tax Manager | 8 | Integrated Audit | $299.60 | 4.0 | $ 1,198.40 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $191.53 | 15.6 | $ 2,987.87 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $191.53 | 1.9 | $ 363.91 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $224.70 | 14.5 | $ 3,258.15 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $188.32 | 57.7 | $ 10,866.06 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $176.57 | 0.3 | $ 52.97 |
| Jacqueline Barry | Audit Associate | 1 | Integrated Audit | $143.38 | 173.7 | $ 24,905.11 |
| Annie Park | Audit Associate | <1 | Integrated Audit | $109.14 | 54.4 | $ 5,937.22 |
| Zinkeng Afiadata | Audit Associate | <1 | Integrated Audit | $109.14 | 4.0 | $ 436.56 |
| | | TOTAL | | | 328.3 | $ 51,264.56 |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Ramon Ponte** | | |
| 5/13/2009 | 0.5 | Review of Darex Puerto Rico financial statements in connection with signature of related opinions for re-issuance of reports for filing with Puerto Rico authorities. Puerto Rico law requires that such reports be signed by a CPA licensed in Puerto Rico. |
| 7/13/2009 | 1.0 | Review of Darex Puerto Rico financial statements in connection with signature of related opinions for re-issuance of reports for filing with Puerto Rico authorities. Puerto Rico law requires that such reports be signed by a CPA licensed in Puerto Rico. |
| 7/28/2009 | 0.2 | Review of Darex Puerto Rico financial statements in connection with signature of related opinions for re-issuance of reports for filing with Puerto Rico authorities. Puerto Rico law requires that such reports be signed by a CPA licensed in Puerto Rico. |
| | **1.7** | **Total Darex Hours** |

WR Grace & Co., Inc.
Time Summary Report - Darex

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: William Bishop** | | |
| 4/22/2009 | 0.5 | Review draft financial statements and audit completion |
| | **0.5** | **Total Darex Hours** |

WR Grace & Co., Inc.
Time Summary Report - Darex

| Date | Hours | Description of Services Provided |
|---|---|---|
| Name: Mariana Isturiz Espinoza | | |
| 6/24/2009 | 1.2 | Review of Grace PR data as provided by K.Geung (PwC) and perform calculations |
| 6/24/2009 | 0.8 | Write email to K. Geung (Grace) providing initial conclusions on transfer pricing analysis |
| 6/25/2009 | 1.5 | Analysis of additional information - review from a transfer pricing perspective |
| 6/25/2009 | 0.5 | Call with K. Geung (PwC) to discuss conclusions |
| | **4.0** | Total Darex Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Alison Garleb** | | |
| 6/29/2009 | 0.3 | Read and respond to emails in regard to audit status |
| 6/30/2009 | 0.5 | Discuss status of audit with K. Geung (PwC) |
| 6/30/2009 | 1.3 | Review documentation around transfer pricing issue |
| 7/1/2009 | 0.3 | Review documentation around transfer pricing issue |
| 7/8/2009 | 1.4 | Review financial statements |
| 7/9/2009 | 1.0 | Review financial statement steps |
| 7/9/2009 | 1.0 | Review financial statements |
| 7/9/2009 | 0.5 | Review management representation letter |
| 7/9/2009 | 0.3 | Review documentation around property tax payable |
| 7/9/2009 | 1.0 | Review SAB 99 memo |
| 7/9/2009 | 0.5 | Discuss SAB 99 analysis with T. Puglisi (Grace) |
| 7/9/2009 | 0.5 | Discuss SAB 99 memo with B. Bishop (PwC) |
| 7/9/2009 | 0.5 | Discuss audit with K. Geung (PwC) |
| 7/10/2009 | 0.4 | Discuss management representation letter with B. Dockman (Grace) |
| 7/10/2009 | 0.8 | Review and coordinate finalization of opinion |
| 7/10/2009 | 2.2 | Review audit completion steps |
| 7/10/2009 | 1.0 | Discuss audit with K. Geung (PwC) |
| 7/13/2009 | 0.5 | Discuss audit with K. Geung (PwC) |
| 7/13/2009 | 0.5 | Read and respond to emails in regard to audit |
| 7/13/2009 | 0.5 | Review audit completion steps |
| 7/13/2009 | 0.3 | Discuss financial statements with T. Puglisi (Grace) |
| 7/14/2009 | 0.1 | Discuss financial statements with T. Puglisi (Grace) |
| 7/14/2009 | 0.2 | Review bound version of financial statements |
| | **15.6** | **Total Darex Hours** |

WR Grace & Co., Inc.
Time Summary Report - Darex

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Erica Margolius** | | |
| 12/8/2008 | 0.4 | Review and finalize Darex Puerto Rico engagement letter. |
| 12/12/2008 | 0.3 | Review of materiality calculation by K. Geung, PwC, for Darex Puerto Rico. |
| 12/18/2008 | 0.3 | Call with K. Geung, PwC, to review materiality calculation for Darex Puerto Rico. |
| 12/18/2008 | 0.4 | Discussion with J. Bray, PwC, about Darex Puerto Rico materiality calculation. |
| 1/5/2009 | 0.4 | Prepare for and participate in call with B. Bishop, PwC, to review materiality for Darex PR. |
| 1/5/2009 | 0.1 | Discuss Grace's approach to transfer price review with L. Keorlet, PwC. |
| **Total Darex Hours** | **1.9** | |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Jacqueline Calvo** | | |
| 5/28/2009 | 1.0 | Tie out information to trial balance |
| 5/28/2009 | 1.5 | Prepare substantive analytics |
| 5/29/2009 | 0.5 | Document database and memo |
| 6/1/2009 | 0.5 | Review of Foreign Tax Credit Calculation |
| 6/2/2009 | 1.0 | Review of Return to Provision accrual |
| 6/3/2009 | 0.7 | Discussion with D. Nakashige, Grace regarding provision to return entries |
| 6/8/2009 | 1.0 | Vouching of tax payments |
| 6/9/2009 | 1.0 | Re-review workpapers for updated Tax provision |
| 6/9/2009 | 1.0 | Discussion with W.Diaz, Grace, regarding tax provision |
| 6/9/2009 | 1.0 | 10-K tie out |
| 7/9/2009 | 1.0 | Tick and tie new provision to Trial Balance |
| 7/10/2009 | 1.5 | Review updated current tax provision |
| 7/10/2009 | 1.5 | Review updated deferred tax provision |
| 7/10/2009 | 0.5 | Database update and documentation |
| 7/13/2009 | 0.8 | Answer question from K. Geung, PwC, regarding management representation. |
| | **14.5** | Total Darex Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|---|---|---|

**Name: Karen Geung**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 12/1/2008 | 0.7 | I discussed with the Jacqueline Barry, PwC, her roles, responsibilities, and expectations going forward for Darex Puerto Rico audit. |
| 12/1/2008 | 0.5 | I assisted Jackie Barry (PwC) with the creation of the Darex Puerto Rico 2008 database. |
| 12/5/2008 | 1.5 | I created the 2008 audit budget and EPT |
| 12/5/2008 | 0.7 | I met with Jackie Barry, PwC, to discuss her questions on completing the planning of the Darex Puerto Rico audit and provide guidance |
| 12/5/2008 | 0.3 | I met with Jackie Barry, PwC, to discuss materiality and discussed the preparation of the client request list |
| 12/12/2008 | 0.2 | I had a discussion with Erica Margolius, PwC, on materiality |
| 12/12/2008 | 0.3 | I performed the preliminary materiality assessment |
| 12/12/2008 | 0.5 | I reviewed the accounts receivable detail listing as of 11/30/2008 and made selections for sending out accounts receivable confirmations. |
| 12/12/2008 | 1.0 | Prepared and sent request list for the year-end audit. |
| 1/16/2009 | 1.0 | I discussed and reviewed the materiality levels of the year-end audit |
| 1/16/2009 | 0.5 | I reviewed the revenue analytic with Jacqueline Barry (PwC) |
| 1/16/2009 | 0.5 | I had a status update meeting with Jacqueline Barry (PwC) |
| 1/19/2009 | 0.3 | I met with Wanda Diaz, Grace, on the Accounts Receivable confirm subcashing procedures |
| 1/19/2009 | 0.3 | I met with Wanda Diaz, Grace, to go over scheduling the finalization of the audit |
| 1/19/2009 | 0.5 | I met with Wanda Diaz, Grace, to update the audit control tool |
| 1/20/2009 | 0.3 | I reviewed inventory cut-off testing w/ A. Park (PwC) |
| 1/22/2009 | 0.6 | I reviewed the property tax payable calculation |
| 1/22/2009 | 0.5 | I reviewed the Darex Puerto Rico audit procedures with Justin Bray, PwC. |
| 1/23/2009 | 0.1 | I updated tested the Search for Unrecorded liabilities through 1/22/2009 |
| 1/23/2009 | 0.3 | I prepared the agenda for the Darex Puerto Rico closing meeting with Grace management |
| 1/23/2009 | 0.2 | Darex Puerto Rico closing meeting with Grace management |
| 1/23/2009 | 1.0 | I reviewed the accounts receivable sub cashing procedures with Eddy, Grace |
| 1/23/2009 | 0.5 | I met with Wanda Diaz, Grace, to go over the open items listing as of 1/23/2009 |
| 1/23/2009 | 0.3 | I met with Bill Bishop, PwC, to go over various audit procedures performed |
| 4/2/2009 | 0.8 | I met with Jackie Barry, PwC, to discuss the status of the audit and the plan going forward. |
| 4/2/2009 | 0.9 | I reviewed the Darex Puerto Rico preliminary analytics and materiality templates |
| 4/2/2009 | 1.2 | I reviewed the Darex Puerto Rico summary audit plan and results template |
| 4/2/2009 | 2.0 | I reviewed other planning steps within the Darex Puerto Rico file |
| 4/2/2009 | 1.1 | I reviewed and tied out the property tax payable accrual support |
| 4/27/2009 | 0.3 | I met with Justin Bray, PwC, to discuss the status of the property tax payable and transfer pricing for Darex Puerto Rico |
| 5/27/2009 | 0.5 | I reviewed the accounts receivable section of the database |
| 5/27/2009 | 0.5 | I met Jackie Barry, PwC, to discuss the status of the audit and plans going forward to finalizing |
| 6/1/2009 | 0.5 | I reviewed the cash section of the audit file |
| 6/1/2009 | 0.9 | I reviewed the inventory section of the audit file |
| 6/1/2009 | 1.6 | I reviewed the accounts receivable section of the audit file |
| 6/2/2009 | 1.2 | I reviewed the inventory section of the audit file |
| 6/2/2009 | 0.7 | I reviewed the accounts payable search for unrecorded liabilities testing |
| 6/2/2009 | 0.5 | I drafted and sent an email to the PwC Puerto Rico office regarding their review of the financial statements. |
| 6/2/2009 | 0.6 | I reviewed the accounts receivable section of the audit file |
| 6/9/2009 | 0.5 | I discussed the review of the first draft of the financial statements with Jackie Barry, PwC Associate |

| Date | Hours | Description |
|---|---|---|
| 6/9/2009 | 0.5 | I reviewed the tax team's questions resulting from their initial review of the Darex Puerto Rico tax provision calculation |
| 6/11/2009 | 0.5 | I met with Justin Bray, PwC, via conference call to discuss the 2008 transfer pricing adjustment as well as the property tax payable review |
| 6/11/2009 | 0.5 | I met with Wanda Diaz, Grace, via conference call to discuss the 2008 transfer pricing adjustment as well as the property tax payable review |
| 6/11/2009 | 0.5 | I reviewed the tax section of the audit file that was the audit team's responsibility |
| 6/23/2009 | 0.5 | I discussed the transfer pricing adjustment schedules with Mariana Isturiz, PwC |
| 6/23/2009 | 1.0 | I reviewed the transfer pricing schedules with Wanda Diaz, Grace, and Jenny Wagner, Grace |
| 6/25/2009 | 2.5 | I reviewed, documented, and tied out the transfer pricing adjustment schedules |
| 6/25/2009 | 0.5 | I reviewed the results of Mariana Isturiz's, PwC, review and conclusion of the transfer pricing schedules |
| 6/26/2009 | 0.9 | I prepared for the subsequent events and keeping current inquiry questions to go over with Victor Leo, Grace. |
| 6/26/2009 | 0.8 | I reviewed the selling general and administrative push down expense from Corporate schedules |
| 6/26/2009 | 0.5 | I finalized the documentation over the selling general and administrative expense testing in the audit file. |
| 6/26/2009 | 0.3 | I discussed additional questions w/ Jenny Wagner, Grace, regarding the transfer pricing adjustment for 2008. |
| 6/26/2009 | 0.5 | I prepared the summary of adjusted differences schedule |
| 6/29/2009 | 0.8 | I reviewed the May 2009 Darex Puerto Rico Trial balance for unusual account fluctuations that might indicate a subsequent event |
| 6/29/2009 | 1.5 | I finalized the documentation over the transfer pricing adjustment review and testing |
| 6/29/2009 | 0.7 | I drafted and sent a summary of the work performed over the Darex Puerto Rico Transfer pricing adjustment for Alison Garleb, PwC, to review |
| 6/30/2009 | 0.5 | I met w/ Alison Garleb, PwC, to review the transfer pricing adjustment workbooks as well as the status of the property tax payable review |
| 6/30/2009 | 0.5 | I drafted and sent an additional email to Jenny Wagner, Grace, with additional follow-up questions over Darex's 2008 transfer pricing adjustment calculation |
| 7/1/2009 | 0.5 | I updated the documentation over the transfer pricing adjustment following the additional support and responses provided by Jenny Wagner, Grace. |
| 7/2/2009 | 0.5 | I met with Jackie Barry, PwC, to discuss the status of the financial statement tie out |
| 7/8/2009 | 0.8 | I met with Victor Leo, Grace, to review the subsequent event questions |
| 7/8/2009 | 0.9 | I documented the results of the subsequent event inquiry within the audit file |
| 7/8/2009 | 1.2 | I reviewed and updated the draft management representation letter |
| 7/8/2009 | 1.5 | I finalized the property tax payable documentation |
| 7/8/2009 | 0.9 | I drafted and finalized the out of period adjustment critical matter documentation |
| 7/8/2009 | 1.6 | I finalized the final analytics documentation |
| 7/8/2009 | 1.1 | I finalized the final summary plan and results that reflect the results of our testing |
| 7/9/2009 | 1.0 | I documented and finalized the summary of adjusted differences |
| 7/9/2009 | 1.9 | I updated the tie out schedules for the second draft of financial statements provided by Wanda Daiz, Grace. |
| 7/9/2009 | 0.5 | I updated the cash flow proof for the updated second draft of the financial statements |
| 7/9/2009 | 0.8 | I reviewed the updated equity roll forward and carry forward adjustments schedule with the second draft of the financial statements. |
| 7/9/2009 | 0.6 | I met with Wanda Diaz, Grace, and Victor Leo, Grace Controller, to discuss the open items needed to be completed in order to finalize financial statements |
| 7/9/2009 | 0.5 | I prepared the updated financial statement disclosure checklist |
| 7/9/2009 | 0.5 | I finalized the automated disclosure checklist |
| 7/9/2009 | 0.5 | I discussed the completion and final review to be performed by the PwC tax team w/ Jackie Calvo, PwC tax |
| 7/9/2009 | 0.5 | I finalized the management representation letter to be sent to the client for review |
| 7/10/2009 | 0.5 | I met w/ Victor Leo, Grace Controller, and Wanda Daiz, Grace, to discuss the final steps necessary to issue the financial statements. |
| 7/10/2009 | 0.5 | I performed a final review of the final draft of the financial statements to ensure consistency w/ prior draft |
| 7/13/2009 | 0.5 | I prepared and sent the final financial statements to the PwC Puerto Rico office for their review |
| 7/13/2009 | 0.5 | I finalized the external work paper binder to be ready for archive. |
| | **57.7** | **Total Darex Hours** |

WR Grace & Co., Inc.
Time Summary Report - Darex

| Date | Hours | Description of Services Provided |
|---|---|---|
| | | Name: Linda Keorlet |
| 7/14/2009 | 0.3 | Coordinate receipt and review of Darex Puerto Rico financial statements and legal letter |
| | 0.3 | Total Darex Hours |

WR Grace & Co., Inc.
Time Summary Report - Darex

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Jacqueline Barry** | | |
| 12/1/2008 | 1.0 | I created the FY08 database for Darex PR. |
| 12/1/2008 | 1.0 | I created a preliminary draft of the FY08 budget for Darex PR. |
| 12/1/2008 | 0.5 | I documented the independence procedures step. |
| 12/1/2008 | 1.5 | I rolled forward the ASM, Materiality Memo, and Task Plan. |
| 12/1/2008 | 1.0 | I started or completed documentation of the planning steps. |
| 12/2/2008 | 0.8 | I rolled forward the Preliminary Analytics. |
| 12/2/2008 | 1.3 | I prepared documentation for planning steps. |
| 12/5/2008 | 0.8 | I prepared the schedule request. |
| 12/5/2008 | 0.8 | I completed documentation of the communication and coordination steps. |
| 12/5/2008 | 1.0 | I rolled forward the SP&Rs. |
| 12/5/2008 | 1.0 | I worked on establishing materiality levels based on 11/30 balances. |
| 12/5/2008 | 0.5 | I completed the FRAM. |
| 12/22/2008 | 1.0 | I documented the internal control and ITGC's section. |
| 12/22/2008 | 0.8 | I completed the SP&Rs. |
| 1/5/2008 | 0.5 | I reviewed the board minutes and completed Step 20040. |
| 1/9/2009 | 1.4 | I pulled the prior year workpaper binders, created a supply box for fieldwork, accumulated confirmations received and logged the confirmations in the confirmation log. |
| 1/12/2009 | 1.2 | We had a team kickoff meeting to discuss the client. I met with the new associate to go over the areas she would be working on. |
| 1/12/2009 | 0.5 | I created the Accounts Receivable lead schedule. |
| 1/12/2009 | 1.1 | I worked on the Accounts Receivable reconciliation step and started work on the analytic. |
| 1/12/2009 | 0.3 | I reviewed the request list and updated it based on the items that were received. |
| 1/12/2009 | 1.3 | I updated the preliminary materiality calculation and discussed it with K. Geung (PwC). |
| 1/12/2009 | 0.8 | I inquired with the client and documented some of the Accounts Receivable steps related to consignment sales, foreign currency receivables, factored and assigned receivables, and Accounts Receivable pledged as collateral. |
| 1/12/2009 | 1.9 | I reviewed Accounts Receivable confirmations received, updated the sampling template and documentation. |
| 1/12/2009 | 0.8 | I assisted the new associate on her cash and PP&E areas. |
| 1/12/2009 | 0.7 | I created the inventory lead schedule. |
| 1/12/2009 | 0.9 | I created and documented the inventory reconciliation step. |
| 1/13/2009 | 0.8 | I documented the inventory costing and special attributes steps. |
| 1/13/2009 | 0.3 | I documented the inventory cycle counts and E&O steps. |
| 1/13/2009 | 0.7 | I met with Wanda Diaz (Grace) multiple times to go over the schedule request. |
| 1/13/2009 | 0.7 | I provided assistance for the new associate on cash, Accounts Payable, and PP&E. |
| 1/13/2009 | 0.3 | I updated documentation in the inventory reconciliation step, and started cutoff testing and the physical inventory observation documentation. |
| 1/13/2009 | 0.2 | I met with Dan McLaughlin, Grace, about bank transfers |
| 1/13/2009 | 1.0 | I worked on the Cost of Goods Sold analytic. |
| 1/13/2009 | 1.0 | I updated the schedule request using the audit tool. |
| 1/13/2009 | 0.5 | I provided assistance to the new associate and revisited the Cost of Goods Sold analytic. |
| 1/13/2009 | 0.3 | I documented the inventory E&O step. |
| 1/13/2009 | 0.3 | I provided assistance to the new associate on Accounts Payable. |
| 1/13/2009 | 0.8 | I started the lower of cost or market testing on inventory. |
| 1/13/2009 | 1.2 | I started the year-end rollforward step for inventory. |
| 1/13/2009 | 0.8 | I started inventory cutoff testing. |
| 1/13/2009 | 0.7 | I assisted the new associate and updated documentation on the Accounts Receivable Aging analytic. |
| 1/14/2009 | 1.6 | I assisted the new associate on PP&E, cash, Accounts Payable, and accruals. |
| 1/14/2009 | 8.1 | I worked on Accounts Receivable analytics. |
| 1/14/2009 | 0.6 | I worked on lower of cost or market testing |
| 1/14/2009 | 0.4 | I updated the request list. |

| Date | Hours | Description |
|---|---|---|
| 1/15/2009 | 1.6 | I worked on Accounts Receivable analytics. |
| 1/15/2009 | 1.3 | I worked on the Accounts Receivable rollforward. |
| 1/15/2009 | 1.8 | I assisted the new associate on Accounts Payable and accruals. |
| 1/15/2009 | 1.8 | I worked on the allowance for doubtful accounts. |
| 1/15/2009 | 2.1 | I worked on revenue analytics. |
| 1/15/2009 | 0.4 | I updated the master data sets in the database. |
| 1/15/2009 | 1.0 | I met with the client to go over open items, and updated the schedule request. |
| 1/15/2009 | 0.2 | I discussed inventory and Accounts Receivable testing with the senior. |
| 1/16/2009 | 3.2 | I performed revenue testing and analytics and updated the documentation in the database for these steps. |
| 1/16/2009 | 0.1 | I assisted the new associate through her leases testing. |
| 1/16/2009 | 0.6 | I met with the client to go over inventory and Accounts Receivable schedules received. |
| 1/16/2009 | 0.6 | I assisted the new associate on inventory cutoff testing |
| 1/16/2009 | 0.6 | I met with the client to go over Accounts Receivable follow-up questions and then discussed the results with the senior associate. |
| 1/16/2009 | 0.9 | I worked on the Accounts Receivable allowance and bad debt rollforward. |
| 1/16/2009 | 0.4 | I worked on the inventory rollforward analytic. |
| 1/16/2009 | 1.3 | I met with the client to go over open items, update the schedule request, and review open areas with the new associate prior to rolling off. |
| 1/18/2009 | 0.5 | I updated the documentation in Accounts Receivable steps for review comments. |
| 1/18/2009 | 1.5 | I worked on inventory analytics and documentation. |
| 1/18/2009 | 1.3 | I reviewed the new associate's audit work. |
| 1/19/2009 | 0.8 | I reviewed the new associate's audit work. |
| 1/19/2009 | 0.5 | I updated the schedule request, sent it to the client, and followed up with the senior with her review questions. |
| 1/24/2009 | 6.2 | I updated the documentation in the planning section based on the manager's coaching notes. This included updates to the SP&R. |
| 2/8/2009 | 5.4 | I updated the documentation in A/R based on the manager's database notes. |
| 2/25/2009 | 2.6 | I met with the senior associate to discuss the status of open items and her review of my areas. |
| 3/2/2009 | 2.9 | I updated and completed documentation in Accounts Receivable. |
| 3/3/2009 | 3.1 | I updated the documentation and completed the physical inventory observation steps. |
| 3/3/2009 | 4.2 | I updated and completed inventory cutoff testing and lower of cost or market testing. |
| 3/3/2009 | 1.8 | I updated and completed the inventory rollforward step. |
| 3/16/2009 | 1.6 | I reviewed the new associate's audit work over PP&E. |
| 3/17/2009 | 2.9 | I reviewed the new associate's audit work over PP&E. |
| 3/17/2009 | 3.3 | I reviewed the new associate's audit work over Accounts Payable. |
| 3/18/2009 | 5.6 | I reviewed the new associate's audit work over PP&E. |
| 3/18/2009 | 1.9 | I updated the testing performed over Accounts Receivable confirmations and completed the step. |
| 3/19/2009 | 2.8 | I reviewed and updated the testing performed over bank reconciliations. |
| 3/19/2009 | 2.9 | I updated the documentation and testing on the Accounts Payable search |
| 3/19/2009 | 1.6 | I updated and completed the sales return analytic. |
| 3/24/2009 | 2.6 | I updated the volume rebate accruals testing. |
| 3/25/2009 | 4.8 | I reviewed the lease agreements and updated the documentation. |
| 3/25/2009 | 1.6 | I discussed pending issues related to transfer pricing adjustment and property tax payable calculations with the senior associate. |
| 3/31/2009 | 2.2 | I updated documentation in the completion steps. |
| 4/9/2009 | 2.1 | I updated the documentation in the completion steps. |
| 4/10/2009 | 0.9 | I updated the documentation in the completion steps. |
| 5/5/2009 | 0.6 | I addressed the senior associate's database notes in cash. |
| 5/6/2009 | 0.8 | I documented the financial condition of depositories step. |
| 5/6/2009 | 1.4 | I completed the cost of goods sold analytic. |
| 5/6/2009 | 1.6 | I completed the sales return analytic. |
| 5/7/2009 | 1.8 | I completed the lease agreements step. |
| 5/21/2009 | 0.9 | I reviewed the client's SGA rebill calculation and discussed it with the senior associate. |
| 5/27/2009 | 3.4 | I reviewed the updated SGA rebill adjustment, discussed the methodology and assumptions with the client, and obtained supporting documentation. |
| 5/27/2009 | 3.5 | I reviewed and tied out the TB to FS reconciliation. |
| 5/27/2009 | 3.2 | I reviewed and discussed the carryforward entries with the client, and tickmarked all entries. |

| Date | Hours | Description |
|---|---|---|
| 5/29/2009 | 2.2 | I completed the Accounts Payable Search. This involved discussions with the client about unrecorded liabilities. |
| 5/29/2009 | 1.9 | I discussed the adjustments to be booked with the client. |
| 6/1/2009 | 1.2 | I forwarded the updated tax workpapers to the tax team and answered follow-up questions from PwC tax. |
| 6/1/2009 | 4.2 | I reviewed and tied out the updated financial statements. |
| 6/2/2009 | 0.8 | I spoke with PwC tax about their proposed entry and discussed it with the client. |
| 6/5/2009 | 0.1 | I discussed the pending adjustments with the client. |
| 6/9/2009 | 2.8 | I reviewed the updated financial statements and discussed them with the client and the senior associate. |
| 6/10/2009 | 1.3 | I discussed an inventory selection item that the senior associate had a question on with the client. We had a conference call to further settle the issue. |
| 6/22/2009 | 0.3 | I discussed the late $870K adjustment for the transfer pricing with the client, senior associate, and tax team. |
| 6/25/2009 | 4.0 | I completed the Automated Disclosure Checklist. |
| 6/26/2009 | 0.4 | I completed the rep letter. |
| 6/26/2009 | 2.3 | I completed the final analytics. |
| 6/26/2009 | 0.9 | I completed the final SP&R. |
| 6/26/2009 | 0.4 | I documented the summary of booked adjustments. |
| 7/2/2009 | 1.8 | I documented the engagement leader review step. |
| 7/2/2009 | 0.5 | I drafted the opinion. |
| 7/2/2009 | 1.4 | I performed a comparison of the fluctuations between 12/31 and 6/30 in trial balance accounts. |

**173.7** Total Darex Hours

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|---|---|---|

**Name: Annie Park**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 1/12/2009 | 0.3 | reviewed the SP&R for responsibilities |
| 1/12/2009 | 0.4 | received TB from client and reviewed it |
| 1/12/2009 | 0.4 | work on cash lead schedule |
| 1/12/2009 | 0.2 | reviewed fixed asset detailed listing from Wanda Diaz (Grace) |
| 1/12/2009 | 0.0 | reviewed fixed asset rollforward sheet provided by Wanda Diaz (Grace) |
| 1/12/2009 | 0.3 | worked on bank confirm, bank reconciliation steps |
| 1/12/2009 | 1.1 | worked on fixed asset rollforward sheet |
| 1/12/2009 | 0.2 | worked on fixed asset additions and disposal listing |
| 1/12/2009 | 0.2 | requested Fixed Asset additions selections from Wanda Diaz (Grace) |
| 1/12/2009 | 0.5 | worked on fixed asset additions testing |
| 1/12/2009 | 0.3 | worked on fixed asset lead schedule |
| 1/12/2009 | 0.4 | fixed asset listing detail testing |
| 1/12/2009 | 0.9 | talked to Jack (Grace) about PPE rollforward, additions, and transfer tie outs |
| 1/12/2009 | 0.4 | updating fixed asset rollforward |
| 1/12/2009 | 1.2 | worked on fixed asset lead schedule |
| 1/12/2009 | 0.5 | inquired with Jack (Grace) about fixed asset additions |
| 1/12/2009 | 0.7 | worked on cash leadsheet |
| 1/12/2009 | 0.7 | worked on bank reconciliation testing |
| 1/13/2009 | 0.9 | worked on updating Accounts Payable Accruals Lead schedule with new TB balances |
| 1/13/2009 | 0.1 | talked to Wanda Diaz (Grace) to confirm the number of cash accounts they have |
| 1/13/2009 | 0.2 | worked on updating cash confirm log |
| 1/13/2009 | 0.2 | prepared cash inquiry questions |
| 1/13/2009 | 0.3 | prepared Accounts Payable inquiry questions |
| 1/13/2009 | 0.2 | inquired Wanda Diaz (Grace) about cash inquiry questions |
| 1/13/2009 | 0.2 | reviewed the fixed asset policy for any changes |
| 1/13/2009 | 0.2 | talked to Jack (Grace) about fixed asset policy and about repairs and maintenance |
| 1/13/2009 | 0.2 | updated documentation on repairs and maintenance |
| 1/13/2009 | 0.3 | updated documentation on fixed asset policy |
| 1/13/2009 | 0.2 | fixed asset fully depreciated assets |
| 1/13/2009 | 0.8 | fixed asset disposals documentation |
| 1/13/2009 | 0.2 | fixed asset additions testing |
| 1/13/2009 | 1.1 | updated documentation on cash inquiry questions |
| 1/13/2009 | 0.6 | worked on fixed asset lead schedule |
| 1/13/2009 | 1.4 | Accounts Payable leadsheet update |
| 1/13/2009 | 1.0 | accrual & intercomapny leadsheet update |
| 1/13/2009 | 1.0 | fixed asset additions testing filled out the template and did the testing |
| 1/14/2009 | 0.8 | went over cash with J. Barry (PwC) so I can do the testing |
| 1/14/2009 | 0.2 | wrote an email to Wanda Diaz (Grace) for cash requests |
| 1/14/2009 | 0.9 | updated templates for the bank reconciliation deposit in transit testing |
| 1/14/2009 | 1.0 | updated documentation for bank reconciliation testing |
| 1/14/2009 | 0.4 | updated documentation for checks released after year end |
| 1/14/2009 | 0.6 | updating documentation on cash overdrafts |
| 1/14/2009 | 0.2 | updated documentation on confirm bank accounts |

| Date | Hours | Description |
| --- | --- | --- |
| 1/14/2009 | 0.4 | checking Citibank's financial condition |
| 1/14/2009 | 0.3 | updated accruals leadsheet documentation |
| 1/14/2009 | 0.1 | updated various accruals documentation |
| 1/14/2009 | 0.2 | more fixed additions testing after I got more support |
| 1/14/2009 | 0.3 | went over accruals with J. Barry (PwC) |
| 1/14/2009 | 0.2 | worked on accrued commissions testing |
| 1/14/2009 | 0.3 | worked on the customer volume rebate testing |
| 1/14/2009 | 1.5 | working on the agree detailed Accounts Payable listing to summary step |
| 1/14/2009 | 0.3 | updating deposit in transit testing |
| 1/14/2009 | 1.5 | working on depreciation analytic |
| 1/14/2009 | 0.1 | editing fixed asset lead schedule |
| 1/14/2009 | 1.0 | Fixed Asset additions testing |
| 1/14/2009 | 0.1 | wrote Jack (Grace) an email to request an invoice |
| 1/14/2009 | 0.2 | Updated fixed asset additions testing again |
| 1/14/2009 | 0.1 | prepared FAS144 questions |
| 1/14/2009 | 0.2 | completed the FAS 144 step |
| 1/15/2009 | 0.1 | read emails from client regarding fixed assets and accounts payable |
| 1/15/2009 | 0.2 | examined accounts payable search invoices |
| 1/15/2009 | 0.3 | wrote Wanda Diaz (Grace) an email regarding accounts payable search invoices to request more |
| 1/15/2009 | 1.0 | worked on accruals detail testing - volume rebate |
| 1/15/2009 | 0.4 | talked to Nalini (Grace) about volume rebate requests |
| 1/15/2009 | 0.3 | got accounts payable invoices for some and prepared request list for more |
| 1/15/2009 | 0.9 | performed search for unrecorded liabilities for 3 invoices |
| 1/15/2009 | 0.1 | updated documentation on checks release after year end |
| 1/15/2009 | 0.1 | spoke to Wanda Diaz about accounts payable selections |
| 1/15/2009 | 0.1 | doing more unrecorded liabilities testing |
| 1/15/2009 | 0.5 | performing volume rebate testing for reasonableness |
| 1/15/2009 | 0.1 | more unrecorded liabilities testing - received checks |
| 1/15/2009 | 0.3 | discussed rebate testing with Jackie (Grace) |
| 1/15/2009 | 0.3 | more unrecorded liabilities testing - got invoices |
| 1/15/2009 | 0.2 | spoke to Wanda Diaz (Grace) about accounts payable invoices missing |
| 1/15/2009 | 0.3 | cash bank reconciliation - received January statements - more testing |
| 1/15/2009 | 0.3 | discussed about cash January statements |
| 1/15/2009 | 0.3 | discussed about possible SUD adjustment in accounts payable |
| 1/15/2009 | 0.3 | working on bank reconciliation documentation |
| 1/15/2009 | 0.8 | updating fixed asset additions testing |
| 1/15/2009 | 0.3 | updating fixed asset documentation |
| 1/15/2009 | 0.2 | updating cip documentation |
| 1/15/2009 | 0.2 | updating accounts payable search documentation |
| 1/15/2009 | 0.3 | updating other accounts payable documentation |
| 1/15/2009 | 0.4 | updating other accrual documentation |
| 1/15/2009 | 0.4 | updating equity documentation |
| 1/15/2009 | 0.5 | discussion and updating accounts payable prong testing |
| 1/15/2009 | 0.3 | updated equity documentation |
| 1/16/2009 | 0.1 | writing an email to Wanda Diaz (Grace) for equity and cash inquiry questions |
| 1/16/2009 | 0.2 | updating documentation on cash overdraft |
| 1/16/2009 | 0.2 | back to writing email of questions |
| 1/16/2009 | 0.3 | searching for accounts payable check in accounts payable listing |
| 1/16/2009 | 0.9 | fixed asset lease agreements - reviewing the lease |
| 1/16/2009 | 0.1 | updating equity documentation after getting answers |
| 1/16/2009 | 0.1 | creating database note for accounts payable search |

| Date | Hours | Description |
| --- | --- | --- |
| 1/16/2009 | 0.1 | organizing documents for final follow up questions |
| 1/16/2009 | 0.1 | upadting accounts payable search documentation |
| 1/16/2009 | 0.1 | preparing for client meeting |
| 1/16/2009 | 0.1 | updating cash document |
| 1/16/2009 | 0.1 | writing email to Nalini (Grace) for a meeting |
| 1/16/2009 | 0.1 | updating tax documentation |
| 1/16/2009 | 0.1 | looking at lease agreement |
| 1/16/2009 | 0.5 | Met with Wanda Diaz (Grace) with follow up questions |
| 1/16/2009 | 0.3 | working on fixed asset lease |
| 1/16/2009 | 0.1 | updated tax documentation |
| 1/16/2009 | 3.3 | inventory cut-off test |
| 1/16/2009 | 0.2 | spoke to Wanda Diaz (Grace) about inventory cut-off test |
| 1/16/2009 | 0.3 | went over inventory cut-off test |
| 1/16/2009 | 0.2 | updating fixed lease agreement |
| 1/16/2009 | 0.1 | organized workpapers |
| 1/16/2009 | 0.1 | read client emails |
| 1/16/2009 | 0.1 | updated cash documentation |
| 1/16/2009 | 0.2 | Accounts Payable search |
| 1/19/2009 | 1.0 | read email from J. Barry (PwC) and updating cash documentations |
| 1/19/2009 | 0.2 | updating Accounts Payable documentation with database notes |
| 1/19/2009 | 0.3 | preparing for rebate calculation meeting |
| 1/19/2009 | 0.3 | meeting with client to go over rebate calculation |
| 1/19/2009 | 0.3 | updating inventory cutoff testing |
| 1/19/2009 | 1.5 | working on volume rebate calculation and also the documentation |
| 1/19/2009 | 0.3 | working on accrual documentation |
| 1/19/2009 | 0.4 | working on fixed asset documentation update |
| 1/19/2009 | 0.9 | fixed asset lead schedule |
| 1/19/2009 | 0.5 | fixed asset lease agreement update |
| 1/19/2009 | 1.0 | fixed asset additions testing documentation update |
| 1/19/2009 | 1.6 | accounts payable search testing |
|  | **54.4** | **Total Darex Hours** |

WR Grace & Co., Inc.
Time Summary Report - Darex

| Date | Hours | Description of Services Provided |
|---|---|---|
| Name: Zinkeng Afiadata | | |
| 1/23/2009 | 2.1 | I vouched the subsequent cash receipts to open invoices selected for confirming accounts receivable procedures |
| 1/23/2009 | 1.9 | I documented the results of the subsequent cash receipts testing |
| | **4.0** | **Total Darex Hours** |