# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For Darex 2008 Project**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Jacqueline Barry | Integrated Audit | 1/9/2009 | $ 23.00 | | | | Parking at the Boston office garage to transport the workpaper binders and boxes to the client |
| Karen Geung | Integrated Audit | 8/4/2009 | | | $ 17.00 | | ship Darex workpaper for archiving |
| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
| | | $ 40.00 | $ 23.00 | $ - | $ 17.00 | $ - | |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For Darex 2008 Project

| Personnel | Date | Title | Expense | | Description |
|---|---|---|---|---|---|
| Jacqueline Barry | 1/9/2009 | Audit Associate | $ | 23.00 | Parking at the Boston office garage to transport the workpaper binders and boxes to the client |
| | | | $ | 23.00 | |
| Karen Geung | 8/4/2009 | Project Team Specialis | $ | 17.00 | ship Darex workpaper for archiving |
| | | | $ | 17.00 | |
| | | | $ | 40.00 | |