IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: October 19, 2009 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
NINETY-FIFTH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc, Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/470412

# EXHIBIT A
**(Fee Detail)**

**FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $10,600.00 |
| **FEE APPLICATION – APPLICANT** | $569.50 |
| **TOTAL FEES** | $11,169.50 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 25, 2009
Bill Number 114766
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH AUGUST 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/04/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 6.00 Hrs | 750.00 |
| 08/05/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 5.70 Hrs | 712.50 |
| 08/06/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 33.50 |
| 08/06/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 6.50 Hrs | 812.50 |
| 08/07/09 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | 134.00 |
| 08/17/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | 100.50 |
| 08/17/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 5.00 Hrs | 625.00 |
| 08/18/09 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 67.00 |
| 08/18/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 5.00 Hrs | 625.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH AUGUST 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/18/09 | ARA | Document control. | 1.50 Hrs | 120.00 |
| 08/19/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 6.00 Hrs | 750.00 |
| 08/20/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 6.50 Hrs | 812.50 |
| 08/21/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 6.00 Hrs | 750.00 |
| 08/24/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | 100.50 |
| 08/24/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 3.00 Hrs | 375.00 |
| 08/25/09 | RAM | Read selected documents filed in bankruptcy court. | 1.30 Hrs | 435.50 |
| 08/25/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 3.00 Hrs | 375.00 |
| 08/25/09 | ARA | Document control. | 2.70 Hrs | 216.00 |
| 08/26/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 6.50 Hrs | 812.50 |
| 08/27/09 | RAM | Read correspondence from Sealed Air's attorney and MDL Orders re: Chakarian case; forward same to in-house counsel (.2). Read selected documents filed in bankruptcy court (.2). | 0.40 Hrs | 134.00 |
| 08/27/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 4.60 Hrs | 575.00 |
| 08/27/09 | ARA | Document control. | 1.50 Hrs | 120.00 |
| 08/28/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 4.00 Hrs | 500.00 |
| 08/28/09 | ARA | Document control. | 2.50 Hrs | 200.00 |
| 08/31/09 | ARA | Document control. | 5.80 Hrs | 464.00 |

TOTAL LEGAL SERVICES    $10,600.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|

Page 2

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

| | | | |
|---|---:|---:|---:|
| Robert A. Murphy | 3.00 | 335.00 | 1,005.00 |
| Angela R. Anderson | 67.80 | 125.00 | 8,475.00 |
| Angela R. Anderson | 14.00 | 80.00 | 1,120.00 |
| | 84.80 | | $10,600.00 |

                              TOTAL THIS BILL           $10,600.00

# CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 25, 2009
Bill Number 114767
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:  Fee Applications, Applicant

## LEGAL SERVICES

THROUGH AUGUST 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/04/09 | RAM | Finalize quarterly fee application (.3) and send it to local counsel to file (.1). | 0.40 Hrs | 134.00 |
| 08/12/09 | RAM | Work on July fee application. | 0.70 Hrs | 234.50 |
| 08/17/09 | RAM | Work on July fee application. | 0.20 Hrs | 67.00 |
| 08/18/09 | RAM | Work on July fee application; send it to in-house counsels to review. | 0.10 Hrs | 33.50 |
| 08/20/09 | RAM | Telephone call from in-house counsel that July fee application may be filed. | 0.05 Hrs | No Charge |
| 08/24/09 | RAM | Email from another in-house counsel that July fee application may be filed. | 0.05 Hrs | No Charge |
| 08/25/09 | RAM | Finalize July fee application and draft letter to local counsel to file. | 0.20 Hrs | 67.00 |
| 08/28/09 | RAM | Send "as filed" July fee application to Fee Auditor. | 0.10 Hrs | 33.50 |

TOTAL LEGAL SERVICES         $569.50

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.70 | 335.00 | 569.50 |
| Robert A. Murphy | 0.10 | 335.00 | No Charge |
| | 1.80 | | $569.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $569.50 |

# EXHIBIT B
**(Expense Detail)**

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,707.98 |
| **FEE APPLICATION – APPLICANT** | $41.80 |
| **TOTAL EXPENSES** | $12,749.78 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 25, 2009
Bill Number 114768
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH AUGUST 31, 2009

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 08/31/09 | EXCESS POSTAGE | 1.56 | |
| | | | $1.56 |

BOSTON EXPRESS DELIVERY
| | | | |
|---|---|---|---|
| 08/21/09 | BOSTON EXPRESS DELIVERY GROUP: To W R Grace Whittemore Ave., Cambridge, from One Winthrop Square on July 23, 2009. | 35.70 | |
| | | | $35.70 |

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 08/04/09 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - August 2009. | 12,267.67 | |
| | | | $12,267.67 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 08/10/09 | RECORDKEEPER ARCHIVE CENTERS,: Storage 8/01/09 through 8/31/09. | 403.05 | |
| | | | $403.05 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  |
|---|---|
| TOTAL COSTS | $12,707.98 |
| TOTAL THIS BILL | $12,707.98 |

# CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 25, 2009
Bill Number 114769
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

**COSTS**

THROUGH AUGUST 31, 2009

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 08/31/09 | EXCESS POSTAGE | 1.56 | |
| | | | $1.56 |

FEDERAL EXPRESS
| | | | |
|---|---|---|---|
| 08/13/09 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on July 29, 2009 by RAM | 15.27 | |
| 08/13/09 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on August 4, 2009 by RAM | 24.97 | |
| | | | $40.24 |

| | | |
|---|---|---|
| | TOTAL COSTS | $41.80 |
| | TOTAL THIS BILL | $41.80 |

Page 1