# Ferry, Joseph & Pearce, P.A.

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                       August 1, 2009 to August 31, 2009

Invoice No. 32503

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 17.00 | 3,341.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.80 | 531.00 |
| B18 | Fee Applications, Others - | 6.00 | 875.00 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) | 0.40 | 118.00 |
| B25 | Fee Applications, Applicant - | 10.40 | 1,622.00 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 2.90 | 855.50 |
| B32 | Litigation and Litigation Consulting - | 0.50 | 125.00 |
| B36 | Plan and Disclosure Statement - | 75.40 | 22,197.50 |
| B37 | Hearings - | 11.90 | 3,510.50 |
| B41 | Relief from Stay Litigation - | 1.10 | 324.50 |
| B45 | Professional Retention Issues - | 0.10 | 29.50 |
| | **Total Fees** | **127.50** | **$33,529.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 250.00 | 2.80 | 700.00 |
| Steven G. Weiler | 230.00 | 3.60 | 828.00 |
| Theodore J. Tacconelli | 295.00 | 99.20 | 29,264.00 |
| Law Clerk | 125.00 | 3.00 | 375.00 |
| Legal Assistant - MH | 125.00 | 17.30 | 2,162.50 |
| Scott E. Kreps | 125.00 | 1.60 | 200.00 |
| **Total Fees** | | **127.50** | **$33,529.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                               **$3,317.47**

Invoice No. 32503  Page 2 of 20  September 28, 2009

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-01-09 | *Plan and Disclosure Statement* - Review amended notice of deposition of M. Shelnitz by Seaton, et al. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of T. Wescher by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response and objection to Anderson Memorial Hospital's 7/1/09 interrogatories | 0.50 | TJT |
| Aug-02-09 | *Plan and Disclosure Statement* - Review affidavit of publication filed by debtors re sale of membrane business with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review documents in virtual data room | 0.10 | TJT |
| Aug-03-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review debtors' monthly operating report for June 09 | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re revised 4th amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised 4th amended plan CMO | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re debtors' motion for protective order re Shelnitz deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re trial exhibits for phase II hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of expert report by R. Frezza by UCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from A. Maholchic re Frezza report not being produced to all parties due to confidentiality issues | 0.10 | TJT |
| | *Case Administration* - Allocate payment received re April and May fee applications; update payments received chart; submit payment information to accounting and T. Tacconelli | 0.10 | MH |
| | *Case Administration* - Review docket re case status for week ending 7/31/09; memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| | *Fee Applications, Applicant* - Continue cumulative spreadsheet re Ferry, Joseph & Pearce's final fee application and continue review of fee auditor's final reports and fee charts provided by debtors' counsel | 2.70 | MH |
| Aug-04-09 | *Case Administration* - Review case status memo for week ending 7/31/09 | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - 7/30/09 hearing follow-up | 0.10 | SGW |
| | *Case Administration* - Review case status memo for week ending 7/31/09 | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re debtors' motion for protective order re deposition of M. Shelnitz | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Frezza expert report with attachments re solvency | 0.90 | TJT |

| Invoice No. 32503 | Page 3 of 20 | | September 28, 2009 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail re Dr. Spear deposition transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails re LaForce deposition | 0.10 | TJT |
| Aug-05-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail re LaForce deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review documents in virtual data room | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re proposed 4th amended plan CMO and review same | 0.30 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | HZ |
| Aug-06-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Committee, Creditors', Noteholders' or* - Prepare for and attend committee meeting | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re LaForce deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended declaration of K. Martin re tabulation of ballots with attachment | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re debtors' motion to approve settlement with Royal with proposed order | 0.20 | TJT |
| | *Hearings* - Confer with S. Kreps re 7/30/09 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - 7/30/09 hearing follow-up | 0.30 | SEK |
| Aug-07-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Review plan proponents' 2nd amended phase II pre-trial statement and compare it to 1st amended statement | 0.80 | TJT |
| | *Plan and Disclosure Statement* - E-mail from counsel for Travelers re plan proponents' 2nd amended phase II pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail re Florence deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re plan proponents' 2nd amended pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails re exhibit binders for confirmation hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re status of confirmation and plan objections | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Bilzin memo re plan objections' detailed summary | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' notice of filing Dr. | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Weil's response to Libby's objection to plan | | |
| | *Hearings* - Review notice re 9/29/09 hearing change | 0.10 | TJT |
| | *Hearings* - Prepare correspondence to co-counsel re 9/29/09 hearing change | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 9/29/09 hearing | 0.10 | TJT |
| Aug-08-09 | *Plan and Disclosure Statement* - Review debtors' objection to Libby Claimants' motion to strike Parker expert report with attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's opposition to Libby Claimants' motion to strike Stockman expert report with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review joint response by UCC and BLG to PI Committee and PIFCR's motion to limit use of solvency | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of D. Martin by UCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re blackline of plan proponents' 2nd amended pre-trial statement and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review joint response by USCC/BLG to PI Committee and PIFCR's motion to limit use of solvency with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' phase II brief re insurance issues | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's objection to PIFCR and PI Committee's motion to limit use of solvency | 0.10 | TJT |
| Aug-09-09 | *Plan and Disclosure Statement* - Review notice of filing stipulation re Dr. Hammar with attached stipulation with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' motion for leave re exceeding page limits and number of briefs for phase II trial briefs | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' phase II trial brief re Libby issues without exhibits | 2.20 | TJT |
| Aug-10-09 | *Plan and Disclosure Statement* - Review e-mail re Florence deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re current deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from committee member re status of plan confirmation proceedings | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of T. Wescher by UCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Longacre re Longacre trial exhibits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start review of exhibits to plan proponents' trial brief re Libby Claimants | 2.90 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from debtors' counsel re plan proponents' exhibit list | 0.10 | TJT |
| Aug-11-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail re Frezza deposition information | 0.10 | TJT |

| Invoice No. 32503 | Page 5 of 20 | | September 28, 2009 |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Continue reviewing exhibits to plan proponents' phase II trial brief re Libby claims | 3.40 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' trial exhibit list | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail confirming bank lender group's request to be added to protective order re plan confidentiality | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re bank lender group's request to be added to protective order re plan confidentiality | 0.10 | TJT |
| Aug-12-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review debtors' motion to shorten notice re motion to approve settlement with Scotts Co. | 0.10 | TJT |
| | *Case Administration* - Review order granting debtors' motion to shorten notice re motion to approve settlement with Scotts Co. | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with St. Paul/Travelers Surety Co. with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel filed by Libby Claimants re Libby Claimants' testimony at confirmation with proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Frezza deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of exhibits to plan proponents' phase II trial brief re Libby Claimants | 3.20 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re order denying Libby Claimants' motion for reconsideration re Arrowood's motion to strike Whitehouse expert report with proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel filed by debtors' re Libby Claimants' individual testimony at confirmation hearing with proposed order | 0.20 | TJT |
| | *Hearings* - Review 7/30/09 hearing transcript and errata sheet | 0.40 | TJT |
| | *Case Administration* - Download revised 7/30/09 transcript and errata sheet | 0.10 | MH |
| | *Case Administration* - 7/30/09 hearing follow-up re revised transcript | 0.20 | SEK |
| Aug-13-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.60 | SGW |
| | *Case Administration* - Review miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' phase II trial brief re bank lender issues with attachments | 1.60 | TJT |
| | *Plan and Disclosure Statement* - Review documents in virtual data room | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re Mathis | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | motion to exclude | | |
| | *Plan and Disclosure Statement* - Review supplemental phase II pre-trial statement by OneBeacon | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' main trial brief re phase II | 2.70 | TJT |
| Aug-14-09 | *Case Administration* - Review notice of address change and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re confirmation issues | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with M. Hedden re quarterly fee applications to be filed | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with M. Hedden re status of quarterly fee applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin's 33rd quarterly fee application for filing and confer with M. Hedden re same | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA's 28th quarterly fee application for filing and confer with M. Hedden re same | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 33rd quarterly fee application for filing and confer with M. Hedden re same | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Review notice of address change for Reed Smith | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review 10th amended 2019 statement by Cohn & Whitesell | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with LMI with attachment | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Finish review of plan proponents' main phase II trial brief | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Arrowood to Libby Claimants' certificate of counsel re individual testimony | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review supplemental pre-trial submission by MCC | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re plan proponents/Libby's stipulation re pre-trial matters | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion to approve settlement with Scott's Co. with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re meet and confer on 8/17 re insurance issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of R. Kowalzk by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford requesting information re two depositions noticed by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from N. Finch re State of Montana deposition designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re Arrowood's phase II deposition designations | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund deposition designations re surety claim | 0.30 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - Download, review and revise Bilzin's 33rd Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file Bilzin's 33rd Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.60 | MH |
| | *Fee Applications, Others* - Download, review and revise HRA's 28th Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file HRA's 28th Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.60 | MH |
| | *Fee Applications, Applicant* - Perform calculations re Ferry, Joseph & Pearce's 33rd quarterly period; draft fee application, notice and certificate of service re same for review by L. Coggins | 2.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file Ferry, Joseph & Pearce's 33rd Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.60 | MH |
| Aug-15-09 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of filing stipulation between plan proponents and State of Montana re evidence at confirmation hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of filing rebuttal expert report by P. Zilly under seal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' motion in limine to exclude Libby experts | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of T. Weschler by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of D. Martin by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certain plan objectors' deposition designations for D. Austern | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review certain plan objectors' deposition designations for P. Lockwood | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Arrowood in motion to exclude Libby Claimants' expert reports | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certain plan objectors' deposition designations for R. Finke re 5/13/09 | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review certain plan objectors' deposition designations for M. Peterson | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Travelers' phase II deposition designations | 0.10 | TJT |
| Aug-16-09 | *Plan and Disclosure Statement* - Review notice of deposition of M. Hatchell by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certain plan objectors' deposition designations for R. Finke | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review certain plan objectors' deposition designations for E. Inselbuch | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review certain plan objectors' deposition designations J. Hughes | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion to approve | 0.40 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | settlement with Allstate with attachments |  |  |
|  | *Plan and Disclosure Statement* - Review plan proponents' motion to exclude testimony from individual Libby Claimants | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review plan proponents' motion to exclude certain Libby expert reports re documents not produced with attachments | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review CNA phase II deposition designations combined | 0.30 | TJT |
| Aug-17-09 | *Case Administration* - Review case status memo for week ending 8/14/09 | 0.10 | LLC |
|  | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
|  | *Case Administration* - 7/18/09 hearing follow-up | 0.10 | SGW |
|  | *Case Administration* - Review case status memo for week ending 8/7/09 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review State of Montana's phase II deposition designations | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review BNSF's phase II deposition designations | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Attend meet and confer re insurance issue and Libby issues | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail re Shelnitz deposition information | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re 4th amended plan CMO | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re 4th amended plan CMO | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review 4th amended plan CMO | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review Longacre phase II trial exhibits | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review certain plan objectors' deposition designations of J. Posner | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review plan proponents motion in limine re J. Shein with attachments | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - Review plan proponents motion in limine re Fireman's Fund opinion testimony | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Arrowood's phase II deposition designations | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Libby Claimants' deposition designations | 1.20 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' notice of deposition of M. Skramstad | 0.10 | TJT |
|  | *Hearings* - Review e-mail from K. Love re tomorrow's telephonic hearing has been canceled by court | 0.10 | TJT |
|  | *Case Administration* - Review docket re case status for week ending 8/7/09; memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
|  | *Case Administration* - Review docket re case status for week ending 8/14/09; memo to T. Tacconelli and L. Coggins re same | 1.10 | MH |
|  | *Case Administration* - update 2002 service lists and labels | 0.10 | MH |
| Aug-18-09 | *Case Administration* - Review agenda re 8/24/09 hearing | 0.10 | LLC |

|  |  | | |
|---|---|---|---|
|  | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
|  | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
|  | *Plan and Disclosure Statement* - Confer with M. Joseph re status of confirmation proceedings | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Finish review of Libby Claimants' deposition designations | 1.60 | TJT |
|  | *Plan and Disclosure Statement* - Review order denying Libby Claimants' motion to reconsider order striking Whitehouse report | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review order approving agreement between Libby Claimants and plan proponents re confirmation hearing | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' notice of deposition of D. Schnette | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Shelnitz deposition information | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re K. Burrin deposition information | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review modified order re Libby Claimants' individual testimony during confirmation hearing | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review plan proponents deposition designations | 0.70 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' notice of deposition of J. Swennes | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Arrowood's joinder in plan proponents motion to exclude Libby experts based on non-production | 0.10 | TJT |
|  | *Hearings* - Review agenda for 8/24/09 hearing | 0.20 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 8/24/09 hearing coverage | 0.10 | TJT |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.70 | HZ |
| Aug-19-09 | *Fee Applications, Applicant* - Confer with M. Hedden re status of certificate of no objection | 0.10 | LLC |
|  | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
|  | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving debtors' motion to approve settlement with LMI | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving stipulation between debtors and General Insurance Co. | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving stipulation between debtors and ICI | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review plan proponents' motion in limine to exclude testimony of G. Priest with attachments | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' notice of deposition of E. Warner | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Zilly deposition information | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review notice of amendments to plan proponents' motion in limine to exclude Libby experts | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revise deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Boll re draft order of proof | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents draft order approved | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' notice of deposition of D. Weill | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review motion to lift stay filed by G. Munoz with attachments | 0.30 | TJT |
| Aug-20-09 | *Fee Applications, Others* - Review certificate of no objection re HRA June 09 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re June 909 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review case status memo for week ending 8/14/09 | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to approve sale of fire stop business with attachments | 0.80 | TJT |
| | *Case Administration* - Review 13th amended 2019 statement by Motley Rice | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving Royal settlement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 27th omnibus objection to claims with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Zilly deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review declaration of service re plan solicitation materials with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' notice of deposition of B. Hurlbert | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' notice of deposition of L. Thom | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order approving plan proponents' motion to exceed page limitations on phase II trial briefs | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for insurers re request for meet and confer re proposed order of witnesses for confirmation hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from debtors re scheduling meet and confer today re order of proof | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | deposition of Dr. Weill | | |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re responding to questions re 4th amended plan CMO (errors) | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for OneBeacon re sealed air witness issue | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund's amended phase II pre-trial statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re order limiting use of insolvency determination | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of withdrawal of notice of deposition of D. Martin by USCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Libby Claimants re proposed draft order of proof re Libby Claimants and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review USCC/BLG joint draft re-order of witnesses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Attend meet and confer re draft order of witnesses for confirmation hearing and related issues | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review notice of continuation of deposition of K. McKee by Arrowood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Moolgavkar rebuttal expert report by plan proponents | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of R. Tarola by USCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Travelers' draft order of witnesses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's objection to BNSF and Libby Claimants' deposition designations | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re HRA's June 09 fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re HRA's June 09 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Ferry, Joseph & Pearce's June 09 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Ferry, Joseph & Pearce's June 09 fee application | 0.30 | MH |
| Aug-21-09 | *Fee Applications, Others* - Review certificate of no objection re Bilzin's June 09 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Review 5th amended 2019 statement by Paul Weiss | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re debtors' motion to approve sale of membrane business | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Kramer re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Dr. Whtehouse/Molgaard rebuttal expert report re Weill supplemental report dated 7/24/09 | 0.60 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review debtors' joinder in Arrowood's continued notice of deposition of K. McKee | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review CNA's draft order of witnesses | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review MCC's draft order of witnesses | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review CNA's objection to counter-designations | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Zurich draft order of witnesses | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Fireman's Funds' draft order of witnesses | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review GEICO's draft order of witnesses | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review OneBeacon's draft order of witnesses | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Arrowood's draft order of witnesses | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Arrowood's objection to deposition designations and counter-designations | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review plan proponents' notice of filing draft order of proof/witnesses | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Weill deposition information | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review plan proponents' objections and counter-designations to all plan objectors | 1.80 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' notice of deposition of Dr. Whitehouse | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review AXA Belgium's draft order of witnesses | 0.10 | TJT |
|  | *Professional Retention Issues* - Review order authorizing retention of Saul Ewing by Equity Committee | 0.10 | TJT |
|  | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's June 09 fee application | 0.30 | MH |
|  | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's June 09 fee application | 0.30 | MH |
| Aug-22-09 | *Plan and Disclosure Statement* - Review debtors' notice of deposition of Molgaard | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Libby designations and counter-designations | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' notice of deposition of L. Kruger | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's draft order of witnesses | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review reviewing plan proponents' counter-designations and deposition designations and objections | 1.30 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Kruger deposition information | 0.10 | TJT |
|  | *Hearings* - Review amended agenda for 8/24/09 hearing | 0.10 | TJT |
|  | *Hearings* - Correspond with M. Kramer re 8/24/09 hearing coverage | 0.20 | TJT |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| Aug-23-09 | *Plan and Disclosure Statement* - Review e-mail from J. O'Neill re exhibits for confirmation | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 8/24/09 hearing | 2.20 | TJT |
| | *Hearings* - Review e-mail from K. Love re slides for hearing tomorrow | 0.10 | TJT |
| | *Hearings* - Review e-mail from B. Harding re slides for hearing tomorrow | 0.10 | TJT |
| Aug-24-09 | *Litigation and Litigation Consulting* - E-mail from J. Boerger re counter counter-designations | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review two miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for UCC Ordway counter-designations by USCC/BLG | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review slides prepared by plan proponents re proposed order of witnesses | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Anderson Memorial Hospital re Martin deposition | 0.10 | TJT |
| | *Hearings* - Confer with co-counsel prior to hearing, attend Bankruptcy Court | 7.50 | TJT |
| | *Case Administration* - Review docket re case status for week ending 8/21/09; memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| | *Case Administration* - 8/24/09 hearing follow-up | 0.30 | SEK |
| Aug-25-09 | *Litigation and Litigation Consulting* - E-mail from J. Boerger re counter counter-designations | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from A. Newsom re AXA Belgium's objections to counter-designations | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Review case status memo for week ending 8/21/09 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Kramer re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by Solow to debtors' motion to approve settlement with Travelers/St. Paul | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence re Tarola deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review USCC/BLG counter deposition designations | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' amended objections and counter-designations re plan proponents' deposition designations | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's amended deposition designations | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's final order of witnesses | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Garlock's final witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certain plan objector's counter-designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon/Seaton's Shelnitz deposition designations (totally redacted) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Anderson Memorial Hospital re Anderson Memorial Hospital's amended witness list and witness order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund's objections to plan proponents' phase II deposition designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's amended pre-trial stipulation | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for plan proponents re second Martin deposition canceled | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's deposition designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review GEICO's counter deposition designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AXA Belgium's objection to plan proponents' counter-designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence re Peterson deposition on 9/1 | 0.10 | TJT |
| | *Hearings* - Review 8/24/09 hearing notes | 0.20 | TJT |
| Aug-26-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Review restated and amended 2019 statement by LR&C | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re 8/24/09 hearing follow-up, confer with legal assistant re 8/24/09 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's July 09 prebill | 1.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Tarola deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review response by BNSF to plan proponents' draft order of witnesses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Hartford reservation of rights re draft order of witnesses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of continued deposition of M. Peterson by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's objection to plan proponents' counter-designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing plan proponents' feasibility brief under seal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's feasibility objection to confirmation | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Garlock re acknowledgement of protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Boll re meet | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | and confer schedule for tomorrow re order of proof | | |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re Hachell deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BLG/USCC trial exhibits | 1.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | HZ |
| | *Case Administration* - 8/24/09 hearing follow-up | 0.30 | SEK |
| Aug-27-09 | *Case Administration* - Review entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 8/21/09 | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Case Administration* - Review amended 2019 statement by Baron and Budd | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance by Sampson | 0.10 | TJT |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Bilzin's 32nd interim period | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review preliminary response by Norfolk Southern to debtors' claim objection with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' supplemental objection to confirmation | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Federal Ins. Co.'s objection to plan proponents' counter-designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion to shorten notice re motion in limine re Zilly | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion in limine re Zilly | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's objection to Libby Claimants' designations and counter-designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail re Libby deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence re meet and confer for order of proof re schedule for tomorrow | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re notice of withdrawal of plan proponents' motion in limine re Fireman's Fund | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund's objection to plan proponents' counter-designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re plan proponents are now withdrawing and substituting a corrected exhibit 141 | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review Fireman's Fund's motion for relief from stay with supporting brief and attachments | 0.80 | TJT |
| | *Case Administration* - update 2002 service lists and labels | 0.20 | MH |
| Aug-28-09 | *Case Administration* - Confer with T. Tacconelli re status and special 9/1/09 hearing | 0.10 | LLC |

| | | |
|---|---:|---|
| *Fee Applications, Others* - Review Bilzin July 09 fee application for filing and confer with M. Hedden re same | 0.20 | LLC |
| *Fee Applications, Others* - Review W. D. Hilton 2nd interim fee application for filing and confer with M. Hedden re same | 0.20 | LLC |
| *Fee Applications, Applicant* - Review July 09 fee application for filing | 0.10 | LLC |
| *Litigation and Litigation Consulting* - E-mail from J. Boerger re objections to motion in limine to exclude Priest | 0.10 | LLC |
| *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders; confer with law clerk re new district court appeal; advise same of new bankruptcy appeals filed on 8/28/09; confer with T. Tacconelli re same | 0.30 | SGW |
| *Case Administration* - Review fee auditor's final report re BIR 32nd interim period | 0.10 | TJT |
| *Case Administration* - Review request to remove two parties from plan service list and forward to paralegal | 0.10 | TJT |
| *Case Administration* - Confer with S. Weiler re new appeals | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with S. Joseph's Hospital with attachment | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Presidential Towers with attachment | 0.20 | TJT |
| *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's July prebill | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of appeal by BNSF re Royal settlement order | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review modified order re Libby Claimants' motion to shorten notice re motion in limine re Zilly | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from D. Boll re revised draft of order of proof | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mails re order of proof | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review revised order of proof | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from D. Boll re further revised order of proof | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from counsel for Fireman's Fund re further revised order of proof | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from counsel for Libby re Peterson deposition information | 0.10 | TJT |
| *Plan and Disclosure Statement* - Attend meet and confer re order of proof and related issues | 1.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review 8/24/09 hearing transcript re plan issues | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review notice of revised/continued deposition of Peterson by Libby Claimants | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review second amendment to Fireman's Fund's pre-trial stipulation with new exhibits | 0.40 | TJT |
| *Plan and Disclosure Statement* - Review plan proponents' motion to strike re State of Montana/AMH | 0.30 | TJT |
| *Plan and Disclosure Statement* - Continue reviewing BLG/USCC exhibits | 0.30 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review correspondence re Weschler deposition | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of appeal by Libby Claimants re Royal settlement | 0.10 | TJT |
|  | *Hearings* - Confer with paralegal re 8/24/09 hearing follow-up | 0.10 | TJT |
|  | *Hearings* - Prepare for 9/1/09 hearing | 0.10 | TJT |
|  | *Case Administration* - Review new filings | 0.30 | HZ |
|  | *Case Administration* - Download 8/24/09 hearing transcripts | 0.10 | MH |
|  | *Case Administration* - Update plan service list | 0.10 | MH |
|  | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - Download, review and revise Bilzin's July 09 fee application and related documents and prepare certificate of service re same | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's 09 fee application | 0.40 | MH |
|  | *Fee Applications, Others* - Download, review and revise W. D. Hilton's 2nd interim fee application and related documents and prepare certificate of service re same | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve W. D. Hilton's 2nd interim fee application | 0.40 | MH |
|  | *Fee Applications, Applicant* - Edit Ferry, Joseph & Pearce's July 09 prebill | 0.30 | MH |
|  | *Fee Applications, Applicant* - Modify Ferry, Joseph & Pearce's July 09 bill; prepare fee application and related documents | 0.90 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's July 09 | 0.40 | MH |
|  | *Case Administration* - 8/24/09 hearing follow-up | 0.30 | SEK |
| Aug-29-09 | *Case Administration* - Review fee auditor's final report re J. Baer 32nd interim period | 0.10 | TJT |
|  | *Case Administration* - Review notice of revised start time for confirmation hearing | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 22nd claim settlement notice with attachments | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' counter-designations, designations and counter counter-designations re 1 - 20 | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' counter-designations, designations and counter counter-designations re 21 - 30 | 0.80 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mails re Libby Claimants' exhibit list | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of deposition by PI Committee of Dr. Molgaard | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of submission of CD by debtors with attached list | 0.20 | TJT |
| Aug-30-09 | *Plan and Disclosure Statement* - Review certain objecting insurers' opposition to plan proponents' motion to exclude/in limine re Professor Shein with attachments | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - Review certain objecting insurers' objection to plan proponents' motion to exclude/in limine Professor | 0.40 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Priest with attachments | | |
| | *Plan and Disclosure Statement* - Review request by GEICO to take judicial notice of certain facts with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of Dr. Whitehouse by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's motion to strike and objection to Libby Claimants' deposition designations re 21 individual claimants | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' responses to plan proponents' motion in limine re testimony of individual Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' amended notice of deposition of Dr. Molgaard | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's deposition designations re K. McKee | 0.30 | TJT |
| Aug-31-09 | *Case Administration* - Review case status report for week ending 8/28/09 | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from J. Boerger re requests for judicial notice | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights; advise T. Tacconelli re same | 0.10 | SGW |
| | *Case Administration* - Review fee auditor's final report re PDFCR 32nd interim period | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 8/28/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Longacre trial exhibits | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing BLG/USCC trial exhibits | 1.40 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' amended notice of deposition of Dr. Whitehouse | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various e-mails re Weschler deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re updated plan proponents' exhibits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re exhibit revision for Whitehouse deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re additional plan proponent exhibit/A.19 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' counter-designations, designations and counter counter-designations 31-49 | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re Libby exhibit LC67 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to Libby Claimants' motion in limine re Zilly with attachment | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review expert report of P. Zilly re best interest test | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's motion to shorten notice re motion to compel | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's | 0.40 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | motion to compel |  |  |
|  | *Plan and Disclosure Statement* - Review e-mail from D. Boll re further revised order of proof and review same | 0.30 | TJT |
|  | *Hearings* - Confer with paralegal re 9/1/09 hearing transcript | 0.10 | TJT |
|  | *Case Administration* - 9/1/09 hearing follow-up | 0.20 | SEK |
|  |     Totals | 127.50 |  |

### DISBURSEMENTS

| | | |
|---|---|---|
| Aug-03-09 | Photocopy Cost | 0.70 |
| Aug-04-09 | Photocopy Cost | 2.10 |
|  | Photocopy Cost | 1.30 |
| Aug-07-09 | Photocopy Cost | 3.30 |
| Aug-08-09 | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 2.10 |
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 4.50 |
| Aug-09-09 | Photocopy Cost | 15.60 |
|  | Photocopy Cost | 0.70 |
| Aug-10-09 | Photocopy Cost | 8.40 |
|  | Photocopy Cost | 6.70 |
|  | Photocopy Cost | 7.50 |
|  | Photocopy Cost | 2.50 |
|  | Photocopy Cost | 1.70 |
| Aug-11-09 | Photocopy Cost | 3.60 |
| Aug-13-09 | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 1.90 |
|  | Photocopy Cost | 2.70 |
|  | Photocopy Cost | 1.20 |
| Aug-14-09 | Photocopy Cost | 2.10 |
|  | Photocopy Cost | 28.80 |
|  | Photocopy Cost | 24.00 |
|  | Photocopy Cost | 3.00 |
|  | Photocopy Cost | 1.70 |
|  | Photocopy Cost | 2.70 |
|  | Photocopy Cost | 2.70 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 2.10 |
|  | Photocopy Cost | 2.10 |

| | | |
|---|---|---:|
| **Invoice No. 32503** | **Page 20 of 20** | **September 28, 2009** |
| | Photocopy Cost | 3.30 |
| | Photocopy Cost | 1.50 |
| Aug-17-09 | Photocopy Cost | 1.30 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.50 |
| Aug-18-09 | Photocopy Cost | 0.50 |
| Aug-19-09 | Photocopy Cost | 1.50 |
| Aug-20-09 | Photocopy Cost | 1.80 |
| | Cost Advance - J&J Court Transcribers | 625.65 |
| Aug-21-09 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 5.40 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 2.10 |
| Aug-23-09 | Photocopy Cost | 0.70 |
| Aug-24-09 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.90 |
| Aug-25-09 | Photocopy Cost | 3.30 |
| Aug-26-09 | Photocopy Cost | 3.30 |
| | Cost Advance - court call 7/30/09 hearing | 93.00 |
| Aug-28-09 | Photocopy Cost | 17.10 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 3.00 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 1.50 |
| | Cost Advance - Blue Marble - hand deliveries (Inv # 12138) | 15.45 |
| | Cost Advance - postage | 2.41 |
| Aug-30-09 | Photocopy Cost | 1.70 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 1.10 |
| Aug-31-09 | Photocopy Cost | 1.50 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 1.50 |
| | Cost Advance - Blue Marble - copies 325.60; service 411.81 (Inv #33521) | 737.41 |
| | Cost Advance - Blue Marble - hand deliveries (Inv # 12175) | 48.00 |
| | Cost Advance - Elaine M. Ryan - 8/24/09 Transcript | 1,587.00 |
| | Totals | $3,325.32 |
| | *Credit (partial photocopy cost in July 2009 fee application* | (7.85) |
| | TOTAL DISBURSEMENTS | **$3,317.47** |
| | **Total Fees & Disbursements** | **$36,846.97** |