IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 21671, 23028, and 23117 |

**NOTICE OF FILING AND SERVICE OF
ANDERSON MEMORIAL HOSPITAL'S REPLY TO
DEBTORS' OPPOSITION TO ANDERSON MEMORIAL HOSPITAL'S
MOTION TO COMPEL FURTHER DEPOSITION TESTIMONY FROM
MARK SHELNITZ, PAMELA ZILLY, AND HUDSON LaFORCE UNDER SEAL**

PLEASE TAKE NOTICE that on September 29, 2009, true and correct copies of **ANDERSON MEMORIAL HOSPITAL'S REPLY TO DEBTORS' OPPOSITION TO ANDERSON MEMORIAL HOSPITAL'S MOTION TO COMPEL FURTHER DEPOSITION TESTIMONY FROM MARK SHELNITZ, PAMELA ZILLY, AND HUDSON LaFORCE UNDER SEAL** were served on the parties listed on the attached service list as indicated thereon.

PLEASE TAKE FURTHER NOTICE that on September 30, 2009, Anderson Memorial Hospital will file the Reply under seal pursuant to the Protective Order dated May 14, 2009 (Docket No. 21671).

DATED: September 29, 2009

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

NOF of Reply to Debtors' Opposition to AM's MTC.DOCX

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599

- and -

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:    (305) 372-1800
Facsimile:    (305) 372-3508

*Counsel for Anderson Memorial Hospital*

**SERVICE LIST**

**VIA ELECTRONIC MAIL**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 No. Market Street, 17th Floor
Wilmington, DE  19801
Email:  ljones@pszjlaw.com
        joneill@pszjlaw.com
        tcairns@pszjlaw.com

David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Email:  david.bernick@kirkland.com
        theodore.freedman@kirkland.com
        deanna.boll@kirkland.com

Janet S. Baer, PC
LAW OFFICES OF JANET S. BAER PC
70 W. Madison Street, Suite 2100
Chicago, IL  60602
Email:  jbaer@jsbpc.com

James Restivo, Jr., Esquire
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222-2716
Email:  jrestivo@reedsmith.com

Karl Hill, Esquire
SEITZ VAN OGTROP & GREEN PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899-0068
Email:  khill@svglaw.com

Alan B. Rich, Esquire
LAW OFFICE OF ALAN B. RICH
1401 Elm Street
Dallas, TX  75202
Email:  arich@alanrichlaw.com

Jeffrey M. Boerger, Esquire
Kooshan Nayerahmadi, Esquire
DRINKER BIDDLE LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Email:  jeffrey.boerger@dbr.com
        kooshan.nayerahmadi@dbr.com

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801
Email:  mlastowski@duanemorris.com

David M. Klauder, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
844 N. King Street, Room 2207
Wilmington, DE  19801
Email:  david.klauder@usdoj.gov