# EXHIBIT A

| Matter 3 | Business Operations | |
|---|---|---|
| Date | Hours | Description |
| 8/3/09 | .20 | Review correspondence re Eastside Vineyard (.20) |
| 8/4/09 | 1.30 | Review revised Keystone agreement (.40); confer re same (.30); review and respond to inquire re Pegasus issues (.30); prepare response re Easthampton and Carey issues (.30) |
| 8/5/09 | 1.20 | Review correspondence re Easthampton site and prepare correspondence re same (.40); prepare correspondence and respond to same re Keystone sale (.40); confer with J. McFarland re same and prepare correspondence re same (.40) |
| 8/27/09 | 1.60 | Confer with J. McFarland re ART transaction, Pegasus property tax issues and issues re other business transactions (.30); review M. Conron questions re Keystone, respond and confer re same (.50); confer re IP sale issues (.30); review sale order procedures re same (.50) |
| Total Hours | 4.30 | |

| Matter 4 | Case Administration | |
|---|---|---|
| Date | Hours | Description |
| 8/4/09 | 1.00 | Confer with Company in weekly reorganization call (.60); review and attend to newly filed pleadings and related matters (.40) |
| 8/25/09 | 3.20 | Review notes from Omnibus hearing in preparation for Company call (.30); participate in weekly Grace company call (1.10); confer with B. Harding and S. Blatnick re exhibit and deposition designations (.50); participate in call re Neutocrete issues (.40); review and attend to newly filed pleadings and correspondence (.90) |
| Total Hours | 4.20 | |

| Matter 11 | Fee Application, Applicant | |
|---|---|---|
| Date | Hours | Description |
| 8/12/09 | .30 | Prepare 2nd quarterly fee application (.30) |
| 8/23/09 | 1.00 | Review and revise July fee application time descriptions (1.00) |
| 8/31/09 | 1.50 | Prepare July fee application (1.50) |
| Total Hours | 2.80 | |

| Matter 14 Date | Hearings Hours | Description |
| --- | --- | --- |
| 8/6/09 | .40 | Review 8/24/09 agenda and provide comments to same (.40) |
| 8/11/09 | .40 | Review and respond to inquiry re 8/24/09 hearing and related issues (.40) |
| 8/20/09 | .30 | Review 8/24/09 agenda re resolved and pending matters (.30) |
| 8/21/09 | 4.10 | Review and assemble materials for 8/24/09 Ominibus hearing (1.20); confer with K. Love re same (.30); participate in call with co-counsel re preparation for 8/24/09 Omnibus hearing and issues re same (1.30); confer further with K. Love and review materials re Solvency order and Fresenius release issue (.30); confer with K. Love re preparation of materials for D. Bernick for Omnibus hearing (several conferences) (.60); review and respond to correspondence re hearing issues (.40) |
| 8/23/09 | .80 | Review all pleadings re contested matters for 8/24/09 Omnibus hearing (.80) |
| 8/24/09 | 8.00 | Prepare for and attend August Omnibus hearing (8.0) |
| 8/27/09 | 1.00 | Review revised agenda for Confirmation hearing and binders re same (.50); review and respond to several inquiries re filing deadlines (.30) confer re confirmation hearing time matters (.20) |
| 8/29/09 | .40 | Review revised Confirmation hearing agenda and further revise same (.40) |
| 8/30/09 | 1.30 | Confer with J. O'Neill re final Confirmation agenda and related issues (.30); further review and revise Confirmation hearing agenda and confer re same (several conferences)(.50); coordinate preparation of materials for court on Confirmation (.50) |
| **Total Hours** | **16.70** | |

| Matter 15 Date | Litigation Hours | Description |
| --- | --- | --- |
| 8/3/09 | 6.10 | Review Carey stipulation (.20); participate in call with Scotts and Plan Proponents re settlement issues (.50); review and respond to correspondence re revised pre-trial statement (.40); revise same (.30); further confer re same (.30); confer with E. Alacbes re exhibit issues (.30); review correspondence |

9

| | | |
|---|---|---|
| | | re same (.20); review list of outstanding exhibits (.20) confer with S. Blatnick re exhibit list (.50); review and assemble Travelers stipulation (.40); participate in call with Garlok re objections and discovery (.50); prepare correspondence re exhibit list organization, marking and transmittal (.50); review and organize materials re discovery issues and follow up issues (.60); prepare follow up correspondence on witness list and pre-trial issues (.40); review comments |
| 8/4/09 | 5.80 | Review Libby revisions to Royal Agreement and correspondence re same (.30); confer with W. Carcoran re BNSF, Carey and Dimmiones settlement issues (.30); confer with J. Heberling re trial exhibit issues (.30); review comments from Libby re Royal Order Whitehouse Order and respond re same (.30); review and respond to further correspondence re Royal issues (.30); participate in call re Libby issues (1.70); confer with B. Harkovich and B. Milner re General motion on claim and prepare correspondence re same (.40); confer with T. Freedman re Sealed Air issues (.20); prepare correspondence re same (.30); prepare correspondence re Frezza report (.30); confer with R. Emmett re various outstanding environmental issues (.30); prepare correspondence re Frezza report and confer with D. Bernick and E. Leibenstein re same (.40); numerous correspondence re Trial Brief and confirmation exhibit issues (.70) |
| 8/5/09 | 4.70 | Review ACC comments to Fireman's stipulation of facts and Surety Bond (.40); review revised Pre-trial statement and Witness List (.30); prepare comments re same (.20); revised 4th amended CMO and prepare Certificate of Counsel re same (.60); review and revise draft motion re Traveler's (Surety Bond)Stipulation (.50); prepare correspondence re Fireman's stipulation and information re witnesses (.40); confer with S. Blatnick and B. Harding re Exhibit issues and related matters (.40); review and respond to correspondence re Royal Settlement order (.30); review and prepare same for filing (.30); confer with T. Maymes re declaration and prepare correspondence re same (.30); several conference re Weschler deposition (.30); prepare correspondence re 4th Amended CMO and same re filing (.40); confer re final revised witness list (.30) |
| 8/6/09 | .50 | Review draft Travelers motion, order and motion to shorten and confer with M. Lewinstein re same (.50) |
| 8/7/09 | 4.10 | Confer with M. Lewinstein re Travelers Stipulation and order (.30); review Maynes declaration for Trial Exhibits (.30); |

| Date | Hours | Description |
|---|---|---|
| | | Participate in call with Libby claimants (.90); confer with H. Bloom re preparation of order and COC re Libby matters (.20); review materials in preparation for call with DOJ and Buyer M. Pegasus issue (.30);review revised Travelers Motion and order and confer with M. Lewinstein re same (.50); confer with Grace and Olden re Easthamptomn staus issues (1.0); confer with counsel re Gates case (.30); confer further re Travelers matters (.30) |
| 8/11/09 | 8.10 | Confer with N. Kritzer re Estimation issues and materials (.30); confer with H. Bloom re Libby Orders (.30); confer with S. Blatnick re exhibit issues and related matters (.30); participate in call with Libby claimants re Orders re discovery issues (.70); confer further re same (.40); review and revise Travelers order on Solow (.30); confer re same (.20); review Easthampton letter and prepare comments re same (.30);confer with N. Kritzer re Motion in Limmie issues (.30); review Protective Order and prepare correspondence re same (.30); confer with M. Lewinstein re Carey and Keystone status (.20); numerous conferences with H. Bloom re Libby orders (.70); review same (.30); confer with T. Freedman and B. Harding re Shelnitz deposition and related trial preparation issues (.50); confer with T. Freedman and J. Brooks re objection chart (.30); confer with E. Leon re estimation information and deposition designations (.40); follow up re Shelnitz deposition issues (.30); prepare correspondence and confer re preparation for Shelnitz deposition (.20); review Acton agreement and prepare comment re same (.30) review correspondence re NJDEP and confer with T. Marchetta re same (.30); confer re Fireman's Fund Stipulation and prepare correspondence re same (.40); review and revise COC and Order on Libby witness stipulation (.40); review and respond to correspondence re same (.40) |
| 8/12/09 | 6.60 | Review Sealed Air and Fresenius materials for Shelnitz deposition preparation (.80); review memo re Fireman's set off (.30); respond to inquiries re confidential documents (.20); review materials for Shelnitz deposition and confer with K. Love re same (.40); review Keystone motion, order and Agreement for sale transaction (1.0); review NJDEP apology letter (.20); Confer with Grace and Rectroseal attorneys and business parties re sale transaction (.30); prepare revision/comments for J. McFarland (.30); confer with Keystone's counsel re same (.20); confer with S. Blatnick re Trial exhibit objections and NJDEP settlement (.60); review and respond to correspondence re Libby orders, procedure on settlement and related issues (.40); confer re deposition |

11

| Date | Hours | Description |
|---|---|---|
| | | declaration issues (.30); prepare correspondence re Keystone order (.20); review Speights materials re Shelnitz deposition (.80); review correspondence re various environmental matters (.30); review and respond to inquiries re exhibit issues (.30) |
| 8/13/09 | 6.50 | Participate in Shelnitz deposition preparation (6.50) |
| 8/14/09 | 6.80 | Review and revise Keystone order (.40); review/revise Carey motion and order (.40); prepare correspondence re same (.30); review and respond to correspondence re confirmation trial issues, filings and discovery (several responses) (.80); review correspondence re Supplemental Insurer briefs and pleadings (.50); confer with T. Freedman re same (.30); review and respond to correspondence re Keystone sale motion and order (.70); confer with M. Lewinstein re revision to Rectroseal Motion and Order (.30); prepare revisions to Membranes order and correspondence re same (.70); prepare correspondence re comments on Insurer pleadings and upcoming meet and confer (.40); prepare notice re meet and confer (.30); confer with several parties re deposition designations, motions in limine and related filings (.80); confer with B. Harding re same and related issues (.30); Confer with M. Lewinstein re Austin motion and order (.30); review correspondence and drafts re motions in Limine re Fireman's Fund (.30) |
| 8/17/09 | 3.30 | Review Fireman's stipulation and deposition designations (.40) review revised Carey motion/order and confer re same (.30); confer re Pegasus order and certificate (.30); confer re Keystone Motion, order, affidavit and status (.30; confer with T. Freedman and B. Harding re Insurer pre-trial and related issues (.40); review and respond to correspondence re same (.40); confer with J. Restivo re Solow issues (.30); review and respond to correspondence re discovery issues (.40); participate in call with B. Harding and T. Freedman re Plan discovery issues and order of proof (.50) |
| 8/18/09 | 10.80 | Review trial briefs in preparation for Shelnitz deposition (2.0); confer with B. Harding, T. Freedman, M. Shelnitz, and E. Leon in preparation for M. Shelnitz deposition (8.0); review Frezza deposition transcript and Shelnitz materials in preparation for M. Shelnitz deposition (.80) |
| 8/19/09 | 8.00 | Participate in preparation for M. Shelnitz deposition (1.0); participate in M. Shelnitz deposition (6.50); confer further re results of same (.50) |

12

| Date | Hours | Description |
|---|---|---|
| 8/20/09 | 4.00 | Review COC re Membranes order and confer re same (.40); review and organize materials re 9/8 hearing on motions/stipulations and settlements (.40); review cover pleading re Plan Proponents counter designations and prepare comments re same (.40); review Fireman's amendment to Pre-trial statement (.20); review Bank Lender's request to take Judicial notice (.30); confer with Plan team re same (.30); review Munoz motion for relief from stay and demand letter (.70); confer with S. Blatnick and prepare response re Bank Lender designations (.40); review and respond to further correspondence re same (.30); follow up re questions on Membrane sale order and procedure (.30); review draft Solow settlement agreement and term letter (.30) |
| 8/21/09 | 2.60 | Review and respond to various inquiries re confirmation hearing issues and filing of documents (.80); confer with K. Love and J. O'Neill re Trial exhibit issues and Court requests (.30); review correspondence re same (.30); further review and respond to inquiries re Court trial procedures and exhibit issues (.30); review and respond to correspondence re virtual data room documents and issues (.30); confer with K. Love re same (.30); review further correspondence re same (.30) |
| 8/25/09 | 4.70 | Confer with E. Liebenstein re Speights discovery and Feasibility brief issues (.30); confer with V. Finkelstein re Acton agreement and Keystone lease issue (.30); prepare chart re participants in hearing on each issue (.50); numerous conferences with J. O'Neill, K. Love, S. Blatnick and various objectors re organization and filing of plan exhibits, designations and related materials (1.20); review confirmation hearing agenda and confer with J. O'Neill re same (.50); deposition designations and prepare comments re same (.40); follow up with S. Blatnick re Speights deposition designations and related issues (.30) |
| 8/26/09 | 4.60 | Review draft brief re objections to late deposition designations (.30); prepare correspondence re same (.20); review Solow draft agreement and plan issues and prepare correspondence re same (.60); prepare memo re outstanding projects (.40); review and respond to correspondence re outstanding deadlines and related issues (.40) confer with J. O'Neill and court re hearing binders for confirmation (.40); confer with K. Love re deposition designation issues (several conferences) (.80); confer with S. Blatnick re deposition |

13

| Date | Hours | Description |
|---|---|---|
| | | designations and exhibit issues (several conferences (.70); review and respond to numerous correspondence re confirmation hearing issues (.80) |
| 8/27/09 | 5.60 | Confer with T. Freedman re FFIC Motion, Feasibility timing and BNSF (.30); review FFIC motion to Lift Stay (.50); confer with B. Harding re confirmation hearing preparation status (.30); review and respond to numerous inquiries re plan confirmation evidence issues (.90); confer with S. Pierce re status of Kaneb objection and stipulation (.30); review draft objection re Anderson deposition designations and prepare correspondence re same (.40); review National Union language re AIU Stipulation and prepare comments re same (.40); review Perini Cambridge negative notice, revise and prepare transmittal for filing same (.40); confer re objections to certain trial exhibits (.30); participate in call re preparation for trial on lender issues (.50); confer with D. Boll and B. Harding re Order of Proof (.50); review and respond to several inquiries re environmental claims (.40); confer with M. Jantzen re Zilly motion, review order re same and prepare correspondence re same (.40) |
| 8/28/09 | 5.70 | Review certain exhibit and summary chart re objections (.50); review Longacre draft stipulation (.30); confer with T. Freedman re objections (.40); review and summarize Shelnitz testimony for objection summary (.30); participate in meet and confer on Order of Proof and other issues (1.20); confer with J. Alter re Solow claim, cure and other issues (.30); review Exhibits re authenticity issues (1.20); participate in Speights meet and confer (.40); confer with E. Liebenstein re same (.20); review and respond to numerous inquiries re deposition designations, deadlines and issues re same (.90) |
| 8/29/09 | .70 | Review and organize various materials re preparation for Confirmation hearing (.40); review draft MCC stipulation (.30) |
| 8/30/09 | 2.50 | Confer with E. Leibenstein (several times) re Speights deposition and related issues (.40); participate in call with T. Freedman and L. Esayian re BNSF and MCC trial preparation (.70); review and respond to numerous inquiries re Plan Objectin Chart issues (.40); confer with J. Brooks several times re same (.30); confer with K. Love re objections to Exhibits and outstanding Issues (.30); confer with D. Boll re Order of Proof and review and respond to correspondence re same (.40) |
| **Total Hours** | **101.70** | |

14

| Matter 16 Date | Plan and Disclosure Hours | Description |
| --- | --- | --- |
| 8/2/09 | 9.00 | Prepare historical section of trial brief and revise same (9.0) |
| 8/3/09 | 3.10 | Revise Trial Brief background section (1.20); revise 4th Amended CMO and prepare transmittal re same (1.20); confer with T. Freedman re same (.20); review and respond to correspondence re 4th Amended CMO (.30); review correspondence re BNSF voting issue (.20) |
| 8/4/09 | 1.90 | Review letter from Fresenius re Plan language issue (.30); confer with D. Boll re voting issues (.20); prepare correspondence re same (.20: review revised Ballot Report (.30); review revised outline on Trial brief facts (.30); confer with T. Freedman re trial briefs and motions re same (.30); prepare correspondence re CMO issues and preparation for trial on various issues (.30) |
| 8/5/09 | 11.70 | Review revised BMC voting declaration and report (.30); prepare correspondence re same (.20); review D. Bernick outline re revised case history section of trial brief and confer with D. Bernick and T. Freedman re same (.40); review notes re Trial Brief and Pleadings necessary for same (1.20); confer with K. love re same (.30); review Kaneb Objection and Trial brief and prepare insert to Trial brief re same (.60); several conference re trial brief issues (.40); prepare revised section I of Trial brief (7.50); review documents for inserts to same (.80); |
| 8/6/09 | 15.80 | Revise Trial Brief facts section (1.50); confer re same (.30); review documents and prepare footnotes to trial brief (4.0); review correspondence re Weschler as witness (.30); prepare revisions to Pre-trial statement re same (.40); participate in call with Plan Proponents re comments to Trial Brief (2.0); participate in call with Plan team and D. Bernick re same (.80); review and revise Trial brief (5.0); prepare Motion for Leaves to file Trial Briefs (1.50) |
| 8/7/09 | 8.20 | Review Trial brief (1.0); participate in team call re pre-trial preparation (.50); review materials associated with Trial Brief (.80); confer with D. Boll re brief (.30); prepare correspondence re filing issues (.20); revise motion for leave to file (.50);review correspondence and materials from K. Love re Trial Brief (1.20) review draft introduction (.30); review and revise trial brief consistent with D. Bernick's changes and citations (3.50) |

15

| Date | Hours | Description |
|---|---|---|
| 8/10/09 | 1.60 | Confer with S. Blatnick re Exhibit service and Maynes declaration issues (.30); review correspondence re same (.30); review correspondence re Fireman's stipulation issues (.30); review correspondence re Libby orders (.30); review draft orders and revise same (.40) |
| 8/13/09 | .80 | Participate in Plan team call re confirmation preparation issues (.80) |
| 8/14/09 | .20 | Confer with H. LaForce re feasibility/exit financing issues (.20) |
| 8/17/09 | 3.20 | Review Trial briefs in preparation for M. Shelnitz deposition and other matters (1.50); confer with plan team re objection chart update for confirmation hearing (.30); participate in meet and confer with insurers re supplemental pre-trial (.50); confer with D. Cohn (twice)re Libby order issues (.30); confer with B. Harding re same (.30); confer with Court re supplemental pre-trial and related issues (.30) |
| 8/18/09 | .50 | Participate in weekly company call re Grace confirmation status (.50) |
| 8/20/09 | 2.70 | Review current draft of Order of Proof (.40); participate in call re draft order of proof (.80); further confer with Plan Proponents and Plan team re same (.40); review and respond to numerous inquiries re Confirmation hearing issues (.80); prepare correspondence re 4th Amended CMO issues (.30) |
| 8/21/09 | 1.40 | Confer with T. Freedman re open issues for confirmation hearing re certain objectors (.80); confer with K. Love and S. Blatnick re various issues on 4th CMO and filings for the Court for Confirmation hearing (.60) |
| 8/28/09 | 5.30 | Review and revise updated objection chart (1.20); confer with J. Brooks re same (.30); confer with C. Yee re evidence (.30); review and revise objection outline and work with J. Brooks re revising and reorganizing same (3.20); confer with T. Freedman re same (.30) |
| 8/29/09 | 3.50 | Review second half of revised objection chart and further revise same (1.10); review first half of objection chart, revise and confer re same (1.50); review confirmation phased evidence charts and prepare comments re same (.50); review outline re 524 (g) issues and correspondence re various confirmation issues and prepare correspondence re same (.40) |


| Date | Hours | Description |
|---|---|---|
| 8/30/09 | .70 | Confer with D. Boll re hearing preparation and related issues (.30); review and respond to correspondence re various confirmation issues (.40) |
| **Total Hours** | **69.60** | |

| Matter 20 Date | Travel Hours | Description |
|---|---|---|
| 8/13/09 | 4.00 | Travel to Washington DC for Shelnitz deposition preparation (billed at half time) (2.0); Travel from Washington DC back to Chicago after Shelnitz deposition preparation (billed at half time) (2.0) |
| 8/18/09 | 1.00 | Travel to Washington DC for Shelnitz deposition preparation (billed at half time)(1.0) |
| 8/19/09 | 3.00 | Travel from Washington DC back to Chicago after Shelnitz deposition (billed at half time) (3.0) |
| 8/23/09 | 2.00 | Travel to Delaware for 8/24/09 Omnibus hearing (billed at half time) (2.0) |
| 8/24/09 | 2.20 | Travel from Delaware back to Chicago after August Omnibus hearing (billed at half time)(2.20) |
| **Total Hours** | **12.20** | |

**Total All Matters    211.50**