# EXHIBIT B

## EXPENSES SUMMARY

| Service Description | Amount |
|---|---|
| Lodging | $ 865.66 |
| Airfare | $ 1879.62 |
| Transportation to/from airport | $ 523.80 |
| Travel Meals | $ 88.12 |
| Long Distance/Conference Telephone Charges | $ 153.63 |
| Local Transportation/Parking | $ 180.00 |
| Total: | $ 3690.83 |

Itemized Expenses

Travel

| Date | Amount | Itemized Expense |
|---|---|---|
| 8/13/09 | $ 40.00 | 303 Taxi-Transportation from Wilmette to ORD for flight to Washington DC for deposition preparation |
| 8/13/09 | $ 6.87 | Breakfast at O'Hare prior to flight to Washington DC |
| 8/13/09 | $ 20.00 | Taxi-Transportation from Regan Airport to Kirkland Washington DC offices for deposition preparation |
| 8/13/09 | $ 733.20 | United Airlines – Roundtrip Airfare, travel fee, for flight from ORD to Washington DC for deposition preparation |
| 8/13/09 | $ 20.00 | Taxi- Transportation from Kirkland Washington DC offices to Regan Airport |
| 8/13/09 | $ 5.87 | Dinner at Airport waiting for flight to Chicago |
| 8/13/09 | $ 40.00 | 303 Taxi- Transportation, ORD to Wilmette after Washington DC trip re deposition preparation |
| 8/18/09 | $ 40.00 | 303 Taxi – Transportation from Wilmette to ORD for trip to Washington DC for depositions |
| 8/18/09 | $ 3.29 | Breakfast at O'Hare waiting for flight to Washington DC |
| 8/18/09 | $ 20.00 | Taxi – Transportation from Regan Airport to Kirkland Washington DC offices for depositions |
| 8/18/09 | $ 286.61 | United Airlines – One way Airfare, travel fee, from ORD to Washington DC for depositions |
| 8/19/09 | $ 50.00 | Dinner at JW Marriott, Washington DC |
| 8/19/09 | $ 418.76 | JW Marriott Hotel, Washington DC, one night re depositions |
| 8/19/09 | $ 6.00 | Breakfast, Washington DC prior to deposition |
| 8/19/09 | $ 20.00 | Taxi-Transportation from Kirkland Washington DC to Regan Airport |
| 8/19/09 | $ 286.60 | Southwest Airlines, One way Airfare, travel fee, for flight from Washington DC to Chicago |
| 8/19/09 | $ 40.00 | 303 Taxi - Transportation from ORD to Wilmette after trip to Washington DC for depositions |
| 8/23/09 | $ 40.00 | 303 Taxi- Transportation from Wilmette to ORD for flight to Delaware for Omnibus hearing |
| 8/23/09 | $ 3.09 | Food at ORD waiting for flight to Philadelphia |
| 8/23/09 | $ 291.61 | United Airlines – One-way Airfare, travel fee for flight from Chicago to Philadelphia for Omnibus hearing |
| 8/23/09 | $ 123.80 | Boston Coach-late night transportation from Philadelphia Airport to Wilmington for Omnibus hearing |
| 8/24/09 | $ 446.90 | Hotel DuPont –One night, Wilmington for Omnibus hearing |
| 8/24/09 | $ 3.00 | Breakfast in Wilmington DE prior to Omnibus hearing |
| 8/24/09 | $ 80.00 | Taxi from Wilmington DE to Philadelphia Airport after |

|  |  | Omnibus hearing |
|---|---|---|
| 8/24/09 | $ 10.00 | Dinner at Philadelphia Airport waiting for flight to Chicago |
| 8/24/09 | $ 281.60 | American Airlines – One Way Airfare, travel fee, for flight from Philadelphia to Chicago after Omnibus Hearing |
| 8/24/09 | $ 40.00 | 303 Taxi – Transportation from ORD to Wilmette after trip to Delaware for Omnibus hearing |
| Total | $3357.20 |  |

Non-Travel

| Date | Amount | Itemized Expense |
|---|---|---|
| 8/5/09 | $ 60.00 | Local Transportation, Flash Cab from 70 W. Madison to Wilmette after late night work on Trial Briefs |
| 8/6/09 | $ 60.00 | Local Transportation, Flash Cab from 70 W. Madison to Wilmette after late night work on Trial Briefs |
| 8/6/09 | $ 60.00 | Local Transportation, Flash Cab from 70 W. Madison to Wilmette after late night work on Trial Briefs |
| 8/31/09 | $ 153.63 | Telephone – Inter Call- Conference call services for Grace for August |
| Total | $ 333.63 |  |

**Total August Charges: $3690.83**