# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly-Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF GIBSON SOLOMONS

PERSONALLY APPEARED BEFORE ME, Gibson Solomons, who deposes and states:

1. My name is Gibson Solomons

2. I am an attorney working for Speights & Runyan.

3. I attended a Meet and Confer meeting between Grace and Speights & Runyan at the offices of Kirkland & Ellis in Washington, DC. In attendance at the meeting were David Bernick and Michelle Browdy on behalf of Kirkland & Ellis, Bob Beber and Richard Fink on behalf of Grace, Dan Speights, Alan Runyan and myself on behalf of Speights & Runyan.

4. One of the items discussed was the issue of Speights & Runyan's authority to file certain claims.

5. As a result of this discussion, Mr Speights offered to provide opposing counsel a stipulation citing the basis for authority on each claim.

6. In response to this offer, Mr. Bernick stated that keeping the authority issue alive provided a method to smear Mr. Speights and in turn all property damage claimants because in his opinion it was in Grace's best interest to do that.



EXHIBIT
AMH-39

FURTHER, THE AFFIANT SAYETH NOT.

By: _____
Gibson Solomons

Sworn to me, this 20th day of August, 2006

_____
Notary Public for the State of South Carolina
My Commission expires: 5/17/2014