THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING DEBTORS' MOTION TO PRECLUDE THE TESTIMONY OF ANDERSON MEMORIAL'S WITNESS A. GIBSON SOLOMONS

Upon consideration of *Debtors' Motion to Preclude the Testimony of Anderson Memorial's Witness A. Gibson Solomons* (the "Motion"), and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that A. Gibson Solomons shall not be permitted to testify at the Phase II Confirmation Hearings.

Dated: October __, 2009

Wilmington, Delaware

                                                      The Honorable Judith K. Fitzgerald
                                                      United States Bankruptcy Judge