REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1908293<br>Invoice Date      09/30/09<br>Client Number      172573 |

==========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
    Fees                                    1,242.50
    Expenses                                    0.00

                TOTAL BALANCE DUE UPON RECEIPT        $1,242.50
                                                  =============
```

US_ACTIVE-102376445.1-SAAMENT

```
                    REED SMITH LLP
                    PO Box 360074M
                 Pittsburgh, PA  15251-6074
                   Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number       1908293
One Town Center Road                    Invoice Date        09/30/09
Boca Raton, FL   33486                  Client Number         172573
                                        Matter Number          60026
```

==============================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 08/03/09 | Ament | E-mails with P. Cuniff re: 8/24/09 hearing binder. | .10 |
| 08/10/09 | Ament | E-mails re: 9/22/09 hearing. | .10 |
| 08/12/09 | Ament | Review notice of change of address received by P. Cuniff (.10); e-mails with D. Cameron re: same (.10); e-mail to P. Cuniff re: change to notice of address (.10). | .30 |
| 08/17/09 | Ament | Various e-mails and telephone calls to coordinate logistics for K&E hearing prep for 9/8/09. | .50 |
| 08/18/09 | Ament | Obtain and provide J. Restivo with first amended POR per request (.30); review and respond to e-mail from K. Love re: Sept. hearings (.30); meet with D. Cameron re: same (.10); various e-mails, telephone calls and meetings to coordinate logistics for hearing preparation re: same (1.0). | 1.70 |
| 08/21/09 | Ament | Various e-mails, meetings and conference calls to coordinate logistics for Sept. hearing preparation for K&E. | .40 |

```
172573  W. R. Grace & Co.                      Invoice Number  1908293
60026   Litigation and Litigation Consulting   Page    2
        September 30, 2009
```

| Date | Name | | Hours |
|---|---|---|---|
| 08/24/09 | Ament | Various e-mails, meetings and conference calls to coordinate logistics for hearing preparation for K&E relating to September hearings in Pittsburgh. | .70 |
| 08/25/09 | Ament | Various e-mails and telephone calls to coordinate logistics for hearing preparation for Kirkland for September hearings. | .50 |
| 08/28/09 | Ament | Conference call with K. Love re: logistics for Sept. hearing preparation (.50); various e-mails, meetings and telephone calls to coordinate hearing preparation re: same (.50). | 1.00 |
| 08/31/09 | Ament | Various e-mails, telephone calls and meetings to coordinate logistics for hearing preparation for K&E for Sept. hearings in Pittsburgh. | 1.80 |

```
                                              TOTAL HOURS    7.10
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Sharon A. Ament | 7.10 at $ 175.00 = | | 1,242.50 |

```
                        CURRENT FEES                         1,242.50


                        TOTAL BALANCE DUE UPON RECEIPT      $1,242.50
                                                           =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W. R. Grace                                  Invoice Number      1908294
5400 Broken Sound Blvd., N.W.                Invoice Date       09/30/09
Boca Raton, FL 33487                         Client Number        172573

================================================================================

Re: W. R. Grace & Co.

(60027)   Travel-Nonworking

    Fees                                    3,917.50
    Expenses                                    0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $3,917.50
                                                                                            =============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1908294
5400 Broken Sound Blvd., N.W.            Invoice Date       09/30/09
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60027
```

====================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 08/11/09 | Cameron | Travel to mediation (one-half time). | 1.50 |
| 08/11/09 | Restivo | Travel from Pittsburgh to mediation in NYC (one-half time). | 1.00 |
| 08/12/09 | Cameron | Return to Pittsburgh from mediation (one-half time). | 2.00 |
| 08/12/09 | Restivo | Return travel from mediation in NYC to Pittsburgh (one-half time). | 1.50 |

```
                                        TOTAL HOURS    6.00
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 3.50 at | $ 630.00 = | 2,205.00 |
| James J. Restivo Jr. | 2.50 at | $ 685.00 = | 1,712.50 |

```
                         CURRENT FEES                           3,917.50

                                                             ------------
                         TOTAL BALANCE DUE UPON RECEIPT         $3,917.50
                                                             ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number     1908295
5400 Broken Sound Blvd., N.W.            Invoice Date      09/30/09
Boca Raton, FL 33487                     Client Number      172573
```

================================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

```
    Fees                               4,178.00
    Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $4,178.00
                                                         =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W. R. Grace | Invoice Number    1908295 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    09/30/09 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number    60029 |

===============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 08/03/09 | Ament | Attend to billing matters relating to consultant fee (.10); e-mails re: same (.10). | .20 |
| 08/03/09 | Lord | Update 2002 service list | .60 |
| 08/03/09 | Lord | Work on Reed Smith quarterly fee application re: notice, service and exhibits. | .60 |
| 08/04/09 | Ament | E-mails re: consultant fees. | .10 |
| 08/05/09 | Ament | Various e-mails re: additional consultant fees (.20); attend to billing matters re: monthly and quarterly fee applications (.20). | .40 |
| 08/05/09 | Lord | Communicate with S. Ament re: quarterly fee application. | .10 |
| 08/06/09 | Ament | Calculate fees and expenses for 33rd quarterly fee application (1.50); meet with A. Muha re: same (.10); draft summary and narrative for said fee application (.50); provide same to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10). | 2.40 |
| 08/06/09 | Lord | Revise and prepare Reed Smith 33rd quarterly fee application for e-filing and service. | 1.50 |

```
172573  W. R. Grace & Co.                          Invoice Number  1908295
60029   Fee Applications-Applicant                 Page     2
        September 30, 2009
```

| Date | Name | | Hours |
|---|---|---|---|
| 08/06/09 | Muha | Review, revise and draft new portions of 33d Quarterly Fee Application, and conferences with S. Ament re: filing. | 1.60 |
| 08/07/09 | Lord | E-file and serve Reed Smith Smith 33rd quarterly fee application. | .60 |
| 08/10/09 | Ament | Attend to billing matters (.10); e-mails re: quarterly fee application (.10). | .20 |
| 08/12/09 | Ament | Attend to billing matters per D. Cameron request (.10); various e-mails re: same (.10). | .20 |
| 08/14/09 | Ament | Attend to billing matters relating to July monthly fee application (.10); respond to e-mail from A. Muha re: same (.10). | .20 |
| 08/14/09 | Muha | Review, revise and add descriptions to June 2009 fee and expense details. | 1.30 |
| 08/17/09 | Muha | Make additional revisions to fee and expenses, including attention to rates charged by new timekeepers, and multiple emails re: same. | .80 |
| 08/19/09 | Lord | Draft CNO to Reed Smith June monthly fee application. | .30 |
| 08/25/09 | Muha | Review and revise fee and expense detail for July 2009 monthly application. | .50 |
| 08/26/09 | Lankford | E-file and perfect service of RS's CNO regarding DI 22657. | .40 |
| 08/27/09 | Ament | Attend to billing matters relating to consultant fee and July monthly fee application (.20); begin drafting July monthly fee application and spreadsheets re: same (.40). | .60 |

```
172573  W. R. Grace & Co.                          Invoice Number  1908295
60029   Fee Applications-Applicant                 Page      3
        September 30, 2009
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/28/09 | Ament | Calculate fees and expenses and continue preparation of spreadsheets relating to July monthly fee application (.70); continue drafting July monthly fee application (.20); provide same to A. Muha for review (.10); finalize July monthly fee application (.10); e-mail same to J. Lord for DE filing (.10). | 1.20 |
| 08/28/09 | Muha | Make final review of and revisions to July 2009 monthly fee application. | .60 |
| 08/31/09 | Ament | Attend to billing matters. | .10 |
| 08/31/09 | Lord | Revise, e-file and serve Reed Smith July monthly fee application. | 1.40 |

```
                                    TOTAL HOURS     15.90
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Muha | 4.80 | at $ 400.00 = | 1,920.00 |
| John B. Lord | 5.10 | at $ 240.00 = | 1,224.00 |
| Sharon A. Ament | 5.60 | at $ 175.00 = | 980.00 |
| Lisa Lankford | 0.40 | at $ 135.00 = | 54.00 |

```
        CURRENT FEES                                    4,178.00

        TOTAL BALANCE DUE UPON RECEIPT                 $4,178.00
```

```
                        REED SMITH LLP
                        PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1908296<br>Invoice Date      09/30/09<br>Client Number      172573 |

==============================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

| | | |
|---|---|---|
| Fees | 47,892.00 | |
| Expenses | 0.00 | |
| | TOTAL BALANCE DUE UPON RECEIPT | $47,892.00 |

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      1908296
One Town Center Road                    Invoice Date       09/30/09
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60033
```

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 08/03/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/03/09 | Cameron | Attention to Solow mediation issues (.90); review claims information (.50). | 1.40 |
| 08/03/09 | Restivo | Receipt and review of various Speights' pleadings. | .60 |
| 08/04/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/04/09 | Cameron | Review mediation communications (.20); review briefs (.70); review legal research on interest issues (.80). | 1.70 |
| 08/05/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/05/09 | Cameron | Review and revise mediation statement (.40); review Appellate Brief for mediation statement (1.20); email follow-up (.20). | 1.80 |
| 08/05/09 | Restivo | Draft, finalize and serve mediation statement in Solow mediation. | 2.00 |
| 08/06/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

```
172573 W. R. Grace & Co.                        Invoice Number   1908296
60033  Claim Analysis Objection Resolution & Estimation Page   3
       (Asbestos)
       September 30, 2009
```

| Date | Name | | Hours |
|---|---|---|---|
| 08/13/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/13/09 | Cameron | Attention to Solow mediation follow-up. | .80 |
| 08/13/09 | Restivo | Correspondence and telephone calls re: Solow case mediation (1.6); telephone conference with Speights re: settlement documentation (.3). | 1.90 |
| 08/14/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/14/09 | Cameron | Review materials from Solow mediation and settlement. | .70 |
| 08/17/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/17/09 | Cameron | Review settlement agreements from D. Speights (0.6); review draft settlement agreement for Solow claim (0.8). | 1.40 |
| 08/17/09 | Rea | Provide settlement templates and draft settlement agreements to J. Restivo. | .20 |
| 08/17/09 | Restivo | Drafting, research and telephone calls with J. Baer re: Solow settlement agreement and motion (2.5); receipt and begin review of Speights U.S. settlement papers (.5). | 3.00 |
| 08/18/09 | Ament | Assist team with various issues relating to PD claims (.20); obtain and provide asbestos PD trust agreement to J. Restivo per request (.30); review settlement agreements per J. Restivo request (2.50). | 3.00 |
| 08/18/09 | Cameron | Review draft settlement agreements and comment (0.8); review surety bond counsel response (0.4). | 1.20 |

```
172573  W. R. Grace & Co.                          Invoice Number   1908296
 60033  Claim Analysis Objection Resolution & Estimation Page    4
        (Asbestos)
        September 30, 2009
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/18/09 | Garlitz | Assist S. Ament with review of settlement agreements. | .80 |
| 08/18/09 | Radcliffe | Assist S. Ament with review of settlement agreements. | 2.50 |
| 08/18/09 | Restivo | Telephone calls with R. Finke, J. Baer, J. Alter and D. Cameron re: settlement agreement (1.0); draft agreement and motion (1.5); begin review of Speights' U.S. agreements (1.0). | 3.50 |
| 08/19/09 | Cameron | Review Speights settlement agreements. | .90 |
| 08/19/09 | Restivo | Circulate Solow settlement papers (.5); begin review of Speights' executed settlements (.5). | 1.00 |
| 08/20/09 | Ament | Assist team with various issues relating to PD claims (.20); review settlement agreements per J. Restivo request (.70); update spreadsheet re: same (.10); provide settlement agreement to J. Restivo (.10); meet with J. Restivo re: settlement agreements (.10). | 1.20 |
| 08/20/09 | Radcliffe | Continue to assist S. Ament with review of settlement agreements. | .50 |
| 08/20/09 | Restivo | Review of Speights executed settlement agreements; correspondence re: Solow settlement papers. | 1.00 |
| 08/21/09 | Ament | Continue review of settlement agreements per J. Restivo request (4.0); update spreadsheet relating to same (.10); assist team with various issues relating to PD claims (.20). | 4.30 |
| 08/21/09 | Radcliffe | Continue to assist S. Ament with review of settlement agreements. | 3.80 |

```
172573  W. R. Grace & Co.                        Invoice Number   1908296
60033   Claim Analysis Objection Resolution & Estimation Page   5
        (Asbestos)
        September 30, 2009
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/24/09 | Ament | Assist team with various issues relating to PD claims (.20); complete review of settlement agreements per J. Restivo request (1.40); complete spreadsheet re: same (.10); provide said information to J. Restivo (.10); meet with J. Restivo re: same (.10). | 1.90 |
| 08/24/09 | Radcliffe | Continue to assist S. Ament with review of settlement agreements. | 1.20 |
| 08/24/09 | Rea | Pulled sample product damage motions for J. Restivo. | .20 |
| 08/24/09 | Restivo | Correspondence with D. Speights and finalize review of executed settlements (1.5); emails with K&E re: Ewing, et al. (.3). | 1.80 |
| 08/25/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/25/09 | Cameron | Review summary of Speights settlement agreements (0.6); review confirmation hearing materials (0.3). | .90 |
| 08/25/09 | Rea | Provided motion templates to J. Restivo. | .30 |
| 08/25/09 | Restivo | Finalize settlement agreements, exhibits and motions re: Speights U.S. cases (1.7); telephone conference with E. Westbrook, R. Finke and revise Solow agreement (1.3). | 3.00 |
| 08/26/09 | Cameron | Review revised Solow agreement and comment. | .50 |
| 08/26/09 | Restivo | Finalize motions on 16 Speights U.S. property damage settlements and Solow settlement. | 2.60 |
| 08/27/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

```
172573  W. R. Grace & Co.                          Invoice Number   1908296
60033   Claim Analysis Objection Resolution & Estimation Page   6
        (Asbestos)
        September 30, 2009
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/27/09 | Cameron | Review Speights agreements and summary of changes (.30); review motion seeking approval of arguments (.30). | .60 |
| 08/27/09 | Rea | Filed motion to approve settlement. | .80 |
| 08/27/09 | Restivo | Speights' U.S. settlement filings. | .50 |
| 08/28/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/31/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
|  |  | TOTAL HOURS | 89.70 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 29.30 | at $ 630.00 = | 18,459.00 |
| James J. Restivo Jr. | 36.90 | at $ 685.00 = | 25,276.50 |
| Traci Sands Rea | 1.50 | at $ 455.00 = | 682.50 |
| Sharon A. Ament | 13.20 | at $ 175.00 = | 2,310.00 |
| Margaret A. Garlitz | 0.80 | at $ 205.00 = | 164.00 |
| Robert H Radcliffe | 8.00 | at $ 125.00 = | 1,000.00 |

CURRENT FEES                                                47,892.00

TOTAL BALANCE DUE UPON RECEIPT                              $47,892.00