REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL  33486 | Invoice Number    1908303<br>Invoice Date      09/30/09<br>Client Number      172573 |

========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                                              0.00
    Expenses                                       204.29

                TOTAL BALANCE DUE UPON RECEIPT          $204.29
                                                                  =============

US_ACTIVE-102376444.1-SAAMENT

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      1908303
One Town Center Road                      Invoice Date       09/30/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026
```

===========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                             0.65
    Duplicating/Printing/Scanning               133.10
    Postage Expense                               0.44
    Courier Service - Outside                    12.50
    Outside Duplicating                          57.60

                CURRENT EXPENSES                                    204.29
                                                               --------------

                TOTAL BALANCE DUE UPON RECEIPT                     $204.29
                                                               ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1908303
One Town Center Road                      Invoice Date        09/30/09
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60026


==============================================================================

Re: (60026)   Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

05/27/09   Outside Duplicating                                   28.80
           Bankruptcy Mailouts/Mailouts - Envelopes/

06/26/09   Outside Duplicating                                   28.80
           Bankruptcy Mailouts/Mailouts - Envelopes/

08/03/09   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

08/03/09   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

08/03/09   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

08/03/09   Duplicating/Printing/Scanning                           .10
           ATTY # 000559: 1 COPIES

08/03/09   Duplicating/Printing/Scanning                          2.60
           ATTY # 000559: 26 COPIES

08/03/09   Duplicating/Printing/Scanning                          2.60
           ATTY # 000559: 26 COPIES

08/03/09   Duplicating/Printing/Scanning                          2.60
           ATTY # 000559: 26 COPIES

08/05/09   Duplicating/Printing/Scanning                          1.40
           ATTY # 000559: 14 COPIES

08/05/09   Duplicating/Printing/Scanning                          1.50
           ATTY # 000559: 15 COPIES

08/05/09   Duplicating/Printing/Scanning                          1.50
           ATTY # 000559: 15 COPIES
```

```
172573 W. R. Grace & Co.                              Invoice Number  1908303
60026  Litigation and Litigation Consulting           Page    2
       September 30, 2009
```

| Date | Description | Amount |
|---|---|---|
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |

```
172573  W. R. Grace & Co.                              Invoice Number   1908303
 60026  Litigation and Litigation Consulting           Page    3
        September 30, 2009
```

| Date | Description | Amount |
|---|---|---|
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 08/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 08/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 08/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 08/10/09 | Postage Expense<br>Postage Expense: ATTY # 004810 User: Charneicki, | .44 |
| 08/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 08/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 08/21/09 | Courier Service - AMERICAN EXPEDITING -<br>Delivery to Judge Fitzgerald. | 7.50 |
| 08/21/09 | Courier Service - AMERICAN EXPEDITING -<br>Delivery to Judge Fitzgerald. | 5.00 |
| 08/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 08/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |

```
172573  W. R. Grace & Co.                         Invoice Number   1908303
 60026  Litigation and Litigation Consulting      Page    4
        September 30, 2009
```

| Date | Description | Amount |
|---|---|---:|
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 582 COPIES | 58.20 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 177 COPIES | 17.70 |
| 08/28/09 | Telephone Expense<br>13128622819/CHICAGO, IL/13 | .65 |
| 08/31/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 143 COPIES | 14.30 |

```
                                CURRENT EXPENSES                    204.29
                                                                ------------
                                TOTAL BALANCE DUE UPON RECEIPT     $204.29
                                                                ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

W.R. Grace & Co.                         Invoice Number       1908304
One Town Center Road                     Invoice Date        09/30/09
Boca Raton, FL   33486                   Client Number         172573

===========================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                                      0.00
    Expenses                              5,365.46

                    TOTAL BALANCE DUE UPON RECEIPT        $5,365.46
                                                       =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W.R. Grace & Co.                        Invoice Number       1908304
One Town Center Road                    Invoice Date        09/30/09
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60033

===========================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Expense | Amount |
|---|---:|
| Telephone Expense | 1.65 |
| Duplicating/Printing/Scanning | 55.80 |
| Postage Expense | 2.20 |
| Courier Service - Outside | 237.68 |
| Lodging | 536.84 |
| Parking/Tolls/Other Transportation | 114.00 |
| Air Travel Expense | 816.40 |
| Taxi Expense | 15.00 |
| Mileage Expense | 26.40 |
| Meal Expense | 275.00 |
| General Expense | 3,284.49 |

              CURRENT EXPENSES                         5,365.46
                                                   --------------

              TOTAL BALANCE DUE UPON RECEIPT         $5,365.46
                                                   ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA 15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                            Invoice Number      1908304
One Town Center Road                        Invoice Date       09/30/09
Boca Raton, FL   33486                      Client Number       172573
                                            Matter Number        60033
```

===============================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 08/05/09 | Courier Service - UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to Edward J. Westbrook Richardson Patrick Westbroo (MOUNT PLEASANT SC 29464). | 54.47 |

172573 W. R. Grace & Co.                                    Invoice Number   1908304
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       September 30, 2009

| Date | Description | Amount |
|---|---|---|
| 08/05/09 | Courier Service -UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to JAMS Philadelphia (PHILADELPHIA PA 19103). | 51.71 |
| 08/05/09 | Courier Service - UPS - Shipped from REED SMITH LLP to JAMS Philadelphia (PHILADELPHIA PA 19103). | 6.65 |
| 08/06/09 | General Expense - - VENDOR: JAMS, INC. - Mediation Fee. | 3275.00 |
| 08/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Courier Service - UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to JAMS, Inc. (LOS ANGELES CA 90051). | 58.84 |
| 08/07/09 | Courier Service -UPS - Shipped to REED SMITH LLP (PITTSBURGH PA 15219). | 7.17 |
| 08/10/09 | Courier Service - UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to JAMS, Inc. (Rivine CA 92614). | 58.84 |
| 08/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 08/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .10 |
| 08/11/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Douglas E. Cameron, Aug 11, 2009 - Trip to New York for W. R. Grace Solow mediation - - Parking at PIT airport. | 20.00 |
| 08/11/09 | Meal Expense Lunch - VENDOR: Douglas E. Cameron, Aug 11, 2009 Trip to New York for W. R. Grace Solow mediation - One lunch. | 8.00 |
| 08/11/09 | Air Travel Expense Airfare - VENDOR: James J. Restivo Jr., Aug 11, 2009 - Solow Mediation in New York, NY US Air flight from Pittsburgh International to LGA. | 170.20 |

172573  W. R. Grace & Co.                                      Invoice Number   1908304
60033   Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        September 30, 2009

| Date | Description | Amount |
|---|---|---|
| 08/11/09 | Air Travel Expense Travel Agent Fee - VENDOR: James J. Restivo Jr., Solow Mediation in New York, - Flight change fee. | 24.00 |
| 08/11/09 | Parking/Tolls/Other Transportation Parking - VENDOR: James J. Restivo Jr., Aug 11, 2009 - Solow Mediation in New York, NY - - Parking at PIT airport. | 20.00 |
| 08/11/09 | Meal Expense Dinner - VENDOR: James J. Restivo Jr., Aug 11, 2009 Solow Mediation in New York, NY - Dinner for four in NYC. | 260.00 |
| 08/11/09 | General Expense Other - VENDOR: James J. Restivo Jr., Aug 11, 2009 - Solow Mediation in New York, NY - stayed at the Elysee Hotel | 3.19 |
| 08/11/09 | Parking/Tolls/Other Transportation Parking - VENDOR: James J. Restivo Jr., Aug 11, 2009- Solow Mediation in New York, NY - stayed at the Elysee Hotel | 37.00 |
| 08/11/09 | Air Travel Expense Travel Agent Fee - VENDOR: James J. Restivo Jr., Solow Mediation in New York, NY USAir flight from Pittsburgh to LaGuardia - Flight change fee. | 24.00 |
| 08/11/09 | Lodging Lodging - VENDOR: James J. Restivo Jr., Aug 11, 2009 - Solow Mediation in New York, NY - One night stay at the Elysee Hotel. | 269.42 |
| 08/11/09 | Air Travel Expense Airfare - VENDOR: James J. Restivo Jr., Aug 11, 2009 - Solow Mediation in New York, NY - - Flight from LGA to PIT. | 190.00 |
| 08/12/09 | Mileage Expense Mileage - 2009 - VENDOR: Douglas E. Cameron, Aug Trip to New York for W. R. Grace Solow mediation - Mileage to/from PIT airport. | 26.40 |
| 08/12/09 | Taxi Expense Taxi - VENDOR: Douglas E. Cameron, Aug 12, 2009 Trip to New York for W. R. Grace Solow mediation - Cab fare from airport. | 15.00 |
| 08/12/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Douglas E. Cameron, Aug 12, 2009 - Trip to New York for W. R. Grace Solow mediation. | 37.00 |

| | | |
|---|---|---|
| 172573  W. R. Grace & Co. | | Invoice Number  1908304 |
| 60033  Claim Analysis Objection Resolution & Estimation | | Page  4 |
| (Asbestos) | | |
| September 30, 2009 | | |

| Date | Description | Amount |
|---|---|---|
| 08/12/09 | Air Travel Expense Travel Agent Fee - VENDOR: Douglas E. Cameron, A Trip to New York for W. R. Grace Solow mediation - Flight change fee. | 48.00 |
| 08/12/09 | Meal Expense Breakfast - VENDOR: Douglas E. Cameron, Aug 12, 2009 - Trip to New York for W. R. Grace Solow mediation - One breakfast. | 7.00 |
| 08/12/09 | Lodging Lodging - VENDOR: Douglas E. Cameron, Aug 12, 2009 -- One night stay at Elysee Hotel (NYC) for trip to New York W. R. Grace Solow mediation. | 267.42 |
| 08/12/09 | Air Travel Expense Airfare - VENDOR: Douglas E. Cameron, Aug 12, 20 Trip to New York for W. R. Grace Solow mediation - Round trip coach travel between PIT and NYC. | 360.20 |
| 08/12/09 | Postage Expense  Postage Expense: ATTY # 000349 User: Charneicki, | 1.32 |
| 08/12/09 | Postage Expense  Postage Expense: ATTY # 000349 User: Charneicki, | .88 |
| 08/13/09 | General Expense - - VENDOR: STAPLES CREDIT PLAN  ** STORAGE BOXES ** | 4.20 |
| 08/13/09 | General Expense - - VENDOR: STAPLES CREDIT PLAN** STORAGE BOXES ** | 2.10 |
| 08/13/09 | Duplicating/Printing/Scanning  ATTY # 0349; 10 COPIES | 1.00 |
| 08/13/09 | Duplicating/Printing/Scanning  ATTY # 0349; 4 COPIES | .40 |
| 08/13/09 | Duplicating/Printing/Scanning  ATTY # 000559: 1 COPIES | .10 |
| 08/13/09 | Duplicating/Printing/Scanning  ATTY # 000559: 1 COPIES | .10 |
| 08/13/09 | Duplicating/Printing/Scanning  ATTY # 000559: 2 COPIES | .20 |
| 08/13/09 | Duplicating/Printing/Scanning  ATTY # 000559: 2 COPIES | .20 |
| 08/13/09 | Duplicating/Printing/Scanning  ATTY # 000559: 3 COPIES | .30 |

```
172573 W. R. Grace & Co.                              Invoice Number   1908304
 60033  Claim Analysis Objection Resolution & EstimationPage     5
        (Asbestos)
        September 30, 2009


 08/17/09   Duplicating/Printing/Scanning                            23.90
            ATTY # 0349; 239 COPIES

 08/17/09   Duplicating/Printing/Scanning                              .10
            ATTY # 000559: 1 COPIES

 08/17/09   Duplicating/Printing/Scanning                              .10
            ATTY # 000559: 1 COPIES

 08/17/09   Duplicating/Printing/Scanning                              .50
            ATTY # 000559: 5 COPIES

 08/17/09   Duplicating/Printing/Scanning                              .50
            ATTY # 000559: 5 COPIES

 08/18/09   Duplicating/Printing/Scanning                              .10
            ATTY # 0349; 1 COPIES

 08/18/09   Duplicating/Printing/Scanning                             1.30
            ATTY # 000559: 13 COPIES

 08/18/09   Duplicating/Printing/Scanning                             1.30
            ATTY # 000559: 13 COPIES

 08/18/09   Duplicating/Printing/Scanning                             1.30
            ATTY # 000559: 13 COPIES

 08/18/09   Telephone Expense                                          .50
            18602402700/HARTFORD, CT/10

 08/20/09   Duplicating/Printing/Scanning                              .50
            ATTY # 0349; 5 COPIES

 08/20/09   Duplicating/Printing/Scanning                              .10
            ATTY # 000559: 1 COPIES

 08/20/09   Duplicating/Printing/Scanning                              .10
            ATTY # 000559: 1 COPIES

 08/20/09   Duplicating/Printing/Scanning                              .20
            ATTY # 000559: 2 COPIES

 08/21/09   Duplicating/Printing/Scanning                              .10
            ATTY # 000559: 1 COPIES

 08/24/09   Duplicating/Printing/Scanning                              .10
            ATTY # 0349; 1 COPIES

 08/24/09   Duplicating/Printing/Scanning                              .20
            ATTY # 000559: 2 COPIES
```

```
172573  W. R. Grace & Co.                              Invoice Number   1908304
 60033  Claim Analysis Objection Resolution & Estimation Page    6
        (Asbestos)
        September 30, 2009
```

| Date | Description | Amount |
|---|---|---|
| 08/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 08/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 45 COPIES | 4.50 |
| 08/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 08/25/09 | Telephone Expense<br>18437276513/CHARLESTON, SC/23 | 1.15 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 45 COPIES | 4.50 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 15 COPIES | 1.50 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |

```
                              CURRENT EXPENSES                     5,365.46
                                                                  ------------
                              TOTAL BALANCE DUE UPON RECEIPT      $5,365.46
                                                                  ============
```