# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al*, | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Related Docket Nos. 19581, 19620 |
| | Confirmation Hearing: Commencing Sept. 8, 2009<br>at 9:00 a.m. |

## STIPULATION FOR ADMISSION OF CONFIRMATION HEARING EXHIBITS OF ARROWOOD INDEMNITY COMPANY

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Arrowood

Indemnity Company and the parties represented by each counsel whose signature appears below

(the "Executing Plan Proponents") that the Executing Plan Proponents shall not object to the

admission of the Arrowood exhibits identified on the chart attached hereto as Appendix A

subject to the limitations, if any, noted in the last column of the chart.

Dated: September 29, 2009
Wilmington, Delaware

By: _____

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
CAPLIN & DRYSDALE,
CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000 Phone
(202) 429-3301 Fax

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

By: _____

Jonathan Guy, Esq.
ORRICK, HERRINGTON & SUTCLIFF LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 338-8516 Phone
(202) 339-8600 Fax

*Counsel for the FCR*

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Related Docket Nos. 19581, 19620 |
| | Confirmation Hearing: Commencing Sept. 8, 2009<br>at 9:00 a.m. |

## STIPULATION FOR ADMISSION OF CONFIRMATION HEARING EXHIBITS OF ARROWOOD INDEMNITY COMPANY

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Arrowood

Indemnity Company and the parties represented by each counsel whose signature appears below

(the "Executing Plan Proponents") that the Executing Plan Proponents shall not object to the

admission of the Arrowood exhibits identified on the chart attached hereto as Appendix A

subject to the limitations, if any, noted in the last column of the chart.

Dated: September 29, 2009
      Wilmington, Delaware

By: _____

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
CAPLIN & DRYSDALE,
CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000 Phone
(202) 429-3301 Fax

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

By: _____
PERI N. MAHALEY, ESQ.
~~Jonathan Guy, Esq.~~
ORRICK, HERRINGTON & SUTCLIFF LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 338-8516 Phone
(202) 339-8600 Fax

*Counsel for the FCR*

NY1:1791672.1
3730287.1

By: _____

Daniel C. Cohn, Esq.
Christoher M. Candon, Esq.
COHN WITESELL & GOLDBERT
LLP
101 Arch Street
Boston, MA 02110
(617) (951) - 2505 Phone
(617) (951)  0679 Fax

*Counsel for Libby Claimants*

By: _____

Garvan F. McDaniel, Esq. (#4167)
BIFFERATO, GENTILOTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900 Phone
(302) 429-8600 Fax

-and-

-and-

Tancred Schiavoni, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
(212) 326-2267 Phone
(212) 326-2061 Fax

*Counsel to Arrowood Indemnity
Company, f/k/a Royal Indemnity
Company*

By: _____

Lisa Esayian, Esq.
KIRKLAND & ELLIS LLP
300 N. LaSalle Dr.
Chicago, IL 60654
(312) 862-2000 Phone
(312) 862-2200 Fax

*Counsel for Debtors*

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000 Phone
(212) 490-3038 Fax

1

By: _____

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
COHN WHITESELL & GOLDBERT
LLP
101 Arch Street
Boston, MA 02110
(617) (951) - 2505 Phone
(617) (951) - 0679 Fax

*Counsel for Libby Claimants*


By: _____

Garvan F. McDaniel, Esq. (#4167)
BIFFERATO, GENTILOTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900 Phone
(302) 429-8600 Fax

                                    -and-

        -and-

Tancred Schiavoni, Esq
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
(212) 326-2267 Phone
(212) 326-2061 Fax

*Counsel to Arrowood Indemnity*
*Company, f/k/a Royal Indemnity*
*Company*

By: _____

Lisa Esayian, Esq.
KIRKLAND & ELLIS LLP
300 N. LaSalle Dr.
Chicago, IL 60654
(312) 862-2000 Phone
(312) 862-2200 Fax

*Counsel for Debtors*


Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000 Phone
(212) 490-3038 Fax

# Arrowood's W.R. Grace Phase II
# Confirmation Hearing Exhibit Index

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| A-1 | 6/30/83 | Excess Policy Issued to Grace by Royal Indemnity Company (Policy No. ED 102071). | Declaration of Kemp Hooper ¶ 3 n. 2 (A-44)(added as direct testimony of witness). | Offered for All Purposes |
| A-2 | 7/18/82 | Bowring Insurance Company Cover Note No. KY107582—Controlling underlying London Policy. | Declaration of Kemp Hooper ¶ 3 n. 2 A-44)(added as direct testimony of witness). | Offered for All Purposes |
| A-3 | 3/16/09 | Stipulation of Authenticity Signed by Grace and Royal on March 16, 2009. | Stipulation of Authenticity signed by counsel for Grace and Arrowood on March 16, 2009. | Offered for All Purposes |
| A-4 | 1/5/95 | Final Grace/Royal 1995 Settlement Agreement. | Exhibit A of Stipulation of Authenticity; Declaration of Carl Pernicone ¶ 5; Declaration of Kemp Hooper ¶ 14 n. 11 (A-4) (added as direct testimony of witness). | Offered for All Purposes |
| A-5 | 1/18/95 | Stipulated Order of Dismissal in *Maryland Casualty Co. v. W.R. Grace & Co., et al.*, 83 Civ. 7451 (SWK) (S.D.N.Y. Jan 18, 1995). | Exhibit B of Stipulation of Authenticity; Declaration of Carl Pernicone ¶ 6; Declaration of Kemp Hooper ¶ 17 (A-44)(added as | Offered for All Purposes |

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | | direct testimony of witness). | |
| A-6 | 3/4/98 | Final Judgment in *Maryland Casualty Co. v. W.R. Grace & Co., et al.*, 83 Civ. 7451 (SWK) (S.D.N.Y. Mar. 4, 1998). | Exhibit C of Stipulation of Authenticity; Declaration of Carl Pernicone ¶ 14 n. 11. | Offered for All Purposes |
| A-7 | 5/13/85 | Grace's Answer, Cross-Claim and Counterclaim filed in *Maryland Casualty Co. v. W.R. Grace & Co., et al.*, 83 Civ. 7451 (SWK) on May 13, 1985. | Exhibit D of Stipulation of Authenticity; Declaration of Kemp Hooper ¶ 14 n. 11 (A-44)(added as direct testimony of witness) | Offered to establish that the Exhibit was filed at the time indicated on the document and that the statements contained therein were made. |
| A-8 | 3/22/02 | Transcript of the March 22, 2002 hearing *In the Matter of Montana Vermiculite Company* before Judge Prezeau in the Montana Nineteenth Judicial District Court. | Exhibit E of Stipulation of Authenticity; Declaration of Carl Pernicone ¶ 7 | Party Admission with regard to text cited in Pernicone Declaration. |
| A-9 | 3/22/02 | Proposed Order submitted March 22, 2002 by Grace's counsel, Janet S. Baer, to Judge Prezeau *In the Matter of Montana Vermiculite Company*. | Exhibit F of Stipulation of Authenticity; Declaration of Carl Pernicone ¶ 8 | Offered to establish that the Exhibit was filed at the time indicated on the document and that the statements contained therein were made. |
| A-10 | 12/9/99 | Letter from Marsh USA, Inc. to Royal. | WITHDRAWN | WITHDRAWN |
| A-11 | 1/12/2000 | Letter from Royal to Jeffery M. Posner of Insurance Risk and Consulting. | Exhibit G of Stipulation of Authenticity | Offered to establish that the Exhibit was filed at the time indicated on the document and at |

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | | | that the statements contained therein were made. |
| A-12 | 5/5/2006 | Letter from Carl Pernicone and Jay Hughes to Hedger Moyers LLP. | Exhibit H of Stipulation of Authenticity; Declaration of Carl Pernicone ¶ 16 | Admitted into Evidence at confirmation hearing without objection on 9/15/09 via Jay Hughes testimony |
| A-13 | 7/21/03 | Grace's Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company. | Exhibit I of Stipulation of Authenticity; Declaration of Carl Pernicone ¶ 9 n. 3 | Offered as party admission with regard to text cited in Pernicone Declaration. |
| A-14 | 9/12/03 | Libby Claimants' Opposition to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company. | Exhibit K in Stipulation of Authenticity; Declaration of Carl Pernicone ¶ 10 n. 7 | Offered to establish that the Exhibit was filed at the time indicated on the document and that the statements contained therein were made. |
| A-15 | 4/21/05 | Grace's Reply in support of its Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company. | Exhibit J in Stipulation of Authenticity; Declaration of Carl Pernicone ¶ 10 n. 4 | Operative Fact; Party Admission with regard to text cited in Pernicone Declaration. |
| A-16 | 10/12/04 | Memorandum Opinion regarding Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company. | Declaration of Carl Pernicone ¶ 11 n. 8 | Offered to establish that the Exhibit was filed at the time indicated on the document and that the statements contained therein were made. |
| A-17 | 11/13/04 | Exhibit 10 to the | Exhibit L in | Offered to establish |

NY1:1790826 2
3730099 1

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | proposed Amended Disclosure Statement filed by Grace on January 13, 2005 at Docket No. 7561. | Stipulation of Authenticity | that the Exhibit was filed at the time indicated on the document and that the statements contained therein were made. |
| A-18 | 12/31/95-12/31/07 | Portions of W.R. Grace Security and Exchange Commission Form 10-K Disclosure Statements for fiscal years ending December 31, 2007, December 31, 2006 December 31, 2005, December 31, 2004 December 31, 2003, December 31, 2002 December 31, 2001, December 31, 2000, December 31, 1999, December 31, 1998 December 31, 1997 December 31, 1996, December 31, 1995. | Declaration of Carl Pernicone ¶ 13 n. 9; Arrowood's Request for Judicial Notice of Certain Documents, September 1, 2009 [Dkt. No. 23075]. | Offered to establish that the Exhibit was filed at the time indicated on the document and that the statements contained therein were made. Arrowood offers only the text which describes settlements with primary insurers. |
| A-19 | 11/13/04 | Debtors' Disclosure Statement for Plan Of Reorganization, Dated November 13, 2004. | . | Offered to establish that the Exhibit was filed at the time indicated on the document and that the statements contained therein were made. Arrowood only offers the second and third sentences of Section 2.7.2.2 on p. 24, the text of which is circled. |
| A-20 | 1/13/05 | Debtors' Amended Disclosure Statement | . | Offered to establish that the Exhibit was |

NY1:1790826 2
3730099.1

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | for Plan of Reorganization, Dated January 13, 2005. | | filed at the time indicated on the document and that the statements contained therein were made. Arrowood offers only the second and third sentences in Section 2.7.2.2 on page 30, the text of which is circled |
| A-21 | 4/20/50 | The 1950 Contractual Indemnity Agreement between Great Northern Railway Company and Zonolite Company. | Deposition of Karen McKee, August 25, 2009. | Admitted for all Purposes. (Previously admitted as BNSF Ex. 7.A and 7.B) |
| A-22 | 2/23/09 | Debtors' Responses and Objections to Arrowood's Interrogatories and Document Requests In Connection With the Joint Plan of Reorganization. | WITHDRAWN | WITHDRAWN |
| A-23 | 3/5/09 | Debtors' Responses and Objections to Arrowood's Document Requests Directed to W.R. Grace & Company In Connection with the Joint Plan of Reorganization. | WITHDRAWN | WITHDRAWN |
| A-24 | 2/23/09 | Debtors' Responses and Objections to Arrowood's Requests to Admit in Connection with the Joint Plan of Reorganization. | WITHDRAWN | WITHDRAWN |
| A-25 | 3/2/09 | Responses and | WITHDRAWN | WITHDRAWN |

NYI:1790826 2
3730099 1

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | Objections of the Asbestos PI Future Claimants' Representative to Arrowood's Requests to Admit in Connection with the Joint Plan of Reorganization. | | |
| A-26 | 3/2/09 | Responses and Objections of the Official Committee of Asbestos Personal Injury Claimants to Arrowood's Requests to Admit in Connection with the Joint Plan of Reorganization. | WITHDRAWN | WITHDRAWN |
| A-27 | 5/20/09 | Libby Claimants' Objections to First Amended Joint Plan of Reorganization. | WITHDRAWN | WITHDRAWN |
| A-28 | 4/21/09 | United States District Court of Montana Order Granting in Part and Denying in Part Motion to Strike Testimony of Dr. Alan Whitehouse. | Arrowood's Request to Take Judicial Notice, Pursuant to Federal Rule of Evidence 201, of Decision and Order Barring Expert Testimony of Dr. Whitehouse in Further Support of Motion to Strike Whitehouse Expert Report [Dkt. No. 21245] | Offered to establish that the Exhibit was filed at the time indicated on the document and that the statements contained therein were made. |
| A-29 | 5/21/09 | Article in The | WITHDRAWN | WITHDRAWN |

NY1:1790826 2
3730099 1

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | Western News, Libby, Montana, entitled "Despite Trial Outcome, Grace Has Responsibility in Libby" by Carol Holoboff at URL: http://www.thewesternnews.com/articles/2009/05/21/editorials/doc4a1585c24fe1f991791655.txt | | |
| A-30 | | Demonstrative Exhibit regarding Scott's issue. | | Demonstrative |
| A-31 | 6/17/09 | Arrowood's Initial Deposition Designations of Testimony of Jeffery Posner, Richard Finke and Peter Van N. Lockwood and Request for Judicial Notice. | Declaration of Kemp Hooper ¶ 19 n. 13, ¶ 23 n. 15 (A-44)(added as direct testimony of witness). | WITHDRAWN |
| A-32 | | Arrowood's Proof of Claim. | Declaration of Kemp Hooper ¶ 5 (A-44)(added as direct testimony of witness) | Offered to establish operative fact that proof of claim was filed, that disclosures and arguments contained therein were made and that Arrowood would have litigated proof of claim but for Rule 9019 Approval Order becoming a Final Order. Pleading is not offered for the truth of the contents |

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| A-33 | 6/17/09 | Grace/Arrowood 2009 Settlement. | Declaration of Kemp Hooper ¶ 6 n. 7 (A-44)(added as direct testimony of witness) | Offered for all purposes |
| A-34 I | 7/23/09 | Declaration of Tancred Schiavoni in Support of Arrowood/Grace 2009 Settlement. | Admitted into Evidence at Confirmation Hearing. | Admitted for all purposes |
| A-35 | 7/21/09 | Declaration of Richard Finke in support of Arrowood/Grace 2009 Settlement. | Admitted into Evidence at Confirmation Hearing. | Admitted for all purposes |
| A-36 | 8/22/55 | Letter from Fred M. Beyers of the Detroit Insurance Agency to J. C. Kenady of Great Northern Railway. | | Offered for all purposes |
| A-37 | 4/16/63 | Controllers Contract No. 54180 between Grace and Zonolite relating to Grace-BNSF Contractual Indemnity. | | Offered for all purposes |
| A-38 | 7/27/09 | Transcript of Settlement Approval Hearing on July 27, 2009, In re: W R Grace, 01-01139 (JFK). | Arrowood's Request for Judicial Notice of Certain Documents, September 1, 2009 [Dkt. No. 23075]. | Offered for all purposes Arrowood offers only the text running from p. 135, l.22 to p. 139, l. 19. |
| A-39 | 6/17/09 | Debtor's Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties. | Declaration of Kemp Hooper ¶ 6 n. 5 (A-44)(added as direct testimony of witness). | Offered to establish operative fact that pleading was filed, that disclosures and arguments contained therein were made. |
| A-40 | 7/24/09 | Arrowood's Reply to | | Offered to establish |

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | Objections to Debtor's Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties | | operative fact that pleading was filed, that disclosures and arguments contained therein were made. |
| A-41 | 7/23/09 | Debtor's Reply to Objections to Debtor's Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties. | | Offered to establish operative fact that pleading was filed, that disclosures and arguments contained therein were made. |
| A-42 | 7/23/09 | Arrowood's Opposition to Libby Claimants' Motion to Compel and Motion to Defer. | | Offered to establish operative fact that pleading was filed, that disclosures and arguments contained therein were made. |
| A-43 | 7/15/09 | Notice of Deposition of Tancred Schiavoni. | Declaration of Tancred Schiavoni ¶ 28 n. 23. | Offered for all purposes |
| A-44 | 7/15/09 | Notice of Deposition of Kemp Hooper. | Declaration of Kemp Hooper ¶ 2 n. 1 (A-44)(added as direct testimony of witness); Declaration of Tancred V. Schiavoni ¶ 28 n. 23. | Offered for all purposes |
| A-45 | 11/14/08 | Transcript of Hearing on Disclosure Statement on November 14, 2008, *In re W.R. Grace,* 01-01139 (JFK). | Declaration of Tancred V. Schiavoni ¶ 3 n. 1; Arrowood's Request for Judicial Notice of Certain | Arrowood offers only the text cited in paragraph 18 of Arrowood's Request for Judicial Notice of Certain Documents and |

NY1:1790826 2
3730099 1

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | | Documents, September 1, 2009 [Dkt. No. 23075]. | only for the purpose of establishing that the statements therein were made. |
| A-46 | 11/10/08 | Royal's (i) Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion; and (ii) Request For an Adjournment. | Declaration of Kemp Hooper ¶ 26 n. 19 (A-44)(added as direct testimony of witness). | Offered to establish operative fact that pleading was filed, that disclosures and arguments contained therein were made and that Arrowood would have litigated defenses and objections described in pleading but for Rule 9019 Approval Order becoming a Final Order. Pleading is not offered for the truth of the contents. |
| A-47 | 7/13/09 | Objection of BNSF Railway Company to the Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties. | | WITHDRAWN |
| A-48 | 6/11/09 | Notice of Deposition of BNSF Phase II Witnesses. | | Offered for all purposes |
| A-49 | 1/5/09 | Royal's Preliminary Objections to Debtors' Joint Plan of Reorganization. | Declaration of Kemp Hooper ¶ 5 n. 3 (A-44) (added as direct testimony of witness). | Offered to establish operative fact that pleading was filed, that disclosures and arguments contained therein were made |

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | | | and that Arrowood would have litigated objection but for Rule 9019 Approval Order becoming a Final Order. Pleading is not offered for the truth of the contents. |
| A-50 | 5/20/09 | Arrowood's Objections to Debtors' Amended Joint Plan of Reorganization. | Declaration of Kemp Hooper ¶ 5 n. 3 (A-44) (added as direct testimony of witness). | Offered to establish operative fact that pleading was filed, that disclosures and arguments contained therein were made and that Arrowood would have litigated objection but for Rule 9019 Approval Order becoming a Final Order. Pleading is not offered for the truth of the contents. |
| A-51 | 5/20/09 | Arrowood's Phase II Objections to the Non-Debtor Release and Exculpation Provisions and the Injunction Impairing its Rights of Contribution, Subrogation and Reimbursement that are Contained in the Amended Joint Plan of Reorganization. | Declaration of Kemp Hooper ¶ 5 n. 3 (A-44)(added as direct testimony of witness). | Offered to establish operative fact that pleading was filed, that disclosures and arguments contained therein were made and that Arrowood would have litigated objection but for Rule 9019 Approval Order becoming a Final Order. Pleading is |

NY1:1790826 2
3730099 1

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | | | not offered for the truth of the contents |
| A-52 | 6/1/09 | Arrowood's Phase I Trial Brief Objecting to the Amended Joint Plan's Non-Debtor Release and Exculpation Provisions and the Injunction that Impairs Arrowood's Rights of Contribution, Subrogation and Reimbursement. | Declaration of Kemp Hooper ¶ 5 n. 3 (A-44) (added as direct testimony of witness). | Offered to establish operative fact that pleading was filed, that disclosures and arguments contained therein were made and that Arrowood would have litigated objection but for Rule 9019 Approval Order becoming a Final Order. Pleading is not offered for the truth of the contents |
| A-53 | 6/1/09 | Arrowood's Phase I Trial Brief Objecting to the Plan Proponents' First Amended Joint Plan of Reorganization. | Declaration of Kemp Hooper ¶ 5 n. 3 (A-44) (added as direct testimony of witness). | Offered to establish operative fact that pleading was filed, that disclosures and arguments contained therein were made and that Arrowood would have litigated objection but for Rule 9019 Approval Order becoming a Final Order. Pleading is not offered for the truth of the contents |
| A-54 | 6/15/09 | Arrowood's Final Witness List for Phase II | Declaration of Tancred Schiavoni ¶ 13 | Offered to establish operative fact that pleading was filed, |

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | Confirmation Hearing. | n. 10. | that disclosures and arguments contained therein were made and that Arrowood would have litigated objection but for Rule 9019 Approval Order becoming a Final Order. Pleading is not offered for the truth of the contents |
| A-55 | 3/16/09 | Preliminary Expert Disclosure Statement of Bernd G. Heinze. | Declaration of Tancred V. Schiavoni ¶ 13 n. 10. | Offered to establish operative fact that pleading was filed, that disclosures and arguments contained therein were made. This exhibit is not offered for the truth of the contents. |
| A-56 | 12/15/09 | Transcript of Motion Hearing on December 15, 2008, *In re: W.R. Grace*, 01-01139 (JFK). | Declaration of Tancred Schiavoni ¶ 34 n. 34; Arrowood's Request for Judicial Notice of Certain Documents, September 1, 2009 [Dkt. No. 23075]. | Arrowood offers only the text cited in paragraph 17 of Arrowood's Request for Judicial Notice of Certain Documents and only for the purpose of establishing that the statements therein were made. |
| A-57 | | Declaration of Carl J. Pernicone. | Admitted into Evidence at Confirmation Hearing | Admitted for all purposes |
| A-58 | | Declaration of Kemp Hooper. | Admitted into Evidence at | Admitted for all purposes |

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | | Confirmation Hearing | |
| A-59 | | Claimant List 1. | Withdrawn | Withdrawn |
| A-60 | | Claimant List 2. | Withdrawn | Withdrawn |
| A-61 | | Claimant List 3. | Withdrawn | Withdrawn |
| A-62 | | Claimant List 4. | Withdrawn | Withdrawn |
| A-63 | | Claimant List 5. | Withdrawn | Withdrawn |
| A-64 | | Claimant List 6. | Withdrawn | Withdrawn |
| A-65 | | Claimant List 7. | Withdrawn | Withdrawn |
| A-66 | | Claimant List 8. | Withdrawn | Withdrawn |
| A-67 | | Claimant List 9. | Withdrawn | Withdrawn |
| A-68 | | Claimant List 10. | Withdrawn | Withdrawn |
| A-69 | | Libby Master Ballot | Withdrawn | Withdrawn |
| A-70 | | BNSF Notice (a). | Withdrawn | Withdrawn |
| A-71 | | BNSF Notice (b). | Withdrawn | Withdrawn |
| A-72 | | BNSF Notice (c). | Withdrawn | Withdrawn |
| A-73 | | BNSF Notice (d). | Withdrawn | Withdrawn |
| A-74 | | BNSF Notice (e). | Withdrawn | Withdrawn |
| A-75 | 6/1997 | Release by Ervin E. Hurlbert in Montana Nineteenth Judicial District Court, Case No. DV-95-109. | | Offered for all purposes |
| A-76 | 5/30/97 | Release by Daniel R. Schnetter in Montana Nineteenth Judicial District Court, Case No. CDV-94-74. | | Offered for all purposes |
| A-77 | 5/19/88 | Release by Lester Lewis Skramstad and Norita Ione Skramstad in Montana Nineteenth Judicial District Court, Case No. DV-95-127. | Deposition of Norita Skramstad, August 26, 2009. | Offered for all purposes |
| A-78 | 11/24/99 | Release by Edgar L. Warner and Betty Warner in Montana Nineteenth Judicial District Court, Case No. DV-96-5. | Deposition of Edgar Warner, August 28, 2009. | Offered for all purposes |
| A-79 | 8/2/00 | Release by Jay R. | | Offered for all |

NY1:1790826 2
3730099 1

| Arrowood Exhibit | Date | Description | Basis for Admission | Limitation, if Any, on the Offer of Proof |
|---|---|---|---|---|
| | | Swennes in Montana Nineteenth Judicial District Court, Case No. DV-97-129. | | purposes. |
| A-80 | 8/19/09 | Order Pursuant to Section 105, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving the Debtors Entering Into the Settlement Agreement with the Royal Parties and Denying Libby Claimants' Motion to Defer Consideration and Compel Discovery. | Arrowood's Request for Judicial Notice of Certain Documents, September 1, 2009 [Dkt. No. 23075]. | Offered for all purposes. |
| A-81 | 4/11/01 | Monthly Asbestos Litigation Summary-March | Withdrawn | Withdrawn |
| A-82 | 2/24/06 | Letter from Carl Pernicone to Jay W. Hughes | | Offered for all purposes against BNSF only |
| A-84 | 3/03/03 | Complaint in *The Burlington Northern and Santa Fe Railway Company v. Stonewall Insurance Co., et al* ( Cause No. 67-195430-02), District Court, Tarrant County, Texas, 67th Judicial District | Admission by a party | Admitted to demonstrate pleading filed and allegation asserted and offered for all purposes against BNSF only |