**SUMMARY OF EXPENSES FOR THE FEE PERIOD**
**JULY 1, 2009 THROUGH JULY 31, 2009**

None.

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: October 20, 2009 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## NINETY-SIXTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM JULY 1, 2009 THROUGH JULY 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD JULY 1, 2009 THROUGH JULY 31, 2009[2]

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/09 | | Telephone calls and e-mails regarding information for Creditors Committee regarding settlement; follow up with B. Moffitt regarding same | | |
| | 3 | A. Marchetta | 0.6 | 384.00 |
| 07/06/09 | | Follow up regarding telephone call to mediator as to status | | |
| | 3 | A. Marchetta | 0.4 | 256.00 |
| 07/13/09 | | E-mails regarding status | | |
| | 3 | A. Marchetta | 0.2 | 128.00 |
| 07/14/09 | | E-mails and follow up with mediator regarding status | | |
| | 3 | A. Marchetta | 0.4 | 256.00 |
| 07/14/09 | | Review e-mails re: settlement discussions | | |
| | 3 | B. Moffitt | 0.1 | 40.00 |
| 07/15/09 | | Call from Third Circuit Mediator, J. Torregrossa, and telephone call from J. Dickinson of State regarding settlement; e-mails regarding same | | |
| | 3 | A. Marchetta | 0.8 | 512.00 |
| 07/15/09 | | Review NJDEP's Statement of Issues and related documents and forward to client | | |
| | 3 | B. Moffitt | 0.3 | 120.00 |
| 07/24/09 | | E-mails and review of file regarding settlement negotiations and offer; telephone call to mediator and conference with B. Moffitt regarding same | | |
| | 3 | A. Marchetta | 0.9 | 576.00 |
| 07/24/09 | | Review e-mails re: settlement negotiations and confer with A. Marchetta re same | | |
| | 3 | B. Moffitt | 0.2 | 80.00 |
| 07/29/09 | | Follow up with telephone call to Third Circuit Mediator, J. Torregrossa, regarding amount of settlement in light of Creditors Committee decision | | |
| | 3 | A. Marchetta | 0.3 | 192.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 07/31/09 | Telephone calls and e-mails regarding status of DEP negotiations | | | |
| 3 | A. Marchetta | | 0.4 | 256.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 4.00 | 640.00 | 2,560.00 |
| B. Moffitt | 0.60 | 400.00 | 240.00 |
| TOTAL: | 4.60 | | 2,800.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 4.0 | 640.00 | 2,560.00 |
| B. Moffitt | 3 | 0.6 | 400.00 | 240.00 |
| TOTAL: | | 4.6 | | 2,800.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | | | |
|---|---|---|---|---|
| 07/10/09 | Review, revise and discuss with K. Begley Day Pitney's May 2009 fee application | | | |
| 14 | S. Zuber | | 0.3 | 148.50 |
| 07/10/09 | Draft May 2009 Fee Application Documents; review and respond to e-mails regarding same | | | |
| 18 | K. Begley | | 0.9 | 225.00 |
| 07/13/09 | Review and finalize May 2009 Fee Application | | | |
| 18 | K. Begley | | 0.2 | 50.00 |
| 07/14/09 | Review fee submission | | | |
| 14 | A. Marchetta | | 0.4 | 256.00 |
| 07/14/09 | Review and respond to e-mails regarding filing of May 2009 Fee Application; discuss same with A. Marchetta | | | |
| 18 | K. Begley | | 0.2 | 50.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.40 | 640.00 | 256.00 |
| S. Zuber | 0.30 | 495.00 | 148.50 |
| K. Begley | 1.30 | 250.00 | 325.00 |
| TOTAL: | 2.00 | | 729.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 1.3 | 250.00 | 325.00 |
| A. Marchetta | 14 | 0.4 | 640.00 | 256.00 |
| S. Zuber | 14 | 0.3 | 495.00 | 148.50 |
| TOTAL: | | 2.0 | | 729.50 |

4

# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD JULY 1, 2009 THROUGH JULY 31, 2009

None.

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: October 20, 2009 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States District Court for the District of Colorado, the United

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Florham Park, New Jersey  
Dated: September 30, 2009

Respectfully submitted,  
DAY PITNEY LLP

_____  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950