THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.,*[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | Re: Docket No. ___23374___, 23373 |
| **Debtors.** | ) | |
| | ) | |

## ORDER FOR LEAVE FROM THIS COURT'S SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON DEBTORS' MOTION IN LIMINE TO PRECLUDE TESTIMONY OF ANDERSON MEMORIAL'S WITNESS A. GIBSON SOLOMONS

Upon the motion of the Debtors pursuant to Del. Bankr. L.R. 9006-1(e), Rule 9006(c) of

the Bankruptcy Rules and section 102 of the Bankruptcy Code, for leave from this Court's

Scheduling Order and to shorten the notice period with respect to the *Motion In Limine to*

*Preclude the Testimony of Anderson Memorial's Witness, A Gibson Solomons* , due and proper

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

notice of the Motion to Shorten having been given; and is appearing that sufficient cause exits

for granting the requested relief; it is hereby:

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Debtors are granted leave from the Scheduling Order, and it is

further

ORDERED that the Motion is scheduled for October 7, 2009 at 3:00 Eastern p.m., and it is

further

ORDERED that any Response to the Motion ~~is due to~~ shall be filed and served no later than at noon on October 2,

2009. And further ORDERED **

Dated: September 30 , 2009

*Judith K. Fitzgerald*
Hon. Judith K. Fitzgerald mab
U.S. Bankruptcy Judge

** that the hearing shall be telephonic only and anyone wishing to participate
shall register with CourtCall no later than noon, two business days before
the hearing; and

further ORDERED that, once filed, responses shall be emailed to
jkf@pawb.uscourts.gov no later than 1:00 p.m. Eastern on October 2, 2009; and

further ORDERED that counsel for Debtors shall immediately serve a copy of
this Order on all parties in interest who do not receive electronic notice
and shall file a certificate of service forthwith.

91100-001\DOCS_DE:153535.1