**EXHIBIT 2**

# WR Grace & Co. et al

**Total number of parties: 4**

### Exhibit 2 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34155 | CASMALIA RESOURCES SITE STEERING COMM., C/O MATT LESNICK, ESQ, BINGHAM MCCUTCHEN, LLP, 355 SOUTH GRAND AVENUE, SUITE 4400, LOS ANGELES, CA, 90071 | US Mail (1st Class) |
| 34155 | FERGUSON ENTERPRISES, INC., C/O NICHOLAS VAN AELSTYN, ESQ, HELLER EHRMAN WHITE & MCAULIFFE LLP, 333 BUSH STREET, 30TH FLOOR, SAN FRANCISCO, CA, 94104 | US Mail (1st Class) |
| 34155 | KENNAMETAL INC., C/O NORMAN E. GILKEY, ESQ, BABST CALLAND CLEMENTS & ZOMNIR PC, TWO GATEWAY CENTER, 8TH FLOOR, PITTSBURGH, PA, 15222 | US Mail (1st Class) |
| 34155 | TDY HOLDINGS, LLC, C/O ERIC T. MOSER, ESQUIRE, KIRKPATRICK & LOCKHART LLP, HENRY W. OLIVER BUILDING, 535 SMITHFIELD STREET, PITTSBURGH, PA, 15222-2312 | US Mail (1st Class) |

**Subtotal for this group: 4**

WR Grace & Co. et al