IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al., <br><br><br> Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 01-1139 (JKF) <br> ) (Jointly Administered) <br> ) <br> ) Objection Deadline: November 6, 2009 <br> ) Hearing Date: November 23, 2009 at 10:30 am <br> ) |

### NOTICE OF APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR AUTHORIZATION TO EMPLOY LINCOLN PARTNERS ADVISORS LLC AS FINANCIAL ADVISOR TO THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE

**TO: ALL PARTIES ON THE MASTER SERVICE LIST**

PLEASE TAKE NOTICE, that on September 30, 2009, David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "Future Claimants' Representative") filed and served the attached Application of David T. Austern, Asbestos PI Future Claimants' Representative, for Authorization to Employ Lincoln Partners Advisors LLC as Financial Advisor to the Asbestos PI Future Claimants' Representative and exhibits thereto (collectively, the "Application"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, that any responses to the Application must be in writing and filed with the Bankruptcy Court on or before **November 6, 2009**.

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **November 6, 2009**.

PLEASE TAKE FURTHER NOTICE, that a hearing on the Application will be held, only if a timely objection is filed, on **November 23, 2009 at 10:30 a.m.** before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Respectfully submitted,

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
Debra L. Felder, admitted *pro hac vice*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

and

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
Email:    jcp@pgslaw.com

*Bankruptcy Counsel to David T. Austern,*
*Asbestos PI Future Claimants' Representative*

Dated: September 30, 2009