# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

September 29, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 526928
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $1,677.50 |
| DISBURSEMENTS | 896.79 |
| MATTER TOTAL | $2,574.29 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $1,632.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,632.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $51,747.00 |
| DISBURSEMENTS | 2,936.92 |
| MATTER TOTAL | $54,683.92 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $2,744.00 |
| DISBURSEMENTS | 17.56 |
| MATTER TOTAL | $2,761.56 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 526928 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2261285.1

Kramer Levin Naftalis & Frankel LLP                                      Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                        September 29, 2009
056772                                                                   Invoice No. 526928

### 056772-00019/HEARINGS

| | |
|---|---:|
| FEES | $3,920.00 |
| DISBURSEMENTS | 8.40 |
| MATTER TOTAL | $3,928.40 |

### 056772-00028/TRAVEL\NON-WORKING

| | |
|---|---:|
| FEES | $1,120.00 |
| DISBURSEMENTS | 516.25 |
| MATTER TOTAL | $1,636.25 |
| CLIENT GRAND TOTAL | $67,216.42 |

Kramer Levin Naftalis & Frankel LLP                                        Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                          September 29, 2009
056772-00001                                                               Invoice No. 526928

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/13/09 | WIERMAN, LAUREN E | Scheduled D Blabey for telephonic appearance. | 0.60 | 165.00 |
| 08/14/09 | WIERMAN, LAUREN E | Reviewed trial exhibits sent to D Blabey and created index of exhibits if a table of contents was not given. | 1.60 | 440.00 |
| 08/20/09 | WIERMAN, LAUREN E | Created cover pages and assembled exhibit documents into binders for duplication center. | 3.40 | 935.00 |
| 08/24/09 | WIERMAN, LAUREN E | Corresponded with copy center to duplicate exhibit binders for D. Blabey. | 0.50 | 137.50 |
| **TOTAL HOURS AND FEES** | | | **6.10** | **$1,677.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 682.90 |
| MANUSCRIPT SERVICE | 0.00 |
| WESTLAW ON-LINE RESEARCH | 207.59 |
| COURTLINK SEARCHES | 6.30 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$896.79** |

**TOTAL FOR THIS MATTER**                                                  **$2,574.29**

KL4 2261285.1

Kramer Levin Naftalis & Frankel LLP

Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00002

September 29, 2009
Invoice No. 526928

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 08/05/09 | BLABEY, DAVID E | Draft agenda and summary of legal issues in prep for Committee quarterly conference (1); call with G. Horowitz, P. Bentley and T. W. in prep for Committee conference (.5). | 1.50 | 840.00 |
| 08/06/09 | BENTLEY, PHILIP | Committee call | 0.60 | 456.00 |
| 08/06/09 | BLABEY, DAVID E | Attend quarterly Committee conference. | 0.60 | 336.00 |
| **TOTAL HOURS AND FEES** | | | **2.70** | **$1,632.00** |

**TOTAL FOR THIS MATTER**                                   $1,632.00

KL4 2261285.1

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/04/09 | BENTLEY, PHILIP | Discs David Blabey | 0.10 | 76.00 |
| 08/05/09 | BENTLEY, PHILIP | Discs Ted Weschler, Greg Horowitz and David Blabey re status of confirmation issues | 1.20 | 912.00 |
| 08/05/09 | BLABEY, DAVID E | Review plan proponents amended pre-trial statement and discuss same with P. Bentley (.5); call D. Speights re depositions (.2) and disc same with P. Bentley (.3). | 1.00 | 560.00 |
| 08/05/09 | HOROWITZ, GREGORY A. | dw PB, tc PB, Ted W (1.0) | 1.00 | 715.00 |
| 08/06/09 | BENTLEY, PHILIP | Discs Ted Weschler, Ted Freedman, Ken Pasquale and David Blabey re confirmation discovery and trade multiple emails re same | 1.80 | 1,368.00 |
| 08/06/09 | BLABEY, DAVID E | Disc discovery and deposition issues with P. Bentley (.5); email to D. Speights re depositions (.4); disc confirmation witness lists with P. Bentley (.2); review plan proponent trial briefs (1.1); plan proponent conference call re trial briefs (1.9). | 4.10 | 2,296.00 |
| 08/07/09 | BENTLEY, PHILIP | Discs Dan Speights, Ted Weschler, David Blabey and voicemail re upcoming deps; review emails re confirmation briefs | 0.90 | 684.00 |
| 08/07/09 | BLABEY, DAVID E | Review and edit plan proponent trial briefs. | 8.70 | 4,872.00 |
| 08/10/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 08/12/09 | BLABEY, DAVID E | Review Libby proposed orders re Phase II issues (.2); review Scott's proposed settlement (.5). | 0.70 | 392.00 |
| 08/13/09 | BLABEY, DAVID E | Review Daubert motions (.7); organize trial exhibits received from objecting parties (.4). | 1.10 | 616.00 |
| 08/14/09 | BENTLEY, PHILIP | Review emails re plan issues | 0.40 | 304.00 |
| 08/17/09 | BLABEY, DAVID E | Meet and confer with insurers. | 0.30 | 168.00 |
| 08/19/09 | BLABEY, DAVID E | Attend M. Shelnitz deposition (6); review objectors' Phase II trial exhibits (2.2). | 8.80 | 4,928.00 |

Kramer Levin Naftalis & Frankel LLP                                                               Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                                         September 29, 2009
056772-00008                                                                              Invoice No. 526928

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/20/09 | BLABEY, DAVID E | Memo to T. W. re Shelnitz depo (1); review plan proponents' proposed order of proof (.5); review objectors' Phase II trial exhibits (4.7); meet and confer with objectors' re order of proof (.8). | 7.00 | 3,920.00 |
| 08/21/09 | BLABEY, DAVID E | Review parties proposed orders of proof (.5); review bank lender exhibits (2); review expert reports (2.9). | 5.40 | 3,024.00 |
| 08/22/09 | BLABEY, DAVID E | Review bank lender Phase II exhibits. | 1.50 | 840.00 |
| 08/24/09 | BENTLEY, PHILIP | Review emails re plan issues | 0.40 | 304.00 |
| 08/24/09 | BLABEY, DAVID E | Email summaries to client re hearing developments (1.2); review proposed orders (.5). | 1.70 | 952.00 |
| 08/25/09 | BENTLEY, PHILIP | Review recent emails re confirmation issues | 0.40 | 304.00 |
| 08/25/09 | BLABEY, DAVID E | Review recent filings of objectors re Phase II hearing (1.5); review plan proponent feasibiliy brief (.6); read Frezza report in prep for deposition of T. Weschler (.4); review Anderson M. Hospital and Bank Lender briefs in prep for deposition of T. Weschler (2). | 4.50 | 2,520.00 |
| 08/26/09 | BENTLEY, PHILIP | Prepare for Ted Weschler dep and confirmation hearing, and review docs and discs David Blabey and voicemail re same | 5.20 | 3,952.00 |
| 08/26/09 | BLABEY, DAVID E | Review briefs for T.W. deposition (1.3) and Zilly expert reports for same (.7); discs w P. Bentley re T.W. depo and confirmation hearing (1.5); attend Tarolla deposition (2.8); review documents relevant to T.W. deposition (2.8). | 9.10 | 5,096.00 |
| 08/27/09 | BENTLEY, PHILIP | Ted Weschler dep prep, including review of docs, discs David Blabey and Eric Leon and TCs Ted Weschler re same | 3.10 | 2,356.00 |
| 08/27/09 | BLABEY, DAVID E | Review depo transcripts in prep for T.W. depo (1.5); email to T.W. and P. Bentley re Tarola depo (.8); review Libby motion and other recent filings and emails (.5); review feasibility briefs and email to T.W. re same (1); review Libby best interests brief and motion to exclude (.5). | 4.30 | 2,408.00 |

KL4 2261285.1

Kramer Levin Naftalis & Frankel LLP                                    Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                      September 29, 2009
056772-00008                                                           Invoice No. 526928

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 08/28/09 | BENTLEY, PHILIP | Prep for Ted Weschler's dep, including review of docs and deps and discs Ted Weschler and David Blabey; discs with Eric Leon, Ted Weschler, David Blabey and voicemail, and trade multiple emails, re cancellation of Ted Weschler's dep | 2.80 | 2,128.00 |
| 08/28/09 | BLABEY, DAVID E | Meet and confer re Phase II scheduling (1.2); discs w P. Bentley re deposition of T. Weschler (.4). | 1.60 | 896.00 |
| 08/30/09 | BENTLEY, PHILIP | Trade multiple emails re Ted Weschler deposition | 0.90 | 684.00 |
| 08/31/09 | BENTLEY, PHILIP | Trade multiple emails, and discs David Bernick, Eric Leon and David Blabey, re Ted Weschler dep, prep for same, and conf Ted Weschler and DB re same; review confirmation briefs | 3.50 | 2,660.00 |
| 08/31/09 | BLABEY, DAVID E | Exchange emails with objectors and others re Weschler depo (.2); review recent docket filings (.6); review Debtors' draft response to Libby Zilly motion (.4); disc w/P Bentley re Weschler depo (.4); prep for meeting with T. Weschler (.5); meeting with T. Weschler re deposition and confirmation hearing (1). | 3.10 | 1,736.00 |

**TOTAL HOURS AND FEES**                                              84.70    $51,747.00

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| PHOTOCOPYING | 5.70 |
| CAB FARES | 12.00 |
| MEALS/IN-HOUSE | 15.06 |
| MEALS/T & E | 5.00 |
| TRANSCRIPT FEES | 2,797.48 |
| DEPT MTG/OTHER MTGS | 57.68 |
| OTHER FEES | 44.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          $2,936.9

**TOTAL FOR THIS MATTER**                          $54,683.92

KL4 2261285.1

Kramer Levin Naftalis & Frankel LLP  
Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE  
056772-00008  
September 29, 2009  
Invoice No. 526928

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/07/09 | BLABEY, DAVID E | Prepare quarterly fee application. | 0.50 | 280.00 |
| 08/12/09 | BLABEY, DAVID E | Prepare quarterly fee application. | 2.70 | 1,512.00 |
| 08/20/09 | BLABEY, DAVID E | Review and edit pro formas for July fee application. | 0.50 | 280.00 |
| 08/28/09 | BLABEY, DAVID E | Draft July fee application. | 1.20 | 672.00 |
| **TOTAL HOURS AND FEES** | | | **4.90** | **$2,744.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MANUSCRIPT SERVICE | 0.00 |
| MESSENGER/COURIER | 17.56 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$17.56** |

**TOTAL FOR THIS MATTER** **$2,761.56**

KL4 2261285.1

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                        September 29, 2009
056772-00019                                                                            Invoice No. 526928

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/24/09 | BLABEY, DAVID E | Omnibus hearing. | 7.00 | 3,920.00 |
| **TOTAL HOURS AND FEES** | | | **7.00** | **$3,920.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 8.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$8.40** |

**TOTAL FOR THIS MATTER**                                                               **$3,928.40**

KL4 2261285.1

Kramer Levin Naftalis & Frankel LLP                                            Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE                                              September 29, 2009
056772-00028                                                                   Invoice No. 526928

## TRAVEL\NON-WORKING

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/24/09 | BLABEY, DAVID E | Travel to and from omnibus hearing. | 4.00 | 1,120.00 |

**TOTAL HOURS AND FEES**                                                       **4.00**   **$1,120.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OUT-OF-TOWN TRAVEL | 516.25 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                      **$516.25**

**TOTAL FOR THIS MATTER**                                                      **$1,636.25**

KL4 2261285.1