# EXHIBIT B

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:18


Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------
                  UNBILLED TIME FROM:                              TO:
                  UNBILLED DISH FROM:   08/03/2009                 TO:      08/31/2009
-----------------------------------------------------------------------------------------------------------------------------
                                        FEES                           COSTS
                                        ------                         -----------
          GROSS BILLABLE AMOUNT:                  0.00                        896.79
          AMOUNT WRITTEN DOWN:
                     PREMIUM:
              ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:                                             08/31/2009
    CLOSE MATTER/FINAL BILLING?      YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
         BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH
                                    --------------------------                     --------------
                     FEES:                    0.00
             DISBURSEMENTS:                  896.79       UNIDENTIFIED RECEIPTS:        0.00
             FEE RETAINER:                     0.00           PAID FEE RETAINER:        0.00
             DISB RETAINER:                    0.00          PAID DISB RETAINER:        0.00
         TOTAL OUTSTANDING:                  896.79       TOTAL AVAILABLE FUNDS:        0.00
                                                                 TRUST BALANCE:
                                            BILLING HISTORY
                                            ---------------
           DATE OF LAST BILL:       08/26/09          LAST PAYMENT DATE:       09/29/09
           LAST BILL NUMBER:                  525668 ACTUAL FEES BILLED TO DATE:   354,547.50
                                                     ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                     TOTAL FEES BILLED TO DATE:   354,547.50
        LAST BILL THRU DATE:       07/31/09  FEES WRITTEN OFF TO DATE:    83,606.50
                                            COSTS WRITTEN OFF TO DATE:    22,810.79
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    --------------------------
        (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development     (8) Premium
        (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding            (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status     : ACTIVE
```

UNBILLED COSTS SUMMARY ------------- Total Unbilled ---------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 08/20/09 | 08/24/09 | 682.90 |
| 0840 | MANUSCRIPT SERVICE | 08/24/09 | 08/24/09 | 0.00 |
| 0917 | WESTLAW ON-LINE RESEARCH | 08/09/09 | 08/09/09 | 207.59 |
| 0924 | COURTLINK SEARCHES | 08/03/09 | 08/31/09 | 6.30 |
| | Total | | | 896.79 |

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| **PHOTOCOPYING 0820** | | | | | | |
| PHOTOCOPYING | WIERMAN, L E | 08/20/09 | 460.00 | 8797909 | 778065 | 08/24/09 |
| WIERMAN  LAUREN E | | | | | | |
| PHOTOCOPYING | WIERMAN, L E | 08/20/09 | 71.60 | 8797910 | 778065 | 08/24/09 |
| WIERMAN  LAUREN E | | | | | | |
| PHOTOCOPYING | WIERMAN, L E | 08/24/09 | 151.30 | 8801571 | 780396 | 08/28/09 |
| WIERMAN  LAUREN E | | | | | | |
| | 0820 PHOTOCOPYING Total : | | 682.90 | | | |
| **MANUSCRIPT SERVICE 0840** | | | | | | |
| MANUSCRIPT SERVICE | TAYLOR, P | 08/24/09 | 0.00 | 8800962 | 779530 | 08/27/09 |
| | 0840 MANUSCRIPT SERVICE Total : | | 0.00 | | | |
| **WESTLAW ON-LINE RESEARCH 0917** | | | | | | |
| WESTLAW ON-LINE RESE | BLABEY, D E | 08/09/09 | 207.59 | 8806825 | 783994 | 09/02/09 |
| | 0917 WESTLAW ON-LINE RESE Total : | | 207.59 | | | |
| **COURTLINK SEARCHES 0924** | | | | | | |
| COURTLINK SEARCHES | NG, E N | 08/03/09 | 0.30 | 8825324 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/04/09 | 0.30 | 8825325 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/05/09 | 0.30 | 8825326 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/06/09 | 0.30 | 8825327 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/07/09 | 0.30 | 8825328 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/10/09 | 0.30 | 8825329 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/11/09 | 0.30 | 8825330 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/12/09 | 0.30 | 8825331 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/13/09 | 0.30 | 8825332 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/14/09 | 0.30 | 8825333 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/17/09 | 0.30 | 8825334 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/18/09 | 0.30 | 8825335 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/19/09 | 0.30 | 8825336 | 791091 | 09/21/09 |
| COURTLINK SEARCHES | NG, E N | 08/20/09 | 0.30 | 8825337 | 791091 | 09/21/09 |

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee         Date            Amount      Index#  Batch No  Batch Date
------------------------------------------   --------       ------         -----------   ------- --------- ----------

    COURTLINK SEARCHES                       NG, E N          08/21/09         0.30       8825338  791091    09/21/09
    COURTLINK SEARCHES                       NG, E N          08/24/09         0.30       8825339  791091    09/21/09
    COURTLINK SEARCHES                       NG, E N          08/25/09         0.30       8825340  791091    09/21/09
    COURTLINK SEARCHES                       NG, E N          08/26/09         0.30       8825341  791091    09/21/09
    COURTLINK SEARCHES                       NG, E N          08/27/09         0.30       8825342  791091    09/21/09
    COURTLINK SEARCHES                       NG, E N          08/28/09         0.30       8825343  791091    09/21/09
    COURTLINK SEARCHES                       NG, E N          08/31/09         0.30       8825344  791091    09/21/09
          *                               0924 COURTLINK SEARCHES Total :      6.30


    Costs Total :                                                           896.79
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    4
                                                      *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00001                                Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 682.90 | | | | | |
| 0840 MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0917 WESTLAW ON-LINE RESEARCH | 207.59 | | | | | |
| 0924 COURTLINK SEARCHES | 6.30 | | | | | |
| Costs Total : | 896.79 | | | | | |

alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    5
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------
             UNBILLED TIME FROM:                                TO:
             UNBILLED DISB FROM:    07/29/2009                  TO:      08/31/2009
------------------------------------------------------------------------------------------------------------------------
                                        FEES                          COSTS
                                        ------                        -----------
        GROSS BILLABLE AMOUNT:                       0.00                   2,936.92
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
            ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                              08/31/2009
 CLOSE MATTER/FINAL BILLING?     YES   OR   NO
   EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:

------------------------------------------------------------------------------------------------------------------------
                                 ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                                 --------------------------                        ---------------
                    FEES:                        0.00
            DISBURSEMENTS:                    2,936.92     UNIDENTIFIED RECEIPTS:        0.00
             FEE RETAINER:                        0.00        PAID FEE RETAINER:         0.00
            DISB RETAINER:                        0.00       PAID DISB RETAINER:         0.00
        TOTAL OUTSTANDING:                    2,936.92    TOTAL AVAILABLE FUNDS:         0.00
                                                                 TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ----------------
         DATE OF LAST BILL:                    08/26/09        LAST PAYMENT DATE:      09/29/09
          LAST BILL NUMBER:                    525668 ACTUAL FEES BILLED TO DATE:   738,205.50
                                                      ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                         TOTAL FEES BILLED TO DATE:   738,205.50
       LAST BILL THRU DATE:                    07/31/09  FEES WRITTEN OFF TO DATE:       -280.00
                                                         COSTS WRITTEN OFF TO DATE:    2,162.00
FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:
                                  ---------------------------
       (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
       (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
       (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding            (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

```
alp_i32r: Matter Detail                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                   Oldest      Latest         Total
                                    Entry       Entry          Amount
----  -----------------------       ------      ------     -----------
0820  PHOTOCOPYING                  08/06/09    08/21/09          5.70
0940  CAB FARES                     08/26/09    08/26/09         12.00
0942  MEALS/IN-HOUSE                08/19/09    08/19/09         15.06
0951  MEALS/T & E                   08/26/09    08/26/09          5.00
0980  TRANSCRIPT FEES               07/29/09    08/05/09      2,797.48
0988  DEPT MTG/OTHER MTGS           08/31/09    08/31/09         57.68
0990  OTHER FEES                    08/27/09    08/27/09         44.00

           Total                                             2,936.92


U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee           Date        Amount      Index#  Batch No  Batch Date
-------------------------------------    --------           ------      -----------  ------- --------- ----------

PHOTOCOPYING 0820
     PHOTOCOPYING                        BLABEY, D E        08/06/09        0.20     8787842  772864   08/10/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/19/09        0.60     8797074  777519   08/21/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/19/09        0.50     8797075  777519   08/21/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/19/09        0.30     8797076  777519   08/21/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/19/09        0.50     8797077  777519   08/21/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/19/09        0.30     8797078  777519   08/21/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/19/09        0.60     8797079  777519   08/21/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/19/09        0.70     8797080  777519   08/21/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/19/09        0.20     8809105  784404   09/02/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/20/09        1.10     8797911  778065   08/24/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/20/09        0.30     8797912  778065   08/24/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/20/09        0.30     8797913  778065   08/24/09
     BLABEY  DAVID E
     PHOTOCOPYING                        BLABEY, D E        08/21/09        0.10     8797914  778065   08/24/09
     BLABEY  DAVID E

                                         0820 PHOTOCOPYING Total :         5.70
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00007                                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:   2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

UNBILLED  COSTS  DETAIL
Description/Code                               Employee           Date        Amount      Index# Batch No  Batch Date
-------------------------------------------    --------           ----        -----------  ------- --------- ----------
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| **CAB FARES 0940** | | | | | | |
| PHILIP BENTLEY | BENTLEY, P | 08/26/09 | 12.00 | 8813023 | 786338 | 09/09/09 |
| Cab Fare | | | | | | |
| 0940 CAB FARES Total : | | | 12.00 | | | |
| | | | | | | |
| **MEALS/IN-HOUSE 0942** | | | | | | |
| MEALS/IN-HOUSE | BLABEY, D E | 08/19/09 | 15.06 | 8813367 | 786471 | 09/09/09 |
| IN-HOUSE/MEALS | | | | | | |
| 0942 MEALS/IN-HOUSE Total : | | | 15.06 | | | |
| | | | | | | |
| **MEALS/T & E 0951** | | | | | | |
| PHILIP BENTLEY | BENTLEY, P | 08/26/09 | 5.00 | 8813024 | 786338 | 09/09/09 |
| Establishment: Unknown (D); Guests: .; Affiliati on: .; Business Discussed: . | | | | | | |
| 0951 MEALS/T & E Total : | | | 5.00 | | | |
| | | | | | | |
| **TRANSCRIPT FEES 0980** | | | | | | |
| NORDHAGEN COURT REPORTIN | BLABEY, D E | 07/29/09 | 461.70 | 8801140 | 779878 | 08/27/09 |
| NORDHAGEN COURT REPORTING INC. Deposition of: Te rry M. Spear, Ph. D. | | | | | | |
| MAGNA LEGAL SERVICES LLC | HOROWITZ, G A | 08/05/09 | 1,696.08 | 8795316 | 776839 | 08/19/09 |
| MAGNA LEGAL SERVICES LLC | | | | | | |
| MAGNA LEGAL SERVICES LLC | HOROWITZ, G A | 08/05/09 | 639.70 | 8795621 | 776858 | 08/19/09 |
| MAGNA LEGAL SERVICES LLC | | | | | | |
| 0980 TRANSCRIPT FEES Total : | | | 2,797.48 | | | |
| | | | | | | |
| **DEPT MTG/OTHER MTGS 0988** | | | | | | |
| SEAMLESSWEB PROFESSIONAL | BENTLEY, P | 08/31/09 | 57.68 | 8824493 | 790459 | 09/18/09 |
| SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. order#1 25503188 | | | | | | |
| 0988 DEPT MTG/OTHER MTGS Total : | | | 57.68 | | | |
| | | | | | | |
| **OTHER FEES 0990** | | | | | | |
| PLATINUM PLUS FOR BUSINE | MANNAL, D M | 08/27/09 | 44.00 | 8806084 | 782688 | 09/01/09 |
| PLATINUM PLUS FOR BUSINESS 07/06/09 - COURTCALL CHARGE - MHU | | | | | | |
| 0990 OTHER FEES Total : | | | 44.00 | | | |

```
              Costs Total :                                               2,936.92
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       2947514
Bill Frequency: M

Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 5.70 | | | | | |
| 0940 CAB FARES | 12.00 | | | | | |
| 0942 MEALS/IN-HOUSE | 15.06 | | | | | |
| 0951 MEALS/T & E | 5.00 | | | | | |
| 0980 TRANSCRIPT FEES | 2,797.48 | | | | | |
| 0988 DEPT MTG/OTHER MTGS | 57.68 | | | | | |
| 0990 OTHER FEES | 44.00 | | | | | |
| Costs Total : | 2,936.92 | | | | | |

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    9
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
           UNBILLED TIME FROM:                              TO:
           UNBILLED DISB FROM:   08/12/2009                 TO:      08/31/2009
-----------------------------------------------------------------------------------------------------------------------------------
                                    FEES                          COSTS
                                    ------                        -----------
        GROSS BILLABLE AMOUNT:              0.00                        17.56
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                 THRU DATE:                                       08/31/2009
    CLOSE MATTER/FINAL BILLING?    YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                   -------------------------                       -------------
                    FEES:                    0.00
            DISBURSEMENTS:                   17.56    UNIDENTIFIED RECEIPTS:           0.00
            FEE RETAINER:                    0.00         PAID FEE RETAINER:           0.00
            DISB RETAINER:                   0.00        PAID DISB RETAINER:           0.00
        TOTAL OUTSTANDING:                   17.56    TOTAL AVAILABLE FUNDS:           0.00
                                                            TRUST BALANCE:
                                             BILLING HISTORY
                                             ----------------
        DATE OF LAST BILL:              08/26/09        LAST PAYMENT DATE:        09/29/09
        LAST BILL NUMBER:               525668  ACTUAL FEES BILLED TO DATE:    200,951.00
                                                ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                    TOTAL FEES BILLED TO DATE:  200,951.00
        LAST BILL THRU DATE:            07/31/09  FEES WRITTEN OFF TO DATE:      19,208.00
                                                COSTS WRITTEN OFF TO DATE:         624.26
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       --------------------------
        (1) Exceeded Fixed Fee         (4) Excessive Legal Time     (7) Fixed Fee
        (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
        (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding              (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____      FRC:_____      CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   10
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00008                                      Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:      2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                        Oldest      Latest        Total
                                         Entry       Entry         Amount
----  ----------------------------       ------      -------       -----------
0840  MANUSCRIPT SERVICE                 08/31/09    08/31/09           0.00
0930  MESSENGER/COURIER                  08/12/09    08/31/09          17.56

         Total                                                        17.56


U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee            Date          Amount      Index#  Batch No  Batch Date
-----------------------------------------   --------            ------        -----------  ------- --------- ----------

MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                      TAYLOR, P           08/31/09          0.00     8806067  782641   09/02/09
                                            0840 MANUSCRIPT SERVICE Total :       0.00

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT                BLABEY, D E         08/12/09          8.78     8798289  778076   08/24/09
    Saul Ewing LLP
    FEDERAL EXPRESS CORPORAT                BLABEY, D E         08/31/09          8.78     8815872  787039   09/10/09
    Saul Ewing LLP

                                            0930 MESSENGER/COURIER Total :       17.56


         Costs Total :                                                           17.56
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    11
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:        2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount          Bill       W/o / W/u        Transfer  To    Clnt/Mtr    Carry Forward
-----------------------   ------------    ----------  --------------  ------------------------------- ----------------

0840 MANUSCRIPT SERVICE         0.00      _____  _____  _____ _____

0930 MESSENGER/COURIER         17.56      _____  _____  _____ _____



              Costs Total :   17.56      _____  _____  _____ _____
```

alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE   12
                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00019                             Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:    2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                             Status   : ACTIVE

Special Billing Instructions:
--------------------------------------------------------------------------------------------------------------------------
                                    PRE-BILLING SUMMARY REPORT
--------------------------------------------------------------------------------------------------------------------------

UNBILLED TIME FROM:                          TO:
UNBILLED DISB FROM:   08/20/2009             TO:    08/20/2009
--------------------------------------------------------------------------------------------------------------------------
                             FEES                      COSTS
                             ------                  -----------
GROSS BILLABLE AMOUNT:                0.00                    8.40
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                       08/20/2009
CLOSE MATTER/FINAL BILLING?   YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                        BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
BILLING COMMENTS:

--------------------------------------------------------------------------------------------------------------------------
                           ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH
                           ----------------------------                ----------------
FEES:                           0.00
DISBURSEMENTS:                  8.40    UNIDENTIFIED RECEIPTS:      0.00
FEE RETAINER:                  0.00     PAID FEE RETAINER:      0.00
DISB RETAINER:                0.00    PAID DISB RETAINER:     0.00
TOTAL OUTSTANDING:             8.40   TOTAL AVAILABLE FUNDS:     0.00
                                              TRUST BALANCE:
                                    BILLING HISTORY
                                    -----------------
DATE OF LAST BILL:            08/26/09      LAST PAYMENT DATE:     09/29/09
LAST BILL NUMBER:            525668 ACTUAL FEES BILLED TO DATE:    372,370.50
                             ON ACCOUNT FEES BILLED TO DATE:       0.00
                               TOTAL FEES BILLED TO DATE:    372,370.50
LAST BILL THRU DATE:         07/31/09  FEES WRITTEN OFF TO DATE:     11,388.18
                              COSTS WRITTEN OFF TO DATE:     1,772.20
FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
                        ---------------------------
(1) Exceeded Fixed Fee     (4) Excessive Legal Time    (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development    (8) Premium
(3) Pre-arranged Discount    (6) Summer Associate       (9) Rounding             (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   13
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00019                           Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                    Oldest      Latest       Total
                                     Entry       Entry        Amount
----  -----------------------------  -------     -------    -----------
0820  PHOTOCOPYING                   08/20/09    08/20/09        8.40

      Total                                                      8.40


U N B I L L E D   C O S T S   D E T A I L
Description/Code                       Employee          Date        Amount    Index#   Batch No  Batch Date
---------------------------------------  ----------     ------    ----------- -------- --------- ----------

PHOTOCOPYING 0820
    PHOTOCOPYING                        WIERMAN, L E    08/20/09       6.80    8797081  777519    08/21/09
    WIERMAN  LAUREN E
    PHOTOCOPYING                        WIERMAN, L E    08/20/09       1.60    8797082  777519    08/21/09
    WIERMAN  LAUREN E
                                        0820 PHOTOCOPYING Total :      8.40



      Costs Total :                                                   8.40
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2947514
Bill Frequency: M

Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 8.40 | | | | | |
| Costs Total : | 8.40 | | | | | |

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   15
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00028                                Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:     2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                         Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate
-----------------------------------------------------------------------------------------------------------------------------
                                         PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                              TO:
              UNBILLED DISB FROM:     07/23/2009               TO:      08/24/2009
-----------------------------------------------------------------------------------------------------------------------------
                                      FEES                             COSTS
                                      ------                           -----------
      GROSS BILLABLE AMOUNT:                     0.00                            516.25
      AMOUNT WRITTEN DOWN:
               PREMIUM:
      ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
             THRU DATE:                                                  08/24/2009
   CLOSE MATTER/FINAL BILLING?     YES    OR    NO
   EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
          BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------
                                 ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                 --------------------------                         --------------
                  FEES:                     0.00
          DISBURSEMENTS:                   516.25        UNIDENTIFIED RECEIPTS:         0.00
          FEE RETAINER:                      0.00            PAID FEE RETAINER:         0.00
          DISB RETAINER:                     0.00           PAID DISB RETAINER:         0.00
      TOTAL OUTSTANDING:                    516.25      TOTAL AVAILABLE FUNDS:          0.00
                                                               TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ---------------
          DATE OF LAST BILL:               08/26/09        LAST PAYMENT DATE:       08/14/09
          LAST BILL NUMBER:                525668  ACTUAL FEES BILLED TO DATE:     140,377.50
                                                   ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                   TOTAL FEES BILLED TO DATE:      140,377.50
          LAST BILL THRU DATE:             07/31/09  FEES WRITTEN OFF TO DATE:      26,306.18
                                                   COSTS WRITTEN OFF TO DATE:         123.75
FOR ACCTG USE ONLY:                        Write Down/Up Reason Codes:
                                           ---------------------------
          (1) Exceeded Fixed Fee           (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted     (5) Business Development     (8) Premium
          (3) Pre-arranged Discount        (6) Summer Associate         (9) Rounding        (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   16
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:     2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                            Status     : ACTIVE

UNBILLED  COSTS  SUMMARY ------------- Total Unbilled ----------------
Code  Description                    Oldest      Latest        Total
                                     Entry       Entry         Amount
----  ------------------------------ ------      ------        -----------
0950  OUT-OF-TOWN TRAVEL             07/23/09    08/24/09      516.25

      Total                                                    516.25

UNBILLED  COSTS  DETAIL
Description/Code                              Employee          Date        Amount      Index#  Batch No  Batch Date
-----------------------------------------    --------          ----        ----------  ------  --------  ----------
OUT-OF-TOWN TRAVEL 0950
  DINERS CLUB CITICORP DIN                    BLABEY, D E       07/23/09    263.25      8808514  784344   09/02/09
  DINERS CLUB CITICORP DINERS CLUB 7/27/2009 NYP T
  O WIL TO NYP
  DAVID E BLABEY                              BLABEY, D E       08/24/09    134.00      8812564  786274   09/10/09
  From : New York Penn, NY; To: Wilmington, DE; Da
  te(s): 8/24/09
  DAVID E BLABEY                              BLABEY, D E       08/24/09    119.00      8812565  786274   09/10/09
  From : Wilmington, DE; To: New York Penn, NY; Da
  te(s): 8/24/09
                                              0950 OUT-OF-TOWN TRAVEL Total :    516.25


      Costs Total :                                            516.25
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   17
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2009 11:34:19

Matter No: 056772-00028                                Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2947514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                        Status      : ACTIVE

BILLING   INSTRUCTIONS   FOR   UNBILLED   COSTS   SUMMARY
Code Description              Amount         Bill        W/o / W/u      Transfer  To    Clnt/Mtr     Carry Forward
----------------------    --------------    ----------  -------------- ------------------------------ ----------------

0950 OUT-OF-TOWN TRAVEL          516.25     _____  _____ _____  _____


            Costs Total :       516.25     _____  _____ _____  _____
```