IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 10/21/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRTEENTH MONTHLY INTERIM <u>PERIOD FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2009 through September 30, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $65,184.00  [80% of $81,480.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $6,064.05 |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

---

[1] At 80% of the total incurred.

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 24 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 135.8 hours,[2] for a total amount billed of $81,480.00 of which 80% is currently sought, in the amount of $65,184.00.

As stated above, this is the Thirteenth application for monthly fees and expenses. The time for preparation of this Application is approximately 2.0 hours, for which $1,200.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 110.0 | $66,000.00 |
| Travel | 50.8 (100% actual time) | $15,240.00 (at 50% rate) |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 0.4 | $240.00 |
| TOTAL | 161.2 | $81,480.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Deposition Phone Charges<br>Copies | $5,784.84<br>$100.00<br>$179.21 |
| TOTAL | $6,064.05 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

> Respectfully Submitted,
>
> _____
> Alan B. Rich, Esq.
> Texas Bar No. 16842350
> 1401 Elm Street, Suite 4620
> Dallas, Texas 75202
> (214) 744-5100
> (214) 744-5101 [fax]
> arich@alanrichlaw.com
>
> COUNSEL TO HON. ALEXANDER
> M. SANDERS, JR., LEGAL
> REPRESENTATIVE FOR FUTURE
> ASBESTOS-RELATED PROPERTY
> DAMAGE CLAIMANTS AND HOLDERS
> OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of October, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (September, 2009)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|---|---|---|
| 9/1/2009 | Deposition of Ted Weschler | 2.0 |
| 9/1/2009 | Emails to and from counsel re Libby document designations | 0.1 |
| 9/1/2009 | Emails to and from counsel re order of proof and review filed version of same and notice of filing | 0.3 |
| 9/1/2009 | Conference with client re status | 0.1 |
| 9/1/2009 | Email to debtors' counsel re confirmation hearing | 0.1 |
| 9/1/2009 | Review Objection to Exhibit by Hartford | 0.1 |
| 9/1/2009 | Review Arrowood's supplemental exhibits | 0.2 |
| 9/1/2009 | Telephone conference with Ted Freedman re amendments to exculpation provision | 0.1 |

| | | |
|---|---|---|
| 9/1/2009 | Review State of Montana response to motion to strike deposition designations | 0.2 |
| 9/1/2009 | Review agenda for Confirmation hearing | 0.2 |
| 9/1/2009 | Review Travelers reservation of rights re exhibits | 0.1 |
| 9/1/2009 | Emails to and from ZAI counsel re exculpation issues | 0.1 |
| 9/1/2009 | Review CNA Objections to BNSF exhibits and Objections to Libby exhibits | 0.1 |
| 9/1/2009 | Review Maryland Casualty objections to exhibits | 0.1 |
| 9/1/2009 | Review BNSF exhibit objections | 0.1 |
| 9/1/2009 | Review Monthly Operating Report | 0.2 |
| 9/1/2009 | Review Libby response to Arrrowood motion to strike re deposition designations | 0.1 |
| 9/1/2009 | Libby Claimants' Objections to exhibits | 0.5 |
| 9/1/2009 | Objections of GEICO, Republic, Seaton and OneBeacon to the Phase II Trial Exhibits Proffered by Plan Proponents | 0.2 |
| 9/1/2009 | Review AXA Joinder in objections | 0.1 |
| 9/1/2009 | Review of Arrowood's Request For Judicial Notice Of Certain Documents; Objections To BNSF's, Montana's and Libby's Confirmation Hearing Exhibit List, Reservation of Rights With Regard to Exhibits Offered by Plan Proponents | 0.4 |
| 9/2/2009 | Deposition of Lewis Kruger | 1.9 |
| 9/2/2009 | Travel (non-productive) from New York to Dallas (4.4 hrs@50%) | 2.2 |

| | | |
|---|---|---|
| 9/2/2009 | Attend (by telephone) Whitehouse supplemental deposition | 2.0 |
| 9/2/2009 | Attend (by telephone) supplemental deposition of Dr. Molgaard | 2.0 |
| 9/3/2009 | Review Libby Claimants' Daubert Response | 0.6 |
| 9/3/3009 | Review FFIC objections to counter-designations | 0.1 |
| 9/3/2009 | Reivew Anderson Memorial's reservation of rights re exhibits | 0.1 |
| 9/3/2009 | Emails and teleconference with client re confirmation hearing | 0.2 |
| 9/3/2009 | Review Debtors' response to Anderson Memorial's motion to compel | 0.4 |
| 9/3/2009 | Review Plan Proponents' response to GEICO request for judicial notice | 0.1 |
| 9/3/2009 | Review final chart of objections | 0.5 |
| 9/3/2009 | Review FFIC Second Amended Pretrial statement | 0.1 |
| 9/3/2009 | Review Libby Claimants' Motion to Compel | 0.3 |
| 9/3/2009 | Review FFIC joinder in objections to trial exhibits | 0.1 |
| 9/3/2009 | Review Maryland Casualty objections to BNSF deposition designations | 0.1 |
| 9/3/2009 | Review Modified Order Shortening Time re Libby Motion to Compel | 0.1 |
| 9/3/2009 | Review Amended Witness Order and time | 0.2 |
| 9/3/2009 | Review Libby and ACC Stipulation regarding Longo testimony | 0.4 |

| | | |
|---|---|---|
| 9/3/2009 | Review Plan Proponents' response to UCC and Bank Lenders request for judicial notice | 0.2 |
| 9/3/2009 | Review Order resetting 32nd Quarterly Fee Hearing | 0.1 |
| 9/3/2009 | Review Debtors' Reply re Motion to Strike Priest testimony | 0.1 |
| 9/3/3009 | Review Debtors' Reply re Motion to Strike Schein testimony | 0.1 |
| 9/3/2009 | Review of FFIC protective motion to shorten time | 0.2 |
| 9/3/2009 | Review Stipulation of Plan Proponents and Allstate re exhibits | 0.1 |
| 9/3/2009 | Review Garlock Objection to Order of Proof submission | 0.1 |
| 9/3/2009 | Review Certification of Counsel re Motion to Strike Friedman testimony | 0.1 |
| 9/3/2009 | Review ACC Deposition Notice of Al McComas | 0.1 |
| 9/3/2009 | Review Notice of Filing of Exhibits and lists of exhibits | 0.2 |
| 9/4/2009 | Review Plan Proponents' Statement regarding testimony of individual Libby Claimants | 0.1 |
| 9/4/2009 | Review Certifications of Counsel re Molgaard Supplemental Report, Libby Supplemental Objections and Motion to Strike Parker testimony | 0.2 |
| 9/4/2009 | Review Maryland Casualty Joinder in CNA objection to Montana Exhibits | 0.1 |
| 9/4/2009 | Preparation for Confirmation Hearing | 2.5 |
| 9/4/2009 | Review proposed technical amendments to the PD CMO | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 9/4/2009 | Review Plan Proponents' response to FFIC motion to shorten re motion to lift stay | 0.1 |
| 9/4/2009 | Meet and Confer re Post Trial briefing | 0.8 |
| 9/4/2009 | Review Plan Proponents' Supplemental brief re Best Interests test | 0.3 |
| 9/5/2009 | Review Plan Proponents' Reply in Support of Motions in Limine re Libby experts | 0.2 |
| 9/5/2009 | Review stipulation of Plan Proponents and Libby Claimants re individual affidavit testimony | 0.3 |
| 9/5/2009 | Review Amended Agenda re confirmation hearing | 0.1 |
| 9/5/2009 | Review First Set of Plan Modifications | 0.5 |
| 9/5/2009 | Review Notice of Filing of executed signature pages re Libby stipulation | 0.1 |
| 9/5/2009 | Review Property Damage Settlements with Allegheny Center, Glen Oaks Club and Chicago Historical Society | 0.3 |
| 9/5/2009 | Review document stipulation between Plan Proponents and Certain Insurers (settlement agreements and policies) | 0.3 |
| 9/6/2009 | Preparation for Confirmation Hearing | 2.0 |
| 9/7/2009 | Telephone conference with client re status | 0.1 |
| 9/7/2009 | Review Certifcation of Counsel re post trial briefing order | 0.2 |
| 9/7/2009 | Review Motion in Limine re Libby individual claimant testimony and motion to shorten time re same | 0.3 |
| 9/7/2009 | Travel (non-productive) from Dallas to Pittsburgh (5 hrs.@50%) | 2.5 |

| | | |
|---|---|---|
| 9/7/2009 | Review amended ballot tabulation declaration | 0.3 |
| 9/7/2009 | Review Motion regarding procedures to preserve confidentiality of Libby testimony | 0.2 |
| 9/8/2009 | Attend Confirmation Hearing -- Day 1 | 9.8 |
| 9/8/2009 | Review BNSF designation of issues and record on appeal | 0.1 |
| 9/8/2009 | Review Modified Order Shortening Time re Fireman's Fund motion to lift stay | 0.1 |
| 9/8/2009 | Review Property Damage Settlement with Main Plaza, Muir Hospital and North Arkansas Hospital | 0.2 |
| 9/8/2009 | Review Stipulation between FFIC and Plan Proponents | 0.3 |
| 9/9/2009 | Attend Confirmation Hearing -- Day 2 | 9.3 |
| 9/9/2009 | Revisions to Proffer | 1.0 |
| 9/9/2009 | Review additional Travelers exhibits | 0.1 |
| 9/10/2009 | Attend Confirmation Hearing -- Day 3 | 8.2 |
| 9/10/2009 | Review Anderson Memorial's supplemental designations from Florence deposition | 0.1 |
| 9/10/2009 | Review Libby Claimants' response to Arrowood motion re individual claimant depositions | 0.1 |
| 9/10/2009 | Review Debtors' response to Libby Claimants motion to compel insurance policy correspondence | 0.2 |
| 9/10/2009 | Revisions to Proffer of Judge Sanders | 1.0 |
| 9/10/2009 | Email from Debtors' counsel re order of witnesses | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 9/10/2009 | Phase II stipulation between Plan Proponents and Garlock | 0.3 |
| 9/10/2009 | Review Rule 1006 summary for Hughes testimony | 0.1 |
| 9/11/2009 | Attend Confirmation Hearing -- Day 4 | 8.5 |
| 9/11/2009 | Travel (non-productive) from Pittsburgh to Dallas (5.6 hrs.@50%) | 2.8 |
| 9/12/2009 | Draft CNO for 11th Monthly Fee Application | 0.2 |
| 9/12/2009 | Review Libby Claimants' deposition notice of P. Zilly | 0.1 |
| 9/12/2009 | Review Objection by the Libby Claimants to first set of technical plan amendments | 0.1 |
| 9/12/2009 | Review additional Plan Proponents' filed exhibits | 0.4 |
| 9/12/2009 | Review Deposition Calendar as of 9-11 | 0.1 |
| 9/12/2009 | Review Additional depo. designations by Maryland Casualty | 0.3 |
| 9/12/2009 | Review Maryland Casualty response to Libby Claimants' motion to compel | 0.1 |
| 9/12/2009 | Review Motion to approve Chartis settlement | 0.3 |
| 9/12/2009 | Review Sept. 12 draft of the Sanders proffer and email to Debtors' counsel re same | 0.7 |
| 9/13/2009 | Case Memo to Judge Sanders regarding testimony, Plan Documents and Discovery | 3.5 |
| 9/13/2009 | Review Debtors' revisions to Sanders proffer | 0.3 |
| 9/13/2009 | Travel (non-productive) from Dallas to Pittsburgh (5.2 hrs.@50%) | 2.6 |
| 9/14/2009 | Attend Confirmation Hearing -- Day 5 | 8.5 |

| | | |
|---|---|---|
| 9/14/2009 | Conference with client and debtors' counsel re Sanders' proffer | 2.5 |
| 9/14/2009 | Revisions to Case memorandum to client | 1.5 |
| 9/14/2009 | Email from Debtors' counsel re order of witnesses for 9-15 | 0.1 |
| 9/14/2009 | Review final slides for Finke, Shelnitz and Hughes testimony | 0.6 |
| 9/14/2009 | Review Arrowood's exhibits A-34 and A-57 (declarations) | 0.3 |
| 9/14/2009 | Review Travelers settlement agreement and motion | 0.5 |
| 9/15/2009 | Attend Confirmation Hearing -- Day 6 | 9.6 |
| 9/15/2009 | Telephone call with Dan Speights | 0.1 |
| 9/15/2009 | Review Plan Proponents' revised exhbit 507-5a | 0.1 |
| 9/15/2009 | Review Offer of Proof re Terry Spear testimony | 0.3 |
| 9/15/2009 | Review Kemp Hooper Declaration re Arrowood | 0.2 |
| 9/15/2009 | Review Canadian ZAI Declaration of counsel for Grace Canada | 0.8 |
| 9/15/2009 | Review Order approving LMI settlement agreement | 0.1 |
| 9/15/2009 | Review Order approving stipulation re claim treatment of certain Travelers proofs of claims | 0.1 |
| 9/15/2009 | Review Deposition Notices of Anderson Memorial witnesses | 0.1 |
| 9/16/2009 | Attend Confirmation Hearing -- Day 7 | 9.6 |
| 9/16/2009 | Deposition of Gibson Solomons | 1.0 |
| 9/16/2009 | Review Debtors' opposition to FFIC motion to lift stay | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 9/16/2009 | Review Debtors' motion to strike Anderson Memorial's supplemental deposition designations | 0.1 |
| 9/16/2009 | Review Motion in Limine re Ewing testimony | 0.1 |
| 9/17/2009 | Attend Confirmation Hearing -- Day 8 | 4.0 |
| 9/17/2009 | Travel (non-productive) from Pittsburgh-Dallas (5.2 hrs.@50%) | 2.6 |
| 9/18/2009 | Telephone conference with Ted Freedman | 0.1 |
| 9/21/2009 | Emails from counsel re post-trial scheduling order | 0.1 |
| 9/21/2009 | Draft CNO for 12th Monthly Fee Application | 0.2 |
| 9/21/2009 | Review Libby Claimants' Designation of Record and Statement of Issues on Appeal | 0.1 |
| 9/21/2009 | Review CNOs re Allstate, Scotts Co. and LMI settlement motions | 0.1 |
| 9/21/2009 | Review Monthly Operating Report | 0.4 |
| 9/21/2009 | Review Property Damage Settlements with Hyatt Corp., FF Thompson Center, Olympus 555 Properties, Gulf Atlantic Properties and Burgdoff Building | 0.3 |
| 9/22/2009 | Review motion to establish a defined benefit plan | 0.3 |
| 9/22/2009 | Review stipulation re Libby claimant balloting | 0.1 |
| 9/22/2009 | Review Order requiring redaction of trial transcript of 9-11-09 | 0.2 |
| 9/22/2009 | Review Arrowood counter-designations in Libby and BNSF appeals from settlement order | 0.2 |
| 9/22/2009 | Review stipulation resolving BNSF POC's re EPA sites | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 9/22/2009 | Motion for sale of 5% of Advanced Refining Technologies | 0.4 |
| 9/22/2009 | Review Agenda for Sept. 29 telephonic Omnibus hearing | 0.1 |
| 9/22/2009 | Review Stipulation resolving Arrowood motion to strike libby claimants' deposition designations | 0.1 |
| 9/22/2009 | Review CoC re 32nd quarterly fee applications | 0.1 |
| 9/22/2009 | Review project category fee summaries through 32nd quarter | 0.2 |
| 9/23/2009 | Review 9-14 deposition of Pam Zilly | 1.0 |
| 9/23/2009 | Email to debtors' counsel re Aetna settlement motion and drafting proposed changes to PD Trust Agreement | 1.5 |
| 9/23/2009 | Review Court order approving stipulation resolving Arrowood motion to strike re libby claimant deposition testimony | 0.1 |
| 9/24/2009 | Email from client re Aetna motion | 0.1 |
| 9/24/2009 | Email from J. Baer re proposed procedures for admission of exhbits and deposition excerpts | 0.2 |
| 9/26/2009 | Emails to and from T. Freedman re PD Trust Agreement and Aetna settlement | 0.1 |
| 9/28/2009 | Telephone call from E. Westbrook | 0.1 |
| 9/29/2009 | Review Certification of counsel re 2010 Omnibus hearing dates | 0.2 |
| 9/29/2009 | Review Order approving 32nd Quarterly fee application | 0.1 |
| 9/29/2009 | Attend telephonic omnibus hearing | 0.8 |
| 9/29/2009 | Review Orders approving settlements with LMI and Allstate and stipulation approving St. Paul claims | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 9/29/2009 | Review Order setting hearing on motions relating to Anderson Memorial Hospital | 0.1 |
| 9/29/2009 | Telephone conference with Ted Freedman re PD issues | 0.2 |
| 9/29/2009 | Review and analysis of proposed Finke stipulation re PD claims | 1.0 |
| 9/30/2009 | Review Master Exhibit List and email to debtors' counsel re same | 1.0 |
| 9/30/2009 | Review Anderson Memorial reply in support of motion to compel | 0.8 |
| 9/30/2009 | Review Debtors' motion in limine re testimony of G. Solomons and motion to shorten re same | 0.3 |
| 9/30/2009 | Review proposed stipulation re Ordway deposition excerpts | 0.1 |
| 9/30/2009 | Review proposed stipulation re Plan Proponents' exhibits | 0.2 |
| 9/30/2009 | Review District Court opinion re expunged California claims | 0.6 |
| 9/30/2009 | Conference with Debtors' counsel and PI FCR counsel re Travelers settlement issues | 0.4 |
| 9/30/2009 | Emails to counsel re proposed Finke stipulation | 0.1 |
| 9/30/2009 | Review Arrowood objection to Libby offer of proof re T. Spear | 0.1 |
| 9/30/2009 | Email from debtors' counsel re extension of response date re Travelers settlement motion | 0.1 |
| 9/30/2009 | Review stipulation to admission of Arrowood trial exhibits | 0.1 |

Total: 135.8 hours @ $600.00/hour = $81,480.00

Expenses:   Detail on Exhibit 1– $6,064.05

**Total Fees and Expenses Due:    $87,544.05**

EXPENSES FOR SEPTEMBER 2009                                                                                          EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 8/31/2009 | RT Coach Airfare Dallas - NYC | $369.20 |
| 8/31/2009 | Taxi from Airport | $31.18 |
| 8/31/2009 | Dinner | $20.40 |
| 9/1/2009 | Breakfast | $5.99 |
| 9/1/2009 | Lunch | $27.00 |
| 9/1/2009 | Dinner | $53.00 |
| 9/1/2009 | NYC Transit | $5.00 |
| 9/1/2009 | Hotel (2 nights) | $713.88 |
| 9/1/2009 | Hotel tips | $10.00 |
| 9/2/2009 | Taxi to Airport | $31.57 |
| 9/2/2009 | Dinner | $10.00 |
| 9/2/2009 | DFW Airport Parking | $34.00 |
| 9/2/2009 | Deposition telephone charges (Frezza Deposition) | $100.00 |
| 9/4/2009 | Copies | $151.03 |
| 9/7/2009 | Copies | $26.30 |
| 9/7/2009 | RT Coach Airfare Dallas - Pittsburgh | $461.20 |
| 9/7/2009 | Taxi from Airport | $46.24 |
| 9/8/2009 | Lunch | $10.50 |
| 9/9/2009 | Lunch | $9.50 |
| 9/10/2009 | Lunch (ABR and Judge A. Sanders) | $44.00 |
| 9/11/2009 | Lunch (ABR, A. Sanders & M. Kramer (PD Committee counsel)) | $48.00 |
| 9/10/2009 | Dinner | $55.00 |
| 9/11/2009 | Taxi to Airport | $42.35 |
| 9/11/2009 | Dinner | $6.69 |
| 9/11/2009 | Hotel tips | $5.00 |
| 9/11/2009 | Hotel (4 nights) | $1,150.08 |
| 9/11/2009 | DFW Airport Parking | $71.00 |
| 9/13/2009 | RT Coach Airfare Dallas - Pittsburgh and change/stand-by fees | $849.20 |
| 9/13/2009 | DFW Airport Transportation | $55.00 |
| 9/14/2009 | Lunch (ABR, A. Sanders, M. Kramer (PD Committee counsel) and D. Scott (ZAI Special Counsel)) | $69.00 |
| 9/14/2009 | Dinner (ABR, A. Sanders) | $103.00 |
| 9/15/2009 | copying | $1.88 |
| 9/15/2009 | Lunch (ABR, A. Sanders, M. Kramer (PD Committee counsel) and D. Scott (ZAI Special Counsel)) | $72.00 |
| 9/16/2009 | Breakfast | $2.34 |
| 9/17/2009 | Hotel (4 nights) | $1,252.83 |
| 9/17/2009 | Hotel tips | $5.00 |
| 9/17/2009 | Taxi to Airport | $41.69 |
| 9/17/2009 | Airport Transportation from DFW | $74.00 |
| | TOTAL EXPENSES | $6,064.05 |