IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
AUGUST 1, 2009 THROUGH AUGUST 31, 2009

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Russell Field)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co.  
Attn: Lydia Duff, Esq.  
Division Counsel  
7500 Grace Drive  
Columbia, MD  21044  

September 22, 2009  
Client/Matter #   01246-014015  
Invoice # 131195  
Federal ID# 52-1247549  

For Legal Services Rendered Through 08/31/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Russell Field</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 08/17/09 | P. Marks | 0.50 | Review emails; respond to same and check status. |
| 08/25/09 | P. Marks | 0.30 | Follow-up re signature documents and inquiries; emails re same. |
| 08/26/09 | P. Marks | 0.40 | Follow-up re signature documents; emails and telephone conferences re same. |

Total Hours :          1.20

Total Fees :        $504.00

BEVERIDGE & DIAMOND, P.C.                                       INVOICE #   131195
                                                                September 22, 2009
                                                                PAGE   2

**Disbursements:**

    Long Distance Telephone                        0.40
    Duplicating                                            5.40

                                    **Total Disbursements :**                **$5.80**

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.20 | $420.00 | $504.00 |

|  |  |  |
|---|---|---|
|  | **Total Fees :** | **$504.00** |
|  | **Total Disbursements :** | **$5.80** |
|  | **TOTAL DUE :** | **$509.80** |

# EXHIBIT B

**(General Regulatory/Compliance Issues)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                              September 22, 2009
Attn: Lydia B. Duff, Esq.                             Client/Matter #   01246-012100
7500 Grace Drive                                      Invoice # 131193
Columbia, MD  21044                                   Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

<u>General Regulatory/Compliance Issues</u>

| | | | |
|---|---|---|---|
| 08/14/09 | L. McAfee | 0.20 | Emails with client re upcoming plant meeting. |
| 08/17/09 | L. McAfee | 0.50 | Telephone conference with P. Marks. L. Duff. |
| 08/17/09 | P. Marks | 0.50 | Prepare for and conduct L. Duff and L. McAfee re air background issues in support of Curtis Bay transition in staffing. |

                                          **Total Hours :**            1.20

                                          **Total Fees :**           $521.50

BEVERIDGE & DIAMOND, P.C.                                              INVOICE #  131193
                                                                       September 22, 2009
                                                                       PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 0.70 | $445.00 | $311.50 |
| P. Marks | 0.50 | $420.00 | $210.00 |
|  |  | **Total Fees :** | **$521.50** |
|  |  | **TOTAL DUE :** | **$521.50** |

# EXHIBIT C

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

September 22, 2009  
Client/Matter #  01246-011548  
Invoice # 131192  
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**       BEVERIDGE & DIAMOND, P.C.
                                    SUITE 700
                                    1350 I STREET, N.W.
                                    WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 08/19/09 | P. Marks | 1.90 | Review and evaluate recent studies and draft PRAP for RWDA remedy; prepare suggestions re same. |
| 08/24/09 | P. Marks | 0.40 | Review meeting agenda and provide comments re public relations. |

**Total Hours :**   2.30

**Total Fees :**   $966.00

BEVERIDGE & DIAMOND, P.C.                                        INVOICE #  131192
                                                                 September 22, 2009
                                                                 PAGE   2

**Time Summary:**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|--------------|-----------------|-------------|
| P. Marks     | 2.30         | $420.00         | $966.00     |

|  | **Total Fees :** | **$966.00** |
|--|------------------|-------------|
|  | **TOTAL DUE :**  | **$966.00** |