# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 23, 2009 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF OCTOBER 1, 2008 THROUGH
OCTOBER 31, 2008**

---

[1]  The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $1,441.96 |
| Color Copies | $ - |
| **Total** | **$ 1,441.96** |

Holme Roberts & Owen LLP

November 12, 2008

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 824342 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/01/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: MW96193; Monthly Storage | $ | 244.88 |
| 10/17/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: NG11063; Monthly Storage | | 1,197.08 |
| | | **Total Disbursements:** | $ | **1,441.96** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 1,441.96 |
| **Total Disbursements:** | $ | **1,441.96** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$   219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | | *Outstanding Balance on Invoice 679369:* | *$    70.34* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | October | Total  Comp |
|------|----------|-------------|---------|-------------|
| Flaagan, Elizabeth K. | Partner | $    400.00 | 1.7 | $680.00 |
| Sherman, Joan | Paralegal | $    185.00 | 1.9 | $    351.50 |
| Haag, Susan | Paralegal | $    175.00 | 2.8 | $    490.00 |
|  |  |  |  |  |
| Total |  |  | 6.40 | $    1,521.50 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $2.40 |
| Facsimiles | $      - |
| Long Distance Telephone | |
| Federal Express | |
| Outside Courier | |
| Lexis | |
| Consulting Fee | $      - |
| Postage | $      - |
| Research Services | $      - |
| Professional Services | |
| Total | $    2.40 |

Holme Roberts & Owen LLP

November 12, 2008

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 824342 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/14/08 | EKF | Review and revise September 2008 prebills/invoices for compliance with US Trustee Guidelines (.6). | 0.60 | $ 240.00 |
| 10/15/08 | SH | Draft January monthly fee application. | 0.60 | 105.00 |
| 10/15/08 | SH | Draft February monthly fee application. | 0.50 | 87.50 |
| 10/15/08 | SH | Draft March monthly fee application. | 0.50 | 87.50 |
| 10/17/08 | EKF | Review and revise January, February and March 2008. | 0.50 | 200.00 |
| 10/17/08 | SH | Revise January fee application. | 0.20 | 35.00 |
| 10/22/08 | SH | Draft 28th interim fee application. | 1.00 | 175.00 |
| 10/23/08 | EKF | Review and revise Twenty-Eighth Quarterly Fee Application (.6). | 0.60 | 240.00 |
| 10/23/08 | JLS | Research re ZAI sales in certain states. | 1.90 | 351.50 |

|  | | **Total Fees Through October 31, 2008:** | **6.40** | **$  1,521.50** |
|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 1.70 | $ 680.00 |
| JLS | Joan L. Sherman | Paralegal | 185.00 | 1.90 | 351.50 |
| SH | Susan Haag | Paralegal | 175.00 | 2.80 | 490.00 |

|  | | **Total Fees:** | | **6.40** | **$  1,521.50** |
|---|---|---|---|---|---|

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/17/08 | 1 | Document Reproduction | $ | 0.15 |
| 10/23/08 | 15 | Document Reproduction | | 2.25 |

|  | | **Total Disbursements:** | **$** | **2.40** |
|---|---|---|---|---|

Holme Roberts & Owen LLP

November 12, 2008

W.R. Grace

Page          11
Invoice No.:   824342
Client  No.:    04339
Matter No.:    00390

## Disbursement Summary

| Document Reproduction | $ | 2.40 |
|---|---|---|
| **Total Disbursements:** | **$** | **2.40** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 777735 | 08/22/07 | Bill | 842.85 |
| | 08/13/08 | Cash Receipt | -8.44 |
| | | *Outstanding Balance on Invoice 777735:* | *$ 834.41* |
| 781878 | 09/19/07 | Bill | 966.40 |
| | | *Outstanding Balance on Invoice 781878:* | *$ 966.40* |
| 784722 | 10/10/07 | Bill | 919.43 |
| | 11/05/08 | Cash Receipt | -919.43 |
| | | *Outstanding Balance on Invoice 784722:* | *$ 0.00* |
| 786376 | 11/07/07 | Bill | 815.55 |
| | 11/05/08 | Cash Receipt | -100.00 |
| | | *Outstanding Balance on Invoice 786376:* | *$ 0.00* |
| 790204 | 12/12/07 | Bill | 1,591.36 |
| | 11/05/08 | Cash Receipt | -115.20 |
| | | *Outstanding Balance on Invoice 790204:* | *$ 0.00* |
| 792782 | 01/10/08 | Bill | 1,268.68 |
| | | *Outstanding Balance on Invoice 792782:* | *$ 1,268.68* |
| 795949 | 02/13/08 | Bill | 637.17 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $          - |
| Photocopies | $          - |
| Facsimile | $          - |
| Long Distance Telephone | $          - |
| Federal Express | $          - |
| Outside Courier | $          - |
| Lexis | $          - |
| Travel Expense | $          - |
| Other Expense | $521.85 |
| Color Photocopies | $          - |
| Tab Stock | $          - |
| Velo Binding | $          - |
| **Total** | $      521.85 |

Holme Roberts & Owen LLP

November 12, 2008

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 824342 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/26/08 | | Outside Reproduction: VENDOR: DTI CORPORATION; INVOICE#: 422252; Outside Reproduction | $ | 521.85 |
| | | **Total Disbursements:** | $ | **521.85** |

### Disbursement Summary

| | | |
|---|---|---|
| Outside Reproduction | $ | 521.85 |
| **Total Disbursements:** | $ | **521.85** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 777735 | 08/22/07 | Bill | | 215.87 |
| | | *Outstanding Balance on Invoice 777735:* | *$* | *215.87* |
| | | **Total Outstanding Invoices:** | $ | **215.87** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | **0.00** |
| **Current Fees and Disbursements** | $ | **521.85** |
| **Total Balance Due This Matter** | $ | **737.72** |