# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) <br> ) Jointly Administered |
| Debtors. | ) Related to Docket No. 23131 |

## AFFIDAVIT OF SERVICE

Stephanie L. Foster being duly sworn according to law, deposes and says that she is employed by the law firm of Stevens & Lee, P.C., and that on September 3, 2009 she caused true and correct copies of the *Fireman's Fund Insurance Company's Protective Motion To Shorten Time For Responses To, And Hearing On, Its Motion For Relief From The Automatic Stay To Allow Completion Of Debtors' State Court Appeal From The Edwards Judgment And For Related Relief* (Docket No. 23131) to be served upon the parties set forth on the attached service list in the manner indicated.

_____
Stephanie L. Foster

Sworn to and subscribed before
me on this 30th day of September 2009

_____
Maria Aprile Sawczuk (I.D. 3320)
Delaware Attorney at Law

SL1 951072v1/021630.00003

## SERVICE LIST

| | |
|---|---|
| aaronsona@pepperlaw.com | ei@capdale.com |
| acordo@mnat.com | eileen.mccabe@mendes.com |
| acraig@cuyler.com | elongosz@eckertseamans.com |
| akelley@dilworthlaw.com | emdecristofaro@FMEW.com |
| akrieger@stroock.com | erosenthal@rmgglaw.com |
| alexander.mueller@mendes.com | ewestbrook@rpwb.com |
| anna.newsom@mendes.com | ewolfe@skfdelaware.com |
| arich@alanrichlaw.com | fmonaco@wcsr.com |
| arosenberg@paulweiss.com | fournierd@pepperlaw.com |
| arunning@kirkland.com | FRosner@mrs-law.com |
| belias@omm.com | gcalhoun@steptoe.com |
| bharding@kirkland.com | ghorowitz@kramerlevin.com |
| bmukherjee@goodwinprocter.com | gibbonsj@whiteandwilliams.com |
| bsb@capdale.com | gmcdaniel@bglawde.com |
| bsb@capdale.com | green@lrclaw.com |
| bstansbury@kirkland.com | Greg.Stclair@skadden.com |
| butcher@lrclaw.com | gsvirsky@omm.com |
| candon@cwg11.com | heather.bloom@kirkland.com |
| carignanj@pepperlaw.com | hertzbergr@pepperlaw.com |
| carl.pernicone@wilsonelser.com | hriedel@srbp.com |
| carolina.acevedo@mendes.com | ilevee@lowenstein.com |
| casarinom@whiteandwilliams.com | IRosenberg@cozen.com |
| caseyl@pepperlaw.com | jal@capdale.com |
| Catherine.chen@wilsonelser.com | jal@capdale.com |
| cbruens@kirkland.com | james.freeman2@usdoj.gov |
| cgreco@kirkland.com | jbaer@jsbpc.com |
| cohn@cwg11.com | jcohn@cozen.com |
| collins@rlf.com | jcp@pgslaw.com |
| cprince@sonnenschein.com | jcutler@orrick.com |
| david.boutrous@kirkland.com | jeff.friedman@kattenlaw.com |
| david.klauder@usdoj.gov | jeffrey.boerger@dbr.com |
| david.primack@dbr.com | jguy@orrick.com |
| david.turetsky@skadden.com | jk@kttlaw.com |
| dbernick@kirkland.com | jmeltzer@sbtklaw.com |
| dblabey@kramerlevin.com | john.mcfarland@grace.com |
| dfelder@orrick.com | joneill@pszjlaw.com |
| dglosband@goodwinprocter.com | jpruggeri@hhlaw.com |
| dmannal@kramerlevin.com | jpw@capdale.com |
| Dpastor@Gilmanpastor.com | jpw@capdale.com |
| drosenbloom@mwe.com | jsakalo@bilzin.com |
| drosendorf@kttlaw.com | jsottile@zuckerman.com |
| dsilver@mccarter.com | jspadaro@johnsheehanspadaro.com |
| dspeights@speightsrunyan.com | jwaxman@morrisjames.com |
| ealcabes@stblaw.com | jwisler@cblh.com |
| kandestin@rlf.com | pkoepff@omm.com |

| | |
|---|---|
| karen.f.lee@kirkland.com | pmahaley@orrick.com |
| kbornstein@sbtklaw.com | ppantaleo@stblaw.com |
| klove@kirkland.com | pvnl@capdale.com |
| kmakowski@pszjlaw.com | ramos@rlf.com |
| kmangan@wcsr.com | rdehney@mnat.com |
| kmayer@mccarter.com | Reynolds@rlf.com |
| kmiller@skfdelaware.com | rfrankel@orrick.com |
| korr@orrick.com | rguttmann@zeklaw.com |
| kpasquale@stroock.com | rhorkovich@andersonkill.com |
| landis@lrclaw.com | richard.finke@grace.com |
| lepley@crowell.com | rifft@wileyrein.com |
| lesayian@kirkland.com | rjsidman@vorys.com |
| lkruger@stroock.com | rmillner@sonnenschein.com |
| loberholzer@pszjlaw.com | rriley@duanemorris.com |
| locasaleg@whiteandwilliams.com | rwyron@orrick.com |
| Madigan.andrea@epa.gov | sbaena@bilzin.com |
| madron@rlf.com | scalogero@cuyler.com |
| mark.shelnitz@grace.com | sfreedman@dilworthlaw.com |
| maward@wcsr.com | speirce@fulbright.com |
| mdavis@zeklaw.com | SSchindlerWilliams@kramerlevin.com |
| mdavis@zeklaw.com | sshimshak@paulweiss.com |
| meltzere@pepperlaw.com | stearn@rlf.com |
| merritt.pardini@kattenlaw.com | swspencer@FMEW.com |
| meskin@camlev.com | tcairns@pszjlaw.com |
| metkin@lowenstein.com | tcurrier@saul.com |
| mgiannotto@goodwinprocter.com | tfreedman@kirkland.com |
| mhurford@camlev.com | tgerber@fulbright.com |
| michael.brown@dbr.com | tgerber@fulbright.com |
| mjoseph@ferryjoseph.com | thomas.quinn@mendes.com |
| mkramer@bilzin.com | tmacauley@zuckerman.com |
| mlastowski@duanemorris.com | tmessana@mws-law.com |
| mphillips@cblh.com | toolee@pepperlaw.com |
| mphillips@paulweiss.com | travis.langenkamp@kirkland.com |
| mpiropato@stblaw.com | tschiavoni@omm.com |
| mplevin@crowell.com | tscobb@vorys.com |
| mshiner@tuckerlaw.com | ttacconelli@ferryjoseph.com |
| mumford@lrclaw.com | ustpregion03.wl.ecf@usdoj.gov |
| mwallace@orrick.com | vguldi@zuckerman.com |
| mweis@dilworthlaw.com | warren.pratt@dbr.com |
| nancy.manzer@wilmer.com | wbs@capdale.com |
| ndf@capdale.com | wbs@capdale.com |
| noah.heller@kattenlaw.com | wrussell@stblaw.com |
| pbentley@kramerlevin.com | wshelley@cozen.com |
| pcuniff@pszjlaw.com | yoderj@whiteandwilliams.com |
| young@wildman.com | |
| gcellarosi@eckertseamans.com | |
| mjohnston@eckertseamans.com | |