IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related to Docket No. 23195** |

### AFFIDAVIT OF SERVICE

Stephanie L. Foster being duly sworn according to law, deposes and says that she is employed by the law firm of Stevens & Lee, P.C., and that on September 8, 2009 she caused true and correct copies of the *Stipulation Of Facts Regarding Fireman's Fund Insurance Company's Phase II "Surety Claim"-Related Objections To Confirmation Of The First Amended Joint Plan Of Reorganization* (DI 23195). to be served upon the parties set forth on the attached service list in the manner indicated.

Stephanie L. Foster

Sworn to and subscribed before
me on this 30th day of September 2009

Maria Aprile Sawczuk (I.D. 3320)
Delaware Attorney at Law

SL1 951080v1/021630.00003

## SERVICE LIST

| | |
|---|---|
| aaronsona@pepperlaw.com | ei@capdale.com |
| acordo@mnat.com | eileen.mccabe@mendes.com |
| acraig@cuyler.com | elongosz@eckertseamans.com |
| akelley@dilworthlaw.com | emdecristofaro@FMEW.com |
| akrieger@stroock.com | erosenthal@rmgglaw.com |
| alexander.mueller@mendes.com | ewestbrook@rpwb.com |
| anna.newsom@mendes.com | ewolfe@skfdelaware.com |
| arich@alanrichlaw.com | fmonaco@wcsr.com |
| arosenberg@paulweiss.com | fournierd@pepperlaw.com |
| arunning@kirkland.com | FRosner@mrs-law.com |
| belias@omm.com | gcalhoun@steptoe.com |
| bharding@kirkland.com | ghorowitz@kramerlevin.com |
| bmukherjee@goodwinprocter.com | gibbonsj@whiteandwilliams.com |
| bsb@capdale.com | gmcdaniel@bglawde.com |
| bsb@capdale.com | green@lrclaw.com |
| bstansbury@kirkland.com | Greg.Stclair@skadden.com |
| butcher@lrclaw.com | gsvirsky@omm.com |
| candon@cwg11.com | heather.bloom@kirkland.com |
| carignanj@pepperlaw.com | hertzbergr@pepperlaw.com |
| carl.pernicone@wilsonelser.com | hriedel@srbp.com |
| carolina.acevedo@mendes.com | ilevee@lowenstein.com |
| casarinom@whiteandwilliams.com | IRosenberg@cozen.com |
| caseyl@pepperlaw.com | jal@capdale.com |
| Catherine.chen@wilsonelser.com | jal@capdale.com |
| cbruens@kirkland.com | james.freeman2@usdoj.gov |
| cgreco@kirkland.com | jbaer@jsbpc.com |
| cohn@cwg11.com | jcohn@cozen.com |
| collins@rlf.com | jcp@pgslaw.com |
| cprince@sonnenschein.com | jcutler@orrick.com |
| david.boutrous@kirkland.com | jeff.friedman@kattenlaw.com |
| david.klauder@usdoj.gov | jeffrey.boerger@dbr.com |
| david.primack@dbr.com | jguy@orrick.com |
| david.turetsky@skadden.com | jk@kttlaw.com |
| dbernick@kirkland.com | jmeltzer@sbtklaw.com |
| dblabey@kramerlevin.com | john.mcfarland@grace.com |
| dfelder@orrick.com | joneill@pszjlaw.com |
| dglosband@goodwinprocter.com | jpruggeri@hhlaw.com |
| dmannal@kramerlevin.com | jpw@capdale.com |
| Dpastor@Gilmanpastor.com | jpw@capdale.com |
| drosenbloom@mwe.com | jsakalo@bilzin.com |
| drosendorf@kttlaw.com | jsottile@zuckerman.com |
| dsilver@mccarter.com | jspadaro@johnsheehanspadaro.com |
| dspeights@speightsrunyan.com | jwaxman@morrisjames.com |
| ealcabes@stblaw.com | jwisler@cblh.com |
| kandestin@rlf.com | pkoepff@omm.com |

SL1 951080v1/021630.00003

| | |
|---|---|
| karen.f.lee@kirkland.com | pmahaley@orrick.com |
| kbornstein@sbtklaw.com | ppantaleo@stblaw.com |
| klove@kirkland.com | pvnl@capdale.com |
| kmakowski@pszjlaw.com | ramos@rlf.com |
| kmangan@wcsr.com | rdehney@mnat.com |
| kmayer@mccarter.com | Reynolds@rlf.com |
| kmiller@skfdelaware.com | rfrankel@orrick.com |
| korr@orrick.com | rguttmann@zeklaw.com |
| kpasquale@stroock.com | rhorkovich@andersonkill.com |
| landis@lrclaw.com | richard.finke@grace.com |
| lepley@crowell.com | rifft@wileyrein.com |
| lesayian@kirkland.com | rjsidman@vorys.com |
| lkruger@stroock.com | rmillner@sonnenschein.com |
| loberholzer@pszjlaw.com | rriley@duanemorris.com |
| locasaleg@whiteandwilliams.com | rwyron@orrick.com |
| Madigan.andrea@epa.gov | sbaena@bilzin.com |
| madron@rlf.com | scalogero@cuyler.com |
| mark.shelnitz@grace.com | sfreedman@dilworthlaw.com |
| maward@wcsr.com | speirce@fulbright.com |
| mdavis@zeklaw.com | SSchindlerWilliams@kramerlevin.com |
| mdavis@zeklaw.com | sshimshak@paulweiss.com |
| meltzere@pepperlaw.com | stearn@rlf.com |
| merritt.pardini@kattenlaw.com | swspencer@FMEW.com |
| meskin@camlev.com | tcairns@pszjlaw.com |
| metkin@lowenstein.com | tcurrier@saul.com |
| mgiannotto@goodwinprocter.com | tfreedman@kirkland.com |
| mhurford@camlev.com | tgerber@fulbright.com |
| michael.brown@dbr.com | tgerber@fulbright.com |
| mjoseph@ferryjoseph.com | thomas.quinn@mendes.com |
| mkramer@bilzin.com | tmacauley@zuckerman.com |
| mlastowski@duanemorris.com | tmessana@mws-law.com |
| mphillips@cblh.com | toolee@pepperlaw.com |
| mphillips@paulweiss.com | travis.langenkamp@kirkland.com |
| mpiropato@stblaw.com | tschiavoni@omm.com |
| mplevin@crowell.com | tscobb@vorys.com |
| mshiner@tuckerlaw.com | ttacconelli@ferryjoseph.com |
| mumford@lrclaw.com | ustpregion03.wl.ecf@usdoj.gov |
| mwallace@orrick.com | vguldi@zuckerman.com |
| mweis@dilworthlaw.com | warren.pratt@dbr.com |
| nancy.manzer@wilmer.com | wbs@capdale.com |
| ndf@capdale.com | wbs@capdale.com |
| noah.heller@kattenlaw.com | wrussell@stblaw.com |
| pbentley@kramerlevin.com | wshelley@cozen.com |
| pcuniff@pszjlaw.com | yoderj@whiteandwilliams.com |
| young@wildman.com | |
| gcellarosi@eckertseamans.com | |
| mjohnston@eckertseamans.com | |