IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | Re: Docket No. 23259 |

### ANDERSON MEMORIAL HOSPITAL'S RESPONSE TO DEBTORS' MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF WILLIAM M. EWING

Anderson Memorial Hospital ("Anderson") hereby responds to the Debtors' Motion in Limine to Preclude the Testimony of Anderson Memorial's Witness William M. Ewing as follows:

Anderson retained the services of William M. Ewing in anticipation that the Plan Proponents would attempt to quantify their traditional property damage liability for feasibility purposes. Despite diligent efforts, including depositions of all the Plan Proponents' feasibility witnesses, no one has provided this evidence to date.[1] Obviously, Anderson cannot provide an expert report in response to non-existent evidence. If the Plan Proponents do not present such evidence, Anderson will not call Mr. Ewing as a witness.

DATED: October 2, 2009

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:       loizides@loizides.com

---

[1] Anderson's discovery efforts are set forth in its Reply to Debtors' Opposition to Anderson's Motion to Compel (DI 23371).

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:     (803) 943-4599

- and -

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:    (305) 372-1800
Facsimile:     (305) 372-3508

*Counsel for Anderson Memorial Hospital*