# EXHIBIT A

## W.R. Grace

**PJC Time Records**

**August-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Cloncs | 8/3/2009 | 1.0 | Case Administration | Review court docket |
| Jason Solganick | 8/3/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/4/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/5/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/6/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 8/6/2009 | 2.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 8/7/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 8/7/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 8/7/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 8/7/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/7/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 8/7/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 8/10/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 8/10/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 8/10/2009 | 1.0 | Business Operations | Review of objections to Libby claimants |
| Pei Huang | 8/10/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 8/10/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 8/11/2009 | 2.0 | Business Operations | Review of expert reports and briefs |
| Desiree Davis | 8/11/2009 | 2.0 | Business Operations | Review of expert reports and briefs |
| Jason Solganick | 8/11/2009 | 4.0 | Business Operations | Review of expert reports and briefs |
| Jason Solganick | 8/11/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 8/11/2009 | 2.0 | Business Operations | Review of expert reports and briefs |
| Pei Huang | 8/11/2009 | 1.5 | Business Operations | Review of objections to Libby claimants |
| Pei Huang | 8/11/2009 | 2.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 8/12/2009 | 2.0 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Bryan Cloncs | 8/12/2009 | 2.5 | Business Operations | Review of phase II briefs |
| Bryan Cloncs | 8/12/2009 | 1.0 | Case Administration | Review court docket |
| Desiree Davis | 8/12/2009 | 2.5 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Desiree Davis | 8/12/2009 | 2.5 | Business Operations | Review of phase II briefs |
| Jason Solganick | 8/12/2009 | 2.5 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Jason Solganick | 8/12/2009 | 3.0 | Business Operations | Review of phase II briefs |
| Jason Solganick | 8/12/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 8/12/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 8/12/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 8/13/2009 | 2.5 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Bryan Cloncs | 8/13/2009 | 2.5 | Financial Analysis | Settlement analysis |
| Desiree Davis | 8/13/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 8/13/2009 | 2.0 | Financial Analysis | Review of settlement analysis |
| Jason Solganick | 8/13/2009 | 1.0 | Business Operations | Call and analysis re: insurance settlements |

# EXHIBIT A

## W.R. Grace

### PJC Time Records

**August-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 8/13/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/13/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 8/13/2009 | 1.0 | Financial Analysis | Review of settlement analysis |
| Pei Huang | 8/13/2009 | 5.0 | Financial Analysis | Settlement analysis |
| Bryan Cloncs | 8/14/2009 | 0.5 | Business Operations | Call re: potential divestiture of GCP's firestopping and abatement business |
| Bryan Cloncs | 8/14/2009 | 1.5 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Bryan Cloncs | 8/14/2009 | 1.0 | Case Administration | Review court docket |
| Desiree Davis | 8/14/2009 | 0.5 | Business Operations | Call re: potential divestiture of GCP's firestopping and abatement business |
| Desiree Davis | 8/14/2009 | 1.0 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Jason Solganick | 8/14/2009 | 0.5 | Business Operations | Call re: potential divestiture of GCP's firestopping and abatement business |
| Jason Solganick | 8/14/2009 | 1.0 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Jason Solganick | 8/14/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 8/14/2009 | 0.5 | Business Operations | Call re: potential divestiture of GCP's firestopping and abatement business |
| Pei Huang | 8/14/2009 | 0.5 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 8/17/2009 | 1.5 | Case Administration | Review court docket |
| Desiree Davis | 8/17/2009 | 3.0 | Financial Analysis | Review of comparable companies and related analyses |
| Jason Solganick | 8/17/2009 | 2.0 | Business Operations | Financial analysis re: expert reports |
| Jason Solganick | 8/17/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/17/2009 | 1.0 | Financial Analysis | Review of comparable companies and related analyses |
| Pei Huang | 8/17/2009 | 3.0 | Case Administration | Review court docket |
| Jason Solganick | 8/18/2009 | 0.5 | Business Operations | Call re: expert reports |
| Jason Solganick | 8/18/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/19/2009 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 8/20/2009 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Jason Solganick | 8/20/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/20/2009 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Pei Huang | 8/20/2009 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Jason Solganick | 8/21/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/24/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 8/25/2009 | 1.5 | Case Administration | Review court docket |
| Jason Solganick | 8/25/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 8/26/2009 | 2.5 | Case Administration | Review court docket |
| Desiree Davis | 8/26/2009 | 2.5 | Case Administration | Review court docket |
| Jason Solganick | 8/26/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/27/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 8/28/2009 | 1.5 | Case Administration | Review court docket |
| Jason Solganick | 8/28/2009 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 8/31/2009 | 0.2 | Case Administration | Review court docket |