# EXHIBIT B

**W.R. Grace**
**Detail of expenses (August 1, 2009 – August 31, 2009)**

**TOTAL EXPENSES:**                                           **$ 0.00**