IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., <u>et al.</u>, ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Date: October 22, 2009 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**EIGHTEENTH MONTHLY INTERIM APPLICATION OF TRE ANGELI LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>AUGUST 1, 2009 THROUGH AUGUST 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | July 29, 2008, *nunc pro tunc* to March 3, 2008 |
| Period for which compensation and reimbursement is sought: | August 1, 2009 – August 31, 2009 |
| 100% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $32,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $69.67 |

This is a   __x__ monthly         ___ interim         ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### August 1-31, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | 57.0 | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Communication                                                             $ 69.67

**TOTAL Out-of-Pocket Expenses:**                                         **$ 69.67**


        Respectfully submitted,

        TRE ANGELI LLC

        By:/S/ JOSEPH J. RADECKI, JR.
           Joseph J. Radecki, Jr.
           Connecticut Business Centers
           Six Landmark Square, Suite 415
           Stamford, CT 06901
           (203) 359-5646
           Financial Advisor to David T. Austern
           Asbestos PI Future Claimants' Representative

Dated: October 1, 2009

---

[1] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.