# EXHIBIT A

**WR Grace**
**August 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Review docket | 0.7 |
| Tue 4 | Review docket | 1.0 |
| Wed 5 | Comm w/OHS (KO) re Zilly, Frezza | 0.4 |
| | Analyze Zilly feasibility report | 1.0 |
| | Analyze Frezza report re solvency | 2.5 |
| Thu 6 | Review docket | 0.8 |
| Sun 9 | Review docket | 2.0 |
| Tue 11 | Comm w/OHS (KO) re Frezza report | 0.3 |
| Wed 12 | Review docket | 0.5 |
| Thu 13 | Divestiture report | 2.6 |
| Fri 14 | Financial updates re grace filings | 2.3 |
| Sun 16 | Review docket | 4.1 |
| Mon 17 | Meeting w/PJC (JS) re all case issues | 2.2 |
| | Comm w/OHS re Zilly rebuttal | 0.8 |
| | Review docket | 1.0 |
| Tue 18 | Comm w/PJC (JS) re: reverse engineer Frezza | 1.9 |
| | Comm w/OHS (RW) re case issues | 0.6 |
| | Review docket | 1.1 |
| Wed 19 | Review docket | 2.1 |
| Thu 20 | Prep and attend Zilly dep | 8.0 |
| | Comm w/OHS (RW) re deps | 0.5 |
| | Travel | 3.2 |
| Fri 21 | Prep fee app | 2.1 |
| | Review docket | 1.8 |
| Mon 24 | Prep and attend omnibus hearing | 4.5 |
| | Review docket | 0.4 |
| Tue 25 | Comm w/OHS re PP feasibility | 0.7 |
| | Comm w/OHS (Dfu) re fee apps | 0.2 |
| | Review docket | 2.0 |
| Wed 26 | Review docket | 0.3 |
| Thu 27 | Review docket | 1.1 |
| Fri 28 | Review docket | 1.2 |
| Mon 31 | Review docket | 3.1 |
| | TOTAL TIME (hrs) | 57.0 |