# EXHIBIT B

**W.R. Grace**
**Detail of expenses (August 1, 2009 – August 31, 2009)**

Communication
Telephone $59.49
Express Mail $10.18
        **Total Communication:** **$ 69.67**

**TOTAL EXPENSES:** **$ 69.67**