# TAB A

Subject: W.R. Grace & Co., et al.; Case No. 01-01139
Date: Tuesday, September 15, 2009 11:54 PM
From: Diane Potts <dpotts@pszjlaw.com>
To: <lkruger@stroock.com>, <kpasquale@stroock.com>, <akrieger@stroock.com>, <mlastowski@duanemorris.com>, <rriley@duanemorris.com>, Scott Baena <sbaena@bilzin.com>, Jay Sakalo <JSakalo@bilzin.com>, Matthew Kramer <mkramer@bilzin.com>, Michael Joseph <mjoseph@ferryjoseph.com>, Ted Tacconelli <ttacconelli@ferryjoseph.com>, <david.klauder@usdoj.gov>, <ustpregion03.wl.ecf@usdoj.gov>, <noah.heller@kattenlaw.com>, <merritt.pardini@kattenlaw.com>, <jeff.friedman@kattenlaw.com>, <collins@rlf.com>, <madron@rlf.com>, <Reynolds@rlf.com>, <ramos@rlf.com>, <fournierd@pepperlaw.com>, <carignanj@pepperlaw.com>, <hertzbergr@pepperlaw.com>, <caseyl@pepperlaw.com>, <fmonaco@wcsr.com>, <kmangan@wcsr.com>, <maward@wcsr.com>, <metkin@lowenstein.com>, <ilevee@lowenstein.com>, <Dpastor@Gilmanpastor.com>, <jmeltzer@sbtklaw.com>, <kbornstein@sbtklaw.com>, <stearn@rlf.com>, <kandestin@rlf.com>, <rjsidman@vorys.com>, <tscobb@vorys.com>, <meltzere@pepperlaw.com>, <toolee@pepperlaw.com>, Adam Landis <landis@lrclaw.com>, <butcher@lrclaw.com>, <mumford@lrclaw.com>, <green@lrclaw.com>, <cohn@cwg11.com>, <candon@cwg11.com>, <kmiller@skfdelaware.com>, <ewolfe@skfdelaware.com>, <speirce@fulbright.com>, <tgerber@fulbright.com>, <jwisler@cblh.com>, <mphillips@cblh.com>, <elongosz@eckertseamans.com>, <lstover@eckertseamans.com>, <gcellarosi@eckertseamans.com>, <erosenthal@rmgglaw.com>, <dglosband@goodwinprocter.com>, <bmukherjee@goodwinprocter.com>, <mgiannotto@goodwinprocter.com>, <emdecristofaro@FMEW.com>, <swspencer@FMEW.com>, <rifft@wileyrein.com>, <casarinom@whiteandwilliams.com>, <gibbonsj@whiteandwilliams.com>, <locasaleg@whiteandwilliams.com>, <yoderj@whiteandwilliams.com>, <warren.pratt@dbr.com>, <david.primack@dbr.com>, <michael.brown@dbr.com>, <jeffrey.boerger@dbr.com>, <jdd@stevenslee.com>, <lpg@stevenslee.com>, <mes@stevenslee.com>, <sshimshak@paulweiss.com>, <arosenberg@paulweiss.com>, <mphillips@paulweiss.com>, <ppantaleo@stblaw.com>, <wrussell@stblaw.com>, <ealcabes@stblaw.com>, <wshelley@cozen.com>, <jcohn@cozen.com>, Garvan McDaniel <gmcdaniel@bglawde.com>, <carl.pernicone@wilsonelser.com>, <Catherine.chen@wilsonelser.com>, Alan Rich <arich@AlanRichLaw.com>, <david.turetsky@skadden.com>, <Greg.Stclair@skadden.com>, <pbentley@kramerlevin.com>, <dmannal@kramerlevin.com>, <gcalhoun@steptoe.com>, <acraig@cuyler.com>, <mdavis@zeklaw.com>, <dfelder@orrick.com>, Roger Frankel <rfrankel@orrick.com>, <mwallace@orrick.com>, <rwyron@orrick.com>, <jguy@orrick.com>, <korr@orrick.com>, "Richard. Finke" <Richard.Finke@grace.com>, <mark.shelnitz@grace.com>, <john.mcfarland@grace.com>, <james.freeman2@usdoj.gov>, <jal@capdale.com>, Peter Lockwood <PVNL@Capdale.com>, Nathan Finch <ndf@capdale.com>, Elihu Inselbuch <ei@capdale.com>, <jal@capdale.com>, <jpw@capdale.com>, <bsb@capdale.com>, <wbs@capdale.com>, <lepley@crowell.com>, <nancy.manzer@wilmer.com>, <Madigan.andrea@epa.gov>, <jpruggeri@hhlaw.com>, <drosenbloom@mwe.com>, <mhurford@camlev.com>, <meskin@camlev.com>, <belias@omm.com>, <tschiavoni@omm.com>, <gsvirsky@omm.com>, <pkoepff@omm.com>, <dbernick@kirkland.com>, Lisa Esayian <lesayian@kirkland.com>, <klove@kirkland.com>, <cgreco@kirkland.com>, <cbruens@kirkland.com>, <tfreedman@kirkland.com>, <bharding@kirkland.com>, <justin.brooks@kirkland.com>, James O'Neill <jo'neill@pszjlaw.com>, "Timothy P. Cairns" <tcairns@pszjlaw.com>, "Kathleen P. Makowski" <kmakowski@pszjlaw.com>, Patricia Cuniff <pcuniff@pszjlaw.com>, <tmacauley@zuckerman.com>, <vguldi@zuckerman.com>, <jsottile@zuckerman.com>, <rguttmann@zeklaw.com>, <mdavis@zeklaw.com>, <jspadaro@johnsheehanspadaro.com>, <alexander.mueller@mendes.com>, <thomas.quinn@mendes.com>, <eileen.mccabe@mendes.com>, <anna.newsom@mendes.com>, <carolina.acevedo@mendes.com>, <mweis@dilworthlaw.com>, <akelley@dilworthlaw.com>, <sfreedman@dilworthlaw.com>, <young@wildman.com>, Dan Speights <DSpeights@speightsrunyan.com>, Ed Westbrook <ewestbrook@rpwb.com>, <rhorkovich@andersonkill.com>, <rdehney@mnat.com>, <acordo@mnat.com>, <tgerber@fulbright.com>, <TCurrier@saul.com>, <cbifferato@bglawde.com>, <jcp@pgslaw.com>, Janet Baer <jbaer@jsbpc.com>, <drosendorf@kttlaw.com>, JOHN W KOZYAK <JK@kttlaw.com>, Harley Riedel <hriedel@srbp.com>, <ghorowitz@kramerlevin.com>, <dblabey@kramerlevin.com>, <korr@orrick.com>, <mshiner@tuckerlaw.com>, Mark Plevin <mplevin@crowell.com>, <pmahaley@orrick.com>, <jcutler@orrick.com>, <allenschwartz@omm.com>, <frosner@mrs-law.com>, <rmillner@sonnenschein.com>, <cprince@sonnenschein.com>, <bfallon@morrisjames.com>, <gcassada@rbh.com>, <rworf@rbh.com>, <pbaylor@nutter.com>, <craig.goldblatt@wilmerhale.com>, <nancy.manzer@wilmerhale.com>, <waldmeird@michigan.gov>, <theparryhills@gmail.com>,

<mrohrhofer@kirkland.com>
**Cc:** James O'Neill <jo'neill@pszjlaw.com>, Patricia Cuniff <pcuniff@pszjlaw.com>

From James O'Neill:

Attached are the following documents that have been efiled with the Court:

1)  Notice of Deposition of John Freeman to be taken on September 16, 2009 at 8:00 p.m. (EDT) at the offices of Reed Smith,
     225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222 [Docket No. 23256];

2)  Notice of Deposition of Gibson Solomons to be taken on September 16, 2009 at 6:00 p.m. (EDT) at the offices of Reed Smith,
     225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222 [Docket No. 23257];

3)  Notice of Deposition of W.D. Hilton to be taken on September 16, 2009 at 4:00 p.m. (EDT) at the offices of Reed Smith,
     225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222 [Docket No. 23258].

Diane Potts
Legal Secretary
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Direct Dial: 302.778.6419
Tel: 302.652.4100 | Fax: 302.652.4400
dpotts@pszjlaw.com
www.pszjlaw.com <http://www.pszjlaw.com/>
Los Angeles | San Francisco | Wilmington, DE | New York

CONFIDENTIALITY

This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.