IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on October 2, 2009, true and correct copies of **ANDERSON MEMORIAL HOSPITAL'S RESPONSE TO DEBTORS' MOTION IN LIMINE TO PRECLUDE THE TESTIMONY ANDERSON MEMORIAL'S WITNESS A. GIBSON SOLOMONS** were served on the parties listed on the attached service list in the manner indicated thereon:

DATED: October 2, 2009

                                     Christopher D. Loizides (No. 3968)
                                     LOIZIDES, P.A.
                                     1225 King Street, Suite 800
                                     Wilmington, DE 19801
                                     Telephone:   (302) 654-0248
                                     Facsimile:    (302) 654-0728
                                     E-mail:       loizides@loizides.com

**SERVICE LIST**

**VIA ELECTRONIC MAIL AND FIRST-CLASS MAIL**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com; joneill@pszjlaw.com; tcairns@pszjlaw.com

David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
david.bernick@kirkland.com; theodore.freedman@kirkland.com; deanna.boll@kirkland.com;

Janet S. Baer, PC
LAW OFFICES OF JANET S. BAER PC
70 W. Madison Street, Suite 2100
Chicago, IL 60602
jbaer@jsbpc.com

James Restivo, Jr., Esquire
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716
jrestivo@reedsmith.com

Teresa K. D. Currier, Esquire
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
teresa.currier@bipc.com

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
CAMPBELL & LEVINE LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@camlev.com; mhurford@camlev.com

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com

David M. Klauder, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
844 N. King Street, Room 2207
Wilmington, DE 19801
david.klauder@usdoj.gov

Theodore Tacconelli, Esquire
FERRY JOSEPH & PEARCE PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351
ttacconelli@ferryjoseph.com

John C. Phillips, Jr., Esquire
PHILLIPS GOLDMAN & SPENCE PA
1200 N. Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY 10038-4982
lkruger@strook.com

Elihu Inselbuch, Esquire
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
ei@capdale.com

Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
pvnl@capdale.com; rer@capdale.com; jal@capdale.com

Philip Bentley, Esquire
Douglas Mannal, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com; dmannal@kramerlevin.com

Case 01-01139-AMC    Doc 23405-2    Filed 10/02/09    Page 4 of 4

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005-1706
rfrankel@orrick.com; rwyron@orrick.com; dfelder@orrick.com

Scott Baena, Esquire
Jay Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
sbaena@bilzin.com; jsakalo@bilzin.com

Karl Hill, Esquire
SEITZ VAN OGTROP & GREEN PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899-0068
khill@svglaw.com

Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street
Dallas, TX 75202
**arich@alanrichlaw.com**

Jeffrey M. Boerger, Esquire
Kooshan Nayerahmadi, Esquire
Drinker Biddle LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
**jeffrey.boerger@dbr.com; kooshan.nayerahmadi@dbr.com**

Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court, Western District of Pennsylvania
**jkf@pawb.uscourts.gov**


**VIA FIRST-CLASS MAIL**

W.R. GRACE & CO.
ATTN: General Counsel
7500 Grace Drive
Columbia, MD 21044

COS for AM's Response to Debtors' MIL to Preclude Solomons Testimony.DOCX    4