# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al.

|  |  |  |
|---|---|---|
| STATE OF CALIFORNIA DEPARTMENT OF GENERAL SERVICES, | : : : : | CIVIL ACTION NO. 08-863 |
| Appellant, | : : |  |
| v. | : : | Bankruptcy Case No. 01-1139 |
| W.R. GRACE & CO., *et al.*, | : : |  |
| Appellees. | : : |  |

## ORDER

AND NOW, this *29th* day of *September*, 2009, upon consideration of the Brief of Appellant State of California Department of General Services (Docket No. 24), the Brief of Appellees W.R. Grace & Co, *et al.* (Docket No. 26), and Appellant's Reply Brief (Docket No. 28), as well as Appellant's Request for Oral Argument (Docket No. 29), it is hereby **ORDERED** that:

1. Appellant's request for oral argument is **DENIED**;

2. Appellant's Appeal of the Bankruptcy Court's October 10, 2008 Order is **GRANTED**;

3. The Bankruptcy Court's October 10, 2008 Order is **REVERSED**; and

4. The matter is remanded to the Bankruptcy Court for further proceedings.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.