IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON OCTOBER 7, 2009 AT 3:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON OCTOBER 5, 2009 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]

**CONTESTED MATTERS:**

1. Debtors' Motion in Limine to Preclude the Testimony of Anderson Memorial's Witness William M. Ewing [Filed: 9/16/09] (Docket No. 23259)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. [Proposed] Order Granting Debtors' Motion to Preclude the Testimony of Anderson Memorial's Witness William Ewing [Filed: 9/16/09] (Docket No. 23259, Exhibit A)

b. [Signed] Order Scheduling Hearing and Response Dates [Filed: 9/29/09] (Docket No. 23365)

Response Deadline: October 2, 2009, at 12:00 noon

Responses Received:

a. Anderson Memorial Hospital's Response to Debtors' Motion in Limine to Preclude the Testimony of William M. Ewing [Filed: 10/2/09] (Docket No. 23399)

Status: This matter will go forward.

2. Debtors' Motion in Limine to Preclude the Testimony of Anderson Memorial's Witness A. Gibson Solomons [Filed: 9/29/09] (Docket No. 23373)

Related Documents:

a. [Proposed] Order Granting Debtors' Motion in Limine to Preclude the Testimony of Anderson Memorial's Witness A. Gibson Solomons [Filed: 9/29/09] (Docket No. 23373)

b. [Signed] Order for Leave from this Court's Scheduling Order and to Shorten Notice Period on Debtors' Motion in Limine to Preclude Testimony of Anderson Memorial's Witness A. Gibson Solomons [Filed: 9/30/09] (Docket No. 23378)

Response Deadline: October 2, 2009, at 12:00 noon.

Responses Received:

a. Anderson Memorial Hospital's Response to Debtors' Motion in Limine to Preclude the Testimony of A. Gibson Solomons [Filed: 10/2/09] (Docket No. 23405)

Status: This matter will go forward.

3. Anderson Memorial Hospital's Motion to Compel Debtors to Provide Full and Complete Deposition Answers [Filed: 8/28/09] (Docket No. 23028)

Related Documents: None.

Response Deadline: October 2, 2009, at 12:00 noon

Responses Received:

a.  [Filed Under Seal] Grace's Opposition to Anderson Memorial Hospital's Motion to Compel Further Deposition Testimony From Mark Shelnitz, Pamela Zilly, and Hudson LaForce Under Seal [Filed: 9/2/09] (Docket No. 23117)

Replies Received:

a.  [Filed Under Seal] Anderson Memorial Hospital's Reply to Debtors' Opposition to Anderson Memorial Hospital's Motion to Compel Further Deposition Testimony From Mark Shelnitz, Pamela Zilly, and Hudson LaForce Under Seal [Filed: 9/29/09] (Docket No. 23371)

Status: This matter will go forward.

Dated: October 2, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession