# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| September 15, 2009 | INVOICE:              233852 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 08/31/09**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/01/09 | Attention to California and Maryland setoff law and need to conduct choice of law analysis. | W001 | DJN | 0.30 |
| 08/01/09 | Attention to one settlement negotiation (1.70). Attention to another settlement negotiation (1.90). Attention to third settlement negotiation (2.90). Edit proposed stipulation (4.10).   Attention to another settlement negotiation (.90). Attention to another settlement negotiation (1.00).   Draft mediation statement (.50). Draft revised settlement demand (2.70). | W001 | RMH | 15.70 |
| 08/02/09 | Research re: setoff and choice of law and email to team re: same. | W001 | BMH | 2.20 |
| 08/02/09 | Legal research re: Delaware choice of law in connection with setoff issues and continued legal research into availability of setoff under California law when claim is contingent. | W001 | DJN | 1.10 |
| 08/02/09 | Review and analysis of insurance background and issues in connection with Phase II briefing (1.30). Research and analysis in connection with settlement discussion issues (1.50). | W001 | RYC | 2.80 |
| 08/03/09 | Edits to setoff memo re: Maryland law and choice of law issue. | W001 | BMH | 0.60 |
| 08/03/09 | Additional research under Maryland law re: surety claims for setoff memo. | W001 | BMH | 0.50 |
| 08/03/09 | Attention to setoff law in California and choice of law issue (.50); review proof of claim and supporting documents to determine what state law might apply (.40); attention to legal analysis of setoff issue (.50); legal research re: further inquiry into California setoff law (1.00); revise setoff memorandum (.40). | W001 | DJN | 2.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

September 15, 2009                                              INVOICE:          233852

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 08/03/09 | Review and revise Plan Exhibit 6 (2.30); analysis of selected umbrella and excess insurance policies re: follow form, consent to settle language, scope of asbestos coverage, and related coverage issues (3.10). | W001 | GFF | 5.40 |
| 08/03/09 | Review and implement Ex. 6 revision (3.70); analyze attachments to insurance company email per R. Horkovich request (.90). | W001 | HEG | 4.60 |
| 08/03/09 | Reviewed Exhibits 5 and 6 re: "Would every policy be listed on either Exhibit?" | W001 | IF | 2.40 |
| 08/03/09 | Began to review insurance policy evidence of full "follow form." | W001 | IF | 2.60 |
| 08/03/09 | Helped to review attachments to agreement. | W001 | IF | 0.90 |
| 08/03/09 | Research re: discount rate for allocation model and e-mail re: same | W001 | MG | 1.70 |
| 08/03/09 | Attention to settlement (3.40).    Attention to settlement with another major insurance company (6.40). | W001 | RMH | 9.80 |
| 08/03/09 | Research, analysis, and prepare reports in connection with ongoing settlement discussions (2.20).    Research and work on permutations in connection with insurance allocation model (1.80). | W001 | RYC | 4.00 |
| 08/03/09 | Attention to setoff research and choice of law analysis including California law (.40); brief review of California cases involving setoff (.20); telephone conferences with Debtor's counsel re: status of choice of law research re: setoff issue and review email re: same (.40). | W001 | TED | 1.00 |
| 08/04/09 | Review and revise Plan Exhibit 6 (1.30); analysis of selected umbrella and excess policies re: follow form, consent to settle language and other asbestos coverage issues (2.70); review selected settlement and reimbursement agreements re: scope of release issues (2.80). | W001 | GFF | 6.80 |
| 08/04/09 | Assisted with agreement (.30); Assisted with limit queries (1.20); Organized and compared Phase II Trial Exhibits per R. Horkovich request (1.80); researched various policy queries per R. Horkovich request (1.80). | W001 | HEG | 5.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

September 15, 2009                                       INVOICE:              233852

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 08/04/09 | Reviewed and sent information re: response to settlement arguments. | W001 | IF | 1.80 |
| 08/04/09 | Reviewed reimbursement agreement terms and applicability. | W001 | IF | 2.10 |
| 08/04/09 | Reviewed insurance policies re: settlement related coverage issues. | W001 | IF | 1.30 |
| 08/04/09 | Review e-mails re: attachment. | W001 | MG | 1.10 |
| 08/04/09 | Attention to settlement (1.60). Attention to settlement with an insurance company (1.80). | W001 | RMH | 3.40 |
| 08/04/09 | Review and analysis of main Phase II brief of Plan Proponents regarding insurance specific matters (1.70).  Work on supplemental motion in limine, trial briefing for Phase II trial (1.90). Research, analysis, and prepare reports in connection with ongoing settlement discussions (2.20). | W001 | RYC | 5.80 |
| 08/04/09 | Review and revise setoff memo incorporating California and Maryland law. | W001 | TED | 0.80 |
| 08/05/09 | Review and revise time and expense entries (6.20); notification to timekeepers (.20). | W011 | AHP | 6.40 |
| 08/05/09 | Analysis of selected umbrella and excess policies re: follow form, consent to settle language and other asbestos coverage issues (4.60); review and revise insurance policy data spreadsheets (1.30); review and revise Plan Exhibit 6 (1.20). | W001 | GFF | 7.10 |
| 08/05/09 | Continued to review and edit Phase II policy-related Trial exhibits (3.60); review issues related to new attachment (1.20); create new insurance color coverage charts (2.30). | W001 | HEG | 7.10 |
| 08/05/09 | Reviewed information on agreement attachments. | W001 | IF | 1.20 |
| 08/05/09 | Searched files re: disposition for Phase II discovery. | W001 | IF | 0.60 |
| 08/05/09 | Reviewed insurance policies re: insurance settlement related issues. | W001 | IF | 4.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE

September 15, 2009

MATTER:  CLAIMANTS COMMITTEE

MATTER: 100055.WRG01

INVOICE: 233852

ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/05/09 | Continue research regarding post-petition asbestos personal injury trust matters relating to insurance recovery regarding procedural requirements (2.10); Draft memorandum regarding post-petition asbestos personal injury trust mattes relating to insurance recovery (2.80); Revise memorandum (.30). | W001 | JGB | 5.20 |
| 08/05/09 | Email S. Salerno re: confidentiality issues. | W001 | MG | 0.40 |
| 08/05/09 | Attention to settlement with insurance companies (1.80).  Attention to additional settlement (1.40).  Attention to settlement with 3 other insurance companies (6.60). | W001 | RMH | 9.80 |
| 08/05/09 | Review and analysis of Phase II brief of Plan Proponents regarding insurance coverage matters (2.20).  Prepare response to insurance coverage matters raised in various settlement negotiations (2.80).  Follow-up review of Phase II confirmation hearing briefing issues (2.30). | W001 | RYC | 7.30 |
| 08/06/09 | Begin proofing changes. | W011 | AHP | 1.20 |
| 08/06/09 | Reviewed and made notes re: draft brief in response to objection to plan, specifically re: setoff (.70); sent email to T. Duffy re: setoff and 502(e) (.20). | W001 | BMH | 1.20 |
| 08/06/09 | Reviewed changes to draft brief in response to objection to plan and made additional changes including adding case references (1.20); emailed brief with proposed changes and a redlined version to T. Duffy (.10). | W001 | BMH | 1.30 |
| 08/06/09 | Emails with T. Duffy re: draft brief in response to objection to plan. | W001 | BMH | 0.10 |
| 08/06/09 | Analysis of selected primary insurance policies re: insurance coverage obstacles and related asbestos coverage issues (2.10); analysis of selected umbrella and excess insurance policies re: follow form, consent to settle, loss payable and other asbestos coverage issues (3.90); review and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 7.20 |
| 08/06/09 | Mediation assistance (2.20); queries assistance (1.60); color coverage chart edits (1.10). | W001 | HEG | 4.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|

September 15, 2009                                    INVOICE:        233852

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/06/09 | Reviewed policies re: insurance settlement related issues. | W001 | IF | 0.90 |
| 08/06/09 | Reviewed information needed for new analysis of coverage for asbestos related non-products claims. | W001 | IF | 0.80 |
| 08/06/09 | Reviewed insurance policies re: insurance settlement related issues | W001 | IF | 2.10 |
| 08/06/09 | Reviewed primary policies re: insurance coverage obstacles. | W001 | IF | 2.40 |
| 08/06/09 | Revise color-coded insurance charts using CorelDraw software. | W001 | KS | 0.60 |
| 08/06/09 | Conference with P. Mahaley re: comparison in connection with allocation. | W001 | MG | 0.40 |
| 08/06/09 | Attention to settlement agreement with insurance companies (4.20); Mediation with insurance company with David Geronemous of JAMS (6.50); Preparation for same (1.40); Confer with counsel regarding exposure (.60); Attention to trial briefs (1.90). | W001 | RMH | 14.60 |
| 08/06/09 | Finalize letter with substantive issue responses in connection with specific insurance company in connection with potential settlement (3.40). Work on Phase II Plan Proponents' briefing in connection with insurance coverage issues (2.90). Follow-up regarding insurance coverage allocation permutations based upon new data (.50). | W001 | RYC | 6.80 |
| 08/06/09 | Review and revise  draft of Phase II Trial Brief in response to various objections (2.60); compose email to committee counsel attaching edited version of brief (.80). | W001 | TED | 3.40 |
| 08/07/09 | Attention to motion to be drafted. | W001 | AP | 0.40 |
| 08/07/09 | Analysis of selected primary insurance policies re: deductibles and other coverage issues (1.30); draft and revise memo re: specific insurance coverage impediment (.80); analysis of selected umbrella and excess insurance policies re: follow form, consent to settle, defense cost issues and other asbestos coverage issues (4.10). | W001 | GFF | 6.20 |
| 08/07/09 | Primary policy review and reconciliation issues (3.20); additional policy queries (1.60). | W001 | HEG | 4.80 |

{D0163121.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

September 15, 2009                                INVOICE:            233852

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 08/07/09 | Reviewed primary policies re: deductibles and retrospective rating plans. | W001 | IF | 4.40 |
| 08/07/09 | Reviewed allocation memorandum. | W001 | IF | 1.10 |
| 08/07/09 | Work on memo and allocation update (2.00); work on comparison and draft e-mail re: same (3.10). | W001 | MG | 5.10 |
| 08/07/09 | Attention to settlement (3.80);   Edit trial briefs (1.70);  Attention to surety bond stipulation (.80); Attention to settlements with 2 insurance companies (2.40). | W001 | RMH | 8.70 |
| 08/07/09 | Review and analysis of final plan proponent briefings in connection with Phase II confirmation hearing (3.80).  Work on settlement related issues (.80). Prepare revised analysis re: settlement negotiation issues (1.60). | W001 | RYC | 6.20 |
| 08/08/09 | Reviewed case law re: motion in limine to strike expert report and testimony of George L. Priest, opposition to same, deposition of George L. Priest, expert report of George L. Priest, and memorandum of law in support of motion in limine to strike the opinion of George L. Priest in anticipation of drafting motion in limine. | W001 | AP | 3.30 |
| 08/09/09 | Research and analysis regarding specific potential settlement related issues pertaining to allocation. | W001 | RYC | 1.20 |
| 08/10/09 | Continue proofing changes. | W011 | AHP | 2.20 |
| 08/10/09 | Attention to revisions to be made to motion in limine. | W001 | AP | 3.70 |
| 08/10/09 | Analysis of selected insurance policies re: deductibles, follow form, consent language, and other asbestos coverage issues (4.40); review and revise insurance policy data spreadsheets (.80); draft and revise memo re: insurance coverage issues (2.10). | W001 | GFF | 7.30 |
| 08/10/09 | Assisted with various policy limit queries (.30); reviewed insurance availability research (1.80); review established claim payment issues (1.70); Began review and adjustment of 2007 Premises allocation model per M. Garbowski request (1.40). | W001 | HEG | 5.20 |
| 08/10/09 | Reviewed primary policies re: insurance coverage issues. | W001 | IF | 3.20 |

{D0163121.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

September 15, 2009                                     INVOICE:            233852

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 08/10/09 | Reviewed proposed allocation information re: settlement agreement attachment providing allocation information. | W001 | IF | 1.30 |
| 08/10/09 | Reviewed insurance policy limits of liability and sent information to R. Horkovich. | W001 | IF | 0.90 |
| 08/10/09 | Reviewed settlement agreement and insurance policy information re: proposed supplemental settlement agreement. | W001 | IF | 1.80 |
| 08/10/09 | Review allocation to prepare for conference call (1.00); work on additional allocations (4.80). | W001 | MG | 5.80 |
| 08/10/09 | Attention to proposed surety bond stipulation (1.60). Attention to settlement (.40). Attention to additional settlement agreement (2.30). Attention to settlement negotiations with several other parties (1.80). | W001 | RMH | 6.10 |
| 08/10/09 | Prepare and revise memo relating to non-products coverage matters (3.00). Review and comment upon motion in limine regarding Phase II of confirmation hearings (1.20). Work on and draft analysis regarding potential settlement (3.20). Attention to Phase II deposition designations (0.70). | W001 | RYC | 8.10 |
| 08/11/09 | Review and revise monitoring chart. | W011 | AHP | 0.70 |
| 08/11/09 | Revise and finalize motion in limine to exclude the expert report and testimony of George L. Priest (1.10). Cite check brief and assemble exhibits to same (1.30). Perform legal research re: standard in the context of a bench trial (.60). Attention to drafting motion in limine to exclude testimony of undesignated witnesses (.60). Perform legal research re: exclusion of testimony of undesignated lay and expert witnesses (.80). | W001 | AP | 4.40 |
| 08/11/09 | Analysis of selected insurance policies re: follow form, asbestos exclusions, consent to settle and other asbestos coverage issues (4.90); draft and revise memo on deductibles and related asbestos coverage issues (1.80). | W001 | GFF | 6.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

September 15, 2009                             INVOICE:           233852

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 08/11/09 | Researched settlement discussion queries (.70); assisted with response to settlement consent issues (.80); review of proposed response to Phase II exhibit queries (.60); continued to review availability determinations (1.40); continued review and adjustment of premises allocation model (3.70). | W001 | HEG | 7.20 |
| 08/11/09 | Reviewed allocation re: claims. | W001 | IF | 1.30 |
| 08/11/09 | Reviewed updated information re: coverage for multi-year primary policies. | W001 | IF | 2.90 |
| 08/11/09 | Reviewed insurance policies re: follow form and coverage impediments. | W001 | IF | 1.20 |
| 08/11/09 | Updated and reviewed primary policies re: coverage impediments. | W001 | IF | 1.80 |
| 08/11/09 | Review and consider email correspondence re: surety bond. | W001 | LJB | 0.30 |
| 08/11/09 | Conference call with counsel and prepare for same (1.20); work on additional insurance company project (5.10). | W001 | MG | 6.30 |
| 08/11/09 | Search and retrieve case materials from court docket for attorney review. | W001 | NJB | 1.20 |
| 08/11/09 | Florence deposition (3.00); Surety bond proposed stipulation (2.10); Attention to settlement negotiations (2.30). | W001 | RMH | 7.40 |
| 08/11/09 | Review and comment upon motions in limine for Phase II (2.20); Work on Phase II deposition designations (.70); Research and review exhibits and witnesses in connection with Phase II (1.50); Coordinate pre-trial matters relating to surety bond issue (.80). | W001 | RYC | 5.20 |
| 08/11/09 | Communications with committee counsel re: position on proposed setoff (.60); Attention to upcoming surety deposition (.20). | W001 | TED | 0.80 |
| 08/12/09 | Review and digest files. | W011 | AHP | 0.60 |
| 08/12/09 | Attention to motion in limine to exclude opinion testimony of undesignated witnesses (.70). Draft and revise same (2.20). Perform further legal research in connection with same (3.80). | W001 | AP | 6.70 |

{D0163121.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:       100055.WRG01

September 15, 2009                                           INVOICE:             233852

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/12/09 | Review and revise Plan Exhibit 6 (1.10); analysis of selected insurance policy re: follow form, asbestos exclusions, consent to settle, limits and aggregates, and other asbestos coverage issues (4.60); review and revise insurance policy data spreadsheets (.90). | W001 | GFF | 6.60 |
| 08/12/09 | Researched policy queries (1.40); additional figure checking (1.20); continued premises allocation review and adjustments (1.80); review of all 84-85 policies for specific policy exclusion language (2.70). | W001 | HEG | 7.10 |
| 08/12/09 | Reviewed objections and helped to review policy information. | W001 | IF | 1.60 |
| 08/12/09 | Reviewed and updated primary policy payment information. | W001 | IF | 3.90 |
| 08/12/09 | Reviewed additional distribution information. | W001 | IF | 0.90 |
| 08/12/09 | Attention to surety bond and arguments against offset (.50); review and analyze proposed statement of facts re: surety bond issues (.20); email re: surety bond offset claim and related issues (.60). | W001 | LJB | 1.30 |
| 08/12/09 | Work on revised allocation project. | W001 | MG | 4.80 |
| 08/12/09 | Proposed deposition designations (2.50). Attention to surety bond issue (1.30). Attention to one settlement agreement (2.00). Attention to another settlement agreement (.50). | W001 | RMH | 6.30 |
| 08/12/09 | Revisions to Phase II motions in limine (1.30); Attention to surety bond matters relating to pre-trial discovery (.80).   Research and draft memo regarding non-products related settlement issues (2.80);  Work on Phase II deposition designations (1.00). | W001 | RYC | 5.90 |
| 08/12/09 | Attention to upcoming depositions (1.50); telephone conferences with local counsel re: pro hac vices (.20); review declarations of witnesses in preparation of upcoming depositions (.70). | W001 | TED | 2.40 |
| 08/13/09 | Review latest draft. | W011 | AHP | 0.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| September 15, 2009 | INVOICE:                233852 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/13/09 | Further revise motion to exclude opinion testimony of undesignated witnesses (1.70); Review Declaration of Michael Hatchell, various versions of Stipulation of Facts regarding insurance company's surety claim, and proof of claim (2.40);  Perform legal research regarding opinion testimony by lay witnesses (2.80). | W001 | AP | 6.90 |
| 08/13/09 | Analysis of selected insurance policies re: asbestos coverage issues (6.30); revise memo on same and related issues in policies (.80). | W001 | GFF | 7.10 |
| 08/13/09 | Review and organization of best-copies available and distribution as needed (2.40); additional policies added to Ex. 6 as needed (1.60); continued review and adjustment of premises allocation model per M. Garbowski request (3.10). | W001 | HEG | 7.10 |
| 08/13/09 | Reviewed objection to plan and insurance policy information. | W001 | IF | 1.20 |
| 08/13/09 | Reviewed and updated information re: insolvent dividend updates. | W001 | IF | 0.40 |
| 08/13/09 | Searched files and in-house documents re: sample jacket. | W001 | IF | 0.40 |
| 08/13/09 | Reviewed and updated memorandum and insurance policy information re: insurance proceeds availability. | W001 | IF | 4.40 |
| 08/13/09 | Provide case analysis of state supreme court case with citing references (1.70); check cites and set up key cite alert (.40). | W001 | MC | 2.10 |
| 08/13/09 | Revise allocations. | W001 | MG | 7.60 |
| 08/13/09 | Attention to term sheet of potential settlement (2.40);  Attention to settlement (.30). | W001 | RMH | 2.70 |
| 08/13/09 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 08/13/09 | Revise memo regarding overall analysis of specific potential settlement (4.80).    Finalize Phase II motions in limine (2.70).    Attention to pre-trial Phase II matters relating to surety bond (.90). Work on deposition designations for Phase II (1.20).    Attention to inquiries related to specific potential settlement matters. | W001 | RYC | 9.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                   EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

September 15, 2009                                          INVOICE:                233852

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/14/09 | Revise motion in limine in accordance with comments from other attorneys. | W001 | AP | 1.00 |
| 08/14/09 | Review and revise Plan Exhibit 6 (1.40); analysis of selected insurance policies re: follow form, consent to settle language, "loss" definition, and other asbestos coverage issues (5.90). | W001 | GFF | 7.30 |
| 08/14/09 | Continued adjustments to premises allocation model (3.10); Review and adjustments to both versions of proposed revised Ex. 6 of Disclosure Statement (3.50). | W001 | HEG | 6.60 |
| 08/14/09 | Reviewed newly updated allocations and insurance policies. | W001 | IF | 3.90 |
| 08/14/09 | Revise and finalize memorandum regarding post-petition asbestos personal injury trust matters relating to insurance recovery. | W001 | JGB | 0.20 |
| 08/14/09 | Revise allocations. | W001 | MG | 7.10 |
| 08/14/09 | Attention to settlement (.80); Attention to claim valuation (3.20); Attention to additional settlement (1.30). | W001 | RMH | 5.30 |
| 08/14/09 | Finalize overall analysis memo for team review regarding specific potential settlement (6.70); Research and prepare responses to specific settlement issues (2.10);  Attention to matters relating to Phase II motions in limine (2.50). | W001 | RYC | 11.30 |
| 08/14/09 | Communications with M. Hatchell and M. Plevin re: upcoming deposition (1.70); draft deposition notices for R. Kowalczyk and M. Hatchell (.60); review depositions transcripts in preparation for deposition (1.30). | W001 | TED | 3.60 |
| 08/16/09 | Review and comment upon discovery related matters in connection with Phase II confirmation hearings (.80).   Review and comment upon inquiries in connection with third party settlement discussion issues (1.30). Follow-up research regarding support for revisions to non-products coverage analysis (2.70). | W001 | RYC | 4.80 |
| 08/17/09 | Review attorney revisions (.40); review and revise latest draft (1.80). | W011 | AHP | 2.20 |
| 08/17/09 | Copy exhibit documents onto litigation server. | W001 | DL | 0.80 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

September 15, 2009                            INVOICE:            233852

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 08/17/09 | Analysis of selected insurance policies re: follow form, consent to settle, scope of bodily injury coverage and other asbestos coverage issues (4.10); review of railroad coverage policy (.50); draft memo re: coverage issues (.40); review employers liability policy and related documents (1.20). | W001 | GFF | 6.20 |
| 08/17/09 | Assisted with policy review re: insurance settlement related issues (1.60); reviewed allocation and deductible issues (1.80); researched issues (.80); researched liability Coverage B queries (2.20). | W001 | HEG | 6.40 |
| 08/17/09 | Reviewed primary policies re: coverage information. | W001 | IF | 1.40 |
| 08/17/09 | Reviewed primary policy re: Coverage B applicability. | W001 | IF | 0.90 |
| 08/17/09 | Reviewed trust distribution procedure. | W001 | IF | 0.90 |
| 08/17/09 | Reviewed insurance policies re: "voluntary payments" and insurance settlement related issues provisions. | W001 | IF | 3.90 |
| 08/17/09 | Communications with Cohn and Satz re: information exchange for settlement negotiations and prepare information requested by same. | W001 | MG | 3.40 |
| 08/17/09 | Review emails and work on allocation analysis re: claims. | W001 | MG | 4.10 |
| 08/17/09 | Cite check and research cases on Westlaw for summary judgment brief. | W001 | NJB | 3.30 |
| 08/17/09 | Attention to valuation of coverage for non-products claims (2.20).  Attention to claims of coverage (.80). Attention to surety bond stipulation (.30).  Attention to settlement (.90). | W001 | RMH | 4.20 |
| 08/17/09 | Work on revisions to analysis in connection with coverage for non-products liability (3.60). Review and update regarding discovery matters regarding Phase II (.40).  Review and update regarding trial disclosure matters regarding Phase II (1.70). | W001 | RYC | 5.70 |
| 08/18/09 | Review and revise monitoring chart (.40); review and digest files (.80). | W011 | AHP | 1.20 |
| 08/18/09 | Prepare 2002 database to disk for M. Garbowski. | W001 | DL | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| September 15, 2009 | INVOICE: | 233852 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/18/09 | Continued review of railroad policy (.30); review and revise Plan Exhibit 6 (.90); draft memo re: Exhibit 6 (.20); analysis of selected insurance policies re: follow form, consent to settle language, scope of bodily injury coverage, and other asbestos coverage issues (4.80); compare settlement agreement (proposed) with previous version (1.20). | W001 | GFF | 7.40 |
| 08/18/09 | Primary insurance potential availability issues researched and possible effects on Exhibits 5 & 6 (2.60); Asbestos Exclusion policies identified and charted per request (1.30); review and discuss Objector's exhibits submitted for Phase II and uploaded on site. (3.30). | W001 | HEG | 7.20 |
| 08/18/09 | Reviewed information re: insurance policies. | W001 | IF | 0.90 |
| 08/18/09 | Reviewed available manuals documents. | W001 | IF | 0.40 |
| 08/18/09 | Reviewed information re: primary policies issued. | W001 | IF | 1.80 |
| 08/18/09 | Reviewed insurance policies re: settlement negotiation coverage issues. | W001 | IF | 3.90 |
| 08/18/09 | Review information request and draft proposed response to same. | W001 | MG | 3.80 |
| 08/18/09 | Communications with Cohn, Satz, and Salerno re: information exchange for settlement negotiations and prepare information requested by same. | W001 | MG | 3.40 |
| 08/18/09 | Attention to non-products coverage (.80). Attention to surety bond issue (.60). Attention to a settlement (1.00). Attention to another settlement (.50). | W001 | RMH | 2.90 |
| 08/18/09 | Research and comment upon settlement discussions analysis (1.30). Research and comment upon revised Non-Products Memo (2.10). Review and analysis of documents relating to historical liability analysis (1.40). | W001 | RYC | 4.80 |
| 08/19/09 | Analysis of selected insurance policies re: deductibles, consent to settle language and other asbestos coverage issues (3.20); analysis of selected insurance settlement and reimbursement agreements re: insurance availability issues and related issues (2.40); review and revise memo on non-products claims (1.80). | W001 | GFF | 7.40 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| September 15, 2009 | INVOICE: | 233852 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/19/09 | Continued to review and chart Objectors' Exhibits to Phase II on site. (2.80); Compare Phase II with Phase I policy Exhibits (1.10); Review and compare exhibits (3.20). | W001 | HEG | 7.10 |
| 08/19/09 | Reviewed primary policies re: insurance availability issues. | W001 | IF | 3.20 |
| 08/19/09 | Reviewed and updated information re: premises coverage availability. | W001 | IF | 1.70 |
| 08/19/09 | Helped to review materials re: Phase II Exhibits. | W001 | IF | 0.90 |
| 08/19/09 | Communications with Satz and McCabe re: information exchange for settlement negotiations and prepare information requested by same. | W001 | MG | 2.80 |
| 08/19/09 | Attention to policy stipulations (.90). Attention to a potential settlement (.90). | W001 | RMH | 1.80 |
| 08/19/09 | Work on Phase II responses to deposition designations in connection with insurance related witnesses (5.80).  Research and review files and documentation pertaining to claimants (2.00). Review and analysis in connection with Exhibits for Phase II confirmation hearing (.70).  Review and analysis of pleadings in connection with Phase II trial preparation (1.20). | W001 | RYC | 9.70 |
| 08/19/09 | Prepare for upcoming depositions including review of Lockwood deposition and review of trust related documents (3.20); attention to deposition calendar and preparations related thereto (.90). | W001 | TED | 4.10 |
| 08/20/09 | Analysis of select insurance policies re: follow form, consent to settlement language, scope of bodily injury coverage and other asbestos coverage issues (6.30); review and revise memo re: deductibles and related coverage issues (.80). | W001 | GFF | 7.10 |
| 08/20/09 | Continued Phase I & II stipulation-related research (1.80); Additional Ex. 6 additions and edits based on status updates (1.30). | W001 | HEG | 3.10 |
| 08/20/09 | Reviewed insurance policies re: insurance company settlement coverage issues. | W001 | IF | 2.90 |
| 08/20/09 | Reviewed memorandum re: "Availability of Premises Coverage." | W001 | IF | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| September 15, 2009 | INVOICE: | 233852 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/20/09 | Attention to potential settlement (.80). Attention to policy stipulation (.40). Attention to proposed orders of proof submitted by numerous insurance companies (1.40). | W001 | RMH | 2.60 |
| 08/20/09 | Work on deposition designations for Phase II confirmation hearings (4.30).  Attention to insurance related exhibits for Phase II confirmation hearing (1.50).  Attention to pre-Trial related matters (1.00). | W001 | RYC | 6.80 |
| 08/20/09 | Review deposition of P. Lockwood in preparation for upcoming depositions (2.30); telephone conferences with P. Lockwood. & M. Plevin re: possible withdrawal of Hatchell deposition (.90); review proposed changes to surety bond stipulation and draft proposed paragraph re: Hatchell testimony (1.60). | W001 | TED | 4.80 |
| 08/21/09 | Analysis of selected insurance policies re: asbestos coverage issues (1.50); review and revise insurance policy data spreadsheets (2.10); review and revise memo on non-products claims (.80); analysis of insurance policies re: response to recent letter (1.20); draft response to recent letter (1.10). | W001 | GFF | 6.70 |
| 08/21/09 | Researched "limits of liability" and follow form issues (2.80); Continued Phase II Exhibit research (2.20); additional Phase I policy stipulation research (1.10). | W001 | HEG | 6.10 |
| 08/21/09 | Work on analysis of letter and review draft email by Gershman and Fields. | W001 | MG | 1.90 |
| 08/21/09 | Work on analysis of proposal and email re: same. | W001 | MG | 1.80 |
| 08/21/09 | Work on revised allocation. | W001 | MG | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

September 15, 2009                            INVOICE:              233852

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 08/21/09 | Conference regarding proposed exhibits (1.00). Preparation for same (.60). Attention to other confirmation trial exhibits (1.80). Attention to policy coverage (.80). Attention to settlement negotiations with another insurance company (.30). Attention to draft settlement agreement (.90). Attention to proposed surety bond stipulation (.60). Attention to non-products coverage (1.00). Attention to proposed stipulation (.70). Attention to additional stipulation with (.60). Identify trial witnesses and assigned coverage at trial (.50). | W001 | RMH | 8.80 |
| 08/21/09 | Work on trial preparation for Phase II confirmation hearings (2.90). Research and analysis regarding new settlement issues raised by potentially settling insurance company (2.20). Attention to matters relating to depositions pertaining to Phase II discovery (.50). Review and comment upon related supplemental analysis (1.60). | W001 | RYC | 7.20 |
| 08/21/09 | Telephone conference with P. Lockwood and others re: reaction of counsel to proposed language and discussion re: forwarding revised stipulation to M. Plevin (2.80); communications with M. Plevin re: same (1.10). | W001 | TED | 3.90 |
| 08/22/09 | Phase II confirmation hearing preparation (.40). attention to coverage (.20). Non-products coverage (.30). Tax and trust consequences of escrow (.40). surety bond (.30). changes to plan and transfer agreement (1.00). | W001 | RMH | 2.60 |
| 08/22/09 | Attention to settlements in conjunction with Phase II confirmation hearing (0.50). Attention to stipulations regarding insurance companies (1.00). Review and comment upon insurance company negotiations regarding witnesses and evidence (0.80). Attention to insurance company settlement agreement provisions (0.30). | W001 | RYC | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

September 15, 2009                                           INVOICE:             233852

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/22/09 | Communications with M. Plevin forwarding draft of stipulation and requesting confirmation that he will not call Hatchell under any circumstances (.40); communications with counsel and Committee counsel seeking confirmation that current version of stipulation is the correct version to send to counsel (.70). | W001 | TED | 1.10 |
| 08/23/09 | Attention to plan modification proposal and develop exhibit lists (.70).    Attention to a settlement agreement (.40).  Prepare for confirmation hearing (1.20). | W001 | RMH | 2.30 |
| 08/23/09 | Review and analysis of Plan related exhibits and schedules. | W001 | RYC | 1.30 |
| 08/24/09 | Insurance policy analysis re: follow form, aggregates and other asbestos coverage issues (3.10); review and revise Schedule 4 of Plan Exhibit 6 (2.90); review and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 7.20 |
| 08/24/09 | Review and edit proposed changes to Disclosure Statement Exhibit 6, Schedules 1,2,3 & 4. | W001 | HEG | 5.80 |
| 08/24/09 | Reviewed insurance policies re: combined general aggregate limits. | W001 | IF | 3.30 |
| 08/24/09 | Reviewed and updated Exhibit 6 Schedule 4 information and agreement for inclusion on Schedule 4. | W001 | IF | 2.20 |
| 08/24/09 | Work on revised allocation (2.00); work on response (1.20); teleconference Dr. Peterson and emails R Horkovich re: same (1.50) | W001 | MG | 4.70 |
| 08/24/09 | Hearing with Judge Fitzgerald (2.50). Attention to settlement agreement (.90). Attention to schedule to plan (.90). | W001 | RMH | 4.30 |
| 08/24/09 | Attention to potential settlement matters in anticipation of Phase II (.80).  Work on preparation of exhibits and stipulations relating to Phase II confirmation hearing (2.30).  Research and analysis in connection with settlement discussions with specific insurance company (1.30). | W001 | RYC | 4.40 |
| 08/24/09 | Communications with committee counsels and Debtor's counsel enclosing stipulation with proposed amended language. | W001 | TED | 0.80 |

{D0163121.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

September 15, 2009                                INVOICE:              233852

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 08/25/09 | Analysis of selected insurance policies re: follow form, bodily injury coverage and other asbestos coverage issues (6.20); review and revise insurance policy data spreadsheets (.90). | W001 | GFF | 7.10 |
| 08/25/09 | Research re: creation of analysis template (1.20); Response to Phase I Stipulation Agreement queries (2.50); Additional Exhibit 5 & 6 review and edits (1.60). | W001 | HEG | 5.30 |
| 08/25/09 | Reviewed insurance policies re: combined general aggregate limits and specific exclusions. | W001 | IF | 5.10 |
| 08/25/09 | Reviewed agreement dated August 1, 1990 re: "Retrospective Premium Plans" and "Deductibles." | W001 | IF | 1.40 |
| 08/25/09 | Work on revised allocation (1.80); policy-by-policy summarizes for insurance companies (3.00). | W001 | MG | 4.80 |
| 08/25/09 | Attention to scope of release in potential settlement (.90).  Attention to separate settlement (1.30). | W001 | RMH | 2.20 |
| 08/25/09 | Draft legal analysis regarding settlement discussion issues (2.30).  Review and analysis in connection with Plan revisions relating to insurance coverage (1.90).  Follow-up regarding non-products related coverage analysis issues (1.20).  Attention to Phase II stipulations and exhibits (.30). | W001 | RYC | 5.70 |
| 08/25/09 | Communications with committee members re: proposed changes to fact stipulation (1.10) and review of same (.70); communications with Mark Plevin re: proposed changes (.30). | W001 | TED | 2.10 |
| 08/26/09 | Analysis of selected insurance policies re: follow form, consent to settle, scope of bodily injury coverage and other asbestos coverage issues (5.10); review and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 6.30 |
| 08/26/09 | Continued in depth file and docket research re: Phase I Stipulation Agreement issues. | W001 | HEG | 5.90 |
| 08/26/09 | Reviewed and updated information on consent to settle chart. | W001 | IF | 0.90 |
| 08/26/09 | Reviewed insurance policies re: combined general aggregate limits. | W001 | IF | 5.40 |
| 08/26/09 | Work on policy-by-policy summaries for insurance companies (3.30); work on revision (1.10). | W001 | MG | 4.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 19

W.R. GRACE/CLAIMANTS COMMITTEE         MATTER:      100055.WRG01

September 15, 2009                     INVOICE:          233852

MATTER: CLAIMANTS COMMITTEE         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 08/26/09 | Preparation for Phase II confirmation hearing (2.20). Confer with Mr. Inselbuch regarding insurance assets (.20). | W001 | RMH | 2.40 |
| 08/26/09 | Review and analysis of insurance settlement agreement related matters (0.80). Attention to Phase II motion in limine related issues (0.60). Review and analysis of documents in connection with insurance company depositions (1.00). Review Phase I trial exhibits for application to Phase II proceedings (2.70). Draft analysis regarding settlement discussion issues (2.80). | W001 | RYC | 7.90 |
| 08/26/09 | Communications with M. Hurford re: withdrawal of Hatchell deposition (.60); review of lift stay motion (.40); communications re: effect of withdrawal of Hatchell deposition in light of newly filed lift stay motion (.30). | W001 | TED | 1.30 |
| 08/27/09 | Assist T. Duffy in preparation for deposition of Kowalczyk. | W001 | DJN | 0.80 |
| 08/27/09 | Newly proposed Schedule 6, Exhibit 4 revisions reviewed and implemented where needed (2.40); continued docket and file research re: Phase I Stipulation Agreement issues (4.20). | W001 | HEG | 6.60 |
| 08/27/09 | Review Exhibit 5 information. | W001 | IF | 1.60 |
| 08/27/09 | Reviewed insurance policies re: combined general aggregate limits. | W001 | IF | 1.30 |
| 08/27/09 | Reviewed Exhibit 6 Schedule I information. | W001 | IF | 1.60 |
| 08/27/09 | Consideration of and advice relating to Escrow agreement and reference therein to Qualified Settlement Fund (.80); Discussion with other counsel to claimants committee and review of certain sections of agreement (1.40). | W001 | PCE | 2.20 |
| 08/27/09 | Team conference regarding allocation of responsibilities for Phase II confirmation hearing (1.30). Attention to a potential settlement (1.10). Attention to proposed exhibits to plan (.80). | W001 | RMH | 3.20 |

{D0163121.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 20

W.R. GRACE/CLAIMANTS COMMITTEE                      MATTER:        100055.WRG01

September 15, 2009                                                   INVOICE:               233852

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 08/27/09 | Attention to Phase II exhibits and stipulations related to liability policies (1.60); Research and analysis re: settlement discussion arguments raised by insurance company (2.50); coordinate matters relating to Phase II trial issues (.70); review and analysis re: Plan related exhibits and schedules (2.10); attention to settlement discussion matters (1.30). | W001 | RYC | 8.20 |
| 08/27/09 | Prepare for Kowalczyk deposition including review of prior declaration, briefs and case related case law (3.40); prepare outline of same (.80); review additional documents submitted by M. Plevin and consistent questions re: same (.90); telephone conference re: upcoming deposition (.80). | W001 | TED | 5.90 |
| 08/28/09 | Telephone conference re: report on Kowalczyk deposition. | W001 | DJN | 0.80 |
| 08/28/09 | Reviewed submissions for Phase II. | W001 | IF | 5.80 |
| 08/28/09 | Reviewed updated submission for Phase II. | W001 | IF | 0.60 |
| 08/28/09 | Brief follow-up research regarding post-petition asbestos personal injury trust matters relating to insurance recovery (1.20); Revise memorandum regarding post-petition asbestos personal injury trust matters relating to insurance recovery to reflect follow up research (1.80) | W001 | JGB | 3.00 |
| 08/28/09 | Work on revision. | W001 | MG | 2.80 |
| 08/28/09 | Conference regarding Phase II order of proof (.40). Conference with J. Posner regarding deductibles and SIR with J. Posner (.40). Conference regarding Scope of Release in a potential settlement (.40). Preparation for Phase II confirmation hearing (1.10). | W001 | RMH | 2.30 |
| 08/28/09 | Review, supplement, and analysis re: Phase II trial exhibits (2.60); Review and comment upon Trust operation issues (.80); Draft analysis re: settlement discussion arguments raised by insurance company (3.70). | W001 | RYC | 7.10 |
| 08/28/09 | Attend deposition of R. Kowalczyk. | W001 | TED | 1.50 |
| 08/28/09 | Review of stipulation proposed by Plevin (.80); emails with R. Horkovich re: same (.30); prepare response to defendant's analysis of setoff (.60). | W001 | TED | 1.70 |

{D0163121.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 21

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

September 15, 2009                                          INVOICE:        233852

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 08/28/09 | Travel to DC for deposition. | W019 | TED | 2.40 |
| 08/29/09 | Attention to schedules to plan (.70). Attention to set-off argument (1.30). Attention to exposure (.60). | W001 | RMH | 2.60 |
| 08/29/09 | Revise analysis re: insurance company responses to settlement discussion related issues. | W001 | RYC | 1.40 |
| 08/30/09 | Revise analysis re: insurance company responses to settlement discussion related issues. | W001 | RYC | 1.40 |
| 08/30/09 | Communication re: second proposed stipulation and questioning lack of evidencing support. | W001 | TED | 0.40 |
| 08/31/09 | Strategize re: contents of reply brief to be drafted (.60);  Review opposition to Plan Proponents Motion in Limine to Exclude Testimony of George L. Priest and draft list of points to be made in reply brief (3.20);  Draft reply brief (1.80). | W001 | AP | 5.60 |
| 08/31/09 | Analysis of selected insurance policies re: follow form, aggregates, consent to settle, types of exclusions and other asbestos coverage issues (4.10); revise selected Plan Exhibit 6 schedules (2.70). | W001 | GFF | 6.80 |
| 08/31/09 | Research certain issues per R. Horkovich request (2.40); Continued with proposed changes and edits to Exhibits 5 & 6, Schedules 1,2,3 & 4 (2.30). | W001 | HEG | 4.70 |
| 08/31/09 | Reviewed Exhibit 6 Schedules 1-4. | W001 | IF | 3.20 |
| 08/31/09 | Reviewed insurance policies re: combined general aggregate limits. | W001 | IF | 3.20 |
| 08/31/09 | Work on  revision (3.80); teleconference with P. Mahaley re: same (.50); work on response (1.10). | W001 | MG | 5.40 |
| 08/31/09 | Prepare for confirmation hearing (.90).  Draft direct examination of J. Posner (1.00). Attention to valuation of non-products coverage (3.50). Attention to schedules of Exhibit 6 to plan (2.70). | W001 | RMH | 8.10 |
| 08/31/09 | Prepare settlement analysis letter (3.50); prepare reply in connection with motion in limine (.50); attention to Plan documents relating to insurance coverage and settlements (1.90). | W001 | RYC | 5.90 |

**TOTAL FEES:**                                                              **$408,569.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 22

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

September 15, 2009                                 INVOICE:                233852

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anna Piazza | 415.00 | 32.00 | 13,280.00 |
| Arline H Pelton | 230.00 | 14.70 | 3,381.00 |
| Bridget M Healy | 445.00 | 5.90 | 2,625.50 |
| Daryl Lyew | 230.00 | 1.40 | 322.00 |
| Dennis J. Nolan | 345.00 | 5.80 | 2,001.00 |
| Glenn F Fields | 315.00 | 129.90 | 40,918.50 |
| Harris E Gershman | 255.00 | 117.90 | 30,064.50 |
| Izak Feldgreber | 275.00 | 121.00 | 33,275.00 |
| Joseph G Balice | 345.00 | 8.40 | 2,898.00 |
| Kathleen Samet | 160.00 | 0.60 | 96.00 |
| Lawrence J Bartelemucci | 455.00 | 1.60 | 728.00 |
| Mark Garbowski | 545.00 | 85.40 | 46,543.00 |
| Michael Chung | 280.00 | 2.10 | 588.00 |
| Nicholas J Balsdon | 195.00 | 4.50 | 877.50 |
| Phillip C England | 865.00 | 2.20 | 1,903.00 |
| Robert M Horkovich | 845.00 | 140.10 | 118,384.50 |
| Robert Y Chung | 555.00 | 159.70 | 88,633.50 |
| Todd E. Duffy | 525.00 | 42.00 | 22,050.00 |
| **TOTAL FEES:** | | | **$408,569.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

September 15, 2009                                        INVOICE:            233852

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Anna Piazza | 32.00 | 13,280.00 |
| Bridget M Healy | 5.90 | 2,625.50 |
| Dennis J. Nolan | 5.80 | 2,001.00 |
| Daryl Lyew | 1.40 | 322.00 |
| Glenn F Fields | 129.90 | 40,918.50 |
| Harris E Gershman | 117.90 | 30,064.50 |
| Izak Feldgreber | 121.00 | 33,275.00 |
| Joseph G Balice | 8.40 | 2,898.00 |
| Kathleen Samet | 0.60 | 96.00 |
| Lawrence J Bartelemucci | 1.60 | 728.00 |
| Michael Chung | 2.10 | 588.00 |
| Mark Garbowski | 85.40 | 46,543.00 |
| Nicholas J Balsdon | 4.50 | 877.50 |
| Phillip C England | 2.20 | 1,903.00 |
| Robert M Horkovich | 140.10 | 118,384.50 |
| Robert Y Chung | 159.10 | 88,300.50 |
| Todd E. Duffy | 39.60 | 20,790.00 |
| **TOTAL:** | **857.50** | **$403,595.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 14.70 | 3,381.00 |
| Robert Y Chung | 0.60 | 333.00 |
| **TOTAL:** | **15.30** | **$3,714.00** |

ACTIVITY CODE: W019        Travel (non-working)

|  | HOURS | TOTALS |
|---|---|---|
| Todd E. Duffy | 2.40 | 1,260.00 |
| **TOTAL:** | **2.40** | **$1,260.00** |

{D0163121.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 24

W.R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

September 15, 2009                          INVOICE:          233852

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| COSTS through 08/31/09 |
|:---:|

| DATE | DESCRIPTION OF COSTS | | | AMOUNT |
|---|---|---|---|---|
| 08/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Research - July 1, 2009 through July 31, 2009 | Legal | E106 | 350.00 |
| 08/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Research - July 1, 2009 through July 31, 2009 | Legal | E106 | 1,863.65 |
| 08/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Research - July 1, 2009 through July 31, 2009 | Legal | E106 | 491.89 |
| 08/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Research - July 1, 2009 through July 31, 2009 | Legal | E106 | 51.90 |
| 08/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Research - July 1, 2009 through July 31, 2009 | Legal | E106 | 992.02 |
| 08/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Research - July 1, 2009 through July 31, 2009 | Legal | E106 | 134.54 |
| 08/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Research - July 1, 2009 through July 31, 2009 | Legal | E106 | 272.50 |
| 08/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Research - July 1, 2009 through July 31, 2009 | Legal | E106 | 176.74 |
| 08/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Research - July 1, 2009 through July 31, 2009 | Legal | E106 | 40.30 |
| 08/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Research - July 1, 2009 through July 31, 2009 | Legal | E106 | 21.67 |
| 08/03/09 | DI - PHOTOCOPYING | | E101 | 6.10 |
| 08/04/09 | MEALS (IN-OFFICE OT) Order ID 123466554 on 08/04/09 at 2:53 PM vendor Bistro New York Catering (51st) for Negron Vanessa (8/6 BREAKFAST FOR 6 PEOPLE) | | E111 | 91.53 |
| 08/04/09 | MEALS (IN-OFFICE OT) Order ID 123470928 on 08/04/09 at 4:45 PM vendor Bistro New York Catering (51st) for Negron Vanessa (8/6 LUNCHEON FOR 6 PEOPLE) | | E111 | 248.11 |
| 08/04/09 | DI - PHOTOCOPYING | | E101 | 3.20 |
| 08/04/09 | DI - PHOTOCOPYING | | E101 | 3.80 |
| 08/05/09 | DI - PHOTOCOPYING | | E101 | 2.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 25

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01

September 15, 2009              INVOICE:        233852

MATTER: CLAIMANTS COMMITTEE        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 08/05/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 08/06/09 | DI - FAX CHARGES | E104 | 6.00 |
| 08/06/09 | DI - FAX CHARGES | E104 | 6.00 |
| 08/06/09 | LOCAL TRAVEL Cab from 1251 6 AVE to 6715 113 for TODD DUFFY on 08/06/09; voucher 129683; Invoice# 1813867 | E109 | 55.99 |
| 08/06/09 | TRANSCRIPTS & DEPOSITIONS - VENDOR: ESQUIRE DEPOSITION SERVICES LLC Deposition services and transcripts provided 7/15/09 for Patricia Hooper Kelley | E124 | 756.15 |
| 08/06/09 | DI - PHOTOCOPYING | E101 | 0.90 |
| 08/07/09 | DI - PHOTOCOPYING | E101 | 1.80 |
| 08/10/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 929561563 Tracking Number: 799425814350 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Richard Alfft, Esq, Wiley Rein LLP, 1776 K Street NW, WASHINGTON, DC, 20006, US | E107 | 8.54 |
| 08/10/09 | DI - PHOTOCOPYING | E101 | 4.50 |
| 08/10/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 08/11/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 08/11/09 | DI - PHOTOCOPYING | E101 | 5.20 |
| 08/11/09 | DI - PHOTOCOPYING | E101 | 4.30 |
| 08/11/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 08/11/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 08/12/09 | DI - BINDING | E126 | 6.00 |
| 08/12/09 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# G029-3139 Local travel expenses on 06/16/09 (R. Horkovich Home to Airport.) | E109 | 201.75 |
| 08/12/09 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# G029-3139 Local travel expenses on 06/21/09 (R. Horkovich Home to Airport, 50/50 split with another client.) | E109 | 85.87 |
| 08/12/09 | DI - PHOTOCOPYING | E101 | 142.40 |
| 08/13/09 | DI - PHOTOCOPYING | E101 | 52.20 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 26

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

September 15, 2009                                        INVOICE:        233852

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|-------|
| 08/13/09 | DI - PHOTOCOPYING | E101 | 1.10 |
| 08/14/09 | DI - POSTAGE | E108 | 0.44 |
| 08/17/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 08/17/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 08/18/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 930384222 Tracking Number: 792159204061 Reference: 100055 wrg01 02 216 Billing Note: From: Mark Garbowski, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Scott Salerno, Michaels & May, P C, 300 S Wacker Dr Ste 1800, CHICAGO, IL, 60606, US | E107 | 13.70 |
| 08/18/09 | DI - POSTAGE | E108 | 0.44 |
| 08/18/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 08/18/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 08/18/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 08/19/09 | DI - PHOTOCOPYING | E101 | 5.10 |
| 08/19/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 08/19/09 | DI - PHOTOCOPYING | E101 | 2.50 |
| 08/20/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 08/21/09 | DI - PHOTOCOPYING | E101 | 4.00 |
| 08/24/09 | AP - TELEPHONE - VENDOR: AT&T TELECONFERENCE SERVICES 5197521500001 Teleconference | E124 | 126.45 |
| 08/24/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 08/25/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 08/25/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 08/25/09 | DI - PHOTOCOPYING | E101 | 2.60 |
| 08/25/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 08/26/09 | DI - PHOTOCOPYING | E101 | 76.30 |
| 08/26/09 | DI - PHOTOCOPYING | E101 | 75.30 |
| 08/27/09 | DI - PHOTOCOPYING | E101 | 3.30 |
| 08/27/09 | DI - PHOTOCOPYING | E101 | 2.20 |
| 08/28/09 | DI - PHOTOCOPYING | E101 | 47.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 27

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

September 15, 2009                                INVOICE:            233852

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 08/28/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 08/28/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 08/28/09 | DI - PHOTOCOPYING | E101 | 75.10 |
| 08/28/09 | DI - PHOTOCOPYING | E101 | 33.10 |
| 08/31/09 | CLIENT - ON-LINE COMP SVC - VENDOR: HORKOVICH, ROBERT M. Internet charges incurred on behalf of W.R. Grace | E124 | 9.95 |
| 08/31/09 | CLIENT - ON-LINE COMP SVC - VENDOR: HORKOVICH, ROBERT M. Charge incurred for 540 minutes of internet access used to work on W.R. Grace matters | E124 | 178.95 |
| 08/31/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Ship to land phone charges incurred on behalf of W.R. Grace | E124 | 34.65 |
| 08/31/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 08/31/09 | DI - PHOTOCOPYING | E101 | 0.60 |

**TOTAL COSTS:**                                              **$6,785.73**

{D0163121.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 28

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:      100055.WRG01

September 15, 2009                                 INVOICE:          233852

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 22.24 |
| BG | DI - BINDING - | 6.00 |
| CM | CLIENT - ON-LINE COMP SVC | 188.90 |
| FX | DI - FAX CHARGES - | 12.00 |
| LB | LIBRARY & LEGAL RESEARCH | 4,395.21 |
| LT | LOCAL TRAVEL | 343.61 |
| ME | MEALS (IN-OFFICE OT) | 339.64 |
| PG | DI - POSTAGE - | 0.88 |
| TD | TRANSCRIPTS & DEPOSITIONS | 756.15 |
| TE | AP - TELEPHONE - | 161.10 |
| XE | DI - PHOTOCOPYING - | 560.00 |
| | **TOTAL COSTS:** | **$6,785.73** |

**TOTAL DUE:**                                   **$415,354.73**