## EXHIBIT A

### Case Administration (331.90 Hours; $ 136,826.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.00 | $840 | 1,680.00 |
| Bernard Bailor | 134.70 | $630 | 84,861.00 |
| Rita C. Tobin | .60 | $530 | 318.00 |
| James P. Wehner | 9.90 | $495 | 4,900.50 |
| Andrew J. Sacket | 29.70 | $295 | 8,761.50 |
| Michael C. Greene | 151.00 | $235 | 35,485.00 |
| Eugenia Benetos | 4.00 | $205 | 820.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/03/09 | BSB | 630.00 | 7.40 | Read and digest Spear deposition (2.8); review trial brief (4.6). |
| 08/03/09 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 08/03/09 | MCG | 235.00 | 0.70 | Review and save to system for easy reference Terry Spear deposition transcripts and exhibits. |
| 08/03/09 | MCG | 235.00 | 4.30 | Per JAL, review Plan Proponents' trial brief in response to Libby Claimants' plan objections and cite-check all factual and legal citations. |
| 08/03/09 | AJS | 295.00 | 0.30 | Review of e-mail from Stansbury regarding Friedman and preparation of e-mail to Stansbury regarding same; review of correspondence regarding Friedman. |
| 08/04/09 | BSB | 630.00 | 8.70 | Work on Libby issues (2.5); continue work on Spear deposition (2.3); work on briefs medical (3.9). |
| 08/04/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 08/04/09 | MCG | 235.00 | 6.00 | Per NDF and JAL, continue cite-check of all factual and legal citations contained in Plan Proponents' brief in response to Libby Claimants' plan objections. |
| 08/04/09 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 08/05/09 | BSB | 630.00 | 7.80 | Edit brief - Libby motion; (0.9); work on Libby deposition (2.0); review Grace financial data, expert reports, etc., regarding feasibility (4.9). |

| 08/05/09 | MCG | 235.00 | 8.00 | Per NDF and JAL, continue cite-check of factual and legal citations contained in Plan Proponents' brief in response to Libby Claimants' plan objections. |
| 08/05/09 | MCG | 235.00 | 0.50 | Email comprehensive list of Phase II confirmation hearing deposition transcripts and exhibits to Mark Hurford for review and conduct files search for recent Arrowood filings under seal. |
| 08/05/09 | MCG | 235.00 | 2.50 | Burn to CD all Phase II confirmation hearing deposition transcripts and exhibits and prepare same for overnight delivery to Mark Hurford. |
| 08/05/09 | AJS | 295.00 | 0.30 | Meeting with JAL regarding Libby brief. |
| 08/05/09 | EB | 205.00 | 0.50 | Prepare materials for package to Gwen Dirkes at Motley Rice re: committee member expense. |
| 08/06/09 | BSB | 630.00 | 8.10 | La Force Deposition (4.3); Brief research (1.2); review pleadings (2.6) |
| 08/06/09 | MCG | 235.00 | 13.40 | Per NDF and JAL, continue cite-check of factual and legal citations, as well as the Table of Authorities, contained in Plan Proponents' brief in response to Libby Claimants' plan objections |
| 08/06/09 | MCG | 235.00 | 1.00 | Per attorney request, assemble exhibit cover pages and prepare same for prepare same for filing. |
| 08/06/09 | MCG | 235.00 | 1.00 | Per NDF, email exhibits to Plan Proponents' reply brief to Mark Hurford for filing purposes. |
| 08/06/09 | AJS | 295.00 | 10.10 | Preparation of Libby trial brief. |
| 08/06/09 | AJS | 295.00 | 0.90 | Legal research regarding workers compensation. |
| 08/07/09 | BSB | 630.00 | 6.40 | Review briefs (4.8); read Libby material (1.6). |
| 08/07/09 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 08/07/09 | RCT | 530.00 | 0.20 | Review dockets and local counsel recommendations re EI update. |
| 08/07/09 | MCG | 235.00 | 4.00 | Per AJS, prepare and make necessary updates to Table of Contents and Table of Authorities for Plan Proponents' reply brief in response to Libby Claimants' plan objections. |

| 08/07/09 | MCG | 235.00 | 1.00 | Per attorney request, cite-check new inserts for Plan Proponents' reply brief in response to Libby Claimants' plan objections. |
| 08/07/09 | MCG | 235.00 | 0.30 | Per attorney request, assemble Stipulation exhibit for inclusion with Plan Proponents' reply brief in response to Libby Claimants' plan objections. |
| 08/07/09 | MCG | 235.00 | 1.00 | Assist with insertion of exhibit letter references as well as page numbers into the TOA for Plan Proponents' reply brief in response to Libby Claimants' plan objections. |
| 08/07/09 | MCG | 235.00 | 1.50 | Per AJS, conduct a final review/read-through of the Plan Proponents' reply brief in response to Libby Claimants' plan objections. |
| 08/07/09 | MCG | 235.00 | 2.00 | Attorney waiting time. |
| 08/07/09 | AJS | 295.00 | 7.80 | Preparation of brief in response to Libby claimants' objection. |
| 08/10/09 | PVL | 840.00 | 0.40 | Review docs in office for filing. |
| 08/10/09 | MCG | 235.00 | 0.40 | Review and organize recently received Plan Objectors' trial exhibits. |
| 08/10/09 | EB | 205.00 | 1.00 | Prepare fee and expense report for fee application exhibit; and perform review of court docket re:auditor reports. |
| 08/11/09 | PVL | 840.00 | 0.20 | Review 15 miscellaneous filings. |
| 08/11/09 | MCG | 235.00 | 0.40 | Per NDF, download Plan Proponents' trial exhibits from FTP site and save same to internal system for easy reference. |
| 08/13/09 | AJS | 295.00 | 0.40 | Meeting with JPW regarding Friedman testimony; prepare and review of emails to and from NDF regarding Friedman. |
| 08/14/09 | RCT | 530.00 | 0.20 | Review dockets and local counsel recommendations re EI update. |
| 08/14/09 | AJS | 295.00 | 0.40 | Review of emails from NDF regarding Friedman and trial preparation; prepare email to NDF regarding the same; phone call with Friedman regarding trial preparation. |

| Date | | | | |
|------|------|--------|------|------|
| 08/14/09 | AJS | 295.00 | 3.70 | Phone call with Crick regarding Solis declaration (0.2); review of service list and preparation of email to Crick regarding the same (0.2); review of emails from Crick regarding the same (0.1); voicemail from Qualls regarding sealed exhibit (0.1); voicemail to Qualls regarding the same (0.1); meeting with JAL regarding withdrawal of exhibit (0.2); phone call with EB regarding the same (0.2); emails to and from JAL regarding the same (0.1); phone call with EB regarding the same (0.2); preparation of letter to counsel regarding exhibits (0.3); preparation of certificate of service (0.3); emails to and from JAL and EB regarding filing (0.4); preparation and revision of notice of presentment of motion to file under seal (1.3). |
| 08/14/09 | EB | 205.00 | 0.50 | Retrieve plan document for TEP. |
| 08/17/09 | BSB | 630.00 | 8.00 | Review motions (4.3); follow up on e-mail (2.6); meeting - Litigation team (1.1). |
| 08/17/09 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 08/17/09 | MCG | 235.00 | 0.20 | Per NDF, locate electronic copies of requested potential trial exhibits for attorney review and reference. |
| 08/17/09 | MCG | 235.00 | 2.00 | Review and organize recently received Plan Objectors' trial exhibits. |
| 08/17/09 | EB | 205.00 | 0.50 | Amend breakdown of check payment for EI. (.5) |
| 08/18/09 | BSB | 630.00 | 7.20 | Work on Libby witness depositions (5.3); review briefs on motions (1.9). |
| 08/18/09 | PVL | 840.00 | 0.30 | Review 22 miscellaneous filings. |
| 08/18/09 | MCG | 235.00 | 2.00 | Review, organize and request Records files for recently received pleadings, deposition transcripts and other case materials. |
| 08/18/09 | MCG | 235.00 | 0.50 | Update index of confirmation hearing deposition transcripts and exhibits. |
| 08/18/09 | MCG | 235.00 | 2.50 | Review, quality-check and organize recently received Plan Objectors' trial exhibits. |
| 08/19/09 | BSB | 630.00 | 7.90 | Zilly - Review reports (4.2); Libby briefs (3.7). |

| 08/19/09 | PVL | 840.00 | 0.20 | Review 5 miscellaneous orders (.1); review agenda (.1). |
| 08/20/09 | BSB | 630.00 | 8.10 | Zilly Deposition (6.5); Whitehouse Rebuttal (1.6). |
| 08/20/09 | MCG | 235.00 | 0.80 | Upload recently received deposition transcripts and exhibits to j:drive for easy attorney reference. |
| 08/20/09 | MCG | 235.00 | 5.00 | Review recently received Plan Objectors' trial exhibits and assemble same in binders. |
| 08/20/09 | EB | 205.00 | 1.00 | Work on monthly fee application. |
| 08/21/09 | BSB | 630.00 | 5.90 | Review Libby materials (5.9). |
| 08/21/09 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 08/21/09 | MCG | 235.00 | 6.00 | Review recently received Plan Objectors' trial exhibits and assemble same in binders. |
| 08/23/09 | MCG | 235.00 | 4.00 | Review and assemble in binders recently received Plan Objectors' trial exhibits. |
| 08/24/09 | BSB | 630.00 | 6.70 | Review Libby materials (6.7). |
| 08/24/09 | PVL | 840.00 | 0.10 | Review 17 miscellaneous filings. |
| 08/24/09 | MCG | 235.00 | 6.00 | Assist in the assembly of Laura Welch witness notebooks as well as updating of Welch examination outline. |
| 08/24/09 | MCG | 235.00 | 2.00 | Review and assemble in binders recently received Plan Objectors' trial exhibits. |
| 08/25/09 | BSB | 630.00 | 12.70 | Travel to Libby, Montana (12.7). |
| 08/25/09 | PVL | 840.00 | 0.10 | Review 13 miscellaneous filings, |
| 08/25/09 | MCG | 235.00 | 2.10 | Quality-check and make necessary adjustments to Elihu Inselbuch witness notebooks. |
| 08/25/09 | MCG | 235.00 | 0.70 | Per NDF, locate 2002 B&W TDP and circulate same for attorney review and reference. |
| 08/25/09 | MCG | 235.00 | 1.80 | Per attorney request, locate and gather requested witness box materials for Molgaard and other witnesses. |

| 08/25/09 | MCG | 235.00 | 8.90 | Assemble trial exhibit binders and organize exhibit lists by party for attorney reference. |
|----------|-----|--------|------|-------------------------------------------------------------------------------------------|
| 08/25/09 | JPW | 495.00 | 1.30 | E-mails and telephone conference regarding Garlock. |
| 08/26/09 | BSB | 630.00 | 8.00 | Depositions in Libby, Montana (8.0). |
| 08/26/09 | MCG | 235.00 | 4.00 | Per attorney request, assist in the assembly of witness notebooks for Laura Welch and Mark Peterson. |
| 08/26/09 | MCG | 235.00 | 9.40 | Assemble trial exhibit binders. |
| 08/27/09 | BSB | 630.00 | 8.00 | Depositions in Libby and travel to Kalispell (8.0). |
| 08/27/09 | MCG | 235.00 | 1.00 | Per KCM, print and bind for attorney review deposition designations for Inselbuch, Lockwood and Peterson. |
| 08/27/09 | MCG | 235.00 | 0.50 | Review current deposition calendar and update index of confirmation deposition transcripts to reflect same. |
| 08/27/09 | MCG | 235.00 | 1.00 | Per JMR, assemble copies of Whitehouse expert reports for attorney review and reference. |
| 08/27/09 | MCG | 235.00 | 4.90 | Per JMR, collect Pre-Trial Statements and exhibits lists filed on 7.0/20/09 and review case docket on PACER to ensure that our files are complete. |
| 08/27/09 | JPW | 495.00 | 1.10 | E-mails and telephone conference regarding declaration (1.1). |
| 08/27/09 | AJS | 295.00 | 0.10 | Review of e-mails from EB and NDF regarding trial staffing (0.1). |
| 08/27/09 | AJS | 295.00 | 0.30 | Review of e-mails from NDF regarding Friedman and preparation of e-mail to NDF regarding same (0.3). |
| 08/28/09 | BSB | 630.00 | 8.00 | Depositions in Kalispell (8.0). |
| 08/28/09 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 08/28/09 | MCG | 235.00 | 2.00 | Per JMR, collect Pre-Trial Statements filed on 7.0/20/09 and review case docket on PACER to ensure that our files are complete. |
| 08/28/09 | MCG | 235.00 | 7.20 | Assemble trial exhibit binders. |

| 08/28/09 | MCG | 235.00 | 2.30 | Per attorney request, burn to DVD necessary copies of videotaped deposition of Dayton Prouty. |
| 08/28/09 | MCG | 235.00 | 0.20 | Per NDF, participate in conference call re: materials for Inselbuch witness notebook and witness box. |
| 08/28/09 | AJS | 295.00 | 0.30 | Review of e-mail from JMR regarding bench memo and preparation of e-mail to JMR regarding same (0.2); Meeting with JMR regarding same (0.1). |
| 08/29/09 | BSB | 630.00 | 9.20 | Travel from Kalispell (9.2). |
| 08/29/09 | MCG | 235.00 | 2.00 | Per JMR, review Dr. Whitehouse cross-examination outline and determine which documents are on Plan Proponents' trial exhibit list. |
| 08/29/09 | MCG | 235.00 | 7.00 | Per JMR, download requested discovery responses from Kirkland & Ellis ftp website and save same to j:drive for easy reference. |
| 08/30/09 | MCG | 235.00 | 4.00 | Quality-check copy sets of Plan Objectors' trial exhibit binders. |
| 08/30/09 | MCG | 235.00 | 3.00 | Continue to download requested trial materials from Kirkland & Ellis ftp website. |
| 08/31/09 | BSB | 630.00 | 6.60 | Follow up on Libby matters (3.9); read pleadings (2.7). |
| 08/31/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 08/31/09 | RCT | 530.00 | 0.20 | Review dockets and local counsel recommendations re EI update (.2). |
| 08/31/09 | MCG | 235.00 | 1.10 | Per NDF, conduct necessary docket and internert search re Manville Trust and Babcock TDPs and meet with EGB re same. |
| 08/31/09 | MCG | 235.00 | 0.20 | Per AJS, review DVD and thumb drive containing supplemental Friedman reliance materials and coordinate duplication of same with outside vendor. |
| 08/31/09 | MCG | 235.00 | 1.00 | Per AJS, quality-check and create labels for copy sets of DVDs containing Friedman reliance materials. |
| 08/31/09 | MCG | 235.00 | 3.00 | Per JPW, locate recently received Stockman supplemental document production and prepare select pages for production. |

| 08/31/09 | MCG | 235.00 | 0.50 | Per KCM, print and bind for attorney review Phase II Chart re final objections to Grace Chapter 11 Joint Plan. |
| 08/31/09 | MCG | 235.00 | 4.20 | Per JMR, organize discovery responses on j:drive for easy reference and create index of same for attorney reference. |
| 08/31/09 | JPW | 495.00 | 7.50 | Meet with BSB regarding Libby depositions (0.6); e-mails regarding confirmation issues (2.2); review and prepare supplemental production (3.0); meet with ALJ and MCG regarding production (0.3); meeting with JMR regarding deposition (0.2); meeting with KCM regarding Garlock (0.8); meet with JMR and NDF regarding depositions (0.4). |
| 08/31/09 | AJS | 295.00 | 2.00 | Preparation of materials for disclosure to Heberling and Cohn. |
| 08/31/09 | AJS | 295.00 | 0.50 | Meeting with JPW (several x) regarding disclosure and letter. |
| 08/31/09 | AJS | 295.00 | 0.80 | Preparation of letter to Heberling and Cohn. |
| 08/31/09 | AJS | 295.00 | 0.50 | Meetings with MCG and MAF regarding disclosure (several x). |
| 08/31/09 | AJS | 295.00 | 0.80 | Preparation of bench memo regarding ATSDR report. |
| 08/31/09 | AJS | 295.00 | 0.20 | Review of e-mail from JPW regarding letter to Heberling and Cohn and preparation of e-mail to JPW regarding same. |
| 08/31/09 | AJS | 295.00 | 0.20 | Preparation of e-mails to MCG regarding letter to Heberling and Cohn and review of e-mails from MCG regarding same. |
| 08/31/09 | AJS | 295.00 | 0.10 | Preparation of e-mail to MAF regarding attachments to Heberling and Cohn letter and review of e-mail from MAF regarding same. |

**Total Task Code .04**     **331.90**

**Claim Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 84.00)**

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | .10 | | $840 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/24/09 | PVL | 840.00 | 0.10 | Review 27th subst. omni objs. |

**Total Task Code .05        .10**


**Fee Applications, Applicant (5.90 Hours; $ 2,802.00)**

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Rita C. Tobin | | 4.90 | | $530 | 2,597.00 |
| Eugenia Benetos | | 1.00 | | $205 | 205.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/06/09 | RCT | 530.00 | 1.00 | Address fee issues. |
| 08/07/09 | RCT | 530.00 | 0.20 | Review fee app schedule for August. |
| 08/10/09 | RCT | 530.00 | 1.50 | Address fee issues. |
| 08/11/09 | RCT | 530.00 | 1.20 | Review prebill. |
| 08/12/09 | RCT | 530.00 | 0.80 | Review Exhibits. |
| 08/14/09 | EB | 205.00 | 1.00 | Work on quarterly fee application. |
| 08/31/09 | RCT | 530.00 | 0.20 | Review fee app schedule for August (.2). |

**Total Task Code .12        5.90**


**Litigation and Litigation Consulting (746.90 Hours; $ 275,386.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 36.80 | $920 | 33,856.00 |
| Walter B. Slocombe | .50 | $720 | 360.00 |

| | | | |
|---|---|---|---|
| Kevin C. Maclay | 152.20 | $495 | 75,339.00 |
| James P. Wehner | 145.70 | $495 | 72,121.50 |
| Jeanna M. Rickards | 52.10 | $320 | 16,672.00 |
| Erroll .G. Butts | 167.50 | $235 | 39,362.50 |
| Jon S. Sabol | 7.20 | $225 | 1620.00 |
| Samira A. Taylor | 40.60 | $195 | 7,917.00 |
| Connie J. Kim | 26.10 | $195 | 5,089.50 |
| Marissa A. Fanone | 114.20 | $195 | 22,269.00 |
| Sarah Z. Emamjomeh | 4.00 | $195 | 780.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/09 | WBS | 720.00 | 0.30 | Review e-mails and drafts of Libby trial brief. |
| 08/01/09 | KCM | 495.00 | 4.70 | Draft/revise brief and review/analyze related materials |
| 08/02/09 | SAT | 195.00 | 14.00 | Cite-check plan proponents Consolidated Phase II Brief re Insurance Issue |
| 08/02/09 | KCM | 495.00 | 9.60 | Draft/revise brief, research related issue, and review/analyze cases, briefs and other materials |
| 08/03/09 | EI | 920.00 | 0.20 | Review Membrane business settlement (.2). |
| 08/03/09 | SAT | 195.00 | 12.00 | Cite-check plan proponents Consolidated Phase II Brief re Insurance Issue. |
| 08/03/09 | JPW | 495.00 | 8.40 | Research and revise Phase II trial brief (3.1); meet with BSB re depositions (.4); meet with JSS re research (x2) (.3); meet with KCM re brief (.2); research Garlock issues (1.9); research Libby expert issues; revise brief (1.2); e-mails re discovery (.6); telephone conference with Garlock counsel (.7) |
| 08/03/09 | KCM | 495.00 | 12.40 | Draft/revise brief and review/analyze briefs, cases and materials (11.5); communicate with PVNL re brief and related issues (.9) |
| 08/03/09 | MAF | 195.00 | 1.60 | Retrieve and organize cases from Westlaw for attorney review. |
| 08/03/09 | JSS | 225.00 | 4.40 | Case law research for reply brief |
| 08/04/09 | WBS | 720.00 | 0.20 | E-mails re finalizing Libby trial brief. |
| 08/04/09 | EI | 920.00 | 0.20 | Read Edwards memos (.1); Garlock issues (.1). |

| 08/04/09 | SAT | 195.00 | 6.10 | Cite-check plan proponents Consolidated Phase II Brief re Insurance Issue. |
|---|---|---|---|---|
| 08/04/09 | JPW | 495.00 | 10.10 | Review Phase II trial drafts (1.2); revise Opposition to Motion to Strike (3.9); telephone conference with BNSF claimants (.4); telephone conference with Libby claimants (1.5); e-mails re discovery issues; confirmation (1.0); meet with NDF re trial tasks (.3); telephone conference with M. Hurford re schedule (.2); draft trial task list; meet with KCM re trial task list (1.6) |
| 08/04/09 | KCM | 495.00 | 11.20 | Review/edit task list and related materials and meet with JPW re same (.6); plan/prepare for and meet with PVNL re brief (.2); draft/revise and review/edit various briefs and review/analyze related materials (10.4) |
| 08/04/09 | JSS | 225.00 | 2.80 | Case law research for reply brief. |
| 08/05/09 | EI | 920.00 | 0.10 | Read Garlock memos. |
| 08/05/09 | SAT | 195.00 | 1.80 | Cite-check plan proponents Consolidated Phase II Brief re Insurance Issue. |
| 08/05/09 | JPW | 495.00 | 8.10 | Revise and research Opposition to Motion to Strike (3.0); e-mails re Garlock issues (.6); review Pretrial Statement; e-mails re same (1.5); review list; e-mails re historical settlements (.6); review Orrick draft (1.0); meet with NDF re opposition (.2); draft Garlock insert (1.2) |
| 08/05/09 | KCM | 495.00 | 9.10 | Call with Plan Proponents re confirmation issue (.5); draft/revise and review/edit briefs and review/analyze related materials (8.6) |
| 08/05/09 | MAF | 195.00 | 1.00 | Cite check Phase II Trial Brief. |
| 08/06/09 | SAT | 195.00 | 2.30 | Retrieve and compile possible exhibits |
| 08/06/09 | JPW | 495.00 | 9.10 | Revise main brief section (3.7); review opposition to Parker motion (.8); e-mails re main brief edits (.5); meet with BSB re deposition (.4); e-mails re expert motions (.2); meet with NDF re trial tasks (.3); research and draft Whitehouse Daubert motion (3.2) |
| 08/06/09 | KCM | 495.00 | 11.90 | Conference call with Plan Proponents re main brief (1.8); draft/revise and review/edit various briefs and review/analyze related materials (10.1) |

| | | | | |
|---|---|---|---|---|
| 08/06/09 | SZE | 195.00 | 4.00 | Assist with filing of brief for M. Greene. |
| 08/06/09 | MAF | 195.00 | 17.00 | Prepare Phase II Trial Briefs and Supporting Documents. |
| 08/07/09 | JPW | 495.00 | 8.80 | Revise and finalize opposition (.8); telephone conference with Libby claimants (1.0); research and draft Daubert motions (5.1); e-mails re confirmation issues (1.0); review Garlock proffers (.9) |
| 08/07/09 | KCM | 495.00 | 7.10 | Draft/revise and review/edit briefs and review/analyze related materials |
| 08/07/09 | MAF | 195.00 | 7.50 | Prepare Phase II Trial Briefs and Supporting Documents. |
| 08/08/09 | JPW | 495.00 | 1.10 | Read Shein deposition transcript |
| 08/09/09 | JPW | 495.00 | 3.90 | Read Shein deposition and report (1.6); revise Daubert motion (2.3) |
| 08/10/09 | JPW | 495.00 | 11.90 | Research and draft Daubert motions (7.9); telephone conference with Garlock re witnesses (.7); meet with NDF re Daubert (.3); e-mails re Daubert; Garlock (2.1); telephone conference with Libby claimants (.9) |
| 08/11/09 | JPW | 495.00 | 9.60 | Research and draft Daubert motions (6.0); telephone conference with Libby claimants re confirmation issues (1.0); e-mails re non-product claims (.4); telephone conference with Darrell Scott re claims (.3); research non-product claims (1.9) |
| 08/12/09 | JPW | 495.00 | 9.80 | Revise Daubert briefs (4.8); telephone conference with B. Harding re Garlock (.7); e-mails re Garlock (.8); telephone conference re claimant data (.3); telephone conference with M. Hurford re possible filings (2x) (.5); review Daubert motions (2.7) |
| 08/13/09 | JPW | 495.00 | 10.10 | Revise and finalize Daubert motions (4.9); telephone conference with M. Hurford re motions (.3); e-mails re Daubert motions (1.7); review hearing transcript (.9); e-mails re confirmation issues (2.3) |
| 08/14/09 | SAT | 195.00 | 1.40 | Retrieve documents for Kirkland & Ellis review as per TEP instructions. |
| 08/14/09 | JPW | 495.00 | 9.20 | E-mails re Garlock (1.1); review and finalize Daubert briefs (4.6); e-mails re designations and filings (2.3); |

| | | | | |
|---|---|---|---|---|
| | | | | telephone conference with M. Hurford re filings (.4); telephone conference with KCM re designations (.3); telephone conference with J. Mutnick re claimants (.5) |
| 08/16/09 | EI | 920.00 | 0.20 | NDF re: trial prep. |
| 08/17/09 | EI | 920.00 | 0.50 | Reviewing trial prep papers. |
| 08/17/09 | JPW | 495.00 | 9.60 | Research and draft non-products materials (2.2); e-mails re co-defendants stipulation (1.0); meet with NDF, PVNL, KCM, and BSB re trial team (1.1); deposition designations (5.3) |
| 08/17/09 | EGB | 235.00 | 15.00 | Meeting regarding Grace Trial and logistics for document review, paralegal needs, and materials need for the trial in Pittsburgh; review Plan Objector trial exhibit binders. |
| 08/17/09 | KCM | 495.00 | 0.70 | Plain/prepare for and attend telephone conference with local counsel regarding case status and tasks. |
| 08/17/09 | KCM | 495.00 | 1.10 | Plan/prepare for and meet with NDF, PVL & JPW regarding case status and tasks. |
| 08/17/09 | KCM | 495.00 | 0.90 | Review/analyze CMO, correspondence and various memorandum regarding case status and tasks. |
| 08/17/09 | KCM | 495.00 | 10.10 | Review/analyze various depositions and plan/prepare responses and draft/revise related documentation. |
| 08/17/09 | MAF | 195.00 | 6.40 | Compile and organize deposition exhibits for attorney review (5.4); organize Phase II trial exhibits (1.0). |
| 08/18/09 | JPW | 495.00 | 9.50 | Deposition and testimony counter designations (5.2); e-mails re Garlock and NSF (1.3); telephone conference with K. Orr re Garlock (.2); e-mails re confirmation issues (1.8); telephone conference with Garlock (.7); meet with NDF re confirmation issues (.3) |
| 08/18/09 | EGB | 235.00 | 13.50 | Meeting with A. Taylor regarding N. Finch PowerPoint of Welch; review database received for gaps, quality check material add to primary server and review materials. |
| 08/18/09 | KCM | 495.00 | 1.20 | Review/analyze correspondence and filings and draft of filing. |

| 08/18/09 | KCM | 495.00 | 8.70 | Review/analyze designations and related materials and object and make counter-designations. |
| 08/19/09 | EI | 920.00 | 1.00 | Begin file sorting for testimony prep. |
| 08/19/09 | JPW | 495.00 | 10.90 | Deposition of K. Burrin (4.0); objections and counter-designations (2.7); e-mails re depositions (.3); review Garlock stipulation (.4); e-mail re Garlock stipulation (.5); draft confirmation materials (1.9); telephone conference with R. LaVerdiere re claimant information (.3); e-mails re claimant information (.8) |
| 08/19/09 | EGB | 235.00 | 6.00 | Review exhibits from trial binders for trial and make arrangement with vendor regarding trial equipment and delivery. |
| 08/19/09 | KCM | 495.00 | 1.10 | Review/analyze various orders, filings, and correspondence. |
| 08/19/09 | KCM | 495.00 | 8.60 | Draft/revise counter-designations and objections and related filing. |
| 08/19/09 | MAF | 195.00 | 2.50 | Quality check Plan Proponents' Trial Exhibits. |
| 08/20/09 | EI | 920.00 | 0.80 | T/c NDF re: hearing schedule and prep (.2); status report to Committee (.3); read PVNL outline of testimony (.3). |
| 08/20/09 | JPW | 495.00 | 8.10 | Designations and objections (2.7); e-mails re Garlock (.4); revise Garlock stipulation (1.0); meet with KCM re designations (.3); review orders of proof (1.1); e-mails re BNSF (.9); review BNSF complaint (.5); read Libby rebuttal to Weill report (1.2) |
| 08/20/09 | EGB | 235.00 | 6.00 | Review exhibits from trial binders for trial; meeting with N. Finch regarding Welch PowerPoint exhibit. |
| 08/20/09 | KCM | 495.00 | 4.10 | Review/analyze and edit counter-designations and objections and related filing and materials. |
| 08/20/09 | KCM | 495.00 | 2.70 | Review/analyze filings, memoranda and correspondence. |
| 08/20/09 | MAF | 195.00 | 6.50 | Create Phase II Deposition Designation Objection Chart (2.0); quality check deposition designations and objections (4.5). |

| 08/21/09 | EI | 920.00 | 3.20 | Hearing prep (3.0); t/c PVNL re: same (.2). |
|----------|-----|--------|------|---------------------------------------------|
| 08/21/09 | SAT | 195.00 | 0.30 | Prepare chart of plan opponent witnesses for KCM. |
| 08/21/09 | JPW | 495.00 | 7.50 | Review Garlock stipulation (0.5); e-mails regarding Garlock stipulation (0.4); e-mails regarding BNSF stipulation on trial exhibits (0.9); research insurance issues (2.2); telephone conference with J. Lanaux regarding claimant information (0.3); review counter-designations; witness lists (1.8); e-mails regarding claimant information (0.4); draft witness chart (1.0). |
| 08/21/09 | EGB | 235.00 | 6.00 | Prepare witness binder for Welch and Peterson review trial exhibits. |
| 08/21/09 | KCM | 495.00 | 0.90 | Appear/attend telephonic meet and confer regarding BNSF exhibits with Plan Proponents, BNSF and insurance counsel. |
| 08/21/09 | KCM | 495.00 | 0.70 | Review/analyze counter-designations and objections. |
| 08/21/09 | KCM | 495.00 | 5.30 | Review/analyze pre-trial submissions and draft orders of witnesses and related documents and draft/revise witness chart. |
| 08/21/09 | KCM | 495.00 | 0.50 | Review/analyze BNSF materials. |
| 08/21/09 | KCM | 495.00 | 0.40 | Review/analyze non-products materials and meet with JPW regarding. |
| 08/21/09 | KCM | 495.00 | 0.80 | Review/analyze correspondence, filings and memoranda. |
| 08/22/09 | EGB | 235.00 | 7.50 | Review Plan Objector trial exhibit binders, create index and make note of inconsistencies with the index and binders. |
| 08/23/09 | EI | 920.00 | 2.10 | Testimony prep (2.0); memo (.1). |
| 08/23/09 | EGB | 235.00 | 7.50 | three- hole punch, bind, and review boxes of Plan Objector exhibits in  preparation for multiple copies. |
| 08/24/09 | EI | 920.00 | 5.00 | Witness prep (5.0). |
| 08/24/09 | EGB | 235.00 | 15.00 | Prepare, edit, review witness binder for E. Inselbuch and L. Welch; continue to three- hole punch, bind, and review boxes of Plan Objector exhibits in preparation for multiple copies. |

| 08/24/09 | KCM | 495.00 | 0.30 | Draft/revise witness chart. |
| 08/24/09 | KCM | 495.00 | 0.70 | Review/analyze various orders from prior cases regarding confirmation. |
| 08/24/09 | KCM | 495.00 | 0.90 | Review/analyze correspondence and memoranda. |
| 08/24/09 | KCM | 495.00 | 2.50 | Review/analyze additional designations and objections and related materials. |
| 08/24/09 | KCM | 495.00 | 0.60 | Review/analyze proposed Garlock stipulation and proposed order of witnesses. |
| 08/24/09 | KCM | 495.00 | 0.40 | Review/analyze Phase II objection chart and related materials. |
| 08/24/09 | KCM | 495.00 | 0.50 | Organize files. |
| 08/24/09 | KCM | 495.00 | 0.90 | Plan/prepare for trial witness testimony. |
| 08/24/09 | JMR | 320.00 | 9.70 | Grace: review Welch slides and outline (1.2); prepare cross exam outline for Dr. Whitehouse (4.8); coordinate collection of materials for trial (3.7). |
| 08/24/09 | MAF | 195.00 | 8.20 | Edit Phase II Deposition Designation Objection Chart (5.0); create EI trial witness binders (2.0); retrieve Planned Proponents trial exhibits for attorney review (1.2). |
| 08/25/09 | EI | 920.00 | 7.00 | Testimony prep (5.0); and t/c PVNL/NDF (2.0). |
| 08/25/09 | SAT | 195.00 | 0.40 | Retrieve documents for attorney review. |
| 08/25/09 | EGB | 235.00 | 16.00 | Prepare, edit, review and incorporate changes to witness binder for E. Inselbuch and L. Welch; meeting with J. Richards; continue to three-hole punch, bind, and review boxes of plan objector exhibits in preparation for multiple copies. |
| 08/25/09 | KCM | 495.00 | 2.30 | Review/analyze additional designations and objections and related materials. |
| 08/25/09 | KCM | 495.00 | 4.60 | Review deposition and designations and related materials and draft objections and communicate with Debtor regarding. |
| 08/25/09 | KCM | 495.00 | 0.40 | Review/analyze stipulation and plan/prepare for call regarding Garlock. |

| 08/25/09 | KCM | 495.00 | 0.50 | Review/analyze estimation testimony designations and objections and communicate with NDF regarding. |
| 08/25/09 | KCM | 495.00 | 0.60 | Review/analyze correspondence and communicate with Debtors regarding exhibit. |
| 08/25/09 | JMR | 320.00 | 10.50 | Grace: meeting with Dr. Welch to review slides and testimony (2.2); revise slides for Dr. Welch, searching for images (1.5); revise outline for Dr. Welch (2.6); continue to prepare Dr. Whitehouse cross exam outline (3.5); revise outline for Dr. Frank (.7). |
| 08/25/09 | MAF | 195.00 | 13.00 | Prepare trial witness binders (2.5); organize deposition transcripts, exhibits and articles for attorney review (7.0); retrieve confirmation decisions from Westlaw for attorney review (3.5). |
| 08/26/09 | EI | 920.00 | 3.50 | T/c PVNL re: prep, trial outline, Edwards, Libby (.5); testimony prep (3.0). |
| 08/26/09 | SAT | 195.00 | 2.30 | Retrieve documents for attorney review. |
| 08/26/09 | EGB | 235.00 | 16.00 | Continue to three-hole punch, bind, and review boxes of Plan Objector exhibits in preparation for multiple copies; prepare, edit, review witness binder for Peterson. |
| 08/26/09 | KCM | 495.00 | 1.30 | Plan/prepare for and meet with NDF, PVL & JAL regarding brief and related issues. |
| 08/26/09 | KCM | 495.00 | 1.50 | Review/analyze estimation materials and communicate with NDF and the Debtor regarding. |
| 08/26/09 | KCM | 495.00 | 0.30 | Review/analyze draft order of proof with comments. |
| 08/26/09 | KCM | 495.00 | 0.20 | Review/analyze objection and counter-designation filing and communicate with PVL and NDF regarding. |
| 08/26/09 | KCM | 495.00 | 0.20 | Review/analyze Garlock stipulation and communicate with NDF regarding. |
| 08/26/09 | KCM | 495.00 | 2.90 | Review/analyze selected briefs and plan/prepare for confirmation hearing. |

| 08/26/09 | JMR | 320.00 | 9.40 | Grace: follow up regarding declarations and evidence from claimants exposed to Grace products at plants and facilities (1.2); trial preparation calls and follow-up emails (3.8); continue to prepare Dr. Whitehouse cross exam outline (2.6); prepare Hughes outline based on meeting with NDF (1.8). |
| --- | --- | --- | --- | --- |
| 08/26/09 | MAF | 195.00 | 14.00 | Prepare deposition exhibits for Molgaard (4.5); prepare Peterson and Welch witness binders (5.5); quality check deposition designations, counter designations and objections re Libby Claimants (2.0); upload and organize deposition designations on J: drive (2.0). |
| 08/27/09 | EI | 920.00 | 3.00 | Witness prep (3.0). |
| 08/27/09 | EGB | 235.00 | 14.00 | Prepare, edit, review witness binder for Inselbuch, Welch and Peterson; meeting regarding stays of outstanding Deposition project; verify documents and continue to three-hole punch, bind, and review boxes of Plan Objector exhibits in preparation for multiple copies. |
| 08/27/09 | KCM | 495.00 | 0.50 | Review/analyze filing and related comments. |
| 08/27/09 | KCM | 495.00 | 0.60 | Review/analyze designations and objections brief. |
| 08/27/09 | KCM | 495.00 | 1.10 | Review/analyze designation materials and communicate with Debtor regarding. |
| 08/27/09 | KCM | 495.00 | 1.40 | Review/analyze final designation for selected witnesses. |
| 08/27/09 | KCM | 495.00 | 0.60 | Review/analyze correspondence and filings, |
| 08/27/09 | KCM | 495.00 | 1.50 | Review/analyze briefs and plan/prepare for confirmation hearing. |
| 08/27/09 | JMR | 320.00 | 7.60 | Grace: continue to prepare Hughes outline (1.2); coordinate collection of trial exhibits (1.8); follow up regarding declarations and evidence from claimants exposed to Grace products at plants and facilities (.4); continue to prepare Dr. Whitehouse cross exam outline (4.2). |
| 08/27/09 | MAF | 195.00 | 11.00 | Prepare Hughes and Whitehouse witness binders (7.0); quality check deposition designations, counter designations and objections re Libby Claimants (2.0); |

| | | | | compile and organize deposition designations for attorney review (2.0). |
|---|---|---|---|---|
| 08/28/09 | EI | 920.00 | 7.50 | Testimony prep with NDF/PVNL (7.5). |
| 08/28/09 | EGB | 235.00 | 13.50 | Review depositions, review items listed on J. Richards list regarding discovery items, and the objections; meeting with vendor regarding copies of 26 boxes of Plan Objector binders. |
| 08/28/09 | KCM | 495.00 | 3.90 | Review/analyze selected depositions and designations and draft summaries thereof. |
| 08/28/09 | KCM | 495.00 | 0.90 | Review/analyze correspondence and communicate with Plan Proponent regarding Garlock stipulation. |
| 08/28/09 | JMR | 320.00 | 8.40 | Grace: call regarding order of proof (1.2); prepare bench memos for Grace trial (2.2); continue to prepare Dr. Whitehouse cross exam outline (5.0). |
| 08/28/09 | MAF | 195.00 | 12.50 | Quality check Plan Objectors' Trial Exhibits (1.0); compile and organize deposition transcripts and exhibits, Whitehouse cross exam exhibits and Plan Objectors' Objections to First Amended Joint Plan of Reorganization (8.0); edit Inselbuch, Hughes and Welch witness binders (1.5); cite check Contract Verbal Act Memo (2.0). |
| 08/29/09 | EGB | 235.00 | 7.50 | Quality check, edit, review and log errors from Plan Objector's trial exhibit binders; create index for depositions; begin reviewing E. Inselbuch's deposition. |
| 08/29/09 | CJK | 195.00 | 7.80 | QC, edit, review, and log errors of plan objector's trial exhibit binders. |
| 08/30/09 | EGB | 235.00 | 9.00 | Quality check, edit, review and log errors from Plan Objector's trial exhibit binders; create index for depositions; finish reviewing Elihu's deposition. |
| 08/30/09 | CJK | 195.00 | 10.80 | QC, edit, review, and log errors of plan objector's trial exhibit binders. |
| 08/31/09 | EI | 920.00 | 2.50 | Testimony prep (2.5). |
| 08/31/09 | EGB | 235.00 | 15.00 | Review all notes regarding items to be completed and items that need to be completed; meet with paralegals regarding plan for sending boxes to Pittsburgh and wrapping up the quality check |

| | | | | |
|---|---|---|---|---|
| | | | | process, update and review binder of indices for all exhibits. |
| 08/31/09 | KCM | 495.00 | 1.10 | Review/analyze responses to motions in limine regarding Priest and Shein and related materials. |
| 08/31/09 | KCM | 495.00 | 3.40 | Review/analyze filings and correspondence and memoranda regarding case status and tasks, and order of proof. |
| 08/31/09 | KCM | 495.00 | 1.20 | Review/analyze depositions and related materials and plan/prepare for cross. |
| 08/31/09 | KCM | 495.00 | 0.30 | Communicate with Debtor and PVL regarding injunction issue. |
| 08/31/09 | KCM | 495.00 | 0.30 | Organize files. |
| 08/31/09 | CJK | 195.00 | 7.50 | QC, edit, review, and log errors of plan objector's trial exhibit binders. |
| 08/31/09 | JMR | 320.00 | 6.50 | Grace: meeting regarding trial preparation (1.2); revise Welch outline (.7); bench memos (4.6). |
| 08/31/09 | MAF | 195.00 | 13.00 | Compile and organize deposition transcripts and exhibits, Whitehouse cross exam exhibits and Plan Objectors' Objections to First Amended Joint Plan of Reorganization (7.0); create index of Plan Objectors' Objections to First Amended Joint Plan of Reorganization (2.0); bates label Friedman document production and prepare fedex shipment (1.0); compile Molgaard deposition exhibits and send to Debtors for use in 9/02/09 deposition (2.0); compile and organize Libby witnesses' Medical and Claim Records (1.0). |

**Total Task Code.16**        **746.90**

## Plan & Disclosure Statement (448.50 Hours; $ 274,457.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.80 | $920 | 1,656.00 |
| Peter Van N. Lockwood | 121.00 | $840 | 101,640.00 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Nathan D. Finch | 188.30 | $610 | 114,863.00 |
| Ann C. McMillan | 8.30 | $580 | 4,814.00 |
| Jeffrey A. Liesemer | 73.90 | $495 | 36,580.50 |
| Todd E. Phillips | 55.20 | $270 | 14,904.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/09 | PVL | 840.00 | 2.10 | Review e-mail and reply (.2); review Zurich and Kaneb Ph II briefs (.2); review Travelers Ph II brief (.2); review Montana Ph II brief (.7); review Longacre Ph II brief (.2); review Libby Cls brief (.3); review Grace 2d quarter report (.2); review Horkovich letter to Shelley (.1). |
| 08/01/09 | JAL | 495.00 | 8.90 | Further drafting and revisions to Libby response brief. |
| 08/02/09 | PVL | 840.00 | 3.00 | Review e-mail and reply (.2); review TDP and e-mail KCM (.1); review draft Ph II brief re Libby Cls objs (2.1); teleconference JAL re brief (.6). |
| 08/02/09 | JAL | 495.00 | 4.80 | Further drafting and revisions to Libby response brief. |
| 08/02/09 | JAL | 495.00 | 0.80 | Tele. conf. w/PVNL re: comments on draft of Libby response brief. |
| 08/02/09 | JAL | 495.00 | 1.10 | Further drafting and revisions to Libby response brief. |
| 08/03/09 | PVL | 840.00 | 6.30 | Review e-mail and reply (.6); review Sealed Air 2d quarter report (.1); teleconference Cobb, Freedman, Baer, Guy, Mehaley and Horkovich (.5); review revised CMO draft and e-mail Baer et al (.2); review and revise draft Ph II brief re ins objs (2.4); confer KCM re same (.9); teleconference Freedman (.5); review revised brief re Libby Cls objs (.6); teleconference Bernick (.4); teleconference NDF (.1). |
| 08/03/09 | NDF | 610.00 | 5.30 | Prepare for confirmation hearing. |
| 08/03/09 | ACM | 580.00 | 0.80 | Review indirect claims issues. |
| 08/03/09 | JAL | 495.00 | 1.30 | Drafting and revisions to Libby response brief. |
| 08/03/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from Debtor's counsel re: research for Libby brief. |

| 08/03/09 | TEP | 270.00 | 14.10 | Legal research re substantive legal issues related to trial briefs (13.5); confer with KCM re same (0.6). |
|----------|-----|--------|-------|----|
| 08/04/09 | PVL | 840.00 | 6.60 | Review e-mail and reply (1.3); review Grace resps to AMH rogs (.1); review revised Royal orders and e-mail re same (.2); review revised Scotts agmt drafts and e-mail re same and reply (.5); confer JAL (.1); confer KCM (.7); review revised draft ins brief (.4); review draft brief re Libby cls (.2); review revised Montana stip and e-mail (.1); review Frezza expert report (.2); review draft brief re co-def objs and e-mail comments (1.2); confer NDF and JAL (.8); review ACM e-mail re Garlock and reply (.2); teleconference Freedman (.2); review UST objs and e-mail Greco (.4). |
| 08/04/09 | NDF | 610.00 | 7.80 | Teleconference with Bernick re trial brief re Libby (0.3); teleconference with Libby lawyers and Bernick re case issues (1.1); edit Libby trial brief (1.2); confer with JAL re same (0.5); edit stipulation re insurance Libby testimony (0.3); emails to Plan Proponents re case issues (0.5); trial preparation task list (0.5); draft section of Libby brief (0.5); confirmation hearing trial preparation (2.5); read depositions of trial witnesses (0.4). |
| 08/04/09 | ACM | 580.00 | 0.90 | Exchange e-mails with PVNL, R. Wyron re TDP (.2); exchange e-mails with PVNL re indirect claims (.7). |
| 08/04/09 | JAL | 495.00 | 0.30 | Review of e-mail exchanges re: comments on Libby responses brief. |
| 08/04/09 | JAL | 495.00 | 0.10 | Review of D. Bernick's comments on draft Libby response brief. |
| 08/04/09 | JAL | 495.00 | 0.10 | Tel. call w/PVNL re: draft Libby response brief. |
| 08/04/09 | JAL | 495.00 | 0.30 | Conf. call to discuss plan issues. |
| 08/04/09 | JAL | 495.00 | 0.40 | Drafted and revised memo to PVNL and NDF re: comments on Libby response brief. |
| 08/04/09 | JAL | 495.00 | 0.10 | Reviewed e-mails from NDF re: the Libby brief. |
| 08/04/09 | JAL | 495.00 | 0.20 | Review of materials relating to Libby response brief. |
| 08/04/09 | JAL | 495.00 | 0.80 | Office conf. w/PVNL and NDF re: comments on Libby response trial brief. |

| 08/04/09 | JAL | 495.00 | 4.80 | Further drafting and revisions to Libby response brief. |
| 08/04/09 | TEP | 270.00 | 11.30 | Legal research re substantive legal issues related to trial briefs (11.0); confer with KCM re same (0.3). |
| 08/05/09 | PVL | 840.00 | 4.30 | Teleconference Freedman, Greco, Mehaley, Guy et al (.6); review e-mail and reply (.6); review revised drafts of Ph II brief re Libby cls (1.5); review revised draft Ph II brief re ins objs (.2); confer NDF (.3); review revised Scotts agmt (.1); review AKO memo and e-mail Horkovich (.2); teleconference Horkovich (.8). |
| 08/05/09 | NDF | 610.00 | 8.50 | Revise and edit Phase II Libby brief. |
| 08/05/09 | ACM | 580.00 | 0.80 | Exchange e-mails with PVNL, M. Eskin re indirect claims. |
| 08/05/09 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges re: draft Libby response brief. |
| 08/05/09 | JAL | 495.00 | 0.20 | Office conf. w/AJS re: Libby response brief. |
| 08/05/09 | JAL | 495.00 | 0.20 | Office conf. w/NDF re: Libby response brief. |
| 08/05/09 | JAL | 495.00 | 0.10 | Tele. call w/MCG re: Libby response brief. |
| 08/05/09 | JAL | 495.00 | 0.20 | Second office conf. w/NDF re: Libby response brief. |
| 08/05/09 | JAL | 495.00 | 0.60 | Revisions and editing to Libby response brief. |
| 08/05/09 | TEP | 270.00 | 9.50 | Legal research re substantive legal issues related to trial briefs (9.2); confer with KCM re same (0.3). |
| 08/06/09 | PVL | 840.00 | 10.30 | Review and revise Phase II briefs of Plan Proponents (6.2); review e-mail and reply re same (.7); teleconference Wyron (.3); review prop Longacre stip (.1); review draft FFIC stip and e-mail Baer (.2); confer NDF (.6); review revised Scotts agmt and e-mail (.1); teleconference Freedman, Baer, Boll, Guy, KCM et al re brief (1.8); e-mail Boll re brief (.3). |
| 08/06/09 | EI | 920.00 | 0.10 | T/c Horkovich re ins. settlement. |
| 08/06/09 | NDF | 610.00 | 11.30 | Revise and edit Libby brief (9.8); review and provide comments on Debtors' main brief (1.5). |

| 08/06/09 | JAL | 495.00 | 0.10 | Tele. call w/MCG re: Libby response brief. |
|---|---|---|---|---|
| 08/06/09 | JAL | 495.00 | 0.10 | Office conf. w/NDF re: Libby response brief. |
| 08/06/09 | JAL | 495.00 | 0.40 | Drafted and revised memo to NDF re: Libby objections. |
| 08/06/09 | JAL | 495.00 | 0.10 | Office conf. w/AJS re: Libby response brief. |
| 08/06/09 | JAL | 495.00 | 2.70 | Drafting and revisions of inserts to Libby response brief. |
| 08/06/09 | JAL | 495.00 | 0.40 | Drafted and revised e-mail to PVNL, NDF, and debtors' counsel re: Libby response brief. |
| 08/06/09 | JAL | 495.00 | 5.60 | Revisions and editing to draft Libby response brief. |
| 08/06/09 | TEP | 270.00 | 13.80 | Legal research re substantive legal issues related to trial briefs (13.2); confer with KCM re same (0.6). |
| 08/07/09 | PVL | 840.00 | 8.00 | Review e-mail and reply (.7); teleconference Bernick, NDF et al (.2); work on drafts of Ph II briefs (5.3); review draft Scotts motion and e-mail comments (.2); teleconference Greco (.1); confer NDF (.2); teleconference Wyron (.1); review revised draft FFIC stip (.1); confer KCM (.2); review UCC briefs re jud. notice and limited use of evid. (.3); review Grace and ACC oppositions to Libby MILs (.2); review draft COC and order (.1); review Garlock proffers (.3). |
| 08/07/09 | NDF | 610.00 | 7.30 | Prepare for confirmation hearing (1.5); final review and edits to Libby trial brief (5.8). |
| 08/07/09 | JAL | 495.00 | 0.20 | Tele. conf. w/NDF, PVNL, and debtors' counsel re: Libby response brief. |
| 08/07/09 | JAL | 495.00 | 0.10 | Office conf. w/AJS re: Libby response brief. |
| 08/07/09 | JAL | 495.00 | 1.70 | Editing and finalizing Libby response brief. |
| 08/07/09 | TEP | 270.00 | 5.10 | Legal research re substantive legal issues related to trial briefs (4.4); confer with KCM re same (0.7). |
| 08/08/09 | EI | 920.00 | 0.30 | T/c Horkovich re: Scotts deal. |
| 08/08/09 | NDF | 610.00 | 3.10 | Prepare for confirmation hearing. |

| 08/09/09 | PVL | 840.00 | 0.70 | Review e-mail (.5); review revised order re Scotts (.1); review revised Libby stip (.1). |
|---|---|---|---|---|
| 08/09/09 | EI | 920.00 | 0.20 | T/c Horkovich re: Allstate settlement. |
| 08/10/09 | PVL | 840.00 | 2.60 | Review e-mail and reply (.8); review Samson am. POC (.3); review PPs final Ph II briefs (.8); review craft Daubert motion (.1); teleconference Horkovich and ACM (.2); review revised drafts of FFIC stip (.3); review Horkovich letter to IFT (.1). |
| 08/10/09 | NDF | 610.00 | 1.50 | Send and receive memos re trial tasks. |
| 08/10/09 | ACM | 580.00 | 0.70 | Review Scotts Settlement Agreement and teleconference PVNL, B. Horkovich re same. |
| 08/11/09 | PVL | 840.00 | 1.80 | Teleconference Wyron (.2); teleconference Cassada and Wyron (.9); review email and reply (.5); review Allstate agmt and ACM et al email (.2). |
| 08/11/09 | NDF | 610.00 | 2.50 | Prepare for confirmation hearing. |
| 08/11/09 | ACM | 580.00 | 1.20 | Review proposed Allstate Settlement Agreement and exchange e-mails with R. Horkovich re same. |
| 08/12/09 | PVL | 840.00 | 1.30 | Review email and reply (.6); teleconference Bernick, Freedman, Harding and NDF (.7). |
| 08/12/09 | EI | 920.00 | 0.60 | Hearing schedule and prep (.1); Allstate settlement issues with ACM (.3); t/c Cooney re: Bernick Libby call (.2). |
| 08/12/09 | NDF | 610.00 | 4.80 | Teleconference with Bernick et al re trial order of proof (1.0); review and edit Daubert briefs (2.5); confirmation hearing trial preparation (1.3). |
| 08/12/09 | ACM | 580.00 | 0.60 | Exchange e-mails with R. Horkovich, EI, S. Kazan re Allstate Settlement Agreement. |
| 08/13/09 | PVL | 840.00 | 1.50 | Review Libby cls COC re order re testimony (.1); review draft Daubert motion re Shein (.2); review email and reply (1.0); review 3 draft MILs re Libby Cls (.2). |
| 08/13/09 | EI | 920.00 | 0.10 | Read memo re: Travelers. |
| 08/13/09 | NDF | 610.00 | 5.90 | Prepare for confirmation hearing. |

| 08/13/09 | TEP | 270.00 | 0.60 | Prepare documents re trial briefing. |
|---|---|---|---|---|
| 08/14/09 | PVL | 840.00 | 0.70 | Review email and reply (.5); review MCC suppl PTS (.1); review 3 COCs re Libby stips (.1). |
| 08/14/09 | NDF | 610.00 | 6.50 | Confirmation hearing preparation (including case outline, review of motions in limine, preparation of witness outlines, review of draft Daubert motions, order of proof outline, draft cross exam for Libby Claimant depositions). |
| 08/14/09 | TEP | 270.00 | 0.80 | Prepare documents re trial briefing. |
| 08/15/09 | PVL | 840.00 | 1.10 | Review email and reply (.2); review One Beacon suppl PTS (.1); review Zilly rebuttal report (.1); review Daubert motion re Whitehouse, Frank, Spear and Molgaard (.7). |
| 08/16/09 | PVL | 840.00 | 0.40 | Review email and reply. |
| 08/16/09 | NDF | 610.00 | 3.60 | Work on insurance issues with Horkovich -- estimate of CNA liability for Orrick attempt to negotiate settlement (1.1); prepare for Plan confirmation hearing (2.5). |
| 08/17/09 | PVL | 840.00 | 3.90 | Review email and reply (1.9); confer NDF, BSB, KCM, JPW and JMR (1.5); confer NDF (.5). |
| 08/17/09 | NDF | 610.00 | 11.10 | Prepare for Plan confirmation hearing -- work on direct exams and slide shows for Peterson and Welch (8.5); meet with staff re assignments (1.0); confer with PVNL re Peterson and Inselbuch testimony (1.1); review Frank deposition for cross-exam outline (0.5). |
| 08/17/09 | JAL | 495.00 | 0.30 | Review and analysis of proposed plan changes. |
| 08/18/09 | PVL | 840.00 | 5.40 | Review email and reply (.7); teleconference EI (.2); teleconference Wyron (.6); review Giannotto revised ins neutrality prop (.7); review revised draft FFIC stip (.1); review NDF memos (.3); review motion re stip re CGIs (.1); review MIL re Priest (.1); teleconference Freedman, Wyron, Mehaley, JAL et al (1.0); teleconference Bernick, Freedman, Harding, Boll, Frankel, Guy, NDF et al (1.0); review AKO memo and email (.3); review BNSF depo des (.3). |
| 08/18/09 | NDF | 610.00 | 9.80 | Confirmation hearing trial prep. |

| | | | | |
|---|---|---|---|---|
| 08/18/09 | JAL | 495.00 | 0.90 | Review and analysis of materials relating to plan issues. |
| 08/18/09 | JAL | 495.00 | 1.10 | Tele. conf. w/plan proponents' counsel re: plan issues. |
| 08/19/09 | PVL | 840.00 | 5.30 | Review email and reply (1.3); review revised draft order re solvency hearing (.1); review revised order of proof and email Boll (.2); draft outline of EI test. (3.3); confer NDF (.4). |
| 08/19/09 | NDF | 610.00 | 10.50 | Confirmation hearing trial prep. |
| 08/19/09 | JAL | 495.00 | 7.20 | Review and analysis of materials relating to confirmation issues. |
| 08/19/09 | JAL | 495.00 | 0.10 | E-mail exchanges w/R. Wyron and P. Mahaley re: plan issue. |
| 08/19/09 | JAL | 495.00 | 0.10 | Reviewed notice of agenda for August 24 hearing. |
| 08/19/09 | JAL | 495.00 | 0.10 | Review draft order of proof. |
| 08/20/09 | PVL | 840.00 | 6.50 | Review email and reply (.9); review Moolgavkar reb. report (.1); review Longo stip and email (.1); work on EI testimony outline (4.2); teleconference Duffy (.2); review CNA order of witnesses and depo objs (.2); review revised draft FFIC stip (.1); review Travelers, FFIC, One Beacon and Geieco orders of proof (.2); review Whitehouse rebuttal report of Weill (.5). |
| 08/20/09 | NDF | 610.00 | 12.20 | Confirmation hearing trial prep. |
| 08/20/09 | JAL | 495.00 | 0.80 | Review and analysis of materials relating to Libby Claimants' confirmation objections. |
| 08/20/09 | JAL | 495.00 | 3.60 | Review and analysis of materials relating to plan confirmation issues. |
| 08/21/09 | PVL | 840.00 | 3.00 | Review email and reply (.7); review Grace objs. and counter-des. (.3); review Arrowood order of proof and depo objs (.2); review PPs order of proof (.1); review Libby counter-des of Prouty (.1); review draft POR amends (.2); draft EI outline (.5); teleconference EI (.2); teleconference Duffy (.1); confer NDF (.4); confer JAL (.1); review 3 obj orders of proof (.1). |

| 08/21/09 | NDF | 610.00 | 7.60 | Confirmation hearing trial prep. |
|---|---|---|---|---|
| 08/21/09 | JAL | 495.00 | 0.40 | Review and analysis of deposition designations and objections thereto for the confirmation hearing. |
| 08/21/09 | JAL | 495.00 | 1.20 | Review and analysis of materials relating to plan confirmation. |
| 08/21/09 | JAL | 495.00 | 1.50 | Review and analysis of materials relating to insurance-related confirmation issues. |
| 08/21/09 | JAL | 495.00 | 0.10 | Tele. call w/PVNL re: developments and next steps. |
| 08/22/09 | PVL | 840.00 | 1.60 | Review email (.2); review KCM witness chart and email comments (.5); prep for 8/24 hearing (.8); teleconference NDF (.1). |
| 08/23/09 | PVL | 840.00 | 1.00 | Review email and reply (.7); prep for 8/24 hearing (.3). |
| 08/23/09 | NDF | 610.00 | 2.10 | Prepare for arguments re Friedman and Stockman reports. |
| 08/24/09 | PVL | 840.00 | 5.90 | Confer Plevin (.2); confer NDF (.5); review email and reply (.5); review draft feasibility brief (.2); attend hearing (4.5). |
| 08/24/09 | NDF | 610.00 | 9.60 | Prepare for omnibus hearing arguments on motions in limine (2.0); attend hearing and argue motions (7.1); emails to PVNL et al re case issues (0.5). |
| 08/24/09 | JAL | 495.00 | 7.00 | Tele. appearance at omnibus hearing. |
| 08/24/09 | JAL | 495.00 | 0.10 | Reviewed exchange of e-mails among plan proponents' counsel re: plan issues. |
| 08/25/09 | PVL | 840.00 | 3.60 | Review email and reply (.6); review AMH amended PTS and depo des. (.2); teleconference EI and NDF (2.2); review revised feasibility brief and email O'Neill (.1); confer KCM (.3); confer NDF (.2). |
| 08/25/09 | EI | 920.00 | 0.10 | Travelers issue (.1). |
| 08/25/09 | NDF | 610.00 | 14.30 | Confirmation hearing trial prep (10.5); meet with Dr. Welch to go over direct testimony (1.8); teleconference with EI and PVNL re topics for Inselbuch direct (2.0). |

| 08/25/09 | ACM | 580.00 | 2.20 | Review TDP and prepare index of provisions requiring TAC consent for EI. |
| 08/25/09 | JAL | 495.00 | 0.20 | E-mail exchanges w/NDF re: confirmation hearing prep. |
| 08/26/09 | PVL | 840.00 | 6.90 | Review email and reply (.7); review EI outline (.1); review draft TDP revs (.1); review Hurford memo (.1); review AMH feasibility objs and email Freedman et al (.3); review Libby Cls suppl. brief (.3); review FFIC lift stay motion (.6); teleconference Wyron (1.0); teleconference EI (.5); teleconference Freedman, Esayian, Boll, Wyron and Mehaley (1.3); confer NDF, JAL and KCM (1.5); confer JAL (.3); review objs to AMH and Montana depo des. (.1). |
| 08/26/09 | PVL | 840.00 | 0.50 | Review Libby Cls MIL re Zilly (.1); review PC rulings re punitive damages (.4). |
| 08/26/09 | EI | 920.00 | 0.20 | Memos Cooney re: Libby (.1); t/c Horkovich re: insurance status (.1). |
| 08/26/09 | NDF | 610.00 | 8.80 | Confirmation hearing trial prep. |
| 08/26/09 | JAL | 495.00 | 0.80 | Review and analysis of Libby Claimants' supplemental trial brief on best interest test. |
| 08/26/09 | JAL | 495.00 | 0.20 | Reviewed memo from NDF re: plan issues. |
| 08/26/09 | JAL | 495.00 | 2.60 | Review and analysis of materials relating to confirmation objections and issues. |
| 08/26/09 | JAL | 495.00 | 1.40 | Office conf. w/PVNL, NDF, and KCM re: confirmation issues. |
| 08/26/09 | JAL | 495.00 | 0.40 | Tele. call w/PVNL re: confirmation issues. |
| 08/26/09 | JAL | 495.00 | 0.20 | Reviewed e-mails from NDF re: confirmation hearing prep. |
| 08/27/09 | PVL | 840.00 | 5.30 | Review email and reply (.5); review EI depo des. (.3); work on EI witness prep (1.6); review draft POR revs and email Mehaley et al (.4); teleconference Harding, Esayian, Freedman, Horkovich, Wynn, NDF et al (1.1); confer NDF (1.4). |
| 08/27/09 | EI | 920.00 | 0.20 | Memo Cooney re: Libby (.2). |

| | | | | |
|---|---|---|---|---|
| 08/27/09 | NDF | 610.00 | 12.90 | Confirmation hearing trial prep - outlines and graphics (7.5); teleconference with Harding et al re Libby issues (2.0); teleconference with Harding et al re other case issues (1.1); teleconference with JMR re Hughes issues (0.3); read Shein deposition and report for EI prep purposes (1.5); emails to staff re case issues (0.5). |
| 08/27/09 | ACM | 580.00 | 0.80 | Review Charter (AIG) Settlement Agreement and send e-mail to R. Horkovich re same. |
| 08/27/09 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges between EI and PVNL re: confirmation issues. |
| 08/27/09 | JAL | 495.00 | 0.20 | Review and analysis of proposed technical amendments to the Plan. |
| 08/28/09 | PVL | 840.00 | 8.80 | Confer EI and NDF re witness prep (7.5); review email and reply (1.3). |
| 08/28/09 | NDF | 610.00 | 8.80 | Prepare EI for confirmation hearing testimony (7.3); teleconference with staff re exhibit issues (0.5); teleconference with Hurford re same (0.2); prepare for teleconference with Bernick re slides (0.3); edits to Peterson slide show (0.5). |
| 08/28/09 | JAL | 495.00 | 0.10 | Tele. call w/E. Leibenstein re: confirmation issues. |
| 08/29/09 | PVL | 840.00 | 2.50 | Review email and reply (.6); review BNSF depo des (.2); review Libby Cls resp to MIL re claimant test (.1); review Ins opposition to Shein MIL (.3); review Ins opposition to Priest MIL (.1); review draft MCC stip. (.2); review Arrowood objs to Libby Cls depo des (.1); review ins des of Peterson and PVNL depos (.9). |
| 08/30/09 | PVL | 840.00 | 3.70 | Work on EI direct testimony (1.7); review email and reply (.9); review JAL drafts of resp to Libby Cls best interest brief and email comments (.9); review K&E draft of resp re est interest test (.2). |
| 08/30/09 | NDF | 610.00 | 3.40 | Read and edit draft response to Libby Claimants' best interests brief (0.9); read EI draft testimony (2.5). |
| 08/30/09 | JAL | 495.00 | 5.90 | Drafting and revisions to brief in response to best interests objections. |
| 08/31/09 | PVL | 840.00 | 6.40 | Review email and reply (1.1); review One Beacon & Geico RJNs (.1); review revised drafts of best |

|          |        |        |       |                                                                                                                                                                                                                                                                                                                                                                                                                                            |
|----------|--------|--------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |        |        |       | interests response (.2); review opposition to Zilly MIL (.4); review Sealed Air and Fresenuis agmts (.4); confer NDF (.6); teleconference Bernick and NDF (1.7); teleconference Bernick, Harding and NDF (.5); review revised Exh. 6 schedules (.1); review AMH motion to compel (.2); review draft 524(g) outline (.2); review revised obj chart (.7); review revised order of proof (.2).                                                     |
| 08/31/09 | NDF    | 610.00 | 9.10  | Teleconference with Bernick re confirmation hearing issues (2.6); teleconference with Harding re Hughes testimony (1.5); edits to Welch slides (0.5); trial prep - outlines and slides (4.5).                                                                                                                                                                                                                                                 |
| 08/31/09 | ACM    | 580.00 | 0.30  | Teleconference EI re TDP issues.                                                                                                                                                                                                                                                                                                                                                                                                            |
| 08/31/09 | JAL    | 495.00 | 0.10  | Tele. call w/Elli Leibenstein re: response brief to Libby objections.                                                                                                                                                                                                                                                                                                                                                                       |
| 08/31/09 | JAL    | 495.00 | 0.10  | Reviewed Grace's opposition to Libby Claimants' motion in limine.                                                                                                                                                                                                                                                                                                                                                                           |

**Total Task Code .17          448.50**


**<u>Travel – Non Working (13.70 Hours; $ 5,340.00)</u>**

| <u>Professionals</u>       | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|----------------------------|------------------------|---------------------|--------------|
| Peter Van N. Lockwood      | 10.10                  | $420.00             | 4,242.00     |
| Nathan D. Finch            | 3.60                   | $305.00             | 1,098.00     |

| Trans <u>Date</u> | Empl <u>Init</u> | Bill <u>Rate</u> | Billing <u>Hours</u> | <u>Full Narrative</u>                  |
|-------------------|------------------|------------------|----------------------|----------------------------------------|
| 08/24/09          | PVL              | 420.00           | 4.00                 | Travel to/from Wilmington for hearing. |
| 08/24/09          | NDF              | 305.00           | 2.10                 | Travel back to D.C.                    |
| 08/27/09          | PVL              | 420.00           | 2.40                 | Travel to NYC.                         |
| 08/27/09          | NDF              | 305.00           | 1.50                 | Travel to NYC for EI prep.             |
| 08/28/09          | PVL              | 420.00           | 3.70                 | Return travel to DC.                   |

**Total Task Code .21          13.70**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 6,108.20 |
| Air Freight & Express Mail | 252.18 |
| Conference Meals | 66.10 |
| Court Reporting/Transcript Service | 5,490.35 |
| Database Research | 19,374.73 |
| Local Transportation - DC | 532.20 |
| Long Distance-Equitrac In-House | 29.88 |
| Meals Related to Travel | 20.69 |
| NYO Long Distance Telephone | 532.00 |
| Outside Local Deliveries | 26.77 |
| Outside Photocopying/Duplication Service | 424.69 |
| Postage & Air Freight | 95.33 |
| Professional Fees & Expert Witness Fees | 73,953.00 |
| Research Material | 313.36 |
| Travel Expenses - Ground Transportation | 103.00 |
| Xeroxing | 1.10 |

**Total:     $ 107,323.58**