**EXHIBIT B**

**Case Administration (331.90 Hours; $ 136,826.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   331.90**

**Claim Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 84.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05   .10**

**Fee Applications, Applicant (5.90 Hours; $ 2,802.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   5.90**

**Litigation and Litigation Consulting (746.90 Hours; $ 275,386.50)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16   746.90**

**Plan & Disclosure Statement (448.50 Hours; $ 274,457.50)**

   Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17   448.50**

**Travel – Non Working (13.70 Hours; $ 5,340.00)**

{D0163124.1 }
DOC#151898

       Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**     **13.70**