## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 6,108.20 |
| Air Freight & Express Mail | 252.18 |
| Conference Meals | 66.10 |
| Court Reporting/Transcript Service | 5,490.35 |
| Database Research | 19,374.73 |
| Local Transportation - DC | 532.20 |
| Long Distance-Equitrac In-House | 29.88 |
| Meals Related to Travel | 20.69 |
| NYO Long Distance Telephone | 532.00 |
| Outside Local Deliveries | 26.77 |
| Outside Photocopying/Duplication Service | 424.69 |
| Postage & Air Freight | 95.33 |
| Professional Fees & Expert Witness Fees | 73,953.00 |
| Research Material | 313.36 |
| Travel Expenses - Ground Transportation | 103.00 |
| Xeroxing | 1.10 |
| **Total:** | **$ 107,323.58** |

{D0163125.1 }