| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter        000** | **Disbursements** | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950  to: 8/31/2009

**Matter        000**
**Disbursements**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 8/26/2009 |

13,655

| | | | |
|---|---|---|---|
| Client Retainers Available | $4,759.14 | Committed to Invoices:   $0.00 | Remaining:   $4,759.14 |

Total Expenses Billed To Date     $3,478,782.22

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary by Employee**

| | | | ACTUAL | | BILLING | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 77,277.06 | 0.00 | 77,277.06 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 758.69 | 0.00 | 498.69 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 99.16 | 0.00 | 99.16 |
| 0187 | NDF | Nathan D Finch | 0.00 | 2,507.17 | 0.00 | 2,448.17 |
| 0308 | DBS | David B Smith | 0.00 | 3,802.65 | 0.00 | 3,802.65 |
| 0333 | MCG | Michael C Greene | 0.00 | 33.12 | 0.00 | 33.12 |
| 0334 | JPW | James P Wehner | 0.00 | 20.30 | 0.00 | 20.30 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 120.00 | 0.00 | 120.00 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 36.18 | 0.00 | 36.18 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 2,160.09 | 0.00 | 2,160.09 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 20,828.16 | 0.00 | 20,828.16 |
| **Total Fees** | | | **0.00** | **107,642.58** | **0.00** | **107,323.58** |

**Detail Time / Expense by Date**

| | | | | | ACTUAL | | | BILLING | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| {D0163126.1} | | | | | | | | | | |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2412173 | Equitrac - Long Distance to 12124464924 | E | 08/03/2009 | 0999 | C&D | 0.00 | $0.84 | 0.00 | $0.84 | 0.84 |
| 2413660 | Postage | E | 08/03/2009 | 0999 | C&D | 0.00 | $30.11 | 0.00 | $30.11 | 30.95 |
| 2415177 | Equitrac - Long Distance to 13024269910 | E | 08/04/2009 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 31.15 |
| 2415496 | Equitrac - Long Distance to 13128623342 | E | 08/05/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 31.19 |
| 2415532 | Equitrac - Long Distance to 13024269910 | E | 08/05/2009 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 31.63 |
| 2415586 | Petty Cash -Meals for travel to/from Wilmington, DE, re: Hearing, 7/27/09  (PVNL) | E | 08/07/2009 | 0020 | PVL | 0.00 | $5.69 | 0.00 | $5.69 | 37.32 |
| 2415587 | Petty Cash -Cab Fare & Parking at DC Union Station for travel to/from Wilmington, DE, re: Hearing, 7/27/09  (PVNL) | E | 08/07/2009 | 0020 | PVL | 0.00 | $26.00 | 0.00 | $26.00 | 63.32 |
| 2415971 | Equitrac - Long Distance to 15085401080 | E | 08/08/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 63.60 |
| 2415984 | Equitrac - Long Distance to 12122781039 | E | 08/08/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 63.84 |
| 2416013 | Equitrac - Long Distance to 13024261900 | E | 08/08/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 63.92 |
| 2416020 | Equitrac - Long Distance to 13024261900 | E | 08/08/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 64.04 |
| 2416025 | Equitrac - Long Distance to 13024261900 | E | 08/08/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 64.16 |
| 2416026 | Equitrac - Long Distance to 13024261900 | E | 08/08/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 64.28 |
| 2416027 | Equitrac - Long Distance to 13024261900 | E | 08/08/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 64.40 |
| 2416028 | Equitrac - Long Distance to 13024261900 | E | 08/08/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 64.56 |
| 2416029 | Equitrac - Long Distance to 13024261900 | E | 08/08/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 64.72 |
| 2416030 | Equitrac - Long Distance to 13024261900 | E | 08/08/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 64.88 |

{D0163126.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2416085 | Equitrac - Long Distance to 13024261900 | E | 08/10/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 64.96 |
| 2416094 | Equitrac - Long Distance to 12122781322 | E | 08/10/2009 | 0999 | C&D | 0.00 | $1.04 | 0.00 | $1.04 | 66.00 |
| 2416141 | Postage | E | 08/10/2009 | 0999 | C&D | 0.00 | $17.58 | 0.00 | $17.58 | 83.58 |
| 2416151 | Postage | E | 08/10/2009 | 0999 | C&D | 0.00 | $8.57 | 0.00 | $8.57 | 92.15 |
| 2416316 | Nordhagen Court Reporting Inc. -Deposition of Terry M. Spear, PhD.  (BSB) | E | 08/10/2009 | 0001 | BSB | 0.00 | $1,005.75 | 0.00 | $1,005.75 | 1,097.90 |
| 2415600 | Xeroxing, 7/7/09 - 7/22/09 | E | 08/10/2009 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 1,099.00 |
| 2415806 | Business Card -BOA Firm Corp. Card Purchases, re: Karger Article for JPW, 6/22/09  (NR) | E | 08/10/2009 | 0999 | C&D | 0.00 | $30.00 | 0.00 | $30.00 | 1,129.00 |
| 2415815 | Gail D Stockman, MD, Phd -Expert Fee, 7/28/09 (BSB) | E | 08/10/2009 | 0001 | BSB | 0.00 | $3,600.00 | 0.00 | $3,600.00 | 4,729.00 |
| 2415828 | Federal Express -Delivery to K.Hemming, 7/21/09 (EI) | E | 08/10/2009 | 0120 | EI | 0.00 | $14.02 | 0.00 | $14.02 | 4,743.02 |
| 2415833 | Magna Legal Services LLC -Certified Copy of Transcript, re: Jay Hughes, 6/11/09  (DBS) | E | 08/10/2009 | 0308 | DBS | 0.00 | $3,802.65 | 0.00 | $3,802.65 | 8,545.67 |
| 2415851 | Federal Express -Delivery to L.Welch, 5/22/09 (BSB) | E | 08/10/2009 | 0001 | BSB | 0.00 | $27.11 | 0.00 | $27.11 | 8,572.78 |
| 2415852 | Federal Express -Delivery to G.Friedman, 5/22/09 (BSB) | E | 08/10/2009 | 0001 | BSB | 0.00 | $32.85 | 0.00 | $32.85 | 8,605.63 |
| 2415866 | Pacer Service Center, 4/1/09 -6/30/09 | E | 08/10/2009 | 0999 | C&D | 0.00 | $283.36 | 0.00 | $283.36 | 8,888.99 |
| 2416468 | Equitrac - Long Distance to 15094553966 | E | 08/11/2009 | 0999 | C&D | 0.00 | $1.12 | 0.00 | $1.12 | 8,890.11 |
| 2416586 | Equitrac - Long Distance to 13024261900 | E | 08/12/2009 | 0999 | C&D | 0.00 | $0.52 | 0.00 | $0.52 | 8,890.63 |
| 2416588 | Equitrac - Long Distance to 18432169100 | E | 08/12/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 8,890.71 |

{D0163126.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2416390 | Federal Express -Delivery to G.Stockman, 6/26/09 | E | 08/12/2009 | 0999 | C&D | 0.00 | $36.58 | 0.00 | $36.58 | 8,927.29 |
| 2416934 | Equitrac - Long Distance to 17138051815 | E | 08/13/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 8,927.45 |
| 2416949 | Equitrac - Long Distance to 17012373071 | E | 08/13/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 8,927.53 |
| 2416952 | Equitrac - Long Distance to 12064482200 | E | 08/13/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 8,927.61 |
| 2416959 | Equitrac - Long Distance to 13024261900 | E | 08/13/2009 | 0999 | C&D | 0.00 | $0.64 | 0.00 | $0.64 | 8,928.25 |
| 2416984 | Equitrac - Long Distance to 14067615595 | E | 08/14/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 8,928.29 |
| 2417009 | Equitrac - Long Distance to 17138051815 | E | 08/14/2009 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 8,928.61 |
| 2417039 | Equitrac - Long Distance to 15035951033 | E | 08/14/2009 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 8,929.97 |
| 2417730 | Equitrac - Long Distance to 14125625959 | E | 08/17/2009 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 8,930.45 |
| 2417741 | Equitrac - Long Distance to 12136808329 | E | 08/17/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 8,930.73 |
| 2417743 | Equitrac - Long Distance to 12124464759 | E | 08/17/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 8,930.89 |
| 2417744 | Equitrac - Long Distance to 12124464924 | E | 08/17/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 8,930.93 |
| 2417754 | Equitrac - Long Distance to 12124464924 | E | 08/17/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 8,931.21 |
| 2417760 | Equitrac - Long Distance to 13024269910 | E | 08/17/2009 | 0999 | C&D | 0.00 | $2.84 | 0.00 | $2.84 | 8,934.05 |
| 2417774 | Equitrac - Long Distance to 18054993572 | E | 08/17/2009 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 8,934.37 |
| 2417776 | Equitrac - Long Distance to 12124464924 | E | 08/17/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 8,934.45 |
| 2417777 | Federal Express -Delivery to G.Dirkes, 8/5/09 (EI) | E | 08/17/2009 | 0120 | EI | 0.00 | $19.48 | 0.00 | $19.48 | 8,953.93 |
| 2417783 | Federal Express -Delivery to B.Stansbury, 7/30/09 | E | 08/17/2009 | 0363 | AJS | 0.00 | $15.42 | 0.00 | $15.42 | 8,969.35 |

{D0163126.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

Invoice #

(AJS)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2417784 | Federal Express -Delivery to M.Perez, 7/27/09 (AJS) | E | 08/17/2009 | 0363 | AJS | 0.00 | $20.76 | 0.00 | $20.76 | 8,990.11 |
| 2417785 | Federal Express -Delivery to JPW, 7/27/09  (JPW) | E | 08/17/2009 | 0334 | JPW | 0.00 | $20.30 | 0.00 | $20.30 | 9,010.41 |
| 2417795 | Washington Courier -Delivery to Kirkland & Ellis, 7/8/09  (NDF) | E | 08/17/2009 | 0187 | NDF | 0.00 | $7.36 | 0.00 | $7.36 | 9,017.77 |
| 2417796 | Washington Courier -Delivery to Orrick Columbia Center, 7/8/09  (NDF) | E | 08/17/2009 | 0187 | NDF | 0.00 | $6.61 | 0.00 | $6.61 | 9,024.38 |
| 2417812 | Allied Advanced Reporting, Inc. -E-mail of Exhibits, re: Gary Friedman, 6/22/09  (NDF) | E | 08/17/2009 | 0187 | NDF | 0.00 | $103.00 | 0.00 | $103.00 | 9,127.38 |
| 2417821 | Peter Van N. Lockwood -Agent Fee, re: Amtrak Trian Fare for First Class Travel to/from Wilmington, NJ, 7/27/09  (Coach Fare $215) | E | 08/18/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 9,167.38 |
| 2417822 | Peter Van N. Lockwood -Amtrak Trian Fare for First Class Travel to/from Wilmington, NJ, 7/27/09  (Coach Fare $215) | E | 08/18/2009 | 0020 | PVL | 0.00 | $345.00 | 0.00 | $215.00 | 9,382.38 |
| 2418842 | Equitrac - Long Distance to 13128622000 | E | 08/18/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 9,382.50 |
| 2418843 | Equitrac - Long Distance to 13128622359 | E | 08/18/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 9,382.66 |
| 2418846 | Equitrac - Long Distance to 16514373148 | E | 08/18/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 9,382.82 |
| 2418854 | Equitrac - Long Distance to 18052088595 | E | 08/19/2009 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 9,383.26 |
| 2418867 | Equitrac - Long Distance to 14125652232 | E | 08/19/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 9,383.38 |
| 2418897 | Equitrac - Long Distance to 12124464924 | E | 08/19/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 9,383.42 |
| 2418923 | Equitrac - Long Distance to 16514373148 | E | 08/19/2009 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 9,383.86 |
| 2419293 | Texas Lung Institute, P.A. -Research/Consulting Svc., 7/2009  (BSB) | E | 08/20/2009 | 0001 | BSB | 0.00 | $32,250.00 | 0.00 | $32,250.00 | 41,633.86 |
| | | | | | BSB | | | | | |

{D0163126.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter  000 | | Disbursements | | | | | | | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2419294 | Texas Lung Institute, P.A. -Research/Consulting Svc., 6/2009  (BSB) | E | 08/20/2009 | 0001 | | 0.00 | $38,000.00 | 0.00 | $38,000.00 | 79,633.86 |
| 2419600 | TSG Reporting, Inc. -Certified Transcript, re: Hudson La Force Deposition, 8/6/09  (BSB) | E | 08/24/2009 | 0001 | BSB | 0.00 | $681.95 | 0.00 | $681.95 | 80,315.81 |
| 2419604 | Federal Express -Delivery to NDF, 8/13/09  (EI) | E | 08/24/2009 | 0120 | EI | 0.00 | $49.87 | 0.00 | $49.87 | 80,365.68 |
| 2419661 | Equitrac - Long Distance to 12124464924 | E | 08/24/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 80,365.76 |
| 2419664 | Equitrac - Long Distance to 13128622359 | E | 08/24/2009 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 80,366.12 |
| 2419671 | Equitrac - Long Distance to 13128622359 | E | 08/24/2009 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 80,366.52 |
| 2419718 | Equitrac - Long Distance to 13128622359 | E | 08/24/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 80,366.80 |
| 2419719 | Equitrac - Long Distance to 13128622359 | E | 08/24/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 80,367.04 |
| 2419720 | Equitrac - Long Distance to 13128622359 | E | 08/24/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 80,367.28 |
| 2419790 | Equitrac - Long Distance to 13024269910 | E | 08/24/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 80,367.32 |
| 2419793 | Equitrac - Long Distance to 15045698732 | E | 08/24/2009 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 80,367.88 |
| 2419795 | Equitrac - Long Distance to 13024269910 | E | 08/24/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 80,367.92 |
| 2420044 | Equitrac - Long Distance to 13024269910 | E | 08/25/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 80,367.96 |
| 2420047 | Equitrac - Long Distance to 13128622359 | E | 08/25/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 80,368.00 |
| 2420070 | Equitrac - Long Distance to 12064482200 | E | 08/25/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 80,368.16 |
| 2420076 | Equitrac - Long Distance to 17012373071 | E | 08/25/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 80,368.40 |
| 2420081 | Equitrac - Long Distance to 16512442306 | E | 08/25/2009 | 0999 | C&D | 0.00 | $3.04 | 0.00 | $3.04 | 80,371.44 |

{D0163126.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | Disbursements | | | | | | | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

Invoice #

| ID | Description | | Date | Code | Atty | | Amount | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2420106 | Equitrac - Long Distance to 18054993572 | E | 08/25/2009 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 80,371.88 |
| 2420114 | Equitrac - Long Distance to 18054993572 | E | 08/25/2009 | 0999 | C&D | 0.00 | $2.48 | 0.00 | $2.48 | 80,374.36 |
| 2420119 | BostonCoach Corporation -Car Svc. to Residence, re: Working Late, 8/6/09 (SKL) | E | 08/26/2009 | 0999 | C&D | 0.00 | $379.08 | 0.00 | $379.08 | 80,753.44 |
| 2420121 | Peter Van N. Lockwood -Agent Fee for First Class Amtrak Train Fare, re: Travel to/from Wilmington, DE, 8/24/09  (Coach $172) | E | 08/26/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 80,793.44 |
| 2420122 | Peter Van N. Lockwood -First Class Amtrak Train Fare, re: Travel to/from Wilmington, DE, 8/24/09 (Coach $172) | E | 08/26/2009 | 0020 | PVL | 0.00 | $302.00 | 0.00 | $172.00 | 80,965.44 |
| 2420124 | Kevin C. Maclay -O/T Cab Fares to Residence ($40 ea), 8/3/09 - 8/6/09 | E | 08/26/2009 | 0338 | KCM | 0.00 | $120.00 | 0.00 | $120.00 | 81,085.44 |
| 2420125 | Red Top Cab -Svc. to Residence, re: Working Late, 8/7/09  (MCG) | E | 08/26/2009 | 0333 | MCG | 0.00 | $33.12 | 0.00 | $33.12 | 81,118.56 |
| 2420180 | Postage | E | 08/26/2009 | 0999 | C&D | 0.00 | $39.07 | 0.00 | $39.07 | 81,157.63 |
| 2420225 | Equitrac - Long Distance to 13024269910 | E | 08/26/2009 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 81,158.11 |
| 2420234 | Equitrac - Long Distance to 13126162819 | E | 08/26/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 81,158.19 |
| 2420252 | Equitrac - Long Distance to 12123199240 | E | 08/26/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 81,158.23 |
| 2420264 | Equitrac - Long Distance to 14159624402 | E | 08/26/2009 | 0999 | C&D | 0.00 | $2.44 | 0.00 | $2.44 | 81,160.67 |
| 2420605 | Supreme Systems Inc. -Courier Svc. to NDF at the San Carlos Hotel in New York, NY, 8/12/09  (NDF) | E | 08/27/2009 | 0187 | NDF | 0.00 | $12.80 | 0.00 | $12.80 | 81,173.47 |
| 2420609 | Federal Express -Delivery to K.Hemming, 8/17/09 (EI) | E | 08/27/2009 | 0120 | EI | 0.00 | $15.79 | 0.00 | $15.79 | 81,189.26 |
| 2420611 | Nathan D. Finch -Snacks for Travel to/from Wilminton, DE, re: Client Mtg., 8/24/09 | E | 08/27/2009 | 0187 | NDF | 0.00 | $15.00 | 0.00 | $15.00 | 81,204.26 |
| 2420612 | Nathan D. Finch -First Class Amtrak Train Fare | E | 08/27/2009 | 0187 | NDF | 0.00 | $231.00 | 0.00 | $172.00 | 81,376.26 |

{D0163126.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

Invoice #

for Travel to/from Wilminton, DE, re: Client Mtg., 8/24/09  (Coach $172)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2420613 | Air & Train Transportation | E | 08/27/2009 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 81,416.26 |
| 2420614 | Nathan D. Finch -Cab Fares to/from DC Union Station for Travel to/from Wilminton, DE, re: Client Mtg., 8/24/09   (Caoch $172) | E | 08/27/2009 | 0187 | NDF | 0.00 | $77.00 | 0.00 | $77.00 | 81,493.26 |
| 2420615 | Executive Travel Associates -One-Way First Class Airfare to Missoula, MT, 8/25/09  (BSB; Coach $1,019.20) (Discounted First Class $822.20) | E | 08/27/2009 | 0001 | BSB | 0.00 | $822.20 | 0.00 | $822.20 | 82,315.46 |
| 2420616 | Executive Travel Associates -One-Way Coach Airfare from Kalispell Missoula, MT to Washington, DC, 8/29/09  (BSB) | E | 08/27/2009 | 0001 | BSB | 0.00 | $817.20 | 0.00 | $817.20 | 83,132.66 |
| 2420617 | Executive Travel Associates -Agent Fee, re: One-Way Coach Airfare from Kalispell Missoula, MT to Washington, DC, 8/29/09  (BSB) | E | 08/27/2009 | 0001 | BSB | 0.00 | $20.00 | 0.00 | $20.00 | 83,152.66 |
| 2420618 | Executive Travel Associates -Agent Fee, re: One-Way First Class Airfare to Missoula, MT, 8/25/09  (BSB; Coach $1,019.20) | E | 08/27/2009 | 0001 | BSB | 0.00 | $20.00 | 0.00 | $20.00 | 83,172.66 |
| 2420619 | Executive Travel Associates -Agent Fee, re: Amtrak Coach Train Fare to/from New York, NY, 8/27/09  (NDF) | E | 08/27/2009 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 83,212.66 |
| 2420620 | Executive Travel Associates -Amtrak Coach Train Fare to/from New York, NY, 8/27/09  (NDF) | E | 08/27/2009 | 0187 | NDF | 0.00 | $239.00 | 0.00 | $239.00 | 83,451.66 |
| 2420621 | Executive Travel Associates -First Class One-Way Airfare to Spokane, WA, 9/1/09  (NDF; Coach $963.20) (Discounted First Class $841.20) | E | 08/27/2009 | 0187 | NDF | 0.00 | $841.20 | 0.00 | $841.20 | 84,292.86 |
| 2420622 | Executive Travel Associates -First Class One-Way Airfare from Spokane, WA, 9/2/09  (NDF; Coach $1,380.60) (Discounted First Class $854.20) | E | 08/27/2009 | 0187 | NDF | 0.00 | $854.20 | 0.00 | $854.20 | 85,147.06 |
| 2420623 | Executive Travel Associates -Agent Fee, re: First Class One-Way Airfare to Spokane, WA, 9/1/09  (NDF; Coach $963.20) | E | 08/27/2009 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 85,167.06 |

{D0163126.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2420624 | Executive Travel Associates -Agent Fee, re: First Class One-Way Airfare from Spokane, WA, 9/2/09 (NDF; Coach $1,380.60) | E | 08/27/2009 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 85,187.06 |
| 2420625 | Executive Travel Associates -First Class One-Way Airfare to Spokane, WA, 9/1/09  (MAF; Coach $963.20) (Discounted First Class $841.20) | E | 08/27/2009 | 0367 | MAF | 0.00 | $841.20 | 0.00 | $841.20 | 86,028.26 |
| 2420626 | Executive Travel Associates -First Class One-Way Airfare from Spokane, WA, 9/2/09  (MAF; Coach $1,380.60) (Discounted First Class $854.20) | E | 08/27/2009 | 0367 | MAF | 0.00 | $854.20 | 0.00 | $854.20 | 86,882.46 |
| 2420627 | Executive Travel Associates -Agent Fee, re: First Class One-Way Airfare to Spokane, WA, 9/1/09 (MAF; Coach $963.20) | E | 08/27/2009 | 0367 | MAF | 0.00 | $20.00 | 0.00 | $20.00 | 86,902.46 |
| 2420628 | Executive Travel Associates -Agent Fee, re: First Class One-Way Airfare from Spokane, WA, 9/2/09 (MAF; Coach $1,380.60) | E | 08/27/2009 | 0367 | MAF | 0.00 | $20.00 | 0.00 | $20.00 | 86,922.46 |
| 2420654 | Equitrac - Long Distance to 14062533430 | E | 08/27/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 86,922.70 |
| 2420675 | Equitrac - Long Distance to 18054993572 | E | 08/27/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 86,922.98 |
| 2420679 | Equitrac - Long Distance to 13128622359 | E | 08/27/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 86,923.02 |
| 2420713 | Equitrac - Long Distance to 13128622359 | E | 08/27/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 86,923.26 |
| 2420719 | Equitrac - Long Distance to 13128622359 | E | 08/27/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 86,923.34 |
| 2420738 | Equitrac - Long Distance to 13128622359 | E | 08/27/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 86,923.46 |
| 2420937 | Capture Discovery -Outside Copy Svc., re: Color Blowbacks, 8/25/09  (MAF) | E | 08/28/2009 | 0367 | MAF | 0.00 | $424.69 | 0.00 | $424.69 | 87,348.15 |
| 2420972 | Equitrac - Long Distance to 13128622422 | E | 08/30/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 87,348.27 |
| 2420984 | Equitrac - Long Distance to 13128622359 | E | 08/30/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 87,348.35 |
| | | | | | C&D | | | | | |

{D0163126.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter 000 | | Disbursements | | | | | | | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2421023 | Equitrac - Long Distance to 13126162819 | E | 08/30/2009 | 0999 | | 0.00 | $0.12 | 0.00 | $0.12 | 87,348.47 |
| 2421027 | Equitrac - Long Distance to 13128622000 | E | 08/30/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 87,348.59 |
| 2421028 | Equitrac - Long Distance to 13128622000 | E | 08/30/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 87,348.71 |
| 2421039 | Conference Meals - Luch for NDF, EI, PVNL & Mark Iuzzolino (Ct. Rptr) during testimony prep on 8/28 in NY | E | 08/31/2009 | 0999 | C&D | 0.00 | $48.60 | 0.00 | $48.60 | 87,397.31 |
| 2421040 | Conference Meals - NDF lunch in NY office while working there on 8/13 | E | 08/31/2009 | 0999 | C&D | 0.00 | $17.50 | 0.00 | $17.50 | 87,414.81 |
| 2421452 | Equitrac - Long Distance to 13128622422 | E | 08/31/2009 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 87,415.17 |
| 2421465 | Equitrac - Long Distance to 12124464924 | E | 08/31/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 87,415.41 |
| 2421467 | Equitrac - Long Distance to 18054993572 | E | 08/31/2009 | 0999 | C&D | 0.00 | $0.68 | 0.00 | $0.68 | 87,416.09 |
| 2421475 | Equitrac - Long Distance to 13024269910 | E | 08/31/2009 | 0999 | C&D | 0.00 | $0.76 | 0.00 | $0.76 | 87,416.85 |
| 2421980 | Database Research - LEXIS by TEP/JS on 8/3-6 | E | 08/31/2009 | 0999 | C&D | 0.00 | $2,538.71 | 0.00 | $2,538.71 | 89,955.56 |
| 2421981 | Database Research - LEXIS by MCG/JAL on 8/4-6 | E | 08/31/2009 | 0999 | C&D | 0.00 | $397.20 | 0.00 | $397.20 | 90,352.76 |
| 2421982 | Database Research - LEXIS by MCG/NDF on 8/5 | E | 08/31/2009 | 0999 | C&D | 0.00 | $32.43 | 0.00 | $32.43 | 90,385.19 |
| 2421983 | Database Research - LEXIS by SAT/KCM on 8/4 | E | 08/31/2009 | 0999 | C&D | 0.00 | $613.34 | 0.00 | $613.34 | 90,998.53 |
| 2424028 | Database Research - Westlaw by EGB on 8/28 | E | 08/31/2009 | 0999 | C&D | 0.00 | $853.24 | 0.00 | $853.24 | 91,851.77 |
| 2424029 | Database Research - Westlaw by TEP on 8/3-7 | E | 08/31/2009 | 0999 | C&D | 0.00 | $2,986.40 | 0.00 | $2,986.40 | 94,838.17 |
| 2424030 | Database Research - Westlaw by JMR on 8/31 | E | 08/31/2009 | 0999 | C&D | 0.00 | $127.94 | 0.00 | $127.94 | 94,966.11 |
| 2424031 | Database Research - Westlaw by JS on 8/3 | E | 08/31/2009 | 0999 | C&D | 0.00 | $110.14 | 0.00 | $110.14 | 95,076.25 |
| 2424032 | Database Research - Westlaw by JPW on 8/3-12 | E | 08/31/2009 | 0999 | C&D | 0.00 | $1,459.27 | 0.00 | $1,459.27 | 96,535.52 |

{D0163126.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2424033 | Database Research - Westlaw by MAF on 8/3-28 | E | 08/31/2009 | 0999 | C&D | 0.00 | $1,121.66 | 0.00 | $1,121.66 | 97,657.18 |
| 2424034 | Database Research - Westlaw by KCM on 8/1-6 | E | 08/31/2009 | 0999 | C&D | 0.00 | $375.68 | 0.00 | $375.68 | 98,032.86 |
| 2424035 | Database Research - Westlaw by AJS on 8/6 | E | 08/31/2009 | 0999 | C&D | 0.00 | $255.85 | 0.00 | $255.85 | 98,288.71 |
| 2424036 | Database Research - Westlaw by SAT/KCM on 8/25 | E | 08/31/2009 | 0999 | C&D | 0.00 | $265.14 | 0.00 | $265.14 | 98,553.85 |
| 2424037 | Database Research - Westlaw by SAT on 8/2-4 | E | 08/31/2009 | 0999 | C&D | 0.00 | $462.60 | 0.00 | $462.60 | 99,016.45 |
| 2424038 | Database Research - Westlaw by JAL on 8/1-26 | E | 08/31/2009 | 0999 | C&D | 0.00 | $532.89 | 0.00 | $532.89 | 99,549.34 |
| 2424039 | Database Research - Westlaw by SAT/KCM on 8/2 | E | 08/31/2009 | 0999 | C&D | 0.00 | $1,699.60 | 0.00 | $1,699.60 | 101,248.94 |
| 2424040 | Database Research - Westlaw by SAT/TEP on 8/14 | E | 08/31/2009 | 0999 | C&D | 0.00 | $227.40 | 0.00 | $227.40 | 101,476.34 |
| 2424041 | Database Research - Westlaw by MCG/AJS on 8/7 | E | 08/31/2009 | 0999 | C&D | 0.00 | $21.36 | 0.00 | $21.36 | 101,497.70 |
| 2424042 | Database Research - Westlaw by MCG/JAL on 8/4-6 | E | 08/31/2009 | 0999 | C&D | 0.00 | $1,873.75 | 0.00 | $1,873.75 | 103,371.45 |
| 2424043 | Database Research - Westlaw by MCG/NDF on 8/4-6 | E | 08/31/2009 | 0999 | C&D | 0.00 | $2,992.16 | 0.00 | $2,992.16 | 106,363.61 |
| 2424061 | Database Research - Westlaw by MAF/KCM on 8/26 | E | 08/31/2009 | 0999 | C&D | 0.00 | $395.93 | 0.00 | $395.93 | 106,759.54 |
| 2426004 | Database Research - Westlaw by SAT/KCM on 8/2 | E | 08/31/2009 | 0999 | C&D | 0.00 | $32.04 | 0.00 | $32.04 | 106,791.58 |
| 2420960 | NYO Long Distance Telephone- Committee Conf call on 6/25 | E | 08/31/2009 | 0999 | C&D | 0.00 | $182.56 | 0.00 | $182.56 | 106,974.14 |
| 2420965 | NYO Long Distance Telephone- OC Experts Conf call on 7/21 with Horkovich, PVNL, ACM, NDF, and EI re: Libby | E | 08/31/2009 | 0999 | C&D | 0.00 | $349.44 | 0.00 | $349.44 | 107,323.58 |

**Total Expenses**

|  |  |  |  |
|---|---|---|---|
|  | $107,642.58 |  | $107,323.58 |
| 0.00 |  | 0.00 |  |
| Matter Total Fees | 0.00 | 0.00 | 0.00 |
| Matter Total Expenses | | 107,642.58 | 107,323.58 |
| Matter Total | 0.00 | 107,642.58 | 0.00 | 107,323.58 |

{D0163126.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | Page: 1 |
|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | 9/21/2009 |

Print Date/Time: 09/21/2009 11:37:01AM

Attn:

Invoice #

| | | | | |
|---|---|---|---|---|
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $107,642.58 | | $107,323.58 |
| Prebill Total | 0.00 | $107,642.58 | 0.00 | $107,323.58 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 66,545 | 01/26/2009 | 364,903.00 | 1,633.83 |
| 66,959 | 02/25/2009 | 228,107.00 | 45,621.40 |
| 67,377 | 03/24/2009 | 287,382.50 | 57,476.49 |
| 67,847 | 04/23/2009 | 404,063.50 | 80,812.70 |
| 68,337 | 05/26/2009 | 357,760.25 | 71,552.05 |
| 68,948 | 06/22/2009 | 452,029.25 | 90,405.83 |
| 69,435 | 07/28/2009 | 707,154.42 | 707,154.42 |
| 69,835 | 08/26/2009 | 675,845.41 | 675,845.41 |
| | | 5,264,395.08 | 1,780,151.43 |

{D0163126.1 }