Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2009 through August 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 02-Aug-09 | BR | Review of documents in preparation for drafting memo to counsel to the ACC re Grace's motion seeking authorization for sale of its Membranes Business. | 0.90 | $ 595.00 | $ 535.50 |
| 02-Aug-09 | BR | Drafting of memo to counsel to the ACC re Grace's motion seeking authorization for sale of its Membranes Business. | 0.50 | $ 595.00 | $ 297.50 |
| 14-Aug-09 | BR | Review of Grace presentation re Project Keystone in preparation for conference call to discuss the project. | 0.50 | $ 595.00 | $ 297.50 |
| 14-Aug-09 | BR | Conf call to discuss Project Keystone. | 0.30 | $ 595.00 | $ 178.50 |
| 26-Aug-09 | BR | Review of weekly operating report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Bradley Rapp | 2.40 | | $ 1,428.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 12-Aug-09 | JS | Review information materials regarding sale of Grace's firestopping business for purposes of advising ACC counsel. | 1.10 | $ 595.00 | $ 654.50 |
| 18-Aug-09 | JS | Review pricing and valuation information, corporate developments, for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 19-Aug-09 | JS | Review, analyze Motion for Approval of the Sale of Firestop Assets (Firestop Motion) to RectorSeal Corp and attendant Exhibits for purposes of advising ACC counsel. | 2.70 | $ 595.00 | $ 1,606.50 |
| 25-Aug-09 | JS | Review pricing and valuation information, corporate developments, for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| | | Total James Sinclair | 5.80 | | $ 3,451.00 |
| Robert Lindsay - Managing Director | | | | | |
| 26-Aug-09 | RHL | Reviewed and forwarded July invoice to counsel. | 0.30 | $ 550.00 | $ 165.00 |
| | | Total Robert Lindsay | 0.30 | | $ 165.00 |
| Peter Cramp - Senior Analyst | | | | | |
| 17-Aug-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch (2 updates). | 2.50 | $ 275.00 | $ 687.50 |
| 19-Aug-09 | PC | Review and analyze June Monthly Operating Report for due diligence. | 1.10 | $ 275.00 | $ 302.50 |
| 19-Aug-09 | PC | Update market multiple valuation workbook for valuation monitoring. | 1.80 | $ 275.00 | $ 495.00 |
| 20-Aug-09 | PC | Review 10-Q filings for guideline companies for valuation monitoring. | 3.80 | $ 275.00 | $ 1,045.00 |
| 24-Aug-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 31-Aug-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| | | Total Peter Cramp | 11.90 | | $ 3,272.50 |
| Gibbons Sinclair - Analyst | | | | | |
| 24-Aug-09 | GS | Draft July 09 Invoice. | 1.20 | $ 220.00 | $ 264.00 |
| | | Total Gibbons Sinclair | 1.20 | | $ 264.00 |
| | | **TOTAL** | 21.60 | | $ 8,580.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2009 through August 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Business Operations/Due Diligence | | | | | |
| 17-Aug-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch (2 updates). | 2.50 | $ 275.00 | $ 687.50 |
| 19-Aug-09 | PC | Review and analyze June Monthly Operating Report for due diligence. | 1.10 | $ 275.00 | $ 302.50 |
| 24-Aug-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 31-Aug-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| | | Total Business Operations/Due Diligence | 6.30 | | $ 1,732.50 |
| Fee Applications (Applicant) | | | | | |
| 24-Aug-09 | GS | Draft July 09 Invoice. | 1.20 | $ 220.00 | $ 264.00 |
| 26-Aug-09 | RL | Reviewed and forwarded July invoice to counsel. | 0.30 | $ 550.00 | $ 165.00 |
| | | Total Fee Applications (Applicant) | 1.50 | | $ 429.00 |
| Asset Disposition | | | | | |
| 02-Aug-09 | BR | Review of documents in preparation for drafting memo to counsel to the ACC re Grace's motion seeking authorization for sale of its Membranes Business. | 0.90 | $ 595.00 | $ 535.50 |
| 02-Aug-09 | BR | Drafting of memo to counsel to the ACC re Grace's motion seeking authorization for sale of its Membranes Business. | 0.50 | $ 595.00 | $ 297.50 |
| 12-Aug-09 | JS | Review information materials regarding sale of Grace's firestopping business for purposes of advising ACC counsel. | 1.10 | $ 595.00 | $ 654.50 |
| 14-Aug-09 | BR | Review of Grace presentation re Project Keystone in preparation for conference call to discuss the project. | 0.50 | $ 595.00 | $ 297.50 |
| 14-Aug-09 | BR | Conf call to discuss Project Keystone. | 0.30 | $ 595.00 | $ 178.50 |
| 19-Aug-09 | JS | Review, analyze Motion for Approval of the Sale of Firestop Assets (Firestop Motion) to RectorSeal Corp and attendant Exhibits for purpose of advising ACC counsel. | 2.70 | $ 595.00 | $ 1,606.50 |
| | | Total Asset Disposition | 6.00 | | $ 3,570.00 |
| Valuation | | | | | |
| 18-Aug-09 | JS | Review pricing and valuation information, corporate developments, for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 19-Aug-09 | PC | Update market multiple valuation workbook for valuation monitoring. | 1.80 | $ 275.00 | $ 495.00 |
| 20-Aug-09 | PC | Review 10-Q filings for guideline companies for valuation monitoring. | 3.80 | $ 275.00 | $ 1,045.00 |
| 25-Aug-09 | JS | Review pricing and valuation information, corporate developments, for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 26-Aug-09 | BR | Review of weekly operating report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Valuation | 7.80 | | $ 2,849.00 |
| | | **TOTAL** | 21.60 | | $ 8,580.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2009 through August 31, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.40 | $ 595.00 | $ 1,428.00 |
| James Sinclair - Senior Managing Director | 5.80 | $ 595.00 | $ 3,451.00 |
| Robert Lindsay - Managing Director | 0.30 | $ 550.00 | $ 165.00 |
| Peter Cramp - Senior Analyst | 11.90 | $ 275.00 | $ 3,272.50 |
| Gibbons Sinclair - Analyst | 1.20 | $ 220.00 | $ 264.00 |
| Total Professional Hours and Fees | 21.60 | | $ 8,580.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - August 1, 2009 through August 31, 2009

| Date | Description of Item | Amount |
|---|---|---|
| | No Expenses During this Period. | |
| | Total Expenses August 1, 2009 through August 31, 2009 | $0.00 |