# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 26, 2009 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# v::ODMA/PCDOCS/HRODEN/1409329/1

### Matter 00390 - Bankruptcy Matters

| Name | Position | Hourly Rate | November | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 400.00 | 0.5 | $200.00 |
| Sherman, Joan | Paralegal | $ 185.00 | 0.3 | $55.50 |
| Haag, Susan | Paralegal | $ 175.00 | 1.0 | $175.00 |
| Total | | | 1.80 | $ 430.50 |

Expenses

### Matter 00390 - Bankruptcy Matters

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ 1.20 |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 1,052.38 |
| Total | $ 1,053.58 |

Holme Roberts & Owen LLP

December 16, 2008

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 829053 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/07/08 | EKF | Review and revise October 2008 prebills/invoices for compliance with US Trustee Guidelines. | 0.30 | $ 120.00 |
| 11/10/08 | JLS | Research ZAI sales in certain states. | 0.30 | 55.50 |
| 11/14/08 | SH | Draft April 2008 fee application. | 0.50 | 87.50 |
| 11/18/08 | EKF | Review and revise May 2008 Monthly Fee Application. | 0.20 | 80.00 |
| 11/18/08 | SH | Draft May 2008 monthly fee application. | 0.50 | 87.50 |
| | | Total Fees Through November 30, 2008: | 1.80 | $ 430.50 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 0.50 | $ 200.00 |
| JLS | Joan L. Sherman | Paralegal | 185.00 | 0.30 | 55.50 |
| SH | Susan Haag | Paralegal | 175.00 | 1.00 | 175.00 |
| | | Total Fees: | | 1.80 | $ 430.50 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/10/08 | | Long Distance Telephone: 6174561997, 12 Mins., TranTime:12:59 | $ 1.20 |
| 11/11/08 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 320495; DATE: 11/11/2008 - Professional Services through October 31, 2008 | 1,052.38 |
| | | Total Disbursements: | $ 1,053.58 |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,052.38 |
| Long Distance Telephone | | 1.20 |
| **Total Disbursements:** | **$** | **1,053.58** |