IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATION BY GOVERNMENT COUNSEL**
**PURSUANT TO BANKRUPTCY LOCAL RULE 9010**

Pursuant to Local Rule 9010-1(e)(i) of the Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court; am admitted, practicing and in good standing as a member of the Bar of the State of California and the United States District Court, Central District of California; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: October 5, 2009                                              Respectfully submitted,

/s/ Michael R. Sew Hoy
MICHAEL R. SEW HOY
U.S. Department of Justice-Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-3571
Facsimile: (202) 514-9163
michael.r.sew.hoy@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on October 5, 2009, by electronic service through the Court's Electronic Case Filing ("ECF") system.

 /s/ Michael R. Sew Hoy
MICHAEL R. SEW HOY