# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**AUGUST 1, 2009 - AUGUST 31, 2009**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 7.4 | 4,995.00 |
| 0014 | Case Administration | 73.2 | 16,516.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 11.5 | 6,846.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 34.1 | 23,017.50 |
| 0018 | Fee Application, Applicant | 33.6 | 14,610.50 |
| 0019 | Creditor Inquiries | 2.2 | 2,061.00 |
| 0020 | Fee Application, Others | 4.4 | 1,336.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 5.8 | 3,877.50 |
| 0035 | Travel - Non Working | 15.5 | 13,327.50 |
| 0036 | Plan and Disclosure Statement | 297.1 | 204,668.00 |
| 0037 | Hearings | 16.9 | 14,951.50 |
| | | | |
| | **Sub Total** | **501.7** | **$ 306,208.00** |
| | **Less 50% Travel** | **(7.7)** | **(6,663.75)** |
| | **Total** | **494.0** | **$ 299,544.25** |

# STROOCK

## INVOICE

| DATE | September 24, 2009 |
|---|---|
| INVOICE NO. | 484944 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through August 31, 2009, including:

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843  0009 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/13/2009 | Attend to preparation materials re: Project Keystone sale. | Krieger, A. | 0.2 |
| 08/14/2009 | Exchanged memoranda with J. Baer re conference call on Project Keystone and status of purchaser's agreement to modifications to the termination fee provision in the Pegasus transaction. | Krieger, A. | 0.3 |
| 08/16/2009 | Attend to revised form of order approving sale of Membranes' Business. | Krieger, A. | 0.9 |
| 08/17/2009 | Exchanged memoranda with J. Baer re revision to termination fee provision in Pegasus transaction. | Krieger, A. | 0.2 |
| 08/18/2009 | Attend to termination fee provision (.6); memorandum to J. Baer re same (.2). | Krieger, A. | 0.8 |
| 08/21/2009 | Exchanged memoranda with J. Dolan re sale of Firestop business. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/24/2009 | Attend to asset purchase agreement re proposed sale of Firestopping Business ( 1.1); attend to Capstone's information request and memorandum to Capstone re same (.9). | Krieger, A. | 2.0 |
| 08/25/2009 | Attend to asset purchase agreement re proposed sale of Firestopping Business. | Krieger, A. | 1.0 |
| 08/26/2009 | Attend to asset purchase agreement re proposed sale of Firestopping Business and memorandum to Capstone re additional information request. | Krieger, A. | 1.7 |
| 08/27/2009 | Exchanged memoranda with J. Dolan re memorandum on sale of Firestopping Business. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 7.4 | $ 675 | $ 4,995.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,995.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,995.00 |
|---|---|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843 0014         |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/03/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.4 |
| 08/03/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.5); prepare documents for review (.6); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.9 |
| 08/04/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); research case docket and retrieve certain pleadings for attorney review (1.3); review case file documents (1.1). | Mohamed, D. | 3.6 |
| 08/05/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); research case docket pertaining to estimation hearing transcripts (.8); prepare documents for review (.4). | Mohamed, D. | 2.6 |
| 08/06/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.0); obtain documents for attorney review (.5). | Mohamed, D. | 1.8 |
| 08/07/2009 | Reviewed Legal Docket to update status; retrieved documents and distributed same. | Holzberg, E. | 3.9 |
| 08/10/2009 | Searched docket for and retrieve certain documents pertaining to confirmation hearing for attorney (3.2); reviewed Legal Docket to update status; retrieved documents for distribution (2.9). | Holzberg, E. | 6.1 |
| 08/11/2009 | Reviewed Legal Docket to update status (1.2); retrieved and circulated recent pleadings to parties in interest (2.1). | Holzberg, E. | 3.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/12/2009 | A. Krieger: Interlibrary loan Financial Accounting. | Jones, M. | 1.2 |
| 08/13/2009 | Morning and afternoon docket updates in connection with WR Grace (.4); Uploaded filed documents to the system (including Pretrial Statement Supplement with 70 attachments) (1.0); circulated updates to working group (.2). | Szemelynec, K. | 1.6 |
| 08/14/2009 | Reviewed Legal Docket to update status (1.3); obtained and circulated filed pleadings (2.2). | Holzberg, E. | 3.5 |
| 08/14/2009 | A. Krieger: Follow-up calls regarding Accounting treatise interlibrary loan. | Jones, M. | 0.2 |
| 08/17/2009 | Reviewed Legal Docket to update status; retrieved documents and distributed them. | Holzberg, E. | 1.6 |
| 08/17/2009 | A. Krieger: Calls regarding Accounting interlibrary loan. | Jones, M. | 0.2 |
| 08/17/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.7); review case file documents  (1.1); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 3.6 |
| 08/18/2009 | T/c to CourtCall to arrange for AGK to attend hearing on 8/24 telephonically (.2); reviewed Legal Docket to update status (.9). | Holzberg, E. | 1.1 |
| 08/18/2009 | Office conference EH re court call arrangements for 8/24/09. | Krieger, A. | 0.1 |
| 08/18/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.2); prepare documents for review (.5). | Mohamed, D. | 2.0 |
| 08/19/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.9); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.5 |
| 08/20/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed | Mohamed, D. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (1.4). | | |
| 08/21/2009 | Review docket and circulate substantive pleadings to working group. | Magzamen, M. | 1.0 |
| 08/24/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.7 |
| 08/24/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.3); research and retrieve certain pleadings for attorney review (1.1); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 3.1 |
| 08/25/2009 | Review and update case docket no. 01-1139 (.5); obtain and circulate recently docketed pleadings in main case (1.1); obtain documents for attorney review (.5); prepare exhibits for upcoming confirmation hearing scheduled for 9/8/2009 (2.2). | Mohamed, D. | 4.3 |
| 08/26/2009 | Attend to Fee Auditor's response on SSL's quarterly application (.1); memorandum to J&J Court Transcribers re 08/24/09 hearing transcript (.1). | Krieger, A. | 0.2 |
| 08/26/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); prepare documents for attorney review pertaining to confirmation hearing (2.7). | Mohamed, D. | 4.9 |
| 08/27/2009 | Exchanged memoranda with J. Bowen (J&J Court Transcribers) re 8/24/09 hearing transcript. | Krieger, A. | 0.1 |
| 08/27/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.2); prepare pleadings for attorney review (.6); review case file documents (.7). | Mohamed, D. | 2.9 |
| 08/28/2009 | Review Legal Docket to update status. | Holzberg, E. | 1.9 |
| 08/28/2009 | Attend to travel arrangements for confirmation hearing. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/28/2009 | Review and update case docket no. 01-1139 (.5); obtain and circulate recently docketed pleadings in main case (1.6); prepare documents for attorney review (.4); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.9 |
| 08/31/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.7 |
| 08/31/2009 | Telephone call J. Heller re August 24, 2009 hearing transcript and office conference and memoranda to EH re same and DM re same (.4); office conferences DM re same (.1). | Krieger, A. | 0.5 |
| 08/31/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.1); obtain certain documents for attorney review (.6); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); obtain and circulate recently docketed pleadings re district court case no. 09-644 (.5). | Mohamed, D. | 3.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 26.2 | $ 275 | $ 7,205.00 |
| Jones, Margaret | 1.6 | 205 | 328.00 |
| Krieger, Arlene G. | 1.1 | 675 | 742.50 |
| Magzamen, Michael S. | 1.0 | 295 | 295.00 |
| Mohamed, David | 41.7 | 180 | 7,506.00 |
| Szemelynec, Kristine A. | 1.6 | 275 | 440.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,516.50 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 16,516.50 |
|-----------------------|-------------|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/03/2009 | Research re bar dates and filing of proofs of claim. | Harris, D. | 2.8 |
| 08/03/2009 | Conference call L. Esayian, P. Mahaley re General Insurance and Lloyd's of London matters. | Krieger, A. | 0.6 |
| 08/04/2009 | Memorandum to P. McGrath re: Lloyds of London settlement. | Krieger, A. | 0.2 |
| 08/11/2009 | Attend to Debtors' motion for an amended and restated agreement with London Market Insurance Companies. | Krieger, A. | 0.4 |
| 08/12/2009 | Attend to proposed amended agreement with London Market Insurers. | Krieger, A. | 0.6 |
| 08/13/2009 | Attend to Debtors' Motion for approval of amended and restated settlement agreement with London Market Insurance Companies (1.7); attend to Debtors' Motion for approval of stipulation with Travelers (re: St. Paul Companies' Claims) (.7). | Krieger, A. | 2.4 |
| 08/14/2009 | Exchanged memoranda with J. Baer and M. Lewinstein re St. Paul's proofs of claim, readable copies of the contracts of indemnity at issue (.2); attend to Allstate settlement (.4). | Krieger, A. | 0.6 |
| 08/16/2009 | Attend to motion approving settlement of St. Paul's claims and attend to St. Paul's proofs of claim and general indemnity agreements and memorandum to J. Baer re information request. | Krieger, A. | 2.3 |
| 08/18/2009 | Exchanged memoranda with J. Baer re proposed stipulation regarding St. Paul's claim and review of stipulation and order. | Krieger, A. | 0.6 |
| 08/19/2009 | Review memo to Committee re St. | Kruger, L. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Paul/Travelers stipulation. | | |
| 08/27/2009 | Attend to notifications re transmittal of appeal on PPI decision and exchange memoranda with DM re same (.2); memoranda to bank lenders' counsel re same (.1). | Krieger, A. | 0.3 |
| 08/28/2009 | Memoranda with M. Lastowski re PPI decision appeal. | Krieger, A. | 0.2 |
| 08/31/2009 | Attend to appeal of PPI decision. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Harris, Daniel J. | 2.8 | $ 325 | $ 910.00 |
| Krieger, Arlene G. | 8.5 | 675 | 5,737.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,846.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,846.50 |
|-----------------------|------------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2009 | Attend to confirmation materials and memoranda thereon. | Krieger, A. | 0.6 |
| 08/02/2009 | Attend to memoranda for the Committee re pending General Insurance and related motions and Debtors' motion to amend Lloyds Underwriters' agreement (7.7); attend to confirmation materials (.7). | Krieger, A. | 8.4 |
| 08/03/2009 | Attend to memorandum for the Committee re General Insurance matters and Lloyds Underwriter's motions (4.0); office conferences KP re filing and hearing for Committee's judicial notice motion and review relevant material thereon (.5). | Krieger, A. | 4.5 |
| 08/04/2009 | Finalize memorandum to the Committee re pending motions (1.6); memorandum to Capstone re service and filing of report (.1); memorandum to C. Freedgood re pending motions memorandum (.1) attend to joint opposition to ACC and FCR's motion for order limiting use of Court's solvency findings or conclusions (.4). | Krieger, A. | 2.2 |
| 08/05/2009 | Prepare memorandum for the Committee re motion to approve stipulation with ICI Americas (3.9); attend to Committee's, bank lender group's joint request for judicial notice of documents and prior evidence (.7) and ACC/FCR motion to limit use of court's findings and comments on solvency (.2). | Krieger, A. | 4.8 |
| 08/07/2009 | Memorandum to the Committee re ICI Americas stipulation (.3); attend to pleadings to be filed today and memoranda with local counsel and with KP re same (.6). | Krieger, A. | 0.9 |
| 08/09/2009 | Attend to deposition transcript and preparation | Krieger, A. | 3.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | of memorandum for the Committee. | | |
| 08/10/2009 | Attend to settlement of Scotts Company claims and preparation of memorandum for the Committee thereon (3.8); attend to Committee memorandum re deposition (2.1). | Krieger, A. | 5.9 |
| 08/11/2009 | Attend to Committee memorandum re deposition (.7); attend to Committee memorandum re Scotts' Company settlement (.6). | Krieger, A. | 1.3 |
| 08/19/2009 | Memorandum for the Committee re St. Paul/Travelers stipulation on the treatment of bond-related claims. | Krieger, A. | 1.3 |
| 08/31/2009 | Attend to Capstone memorandum for the Committee re: proposed sale of Firestopping business and response to information request (.6); telephone call J. Dolan re Committee memorandum (.3); office conference  KP and then memorandum to LK re Committee conference call on the confirmation hearing (.2). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 34.1 | $ 675 | $ 23,017.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 23,017.50 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 23,017.50 |
|------------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/04/2009 | Worked on 99th Monthly Fee Application; preparation for filing. | Holzberg, E. | 1.7 |
| 08/04/2009 | Attend to June 2009 fee statement. | Krieger, A. | 1.3 |
| 08/05/2009 | Attend to fee statement for June 2009 (1.1); office conference DM re finalization of fee statement (.4). | Krieger, A. | 1.5 |
| 08/05/2009 | Review Stroock's ninety-ninth monthly fee statement in preparation for filing (.7); prepare affidavit of service re same and forward to local counsel for filing (.5). | Mohamed, D. | 1.2 |
| 08/06/2009 | Prepare and effectuate service re Stroock's 99th monthly fee statement. | Mohamed, D. | 0.7 |
| 08/07/2009 | Started work on 100th Monthly Fee Application. | Holzberg, E. | 1.6 |
| 08/07/2009 | Attend to preparation of 33rd quarterly fee application. | Krieger, A. | 4.2 |
| 08/08/2009 | Attend to time for preparation for 33rd Quarterly. | Krieger, A. | 1.2 |
| 08/10/2009 | Attend to 33rd Quarterly. | Krieger, A. | 0.2 |
| 08/11/2009 | Worked on 100th Monthly Fee Application. | Holzberg, E. | 1.2 |
| 08/11/2009 | Attend to preparation of 33rd quarterly fee application. | Krieger, A. | 0.7 |
| 08/12/2009 | Attend to 33rd quarterly fee application. | Krieger, A. | 1.2 |
| 08/14/2009 | Attend to 33 quarterly fee application. | Krieger, A. | 2.4 |
| 08/17/2009 | Worked on 33rd Quarterly Fee Application | Holzberg, E. | 3.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (1.9); worked on 100th Monthly Fee Application (1.2). | | |
| 08/18/2009 | Worked on 33rd Quarterly Fee Application and prepared for filing (2.3); worked on 100th Monthly Fee Application (.6). | Holzberg, E. | 2.9 |
| 08/18/2009 | Review Stroock's thirty-third quarterly fee application in preparation for filing (.8); prepare affidavit of service re same and forward to local counsel for filing (.7). | Mohamed, D. | 1.5 |
| 08/19/2009 | Prepare and effectuate service re Stroock's thirty-third quarterly fee application. | Mohamed, D. | 0.7 |
| 08/21/2009 | Attend to SSL's July 2009 monthly fee statement. | Krieger, A. | 1.7 |
| 08/24/2009 | Worked on 100th Monthly Fee Application. | Holzberg, E. | 1.2 |
| 08/25/2009 | Worked on 100th Monthly Fee Application. | Holzberg, E. | 1.4 |
| 08/31/2009 | Worked on 100th Monthly Fee Application. | Holzberg, E. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 15.1 | $ 275 | $ 4,152.50 |
| Krieger, Arlene G. | 14.4 | 675 | 9,720.00 |
| Mohamed, David | 4.1 | 180 | 738.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,610.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 14,610.50 |
|-----------------------|-------------|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/03/2009 | O/c with KP, AK and t/c bank debt holder re possible settlement approach. | Kruger, L. | 0.3 |
| 08/04/2009 | O/c with KP; t/c debt holder re possible approach to interest settlement. | Kruger, L. | 0.3 |
| 08/05/2009 | Telephone call R. Marsky (Samson Hydrocarbons) re discrepancy between ECF and bar date debtor identifiers and review materials on Samson. | Krieger, A. | 0.4 |
| 08/05/2009 | T/c bank debt holder re approach to settlement. | Kruger, L. | 0.3 |
| 08/13/2009 | T/c bank debt holder re approach to settlement and related matters. | Kruger, L. | 0.4 |
| 08/18/2009 | T/c bank debtholder re settlement prospects. | Kruger, L. | 0.3 |
| 08/25/2009 | T/c with bank debtholders re 8/24/09 court hearing and status of negotiation. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 675 | $ 270.00 |
| Kruger, Lewis | 1.8 | 995 | 1,791.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,061.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,061.00 |
|---|---|

# STROOCK

| | |
|---|---|
| RE | Fee Application, Others<br>699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/07/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.5 |
| 08/12/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 08/14/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 08/19/2009 | Review Capstone's sixty-fourth and sixty-fifth monthly fee statements in preparation for filing (1.3); prepare notices and affidavits of service re same and forward to local counsel for filing (.9); prepare and effectuate service re fee statements (1.1). | Mohamed, D. | 3.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 675 | $ 742.50 |
| Mohamed, David | 3.3 | 180 | 594.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,336.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,336.50 |

# STROOCK

| | |
|---|---|
| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/03/2009 | Review information regarding ICI Americas claim and basis for negotiated settlement amount. | Berg, M. | 0.5 |
| 08/03/2009 | Exchange messages with M. Berg re ICI Americas matter. | Krieger, A. | 0.1 |
| 08/04/2009 | Email to A. Krieger re: ICI settlement. | Berg, M. | 0.2 |
| 08/04/2009 | Memorandum to M. Berg re ICI conference call (.1); exchanged memoranda with M. Berg re ICI (.5). | Krieger, A. | 0.6 |
| 08/05/2009 | Email to A. Krieger re: follow-up questions for debtor re: ICI settlement. | Berg, M. | 0.2 |
| 08/05/2009 | Attend to supplemental information request to K&E re ICI Americas and exchanged memoranda with M. Berg re same (.4); attend to review of ICI materials (1.3). | Krieger, A. | 1.7 |
| 08/06/2009 | Review Company's explanation of basis for reaching negotiated settlement amount, and review and comment on draft memo to clients. | Berg, M. | 0.6 |
| 08/06/2009 | Memorandum to J. Baer re supplemental information request on ICI Americas stipulation and attend to additional information received (.3); attend to draft memorandum for the Committee re ICI stipulation (1.6). | Krieger, A. | 1.9 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 1.5 | $ 650 | $ 975.00 |
| Krieger, Arlene G. | 4.3 | 675 | 2,902.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,877.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,877.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses<br>699843  0024 |
|----|----|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|----|----|

### MATTER DISBURSEMENT SUMMARY

| | |
|----|----|
| Outside Messenger Service | $ 158.44 |
| Meals | 132.75 |
| Local Transportation | 262.89 |
| Long Distance Telephone | 167.77 |
| Duplicating Costs-in House | 325.80 |
| Court Reporting Services | 2355.80 |
| O/S Information Services | 806.24 |
| Word Processing | 114.00 |
| In House Messenger Service | 14.44 |
| Travel Expenses - Transportation | -331.16 |
| Travel Expenses - Lodging | 330.91 |
| Travel Expenses - Meals | 55.00 |
| Westlaw | 2844.69 |

| TOTAL DISBURSEMENTS/CHARGES | $ 7,237.57 |
|----|----|

| TOTAL FOR THIS MATTER | $ 7,237.57 |
|----|----|

# STROOCK

| RE | Travel - Non Working 699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/18/2009 | Travel (non-working) to Shelnitz deposition in Washington, DC. | Pasquale, K. | 2.5 |
| 08/19/2009 | Return travel from Washington DC - Shelnitz deposition. | Pasquale, K. | 3.0 |
| 08/24/2009 | Travel time from Delaware. | Kruger, L. | 2.0 |
| 08/24/2009 | Travel to and from omnibus hearing. | Pasquale, K. | 4.0 |
| 08/26/2009 | Travel to/from Washington, D.C. for Tarola deposition. | Ross, D. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 2.0 | $ 995 | $ 1,990.00 |
| Pasquale, Kenneth | 9.5 | 825 | 7,837.50 |
| Ross, Daniel A. | 4.0 | 875 | 3,500.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,327.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,327.50 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2009 | Prep for confirmation hearing; expert report. | Pasquale, K. | 2.0 |
| 08/02/2009 | Researched evidentiary confirmation issue. | Jarashow, M. | 0.7 |
| 08/02/2009 | Prep for confirmation hearing; expert report issues. | Pasquale, K. | 1.5 |
| 08/02/2009 | Reviewing notes in prep for response to Asbestos/Future submission re solvency determination. | Strauss, J. | 0.8 |
| 08/03/2009 | Met with Ken Pasquale to discuss research on Judicial Notice and also began drafting Request for Judicial Notice. | Jarashow, M. | 2.6 |
| 08/03/2009 | Attend to plan confirmation materials and issues (5.3); office conference LK, KP re settlement discussions (.2); attend to multiple memoranda and telephone calls re service and filing of Frezza expert report (.7); telephone conferences and memoranda with Capstone re expert report (.9). | Krieger, A. | 7.1 |
| 08/03/2009 | Review Frezza expert report (.6); preparation for confirmation hearing (.6). | Kruger, L. | 1.2 |
| 08/03/2009 | Prep for confirmation hearing; depositions; expert report. | Pasquale, K. | 8.1 |
| 08/03/2009 | Completed draft of response to PI motion to limit proof. | Strauss, J. | 4.8 |
| 08/04/2009 | Continued drafting Request for Judicial Notice to be filed with the court and conducted related research. | Jarashow, M. | 3.9 |
| 08/04/2009 | Attend to memoranda from local counsel re request for confidential materials and response and office conference KP re same and memorandum to J. Baer re same (.6); attend to deposition materials and schedule (3.); memorandum to and from J. Baer re Frezza | Krieger, A. | 2.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Report and memoranda to LK, KP and local counsel re same (.4); attend to updated deposition schedule and memoranda to KP re same (.1); memoranda to K. Love re LaForce deposition information (.1); office conferences KP re confirmation issues (.2); attend to confidentiality order and related materials (.8); attend to trial exhibits (.3). | | |
| 08/04/2009 | Review opposition to solvency findings. | Kruger, L. | 0.2 |
| 08/04/2009 | Preparation for depositions and confirmation hearing (6.2); review and revise opposition to motion to limit solvency findings (1.2); review and revise judicial notice request (.8). | Pasquale, K. | 8.2 |
| 08/05/2009 | Obtain WR Grace historical market capitalization and stock info. | Crooks, H. | 1.0 |
| 08/05/2009 | Discussed request for judicial notice with Ken Pasquale and continued preparation of same. | Jarashow, M. | 2.1 |
| 08/05/2009 | Telephone call and memorandum re S. Wolfender re LaForce deposition inquiry (2.); memoranda with KP re same (.1). | Krieger, A. | 0.3 |
| 08/05/2009 | Preparation for hearing on confirmation (.4); review ACC/FRC motion re solvency and opposition thereto (.4). | Kruger, L. | 0.8 |
| 08/05/2009 | Set up logistics for Hudson La Force deposition (.4); communications w/ Kirkland and other parties re: same (.1). | Magzamen, M. | 0.5 |
| 08/05/2009 | Preparation for deposition, confirmation hearing (6.8); revise request for judicial notice (1.3); review opposition to ACC/FRC solvency motion (.5). | Pasquale, K. | 8.6 |
| 08/06/2009 | Obtain historical market cap and stock info. | Crooks, H. | 0.5 |
| 08/06/2009 | Worked with library services department to obtain Grace market cap and stock information for judicial notice request (.3); finalized request for judicial notice (2.3); worked with Dan Harris to retrieve documents from data rooms (.4). | Jarashow, M. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/06/2009 | Attend (telephonically) deposition of Hudson LaForce (4.0); exchanged memoranda with MJ re stock and market information (.6); attend to amended vote declaration of Kevin Martin (.1); attend to COC re 4th amended CMO (.1); attend to confirmation materials and case law (1.9); office conferences KP re LaForce deposition and joint request for judicial notice (.3); attend to exit financing materials (.4). | Krieger, A. | 7.4 |
| 08/06/2009 | O/c with KP re status and depositions. | Kruger, L. | 0.4 |
| 08/06/2009 | Preparation for and deposition of H. LaForce (5.4); telephone call Speights re scheduling (.2); telephone call Bentley re Wechsler deposition (.2); confer L. Kruger re status (.4). | Pasquale, K. | 6.2 |
| 08/07/2009 | Load deposition transcripts to Livenote. | Cromwell, M. | 0.8 |
| 08/07/2009 | Attend to Plan Proponents' 2nd amended pre-trial submission (.3); attend to LaForce deposition transcript (.5); attend to trial exhibits (.4); preparation for confirmation (1.7). | Krieger, A. | 2.9 |
| 08/07/2009 | Discovery scheduling issues (.6); preparation for depositions and confirmation hearing (3.6). | Pasquale, K. | 4.2 |
| 08/08/2009 | Review plan proponents' trial briefs. | Pasquale, K. | 3.0 |
| 08/10/2009 | Office conference LK re deposition schedule (.1); office conferences EH re review of plan-related materials (.2); attend to plan materials (1.8); attend to Plan Proponents' brief re lender issues (.7); memorandum to KP, LK re LaForce deposition (.3); office conference LK and then KP re settlement discussions (.2). | Krieger, A. | 3.3 |
| 08/10/2009 | O/c with AK re deposition schedule (.1); o/c with AK re settlement discussions (.1); review memo from deposition (.2); review Lender issues in plan proponents brief (.4). | Kruger, L. | 0.8 |
| 08/10/2009 | Preparation for Florence, other depositions and confirmation hearing (5.3); discovery issues (.8). | Pasquale, K. | 6.1 |
| 08/11/2009 | Attend to preparation of confirmation exhibit list. | Jarashow, M. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/11/2009 | Attend (telephonically) partial deposition of Tom Florence (2.3); attend to updated deposition schedule (.1); office conference LK re confirmation hearing (.2); attend to Plan Proponents' brief on lender issues (3.6). | Krieger, A. | 6.2 |
| 08/11/2009 | Attend Dr. Florence deposition (1.6); o/c AK re confirmation hearing (.2); review plan proponents brief re lenders (1.1). | Kruger, L. | 2.9 |
| 08/11/2009 | Deposition of Florence (4.0); emails with PW re: strategy (.5); emails R. Frankel re: solvency motion (.1); preparation for depositions and confirmation hearing (1.3); scheduling issues (.3). | Pasquale, K. | 6.2 |
| 08/12/2009 | Attend to confirmation issues (4.4); attend to financial projections (.6); review materials for Frezza deposition (1.7). | Krieger, A. | 6.7 |
| 08/12/2009 | Review confirmation issues (.6); review financial projections (.2). | Kruger, L. | 0.8 |
| 08/12/2009 | Preparation for depositions and confirmation hearing. | Pasquale, K. | 3.2 |
| 08/13/2009 | Confer with M. Magzamen and obtain documents from datasite for review. | Bannister, S. | 5.4 |
| 08/13/2009 | Discussed documentation relating to exit financing and worked with Dan Harris and Mike Magzamen to retrieve this documentation. | Jarashow, M. | 0.6 |
| 08/13/2009 | Preparation for and attendance at R. Frezza deposition (6.1); attend to P. Zilly rebuttal report to Frezza expert report (.3). | Krieger, A. | 6.4 |
| 08/13/2009 | T/c Shelnitz re approach to settlement (.2); o/c with KP re Frezza deposition (.2); o/c with KP re approach to settlement (.3). | Kruger, L. | 0.7 |
| 08/13/2009 | Tc w/ M. Jarashow and D. Harris re: exit financing data room and coordinate review of same. | Magzamen, M. | 0.4 |
| 08/13/2009 | Preparation and defense of R. Frezza at | Pasquale, K. | 7.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | deposition (6.4); discovery and confirmation issues (1.3). | | |
| 08/14/2009 | Confer with M. Magzamen and obtain documents from datasite. | Bannister, S. | 5.5 |
| 08/14/2009 | Load deposition transcript to Livenote. | Cromwell, M. | 0.8 |
| 08/14/2009 | Drafted cover letter to expert re: financing documentation and coordinate transmission of same. | Jarashow, M. | 0.4 |
| 08/14/2009 | Conference call with LK, KP and bank lenders' counsel re depositions, 8/24 confirmation hearing and strategies (.7); telephone call J. Cohn re status of confirmation issues (.2); attend to newly filed deposition notices, deposition designations and other confirmation related matters (1.9). | Krieger, A. | 2.8 |
| 08/14/2009 | Conference call with Lender counsel, SSL re status and strategy. | Kruger, L. | 0.6 |
| 08/14/2009 | Review dataroom items and forward to expert. | Magzamen, M. | 0.9 |
| 08/14/2009 | Conference call with lenders counsel, SSL re: status and strategy (.7); prep for depositions and confirmation hearings (4.2); review Zilly rebuttal report (.6). | Pasquale, K. | 5.5 |
| 08/15/2009 | Attend to newly filed trial exhibit designation and other confirmation matters. | Krieger, A. | 0.7 |
| 08/15/2009 | Review pre-trial and other papers re deposition. | Ross, D. | 1.0 |
| 08/16/2009 | Preparation for confirmation hearing. | Krieger, A. | 1.0 |
| 08/17/2009 | Attend meet and confer and prepare memoranda thereon (.9); preparation for confirmation hearing, Shelnitz and Zilly depositions this week (3.1); conference call R. Cobb, J. Green, KP re preparation for Zilly deposition (.3); attend to proposed revised order re limiting use of solvency findings (.2); attend to newly filed deposition notices (.1). | Krieger, A. | 4.6 |
| 08/17/2009 | Review materials for depositions and confirmation. | Kruger, L. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/17/2009 | Telephone conference E. Liebenstein re: Zilly testimony (.2); preparation for depositions and confirmation hearing (4.5). | Pasquale, K. | 4.7 |
| 08/18/2009 | Conference call with KP, R. Cobb, Capstone re preparation for Zilly deposition (2.0); preparation for upcoming depositions, confirmation hearing (4.8); exchanged memoranda with J. Green re Libby inquiry on Zilly deposition (.1); attend to draft of Committee's witness order and time estimate (.1). | Krieger, A. | 7.0 |
| 08/18/2009 | Preparation for depositions (Zilly, Shelnitz) and confirmation hearing. | Pasquale, K. | 5.5 |
| 08/19/2009 | Attend to proposed COC and revised order re use of findings of solvency and communication with bank lender group's counsel thereon (.3); exchanged memoranda with D. Felder re same (.1); attend (telephonically) deposition of Mark Shelnitz and confer with KP re same (5.8); prepare for Zilly deposition (1.8); attend to Creditors' Committee statement on witness order and time and Tarola deposition notice (.1); attend to Debtors' draft order of proof (.1). | Krieger, A. | 8.2 |
| 08/19/2009 | T/c with KP re Shelnitz depositions. | Kruger, L. | 0.3 |
| 08/19/2009 | Shelnitz deposition (6.5); telephone conferences with Cobb re Zilly deposition (.3). | Pasquale, K. | 6.8 |
| 08/19/2009 | Review affidavits, briefs re Tarola EBT. | Ross, D. | 1.5 |
| 08/20/2009 | Continued preparation of Exhibit List for confirmation. | Jarashow, M. | 2.3 |
| 08/20/2009 | Preparation for and attend Pam Zilly deposition (7.5); conference call with all parties re proposed trial schedule (.9); conference call with KP, R. Cobb, J. Green re trial schedule, witness testimony, Zilly deposition (.4); conference call M. Phillips re trial schedule (.2); attend to designations (.4). | Krieger, A. | 9.4 |
| 08/20/2009 | Review affidavits including my own, and related material in preparation for deposition | Kruger, L. | 2.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (1.9); o/c with KP preparing for deposition (1.0). | | |
| 08/20/2009 | Prep for depositions and confirmation hearing (3.2); attention to draft Plan Proponents' order of proof and conference call re same (1.6). | Pasquale, K. | 4.8 |
| 08/20/2009 | Review briefs, begin review -- transcript, meeting with K. Pasquale. | Ross, D. | 2.5 |
| 08/21/2009 | Load deposition transcripts to Livenote. | Cromwell, M. | 0.9 |
| 08/21/2009 | Continued preparation of Exhibit List for confirmation. | Jarashow, M. | 6.9 |
| 08/21/2009 | Attend to proposed counter designation to Ordway (.7); conference with KP, DH re case status, plan proponents' submission of witness order and time, designation, objection to request for judicial notice, other (.3). attend to Capstone analysis (feasibility) (.7); attend to trial exhibit and other pre-trial matters, and newly filed submissions by plan proponents, other parties (4.0); office conferences KP re impairment argument, pre-trial matters (.2); attend to updated deposition schedule (.1). | Krieger, A. | 6.0 |
| 08/21/2009 | Review newly filed papers by plan proponents. | Kruger, L. | 1.1 |
| 08/21/2009 | Prep for depositions, confirmation hearing, including review of voluminous filings by PP (5.2); review Capstone's report to Committee re feasibility (.5). | Pasquale, K. | 5.7 |
| 08/21/2009 | Continue review of transcript. | Ross, D. | 1.0 |
| 08/22/2009 | Exchanged memoranda with KP re confirmation memoranda. | Krieger, A. | 0.1 |
| 08/24/2009 | Continued preparation of Exhibit List for confirmation. | Jarashow, M. | 3.4 |
| 08/24/2009 | Attend to newly filed document re confirmation hearing. | Krieger, A. | 0.6 |
| 08/24/2009 | Preparation for deposition. | Kruger, L. | 1.6 |
| 08/24/2009 | Prep. for Tarola deposition re: review briefs, | Ross, D. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | other deposition and exhibits, begin outline. | | |
| 08/25/2009 | Load deposition transcripts to Livenote. | Cromwell, M. | 0.9 |
| 08/25/2009 | Continued preparation of Exhibit List for confirmation and drafted email to and T/c David Mohamed re: copies of exhibits. | Jarashow, M. | 1.9 |
| 08/25/2009 | Exchanged memoranda re Shelnitz deposition materials (.4); attend to newly filed pleadings re confirmation (.9). | Krieger, A. | 1.3 |
| 08/25/2009 | Prep. for Tarola deposition including, gather exhibits, prepare outlines, markup other ebt and Tarola affidavit. | Ross, D. | 3.0 |
| 08/26/2009 | Read and responded to email from Ken Pasquale regarding opposition to request for judicial notice. | Jarashow, M. | 0.2 |
| 08/26/2009 | Attend to newly filed confirmation pleadings (.8); exchanged memoranda with R. Cobb and with KP re meet and confer and order of proof (.2). | Krieger, A. | 1.0 |
| 08/26/2009 | Prep. for and take Tarola deposition. | Ross, D. | 5.0 |
| 08/27/2009 | Load deposition transcripts to Livenote. | Cromwell, M. | 0.9 |
| 08/27/2009 | O/c with David Mohamed re: exhibits for confirmation hearing. | Jarashow, M. | 0.9 |
| 08/27/2009 | Attend to D. Ross memoranda re Tarola deposition (.2); attend to newly filed pleadings (.6). | Krieger, A. | 0.8 |
| 08/27/2009 | Review Tarola transcript and email summary to K. Pasquale, A. Krieger. | Ross, D. | 1.5 |
| 08/28/2009 | Load deposition transcripts to Livenote including loading and linking two exhibits. | Cromwell, M. | 0.8 |
| 08/28/2009 | Continued review of materials and preparation of exhibit list for confirmation. | Jarashow, M. | 3.6 |
| 08/28/2009 | Attend to revised order of proof and comments from parties in interest (.2); attend to newly filed pre-trial pleadings (.7). | Krieger, A. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/31/2009 | Load deposition transcripts and/or video to Livenote. | Cromwell, M. | 0.7 |
| 08/31/2009 | Continued review of materials and preparation of exhibit list for confirmation (2.6); discussed access to additional data room with K. Pasquale and K. Love of Kirkland & Ellis (.3). | Jarashow, M. | 2.9 |
| 08/31/2009 | Office conference and memo to KP re status of settlement discussions and related information (.5); memorandum to local counsel re Joint Request for Judicial Notice (.1); attend to deposition transcripts and preparation for confirmation hearing (7.1); attend to revised order of proof and parties' comments thereon (.1). | Krieger, A. | 7.8 |
| 08/31/2009 | Preparation for discovery and confirmation hearing, including review and analysis of documents and testimony. | Pasquale, K. | 8.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Bannister, Shawn A. | 10.9 | $ 275 | $ 2,997.50 |
| Cromwell, Marlon E. | 5.8 | 235 | 1,363.00 |
| Crooks, Harris | 1.5 | 230 | 345.00 |
| Jarashow, Mark S. | 36.0 | 345 | 12,420.00 |
| Krieger, Arlene G. | 95.3 | 675 | 64,327.50 |
| Kruger, Lewis | 15.9 | 995 | 15,820.50 |
| Magzamen, Michael S. | 1.8 | 295 | 531.00 |
| Pasquale, Kenneth | 106.3 | 825 | 87,697.50 |
| Ross, Daniel A. | 18.0 | 875 | 15,750.00 |
| Strauss, Joseph E. | 5.6 | 610 | 3,416.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 204,668.00 |
|-------------------------------------------|--------------|

| TOTAL FOR THIS MATTER | $ 204,668.00 |
|------------------------|--------------|

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/17/2009 | Attend to agenda notice of 8/24/09 hearing. | Krieger, A. | 0.1 |
| 08/20/2009 | Review agenda for 8/24/09 hearing. | Kruger, L. | 0.2 |
| 08/21/2009 | Attend to amended agenda for 8/24/09 hearing and office conference KP re same. | Krieger, A. | 0.2 |
| 08/21/2009 | Prep for 8/24 omnibus hearing. | Pasquale, K. | 1.2 |
| 08/23/2009 | Prep for omnibus hearing. | Pasquale, K. | 2.0 |
| 08/24/2009 | Court hearing before Judge Fitzgerald in Delaware. | Kruger, L. | 6.0 |
| 08/24/2009 | Prep for and participated in omnibus hearing. | Pasquale, K. | 7.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 675 | $ 202.50 |
| Kruger, Lewis | 6.2 | 995 | 6,169.00 |
| Pasquale, Kenneth | 10.4 | 825 | 8,580.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,951.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 14,951.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 306,208.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 7,237.57 |
| TOTAL BILL | $ 313,445.57 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.