# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**AUGUST 1, 2009 - AUGUST 31, 2009**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 26.1 | $ 995 | $ 25,969.50 |
| Pasquale, Kenneth | 126.2 | 825 | 104,115.00 |
| Ross, Daniel A. | 22.0 | 875 | 19,250.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 1.5 | 650 | 975.00 |
| Harris, Daniel J. | 2.8 | 325 | 910.00 |
| Jarashow, Mark S. | 36.0 | 345 | 12,420.00 |
| Krieger, Arlene G. | 166.9 | 675 | 112,657.50 |
| Strauss, Joseph E. | 5.6 | 610 | 3,416.00 |
| | | | |
| **Paraprofessionals** | | | |
| Bannister, Shawn A. | 10.9 | 275 | 2,997.50 |
| Cromwell, Marlon E. | 5.8 | 235 | 1,363.00 |
| Crooks, Harris | 1.5 | 230 | 345.00 |
| Holzberg, Ethel H. | 41.3 | 275 | 11,357.50 |
| Jones, Margaret | 1.6 | 205 | 328.00 |
| Magzamen, Michael S. | 2.8 | 295 | 826.00 |
| Mohamed, David | 49.1 | 180 | 8,838.00 |
| Szemelynec, Kristine A. | 1.6 | 275 | 440.00 |
| | | | |
| **Sub Total** | **501.7** | | **$ 306,208.00** |
| **Less 50% Travel** | **(7.7)** | | **(6,663.75)** |
| **Total** | **494.0** | | **$ 299,544.25** |