# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**AUGUST 1, 2009 - AUGUST 31, 2009**

| Outside Messenger Service | $ 158.44 |
|---|---:|
| Meals | 132.75 |
| Local Transportation | 262.89 |
| Long Distance Telephone | 167.77 |
| Duplicating Costs-in House | 325.80 |
| Court Reporting Services | 2,355.80 |
| O/S Information Services | 806.24 |
| Word Processing | 114.00 |
| In House Messenger Service | 14.44 |
| Travel Expenses - Transportation | (331.16) |
| Travel Expenses - Lodging | 330.91 |
| Travel Expenses - Meals | 55.00 |
| Westlaw | 2,844.69 |
|  |  |
| **TOTAL** | **$7,237.57** |

# STROOCK

## **Disbursement Register**

| DATE | September 24, 2009 |
|---|---|
| INVOICE NO. | 484944 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through August 31, 2009, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 08/13/2009 | VENDOR: UPS; INVOICE#: 0000010X827329; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198681619 on 08/06/2009 | 6.41 |
| 08/13/2009 | VENDOR: UPS; INVOICE#: 0000010X827329; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199333430 on 08/06/2009 | 6.41 |
| 08/13/2009 | VENDOR: UPS; INVOICE#: 0000010X827329; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270199340244 on 08/06/2009 | 9.10 |
| 08/13/2009 | VENDOR: UPS; INVOICE#: 0000010X827329; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199579229 on 08/06/2009 | 6.41 |
| 08/14/2009 | Vendor: Federal Express Corporation Invoice #: 930581338 Tracking #: 790184480365 Shipment Date: 08/14/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Elli Leibenstein, Esq, Kirkland & Ellis, LLP, 300 N La Salle Dr, CHICAGO, IL 60654 | 16.58 |
| 08/31/2009 | VENDOR: UPS; INVOICE#: 0000010X827349; FROM Michael | 19.21 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Magzamen, 180 Maiden Lane, New York, NY TO ROBERT FREZZA EXECUT CAPSTONE ADVISORY GROUP LL, PARK 80 WEST PLAZA I, SADDLE BROOK, NJ 7663 Tracking #:1Z10X8270190162015 on 08/14/2009 | |
| 08/31/2009 | VENDOR: UPS; INVOICE#: 0000010X827349; FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO ROBERT FREZZA EXECUT CAPSTONE ADVISORY GROUP LL, PARK 80 WEST PLAZA I, SADDLE BROOK, NJ 7663 Tracking #:1Z10X8270191664392 on 08/14/2009 | 13.54 |
| 08/31/2009 | VENDOR: UPS; INVOICE#: 0000010X827349; FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO ROBERT FREZZA EXECUT CAPSTONE ADVISORY GROUP LL, PARK 80 WEST PLAZA I, SADDLE BROOK, NJ 7663 Tracking #:1Z10X8270194816801 on 08/14/2009 | 18.30 |
| 08/31/2009 | VENDOR: UPS; INVOICE#: 0000010X827349; FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO ROBERT FREZZA EXECUT CAPSTONE ADVISORY GROUP LL, PARK 80 WEST PLAZA I, SADDLE BROOK, NJ 7663 Tracking #:1Z10X8270195744084 on 08/14/2009 | 18.69 |
| 08/31/2009 | VENDOR: UPS; INVOICE#: 0000010X827349; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195764482 on 08/19/2009 | 9.62 |
| 08/31/2009 | VENDOR: UPS; INVOICE#: 0000010X827349; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196526666 on 08/19/2009 | 9.62 |
| 08/31/2009 | VENDOR: UPS; INVOICE#: 0000010X827349; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196634290 on 08/19/2009 | 14.93 |
| 08/31/2009 | VENDOR: UPS; INVOICE#: 0000010X827349; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198127272 on 08/19/2009 | 9.62 |

**Outside Messenger Service Total**   **158.44**

**Meals**
| 08/19/2009 | VENDOR: Seamless Web; Invoice#: 553835; Barbarini Alimentari; | 27.11 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/31/2009 | By Jarashow Mark; Order Date: 08/03/09 20:07:00 VENDOR: Seamless Web; Invoice#: 556122; Bocca Catering; Ken Pasquale; By Skinner-Wiggins Sally; Order Date: 08/12/09 17:14:00 | 91.10 |
| 08/31/2009 | VENDOR: Seamless Web; Invoice#: 556122; Date: No. 1 Little House Chinese Restaurant; By Bannister Shawn; Order Date: 08/13/09 18:09:00 | 14.54 |
| **Meals Total** | | **132.75** |
| **Local Transportation** | | |
| 08/17/2009 | VENDOR: NYC Taxi; Invoice#: 872554; Voucher #: 912660455; Mark Jarashow 07/28/2009 20:26 from 180 MAIDEN LA MANHATTAN NY to 520 W 48 ST MANHATTAN NY | 36.57 |
| 08/17/2009 | VENDOR: NYC Taxi; Invoice#: 872554; Voucher #: 912660635; Daniel Harris 07/28/2009 22:00 from 180 MAIDEN LA MANHATTAN NY to 1 E 85 ST MANHATTAN NY | 39.88 |
| 08/18/2009 | VENDOR: NYC Taxi; Invoice#: 873110; Voucher #: 912665890; Mark Jarashow 08/03/2009 21:22 from 180 MAIDEN LA MANHATTAN NY to 520 W 48 ST MANHATTAN NY | 36.73 |
| 08/25/2009 | VENDOR: NYC Taxi; Invoice#: 873619; Voucher #: 912674462; Kenneth Pasquale 08/12/2009 19:45 from 180 MAIDEN LA MANHATTAN NY to SUMMIT NJ | 99.21 |
| 08/26/2009 | VENDOR: Petty Cash; INVOICE#: 080409;  A. Krieger 8-20-09 Transp. from Midtown to Downtown | 16.00 |
| 08/31/2009 | VENDOR(EE): D. ROSS: 08/24/09 - 08/26/09; Parking expenses (8/24/09 and 8/25/09) | 34.50 |
| **Local Transportation Total** | | **262.89** |
| **Long Distance Telephone** | | |
| 06/07/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-060709;  Teleconference     05-31.09 | 6.84 |
| 06/15/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-061509;  Teleconference     06-12-09 | 4.35 |
| 06/21/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-062109;  Teleconference     06-19-09 | 8.06 |
| 08/03/2009 | EXTN.795562, TEL.2015877123, S.T.17:20, DUR.00:00:41 | 0.56 |
| 08/03/2009 | EXTN.795562, TEL.2015877123, S.T.09:21, DUR.00:14:37 | 8.34 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/03/2009 | EXTN.795562, TEL.2015877123, S.T.16:35, DUR.00:01:54 | 1.11 |
| 08/04/2009 | EXTN.795562, TEL.2015877123, S.T.10:04, DUR.00:08:13 | 5.00 |
| 08/04/2009 | EXTN.795562, TEL.2015877123, S.T.13:43, DUR.00:00:47 | 0.56 |
| 08/05/2009 | EXTN.795475, TEL.3026574900, S.T.16:35, DUR.00:01:25 | 1.11 |
| 08/05/2009 | EXTN.795562, TEL.8039438094, S.T.17:13, DUR.00:03:41 | 2.22 |
| 08/05/2009 | EXTN.795562, TEL.2028795081, S.T.11:13, DUR.00:00:15 | 0.56 |
| 08/07/2009 | EXTN.795544, TEL.2015877123, S.T.15:17, DUR.00:07:13 | 4.45 |
| 08/10/2009 | EXTN.795430, TEL.4105314212, S.T.15:09, DUR.00:00:43 | 0.56 |
| 08/10/2009 | EXTN.795562, TEL.2015877123, S.T.17:59, DUR.00:01:02 | 1.11 |
| 08/10/2009 | EXTN.795827, TEL.3128622819, S.T.18:35, DUR.00:00:03 | 0.56 |
| 08/12/2009 | EXTN.795795, TEL.6175212746, S.T.13:50, DUR.00:03:17 | 2.22 |
| 08/12/2009 | EXTN.795795, TEL.9737202567, S.T.14:06, DUR.00:02:12 | 1.67 |
| 08/12/2009 | EXTN.795795, TEL.9737202567, S.T.14:12, DUR.00:03:12 | 2.22 |
| 08/14/2009 | EXTN.795562, TEL.2015877123, S.T.10:12, DUR.00:01:07 | 1.11 |
| 08/14/2009 | EXTN.795562, TEL.2156652147, S.T.10:15, DUR.00:07:58 | 4.45 |
| 08/14/2009 | EXTN.795795, TEL.9737202567, S.T.10:55, DUR.00:00:37 | 0.56 |
| 08/14/2009 | EXTN.795795, TEL.9737202567, S.T.11:15, DUR.00:00:09 | 0.56 |
| 08/14/2009 | EXTN.795795, TEL.9737202567, S.T.11:29, DUR.00:00:11 | 0.56 |
| 08/14/2009 | EXTN.795795, TEL.9737202116, S.T.11:36, DUR.00:00:11 | 0.56 |
| 08/14/2009 | EXTN.795544, TEL.4134991111, S.T.11:40, DUR.00:00:31 | 0.56 |
| 08/14/2009 | EXTN.795795, TEL.9737202567, S.T.13:14, DUR.00:00:10 | 0.56 |
| 08/14/2009 | EXTN.795795, TEL.9737202116, S.T.13:14, DUR.00:00:05 | 0.56 |
| 08/14/2009 | EXTN.795795, TEL.9737202567, S.T.14:00, DUR.00:00:02 | 0.56 |
| 08/17/2009 | EXTN.795795, TEL.9737202567, S.T.09:20, DUR.00:01:33 | 1.11 |
| 08/18/2009 | EXTN.795795, TEL.9737202567, S.T.11:51, DUR.00:01:13 | 1.11 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/18/2009 | EXTN.795475, TEL.3026574900, S.T.14:43, DUR.00:03:46 | 2.22 |
| 08/19/2009 | VENDOR: Chase Card Services; INVOICE#: 080209; DATE: 8/2/2009  -  visa charge 7/6/09 Court Call LLC | 44.00 |
| 08/19/2009 | VENDOR: Chase Card Services; INVOICE#: 080209; DATE: 8/2/2009  -  visa charge 7/15/09 Court Call LLC | 30.00 |
| 08/19/2009 | EXTN.795475, TEL.3026574900, S.T.11:36, DUR.00:04:34 | 2.78 |
| 08/20/2009 | EXTN.795562, TEL.2023398514, S.T.11:47, DUR.00:01:01 | 1.11 |
| 08/21/2009 | EXTN.795562, TEL.9734678282, S.T.11:48, DUR.00:03:23 | 2.22 |
| 08/21/2009 | EXTN.795562, TEL.3024674430, S.T.12:46, DUR.00:15:40 | 8.90 |
| 08/26/2009 | EXTN.795475, TEL.3026574900, S.T.10:57, DUR.00:02:12 | 1.67 |
| 08/31/2009 | EXTN.795544, TEL.4126444060, S.T.09:17, DUR.00:01:29 | 1.11 |
| 08/31/2009 | EXTN.795485, TEL.3022522900, S.T.09:53, DUR.00:01:29 | 1.11 |
| 08/31/2009 | EXTN.795475, TEL.3026574938, S.T.10:45, DUR.00:01:08 | 1.11 |
| 08/31/2009 | EXTN.795475, TEL.3026574900, S.T.11:13, DUR.00:06:59 | 3.89 |
| 08/31/2009 | EXTN.795562, TEL.2015412126, S.T.16:23, DUR.00:06:56 | 3.89 |
| | **Long Distance Telephone Total** | **167.77** |

**Duplicating Costs-in House**

| | | |
|---|---|---:|
| 08/05/2009 | | 22.30 |
| 08/05/2009 | | 223.20 |
| 08/10/2009 | | 26.60 |
| 08/11/2009 | | 4.20 |
| 08/12/2009 | | 6.00 |
| 08/14/2009 | | 12.50 |
| 08/14/2009 | | 0.30 |
| 08/14/2009 | | 0.30 |
| 08/21/2009 | | 9.30 |
| 08/21/2009 | | 3.80 |
| 08/25/2009 | | 6.40 |
| 08/25/2009 | | 10.40 |
| 08/27/2009 | | 0.30 |
| 08/28/2009 | | 0.20 |
| **Duplicating Costs-in House Total** | | **325.80** |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| **Court Reporting Services** | | |
| 08/07/2009 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 2009-02190; Federal court expedited on 7/31, Court hearing transcript | 116.10 |
| 08/19/2009 | VENDOR: TSG Reporting, Inc.; INVOICE#: 080609-69711; Services Rendered, Deposition transcript | 1,341.00 |
| 08/21/2009 | VENDOR: TSG Reporting, Inc.; INVOICE#: 081109-69772; Services Rendered, Deposition transcript | 898.70 |
| **Court Reporting Services Total** | | **2,355.80** |
| **O/S Information Services** | | |
| 08/11/2009 | Pacer Search Service on 4/3/2009 | 0.16 |
| 08/11/2009 | Pacer Search Service on 4/17/2009 | 2.88 |
| 08/11/2009 | Pacer Search Service on 4/24/2009 | 0.40 |
| 08/11/2009 | Pacer Search Service on 5/4/2009 | 0.16 |
| 08/11/2009 | Pacer Search Service on 5/14/2009 | 0.16 |
| 08/11/2009 | Pacer Search Service on 5/19/2009 | 2.88 |
| 08/11/2009 | Pacer Search Service on 5/20/2009 | 0.16 |
| 08/11/2009 | Pacer Search Service on 5/22/2009 | 0.40 |
| 08/11/2009 | Pacer Search Service on 6/10/2009 | 0.32 |
| 08/11/2009 | Pacer Search Service on 6/12/2009 | 0.16 |
| 08/11/2009 | Pacer Search Service on 6/19/2009 | 1.52 |
| 08/11/2009 | Pacer Search Service on 6/30/2009 | 0.32 |
| 08/11/2009 | Pacer Search Service on 4/1/2009 | 5.92 |
| 08/11/2009 | Pacer Search Service on 4/2/2009 | 2.72 |
| 08/11/2009 | Pacer Search Service on 4/3/2009 | 0.08 |
| 08/11/2009 | Pacer Search Service on 4/6/2009 | 1.12 |
| 08/11/2009 | Pacer Search Service on 4/7/2009 | 23.84 |
| 08/11/2009 | Pacer Search Service on 4/7/2009 | 0.16 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/11/2009 | Pacer Search Service on 4/8/2009 | 9.52 |
| 08/11/2009 | Pacer Search Service on 4/9/2009 | 1.28 |
| 08/11/2009 | Pacer Search Service on 4/10/2009 | 28.48 |
| 08/11/2009 | Pacer Search Service on 4/13/2009 | 21.52 |
| 08/11/2009 | Pacer Search Service on 4/14/2009 | 0.96 |
| 08/11/2009 | Pacer Search Service on 4/15/2009 | 4.00 |
| 08/11/2009 | Pacer Search Service on 4/15/2009 | 0.32 |
| 08/11/2009 | Pacer Search Service on 4/16/2009 | 2.56 |
| 08/11/2009 | Pacer Search Service on 4/16/2009 | 0.40 |
| 08/11/2009 | Pacer Search Service on 4/17/2009 | 0.88 |
| 08/11/2009 | Pacer Search Service on 4/20/2009 | 0.80 |
| 08/11/2009 | Pacer Search Service on 4/20/2009 | 2.16 |
| 08/11/2009 | Pacer Search Service on 4/21/2009 | 0.56 |
| 08/11/2009 | Pacer Search Service on 4/22/2009 | 15.28 |
| 08/11/2009 | Pacer Search Service on 4/23/2009 | 1.52 |
| 08/11/2009 | Pacer Search Service on 4/24/2009 | 5.68 |
| 08/11/2009 | Pacer Search Service on 4/24/2009 | 0.16 |
| 08/11/2009 | Pacer Search Service on 4/27/2009 | 3.28 |
| 08/11/2009 | Pacer Search Service on 4/27/2009 | 1.36 |
| 08/11/2009 | Pacer Search Service on 4/28/2009 | 37.36 |
| 08/11/2009 | Pacer Search Service on 4/29/2009 | 9.92 |
| 08/11/2009 | Pacer Search Service on 4/30/2009 | 10.16 |
| 08/11/2009 | Pacer Search Service on 5/1/2009 | 2.48 |
| 08/11/2009 | Pacer Search Service on 5/4/2009 | 8.80 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/11/2009 | Pacer Search Service on 5/5/2009 | 13.52 |
| 08/11/2009 | Pacer Search Service on 5/6/2009 | 1.92 |
| 08/11/2009 | Pacer Search Service on 5/6/2009 | 0.96 |
| 08/11/2009 | Pacer Search Service on 5/7/2009 | 1.68 |
| 08/11/2009 | Pacer Search Service on 5/8/2009 | 30.48 |
| 08/11/2009 | Pacer Search Service on 5/11/2009 | 25.28 |
| 08/11/2009 | Pacer Search Service on 5/12/2009 | 3.36 |
| 08/11/2009 | Pacer Search Service on 5/13/2009 | 2.56 |
| 08/11/2009 | Pacer Search Service on 5/15/2009 | 23.92 |
| 08/11/2009 | Pacer Search Service on 5/18/2009 | 11.84 |
| 08/11/2009 | Pacer Search Service on 5/18/2009 | 0.88 |
| 08/11/2009 | Pacer Search Service on 5/19/2009 | 5.84 |
| 08/11/2009 | Pacer Search Service on 5/19/2009 | 0.64 |
| 08/11/2009 | Pacer Search Service on 5/20/2009 | 98.96 |
| 08/11/2009 | Pacer Search Service on 5/21/2009 | 47.60 |
| 08/11/2009 | Pacer Search Service on 5/22/2009 | 0.64 |
| 08/11/2009 | Pacer Search Service on 5/26/2009 | 31.76 |
| 08/11/2009 | Pacer Search Service on 5/27/2009 | 2.48 |
| 08/11/2009 | Pacer Search Service on 5/27/2009 | 0.16 |
| 08/11/2009 | Pacer Search Service on 5/28/2009 | 14.00 |
| 08/11/2009 | Pacer Search Service on 5/29/2009 | 4.40 |
| 08/11/2009 | Pacer Search Service on 5/29/2009 | 0.64 |
| 08/11/2009 | Pacer Search Service on 5/30/2009 | 0.24 |
| 08/11/2009 | Pacer Search Service on 6/1/2009 | 33.52 |
| 08/11/2009 | Pacer Search Service on 6/2/2009 | 1.12 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/11/2009 | Pacer Search Service on 6/3/2009 | 1.44 |
| 08/11/2009 | Pacer Search Service on 6/4/2009 | 13.28 |
| 08/11/2009 | Pacer Search Service on 6/4/2009 | 0.16 |
| 08/11/2009 | Pacer Search Service on 6/5/2009 | 0.24 |
| 08/11/2009 | Pacer Search Service on 6/8/2009 | 7.92 |
| 08/11/2009 | Pacer Search Service on 6/8/2009 | 0.56 |
| 08/11/2009 | Pacer Search Service on 6/9/2009 | 14.96 |
| 08/11/2009 | Pacer Search Service on 6/9/2009 | 3.84 |
| 08/11/2009 | Pacer Search Service on 6/10/2009 | 3.44 |
| 08/11/2009 | Pacer Search Service on 6/12/2009 | 10.72 |
| 08/11/2009 | Pacer Search Service on 6/12/2009 | 0.64 |
| 08/11/2009 | Pacer Search Service on 6/15/2009 | 22.08 |
| 08/11/2009 | Pacer Search Service on 6/15/2009 | 1.44 |
| 08/11/2009 | Pacer Search Service on 6/16/2009 | 18.24 |
| 08/11/2009 | Pacer Search Service on 6/17/2009 | 2.16 |
| 08/11/2009 | Pacer Search Service on 6/17/2009 | 0.40 |
| 08/11/2009 | Pacer Search Service on 6/18/2009 | 24.64 |
| 08/11/2009 | Pacer Search Service on 6/19/2009 | 14.64 |
| 08/11/2009 | Pacer Search Service on 6/22/2009 | 34.72 |
| 08/11/2009 | Pacer Search Service on 6/23/2009 | 12.24 |
| 08/11/2009 | Pacer Search Service on 6/24/2009 | 2.32 |
| 08/11/2009 | Pacer Search Service on 6/25/2009 | 1.12 |
| 08/11/2009 | Pacer Search Service on 6/26/2009 | 0.64 |
| 08/11/2009 | Pacer Search Service on 6/29/2009 | 40.16 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/11/2009 | Pacer Search Service on 6/30/2009 | 3.04 |
| | **O/S Information Services Total** | **806.24** |

**In House Messenger Service**

| | | |
|---|---|---|
| 08/31/2009 | VENDOR: Early Bird Messenger; 8/21/2009 Bike Standard from GABRIEL to ARLENE KRIEGER, EAST END AVE | 14.44 |
| | **In House Messenger Service Total** | **14.44** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 08/04/2009 | VENDOR: AMEX; INVOICE # PASQUALE/KENNETH PIT EWR on 06/22/2009 | -469.60 |
| 08/21/2009 | VENDOR(EE): K. PASQUALE: 08/11/09 - 08/11/09; Taxi from Florence Deposition | 10.00 |
| 08/21/2009 | VENDOR(EE): K. PASQUALE: 08/18/09 - 08/19/09; Shelnitz deposition in Washington, DC | 61.00 |
| 08/31/2009 | VENDOR(EE): L. KRUGER: 08/24/09 - 08/24/09; Taxis to and from Bankruptcy Court (Delaware) and Amtrak | 32.50 |
| 08/31/2009 | VENDOR(EE): D. ROSS: 08/24/09 - 08/26/09; Taxi - Cab to/from Penn Station and Cab from Union Station to Kirkland office re: Tarola Deposition | 34.94 |
| | **Travel Expenses - Transportation Total** | **-331.16** |

**Travel Expenses - Lodging**

| | | |
|---|---|---|
| 08/21/2009 | VENDOR(EE): K. PASQUALE: 08/18/09 - 08/19/09; (Grand Hyatt at Washington Center); Shelnitz deposition in Washington, DC | 330.91 |
| | **Travel Expenses - Lodging Total** | **330.91** |

**Travel Expenses - Meals**

| | | |
|---|---|---|
| 08/21/2009 | VENDOR(EE): K. PASQUALE: 08/18/09 - 08/19/09; (Dinner); Shelnitz deposition in Washington, DC | 55.00 |
| | **Travel Expenses - Meals Total** | **55.00** |

**Westlaw**

| | | |
|---|---|---|
| 08/03/2009 | Duration 0:01:15; by Strauss, Joseph E. | 19.15 |
| 08/03/2009 | Duration 0:08:20; by Strauss, Joseph E. | 137.04 |
| 08/03/2009 | Transactional Search by; Jarashow, Mark S. | 289.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/03/2009 | Transactional Search by; Harris, Daniel J. | 181.00 |
| 08/04/2009 | Transactional Search by; Pasquale, Kenneth | 199.00 |
| 08/04/2009 | Transactional Search by; Jarashow, Mark S. | 37.50 |
| 08/05/2009 | Transactional Search by; Krieger, Arlene G. | 440.00 |
| 08/05/2009 | Transactional Search by; Pasquale, Kenneth | 350.75 |
| 08/05/2009 | Transactional Search by; Jarashow, Mark S. | 292.50 |
| 08/06/2009 | Transactional Search by; Jarashow, Mark S. | 651.25 |
| 08/12/2009 | Transactional Search by; Krieger, Arlene G. | 247.50 |
| **Westlaw Total** | | **2,844.69** |

**Word Processing – Logit**

| | | |
|---|---|---:|
| 08/13/2009 | | 114.00 |
| **Word Processing - Logit Total** | | **114.00** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---:|
| Outside Messenger Service | $ 158.44 |
| Meals | 132.75 |
| Local Transportation | 262.89 |
| Long Distance Telephone | 167.77 |
| Duplicating Costs-in House | 325.80 |
| Court Reporting Services | 2355.80 |
| O/S Information Services | 806.24 |
| Word Processing | 114.00 |
| In House Messenger Service | 14.44 |
| Travel Expenses - Transportation | -331.16 |
| Travel Expenses - Lodging | 330.91 |
| Travel Expenses - Meals | 55.00 |
| Westlaw | 2844.69 |
| TOTAL DISBURSEMENTS/CHARGES | $ 7,237.57 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM