# Navigant Consulting, Inc.
# Invoice for the Month of August 2009



Navigant Consulting, Inc.
7 St. Paul Street, Suite 1210
Baltimore, MD 21202
(410) 528-4811 - Direct
(410) 528-4801 - Fax

September 3, 2009

Kenneth Pasquale
Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038

*For Services Rendered For*
*WR Grace Creditor's Committee - August 2009*

**Professional Fees:**

| | | |
|---|---|---|
| JH | 2.00 hrs. @ $350 | $700.00 |
| ML | 2.00 hrs. @ $325 | 650.00 |
| JS | 4.50 hrs. @ $325 | 1,462.50 |

**Total Professional Fees**..................................................................................$2,812.50

**Expenses:**

   None billable at this time.

**Total Amount Due for August Services and Expenses**............................................$2,812.50

Navigant Consulting, Inc. Project No.: 113758        Invoice No.: 283534



Navigant Consulting, Inc.
7 St. Paul Street, Suite 1210
Baltimore, MD 21202
(410) 528-4811 - Direct
(410) 528-4801 - Fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| HOREWITZ, JESSICA | 8/10/2009 | 2.00 | Reviewed Martin report, met with team, participated in conference call with counsel. |
| LYMAN, MARY | 8/3/2009 | 0.50 | Reviewed Martin report |
| LYMAN, MARY | 8/7/2009 | 0.25 | Scheduled team meeting and calls |
| LYMAN, MARY | 8/10/2009 | 1.25 | Reviewed report, met with team, call with client |
| SIRGO, JORGE | 8/3/2009 | 1.50 | Review Martin report. |
| SIRGO, JORGE | 8/5/2009 | 1.50 | Review Martin report backup materials. |
| SIRGO, JORGE | 8/10/2009 | 1.50 | Prepare for and participate in call with client. |