IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | NOTICE OF SUBSTITUTION OF |
| | ) | COUNSEL AND APPEARANCE OF |
| | ) | SUBSTITUTE COUNSEL |
| _____ | ) | |

**<u>NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE OF SUBSTITUTE COUNSEL</u>**

PLEASE TAKE NOTICE that Michael R. Sew Hoy hereby appears, and substitutes for Beth E. Cook, as attorney of record for the United States Department of Agriculture, Forest Service, in this matter. Mr. Sew Hoy's address, telephone and facsimile numbers, and e-mail address are as follows:

> Michael R. Sew Hoy
> U.S. Department of Justice - Civil Division
> P.O. Box 875
> Washington, D.C. 20044
> Telephone: (202) 307-3571
> Facsimile: (202) 514-9163
> michael.r.sew.hoy@usdoj.gov

If served by hand delivery or overnight mail, Mr. Sew Hoy's address is:

> Michael R. Sew Hoy
> U.S. Department of Justice - Civil Division
> Commercial Litigation Branch
> 1100 L Street, NW - 10th Floor
> Room 10048
> Washington, D.C. 20005

Mr. Sew Hoy is familiar with the case and is fully prepared to address any matters pending.

Dated: October 5, 2009

TONY WEST
Assistant Attorney General

DAVID C. WEISS
United States Attorney

J. CHRISTOPHER COHN
Director

TRACY J. WHITAKER
Assistant Director

 /s/ Beth E. Cook
BETH E. COOK
U.S. Department of Justice-Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-2265
Facsimile: (202) 514-9163
beth.cook@usdoj.gov


 /s/ Michael R. Sew Hoy
MICHAEL R. SEW HOY
U.S. Department of Justice-Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-3571
Facsimile: (202) 514-9163
michael.r.sew.hoy@usdoj.gov

Attorneys for the United States of America,
on behalf of the Department of Agriculture,
Forest Service

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on October 5, 2009, by electronic service through the Court's Electronic Case Filing ("ECF") system or by facsimile on the following parties:

| | |
|---|---|
| William Harrington<br>Office of the United States Trustee<br>844 King Street<br>Room 2207<br>Wilmington, DE 19801<br>Fax: (302) 573-6497 | David M. Bernick, P.C.<br>Theodore L. Freedman<br>Deanna D. Boll<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Fax: (212) 446-4900 |

/s/ Michael R. Sew Hoy
MICHAEL R. SEW HOY