IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. grace & CO., ET AL., | ) | Case No. 01-1139 (jkf) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | AFFIDAVIT OF SERVICE |
| ---------------------------------------------------------X | | |

STATE OF ILLINOIS    )
                     ) ss.:
COUNTY OF COOK       )

__Micheal Dandridge__ being duly sworn, deposes and states:

I am not a party to this proceeding, am over the age of 18 and am employed by __VTS Investigations LLC.__

On October 5, 2009, deponent served the Notice of Intent To Purchase, Acquire Or Otherwise Accumulate Equity Securities, by hand, upon the following:

Kirkland & Ellis LLP, counsel to the Debtors,
300 N. LaSalle, Chicago, IL. 60654
Attn: Janet S. Baer, Esq.

By personally delivering and leaving the same with a person of suitable age and discretion at that office.

_____
Signature
__Micheal Dandridge__
(printed name)

Sworn to before me this
5th day of October, 2009

_____
Notary Public

OFFICIAL SEAL
LISA HANSEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/12