# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., a Delaware | § | Jointly Administered |
| Corporation, *et al.*, | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Objection Deadline: |
| | § | October 26, 2009 |
| | § | |

## NOTICE OF MONTHLY FEE AND EXPENSE INVOICE

To:  The Notice Parties Listed on Exhibit A hereto

| | |
|---|---|
| Name of Applicant: | Warren H. Smith & Associates, P. C. |
| Authorized to Provide Professional Services to: | The United States Bankruptcy Court |
| Date of Retention: | March 18, 2002 |
| Period for which compensation and/or reimbursement is sought: | September 1, 2009 through September 30, 2009 |

WRGrace Sept Invoice.doc

1

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 05/08/2002 | March 1, 2002 – March 31, 2002 | $2,889.50 | -0- | $2,889.50 | -0- |
| 05/08/2002 | April 1, 2002 – April 30, 2002 | $18,448.00 | $100.73 | $18,448.00 | $100.73 |
| 6/11/2002 | May 1, 2002 – May 31, 2002 | $50,706.00 | $12.68 | $50,706.00 | $12.68 |
| 7/9/2002 | June 1, 2002 – June 30, 2002 | $42,317.00 | $249.48 | $42,317.00 | $249.48 |
| 8/8/2002 | July 1, 2002 – July 31, 2002 | $43,808.50 | $1,001.27 | $43,808.50 | $1,001.27 |
| 9/19/2002 | August 1, 2002 – August 30, 2002 | $36,301.02 | $526.69 | $36,301.02 | $526.69 |
| 10/16/2002 | September 1, 2002 – September 30, 2002 | $56,015.00 | $572.44 | $56,015.00 | $572.44 |
| 11/18/2002 | October 1, 2002 – October 31, 2002 | $47,896.50 | $1,314.90 | $47,896.50 | $1,314.90 |
| 12/13/02 | November 1, 2002 – November 30, 2002 | $41,540.00 | $1,286.94 | $41,540.00 | $1,286.94 |
| 1/21/03 | December 1, 2002 – December 31, 2002 | $38,614.50 | $0.00 | $38,614.50 | $0.00 |
| 2/17/03 | January 1, 2003 – January 31, 2003 | $44,241.50 | $623.83 | $44,241.50 | $623.83 |
| 3/20/03 | February 1, 2003 – February 28, 2003 | $39,703.50 | $930.68 | $39,703.50 | $930.68 |
| 4/18/03 | March 1, 2003 – March 31, 2003 | $18,866.00 | $76.67 | $18,866.00 | $76.67 |
| 05/27/03 | April 1, 2003 – April 30, 2003 | $22,519.00 | $951.12 | $22,519.00 | $951.12 |
| 06/05/03 | May 1, 2003 – May 31, 2003 | $11,912.50 | $79.98 | $11,912.50 | $79.98 |
| 07/08/03 | June 1, 2003 – June 30, 2003 | $17,623.50 | $119.11 | $17,623.50 | $119.11 |
| 08/13/03 | July 1, 2003 – July 31, 2003 | $12,802.50 | $642.74 | $12,802.50 | $642.74 |
| 09/15/03 | August 1, 2003 – August 31, 2003 | $15,136.00 | $157.28 | $15,136.00 | $157.28 |
| 10/08/03 | September 1, 2003– September 30, 2003 | $23,168.00 | $297.52 | $23,168.00 | $297.52 |
| 11/11/03 | October 1, 2003 – October 31, 2003 | $5,107.00 | $547.19 | $5,107.00 | $547.19 |
| 12/10/03 | November 1, 2003 – November 30, 2003 | $11,605.00 | $118.13 | $11,605.00 | $118.13 |
| 01/13/04 | December 1, 2003 – December 31, 2003 | $10,316.50 | $157.39 | $10,316.50 | $157.39 |

WRGrace Sept Invoice.doc

| | | | | | |
|---|---|---|---|---|---|
| 02/12/04 | January 1, 2004- January 31, 2004 | $10,599.00 | $56.54 | $10,599.00 | $56.54 |
| 03/08/04 | February 1, 2004- February 29, 2004 | $12,038.50 | $369.90 | $12,038.50 | $369.90 |
| 04/08/04 | March 1, 2004- March 31, 2004 | $7,875.50 | $216.00 | $7,875.50 | $216.00 |
| 05/07/04 | April 1, 2004- April 30, 2004 | $9,795.00 | $972.93 | $9,795.00 | $972.93 |
| 06/07/04 | May 1, 2004- May 31, 2004 | $22,386.00 | $91.40 | $22,386.00 | $91.40 |
| 07/07/04 | June 1, 2004- June 30, 2004 | $17,039.00 | $486.07 | $17,039.00 | $486.07 |
| 08/09/04 | July 1, 2004- July 31, 2004 | $24,443.00 | $47.38 | $24,443.00 | $47.38 |
| 09/09/04 | August 1, 2004- August 31, 2004 | $14,092.50 | $262.91 | $14,092.50 | $262.91 |
| 10/07/04 | September 1, 2004- September 30, 2004 | $2,201.00 | $259.75 | $2,201.00 | $259.75 |
| 11/08/04 | October 1, 2004- October 31, 2004 | $28,560.00 | $30.75 | $28,560.00 | $30.75 |
| 12/09/04 | November 1, 2004- November 30, 2004 | $11,232.50 | $70.70 | $11,232.50 | $70.70 |
| 01/12/05 | December 1, 2004- December 31, 2004 | $10,131.00 | $475.46 | $10,131.00 | $475.46 |
| 02/09/05 | January 1, 2005- January 31, 2005 | $16,727.00 | $105.75 | $16,727.00 | $105.75 |
| 03/09/05 | February 1, 2005- February 28, 2005 | $26,860.00 | $32.33 | $26,860.00 | $32.33 |
| 04/08/05 | March 1, 2005- March 31, 2005 | $13,638.50 | $538.66 | $13,638.50 | $538.66 |
| 05/06/05 | April 1, 2005- April 30, 2005 | $5,078.00 | $129.68 | $5,078.00 | $129.68 |
| 06/09/05 | May 1, 2005- May 31, 2005 | $24,677.50 | $32.04 | $24,677.50 | $32.04 |
| 07/08/05 | June 1, 2005- June 30, 2005 | $12,057.50 | $156.81 | $12,057.50 | $156.81 |
| 08/08/05 | July 1, 2005- July 31, 2005 | $13,649.00 | $665.39 | $13,649.00 | $665.39 |
| 09/08/05 | August 1, 2005- August 31, 2005 | $19,686.00 | $0.00 | $19,686.00 | $0.00 |
| 10/13/05 | September 1, 2005- September 30, 2005 | $19,931.00 | $0.00 | $19,931.00 | $0.00 |
| 11/10/05 | October 1, 2005- October 31, 2005 | $21,781.00 | $334.60 | $21,781.00 | $334.60 |
| 12/12/05 | November 1, 2005- November 30, 2005 | $22,727.50 | $427.55 | $22,727.50 | $427.55 |
| 1/9/06 | December 1, 2005- December 31, 2005 | $10,335.00 | $0.00 | $10,335.00 | $0.00 |

WRGrace Sept Invoice.doc

| | | | | | |
|---|---|---|---|---|---|
| 02/10/06 | January 1, 2006- January 31, 2006 | $12,401.00 | $827.44 | $12,401.00 | $827.44 |
| 03/08/06 | February 1, 2006- February 28, 2006 | $25,605.50 | $19.64 | $25,605.50 | $19.64 |
| 04/06/06 | March 1, 2006- March 31, 2006 | $32,419.00 | $264.14 | $32,419.00 | $264.14 |
| 05/08/06 | April 1, 2006- April 30, 2006 | $26,496.00 | $789.83 | $26,496.00 | $789.83 |
| 06/21/06 | May 1, 2006- May 31, 2006 | $22,996.00 | $43.82 | $22,996.00 | $43.82 |
| 12/8/06 | June 1, 2006- June 30, 2006 | $9,674.50 | $0.00 | $9,674.50 | $0.00 |
| 12/28/06 | July 1, 2006- July 31, 2006 | $13,967.00 | $648.60 | $13,967.00 | $648.60 |
| 11/10/06 | August 1, 2006- August 31, 2006 | $22,714.90 | $53.90 | $22,714.90 | $53.90 |
| 11/16/06 | September 1, 2006- September 30, 2006 | $22,629.00 | $31.52 | $22,628.10 | $31.52 |
| 11/28/06 | October 1, 2006- October 31, 2006 | $15,636.50 | $472.43 | $12,509.20 | $472.43 |
| 01/04/07 | November 1, 2006- November 30, 2006 | $10,158.00 | $4.80 | $10,158.00 | $4.80 |
| 01/15/07 | December 1, 2006- December 31, 2006 | $10,567.00 | $14.80 | $10,567.00 | $14.80 |
| 05/03/07 | January 1, 2007- January 31, 2007 | $28,915.00 | $632.64 | $8,231.60 | $632.64 |
| 05/03/07 | February 1, 2007- February 28, 2007 | $38,358.00 | $35.88 | $38,358.00 | $35.88 |
| 05/03/07 | March 1, 2007- March 31, 2007 | $22,023.00 | $70.48 | $22,023.00 | $70.48 |
| 05/10/07 | April 1, 2007- April 30, 2007 | $10,877.00 | $78.40 | $10,877.00 | $78.40 |
| 6/19/07 | May 1, 2007- May 31, 2007 | $24,573.00 | $39.52 | $24,573.00 | $39.52 |
| 7/17/07 | June 1, 2007- June 30, 2007 | $30,217.00 | $601.56 | $30,217.00 | $601.56 |
| 3/7/08 | July 1, 2007- July 31, 2007 | $32,004.00 | $31.44 | $32,004.00 | $31.44 |
| 3/7/08 | August 1, 2007- August 31, 2007 | $36,986.50 | $39.68 | $36,986.50 | $39.68 |
| 3/7/08 | September 1, 2007- September 30, 2007 | $23,018.00 | $1,108.59 | $23,018.00 | $1,108.59 |
| 6/6/08 | October 1, 2007- October 31, 2007 | $22,493.50 | $1.76 | $22,493.50 | $1.76 |
| 6/6/08 | November 1, 2007- November 30, 2007 | $23,889.50 | $0.00 | $23,889.50 | $0.00 |
| 6/6/08 | December 1, 2007- December 31, 2007 | $8,786.50 | $0.00 | $8,786.50 | $0.00 |

WRGrace Sept Invoice.doc

| 8/6//08 | January 1, 2008-<br>January 31, 2008 | $24,338.00 | $0.00 | $24,338.00 | $0.00 |
|---|---|---|---|---|---|
| 8/6//08 | February 1, 2008-<br>February 29, 2008 | $20,847.50 | $0.00 | $20,847.50 | $0.00 |
| 4/17/08 | March 1, 2008-<br>March 31, 2008 | $7,306.50 | $0.00 | $7,306.50 | $0.00 |
| 5/7/08 | April 1, 2008-<br>April 31, 2008 | $16,163.00 | $0.00 | $16,163.00 | $0.00 |
| 6/10/08 | May 1, 2008-<br>May 31, 2008 | $11,542.50 | $0.00 | $11,542.50 | $0.00 |
| 7/7/08 | June 1, 2008-<br>June 31, 2008 | $37,931.50 | $790.69 | $37,931.50 | $790.69 |
| 8/5/08 | July 1, 2008-<br>July 31, 2008 | $26,055.00 | $0.00 | $20,844.00 | $0.00 |
| 8/5/08 | August 1, 2008-<br>August 31, 2008 | $14,180.83 | $1,332.28 | $11,344.66 | $1,332.28 |
| 10/30/08 | September 1, 2008-<br>September 30, 2008 | $32,363.00 | $44.24 | $25,890.40 | $44.24 |
| 11/10/08 | October 1, 2008-<br>October 31, 2008 | $19,026.00 | $0.00 | $17,830.67 | $0.00 |
| 1/14/09 | November 1, 2008-<br>November 30, 2008 | $23,606.50 | $468.42 | $18,885.20 | $468.42 |
| 1/15/09 | December 1, 2008-<br>December 31, 2008 | $22,850.00 | $64.32 | $18,280.00 | $64.32 |
| 4/23/09 | January 1, 2009-<br>January 31, 2009 | $10,853.00 | $ 63.52 | $8,682.40 | $63.52 |
| 4/16/09 | February 1, 2009-<br>February 28, 2009 | $13,109.00 | $198.01 | $10,487.20 | $198.01 |
| 4/28/09 | March 1, 2009-<br>March 31, 2009 | $19,604.00 | $33.28 | $15,683.20 | $33.28 |
| 5/7/09 | April 1, 2009-<br>April 30, 2009 | $23,475.00 | $68.56 | $0.00 | $0.00 |
| 6/4/09 | May 1, 2009-<br>May 31, 2009 | $15,414.50 | $157.28 | $12,331.60 | $157.28 |
| 7/7/09 | June 1, 2009-<br>June 30, 2009 | $19,387.50 | $490.50 | $0.00 | $0.00 |
| 8/7/09 | July 1,2009-<br>July 31, 2009 | $13,041.00 | $310.53 | $10,432.80 | $310.53 |
| 9/10/09 | August 1, 2009-<br>August 31, 2009 | $20,399.50 | $260.21 | $0.00 | $0.00 |
| **10/6/09** | **September 1, 2009-<br>September 30, 2009** | **$15,066.00** | **$361.29** | **$0.00** | **$0.00** |

PLEASE TAKE NOTICE that Warren H. Smith and Associates, P. C. (the "Applicant") has today filed this Notice of Monthly Fee and Expense Invoice for September 1, 2009 through

WRGrace Sept Invoice.doc

September 30, 2009 (this "Monthly Fee Statement") pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Applicants and Consideration of Fee Applications (the "Fee Auditor Order).

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before October 26, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall certify in writing to the Debtors and Counsel to the Debtors that no objection, or an objection, has been filed with the Court relative to this Notice, whichever is applicable, after which the Debtors shall pay to the Professional an amount equal to the lesser of (i) 80 per cent of the fees and 100 percent of the expenses requested in this Monthly Fee Statement or (ii) 80 per cent of the fees and 100 percent of the expenses not subject to an objection. All fees and expenses in this Monthly Fee Statement will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objection at such time.

Dated: October 6, 2009

WRGrace Sept Invoice.doc

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P. C.**

By: _____
    Warren H. Smith
    State Bar No. 18757050
325 N. Saint Paul
Suite 1250
Dallas, Texas 75201
(214) 698-3868
(214) 722-0081 (FAX)

**FEE AUDITOR**

WRGrace Sept Invoice.doc

# CERTIFICATE OF SERVICE

I, Warren H. Smith, certify that I am not less than 18 years if age, and that service of a copy of the attached *Notice of Monthly Fee and Expense Invoice* (for Warren H. Smith & Associates, P. C. for September, 2009) was made October 6, 2009, upon the Notice Parties identified as "Exhibit A" in the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (as modified) via email, or by hand delivery to those Parties located in Wilmington, Delaware.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Warren H. Smith

WRGrace Sept Invoice.doc

# Exhibit A

## Notice of Parties

**The Debtors**

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044
william.sparks@grace.com

**Co-Counsel for the Debtors**

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_kapp@chicago.kirkland.com

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801
dcarickhoff@pszyj.com

**Co-Counsel to the Debtor-in-Possession**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606
david.heller@lw.com
carol.hennessey@lw.com

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801
syoder@bayardfirm.com

**Counsel to the Official Committee of Unsecured Creditors**

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982
rserrette@stroock.com

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

**Counsel to the Official Committee of Asbestos Property Damage Claimants**

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131
jsakalo@bilzin.com
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com

WRGrace Sept Invoice.doc

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
pvnl@capdale.com

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 N. King St #301
Wilmington, DE 19801
mgz@del.camlev.com


**The Official Committee of Equity Holders**

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
pbentley@kramerlevin.com

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
currier@klettrooney.com
jwaxman@klettrooney.com


**The Office of the United States Trustee**

Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

WRGrace Sept Invoice.doc

# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


October 02, 2009

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10082

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/1/2009 | JAW | Draft summary of K&E April 2009 monthly invoice (0.8) | 0.80 | 120.00 |
|  | MW | Update database with Piper's 42nd monthly application (.2), Kirkland & Ellis' 33rd interim application (.2). | 0.40 | 18.00 |
| 9/2/2009 | MW | Update database with Kramer's July fee detail (.2); Alan Rich's August fee detail (.1); Saul Ewing's July fee application (.2); confer with B. Ruhlander re same (.1). | 0.60 | 27.00 |
|  | MW | Update database with PwC's July application (.1), Beveridge Diamond's June application (.2), Janet Baer's July fee detail (.2). | 0.50 | 22.50 |
|  | WHS | Receive and review amended agenda | 0.10 | 29.50 |
|  | BSR | receive, review, and respond to email from Lynzy Oberholzer with list of applicants for the 32nd interim fee hearing | 0.20 | 52.00 |
|  | JAW | detailed review of BMC March 2009 Fee Application (1.8); draft summary of same (0.1) | 1.90 | 285.00 |
| 9/3/2009 | MW | Update database with Saul Ewing's first interim application (Hard Copy) (.2), Kramer Levin's July fee application (.1); Janet Baer's July application (.1), Beveridge Diamond's June application (.1), Reed Smith's July application (.2). | 0.70 | 31.50 |

214 698-3868

W.R. Grace & Co.                                                                                                                  Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/3/2009 | MW | Begin draft of WHS&A's August fee application (.6); detailed review of fees and expenses re same (.8). | 1.40 | 182.00 |
| 9/7/2009 | BSR | Draft e-mails to Caplin & Drysdale re response to initial report for the 32nd interim period, as well as electronic detail for the May 2009 monthly fee application | 0.20 | 52.00 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: category spreadsheet for the 32nd interim period. | 0.10 | 15.00 |
| 9/8/2009 | AL | Update database with Blackstone April May and June Fee Apps | 0.20 | 9.00 |
|  | AL | Update database with Caplin & Drysdale July Fee App. | 0.20 | 9.00 |
|  | AL | Update database with 33rd Term "Buchanan" No Objection added to W.R. Grace | 0.10 | 4.50 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: files for 32nd interim period category spreadsheet. | 0.10 | 15.00 |
|  | BSR | Draft omnibus final report for the 32nd interim period | 3.60 | 936.00 |
|  | BSR | research docket for Tre Angeli quarterly fee application for the 32nd interim period (.1) and review same (.1) | 0.20 | 52.00 |
|  | BSR | research docket for David Austern's 32nd interim fee application (.1) and review of same (.1) | 0.20 | 52.00 |
|  | AL | Update database with Blackstone April, May, and June Fee App.'s | 0.20 | 9.00 |
|  | JAW | Proofread WHSmith's August 2009 fee statement and notice (0.3); e-mail to M. White re: revisions (0.1) | 0.40 | 60.00 |
|  | AL | Update database with Kramer Levin 29th Quarterly Fee App CNO | 0.10 | 4.50 |
| 9/9/2009 | BSR | Draft e-mail to Duane Morris inquiring as to response to initial report (32nd) | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                                              Page      3

|            |     |                                                                                                                                                                          | **Hours** | **Amount** |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 9/9/2009   | AL  | Update database with Kramer Levin's 34th Interim Fee App.                                                                                                                | 0.10      | 4.50       |
|            | JAW | detailed review of Caplin & Drysdale's May 2009 Fee Application (3.3); draft summary of same (0.6)                                                                        | 3.90      | 585.00     |
|            | AL  | Update database with file for Reed Smith's 34th Interim Fee App.                                                                                                         | 0.20      | 9.00       |
|            | MW  | Draft monthly application of WHS&A for August 2009 (.8); detailed review of fees and expenses re same (.8); send same to J. Wehrmann and W. Smith for final approval (.1). | 1.70      | 221.00     |
| 9/10/2009  | AL  | Draft Assist with the preparation of monthly invoice of WHSA.                                                                                                            | 0.30      | 37.50      |
|            | MW  | Electronic filing with court of Monthly Fee Application of WHS&A for August 2009 (.4); fax same to debtors (.1); update database with same (.1); confer with D. Armstrong at W.R.Grace re same (.1). | 0.70      | 31.50      |
|            | MW  | Electronic filing with court of Duane Morris' 32nd interim final report (.3); update database with same and prepare for service (.1).                                    | 0.40      | 18.00      |
|            | BSR | Draft final report re Duane Morris for the 32nd interim period                                                                                                           | 0.40      | 104.00     |
|            | WHS | detailed review of, and revisions to, FR Duane Morris 32Q 1-3.08.                                                                                                        | 0.10      | 29.50      |
| 9/11/2009  | BSR | Draft e-mail to Holly Bull checking on status of response                                                                                                                | 0.10      | 26.00      |
| 9/13/2009  | LMH | Draft category spreadsheet for the 32nd interim period.                                                                                                                  | 4.50      | 675.00     |
|            | BSR | Receive and review response of Kirkland & Ellis to initial report (32nd)                                                                                                 | 1.00      | 260.00     |
|            | LMH | Receive and review e-mail from B. Ruhlander re: draft category spreadsheet for the 32nd interim period.                                                                  | 0.10      | 15.00      |

W.R. Grace & Co.                                                                                                        Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/14/2009 | LMH | Receive and review e-mail from B. Ruhlander re: draft category spreadsheet for the 32nd period. | 0.10 | 15.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Caplin's data for inclusion in the 32nd interim period category spreadsheet. | 0.10 | 15.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: distinction between PWC and PWC advisory services project figures in the current draft of the category spreadsheet for the 32nd interim period. | 0.10 | 15.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: Kirkland & Ellis' data for inclusion in the category spreadsheet for the 32nd interim period. | 0.10 | 15.00 |
| | BSR | Receive and review draft project category spreadsheet for the 32nd interim period (.7); draft email to Lisa Hamm re same (.1) | 0.80 | 208.00 |
| | BSR | Draft combined "no objection" final report for the 32nd interim period | 0.30 | 78.00 |
| | BSR | Draft final report re Kirkland & Ellis for the 32nd interim period | 5.60 | 1,456.00 |
| | BSR | review (cont'd) and analysis of K&E's response to initial report and exhibits (32nd) | 2.60 | 676.00 |
| | BSR | Review project category spreadsheet and draft emails to Lisa Hamm with additional information for inclusion in the spreadsheet | 0.60 | 156.00 |
| 9/15/2009 | LMH | Draft revisions to category spreadsheet for the 32nd interim period. | 0.90 | 135.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: revised draft category spreadsheet for the 32nd interim period. | 0.10 | 15.00 |
| | WHS | detailed review of FR Caplin 32Q 1-3.09 | 0.20 | 59.00 |
| | WHS | detailed review of omnibus final report 32Q 1-3.09 | 0.20 | 59.00 |
| | WHS | detailed review of, and revisions to, FR KE 32Q 1-3.09 | 0.30 | 88.50 |

W.R. Grace & Co.                                                                                                               Page     5

|            |     |                                                                                                                                                                                                                 | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 9/15/2009  | LMH | detailed review of Baer, Blackstone, and BMC quarterly applications for the 32nd period to confirm expense amounts for category spreadsheet.                                                                     | 0.60  | 90.00  |
|            | MW  | Update 32nd interim category spreadsheet (.5); confer with B. Ruhlander and Lynzy at Pachulski re same (.2).                                                                                                      | 0.70  | 91.00  |
|            | LMH | Draft e-mail to B. Ruhlander re: expense value confirmation for 32nd period category spreadsheet.                                                                                                                 | 0.10  | 15.00  |
|            | BSR | research server and docket to confirm that response time has expired for applicants with fee and expense issues (.5); draft emails to Jamie O'Neill re same (.1)                                                  | 0.60  | 156.00 |
|            | BSR | Draft e-mail to Deanna Boll re final report for Kirkland & Ellis (.1); draft email to Rita Tobin for final report re Caplin & Drysdale (.1)                                                                       | 0.20  | 52.00  |
|            | BSR | Draft fee and expense recommendation exhibit for 32nd interim period (1.9); draft emails to Melanie White and Jamie O'Neill re same (.1)                                                                          | 2.00  | 520.00 |
|            | BSR | Receive and review pdf version of project category spreadsheet and draft email re same to Melanie White (.1); draft email forwarding project category spreadsheet in Excel and pdf formats to Jamie O'Neill and Lynzy Oberholzer at Pachulski (.2) | 0.30  | 78.00  |
|            | BSR | Receive and review project category spreadsheet and forward same to Melanie White for pdf                                                                                                                        | 0.30  | 78.00  |
|            | BSR | Draft final report re Caplin & Drysdale for the 32nd interim period                                                                                                                                               | 1.00  | 260.00 |
|            | BSR | Receive and review Caplin & Drysdale response to initial report for the 32nd interim period                                                                                                                       | 0.10  | 26.00  |
|            | LMH | telephone conference with B. Ruhlander re: draft category spreadsheet for the 32nd interim period.                                                                                                                | 0.10  | 15.00  |
|            | BSR | Draft final report re K&E's 32nd interim fee application                                                                                                                                                          | 0.80  | 208.00 |
|            | BSR | Draft e-mail to Warren Smith re omnibus final report                                                                                                                                                              | 0.10  | 26.00  |

W.R. Grace & Co.                                                                                                               Page     6

|            |     |                                                                                                                                                        | **Hours** | **Amount** |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 9/15/2009  | JAW | detailed review of K&E's May 2009 fee application (8.2)                                                                                                | 8.20      | 1,230.00   |
|            | MW  | Electronic filing with court of 32nd interim final reports of Caplin (.2); Kirkland & Ellis (.1) and the Omnibus (.2); update database re same (.3).   | 0.80      | 36.00      |
| 9/16/2009  | JAW | detailed review of Kirkland & Ellis May 2009 fee application (7.5)                                                                                     | 7.50      | 1,125.00   |
| 9/17/2009  | JAW | Draft summary of Kirkland & Ellis' May 2009 fee application (2.1)                                                                                      | 2.10      | 315.00     |
|            | AL  | Update database with April, May, and June '09 Fee Apps for Capstone                                                                                    | 0.20      | 9.00       |
|            | BSR | Draft initial report re Kramer Levin for the 2nd interim period                                                                                        | 1.70      | 442.00     |
| 9/18/2009  | BSR | Draft e-mail to Orrick re final report for the 32nd interim period                                                                                     | 0.10      | 26.00      |
|            | BSR | research server to make sure all other final reports are filed (32Q)                                                                                   | 0.20      | 52.00      |
|            | BSR | telephone conference with Warren Smith re status of final reports.                                                                                     | 0.10      | 26.00      |
|            | BSR | Draft revision to Orrick final report (32nd interim)                                                                                                   | 0.40      | 104.00     |
|            | WHS | detailed review of FR Orrick 32Q 1-3.09                                                                                                                | 0.20      | 59.00      |
|            | AL  | Electronic filing with court of WHSA's Final Report for Orrik's 32 Q                                                                                   | 0.30      | 13.50      |
| 9/21/2009  | BSR | Draft e-mail to Jamie O'Neill with revised fee and expense exhibit                                                                                     | 0.20      | 52.00      |
| 9/23/2009  | MW  | Update database with 3 completed summaries from J. Wehrmann (.3).                                                                                      | 0.30      | 13.50      |

W.R. Grace & Co.           Page   7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/23/2009 | BSR | Review proposed fee order and forward to Melanie White (.2); review hearing agenda for 9/29/09 (.2) | 0.40 | 104.00 |
| | MW | Conference with B. Ruhlander regarding preparation for 32nd interim hearing. | 0.20 | 26.00 |
| | AL | Update database with 32nd monthly Fee App. of Ogilvy Renault LLP | 0.20 | 9.00 |
| 9/24/2009 | AL | Update database with Ogilvy Fee Application for August. | 0.20 | 9.00 |
| | AL | Update database with Pachulski July Monthly Fee App. | 0.30 | 13.50 |
| 9/28/2009 | BSR | research docket for signed fee order (32nd) (.1); forward same to Warren Smith (.1) | 0.20 | 52.00 |
| | BSR | research docket to determine if fee order for the 32nd interim had been signed; respond to email from Warren Smith re same | 0.20 | 52.00 |
| | MW | Research and review amounts on proposed order for 32nd interim hearing (2.0); prepare binder for hearing with all final reports and fee applications (1.5). | 3.50 | 455.00 |
| | AL | Create Binder in Preparation for W.R. Grace Hearing. | 3.00 | 375.00 |
| 9/29/2009 | AL | Update database with Casner & Edward's August Fee Application | 0.20 | 9.00 |
| | AL | Update database with PriceWaterHouseCoopers CNO | 0.10 | 4.50 |
| | AL | Update database with Saul Ewing August Fee App. | 0.20 | 9.00 |
| | JAW | Detailed review of Orrick Herrington June 2009 fee application (5.0); draft summary of same (0.3) | 5.30 | 795.00 |
| 9/30/2009 | AL | Update database with Reed Smith's 98th Monthly invoice. | 0.20 | 9.00 |

W.R. Grace & Co.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page　　8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/30/2009 | AL | Update database with Janet S. Baer's August Fee Application. | 0.10 | 4.50 |
|  | AL | Update database with Ferry Joseph Pearce's August Fee Application. | 0.10 | 4.50 |
|  | AL | Update database with Bilzin August & Sept. 2009 Fee App | 0.20 | 9.00 |
|  | JAW | Detailed review of Saul Ewing May 15, 2009 - July 31, 2009 fee application (1.2); draft summary of same (0.3) | 1.50 | 225.00 |
|  | JAW | Detailed review of Anderson Kill & Olick June 2009 fee application (1.9); draft summary of same (0.1) | 2.00 | 300.00 |
|  | JAW | Detailed review of Caplin & Drysdale June 2009 fee application (3.1) | 3.10 | 465.00 |

**For professional services rendered**　　　　　　　　　　　　　　　　　　　　　　　　88.20　$15,066.00

Additional Charges :

| 9/15/2009 | Copying cost. | 0.80 |
|---|---|---|
| 9/30/2009 | CourtCall Charges | 30.00 |
|  | Third party copies & document prep/setup. | 295.43 |
|  | PACER Charges | 6.16 |
|  | Fax Charges | 17.00 |
|  | Copying cost | 11.90 |

**Total additional charges**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$361.29**

W.R. Grace & Co.                                                                                                              Page     9

**Amount**

**Total amount of this bill**                                                                                        **$15,427.29**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 3.30 | 125.00 | $412.50 |
| Anthony Lopez | 3.40 | 45.00 | $153.00 |
| Bobbi S. Ruhlander | 24.80 | 260.00 | $6,448.00 |
| James A. Wehrmann | 36.70 | 150.00 | $5,505.00 |
| Lisa M Hamm | 7.00 | 150.00 | $1,050.00 |
| Melanie White | 7.50 | 130.00 | $975.00 |
| Melanie White | 4.40 | 45.00 | $198.00 |
| Warren H Smith | 1.10 | 295.00 | $324.50 |