IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 10/28/2009 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF SIXTH APPLICATION OF ALEXANDER M. SANDERS, JR.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE PERIOD
FROM JULY 1, 2009 THROUGH JULY 31, 2009**

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr., |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | October 20, 2008, *nunc pro tunc* to September 22, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2009 to July 31, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $8,460.00  [80% of $10,575.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | None |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |

Hon. Alexander M. Sanders, Jr. is the only professional providing services in this Fee Application period. Judge Sanders has practiced law for over 40 years, and his present billing rate is $450 per hour. In this Application period Judge Sanders performed 23.5 hours of services as PD FCR, for a total amount billed of $10,575.00, of which 80% is currently sought, in the amount of $8,460.00.

This is the Sixth Application for monthly fees and expenses.

---

[1] At 80% of the total incurred.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 23.5 hours | $10,575.00 |
| TOTAL | 23.5 hours | $10,575.00 |

Detail of the fees billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, attorney for the PD FCR, and a professional person seeking approval of this Monthly Fee Application on behalf of his client, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 7th day of October, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*SANDERS & NETTLES, LLC*
*Attorneys at Law*
*208 Lincoln Street*
*Columbia, South Carolina 29201*

*Mailing address: 19 Water Street*
*Charleston, SC 29401*

INVOICE FOR PROFESSIONAL SERVICES 7/1/09 to 7/31/09

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

In re W. R. Grace, No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|---|---|---|
| 7/1/09 | Review of AXA Belgium's Pre-trial Statement and various earlier documents referred to therein, including the CMO, the Plan Proponent's Draft Order of June 20, 2009, In re Combustion Engineering, etc. | 2.0 |
| 7/17/09 | Exchange of e-mails and telephone calls with Alan Rich, Esq., as counsel for PD FCR re: conference on August 5 with Dan Speights, et al. | 0.5 |
| 7/19/09 | Continued review of the file in preparation of the September confirmation hearing before Judge Fitzgerald | 3.5 |
| | Review of various documents including Phase II Brief of Garlock, LLC (29 pages); Phase II Brief of Maryland Casualty (15 pages); Phase II Brief of Zurich Insurance and Zurich International Ltd. (8 pages); Joinder of AXA Belgium to the Brief of Fireman's Fund (4 pages) | 2.5 |
| 7/20/09 | Review of Pre-Trial Submission of Maryland Casualty (4 pages) and Pre-Trial Submission of Zurich Insurance and Zurich International (4 pages) | 0.5 |

INVOICE 7/1/09 to 7/31/09
August 5, 2009
Page 2

| Date | Description | Hours |
|---|---|---|
| 7/23/09 | E-mail correspondence with Alan Rich re: Phase II Pretrial Statement and meeting with Dan Speights | 0.5 |
| | Review of PD FCR's Phase II Pretrial Submission; PD Committee's Phase II Pretrial Submission; and Anderson Memorial Hospital's Phase II Pretrial Submission | 2.5 |
| | Review of various documents relating to sale of W.R. Grace's Membrane Business (a total of approximately 180 pages), including: Asset Sales Agreement, Articles 1-19, and numerous attached exhibits and schedules; Notice of Motion for an Order Approving the Agreements and Authorizing the Sale of the Membrane Business and Authorizing the Assumption and Assignment to the Buyer of Certain Contracts and Granting Certain Related Relief; Affidavits in Support of the Motion; Motion for an Order pursuant to the above-referenced Notice; and Proposed Order | 3.5 |
| 7/24/09 | Continued review of documents in the nature of exhibits and other information relating to sale of Membrane Business (approximately 120 pages) | 2.5 |
| 7/27/09 | E-mail correspondence with Alan B. Rich re: Membrane sale | 0.3 |
| 7/28/09 | Review of Pre-Trial Submission of Garlock, LLC (13 pages) | 0.3 |
| | Telephone conference with Alan B. Rich re: Dan Speights' meeting on August 5 and most recent deposition transcripts | 0.3 |
| 7/30/09 | Review of e-mail correspondence between Alan B. Rich and David Bernick regarding extension for PD FCR to object on feasability of the plan | 0.5 |
| | Telephone conference with Alan B. Rich re: David Bernick's position on granting the extension to object | 0.3 |

<u>INVOICE 7/1/09 to 7/31/09</u>

August 5, 2009

Page 3

| Date | Description | Hours |
|---|---|---|
| 7/31/09 | Review of e-mail correspondence from Alan B. Rich confirming the grant of the extension | 0.1 |
| | Review of Laura Welch, M.D., deposition | 1.5 |
| | Review of Dr. Howard Ory deposition | 2.2 |

23.5 @ $450/hour =     $10,575.00