## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 10/28/2009 |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF SEVENTH APPLICATION OF ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE PERIOD FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr., |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | October 20, 2008, *nunc pro tunc* to September 22, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2009 to August 31, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $3,168.00  [80% of $3,960.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | None |

This is a(n):  ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Pending | Pending |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Hon. Alexander M. Sanders, Jr. is the only professional providing services in this Fee Application period.  Judge Sanders has practiced law for over 40 years, and his present billing rate is $450 per hour.  In this Application period Judge Sanders performed 8.8 hours of services as PD FCR, for a total amount billed of $3,960.00, of which 80% is currently sought, in the amount of $3,168.00.

This is the Seventh Application for monthly fees and expenses.

---

[1] At 80% of the total incurred.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Disclosure Statement and Confirmation | 8.8 hours | $3,960.00 |
| TOTAL | 8.8 hours | $3,960.00 |

Detail of the fees billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, attorney for the PD FCR, and a professional person seeking approval of this Monthly Fee Application on behalf of his client, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 7th day of October, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*SANDERS & NETTLES, LLC*
*Attorneys at Law*
*208 Lincoln Street*
*Columbia, South Carolina 29201*

*Mailing address: 19 Water Street*
*Charleston, SC 29401*

<u>INVOICE FOR PROFESSIONAL SERVICES 8/1/09 to 8/31/09</u>

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

In re W. R. Grace, No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 8/3/09 | Preparation for conference with Speights & Runyon on Anderson Memorial Hospital's claim, including telephone conference with Alan Rich, Esq., as counsel for PD FCR | 1.0 |
| 8/5/09 | Conference with Speights & Runion and Alan Rich | 2.5 |
| 8/18/09 | Review of W.R. Grace Phase II Witness List, including e-mail and telephone communication with Alan Rich | 0.8 |
| | Review of Plan Proponents Phase II Pre-Trial Statement and exhibit list, including description of proponent witnesses, pleadings and plan documents (62 pages) | 3.5 |
| 8/19/09 | Exchange of e-mail with Alan Rich re: Witness List | 0.2 |
| 8/25/09 | Review of e-mail from Alan Rich regarding his conversation with Ted Freedman on my proposed testimony | 0.2 |
| 8/27/09 | Review of Fee Auditor's Final Report for the Application Period January 1 - March 31, 2009 | 0.5 |
| 8/31/09 | E-mail to Alan Rich on my flights to Pittsburgh and hotel | 0.1 |

8.8 @ $450/hour = $3,960.00