IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 10/28/2009 |
| | § | Hearing Date: TBD (if needed) |

SUMMARY OF EIGHTH APPLICATION OF ALEXANDER M. SANDERS, JR.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE PERIOD
FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr., |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | October 20, 2008, *nunc pro tunc* to September 22, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2009 to September 30, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $38,304.00  [80% of $47,880.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $3,904.58 |

This is a(n):   ☒ Monthly    ☐ Interim    ☐ Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Pending | Pending |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Pending | Pending |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Hon. Alexander M. Sanders, Jr. is the only professional providing services in this Fee Application period. Judge Sanders has practiced law for over 40 years, and his present billing rate is $450 per hour. In this Application period Judge Sanders performed 112.4 hours of services as PD FCR, for a total amount billed of $47,880.00, of which 80% is currently sought, in the amount of $38,304.00, plus 100% of his expenses incurred, in the amount of $3,904.58.

This is the Eighth Application for monthly fees and expenses.

---

[1] At 80% of the total incurred.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Disclosure Statement and Confirmation | 100.4 hours | $45,180.00 |
| Travel | 12.0 hours   [at 100%] | $2,700.00   [at 50%] |
| TOTAL | 112.4 hours | $47,880.00 |

Detail of the fees billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, attorney for the PD FCR, and a professional person seeking approval of this Monthly Fee Application on behalf of his client, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

*/s/ Alan B. Rich*

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 7th day of October, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

*/s/ Alan B. Rich*

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*SANDERS & NETTLES, LLC*
*Attorneys at Law*
*208 Lincoln Street*
*Columbia, South Carolina 29201*

*Mailing address: 19 Water Street*
*Charleston, SC 29401*

INVOICE FOR PROFESSIONAL SERVICES 9/1/09 to 9/30/09

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

In re W. R. Grace, No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|---|---|---|
| 9/1/09 | Review of numerous documents including: | |
| | Joinder of Maryland Casualty in Arrowood's Objections and Counter-Designations to Certain Aspects of the Deposition of the Libby Claimants | 0.3 |
| | Final Order of Witnesses and Estimated Time of Direct Examination of Garlock Ceiling Technologies, LLC | 0.5 |
| | Deposition of Hudson LaForce (approx. 143 pages) | 2.5 |
| | Draft Order of Witnesses and Estimated Time of Direct Examination of Zurich Insurance and Zurich International | 0.3 |
| | Draft Order of Witnesses and Estimated Time of Direct Examination of Maryland Casualty of MCC | 0.3 |
| | Objection of Maryland Casualty to BNSF Railway Company's Confidential Initial Deposition Designations of Testimony of Jeffrey Posner, Richard Finke, Jay Hughes, and Peter Van N. Lockwood and to the Libby Claimant's Notice of Filing Transcript and Deposition Excerpt Designations | 0.5 |

<u>INVOICE 9/1/09 to 9/30/09</u>
October 7, 2009
Page 2

|  |  |  |
|---|---|---|
|  | Draft Order of Witnesses and Estimated Time of Direct Examination of Maryland Casualty Company | 0.1 |
|  | Objection of Maryland Casualty to Exhibits to be Relied Upon at the Phase II Plan Confirmation Hearing | 0.5 |
|  | Supplemental Pre-Trial Submission of Maryland Casualty | 0.1 |
| 9/02/09 | Review of Joinder of Maryland Casualty in Arrowood's Motion to Strike, and Objections to the Libby Claimants' Designation of Certain Depositions | 0.1 |
|  | Telephone conversation with Harry Huge, Esq., and call to Alan Rich re: the position of the PI FCR on the Plan. | 0.5 |
| 9/03/09 | Review of Maryland Casualty's Objection to BNSF's Initial Deposition Designations of Karen O. McKee's Testimony | 0.1 |
|  | Review of chart showing objections to the Plan (50 pages) | 2.5 |
|  | Telephone call to Alan Rich regarding the chart and my testimony | 0.1 |
|  | Review of Maryland Casualty's Joinder in Arrowood's Objections to Libby Claimants' Confirmation Hearing Exhibit List | 0.1 |
| 9/04/09 | Review of Maryland Casualty's partial joinder in CNA's objections to certain exhibits proffered by Libby claimants and State of Montana | 0.1 |
|  | E-mail from Alan Rich re: proffered testimony | 0.1 |
|  | Telephone call from Dan Speights, Esq., re: my testimony vis-a-vis claim of Anderson Memorial Hospital | 0.1 |

INVOICE 9/1/09 to 9/30/09
October 7, 2009
Page 3

| | | |
|---|---|---|
| 9/5/09 | Review of AXA Belgium's Objection to the exhibits proffered by Plan proponents and reservation of evidentiary objections proffered by all parties | 0.1 |
| | Review of Maryland Casualty's objection to all exhibits inconsistent with MCC's interests | 0.3 |
| 9/6/09 | Review of my testimony with Ed Westbrook | 1.0 |
| 9/7/09 | 6:30 p.m., left Charleston for Pittsburgh, arrived hotel, obviously after much delay, at 1:30 a.m. 9/8/09 (7 hours billed @ one-half) | 3.5 |
| 9/8/09 | 9:30 a.m., arrived at court<br>    Preliminary matters followed by witnesses:<br>    Elihu Insulbuch<br>    Laura Welch<br>    Mark Peterson<br>6:36 p.m., court adjourned | 9.1 |
| | Dinner with Alan Rich to review today's proceedings | 1.0 |
| 9/9/09 | 9 a.m., arrived at court<br>    Preliminary matters followed by witnesses:<br>    Jay Hughes<br>    Craig Molgaard<br>6 p.m., court adjourned | 9.0 |
| | Dinner with Alan Rich to review today's proceedings | 1.0 |
| 9/10/09 | 9 a.m., arrived at court<br>    Preliminary matters followed by witnesses:<br>    Craig Molgaard (cont'd)<br>    Arthur Frank<br>    Alan Whitehouse<br>5:15 p.m., court adjourned | 8.2 |

INVOICE 9/1/09 to 9/30/09
October 7, 2009
Page 4

| Date | Description | Hours |
|---|---|---|
| 9/11/09 | 8:25 a.m., arrived at court<br>Motions and preliminary matters, followed by witnesses:<br>Alan Whitehouse (cont'd)<br>David Weill<br>Suresh Moolgarkar<br>Jeffrey Posner<br>6:25 p.m., court adjourned | 10.0 |
| 9/12/09 | Review documents including: | |
| | Maryland Casualty's Joinder in Arrowood's Motion to Strike and Objections, etc. | 0.2 |
| | Garlock's Objection to Final Order of Witnesses and Estimated Time of Examination | 0.3 |
| | Maryland Casualty's and CNA's Opposition to Libby Claimants' Motion to Compel and Supporting Affidavit | 0.6 |
| | Memo from Ed Westbrook regarding ZAI settlement | 0.6 |
| 9/13/09 | Comprehensive review of all documents necessary to preparation of my testimony (approx. 535 pages) | 8.5 |
| 9/14/09 | 9 a.m., arrived at court<br>Preliminary matters followed by witnesses:<br>Elihu Insulbuch<br>Richard Finke<br>Jay Hughes<br>5:30 p.m., court adjourned | 8.5 |
| | Meeting with Theodore Freedman, et al., to finalize proffered testimony | 2.5 |

INVOICE 9/1/09 to 9/30/09
October 7, 2009
Page 5

| Date | Description | Hours |
|---|---|---|
| 9/15/09 | 9 a.m., arrived at court<br>    Preliminary matters followed by witnesses:<br>    Jay Hughes (cont'd)<br>    Richard Finke<br>    Mark Shelnitz<br>    Mark Peterson<br>    Further scheduling matters<br>6:30 p.m., court adjourned | 9.5 |
|  | Preparation of testimony with Ed Westbrook, Darrell Scott, Katie McElveen, and Alan Rich on possible cross-examination | 2.5 |
|  | Review of Maryland Casualty's Supplemental Deposition Designation | 0.5 |
| 9/16/09 | 9 a.m., arrived at court<br>    Preliminary matters followed by witnesses:<br>    Robert Tarola<br>    Mark Shelnitz<br>    Pamela Zilly<br>    Denise Martin<br>    Michael Brown<br>    Louis Kruger<br>6:30 p.m., left court to attend deposition | 9.5 |
|  | Deposition of Gibson Solomons | 1.0 |
| 9/17/09 | 8:30 a.m., arrived at court<br>    Preliminary matters followed by witnesses:<br>    David Austin<br>    AMS, Jr.<br>    Pamela Zilly<br>12:30 p.m., court adjourned | 4.0 |
|  | Review of my testimony with Alan Rich | 1.0 |
| 9/18/09 | 7 a.m., left hotel for airport, arrived Charleston 12 noon<br>(5 hours billed @ one-half) | 2.5 |

<u>INVOICE 9/1/09 to 9/30/09</u>
October 7, 2009
Page 6

| Date | Description | Hours |
|---|---|---|
| 9/21/09 | Review of documents including: | |
| | Maryland Casualty's Supplemental Designation of Peter Van N. Lockwood's Deposition | 0.5 |
| | Maryland Casualty's and CNA's Opposition to Libby Claimants' Motion to Compel Discovery of Certain Coverage Correspondence | 0.2 |
| | Phase II Stipulation, and attachments, filed by Garlock between Garlock, Debtors, PI Committee, PI FCR, and Equity Committee | 0.5 |
| 9/24/09 | Exchange of e-mails with Alan Rich re: Proposed Modification of PD Trust Agreement and Aetna/Travelers Settlement Agreement | 0.5 |
| | Review of Exhibit 3, Asbestos PD Trust Agreement (56 pages) | 1.0 |

| | | |
|---|---|---|
| 106.4 @ $450/hour = | $ | 47,880.00 |
| Expenses (receipts attached) | $ | 3,904.58 |
| TOTAL: | $ | 51,784.58 |

Expenses
(Receipts Attached)

Travel to Pittsburgh, PA, and return to Charleston, SC, for hearing before Judge Fitzgerald

| | | | |
|---|---|---|---|
| Taxi fares | $ | 12.00 | (These were for cabs back and |
| | | 10.00 | forth from hotel to court. Amounts |
| | | 15.00 | varied slightly depending on |
| | | 10.00 | traffic) |
| | | 10.00 | |
| | | 10.00 | |
| | | 10.00 | |
| | | 15.00 | |
| | | 10.00 | |
| | | 10.00 | |
| | | 10.00 | |
| | | 10.00 | |
| | | 15.00 | |
| | | 10.00 | |
| | | 10.00 | |
| | | 11.00 | |
| | | 60.00 | (From airport to hotel) |
| | | 40.00 | (From hotel to airport) |
| | | 46.70 | (From airport to home) |
| Meals | $ | 4.79 | (Breakfast, 9/7/09) |
| | | 4.65 | (Lunch, 9/8/09) |
| | | 85.94 | (Dinner, 9/8/09 - with Alan Rich) |
| | | 12.65 | (Lunch, 9/9/09) |
| | | 110.00 | (Dinner 9/9/09 - with Alan Rich [Reduced]) |
| | | 35.96 | (Dinner, 9/11/09) |
| | | 55.00 | (Dinner 9/13/09 [Reduced]) |
| | | 83.06 | (Dinner 9/15/09 - with Alan Rich) |
| | | 5.34 | (Breakfast, 9/17/09) |
| | | 73.99 | (Lunch 9/17/09 - with Alan Rich) |
| Hotel | $ | 2,012.60 | (I prepaid through 9/18/09 and was credited $197.86 for that night when I left early.) |
| Airfares | $ | 1,095.90 | (Round Trip Coach Airfare plus change fees) |
| TOTAL | $ | 3,904.58 | |