IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL
REGARDING ADMISSIBILITY OF CREDITORS'
COMMITTEE AND BANK LENDER GROUP'S EXHIBITS**

I, James S. Green, Jr., Esquire, hereby certify the following facts:

1. I am co-counsel to certain lenders under the Pre-Petition Bank Credit Facilities (the "Bank Lender Group") in the above-captioned case.

2. The Bank Lender Group, the Official Committee of Unsecured Creditors and the Plan Proponents, by and through counsel, met and conferred, and stipulated to the admissibility of exhibits proffered by the Creditors' Committee and the Bank Lender Group as evidence as part of the confirmation hearing (the "Stipulation").

3. The parties request that the Court enter the attached Proposed Order at its earliest convenience. A copy of the Stipulation is attached as Exhibit 1 to the Proposed Order.

Dated: October 7, 2009

LANDIS RATH & COBB LLP

Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

{672.001-W0003321.}