IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## ORDER
## REGARDING ADMISSIBILITY OF CREDITORS'
## COMMITTEE AND BANK LENDER GROUP'S EXHIBITS

Upon consideration of the Stipulation Regarding Admissibility of Creditors' Committee and Bank Lender Group's Exhibits (the "Stipulation") by and between the Official Committee of Unsecured Creditors, the Plan Proponents, and the Bank Lender Group, and the Court having determined that good and sufficient cause has been shown:

IT IS HEREBY ORDERED THAT:

    1.    The Stipulation attached hereto as Exhibit 1 is APPROVED in its entirety.

    2.    The exhibits listed on Exhibit A to the Stipulation are admitted into evidence as part of the confirmation hearing in the above-captioned bankruptcy cases, without the necessity of calling witnesses to identify and authenticate the exhibits, or to establish their contents.

    3.    Any particular conditions for which such exhibits are agreed to be admitted are set forth on Exhibit A to the Stipulation.

Dated: October ____, 2009
         Wilmington, Delaware

                                          The Honorable Judith K. Fitzgerald
                                          UNITED STATES BANKRUPTCY JUDGE

{672.001-W0003320.}