WR Grace:
Index of Exhibits to be Moved for Admission

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Comments |
|---|---|---|---|---|---|---|
| Plan Proponents' | PP 017 | PP 001669-PP 001673 | 00/00/0000 | Group Exhibit: Exemplar Demands for Indemnification Made by Sealed Air Against Grace | No | Not for truth, but to show existence of request |
| Plan Proponents' | PP 053 | PP 002419.01-PP 002430 | 12/21/1992 | Support Terminal Services, Inc. Insurance Procedures Agreement Between WR Grace & Co., WR Grace & Co.-Conn., Grace Energy Corp., Kaneb Pipe Line Operating partnership, L.P., NSTS, Inc., and NSTI, Inc. | Yes | |
| Plan Proponents' | PP 085 | PP 003775-PP 003815 | 09/27/1996 | Formation of Fresenius Medical Care Deal Book | No | |
| Plan Proponents' | PP 091 | PP 003927-PP 003994 | 08/14/1997 | Agreement and Plan of Merger dated as of August 14, 1997, by and among W.R. Grace & Co., Packo Acquisition Corp., and Sealed Air Corporation | No | |
| Plan Proponents' | PP 097 | PP 004679-PP 004709 | 03/30/1998 | Tax Sharing Agreement dated as of March 30, 1998, by and among W.R. Grace & Co., W.R. Grace & Co.-Conn. and Sealed Air Corporation | No | |
| Plan Proponents' | PP 098 | PP 004710-PP 004761 | 03/30/1998 | Distribution Agreement dated as of March 30, 1998, by and among W.R. Grace & Co., W.R. Grace & Co.-Conn. and Grace Specialty Chemicals, Inc. (to be renamed W.R. Grace & Co.) | No | |
| Plan Proponents' | PP 099 | PP 004762-PP 004893 | 03/30/1998 | Supplemental Agreement dated as of March 30, 1998, among W.R. Grace & Co., Cryovac, Inc., W.R. Grace & Co.-Conn., and Grace Specialty Chemicals, Inc. | No | |

WR Grace:
Index of Exhibits to be Moved for Admission

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Comments |
|---|---|---|---|---|---|---|
| Plan Proponents' | PP 100 | PP 004894-PP 004908 | 03/31/1998 | Letter Agreement Re: Grace Packaging - Sealed Air Transaction Agreement for the Allocation and Securing of Certain Liabilities dated March 31, 1998, among W.R. Grace & Co., Cryovac, Inc., Grace Specialty Chemicals, Inc., Sealed Air Corporation, and Continental Casualty Company and its affiliates and subsidiaries including Transportation Insurance Company and Transcontinental Technical Services, Inc. | No | |
| Plan Proponents' | PP 101 | PP 004909-PP 004929 | 03/31/1998 | Reorganization of WR Grace and Combination of Sealed Air Corporation and the Packaging Business of WR Grace Deal Book | No | |
| Plan Proponents' | PP 102 | PP 004930-PP 004951 | 03/31/1998 | Insurance Procedures Agreement dated March 31, 1998, by an among W.R. Grace & Co., Grace Specialty Chemicals, Inc., and Sealed Air Corporation | No | |
| Plan Proponents' | PP 118 | PP 004581-PP 004624 | 01/14/2000 | Deposition Transcript (Vol. 2 of 2) of Dr. Dayton Prouty in Jerry Dell Davis, et al., v. Able Supply Company, et al. | No | Admitted in connection with Libby pursuant to 09/04/2009 Stipulation; not admitted as to the Insurer Objectors. |
| Plan Proponents' | PP 123 | PP 005321-PP 005330 | 06/19/2000 | Complaint for Declaratory Relief in Continental Casualty Company v. W.R. Grace & Co. and W.R. Grace & Co.-Conn. | No | Not for truth, but to show existence of dispute |

## WR Grace:
## Index of Exhibits to be Moved for Admission

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Comments |
|---|---|---|---|---|---|---|
| Plan Proponents' | PP 126 | PP 005399- PP 005419 | 09/28/2000 | Complaint, Mesquita v. W.R. Grace & Co., Case No. 315465 (Cal. Sup. Ct.)(original Abner complaint) | No | Not for truth, but to show allegations have been made |
| Plan Proponents' | PP 133 | PP 005680- PP 005722 | 04/02/2001 | Class Action Complaint for Injunctive Relief and Damages, Woodward v. Sealed Air et al., Case No. 01-10547 (D. Mass.) | No | Not for truth, but to show existence of dispute |
| Plan Proponents' | PP 134 | PP 005723- PP 005725 | 04/06/2001 | Letter from S. Martin to WR Grace re Notice of Third Party Claim/Intention to Seek Indemnification and Defense | No | Not for truth, but to show existence of claim |
| Plan Proponents' | PP 136 | PP 005752- PP 005903 | 04/11/2001 | Amended Complaint Adding New Party Defendants Devco Corporation Sealed Air Corporation, Hopkins, et al. v. A-Best Products Co., et al., Case Nos. 375292, et al. (Court of Common Pleas, Cuyahoga County, Ohio) | No | Not for truth, but to show existence of dispute |
| Plan Proponents' | PP 238 | PP 009264- PP 009266 | 07/08/2009 | Letter from M. Brown (OneBeacon) to D. Rosenbloom re In re W.R. Grace & Co., et al., U.S. Bankruptcy Court for the District of Delaware, Bankr. Case No. 01-1139, and The Scotts Company v. American Employers Ins. Co., et al., Adv. No. 04-55083 | Yes | Not for truth, but to show existence of asserted claim |
| Plan Proponents' | PP 242 | PP 015721- PP 015729 | 08/10/2009 | Declaration of Todd F. Maynes in Support of the Treatment of the Grace Asbestos Trusts as Qualified Settlement Funds | No | |

## WR Grace:
## Index of Exhibits to be Moved for Admission

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Comments |
|---|---|---|---|---|---|---|
| Plan Proponents' | PP 246 | PP 010029-PP 010066 | 01/22/2002 | Order Granting Modified Preliminary Injunction (Dkt. 87; Adv. 01-771) | No | Admitted and accepted as document on case docket |
| Plan Proponents' | PP 255 | PP 010315-PP 010462 | 04/01/2005 | Renewed Motion For An Order Approving, Authorizing, And Implementing Settlement Agreement with Sealed Air (Dkt. 729; Adv. 02-2210); including Certificate of Service | No | Admitted and accepted as document on case docket |
| Plan Proponents' | PP 256 | PP 010463-PP 010466 | 04/21/2005 | Debtors' Response To Renewed Motion For An Order Approving, Authorizing And Implementing Settlement Agreement with Sealed Air (Dkt. No. 738; Adv. 02-2210) | No | Admitted and accepted as document on case docket |
| Plan Proponents' | PP 259 | PP 013153-PP 013178 | 06/18/2007 | Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Dkt. 16083) | No | Admitted and accepted as document on case docket |
| Plan Proponents' | PP 260 | PP 013179-PP 013184 | 07/16/2007 | Debtors' Limited Reply To Objections to Tenth Motion For An Order Extending Debtors' Exclusive Periods (Dkt. 16297) | No | Admitted and accepted as document on case docket |
| Plan Proponents' | PP 274 | PP 013855-PP 013981 | 09/19/2008 | Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated as of September 19, 2008 (Dkt. | No | Admitted and accepted as document on case docket |

# WR Grace:
## Index of Exhibits to be Moved for Admission

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Comments |
|---|---|---|---|---|---|---|
| | | | | 19579) | | |
| Plan Proponents' | PP 279 | PP 015461-PP 015584 | 05/08/2009 | Debtors' Plan Supplement to The First Amended Joint Plan of Reorganization Under Chapter 11 of The Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of February 27, 2009 (Dkt. No. 21594) | No | |
| Plan Proponents' | PP 281 | PP 015713-PP 015720.26 | 08/05/2009 | Amended Declaration of Kevin A. Martin Certifying Tabulation Of Ballots Regarding Vote On First Amended Joint Plan Of Reorganization (Dkt. 22706) with attached 06/08/2009 Original Declaration of Kevin A. Martin Certifying Tabulation Of Ballots Regarding Vote On First Amended Joint Plan Of Reorganization (Dkt. 22020) | No | |
| Plan Proponents' | PP 349 | - | 03/31/2004 | Bankruptcy Form 10 - Maryland Casualty Proof of Claim | No | Not for truth, but for evidence that they filed a claim |
| Plan Proponents' | PP 353 | PP 018242-PP 018262 | 05/16/2001 | Affidavits of Publication of Commencement - (Dkt. 34 -Case No. 01-771 and Dkt. 275 - Case No. 01-1139) | No | Admitted and accepted as document on case docket |

WR Grace:
Index of Exhibits to be Moved for Admission

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Comments |
|---|---|---|---|---|---|---|
| Plan Proponents' | PP 354 | PP 018263-PP 018273 | 04/01/2005 | Certificate of Service re Renewed Motion for an Order Approving, Authorizing, and Implementing Settlement Agreement (Dkt. 729; Adv. 02-2210 | No | Admitted and accepted as document on case docket |
| Plan Proponents' | PP 355 | PP 018274-PP 018305 | 04/05/2006 | Affidavit of Katherine Kinsella re Bar Date Publication (Dkt. 12206 - Case No. 01-1139) | No | |
| Plan Proponents' | PP 356 | PP 018306-PP 018310 | 05/15/2009 | Notice of Filing Amended Item 3 to Debtors' Plan Supplement to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated February 27, 2009 (Dkt. 21706 - Case No. 01-1139) | No | |
| Plan Proponents' | PP 357 | PP 018311-PP 018320 | 06/17/2008 | Order (A) Establishing October 31, 2008 as the Proof of Claim Bar Date for Zonolite Attic Insulation Claims and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program (Dkt. 18934 - Case No. 01-1139) | No | Admitted and accepted as document on case docket |
| Plan Proponents' | PP 358 | PP 018321-PP 018327 | 04/22/2002 | Order as to all Non-Asbestos Claims, Asbestos Property Damage Claims, and Medical Monitoring Claims: (I) Establishing Bar Date, (II) Approving Proof of Claim Forms and (III) Approving Notice Program (Dkt. 1963 - Case No. 01-1139) | No | Admitted and accepted as document on case docket |
| Plan Proponents' | PP 359 | PP 018328-PP 018369 | 02/04/1996 | Distribution Agreement by and between W.R. Grace & Co., W.R. Grace & CO.-Conn., and Fresenius AG | No | |

## WR Grace:
## Index of Exhibits to be Moved for Admission

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Comments |
|---|---|---|---|---|---|---|
| Plan Proponents' | PP 360 | PP 018370- PP 018390 | 09/27/1996 | Tax Sharing and Indemnification Agreement by and between W.R. Grace & Co., W.R. Grace & CO.-Conn., and Fresenius AG | No | |
| Plan Proponents' | PP 361 | - | 05/04/2009 | CARD Mortality Study, 76 Non-Malignant Deaths, CHX Readings by Dr. Whitehouse same as LC-010 but with Finch markups | No | Same as LC-10 but with Finch markups -- Demonstrative purposes only |