# Exhibit B

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| Mary Ruth Albert *Albert v. W.R. Grace, et al.,* Cause No. DV-97-87. 8/26/99 | 11:25-12:15; 13:10-22; 14:9-17:1; 19:1-20:18; 21:20-22:3; 22:21-24; 23:8-24:24; 25:16-30:5; 31:17-32:14; 38:13-42:25; 46:19-50:18. | **Libby Claimants seek to admit the testimony of 21 individuals who settled Libby asbestos claims with Grace pre-bankruptcy. The designations reflect the nature of exposures in and around Libby and the impact of disease. This testimony supports the Libby Claimants' objection that the Plan does not pay claimants based on historical values for substantially similar claims. | (1) "Arrowood Motion to Strike . . ." [D.I. 23018], joined by CNA [D.I. 23047], and Maryland Casualty [D.I. 23087]; (*see also* "Objections" filed by Arrowood [D.I. 22901]; CNA [D.I. 22892], and Maryland Casualty [D.I. 22896]) <br><br> (2) "Plan Proponents' Motion in Limine . . ." [D.I. 22798] <br><br> (3) "Plan Proponents' Objections . . ." [D.I. 22903] <br><br> (4) "Motion in Limine..." [D.I. 23184] | (1) [Insurers'] objections **resolved by stipulation,** *see* 9/23/09 filing, [D.I. 23330]; designations noted here conform to the stipulation. <br><br> (2) "Libby Claimants' Response to PP's Motion in Limine" [D.I. 23019] | Objections (2)-(4) Maintained <br><br> 11:25-12:15: Relevance | |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| Stuart Cannon *Cannon v. W.R. Grace, et al.*, Cause No. DV-96-11. 8/23/99 | 26:11-27:10; 32:25-35:13; 63:3-15; 88:2-89:10; *99:3-100:1; 100:4-12.* | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| Edward Nick Carvey *Carvey v. W.R. Grace, et al.*, Cause No. CV-98-142-M-DWM and CV-99-104-M-LBE. 12/15/99 | 20:24-22:1; 23:14-28:1; *43:7-16; 45:2-46:9; 49:21-50:3.* | **See above re 21 settled individuals. | See (1), (2) , (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| Carl E. Craig *Craig v. W.R. Grace, et al.,* Cause No. 97-153. 08/24/99 | 37:12-19; 38:15-20; 40:6-21; 41:9-42:20; 45:20-49:4; 49:19-51:7; 52:1-53:16; 54:7-56:13; 58:18-59:14; 60:1-61:7; 67:6-16; 77:4-79:9; *91:10-92:2.* | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| Carrie M. Dedrick *Dedrick v. W.R. Grace, et al.*, Cause No. DV-99-124. 06/26/00 | 16:7-25; 24:14-25:3; 36:12-38:8; 44:23-45:1; 45:17-46:2; 46:14-16; 47:10-15; 57:19-22; 74:18-75:25; 78:3-20. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

**LIBBY CLAIMANTS' DESIGNATIONS**

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| Kenneth Finstad *Finstad v. W.R. Grace et al*, Cause No. DV-98-139. 3/22/99 | 17:11-21; 50:1-52:13; 54:13-56:6; 92:23-94:24. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| Daniel Garrison, Sr. *Garrison v. W.R. Grace, et al.*, Cause No. DV-98-132. 02/28/00 | *7:25-8:21; 10:3-11:15; 12:12-15:1;* 109:21-110:2; 111:5-114:18; 116:9-20. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| Edward A. Gaston *Gaston v. W.R. Grace, et al.*, Cause No. DV-98-142. 03/22/99 | *6:9-8:9; 8:18-21;* 19:16-18; 24:12-14; 24:22-26:2; 27:6-20; 28:7-14; 29:24-31:3; 31:14-32:22; 33:5-21; 34:6-12; 37:5-38:21; 44:3-45:17; 58:16-60:1. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

**LIBBY CLAIMANTS' DESIGNATIONS**

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| Robert L. Graham *Graham v. W.R. Grace, et al.*, Cause No. DV-97-50.  09/05/97 | 8:14-17; 69:24-72:8. | **See above re 21 settled individuals. | See (1), (2), (3), & (4)  above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| William J. Hagerty *Hagerty v. W.R. Grace, et al.*, Cause No. 99-116-M-DMW. 01/12/00 | 17:17-18:1; 20:10-16; 21:8-15; 22:10-26:17; 27:4-25; 29:2-31:21. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| James G. Hopkins *Hopkins v. W.R. Grace, et al.,* Cause No. DV-99-113. 02/24/00 | 11:11-15:21; 32:7-13; 59:9-60:22; 62:12-17; 63:9-16; 67:14-69:2; 79:11-81:18; 82:21-83:13; 112:20-113:18. | **See above re 21 settled individuals. | See (1), (2) , (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|------------------------|----------------|
| Jack Kenworthy *Kenworthy v. W.R. Grace, et al.*, Cause No. DV-99-185. 12-17-99 | 8:14-9:16; 10:10-24; 11:8-12:15; 13:10-18:15; 18:24-20:9; 26:13-16; 27:20-28:24. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| Carl Larson *Larson v. W.R. Grace et al,* Cause No. DV-98-83, 1/12/99. | *15:3-5; 15:9-17:18; 21:7-28:11; 35:3-40:18; 48:6-20; 50:14-51:13; 51:25-56:18; 57:23-58:23; 61:9-14.* | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| John B. Lyle *Lyle v. W.R. Grace, et al.,* Cause No. DV-95-29. 02/03/98 | 30:3-7; 34:22-38:25; 39:23-42:3; 68:12-72:6; 73:19-74:4; 75:11-77:23; 81:18-84:5; 86:22-87:12. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| Thomas F. Murray *Murray v. W.R. Grace, et al.*, Cause No. CV-98-141-M-DWM and CV-99-103-M-DWM. 10/18/99 | 23:10-25:13; 27:9-29:15; 34:14-36:23; 45:11-46:16; *50:1-21*; *52:1-20*; *53:2-54:6*. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

**LIBBY CLAIMANTS' DESIGNATIONS**

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| Robert D. Nelson *Nelson v. W.R. Grace, et al.*, Cause No. DV-98-107. 12/09/99 | 6:18-22; 7:19-8:8; 11:23-12:17; 43:20-44:3; 45:1-10; 46:9-47:13; 49:8-50:10; 51:23-53:15; 60:17-61:11; *61:25-62:6.* | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| Darlene J. (Toni) Riley *Riley v. W.R. Grace, et al.,* Cause No. DV-96-111. 12/10/96 | 15:16-18; 32:9-23; 58:1-11; 59:15-60:6; 61:23-64:14; 88:5-24. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

**LIBBY CLAIMANTS' DESIGNATIONS**

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| Wilma R. Shearer *Shearer v. W.R. Grace, et al.*, Cause No. DV-97-140. 02/04/98 | 20:15-25; 21:14-22:5; 23:5-13; 26:3-14; 28:12-29:18; 31:6-17; 56:10-58:3; *100:18-102:1*; 102:18-103:7; *110:11-113:12*; 113:24-114:11. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|------------------------|----------------|
| Verle Vinson *Vinson v. W.R. Grace et al,* Cause Nos. CV-98-113/CV-99-68, 12-15-99 | 11:2-7; 13:24-15:22; 16:2-13; 18:12-24; 21:13-22:4; 26:19-27:10; 28:25-29:23; 32:5-12; 37:5-39:13; 45:17-46:9. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

**LIBBY CLAIMANTS' DESIGNATIONS**

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| Robert J. Wilkes *Wilkes v. W.R. Grace, et al.*, Cause No. DV-96-60. 12/15/99 | 14:6-18; 16:22-18:5; 20:13-15; 21:15-19; 22:3-10; 23:23-27:2; 29:20-36:2; 37:11-18; 49:13-19; *51:8-16*; 55:7-56:6. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| Andrew J. Wright *Nelson & Ryan v. W.R. Grace, et al.*, Cause No. DV-98-107 and No. DV-98-100. 12/16/99 | 6:7-25; 11:14-24:16. | **See above re 21 settled individuals. | See (1), (2), (3), & (4) above. | See (1) & (2) above. | Objections (2)-(4) Maintained | |

**LIBBY CLAIMANTS' DESIGNATIONS**

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| John Parker, M.D. *In re W.R. Grace & Co., et al, Debtors,* Case No. 01-01139(JKF), 6-9-09. | 121:2–126:21. | Discussing Libby asbestos disease in relation to other amphibole cohorts, and as more clinically significant when compared to chrysotile cohorts. | (1) "Objections" filed by Arrowood [D.I. 22901]; CNA [D.I. 22892], and Maryland Casualty [D.I. 22896]) <br><br> (2) "Plan Proponents' Objections . . ." [D.I. 22903] <br><br> 123:19-124:17: Relevance <br> 125:21-126:3: Relevance <br> 126:15-21: Relevance, Foundation | | Objection (2) Maintained | 115:20-117:22 |

**LIBBY CLAIMANTS' DESIGNATIONS**

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| Peter Van N. Lockwood *In re W.R. Grace & Co., et al, Debtors,* Case No. 01-01139(JKF), 5/1/09; 5/4/09 | 12:1-13:6; 14:8-19:22; 24:6-25:19; 44:2-47:11; 96:3-97:20; 116:14-118:12; 130:24-133:5; 369:2-370:15; 371:3-6; 371:20-376:7; 376:15-378:18; 379:22-380:19; 381:7-388:12; 389:19-22; 390:5-392:12; 401:19-404:20; 405:13-408:13; 409:8-16; 410:1-411:3; 417:7-420:13; 421:11-426:2; 427:5-429:17; 430:432:21; 485:18-486:1; 498:1-14; 499:9-500:2; 501:13-502:12; 504:2-8; 505:8-507:11; 508:6-10; 509:8-10; 519:1-520:21; 521:20-522:8; 541:3-8; 541:16-542:18; 559:16-561:8; 561:11-562:7 | Libby Claimants seek to admit the testimony of Mr. Peter Lockwood concerning (1) the development, terms and expected operation of the proposed Grace Plan and TDP, including as it relates to claims asserted by individuals exposed to asbestos in and around Libby, Montana, and (2) the operation of the Asbestos PI Channeling Injunction and other injunctions under the proposed Plan. | (1) "Objections" filed by Arrowood [D.I. 22901]; CNA [D.I. 22892], and Maryland Casualty [D.I. 22896])<br><br>(2) "Plan Proponents' Objections . . ." [D.I. 22903] |  | Objection (2) Maintained |  |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| Earl Lovick trial testimony, 8/23/90, *Johnson v. Grace*, U. S. District Court, for the District of Montana, Cause No. 88-145-M-HP; | 39:7 – 40:24; 42:8 – 16; 43:4 – 48:4; 48:19 – 68:1; 70:18 – 94:7; 95:3 – 97:15. | Admissions of W.R. Grace regarding its actual knowledge of the asbestos dangers in Libby to which its workers and others were being exposed as a result of Grace's Libby operations, which evidence supports the Libby Claimants' objection that the Plan does not pay claimants based on historical values for substantially similar claims. | (1) "Objections" filed by Arrowood [D.I. 22901]; CNA [D.I. 22892], and Maryland Casualty [D.I. 22896])<br><br>(2) "Plan Proponents' Objections . . ." [D.I. 22903]<br><br>40:12-24: Foundation<br>42:8-16: Relevance<br>43:4-44:14 Relevance<br>44:15-17: Relevance, Foundation<br>44:18-20: Relevance<br>44:21-45:1: Relevance, Best Evid.<br>45:2-48:4: Relevance<br>48:19-52:10: Relevance<br>52:11-14: Relevance, Foundation<br>52:15-54:17: Relevance<br>54:18-56:16: Relevance, Best Evid.<br>56:17-20: Relevance, Foundation<br>56:21-57:8: Relevance, Best Evid.<br>57:9-60:12: Relevance<br>60:16-22: Relevance, Best Evid.<br>60:23-<br><br>97:1-15: Relevance, 408<br><br>(3) "Plan Proponents' Motion in Limine . . ." [D.I. 22798] | | Objections (2)-(3) Maintained | |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|------------------------|----------------|
| Earl Lovick deposition, 4/29/97, *Dan Schnetter v. Grace*, Nineteenth Judicial District Court, Lincoln County, Montana, Cause No. CDV-94-74 | 25:1 – 222, including exhibits | Admissions of W.R. Grace regarding its actual knowledge of the asbestos dangers in Libby to which its workers and others were being exposed as a result of Grace's Libby operations, which evidence supports the Libby Claimants' objection that the Plan does not pay claimants based on historical values for substantially similar claims. | (1) "Objections" filed by Arrowood [D.I. 22901]; CNA [D.I. 22892], and Maryland Casualty [D.I. 22896])<br><br>(2) "Plan Proponents' Objections . . ." [D.I. 22903]<br><br>(3) "Plan Proponents' Motion in Limine . . ." [D.I. 22798] | | Objections (2)-(3) Maintained | |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|------------------------|----------------|
| Estimation Trial Transcript, *In re W.R. Grace & Co., et al, Debtors*, Case No. 01-01139(JKF), 1/14/08 | 15-16, 27, 37-51, 94, 104, 107, 113-20, 127-28, 131-32, 138-40. | | (1) "Objections" filed by Arrowood [D.I. 22901]; CNA [D.I. 22892], and Maryland Casualty [D.I. 22896])<br><br>(2) "Plan Proponents' Objections . . ." [D.I. 22903]<br><br>• 15-16: Relevance, Foundation, Legal Argument, Lacks Personal Knowledge<br>• 27, 37-51, 94, 104: Relevance, Foundation, Legal Argument, Hearsay, Lacks Personal Knowledge<br>• 107, 113-20, 127-28, 131-32: Relevance, Legal Argument<br>• 138-40: Relevance, Foundation, Legal Argument, Hearsay, Lacks Personal Knowledge | | Objection (2) Maintained | 103:21-25 105:1-106:8 133:22-137:5 151:1-159:3 |

## LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|-----------------------|----------------|
| Estimation Trial Transcript, *In re W.R. Grace & Co., et al, Debtors*, Case No. 01-01139(JKF), 3/31/08 | 10-13; 25; 35. | | (1) "Objections" filed by Arrowood [D.I. 22901]; CNA [D.I. 22892], and Maryland Casualty [D.I. 22896]) <br><br> (2) "Plan Proponents' Objections . . ." [D.I. 22903] <br><br> • 10-13, 35: Relevance, Legal Argument <br> • 25: Relevance, Foundation, Hearsay, Legal Argument, Lacks Personal Knowledge | | Objection (2) Maintained | |

LIBBY CLAIMANTS' DESIGNATIONS

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|------|-----------|---------|------------------|----------------|----------------------|----------------|
| Dr. Peter Lees, Estimation Trial Transcript, *In re W.R. Grace & Co., et al, Debtors,* Case No. 01-01139(JKF), 3/24/08 | 11-79. | | (1) "Objections" filed by Arrowood [D.I. 22901]; CNA [D.I. 22892], and Maryland Casualty [D.I. 22896])<br><br>(2) "Plan Proponents' Objections . . ." [D.I. 22903]<br><br>11-79: Relevance, Foundation, Hearsay, Rule 403, Expert Testimony | | Objection (2) Maintained | 85:2-123:1 |

**LIBBY CLAIMANTS' DESIGNATIONS**

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| Dr. Elizabeth Anderson, Estimation Trial Transcript, *In re W.R. Grace & Co., et al, Debtors,* Case No. 01-01139(JKF), 3/26/08 | 33-41, 48-114. | | (1) "Objections" filed by Arrowood [D.I. 22901]; CNA [D.I. 22892], and Maryland Casualty [D.I. 22896]) <br><br> (2) "Plan Proponents' Objections . . ." [D.I. 22903] <br><br> • 3-41: Relevance, Foundation, Hearsay, Expert Testimony <br> • 48-60:25: Relevance, Foundation, Rule 403, Hearsay, Expert Testimony, Legal Argument <br> • 61:1-25: Relevance, Foundation, Rule 403, Hearsay <br> • 62:1-65:25: Relevance, Foundation, Rule 403, Hearsay, Expert Testimony, Legal Argument <br> • 66:1-67:1: Relevance, Foundation, Rule 403, Hearsay <br> • 67:2-74:24: Relevance, Foundation, Rule 403, Hearsay, Expert Testimony, Legal Argument <br> • 74:25-75:25: Relevance, Foundation, Rule 403, Hearsay <br> • 76:1-77:25: Relevance, Foundation, Rule 403, Hearsay, Expert Testimony, Legal Argument <br> • 78:1-79:1: Relevance, Foundation, Rule 403, Hearsay <br> • 79:2-114: Relevance, Foundation, Rule 403, Hearsay, Expert | | Objection (2) Maintained | 41:16-47:19 115:24-233:5 |

Testimony, Legal Argument

2

**LIBBY CLAIMANTS' DESIGNATIONS**

| NAME | TESTIMONY | SUMMARY | FILED OBJECTIONS | FILED RESPONSE | PPS' CURRENT POSITION | COUNTER-DESIG. |
|---|---|---|---|---|---|---|
| Criminal Trial Excerpt, Grace's Opening Statement, *United States v. W.R. Grace & Co. et al.*, Cause No. CR 05-7-M-DWM, U.S. District Court for the District of Montana (Missoula Division), 2/23/09 | 112:24-113:4. | "There is no question that the miners and their families suffered tragic losses as a consequence of the operation of this mine. There is no question about that. And the fact of that injury and that toll casts a dark shadow over Grace, over Libby and over this courtroom. And I'm not denying that. Nobody can deny that." | (1) "Objections" filed by Arrowood [D.I. 22901]; CNA [D.I. 22892], and Maryland Casualty [D.I. 22896])<br><br>(2) "Plan Proponents' Objections . . ." [D.I. 22903]<br><br>112:24-113:4: Relevance, Foundation<br><br>(3) "Plan Proponents' Motion in Limine . . ." [D.I. 22798] | | Objections (2)-(3) Maintained | 160:16-165:17 |