**CERTIFICATE OF SERVICE**

I, Edward B. Rosenthal, certify on this 9th day of October, 2009 that I caused a copy of the foregoing **Stipulation as to Admissibility of CNA Exhibits** to be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties **and** in the manner indicated to the individuals listed below.

                                             */s/ Edward B. Rosenthal*
                                             Edward B. Rosenthal (Bar No. 3131)

**Via U.S. Mail**
Kirkland & Ellis LLP
David M. Bernick
Lisa G. Esayian
Douglas Smith
300 N. LaSalle
Chicago, Illinois 60654
*Co-Counsel for the Debtors and Debtors in Possession*

**Via U.S. Mail**
Kirkland & Ellis LLP
David M. Bernick P.C.
Theodore L. Freedman
Justin S. Brooks
601 Lexington Avenue
New York, New York 10022
*Co-Counsel for the Debtors and Debtors in Possession*

**Via U.S. Mail**
The Law Offices of Janet S. Baer P.C.
Janet S. Baer
70 West Madison Street, Suite 2100
Chicago, Illinois 60602
*Co-Counsel for the Debtors and Debtors in Possession*

**Via U.S. Mail**
Caplin & Drysdale, Chartered
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, New York 10152-3500
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

**Via Hand Delivery**
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Timothy P. Cairns
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
*Co-Counsel for the Debtors and Debtors in Possession*

**Via Hand Delivery**
Campbell & Levin, LLC
Mark T. Hurford
800 N. King Street, Suite 300
Wilmington, Delaware 19801
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

**Via U.S. Mail**
Caplin & Drysdale, Chartered
Peter Van N. Lockwood
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, DC 20005
*Counsel for the Official Committee of*
*Asbestos Personal Injury Claimants*

**Via Hand Delivery**
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, Delaware 19806
*Counsel for David T. Austern, Asbestos PI*
*Future Claimants' Representative*

**Via U.S Mail**
Orrick, Herrington & Sutcliffe LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Columbia Center
1152 15th Street, NW
Washington, DC 20005
*Counsel for David T. Austern, Asbestos PI*
*Future Claimants' Representative*

**Via Hand Delivery**
Saul Ewing LLP
Teresa K.D. Currier
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899
*Counsel for the Official Committee of Equity*
*Security Holders*

**Via U.S. Mail**
Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Gregory Horowitz
Douglas Mannal
David Blabey
1177 Avenue of the Americas
New York, New York 10022
*Counsel for the Official Committee of Equity*
*Security Holders*