IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., *et al.* ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: Docket No.: 23235** |
| | **10/13/09 Agenda Item No. 2** |

**CERTIFICATION OF COUNSEL RE: ORDER ON DEBTORS' MOTION PURSUANT TO SECTIONS 105, 363, 1107 AND 1108 OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 9014 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER APPROVING THE AGREEMENT AMENDING AND RESTATING THE ASBESTOS SETTLEMENT AGREEMENT WITH THE AETNA CASUALTY AND SURETY COMPANY**

1. On September 14, 2009, the Debtors filed the *Debtors' Motion pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Agreement Amending and Restating the Asbestos Settlement Agreement with the Aetna Casualty and Surety Company* ("Motion for Approval") (Docket No. 23235) with the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 Market Street, Wilmington, Delaware 19801. The deadline for filing objections was October 6, 2009 at 4:00 PM eastern. No party filed an objection.

2. However, prior to the October 6 objection deadline, one party contacted the Debtors regarding one provision in the proposed Settlement Agreement. After communications among that party, the Debtors, and the Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company, the concern was addressed by a proposed revision to the Approval Order. The proposed revision is shown in Paragraph 3 of the blackline of the Approval Order attached hereto as <u>Exhibit A</u>.

3.  The proposed revision does not change any material term in the Settlement Agreement or the Approval Order.

4.  The proposed revision has been agreed to by the Debtors and Travelers and consented to by the ACC and FCR.

5.  Accordingly, the Debtors respectfully request that the Court enter the revised proposed order regarding the Motion for Approval attached hereto as Exhibit B.

Dated: October 9, 2009               Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
300 N. LaSalle
Chicago, IL 60654

-and-

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602
(312) 641-2162

-and-

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2