IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | **Re: Docket No. 23428** |

### <u>AMENDED</u> NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 13 AND 14, 2009 AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON OCTOBER 9, 2009 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]

### <u>UNCONTESTED MATTERS:</u>

1. Debtors' Motion for an Order Approving the Amended Settlement Agreement and Mutual Release with the Chartis Insurance Companies [Filed: 9/14/09] (Docket No. 23234)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Amended Settlement Agreement and Mutual Release with the Chartis Insurance Companies [Filed: 9/14/09] (Docket No. 23234)

b. Notice of Corrected Motion for an Order Approving the Amended Settlement Agreement and Mutual Release with the Chartis Insurance Company [Filed: 9/14/09] (Docket No. 23234)

c. **Certification of No Objection Regarding Debtors' Motion for an Order Approving the Amended Settlement Agreement and Mutual Release with the Chartis Insurance Companies [Filed: 10/8/09] (Docket No. 23450)**

Response Deadline: October 6, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

2. Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Agreement Amending and Restating the Asbestos Settlement Agreement with Aetna Casualty and Surety Company [Filed: 9/14/09] (Docket No. 23235)

Related Documents:

a. [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Agreement Amending and Restating the Asbestos Settlement Agreement with Aetna Casualty and Surety Company [Filed: 9/14/09] (Docket No. 23235)

b. **Certification of Counsel Regarding Order on Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Agreement Amending and Restating the Asbestos Settlement Agreement with Aetna Casualty and Surety Company [Filed: 10/9/09] (Docket No. 23455)**

Response Deadline: October 6, 2009, at 4:00 p.m. *(extended until the close of business on October 9, 2009 for the PD FCR)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: No objections have been received and the parties respectfully request the entry of the order pursuant to the certification of counsel.**

## CONTINUATION OF CONFIRMATION HEARING:

3. Continuation of Confirmation Hearing *(All matters were previously listed on the 9/8/09 Confirmation Hearing Agenda and all pleadings were previously submitted to the Court under separate binders)*

   **Related Documents:**

   a. **Certification of Counsel Regarding Admissibility of Creditors' Committee and Bank Lender Group's Exhibits [Filed: 10/7/09] (Docket No. 23441)**

   b. **Certification of Counsel Regarding Plan Proponents' Exhibits to be Admitted in the Confirmation Hearing [Filed: 10/7/09] (Docket No. 23442)**

   c. **Certification of Counsel Re: Filing of Confirmation Hearing Admitted Exhibit Chart [Filed: 10/7/09] (Docket No. 23443)**

   d. **Certification of Counsel Re: Filing of Chart of Depositions and Other Prior Testimony Designations [Filed: 10/8/09] (Docket No. 23444)**

   Status: This matter will go forward.

## MOTIONS IN LIMINE AND MOTIONS TO STRIKE:

4. Plan Proponents' Motion in Limine to Exclude Expert Testimony of Alan Whitehouse, M.D., Arthur Frank, M.D., Craig Molgaard, PH.D., and Terry Spear, PH.D. [Filed: 8/13/09] (Docket No. 22766)

   Related Documents:

   a. [Proposed] Order Granting Plan Proponents' Motion in Limine to Exclude Expert Testimony of Alan Whitehouse, M.D., Arthur Frank, M.D., Craig Molgaard, PH.D., and Terry Spear, PH.D. [Filed: 8/13/09] (Docket No. 22766)

   b. Arrowood's Limited Joinder to Plan Proponents' Motion in Limine to Exclude Expert Testimony of Alan Whitehouse, M.D., Arthur Frank, M.D., Craig Molgaard, PH.D., and Terry Spear, PH.D. [Filed: 8/14/09] (Docket No. 22804)

   c. Notice of Amendments to Plan Proponents' Motion in Limine to Exclude Expert Testimony of Alan Whitehouse, M.D., Arthur Frank, M.D., Craig Molgaard, PH.D., and Terry Spear, PH.D. [Filed: 8/19/09] (Docket No. 22851)

   Response Deadline: September 1, 2009, at 4:00 p.m.

Responses Received:

a.  Libby Claimants' Opposition to Plan Proponents' Motion in Limine to Exclude Libby Experts' Testimony [Filed: 9/1/09] (Docket No. 23072)

Reply Deadline: September 4, 2009, at 4:00 p.m.

Replies Received:

a.  Plan Proponents' Reply in Support of Motion in Limine to Exclude Expert Testimony of Alan Whitehouse, M.D., Arthur Frank, M.D., Craig Molgaard, Ph.D., and Terry Spear, Ph.D [Filed: 9/4/2009] (Docket No. 23179)

Status: This matter will go forward.

5.  Plan Proponents' Motion in Limine to Preclude Expert Testimony on Behalf of the Libby Claimants Where the Reliance Materials on Which the Testimony Is Based Have Not Been Produced [Filed: 8/14/09] (Docket No. 22800)

Related Documents:

a.  [Proposed] Order Granting Motion Plan Proponents' Motion in Limine to Preclude Expert Testimony on Behalf of the Libby Claimants Where the Reliance Materials on Which the Testimony Is Based Have Not Been Produced [Filed: 8/14/09] (Docket No. 22800)

b.  Arrowood's Joinder to Plan Proponents' Motion in Limine to Preclude Testimony on Behalf of the Libby Claimants Where the Reliance Materials on Which the Testimony is Based Have Not Been Produced [Filed: 8/17/09] (Docket No. 22827)

Response Deadline: August 28, 2009, at 4:00 p.m.

Responses Received:

a.  Libby Claimants' Brief in Response to Plan Proponents' Motion in Limine to Preclude Expert Testimony on Behalf of the Libby Claimants Based Upon an Alleged Failure to Produce Reliance Materials [Filed: 8/28/09] (Docket No. 23033]) *(9/4/2009 Supplement)*

Status: This matter will go forward.

6.  Plan Proponents' Motion in Limine to Exclude Testimony of Individual Claimants Regarding Grace's Culpability and the Effect of Asbestos Illness [Filed: 8/14/09] (Docket No. 22798)

Related Documents:

a.  [Proposed] Order Granting Motion of the Plan Proponents to Exclude Testimony of Individual Claimants Regarding Grace's Culpability and the Effect of Asbestos Illness [Filed: 8/14/09] (Docket No. 22798)

Response Deadline: August 28, 2009, at 4:00 p.m.

Responses Received:

a.  Libby Claimants' Response to the Plan Proponents' Motion in Limine to Exclude Testimony of Individual Claimants Regarding Grace's Culpability and the Effect of Asbestos Illness [Filed: 8/28/09] (Docket No. 23019)

Status: This matter will go forward.

7.  The Plan Proponents' Objections and Counter-Designations To The Objecting Parties' and Arrowood Indemnity Company's Phase II Designations [Filed: 8/20/09] (Docket No. 22903)

Related Documents:

a.  Notice of Debtors' Filing of Deposition Designations, Counter Designations and Counter-Counter Designations and Objections Thereto Regarding the First Amended Joint Plan of Reorganization [Filed: 8/27/09] (Docket No. 22996)

b.  Plan Proponents' Motion to Strike and Objections and Counter-Designations to the State of Montana's Amended Designations and Anderson Memorial's Untimely Designations [Filed: 8/27/09] (Docket No. 22995)

Status: This matter will go forward.

8.  Motion in Limine to Preclude the Libby Claimants From Identifying Additional Individual Claimants Outside the Scope of the August 17, 2009 Modified Order [Filed: 9/7/09] (Docket No. 23184)

Related Documents:

a.  [Proposed] Order Granting Motion in Limine to Preclude the Libby Claimants From Identifying Additional Individual Claimants Outside the Scope of the August 17, 2009 Modified Order [Filed: 9/7/09] (Docket No. 23184)

b.  Debtors' Motion for Leave From this Court's Scheduling Order and to Shorten Notice Period on Motion in Limine to Preclude the Libby Claimants From Identifying Additional Individual Claimants Outside the Scope of the August 17, 2009 Modified Order [Filed: 9/7/09] (Docket No. 23185)

(i)  [Proposed] Order Granting Debtors' Motion for Leave From this Court's Scheduling Order and to Shorten Notice Period on Motion in Limine to Preclude the Libby Claimants From Identifying Additional Individual

        Claimants Outside the Scope of the August 17, 2009 Modified Order [Filed: 9/7/09] (Docket No. 23185)

    Response Deadline: to be determined

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter will go forward.

9. Motion to Exclude Testimony of Robert J. Frezza (Oral motion made at the confirmation hearing on September 16, 2009)

    Related Documents: None.

    Response Deadline: None.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter will go forward.

10. Debtors' Motion to Strike Untimely Deposition Designations of Anderson Memorial [Filed: 9/16/09] (Docket No. 23260)

    Related Documents:

    a. [Proposed] Order Granting Plan Proponents' Motion to Strike the Untimely Deposition Designations of Anderson Memorial [Filed: 9/16/09] (Docket No. 23260)

    Response Deadline: to be determined.

    Responses Received: None as of the date of this Notice of Agenda.

*[Remainder of Page Intentionally Left Blank]*

<u>Status:</u> This matter will go forward.

Dated: October 9, 2009

                                  KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800

-and-

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession