# Exhibit A

# Proposed Order

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## ORDER DENYING GLORIA MUNOZ' MOTION TO LIFT THE AUTOMATIC STAY

Upon consideration of the *Motion of Gloria Munoz For Relief From The Automatic Stay And Related Relief*, filed August 18, 2009 [Dkt. 22844] (the "Motion"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, it is hereby:

ORDERED, that the Motion is denied; and it is further

ORDERED, that the Debtors' objection to the Munoz claim is hereby withdrawn and that the Debtors and Munoz both reserve all of their rights to reassert their objection and claims, respectively, at a date in the future; and it is further

ORDERED, that the automatic stay of section 362 of the Bankruptcy Code shall remain in place with respect to the relief requested in the Motion until this Court orders otherwise.

Dated: _____
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge