IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 JKF |
| W.R. Grace & Co., *et al* | : | (Jointly Administered) |
| | : | |
| Debtors. | | |

## STIPULATION

The undersigned parties, by and through counsel, having met and conferred, hereby stipulate and agree for the purposes of Phase II of the Confirmation Hearing to the admissibility into evidence of the following exhibits under the circumstances provided herein:

1.  Trial Exhibit OS-35 (Objections and Responses of the Official Committee of Asbestos Personal Injury Claimants to Discovery Requests Propounded by OneBeacon America Insurance Company and Seaton Insurance Company, dated March 6, 2009), Responses to RFA Nos. 21-24 and 35-39; and Responses to Interrogatory Nos. 1-2, 5, and 8-9. With respect to Response to RFA 31, the parties agree to its admissibility in the following revised form:

"Admitted that Grace is a party to the Commercial Union Settlement Agreements, but denied that the October 7, 1998 Commercial Union Settlement Agreement and the December 17, 1996 Commercial Union Settlement Agreement is an Asbestos Insurance Settlement Agreement."

2.  Trial Exhibit OS-37 (Asbestos PI Future Claimants' Representative's Response to OneBeacon America Insurance Company and Seaton Insurance Company's Requests for Admission, Interrogatories and Requests for Production of Documents, dated March 6, 2009), Responses to RFA Nos. 21-24 and 35-39; and Responses to Interrogatory Nos. 1-2, 5, and 8-9. With respect to Response to RFA 31, the parties agree to its admissibility in the following revised form:

"Admitted that Grace is a party to the Commercial Union Settlement Agreements, but denied that the October 7, 1998 Commercial Union Settlement Agreement and the December 17, 1996 Commercial Union Settlement Agreement is an Asbestos Insurance Settlement Agreement."

3.     Trial Exhibit OS-39 (Debtors' Response to OneBeacon America Insurance Company and Seaton Insurance Company's Requests for Admission, Interrogatories and Requests for Production of Documents, dated March 6, 2009), Responses to RFA Nos. 21-24 and 35-39; and Responses to Interrogatory Nos. 1-2, 5, and 8-9. With respect to Response to RFA 35, the parties agree to its admissibility in the following revised form:

"Admitted that Grace is a party to the Commercial Union Settlement Agreements, but denied that the October 7, 1998 Commercial Union Settlement Agreement and the December 17, 1996 Commercial Union Settlement Agreement is an Asbestos Insurance Settlement Agreement."

4.     Trial Exhibit OS-34 (Objections and Responses of the Official Committee of Asbestos Personal Injury Claimants to Discovery Requests Propounded by Government Employees Insurance Company and [Republic] Insurance Company, dated March 6, 2009), Responses to RFA Nos. 4, 20, and 41.

5.     Trial Exhibit OS-36 (Asbestos PI Future Claimants' Representative's Response to Government Employees Insurance Company and [Republic] Insurance Company's Requests for Admission, Interrogatories and Requests for Production of Documents, dated March 6, 2009), Responses to RFA Nos. 4, 20, and 41.

6.     Trial Exhibit OS-38 (Debtors' Response to Government Employees Insurance Company and [Republic] Insurance Company's Requests for Admission, Interrogatories and Requests for Production of Documents, dated March 6, 2009), Responses to RFA Nos. 1, 4, 17, 20, and 41; and Response to Interrogatory No. 3.

*****

The undersigned parties further stipulate and agree to the admissibility into evidence of the following exhibits which are proffered not for the truth of the matters asserted therein, but rather solely for the purpose of establishing that the Asbestos PI TAC members, and their respective law firms, claim to represent thousands of, but not all, holders of current Asbestos PI Claims. The following exhibits are admitted on the understanding that the lists of clients and any forms of retention agreements or powers of attorney submitted with them are not public and are only available for *in camera* review by the Court:

7. Trial Exhibit OS-23, Supplemental Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. Rule 2019 by Cooney and Conway (D.I. 20895), dated March 2, 2009, including the attached lists of clients submitted *in camera* only and not available to OneBeacon, Seaton, GEICO and Republic.

8. Trial Exhibit OS-24, Notice of Filing Amended Statement Under Bankruptcy Rule 2019 by Baron & Budd, P.C. (D.I. 20840), dated February 25, 2009, including the attached lists of clients submitted *in camera* only and not available to OneBeacon, Seaton, GEICO and Republic.

9. Trial Exhibit OS-25, Third Amended Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 by Weitz & Luxenberg (D.I. 12979), dated August 7, 2006, including the attached lists of clients submitted *in camera* only and not available to OneBeacon, Seaton, GEICO and Republic.

10. Trial Exhibit OS-26, Eleventh Amended Verified Statement Pursuant to Fed. R. Bankr. P. 2019 Filed by Motley Rice LLC (D.I. 20777), dated February 20, 2009, including the attached lists of clients submitted *in camera* only and not available to OneBeacon, Seaton, GEICO and Republic.

IT IS SO STIPULATED.

Dated: October 9, 2009

/s/ Warren T. Pratt
Warren T. Pratt (Bar No. 4334
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street
Wilmington, DE 19801-1254

Michael F. Brown
Jeffrey M. Boerger
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

*Counsel for Government Employees Insurance Company, Republic Insurance Company, OneBeacon America Insurance Company and Seaton Insurance Company*

IT IS SO STIPULATED.

Dated: October 9, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Justin S. Brooks
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL JONES LLP

_____/s/ James E. O'Neill_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4338)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*

IT IS SO STIPULATED.

Dated: October 9, 2009

    CAMPBELL & LEVINE, LLC

    /s/ Mark T. Hurford
    Mark T. Hurford (No. 3299)
    800 N. King Street, Suite 300
    Wilmington, DE 19801
    Telephone: (302) 426-1900
    Facsimile: (302) 426-9947
    mhurford@camlev.com

    and

    CAPLIN & DRYSDALE, CHARTERED
    Elihu Inselbuch
    375 Park Avenue, 35th Floor
    New York, NY 10152-3500
    Telephone: (212) 319-7125
    Facsimile: (212) 644-6755

    Peter Van N. Lockwood
    Nathan D. Finch
    Jeffrey A. Liesemer
    Kevin Maclay
    One Thomas Circle, N.W.
    Washington, D.C. 20005
    Telephone: (202) 862-5000
    Facsimile: (202) 429-3301

    Robert Horkovich
    Robert Chung
    Anderson Kill & Olick, P.C.
    1251 Avenue of the Americas
    New York, NY 10020-1182

    Counsel for the Asbestos Personal Injury Claimants Committee

IT IS SO STIPULATED.

Dated: October 9, 2009

        PHILIPS, GOLDMAN & SPENCE, P.A.

        /s/ John C. Philips
        John C. Philips (Bar No. 110)
        1200 North Broom Street
        Wilmington, DE 19806
        Telephone: (302) 655-4200
        Facsimile: (302) 655-4210

        and

        ORRICK, HERRINGTON & SUTCLIFFE LLP
        Roger Frankel
        Richard H. Wyron
        Jonathan P. Guy
        1152 15th Street, NW
        Washington, DC 20005
        Telephone: (202) 339-8400
        Facsimile: (202) 339-8500

        *Counsel for David T Austern, Asbestos PI Future*
        *Claimants' Representative*