THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 23259, 23399, 23373 and |
| | ) | 23405 |
| | | 10/7/09 Agenda Item Nos.1 and 2 |

### CERTIFICATE OF COUNSEL REGARDING
### ORDERS ON DEBTORS' MOTIONS IN LIMINE TO PRECLUDE TESTIMONY OF A. GIBSON SOLOMONS AND WILLIAM EWING

1. On October 7, 2009, the Court heard the Debtors' Motions in Limine to preclude the testimony of Anderson Memorial's Witnesses, A. Gibson Solomons (Docket No. 27773) and William Ewing (Docket No. 23259).

2. On October 8 and 9, 2009, the Debtors circulated to counsel for Anderson, drafts orders which they believe correctly reflected the Court's rulings with respect to these Motions. Anderson agreed with the form of the draft order regarding Solomons, which is attached hereto as Exhibit A.

3. Anderson does not agree with the form of the order the Debtors have prepared with respect to the Ewing motion. The Debtors' form of Order, attached hereto as Exhibit B, provides that the Motion in Limine is granted, but is granted without prejudice to Anderson seeking leave to file a late expert report upon a showing of need after presentation of Anderson's other witnesses. Anderson has indicated that it does not believe this is an accurate reflection of the Court's ruling.

...

3. The Debtors believe that the forms of both Orders attached hereto as Exhibits A and B accurately reflect the rulings of the Court and respectfully request entry of the attached two Orders.

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Deanna D. Boll
Citigroup Center
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

*/s/ James E. O'Neill*

PACHULSKI, STANG, ZIEHL & JONES LLP
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*

K&E 13416316.1