## EXHIBIT A

## JULY 1-31, 2009

| Jenni Biggs | 7/17/2009 | 0.20 | $675 | $135.00 | Preparation of affidavit regarding Watson Wyatt |
|---|---|---|---|---|---|
| Jenni Biggs | 7/20/2009 | 0.20 | $675 | $135.00 | Preparation of affidavit regarding Watson Wyatt |
| Jenni Biggs | 7/22/2009 | 0.50 | $675 | $337.50 | Preparation of affidavit regarding Watson Wyatt |
| Jenni Biggs | 7/23/2009 | <u>0.30</u> | $675 | <u>$202.50</u> | Preparation of affidavit regarding Watson Wyatt |
|  |  | 1.20 |  | $810.00 |  |
|  |  |  |  |  |  |
|  |  | 1.20 |  | $810.00 |  |