# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: October 29, 2009 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY-NINTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered March 21, 2004) |
| Period for which compensation is sought: | August 1, 2009 through August 31, 2009 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $4,373.50 |
| 80% of fees to be paid: | $3,498.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |
| Total Fees @ 80% and 100% Expenses: | $3,498.80 |

This is an: __  interim  __X__  monthly  __  final application.

## COMPENSATION SUMMARY
### August 2009

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (24 years) FCAS | $675 | 0.30 | $202.50 |
| Julianne Callaway | Analyst (6 years) ACAS | $330 | 3.20 | $1,056.00 |
| Bryan Gillespie | Consulting Actuary (3 years) FCAS | $450 | 1.00 | $450.00 |
| Jeff Kimble | Consulting Actuary (8 years) ACAS | $425 | 3.50 | $1,487.50 |
| Brent Petzoldt | Analyst (3 years) ACAS | $250 | 0.30 | $75.00 |
| Rhamonda Riggins | Analyst (7 years) | $315 | 3.50 | $1,102.50 |
| **Total Blended Rate: $370.64** | | | **11.80** | **$4,373.50** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 11.80 | $4,373.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| | |
|---|---|
| **August 2009 – Grand Total** | **$4,373.50** |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: October 5, 2009