# **EXHIBIT A**

# **AUGUST 1-31, 2009**

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 8/20/2009 | 0.30 | $675 | $202.50 | Peer review letter re: Edwards judgment |
| | | 0.30 | | $202.50 | |
| Julianne Callaway | 8/5/2009 | 0.80 | $330 | $264.00 | Provide info on Libby claimants |
| Julianne Callaway | 8/6/2009 | 0.60 | $330 | $198.00 | Provide info on Libby claimants |
| Julianne Callaway | 8/18/2009 | 1.80 | $330 | $594.00 | Provide info on Libby claimants |
| | | 3.20 | | $1,056.00 | |
| Bryan Gillespie | 8/25/2009 | 1.00 | $450 | $450.00 | Provide info on Libby claimants |
| | | 1.00 | | $450.00 | |
| Jeff Kimble | 8/20/2009 | 3.50 | $425 | $1,487.50 | Preparing letter for Orrick re: Edwards judgment |
| | | 3.50 | | $1,487.50 | |