**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Deadline: November 25, 2009 at 4:00 p.m. |
| | ) | Hearing: December 14, 2009 at 10:30 a.m. |

**COVER SHEET TO SIXTH QUARTERLY INTERIM FEE APPLICATION OF**
**TRE ANGELI LLC, AS FINANCIAL ADVISOR TO**
**DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR**
<u>**THE PERIOD OF APRIL 1, 2009 THROUGH JUNE 30, 2009**</u>

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | July 29, 2008 nunc pro tunc to March 3, 2008 |
| Period for which compensation and reimbursement is sought: | April 1, 2009 – June 30, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $130,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $514.13 |

This is a    ___ monthly          _x_ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

April 1, 2009 – June 30, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 179.8 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **179.8** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

April 1, 2009 – June 30, 2009

| Expense Category | Total |
|---|---|
| Telephone | 349.54 |
| Transportation | 21.50 |
| Express Mail | 143.09 |
| **TOTAL** | **$514.13** |

---

[1] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.