# EXHIBIT A

**WR Grace**
**April 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Hearing | 2.3 |
| | Review docket | 0.6 |
| | Prepare FCR presentation | 8.0 |
| Thu 2 | Prep FCR presentation | 2.0 |
| | FCR presentation/discussion | 3.0 |
| Fri 3 | F/U FCR questions, Project Allen | 5.0 |
| | Review docket | 0.7 |
| Mon 6 | Review docket | 0.4 |
| Tue 7 | Review docket | 1.0 |
| Wed 8 | Prep Grace March fee app | 1.5 |
| | Review docket | 0.8 |
| Thu 9 | Prep Grace March fee app | 1.0 |
| | Review docket | 0.7 |
| Fri 10 | Review docket | 1.2 |
| Mon 13 | Review docket | 0.4 |
| | Market review, chemicals | 2.1 |
| Tue 14 | Review docket | 2.1 |
| Wed 15 | Review docket | 0.6 |
| | Review plan docs disc | 1.5 |
| Thu 16 | Review docket | 1.2 |
| | Review plan docs disc | 1.5 |
| Mon 20 | Review docket | 0.3 |
| Tue 21 | Review docket | 0.5 |
| Wed 22 | Review/analyze motion on tax issues | 3.5 |
| | Review docket | 0.7 |
| Thu 23 | Review /analyze earnings announcement | 1.5 |
| | Review docket | 0.9 |
| Fri 24 | Review/analyze SEC 8-K filing | 2.0 |
| | Review docket | 1.3 |
| Mon 27 | Omnibus hearing | 0.9 |
| | Comparable review | 1.7 |
| | Review docket | 0.4 |
| Tue 28 | Review ERISA settlement | 0.8 |
| | Review docket | 0.7 |
| Wed 29 | Review docket | 0.6 |
| Thu 30 | Tax call w/Grace, Blackstone | 0.5 |
| | Review docket | 0.8 |
| | TOTAL TIME (HRS) | 54.7 |

# EXHIBIT A

**WR Grace**
**May 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | SLL Carryback review | 2.0 |
| | C/C w/Grace, Blackstone re tax situation | 0.5 |
| | ERISA settlement review | 0.7 |
| | Review docket | 0.6 |
| Mon 4 | Tax settlement advisory | 1.2 |
| | Review docket | 0.7 |
| Tue 5 | Review docket | 0.6 |
| Wed 6 | Review docket | 1.0 |
| Thu 7 | Fee application prep | 2.0 |
| | Comm w/Blackstone (PZ) re markets, valuation, test | 0.5 |
| | Review docket | 0.7 |
| Fri 8 | FCR advisory re markets, quarterly results | 1.5 |
| | Review Montana criminal trial decision | 1.5 |
| | Review docket | 0.4 |
| Mon 11 | Review docket | 0.5 |
| | Review 10-Q report/reconciliation | 3.4 |
| Tue 12 | Review docket | 0.8 |
| Wed 13 | Review docket | 0.7 |
| Thu 14 | Review docket | 0.9 |
| | Hearing and prep | 3.5 |
| | Comm w/Blackstone (MB) re LAC MTA claim settl | 0.4 |
| Fri 15 | Begin review analysis of Zilly expert report | 2.1 |
| Sat 16 | Review /analyze Zilly report | 1.2 |
| Mon 18 | Review/analyze Zilly report | 1.5 |
| | I/C w/PJC re Zilly report, comp analysis | 0.6 |
| Tue 19 | Analysis of comparables | 0.7 |
| | Comm w/PJC (PH) re expert rpt comps | 0.5 |
| | Review docket | 1.2 |
| Wed 20 | Review decision on default interest | 1.1 |
| | Comm w/Blackstone (MB) re pension motion | 0.7 |
| | Review docket | 1.2 |
| Thu 21 | Review objections to plan | 3.1 |
| | Review docket | 0.6 |
| | Comm w/OHS(RW) re pension motion | 0.5 |
| Fri 22 | Review objections to plan | 2.4 |
| | Review docket | 0.9 |
| Mon 25 | Review objections to plan | 2.5 |
| | Review docket | 0.8 |
| Tue 26 | Comm w/OHS (RW) re LAC MTA claim, pension | 0.7 |
| | Comm w/PJC re pension comps | 0.6 |
| | Review docket | 1.4 |
| Wed 27 | Comm wCOFC (JS) re pension motion | 0.5 |
| | Comm w/PJC re pension comps, motion | 1.0 |
| | Review docket | 0.6 |
| Thu 28 | Review docket | 0.5 |
| Fri 29 | Comm w/FCR re pension motion | 0.6 |
| | Comm w/Blackstone (PZ) re pension motion | 0.3 |
| | Comm w/OHS (RF) re Mathis dep | 0.3 |
| | Review docket | 0.8 |
| | TOTAL TIME (HRS) | 53.0 |

# EXHIBIT A

**WR Grace**
**June 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Omnibus hearing and prep | 4.0 |
| | Review docket | 0.7 |
| Tue 2 | Review docket | 0.6 |
| Wed 3 | Review objections | 3.5 |
| | Comm w/COFC (JS) re pensions | 0.8 |
| | Review docket | 0.4 |
| Thu 4 | Continue review objections | 4.0 |
| | Review docket | 1.0 |
| Fri 5 | Review docket | 0.3 |
| Mon 8 | Comm w/OHS (RF) re Mathis dep | 0.2 |
| | Comm w/COFC re pension motion | 0.7 |
| | Comm w/PJC re pensions | 1.2 |
| | Review Grace financial roll up | 1.4 |
| | Comm w/Blackstone re pensions | 1.3 |
| | Comm w/OHS (KO) re depostions | 0.2 |
| | Review docket | 0.4 |
| Tue 9 | Comm w/Blackstone re pensions | 0.2 |
| | Analysis: Grace financial info | 2.3 |
| | Comm w/OHS (KO) re Mathis dep | 0.3 |
| | Review docket | 0.5 |
| Wed 10 | Pension call and prep | 2.5 |
| | Comm w/OHS (KO) re Mathis dep | 0.3 |
| | Comm w/COFC (JS) re pensions | 0.7 |
| | Review analyze pension presentation | 1.0 |
| Thu 11 | Attend Mathis dep | 6.5 |
| | Review docket | 0.6 |
| Fri 12 | Review Pp brief | 3.2 |
| Mon 15 | Comm w/OHS (RW) re pension issue | 0.4 |
| | Review docket | 0.6 |
| | Review witness list, doc producion request | 1.1 |
| | Comm w/OHS (KO) re documents | 0.6 |
| Tue 16 | Review docket | 0.5 |
| Wed 17 | Review docket | 1.0 |
| | Comm w/OHS (KO) re Libby joinder | 0.2 |
| | Comm w/OHS re Phase 1 | 0.3 |
| Thu 18 | Review docket | 1.2 |
| | Review pension CoC | 0.8 |
| Fri 19 | Review docket | 1.4 |
| Mon 22 | Phase 1 hearing and prep | 9.0 |
| | Review docket | 1.3 |
| Tue 23 | Phase 1 hearing and prep | 6.0 |
| | Review docket | 0.2 |
| | Comm w/OHS (DF) re fee app | 0.3 |
| Wed 24 | Comm w/OHS (KO) re Zilly dep | 0.2 |
| | Prepare fee app | 3.1 |
| | Review docket | 0.5 |
| Thu 25 | Comm w/OHS (KO) re Zilly dep | 0.2 |
| | Review docket | 0.2 |
| Fri 26 | Review docket | 0.6 |
| Sun 28 | Comm w/OHS (KO) re Zilly dep | 0.2 |
| Mon 29 | Comm w/OHS (DF) re fee app | 0.3 |
| | Omnibus hearing and prep | 1.5 |
| | Review docket | 0.3 |
| Tue 30 | Comm w/OHS (KO) re Zilly dep | 0.3 |
| | Begin review Mathis transcript | 1.0 |
| | TOTAL TIME (HRS) | 72.1 |