# EXHIBIT B

**W.R. Grace**
**Tre Angeli Expense Detail Report (April 1, 2009 – June 30, 2009)**
(Dates Represent Posting Date of Expense)

April 2009
| | |
|---|---|
| Telephone | $ 90.93 |
| Express Mail | $ 75.05 |
| Transportation | $ 21.50 |

May 2009
| | |
|---|---|
| Telephone | $ 148.44 |

June 2009
| | |
|---|---|
| Telephone | $ 110.17 |
| Express Mail | $  68.04 |

**TOTAL EXPENSES**[1]: **$ 514.13**

[1] **All expenses incurred on behalf of Joseph J. Radecki, Jr.**