IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD JULY 1, 2009, THROUGH JULY 31, 2009**

## WRG-0076
## VALVED COVER SYSTEM

| 08/05/2009 | GHL | Attendance to filing of Response to Requirement for Restriction/election dated July 6, 2009 with the United States Patent and Trademark Office. | 0.40 |

|  | SERVICES |  | $ | 228.00 |

| | GHL | GARY H. LEVIN | 0.40 | hours @ | $570.00 |

**INVOICE TOTAL**                                             $    228.00