THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 12th day of October, 2009, a true and correct copy of the *Written Answers of Mark A. Shelnitz to the Court's October 8, 2009 Order on Anderson Memorial Hospital's Motion to Compel* was served on the individuals listed on Exhibit A attached hereto in the manner indicated therein.

PLEASE TAKE FURTHER NOTICE that on the 13th day of October, 2009, a true and correct copy of the *Written Answers of Mark A. Shelnitz to the Court's October 8, 2009 Order on Anderson Memorial Hospital's Motion to Compel* was served on the individuals listed on Exhibit B attached hereto in the manner indicated therein.

Date: October 13, 2009

KIRKLAND & ELLIS LLP
Theodore L. Freedman
David M. Bernick, P.C.
Citigroup Center
601 Lexington Ave.
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer, P.C.
Roger J. Higgins
70 West Madison Street, Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Kathleen P. Makowski
---
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession