# **<u>EXHIBIT A</u>**

W.R.Grace Anderson Memorial
Email Service List
Case No. 01-1139
Doc. No. 153869
02 – Electronic Delivery

***Electronic Delivery***
Daniel A. Speights, Esq.
Speights & Runyan

***Electronic Delivery***
John W. Kozyak, Esq.
Kozyak Tropin & Throckmorton, P.A.
305-372-3508 Fax
jk@kttlaw.com

91100-001\DOCS_DE:153869.1