# EXHIBIT E

# Exhibit 5

## Schedule of Settled Asbestos Insurance Companies Entitled to 524(g) Protection

Note: Exhibit 5 is referenced in the definition of settled Asbestos Insurance Company in the Plan. Exhibit 5 identifies those policies (or portions thereof) as to which the Plan Proponents intend to ask the Court to grant 524(g) protection, as set forth in the Plan's definition of Settled Asbestos Insurance Company.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Admiral Insurance Company | 08/01/95 | 06/30/75 – 06/30/76   75DD1064C<br>Only the "Products" coverage portion of the following policy:<br>06/30/75 – 06/30/76   75DD1064C |
| Aetna Casualty & Surety Company | 02/20/92 | All primary policies prior to 1971 issued to Western Mineral Products, California Zonolite or Arizonolite. |
| Allstate Insurance Company[1] | 06/07/94 | Only the "Products" coverage portion of the following policies:<br>06/30/75 – 06/30/76   63001170<br>06/30/75 – 06/30/76   63001171<br>06/30/75 – 06/30/76   63001172<br>06/30/76 – 06/30/77   63002048<br>06/30/76 – 06/30/77   63002048<br>06/30/77 – 06/30/78   63002048<br>06/30/78 – 06/30/79   63002048<br>06/30/79 – 06/30/80   63005793<br>06/30/80 – 06/30/81   63005793<br>06/30/80 – 06/30/81   63005793<br>06/30/81 – 06/30/82   63005793<br>06/30/79 – 06/30/80   63005794<br>06/30/80 – 06/30/81   63005794<br>06/30/80 – 06/30/81   63006854<br>06/30/81 – 06/30/82   63008153 |

[1] Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, as successor in interest to Northbrook Insurance Company. Pursuant to the 9/14/09 Amended and Restated Settlement.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Surplus Insurance Company (formerly known as Northbrook Insurance Company) (conditional upon Approval Order becoming Final Order) | | Agreement and only as to the following policies: <br> 06/30/75 – 06/30/76  63001173 <br> 06/30/76 – 06/30/77  63002049 <br> 06/30/77 – 06/30/78  63003296 <br> 06/30/78 – 06/30/79  63007484 <br> 06/30/79 – 06/30/80  63052795 <br> 06/30/80 – 06/30/81  63066855 <br> 06/30/81 – 06/30/82  63008154 |
| American Centennial (n/k/a OneBeacon) | 05/26/95 | 06/30/78 – 06/30/79  CC000304 <br> 06/30/78 – 06/30/79  CC000305 <br> 06/30/78 – 06/30/79  CC000306 <br> 06/30/81 – 06/30/82  CC002418 <br> 06/30/81 – 06/30/82  CC002419 <br> 06/30/82 – 06/30/83  CC005317 <br> 06/30/83 – 06/30/84  CC015780 <br> 06/30/83 – 06/30/84  CC015815 |
| American Re-Insurance Company | 10/04/95 | Only the Products coverage portion of the following Policies for only those claims at issue in Dowell v. Independent School District, U.S. Mineral Products Co., No. B-170050 (S.D. Tex.): <br> 01/27/65 – 10/20/65  M6672-0001 <br> 05/17/66 – 10/20/66  M6672-0002 <br> 10/20/66 – 10/20/67  M6672-0002 <br> 10/20/67 – 10/20/68  M6672-0002 <br> 10/20/68 – 10/20/69  M0085374 <br> 10/20/69 – 10/20/70  M0085374 <br> 10/20/70 – 10/20/71  M0085374 <br> 10/20/71 – 10/20/72  M0085374 <br> 10/20/72 – 10/20/73  M0085374 |
| Bermuda Fire & Marine Insurance Company LTD | 11/17/95 | 06/30/76 – 06/30/77  76DD1594C <br> 06/30/77 – 06/30/78  76DD1594C <br> 06/30/78 – 06/20/79  76DD1594C <br> 06/30/76 – 06/30/77  76DD1595C <br> 06/30/77 – 06/30/78  76DD1595C <br> 06/30/78 – 06/30/79  76DD1595C <br> 06/30/77 – 06/30/78  77DD1631C <br> 06/30/77 – 06/30/78  77DD1632C <br> 06/30/78 – 06/30/79  78DD12H7C |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/78 – 06/30/79 | 79DD14139C |
| | | 06/30/79 – 06/30/80 | 79DD16122C |
| | | 06/30/80 – 06/30/81 | 79DD16531C |
| | | 06/30/81 – 06/30/82 | 79DD16532C |
| | | 06/30/79 – 06/30/80 | 79DD16541C |
| | | 06/30/79 – 06/30/80 | 79DD16542C |
| | | 06/30/80 – 06/30/81 | 79DD16543C |
| | | 06/30/80 – 06/30/81 | 80DD16441C |
| | | 06/30/81 – 06/30/82 | 80DD16442C |
| | | 06/30/81 – 06/30/82 | 80DD16443C |
| | | 06/30/80 – 06/30/81 | 80DD16445C |
| | | 06/30/79 – 06/30/80 | DM025 A/B |
| | | 06/30/79 – 06/30/80 | DM025 A/B |
| | | 06/30/80 – 06/30/81 | KJ10029 |
| | | 06/30/80 – 06/30/81 | KJ10029 |
| | | 06/30/80 – 06/30/81 | KJ10029 |
| | | 06/30/81 – 06/30/82 | KJ10040 |
| | | 06/30/81 – 06/30/82 | KJ10040 |
| | | 06/30/81 – 06/30/82 | KJ10040 |
| | | 06/30/82 – 06/30/83 | KY017582 |
| | | 06/30/83 – 06/30/84 | KY017582 |
| | | 06/30/84 – 06/30/85 | KY017582 |
| | | 06/30/82 – 06/30/83 | KY017782 |
| | | 06/30/83 – 06/30/84 | KY017782 |
| | | 06/30/84 – 06/30/85 | KY017782 |
| | | 06/30/82 – 06/30/83 | KY017822 |
| | | 06/30/83 – 06/30/84 | KY048183 |
| | | 06/30/84 – 06/30/85 | KY048183 |
| | | 06/30/81 – 06/30/82 | PY030181 |
| | | 06/30/81 – 06/30/82 | PY030281 |
| CIGNA (PEIC/INA) (nka Century Indemnity) | 03/04/94 | 06/30/75 – 06/30/76 | ZCX001391/75DD1065 |
| | | 06/30/83 – 06/30/84 | CIZ426249 |
| | | 10/20/65 – 10/20/66 | XBC1834 |
| | | 10/20/66 – 10/20/67 | XBC1834 |
| | | 10/20/67 – 10/20/68 | XBC1834 |
| | | 10/20/68 – 10/20/69 | XBC1834 |
| | | 10/20/69 – 10/20/70 | XBC1834 |
| | | 10/20/70 – 06/30/71 | XBC1834 |
| | | 06/30/77 – 06/30/78 | XCP12378 |

3

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/78 – 06/30/79 | XCP14341 |
| | | 06/30/83 – 06/30/84 | XCP145667 |
| | | 06/30/71 – 06/30/72 | XCP3745 |
| | | 06/30/72 – 06/30/73 | XCP3745 |
| | | 06/30/73 – 08/09/73 | XCP3745 |
| | | 06/30/75 – 06/30/76 | CNU 12-33-83 |
| | | 06/30/84 – 06/30/85 | XCC012283 |
| | | 06/30/84 – 06/30/85 | XM0017204 |
| | | UNKNOWN | ZCV 006025 |
| Commercial Union Insurance Company (n/k/a OneBeacon) | 05/14/93 | 10/20/62 – 10/20/63 | A-15-2127-51 |
| | | 10/20/63 – 10/20/64 | A-15-2127-51 |
| | | 10/20/64 – 10/20/65 | A-15-2127-51 |
| | | 01/27/65 – 10/20/65 | A-15-8138-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-001 |
| | | 10/20/66 – 10/20/67 | A-16-8220-001 |
| | | 10/20/67 – 10/20/68 | A-16-8220-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-002 |
| | | 10/20/66 – 10/20/67 | A-16-8220-002 |
| | | 10/20/67 – 10/20/68 | A-16-8220-002 |
| | | 10/20/68 – 10/20/69 | A-16-8220-003 |
| | | 10/20/69 – 10/20/70 | A-16-8220-003 |
| | | 10/20/70 – 06/30/71 | A-16-8220-003 |
| | | 10/20/68 – 10/20/69 | A-16-8220-004 |
| | | 10/20/69 – 10/20/70 | A-16-8220-004 |
| | | 10/20/70 – 06/30/71 | A-16-8220-004 |
| | | 06/30/71 – 06/30/72 | EY8220005 |
| | | 06/30/72 – 06/30/73 | EY8220005 |
| | | 06/30/73 – 06/30/74 | EY8220005 |
| | | 06/30/71 – 06/30/72 | EY8220006 |
| | | 06/30/72 – 06/30/73 | EY8220006 |
| | | 06/30/73 – 06/30/74 | EY8220006 |

| Commercial Union Insurance Company (n/k/a OneBeacon) | 10/07/98 | 10/20/62 – 10/20/63 | A-15-2127-51 |
| | | 10/20/63 – 10/20/64 | A-15-2127-51 |
| | | 10/20/64 – 10/20/65 | A-15-2127-51 |
| | | 01/27/65 – 10/20/65 | A-15-8138-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-001 |
| | | 10/20/66 – 10/20/67 | A-16-8220-001 |
| | | 10/20/67 – 10/20/68 | A-16-8220-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-002 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| ~~[illegible entity]~~ | | ~~10/20/66 – 10/20/67~~     ~~A-16-8220-002~~<br>~~10/20/67 – 10/20/68~~     ~~A-16-8220-002~~<br>~~10/20/68 – 10/20/69~~     ~~A-16-8220-003~~<br>~~10/20/69 – 10/20/70~~     ~~A-16-8220-003~~<br>~~10/20/70 – 06/30/71~~     ~~A-16-8220-004~~<br>~~10/20/68 – 10/20/69~~     ~~A-16-8220-004~~<br>~~10/20/69 – 10/20/70~~     ~~A-16-8220-004~~<br>~~10/20/70 – 06/30/71~~     ~~A-16-8220-004~~<br>~~06/30/71 – 06/30/72~~     ~~BX8220005~~<br>~~06/30/72 – 06/30/73~~     ~~BX8220005~~<br>~~06/30/73 – 06/30/74~~     ~~BX8220005~~<br>~~06/30/71 – 06/30/72~~     ~~BX8220006~~<br>~~06/30/72 – 06/30/73~~     ~~BX8220006~~<br>~~06/30/73 – 06/30/74~~     ~~BX8220006~~ |
| Continental Casualty Company | 08/01/90 | Only the "Products" coverage portion of the following policies:<br>06/30/76 – 06/30/83   CCP2483440<br>06/30/83 – 06/30/85   CCP2483440<br>06/30/73 – 06/30/76   CCP9023670 |
| Federal Insurance Company | 11/18/97 | Only the portion of the following policy in a policy amount of $500,000, part of $50 million, excess of $25 million:<br>06/30/84 – 06/30/85    7928-26-20 |
| ~~Fireman's Fund Insurance Company~~ | ~~02/21/05~~ | ~~Only the "Products" coverage portion of the following policies for only those claims at issue in Dayton Independent School Dist. #1 v. U.S. Mineral Products Co., No. B-87-00502 (E.D. Tex.):~~<br>01/27/65 – 10/20/65     ~~XL76937~~<br>05/17/66 – 10/20/66     ~~XL91085~~<br>~~10/20/66 – 10/20/67~~     ~~XL91085~~<br>~~10/20/67 – 10/20/68~~     ~~XL91085~~ |
| Fireman's Fund Insurance Company | 12/26/96 | 01/27/65 – 10/20/65     XL76937<br>05/17/66 – 10/20/66     XL91085<br>10/20/66 – 10/20/67     XL91085<br>10/20/67 – 10/20/68     XL91085<br>10/20/68 – 10/20/69     XLX1026877<br>10/20/69 – 10/20/70     XLX1026877<br>10/20/70 – 06/30/71     XLX1026877 |
| ~~General Insurance Company of America~~ | ~~03/03/94~~ | ~~Only the "Products" coverage portion of the following policies:~~ |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| General Insurance Company of America | 03/03/94 | 06/01/61 – 06/01/62   BLP186027<br>06/01/62 – 06/01/63   BLP205359<br>06/01/63 – 06/01/64   BLP221289<br>06/01/64 – 06/01/65   BLP245115<br>06/01/65 – 06/01/66   BLP260071<br>06/01/66 – 06/01/67   BLP270815<br>and all known and unknown "disputed" primary policies generally described in the settlement. |
| Gibraltar Casualty Co./Prudential Reinsurance Co. (n/k/a Mt. McKinley/Everest) | 10/08/93 | **Gibraltar Casualty:**<br>06/30/80 – 06/30/81   GMX00656<br>06/30/81 – 11/01/81   GMX01275<br>11/01/81 – 06/30/82   GMX01407<br>06/30/82 – 06/30/83   GMX01784<br>06/30/83 – 06/30/84   GMX02269<br>06/30/84 – 06/30/85   GMX02683<br>**Prudential Re. Co.:**<br>06/30/76 – 06/30/77   DXC901145<br>06/30/76 – 06/30/77   DXC901146<br>06/30/76 – 06/30/77   DXC901147<br>06/30/77 – 06/30/78   DXCDX0250<br>06/30/77 – 06/30/78   DXCDX0251<br>06/30/77 – 06/30/78   DXCDX0252 |
| Guarantee Insurance Company | 06/03/98 | 06/30/82 – 06/30/83   SL0950030<br>06/30/82 – 06/30/83   SL0950031 |
| Home Insurance Company (INSOLVENT) | 09/24/93 | 10/20/68 – 10/20/69   HEC9304605<br>10/20/69 – 10/20/70   HEC9304605<br>10/20/70 – 06/30/71   HEC9304605<br>10/20/62 – 10/20/63   HEC9543206<br>10/20/63 – 10/20/64   HEC9543206<br>10/20/64 – 10/20/65   HEC9543206<br>10/20/65 – 10/20/66   HEC9544498<br>10/20/66 – 10/20/67   HEC9544498<br>10/20/67 – 10/20/68   HEC9544498<br>06/30/71 – 06/30/72   HEC9919945<br>06/30/72 – 06/30/73   HEC9919945<br>06/30/73 – 06/30/74   HEC9919945 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| Home Insurance Company (INSOLVENT) | 11/14/97 | Only the "Products" coverage portion of the following policy: 02/27/73 – 06/30/73 | HEC4356740 |
| | | 02/27/73 – 06/30/73 | HEC4356740 |
| | | 06/30/74 – 06/30/75 | 74DD6630 |
| | | 06/30/75 – 06/30/76 | 74DD6630 |
| | | 06/30/76 – 06/30/77 | 74DD6630 |
| | | 07/11/74 – 06/30/75 | 74DD6630 |
| | | 06/30/75 – 06/30/76 | 74DD6630 |
| | | 06/30/76 – 06/30/77 | 76DD1594C |
| | | 06/30/77 – 06/30/78 | 76DD1594C |
| | | 06/30/76 – 06/30/77 | 76DD1594C |
| | | 06/30/77 – 06/30/78 | 76DD1595C |
| | | 06/30/78 – 06/30/79 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 76DD1595C |
| | | 06/30/78 – 06/30/79 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 76DD1631C |
| | | 06/30/78 – 06/30/79 | 77DD1632C |
| | | 06/30/77 – 06/30/78 | 78DD1417C |
| | | 06/30/78 – 06/30/79 | 78DD1418C |
| | | 06/30/78 – 06/30/79 | 79DD1633C |
| | | 06/30/79 – 06/30/80 | 79DD1633C |
| | | 06/30/80 – 06/30/81 | 79DD1633C |
| | | 06/30/81 – 06/30/82 | 79DD1634C |
| | | 06/30/79 – 06/30/80 | 79DD1634C |
| | | 06/30/80 – 06/30/81 | 79DD1635C |
| | | 06/30/79 – 06/30/80 | 79DD1636C |
| | | 06/30/80 – 06/30/81 | 80DD1643C |
| | | 06/30/81 – 06/30/82 | 80DD1643C |
| | | 06/30/80 – 06/30/81 | 80DD1644C |
| | | 06/30/81 – 06/30/82 | 80DD1645C |
| | | 06/30/82 – 06/30/83 | 80DD1645C |
| | | 06/30/83 – 06/30/84 | KY017582 |
| | | 06/30/84 – 06/30/85 | KY017582 |
| | | 06/30/83 – 06/30/84 | KY017582 |
| | | 06/30/82 – 06/30/83 | KY017582 |
| | | 06/30/83 – 06/30/84 | KY017582 |
| | | 06/30/82 – 06/30/83 | KY017582 |
| | | 06/30/83 – 06/30/84 | KY048133 |
| | | 06/30/84 – 06/30/85 | KY048133 |
| | | 06/30/81 – 06/30/82 | PY030181 |
| KWELM | 04/2004 (Approved 09/27/04) | | |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| ~~Lloyd's Underwriters~~ <u>and Underwriter Third-Party Beneficiaries, all as defined in</u> the <u>Amended and</u> Restated Settlement Agreement <u>and Mutual Release dated July 17, 2009</u>; (conditional upon Approval Order becoming a Final Order)* | ~~1~~<u>10</u>/07/<del>2017/0</del><br><u>09</u> | ~~06/30/81 — 06/30/82     PY0302811~~<br>05/17/66 — 10/20/66<br>    ~~10/20/66 — 10/20/67~~<br>    ~~10/20/67 — 10/20/68~~<br>    ~~06/30/74 — 06/30/75~~<br>    ~~06/30/75 — 06/30/76~~<br>    ~~06/30/76 — 06/30/77~~<br>Pursuant to the <u>07/17/74 — 06/30/75</u><br>    ~~06/30/75 — 06/30/76~~<br>    ~~06/30/76 — 06/30/77~~<br>    ~~06/30/76 — 06/30/77~~<br>    ~~06/30/77 — 06/30/78~~<br>    ~~06/30/77 — 06/30/78~~<br>    ~~06/30/77 — 06/30/78~~<br>    ~~06/30/78 — 06/30/79~~<br>    ~~06/30/78 — 06/30/79~~<br>    ~~06/30/78 — 06/30/79~~<br>    ~~06/30/79 — 06/30/80~~<br>    ~~06/30/79 — 06/30/80~~<br>06/30/79 — 06/30/80<u>66480390</u><br>~~664480390~~<br>~~664480390~~<br>~~74DD662G~~<br>~~74DD662G~~<br>~~74DD662G~~<br>~~74DD663G~~<br>~~74DD663G~~<br>~~74DD663G~~<br>~~76DD1595G~~<br>~~76DD1595G~~<br>~~76DD1595G~~<br>~~77DD1631G~~<br>~~77DD1632G~~ |

* Void if Lloyd's ~~exercises~~<u>Underwriters exercise</u> the termination clause in ~~its~~<u>the</u> settlement agreement.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | ~~77DD1826C~~ |
| | | ~~78DD1417C~~ |
| | | ~~78DD1418C~~ |
| | | ~~78DD1419C~~ |
| | | ~~78DD1420C~~ |
| | | ~~79DD1634C~~ |
| | | ~~79DD1635C~~ |
| | | ~~79DD1636C~~09 Amended and Restated Settlement Agreement and Mutual Release and only the Lloyd's Underwriters portion of the following policies: |
| | | 05/17/66 – 10/20/66    66/180390 |
| | | 10/20/66 – 10/20/67    66/180390 |
| | | 10/20/67 – 10/20/68    66/180390 |
| | | 06/30/74 – 06/30/75    74DD662C |
| | | 06/30/75 – 06/30/76    74DD662C |
| | | 06/30/76 – 06/30/77    74DD662C |
| | | 07/17/74 – 06/30/75    74DD663C |
| | | 06/30/75 – 06/30/76    74DD663C |
| | | 06/30/76 – 06/30/77    74DD663C |
| | | 06/30/77 – 06/30/78    76DD1595C |
| | | 06/30/78 – 06/30/79    76DD1595C |
| | | 06/30/77 – 06/30/78    76DD1595C |
| | | 06/30/77 – 06/30/78    77DD1631C |
| | | 06/30/77 – 06/30/78    77DD1632C |
| | | 06/30/77 – 06/30/78    77DD1826C |
| | | 06/30/78 – 06/30/79    78DD1417C |
| | | 06/30/78 – 06/30/79    78DD1418C |
| | | 06/30/78 – 06/30/79    78DD1419C |
| | | 06/30/78 – 06/30/79    78DD1420C |
| | | 06/30/79 – 06/30/80    79DD1634C |
| | | 06/30/79 – 06/30/80    79DD1635C |
| | | 06/30/79 – 06/30/80    79DD1636C |
| | | 06/30/79 – 06/30/80    79DD1637C |
| | | 06/30/79 – 06/30/80    79DD1638C |
| | | 06/30/80 – 06/30/81    80DD1643C |
| | | 06/30/81 – 06/30/82    80DD1643C |
| | | 06/30/80 – 06/30/81    80DD1644C |
| | | 06/30/80 – 06/30/81    80DD1645C |
| | | 06/30/80 – 06/30/81    80DD1646C |

~~NYDOCS1-901999.8~~NYDOCS1-901999.8    As of ~~February 27,~~ September 1, 2009

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/80 – 06/30/81 — 80DD1647C |
| | | 11/14/69 – 10/20/70 — 914/1/4116 |
| | | 10/20/70 – 06/30/71 — 914/1/4116 |
| | | 10/20/68 – 10/20/69 — 914-102502 |
| | | 10/20/69 – 10/20/70 — 914-102502 |
| | | 10/20/70 – 06/30/71 — 914-102502 |
| | | 06/30/71 – 06/30/72 — 914105953 |
| | | 06/30/72 – 06/30/73 — 914105953 |
| | | 06/30/73 – 06/30/74 — 914105953 |
| | | 06/30/82 – 06/30/83 — KY017782 |
| | | 06/30/83 – 06/30/84 — KY017782 |
| | | 06/30/84 – 06/30/85 — KY017782 |
| | | 06/30/82 – 06/30/83 — KY017882 |
| | | 06/30/82 – 06/30/83 — KY017982 |
| | | 06/30/83 – 06/30/84 — KY048183 |
| | | 06/30/84 – 06/30/85 — KY048183 |
| | | 06/30/83 – 06/30/84 — KY048283 |
| | | 06/30/84 – 06/30/85 — KY048283 |
| | | 06/30/81 – 06/30/82 — PY030181 |
| | | 06/30/81 – 06/30/82 — PY030281 |
| | | 06/30/81 – 06/30/82 — PY030381 |
| | | and all known or unknown policies subscribed to by Certain Underwriters' at Lloyd's London-up-to incepting before 01/01/98 issued to W.R. Grace. |
| London Market Insurance Companies (conditional upon Approval Order becoming a Final Order) | 08/10/09 | Pursuant to the 08/10/09 Amended and Restated Settlement Agreement and only the Certain London Market Insurance Companies' portions of the following policies. |

As of February 27, September 1, 2009

NYDOCS1-901999.8NYDOCS1-901999.8

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| Accident & Casualty Insurance Company of Winterthur (X A/C) American Home Insurance per Tower X Argonaut Northwest Insurance Co. Ltd. Bishopsgate Insurance Company, Ltd. CNA Reinsurance of London, Ltd. Compagnie D'Assurances Maritimes Aeriennes & Terrestres Societe Anonyme Dominion Insurance Company, Ltd. Harper Insurance Ltd. (formerly known as Turegum Ins. Co.) London & Edinburgh General Insurance Co. Ltd. London & Edinburgh General Insurance Co. Ltd. (per Tower Underwriting Management Ltd.) London & Edinburgh General Insurance Co., Ltd. ("WM" A/C) National Casualty Company of America, Ltd. Sphere Drake Insurance Company Stronghold Insurance Company, Ltd. Tenecom Insurance Company, Ltd. as Part VII Transferee from Winterthur Swiss Insurance Company Tenecom Insurance Company, Ltd. formerly known as Vasuda Fire & Marine Insurance Company of Europe, Ltd. Terra Nova Insurance Co. Ltd. Unionamerica Insurance Company, Ltd. as Part VII Transferee from St. Katherine Insurance Co., Ltd. Unionamerica Insurance Company, Ltd. as Part VII Transferee from St. Katherine Insurance Co., Ltd. (X A/C) World Auxiliary Insurance Corp. Ltd. ("Certain London Market Insurance Companies") | | 05/17/65 – 10/20/66 06/30/74 – 06/30/75 06/30/75 – 06/30/76 06/30/76 – 06/30/77 07/17/74 – 06/30/75 06/30/75 – 06/30/76 06/30/76 – 06/30/77 06/30/77 – 06/30/78 06/30/77 – 06/30/78 06/30/78 – 06/30/79 06/30/78 – 06/30/79 06/30/79 – 06/30/80 06/30/79 – 06/30/80 06/30/80 – 06/30/81 06/30/80 – 06/30/81 06/30/80 – 06/30/81 06/30/81 – 06/30/82 06/30/82 – 06/30/83 06/30/83 – 06/30/84 06/30/84 – 06/30/85 06/30/82 – 06/30/83 06/30/83 – 06/30/84 06/30/84 – 06/30/85 06/30/81 – 06/30/82 06/30/81 – 06/30/82 11/01/81 – 06/30/82 | 66/480390 74DD662C 74DD662C 74DD662C 74DD663C 74DD665C 74DD665C 77DD1631C 77DD1632C 77DD1826C 78DD1417C 78DD1418C 78DD1420C 79DD1635C/PY010799 79DD1636C/PY010819 79DD1638C/PY010879 80DD1643C/PY107830 80DD1643C/PY107830 80DD1644C/PY107980 80DD1645C/PY108080 80DD1647C/PY111880 KY017782 KY017782 KY017782 KY048183 KY048183 PY030181 PY030281 KY003382 |
| Maryland Casualty Company | 09/01/91 | 06/30/67 – 06/30/68 06/30/68 – 06/30/69 06/30/69 – 06/30/70 06/30/70 – 06/30/71 06/30/71 – 06/30/72 06/30/72 – 06/30/73 06/30/62 – 06/30/63 06/30/63 – 06/30/64 06/30/64 – 06/30/65 | 31-278301 31-278301 31-278301 31-R-911051 31-R-911051 31-R-911051 96-205800 96-224900 96-243400 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/65 – 06/30/66 | 96-257400 |
| | | 06/30/66 – 06/30/67 | 96-269500 |
| | | 06/30/64 – 06/30/65 | 96-245400 |
| | | 06/30/65 – 06/30/66 | 96-257400 |
| | | 06/30/66 – 06/30/67 | 96-269500 |
| | | and any and all primary general liability policies issued by Maryland Casualty Company to W.R. Grace prior to 1973. | |
| Maryland Casualty Company | 03/18/96 | 10/20/68 – 10/20/69 | WRG-1 |
| | | 10/20/69 – 10/20/70 | WRG-1 |
| | | 10/20/70 – 06/30/71 | WRG-1 |
| | | 06/30/71 – 06/30/72 | WRG-2 |
| | | 06/30/72 – 06/30/73 | WRG-2 |
| | | 06/30/73 – 06/30/74 | WRG-2 |
| | | and all known and unknown excess insurance policies issued by Maryland Casualty Company to W.R. Grace. | |
| Royal Indemnity Company | 01/05/95 | Pursuant to the 01/05/95 Settlement Agreement and only as to the following policies: | |
| Royal Indemnity Company | 01/05/95 | 04/01/60 – 04/01/61 | RLG021620 |
| | | 04/01/61 – 04/01/62 | RLG021621 |
| | | 04/01/62 – 04/01/63 | RLG021622 |
| | | 04/01/59 – 04/01/60 | RLG021629 |
| | | 04/01/55 – 04/01/56 | RLG035805 |
| | | 04/01/56 – 04/01/57 | RLG045762 |
| | | 04/01/57 – 04/01/58 | RLG045836 |
| | | 04/01/58 – 04/01/59 | RLG053959 |
| | | 03/31/53 – 03/31/54 | RLG27635 |
| | | 03/31/54 – 04/01/55 | RLG31840 |
| Royal Indemnity Company, Arrowood Indemnity Company, individually and as corporate successor in interest to Royal Indemnity Company (conditional upon Approval Order becoming a Final Order) | 06/17/09 | Pursuant to the 06/17/09 Settlement Agreement and only as to the following policies: | |
| | | 04/01/60 – 04/01/61 | RLG021620 |
| | | 04/01/61 – 04/01/62 | RLG021621 |
| | | 04/01/62 – 04/01/63 | RLG021622 |
| | | 04/01/59 – 04/01/60 | RLG021629 |
| | | 04/01/55 – 04/01/56 | RLG035805 |
| | | 04/01/56 – 04/01/57 | RLG045762 |
| | | 04/01/57 – 04/01/58 | RLG045836 |
| | | 04/01/58 – 04/01/59 | RLG053959 |
| | | 03/31/53 – 03/31/54 | RLG27635 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | ~~03/31/54 – 04/01/55        RDG91840~~<br>~~03/31/50 – 03/31/55        RLG017235~~<br>~~06/30/83 – 06/30/84        ED102071~~<br>~~06/30/84 – 06/30/85        ED102834~~<br>~~00/00/00 – 05/26/68        L0273162~~ |
| Unigard Security Insurance Company (n/k/a Seaton) | 08/06/92 | Only the "Products" coverage portion of the following policy:<br>06/30/74 – 06/30/75    1-2517 |
| Unigard Security Insurance Company (n/k/a Seaton) | 05/15/95 | ~~Pursuant to the~~ 02/15/95 ~~Settlement Agreement and only as to the following policy:~~ ~~2/27/73~~ – 06/30/73    1-0589<br>06/30/73 – 06/30/74    1-0589<br>06/30/74 – 06/30/75    1-0589 |
| | | ~~02/27/73 – 06/30/73        1-0589~~<br>~~06/30/73 – 06/30/74        1-0589~~<br>~~06/30/74 – 06/30/75        1-0589~~ |
| U.S. Fire Insurance Company | 09/11/95 | ~~Only~~ Pursuant to the 09/11/95 Settlement Agreement and only the "Products" coverage portion of the following policies:<br>10/20/68 – 10/20/69    XS2108<br>10/20/69 – 10/20/70    XS2108<br>10/20/70 – 06/30/71    XS2108 |