**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.,*[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

Re: Docket No. 23443

**NOTICE OF AMENDMENTS TO
CONFIRMATION HEARING ADMITTED EXHIBIT CHART**

Please take notice that the Debtors' are submitting certain amendments to the

Confirmation Hearing Admitted Exhibit Chart filed with the Court on October 7, 2009 (Docket

No. 23443).  These amendments modify four exhibits listed on the Chart.  First, exhibit LC-280

is removed because its admission has not been agreed to by all of the objecting parties.  Second,

LC-284 is included as an admitted exhibit agreed to per Stipulation.  Third, the "Highly

Confidential" status of exhibits PP 239 and PP 240 has been removed.  These amendments

---

[1]  The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

appear on pages 57, 66 and 67 of the attached chart.  Amended pages of the chart are attached

hereto.


Dated: October 12, 2009                              Respectfully submitted,


                                                     KIRKLAND & ELLIS LLP
                                                     David M. Bernick, P.C.
                                                     Theodore L. Freedman
                                                     Deanna D. Boll
                                                     601 Lexington Avenue
                                                     New York, NY  10022
                                                     Telephone: (212) 446-4800
                                                     Facsimile: (212) 446-4900

                                                     THE LAW OFFICES OF JANET S. BAER, P.C.
                                                     Janet S. Baer, P.C.
                                                     70 W. Madison Street
                                                     Suite 2100
                                                     Chicago, IL 60602
                                                     Telephone: (312) 641-2162

                                                     and

                                                     PACHULSKI, STANG, ZIEHL & JONES LLP


                                                     __/s/ Kathleen P. Makowski_____
                                                     James E. O'Neill (Bar No. 4042)
                                                     Kathleen P. Makowski (Bar No. 3648)
                                                     Timothy Cairns (Bar No. 4228)
                                                     919 North Market Street, 16th Floor
                                                     P.O. Box 8705
                                                     Wilmington, Delaware 19899-8705
                                                     (Courier 19801)
                                                     Telephone: (302) 652-4100
                                                     Facsimile: (302) 652-4400

                                                     Counsel for the Debtors and Debtors in Possession