WR Grace:
All Parties Trial Exhibit List - ADMITTED Exhibits Only

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Admitted |
|---|---|---|---|---|---|---|
| Libby Claimants | LC-275 | - | 00/00/0000 | Graphic: Table 4 (ATSDR Any) | | Agreed to per Stipulation for demonstrative purposes only |
| Libby Claimants | LC-275a | - | 00/00/0000 | Graphic: Figure 1 loss of Pulmonary Function | | Agreed to per Stipulation for demonstrative purposes only |
| Libby Claimants | LC-277 | - | 00/00/0000 | Graphic: Depicting Lung wall and angle | | Agreed to per Stipulation for demonstrative purposes only |
| Libby Claimants | LC-278 | - | 00/00/0000 | Graphic: McLoud (1985) p. 13, Kinds of Diffuse Pleural Thickening | | Agreed to per Stipulation for demonstrative purposes only |
| Libby Claimants | LC-281 | - | 08/31/2009 | Affidavit of James Allen | | Yes (09/15/2009) |
| Libby Claimants | LC-282 | - | 00/00/0000 | Stipulation Concerning Libby Claimant Affidavits | | Yes (09/15/2009) same as exhibit Admitted as PP 631 |
| Libby Claimants | LC-283 | - | 00/00/0000 | Primary policies on disc | | Yes, for the limited purpose of using throughout the confirmation process (09/16/2009) |
| Libby Claimants | LC-284 | - | 00/00/0000 | CD of Royal Insurance Policies | | Agreed to per Stipulation |
| Libby Claimants | LC-285 | - | 00/00/0000 | Graphic: 4B Severe and Disabling Pleural Disease | | Agreed to per Stipulation for demonstrative purposes only |
| Longacre Master Fund | | - | 00/00/0000 | Fresenius Settlement Order | | Yes (09/15/2009) |

October 12, 2009

-57-

WR Grace:
All Parties Trial Exhibit List - ADMITTED Exhibits Only

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Admitted |
|---|---|---|---|---|---|---|
| Plan Proponents' | PP 174 | PP 006944-PP 006944 | 00/00/2009 | Demonstrative Exhibits to be Used During Dr. Welch's Testimony | No | Yes (09/08/2009), for demonstrative purposes only |
| Plan Proponents' | PP 175 | PP 006945-PP 006952 | 00/00/2009 | Curriculum Vitae of William E. Longo | No | Agreed to per 09/03/2009 Stipulation (Dkt. 23129) |
| Plan Proponents' | PP 178A | PP 006962-PP 006962 | 00/00/2009 | Demonstrative Exhibits and Summaries To be Used During Dr. Peterson's Testimony | No | Yes, for demonstrative purposes only (09/08/2009) |
| Plan Proponents' | PP 178B | - | 00/00/0000 | Peterson Demonstratives: "Forecasting Asbestos Liabilities" | | Yes, for demonstrative purposes only (09/15/2009) |
| Plan Proponents' | PP 199 | PP 016266-PP 016379 | 01/00/2009 | Peterson Estimation Expert Report: Projected Liabilities for Asbestos Personal Injury Claims As of April 2001(June 2007 revised January 2009) | No | yes, offered not for truth, but proving that Peterson created such a report and it was served on Libby Claimants' Counsel (09/16/2009) |
| Plan Proponents' | PP 214 | - | 00/00/0000 | 04/03/2009 Hammar Email to Bailor Enclosing Report | | Yes (09/09/2009) |
| Plan Proponents' | PP 214A | - | 00/00/0000 | Hammar Report | | Yes (09/09/2009) |
| Plan Proponents' | PP 214B | - | 00/00/0000 | Hammar CV | | Yes (09/09/2009) |
| Plan Proponents' | PP 239 | PP 009267-PP 009271 | 07/08/2009 | Letter from M. Brown (Seaton) to D. Rosenbloom re In re W.R. Grace & Co., et al., U.S. Bankruptcy Court for the District of Delaware, Bankr. Case No. 01-1139, The Scotts Company v. American Employers Ins. Co., et al., Adv. No. 04-55083, and anticipated coverage litigation to be brought by Kaneb Pipe Line Operating Partners L.P. and Support Terminal Services, Inc. | No | Yes, admitted for the sole purpose of establishing that Seaton has asserted claims against Fresenius and Sealed Air and not for the truth of the subject matter asserted (or for any other purpose) (09/16/2009) |

October 12, 2009

**WR Grace:**
**All Parties Trial Exhibit List - ADMITTED Exhibits Only**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Admitted |
|---|---|---|---|---|---|---|
| Plan Proponents' | PP 240 | PP 009272-PP 009900 | 07/08/2009 | Letter from M. Brown to G. St. Clair and D. Turetsky re: In re W.R. Grace & Co., et al., U.S. Bankruptcy Court for the District of Delaware, Bankr. Case No. 01-01139, and anticipated coverage litigation to be brought by Kaneb Pipe Line Operating Partners L.P. and Support Terminal Services, Inc., and exhibits thereto | No | Yes, admitted for the sole purpose of establishing that Seaton has asserted claims against Fresenius and Sealed Air and not for the truth of the subject matter asserted (or for any other purpose) (09/16/2009) |
| Plan Proponents' | PP 243 | PP 009916-PP 009948 | 04/02/2001 | Verified Complaint for Declaratory and Injunctive Relief (Dkt. No. 1; Adv. 01-771) | No | Yes, subject to terms of stipulation (09/15/2009) |
| Plan Proponents' | PP 276 REV | PP 018044-PP 018241 | 02/27/2009 | Debtors' Disclosure Statement For The First Amended Joint Plan of Reorganization Under Chapter 11 of The Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of February 27, 2009 (Dkt. No. 20873) | No | Yes (09/08/2009); same as exhibit MS-05 |
| Plan Proponents' | PP 277 REV | PP 016912-PP 016914 | 02/27/2009 | Exhibit Book to The First Amended Joint Plan of Reorganization and Disclosure Statement as of February 27, 2009 (Dkt. No. 20874) | No | Yes (09/08/2009) |
| Plan Proponents' | PP 277.01 REV | PP 016915-PP 017059 | 00/00/0000 | Exhibit 1 to Exhibit Book: First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated February 27, 2009 (Revised) | | Yes (09/15/2009) |
| Plan Proponents' | PP 277.02 REV | PP 017060-PP 017113 | 00/00/0000 | Exhibit 2 to Exhibit Book: Asbestos PI Trust Agreement (Revised) | | Yes (09/15/2009) |

October 12, 2009