**CHART OF ARROWOOD INDEMNITY COMPANY'S DEPOSITION DESIGNATIONS**

| Deponent | Pages and Lines | Brief Summary† | Objections | Responses to Objections | Plan Proponents' Current Position | Counter Designations |
|---|---|---|---|---|---|---|
| Hughes (June 11, 2009 Deposition) | p. 361, l.22 to p. 378, l.24 | Grace and Arrowood reject BNSF's claims for coverage for asbestos related claims under the Zonolite policies | None (admitted for all purposes on Sept. 15, 2009) | None | None | |

† The "Brief Summary" is not intended to be an exhaustive list of issues as which the testimony relates.
For a more complete and accurate understanding, please see the designated testimony.

3750803.1

**CHART OF ARROWOOD INDEMNITY COMPANY'S DEPOSITION DESIGNATIONS**

| Deponent | Pages and Lines | Brief Summary† | Objections | Responses to Objections | Plan Proponents' Current Position | Counter Designations |
|---|---|---|---|---|---|---|
| Posner (May 6, 2009 Deposition) | p. 144, l.22 to p. 149, l.23 | Grace did not make any claims for coverage for asbestos related clams under Zonolite policies after the 1995 Settlement Agreement | None (Admitted for all purposes on Sept. 11. 2009) | None | None | |
| Posner (May 6, 2009 Deposition) | p. 308, l.8 to p. 314, l.7 | The 1995 Settlement was the result of good faith, arm's length negotiations | None (Admitted for all purposes on Sept. 11, 2009) | None | None | |
| Posner (May 6, 2009 Deposition) | p. 334, l.11 to p. 337, l.21 | The 1994 Settlement was the result of good faith arm's length negotiations | None (Admitted for all purposes on Sept. 11, 2009) | None | None | |

† The "Brief Summary" is not intended to be an exhaustive list of issues as which the testimony relates.
For a more complete and accurate understanding, please see the designated testimony.

3750803.1