**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: November 2, 2009 at 4:00pm |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO SIXTEENTH MONTHLY INTERIM APPLICATION OF TRE ANGELI LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>JUNE 1, 2009 THROUGH JUNE 30, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | July 29, 2008, *nunc pro tunc* to March 3, 2008 |
| Period for which compensation and reimbursement is sought: | June 1, 2009 – June 30, 2009 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $178.21 |

This is a    _x_ monthly            __ interim            ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### June 1-30, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **72.1** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Communication                                                $ 178.21

**TOTAL Out-of-Pocket Expenses:**                            **$ 178.21**


       Respectfully submitted,

       TRE ANGELI LLC

       By: */S/ JOSEPH J. RADECKI, JR.*
          Joseph J. Radecki, Jr.
          Connecticut Business Centers
          Six Landmark Square, Suite 415
          Stamford, CT 06901
          (203) 359-5646
          Financial Advisor to David T. Austern
          Asbestos PI Future Claimants' Representative

Dated: October 12 , 2009

---

[1] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.