# EXHIBIT A

**WR Grace**
**June 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Omnibus hearing and prep | 4.0 |
| | Review docket | 0.7 |
| Tue 2 | Review docket | 0.6 |
| Wed 3 | Review objections | 3.5 |
| | Comm w/COFC (JS) re pensions | 0.8 |
| | Review docket | 0.4 |
| Thu 4 | Continue review objections | 4.0 |
| | Review docket | 1.0 |
| Fri 5 | Review docket | 0.3 |
| Mon 8 | Comm w/OHS (RF) re Mathis dep | 0.2 |
| | Comm w/COFC re pension motion | 0.7 |
| | Comm w/PJC re pensions | 1.2 |
| | Review Grace financial roll up | 1.4 |
| | Comm w/Blackstone re pensions | 1.3 |
| | Comm w/OHS (KO) re depostions | 0.2 |
| | Review docket | 0.4 |
| Tue 9 | Comm w/Blackstone re pensions | 0.2 |
| | Analysis: Grace financial info | 2.3 |
| | Comm w/OHS (KO) re Mathis dep | 0.3 |
| | Review docket | 0.5 |
| Wed 10 | Pension call and prep | 2.5 |
| | Comm w/OHS (KO) re Mathis dep | 0.3 |
| | Comm w/COFC (JS) re pensions | 0.7 |
| | Review analyze pension presentation | 1.0 |
| Thu 11 | Attend Mathis dep | 6.5 |
| | Review docket | 0.6 |
| Fri 12 | Review Pp brief | 3.2 |
| Mon 15 | Comm w/OHS (RW) re pension issue | 0.4 |
| | Review docket | 0.6 |
| | Review witness list, doc producion request | 1.1 |
| | Comm w/OHS (KO) re documents | 0.6 |
| Tue 16 | Review docket | 0.5 |
| Wed 17 | Review docket | 1.0 |
| | Comm w/OHS (KO) re Libby joinder | 0.2 |
| | Comm w/OHS re Phase 1 | 0.3 |
| Thu 18 | Review docket | 1.2 |
| | Review pension CoC | 0.8 |
| Fri 19 | Review docket | 1.4 |
| Mon 22 | Phase 1 hearing and prep | 9.0 |
| | Review docket | 1.3 |
| Tue 23 | Phase 1 hearing and prep | 6.0 |
| | Review docket | 0.2 |
| | Comm w/OHS (DF) re fee app | 0.3 |
| Wed 24 | Comm w/OHS (KO) re Zilly dep | 0.2 |
| | Prepare fee app | 3.1 |
| | Review docket | 0.5 |
| Thu 25 | Comm w/OHS (KO) re Zilly dep | 0.2 |
| | Review docket | 0.2 |
| Fri 26 | Review docket | 0.6 |
| Sun 28 | Comm w/OHS (KO) re Zilly dep | 0.2 |
| Mon 29 | Comm w/OHS (DF) re fee app | 0.3 |
| | Omnibus hearing and prep | 1.5 |
| | Review docket | 0.3 |
| Tue 30 | Comm w/OHS (KO) re Zilly dep | 0.3 |
| | Begin review Mathis transcript | 1.0 |
| | **TOTAL TIME (HRS)** | **72.1** |