# EXHIBIT B

<u>**W.R. Grace**</u>
<u>**Detail of expenses (June 1, 2009 – June 30, 2009)**</u>

<u>Communication</u>
Telephone $110.17
Express Mail $ 68.04
        **Total Communication:** <u>**$   178.21**</u>

**TOTAL EXPENSES:** **$ 178 .21**