# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

### STIPULATION REGARDING ADMISSIBILITY OF CREDITORS' COMMITTEE AND BANK LENDER GROUP'S EXHIBITS

The undersigned parties, by and through counsel, having met and conferred, hereby stipulate and agree to the following regarding the admissibility of exhibits of the Official Committee of Unsecured Creditors (the "Creditors' Committee") and certain lenders under the Prepetition Bank Credit Facilities (collectively, the "Bank Lender Group") as evidence as part of the Phase II Confirmation Hearing:

1. The exhibits that the Creditors' Committee and the Bank Lender Group designated and listed on Exhibit A hereto are admissible into evidence as part of the Phase II Confirmation Hearing in the above-captioned bankruptcy cases, without the necessity of calling witnesses to identify and authenticate the exhibits, or to establish their contents.

2. Certain exhibits are being admitted on a limited basis. Any particular conditions for which such exhibits are agreed to be admitted are set forth on Exhibit A.

3. Any document on the Court's docket in these bankruptcy cases may be referred to by any party in briefing and argument without having admitted such document into evidence.

IT IS SO STIPULATED.

Dated: October 7, 2009          **LANDIS RATH & COBB LLP**

*[signature]*
_____
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel for the Bank Lender Group*

Dated: October 7, 2009          **DUANE MORRIS LLP**

*/s/ Kenneth Pasquale*
_____
Michael R. Lastowski (No. 3892)
Richard W. Riley (No. 4052)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4942
Facsimile: (302) 657-4901

-and-

William S. Katchen, Esquire
744 Broad Street, Suite 1200
Newark, New Jersey 07102-3889
Telephone: (973) 424.2031
Facsimile: (973) 556.1380

                    -and-

**STROOCK & STROOCK & LAVAN LLP**
Lewis Kruger
Kenneth Pasquale
Arlene Krieger
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official Committee of Unsecured Creditors of W.R. Grace & Co. et al.*

Dated: October 7, 2009        **PACHULSKI STANG ZIEHL JONES LLP**

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4338)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

-and-

**KIRKLAND & ELLIS LLP**
David M. Bernick, P.C.
Theodore L. Freedman
Deanna D. Boll
Justin S. Brooks
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

|  |  |
|---|---|
|  | **THE LAW OFFICES OF JANET S. BAER, P.C.**<br>Janet S. Baer, P.C.<br>70 W. Madison Street<br>Suite 2100<br>Chicago, IL 60602<br>Telephone: (312) 641-2162<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |
| Dated: October 7, 2009 | **CAMPBELL & LEVINE, LLC**<br><br>*/s/ James E. O'Neill* with authority<br>Mark T. Hurford (No. 3299)<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br>Facsimile: (302) 426-9947<br><br>-and-<br><br>**CAPLIN & DRYSDALE, CHARTERED**<br>Elihu Inselbuch<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>Telephone: (212) 319-7125<br>Facsimile: (212) 644-6755<br><br>-and-<br><br>Peter Van N. Lockwood<br>Nathan D. Finch<br>Jeffrey A. Liesemer<br>Kevin Maclay<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br><br>*Counsel for the Official Committee of Asbestos Personal Injury Claimants* |

Dated: October 7, 2009

**PHILIPS, GOLDMAN & SPENCE, P.A.**

/s/ *James E. O'Neill* with authority
John C. Philips (Bar No.110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

-and-

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T Austern, Asbestos PI Future Claimants' Representative*

Dated: October 7, 2009

**SAUL EWING LLP**

/s/ *Teresa K.D. Currier*
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

-and-

        **KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Philip Bentley
Gregory Horowitz
Douglas Mannal
David Blabey
1177 Avenue of the Americas
New York, NY 10022
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee of Equity Security Holders*

# EXHIBIT A

EXHIBIT A

ADMITTED EXHIBITS OF THE BANK LENDER GROUP AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| No. | Bates Range | Title | Limitation of Admissibility |
|---|---|---|---|
| 1 | CC-BLG0000001-000005 | Affidavit of Charles O. Freedgood of JPMorgan Chase Bank, N.A., in its Capacity as Administrative Agent Under the Pre-Petition Bank Credit Facilities, in Support of the Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (June 26, 2009) | Admitted without limitation |
| 2 | CC-BLG000006-000075 | Credit Agreement, dated May 14, 1998, among W.R. Grace & Co., W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto | Admitted without limitation |
| 3 | CC-BLG000076-000191 | Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto | Admitted without limitation |
| 4 | CC-BLG000192-000204 | Grace Proof of Claim No. 9159 | Admitted without limitation |
| 5 | CC-BLG000205-000217 | Grace Proof of Claim No. 9168 | Admitted without limitation |
| 6 | CC-BLG000218-000243 | Responses And Objections Of Debtors To The Official Committee Of Unsecured Creditors Of W.R. Grace & Co. And Bank Lender Group's First Request For Production Of Documents, First Set Of Interrogatories, And First Request For Admissions, dated and verified August 14, 2008 | Admitted without limitation |

{672.001-W0003241.}

| | | | |
|---|---|---|---|
| 7 | CC-BLG000244-000247 | Declaration of Kevin A. Martin Certifying Tabulation of Ballots Regarding Vote on First Amended Joint Plan of Reorganization Dated June 8, 2009 [Dkt. no. 22020] | Admitted without limitation |
| 8 | CC-BLG000248-000255 | Amended Declaration of Kevin A. Martin Certifying Tabulation of Ballots Regarding Vote on First Amended Joint Plan of Reorganization Dated August 5, 2009 [Dkt. no. 22706] | Admitted without limitation |
| 18 | CC-BLG002182-002185 | Exhibit A to Joint Request for Judicial Notice of August 7, 2009 [Dkt. no. 22724] | Admitted without limitation |
| 19 | CC-BLG002186-002375 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 28, 2002, for the period ending 12/31/01 | Admitted without limitation |
| 20 | CC-BLG002376-002621 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 13, 2003, for the period ending 12/31/02 | Factual statements contained in Debtors' SEC filings can be used as evidence |
| 21 | CC-BLG002622-002850 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 5, 2004, for the period ending 12/31/03 | Factual statements contained in Debtors' SEC filings can be used as evidence |
| 22 | CC-BLG002851-003113 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 7, 2005, for the period ending 12/31/04 | Factual statements contained in Debtors' SEC filings can be used as evidence |
| 23 | CC-BLG003114-003200 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 13, 2006, for the period ending 12/31/05 | Factual statements contained in Debtors' SEC filings can be used as evidence |
| 24 | CC-BLG003201-003435 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission | Factual statements contained in Debtors' SEC filings can be used as evidence |

2

{672.001-W0003241.}

| | | | |
|---|---|---|---|
| 25 | CC-BLG003436-003631 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on February 29, 2008, for the period ending 12/31/07 | Factual statements contained in Debtors' SEC filings can be used as evidence |
| 26 | CC-BLG003632-003989 | Form 10-K filed by W.R. Grace & Co. with the United States Securities and Exchange Commission on March 2, 2009, for the period ending 12/31/08 | Factual statements contained in Debtors' SEC filings can be used as evidence |
| 27 | CC-BLG003990-003991 | Letter Agreement dated January 12, 2005 | Admitted without limitation |
| 30 | CC-BLG004174-004186 | E-mail from Arlene Krieger to Janet Baer (with draft Plan Support Agreement attached) dated February 18, 2005 | Admitted without limitation |
| 31 | CC-BLG004187-004215 | E-mail from Janet Baer to Arlene Krieger (with K&E comments to draft Plan Support Agreement attached) dated March 16, 2005 | Admitted without limitation |
| 32 | CC-BLG004216 | E-mail from R. Tarola, CFO of Grace, to T. Maher, Chairman of Creditors' Committee dated February 14, 2006 | Admitted without limitation |
| 33 | CC-BLG004217-004219 | Letter Agreement dated February 27, 2006 | Admitted without limitation |
| 35 | CC-BLG004225-004243 | Transcript of W. R. Grace's April 7, 2008 Conference Call | Admitted without limitation, as redacted |
| 37 | CC-BLG004247-004416 | Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements dated as of May 14, 1998 and May 5, 1999, dated June 13, 2008 [Dkt. no. 18922] | Admitted without limitation |
| 38 | CC-BLG004417- | Debtors' Trial Brief in Support of Objection to the | Admitted without limitation |

3

{672.001-W0003241.}

| | | | |
|---|---|---|---|
| | 004471 | Unsecured Claims Asserted Under the Debtors' Credit Agreements dated as of May 14, 1998 and May 5, 1999, dated September 5, 2008 [Dkt. no. 19476] | |
| 39 | CC-BLG004472-004482 | The Official Committee of Equity Holders' Responses and Objections to the Official Committee of Unsecured Creditors of W.R. Grace & Co.'s and Bank Lender Group's First Set of Interrogatories, dated and verified August 13, 2008 | Admitted without limitation |
| 41 | | Demonstrative chart used during direct testimony of Creditors' Committee's expert Robert Frezza, CPA | Admitted for demonstrative purposes only |

4