THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 23373 and 23405, 23465 |
| | ) | 10/7/09 Agenda Item No. 2 |

**ORDER REGARDING DEBTORS' MOTION IN LIMINE TO PRECLUDE TESTIMONY OF A. GIBSON SOLOMONS**

This matter, having come to be heard on the Debtors' Motion in Limine to Preclude the Testimony of Anderson Memorial's Witness, A. Gibson Solomons, (Docket No. 27773), an objection having been filed by Anderson Memorial Hospital (Docket No. 23405), the Court having heard the arguments of counsel on October 7, 2009 with respect to the matter and being fully advised in the premises,

IT IS HEREBY ORDERED:

For the reasons stated in open Court,

1. The Motion is denied, without prejudice;

2. In the event Anderson decides to call Mr. Solomons as a witness to testify in the Confirmation Proceedings in this case, it shall provide the Debtors with one business day's advance notice prior to the day on which Anderson intends to call Mr. Solomons to testify; and

3. The Court reserves its ruling with respect to the relevance of Mr. Solomons' testimony pending presentation of that testimony.

Dated: October 13, 2009

_____
Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge