THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 23259 and 23399, 23465 |
| | ) | 10/7/09 Agenda Item No. 1 |

*Modified*

## ORDER REGARDING DEBTORS' MOTION IN LIMINE TO PRECLUDE TESTIMONY OF WILLIAM EWING

This matter, having come to be heard on the Debtors' Motion in Limine to Preclude the Testimony of Anderson Memorial Hospital's witness William Ewing, (Docket No. 23259), an objection having been filed by Anderson (Docket No. 23399), the Court having heard the arguments of counsel on October 7, 2009 with respect to the matter and being fully advised in the premises,

IT IS HEREBY ORDERED:

For the reasons stated in open Court, the Motion is granted. However, it is granted without prejudice to Anderson Memorial Hospital seeking leave of Court to file a late expert report for Mr. Ewing upon a showing of need after *Debtor and Plan Proponents have* presented its witnesses.

Dated: October 13, 2009

_____
Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge