# EXHIBIT A

## FORM OF PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Re: Docket No. _____ |
| | | __/__/09 Agenda No._____ |

**ORDER APPROVING THE 2009 SETTLEMENT AGREEMENT
RESOLVING CLAIMS OF THE TOWN OF ACTON**

Upon consideration of the *Motion For Entry of an Order Approving the 2009 Settlement Agreement Resolving Claims of the Town of Acton* (the "Motion"); and due and proper notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors,[2] their estates and creditors, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in, as the case may be, the Motion, the 2009 Settlement Agreement or the *First Amended Joint Plan of Reorganization in these Chapter 11 Cases*, as amended, Docket nos. 19579, 20666, 20872, 20873 and 21594 (the "Plan").

ORDERED that the Debtors' execution of the 2009 Settlement Agreement is approved; and it is further

ORDERED that the 2009 Settlement Agreement is incorporated herein by reference; and it is further

ORDERED that the Town of Acton Claim, Claim No. 4384, shall be Allowed as an Administrative Expense Claim in the amount of $2,162,677.19, to be paid and secured as provided for in the 2009 Settlement Agreement and Exhibit B thereto; and it is further

ORDERED that the Settlement Agreement shall (a) be binding upon any trustee appointed in the Debtors' bankruptcy cases, (b) survive and not be modified by (i) confirmation of any plan of reorganization in the Debtors' bankruptcy cases; (ii) any conversion of the Debtors' bankruptcy cases to chapter 7; or (iii) dismissal of the Debtors' bankruptcy cases; and it is further

ORDERED that except as specifically provided in the Settlement Agreement, that agreement shall not supersede that certain *Stipulation Concerning Consolidation of Certain Claims* executed by the Town of Acton and the Debtors dated June 29, 2007; and it is further

ORDERED that the Debtors are authorized to perform their respective obligations under the 2009 Settlement Agreement and are further authorized to take whatever other actions may be necessary to consummate the transactions contemplated thereby; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order and the 2009 Settlement Agreement; and it is further

ORDERED that this Order is effective immediately upon its entry, notwithstanding Fed. R. Bankr. P. 6004(h).

Dated: _____, 2009

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge