IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on the 13th day of October, 2009, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIM FILED BY GLEN OAK CLUB [DOCKET NO. 23151]**

Kathleen P. Makowski (Bar No. 3648)

**W. R. Grace Core Group Service List**
Case No. 01-1139 (JKF)
Doc. No. 27348
09 – Hand Delivery
13 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
3rd and Market Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, 10th Floor
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

*Hand Delivery*
(Counsel to David T. Austern, Future Claimant's Representative)
Philips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
(Delaware Counsel to Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE   19801

*First Class Mail*
)
The Law Offices of Janet S. Baer P. C.
Janet S. Baer, Esquire
70 W. Madison St., Suite 2100,
Chicago, IL  60602

*First Class Mail*
Kirkland & Ellis LLP
Theodore Freedman, Esquire
601 Lexington Avenue
New York, NY 10022

*First Class Mail*
David M. Bernick, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60654

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Douglas Mannal, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

*First Class Mail*
(Co-Counsel to the debtor-in-possession lender)
David S. Heller, Esquire
Carol Hennessey, Esquire
Douglas S. Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

*First Class Mail*
(Counsel to Hon. Alexander M. Sanders, Jr. Property Damages Future Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich, Esquire
1401 Elm Street, Suite 4620
Dallas, TX  75202