UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __01-1139__       ⦿ BK    ◯ AP
If AP, related BK Case Number: _____

Order Appealed: __Settlement Agreement w/ Royal Parties & Denying Libby Claimants'__
Docket Number: __22859__         Date Filed: __8/19/09__

Item Transmitted:  ⦿ Notice of Appeal      ◯ Motion for Leave to Appeal
Docket Number: __23002 & 23005__    Date Filed: _____

*Appellant: __BNSF Railway Company__       *Appellee: __W.R. Grace, et al., Official Committee__

| Counsel for Appellant: | Counsel for Appellee: |
|---|---|
| John H. Schanne II, Esq. | David M. Bernick |
| Pepper Hamilton LLP | Kirkland & Ellis LLP |
| 1313 Market Street, PO Box 1709 | 153 East 53rd Street |
| Wilmington, DE 19899 | New York, NY 10022 |
| (302) 777-6500 | (212) 446-4800 |

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?    ⦿ Yes    ◯ No

IFP Motion Filed by Appellant?    ◯ Yes    ⦿ No

Hard Copies of Designated Items Received?    ⦿ Yes    ◯ No

Have Additional Appeals to the Same Order been Filed?    ⦿ Yes    ◯ No
If so, has District Court assigned a Civil Action Number?    ◯ Yes    ⦿ No    Civil Action # _____

__10/14/09__                By: __/s/ Sherry J. Stiles__
Date                              Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal Number: __BAP-09-45__
6/1/06