# TAB 4

## MARYLAND CASUALTY COMPANY PROVISIONAL BALLOT (No. 2 of 2)

PLEASE COMPLETE THE FOLLOWING:

| | |
|---|---|
| Maryland Casualty Company ("MCC")<br>3910 Keswick Rd.<br>Baltimore, MD 21211-2226 | *In re W.R. Grace & Co., et al.*<br>Case No. 01-01139 (JKF)<br><br>Class 9 General Unsecured Claims |

Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly.

**Item 1.   PRINCIPAL AMOUNT OF GENERAL UNSECURED CLAIM.** The undersigned certifies that as of March 11, 2009 (the "Voting Record Date"), the undersigned was the Holder, or had the authority to vote for the Holder, of a General Unsecured Claim in the amount set forth below.

Amount of your claim for voting purposes only: **Unliquidated**

**Item 2.   VOTE ON THE PLAN.** The undersigned Holder of the General Unsecured Claim in the amount set forth in Item 1 hereby votes **that portion (if any) of the claims filed by MCC in these cases ("MCC" Claims") that arise from third party claims against MCC that *will not be* permanently enjoined by the Asbestos PI Channeling Injunction*** to (check one box only):

| X | ACCEPT the Plan |
|---|---|
| ☐ | REJECT the Plan |

* MCC asserts that all third party claims against MCC arising from or relating to the Debtors or their operations, including any and all Asbestos PI Claims, will be permanently enjoined by the Asbestos PI Channeling Injunction

Please note: If you vote to accept the Plan, you will be deemed to have given the specific releases set forth

**Item 3.   TELEPHONE NUMBER/AUTHORIZATION**

Name of Signatory (if different from claimant):

| | | |
|---|---|---|
| Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 | Edward J. Longosz, II, Esq.<br>Laura G. Stover, Esq.<br>Eckert, Seamans Cherin<br>& Mellott, LLC<br>1747 Pennsylvania Ave., N.W<br>Suite 1200<br>Washington, D.C. 20006<br>(202) 659-6600 | Richard A. Ifft, Esq.<br>Karalee C. Morell, Esq.<br>Wiley Rein LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 719-7170 |

If by Authorized Agent, Title or Agent:  **Counsel for Maryland Casualty Company**

**Item 4.   ACKNOWLEDGEMENTS AND CERTIFICATIONS.** By signing and returning this Ballot, you make the following acknowledgments and certifications:

(i)   I have been provided with a copy of the Plan, Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto; and

(ii)  I was the Holder of General Unsecured Claim, as defined in the Plan, as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of a General Unsecured Claim as of the Voting Record Date.

**Item 5.   SIGNATURE AND DATE:**

Signature of Claimant or Authorized Agent                                  Date

*/s/ Jeffrey C. Wisler*

Jeffrey C. Wisler, Esq., Counsel for Maryland Casualty Company

**Item 6.   ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)** Not Applicable

2172329