# TAB 5

## BALLOT

PLEASE COMPLETE THE FOLLOWING:

| Maryland Casualty Company<br>3910 Keswick Rd.<br>Baltimore, MD 21211-2226 | *In re W.R. Grace & Co., et al.*<br>Case No. 01-01139 (JKF)<br><br>Class 6 Asbestos PI Claims<br>(Indirect PI Trust Claims) |
|---|---|

Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly.

**Item 1. PRINCIPAL AMOUNT OF INDIRECT PI TRUST CLAIM.** Amount of your claim for voting purposes only: $1.00

**Item 2. VOTE ON THE PLAN.** The undersigned Holder of the Indirect PI Trust Claim in the amount set forth in Item 1 hereby votes all of its Claim to (check one box only):

☐ ACCEPT the Plan
X REJECT the Plan

Please note: If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in section 8.8.7 of the Plan.

**Item 3. TELEPHONE NUMBER/AUTHORIZATION**

Name of Signatory (if different from claimant):

| Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 | Edward J. Longosz, II, Esq.<br>Laura G. Stover, Esq.<br>Eckert, Seamans Cherin<br>& Mellott, LLC<br>1747 Pennsylvania Ave., N.W<br>Suite 1200<br>Washington, D.C. 20006<br>(202) 659-6600 | Richard A. Ifft, Esq.<br>Karalee C. Morell, Esq.<br>Wiley Rein LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 719-7170 |

If by Authorized Agent, Title or Agent: **Counsel for Maryland Casualty Company**

**Item 4. ACKNOWLEDGEMENTS AND CERTIFICATIONS.** By signing and returning this Ballot, you make the following acknowledgments and certifications:

(i) I have been provided with a copy of the Plan, Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto; and

(ii) I was the Holder of an Indirect PI Trust Claim, as defined in the Plan, as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of an Indirect PI Trust Claim as of the Voting Record Date.

**Item 5. SIGNATURE AND DATE:**

Signature of Claimant or Authorized Agent                                Date

Jeffrey C. Wisler, Esq., Counsel for Maryland Casualty Company

**Item 6. ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)** Not Applicable

2172330