# TAB 6

## MARYLAND CASUALTY COMPANY PROVISIONAL BALLOT (No. 1 of 2)

PLEASE COMPLETE THE FOLLOWING:

| | |
|---|---|
| Maryland Casualty Company ("MCC")<br>3910 Keswick Rd.<br>Baltimore, MD 21211-2226 | *In re W.R. Grace & Co., et al.*<br>Case No. 01-01139 (JKF)<br><br>Class 6 Asbestos PI Claims<br>(Indirect PI Trust Claims) |

Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly.

**Item 1.   PRINCIPAL AMOUNT OF INDIRECT PI TRUST CLAIM.** Amount of your claim for voting purposes only: **Unliquidated**

**Item 2.   VOTE ON THE PLAN.** The undersigned Holder of the Indirect PI Trust Claim in the amount set forth in Item 1 hereby votes <u>that portion of the claims filed by MCC in these cases that arise from third party claims against MCC that *will be* permanently enjoined by the Asbestos PI Channeling Injunction</u> to (check one box only):

X   ACCEPT the Plan

☐   REJECT the Plan

Please note: If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in section 8.8.7 of the Plan.

**Item 3.   TELEPHONE NUMBER/AUTHORIZATION**

Name of Signatory (if different from claimant):

| | | |
|---|---|---|
| Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 | Edward J. Longosz, II, Esq.<br>Laura G. Stover, Esq.<br>Eckert, Seamans Cherin<br>  & Mellott, LLC<br>1747 Pennsylvania Ave., N.W<br>Suite 1200<br>Washington, D.C. 20006<br>(202) 659-6600 | Richard A. Ifft, Esq.<br>Karalee C. Morell, Esq.<br>Wiley Rein LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 719-7170 |

If by Authorized Agent, Title or Agent:   **Counsel for Maryland Casualty Company**

**Item 4.   ACKNOWLEDGEMENTS AND CERTIFICATIONS.** By signing and returning this Ballot, you make the following acknowledgments and certifications:

(i)   I have been provided with a copy of the Plan, Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto; and

(ii)   I was the Holder of an Indirect PI Trust Claim, as defined in the Plan, as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of an Indirect PI Trust Claim as of the Voting Record Date.

**Item 5.   SIGNATURE AND DATE:**

Signature of Claimant or Authorized Agent                                                       Date

*/s/ Jeffrey C. Wisler*

Jeffrey C. Wisler, Esq., Counsel for Maryland Casualty Company

**Item 6.   ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)**   Not Applicable

2172330