# TAB 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: D.I. 20872, 20944 |

### DISPUTED CLASSIFICATION DECLARATION

I, Jeffrey C. Wisler, declare as follows:

1. I am an attorney at law duly licensed to practice law before, *inter alia*, all Courts in the State of Delaware, the United States District Court for the District of Delaware and the Third Circuit Court of Appeals. I am counsel for Maryland Casualty Company ("MCC") in the above-captioned cases.

2. On March 9, 2009, the United States Bankruptcy Court for the District of Delaware entered the *Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief* (D.I. 20944) ("Order"). The Order provides, in pertinent part, as follows:

> Any Holder of a Claim who intends to pursue an objection to confirmation of the Plan on the grounds that such Holder's Claim is not properly classified may request a Ballot from the Voting Agent for provisional voting under a different Class and may vote to accept or reject the Plan pursuant to the following procedures:
>
> (a) The objecting Claimant must File a declaration with the Bankruptcy Court (a "Disputed Classification Declaration") on or before the Voting Deadline, which attaches (i) the Claimant's completed original Ballot indicating the Claimant's vote if the Debtors' classification of the Claim at issue is upheld and (ii) the Claimant's completed provisional Ballot indicating the Claimant's vote if it prevails on its classification objection.

#2178
5/20/0

Dated: May 20, 2009


Jeffrey C. Wisler

CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile
*Counsel for Maryland Casualty Company*

#685162

# BALLOT

PLEASE COMPLETE THE FOLLOWING:

| Maryland Casualty Company<br>3910 Keswick Rd.<br>Baltimore, MD 21211-2226 | *In re W.R. Grace & Co., et al.*<br>Case No. 01-01139 (JKF)<br><br>Class 6 Asbestos PI Claims<br>(Indirect PI Trust Claims) |
|---|---|

Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly.

**Item 1.** PRINCIPAL AMOUNT OF INDIRECT PI TRUST CLAIM. Amount of your claim for voting purposes only: $1.00

**Item 2.** VOTE ON THE PLAN. The undersigned Holder of the Indirect PI Trust Claim in the amount set forth in Item 1 hereby votes **all** of its Claim to (check one box only):

☐ ACCEPT the Plan
X REJECT the Plan

Please note: If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in section 8.8.7 of the Plan.

**Item 3.** TELEPHONE NUMBER/AUTHORIZATION

Name of Signatory (if different from claimant):

| Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 | Edward J. Longosz, II, Esq.<br>Laura G. Stover, Esq.<br>Eckert, Seamans Cherin<br>& Mellott, LLC<br>1747 Pennsylvania Ave., N.W<br>Suite 1200<br>Washington, D.C. 20006<br>(202) 659-6600 | Richard A. Ifft, Esq.<br>Karalee C. Morell, Esq.<br>Wiley Rein LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 719-7170 |

If by Authorized Agent, Title or Agent: Counsel for Maryland Casualty Company

**Item 4.** ACKNOWLEDGEMENTS AND CERTIFICATIONS. By signing and returning this Ballot, you make the following acknowledgments and certifications:

(i) I have been provided with a copy of the Plan, Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto; and

(ii) I was the Holder of an Indirect PI Trust Claim, as defined in the Plan, as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of an Indirect PI Trust Claim as of the Voting Record Date.

**Item 5.** SIGNATURE AND DATE:

Signature of Claimant or Authorized Agent                                         Date

Jeffrey C. Wisler, Esq., Counsel for Maryland Casualty Company

**Item 6.** ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)    Not Applicable

2172330

# MARYLAND CASUALTY COMPANY PROVISIONAL BALLOT (No. 1 of 2)

PLEASE COMPLETE THE FOLLOWING:

| | |
|---|---|
| Maryland Casualty Company ("MCC")<br>3910 Keswick Rd.<br>Baltimore, MD 21211-2226 | *In re W.R. Grace & Co., et al.*<br>Case No. 01-01139 (JKF)<br><br>Class 6 Asbestos PI Claims<br>(Indirect PI Trust Claims) |

Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly.

**Item 1. PRINCIPAL AMOUNT OF INDIRECT PI TRUST CLAIM.** Amount of your claim for voting purposes only: **Unliquidated**

**Item 2. VOTE ON THE PLAN.** The undersigned Holder of the Indirect PI Trust Claim in the amount set forth in Item 1 hereby votes **that portion of the claims filed by MCC in these cases that arise from third party claims against MCC that *will be* permanently enjoined by the Asbestos PI Channeling Injunction** to (check one box only):

[X] ACCEPT the Plan

[ ] REJECT the Plan

Please note: If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in section 8.8.7 of the Plan.

**Item 3. TELEPHONE NUMBER/AUTHORIZATION**

Name of Signatory (if different from claimant):

| | | |
|---|---|---|
| Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 | Edward J. Longosz, II, Esq.<br>Laura G. Stover, Esq.<br>Eckert, Seamans Cherin<br>& Mellott, LLC<br>1747 Pennsylvania Ave., N.W<br>Suite 1200<br>Washington, D.C. 20006<br>(202) 659-6600 | Richard A. Ifft, Esq.<br>Karalee C. Morell, Esq.<br>Wiley Rein LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 719-7170 |

If by Authorized Agent, Title or Agent: **Counsel for Maryland Casualty Company**

**Item 4. ACKNOWLEDGEMENTS AND CERTIFICATIONS.** By signing and returning this Ballot, you make the following acknowledgments and certifications:

(i) I have been provided with a copy of the Plan, Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto; and

(ii) I was the Holder of an Indirect PI Trust Claim, as defined in the Plan, as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of an Indirect PI Trust Claim as of the Voting Record Date.

**Item 5. SIGNATURE AND DATE:**

Signature of Claimant or Authorized Agent                              Date

*/s/ Jeffrey C. Wisler*

Jeffrey C. Wisler, Esq., Counsel for Maryland Casualty Company

**Item 6. ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)** Not Applicable

2172330