# EXHIBIT A

## Libby, Montana Asbestos Litigation - 00300

| Description | October | November | December | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 1,441.96 | $ - | $ 849.11 | $ 2,291.07 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
|  |  |  |  | $ - |
| TOTAL | $ 1,441.96 | $ - | $ 849.11 | $ 2,291.07 |

Holme Roberts & Owen LLP

November 12, 2008

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 824342 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/01/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: MW96193; Monthly Storage | $ | 244.88 |
| 10/17/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: NG11063; Monthly Storage | | 1,197.08 |
| | | **Total Disbursements:** | **$** | **1,441.96** |

### Disbursement Summary

| Other Expense | $ | 1,441.96 |
|---|---|---|
| **Total Disbursements:** | **$** | **1,441.96** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$  219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | *Outstanding Balance on Invoice 679369:* | | *$   70.34* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |

Holme Roberts & Owen LLP

January 20, 2009

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 831626 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/25/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: MN35934; Monthly Storage | $ 222.51 |
| 12/04/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: NR41750; Monthly Storage | 381.72 |
| 12/18/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: NY16003; Monthly Storage | 244.88 |
| | | **Total Disbursements:** | **$ 849.11** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 849.11 |
| **Total Disbursements:** | **$** | **849.11** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 12/16/08 | Write Off | -70.34 |
| | | *Outstanding Balance on Invoice 679369:* | *$ 0.00* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |

## Bankruptcy Matters - 00390

| Name | Position | Hourly Rate | TOTAL HOURS BILLED ||| Total Comp. |
| --- | --- | --- | --- | --- | --- | --- |
| | | | October | November | December | |
| Flaagan, Elizabeth | Partner | $ 400.00 | 1.7 | 0.5 | 0.5 | $ 1,080.00 |
| Haag, Susan | Paralegal | $ 175.00 | 2.8 | 1 | 1.3 | $ 892.50 |
| Sherman, Joan | Paralegal | $ 185.00 | 1.9 | 0.3 | 0 | $ 407.00 |
| | | | | | | |
| TOTAL | | | 6.4 | 1.8 | 1.8 | $ 2,379.50 |

## Bankruptcy Matters - 00390

| Description | October | November | December | Total |
|---|---|---|---|---|
| Photocopies | $ 2.40 | $ - | $ 2.70 | $ 5.10 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ 1.20 | $ - | $ 1.20 |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ 1,052.38 | $ 813.94 | $ 1,866.32 |
| Postage | $ - | $ - | $ - | $ - |
| TOTAL | $ 2.40 | $ 1,053.58 | $ 816.64 | $ 1,872.62 |

Holme Roberts & Owen LLP

November 12, 2008

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 824342 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/14/08 | EKF | Review and revise September 2008 prebills/invoices for compliance with US Trustee Guidelines (.6). | 0.60 | $ 240.00 |
| 10/15/08 | SH | Draft January monthly fee application. | 0.60 | 105.00 |
| 10/15/08 | SH | Draft February monthly fee application. | 0.50 | 87.50 |
| 10/15/08 | SH | Draft March monthly fee application. | 0.50 | 87.50 |
| 10/17/08 | EKF | Review and revise January, February and March 2008. | 0.50 | 200.00 |
| 10/17/08 | SH | Revise January fee application. | 0.20 | 35.00 |
| 10/22/08 | SH | Draft 28th interim fee application. | 1.00 | 175.00 |
| 10/23/08 | EKF | Review and revise Twenty-Eighth Quarterly Fee Application (.6). | 0.60 | 240.00 |
| 10/23/08 | JLS | Research re ZAI sales in certain states. | 1.90 | 351.50 |
| | | **Total Fees Through October 31, 2008:** | **6.40** | **$ 1,521.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 1.70 | $ 680.00 |
| JLS | Joan L. Sherman | Paralegal | 185.00 | 1.90 | 351.50 |
| SH | Susan Haag | Paralegal | 175.00 | 2.80 | 490.00 |
| | | **Total Fees:** | | **6.40** | **$ 1,521.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/17/08 | 1 | Document Reproduction | $ 0.15 |
| 10/23/08 | 15 | Document Reproduction | 2.25 |
| | | **Total Disbursements:** | **$ 2.40** |

Holme Roberts & Owen LLP

November 12, 2008

W.R. Grace

Page: 11
Invoice No.: 824342
Client No.: 04339
Matter No.: 00390

## Disbursement Summary

| | | |
|---|---|---:|
| Document Reproduction | $ | 2.40 |
| **Total Disbursements:** | $ | **2.40** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 777735 | 08/22/07 | Bill | | 842.85 |
| | 08/13/08 | Cash Receipt | | -8.44 |
| | | *Outstanding Balance on Invoice 777735:* | *$* | *834.41* |
| 781878 | 09/19/07 | Bill | | 966.40 |
| | | *Outstanding Balance on Invoice 781878:* | *$* | *966.40* |
| 784722 | 10/10/07 | Bill | | 919.43 |
| | 11/05/08 | Cash Receipt | | -919.43 |
| | | *Outstanding Balance on Invoice 784722:* | *$* | *0.00* |
| 786376 | 11/07/07 | Bill | | 815.55 |
| | 11/05/08 | Cash Receipt | | -100.00 |
| | | *Outstanding Balance on Invoice 786376:* | *$* | *0.00* |
| 790204 | 12/12/07 | Bill | | 1,591.36 |
| | 11/05/08 | Cash Receipt | | -115.20 |
| | | *Outstanding Balance on Invoice 790204:* | *$* | *0.00* |
| 792782 | 01/10/08 | Bill | | 1,268.68 |
| | | *Outstanding Balance on Invoice 792782:* | *$* | *1,268.68* |
| 795949 | 02/13/08 | Bill | | 637.17 |

Holme Roberts & Owen LLP

December 16, 2008

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 829053 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/07/08 | EKF | Review and revise October 2008 prebills/invoices for compliance with US Trustee Guidelines. | 0.30 | $ 120.00 |
| 11/10/08 | JLS | Research ZAI sales in certain states. | 0.30 | 55.50 |
| 11/14/08 | SH | Draft April 2008 fee application. | 0.50 | 87.50 |
| 11/18/08 | EKF | Review and revise May 2008 Monthly Fee Application. | 0.20 | 80.00 |
| 11/18/08 | SH | Draft May 2008 monthly fee application. | 0.50 | 87.50 |
| | | **Total Fees Through November 30, 2008:** | **1.80** | **$ 430.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 0.50 | $ 200.00 |
| JLS | Joan L. Sherman | Paralegal | 185.00 | 0.30 | 55.50 |
| SH | Susan Haag | Paralegal | 175.00 | 1.00 | 175.00 |
| | | **Total Fees:** | | **1.80** | **$ 430.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/10/08 | | Long Distance Telephone: 6174561997, 12 Mins., TranTime:12:59 | $ 1.20 |
| 11/11/08 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 320495; DATE: 11/11/2008 - Professional Services through October 31, 2008 | 1,052.38 |
| | | **Total Disbursements:** | **$ 1,053.58** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,052.38 |
| Long Distance Telephone | | 1.20 |
| **Total Disbursements:** | **$** | **1,053.58** |

Holme Roberts & Owen LLP

January 20, 2009

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 831626 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/05/08 | EKF | Review and revise November 2008 prebills/invoices for compliance with US Trustee Guidelines (.2). | 0.20 | $ 80.00 |
| 12/15/08 | SH | Draft June 2008 monthly fee application. | 0.30 | 52.50 |
| 12/15/08 | SH | Draft 29th interim fee application. | 1.00 | 175.00 |
| 12/18/08 | EKF | Review Quarterly Fee Application and supporting documents for 29th Interim Period (.3). | 0.30 | 120.00 |
| | | **Total Fees Through December 31, 2008:** | **1.80** | **$ 427.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 0.50 | $ 200.00 |
| SH | Susan Haag | Paralegal | 175.00 | 1.30 | 227.50 |
| | | | **Total Fees:** | **1.80** | **$ 427.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/08/08 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 321564; DATE: 12/8/2008 - Professional Services through 11/30/08 | $ 813.94 |
| 12/17/08 | 18 | Document Reproduction | 2.70 |
| | | **Total Disbursements:** | **$ 816.64** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 813.94 |
| Document Reproduction | | 2.70 |
| **Total Disbursements:** | **$** | **816.64** |

## Boston Document Production - 00400

| Description | October | November | December | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Service of Process | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Travel Expense | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Other Expenses | $ 521.85 | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ - |
| TOTAL | $ 521.85 | $ - | $ - | $ - |

Holme Roberts & Owen LLP

November 12, 2008

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 824342 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/26/08 | | Outside Reproduction: VENDOR: DTI CORPORATION; INVOICE#: 422252; Outside Reproduction | $ 521.85 |
| | | **Total Disbursements:** | **$ 521.85** |

### Disbursement Summary

| | | |
|---|---|---|
| Outside Reproduction | $ | 521.85 |
| **Total Disbursements:** | **$** | **521.85** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 777735 | 08/22/07 | Bill | 215.87 |
| | | *Outstanding Balance on Invoice 777735:* | *$ 215.87* |
| | | **Total Outstanding Invoices:** | **$ 215.87** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 521.85 |
| **Total Balance Due This Matter** | $ | 737.72 |

# EXHIBIT B

Case 01-01139-AMC    Doc 23511-1    Filed 10/14/09    Page 13 of 16

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth K. Flaagan | Partner | Bankruptcy | $400.00 | 2.7 | $1,080.00 |
| Susan Haag | Paralegal | Bankruptcy | $175.00 | 5.1 | $892.50 |
| Joan Sherman | Paralegal | Environmental | $185.00 | 2.2 | $407.00 |
| TOTAL | | | | 10 | $2,379.50 |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $5.10 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $1.20 |
| Other Expenses | $2,812.92 |
| Outside Courier | $0.00 |
| Lexis | $0.00 |
| Federal Express | $0.00 |
| Color Copies | $0.00 |
| Professional Billable Services | $1,866.32 |
| Velo Binding | $0.00 |
| TOTALS | $4,685.54 |