**EXHIBIT A**

Professional services rendered through: August 31, 2009

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/05/09 | M.J. Silverman | Review materials from Ms. Finke re referral. | 1.00 |
| 08/06/09 | G.N. Kidder | Conference call with Matt Lerner and Mark Silverman to discuss status of refund and potential review by joint committee. | 0.30 |
| 08/06/09 | M.D. Lerner | Analyze Joint Committee issues. | 0.40 |
| 08/06/09 | M.J. Silverman | Consider refund issues. | 0.70 |
| 08/06/09 | M.J. Silverman | Call client re referral issues. | 0.30 |
| 08/11/09 | M.J. Silverman | Prepare for call with client re refund. | 1.00 |
| 08/12/09 | M.D. Lerner | Call with client and email with IRS re timing and need for Joint Committee. | 0.90 |
| 08/12/09 | M.J. Silverman | Calls with client and IRS re refund. | 1.00 |
| 08/13/09 | M.J. Silverman | Review Form 870 issues. | 1.00 |
| 08/13/09 | M.J. Silverman | Call with Ms. Finke re refund. | 0.50 |
| 08/14/09 | M.D. Lerner | Prepare for and participate in call with clients re Forms 870 and obtaining a refund. | 0.30 |
| 08/14/09 | M.J. Silverman | Review Form 870 issues. | 1.20 |
| 08/14/09 | M.J. Silverman | Talk with Ms. Finke; re Form 870 issues. | 0.30 |
| 08/15/09 | M.J. Silverman | Review 870 forms received from IRS and email from Ms. Finke to prepare for Monday IRS call. | 2.50 |
| 08/17/09 | M.D. Lerner | Call with client to discuss decision document. | 0.30 |
| 08/17/09 | M.J. Silverman | Call with Ms. Finke re 870s, decision documents and refund payment. | 0.30 |
| 08/17/09 | M.J. Silverman | Consideration of decision documents. | 0.70 |
| 08/18/09 | M.J. Silverman | Talk to Ms. Finke re Tax Court decision documents and refund. | 1.00 |
| 08/19/09 | M.J. Silverman | Discussions with Ms. Finke re Tax Court decision. | 1.00 |
| 08/20/09 | M.D. Lerner | Work on decision document. | 0.50 |
| 08/20/09 | M.J. Silverman | Review Tax Court decision documents. | 0.50 |
| 08/20/09 | M.J. Silverman | Telephone calls with IRS counsel, Ms. Finke re documents. | 0.50 |
| 08/21/09 | M.D. Lerner | Emails with IRS counsel re filing. | 0.20 |
| 08/28/09 | M.J. Silverman | Review Tax Court decision and send same to client. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 14.50 | 960.00 | 13,920.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 2.60 | 745.00 | 1,937.00 |
| G.N. Kidder | 0.30 | 495.00 | 148.50 |
| Total | 17.40 | | 16,005.50 |

|  |  |
|---|---|
| Total Fees | $16,005.50 |

Disbursements:

| | | |
|---|---|---|
| | Overnight Messenger | 52.41 |
| | Duplicating | 6.10 |
| 08/27/09 | Blackberry/Cell Charge - T-MOBILE USA- Inv. MSILVERMA080909 dated 08/09/09 re Mobile# (202) 256-1917, Acct# 359825686, 07/10/09-08/09/09 | 5.05 |

|  |  |
|---|---|
| Total Disbursements | $63.56 |

Professional services rendered through: August 31, 2009

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/04/09 | A.E. Moran | Work on billing. | 1.00 |
| 08/05/09 | A.E. Moran | Followup on fee application. | 0.20 |
| 08/15/09 | A.E. Moran | Follow-up on bills for April through July 2009. | 0.40 |
| 08/25/09 | A.E. Moran | Followup on billing. | 1.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 2.80 | 500.00 | 1,400.00 |
| Total | 2.80 | | 1,400.00 |

|  |  |
|---|---|
| Total Fees | $1,400.00 |