**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  746190

012046.00003 TAX LITIGATION AUDIT ISSUE


Cost                Timekeeper
Code       Date     Number    Name          Description    Quantity   Rate       Amount
========================================================================================

BBCELL     08/27/09 00206     Moran, Anne E.                 1.00     5.05         5.05
Blackberry/Cell Charge -   T-MOBILE USA- Inv.
MSILVERMA080909 dated 08/09/09 re Mobile# (202)
256-1917, Acct# 359825686, 07/10/09-08/09/09

DLFD       08/21/09 00206     Moran, Anne E.                 1.00     0.00         0.00
   DLFD    08/21/09 00206     Moran, Anne E.                 1.00                  0.00

Federal Express from Wieczorek, Joann
to Lawrence C. Letkewicz Esq.
on August 21, 2009.
Tracking Number 418373079397

DLFD       08/21/09 00206     Moran, Anne E.                 1.00    43.82        43.82
   DLFD    08/21/09 00206     Moran, Anne E.                 1.00                 43.82

Federal Express from Wieczorek, Joann
to Sean T. Greecher Esq.
on August 21, 2009.
Tracking Number 418373079489

DLFD       08/21/09 Total:                                          43.82

DLFD       08/24/09 00206     Moran, Anne E.                 1.00     8.59         8.59
   DLFD    08/24/09 00206     Moran, Anne E.                 1.00                  8.59

Federal Express from Wieczorek, Joann
to Matthew D. Lerner
on August 24, 2009.
Tracking Number 418373079401

DLFD                Total:                                          52.41

LASR       08/04/09 00206     Moran, Anne E.                 2.00     0.10         0.20
   LASR    08/04/09 00206     Moran, Anne E.                 2.00     0.20         0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       08/05/09 00206     Moran, Anne E.                 1.00     0.10         0.10
   LASR    08/05/09 00206     Moran, Anne E.                 1.00     0.20         0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
```

```
LASR       08/18/09 00206      Moran, Anne E.                2.00    0.10         0.20
   LASR    08/18/09 00206      Moran, Anne E.                2.00    0.20         0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       08/18/09 00206      Moran, Anne E.                3.00    0.10         0.30
   LASR    08/18/09 00206      Moran, Anne E.                3.00    0.20         0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       08/18/09 Total:                                   0.50
LASR       08/25/09 00206      Moran, Anne E.               11.00    0.10         1.10
   LASR    08/25/09 00206      Moran, Anne E.               11.00    0.20         2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR       08/25/09 00206      Moran, Anne E.               11.00    0.10         1.10
   LASR    08/25/09 00206      Moran, Anne E.               11.00    0.20         2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       08/25/09 00206      Moran, Anne E.               11.00    0.10         1.10
   LASR    08/25/09 00206      Moran, Anne E.               11.00    0.20         2.20
PC/Network Printing
PC LASER   11 Pages Ward, Brenda

LASR       08/25/09 00206      Moran, Anne E.                9.00    0.10         0.90
   LASR    08/25/09 00206      Moran, Anne E.                9.00    0.20         1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR       08/25/09 00206      Moran, Anne E.                9.00    0.10         0.90
   LASR    08/25/09 00206      Moran, Anne E.                9.00    0.20         1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR       08/25/09 Total:                                   5.10
LASR       08/28/09 00206      Moran, Anne E.                2.00    0.10         0.20
   LASR    08/28/09 00206      Moran, Anne E.                2.00    0.20         0.40
PC/Network Printing

PC LASER   2 Pages Wieczorek, JoAnn

LASR               Total:                                    6.10

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE              63.56


Report Total:                                               63.56
```

8