**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER ESTABLISHING SCHEDULE OF POST-TRIAL BRIEFING AND RELATED MATTERS**

In connection with the Confirmation Hearings in this case, this Court hereby enters the following scheduling order for post-trial briefing and related matters:

1.     **Post-Trial Briefs.** The following schedule applies to Post-Trial Briefs:

    A.     Post-Trial Briefs for all parties other than Anderson Memorial Hospital ("AMH"):

- Initial Post-Trial Briefs without hyper-links due on November 2, 2009.

- Initial Post-Trial Briefs with hyper-links due on November 9, 2009.

---

[1]     The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc.,  CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

- Reply Briefs without hyper-links due on November 20, 2009.

- Reply Briefs with hyper-links due on December 2, 2009.

B.    Post-Trial Briefs relating to AMH:

- Feasibility and Best Interest issues shall be briefed with all other parties, as required above.

- AMH's Post Trial Brief on all other AMH issues without hyper-links due on December 8, 2009.

- AMH's Post Trial Brief on all other AMH issues with hyper-links due on December 15, 2009.

- Reply Briefs on all other issues raised by AMH without hyper-links due on December 23, 2009.

- Reply Briefs on all other issues raised by AMH with hyper-links due on December 28, 2009.

There shall be no continuances of any of these dates and no changes shall be made to the briefs once they are initially filed in the non hyper-linked version.

2.    **Exhibits and Deposition and Other Prior Testimony Designations.**

On October 27, 2009, the Debtors shall provide to the Court (a) a final chart of all exhibits, which chart shall reflect: (i) which exhibits have been admitted into evidence and which have not; (ii) the rulings of the Court with respect to any restrictions placed on the admission of any exhibits and/or references to the Stipulations of the parties containing any such restrictions; and (iii) the objections to all exhibits not admitted; (b) final charts and binders of deposition and other prior testimony designations, which shall outline any objections to such designations still being pursued; and (c) a CD which contains all charts, exhibits and deposition and other prior testimony designations. Unless otherwise ordered by the Court, no further arguments will take place with respect to the admission of exhibits or deposition and other prior testimony designations; and the Court shall consider any pending objections or restrictions with respect to

the exhibits or deposition and other prior testimony designations in the context of reviewing the post trial briefs.

3.      **Closing Arguments.** Closing arguments shall take place on January 6 and 7, 2010 and shall be allotted the following time to be divided evenly between the Plan Proponents and the Plan Objectors and further divided up among the sides by agreement of the parties :

- Part I (Libby) -- 3 hours total;

- Part II (Traditional Insurer Issues) -- 3 hours total;

- Part II (Non-Insurer Issues – BNSF, State of Montana, Garlock, Maryland Casualty Company, National Union, FFIC, Longacre) – 3 hours total;

- Part IV (General) -- 4 hours total; and

- Part III (Lenders) -- 3 hours total.

In the event the arguments do not conclude on January 7, 2009, the Lender arguments shall be deferred to the next available Court date.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Pittsburgh, Pennsylvania
Dated:_____, 2009


_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge