IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 20872 & 21345** |

## LIBBY CLAIMANTS' REQUEST FOR JUDICIAL NOTICE

Claimants who allege that they have been injured by exposure to asbestos from Grace's operations in Lincoln County, Montana (the "Libby Claimants"),[1] without objection from Maryland Casualty Company, on behalf of itself and its affiliates, and the joint proponents of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated February 27, 2009 [Docket No. 20872] as such plan has been and may be amended or modified from time to time (the "Plan"),[2] hereby request that this Court, in the connection with proceedings concerning the proposed confirmation of the Plan, take judicial notice of the filing of the Debtors' Objection to Claims Filed by Maryland Casualty Company [Docket No. 21345] in this case on April 21, 2009.

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 21365], as it may be amended and restated from time to time.

[2] The Plan Proponents consist of the Debtors, the Asbestos PI Committee, Equity Committee, and the Asbestos PI Future Claimants' Representative.

{393.001-W0003495.}

| | |
|---|---|
| Dated: October 19, 2009<br>      Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kerri Mumford*<br>Adam G. Landis (No. 3407)<br>Kerri K. Mumford (No. 4186)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>- and -<br><br>Daniel C. Cohn<br>Christopher M. Candon<br>**COHN WHITESELL & GOLDBERG LLP**<br>101 Arch Street<br>Boston, MA 02110<br>Telephone: (617) 951-2505<br>Facsimile: (617) 951-0679<br><br>*Counsel for Libby Claimants* |

2