## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
## August 2009

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended August 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Tax Partner | 30 | Integrated Audit | $582.40 | 3.0 | $ 1,747.20 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 3.7 | $ 2,396.49 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 19.5 | $ 13,620.75 |
| Thomas McGuinness | Audit Partner | 20+ | Integrated Audit | $990.60 | 1.0 | $ 990.60 |
| Jennifer Mak | Director | 10+ | Integrated Audit | $793.75 | 7.8 | $ 6,191.25 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 5.5 | $ 2,256.16 |
| Joanna Own | Tax Manager | 4 | Integrated Audit | $291.20 | 2.0 | $ 582.40 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 71.9 | $ 29,494.10 |
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | $717.56 | 0.5 | $ 358.78 |
| Richard Quek | Advisory Manager | 9 | Integrated Audit | $495.30 | 0.5 | $ 247.65 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $218.40 | 3.9 | $ 851.76 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 40.8 | $ 9,275.06 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 4.0 | $ 883.92 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $223.52 | 1.2 | $ 268.22 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 100.1 | $ 20,975.96 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 118.6 | $ 18,526.51 |
| Alan Harkatz | Tax Associate | 2 | Integrated Audit | $150.80 | 1.5 | $ 226.20 |
| Jian Hui Lee | Advisory Associate | 2 | Integrated Audit | $317.50 | 4.0 | $ 1,270.00 |
| Sameer Kamble | Advisory Associate | 1 | Integrated Audit | $317.50 | 0.8 | $ 254.00 |

| Phillip Crosby | Audit Associate | 3 | Integrated Audit | $175.26 | 20.0 | $ 3,505.20 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 44.4 | $ 5,469.64 |
| Ryan Boyle | Audit Associate | <1 | Integrated Audit | $153.67 | 33.8 | $ 5,194.05 |
| Shawn Mcneilly | Audit Associate | 1 | Integrated Audit | $123.19 | 132.9 | $ 16,371.95 |
| | | TOTAL | | | 621.4 | $ 140,957.85 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals      23.9                                                                                          $3,357.27

## Summary of PwC's Fees By Project Category:
## August 2009

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 23.9 | $3,357.27 |
| 13-Financing | | |
| 14-Hearings | | |

| | | |
|---|---|---|
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 621.4 | $140,957.85 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 645.3 | $144,315.12 |

Expense Summary
August 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $745.25 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $34.58 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $779.83 |