# EXHIBIT - A

WR Grace and Co.
Fee Application Preparation
Month ended August 31, 2009

**FEE APPLICATION PREPARATION**

**Name: Melissa Noel**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost | |
|------|-------|--------------------------------|-----------|---|--------------|---|
| 8/3/2009 | 0.3 | submit Darex 2008 reminder for time and expense details | $ | 127.00 | $ | 38.10 |
| 8/4/2009 | 0.3 | review and follow up with team on fee auditors comments | $ | 127.00 | $ | 38.10 |
| 8/4/2009 | 0.7 | prepare Q33 letters to submit, send to L. Keorlet (PwC) for approval | $ | 127.00 | $ | 88.90 |
| 8/7/2009 | 0.4 | wrap up Q 33 fee app, get approvals, submit email to Yaprak (Grace) | $ | 127.00 | $ | 50.80 |
| 8/7/2009 | 0.2 | correspond regarding Fee Auditor comments response | $ | 127.00 | $ | 25.40 |
| 8/10/2009 | 1.3 | run July 2009 WIPS and send email out to team requesting time and expense details. | $ | 127.00 | $ | 165.10 |
| 8/11/2009 | 0.9 | work with Allison Garlieb (PwC) on understanding reports. Run Darex WIP and correspond with her and J. Bray (PwC) | $ | 127.00 | $ | 114.30 |
| 8/13/2009 | 0.4 | reconcile Darex 2008 and submit reminder email for time and expense details | $ | 127.00 | $ | 50.80 |
| 8/13/2009 | 1.4 | compile time and expenses received for Darex 2009 | $ | 127.00 | $ | 177.80 |
| 8/19/2009 | 0.5 | respond to L. Keorlets (PwC) emails, run WIPs for her and reconcile | $ | 127.00 | $ | 63.50 |
| 8/19/2009 | 0.3 | follow up on emails for Darex 2008 and July 2009 | $ | 127.00 | $ | 38.10 |
| 8/19/2009 | 0.7 | collect responses and follow up on outstanding time and expense details | $ | 127.00 | $ | 88.90 |
| 8/20/2009 | 3.9 | collect responses and compile July 2009 time and expenses | $ | 127.00 | $ | 495.30 |
| 8/21/2009 | 4.1 | edit and review all of July's reports submit to L. Keorlet (PwC) for comments | $ | 127.00 | $ | 520.70 |
| 8/21/2009 | 0.3 | input Darex time received | $ | 127.00 | $ | 38.10 |
| 8/24/2009 | 2.9 | clean up Darex 2008 reports and send to L. Keorlet (PwC) for review | $ | 127.00 | $ | 368.30 |

| Date | Hours | Description | Rate | Amount |
|---|---|---|---|---|
| 8/25/2009 | 0.8 | prepare final drafts to submit and prepare letters | $ 127.00 | $ 101.60 |
| 8/26/2009 | 0.6 | wrap up Grace July 2009, submit package to Yaprak (Grace) | $ 127.00 | $ 76.20 |
| | **20.0** | | | |

**Name: Lynda Keorlet**

| Date | Hours | Description | Rate | Amount |
|---|---|---|---|---|
| 8/3/2009 | 0.5 | Review fee auditor comments and determine appropriate response | $ 209.55 | $ 104.78 |
| 8/6/2009 | 0.9 | Review Q33 fee application and send related emails to M.Noel (PwC) | $ 209.55 | $ 188.60 |
| 8/7/2009 | 0.3 | Research and respond to fee auditor questions on 32nd quarterly application | $ 209.55 | $ 62.87 |
| 8/13/2009 | 0.5 | Review emails related to fee application status on quarterly & advisory fee applications | $ 209.55 | $ 104.78 |
| 8/19/2009 | 0.2 | Follow up on status of July 2009 fee application with M.Noel (PwC) | $ 209.55 | $ 41.91 |
| 8/24/2009 | 1.0 | Review July 2009 fee application draft and provide comments to M.Noel (Grace) | $ 209.55 | $ 209.55 |
| 8/27/2009 | 0.5 | Follow up on response from fee auditor on 32nd quarterly application | $ 209.55 | $ 104.78 |
| | **3.9** | | | |

| | Hours | | | Amount |
|---|---|---|---|---|
| **Totals** | **23.9** | **Total Grace Time Tracking Charged Hours** | | **$ 3,357.27** |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended August 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Tax Partner | 30 | Integrated Audit | $582.40 | 3.0 | $ 1,747.20 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 3.7 | $ 2,396.49 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 19.5 | $ 13,620.75 |
| Thomas McGuinness | Audit Partner | 20+ | Integrated Audit | $990.60 | 1.0 | $ 990.60 |
| Jennifer Mak | Director | 10+ | Integrated Audit | $793.75 | 7.8 | $ 6,191.25 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 5.5 | $ 2,256.16 |
| Joanna Own | Tax Manager | 4 | Integrated Audit | $291.20 | 2.0 | $ 582.40 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 71.9 | $ 29,494.10 |
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | $717.56 | 0.5 | $ 358.78 |
| Richard Quek | Advisory Manager | 9 | Integrated Audit | $495.30 | 0.5 | $ 247.65 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $218.40 | 3.9 | $ 851.76 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 40.8 | $ 9,275.06 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 4.0 | $ 883.92 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $223.52 | 1.2 | $ 268.22 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 100.1 | $ 20,975.96 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 118.6 | $ 18,526.51 |
| Alan Harkatz | Tax Associate | 2 | Integrated Audit | $150.80 | 1.5 | $ 226.20 |
| Jian Hui Lee | Advisory Associate | 2 | Integrated Audit | $317.50 | 4.0 | $ 1,270.00 |
| Sameer Kamble | Advisory Associate | 1 | Integrated Audit | $317.50 | 0.8 | $ 254.00 |
| Phillip Crosby | Audit Associate | 3 | Integrated Audit | $175.26 | 20.0 | $ 3,505.20 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 44.4 | $ 5,469.64 |
| Ryan Boyle | Audit Associate | <1 | Integrated Audit | $153.67 | 33.8 | $ 5,194.05 |
| Shawn Mcneilly | Audit Associate | 1 | Integrated Audit | $123.19 | 132.9 | $ 16,371.95 |
| | | TOTAL | | | 621.4 | $ 140,957.85 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  George Baccash** | | |
| 8/4/2009 | 2.0 | Tax LEAN Call |
| 8/7/2009 | 1.0 | Review database and sign off; review German Step up memo |
| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
| | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/3/2009 | 0.5 | Compose email regarding risk |
| 8/7/2009 | 1.5 | Review of risk and planning documentation |
| 8/5/2009 | 1.0 | discussion with D. Sands (PwC) and review of planning materials |
| 8/26/2009 | 0.7 | follow-up with IT  testing plans |

| | | |
|---|---|---|
| **3.7** | **Total Grace Integrated Audit Charged Hours** | |

| | | |
|---|---|---|
| **3.7** | **Total Hours** | |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Thomas Smith**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/2/2009 | 0.5 | Review of WR Grace bankruptcy update reports #192-193 |
| 8/3/2009 | 1.8 | Review draft of second quarter Form 10-Q |
| 8/3/2009 | 0.7 | Discuss issues related to second quarter with J. Bray (PwC) |
| 8/4/2009 | 0.7 | Meet with Fred Festa (Grace) to discuss second quarter financial results |
| 8/4/2009 | 0.6 | Meet with H. LaForce (Grace) to discuss status of exit financing |
| 8/4/2009 | 2.1 | Review draft of second quarter Form 10-Q |
| 8/4/2009 | 1.2 | Audit team meeting to discuss 404 planning - J. Bray,A. Garleb, L. Keorlet, P.Katsyak (all PwC) |
| 8/4/2009 | 0.4 | Research related to auditor assistance with due diligence requirements for exit financing |
| 8/5/2009 | 1.5 | Review of audit workpapers for second quarter review |
| 8/6/2009 | 0.4 | Conference call with B.Kenney (Grace) and J. Bray (PwC) regarding statutory audit fees |
| 8/6/2009 | 0.6 | Audit committee conference call regarding second quarter |
| 8/10/2009 | 1.5 | Meeting with team to update on status of audit and quarter review- J. Bray, A. Garleb, L. Keorlet (all PwC) |
| 8/11/2009 | 0.5 | Review of Valuation Resources Diagnostic tool for 2009 audit planning |
| 8/13/2009 | 1.2 | Meeting with team to update on status of audit and quarter review- J. Bray,A. Garleb, L. Keorlet (all PwC) |
| 8/13/2009 | 0.3 | Review of planning materials for 2009 audit |
| 8/24/2009 | 0.6 | Research related to auditor assistance with due diligence requirements for exit financing |
| 8/24/2009 | 0.4 | Discussion with B. Dockman (Grace) regarding underwriter due diligence request |
| 8/24/2009 | 0.5 | Discussion with B.Dockman and H.LaForce (both Grace) regarding September audit committee meeting |
| 8/26/2009 | 1.3 | Conference call with PwC Dubai to discuss audit issues |
| 8/26/2009 | 0.7 | Review of tax services performed by PwC India for purposes of audit committee review |
| 8/27/2009 | 0.5 | Conference call with E. Bull, B. Dockman and D. Michael (all Grace) regarding accounting matter in Dubai |
| 8/28/2009 | 0.5 | Review of WR Grace bankruptcy update reports #194 |
| 8/31/2009 | 0.8 | Conference call with J. Bray, A. Garleb, L. Keorlet (all PwC) to discuss planning materials |
| 8/31/2009 | 0.2 | Review of planning materials for 2009 audit |

|  | 19.5 | **Total Grace Integrated Audit Charged Hours** |
|--|------|-----------------------------------------------|

|  | 19.5 | **Total Hours** |
|--|------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Tom McGuinness**

| 8/14/2009 | 1.0 | Audit engagement Consultation at National Office regarding the application of hedge accounting |
|-----------|-----|--------------------------------------------------------------------------------|

| | 1.0 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|-----------------------------------------------|

| | 1.0 | **Total Hours** |
|--|-----|----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Jennifer Mak** | | |
| 8/14/2009 | 4.0 | Audit engagement team consults with Jennifer Mak (PwC) at National Office regarding the application of hedge accounting |
| 8/18/2009 | 2.0 | Audit engagement team consults with Jennifer Mak (PwC) at National Office regarding the application of hedge accounting |
| 8/20/2009 | 1.5 | Audit engagement team consults with Jennifer Mak (PwC) at National Office regarding the application of hedge accounting |
| 8/21/2009 | 0.3 | Audit engagement team consults with Jennifer Mak (PwC) at National Office regarding the application of hedge accounting |

| | | |
|---|---|---|
| 7.8 | **Total Grace Integrated Audit Charged Hours** | |
| 7.8 | **Total Hours** | |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: David Sands**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/18/2009 | 0.4 | planning discussion with P. Crosby (PwC) |
| 8/26/2009 | 0.2 | ASM Review with P. Crosby and B. Czajkowski (both PwC) |
| 8/13/2009 | 3.2 | Discussion of international instructions with J. Bray, L. Keorlet, A. Garleb (all PwC), drafting instruction responses to foreign teams and review of revised planning |
| 8/19/2009 | 0.3 | Review and guidance on Interim work |
| 8/28/2009 | 1.4 | Review and guidance on Interim work |

| | |
|---|---|
| **5.5** | **Total Grace Integrated Audit Charged Hours** |
| **5.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Joanna Own**

| | | |
|------|------|------------------------------------------------------------------|
| 8/3/2009 | 0.5 | Final review of Q2 international tax files |
| 8/4/2009 | 0.5 | Review 10Q disclosures for accuracy |
| 8/15/2009 | 0.7 | Begin to transition Grace tax work to new team lead, discuss 2009 planning |
| 8/24/2009 | 0.3 | Transition Grace tax work to new team lead, discuss 2009 planning |

| | |
|------|---------------------------------------------|
| 2.0 | **Total Grace Integrated Audit Charged Hours** |
| 2.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Justin Bray**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 8/3/2009 | 2.9 | Review of 10-Q |
| 8/3/2009 | 1.4 | Call with T Smith (PwC), A Garleb (PwC), L Keorlet (PwC) |
| 8/3/2009 | 0.3 | Call with T Smith (PwC) |
| 8/3/2009 | 0.2 | Review of accounting for ART JV |
| 8/3/2009 | 0.3 | Coordination with international teams |
| 8/3/2009 | 1.6 | Review of quarterly review documentation |
| 8/3/2009 | 0.3 | Call with B Dockman (Grace) |
| 8/3/2009 | 0.6 | Call with B Dockman (Grace), V Leo (Grace), K Geung (PwC) |
| 8/3/2009 | 0.8 | Review of significant matters |
| 8/4/2009 | 0.5 | Meeting with B Dockman (Grace), T Dyer (Grace) and A Garleb (PwC) |
| 8/4/2009 | 0.3 | Review of accounting for ART JV |
| 8/4/2009 | 1.2 | Coordination with international teams |
| 8/4/2009 | 0.5 | Meeting with F Festa (Grace) and T Smith (PwC) |
| 8/4/2009 | 1.2 | Meeting with H La Force (Grace) and T Smith (PwC) |
| 8/4/2009 | 0.1 | Meeting with L Breaux (Grace) |
| 8/4/2009 | 0.2 | Meeting with T Dyer (Grace) |
| 8/4/2009 | 0.4 | Call with J Own (PwC) |
| 8/4/2009 | 0.5 | Meeting with Grace LEAN team for Income Tax LEAN Week event |
| 8/4/2009 | 1.6 | Meeting with T Smith (PwC) |
| 8/4/2009 | 1.9 | Meeting with L Keorlet (PwC), T Smith (PwC), P Katsiak (PwC) |
| 8/5/2009 | 0.6 | Coordination with international teams |
| 8/5/2009 | 0.2 | Call with T Smith (PwC) |
| 8/5/2009 | 0.1 | Call with L Breaux (Grace) |
| 8/5/2009 | 0.2 | Call with B Dockman (Grace) and G Young (Grace) regarding project Lynx |
| 8/5/2009 | 2.7 | Review of quarterly review documentation |
| 8/6/2009 | 0.6 | Audit Committee meeting |
| 8/6/2009 | 0.7 | Call with the UK statutory audit team |
| 8/6/2009 | 0.4 | Call with B Kenny (Grace) and T Smith (PwC) |
| 8/6/2009 | 0.1 | Call with T Smith (PwC) |
| 8/6/2009 | 0.1 | Meeting with E Bull (Grace) |
| 8/6/2009 | 0.7 | Meeting with L Keorlet (PwC) |
| 8/6/2009 | 3.3 | Review of quarterly review documentation |
| 8/7/2009 | 1.1 | Call with L Breaux (Grace), K Blood (Grace), L Keorlet (Pw) and other members in Grace finance / accounting regarding hedge accounting |
| 8/7/2009 | 0.3 | Call with K Blood (Grace) regarding hedge accounting |
| 8/7/2009 | 0.4 | Call with L Keorlet (PwC) |
| 8/7/2009 | 0.9 | Research accounting guidance regarding hedge accounting |
| 8/7/2009 | 1.8 | Review of quarterly review documentation |
| 8/10/2009 | 1.6 | Call with L Keorlet (PwC), A Garleb (PwC), T Smith (PwC) |
| 8/10/2009 | 0.6 | Call with K Blood (Grace) regarding hedge accounting |
| 8/10/2009 | 0.4 | Call with M Brown (Grace) |
| 8/10/2009 | 0.8 | Coordination with international teams |
| 8/10/2009 | 0.7 | Review of planning documentation |
| 8/10/2009 | 0.4 | Research internal guidance regarding the exit financing |
| 8/11/2009 | 0.9 | Meeting with M Brown (Grace) |
| 8/11/2009 | 0.3 | Meeting with L Keorlet (PwC), A Garleb (PwC) |
| 8/11/2009 | 0.2 | Call with A Garleb (PwC) and K Geung (PwC) |
| 8/11/2009 | 0.5 | 50%Travel time from office to Grace (roundtrip) for meeting |
| 8/11/2009 | 0.6 | Research accounting guidance regarding hedge accounting |
| 8/12/2009 | 0.5 | Call with L Breaux (Grace), K Blood (Grace), L Keorlet (Pw) and other members in Grace finance / accounting regarding hedge accounting |
| 8/12/2009 | 0.3 | Call with M Solak (PwC) regarding hedge accounting |
| 8/12/2009 | 1.1 | Research accounting guidance regarding hedge accounting |
| 8/12/2009 | 0.3 | Call with L Keorlet (PwC), A Garleb (PwC), D Sands (PwC), P Crosby (PwC) |
| 8/12/2009 | 0.2 | Call with L Keorlet (PwC) regarding hedge accounting |
| 8/12/2009 | 1.2 | Coordination with international teams |
| 8/13/2009 | 2.4 | Coordination with international teams |

| 8/13/2009 | 1.6 | Call with T Smith (PwC), A Garleb (PwC), L Keorlet (PwC) |
| 8/17/2009 | 1.3 | Coordination with international teams |
| 8/17/2009 | 1.4 | Research accounting guidance regarding hedge accounting |
| 8/17/2009 | 1.6 | Call with J Mak (PwC) regarding hedge accounting |
| 8/24/2009 | 1.2 | Research accounting guidance regarding hedge accounting |
| 8/24/2009 | 2.7 | Review of status of planning and other significant matters |
| 8/24/2009 | 0.3 | 50% Travel time from office to Grace (roundtrip) for meeting |
| 8/24/2009 | 0.2 | Call with B Dockman (Grace) regarding discussions with potential lenders |
| 8/24/2009 | 1.3 | Research internal guidance regarding the exit financing |
| 8/24/2009 | 0.6 | Meeting with B Dockman (Grace), T Smith (PwC) |
| 8/25/2009 | 0.6 | Call with PwC France engagement team |
| 8/25/2009 | 0.9 | Coordination with international teams |
| 8/25/2009 | 0.8 | Review of planning documentation |
| 8/26/2009 | 0.8 | Call with PwC UAE engagement team |
| 8/26/2009 | 0.1 | Call with PwC France engagement team |
| 8/26/2009 | 1.0 | Meeting with T Puglisi (Grace), B Dockman (Grace), L Keorlet (PwC), A Garleb (PwC) |
| 8/26/2009 | 0.4 | Coordination with international teams |
| 8/26/2009 | 0.3 | Meeting with B Dockman (Grace) |
| 8/26/2009 | 0.2 | Meeting with E Bull (Grace) |
| 8/26/2009 | 2.4 | Review of status of planning and other significant matters |
| 8/27/2009 | 0.7 | Call with B Dockman (Grace), E Bull (Grace), and T Smith (PwC) |
| 8/27/2009 | 0.9 | Coordination with international teams |
| 8/27/2009 | 0.3 | Call with T Smith (PwC) |
| 8/28/2009 | 1.1 | Review of status of planning and other significant matters |
| 8/31/2009 | 1.0 | Call with T Smith (PwC), A Garleb (PwC), L Keorlet (PwC) |
| 8/31/2009 | 1.6 | Coordination with international teams |
| 8/31/2009 | 1.8 | Preparation of materials for Audit Committee meeting |
| 8/31/2009 | 0.8 | Review of status of planning activities |

**71.9**    **Total Grace Integrated Audit Charged Hours**

**71.9**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Mark Solak** | | |
| 8/12/2009 | 0.5 | Consultation around FX hedging with J. Bray (PwC) |

| | 0.5 | **Total Grace Integrated Audit Charged Hours** |
|--|------|------------------------------------------------|
| | 0.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Richard Quek** | | |
| 8/11/2009 | **0.5** | Supervision and review of valuation report for the financial derivative valuation audit work |

| | 0.5 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|----------------------------------------|
| | 0.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Jacqueline Calvo**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/4/2009 | 0.7 | Discussion with Joanna Own, PwC, regarding ETR and 10-Q |
| 8/5/2009 | 0.5 | Review of Quarterly Memo |
| 8/6/2009 | 2.0 | Review of Database documents - ETR - UTP- Memo |
| 8/7/2009 | 0.7 | Finalization of database for sign offs |

| | | |
|------|-------|--------------------------------|
| **3.9** | | **Total Grace Integrated Audit Charged Hours** |
| **3.9** | | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Alison Garleb**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/3/2009 | 2.7 | Read 10-Q |
| 8/3/2009 | 1.9 | Review scoping documents |
| 8/3/2009 | 1.0 | Discuss 10-Q comments with T. Smith, J. Bray, and L. Keorlet (all PwC) |
| 8/3/2009 | 0.6 | Review quarter procedures |
| 8/3/2009 | 0.6 | Review and discuss quarter procedures with L. Keorlet (PwC) |
| 8/4/2009 | 0.5 | Discuss the ART transaction with B. Dockman and T. Dyer (Grace) and J. Bray (PwC) |
| 8/5/2009 | 1.3 | Review quarter procedures |
| 8/5/2009 | 0.1 | Read and respond to Grace emails |
| 8/10/2009 | 0.2 | Read and respond to Grace emails |
| 8/10/2009 | 0.8 | Discuss audit status with J. Bray and L. Keorlet (PwC) |
| 8/10/2009 | 0.2 | Review valuation documentation |
| 8/10/2009 | 1.8 | Discuss audit status with T. Smith, J. Bray, and L. Keorlet (all PwC) |
| 8/10/2009 | 1.0 | Prepare fee information to include in audit committee presentation |
| 8/11/2009 | 0.7 | Prepare and discuss with J. Bray and K. Geung (both PwC) fee information to include in audit committee presentation |
| 8/11/2009 | 0.3 | Discuss shared service centers with J. Bray and L. Keorlet (both PwC) |
| 8/12/2009 | 0.2 | Prepare fee information to include in audit committee presentation |
| 8/12/2009 | 0.3 | Discuss IT audit approach with J. Bray, L. Keorlet, D. Sands, and P. Crosby (all PwC) |
| 8/13/2009 | 0.2 | Discuss audit status with L. Keorlet (PwC) |
| 8/13/2009 | 0.7 | Prepare fee information to include in audit committee presentation |
| 8/13/2009 | 2.5 | Discuss fees and audit committee materials with T. Smith, J. Bray, and L. Keorlet (all PwC) |
| 8/13/2009 | 0.2 | Discuss legal letters with T. Smith, J. Bray, and L. Keorlet (all PwC) |
| 8/13/2009 | 0.2 | Discuss valuation with T. Smith, J. Bray, and L. Keorlet (all PwC) |
| 8/13/2009 | 0.8 | Read and respond to Grace emails |
| 8/17/2009 | 0.3 | Discuss client relationship matrix with L. Keorlet (PwC) |
| 8/17/2009 | 0.4 | Discuss fee information to include in audit committee materials with P. Barkley (PwC) |
| 8/18/2009 | 0.3 | Prepare fee information to include in audit committee presentation |
| 8/18/2009 | 0.1 | Discuss audit planning with L. Keorlet (PwC) |
| 8/18/2009 | 1.5 | Read and respond to Grace emails |
| 8/18/2009 | 0.3 | Review summary of REACH |
| 8/19/2009 | 0.4 | Read and respond to Grace emails |
| 8/19/2009 | 1.7 | Review scoping documents |
| 8/19/2009 | 1.2 | Prepare fee information to include in audit committee presentation |
| 8/19/2009 | 0.3 | Review and discuss scoping with L. Keorlet (PwC) |
| 8/19/2009 | 0.4 | Review audit planning documentation |
| 8/19/2009 | 0.3 | Review documents on Project Lynx |
| 8/19/2009 | 0.3 | Review documents on Revelaris |
| 8/19/2009 | 0.1 | Work on audit committee materials |
| 8/21/2009 | 0.5 | Read and respond to Grace emails |
| 8/23/2009 | 1.5 | Review Fraud Risk Assessment Memo |
| 8/23/2009 | 0.5 | Read Grace business overview |
| 8/24/2009 | 0.4 | Read and respond to Grace emails |
| 8/24/2009 | 0.3 | Discuss audit status with L. Keorlet (PwC) |
| 8/24/2009 | 0.5 | Read documents about REACH |
| 8/24/2009 | 0.6 | Read Grace 2008 annual report |
| 8/24/2009 | 0.4 | Read Grace 2008 10-K |
| 8/25/2009 | 0.3 | Read and respond to Grace emails |
| 8/25/2009 | 1.1 | Read Grace 2008 10-K |
| 8/26/2009 | 0.5 | Discuss audit status with L. Keorlet and P. Katsiak (both PwC) |
| 8/26/2009 | 0.9 | Discuss audit status with J. Bray (PwC) |

| | | |
|---|---|---|
| 8/26/2009 | 1.1 | Attend Accounting and Reporting meeting with J. Bray and L. Keorlet (both PwC) and B. Dockman and T. Puglisi (both Grace) |
| 8/26/2009 | 0.6 | Discuss audit status with L. Keorlet (PwC) |
| 8/26/2009 | 1.0 | Discuss Fraud Risk Assessment Memo with L. Keorlet and P. Katsiak (both PwC) |
| 8/26/2009 | 0.6 | Discuss audit fees with J. Bray (PwC) |
| 8/26/2009 | 0.8 | Perform research on Grace issues |
| 8/31/2009 | 1.1 | Review Grace relationship matrix |
| 8/31/2009 | 0.5 | Read and respond to Grace emails |
| 8/31/2009 | 1.2 | Discuss Grace relationship matrix with T. Smith, J. Bray, and L. Keorlet (all PwC) |

**40.8**   **Total Grace Integrated Audit Charged Hours**

**40.8**   **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name:  Brett Czajkowski** | | |
| 8/24/2009 | 1.4 | Budget revision and planning updates based on July 31 meeting held with CIO |
| 8/24/2009 | 0.5 | Review of testing approach and internal audit status |
| 8/31/2009 | 0.4 | Review of current status and approach to staffing with P. Crosby (PwC) |
| 8/31/2009 | 1.7 | Discussion of pre-outsourcing ITGC results with P. Crosby (PwC) |
| | **4.0** | **Total Grace Integrated Audit Charged Hours** |
| | **4.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Karen Geung**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/3/2009 | 0.5 | I met with Justin Bray, PwC Manager; Victor Leo, Grace; and Bill Dockman, Grace; to discuss the accounting over the CereTech Investment |
| 8/5/2009 | 0.7 | I finalized the documentation surrounding the accounting over the CereTech Investment |

| | 1.2 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|----|
| | 1.2 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 8/3/2009 | 0.2 | Review quarter status and update audit control tool |
| 8/3/2009 | 0.2 | Review quarter interest expense analytic |
| 8/3/2009 | 0.6 | Respond to pension follow up requests for Q2 review |
| 8/3/2009 | 0.4 | Discuss review status with team (A.Garleb, PwC then N.Johnson, PwC) |
| 8/3/2009 | 0.3 | Review earnings per share work for second quarter |
| 8/3/2009 | 0.1 | Review liquidity step for second quarter |
| 8/3/2009 | 1.5 | Prepare for and attend call to discuss 10Q comments and quarterly status |
| 8/3/2009 | 0.9 | Discuss footnotes with K.Blood (Grace) and review guidance |
| 8/3/2009 | 0.2 | Inquire of P.Katsiak (PwC) as to Curtis Bay 404 progress |
| 8/3/2009 | 0.4 | Review information on Project Lynx deal |
| 8/3/2009 | 0.5 | Discuss 404 scoping with P.Katsiak (PwC) |
| 8/3/2009 | 0.5 | Review J.Bray (PwC) 10Q comments |
| 8/3/2009 | 0.6 | Call with T.Smith (PwC) to discuss footnote 7 of 10Q |
| 8/3/2009 | 0.3 | Finalize documentation of hedging step for 10Q references |
| 8/4/2009 | 1.4 | Review scoping schedule, make edits and discuss with P.Katsiak (PwC) in preparation for meeting |
| 8/4/2009 | 1.2 | Discuss 10Q schedules with T.Smith (PwC) and follow up on details |
| 8/4/2009 | 1.0 | Prepare for and attend tax lean event planning call with T.Dyer (Grace), J.Bray (PwC), K.Franks (Grace), T.Puglisi (Grace) and tax team members |
| 8/4/2009 | 0.4 | Follow up and document independence procedures step |
| 8/4/2009 | 0.4 | Review incentive compensation documentation and discuss with N.Johnson (PwC) |
| 8/4/2009 | 0.3 | Discuss reconciliation questions with N.Johnson (PwC) relating to tax numbers |
| 8/4/2009 | 0.2 | Follow up on status of journal entry step |
| 8/4/2009 | 0.2 | Discuss 404 trip plan for Chicago |
| 8/4/2009 | 2.5 | Prepare for and attend internal team meetings on year end scoping and planning |
| 8/4/2009 | 0.1 | Finalize ART review for second quarter |
| 8/4/2009 | 0.3 | Update audit control tool |
| 8/4/2009 | 0.2 | Meet with T.Puglisi (Grace) to discuss status |
| 8/4/2009 | 1.3 | Respond to 10Q comments |
| 8/5/2009 | 0.2 | Follow up with E.Bull (Grace) for contact in Vietnam |
| 8/5/2009 | 0.5 | Update review reports and letters and obtain sign off from T. Smith (PwC) |
| 8/5/2009 | 0.2 | Discuss incentive compensation review with N.Johnson (PwC) |
| 8/5/2009 | 0.2 | Review cash flow documentation |
| 8/5/2009 | 0.2 | Complete step to summarize adjustments booked by management |
| 8/5/2009 | 0.5 | Discuss unadjusted differences with P.Katsiak (PwC) and review documentation |
| 8/5/2009 | 0.5 | Assist S.McNeilly (PwC) with footnote 2 tie out |
| 8/5/2009 | 0.2 | Schedule hedging meeting with Grace staff |
| 8/5/2009 | 0.3 | Review write off memo for Curtis Bay |
| 8/6/2009 | 0.8 | Discuss statutory audits and follow up on questions |
| 8/6/2009 | 0.4 | Update contract documentation and discuss with J.Bray (PwC) |
| 8/6/2009 | 0.6 | Meet with T. Puglisi (Grace) to discuss 10Q comments |
| 8/6/2009 | 1.5 | Finalize response to 10Q comments and document |
| 8/6/2009 | 0.3 | Finalize documentation of consolidated balance sheet fluctuations |
| 8/6/2009 | 0.4 | Review foreign currency testing documentation |
| 8/6/2009 | 0.4 | Finalize review of Davison inquiry steps |
| 8/6/2009 | 0.2 | Follow up and complete investments review note |
| 8/6/2009 | 0.2 | Finalize review of earnings per share work |
| 8/7/2009 | 0.2 | Follow up with T.Puglisi (Grace) on quarter completion steps |
| 8/7/2009 | 0.2 | Review 10Q step documentation |
| 8/7/2009 | 0.3 | Review press release documentation |
| 8/7/2009 | 1.1 | Attend meeting with Grace staff led by H.LaForce (Grace) |
| 8/7/2009 | 1.2 | Attend call on hedging process with K.Blood, L.Breaux, S.Caslin, H.Janes (all Grace) and J.Bray (PwC) |

| | | |
|---|---|---|
| 8/7/2009 | 1.2 | Research hedging requirements and discuss further with K.Blood (Grace) and J.Bray (PwC) |
| 8/10/2009 | 0.6 | Call with J.Bray & A.Garleb (PwC) to discuss overall audit status |
| 8/10/2009 | 1.8 | Prepare for and attend call to discuss overall audit status and planning with J.Bray, A.Garleb and T.Smith (all PwC) |
| 8/10/2009 | 1.2 | Prepare for and attend call with K.Blood (Grace) and J.Bray (PwC) to discuss hedge accounting |
| 8/10/2009 | 0.7 | Complete valuation guide for audit |
| 8/10/2009 | 0.4 | Email L.Breaux and V.Leo to discuss site visit selections and finalize inventory observation plan |
| 8/10/2009 | 0.6 | Follow up with tax team on 2009 progress to date and plan |
| 8/10/2009 | 0.2 | Coordinate meeting on statutory audit data for systems team |
| 8/10/2009 | 0.2 | Review guidance related to income tax planning and Grace year end audit |
| 8/11/2009 | 1.8 | Prepare for and attend meeting with Grace Internal Audit department on 404 test work |
| 8/11/2009 | 1.2 | Prepare for and attend meeting with J.Bray (PwC) and M.Brown (Grace) on Grace centers of excellence |
| 8/11/2009 | 0.3 | Pull together Darex figures for K.Geung (PwC) |
| 8/11/2009 | 0.3 | Email systems team on 2009 plan |
| 8/11/2009 | 0.2 | Discuss completion of Valuation Resource Diagnostics with A.Garleb (PwC) |
| 8/11/2009 | 0.8 | Discuss Valuation Resource Diagnostic with T.Smith (PwC) and update |
| 8/11/2009 | 2.8 | Review Canadian dollar hedging documentation and email notes to J.Bray (PwC) |
| 8/12/2009 | 1.0 | Create 2009 ART plans |
| 8/12/2009 | 0.2 | Follow up with E.Bull (Grace) for contact in Vietnam |
| 8/12/2009 | 1.5 | Discuss hedging program with J.Bray (PwC) and then on a call including J.Bray (PwC) and K. Blood (Grace) |
| 8/12/2009 | 0.4 | Plan for and attend systems coordination call with A.Garleb, D.Sands, P.Crosby, and J.Bray (all PwC) |
| 8/12/2009 | 1.9 | Draft 2009 audit committee presentation for September |
| 8/13/2009 | 2.6 | Prepare for and attend call with J.Bray, A.Garleb, T.Smith (all PwC) |
| 8/13/2009 | 0.9 | Follow up on status of Grace legal letters for D.Armstrong (Grace) |
| 8/13/2009 | 1.1 | Draft assessment of competency and objectivity of finance loan staff |
| 8/13/2009 | 0.6 | Draft 2009 audit committee presentation for September |
| 8/13/2009 | 0.5 | Read and edit statutory audit email for J.Bray (PwC) |
| 8/13/2009 | 0.3 | Finalize audit valuation resource diagnostic |
| 8/14/2009 | 2.2 | Discuss Canadian hedge program with J.Bray (PwC) then K.Blood (Grace) |
| 8/14/2009 | 0.2 | Obtain approvals to submit valuation files |
| 8/14/2009 | 0.2 | Follow up with D.Armstrong (Grace) on legal letter requests |
| 8/14/2009 | 0.4 | Update international location listing and 2009 information |
| 8/17/2009 | 0.2 | Email capital asset management files to D.Anderson (Grace) to coordinate walkthrough |
| 8/17/2009 | 0.2 | Discuss capital asset management process flow with D.Anderson (Grace) |
| 8/17/2009 | 0.8 | Complete step "Understand and evaluate component auditors and determine involvement in their work - Group Engagement Teams only" |
| 8/17/2009 | 0.4 | Update international location listing and 2009 information |
| 8/17/2009 | 1.2 | Update 404 2009 project plan |
| 8/17/2009 | 0.2 | Document valuation resource diagnostic in database |
| 8/17/2009 | 0.3 | Plan for 2009 tax lean event |
| 8/17/2009 | 0.3 | Email B.Dockman (Grace) with question on hydroprocessing business |
| 8/18/2009 | 0.2 | Email D.Anderson (Grace) on GL Close coordination |
| 8/18/2009 | 0.2 | Email D.Anderson (Grace) on Capital Asset Management documentation |
| 8/18/2009 | 0.3 | Review request from systems team to run reports |
| 8/18/2009 | 0.2 | Discuss meeting plan with E.Bull (Grace) |
| 8/18/2009 | 0.6 | Review Summary Plan & Results for 2009 audit - Revenue & Receivables |
| 8/18/2009 | 0.4 | Review Summary Plan & Results for 2009 audit - Purchasing & Payables |
| 8/18/2009 | 0.5 | Review Summary Plan & Results for 2009 audit - Treasury |
| 8/18/2009 | 0.3 | Review Summary Plan & Results for 2009 audit - Property Plant & Equipment |
| 8/19/2009 | 0.7 | Review Summary Plan & Results for 2009 audit - Inventory |
| 8/19/2009 | 1.0 | Run reports in system for controls testing |
| 8/19/2009 | 0.3 | Follow up on tax lean process planning |
| 8/19/2009 | 0.3 | Review Summary Plan & Results for 2009 audit - Goodwill |
| 8/19/2009 | 0.4 | Review Summary Plan & Results for 2009 audit - Financing |
| 8/19/2009 | 0.5 | Review Summary Plan & Results for 2009 audit - Financial Instruments |
| 8/19/2009 | 0.2 | Review Summary Plan & Results for 2009 audit - Payroll |
| 8/19/2009 | 0.6 | Review Summary Plan & Results for 2009 audit - Benefits |
| 8/19/2009 | 0.3 | Review Summary Plan & Results for 2009 audit - Stock Compensation |
| 8/19/2009 | 2.5 | Update Audit Committee presentation draft and proposals |
| 8/19/2009 | 0.2 | Review Reveleris information |

| 8/20/2009 | 1.7 | Update Fraud Risk Assessment memo for 2009 plans |
| 8/20/2009 | 1.3 | Discuss Grace hedging questions for Canadian forwards with J.Mak (PwC) |
| 8/20/2009 | 0.5 | reviewing the requirements for emergence financing call |
| 8/21/2009 | 0.6 | Research FASB Codification for Grace questions |
| 8/21/2009 | 0.9 | Follow up with J.Bray (PwC) on Canadian forwards discussion and review guidance |
| 8/23/2009 | 0.2 | Coordinate hedging meeting with K.Blood (Grace) |
| 8/24/2009 | 2.0 | Discuss Grace status with T.Smith & J.Bray (Grace) |
| 8/24/2009 | 1.2 | Draft 404 project plan for 2009 |
| 8/24/2009 | 1.4 | Prepare for and attend meeting on Canadian forwards with K.Blood (Grace) |
| 8/24/2009 | 0.6 | Document sample hedging entries for Grace reference |
| 8/24/2009 | 0.8 | Update international location listing and 2009 information |
| | | |
| 8/25/2009 | 0.7 | Call with J.Bray (PwC) and France audit team to discuss statutory audit and review related emails |
| 8/25/2009 | 0.9 | Create agenda for upcoming Accounting & Reporting meeting with management |
| 8/25/2009 | 0.3 | Review systems team project plan |
| 8/25/2009 | 0.8 | Meet with P.Katsiak (PwC) to discuss 404 project plan |
| 8/25/2009 | 0.8 | Meet with P.Katsiak (PwC) to discuss quarterly review results |
| 8/25/2009 | 0.5 | Meet with P.Katsiak (PwC) to discuss summary plan and result comments |
| 8/25/2009 | 0.6 | Review agenda for Internal Audit meeting and prepare for meeting |
| 8/25/2009 | 0.4 | Email statutory audit teams for status updates |
| 8/26/2009 | 1.2 | Prepare for and attend internal audit coordination meeting with P.Katsiak (PwC) and Grace internal audit department |
| 8/26/2009 | 1.4 | Prepare for and attend Accounting & Reporting meeting with A.Garleb & J.Bray (PwC) and T.Puglisi and B.Dockman (Grace) |
| 8/26/2009 | 2.2 | Review stock compensation guidance related to earnings per share and attend meeting with P.Katsiak (PwC) and T.Dyer, K.Franks, J.McElhenney (all Grace) |
| | | |
| 8/26/2009 | 0.9 | Meet with A.Garleb and P.Katsiak (both PwC) to discuss Fraud Risk Assessment memo comments |
| 8/26/2009 | 1.9 | Draft relationships and client issues document |
| 8/26/2009 | 0.4 | Discuss Grace issues and status with J.Bray (PwC) |
| 8/27/2009 | 0.2 | Consider key risks for Audit Strategy Memo |
| 8/27/2009 | 3.5 | Perform detailed review over Audit Strategy Memo and provide comments to P.Katsiak (PwC) |
| 8/27/2009 | 0.4 | Review W.R. Grace Bankruptcy News, Issue No. 194 |
| 8/27/2009 | 0.4 | Compose final 404 tracking tool |
| 8/28/2009 | 1.0 | Draft relationships and client issues document |
| 8/28/2009 | 0.5 | Review guidance related to Chemical Facility Anti-Terrorism Standards (CFATS) and determine appropriate Grace contact |
| | | |
| 8/31/2009 | 1.5 | Draft relationships and client issues document and discuss with T.Smith, J.Bray and A.Garleb (PwC) |

| 100.1 | **Total Grace Integrated Audit Charged Hours** |

| 100.1 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 8/3/2009 | 6.8 | Meeting with various individuals at Curtis Bay Plant to determine if the walkthroughs will need to be performed. |
| 8/3/2009 | 0.9 | Meeting with E. Henry (Grace) to discuss the changes to the Sales Order Processing process for Credit and Collections, Columbia Davison and Darex |
| 8/3/2009 | 0.8 | Sending information to A. Son (Grace) for the documentation of the walkthrough for Sales Order Processing |
| 8/3/2009 | 0.7 | Sending information to J. Stewart (Grace) for the documentation of the walkthrough for Credit and Collections |
| 8/3/2009 | 0.6 | Sending request for support to L. Anton (Grace) for sales order processing testing |
| 8/4/2009 | 2.1 | Internal meeting with the engagement team to discuss various planning aspects (including inventories, controls testing and other). Present: L. Keorlet, J. Bray, A. Garleb and T. Smith - all PwC. |
| 8/4/2009 | 1.9 | Prepare the final controls testing scoping schedule (includes review of heat map from internal audit, comments from PwC team and formatting) |
| 8/4/2009 | 0.3 | Follow up with T. Puglsis (Grace) regarding consolidated fluctuation analysis |
| 8/4/2009 | 0.7 | Sending Management Representation letter to T. Puglisi (Grace) |
| 8/4/2009 | 1.1 | Completing documentation of the foreign exchange hedge testing |
| 8/4/2009 | 2.5 | Completing documentation of the disclosure checklist |
| 8/4/2009 | 1.4 | Documenting summary of aggregated deficiencies |
| 8/4/2009 | 1.0 | Performing the tie out of the 10-Q |
| 8/5/2009 | 1.2 | Call with T. Smith (PwC) to discuss the comments on the Divestment Reserves documentation |
| 8/5/2009 | 0.7 | Making edits to the Divestment Reserve documentation |
| 8/5/2009 | 1.1 | Documenting subsequent event procedures |
| 8/5/2009 | 1.6 | Meeting with N. Johnson and S. McNeill (both PwC) to discuss the plan for controls testing and the guidance for the work to be performed |
| 8/5/2009 | 3.1 | Documenting summary of unadjusted differences and out of period adjustments |
| 8/5/2009 | 0.4 | Follow up with M. Joy (Grace) regarding open questions on the journal entries explanations |
| 8/5/2009 | 0.8 | Discussing with N. Johnson (PwC) the documentation for the audit approach of the Management Discussion and Analysis portion of the 10-Q |
| 8/5/2009 | 1.1 | Performing the tie out of the 10-Q (MD&A section) |
| 8/6/2009 | 1.3 | Conference call with W. Mickle (Grace) to discuss the sales order processing for Darex |
| 8/6/2009 | 1.2 | Completing the documentation of the consolidated analytics |
| 8/6/2009 | 2.1 | Documentation fraud inquiry and journal entries testing |
| 8/6/2009 | 0.8 | Communication with N. Johnson (PwC) regarding open questions in the various steps of the quarterly review |
| 8/6/2009 | 1.0 | Performing the tie out of the 10-Q (Taxes) |
| 8/7/2009 | 0.9 | Completing the documentation of the step " Obtain Client Representations" |
| 8/7/2009 | 0.8 | Following up with N. Filatova (Grace) regarding the specialized inventory accounting |
| 8/7/2009 | 2.8 | Preparing and sending request lists to Chicago plants for controls testing |
| 8/14/2009 | 0.9 | Communicating with K. Johnson and S. McNeill (Both PwC) to provide further guidance on the controls testing plan |
| 8/17/2009 | 0.8 | Meeting with T. Hunter (Grace) to discuss the status of the support for Chicago 51st |
| 8/17/2009 | 3.3 | Testing controls for Chicago 51st Sales Order Processing |
| 8/17/2009 | 1.2 | Guiding/Advising S. Caslin (Grace) on the documentation of the walkthrough for Chicago 51st Sales Order processing |
| 8/17/2009 | 2.7 | Documenting Chicago 51st Sales Order Processing |
| 8/18/2009 | 0.8 | Meeting with D. Deacon (Grace) to discuss the status of the support for Chicago 71st |
| 8/18/2009 | 3.1 | Testing controls for Chicago 71st Inventory |
| 8/18/2009 | 0.9 | Guiding/Advising J. Day (Grace) on the documentation of the walkthrough for Chicago 71st Inventory |
| 8/18/2009 | 3.2 | Documenting Chicago 71st Inventory |
| 8/19/2009 | 0.5 | Meeting with R. Heintz (Grace) to discuss the status of the support for Chicago 65th |
| 8/19/2009 | 3.3 | Testing controls for Chicago 65th Inventory |

| | | |
|---|---|---|
| 8/19/2009 | 0.5 | Guiding/Advising J. Day (Grace) on the documentation of the walkthrough for Chicago 65th Inventory |
| 8/19/2009 | 3.7 | Documenting Chicago 65th Inventory |
| 8/20/2009 | 2.8 | Finalizing documentation for Chicago 51st |
| 8/20/2009 | 1.3 | Following up with various Grace contacts on the documentation for the walkthroughs for Chicago sites |
| 8/20/2009 | 1.9 | Preparing update testing plans/putting together update testing PBC lists |
| 8/21/2009 | 0.9 | Call with S. McNeilly (PwC) to discuss the status of the open items for 404 testing |
| 8/21/2009 | 1.0 | Meeting with P. Crosby (PwC) to discuss various planning items |
| 8/21/2009 | 2.1 | Putting together PBC list for Cambridge, MA site visit |
| 8/24/2009 | 2.6 | Finalizing PBC list for Cambridge, MA site/submitting the requests to various individuals at the site |
| 8/24/2009 | 0.9 | Follow up with internal audit regarding the changes to the planned schedule for Lake Charles plant |
| 8/24/2009 | 1.5 | Following up with various Grace contacts on the documentation for the walkthroughs for Chicago sites |
| 8/25/2009 | 0.2 | Meeting with L. Keorlet (PwC) to discuss the 404 and Q2 budget and make projections for Q3 and other revisions |
| 8/25/2009 | 0.5 | Meeting with S. McNeilly (PwC) to discuss the upcoming revised plan/schedule for controls testing and prepare for the trip to Lake Charles plant |
| 8/25/2009 | 0.8 | Preparing budget analysis for 404 |
| 8/25/2009 | 1.1 | Preparing budget analysis for Q2 (projection of the Q3 time) |
| 8/25/2009 | 1.1 | Meeting with L. Keorlet (PwC) to discuss summary plant and results for year-end audit |
| 8/25/2009 | 1.3 | Preparing and submitting the agenda for the meeting with Internal Audit |
| 8/25/2009 | 0.7 | Updating summary of aggregated deficiencies |
| 8/25/2009 | 1.1 | Meeting with Internal Audit to discuss the upcoming plan for Cambridge, MA |
| 8/25/2009 | 3.2 | Making edits to the summary of plan and results for year-end audit planning |
| 8/26/2009 | 1.2 | Status meeting with Internal Audit, present: L. Keorlet (PwC), E. Bull (Grace), E. Henry (Grace) and other Internal audit team members |
| 8/26/2009 | 1.3 | Meeting to discuss the new calculation of the earnings per share; present from Grace - T. Dyer, K. Franks and T. Puglisi, from PwC - L. Keorlet |
| 8/26/2009 | 6.5 | Making edits to the summary of plan and results for year-end audit planning |
| 8/27/2009 | 0.7 | Reviewing the documentation of the walkthrough/update inquiry for Chicago 71st |
| 8/27/2009 | 0.6 | Reviewing the documentation of the walkthrough/update inquiry for Chicago 51st |
| 8/27/2009 | 0.5 | Reviewing the documentation of the walkthrough/update inquiry for Chicago 65th |
| 8/27/2009 | 0.8 | Reviewing the documentation of the walkthrough/update inquiry for Curtis Bay |
| 8/27/2009 | 0.7 | Reviewing the documentation of the walkthrough/update inquiry for Davison Credit and Collections |
| 8/27/2009 | 0.7 | Reviewing the documentation of the walkthrough/update inquiry for Sales Order Processing |
| 8/28/2009 | 5.2 | Testing and documenting the work performed for controls over Davison Sales Order Processing |
| 8/28/2009 | 0.2 | Follow up with J. Day (Grace) regarding the documentation of Chicago 65th |
| 8/28/2009 | 0.3 | Follow up with A. Son (Grace) regarding the documentation of Davison Sales Order Processing |
| 8/28/2009 | 1.3 | Meeting with N. Filatova (Grace) to follow up on addition of controls for specialized inventory accounting |
| 8/31/2009 | 1.5 | Meeting with J. Mac (Grace) to discuss the plan and schedule for meetings with various individuals at Cambridge, MA |
| 8/31/2009 | 1.1 | Meeting with V. Leo (Grace) to discuss the 404 plan for GCP |
| 8/31/2009 | 4.4 | Preparing controls matrices for various processes at Cambridge, MA |

| | |
|---|---|
| **118.6** | **Total Grace Integrated Audit Charged Hours** |
| **118.6** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Alan Harkatz**

| | | |
|------|-------|--------------------------------|
| 8/4/2009 | 1.0 | Organized documentation in order to upload files to database |
| 8/6/2009 | 0.5 | Analyzed and reconciled numbers in the 10Q |

| | | |
|------|-------|--------------------------------|
| | 1.5 | **Total Grace Integrated Audit Charged Hours** |
| | 1.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Jian Lee**

| 8/4/2009 | 4.0 | FX Forward Valuation |
|------|-------|----------------------------------|

| | 4.0 | **Total Grace Integrated Audit Charged Hours** |
|------|-------|----------------------------------|

| | 4.0 | **Total Hours** |
|------|-------|----------------------------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Sameer Kamble** | | |
| 8/4/2009 | 0.5 | marked to market valuation for six currency forwards sent to valuation team by audit team |
| 8/12/2009 | 0.3 | prepared memo for valuation of six currency forwards |

| | | |
|------|-------|--------------------------------|
| | 0.8 | **Total Grace Integrated Audit Charged Hours** |
| | 0.8 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Phillip Crosby**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/10/2009 | 0.5 | Pre-outsourcing controls testing planning |
| 8/11/2009 | 1.6 | Pre-outsourcing controls testing planning |
| 8/12/2009 | 1.0 | Pre-outsourcing controls template development |
| 8/13/2009 | 0.5 | Pre-outsourcing testing discussion with Ryan Boyle (PwC) |
| 8/17/2009 | 0.4 | Pre Outsourcing requests |
| 8/18/2009 | 2.6 | Grace ITGC requests coordination, ITGC testing/support |
| 8/19/2009 | 2.2 | ITGC Controls testing support, requests/coordination with client |
| 8/19/2009 | 0.5 | SAP Sec/CM 2008 review/meeting prep |
| 8/19/2009 | 0.7 | SAP Security/CM Walkthrough meeting with Srini Vanga (Grace), Ryan Boyle (PwC) |
| 8/20/2009 | 0.4 | SOD Analysis discussion/meeting setup with Srini Vanga (Grace) |
| 8/20/2009 | 0.8 | ITGC testing support, post-outsourcing testing template setup |
| 8/21/2009 | 1.2 | Grace Fin Reporting Risk Assessment |
| 8/21/2009 | 0.8 | Meeting with Pavel Katsiak (PwC) - Automated controls, key reports/spreadsheets |
| 8/24/2009 | 0.7 | SOD Risk Analysis tool walkthrough - Srini Vanga (Grace), Frank laperriere (Grace), Ed Lerstad (Grace), Ryan Boyle (PwC) |
| 8/24/2009 | 0.3 | SOD Risk analysis tool discussion with Ryan Boyle (PwC) |
| 8/24/2009 | 0.5 | Grace Pre-outsourcing controls review |
| 8/25/2009 | 0.2 | SOD Risk Analysis discussion with Srini Vanga (Grace) |
| 8/25/2009 | 0.3 | Pre Outsourcing controls discussion/status check with Ryan Boyle (PwC) |
| 8/26/2009 | 0.3 | SOD Risk Analysis discussion with Barb Summerson (Grace) |
| 8/26/2009 | 0.2 | Grace ASM Review |
| 8/28/2009 | 1.0 | SPA Scoping memo documentation |
| 8/31/2009 | 0.8 | Pre-outsourcing controls testing review |
| 8/31/2009 | 0.4 | Review of current status and approach to staffing with B. Czajkowski (PwC) |
| 8/31/2009 | 1.7 | Discussion of pre-outsourcing ITGC results with B. Czajkowski (PwC) |
| 8/31/2009 | 0.4 | SOD risk analysis discussion with Srini Vanga (Grace), Barb Summerson (Grace) |

**20.0**    **Total Grace Integrated Audit Charged Hours**

**20.0**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Kristina Johnson**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/3/2009 | 0.1 | Updating the audit control tool. |
| 8/3/2009 | 0.4 | Updating the client documents step for meeting minutes and contracts. |
| 8/3/2009 | 1.5 | Preparing the incentive compensation step and following up on fluxes and variances in spreadsheet and support. |
| 8/4/2009 | 2.3 | Tying out the 10Q and answering questions. |
| 8/4/2009 | 6.3 | Finalizing the press release tie out and documentation in the step. |
| 8/4/2009 | 0.2 | Updating the incentive compensation for review notes. |
| 8/4/2009 | 1.0 | Attending the 404 meeting with P. Katsiak and S. McNeilly (both PwC). |
| 8/4/2009 | 0.2 | Preparing the reconcile interim information step. |
| 8/4/2009 | 0.3 | Preparing the Teamfind actual dates step. |
| 8/5/2009 | 2.3 | Preparing the Shareholders Equity step. |
| 8/5/2009 | 2.6 | Tying out the 10Q and answering questions. |
| 8/5/2009 | 0.7 | Finalizing the press release tie out and documentation in the step. |
| 8/5/2009 | 1.0 | Preparing 404 work for Curtis Bay and following up with the client. |
| 8/5/2009 | 0.6 | Updating the client documents step for meeting minutes and contracts. |
| 8/5/2009 | 0.3 | Updating the core/noncore expense step for review notes. |
| 8/5/2009 | 0.4 | Updating the Chapter 11 expense step for review notes. |
| 8/5/2009 | 0.3 | Updating the incentive compensation step for review notes. |
| 8/6/2009 | 0.5 | 50% Travel to and from client site (Curtis Bay plant) for 404 work. |
| 8/6/2009 | 0.9 | Meeting with Internal Audit and client site personnel, J. Mullen (Grace) for 404 documentation. |
| 8/6/2009 | 4.5 | Tying out the 10Q and preparing the documentation step. |
| 8/7/2009 | 1.5 | Tying out the 10Q and preparing the documentation step. |
| 8/7/2009 | 2.5 | Tying out open items in the footnotes. |
| 8/7/2009 | 1.0 | Following up on open items in the 10Q and documenting the step. |
| 8/18/2009 | 0.5 | Prepare General ledger close testing and coordinating with Internal Audit. |
| 8/18/2009 | 2.9 | Perform testing and documentation of controls testing for Centralized and Polyolefin at Curtis Bay. |
| 8/19/2009 | 1.5 | Preparing the tie out binder and documentation within the step. |
| 8/19/2009 | 3.5 | Tying out the final version of the 10Q. |
| 8/20/2009 | 0.5 | Preparing the tie out binder and documentation within the step. |
| 8/20/2009 | 0.4 | Making requests for Davison General Ledger Close. |
| 8/20/2009 | 0.6 | Following up on open items for Corporate General Ledger Close. |
| 8/20/2009 | 1.6 | Documenting and requesting additional information for centralized inventory at Curtis Bay. |
| 8/20/2009 | 0.5 | Meet with D. Richardson (Grace) for questions on Curtis Bay testing. |
| 8/21/2009 | 1.0 | Documenting and noting open items for centralized inventory testing. |

|  | 44.4 | **Total Grace Integrated Audit Charged Hours** |
|--|------|-----------------------------------------------|

|  | 44.4 | **Total Hours** |
|--|------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Ryan Boyle**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/18/2009 | 4.0 | Creation of ITGC pre-outsourcing Controls Matrix for 2009 ITGC testing |
| 8/18/2009 | 1.8 | Excel data filtering and manipulation of HR-provided Terminations list in order to make compatible with the USR02 PRD table |
| 8/18/2009 | 0.9 | Review of '08 Controls Description, testing and documentation of PwC's understanding of the Grace ITGC environment |
| 8/19/2009 | 0.8 | Review of database Admin List and Testing to verify access is restricted to 'super users' only |
| 8/19/2009 | 1.5 | Review of Firefighter Access log for the Global System Staff. Selection of FF sample for testing. |
| 8/19/2009 | 1.6 | Examination of Firefighter Access log report for evidence of review by the Applications Development and Security Manager. Inspection to ensure the provided reasons for access were documented and valid. |
| 8/19/2009 | 0.7 | Meeting covering SAP Security/Change Management with Phillip Crosby (PwC) and Srinivasa Vanga (Grace) |
| 8/19/2009 | 1.6 | Update ITGC pre-outsourcing controls matrix with documentation of control design review and testing procedures and results. |
| 8/20/2009 | 1.2 | Review and documentation of PwC's understanding of the Grace Procedures documents pulled from the Grace portal |
| 8/20/2009 | 1.4 | Sorting and data filtering of USR02 table, as well as the sorting and filtering the listing of all created and modified user IDs in 2009. Selection of random samples for testing for both created user IDs in 2009 and modified user IDs in 2009. |
| 8/20/2009 | 0.5 | Review and documentation of PwC's understanding of Grace's Internal Audit SoD testing |
| 8/20/2009 | 3.4 | Creation of post-outsourcing template, including 18 total controls to be testing by PwC; addition of control descriptions and control test plans |
| 8/21/2009 | 1.8 | Terminations testing of to determine any employees that might still have access into the PRD environment |
| 8/24/2009 | 1.0 | Review of Grace's IT controls relating to computer operations, SAP security, and Change Management procedures |
| 8/24/2009 | 0.6 | Testing of control 5.4 - the Production Direct Unlock Form |
| 8/24/2009 | 0.7 | Discussion with Phillip Crosby (PwC) and Srinivasa Vanga (Grace) Frank Laperriere (Grace) and Ed Lerstad (Grace), covering SoD Risk Analysis |
| 8/24/2009 | 0.3 | SoD Risk Analysis tool discussion with Phillip Crosby (PwC) |
| 8/24/2009 | 0.6 | Documentation of results of testing to determine if any terminated employees could potentially be listed on the USR02 table of active users |
| 8/24/2009 | 1.5 | Testing of all new and modified user IDs for verification of proper Access Request forms and approvals |
| 8/24/2009 | 0.5 | Update ITGC pre-outsourcing controls matrix to reflect the controls design review regarding the SoD Risk Analysis and Access Enforcer policy per discussion with Srinivasa Vanga (Grace) |
| 8/24/2009 | 0.4 | Update ITGC pre-outsourcing controls matrix to reflect testing results of new/modified user access |
| 8/26/2009 | 0.9 | Testing of Emergency ID User Access reports for 5 weekly samples |
| 8/27/2009 | 0.3 | Discussion with Phillip Crosby (PwC) of pre-outsourcing controls, specifically Grace's SoD control and Internal Audit involvement |
| 8/27/2009 | 1.4 | Update ITGC pre-outsourcing controls matrix SoD control with information gathered from discussion with Phillip Crosby (PwC) regarding Internal Audit's role in the SAP User Admin Process; develop SoD control test plan |
| 8/29/2009 | 4.4 | Updating, editing, and formatting of the 2009 Database to reflect all pre-outsourcing control descriptions, testing procedures, and workpaper documentation |

| | | |
|------|-------|--------------------------------|
| | **33.8** | **Total Grace Integrated Audit Charged Hours** |
| | **33.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Shawn Mcneilly**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/3/2009 | 2.9 | Performing walkthrough procedures on site at Curtis Bay with P. Katsiak (PwC), and Grace Internal Audit team members Tamer Mohamed (IA) and Derek Richardson (IA). Walkthrough procedures for the processes of FCC and Poly. |
| 8/3/2009 | 3.1 | Performing walkthrough procedures on site at Curtis Bay with P. Katsiak (PwC), and Grace Internal Audit team members Tamer Mohamed (IA) and Derek Richardson (IA). Walkthough procedures for the processes of Hydro and Silica. |
| 8/3/2009 | 1.5 | Updating documentation for the walkthrough procedures performed for FCC and Poly. |
| 8/3/2009 | 2.5 | Updating documentation for the walkthrough procedures performed for Hydro and Silica. |
| 8/4/2009 | 3.5 | Performing the tie out of FN 3 to the financial statements. |
| 8/4/2009 | 3.1 | Performing the tie out of FN 2 to the financial statements. |
| 8/4/2009 | 3.9 | Performing the tie out of "Consolidated Statements of Operations, Consolidated Balance Sheet, Consolidated Statement of Shareholder's Equity, & Consolidated Statement of Comprehensive Income." |
| 8/5/2009 | 3.6 | Performing the tie out of "Consolidated Statements of Operations, Consolidated Balance Sheet, Consolidated Statement of Shareholder's Equity, & Consolidated Statement of Comprehensive Income." |
| 8/5/2009 | 2.1 | Performing the tie out of FN 4, 5, & 6 to the financial statements. |
| 8/5/2009 | 2.7 | Performing the tie out of FN 2 & 3 to the financial statements. |
| 8/5/2009 | 1.6 | Attending the 404 meeting with Nicole Johnson, PwC & Pavel Katsiak, PwC, to discuss control testing and receive guidance on proceeding. |
| 8/6/2009 | 3.2 | Performing the tie out of "Consolidated Statements of Operations, Consolidated Balance Sheet, Consolidated Statement of Shareholder's Equity, & Consolidated Statement of Comprehensive Income." |
| 8/6/2009 | 3.3 | Performing the tie out of FN 10, 13, 16, & 17 to the financial statements. |
| 8/6/2009 | 2.5 | Scanning of all FN's to ensure proper and adequate completion. |
| 8/7/2009 | 3.0 | Performing the tie out of the various footnotes to the financial statements |
| 8/7/2009 | 0.5 | Preparing PBC list for 404 walkthroughs for week of 8/10 originally |
| 8/7/2009 | 1.9 | Completing documentation of 404 testing for Curtis Bay site. |
| 8/18/2009 | 1.0 | Review documentation provided by client and perform control testing for Curtis Bay- Hydro. |
| 8/19/2009 | 3.5 | Review documentation provided by client and perform control testing for Curtis Bay process - Silica. |
| 8/19/2009 | 2.2 | Review documentation provided by client and perform control testing for Curtis Bay process - FCC. |
| 8/19/2009 | 2.3 | Review Documentation provided by client and perform control testing for Curtis Bay process - Hydro. |
| 8/20/2009 | 1.8 | On site at Curtis Bay to gather / request further supporting documentation for control testing for Hydro, and FCC. |
| 8/20/2009 | 1.5 | On site at Curtis Bay to gather / request further supporting documentation for control testing for Silica. |
| 8/20/2009 | 2.1 | Review documentation provided by client and perform control testing for Curtis Bay process - Silica. |
| 8/20/2009 | 2.6 | Review documentation provided by client and perform control testing for Curtis Bay process - FCC. |

| | | |
|---|---|---|
| 8/21/2009 | 3.4 | Review documentation provided by client and perform control testing for Curtis Bay process - FCC: (Goods Receipts, Goods Issued) |
| 8/21/2009 | 0.7 | Create Provided By Client (PBC) lists for Credit and Collections lists for Columbia, MD. |
| 8/21/2009 | 1.1 | Review documentation and create Provided By Client (PBC) lists for Capital Assets Management (CAM) for Columbia, MD. |
| 8/21/2009 | 1.9 | Review Documentation provided by client and perform control testing for Curtis Bay process - Hydro. |
| 8/21/2009 | 0.9 | Call with Pavel Katsiak (PwC) to discuss the status of the open items for 404 testing. |
| 8/24/2009 | 0.8 | Review Prior Year Documentation and add-on to the Provided By Client (PBC) lists for Credit and Collections, Columbia, MD. - Email to Larry Marchman, WR Grace. |
| 8/24/2009 | 1.4 | Meeting and discussion with Larry Marchman (Grace) about Credit and Collections processes. |
| 8/24/2009 | 1.4 | Review documentation provided by client contact Larry Marchman (Grace) for Credit & Collections. |
| 8/24/2009 | 3.3 | Update documentation for Credit & Collections. |
| 8/24/2009 | 2.6 | Set up Control Testing Spreadsheet for Capital Assets Management, Columbia, MD. |
| 8/25/2009 | 1.6 | Create files of Lake Charles Prior Year Documentation for Walkthroughs and Control Testing Support and email to Edward Henry, WR Grace IA for all processes to be tested at Lake Charles, LA during the week of August 31, 2009: Accounts Payable, Sales-Order Processing, Inventory, Capital Assets Management, and Procurement. |
| 8/25/2009 | 3.6 | Create Lake Charles PBC and email to Jennifer Couste, Plant Controller, Grace, Lake Charles, LA |
| 8/25/2009 | 1.0 | Meeting and discussion with Joe Bahorich (Grace) about Capital Assets Management processes. |
| 8/25/2009 | 2.3 | Review documentation provided by client and update control testing for Capital Assets Management - Columbia, MD. |
| 8/25/2009 | 0.5 | Meeting and discussion with Pavel Katsiak (PwC) regarding upcoming trip to Lake Charles and testing of controls and walkthrough. |
| 8/26/2009 | 1.3 | Meet and discuss ECCS Process with Kevin Blaney, WR Grace. |
| 8/26/2009 | 2.2 | Review prior year documentation and testing for Financial Reporting. |
| 8/26/2009 | 2.4 | Review Financial Reporting Processes noting significant changes and impact upon controls. |
| 8/26/2009 | 0.4 | Follow up questions with Joe Bahorich (Grace) for Capital Assets Management for Columbia, MD. |
| 8/26/2009 | 2.7 | Review documentation received for PBC lists for ECCS and update testing. |
| 8/27/2009 | 2.2 | Walkthrough ECCS process with Kevin Blaney (Grace) to obtain FX rates from Treasury for SAP / ECCS process. |
| 8/27/2009 | 2.3 | Walkthrough ECCS process with Kevin Blaney (Grace) to upload FX rates into SAP / ECCS. |
| 8/27/2009 | 2.3 | Work on documentation and control testing spreadsheets for Financial Reporting. |
| 8/27/2009 | 2.2 | Set up Control Testing Spreadsheets for Financial Reporting for Columbia, MD. |
| 8/28/2009 | 1.1 | Finish Provided By Client (PBC) lists for Financial Reporting. |
| 8/28/2009 | 3.2 | Update documentation and control testing for Financial Reporting |
| 8/28/2009 | 1.2 | Review documentation provided by Jennifer Couste (Grace) for Lake Charles, MD for Inventory. |
| 8/28/2009 | 1.0 | Discuss walkthrough testing with Ed Henry and Kristy Chen (both Grace) for upcoming week of testing at Lake Charles, LA. |
| 8/30/2009 | 1.5 | Set up Control Testing Matrix and Walkthrough Matrix for Accounts Payable, Lake Charles, LA. |
| 8/30/2009 | 3.9 | Set up Control Testing Spreadsheets for Accounts Payable, Lake Charles, LA. |

| | | |
|---|---|---|
| 8/30/2009 | 0.8 | Set up Control Testing Spreadsheets for Capital Assets Management for Lake Charles, LA. |
| 8/30/2009 | 0.7 | Set up Control Testing Spreadsheets for Procurement for Lake Charles, LA. |
| 8/30/2009 | 0.8 | Set up Control Testing Spreadsheets for Inventory for Lake Charles, LA. |
| 8/30/2009 | 0.8 | Set up Control Testing Spreadsheets for Sales Order Processing for Lake Charles, LA. |
| 8/31/2009 | 2.3 | Perform walkthrough for process 8.1 for Accounts Payable at Lake Charles, LA with Michele Blessing, Accounts Payable Manager, Grace. |
| 8/31/2009 | 3.2 | Perform walkthrough for process 8.2 for Accounts Payable at Lake Charles, LA with Michele Blessing, Accounts Payable Manager, Grace. |
| 8/31/2009 | 2.1 | Perform walkthrough for process 8.3 for Accounts Payable at Lake Charles, LA with Michele Blessing, Accounts Payable Manager, Grace. |
| 8/31/2009 | 3.9 | Update walkthrough matrix documentation for Accounts Payable at Lake Charles, LA based upon discussions with Michele Blessing, Accounts Payable Manager, Grace, for processes 8.1-8.3. |

**132.9**  **Total Grace Integrated Audit Charged Hours**

**132.9**  **Total Hours**