# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended August 31, 2009

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Tom Smith | Integrated Audit | 8/24/2009 | $ 38.50 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile) |
| | Integrated Audit | 8/4/2009 | $ 38.50 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile) |
| George Baccash | Integrated Audit | 8/2/2009 | $ 38.50 | | | | Mileage from Plantation to Boca Raton & Back (70 excess miles * 0.55 per mile) |
| Justin Bray | Integrated Audit | 8/4/2009 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 8/6/2009 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 8/11/2009 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 8/24/2009 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 8/26/2009 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Alison Garteb | Integrated Audit | 8/3/2009 | $ 22.00 | | | | I went first to the office and then to Grace on this day, so this is for the full mileage to Grace (40 miles * $.55 rate). |
| | Integrated Audit | 8/10/2009 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 8/11/2009 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 8/13/2009 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 8/17/2009 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 8/18/2009 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 8/19/2009 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 8/26/2009 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| Kristina Johnson | Integrated Audit | 8/3/2009 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 8/4/2009 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 8/5/2009 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 8/6/2009 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 8/7/2009 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 8/6/2009 | $ 27.50 | | | | 50 miles from client site in Columbia to Curtis Bay plant and back = 50 * .55=27.50 |
| | Integrated Audit | 8/18/2009 | $ 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 8/20/2009 | $ 36.85 | | | | 85 miles to the Tysons office and then to and from client - 18 miles normal commute to the office = 67 miles every day excess * .55=36.85 |
| Pavel Katsiak | Integrated Audit | 8/3/2009 | $ 29.04 | | | | Mileage in excess over regular commute of 52.8 miles round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/4/2009 | $ 29.04 | | | | Mileage in excess over regular commute of 52.8 miles round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/5/2009 | $ 29.04 | | | | Mileage in excess over regular commute of 52.8 miles round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/6/2009 | $ 29.04 | | | | Mileage in excess over regular commute of 52.8 miles round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/7/2009 | $ 29.04 | | | | Mileage in excess over regular commute of 52.8 miles round trip from Arlington, VA to Columbia, MD |
| Phillip Crosby | Integrated Audit | 8/31/2009 | $ 40.70 | | | | Mileage to Grace in excess of normal commute: 37 miles (74 round trip) * .55 cents per mile - mileage reimbursement |
| Melissa Noel | Integrated Audit | 8/9/2009 | | | $ 13.67 | | charge to overnight mail monthly fee application |
| | Integrated Audit | 8/25/2009 | | | $ 20.91 | | charge to mail Darex package |
| **Summary** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 779.83 | $ 745.25 | . | $ 34.58 | . | |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended August 31, 2009

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Tom Smith | 8/24/09 | Audit Partner | $ 38.50 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile) |
| | 8/4/09 | Audit Partner | $ 38.50 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.55 per mile) |
| | | | $ 77.00 | |
| George Baccash | 8/2/09 | Tax Senior Associate | $38.50 | Mileage from Plantation to Baca Raton & Back (70 excess miles * 0.55 per mile) |
| | | | $ 38.50 | |
| Justin Bray | 8/4/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 8/6/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 8/11/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 8/24/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 8/26/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | | | $ 115.50 | |
| Alison Garleb | 8/3/09 | Audit Senior Associate | $ 22.00 | I went first to the office and then to Grace on this day, so this is for the full mileage to Grace (40 miles * $.55 rate) |
| | 8/10/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 8/11/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 8/13/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 8/17/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 8/18/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 8/19/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 8/26/09 | Audit Senior Associate | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | | | $ 52.80 | |
| Kristina Johnson | 8/3/09 | Audit Associate | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 8/4/09 | Audit Associate | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 8/5/09 | Audit Associate | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 8/6/09 | Audit Associate | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 8/7/09 | Audit Associate | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 8/6/09 | Audit Associate | $ 27.50 | 50 miles from client site in Columbia to Curtis Bay plant and back = 50 * .55=27.50 |
| | 8/18/09 | Audit Associate | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 8/20/09 | Audit Associate | $ 36.85 | 85 miles to the Tysons office and then to and from client - 18 miles normal commute to the office = 67 miles every day excess * .55=36.85 |
| | | | $ 275.55 | |
| Pavel Katsiak | 8/3/09 | Audit Associate | $ 29.04 | Mileage in excess over regular commute of 52.8 miles round trip from Arlington, VA to Columbia, MD |
| | 8/4/09 | Audit Associate | $ 29.04 | Mileage in excess over regular commute of 52.8 miles round trip from Arlington, VA to Columbia, MD |
| | 8/5/09 | Audit Associate | $ 29.04 | Mileage in excess over regular commute of 52.8 miles round trip from Arlington, VA to Columbia, MD |
| | 8/6/09 | Audit Associate | $ 29.04 | Mileage in excess over regular commute of 52.8 miles round trip from Arlington, VA to Columbia, MD |
| | 8/7/09 | Audit Associate | $ 29.04 | Mileage in excess over regular commute of 52.8 miles round trip from Arlington, VA to Columbia, MD |

| Name | Date | Title | Amount | Description |
|---|---|---|---|---|
| | | | $ 145.20 | |
| Phillip Crosby | 8/31/09 | Audit Associate | $ 40.70 | Mileage to Grace in excess of normal commute: 37 miles (74 round trip) * .55 cents per mile - mileage reimbursement |
| | | | $ 40.70 | |
| Melissa Noel | 8/9/2009 | Project Team Specialist | $ 13.67 | charge to overnight mail monthly fee application |
| | 8/25/2009 | Project Team Specialist | $ 20.91 | charge to mail Darex package |
| | | | $ 34.58 | |
| | | | $ 779.83 | |