# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044
  **EIN:** 65–0773649

                 **Chapter:** 11

W.R. Grace & Co., et al.

  **EIN:** 65–0773649           *Case No*.: 01–01139–JKF

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

   A transcript of the proceeding held on 9/17/2009 was filed on 10/20/2009 . The following deadlines apply:

   The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/10/2009 .

   If a request for redaction is filed, the redacted transcript is due 11/20/2009 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1/18/2010 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

                                                                Clerk of Court

Date: 10/20/09

(ntc)