IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Related Docket Nos. 19581, 19620<br><br>Confirmation Hearing: Commencing Sept. 8, 2009 at 9:00 a.m. |

### STIPULATION FOR ADMISSION OF CERTAIN ARROWOOD INDEMNITY COMPANY INSURANCE POLICIES

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Arrowood Indemnity Company and counsel for Libby Claimants that Arrowood will not object to the admission into evidence of certain Arrowood Indemnity Company Policies ("Arrowood Policies") contained on the CD rom attached as hereto as Appendix A, subject to the following limitations:

1) The Arrowood Policies are not the original policies; rather, they are policies reconstructed pursuant to a settlement agreement between Arrowood and Debtors;

2) The Arrowood Policies are being admitted into evidence solely for purposes of Plan Confirmation; and

3) The Arrowood Policies shall be treated as Confidential Information, subject to the terms and conditions of the Protective Order Regarding Confidentiality of Insurance and Certain Other Confirmation Discovery (D.I. 21671).

Dated: October 13, 2009
       Wilmington, Delaware

NY1:1791672.1
3743575.1

By: /s/ Mark Kun

John F. Lacey, Esq.
LAW OFFICES OF
McGARVEY, HEBERLING,
SULLIVAN & McGARVEY, P.C.
745 South Main Kalispell
Montana 59901-5399
(406) 752-5566 Phone
(406) 752-7124 Fax

*Counsel for the Libby Claimants*

By: /s/ G. McDaniel

Garvan F. McDaniel, Esq. (#4167)
BIFFERATO, GENTILOTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900 Phone
(302) 429-8600 Fax

-and-

Tancred Schiavoni, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
(212) 326-2267 Phone
(212) 326-2061 Fax

*Counsel to Arrowood Indemnity
Company, f/k/a Royal Indemnity
Company*

By: /s/ Carl Pernicone

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000 Phone
(212) 490-3038 Fax

-and-