# APPENDIX A

# CONFIDENTIAL SUBJECT TO APRIL 2009 PROTECTIVE ORDER