IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 19, 2009, at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION**
**REGARDING SUMMARY APPLICATION OF THE LAW OFFICES OF**
**JANET S. BAER, P.C. FOR COMPENSATION FOR SERVICES AND**
**REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO**
**W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM**
**AUGUST 1, 2009 THROUGH AUGUST 31, 2009 (DOCKET NO. 23372)**

The undersigned hereby certifies that, as of the date hereof, she has received no

answer, objection or other responsive pleading to the *Summary Application of the Law Offices of*

*Janet S. Baer, P.C. for Compensation for Services and Reimbursement of Expenses as*

*Bankruptcy Counsel to W.R. Grace & Co., et al., for the Monthly Interim Period from*

*August 1, 2009 through August 31, 2009* (the "Application"). The undersigned further certifies

that she has caused the Court's docket in this case to be reviewed and no answer, objection or

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

other responsive pleading to the Application appears thereon. Pursuant to the Application,

objections to the Application were to be filed and served no later than October 19, 2009.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay Janet S. Baer, P.C. $105,750.00, which represents 80% of the fees

($132,187.50), and $3,690.83, which represents 100% of the expenses requested in the

Application for the period July 1, 2009 through July 31, 2009, upon the filing of this

Certification and without the need for entry of a Court order approving the Application.


Dated:  October 20, 2009                    KIRKLAND & ELLIS LLP
                                            David M. Bernick P.C.
                                            200 East Randolph Drive
                                            Chicago, Illinois 60601
                                            Telephone:    (312) 861-2000
                                            Facsimile:    (312) 861-2200

                                            and

                                            PACHULSKI STANG ZIEHL & JONES LLP

                                            Laura Davis Jones (Bar No. 2436)
                                            James E. O'Neill (Bar No. 4042)
                                            Timothy P. Cairns (Bar No. 4228)
                                            Kathleen P. Makowski (Bar No. 3648)
                                            919 N. Market Street, 17th Floor
                                            P.O. Box 8705
                                            Wilmington, Delaware 19899-8705
                                            Telephone:    (302) 652-4100
                                            Facsimile:    (302) 652-4400

                                            Co-Counsel to Debtors and Debtors-in-Possession