# Exhibit C

Exhibit C

# American Society of Appraisers

**ASA Business Valuation Standards**

This release of the approved *ASA Business Valuation Standards* of the American Society of Appraisers contains all standards approved through July 2008, and is to be used in conjunction with the *Uniform Standards of Professional Appraisal Practice* (USPAP) of The Appraisal Foundation and the *Principles of Appraisal Practice and Code of Ethics* of the American Society of Appraisers. Periodic updates to these Standards are posted to the Business Valuation Committee's website www.bvappraisers.org.

The *ASA Business Valuation Standards*, including Statements on Business Valuation Standards, Advisory Opinions and Procedural Guidelines have been published and/or revised as indicated in the following Table of Contents.

## TABLE OF CONTENTS

| Item | Title | Effective Date | Page |
|---|---|---|---|
| GENERAL PREAMBLE | | September 1992<br>Revised January 1994<br>Revised February 2001<br>Revised August 2002<br>Revised January 2004<br>Revised July 2008 | 4 |

**ASA BUSINESS VALUATION STANDARDS (BVS)**
(Standards provide minimum criteria for developing and reporting on the valuation of businesses, business ownership interests, or securities)

| Item | Title | Effective Date | Page |
|---|---|---|---|
| BVS-I | General Requirements for Developing a Business Valuation | January 1992<br>Revised June 1993<br>Revised January 1994<br>Revised January 1996<br>Revised February 2001<br>Revised July 2008 | 5 |
| BVS-II | Financial Statement Adjustments | September 1992<br>Revised January 1994<br>Revised February 2001<br>Revised July 2008 | 8 |
| BVS-III | Asset-Based Approach to Business Valuation | January 1992<br>Revised January 1994<br>Revised February 2001<br>Revised August 2002<br>Revised July 2008 | 9 |

| Item | Title | Effective Date | Page |
|---|---|---|---|
| BVS-IV | Income Approach to Business Valuation | September 1992<br>Revised January 1994<br>Revised February 2001<br>Revised July 2008 | 10 |
| BVS-V | Market Approach to Business Valuation | September 1992<br>Revised January 1994<br>Revised February 2001<br>Revised July 2008 | 12 |
| BVS-VI | Reaching a Conclusion of Value | September 1992<br>Revised January 1994<br>Revised February 2001<br>Revised August 2002<br>Revised July 2008 | 14 |
| BVS-VII | Valuation Discounts and Premiums | January 1996<br>Revised February 2001<br>Revised July 2008 | 16 |
| BVS-VIII | Comprehensive Written Business Valuation Report | June 1991<br>Revised January 1994<br>Revised February 2001<br>Revised July 2008 | 17 |
| BVS-IX | Intangible Asset Valuation | July 2008 | 20 |
| GLOSSARY | | January 1989<br>Revised September 1992<br>Revised June 1993<br>Revised January 1994<br>Revised February 2001<br>Revised June 2002<br>Revised January 2004<br>Revised July 2005<br>Revised July 2008 | 24 |

**STATEMENTS ON ASA BUSINESS VALUATION STANDARDS (SBVS)**
(Statements clarify, interpret, explain, or elaborate on Standards and have the full weight of Standards)

| Item | Title | Effective Date | Page |
|---|---|---|---|
| SBVS-1 | Guideline Public Company Method | January 1992<br>Revised January 1994<br>Revised February 2001<br>Revised July 2001<br>Revised January 2004<br>Revised July 2008 | 33 |
| SBVS-2 | Guideline Transactions Method | January 2004<br>Revised July 2008 | 35 |

| Item | Title | Effective Date | Page |
|---|---|---|---|

**ADVISORY OPINIONS (AO)**
(Advisory Opinions illustrate the applicability of Standards and Statements in specific situations, offer advice for the resolution of valuation issues, and are not binding)

| | | | |
|---|---|---|---|
| AO-1 | Financial Consultation and Advisory Services | February 1997<br>Revised February 2001<br>Revised July 2008 | 37 |

**PROCEDURAL GUIDELINES (PG)**
(Procedural Guidelines suggest certain procedures that may be used in the conduct of an assignment and are not binding)

| | | | |
|---|---|---|---|
| PG-1 | Litigation Support: Role of the Independent Financial Expert | July 2001<br>Revised July 2008 | 38 |

Published by:
Business Valuation Committee
American Society of Appraisers
555 Herndon Parkway, Suite 125
Herndon, VA 20170

ASA Business Valuation Standards
© 2008 American Society of Appraisers

# AMERICAN SOCIETY OF APPRAISERS
## ASA Advisory Opinions

## AO-1 Financial Consultation and Advisory Services

It is the opinion of the Business Valuation Committee that the *ASA Business Valuation Standards* and the *Uniform Standards of Professional Appraisal Practice* of The Appraisal Foundation, as they apply to business valuation issues, are intended to apply to appraisals that are formally developed and presented opinions of value performed as the primary or ultimate objective of an appraisal engagement. These standards are not intended to apply to financial consultation or advisory services where there is no expression of an opinion value, or the primary or ultimate objective is not to express an opinion of value, including but not limited to, fairness opinions, solvency opinions, pricing of securities for public offerings, feasibility studies, transfer pricing studies, lifing studies of intangibles, estate planning or estate tax services, economic damage analysis and quantification, litigation consulting, royalty rate studies for intangibles and similar engagements.