IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**CERTIFICATE OF SERVICE**

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of a copy of the *Opposition Of The Official Committee Of Unsecured Creditors And Bank Lender Group To Debtors' Oral Motion To Exclude Testimony Of Robert J. Frezza* was made on October 22, 2009, upon the individuals identified on the attached Service List in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: October 22, 2009    */s/ Michael R. Lastowski*
       Wilmington, Delaware    Michael R. Lastowski

DM3\1189984.1