THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtors.** | ) | *Re: Docket Nos. 22800, 22827, 23033,* |
| | ) | *22995 and 23260* |
| | | *10/13-14/09 Agenda Item Nos. 5, 7(b)* |
| | | *and 10* |

### CERTIFICATE OF COUNSEL REGARDING ORDERS ON
### PENDING MOTIONS RELATING TO CONFIRMATION MATTERS

1. On October 14, 2009, as part of the Confirmation Hearings in these cases, the parties addressed (i) Plan Proponents' Motion in Limine to Preclude Expert Testimony on Behalf of the Libby Claimants Where the Reliance Materials on Which the Testimony is Based Have Not Been Produced (Docket No. 22827) and (ii) Plan Proponents' Motions to Strike the State of Montana and Anderson Memorial's untimely and/or non conforming deposition designations (Docket Nos. 22995 and 23260).

2. As a result of the agreement of the parties and other matters that had taken place in the Confirmations Hearings, the matters were resolved and the Court requested the Debtors prepare Orders disposing of such motions.

3. On the morning of October 21, 2009, the Debtors circulated to counsel for the Libby Claimants, Arrowood, Anderson Memorial and the State of Montana, drafts orders which they believe correctly reflected the Court's rulings and agreement of the parties on the motions. Counsel for the Libby Claimants responded that forms of the Orders were agreeable to them. Counsel for Anderson, Arrowood and Montana did not respond to the Debtors' inquiry as to the form of the Orders.

4. The Debtors believe that the forms of both Orders attached hereto as Exhibits A and B accurately reflect the rulings of the Court and agreement of the parties and respectfully request entry of the attached two Orders.

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Deanna D. Boll
Citigroup Center
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

*/s/ Kathleen P. Makowski*
PACHULSKI, STANG, ZIEHL & JONES LLP
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*