# EXHIBIT A

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtors.** | ) | Re: Docket No. 22995, 23260 |
| | ) | 10/13-14/09 Agenda Item Nos. 7(b) and 10 |

## ORDER REGARDING PLAN PROPONENTS' MOTIONS TO STRIKE THE STATE OF MONTANA'S AND ANDERSON MEMORIAL HOSPITAL'S UNTIMELY AND/OR NON-CONFORMING DEPOSITION DESIGNATIONS

This matter, having come to be heard on the Plan Proponents' Motions to Strike the State of Montana's and Anderson Memorial Hospital's untimely and/or non conforming deposition designations (the "Motions") (Docket Nos. 22995 and 23260), and the parties being in agreement with respect to how to proceed with this matter,

IT IS HEREBY ORDERED:

1. The Motion is moot as to the State of Montana as it has agreed to withdraw its deposition designations.

2. On October 16, 2009, Anderson provided to the Debtors a chart of the deposition designations it still seeks to admit as evidence in the Confirmation Proceedings. By October 27, 2009, the Debtors shall file a chart containing their objections to the revised designations and any counter-designations and to provide to the Court with a binder of all of the designations which indicates both the testimony designated and the objections.

Dated: October __, 2009

_____
Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge