# EXHIBIT B

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtors.** | ) | Re: Docket No. 22800, 22827, 23033 |
| | ) | 10/13-14/09 Agenda Item No. 5 |

**ORDER REGARDING PLAN PROPONENTS' MOTION IN LIMINE TO PRECLUDE EXPERT TESTIMONY ON BEHALF OF THE LIBBY CLAIMANTS WHERE THE RELIANCE MATERIALS ON WHICH THE TESTIMONY IS BASED HAVE NOT BEEN PRODUCED**

This matter, having come to be heard on the Plan Proponents' *Motion in Limine to Preclude Expert Testimony on Behalf of the Libby Claimants Where the Reliance Materials on Which the Testimony is Based Have Not Been Produced* (the "Motion") (Docket No. 22827), a joinder in the Motion having been filed by Arrowood Indemnity Company (Docket No. 23033) and a Response having been filed by the Libby Claimants (Docket No. 22033), the Court having made certain rulings and having heard certain testimony during the Confirmation Hearing in these cases:

IT IS HEREBY ORDERED:

As a result of the proceedings having taken place during the Confirmation Hearing, this Motion is moot and thus, dismissed.

Dated: October __, 2009

_____
Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge