IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Diane K. Potts, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 22nd day of October, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## CERTIFICATE OF COUNSEL REGARDING ORDERS ON PENDING MOTIONS RELATING TO CONFIRMATION MATTERS

_____
Diane K. Potts

Sworn to and subscribed before
me this 22nd day of October, 2009

_____
Notary Public
My Commission Expires: 03-21-10

VANESSA A. PRESTON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 21, 2010

**W.R. Grace Email Service list of Objecting And Interested Parties**
Case No. 01-1139 (JKF)
Doc. No. 141636
176 – Electronic Delivery


STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
lkruger@stroock.com
kpasquale@stroock.com
akrieger@stroock.com
(Counsel to the Official Committee of Unsecured Creditors)

DUANE MORRIS LLP
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
mlastowski@duanemorris.com
rriley@duanemorris.com
(Delaware Counsel for the GUC's)

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Matthew I. Kramer, Esquire
Greg Horowitz, Esquire
sbaena@bilzin.com
jsakalo@bilzin.com
mkramer@bilzin.com
(Counsel to the PD Committee)

FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
mjoseph@ferryjoseph.com
ttacconelli@ferryjoseph.com
(Delaware counsel for PD Committee)

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov

KATTEN MUCHIN ROSENMAN LLP
Noah Heller, Esquire
Merritt A. Pardini, Esquire
Jeff Friedman, Esquire
noah.heller@kattenlaw.com
merritt.pardini@kattenlaw.com
jeff.friedman@kattenlaw.com
(Counsel to Bank of America etc re RMQ Bond)

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esquire
Jason M. Madron, Esquire
Dana L. Reynolds, Esquire
Marcos Ramos, Esquire
collins@rlf.com
madron@rlf.com
Reynolds@rlf.com
ramos@rlf.com
(Counsel to Bank of America etc.re RMQ Bond)

PEPPER HAMILTON LLP
David M. Fournier, Esquire
James C. Carignan, Esquire
Robert S. Hertzberg, Esquire
Linda J. Casey, Esquire
fournierd@pepperlaw.com
carignanj@pepperlaw.com
hertzbergr@pepperlaw.com
(Counsel to Longacre Master Fund)

caseyl@pepperlaw.com
(Counsel to BNSF)

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
fmonaco@wcsr.com
kmangan@wcsr.com
maward@wcsr.com
(Counsel to State of Montana and The
Crown)

LOWENSTEIN SANDLER PC
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
metkin@lowenstein.com
ilevee@lowenstein.com
(Counsel to the ERISA Plaintiffs)

GILMAN & PASTOR, LLP
David Pastor, Esquire
Dpastor@Gilmanpastor.com
(Counsel to the ERISA Plaintiffs)

SCHIFFRIN BARROWAY TOPAZ &
KESSLER LLP
Joseph H. Meltzer, Esquire
Katherine Bornstein, Esquire
jmeltzer@sbtklaw.com
kbornstein@sbtklaw.com
(Counsel to the ERISA Plaintiffs)

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esquire
Cory D. Kandestin, Esquire
stearn@rlf.com
kandestin@rlf.com
( Delaware counsel to Scotts)

VORYS, SATER, SEYMOUR and PEASE
LLP
Robert J. Sidman Esquire
Tiffany Strelow Cobb, Esquire
rjsidman@vorys.com
tscobb@vorys.com
(Counsel to Scotts)

PEPPER HAMILTON LLP
Evelyn J. Meltzer, Esquire
Edward C. Toole Jr., Esquire
meltzere@pepperlaw.com
toolee@pepperlaw.com
( Counsel to BNSF)

LANDIS RATH & COBB LLP'
Adam G. Landis, Esquire
Rebecca L. Butcher, Esquire
Kerri K. Mumford, Esquire
James S. Green, Jr., Esquire
landis@lrclaw.com
butcher@lrclaw.com
mumford@lrclaw.com
green@lrclaw.com
(Delaware counsel to Libby Claimants and
Pre Petition Lender Group)

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
cohn@cwg11.com
candon@cwg11.com
(Counsel to Libby Claimants)

SMITH, KATZENSTEIN & FURLOW LLP
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire
kmiller@skfdelaware.com
ewolfe@skfdelaware.com
(Delaware Counsel for Kaneb)

FULBRIGHT & JAWORSKI L.L.P.
Steve A. Peirce, Esquire
Toby L. Gerber, Esquire
speirce@fulbright.com
tgerber@fulbright.com
(Counsel to Kaneb)

CONNOLLY BOVE LODGE & HUTZ
LLP
Jeffrey Wisler, Esquire
Marc J. Phillips, Esquire
jwisler@cblh.com
mphillips@cblh.com

(Counsel to Maryland Casualty and Zurich Insurance)

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Gabriella Cellarosi, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com
gcellarosi@eckertseamans.com
( Counsel to Maryland Casualty and Zurich)

ROSENTHAL, MONHAIT, & GODDESS
Edward B. Rosenthal, Esquire
erosenthal@rmgglaw.com
(Counsel to CNA)

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com
(Counsel to CNA)

FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
Elizabeth DeCristofaro, Esquire
Shayne W. Spencer, Esquire
emdecristofaro@FMEW.com
swspencer@FMEW.com
(Counsel to CNA)

WILEY REIN LLP
Richard A. Ifft, Esquire
rifft@wileyrein.com

WHITE AND WILLIAMS LLP
Marc S. Casarino , Esquire
Joseph Gibbons, Esquire
Gregory T. LoCasale, Esquire
James S. Yoder, Esquire
casarinom@whiteandwilliams.com
gibbonsj@whiteandwilliams.com
locasaleg@whiteandwilliams.com
yoderj@whiteandwilliams.com
(Counsel to Century Indemnity Company)

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com
(Counsel to Seaton, One Beacon, GEICO and Commercial Union)

STEVENS & LEE, P.C.
John D. Demmy , Esquire
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
(Counsel to Firemans' Fund)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Stephan J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
sshimshak@paulweiss.com
arosenberg@paulweiss.com
mphillips@paulweiss.com
(Counsel to the Pre Petition Lender Group)

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Elisa Alcabes, Esquire
ppantaleo@stblaw.com
wrussell@stblaw.com
ealcabes@stblaw.com
(Counsel to Travelers Insurance)

COZEN O'CONNOR
William P. Shelley, Esquire
Jacob C. Cohen, Esquire
wshelley@cozen.com
jcohn@cozen.com
(Counsel to Federal Insurance)

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esquire
gmcdaniel@bglawde.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Carl J. Pernicone, Esquire
Catherine Chen, Esquire
carl.pernicone@wilsonelser.com
Catherine.chen@wilsonelser.com
( Counsel to Royal Insurance and Arrowood Indemnity)

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com
(Counsel to the PD FCR)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David Turetsky, Esquire
Greg St. Clair, Esquire
david.turetsky@skadden.com
Greg.Stclair@skadden.com
(Counsel to Sealed Air)

KRAMER LEVIN NAFTALIS & FRANKEL LP
Philip Bentley, Esquire
Douglas Mannal, Esquire
Greg Horowitz, Esquire
David Blabey, Esquire
pbentley@kramerlevin.com
dmannal@kramerlevin.com
ghorowitz@kramerlevin.com
dblabey@kramerlevin.com
(Counsel to the Equity Committee)

STEPTOE & JOHNSON LLP
George R. Calhoun V, Esquire
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig, Esquire
acraig@cuyler.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Debra L. Felder, Esquire
Roger Frankel, Esquire
Mary A. Wallace, Esquire
Richard H. Wyron, Esquire
Jonathan Guy, Esquire
Kathleen Orr, Esquire
Peri Mahaley, Esquire
Joshua Cutler, Esquire
dfelder@orrick.com
rfrankel@orrick.com
mwallace@orrick.com
rwyron@orrick.com
jguy@orrick.com
korr@orrick.com
pmahaley@orrick.com
jcutler@orrick.com
(Counsel to the PI FCR)

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

U.S. DEPARTMENT OF JUSTICE
James Freeman
james.freeman2@usdoj.gov
(Environmental Counsel re Libby)

CAPLAN & DRYSDALE
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
Nathan Finch, Esquire
Elihu Inselbuch, Esquire
Jeffrey A. Liesemer, Esquire
James Wehner, Esquire
Bernie Bailor, Esquire
Walter Slocombe, Esquire
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com
ei@capdale.com
jal@capdale.com
jpw@capdale.com
bsb@capdale.com
wbs@capdale.com
(Counsel to the ACC)

CROWELL & MORING
Mark A. Plevin
Leslie Epley Davis
mplevin@crowell.com
lepley@crowell.com
(Counsel to Firemans' Fund)

WILMERHALE
Nancy L. Manzer, Esquire
nancy.manzer@wilmer.com

ENVIRONMENTAL PROTECTION AGENCY
Andrea Madigan
Madigan.andrea@epa.gov
(Environmental Counsel re Libby)

HOGAN & HARTSON
James P. Ruggeri, Esquire
jpruggeri@hhlaw.com

MCDERMOTT WILL & EMERY
David S. Rosenbloom, Esquire
drosenbloom@mwe.com
(Counsel to Fresenius)

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
Marla R. Eskin, Esquire
mhurford@camlev.com
meskin@camlev.com
(Delaware counsel to the ACC)

O'MELVENY & MYERS LLP
Brad Elias, Esquire
Tancred Schiavoni, Esquire
Gary Svirsky, Esquire
Paul R. Koepff, Esquire
Allen Schwartz, Esquire
belias@omm.com
tschiavoni@omm.com
gsvirsky@omm.com
pkoepff@omm.com
allenschwartz@omm.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

KIRKLAND & ELLIS
David Bernick, Esquire
Lisa G. Esayian, Esquire
Christopher T. Greco, Esquire
Craig A. Bruens, Esquire
Theodore L. Freedman, Esquire
Kimberly Love, Esquire
Barbara Harding, Esquire
Justin S. Brooks, Esquire
Morgan E. Rohrhofer
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com
bharding@kirkland.com
justin.brooks@kirkland.com
mrohrhofer@kirkland.com

PACHULSKI STANG ZIEHL & JONES LLP
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Kathleen P. Makowski, Esquire
Patricia Cuniff, Paralegal
joneill@pszjlaw.com
tcairns@pszjlaw.com
kmakowski@pszjlaw.com
pcuniff@pszjlaw.com

ZUCKERMAN SPAEDER LLP
Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
James Sottile, Esquire
tmacauley@zuckerman.com
vguldi@zuckerman.com
jsottile@zuckerman.com
(Counsel to Equitas)

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis, Esquire
Robert Guttmann, Esquire
rguttmann@zeklaw.com
mdavis@zeklaw.com
(Counsel to AIG and National Union)

JOHN SHEEHAN SPADARO, LLC
John S. Spadaro, Esquire
jspadaro@johnsheehanspadaro.com

MENDES & MOUNT LLP
Alexander Mueller, Esquire
Thomas J. Quinn, Esquire
Eileen McCabe, Esquire
Anna Newsom, Esquire
Carolina Acevedo, Esquire
alexander.mueller@mendes.com
thomas.quinn@mendes.com
eileen.mccabe@mendes.com
anna.newsom@mendes.com
carolina.acevedo@mendes.com
(Counsel to the London Market Companies)

DILWORTH PAXON LLP
Martin J. Weis, Esquire
Anne Marie P. Kelley, Esquire
Scott J. Freedman, Esquire
mweis@dilworthlaw.com
akelley@dilsorthlaw.com
sfreedman@dilworthlaw.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young, Esquire
young@wildman.com
(Counsel to CNA)

SPEIGHTS & RUNYAN LLP
Daniel Speights, Esquire
dspeights@speightsrunyan.com
(Counsel to Anderson Memorial and other PD Claimants)

RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook, Esquire
ewestbrook@rpwb.com
(Counsel to ZAI claimants)

ANDERSON KILL & OLICK P.C.
Robert M. Horkovick, Esquire
rhorkovich@andersonkill.com
(ACC Special Insurance Counsel)

MORRIS, NICHOLAS, ARSHT & TUNNELL LLP
Robert J. Dehney, Esquire
Ann C. Cordo, Esquire
rdehney@mnat.com
acordo@mnat.com

FULBRIGHT & JAWORSKI L.L.P.
Toby L. Gerber, Esquire
tgerber@fulbright.com
(Counsel to Kaneb)

SAUL EWING LLP
Teresa K.D. Currier, Esquire
TCurrier@saul.com

BIFFERATO GENTILOTTI LLC
Ian Connor Bifferato, Esquire
cbifferato@bglawde.com

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr.
jcp@pgslaw.com

THE LAW OFFICES OF JANET S. BAER P. C.
Janet S. Baer, Esquire
jbaer@jsbpc.com

KOZYAK TROPIN & THROCKMORTON, P.A.
David L. Rosendorf, Esquire
John Kozyak, Esquire
drosendorf@kttlaw.com
jk@kttlaw.com
(Counsel to Anderson Memorial)

STICHTER RIEDEL BLAIN & PROSSER, P.A.
Harley E. Riedel, Esquire
hriedel@srbp.com

MESSANA ROSNER & STERN LLP
Frederick B. Rosner, Esquire
(Counsel to General Insurance Co. of America)
frosner@mrs-law.com

SONNENSCHEIN NATH & ROSENTHAL
Robert B. Millner, Esquire
Christopher Prince, Esquire
rmillner@sonnenschein.com
cprince@sonnenschein.com
(Counsel to General Insurance Co. of America)

MORRIS JAMES LLP
Brett Fallon, Esquire
bfallon@morrisjames.com
(Counse to Garlock Sealing Tech)

ROBINSON BRADSHAW & HINSON
Garland S. Cassada, Esquire
Richard C. Worf, Esquire
gcassada@rbh.com
rworf@rbh.com
(Counsel to Garlock Sealing Tech)

NUTTER McCLENNEN & FISH
Peter Nils Baylor, Esquire
pbaylor@nutter.com
(Counsel to Tyco Healthcare)

WILMER HALE
Craig Goldblatt, Esquire
Nancy L. Manzer, Esquire
craig.goldblatt@wilmerhale.com
nancy.manzer@wilmerhale.com
(Counsel to Harford)

STATE OF MICHIGAN
Deborah Benedict Walmeir, Asst Att Gen
waldmeird@michigan.gov
(Counsel to Mich. Dept of Treasure)

Joseph and Helen Parry-Hill
theparryhills@gmail.com
(Claimant)

lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; cohn@cwg11.com; candon@cwg11.com; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cblh.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; gcellarosi@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; ealcabes@stblaw.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden.com; Greg.Stclair@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrankel@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; korr@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com; pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; bharding@kirkland.com; justin.brooks@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; TCurrier@saul.com; cbifferato@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com;mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; allenschwartz@omm.com; frosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com; bfallon@morrisjames.com; gcassada@rbh.com; rworf@rbh.com; pbaylor@nutter.com; craig.goldblatt@wilmerhale.com; nancy.manzer@wilmerhale.com; waldmeird@michigan.gov; theparryhills@gmail.com; mrohrhofer@kirkland.com