IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | Re: Docket No. 23525 |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 26, 2009, AT 10:30 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., two (2) business days before the hearing.**

## CONTINUED MATTERS

1. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

   Related Documents:

   a. [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

   Response Deadline: April 13, 2007, at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a.  Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to November 23, 2009, at 10:30 a.m.

2.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.  [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/24/09] (Docket No. 23120)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.  Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b.  Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d.  Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f.  Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to November 23, 2009, at 10:30 a.m.

3.  Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Related Documents:

a.  [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Response Deadline: July 10, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued to November 23, 2009, at 10:30 a.m.

4. Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

   Related Documents:

   a. [Proposed] Order Granting Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

   b. Brief in Support of Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

   c. [Signed] Modified Order Granting Fireman's Fund Insurance Company's Protective Motion to Shorten Time for Responses to, and Hearing on, Its Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 9/8/09] (Docket No. 23199)

   Response Deadline: September 16, 2009, at 5:00 p.m.

   Responses Received:

   a. Debtors' Brief in Opposition to Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay [Filed: 9/16/09] (Docket No. 23264)

   b. Limited Joinder of the Edwards Claimants in W. R. Grace & Co. et al.'s Brief in Opposition to Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay [Filed: 9/16/09] (Docket No. 23265)

   Status: This matter is continued until November 23, 2009, at 10:30 a.m..

**UNCONTESTED MATTERS:**

5. Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by Presidential Towers Condo fka American [Filed: 8/27/09] (Docket No. 22993)

   Related Documents:

   a. [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by Presidential Towers Condo fka American [Filed: 8/27/09] (Docket No. 22993, Exhibit B)

      b.    Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by Presidential Towers Condo fka American [Filed: 10/19/09] (Docket No. 23524)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

6. Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By St. Joseph's Hospital [Filed: 8/27/09] (Docket No. 22994)

Related Documents:

      a.    [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By St. Joseph's Hospital [Filed: 8/27/09] (Docket No. 22994, Exhibit B)

      b.    Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By St. Joseph's Hospital [Filed: 10/13/09] (Docket No. 23498)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

7. Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Gulf Atlantic Properties, Inc. [Filed: 9/2/09] (Docket No. 23111)

Related Documents:

      a.    [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Gulf Atlantic Properties, Inc. [Filed: 9/2/09] (Docket No. 23111, Exhibit B)

      b.    Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Gulf Atlantic Properties, Inc. [Filed: 10/13/09] (Docket No. 23499)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

8. Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By F.F. Thompson Continuing Case Center, Inc. [Filed: 9/2/09] (Docket No. 23112)

Related Documents:

   a. [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By F.F. Thompson Continuing Case Center, Inc. [Filed: 9/2/09] (Docket No. 23112)

   b. Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By F.F. Thompson Continuing Case Center, Inc. [Filed: 10/13/09] (Docket No. 23500)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

9. Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Olympus 555 Properties LLC [Filed: 9/2/09] (Docket No. 23113)

Related Documents:

   a. [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Olympus 555 Properties LLC [Filed: 9/2/09] (Docket No. 23113, Exhibit B)

   b. Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Olympus 555 Properties LLC [Filed: 10/13/09] (Docket No. 23501)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

10. Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Glen Oak Club [Filed: 9/3/09] (Docket No. 23151)

Related Documents:

a. [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Glen Oak Club [Filed: 9/3/09] (Docket No. 23151)

b. Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Glen Oak Club [Filed: 10/13/09] (Docket No. 23502)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

11. Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Hyatt Corporation [Filed: 9/3/09] (Docket No. 23152)

Related Documents:

a. [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Hyatt Corporation [Filed: 9/3/09] (Docket No. 23152, Exhibit B)

b. Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Hyatt Corporation [Filed: 10/13/09] (Docket No. 23503)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

12. Motion of Debtors' for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Allegheny Center Associates [Filed: 9/4/09] (Docket No. 23174)

Related Documents:

a. [Proposed] Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Allegheny Center Associates [Filed: 9/4/09] (Docket No. 23174, Exhibit B)

b. Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Allegheny Center Associates [Filed: 10/13/09] (Docket No. 23504)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

13. Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Burgdoff Building [Filed: 9/4/09] (Docket No. 23175)

   Related Documents:

   a.   [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Burgdoff Building [Filed: 9/4/09] (Docket No. 23175, Exhibit B)

   b.   Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Burgdoff Building [Filed: 10/13/09] (Docket No. 23505)

   Response Deadline: October 9, 2009, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

14. Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Chicago Historical Society [Filed: 9/4/09] (Docket No. 23176)

   Related Documents:

   a.   [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Chicago Historical Society [Filed: 9/4/09] (Docket No. 23176, Exhibit A)

   b.   Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Chicago Historical Society [Filed: 10/13/09] (Docket No. 23506)

   Response Deadline: October 9, 2009, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

15. Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By North Arkansas Regional Medical Center [Filed: 9/8/09] (Docket No. 23196)

   Related Documents:

   a. [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By North Arkansas Regional Medical Center [Filed: 9/8/09] (Docket No. 23196)

   b. Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By North Arkansas Regional Medical Center [Filed: 10/13/09] (Docket No. 23507)

   Response Deadline: October 9, 2009, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

16. Motion of Debtors' for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claim Filed By John Muir Hospital [Filed: 9/8/09] (Docket No. 23197)

   Related Documents:

   a. [Proposed] Order Authorizing the Settlement of Asbestos Property Damage Claim Filed By John Muir Hospital [Filed: 9/8/09] (Docket No. 23197, Exhibit B)

   b. Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claim Filed By John Muir Hospital [Filed: 10/13/09] (Docket No. 23492)

   Response Deadline: October 9, 2009, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

17. Amended Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By KARK-TV, Inc., et al. [Filed: 10/8/09] (Docket No. 23452)

   Related Documents:

   a. [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By KARK-TV, Inc., et al. [Filed: 10/8/09] (Docket No. 23452, Exhibit B)

    b.    Certification of No Objection Regarding Amended Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By KARK-TV, Inc., et al. [Filed: 10/13/09] (Docket No. 23493)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

18.    Amended Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Main Plaza, LLC [Filed: 10/8/09] (Docket No. 23453)

Related Documents:

    a.    [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Main Plaza, LLC [Filed: 10/8/09] (Docket No. 23453, Exhibit B)

    b.    Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Main Plaza, LLC [Filed: 10/13/09] (Docket No. 23494)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

19.    Motion of General Insurance Company of America (I) for Leave to File Proof of Claim Instanter and (II) to Deem Such Claim Timely Filed [Filed: 7/20/09] (Docket No. 22541)

Related Documents:

    a.    [Proposed] Order [Filed: 7/20/09] (Docket No. 22541, Exhibit C)

Response Deadline: August 7, 2009, at 4:00 p.m. *(extended until September 4, 2009, at 4:00 p.m.)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: This matter is continued to November 23, 2009, at 10:30 a.m.**

20. Debtors' Motion for Entry of an Order Authorizing Debtors to Implement a Defined Contribution Retirement Plan for New Hires [Filed: 9/21/09] (Docket No. 23302)

    Related Documents:

    a. [Proposed] Order Authorizing Debtors to Implement a Defined Contribution Retirement Plan for New Hires [Filed: 9/21/09] (Docket No. 23302)

    b. Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to Implement a Defined Contribution Retirement Plan for New Hires [Filed: 10/13/09] (Docket No. 23497)

    Response Deadline: October 9, 2009, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

21. Motion for an Order Authorizing the Sale of 5% of the Limited Liability Company Interests of Advanced Refining Technologies LLC and Certain Related Agreements and Transactions [Filed: 9/21/09] (Docket No. 23303)

    Related Documents:

    a. [Proposed] Order Authorizing the Sale of 5% of the Limited Liability Company Interests of Advanced Refining Technologies LLC and Certain Related Agreements and Transactions [Filed: 9/21/09] (Docket No. 23303, Exhibit A)

    b. Certification of No Objection Regarding Motion for an Order Authorizing the Sale of 5% of the Limited Liability Company Interests of Advanced Refining Technologies LLC and Certain Related Agreements and Transactions [Filed: 10/13/09] (Docket No. 23495)

    Response Deadline: October 9, 2009, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

22. Motion of the Debtors for an Order Approving Stipulation Resolving Proofs of Claim of BNSF Railway Company Pursuant to the EPA Multi-Site Agreement [Filed: 9/21/09] (Docket No. 23304)

    Related Documents:

    a. [Proposed] Order Approving Stipulation Resolving Proofs of Claim of BNSF Railway Company Pursuant to the EPA Multi-Site Agreement [Filed: 9/21/09] (Docket No. 23304, Exhibit A)

    b.    Certification of No Objection Regarding Motion of the Debtors for an Order Approving Stipulation Resolving Proofs of Claim of BNSF Railway Company Pursuant to the EPA Multi-Site Agreement [Filed: 10/13/09] (Docket No. 23496)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

**CONTESTED MATTERS:**

23.    Motion of Gloria Munoz for Relief From the Automatic Stay and Related Relief [Filed: 8/18/09] (Docket No. 22844)

Related Documents:

    a.    [Proposed] Order Granting the Motion of Gloria Munoz for Relief From the Automatic Stay/Plan Injunctions [Filed: 8/18/09] (Docket No. 22844, Exhibit C)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received:

    a.    Debtors' Brief in Opposition to Gloria Munoz' Motion for Relief From the Automatic Stay and Related Relief [Filed: 10/8/09] (Docket No. 23461)

Status: This matter will go forward.

**CONFIRMATION MATTERS:**

24.    Status on all Confirmation issues, if any.

Status: A status conference will go forward if needed.

25.    Motion to Exclude Testimony of Robert J. Frezza (Oral motion made at the confirmation hearing on September 16, 2009)

Related Documents: None.

Response Deadline: October 22, 2009 for the Bank Lenders and General Unsecured Creditors.

Responses Received:

    **a.**    **Opposition of the Official Committee of Unsecured Creditors and Bank Lender Group to Debtors' Oral Motion to Exclude Testimony of Robert J. Frezza [Filed: 10/22/09] (Docket No. 23548)**

<u>Status:</u> This matter will go forward.

Dated: October 23, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession