WR Grace 01-1139
Fee Application Notice Parties

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201

**HAND DELIVERY**
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
919 Market Street, Suite 1600
Wilmington, DE 19801

**HAND DELIVERY**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Lewis Kruger, Esquire
Stroock Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982

**HAND DELIVERY**
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1426

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131

**HAND DELIVERY**
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**HAND DELIVERY**
David Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicagom IL 60606

Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

Janet S. Baer, Esquire
The Law of Janet S. Baer
70 West Madison St., Suite 2100
Chicago, IL 60602

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

**HAND DELIVERY**
Teresa Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

**HAND DELIVERY**
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Richard Frankel, Esquire
Orrick Herrington & Sutcliffe, LLP
1152 15th Street, N.W.
Washington, DC 20005

Alan B. Rich, Esq.
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202

**HAND DELIVERY**
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

{D0008060.1 }