IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 23413** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION REGARDING THE MONTHLY APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2009 THROUGH AUGUST 31, 2009
(DOCKET NO. 23413)**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on October 2, 2009 a monthly application ("Application") [Docket No. 23413] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before October 22, 2009. No objections to the Application have been received by the

{D0164840.1 }

undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.    In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

Dated: October 26, 2009

          CAPLIN & DRYSDALE, CHARTERED
          Elihu Inselbuch
          375 Park Avenue
          35th Floor
          New York, NY  10152
          (212) 319-7125

          -and-

          CAPLIN & DRYSDALE, CHARTERED
          Peter Van N. Lockwood
          One Thomas Circle, N.W.
          Washington, D.C.  20005
          (202) 862-5000

          - and -

          CAMPBELL & LEVINE, LLC

          */s/Kathleen Campbell Davis*
          Marla R. Eskin (I.D. #2989)
          Kathleen Campbell Davis (I.D. #4229)
          800 N. King Street, Suite 300
          Wilmington, DE  19899
          (302) 426-1900

          *Counsel for the Official Committee*
          *of Asbestos Personal Injury Claimants*