# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: November 13, 2009** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

## FEE DETAIL FOR OGILVY RENAULT LLP'S THIRY-THIRD MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

Client: W.R. GRACE & CO.  
RE: Fee Applications, Applicant  
Matter No.: 01016442-0008

October 19, 2009  
INVOICE: 939638

GST: R111340006

W.R. GRACE & CO.  
7500 Grace Drive  
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke  
Senior Litigation Counsel

For professional services rendered and disbursements incurred  
for the period ending September 30, 2009

| | |
|---|---:|
| FEES | $694.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 70.35 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $764.35 |



Payable upon receipt

Please remit by Bank Transfer to  
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA  
Bank 003, Transit 00002, Acc. No. 106-030-0  
ABA # 021000021  
Swift Code # ROYCCAT2  
IBAN # 003106030000002  
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.  
Suite 3800  
Royal Bank Plaza, South Tower  
200 Bay Street, P.O. Box 84  
Toronto, Ontario M5J 2Z4  
CANADA  
T: 416.216.4000  
F: 416.216.3930  
toronto@ogilvyrenault.com  
ogilvyrenault.com



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                                                                     01016442-0008

RE:  Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.5 | $280.00 |
| P. Adams | 2.3 | $414.00 |
| Total | 2.80 | $694.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/9/09 | Penny Adams | Discussions with various parties with respect to August invoices. | 0.20 | $36.00 |
| 10/9/09 | Penny Adams | Reviewing and revising August invoices. | 0.40 | $72.00 |
| 14/9/09 | Penny Adams | Discussions regarding invoice payment issues. | 0.30 | $54.00 |
| 22/9/09 | Penny Adams | Finalizing 32nd Monthly Fee Application (0.40); corresponding with R. Finke regarding same (0.30). | 0.70 | $126.00 |
| 22/9/09 | Teresa Walsh | Reviewing Fee Auditor's Combined Final Report for 32nd Interim Period (0.20); reviewing and swearing of 32nd Monthly Fee Application for August 2009 (0.30). | 0.50 | $280.00 |
| 23/9/09 | Penny Adams | Letter to L. Oberholzer regarding 32nd Monthly Fee Application (0.20); corresponding with fee auditor regarding same (0.20); arranging for filing and service of application (0.30). | 0.70 | $126.00 |
| | | **TOTAL FEES** | | $694.00 |

DISBURSEMENTS - NON TAXABLE

| Courier service | 70.35 |
|---|---|
| | $70.35 |

INVOICE: 939638



W.R. GRACE & CO.                                                                         01016442-0008

RE:  Fee Applications, Applicant

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 21/8/09 | Derrick C. Tay | Courier service FedEx shipment #689588789100 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 21-08-2009, GST: 0.00, QST: 0.00 | 42.02 |
| 23/9/09 | Derrick C. Tay | Courier service FedEx shipment #689588790099 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 23-09-2009, GST: 0.00, QST: 0.00 | 28.33 |
|  |  | TOTAL | $70.35 |

INVOICE: 939638



**OGILVY RENAULT**

Client:      W.R. GRACE & CO.                                          October 19, 2009
RE:          Litigation and litigation consulting                       INVOICE: 939637
Matter No.:  01016442-0006

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending September 30, 2009

| | |
|---|---:|
| FEES | $32,271.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 856.07 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $33,127.57 |

Canadian Funds



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



**OGILVY RENAULT**

W.R. GRACE & CO.                                                              01016442-0006

RE: Litigation and litigation consulting

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| D.C. Tay | 4.7 | $4,700.00 |
| O. Pasparakis | 21.1 | $15,297.50 |
| K. Galpern | 7.5 | $4,875.00 |
| R. Penslar Levin | 2.9 | $1,073.00 |
| A. Kuntz | 15.2 | $5,624.00 |
| P. Adams | 3.9 | $702.00 |
| Total | 55.30 | $32,271.50 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/9/09 | Derrick C. Tay | Communications regarding renegotiation of Canadian settlement (0.2); reviewing material served by Delaware counsel (0.3). | 0.50 | $500.00 |
| 2/9/09 | Derrick C. Tay | Reviewing documents from Delaware counsel. | 0.20 | $200.00 |
| 3/9/09 | Orestes Pasparakis | Preparing for telephone conference with representative counsel (0.30); reviewing email trains (0.30); reviewing recent article in which representative counsel is featured (0.30); discussing Grace (0.30); considering strategic issues (0.20). | 1.40 | $1,015.00 |
| 8/9/09 | Orestes Pasparakis | Following-up on trial issues (0.20) and information requested (0.30); considering giving evidence (0.30). | 0.80 | $580.00 |
| 8/9/09 | Derrick C. Tay | Communication with U.S. counsel regarding introduction to U.S. proceedings of Canadian orders. | 0.30 | $300.00 |
| 9/9/09 | Penny Adams | Correspondence with J. Baer and others with respect to Canadian orders. | 0.50 | $90.00 |
| 10/9/09 | Orestes Pasparakis | Discussion with opposing counsel (0.3); conference call with opposing counsel (1.0); conference call with client (0.6). | 1.90 | $1,377.50 |

INVOICE: 939637



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                01016442-0006

RE: **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/9/09 | Allison Kuntz | Reviewing emails from J. Baer and O. Pasparakis with respect to certified orders to support U.S. confirmation hearing (.30); discussing orders and certification with Penny Adams (.30). | 0.60 | $222.00 |
| 11/9/09 | Penny Adams | Arranging for certified copies of orders to be obtained. | 0.40 | $72.00 |
| 11/9/09 | Orestes Pasparakis | Preparing for conference call with Representative Counsel (0.3); reviewing minutes, orders and correspondence (0.5); attending conference call (0.4); Reporting to client (0.2). | 1.40 | $1,015.00 |
| 14/9/09 | Allison Kuntz | Reviewing Appointment of Representative Counsel and Settlement Approval Orders (.50); emailing J. Baer with respect to same (.30); discussing same with O. Pasparakis and discussing affidavit (.30). | 1.10 | $407.00 |
| 14/9/09 | Orestes Pasparakis | Emails from J. Baer (3.0); conference call with J. Baer to discuss next steps (0.2); reviewing orders (0.4); considering directions regarding affidavit (0.3). | 3.90 | $2,827.50 |
| 15/9/09 | Robin Penslar Levin | Considering effect of failure of the settlement agreement. | 1.00 | $370.00 |
| 15/9/09 | Allison Kuntz | Reviewing Representative Counsel and Settlement Approval Orders (.80); reviewing and discussing bar date orders with K. Galpern (.50); drafting Affidavit of Orestes Pasparakis in support of U.S. plan confirmation hearing (2.50); revising Affidavit of Orestes Pasparakis as per comments from J. Baer and O. Pasparakis (.50); exchanging emails with J. Baer with respect to same (.30). | 4.60 | $1,702.00 |
| 15/9/09 | Derrick C. Tay | Considering implication of Canadian settlement falling apart. | 1.20 | $1,200.00 |

INVOICE: 939637



W.R. GRACE & CO.                                                                                      01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 15/9/09 | Orestes Pasparakis | Directions regarding preparation of affidavit (0.3); reviewing orders (0.3); revising affidavit (0.3); emails and discussions through the day with U.S. counsel (0.4); conference call with representative counsel regarding settlement (0.4); reporting to client (0.2). | 1.90 | $1,377.50 |
| 15/9/09 | Karen Galpern | Considering issues and relevant caselaw regarding effect of null and void settlement on claims bar procedure (4.0); holding discussions with O. Pasparakis regarding same (.50); discussing same with R. Penslar (.50); considering issues and relevant case law regarding grounds for varying or setting aside Court Order (2.0). | 7.00 | $4,550.00 |
| 15/9/09 | Penny Adams | Drafting the next information officer's report (.50); corresponding with A. Kuntz and O. Pasparakis regarding same (.30). | 0.80 | $144.00 |
| 16/9/09 | Robin Penslar Levin | Considering effect of failure of the settlement agreement. | 1.90 | $703.00 |
| 16/9/09 | Penny Adams | Reviewing and revising information officer's report (.50); corresponding with A. Kuntz regarding various matters (.30). | 0.80 | $144.00 |
| 16/9/09 | Derrick C. Tay | Reviewing research and strategy for dealing with representative counsel. | 1.50 | $1,500.00 |
| 16/9/09 | Orestes Pasparakis | Following-up with J. Baer regarding status (0.2); considering effect of Claims Bar Order and determination of settlement (0.8); drafting advice to client (0.3); meeting with D. Tay regarding same (0.3); following-up on development in the U.S. Process (0.2); reviewing and revising Notice of Motion and Order of Claims Process (0.6). | 2.40 | $1,740.00 |

INVOICE: 939637



**OGILVY RENAULT**

W.R. GRACE & CO.                                                          01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 16/9/09 | Allison Kuntz | Drafting motion materials for an order extending the stay (1.50); reviewing 31st Report of the Information Officer (.50); emailing service list with respect to motion date (.30); emailing J. Baer with respect to updating the 31st Report of the Information Officer (.30); reviewing and responding to email from Crown's counsel (.30); discussing same with O. Pasparakis and P. Adams (.50). | 3.40 | $1,258.00 |
| 16/9/09 | Karen Galpern | Considering issues and relevant caselaw regarding variation of Court order. | 0.50 | $325.00 |
| 17/9/09 | Allison Kuntz | Exchanging emails with J. Baer with respect to 31st Information Officer's Report (.30); drafting Affidavit of Derrick Tay in support of the stay motion and updating the court with respect to the U.S. Confirmation Hearing (1.0). | 1.30 | $481.00 |
| 17/9/09 | Orestes Pasparakis | Reviewing affidavit for Hearing (0.4); directions regarding court materials (0.3); communications with client regarding court hearing (0.3). | 1.00 | $725.00 |
| 18/9/09 | Allison Kuntz | Revising Affidavit of Derrick Tay in support of the stay motion (.30); finalizing and serving motion materials (.50). | 0.80 | $296.00 |
| 18/9/09 | Orestes Pasparakis | Following-up on status (0.20); serving motion records (0.20); directions report (0.20); discussion with Representative Counsel and following-up on status (0.30). | 0.90 | $652.50 |
| 21/9/09 | Orestes Pasparakis | Exchanging email with Crown Counsel regarding status (0.60); exchanging email with client regarding confirmation hearings (0.30); conference calls (x2) with Representative Counsel regarding amendments to the settlement agreement (0.70); exchanging email with K. Ferbers regarding motion for extension of stay (0.30). | 1.90 | $1,377.50 |
| 21/9/09 | Derrick C. Tay | Communicating with Kirkland & Ellis and Grace regarding amendment of Canadian settlement. | 0.40 | $400.00 |

INVOICE: 939637



OGILVY RENAULT

W.R. GRACE & CO.                                                                                                            01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 21/9/09 | Allison Kuntz | Responding to email from J. Baer and R. Finke with respect to extension of stay. | 0.30 | $111.00 |
| 22/9/09 | Allison Kuntz | Attending conference call with respect to settlement agreement. | 0.50 | $185.00 |
| 22/9/09 | Derrick C. Tay | Dealing with amendment of Canadian settlement. | 0.60 | $600.00 |
| 22/9/09 | Orestes Pasparakis | Conference call with client; considering next steps (0.70); preparing outline of settlement terms (0.30); various discussions with Representative Counsel (0.30); exchanging email with client (0.30). | 1.60 | $1,160.00 |
| 23/9/09 | Allison Kuntz | Drafting Orders (.50); preparing for motion (.30); attending Grace Canada, Inc.'s motion for an extension of the stay period (1.50). | 2.30 | $851.00 |
| 23/9/09 | Orestes Pasparakis | Exchanges with client regarding terms of settlement. | 0.60 | $435.00 |
| 23/9/09 | Allison Kuntz | Serving stay extension motion. | 0.30 | $111.00 |
| 24/9/09 | Orestes Pasparakis | Emailing Representative Counsel regarding settlement terms (0.4); following-up on order and judicial appearance (0.4). | 0.80 | $580.00 |
| 28/9/09 | Penny Adams | Reviewing and revising information officer's report (0.40); corresponding with R. Finke and J. Baer with respect to same (0.20). | 0.60 | $108.00 |
| 29/9/09 | Penny Adams | Reviewing and revising information officer's report. | 0.20 | $36.00 |
| 30/9/09 | Orestes Pasparakis | Following-up on status with opposing counsel (0.3); reviewing report from J. Baer (0.3). | 0.60 | $435.00 |
| 30/9/09 | Penny Adams | Corresponding with R. Finke and J. Baer with respect to Report (0.20); reviewing and revising information officer's report (0.40). | 0.60 | $108.00 |
| | | **TOTAL FEES** | | **$32,271.50** |

INVOICE: 939637



**OGILVY RENAULT**

W.R. GRACE & CO.                                                              01016442-0006

RE:  **Litigation and litigation consulting**

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Copies | 27.30 |
| Facsimile | 4.00 |
| Long distance calls | 1.44 |
| Courier service | 131.82 |
| External DB Search/Quicklaw | 22.51 |
| Process server fee | 170.00 |
| Copies of court documents -original | 372.00 |
| Filing notice of motion | 127.00 |
| | **$856.07** |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 11/9/09 | Karen Ostrom | Long distance calls 19055231333 | 1.44 |
| 11/9/09 | Orestes Pasparakis | Reversal from Void Check Number: 100072 Bank ID: BT9 Voucher ID: 700131 Vendor: MINISTER OF FINANCE (ONTARIO) | (120.00) |
| 11/9/09 | Orestes Pasparakis | Copies of court documents -original - MINISTER OF FINANCE (ONTARIO) | 120.00 |
| 14/9/09 | Allison Kuntz | Copies of court documents -original - MINISTER OF FINANCE (ONTARIO) | 372.00 |
| 14/9/09 | Allison Kuntz | Copies | 2.50 |
| 14/9/09 | Allison Kuntz | Copies | 14.00 |
| 15/9/09 | Karen Galpern | External DB Search/Quicklaw | 18.76 |
| 15/9/09 | Karen Galpern | Copies | 5.30 |
| 15/9/09 | Allison Kuntz | Copies | 1.40 |
| 15/9/09 | Allison Kuntz | External DB Search/Quicklaw | 3.75 |
| 15/9/09 | Derrick C. Tay | Courier service FedEx shipment #689588789810 FROM TORONTO, ON, CA. To: C/O TERESA MARTIN JANET S BAE,REED SMITH, PITTSBURGH, PA, US. ON 15-09-2009, GST: 0.00, QST: 0.00 | 131.82 |
| 16/9/09 | Orestes Pasparakis | Facsimile 4163276228 | 2.00 |
| 16/9/09 | Orestes Pasparakis | Facsimile 4163276228 | 2.00 |
| 18/9/09 | Allison Kuntz | Filing notice of motion - MINISTER OF FINANCE (ONTARIO) | 127.00 |
| 18/9/09 | Allison Kuntz | Copies | 4.00 |
| 18/9/09 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | 40.00 |

INVOICE: 939637



W.R. GRACE & CO.  01016442-0006

RE: **Litigation and litigation consulting**

| Date | Timekeeper | Description | | Amount |
|---|---|---|---|---|
| 18/9/09 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | | 50.00 |
| 18/9/09 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | | 40.00 |
| 25/9/09 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | | 40.00 |
| 25/9/09 | Marna McGeorge | Copies | | 0.10 |
| | | | TOTAL | $856.07 |

INVOICE: 939637