# TRIAL EXHIBITS NOT ADMITTED

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Objections | Proffer |
|---|---|---|---|---|---|---|---|
| Anderson Mem. Hosp. | AMH 004 | AMH-0047-AMH-0166 | 02/00/1988 | EPA Study of Asbestos-Containing Materials in Public Buildings - A Report To Congress | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 005 | AMH-0167-AMH-0353 | 06/01/1988 | Final Report Assessing Asbestos Exposure in Public Building EPA No. 560-5-88-002 | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 006 | AMH-0354-AMH-0443 | 12/22/1922 | Letter from Charles Powers to The Docket Officer re Asbestos in Public and Commercial Buildings: Supplementary Analyses of Selected Data Previously Considered by the Literature review Panel | No | PP Obj:  Hearsay; Relevance; Best Evidence | |
| Anderson Mem. Hosp. | AMH 011 | AMH-0531-AMH-0539 | 07/00/1990 | Asbestos Abatement Magazine re For Whose Safety: The Safe Buildings Alliance | No | PP Obj:  Hearsay; Relevance; Lawyer Argument (Runyan Author) | |
| Anderson Mem. Hosp. | AMH 012 | AMH-0540-AMH-0588 | 07/00/1990 | Managing Asbestos in Place - A Building Owner's Guide to Operations and Maintenance Programs for Asbestos Containing Materials | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 013 | AMH-0589-AMH-0592 | 12/03/1990 | Authentication of Joseph S. Carra | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 015 | AMH-0622-AMH-0623 | 12/27/1990 | Authentication of Mark A. Greenwood | No | PP Obj:  Hearsay; Relevance | |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Objections | Proffer |
|---|---|---|---|---|---|---|---|
| Anderson Mem. Hosp. | AMH 019 | AMH-1044-AMH-1047 | 05/15/1991 | Letter from Robert McNally, Chief, Assistance Programs Development Branch, Environmental Assistnace Division, USEPA to Scott Schneider, Occupational Health Foundation, re EPA Guide 'Managing Asbestos in Place' (Green Book) | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 020 | AMH-1048-AMH-1049 | 04/02/1991 | 56 Fed. Register 83, Environmental Protection Agency Notice of advisory to public re potential health risks of asbestos exposure and EPA's policies for asbestos control in schools and other buildings | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 027 | AMH-1092-AMH-1096 | 07/30/1992 | Letter from Linda Fisher, Assistant Administrator, USEPA, to Mariene Marshall, Minnesota Dep't of Health, re EPA's approach re asbestos in schools and other buildings | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 028 | AMH-1097-AMH-1099 | 10/05/1993 | 58 Fed. Register No. 31 - Environmental Protection Agency - Asbestos NESHAP Clarification of Intent re removal of asbestos-containing materials | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 029A | AMH-1100-AMH-1166 | 01/02/1998 | Anderson Memorial's Motion to Certify a Class Action  w/attached Plaintiff's Memorandum in Support of Motion to Certify A Class Action (from Anderson Memorial South Carolina State Court case) | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 029B | AMH-1167-AMH-1582 | 04/17/1998 | Plaintiff's Repy in Support of Motion to Certify A Class Action with exhibits (from Anderson Memorial South Carolina State Court case) | No | PP Obj:  Hearsay; Relevance | |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Objections | Proffer |
|-------|---------|-----------|----------|-----------------|--------------|-----------|---------|
| Anderson Mem. Hosp. | AMH 029C | AMH-1583-AMH-1640 | 04/19/2000 | Plaintiff's Pre-Hearing Memorandum on Class Certification (from Anderson Memorial South Carolina State Court case) | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 029D | AMH-1641-AMH-2187 | 08/31/2000 | Affidavit of Marion C. Fairey, Jr. (from Anderson Memorial South Carolina State Court case) | No | PP Obj:  Relevance; Best Evidence; Hearsay; Improper Designation in Violation of Fed. R. Civ. Proc. 32 and the 4th Amended CMO | |
| Anderson Mem. Hosp. | AMH 030A | AMH-2188-AMH-2288 | 03/03/1998 | Defendants' Memorandum in Opposition to Class Certification (from Anderson Memorial South Carolina State Court case) | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 030B | AMH-2289-AMH-2352 | 05/03/2000 | Certain Defendants' Consolidated Brief in Opposition to Class Certification (from Anderson Memorial South Carolina State Court case) | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 030C | AMH-2353-AMH-2500 | 10/23/2000 | Certain Defendants' Post-Hearing Brief in Opposition to Class Certification (from Anderson Memorial South Carolina State Court case) | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 030D | AMH-2501-AMH-2559 | 02/08/2001 | Certain Defendants' Further Post-Hearing Brief in Opposition to Class Certification (from Anderson Memorial South Carolina State Court case) | No | PP Obj:  Hearsay; Relevance | |
| Anderson Mem. Hosp. | AMH 031 | AMH-2560-AMH-2579 | 03/25/1999 | Plaintiff W.R. Grace & Co.-Conn.'s Trial Brief (from Anderson Memorial South Carolina State Court case) | No | PP Obj:  Hearsay; Relevance | |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Objections | Proffer |
|-------|---------|-----------|----------|-----------------|--------------|------------|---------|
| Anderson Mem. Hosp. | AMH 032A | AMH-2580-AMH-2868 | 09/05/2000 | Transcript of Anderson Memorial Hospital's Class Certification Hearing (Anderson Memorial South Carolina State Court case) | No | PP Obj:  Hearsay; Relevance; Legal Argument; Improper Designation in Violation of Fed. R. Civ. Proc. 32 and the 4th Amended CMO | |
| Anderson Mem. Hosp. | AMH 032B | AMH-2869-AMH-3110 | 09/06/2000 | Transcript of Anderson Memorial Hospital's Class Certification Hearing (Anderson Memorial South Carolina State Court case) | No | PP Obj:  Hearsay; Relevance; Legal Argument; Improper Designation in Violation of Fed. R. Civ. Proc. 32 and the 4th Amended CMO | |
| Anderson Mem. Hosp. | AMH 032C | AMH-3111-AMH-3129 | 05/06/1996 | Order Regarding Estimation of Asbestos Property Damage Claims for Voting Purposes (from Celotex Bankruptcy case) | No | PP Obj:  Relevance; Court has already ruled that claims resolution in the Celotex case is not relevant (09/14/2009 Tr. at 153) | |
| Anderson Mem. Hosp. | AMH 032D | AMH-3130-AMH-3132 | 00/00/0000 | Graphs re Summary of Speights & Runyan Asbestos Property Damage Results for Clients | No | PP Obj:  Authenticity; Relevance; Hearsay; Best Evidence | |
| Anderson Mem. Hosp. | AMH 032E | AMH-3133-AMH-3192 | 00/00/0000 | Chart titled: Grace Asbestos Products Sold in South Carolina | No | PP Obj:  Authenticity; Relevance; Hearsay; Best Evidence | |
| Anderson Mem. Hosp. | AMH 032F | AMH-3193-AMH-3618 | 01/10/1972 | Zonolite Monthly Billing Register | No | PP Obj:  Hearsay; Relevance | |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Objections | Proffer |
|---|---|---|---|---|---|---|---|
| Anderson Mem. Hosp. | AMH 033 | AMH-3619-AMH-3830 | 00/00/0000 | Index to US Trustee Frank Perch's File and a copy of his file relating to the formation of the Asbestos Property Damage Committee in W.R. Grace | No | PP Obj:  Authenticity; Relevance; Hearsay; Group Exhibit | |
| Anderson Mem. Hosp. | AMH 034A | AMH-3831-AMH-3909 | 05/07/2002 | Motion of Debtors and Debtors in Possession for an Order (A) Establishing Bar Date for Filing Proofs of Claim on Account Adbestos-Related Damage to Property Located in The united States and Canada; (B) Approving Proposed Proof of Claim Form for Such Asbestos-Related Property Damage Claims; and (C) Approving Scope and Manner of Notice of Bar Date for Asbestos-Related Property Damage Claims (from Federal Mogul Bankruptcy case) | No | PP Obj:  Relevance; Hearsay | |
| Anderson Mem. Hosp. | AMH 037 | AMH-3988-AMH-4105 | 02/06/2004 | Joint Motion of the Legal Representative and the Trust Advisory Committee to Intervene in Adversary Proceeding No. 02-521 (from Celotex Bankruptcy case) | No | PP Obj:  Relevance; Hearsay; Court has already ruled that claims resolution in the Celotex case is not relevant (09/14/2009 Tr. at 153) | |
| Anderson Mem. Hosp. | AMH 041 | AMH-4137-AMH-4138 | 07/14/2009 | Memo from James Restivo, Jr. to Dan Speights re: W.R. Grace - Confirmation Hearing | No | PP Obj:  Relevance; Fed. R. Evid. 408 | |
| Anderson Mem. Hosp. | AMH 042 | AMH-4139-AMH-4176 | 10/24/1995 | Fax from Marc Wolinsky (Wachtell, Lipton, Rosen & Katz) to Jeffrey Posner enclosing presentation re: W.R. Grace BI and PD Cost Estimates: 1995 to 2039 prepared by KPMG Resource Planning Consultants. | No | PP Obj:  Relevance; Hearsay; Unfairly Prejudicial; Fed. R. Evid. 701-704 | |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Objections | Proffer |
|-------|---------|-----------|----------|----------------|--------------|-----------|---------|
| Anderson Mem. Hosp. | AMH 044 | AMH-4195-AMH-4195 | 05/07/1973 | Invoice re Bags Zonolite MK sold to Stars Machine Co. | No | PP Obj:  Relevance | |
| Anderson Mem. Hosp. | AMH 045 | AMH-4196-AMH-4196 | 02/26/1973 | Invoice re Bags Zonolite MK sold to Columbia Plastering Co. and shipped to Landmark Job. | No | PP Obj:  Relevance | |
| Anderson Mem. Hosp. | AMH 046 | AMH-4197-AMH-4197 | 07/00/1971 | Invoice re Bags Zonolite MK sold to Ranger Construction Co. and shipped to St. Francis Hospital in Greenville, S. C. | No | PP Obj:  Relevance | |
| Anderson Mem. Hosp. | AMH 047 | AMH-4198-AMH-4198 | 00/00/1970 | Invoice re 50# Bags Zonolite K MK sold to Columbia Plastering Co. and shipped to S. Carolina Nat'l Bank | No | PP Obj:  Relevance | |
| Anderson Mem. Hosp. | AMH 048 | AMH-4199-AMH-4199 | 05/00/1973 | Invoice re Bags Zonolite MK sold to C. W. Kirkland Plastering Co. and shipped to Roper Hospital. | No | PP Obj:  Relevance | |
| Anderson Mem. Hosp. | AMH 049 | AMH-4200-AMH-4200 | 09/19/1972 | Invoice re Bags Zonolite MK sold to Bank of America Corp. and shipped to First Federal Savings & Loan | No | PP Obj:  Relevance | |
| Anderson Mem. Hosp. | AMH 050 | AMH-4201-AMH-4205 | 03/04/2005 | Email from Richard Finke to Dan Speights attaching Stipulation of the Debtors and Speights & Runyan Concerning the Treatment of Certain Asbestos Property Damage Claims Filed by Speights & Runyan | No | PP Obj:  Relevance; Fed. R. Evid. 408; Hearsay; Best Evidence | |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Objections | Proffer |
|---|---|---|---|---|---|---|---|
| Anderson Mem. Hosp. | AMH 051 | AMH-4206-AMH-4207 | 03/17/2005 | Email from Dan Speights to Richard Finke attaching revised Stipulation re claims being put on the shelf. | No | PP Obj: Relevance; Fed. R. Evid. 408; Hearsay; Best Evidence | |
| Anderson Mem. Hosp. | AMH 052 | AMH-4208-AMH-4208 | 04/07/2005 | Email from Dan Speights to Richard Finke re: Grace - "I just want to confirm that the ball is in your court." | No | PP Obj: Relevance; Fed. R. Evid. 408; Hearsay; Best Evidence | |
| Anderson Mem. Hosp. | AMH 054 | AMH-4213.1-AMH-4213.62 | 09/25/2007 | Estimation of the Number and Value of Pending and Future Asbestos-Related Injury Claims: WR Grace - Supplemental Report | No | PP Obj: Relevance | |
| Anderson Mem. Hosp. | AMH 056H | AMH-4215.155-AMH-4215.187 | 12/01/1995 | Presentation re W.R. Grace BI and PD Future Cost Estimates | No | PP Obj: Relevance; Hearsay; Fed. R. Evid. 701-704; Best Evidence | |
| Anderson Mem. Hosp. | AMH 061 | AMH-4234-AMH-4234 | 01/02/2009 | Email from Dan Speights to Ed Westbrook re ZAI Settlement Agreement | No | PP Obj: Hearsay; Relevance; Fed. R. Evid. 408; Foundation; Best Evidence | |
| Anderson Mem. Hosp. | AMH 063 | - | 10/07/2009 | Letter from Daniel Rourke Re His Unavailability | No | PP Obj: Relevance; Does not establish Dr. Rourke's unavailibilty to testify at the Confirmation Hearing | |
| Kaneb Pipeline | K68 | K68-000001-K68-000003 | 00/00/0000 | Affidavit of Fannie I. Minot, Esq. in Sulpport of Kaneb Pipe Line Operating Parnership, LP and Support Terminal Services, Inc.'s Reply to the Responses of Debtors, One Beacon America Inusrance Company, and Continental Casualty | No | PP Obj: Relevance; Hearsay | |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Objections | Proffer |
|-------|---------|-----------|----------|-----------------|--------------|------------|---------|
| | | | | Company to Kaneb Pipe Line Operating Partnership, LP and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay | | | |
| Libby Claimants | LC-276 | - | 00/00/0000 | Graphic: Selikoff & Seidman (1991) | | PP Obj:  Reserved | |
| Maryland Cas. Co. | MCC EX. 04 | - | 03/15/2002 | Debtors' Sur-Reply to Carol Gerard's Reply in Support of Her Motion to Clarify the Scope of, or in the Alternative, to Modify the Preliminary Injunction, p. 2 (Adv. Proc. No. 01-771; D.I. 92) | No | PP Obj:  Hearsay; Relevance | To be admitted into evidence to prove that the Debtors took certain positions before, and made representations to, the Court upon which the Court relied in reaching a decision in a matter that has been fully adjudicated |
| Maryland Cas. Co. | MCC EX. 05 | - | 08/26/2002 | Transcript of Hearing held on August 26, 2002 (D.I. 2670), p. 15 | No | PP Obj:  Hearsay; Relevance | To be admitted into evidence to show prior Court conclusions (in the context of adjudicating a contested matter) relating to The Libby Claimants' Allegations of "independent conduct" by MCC |
| Maryland Cas. Co. | MCC EX. 06 | - | 03/03/2003 | Brief of Appellees [Debtors] (U.S. District Court, D. Del. C.A. No. 02-1549; D.I. 12), pp. 10-11, 25 | No | PP Obj:  Hearsay; Relevance | To be admitted into evidence to prove that the Debtors took certain positions before, and made representations to, the District Court upon which the |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| <u>Party</u> | <u>Ex. No.</u> | <u>Bates Span</u> | <u>Doc Date</u> | <u>Doc Description</u> | <u>Confidential</u> | <u>Objections</u> | <u>Proffer</u> |
|---|---|---|---|---|---|---|---|
| | | | | | | | District Court relied in reaching a decision in a matter which has been fully adjudicated |
| Maryland Cas. Co. | MCC EX. 07 | - | 05/19/2009 | MCC's Class 6 Asbestos PI Claims Ballot sent to Debtors' claims and balloting agent | No | PP Obj:  Hearsay; Relevance | To be admitted into evidence to establish (i) MCC disputed its Class 6 classification and (ii) elected Class 9 treatment to the extent applicable |
| Maryland Cas. Co. | MCC EX. 08 | - | 05/19/2009 | MCC's Class 6 Asbestos PI Claims Ballot (Provisional) sent to Debtors' claims and balloting agent | No | PP Obj:  Hearsay; Relevance | To be admitted into evidence to establish (i) MCC disputed its Class 6 classification and (ii) elected Class 9 treatment to the extent applicable |
| Maryland Cas. Co. | MCC EX. 09 | - | 05/19/2009 | MCC's Class 9 General Unsecured Claims Ballot (Provisional) sent to Debtors' claims and balloting agent | No | PP Obj:  Hearsay; Relevance | To be admitted into evidence to establish (i) MCC disputed its Class 6 classification and (ii) elected Class 9 treatment to the extent applicable |
| Maryland Cas. Co. | MCC EX. 10 | - | 05/20/2009 | MCC's Disputed Classification Declaration, dated May 20, 2009 (D.I. 21780) | No | PP Obj:  Hearsay; Relevance | To be admitted into evidence to establish (i) MCC disputed its Class 6 classification and (ii) elected Class 9 treatment to the extent applicable |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Objections | Proffer |
|---|---|---|---|---|---|---|---|
| Maryland Cas. Co. | MCC EX. 11 | - | 07/27/2009 | Transcript of Hearing held on july 27, 2009 (D.I. 22674), p. 128-39 | No | PP Obj: Hearsay; Relevance | To be admitted into evidence to reflect the Court's (i) views on BNSF's allegations that it has rights under Debtors' insurance policies; (ii) interpretation of a 1995 settlement agreement betweenDebtors and one of its insurers; and (iii) views on The Libby Claimants' allegations that they have "vested rights" in Debtors' settled insurance policies |
| Plan Proponents' | PP 255 | PP 010315-PP 010462 | 04/01/2005 | Renewed Motion For An Order Approving, Authorizing, And Implementing Settlement Agreement with Sealed Air (Dkt. 729; Adv. 02-2210) | No | OneBeacon / Seaton / GEICO / Republic Obj: Hearsay; Relevance | To be Admitted to prove that the Movants made certain allegations about the Settlement and the Settlement Agreement |
| Plan Proponents' | PP 256 | PP 010463-PP 010466 | 04/21/2005 | Debtors' Response To Renewed Motion For An Order Approving, Authorizing And Implementing Settlement Agreement with Sealed Air (Dkt. No. 738; Adv. 02-2210) | No | OneBeacon / Seaton / GEICO / Republic Obj: Hearsay; Relevance | To be Admitted to prove that the Debtors made certain allegations about the Settlement and the Settlement Agreement |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.

October 27, 2009

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Objections | Proffer |
|---|---|---|---|---|---|---|---|
| Plan Proponents' | PP 259 | PP 013153-PP 013178 | 06/18/2007 | Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Dkt. 16083) | No | OneBeacon / Seaton / GEICO / Republic Obj: Hearsay; Relevance | To be Admitted to prove that the Debtors made certain statements about (i) Why exclusivity should be extended and (ii) the progress that has been made in the case |
| Plan Proponents' | PP 260 | PP 013179-PP 013184 | 07/16/2007 | Debtors' Limited Reply To Objections to Tenth Motion For An Order Extending Debtors' Exclusive Periods (Dkt. 16297) | No | OneBeacon / Seaton / GEICO / Republic Obj: Hearsay; Relevance | To be Admitted to prove that the Debtors made certain statements about (i) Why exclusivity should be extended and (ii) the progress that has been made in the case |
| Plan Proponents' | PP 353 | PP 018242-PP 018262 | 05/16/2001 | Affidavits of Publication of Commencement - (Dkt. 34 -Case No. 01-771 and Dkt. 275 - Case No. 01-1139) | No | OneBeacon / Seaton / GEICO / Republic Obj: Relevance | To be Admitted to prove the scope of the notice published regarding commencement of the case |
| Plan Proponents' | PP 354 | PP 018263-PP 018273 | 04/01/2005 | Certificate of Service re Renewed Motion for an Order Approving, Authorizing, and Implementing Settlement Agreement (Dkt. 729; Adv. 02-2210 | No | OneBeacon / Seaton / GEICO / Republic Obj: Relevance | To be Admitted to prove which parties were served with a copy of the Motion and at what address |
| Plan Proponents' | PP 382 | - | 12/31/2000 | The Babcock & Wilcox Company Consolidated Financial Statements for December 31, 2000 and 1999 and March 31, 1999 | | OneBeacon / Seaton / GEICO / Republic Obj: Hearsay; Relevance | To be Admitted to demonstrate the level of asbestos personal injury claims activity against Babcock & Wilcox before a bar date was set (page 17) |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.

**WR Grace:**
**All Parties Trial Exhibit List - NOT Admitted Exhibits**

| Party | Ex. No. | Bates Span | Doc Date | Doc Description | Confidential | Objections | Proffer |
|-------|---------|-----------|----------|----------------|--------------|-----------|---------|
| Plan Proponents' | PP 383 | - | 12/31/2001 | McDermott International, Inc. Form 10-K | | OneBeacon / Seaton / GEICO / Republic Obj: Hearsay; Relevance | To be Admitted to demonstrate the level of asbestos personal injury claims activity in response to the Babcock & Wilcox bar date (page 153) |

*AXA Belgium (23082); FFIC/Allianz (23105) and Federal Insurance (23109) Join in the Objections of GEICO, Republic, Seaton and OneBeacon outlined herein.