IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**NOTICE OF FILING OF FINAL CHARTS OF DEPOSITIONS AND OTHER PRIOR TESTIMONY DESIGNATIONS**

PLEAES TAKE NOTICE THAT on October 27, 2009, the Debtors filed the attached Charts which are the final complications of charts from the Plan Proponents, Certain Insurers, Continental Casualty Company, Maryland Casualty Company, the Bank Lenders, the Libby Claimants, FFIC and Anderson Memorial of Deposition and Other Prior Testimony Designations which they still seek to have admitted into evidence.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-gulch West Coal Company, H-G Coal Company.

The attached charts, which are arranged in the order of the deponents whose testimony is being designated, contain the following information: (i) the names of the deponents designated, (ii) the lines and pages of the testimony the party seeks to have admitted into evidence, (iii) a summary of the testimony, (iv) the filed objections, (v) the parties' responses to the filed objections, and (vi) the Objectors current position with respect to the designations.

Subsequent to the submission of the previous version of these charts, arguments were held on the objections to the designations of the Libby Claimants and Anderson Memorial Hospital. As a result of the arguments on the objections to the AMH designations, the Plan Proponents have provided line by line objections to the AMH designation. As a result of the arguments on the objections to the Libby designations and pending a ruling from the Court on those objections, for the convenience of the parties and the Court, the Plan Proponents have now provided line by line objections to all of the Libby designations.

In conjunction with the attached Charts, the Debtors are providing the Court with a binder of the designations which indicate the testimony designated, the objections still pending and the counter-designations, if any. The Debtors are also providing the Court with a CD or DVD that contains all of the designations and the Charts. The Debtors are also placing these Charts and a copy of the Binders on its FTP site so that all parties may access all such designations.

        KIRKLAND & ELLIS LLP
        Theodore L. Freedman
        Deanna D. Boll
        Citigroup Center
        153 East 53rd Street
        New York, NY  10022
        Telephone: (212) 446-4800
        Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and


  /s/ James O'Neill
PACHULSKI, STANG, ZIEHL & JONES LLP
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*