# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  October    , 2009** |
| | ) | |

**FEE AND EXPENSE DETAIL FOR THE LAW OFFICES OF JANET S. BAER, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1,  2009 THROUGH SEPTEMBER 30,  2009**

---

2        The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Compensation by Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 2 | Asset Disposition | 1.20 | $570.00 |
| 3 | Business Operations | 32.10 | $15,892.50 |
| 4 | Case Administration | 5.70 | $3,562.50 |
| 6 | Claim Analysis Objection and Resolution  (non-Asbestos) | 126.30 | $60,937.50 |
| 7 | Committee, Creditors' Noteholders', or Equity Holders | .40 | $190.00 |
| 11 | Fee Applications, Applicant | 2.00 | $1,250.00 |
| 14 | Hearings | 85.80 | $53,520.00 |
| 15 | Litigation and Litigation Consulting | 99.60 | $62,250.00 |
| 16 | Plan and Disclosure Statement | 11.50 | $7,187.50 |
| 20 | Travel-Non-working | 8.00 | $4,400.00 |
| Totals for Matters | | 372.60 | $209,760.00 |

## Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $1,245.75 |
| Airfare | $1,830.20 |
| Transportation to/from airport | $290.00 |
| Travel Meals | $174.20 |
| Long Distance/Conference Telephone Charges | $2,807.41 |
| Local Transportation/Parking | $60.00 |
| Postage, Phone, Messenger Service and Miscellaneous | $709.76 |
| Total | $7303.75 |

# EXHIBIT A

| Attorney | | | | Value |
|---|---|---|---|---|
| | **Matter 2** | **Asset Disposition** | | |
| | **Date** | **Hours** | **Description** | |
| RJH | 9/15/09 | .70 | Conference call with V. Finkelstein, W. Conlon et al. re Hatfield plant lease rejection issues (.70) | $332.50 |
| RJH | 9/16/09 | .20 | Review and analyze relevant documents re Hatfield plant lease rejection issues ( .20) | $95.00 |
| RJH | 9/24/09 | .30 | Exchange correspondence and review same re ART transaction (.30) | $142.50 |
| **RJH** | **Total all hours** | **1.20** | **Total all Value** | **$570.00** |
| | **Matter 03** | **Business Operations** | | |
| | **Date** | **Hours** | **Description** | |
| JSB | 9/1/09 | .90 | Confer with P. Hanlon and J. Petrie re potential interested party on Rectroseal sale (.50); confer with M. Conron re IP name on Foreign transaction and issues re same (.40) | $562.50 |
| JSB | 9/3/09 | 1.50 | Review DC Plan motion and revise (.50); confer with M. Conron on Project Surf re Grace Conn. Implications (.40); confer with R. Higgins re Surf and Art issues (.30); prepare further correspondence re same (.30) | $937.50 |
| RJH | 9/10/09 | .90 | Telephone conferences with J. McFarland re ART Transaction (.60); telephone conference with M. Armstrong re same (.30) | $427.50 |
| JSB | 9/11/09 | 1.00 | Revise new defined Benefit Plan Motion (1.0) | $625.00 |
| RJH | 9/11/09 | .50 | Review and comment on form of letter agreement re ART Transaction notes and correspond with J. McFarland and T. Petti re same (.50) | $237.50 |
| RJH | 9/14/09 | 1.30 | Review and comment on draft Art motion and correspond with J. McFarland and T. Petti re same (1.30) | $617.50 |

| | | | | |
|---|---|---|---|---|
| RJH | 9/15/09 | 7.40 | Review and comment on draft ART transaction motion and legal research re same (5.50); telephone conferences with J. McFarland, T. Petti et al. re same (1.30); correspond with various parties re same (.60). | $3,515.00 |
| RJH | 9/16/09 | 6.80 | Review and comment on draft ART transaction motion and legal research re same (5.9); correspond with various parties re same (.9). | $3,230.00 |
| RJH | 9/17/09 | 5.40 | Revise ART Transaction Motion (4.30); Multiple telephone conferences with J. McFarland and others re same (1.10). | $2,565.00 |
| RJH | 9/18/09 | 2.90 | Revise ART Transaction Motion (1.50); Multiple telephone conferences and exchange correspondence with J. McFarland re same (.80); telephone conference with M. Armstrong re same (.30); review Blackstone materials re same (.30). | $1,377.50 |
| RJH | 9/21/09 | 2.60 | Revise ART Transaction Motion (1.20); Multiple telephone conferences and exchange correspondence with J. McFarland re same (.80); review and revise BNSF settlement motion (.30); review and revise DC Plan motion (.30). | $1,235.00 |
| JSB | 9/28/09 | .90 | Review Subsidiary Elimination memo and prepare correspondence re same (.50) confer with J. McFarland re same (.40) | $562.50 |

| | | | | |
|---|---|---|---|---|
| JSB | Total hours | 4.30 | Total Value | $2,687.50 |
| RJH | Total hours | 27.80 | Total Value | $13,205.00 |
| | Total all hours | 32.10 | Total all Value | $15,892.50 |

| | | | | |
|---|---|---|---|---|
| | **Matter 4** | **Case Administration** | | |
| | **Date** | **Hours** | **Description** | |
| JSB | 9/1/09 | 1.60 | Participate in weekly case company call (.50); review newly filed pleadings and attend to same (.80); review and organize pending matters and follow up re same (.30) | $1,000.00 |
| JSB | 9/3/09 | 1.00 | Confer with R. Higgins re status all open non confirmation projects and follow up re same | $625.00 |

(1.0)

| | | | | |
|---|---|---|---|---|
| JSB | 9/21/09 | 1.90 | Review newly filed pleadings from last 2 weeks and attend to same (1.30); review and organize confirmation materials for case follow-up (.60) | $1,187.50 |
| JSB | 9/28/09 | .80 | Review and respond to correspondence re numerous pending issues and follow up re same (.80) | $500.00 |
| JSB | 9/30/09 | .40 | Participate in weekly company management call re status of all matters (.40) | $250.00 |
| **JSB** | **Total all hours** | **5.70** | **Total all Value** | **$3,562.50** |

| | Matter 6 | Claim Analysis Objection and Resolution (non-asbestos) | | |
|---|---|---|---|---|
| | **Date** | **Hours** | **Description** | |
| RJH | 9/2/09 | 6.70 | Review and comment on draft agreement (.4); consider legal issues re same (.1); telephone conference with J. Restivo re same (.5); review and analyze NJDEP appellate legal briefs (1.5); draft NJDEP stipulation (3.3); draft form of order approving NJDEP stipulation (.9). | $3,182.50 |
| RJH | 9/3/09 | 6.40 | Revise NJDEP stipulation (2.8); draft NJDEP stipulation motion (2.5); revise NJDEP stipulation order (.10); meet with J. Baer re various claims issues (1.0). | $3,040.00 |
| RJH | 9/4/09 | 7.40 | Revise NJDEP stipulation (2.1); draft NJDEP stipulation motion (1.1); revise NJDEP stipulation order (.70); telephone conference with J. MacFarland re Art transaction (.70); telephone conference with J. MacFarland and Chevron counsel re Art transaction (.80); telephone conference with J. MacFarland and T. Petti re same (.70); telephone conference with C. Greco and M. Araki re non-asbestos claims matters (.70); telephone conference with J. Baer re various claims issues (.60). | $3,515.00 |
| RJH | 9/8/09 | 7.80 | Draft NJDEP stipulation motion (3.3); review file and conduct legal analysis re Acton settlement (.80); draft Acton settlement motion (.50); review file and conduct legal analysis re BNSF | $3,705.00 |

| | | | settlement (.70); draft BNSF settlement motion (2.5). | |
|---|---|---|---|---|
| RJH | 9/9/09 | 8.40 | Draft BNSF settlement motion (1.7);draft and revise Acton settlement motion (2.5);exchange correspondence with V. Finkelstein re same (.40); revise NJDEP settlement motion (.30); review materials and legal analysis re employee claims (.50); telephone conference with F. Zaremby re employee claims issues (1.7); telephone conferences with J. MacFarland re ART transaction issues (.60); telephone conference with C. Greco re North Carolina tax claim (.40); telephone conference with M. Armstrong re ART transaction (.30). | $3,990.00 |
| RJH | 9/10/09 | 7.50 | Draft and revise Acton settlement motion (2.5); correspond with J. Yoder and V. Finkelstein re same (.40); telephone conference with J. Yoder re same (.60); correspond with C. Fink re North Carolina tax stipulation (.40); revise NJDEP stipulation and exchange correspondence with W. Corcoran and A. Marchetta re same (1.8); Correspond with W. Emmett and others re BNSF settlement (.60); revise BNSF motion per Grace comments (.80); review case file and analyze legal issues re benefit plan motion (.40). | $3,562.50 |
| RJH | 9/11/09 | 7.20 | Revise BNSF settlement motion and correspond with W. Emmett and others re same (1.8); draft Solow settlement motion (1.5); Telephone conference with W. Corcoran, A. Marchetta and others re NJDEP settlement and associated papers (.80); revise NJDEP stipulation (.90); revise NJDEP settlement motion (1.3); correspond with W. Corcoran, A. Marchetta and others re NJDEP matter (.40); telephone conference with B. Moffitt re same (.50). | $3,420.00 |
| RJH | 9/14/09 | 4.80 | Revise Solow Settlement Motion (1.1); revise BNSF motion and draft correspondence re same (.80); revise Town of Acton motion and correspondence re same (.60); draft memorandum for the creditors' committee | $2,280.00 |

| | | | summarizing proposed settlement motions (2.3). | |
|---|---|---|---|---|
| RJH | 9/15/09 | .70 | Revise draft memorandum for the creditors' committee summarizing proposed settlement motions (.20); telephone conference with B. Moffitt re NJDEP settlement and consider issues re same (.50). | $332.50 |
| RJH | 9/16/09 | 1.70 | Revise draft memorandum for the creditors' committee summarizing proposed settlement motions (.60); revise NJDEP Settlement Motion (1.1). | $807.50 |
| RJH | 9/17/09 | 4.40 | Telephone conference with B. Moffitt re NJDEP Settlement (.50); telephone conference with A. Marchetta, W. Corcoran, M. Shelnitz et al. re NJDEP Settlement (.4); Review and analyze papers and legal issues re same (.30); Analyze legal issues re Neutocrete (3.2). | $2,090.00 |
| RJH | 9/18/09 | 1.20 | Analyze legal issues re Neutocrete (.50); review correspondence and attend to issues re NJDEP settlement (.70). | $570.00 |
| RJH | 9/21/09 | 4.70 | Prepare for Neutocrete mediation (3.2); legal research re same (.40); telephone conference with S. Blatnik re same (.50); telephone conference with J. Baer re same (.60). | $2,232.50 |
| JSB | 9/22/09 | 1.20 | Review materials in preparation for Neutocrete mediation and confer with R. Higgins re same (1.20); confer with J. Hughes, J. Gray and R. Higgins in preparation for Neutocrete mediation (no charge) | $750.00 |
| RJH | 9/22/09 | 10.40 | Prepare for Neutocrete mediation (5.4); Meet with client re Neutocrete mediation (5.0). | $4,940.00 |
| JSB | 9/23/09 | 1.40 | Review materials in preparation for Neutocrete mediation and confer re same (1.0); participation Neutocrete mediation (no charge); confer with C. Finke re tax issues with Massachuttes (.40) | $875.00 |
| RJH | 9/23/09 | 8.20 | Prepare for Neutocrete mediation (1.1); Meet with client re Neutocrete mediation (.8); participate in Neutocrete mediation (6.3). | $3,895.00 |

| RJH | 9/24/09 | 6.50 | Legal research re summary judgment motion issues re Neutocrete (1.5); revise Town of Acton motion (.7); revise NJDEP stipulation (1.1); revise NJDEP motion (.6); draft and exchange correspondence re same (.4); telephone conference with B. Moffitt re same (.6); review settlement agreement (.6); draft correspondence to J. Baer re same (.3) telephone conference with J. Baer re same (.4); exchange correspondence re North Carolina tax settlement (.3). | $3,087.50 |
|-----|---------|------|-----|-----------|
| JSB | 9/25/09 | .90 | Review summary re Norfolk Southern claim for September Status hearing (.30); confer with S. Blatnick re same (.30); confer with S. Blatnick re Neutocrete mediation and status (.30) | $562.50 |
| RJH | 9/25/09 | 5.80 | Revise Settlement Agreement (2.7); revise motion (.9); telephone conference and exchange correspondence with J. Baer re same (.5); revise NJDEP stipulation and motion pursuant to B. Moffitt comments (.5); legal analysis re North Carolina tax matter (.3); legal analysis re Rowe/Indamar claims (.9) | $2,755.00 |
| JSB | 9/28/09 | 1.40 | Review revised NJDEP Settlement Agreement and motion re same (.60); confer with R. Higgins re same (.30); review materials on Norfolk Southern claim in preparation for status hearing (.50); | $875.00 |
| RJH | 9/28/09 | 7.30 | Analyze issues re Big Tex settlement (1.1); exchange correspondence and telephone conferences with L. Gardner and R. Emmett re same (.70); exchange correspondence with J. Baer re same (.20); draft and revise Big Tex stipulation (2.4); telephone conference with J. Baer re same and other issues (.50); telephone conference with C. Greco re Wright and Rowe/Indmar claims (.60); review and analyze Rowe/Indmar claims (.40); consider issues re Samson Hydrocarbon (.20); legal research re Neutocrete (.60); telephone conferences with A. Marchetta and B. Moffitt re NJDEP motion and stipulation (.60). | $3,467.50 |
| RJH | 9/29/09 | 7.00 | Analyze issues re Big Tex settlement (.30); exchange correspondence with L. Gardner and R. Emmett re same (.30); draft and revise Big Tex stipulation (3.5); review Munoz case file and analyze legal issues re same (.50); telephone | $3,325.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | conference with opposing counsel re Wright claim and exchange correspondence with various parties re same (.70); telephone conference with B. Moffitt re NJDEP claim (.50); revise NJDEP stipulation and motion (1.2). |  |
| JSB | 9/30/09 | 1.40 | Review Big Tex draft stipulation and prepare correspondence re comments on same (.50); follow up with BMC re scheduled claim issues from Longacre (.20); review and respond to correspondence re Big Tex and further discuss same (.40); participation call re Rowe claim (.30) | $875.00 |
| RJH | 9/30/09 | 5.90 | Analyze issues re Big Tex settlement (.70); exchange correspondence with L. Gardner, R. Emmett and J. Baer re same (.30); draft and revise Big Tex stipulation (2.2); analyze Rowe/Indmar settlement issues (.30); telephone conference with company re same (.60); telephone conference with J. Forgach re Wright employment claim and employee claims analysis (.90); legal research re Neutocrete (.70); exchange correspondence re same (.20). | $2,802.50 |

| | | | | |
|---|---|---|---|---|
| **JSB** | **Total hours** | **6.30** | **Total Value** | **$3,937.50** |
| **RJH** | **Total hours** | **120.00** | **Total Value** | **$57,000.00** |
| | **Total all hours** | **126.30** | **Total all Value** | **$60,937.50** |

|  |  |  |  |  |
|---|---|---|---|---|
| | **Matter 7** | **Committee, Creditors', Noteholders or Equity Holders'** | | |
| | **Date** | **Hours** | **Descriptions** | |
| RJH | 9/17/09 | .40 | Exchange correspondence with A. Krieger re status of motions for 10/26 hearing. | $190.00 |
| RJH | **Total all hours** | **.40** | **Total all Value** | **$190.00** |
| | **Matter 11** | **Fee Applications, Applicant** | | |
| | **Date** | **Hours** | **Description** | |
| JSB | 9/24/09 | .50 | Prepare expense portion of August fee application (.50) | $312.50 |

| | | | | |
|---|---|---|---|---|
| JSB | 9/25/09 | 1.50 | Complete August expense statement and revise August monthly fee application (1.50) | $937.50 |
| **JSB** | **Total all hours** | **2.00** | **Total all Value** | **$1,250.00** |

| | Matter 14 Date | Hearings Hours | Description | |
|---|---|---|---|---|
| JSB | 9/1/09 | 1.00 | Participate in hearing re Zilly report matter (1.00) | $625.00 |
| JSB | 9/2/09 | 1.00 | Prepare orders re Molgaarrd, Spears, Parker and Fresenius from 8/24 hearing (1.0) | $625.00 |
| JSB | 9/4/09 | .40 | Review/revise 9/8 agenda and prepare comments re same (.40) | $250.00 |
| JSB | 9/8/09 | 11.50 | Participate in Confirmation Hearing (9.50); participate in preparation for second day of confirmation hearing (2.00) | $7,187.50 |
| JSB | 9/9/09 | 10.50 | Attend and participate in portions of day two of confirmation hearing (5.50); follow up re various matters to prepare for other issues in confirmation hearing (5.0) | $6,562.50 |
| JSB | 9/11/09 | 5.00 | Participate in portions of the Confirmation hearing (2.0); review and prepare materials re same (3.0) | $3,125.00 |
| JSB | 9/12/09 | 2.00 | Review and prepare various materials for the Confirmation hearing (2.0) | $1,250.00 |
| JSB | 9/13/09 | 7.40 | Review and revise Kaneb stipulation and prepare correspondence re same  (1.0); review follow up correspondence re same (.30); review One Beacon Stipulation, confer and prepare correspondence re same (1.20); further confer and prepare follow up correspondence re same (.30); attend team meeting re trial preparation (.80); prepare correspondence re order of proof issues (.40); further review and revise materials for confirmation hearing (3.00); review and revise 9/29 hearing agenda (.40) | $4,625.00 |
| JSB | 9/14/09 | 13.00 | Prepare for and participate in Confirmation hearing (10.00); prepare materials for next day of confirmation hearing and confer re same (3.0) | $8,125.00 |
| JSB | 9/15/09 | 13.00 | Prepare for and participate in Confirmation hearing (10.00); confer with team and prepare further materials for next day's confirmation hearing (3.0) | $8,125.00 |

| | | | | |
|---|---|---|---|---|
| JSB | 9/16/09 | 11.50 | Prepare for and participate in confirmation hearing (9.50); revise post –trial hearing order and prepare circulation re same (1.00); prepare chart re objection /admission for hearing (1.0) | $7,187.50 |
| JSB | 9/17/09 | 6.50 | Prepare for and participate in confirmation hearing (4.50); review and organize materials from Confirmation hearing (1.0); review Libby discovery correspondence and prepare follow up re same (1.0) | $4,062.50 |
| RJH | 9/21/09 | .70 | File ART Transaction, BNSF and DC Plan Motions | $332.50 |
| JSB | 9/24/09 | .90 | Review agenda and prepare memo re 9/29 hearing (.40); review notes and prepare follow up correspondence re confirmation hearing issues (.50) | $5,625.00 |
| JSB | 9/28/09 | .30 | Review materials in preparation for Omnibus hearing (.30) | $187.50 |
| JSB | 9/29/09 | 1.10 | Review and respond to correspondence re Omnibus hearing issues (.30); participation September Omnibus hearing (.80) | $687.50 |

| | | | | |
|---|---|---|---|---|
| **JSB** | **Total hours** | **85.10** | **Total Value** | **$53,187.50** |
| **RJH** | **Total hours** | **.70** | **Total Value** | **$332.50** |
| | **Total all hours** | **85.80** | **Total all Value** | **$53,520.00** |

| | Matter 15 | Litigation | | |
|---|---|---|---|---|
| | Date | **Hours** | **Description** | |
| JSB | 9/1/09 | 10.40 | Review cover pleading for Exhibit objections (.20); review draft order re post trial briefs (.20); participate in Plan team call re preparation for "Phase 4" of confirmation hearing (1.20); prepare correspondence re Exhibit Objections and procedure to complete same (.40); confer with R. Higgins re NJDEP stipulation, letter and motion (.30); review pleadings re Zilly motion to preclude in preparation for hearing on same (.40); review full Exhibit Objection list and confer with K. Love re same (1.80); review comments from Plan Proponents and revise Exhibit Objection cover pleading and objection list (.50); participate in call with Plan Proponents re FFIC lift stay motion and related issues (1.30); confer with K. Love and H. Bloom re exhibit issues (.30); review and respond to correspondence re exhibit issues (.40); final review of final exhibit objection list and prepare transmittal re same (.50); review and revise plan objection chart (2.30) | $6,500.00 |

| | | | | |
|---|---|---|---|---|
| JSB | 9/2/09 | 2.50 | Confer with K. Love re transcripts, trial room preparation and agenda materials (.40); review FFIC matters and confer with T. Freedman re same (.30); confer with R. Finke re numerous outstanding issues including Solow, Libby,  Norfolk and Canada (.40); follow up review and response on Rectroseal timing and project Surf IP transaction (.30) confer re numerous exhibit and Trial issues and follow up re same (.90); prepare correspondence re FFIC (.20) | $1,562.50 |
| JSB | 9/3/09 | 10.60 | Review NJDEP Stipulation and revise (.50); review MCC Stipulation (.30); review CNO re Rectroseal (.20); confer with M. Plevin re FFIC Lift Stay timing issues and exhibit issues (.30); confer with T. Freedman re same (.20); revise orders re Parker, Spears, Moolgaad and Fresnius and prepare correspondence re same (.90); prepare correspondence re FFIC Lift stay (.50); confer with K. Love and J. O'Neill several times re issues related to exhibits (1.30) confer with B. Harding re Libby exhibit issues (.50); revise order re post trial proceedings (1.0); confer with N. Kritzer re response to  motion to shorten time re FFIC Lift Stay (.30); prepare motion re Libby document issues (3.0); confer re same (.40); revise post trial scheduling order and confer re same (1.20) | $6,625.00 |
| JSB | 9/4/09 | 9.20 | Review response re FFIC issues (.50); confer re same (.30); review comments re Post trial order and confer re same (.40); revise same and prepare correspondence re meet and confer re same (.40); several conferences re FFIC response (.60); confer re Garlock issues (.30); confer re Maynes and Tay testimony issues (.20); review Libby correspondence re claimant information (.90); revise Libby Motion re confidential information (1.50); review revised FFIC response and prepare final comments re same (.40); prepare revised Libby Motion, Motion to Shorten, order to  shorten and motion for Relief (1.60); numerous conference re trial preparation issues with several parties (1.30); further revision to Libby motions and Orders (.80); | $5,750.00 |
| JSB | 9/6/09 | 10.10 | Review Order of Proof and Confirmation Task List and prepare outline of tasks (.80); Preparation for Confirmation trial including review and revisions to Longacre and Kaneb Stipulations, Preparation of Libby slides, preparation of COC re Post Trial briefing and review of objections (6.0); participate in team | $6,312.50 |

| | | | | |
|------|---------|-------|---|---|
| | | | calls re trial preparation issues (1.30); general trial preparation (2.00) | |
| JSB | 9/7/09 | 12.00 | Prepare for Confirmation hearing, including preparation of several motions, stipulations, order and charts (12.00) | $7,500.00 |
| JSB | 9/10/09 | 10.00 | Confer with Plan Proponents and trial team and prepare materials for Parts 2 and 4 of the confirmation hearing (10.00) | $6,250.00 |
| JSB | 9/11/09 | 2.10 | Review Kaneb Stipulation and prepare correspondence re same (1.50); review One Beacon Stipulation and Canada issues (.60) | $1,312.50 |
| JSB | 9/15/09 | .50 | Review and respond to correspondence re ART, NJDEP, Action, BNSF and D B plan matters (.50) | $312.50 |
| JSB | 9/17/09 | 1.0 | Review correspondence re BNSF, Acton, DC Plan, NJDEP and other pending matters (.50); confer with R. Higgins re same and Neutocrete mediation (.50) | $625.00 |
| JSB | 9/21/09 | 6.00 | Review draft ART, NJDEP, BNSF and Solow motions and revise same (1.20); confer with R. Higgins re same (.40); confer with T. Freedman re status of all confirmation matters (.30); confer with R. Higgins re Neutocrete status and mediation (.40); review and respond to numerous matter re Confirmation follow up (.70); confer with S. Blatnick re Neutocrete matters (.30); confer with D. Boll re status of confirmation issues and related issues (.30); prepare correspondence re Exhibit follow up for hearing matters (.50); review correspondence re Neutocrete matters and further confer re same (.50); organize Neutocrete materials for mediation (.40); review Neutocrete materials for mediation (1.0) | $3,750.00 |
| JSB | 9/22/09 | .80 | Confer with Canadian counsel re potential settlement modifications (.40); participate in weekly company management call (.40) | $500.00 |
| JSB | 9/24/09 | 6.80 | Review drafts re Solow matter and Kaneb (.40); participate in team call re status of all pending confirmation matters (1.80); review and respond to various parties re confirmation issues (.90); confer with K. Love re status of Exhibit master list and related issues (.30); confer with E. Leibenstein re plan | $4,250.00 |

| | | | | |
|---|---|---|---|---|
| | | | issues (.20); confer with C. Yee re claims issues (.30); prepare correspondence re Exhibits and Dep Designations (1.50); confer re same (.40); confer with L. Esayian re General claim issues (.30); confer with K. Love several conferences re Exhibit issues (.40); prepare correspondence re Libby issues (.30) | |
| JSB | 9/25/09 | 5.60 | Confer with counsel for Fresnius re status of all matters (.60); confer with Plan Proponents re Exhibits to be moved into evidence and related confirmation issues (1.0); review correspondence on document related issues and respond re same (.60); review draft settlement documents (.40); confer with R. Higgins re same (.30); review admitted exhibit list (.80); confer with K. Love re same (.40); prepare further comments on settlement agreement (.20); prepare correspondence re pending evidence issues and respond re same (.40); confer with D. Boll re stipulation re additional exhibits and respond to correspondence on same (.50); confer with K. Love (several times) re admitted exhibit list issues (.40) | $3,500.00 |
| JSB | 9/28/09 | .70 | Review draft agreement re Edwards matter (.30); review and respond to correspondence re Confirmation hearing exhibit issues and related matters (.40) | $437.50 |
| JSB | 9/29/09 | 5.70 | Confer with T. Freedman re confirmation issues and Finke declaration (.40); confer with D. Boll re exhibit list issues (.30); prepare correspondence re same (.30); confer with J. Restivo re settlement agreement comments and issues (.30); review revised NJDEP motion and stipulation (.40); prepare correspondence re deposition designations (.40); respond to follow up inquiries re settlement correspondence (.30); prepare correspondence re evidence issues (.30); prepare correspondence re Speights witness issues and confer re same (.30); review motion re Solomons and confer re same (.30); assemble same for filing (.30); prepare motion to shorten time re Solomons and transmittal re same (.70); confer with J. O'Neill re Solomons motions (.20); review correspondence re Royal document/transcript request (.30); review revised exhibit list and confer re same (.30); confer re One Beacon issues (.30); prepare correspondence re same (.30) | $3,562.50 |
| JSB | 9/30/09 | 5.60 | Participation call to discuss D CT. opinion on | $3,500.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | California claims (1.10); revise Canadian Status Report (1.20); review and respond to correspondence re Solomons motion, hearing and related matters (.30); review draft stipulations, comments and charts re Exhibit and deposition issues (1.20); participate in call re California appellate ruling on PD claims with appellate counsel  (1.0); confer with K. Love re Exhibit chart and stipulations and prepare correspondence following up re same (.80) |  |
| JSB | Total all hours | 99.60 | Total all Value | $62,250.00 |

| | Matter 16 | Plan and Disclosure Statement | | |
|---|---|---|---|---|
| | Date | Hours | Description | |
| JSB | 9/2/09 | 4.90 | Confer with Plan Proponents re issue in plan and  trial preparation re Third party claims (1.0); confer with J. Wisler re trial preparation issues (.30); final review of Plan Objection chart (.80); numerous conferences re trial preparation issues (.90); participation plan team call re preparation for Confirmation hearing (1.50); confer with J. Brooks re final objection chart issues (.40); | $3,062.00 |
| JSB | 9/3/09 | .80 | Participate in confirmation team call re trial preparation (.80) | $500.00 |
| JSB | 9/4/09 | 1.20 | Participate in meet and confer re post trial schedule and related matters (1.20) | $750.00 |
| JSB | 9/23/09 | 1.80 | Review Exhibit materials re Confirmation status (.50); confer with T. Freedman re same (.30); confer with K. Love re same (.30); prepare correspondence re same (.40); confer with B. Harding re same (.30) | $1,125.00 |
| JSB | 9/29/09 | 1.80 | Review draft Finke stipulation for confirmation hearing (.30); prepare comments re same (.40); prepare correspondence re final Finke stipulation and confer re same (.40); prepare transmittals re stipulation on Exhibits and deposition designations (.40); confer with J. O' Neill re confirmation agenda and related issues (.30) | $1,125.00 |
| JSB | 9/30/09 | 1.00 | Confer with Plan Proponents re issues on  PDFCR issues and other draft Plan Amendments (1.0) | $625.00 |
| JSB | Total all hours | 11.50 | Total all Value | $7,187.50 |

| | Matter 20 | Travel-Non Working | | |
|---|---|---|---|---|
| | Date | Hours | Description | |
| JSB | 9/6/09 | 2.00 | Travel to Pittsburgh for Confirmation | $1,250.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | hearing (billed at half time) (2.0) | |
| JSB | 9/17/09 | 2.00 | | Travel from Pittsburgh back to Chicago after confirmation hearing (billed at half time) (2.00) | $1,250.00 |
| JSB | 9/22/09 | .00 | | Travel from Chicago to Washington for Neutocrete mediation (no charge) | $0 |
| RJH | 9/22/09 | 1.20 | | Travel to Washington D.C. for Neutocrete mediation (billed at half time) (1.20) | $570.00 |
| JSB | 9/23/09 | .00 | | Travel from Washington to DC back (to Chicago after Mediation re Neutocrete claim (no charge). (3.0) | $0 |
| RJH | 9/23/09 | 2.80 | | Travel to Chicago from Washington D.C. returning from Neutocrete mediation (billed at half time) (2.80) | $1,330.00 |

| | | | | | |
|---|---|---|---|---|---|
| **JSB`** | **Total hours** | **4.00** | | **Total Value** | **$2,500.00** |
| **RJH** | **Total hours** | **4.00** | | **Total Value** | **$1,900.00** |
| | **Total all hours** | **8.00** | | **Total all Value** | **$4,400.00** |

| | | | | |
|---|---|---|---|---|
| **Grand Total all Matters** | **372..60** | | **Grand  Total Value of All Matters** | **$209,760.00** |

# EXHIBIT B

## EXPENSES SUMMARY

| Service Description | Amount |
|---|---|
| Lodging | $ 1,245.75 |
| Airfare | $ 1,830.20 |
| Transportation to/from airport | $   330.00 |
| Travel Meals | $   174.22 |
| Long Distance/Conference  Telephone Charges | $ 2,953.82 |
| Local Transportation/Parking | $    60.00 |
| Postage, Messenger Service, and Miscellaneous | $   709.76 |
| Total: | $ 7,303.75 |

Itemized Expenses

Travel

| Date | Amount | Itemized Expense |
|------|--------|------------------|
| 9/06/09 | $   40.00 | 303 Taxi-Transportation from Wilmette to ORD for flight to Pittsburgh for Confirmation Hearing |
| 9/06/09 | $   10.00 | Breakfast  at O'Hare prior to flight to Pittsburgh |
| 9/06/09 | $ 383.20 | United Airlines – Airfare, travel fee, for flight from ORD to Pittsburgh for Confirmation Hearing |
| 9/06/09 | $   50.00 | Taxi- Transportation from Pittsburgh airport to Westin Convention Center |
| 9/08/09 | $   10.00 | Breakfast in Pittsburgh prior to Confirmation Hearing. |
| 9/11/09 | $   10.00 | Breakfast in Pittsburgh prior to Confirmation Hearing. |
| 9/12/09 | $   28.01 | Westin Convention Center, Brunch during Confirmation Hearing |
| 9/13/09 | $   29.61 | Westin Convention Center, Brunch during Confirmation Hearing |
| 9/15/09 | $   22.73 | Westin Convention Center, Lunch during Confirmation Hearing |
| 9/15/09 | $   48.87 | Capitol Grill. Dinner in Pittsburgh during Confirmation Hearing. |
| 9/17/09 | $   70.97 | Westin Convention Center, tip for two weeks maid service and miscellaneous Hotel charges |
| 9/17/09 | $   50.00 | Taxi – Transportation from  Westin Convention Center to Pittsburgh airport |
| 9/17/09 | $   10.00 | Dinner at Pittsburgh Airport awaiting flight to Chicago |
| 9/17/09 | $ 220.60 | Southwest Airlines – One way Airfare, travel fee, from Pittsburgh to Chicago after Confirmation Hearing. |
| 9/17/09 | $   70.00 | 303 Taxi - Transportation from Midway Airport, Chicago to Wilmette after trip to Pittsburgh for Confirmation Hearing |
| 9/21/09 | $   40.00 | 303 Taxi- Transportation from Wilmette to ORD for fight to Washington DC for Neutocrete Mediation. |
| 9/21/09 | $     5.00 | Breakfast at ORD waiting for flight to Washington DC |
| 9/21/09 | $ 505.20 | United Airlines – Round-trip Airfare for JSB, travel fee for flight from Chicago to Washington DC for Neutocrete Mediation. |
| 9/21/09 | $ 505.20 | United Airlines – Round-trip Airfare for RJH, travel fee for flight from Chicago to Washington DC for Neutocrete Mediation. |
| 9/22/09 | $   20.00 | Taxi – Transportation from Regan Airport to Kirkland & Ellis Washington DC for Neutocrete Mediation. |

| | | |
|---|---|---|
| 9/23/09 | $ 559.91 | JW Marriott Hotel – Washington DC. JSB Hotel for Neutocrete Mediation |
| 9/23/09 | $ 614.87 | JW Marriott Hotel – Washington DC. RJH Hotel for Neutocrete Mediation |
| 9/23/09 | $ 20.00 | Taxi – Transportation from Kirkland &Ellis  Washington DC to Regan Airport after Neutocrete Mediation |
| 9/23/09 | $ 108.00 | United Airlines – Change fee for JSB, Airfare, travel fee, for flight from Washington DC to Chicago after Neutocrete Mediation |
| 9/23/09 | $ 108.00 | United Airlines – Change fee for RJH, Airfare, travel fee, for flight from Washington DC to Chicago after Neutocrete Mediation |
| 9/24/09 | $ 40.00 | 303 Taxi – Transportation from ORD to Wilmette after trip to Washington DC for Neutocrete Mediation |
| **Total** | **$3,580.17** | |

Non-Travel

| Date | Amount | Itemized Expense |
|---|---|---|
| 9/3/09 | $ 60.00 | Local Transportation, Flash Cab from 70 W. Madison to Wilmette after late night work on Confirmation Hearing Preparation |
| 9/5//09 | $ 48.56 | AT&T – Long Distance Telephone services for Grace for August |
| 9/6/09 | $ 663.28 | Federal Express/Kinkos.  Shipping costs re materials from Chicago to Pittsburgh for Confirmation hearing |
| 9/30/09 | $ 13.04 | Pacer Quarterly Statement for services |
| 9/30/09 | $ 46.04 | T Mobil.  September Cell telephone charges for Grace |
| 9/30/09 | $ 51.81 | AT&T – Long Distance Telephone services for Grace for September |
| 9/30/09 | $2807.41 | InterCall -  Conference call services for September for Grace conferences |
| 9/30/09 | $ 23.21 | Chicago Messenger Service. Delivery to RJ Higgins from JS Baer re Grace documents |
| 9/30/09 | $ 10.23 | Federal Express package to Pittsburgh |
| **Total** | **$ 3,723.58** | |

**Total September Expenses:  $7,303.75**