UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: __01-1139__   ⦿ BK   ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
Memorandum Opinion and Order
   Docket Number: __21747__     Date Entered: __5/19/09__

Item Transmitted:   ⦿ Notice of Appeal            ○ Motion for Leave to Appeal
                  ○ Amended Notice of Appeal   ○ Cross Appeal
                  Docket Number: __21905__     Date Filed: _____

| *Appellant/Cross Appellant: | *Appellee/Cross Appellee |
|---|---|
| Bank Lender Group | W.R. Grace, et al., Official Committee |
| Counsel for Appellant: | Counsel for Appellee: |
| Adam Landis & Richard Cobb | David M. Bernick |
| Landis Rath & Cobb LLP | Kirkland & Ellis LLP |
| 919 Market Street, Suite 600 | 153 East 53rd Street |
| Wilmington, DE 19801 | New York, NY 10022 |
| (302) 467-4400 | (212) 446-4800 |

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ⦿ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?   ⦿ Yes   ○ No
   If so, has District Court assigned a Civil Action Number?   ⦿ Yes   ○ No   Civil Action # __09cv644__

Additional Notes: _____

| 10/28/09 | By: __/s/ Sherry J. Stiles__ |
|---|---|
| Date | Deputy Clerk |

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __BAP-09-43__
7/6/06