# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., et al., | Jointly Administered |
| Debtors. | |

## REQUEST FOR REMOVAL FROM SERVICE LIST
## AND WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that John V. Fiorella, Esquire, of the firm of Archer & Greiner, A Professional Corporation, hereby withdraws his appearance for NL INDUSTRIES, INC. in the above-captioned case, and requests that he be removed from the master mailing list, and that no further notices, pleadings or other documents be serve upon his firm on behalf of NL INDUSTRIES, INC.

Dated: October 28, 2009

By:  /s/ John V. Fiorella
John V. Fiorella (No. 4330)
ARCHER & GREINER
A Professional Corporation
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone No. (302) 777-4350
Facsimile No. (302) 777-4352
E-mail: jfiorella@archerlaw.com

5046147v1