IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 22904 |
| | | 10/26/09 Agenda No. 22 |

**ORDER APPROVING STIPULATION RESOLVING PROOFS OF CLAIM OF BNSF RAILWAY COMPANY PURSUANT TO THE EPA MULTI-SITE AGREEMENT**

Upon consideration of the *Motion of the Debtors for an Order Approving Stipulations Resolving Proofs of Claims of a PRP Entity Pursuant to the EPA Multi-Site Agreement* (the "Motion"); and due and proper notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors,[2] their estates and creditors, it is hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in, as the case may be, the Motion, the Stipulation, the EPA Multi-Site Agreement (as it is defined in this Motion) or the *First Amended Joint Plan of Reorganization* (the "Plan") in these Chapter 11 Cases, as amended, Docket nos. 19579, 20666, 20872, 20873 and 21594.

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Debtors' execution of the Stipulation is approved; and it is further

ORDERED that the Stipulation is incorporated herein by reference; and it is further

ORDERED that the Debtors are authorized to perform their respective obligations under the Stipulation and are further authorized to take whatever other actions may be necessary to consummate the transactions contemplated thereby; and it is further

ORDERED that Proofs of Claim Nos. 8252, 15518 and 17095 shall be Allowed as General Unsecured Claims in the amounts set forth in the Stipulation and all remaining amounts shall be disallowed; and it is further

ORDERED The Claimant shall be entitled to interest on each of the foregoing claims as provided in the applicable section of paragraph 20 of the EPA Multi-Site Agreement listed below, and interest shall begin to accrue from and after the applicable interest accrual dates:

| Allowed Claim No. | Location | Amount | Accrual Date | Settlement Agreement |
|---|---|---|---|---|
| 8252 | Minot, North Dakota | $17,300.00 | May 9, 2006 | ¶ 20.B.(8)c. |
| 15518 | Denver, Colorado | $1,017,106.20 | May 9, 2006 | ¶ 20.B.(8)d. |
| 17095 | Libby, Montana | $1,918,355.51 | August 20, 2007 | ¶ 20.B.(7)b. |

and it is further

ORDERED that Claim Nos. 8250 and 8251 shall be disallowed and expunged for all purposes; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order and the Stipulation; and it is further

ORDERED that this Order is effective immediately upon its entry, notwithstanding Fed. R. Bankr. P. 6004(h).

Dated: Oct. 26, 2009

*Judith K. Fitzgerald*

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge    SJS