# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 10/28/2009 |
| Case: 01−01139−JKF | Form ID: ntcBK | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust        united states trustee
aty        Lawrence A Kalina
                                                TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust        Frank J. Perch III    frank.j.perch@usdoj.gov
aty        Daniel K. Hogan    dkhogan@dkhogan.com, keharvey@dkhogan.com
aty        Kathleen P. Makowski    kmakowski@pszjlaw.com
aty        Paul W. Turner    pturner@carlilelawfirm.com
aty        Richard Allen Keuler, Jr.    rkeuler@reedsmith.com
aty        Richard F. Rescho    rrescho2001@yahoo.com
aty        Rosalie L. Spelman    rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty        Stuart B. Drowos    stuart.drowos@state.de.us
                                                TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        W.R. GRACE &CO.    7500 Grace Drive    Columbia, MD 21044
aty        Curtis A. Hehn    Pachulski Stang Ziehl &Jones LLP    919 N. Market Street    17th Floor    Wilmington, DE 19801
aty        Curtis A. Hehn    Pachulski Stang Ziehl Young Jones &Wein    919 N. Market Street    16th Floor    Wilmington, DE 19801
aty        David W. Carickhoff, Jr    Blank Rome LLP    Chase Manhattan Centre    1201 Market Street, Suite 800    Wilmington, DE 19801
aty        David W. Carickhoff, Jr    Blank Rome LLP    Chase Manhattan Centre    1201 Market Street, Suite 800    Wilmington, DE 19801
aty        David W. Carickhoff, Jr    Pachulski Ziehl Stang Ziehl Young Jones    919 N. Market St.    16th Floor    Wilmington, DE 19899
aty        James E. O'Neill    Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    PO Box 8705    Wilmington, DE 19899−8705
aty        James E. O'Neill    Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    P.O. Box 8705    Wilmington, DE 19899−8705
aty        Kathleen P. Makowski    Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    P.O. Box 8705    Wilmington, DE 19899
aty        Kathleen P. Makowski    Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    P.O. Box 8705    Wilmington, DE 19899
aty        Laura Davis Jones    Pachulski Stang Ziehl &Jones LLP    919 North Market Street    17th Floor    Wilmington, DE 19899−8705
aty        Laura Davis Jones    Pachulski Stang Ziehl &Jones LLP    919 N. Market Street    17th Floor    Wilmington, DE 19899−8705
aty        Mark M. Billion    Pachulski Stang Ziehl &Jones LLP    919 N. Market Street    17th Floor    Wilmington, DE 19702
aty        Michael R. Lastowski    Duane Morris LLP    1100 North Market Street    Suite 1200    Wilmington, DE 19801−1246
aty        Paula Ann Galbraith    211 East Ohio # 2618    Chicago, IL 60611
aty        Robert J. Dehney    Morris, Nichols, Arsht &Tunnell    1105 N. Market Street    P. O. Box 1347    Wilmington, DE 19899−1347
aty        Timothy P. Cairns    Pachulski Stang Ziehl &Jones LLP    919 N. Market St., Suite 1700    Wilmington, DE 19899
aty        Timothy P. Cairns    Pachulski Stang Ziehl Young Jones    919 N. Market Street    17th Floor    Wilmington, DE 19801
                                                TOTAL: 18