IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 17, 2009 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed.** |

**SUMMARY OF THE ONE HUNDREDTH AND FIRST MONTHLY APPLICATION OF
FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR
THE PERIOD OF SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

Name of Applicant:                                          Ferry, Joseph & Pearce, P.A.

Authorized to provide
professional services to:                               Official Committee of Asbestos Property Damage
                                                                    Claimants

Date of retention:                                        April 18, 2001

Period for which compensation and
reimbursement is sought:                           September 1, 2009 through September 30, 2009

Amount of compensation sought
as actual reasonable and necessary:            $38,337.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                                 $ 2,323.35

This is a:    X    monthly _____ interim _____ final application

**Prior Monthly Applications:**

| | | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed-Docket No. | Period Covered | Fees | Expenses | 80% of Requested Fees | Expenses |
| 7/10/01-#577 | 4/18/01-4/30/01 | $1,476.00 | $26.00 | $1,173.60 | $26.00 |
| 7/10/01-#578 | 5/1/01-5/31/01 | $6,276.50 | $2,708.31 | $5,021.20 | $2,708.31 |

| Date Filed-Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 7/30/01-#768 | 6/1/01- 6/30/01 | $11,251.00 | $1,643.75 | $9,000.80 | $1,643.75 |
| 09/05/01-#879 | 7/1/01-7/31/01 | $11,833.00 | $2,538.98 | $9,466.40 | $2,538.98 |
| 10/01/01-#979 | 8/1/01-8/31/01 | $6,068.00 | $1,391.31 | $4,854.40 | $1,391.31 |
| 10/30/01-#1039 | 9/1/01-9/30/01 | $6,048.00 | $2,258.87 | $4,838.40 | $2,258.87 |
| 01/02/02-#1436 | 10/1/01-11/30/01 | $16,325.00 | $4,495.30 | $13,060.00 | $4,495.30 |
| 01/21/02-#1533 | 12/1/01-12/31/01 | $4,689.00 | $885.80 | $3,751.20 | $885.80 |
| 03/07/02-#1773 | 1/1/02-1/31/02 | $6,980.00 | $1,280.38 | $5,584.00 | $1,280.38 |
| 05/01/02-#2000 | 2/1/02-2/28/02 | $6,306.00 | $2,071.17 | $5,044.80 | $2,071.17 |
| 05/01/02-#2001 | 3/1/02-3/31/02 | $9,438.00 | $6,070.08 | $7,550.40 | $6,070.08 |
| 06/28/02-#2295 | 4/1/02-4/30/02 | $8,470.50 | $5,198.73 | $6,776.40 | $5,198.73 |
| 07/03/02-#2326 | 5/1/02-5/31/02 | $11,446.00 | $1,098.56 | $9,156.80 | $1,098.56 |
| 09/12/02-#2678 | 6/1/02-6/30/02 | $6,196.50 | $4,697.48 | $4,957.20 | $4,697.48 |
| 10/09/02-#2792 | 7/1/02-7/31/02 | $4,837.50 | $1,939.53 | $3,870.00 | $1,939.53 |
| 11/04/02-#2923 | 8/1/02-8/31/02 | $5,697.00 | $1,229.39 | $4,557.60 | $1,229.39 |
| 11/27/02-#3078 | 9/1/02-9/30/02 | $10,017.00 | $4,957.00 | $8,013.60 | $4,957.00 |
| 1/10/03-#3229 | 10/1/02-10/31/02 | $5,531.00 | $1,235.50 | $4,826.40 | $1,235.50 |
| 1/14/03-#3243 | 11/1/02-11/30/02 | $6,033.00 | $929.00 | $4,826.40 | $929.00 |
| 2/10/03-#3361 | 12/1/02-12/31/02 | $1,927.00 | $1,348.26 | $1,541.60 | $1,348.26 |
| 3/14/03-#3513 | 1/1/03-1/31/03 | $3,704.00 | $897.83 | $2,963.20 | $897.83 |
| 4/9/03-#3644 | 2/1/03-2/28/03 | $3,347.00 | $213.57 | $2,677.60 | $213.57 |
| 5/14/03-#3786 | 3/1/03-3/31/03 | $4,519.00 | $1,599.16 | $3,615.20 | $1,599.16 |
| 5/28/03-#3832 | 4/01/03-4/30/03 | $4,786.00 | $2,747.92 | $3,828.80 | $2,747.92 |
| 8/5/03-#4149 | 5/1/03-5/31/03 | $3,809.00 | $558.74 | $3,047.20 | $558.74 |
| 8/5/03-#4150 | 6/1/03-6/30/03 | $3,665.00 | $1,172.19 | $2,932.00 | $1,172.19 |
| 9/18/03-#4446 | 7/1/03-7/31/03 | $4,556.00 | $3,859.58 | $3,644.80 | $3,859.58 |
| 10/3/03-#4528 | 8/1/03-8/31/03 | $6,485.00 | $714.28 | $5,188.00 | $714.28 |

| Date Filed-Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 12/8/03-#4793 | 9/1/03-9/30/03 | $4,445.00 | $761.99 | $3,556.00 | $761.99 |
| 12/22/03-#4849 | 10/1/03-10/31/03 | $7,215.00 | $811.81 | $5,772.00 | $811.81 |
| 1/15/04-#4934 | 11/1/03-11/30/03 | $5,551.00 | $1,218.41 | $4,440.80 | $1,218.41 |
| 2/4/04-#5055 | 12/1/03-12/31/03 | $7,317.00 | $4,517.78 | $5,853.60 | $4,517.78 |
| 3/2/04-#5209 | 1/1/04-1/31/04 | $15,038.00 | $5,239.99 | $12,030.40 | $5,239.99 |
| 3/24/04-#5339 | 2/1/04-2/29/04 | $5,030.00 | $1,006.06 | $4,024.00 | $1,006.06 |
| 4/30/04-#5513 | 3/1/04-3/31/04 | $6,195.00 | $999.29 | $4,956.00 | $999.29 |
| 5/12/04-#5558 | 4/1/04-4/30/04 | $4,533.50 | $1,106.67 | $3,626.80 | $1,106.67 |
| 6/24 /04-#5882 | 5/1/04-5/31/04 | $7,579.50 | $1,074.62 | $6,063.60 | $1,074.62 |
| 8/3/04-#6113 | 6/1/04-6/30/04 | $9,026.00 | $2,628.03 | $7,220.80 | $2,628.03 |
| 8/18/04-#6205 | 7/1/04-7/31/04 | $8,736.00 | $1,256.09 | $6,988.80 | $1,256.09 |
| 10/12/04-#6596 | 8/1/04-8/31/04 | $5,926.50 | $322.61 | $4,741.20 | $322.61 |
| 11/11/04-#6885 | 9/1/04-9/30/04 | $7,021.00 | $916.09 | $5,616.80 | $916.09 |
| 12/10/04-#7141 | 10/1/04-10/31/04 | $5,974.00 | $30.21 | $4,779.20 | $30.21 |
| 1/5/05-#7448 | 11/1/04-11/30/04 | $6,819.00 | $779.92 | $5,455.20 | $779.92 |
| 1/28/05-#7650 | 12/1/04-12/31/04 | $10,671.00 | $1,669.15 | $8,536.80 | $1,669.15 |
| 2/23/05-#7869 | 1/1/05-1/30/05 | $11,672.00 | $3,438.34 | $9,337.60 | $3,438.34 |
| 3/31/05-#8152 | 2/1/05-2/28/05 | $8,219.00 | $2,528.21 | $6,575.20 | $2,528.21 |
| 4/29/05-#8302 | 3/1/05-3/31/05 | $9,261.50 | $1,902.00 | $7,409.20 | $1,902.00 |
| 5/18/05-#8455 | 4/1/05-4/30/05 | $8,022.50 | $2,671.26 | $6,418.00 | $2,671.26 |
| 6/13/05-#8607 | 5/1/05-5/31/05 | $6,019.60 | $2,915.50 | $6,022.80 | $2,915.50 |
| 7/22/05-#9050 | 6/1/05-6/30/05 | $11,111.00 | $791.15 | $8,888.80 | $791.15 |
| 8/9/05-#9153 | 7/1/05-7/31/05 | $13,746.00 | $1,961.98 | $10,996.80 | $1,961.98 |
| 9/13/05-#9413 | 8/1/05-8/31/05 | $12,562.50 | $3,025.41 | $10,050.00 | $3,025.41 |
| 11/3/05-#10982 | 9/1/05-9/30/05 | $21,156.00 | $3,983.64 | $16,924.80 | $3,983.64 |
| 12/5/05-#11248 | 10/1/05-10/31/05 | $24,776.00 | $2,840.05 | $19,820.80 | $2,840.05 |

3

|  |  | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed-<br>Docket No. | Period<br>Covered | Fees | Expenses | 80% of<br>Requested Fees | Expenses |
| 12/9/05-#11305 | 11/1/05-11/30/05 | $24,440.00 | $4,385.98 | $19,552.00 | $4,385.98 |
| 1/31/06-#11670 | 12/1/05-12/31/05 | $20,418.00 | $996.50 | $16,334.40 | $996.50 |
| 3/29/06-#12157 | 1/1/06-1/31/06 | $15,783.50 | $2,553.29 | $12,626.80 | $2,553.29 |
| 3/31/06; #12189 | 2/1/06-2/28/06 | $21,018.50 | $1,737.77 | $16,814.80 | $1,737.77 |
| 4/28/06; 12339 | 3/1/06-3/31/06 | $13,410.00 | $1,820.28 | $10,728.00 | $1,820.28 |
| 5/30/06; 12553 | 4/1/06-4/30/06 | $9,372.00 | $810.62 | $7,497.60 | $810.62 |
| 6/28/06; 12726 | 5/1/06-5/31/06 | $15,593.00 | $1,795.79 | $12,474.40 | $1,795.79 |
| 7/28/06; 12872 | 6/1/06-6/30/06 | $11,833.00 | $2,661.82 | $9,466.40 | $2,661.82 |
| 8/29/06; 13084 | 7/1/06-7/31/06 | $13,919.00 | $372.03 | $11,135.20 | $372.03 |
| 10/3/06; 13347 | 8/1/06-8/31/06 | $25,721.00 | $3,163.97 | $20,576.80 | $3,163.97 |
| 10/30/06; 13534 | 9/1/06-9/30/06 | $20,620.00 | $2,607.79 | $16,496.00 | $2,607.79 |
| 11/30/06; 13847 | 10/1/06-10/31/06 | $25,612.50 | $636.62 | $20,490.00 | $636.62 |
| 12/29/06; 14193 | 11/1/06-11/30/06 | $25,306.50 | $1,397.04 | $20,245.20 | $1,397.04 |
| 1/31/07; 14446 | 12/1/06-12/31/06 | $26,300.00 | $3,740.80 | $24,780.80 | $3,740.80 |
| 3/2/07; 14733 | 1/1/07-1/3/07 | $27,353.00 | $8,548.58 | $21,882.40 | $8,548.58 |
| 3/28/07; 15002 | 2/1/07-2/28/07 | $23,656.50 | $2,117.18 | $18,925.20 | $2,117.18 |
| 5/2/07; 15480 | 3/1/07-3/31/07 | $24,686.00 | $3,574.42 | $19,748.80 | $3,574.42 |
| 5/30/07; 15901 | 4/1/07-4/30/07 | $24,796.50 | $1,809.05 | $19,837.20 | $1,809.05 |
| 6/29/07; 16206 | 5/1/07-5/31/07 | $26,916.50 | $2,240.76 | $21,533.20 | $2,240.76 |
| 7/30/07; 16430 | 6/1/07-6/30/07 | $16,955.50 | $3,817.52 | $13,564.40 | $3,817.52 |
| 8/28/07; 16660 | 7/1/07-7/31/07 | $24,534.50 | $1,954.28 | $19,627.60 | $1,954.28 |
| 9/28/07; 16942 | 8/1/07-8/31/07 | $16,389.00 | $2,845.54 | $13,111.20 | $2,845.54 |
| 10/29/07; 17182 | 9/1/07-9/30/07 | $19,000.00 | $1,370.52 | $15,200.00 | $1,370.52 |
| 11/28/07; 17468 | 10/1/07-10/31/07 | $24,122.50 | $223.33 | $19,298.00 | $223.33 |
| 12/31/07; 17727 | 11/1/07- 11/30/07 | $17,747.50 | $1,324.56 | $14,198.00 | $1,324.56 |
| 1/28/08; 17901 | 12/1/07-12/31/07 | $18,921.00 | $1,144.53 | $15,136.80 | $1,144.53 |

| Date Filed-Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 3/3/08; 18188 | 1/1/08-1/31/08 | $33,109.00 | $1,468.22 | $26,487.20 | $1,468.22 |
| 3/28/08; 18417 | 2/1/08-2/28/08 | $12,168.00 | $2,186.89 | $9,734.40 | $2,186.89 |
| 4/28/08; 18621 | 3/1/08-3/31/08 | $25,219.00 | $1,840.27 | $20,175.20 | $1,840.27 |
| 5/29/08; 18824 | 4/1/08-4/30/08 | $29,541.50 | $1,845.26 | $23,633.20 | $1,845.26 |
| 7/1/08; 19026 | 5/1/08-5/31/08 | $26,414.00 | $2,042.61 | $21,131.20 | $2,042.61 |
| 8/1/08; 19214 | 6/1/08-6/30/08 | $20,733.50 | $2,914.79 | $16,586.80 | $2,914.79 |
| 8/28/08; 19405 | 7/1/08-7/31/08 | $17,226.00 | $2,147.64 | $13,780.80 | $2,147.64 |
| 9/29/08; 19639 | 8/1/08-8/31/08 | $15,865.00 | $893.08 | $12,692.00 | $893.08 |
| 10/30/08; 19917 | 9/1/08-9/30/08 | $21,815.00 | $2,088.09 | $17,452.00 | $2,088.09 |
| 12/3/08; 20179 | 10/1/08-10/31/08 | $21,660.00 | $1,810.44 | $17,328.00 | $1,810.44 |
| 12/30/08; 20387 | 11/1/08-11/30/08 | $21,486.00 | $2,600.59 | $17,188.80 | $2,600.59 |
| 1/28/09; 20616 | 12/1/08-12/31/08 | $23,679.00 | $2,943.36 | $18,943.20 | $2,943.36 |
| 3/4/09; 20912 | 1/1/09-1/31/09 | $29,314.50 | $1,741.50 | $23,451.60 | $1,741.50 |
| 3/31/09; 21163 | 2/1/09-2/28/09 | $28,094.50 | $2,798.67 | $22,475.60 | $2,798.67 |
| 4/29/09; 21477 | 3/1/09-3/31/09 | $32,840.00 | $699.61 | $26,272.00 | $699.61 |
| 5/26/09; 21865 | 4/1/09-4/30/09 | $28,108.00 | $1,195.42 | $22,486.40 | $1,195.42 |
| 6/30/09; 22301 | 5/1/09-5/31/09 | $35,095.50 | $1,755.50 | $28,076.40 | $1,755.50 |
| 7/28/09; 22647 | 6/1/09-6/30/09 | $34,750.00 | $561.30 | $27,800.00 | $561.30 |
| 8/28/09; 23010 | 7/1/09-7/31/09 | $29,718.00 | $3,158.16 | $23,774.40 | $3,158.16 |
| 9/29/09; 23370 | 8/1/09-8/31/09 | $33,529.50 | $3,317.47 | $26,823.60 | $3,317.47 |