***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph: (302) 575-1555 Fax: (302) 575-1714

WR Grace PD Committee September 1, 2009 to September 30, 2009

Invoice No. 32857

**RE:** WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 18.80 | 3,697.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.70 | 197.50 |
| B18 | Fee Applications, Others - | 3.80 | 550.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 5.70 | 1,666.00 |
| B25 | Fee Applications, Applicant - | 8.90 | 1,459.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 4.70 | 1,386.50 |
| B32 | Litigation and Litigation Consulting - | 0.20 | 50.00 |
| B36 | Plan and Disclosure Statement - | 41.50 | 12,190.50 |
| B37 | Hearings - | 56.80 | 16,756.00 |
| B41 | Relief from Stay Litigation - | 1.30 | 383.50 |
| | **Total** | **142.40** | **$38,337.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 250.00 | 2.70 | 675.00 |
| Steven G. Weiler | 230.00 | 2.30 | 529.00 |
| Theodore J. Tacconelli | 295.00 | 117.40 | 34,633.00 |
| Legal Assistant - MH | 125.00 | 13.90 | 1,737.50 |
| Legal Assistant - SEK | 125.00 | 6.10 | 762.50 |
| **Total** | | **142.40** | **$38,337.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements** **$2,323.35**

| **Date** | **Description** | **Hours** | **Lawyer** |
|---|---|---|---|
| Sep-01-09 | *Case Administration* - Review agenda re confirmation hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review certificate of no objection re HRA's 28th quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review certificate of no objection re Bilzin's 33rd quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re 33rd quarterly fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders; trade e-mails with T. Tacconelli re 9/8 hearing materials | 0.20 | SGW |
| | *Case Administration* - Review fee auditor's final report re Steptoe and Johnson 32nd interim period | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by Scott & Scott | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails re revised order of proof | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re Libby exhibit LC-87 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by CNA in Arrowood's motion to strike Libby's deposition designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' response to plan proponents' motion to exclude experts re non-disclosure with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re Peterson deposition now being canceled | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from debtors re Kruger deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Travelers' reservation of rights re trial exhibits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Hartford's objection to exhibit | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BLG/USCC's trial exhibits | 1.30 | TJT |
| | *Hearings* - Confer with paralegal re 9/1/09 hearing transcript | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 0.90 | TJT |
| | *Hearings* - Review agenda for confirmation hearing | 0.20 | TJT |
| | *Hearings* - Confer with paralegal re confirmation hearing transcripts | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re confirmation hearing coverage | 0.10 | TJT |
| | *Case Administration* - 9/1/09 hearing follow-up | 0.10 | SEK |
| Sep-02-09 | *Litigation and Litigation Consulting* - E-mail from J. Boerger re objections to phase II trial exhibits | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from M. Shiner re objection to phase II trial exhibits | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re case status memos re pending 3rd circuit, district court and adversary proceedings | 0.10 | SGW |
| | *Case Administration* - Review fee auditor's final report re Stroock 32nd interim period | 0.10 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | & Conway | | |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review request by OneBeacon/Seaton to take judicial notice of certain documents with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' amended final exhibit list | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail counsel for Arrowood re Libby exhibits LC67 and 87 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of plan proponents' final witness list with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's reservation of rights re plan proponents and probable objections to plan proponents' exhibits with attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's objection to plan proponents' motion to strike deposition designations with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's objection to BNSF's exhibits with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review objection by MCC to plan confirmation exhibits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's supplemental exhibits 75-79 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's objection to Libby Claimants and State of Montana's exhibits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's objection to exhibits by plan proponents and certain objectors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' preliminary response to Arrowood's motion to strike Libby designations re 21 individuals | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's supplemental exhibit A80 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' objections to plan proponents, CNA, MCC, BNSF and State of Montana's exhibits with attachment | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from plan proponents re Martin deposition being canceled | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' objection to motion to exclude expert testimony with attachments | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review Fireman's Fund's objection to plan proponents' exhibits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review request for judicial notice by Arrowood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion for leave re motion to compel coverage correspondence | 0.10 | TJT |
| Sep-03-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders; confer with new legal assistant re case status memos re pending 3rd circuit, district court and adversary proceedings; e-mail to law clerk re same | 0.40 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of | 0.10 | SGW |

| Description | Hours | Initials |
|---|---|---|
| insurance rights | | |
| *Case Administration* - Review fee auditor's final report re PWC 32nd interim period | 0.10 | TJT |
| *Case Administration* - Review 3 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| *Case Administration* - Review notice of withdrawal of appearance by Westgroup | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review order re confirmation hearing transcripts | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. O'Neill re plan objector's summary chart | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's conditional objection to plan proponents' exhibits | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review modified order re Libby Claimants' motion to shorten notice re motion to compel discovery re coverage correspondence | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Arrowood's objection to BNSF's exhibits with attachments | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review Arrowood's objection to Libby Claimants' exhibit list with attachments | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review Arrowood's objection to State of Montana's exhibit list | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review GEICO/Seaton's objections to plan proponents' exhibits with attachments | 0.40 | TJT |
| *Plan and Disclosure Statement* - Review AXA's objection to plan proponents' trial exhibits | 0.10 | TJT |
| *Plan and Disclosure Statement* - Prepare for confirmation hearing | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review plan proponents' objection to various exhibits with attachments | 0.50 | TJT |
| *Plan and Disclosure Statement* - Review MCC's joinder in Arrowood's motion to strike Libby deposition designations re 21 individual claimants | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Libby Claimants' motion to compel coverage correspondence with attachments | 0.40 | TJT |
| *Plan and Disclosure Statement* - Review Fireman's Fund's second amended pre-trial statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review CNA's objection to Libby Claimants' motion to shorten notice re motion to compel coverage correspondence | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review order amending certificate of no objection re Zilly expert report | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Arrowood's motion to shorten notice re Libby Claimants' deposition designations re 21 individual claimants | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Fireman's Fund's joinder in GEICO/Seaton's objection to plan proponents' exhibits | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review MCC's objection to BNSF's deposition designations re K. McKee | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review plan proponents' amended order | 0.20 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | of proof | | |
| | *Plan and Disclosure Statement* - Review stipulation between PI Committee and Libby Claimants re testimony of W. Longo with attachments | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' chart of objections and responses re confirmation | 0.60 | TJT |
| | *Fee Applications, Applicant* - Continue cumulative spreadsheet re Ferry, Joseph & Pearce's final fee application and continue review of fee auditor's final reports and fee charts provided by debtors' counsel | 2.30 | MH |
| | *Case Administration* - Meet with S. Weiler re assumption of case status memo duties | 0.20 | SEK |
| Sep-04-09 | *Case Administration* - Confer with law clerk re transfer of case status memo task to legal assistant; review district court docket for certain new appeals from bankruptcy orders | 0.20 | SGW |
| | *Case Administration* - Review debtors' monthly operating report for July 09 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Gulf Atlantic properties with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Olympus 555 with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Mass. Dept. of Revenue claim objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 25th omnibus objection to claims with attachment | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Federal Ins. Co. in GEICO/Seaton's objection to plan proponents' exhibits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' statement re Seaton, et al.'s request to take judicial notice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing re debtors' opposition to Anderson Memorial Hospital's motion to compel (filed under seal), review notice only | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' opposition to BLG/USCC's request to take judicial notice re estimation proceeding | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order re 9/17/09 hearing time change | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by MCC in Arrowood's objection to Libby Claimants' exhibit list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between Allstate and plan proponents re exhibits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review modified order re Arrowood's motion to shorten notice re motion to strike Libby deposition designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re revised plan distribution list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re Libby Claimants' motion to strike Friedman testimony | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of A. McComas by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Garlock to plan proponents' order of proof | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review correspondence re meet and confer re post-trial briefing order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' reply re motion in limine re Shein | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' response re motion in limine re Priest | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re post-trial briefing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review motion to approve settlement with F. F. Thompson with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re Libby Claimants' motion to supplement Molgaard expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing CDs re confirmation exhibit list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re Libby Claimants' motion to file supplemental plan objection | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for USCC re post-trial briefing comments | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Attend meet and confer re post-trial briefing and related issues | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re trial logistics | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re Libby Claimants' motion to strike Parker expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review disclosure by plan proponents re Libby Claimants' individual testimony | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review partial joinder by MCC in CNA's objection to Libby Claimants' and State of Montana's exhibits | 0.10 | TJT |
| | *Hearings* - Prepare for confirmation hearing | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review Fireman's Fund's motion to shorten notice re motion for relief from stay | 0.20 | TJT |
| | *Case Administration* - 9/8 to 9/17 hearing preparation | 0.20 | SEK |
| Sep-05-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with Hyatt Corp. with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with Kark TV, et al. with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with Glen Oak Club with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' response to supplemental Libby Claimants' trial brief | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation re Libby affidavits with attached affidavits | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between plan proponents and certain insurers re authenticity of certain insurance policies with attachments | 0.50 | TJT |
| | *Relief from Stay Litigation* - Review plan proponents' opposition to Fireman's Fund's motion to shorten notice re motion to lift stay | 0.30 | TJT |
| Sep-06-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with Allegheny Center Associates with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | settlement with Burgdorff Building with attachment | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with Chicago Historical Society with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing modifications to plan and review modifications | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of execution pages for agreement between debtors and Libby Claimants' individual claimant's testimony | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' reply re motion to exclude Libby experts | 0.20 | TJT |
| | *Hearings* - Review amended agenda for confirmation hearing | 0.40 | TJT |
| Sep-07-09 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of counsel and certificate of no objection re St. Paul/Travelers settlement motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re post-trial briefing order and review proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion to shorten notice re procedures re Libby Claimants' confidential materials used during hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion to shorten notice re motion to preclude Libby Claimants from identifying additional claim information during hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review matters on confirmation agenda | 2.20 | TJT |
| Sep-08-09 | *Case Administration* - Review notice of withdrawal and forward same to M. Hedden | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Review plan proponents' emergency motion re use of Libby Claimants' medical information during confirmation hearing | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion in limine to preclude identification of additional Libby individual claimants | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. O'Neill re amended plan proponents' exhibits 281 and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order authorizing Libby Claimants to file supplemental objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order authorizing Libby Claimants to file supplemental expert report for Dr. Molgaard | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order denying Libby Claimants' motion to strike Parker expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re plan proponents' exhibits 174 and 178 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' new exhibits 500 and 501 | 0.20 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 8.50 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's 33rd quarterly fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's 33rd quarterly fee application | 0.30 | MH |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re HRA's 28th quarterly fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re HRA's 28th quarterly fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Ferry, Joseph & Pearce's 33rd fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Ferry, Joseph & Pearce's 33rd quarterly fee application | 0.30 | MH |
| Sep-09-09 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Libby Claimants' designation of record/issues on appeal re appeal order approving Royal settlements | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review BNSF's designation of record/issues on appeal re appeal order approving Royal settlements | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from M. Kramer re confirmation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re Libby Claimants' motion to strike Friedman expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between Fireman's Fund and Plan Proponents re surety claim facts and briefly review attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review order approving settlement with St. Paul/Travelers | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order approving settlement with Scott's Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order approving settlement with LMI | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 8.10 | TJT |
| | *Relief from Stay Litigation* - Review order granting Fireman's Fund motion to shorten notice re motion to lift stay | 0.10 | TJT |
| | *Case Administration* - Download 9/1/09 hearing transcripts | 0.10 | MH |
| | *Case Administration* - Review docket re case status for week ending 9/4/09; memo to T. Tacconelli and L. Coggins re same | 1.20 | MH |
| | *Case Administration* - 9/1/09 hearing follow-up | 0.10 | SEK |
| Sep-10-09 | *Case Administration* - Review case status memo for week ending 9/4/09 | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review two miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/4/09 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving settlement with Allstate | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Travelers' re new trial exhibits | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review memo from M. Kramer re confirmation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re trial schedule for tomorrow | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from debtors' counsel re rule 1006 summaries re non-product exposures | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's supplemental deposition designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' response to Arrowood's motion to strike deposition designations | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 7.40 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 9/8/09 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Download 9/8/09 hearing transcripts | 0.10 | MH |
| Sep-11-09 | *Case Administration* - Review two miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from M. Kramer re confirmation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's opposition to Libby Claimants' motion to compel coverage correspondence with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' response to Libby Claimants' motion to compel coverage correspondence with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between Garlock and plan proponents with attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of P. Zilly by Libby Claimants | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 6.20 | TJT |
| Sep-12-09 | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with Main Plaza with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with J. Muir Hospital with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence re plan proponents' new exhibit 344 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re plan proponents' new exhibits 346-351 and review same | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's additional deposition designations re Lockwood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' exhibit re list of non-product claimants outside of Libby | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review memo from M. Kramer re confirmation issues | 0.10 | TJT |
| Sep-13-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with North Arkansas Regional Medical Center with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with Chartis Ins. Co. with attachment | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' objection to proposed plan modifications | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re order of proof | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation of facts between debtors and Longacre with attachments | 0.30 | TJT |
| | *Hearings* - Prepare for confirmation hearing next week | 0.20 | TJT |
| | *Case Administration* - Download 9/11/09 hearing transcripts | 0.10 | MH |
| Sep-14-09 | *Plan and Disclosure Statement* - Review Arrowood exhibits A34 and A57 | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re proposed order approved for tomorrow | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 6.20 | TJT |
| | *Case Administration* - Download 9/14/09 hearing transcripts | 0.10 | MH |
| Sep-15-09 | *Fee Applications, Applicant* - Review fee auditor's final report re fee applications with no issues | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders; confer with T. Tacconelli and legal assistant re confirmation hearing transcripts | 0.20 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review fee auditor's final report re Duane Morris 32nd interim period | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 27th omnibus objection to claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from M. Kramer re confirmation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review slides for Shelnitz, Finke and Hughes | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re PDFCR proffer and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re affidavit re Canadian counsel and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re plan proponents' new exhibit 507-5A | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' notice of deposition of J. Friedman | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's Hooper declaration | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 5.60 | TJT |
| | *Case Administration* - Download 9/9 and 9/10 hearing transcripts | 0.10 | MH |
| | *Case Administration* - Review docket re case status for week ending 9/11/09, memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| | *Fee Applications, Applicant* - Continue cumulative spreadsheet re Ferry, Joseph & Pearce's final fee application and continue review of fee auditor's final reports and fee charts provided by debtors' counsel | 1.60 | MH |
| | *Case Administration* - 9/9/09 hearing follow-up and 9/10/09 hearing follow-up | 0.70 | SEK |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.60 | SEK |
| Sep-16-09 | *Case Administration* - Review case status memo for week ending | 0.10 | LLC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | 9/11/09 | | |
| | *Case Administration* - Review case status memo for week ending 9/11/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from M. Kramer reconfirmation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Spear offer of proof by Libby Claimants | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between OneBeacon and plan proponents re trial exhibits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' notice of deposition of G. Solomons | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' notice of deposition of W. D. Hilton | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re information re three depositions going forward today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from T. Friedman re proposed order re post-trial briefing and review same | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 8.50 | TJT |
| | *Case Administration* - Update 2002 lists and labels | 0.10 | MH |
| Sep-17-09 | *Case Administration* - Review notice of withdrawal of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review six miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from M. Kramer re confirmation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re further revised post-trial briefing order and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Attend Bankruptcy Court | 4.00 | TJT |
| | *Case Administration* - Download revised 9/8/09 hearing transcripts | 0.10 | MH |
| | *Case Administration* - 9/8/09 hearing follow-up | 0.30 | SEK |
| | *Case Administration* - 9/14/09 hearing follow-up | 0.30 | SEK |
| Sep-18-09 | *Case Administration* - Review notice of withdrawal of Owens-Illinois | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re no objections for 32nd interim period | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' corrected motion to approve settlement with Chartis Ins. Co. with attachment | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review memo from M. Kramer re confirmation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Arrowood re depositions taken on 9/15 and 9/16 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Anderson Memorial Hospital re 9/15 and 9/16 depositions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion to strike deposition designations by Anderson Memorial Hospital | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review debtors' motion to strike deposition designations re W. Ewing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re redactions for 9/11 hearing transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence re confirmation hearing transcripts | 0.10 | TJT |
| | *Case Administration* - Update 2002 service lists and labels | 0.10 | MH |
| | *Case Administration* - Download 9/16/09 hearing transcript | 0.10 | MH |
| Sep-19-09 | *Case Administration* - Review 3 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review affidavit by R. Griffiths | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with Aetna with attachment | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review counter-designation of record on appeal by Arrowood re Libby Claimants' appeal order approving Royal settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between plan proponents and Kaneb re trial exhibits | 0.10 | TJT |
| Sep-20-09 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Arrowood's counter-designations of record on appeal re BNSF appeal | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' counter-designations of record on appeal re Libby appeal of Royal settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re admission of Martin Libby report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between debtors and Libby Claimants with attachments re Martin Libby report | 0.50 | TJT |
| | *Relief from Stay Litigation* - Review debtors' brief in opposition to Fireman's Fund's motion for relief from stay with attachments | 0.60 | TJT |
| | *Relief from Stay Litigation* - Review limited joinder by Edwards claimants in debtors' opposition to Fireman's Fund's motion for relief from stay | 0.10 | TJT |
| Sep-21-09 | *Case Administration* - Review fee auditor's final report re Caplin Drysdale 32nd interim period | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd third circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 9/11 hearing transcript re missed testimony | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 9/14/09 hearing transcript re missed testimony | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Kaneb re post-trial briefing order | 0.10 | TJT |
| | *Hearings* - Confer with paralegal re status of 9/15/09 transcript | 0.10 | TJT |
| | *Case Administration* - Download 9/17/09 hearing transcripts | 0.10 | MH |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.00 | SEK |
| Sep-22-09 | *Case Administration* - Review notice of withdrawal of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review agenda re 9/29/09 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review certificate of no objection re Hilton's 2nd interim fee application for filing | 0.10 | LLC |

| | | | |
|---|---|---|---|
| | *Fee Applications, Others* - Review certificate of no objection re Bilzin July 09 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re July 09 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review fee auditor's final report re K&E 32nd interim period with attachments | 0.70 | TJT |
| | *Case Administration* - Review debtors' motion to implement defined contribution retirement plan with attachments | 0.50 | TJT |
| | *Case Administration* - Review certificate of counsel re 32nd quarterly project category summary and review same | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re debtors' 22nd claim settlement notice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review affidavit of O. Pasparkas with attachments | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re Arrowood, CNA and Libby agreement re Libby deposition designations re 21 individuals | 0.10 | TJT |
| | *Hearings* - Review notice of withdrawal of S. Davis | 0.10 | TJT |
| | *Hearings* - Review agenda for 9/29/09 hearing | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bizlin's July 09 fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's July 09 fee application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Hilton's 2nd interim fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Hilton's 2nd interim fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re July 09 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re July 09 fee application | 0.30 | MH |
| | *Case Administration* - 9/9/09 hearing follow-up | 0.30 | SEK |
| Sep-23-09 | *Case Administration* - Review notice of withdrawal of Protiviti 49th monthly fee application | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 9/29/09 hearing | 0.10 | TJT |
| Sep-24-09 | *Case Administration* - Review case status memo for week ending 9/18/09 | 0.10 | LLC |
| | *Case Administration* - Review notice of withdrawal of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review certificate of counsel re proposed order re 32nd interim period quarterly fee applications and confer with paralegal re same | 0.20 | TJT |
| | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review notice of withdrawal of C. McCauly | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order approving stipulation between Arrowood, CNA and Libby claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 9/15/09 hearing transcript re missed testimony in p.m. | 2.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re plan proponents' proposal re master exhibit list, etc. | 0.10 | TJT |
| | *Hearings* - Confer with paralegal re status of 9/15/09 hearing transcript | 0.10 | TJT |
| | *Hearings* - Prepare for 9/29/09 hearing | 0.10 | TJT |
| | *Case Administration* - Review certificate of no objection re order approving 32nd quarterly fee application confirming correct figures for Ferry, Joseph & Pearce | 0.10 | MH |
| | *Case Administration* - Download 9/15/09 hearing transcripts | 0.10 | MH |
| Sep-25-09 | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review case status memo for week ending 9/18/09 | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Orrick 32nd interim period | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with BNSF (environmental only) with attachments | 1.30 | TJT |
| Sep-26-09 | *Case Administration* - Review 5 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to sell ART Business with attachments | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re master exhibit list will be produced later today | 0.10 | TJT |
| Sep-27-09 | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Aug. prebill | 1.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re confirmation trial exhibits | 0.10 | TJT |
| Sep-28-09 | *Fee Applications, Others* - Review Bilzin Aug. 09 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review order approving quarterly fee applications and forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review draft Aug. 09 fee application and confer with M. Hedden re same | 0.10 | LLC |
| | *Case Administration* - Review 5 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of Deloitte Aug. fee application | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's Aug. prebill | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re master trial exhibit list | 0.10 | TJT |
| | *Hearings* - Review maters on agenda for 9/29/09 hearing | 2.40 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Trade e-mails with L. Flores re provide certain archived documents to Bilzin, confer with T. Tacconelli re same | 0.10 | MH |
| | *Case Administration* - E-mail requested archived documents to L. Flores | 0.10 | MH |
| | *Case Administration* - Update 2002 service lists and labels | 0.10 | MH |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Aug. 09 fee application and related documents, prepare certificate of service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bizin's Aug. 09 fee application | 0.40 | MH |
| | *Fee Applications, Applicant* - Edit Aug. 09 prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - Modify Aug. 09 invoice, prepare fee application and related documents | 0.90 | MH |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.00 | SEK |
| Sep-29-09 | *Fee Applications, Applicant* - Review Aug. 09 fee application and confer with M. Hedden re same | 0.20 | LLC |
| | *Case Administration* - Review order re 32nd interim period quarterly fee applications | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re 2010 omnibus hearing dates | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re memorandum opinion from district court re Cali. Dept. of General Services claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 27th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving debtors' settlement with Scott's Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re revised confirmation hearing transcripts | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re Anderson Memorial Hospital's motion to compel and debtors' motion in limine re Ewing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re proposed stipulation re ZAI | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review proposed stipulation re ZAI and PD | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing Anderson Memorial Hospital's reply to debtors' opposition to motion to compel under seal | 0.10 | TJT |
| | *Hearings* - Confer with paralegal re obtaining transcript of hearing today | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 0.80 | TJT |
| | *Hearings* - Confer with paralegal re special hearing on 10/7/09 | 0.10 | TJT |
| | *Case Administration* - Download revised 9/14/09 hearing transcripts | 0.10 | MH |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Aug. 09 fee application | 0.40 | MH |
| | *Case Administration* - Distribute revised 9/14/09 hearing transcript; 9/29/09 hearing follow-up | 0.30 | SEK |
| Sep-30-09 | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re committee call on 10/1 | 0.20 | LLC |

| Description | Hours | Initials |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re Buckwalter decision | 0.20 | LLC |
| *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re procedures for adjudication of asbestos PD claims | 0.10 | SGW |
| *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| *Committee, Creditors', Noteholders' or* - Prepare correspondence to J. Sakalo re committee meeting | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum opinion re reversing Bankruptcy Court in State of Cal. appeal | 1.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review documents re PD claim issues in light of reversal of Bankruptcy Court in State of Cal. appeal | 1.90 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review order granting debtors' motion to approve settlement with LMI | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review order granting debtors' motion to approve settlement with St. Paul/Travelers | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Baer re debtors' exhibit stipulation and deposition designations | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review proposed stipulation re exhibits and deposition designations with attached chart | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' motion to shorten notice re motion in limine re G. Solomons | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' motion in limine re G. Solomons with attachments | 0.60 | TJT |
| *Hearings* - Prepare for 10/7/09 hearing | 0.10 | TJT |
| Totals | 142.40 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Sep-01-09 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.50 |
| Sep-02-09 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 6.00 |
| | Photocopy Cost | 4.50 |
| Sep-03-09 | Photocopy Cost | 7.50 |
| | Photocopy Cost | 0.90 |
| Sep-04-09 | First State Deliveries - hand delivery | 6.50 |
| Sep-07-09 | Photocopy Cost | 3.00 |
| | Photocopy Cost | 1.50 |
| Sep-08-09 | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.70 |
| Sep-11-09 | Photocopy Cost | 0.70 |
| Sep-15-09 | Photocopy Cost | 0.90 |

| | | |
|---|---|---|
| | Photocopy Cost | 0.90 |
| Sep-18-09 | J&J Court Transcribers | 189.15 |
| | Blue Marble - copies 8.40; service 11.90 (Inv # 35643) | 20.30 |
| Sep-23-09 | J&J Court Transcribers | 386.40 |
| Sep-24-09 | J&J Court Transcribers | 773.80 |
| Sep-25-09 | Photocopy Cost | 3.30 |
| | J&J Court Transcribers | 417.60 |
| | Blue Marble - copies 4.20; service 11.90 (Inv #35645) | 16.10 |
| | Court call charge - 9/4/09 | 44.00 |
| Sep-28-09 | Photocopy Cost | 8.10 |
| | Photocopy Cost | 3.30 |
| | Photocopy Cost | 3.00 |
| | Photocopy Cost | 2.70 |
| | Blue Marble - hand deliveries (Inv #12290) | 24.00 |
| | Photocopy Cost | 0.50 |
| Sep-29-09 | Photocopy Cost | 5.40 |
| | J&J Court Transcribers | 374.40 |
| Sep-30-09 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 3.20 |
| | Photocopy Cost | 0.50 |
| | Totals | $2,323.35 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$40,660.35** |