# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| W.R. GRACE & CO., *et al*., | : |
| | : Case No. 01-1139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM OFFICIAL SERVICE/MAILING MATRIX AND
## <u>REQUEST FOR REMOVAL FROM RECEIVING E.C.F. NOTIFICATIONS</u>

**TO THE CLERK OF THE BANKRUPTCY COURT AND INTERESTED PARTIES:**

**PLEASE NOTE** the undersigned counsel *Thomas Wilkinson, Jr., James B. Dolan and Neal D. Colton* of Cozen O'Connor hereby withdraws their appearance in the above-captioned matter and all related adversary proceedings and requests removal pursuant to 11 U.S.C. §342 and Bankruptcy Rules 2002 and 3017(d) from the Bankruptcy Court's Official Service/Mailing Matrix, the 2002 Service List and requests removal from receiving E.C.F. notifications.

**Thomas Wilkinson, Jr.**
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
Phone: 215-665-3737
Fax:     215-665-2013
Email: twilkinson@cozen.com

**James B. Dolan**
Cozen O'Connor
200 Four Falls Corporate Center
West Conshohocken, PA  19428
Phone: 610-832-8375
Fax:     610-941-0711
Email: jdolan@cozen.com

**Neal D. Colton**
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
Phone: 215-665-2060
Fax:     215-701-2060
Email: ncolton@cozen.com

WILMINGTON\90613\1  113022.000
10/28/09

Dated: October 28, 2009
      Wilmington, DE

                        COZEN O'CONNOR

                        <u>/s/  *John T. Carroll, III*</u>
                        John T. Carroll, III
                        (DE No. 4060)
                        1201 N. Market Street
                        Suite 1400
                        Wilmington, DE 19801
                        Telephone: (302) 295-2028
                        Facsimile:  (302) 295-2013