IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| W.R. GRACE & CO., *et al.*, | : |
| | : Case No. 01-1139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |

CERTIFICATION OF SERVICE REGARDING
NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM OFFICIAL SERVICE/MAILING MATRIX AND
<u>REQUEST FOR REMOVAL FROM RECEIVING E.C.F. NOTIFICATIONS</u>

I, John T. Carroll, hereby certify that I am not less than 18 years of age and further certify that on October 28, 2009 I caused a copy of the Notice of Withdrawal of Appearance and Request for Removal from Official Service/Mailing Matrix and Request for Removal from Receiving E.C.F. Notifications to be made upon the following parties via regular, first class mail.

David D. Bird, Clerk of Court
824 North Market Street
3rd Floor
Wilmington, DE 19801

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
PO Box 8705
Wilmington, DE 19899
**Counsel for the Debtor**

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer PC
70 W. Madison Street
Suite 2100
Chicago, IL  60602
**Counsel for the Debtor**

WILMINGTON\90613\1  113022.000
10/28/09

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 28, 2009
Wilmington, DE

        COZEN O'CONNOR

        */s/ John T. Carroll, III*
        John T. Carroll, III
        (DE No. 4060)
        1201 N. Market Street
        Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 295-2028
        Facsimile: (302) 295-2013