IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related to Docket No. 23575** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 27th day of October 2009, I caused a copy of the document listed below to be served on the individuals on the service list attached hereto as <u>Exhibit A</u> in the manner indicated. I hereby further certify that on the 28th day of October 2009, I caused a copy of the document listed below to be served on the individuals on the service list attached hereto as <u>Exhibit B</u> in the manner indicated.

**NOTICE OF FILING CHART OF ADDITIONAL EXHIBITS NOT ADMITTED INTO EVIDENCE FOR WHICH PARTIES SEEK ADMISSION.**

_____
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:154306.3