# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 0.6 | $ 351.00 |
| | | | | | |
| **TOTAL** | | | | **0.6** | **$ 351.00** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 28, 2009
Invoice No.: 449135
Matter No.: 08743.00088

**Re:   Acton Site OU3**

For Professional Services rendered through September 30, 2009

                          Fees                      $351.00

                 **Total Fees and Disbursements**       **$351.00**

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON      WASHINGTON      EMERGING ENTERPRISE CENTER      FOLEYHOAG.COM

Matter No.: 08743.00088　　　　　　　　　　　　　　　　　　　　　Invoice No.: 449135
Re: Acton Site OU3　　　　　　　　　　　　　　　　　　　　　　　　October 28, 2009
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 09/01/09 | Jaffe | Review revised draft landfill area groundwater submittal and emails with team regarding same (0.6). | 0.6 |
|  |  | **Total Hours** | **0.6** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 449135  
October 28, 2009  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.6 | at | 585.00 | = | 351.00 |

**Total Fees**      $351.00

**Total Fees**      $351.00  
**Total Fees and Disbursements**      $351.00

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

October 28, 2009
Invoice No.: 449135
Matter No.: 08743.00088

Re: **Acton Site OU3**

**Total Fees and Disbursements**     **$351.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00088, **Invoice #:** 449135
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 19.3 | $ 11,290.50 |
| Amy E. Boyd | Associate | Environmental | $345.00 | 4.7 | $ 1,621.50 |
| TOTAL | | | | 24.0 | $ 12,912.00 |

### Expenses

| Description | Total | |
|---|---|---|
| Taxi | $ | 12.00 |
| Parking | $ | 34.00 |
| Hotels & Related Expenses (Breakfast and Lunch while Attending Meeting at EPA) | $ | 12.38 |
| TOTAL | $ | 58.38 |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 28, 2009
Invoice No.: 449155
Matter No.: 08743.00102

Re: **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through September 30, 2009

| | |
|---|---|
| Fees | $12,912.00 |
| Disbursements | 58.38 |
| **Total Fees and Disbursements** | **$12,970.38** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 449155  
October 28, 2009  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 09/02/09 | Jaffe | Emails to Mr. Smith and team regarding consent decree negotiations (0.4). | 0.4 |
| 09/03/09 | Jaffe | Attention to special notice process, including review of United States consent decree mark-up and emails with team and with DOJ/EPA (1.6). | 1.6 |
| 09/04/09 | Jaffe | Attention to special notice process, including meeting with EPA; pre-meeting with team, reviewing consent decree from EPA, and office conference with A. Boyd regarding research tasks (5.6). | 5.6 |
| 09/04/09 | Boyd | Conference with S. Jaffe regarding research for consent decree and email to A. Kahn regarding other consent decrees (0.4). | 0.4 |
| 09/08/09 | Jaffe | Attention to special notice, including review of information regarding other consent decrees (0.4). | 0.4 |
| 09/08/09 | Boyd | Review consent decree and other consent decrees for comparisons and draft a chart outlining consent decree precedence (1.8). | 1.8 |
| 09/09/09 | Boyd | Review appendices and finalize comparison chart of consent decrees (0.3). | 0.3 |
| 09/09/09 | Jaffe | Attention to special notice issues, including reviewing A. Boyd table regarding consent decree precedents; office conference with A. Boyd regarding same; emails with team regarding same; and emails with team regarding past cost issues (1.8). | 1.8 |
| 09/11/09 | Jaffe | Attention to special notice issues, including reviewing past cost offer spreadsheet and emails with team regarding same (0.4). | 0.4 |
| 09/14/09 | Jaffe | Emails with team regarding consent decree revisions (0.4). | 0.4 |
| 09/15/09 | Jaffe | Attention to special notice, including consent decree revisions and emails with team regarding same (0.9). | 0.9 |
| 09/15/09 | Boyd | Review and revise draft agreement between PRPs (0.5). | 0.5 |
| 09/16/09 | Boyd | Conference with S. Jaffe regarding site participation agreement and edits (0.7). | 0.7 |
| 09/16/09 | Jaffe | Attention to special notice issues, including email from Mr. Smith with revised consent decree language and reviewing necessary changes to decree, and office | 0.8 |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 449155
October 28, 2009
Page 3

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| | | conference with A. Boyd regarding site participation agreement (0.8). | |
| 09/17/09 | Jaffe | Attention to special notice, including consent decree revisions (0.9). | 0.9 |
| 09/18/09 | Jaffe | Attention to special notice process, including reviewing government consent decree, revising same; reviewing, revising participation agreement; emails to team regarding consent decree and participation agreement (3.4). | 3.4 |
| 09/18/09 | Boyd | Revise draft PRP agreement and conference with S. Jaffe regarding same (1.0). | 1.0 |
| 09/29/09 | Jaffe | Attention to special notice issues, including reviewing, revising, consent decree and emails with team regarding same (2.7). | 2.7 |
| | | **Total Hours** | **24.0** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 449155  
October 28, 2009  
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Amy E Boyd | 4.7 | at | 345.00 | = | 1,621.50 |
| Seth D. Jaffe | 19.3 | at | 585.00 | = | 11,290.50 |

**Total Fees** $12,912.00

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 09/14/09 | Taxi Fare | 12.00 |
| 09/14/09 | Mileage, Toll, Parking | 34.00 |
| 09/01/09 | Hotels & Related Expenses - FOLEY HOAG LLP BREAKFAST AND LUNCH WHILE ATTENDING MEETING @ EPA | 12.38 |

**Total Disbursements** $58.38

| | |
|---|---|
| Total Fees | $12,912.00 |
| Total Disbursements | 58.38 |
| Total Fees and Disbursements | $12,970.38 |

To ensure proper credit to your account,  
please include remittance page with your payment.



**Foley Hoag LLP**

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

October 28, 2009
Invoice No.: 449155
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**          **$12,970.38**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 449155
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company