# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | Re Docket No. 23334 |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 23334

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Ninetieth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2009 through July 31, 2009** (the "Application") [Docket No. 23334] filed on September 24, 2009.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Ninetieth Monthly Fee Application, objections to the Application were to be filed and served no later than October 14, 2009 at 4:00 p.m.

Dated: October 28, 2009  
  Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302)-657-4942
Facsimile:   (302)-657-4901
Email: mlastowski@duanemorris.com
           rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*

DM3\1193610.1