## EXHIBIT A

## W. R. Grace & Co., et al.
## District of Delaware, Bankruptcy Case No. 01-1139
## Report on *De Minimis* Asset Sales July 1, 2009 through Sepbember 30, 2009

### Part I – Sales in excess of $25,000, but less than $250,000

NONE

### Part II – Sales equal to or less than $25,000

NONE