# EXHIBIT A

## W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139
## Report on Settlements of Certain Claims and Causes of Action
## July 1, 2009 through September 30, 2009

| Claimant | Debtor | Description of Claim |
|---|---|---|
| Madison Complex<br>Minneapolis, MN | W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | In June, Grace reached a verbal agreement with the Madison Complex in Minneapolis, MN for a settlement of $49,500. A settlement stipulation was executed in July. |