**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: November 18, 2009 at 4:00 p.m.** |

**THIRD MONTHLY APPLICATION OF SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | September 1, 2009 through September 30, 2009 |
| Amount of fees to be approved as actual, reasonable and necessary: | $22,354.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $86.25 |

This is a(n): ___ interim ___ final application. _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09<br>23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40/ $1,156.09 | 23322 |
| 9/29/09<br>23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| **Name** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
|---|---|---|---|
| Teresa K.D. Currier | $600 | 29.1 | $17,460.00 |
| Melissa N. Flores | $195 | 25.1 | $4,894.50 |
| **TOTAL** | | **54.2** | **$22,354.50** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 3.7 | $2,220.00 |
| Business Operations | .4 | $240.00 |
| Case Administration | 24 | $8,730.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | .3 | $180.00 |
| Employee Benefits/Pension | .5 | $300.00 |
| Fee Applications, Applicant | 6.9 | $1,629.00 |
| Fee Applications, Others | 5.5 | $1,315.50 |
| Hearings | .7 | $420.00 |
| Litigation and Litigation Consulting | 7.3 | $4,380.00 |
| Plan and Disclosure Statement | 4.9 | $2,940.00 |
| **TOTAL** | **54.2** | **$22,354.50** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Expense Category | Total Expenses |
|---|---|
| Photocopying | $24.30 |
| Messenger Service | $6.50 |
| Federal Express | $55.45 |
| **TOTAL** | **$86.25** |

**SAUL EWING LLP**

By: ______________________________

Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: October 29, 2009