

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2077947 |
| Invoice Date | 10/23/09 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/10/09 | TKDC | Reviewed Motion to settle under 9019 gulf atlantic claim | 0.3 | 180.00 |
| 09/10/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 of an Asbestos Property Damage Claim filed by F.F.Thompson Continuing Case Center, Inc. Filed by W.R. Grace & Co | 0.2 | 120.00 |
| 09/10/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 of an Asbestos Property Damage Claim Filed by Olympus 555 Properties LLC | 0.3 | 180.00 |
| 09/10/09 | TKDC | Reviewed  Motion to Approve Compromise under Rule 9019 of an Asbestos Property Damage Claim Filed by Glen Oak Club | 0.3 | 180.00 |
| 09/10/09 | TKDC | Reviewed  Motion to Approve Compromise under Rule 9019 of an Asbestos Property Damage Claim filed by Hyatt Corporation | 0.2 | 120.00 |
| 09/10/09 | TKDC | Reviewed  Motion to Approve Compromise under Rule 9019 of an Asbestos Property Damage Claim filed by Kark-TV, Inc. | 0.2 | 120.00 |
| 09/11/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 of Asbestos Property Damage Claims Filed by Allegheny Center Associates | 0.2 | 120.00 |
| 09/11/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 of Asbestos Property Damage Claim Filed by Burgdoff Building | 0.2 | 120.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00001

10/23/09

WR Grace - Official Committee of Equity Security
Holders
Asset Disposition

Invoice Number  2077947
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/11/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 of Asbestos Property Damage Claim Filed by Chicago Historical Society | 0.2 | 120.00 |
| 09/11/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 of an Asbestos Property Damage Claim Filed by John Muir Hospital | 0.2 | 120.00 |
| 09/11/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 of an Asbestos Property Damage Claim Filed by Main Plaza, LLC | 0.2 | 120.00 |
| 09/21/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 and Mutual Release with The Chartis Insurance Companies | 0.3 | 180.00 |
| 09/21/09 | TKDC | Reviewed Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Agreement Amending and Restating the Asbestos Settlement Agreement With the Aetna Casualty and Surety Company Filed by W.R. Grace & Co., et al | 0.4 | 240.00 |
| 09/22/09 | TKDC | Reviewed Motion to Approve Sale of 5% of the Limited Liability Company Interests of Advanced Refining Technologies LLC and Certain Related Agreements and Transactions Filed by W.R. Grace & Co., et al | 0.5 | 300.00 |

TOTAL HOURS    3.7

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 3.7 | at | $600.00 | = | 2,220.00 |

CURRENT FEES                                        2,220.00

**TOTAL AMOUNT OF THIS INVOICE**                   2,220.00

**NET AMOUNT OF THIS INVOICE**                     2,220.00



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2077157 |
| Invoice Date | 10/14/09 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/07/09 | TKDC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period July 2009 Filed by W.R. Grace & Co., et al | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $600.00 | = | 240.00 |
| | CURRENT FEES | | | | 240.00 |

**TOTAL AMOUNT OF THIS INVOICE**                     240.00

**NET AMOUNT OF THIS INVOICE**                     240.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE       MARYLAND       NEW JERSEY       NEW YORK       PENNSYLVANIA       WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2077158 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 10/14/09 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00004 |
| Charlottesville, VA  22902 | | |

Re:  Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/09 | TKDC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | 0.4 | 240.00 |
| 09/01/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/02/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/02/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |
| 09/03/09 | TKDC | Reviewed all incoming ecf filings and distributed as appropriate to team | 0.6 | 360.00 |
| 09/03/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/04/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/04/09 | TKDC | Reviewed all incoming ecf filings and distributed as appropriate to team | 0.4 | 240.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022          WR Grace - Official Committee of Equity Security          Invoice Number  2077158
00004           Holders                                                   Page 2
                Case Administration
10/14/09

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/08/09 | TKDC | Reviewed all ecf filings and distributed to team as appropriate | 0.8 | 480.00 |
| 09/08/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/08/09 | MNF | File maintenance; update pleadings | 0.5 | 97.50 |
| 09/09/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.6 | 360.00 |
| 09/09/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/09/09 | MNF | File maintenance; update pleadings | 0.5 | 97.50 |
| 09/10/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/10/09 | TKDC | Reviewed all ecf filings; distributed as appropriate to team counsel and paralegals | 0.4 | 240.00 |
| 09/10/09 | MNF | File maintenance; update pleadings | 0.5 | 97.50 |
| 09/11/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/11/09 | TKDC | Reviewed ecf filings and distributed pleadings as appropriate to team | 0.4 | 240.00 |
| 09/14/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/14/09 | TKDC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | 0.4 | 240.00 |

359022
00004

10/14/09

WR Grace - Official Committee of Equity Security
Holders
Case Administration

Invoice Number  2077158
Page 3

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/15/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/15/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.4 | 240.00 |
| 09/16/09 | TKDC | Reviewed all ecf filings and distributed internally as appropriate | 0.3 | 180.00 |
| 09/16/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/17/09 | MNF | Update pleadings; file maintenance | 0.5 | 97.50 |
| 09/17/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team | 0.5 | 300.00 |
| 09/17/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/18/09 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 09/18/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/21/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/21/09 | TKDC | Reviewed all new ecf filings and distributed to team counsel and paraleglas | 0.6 | 360.00 |
| 09/22/09 | TKDC | Reviewed all new ecf filings and distributed to team counsel and paraleglas | 0.6 | 360.00 |

359022
00004

10/14/09

WR Grace - Official Committee of Equity Security
Holders
Case Administration

Invoice Number  2077158
Page 4

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/22/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/23/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/23/09 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 09/24/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/24/09 | TKDC | Reviewed all ecf filings | 0.4 | 240.00 |
| 09/25/09 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 09/25/09 | MNF | File maintenance; update pleadings | 0.5 | 97.50 |
| 09/25/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/28/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 09/28/09 | TKDC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | 0.3 | 180.00 |
| 09/28/09 | MNF | Calendar omni dates | 0.5 | 97.50 |
| 09/29/09 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals as appropriate | 0.5 | 300.00 |
| 09/29/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |

359022          WR Grace - Official Committee of Equity Security          Invoice Number  2077158
00004           Holders                                                   Page 5
                Case Administration
10/14/09

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/30/09 | MNF | Update pleadings, file maintenance | 0.5 | 97.50 |
| 09/30/09 | TKDC | Reviewed all ecf filings and distributed if appropriate to team counsel and paralegals | 0.6 | 360.00 |
| 09/30/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |

                                              TOTAL HOURS          24.0

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Melissa N. Flores | 14.0 | at | $195.00 | = | 2,730.00 |
| Teresa K.D. Currier | 10.0 | at | $600.00 | = | 6,000.00 |

                    CURRENT FEES                                          8,730.00


          **TOTAL AMOUNT OF THIS  INVOICE**                              8,730.00


          **NET AMOUNT OF THIS INVOICE**                                 8,730.00



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2077159 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 10/14/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00007 |
| Charlottesville, VA 22902 | |

Re:  Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/22/09 | TKDC | Reviewed Motion to Approve Stipulation Resolving Proofs of Claim of BNSF Railway Company Pursuant to the EPA Multi-Site Agreement Filed by W.R. Grace & Co., et al | 0.3 | 180.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 0.3 | at | $600.00 | = | 180.00 |
| CURRENT FEES | | | | | 180.00 |

**TOTAL AMOUNT OF THIS INVOICE**      180.00

**NET AMOUNT OF THIS INVOICE**      180.00

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2077160 |
|---|---|---|
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 10/14/09 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00010 |
| Charlottesville, VA  22902 | | |

Re:  Employee Benefits/Pension

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/22/09 | TKDC | Reviewed Motion to Authorize Debtors to Implement a Defined Contribution Retirement Plan for New Hires Filed by W.R. Grace & Co., et al | 0.5 | 300.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $600.00 | = | 300.00 |
| CURRENT FEES | | | | | 300.00 |

**TOTAL AMOUNT OF THIS  INVOICE**                                    300.00

**NET AMOUNT OF THIS INVOICE**                                    300.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2077163 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 10/14/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re:  Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/09 | MNF | E-file and serve 1st monthly fee app of Saul Ewing | 1.0 | 195.00 |
| 09/01/09 | TKDC | Reviewed, revised, finalized first fee application of saul ewing; served same on fee auditor with a letter explaining saul's retention | 0.7 | 420.00 |
| 09/11/09 | MNF | Review/make edits to prebills for August 2009 time | 0.6 | 117.00 |
| 09/14/09 | MNF | Draft 2nd monthly fee app of Saul | 1.0 | 195.00 |
| 09/15/09 | MNF | Update 2nd monthly fee app of Saul Ewing | 0.5 | 97.50 |
| 09/17/09 | MNF | Review procedures order and emails to and from TKDC re: procedures order for fee apps | 0.5 | 97.50 |
| 09/22/09 | MNF | Review docket re: obj. to 1st monthly fee app of Saul Ewing; Draft CNO re: same | 0.6 | 117.00 |
| 09/23/09 | MNF | E-file and serve CNO re: 1st monthly fee app of Saul Ewing; email to G. Bacon re; same | 1.0 | 195.00 |
| 09/29/09 | MNF | E-file and serve 2nd monthly fee app of Saul Ewing LLP | 1.0 | 195.00 |
| | | TOTAL HOURS | 6.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 6.2 | at | $195.00 | = | 1,209.00 |
| Teresa K.D. Currier | 0.7 | at | $600.00 | = | 420.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015

10/14/09

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Applicant

Invoice Number  2077163
Page 2

|  |  |
|---|---|
| CURRENT FEES | 1,629.00 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 1,629.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,629.00 |



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2077164 |
| Invoice Date | 10/14/09 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:  Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/09 | MNF | E-file and serve 95th monthly Fee app of Kramer Levin | 1.0 | 195.00 |
| 09/02/09 | MNF | Review docket re: objections to 29th quarterly fee app of Kramer Levin; Draft CNO re: same | 0.6 | 117.00 |
| 09/02/09 | TKDC | Reviewed kramer levin cno and approved before filing | 0.2 | 120.00 |
| 09/03/09 | MNF | E-file and serve CNO re: 29th quarterly fee app of Kramer Levin | 0.8 | 156.00 |
| 09/04/09 | MNF | E-file and serve CNO re:33rd quarterly fee app of BIR | 0.8 | 156.00 |
| 09/22/09 | MNF | Review docket re: obj. to 95th monthly fee app of Kramer Levin; Draft CNO re: same; email same to D. Blabey | 0.6 | 117.00 |
| 09/22/09 | TKDC | Reviewed, approved cno for kramer levin fee app | 0.2 | 120.00 |
| 09/23/09 | MNF | E-file and serve CNO re: 95th monthly fee app of Kramer Levin | 0.8 | 156.00 |
| 09/28/09 | MNF | Download signed order for 32nd quarterly fee app of BIR; email same to J. Freytag | 0.3 | 58.50 |
| 09/30/09 | TKDC | Briefly reviewed kramer levin fee application for filing | 0.2 | 120.00 |
| | | TOTAL HOURS | 5.5 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022   WR Grace - Official Committee of Equity Security   Invoice Number  2077164
00016    Holders           Page 2
       Fee Applications/Others
10/14/09

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 4.9 | at | $195.00 | = | 955.50 |
| Teresa K.D. Currier | 0.6 | at | $600.00 | = | 360.00 |

        CURRENT FEES         1,315.50

    **TOTAL AMOUNT OF THIS  INVOICE**    1,315.50

    **NET AMOUNT OF THIS INVOICE**    1,315.50



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number      2077165 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date      10/14/09 |
| Peninsula Capital Advisors LLC | Client Number      359022 |
| 404B East Main Street | Matter Number      00017 |
| Charlottesville, VA  22902 | |

Re:   Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/08/09 | TKDC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 9/8/2009 | 0.3 | 180.00 |
| 09/24/09 | TKDC | Reviewed matters set for hearing on 9/29 | 0.2 | 120.00 |
| 09/28/09 | TKDC | Reviewed order setting forth new omnibus hearing dates | 0.2 | 120.00 |
| | | TOTAL HOURS | 0.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 0.7 | at | $600.00 | = | 420.00 |

CURRENT FEES                                                                   420.00

**TOTAL AMOUNT OF THIS  INVOICE**                                420.00

**NET AMOUNT OF THIS INVOICE**                                     420.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2077167 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 10/14/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00019 |
| Charlottesville, VA 22902 | |

Re:  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/01/09 | TKDC | Reviewed short response for judicial notice filing for plan proponents; communicated with david blabey; communicated with debtor | 0.3 | 180.00 |
| 09/01/09 | TKDC | Reviewed pleading to be filed on exhibit objections for plan proponents; communicated with david blabey; communicated with debtor | 0.3 | 180.00 |
| 09/01/09 | TKDC | Reviewed Objection of Certain Objecting Insurers to Motion in Limine of Plan Proponents to Exclude Testimony of Professor George L. Priest | 0.3 | 180.00 |
| 09/02/09 | TKDC | Reviewed, approved, Reply in Support of Priest Daubert Motion to be filed on behalf of plan proponents | 0.3 | 180.00 |
| 09/02/09 | TKDC | Reviewed PLAN PROPONENTS' OPPOSITION TO THE JOINT REQUEST OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE BANK LENDER GROUP FOR THE COURT TO TAKE JUDICIAL NOTICE AT THE CONFIRMATION HEARING OF CERTAIN DOCUMENTS AND EVIDENCE PRESENTED IN PRIOR PROCEEDINGS IN THESE BANKRUPTCY CASES; communications with david blabey re same; approved same for filing | 0.4 | 240.00 |
| 09/02/09 | TKDC | Reviewed, approved, Grace's Opposition to Anderson Memorial Hospital's Motion to Compel | 0.3 | 180.00 |
| 09/03/09 | TKDC | Reviewed proposed stipulation regarding authenticity and admissibility | 0.3 | 180.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00019

10/14/09

WR Grace - Official Committee of Equity Security
Holders
Litigation and Litigation Consulting

Invoice Number  2077167
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/03/09 | TKDC | Reviewed communications among plan proponents about reply on priest motion | 0.2 | 120.00 |
| 09/04/09 | TKDC | Reviewed libby disclosure response; communications with david blabey and kitty makowski; approved same for my signature for plan proponents | 0.3 | 180.00 |
| 09/07/09 | TKDC | Reviewed Objection to Exhibits Identified by Plan Proponents, CNA, MCC, BNSF, and State of Montana Filed by Libby Claimants | 0.3 | 180.00 |
| 09/07/09 | TKDC | Reviewed Response in Opposition to Plan Proponents' Motion in Limine to Exclude Libby Experts' Testimony Filed by Libby Claimants | 0.5 | 300.00 |
| 09/07/09 | TKDC | Reviewed Fireman's Fund Insurance Company's Objections to the Plan Proponents' Phase II Trial Exhibits | 0.1 | 60.00 |
| 09/08/09 | TKDC | Reviewed Objection of Maryland Casualty Company to Exhibits to Be Relied Upon at the Phase II Plan Confirmation Hearing | 0.1 | 60.00 |
| 09/08/09 | TKDC | Reviewed CNA's Objections to Certain Exhibits Proffered by BNSF Railway Company | 0.1 | 60.00 |
| 09/10/09 | TKDC | Reviewed Motion to Compel Discovery of Coverage Correspondence From the Plan Proponents, CNA, and Maryland Casualty Company (related document(s) Filed by Libby Claimants | 0.3 | 180.00 |
| 09/10/09 | TKDC | Reviewed Garlock Sealing Technologies, LLC's Objection to Plan Proponents' Submission of Final Order of Witnesses and Estimated Time of Examination | 0.2 | 120.00 |
| 09/11/09 | TKDC | Reviewed Phase II Stipulation of Authenticity and Regular Business Record Nature with Respect to Certain Liability Policies Issued to the Debtors and Certain Settlement Agreements | 0.3 | 180.00 |
| 09/21/09 | TKDC | Reviewed Objection to the Libby Claimants' Motion to Compel Discovery of Coverage Correspondence From the Plan Proponents, CNA, and Maryland Casualty Company Filed by Continental Casualty Company, Maryland Casualty Company | 0.3 | 180.00 |
| 09/21/09 | TKDC | Reviewed Arrowood Indemnity Company Designation of Additonal Items to Be Included in the Record on Appeal | 0.2 | 120.00 |

359022
00019

10/14/09

WR Grace - Official Committee of Equity Security
Holders
Litigation and Litigation Consulting

Invoice Number 2077167
Page 3

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/21/09 | TKDC | Reviewed Response to Arrowood's Motion to Strike, and Objections to, the Libby Claimants' Designation of the Depositions of Individual Libby Claimants | 0.1 | 60.00 |
| 09/21/09 | TKDC | Reviewed updated deposition calendar | 0.2 | 120.00 |
| 09/21/09 | TKDC | Reviewed Stiulation of Facts by and between Longacre Master Fund, Ltd., Longacre Capital Partners (QP), L.P. and Debtors in connection with Hearing to consider Confirmation of the First Amended Chapter 11 Plan of W.R. Grace & Co., et al., the Official Committee Of Asbestos Personal Injury claimants, the Asbestos PI Future Claimants' Representative, and the official Committee of Equity Security Holders dated February 27, 2009 | 0.2 | 120.00 |
| 09/21/09 | TKDC | Reviewed Stipulation Between Government Employees Insurance Company, OneBeacon America Insurance Company, Republic Insurance Company n/k/a Starr Indemnity & Liability Company, Seaton Insurance Company and the Debtors W.R. Grace & Co., et al., counsel for the Official Committee of Asbestos Personal Injury Claimants and counsel for David T. Austern, Asbestos PI Future Claimants' Representative | 0.1 | 60.00 |
| 09/21/09 | TKDC | Reviewed Brief (Debtors') in Opposition to Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay | 0.4 | 240.00 |
| 09/22/09 | TKDC | Reviewed several parties' Designations of Additional Items to be included in appeals | 0.3 | 180.00 |
| 09/30/09 | TKDC | Communications among parties and plan proponents regarding exhibits and deposition designations | 0.3 | 180.00 |
| 09/30/09 | TKDC | Reviewed Stipulation for Admission of Confirmation Hearing Exhibits of Arrowood Indemnity Company directed to the Equity Committee. | 0.3 | 180.00 |
| 09/30/09 | TKDC | Communications with david blabey and allen schwartz; approval of equity stipulation on documents and exhibits | 0.3 | 180.00 |

TOTAL HOURS        7.3

359022
00019

10/14/09

WR Grace - Official Committee of Equity Security
Holders
Litigation and Litigation Consulting

Invoice Number  2077167
Page 4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 7.3 | at | $600.00 | = | 4,380.00 |

CURRENT FEES      4,380.00

**TOTAL AMOUNT OF THIS  INVOICE**      4,380.00

**NET AMOUNT OF THIS INVOICE**      4,380.00



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2077168 |
| Invoice Date | 10/14/09 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/09 | TKDC | Reviewed Plan Proponents' Libby Best Interests Reply | 0.4 | 240.00 |
| 09/02/09 | TKDC | Reviewed, approved and communicated about another plan proponent filing tonight | 0.4 | 240.00 |
| 09/04/09 | TKDC | Reviewed best interests brief as revised; approved by David Blabey and signoff for equity committee and my signature | 0.4 | 240.00 |
| 09/04/09 | TKDC | Several wrgrace plan proponent filings friday night: libby responses to supplemental affidavits; plan modifications; FFIC motion to shorten time; daubert motions | 1.6 | 960.00 |
| 09/04/09 | TKDC | Reviewed fireman's fund stipulation of facts | 0.4 | 240.00 |
| 09/07/09 | TKDC | Reviewed plan proponents' response to libby medical records issue | 0.4 | 240.00 |
| 09/08/09 | TKDC | Reviewed Response to the Plan Proponents' Motion in Limine to Exclude Testimony of Individual Claimants Regarding Grace's Culpability and the Effect of Asbestos Illness Filed by Libby Claimants | 0.1 | 60.00 |
| 09/08/09 | TKDC | Reviewed Response to Plan Proponents' Motion in Limine to Preclude Expert Testimony of Behalf of the Libby Claimants Based Upon an Alleged Failure to Produce Reliance Materials Filed by Libby Claimants | 0.3 | 180.00 |
| 09/21/09 | TKDC | Reviewed Libby Claimants' Objection to First Set of Modifications to Joint Plan of Reorganization | 0.3 | 180.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020

10/14/09

WR Grace - Official Committee of Equity Security
Holders
Plan and Disclosure Statement

Invoice Number  2077168
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/22/09 | TKDC | Reviewed Stipulation Concerning Kaneb Evidentiary Matters Relating To Confirmation of First Amended Joint Plan of Reorganization By Kaneb Pipe Line Operating Partnership | 0.2 | 120.00 |
| 09/22/09 | TKDC | Reviewed Stipulation for the Purposes of Phase II of the Confirmation Hearing Regarding the Declaration of Kevin A. Martin With Respect to Ballots Tabulated From Parties Residing in Libby or Troy, Montana, Regarding Vote on First Amended Joint Plan of Reorganization and Exhibit 1 Thereto | 0.1 | 60.00 |
| 09/27/09 | TKDC | Reviewed master list of admitted exhibits; reviewed parties' communications re same | 0.3 | 180.00 |

TOTAL HOURS          4.9

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 4.9 | at | $600.00 | = | 2,940.00 |

CURRENT FEES          2,940.00

**TOTAL AMOUNT OF THIS INVOICE**          2,940.00

**NET AMOUNT OF THIS INVOICE**          2,940.00



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2077162 |
| Invoice Date | 10/14/09 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 24.30 |
| Messenger Service | 6.50 |
| Federal Express | 55.45 |
| **CURRENT EXPENSES** | 86.25 |
| | |
| **TOTAL AMOUNT OF THIS  INVOICE** | 86.25 |
| | |
| **NET AMOUNT OF THIS INVOICE** | 86.25 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP