**EXHIBIT A**

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

October 23, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 529258
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $234.00 |
| DISBURSEMENTS | 295.30 |
| MATTER TOTAL | $529.30 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $117.00 |
| DISBURSEMENTS | 14.00 |
| MATTER TOTAL | $131.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $23,804.50 |
| DISBURSEMENTS | 612.92 |
| MATTER TOTAL | $24,417.42 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $877.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $877.50 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 529258 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2263557.1

### 056772-00019/HEARINGS

| | |
|---|---:|
| FEES. | $45,813.00 |
| DISBURSEMENTS | 830.39 |
| MATTER TOTAL. | $46,643.39 |

### 056772-00028/TRAVEL\NON-WORKING

| | |
|---|---:|
| FEES. | $7,860.50 |
| DISBURSEMENTS | 5,617.92 |
| MATTER TOTAL. | $13,478.42 |
| CLIENT GRAND TOTAL. | $86,077.03 |

Kramer Levin Naftalis & Frankel LLP                                          Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                            October 23, 2009
056772-00001                                                                 Invoice No. 529258

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/22/09 | BLABEY, DAVID E | Review recent case filings on docket. | 0.40 | 234.00 |
| **TOTAL HOURS AND FEES** | | | **0.40** | **$234.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MANUSCRIPT SERVICE | 0.00 |
| WESTLAW ON-LINE RESEARCH | 84.58 |
| DOCUMENT RETRIEVAL FEES | 210.72 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$295.30** |
| **TOTAL FOR THIS MATTER** | **$529.30** |

KL4 2263557.1

Kramer Levin Naftalis & Frankel LLP                                            Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                              October 23, 2009
056772-00002                                                                   Invoice No. 529258

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 09/04/09 | BLABEY, DAVID E | Call to client re confirmation hearing. | 0.20 | 117.00 |
| **TOTAL HOURS AND FEES** | | | **0.20** | **$117.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RESEARCH SERVICES | 14.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$14.00** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$131.00** |

KL4 2263557.1

Kramer Levin Naftalis & Frankel LLP                                              Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                October 23, 2009
056772-00007                                                     Invoice No. 529258

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/09 | BLABEY, DAVID E | Review draft plan proponent pleadings regarding exhibits. | 0.50 | 292.50 |
| 09/01/09 | BENTLEY, PHILIP | Defend Ted Weschler dep, and discs Ted Weschler and David Blabey and trade emails re same; review Speights' motion to compel; review emails re confirmation issues | 3.10 | 2,356.00 |
| 09/02/09 | BENTLEY, PHILIP | Review emails re confirmation issues | 0.20 | 152.00 |
| 09/02/09 | BLABEY, DAVID E | Review and comment on draft plan proponent confirmation related filings. | 1.20 | 702.00 |
| 09/03/09 | BLABEY, DAVID E | Review recent filings in case (.7) and review plan proponent draft reply Daubert briefs (.3). | 1.00 | 585.00 |
| 09/04/09 | BENTLEY, PHILIP | Trade emails and TC David Blabey re confirmation issues | 0.70 | 532.00 |
| 09/04/09 | BLABEY, DAVID E | Review technical plan modifications (1); review Libby best interests brief drafts (1); rev proposed stipulation with MCC (.2); prep for hearing and call to P. Bentley re same (.6); meet and confer with plan objectors (.8); review Plan proponent draft filings (1). | 4.60 | 2,691.00 |
| 09/07/09 | BLABEY, DAVID E | prepare for confirmation hearing | 0.50 | 292.50 |
| 09/08/09 | BENTLEY, PHILIP | Review emails re confirmation hearing | 0.30 | 228.00 |
| 09/08/09 | BLABEY, DAVID E | Review documents in prep for hearing (.5); calls to client and P. Bentley re hearing (.4); draft update memo to client re hearing (1). | 1.90 | 1,111.50 |
| 09/09/09 | BLABEY, DAVID E | Prepare for hearing (.5); calls to client (.3); draft update summary to client re hearing (1). | 1.80 | 1,053.00 |
| 09/09/09 | BENTLEY, PHILIP | Trade emails re confirmation hearing | 0.20 | 152.00 |
| 09/10/09 | BLABEY, DAVID E | Call to client re hearing (.2) and email update re same (1). | 1.20 | 702.00 |
| 09/10/09 | BENTLEY, PHILIP | Trade emails re confirmation hearing | 0.40 | 304.00 |
| 09/11/09 | BLABEY, DAVID E | Call to T. Weschler re hearing update. | 0.20 | 117.00 |
| 09/11/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| 09/12/09 | BLABEY, DAVID E | Email summary to Ted W. re day 4 of confirmation hearing. | 0.90 | 526.50 |

Kramer Levin Naftalis & Frankel LLP                                   Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                     October 23, 2009
056772-00007                                                          Invoice No. 529258

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/13/09 | BLABEY, DAVID E | Review recent filings in prep for hearing (1.5); review Kaneb stipulation and email to P. Bentley re same (1). | 2.50 | 1,462.50 |
| 09/14/09 | BLABEY, DAVID E | Calls to T. Weschler and P. Bentley re hearing (.4); email memo to T. Weschler re hearing (1.2). | 1.60 | 936.00 |
| 09/14/09 | BENTLEY, PHILIP | Review confirmation briefs; discs DB and trade emails re confirmation hearing | 2.10 | 1,596.00 |
| 09/15/09 | BLABEY, DAVID E | Review lender exhibits in preparation for hearing (1); email update to T. Weschler on hearing developments (1.2); discs P. Bentley re hearing (.5). | 2.70 | 1,579.50 |
| 09/16/09 | BLABEY, DAVID E | Memo to T. Weschler re day 7 of confirmation hearing. | 1.30 | 760.50 |
| 09/16/09 | BENTLEY, PHILIP | Review emails re confirmation hearing | 0.20 | 152.00 |
| 09/17/09 | BLABEY, DAVID E | Call and email to T. Weschler re hearing update and developments. | 0.80 | 468.00 |
| 09/18/09 | BENTLEY, PHILIP | Review emails re confirmation hearing | 0.30 | 228.00 |
| 09/22/09 | BENTLEY, PHILIP | TC Ted Weschler; review emails re confirmation hearing; review and analyze confirmation issues | 1.10 | 836.00 |
| 09/23/09 | BENTLEY, PHILIP | Discs Ted Weschler and voicemail, and notes, re confirmation issues | 1.00 | 760.00 |
| 09/24/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 09/25/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 09/25/09 | BLABEY, DAVID E | Plan proponent call re plan confirmation hearing exhibits. | 0.80 | 468.00 |
| 09/29/09 | BLABEY, DAVID E | Attend telephonic omnibus hearing (.7) and email to TW re same (.3); review and analyze proposed stipulation re change to treatment of PD claims and email to TW re same (1.4). | 2.40 | 1,404.00 |
| 09/29/09 | BENTLEY, PHILIP | Conf DB re plan issues | 0.10 | 76.00 |
| 09/30/09 | BLABEY, DAVID E | Plan proponent call re open issues (1.2) and email to TW re same (.3); review stipulations relating to confirmation hearing exhibits (.3). | 1.80 | 1,053.00 |
| **TOTAL HOURS AND FEES** | | | **37.70** | **$23,804.50** |

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                  October 23, 2009
056772-00007                                                                              Invoice No. 529258

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 31.20 |
| LONG-DISTANCE TEL. | 84.77 |
| TRANSCRIPT FEES | 496.95 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$612.92** |
| **TOTAL FOR THIS MATTER** | **$24,417.42** |

Kramer Levin Naftalis & Frankel LLP                                          Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                            October 23, 2009
056772-00008                                                                 Invoice No. 529258

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/25/09 | BLABEY, DAVID E | Review and edit August bill for fee application. | 0.50 | 292.50 |
| 09/30/09 | BLABEY, DAVID E | Prepare fee application for August. | 1.00 | 585.00 |
| **TOTAL HOURS AND FEES** | | | **1.50** | **$877.50** |

**TOTAL FOR THIS MATTER**                                   $877.50

Kramer Levin Naftalis & Frankel LLP

Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

October 23, 2009
Invoice No. 529258

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/09 | BLABEY, DAVID E | Attend telephonic hearing re Libby motion to exclude testimony of ZIlly. | 1.00 | 585.00 |
| 09/08/09 | BLABEY, DAVID E | Attend confirmation hearing day 1. | 8.90 | 5,206.50 |
| 09/09/09 | BLABEY, DAVID E | Attend confirmation hearing day 2 | 8.50 | 4,972.50 |
| 09/10/09 | BLABEY, DAVID E | Prep for and attend confirmation hearing day 3. | 8.00 | 4,680.00 |
| 09/11/09 | BLABEY, DAVID E | Prep for and attend confirmation hearing day 4. | 9.50 | 5,557.50 |
| 09/14/09 | BLABEY, DAVID E | Prepare for and attend confirmation hearing day 5. | 9.00 | 5,265.00 |
| 09/15/09 | BLABEY, DAVID E | Attend day 6 of confirmation hearing. | 9.00 | 5,265.00 |
| 09/15/09 | BENTLEY, PHILIP | Attend confirmation hearing, and discs DB re same | 8.40 | 6,384.00 |
| 09/16/09 | BLABEY, DAVID E | Prep for and attend day 7 of confirmation hearing. | 9.50 | 5,557.50 |
| 09/17/09 | BLABEY, DAVID E | Attendance at day 8 of confirmation hearing. | 4.00 | 2,340.00 |

**TOTAL HOURS AND FEES**  **75.80**  **$45,813.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER MISCELLANEOUS CHARGES | 4.00 |
| CAB FARES | 37.00 |
| OUT-OF-TOWN TRAVEL | 764.39 |
| MEALS/T & E | 25.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**   **$830.39**

**TOTAL FOR THIS MATTER**   **$46,643.39**

KL4 2263557.1

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE                                         October 23, 2009
056772-00028                                                                Invoice No. 529258

## TRAVEL\NON-WORKING

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/07/09 | BLABEY, DAVID E | Travel to Pittsburgh for confirmation hearing. | 3.50 | 1,023.75 |
| 09/11/09 | BLABEY, DAVID E | Travel from Pittsburgh to New York (delays) from confirmation hearing. | 5.50 | 1,608.75 |
| 09/13/09 | BLABEY, DAVID E | Travel to Pittsburgh for confirmation hearing. | 4.00 | 1,170.00 |
| 09/14/09 | BENTLEY, PHILIP | Travel to Pittsburgh | 3.20 | 1,216.00 |
| 09/15/09 | BENTLEY, PHILIP | Return trip to NYC | 4.40 | 1,672.00 |
| 09/17/09 | BLABEY, DAVID E | Travel from Pittsburgh to New York from confirmation hearing. | 4.00 | 1,170.00 |

**TOTAL HOURS AND FEES**                                                    **24.60**   **$7,860.50**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| CAB FARES | 262.66 |
| OUT-OF-TOWN TRAVEL | 5,250.18 |
| MEALS/T & E | 105.08 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**            **$5,617.92**

**TOTAL FOR THIS MATTER**                                          **$13,478.42**

KL4 2263557.1