REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1920604
One Town Center Road                      Invoice Date      10/28/09
Boca Raton, FL    33486                   Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

          Fees                            8,511.50
          Expenses                            0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $8,511.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1920604
One Town Center Road                      Invoice Date      10/28/09
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2009

| Date | Name | | Hours |
|------|------|---|------|
| 09/01/09 | Ament | Various e-mails, meetings and telephone calls to continue coordinating logistics for hearing preparation for K&E relating to Sept. hearings in Pittsburgh (2.0); assist Pachulski with updating hearing binders for confirmation hearing (1.0); various e-mails and conference calls with P. Cuniff re: same (.20); hand deliver said hearing binders to Judge Fitzgerald (.10); follow-up e-mail to chambers re: same (.10). | 3.40 |
| 09/01/09 | Radcliffe | Meet with S. Ament to assist with logistics for hearing preparation for Kirkland relating to September hearing in Pittsburgh. | .50 |
| 09/02/09 | Ament | Various e-mails, meetings and conference calls to coordinate logistics for K&E hearing preparation relating to Sept. hearings in Pittsburgh (2.10); e-mails with R. Baker re: hearing binders relating to confirmation hearings (.10); e-mails with P. Cuniff at Pachulski re: same (.10). | 2.30 |
| 09/02/09 | Cameron | Review materials for confirmation hearing logistics (0.9). | .90 |

```
172573  W. R. Grace & Co.                      Invoice Number  1920604
60026  Litigation and Litigation Consulting    Page   2
October 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/03/09 | Ament | Various e-mails, meetings and conference calls to coordinate hearing preparation for K&E for Pittsburgh hearings (1.50); various e-mails and conference calls with K&E and Pachulski re: notice and CD-Roms relating to confirmation hearings (.30). | 1.80 |
| 09/04/09 | Ament | Various e-mails, meetings and conference calls to continue assisting K&E and Pachulski with logistics for hearing preparation relating to upcoming confirmation hearings in Pittsburgh. | 4.80 |
| 09/04/09 | Cameron | Attention to confirmation hearing issues. | .90 |
| 09/05/09 | Ament | Various e-mails and conference calls to assist K&E and Pachulski with logistics for confirmation hearings in Pittsburgh. | 1.00 |
| 09/06/09 | Ament | Various e-mails and conference calls to assist K&E with hearing preparation relating to confirmation hearings in Pittsburgh. | 1.00 |
| 09/06/09 | Cameron | Attention to confirmation hearing issues. | .60 |
| 09/07/09 | Ament | Various e-mails and conference calls to assist K&E with hearing preparation. | 2.00 |
| 09/07/09 | Cameron | Attention to confirmation hearing issues. | .80 |
| 09/08/09 | Ament | Various e-mails, meetings and conference calls to assist K&E with hearing preparation for confirmation hearings (.90); circulate amended agenda to team for said confirmation hearings (.10). | 1.00 |

172573 W. R. Grace & Co.                        Invoice Number  1920604
60026  Litigation and Litigation Consulting     Page    3
October 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 09/09/09 | Ament | Various e-mails and meetings to assist K&E with hearing preparation for confirmation hearings in Pittsburgh. | 1.00 |
| 09/09/09 | Cameron | Attention to confirmation hearing issues. | .90 |
| 09/10/09 | Ament | Assist K&E with hearing preparation for confirmation hearings. | 1.00 |
| 09/10/09 | Cameron | Attention to confirmation hearing issues. | .70 |
| 09/11/09 | Ament | Various e-mails, conference calls and meetings to assist K&E with hearing preparation for Pittsburgh confirmation hearings. | .50 |
| 09/11/09 | Cameron | Attention to confirmation hearing issues and meet with S. Ament regarding same. | .70 |
| 09/16/09 | Cameron | Attention to confirmation hearing issues. | .80 |
| 09/22/09 | Ament | Various e-mails and meetings with D. Cameron and J. Restivo re: 9/29/09 omnibus hearing (.30); various e-mails with K. Love re: Oct. hearings in Pittsburgh (.30); circulate agenda for 9/29/09 hearing to team (.10). | .70 |
| 09/23/09 | Ament | E-mails re: 9/29/09 hearing (.20); various e-mails and meetings to coordinate logistics for K&E hearing preparation re: October hearings in Pittsburgh (1.0). | 1.20 |
| 09/24/09 | Ament | Various e-mails to assist K&E with logistics for hearing preparation relating to October hearings in Pittsburgh. | 1.00 |
| 09/28/09 | Ament | Various e-mails, telephone calls and meetings to coordinate logistics for hearing preparation for K&E relating to continued confirmation hearings in | 2.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1920604
60026  Litigation and Litigation Consulting Page   4
October 28, 2009
```

```
     Date   Name                                           Hours
   -------- -----------                                     -----

                      Pittsburgh in October.

   09/29/09 Ament     Various e-mails and meetings to        .50
                      assist K&E with logistics for
                      hearing preparation for October
                      hearings in Pittsburgh.

                                                           ------
                                        TOTAL HOURS        32.40
```

```
   TIME SUMMARY            Hours         Rate         Value
   ----------------------- -------------------------- -------
   Douglas E. Cameron       6.30  at  $  630.00  =   3,969.00
   Sharon A. Ament         25.60  at  $  175.00  =   4,480.00
   Robert H Radcliffe       0.50  at  $  125.00  =      62.50

                          CURRENT FEES                        8,511.50


                                                          ------------
                  TOTAL BALANCE DUE UPON RECEIPT            $8,511.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1920605
5400 Broken Sound Blvd., N.W.        Invoice Date      10/28/09
Boca Raton, FL 33487                 Client Number      172573


==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

        Fees                         1,718.00
        Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $1,718.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number     1920605
5400 Broken Sound Blvd., N.W.            Invoice Date       10/28/09
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60029

================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 09/02/09 | Ament | E-mails with A. Muha re: August monthly fee application. | .10 |
| 09/10/09 | Ament | Respond to e-mail relating to August monthly fee application. | .10 |
| 09/13/09 | Muha | Review and revise monthly fee and expense statements for September 2009 monthly fee application. | .50 |
| 09/22/09 | Ament | E-mails re: Aug. monthly fee application. | .10 |
| 09/23/09 | Ament | E-mails re: Aug. monthly fee application. | .10 |
| 09/24/09 | Ament | Begin drafting Aug. monthly fee application and related spreadsheets (.90); e-mails re: May and June monthly fee applications (.10); attend to billing matters re: same (.20). | 1.20 |
| 09/25/09 | Lord | Draft CNO for Reed Smith July monthly fee application. | .40 |
| 09/25/09 | Muha | Review and revise fee and expense detail for August 2009 bills, and e-mails to various timekeepers and assistants re: additional information needed. | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1920605
60029  Fee Applications-Applicant           Page    2
October 28, 2009
```

| Date | Name | | Hours |
|------|------|---|------|
| 09/28/09 | Ament | Attend to billing matters relating to Aug. monthly fee application (.20); various e-mails re: same (.10). | .30 |
| 09/28/09 | Lord | E-file CNO to Reed Smith July monthly fee application. | .30 |
| 09/28/09 | Lord | Communicate with S. Ament re: August monthly fee application. | .10 |
| 09/29/09 | Ament | Various e-mails re: Aug. monthly fee application (.10); continue calculating fees and expenses for Aug. monthly fee application (.60); complete drafting said fee application (.20); provide same to A. Muha for review (.10); attend to billing matters relating to Aug. monthly, consultant fees and 32nd quarterly fee applications (.20); e-mails and meet with A. Muha re: same (.20). | 1.40 |
| 09/29/09 | Muha | Final review of and revisions to August 2009 monthly fee application. | .30 |
| 09/30/09 | Ament | Attend to billing matters (.10); revisions to Aug. monthly fee application (.10); e-mail same to J. Lord for DE filing (.10). | .30 |
| 09/30/09 | Lord | Revise, e-file and serve Reed Smith August monthly fee application. | 1.40 |

```
                                            ------
                              TOTAL HOURS    7.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 1.40 | at $ | 400.00 | = | 560.00 |
| John B. Lord | 2.20 | at $ | 240.00 | = | 528.00 |
| Sharon A. Ament | 3.60 | at $ | 175.00 | = | 630.00 |

```
              CURRENT FEES                       1,718.00

                                             ------------
```

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
October 28, 2009

Invoice Number  1920605
Page    3


TOTAL BALANCE DUE UPON RECEIPT         $1,718.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1920606
One Town Center Road                      Invoice Date      10/28/09
Boca Raton, FL   33486                    Client Number      172573


==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                          16,470.50
         Expenses                           0.00

                   TOTAL BALANCE DUE UPON RECEIPT        $16,470.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number     1920606
One Town Center Road               Invoice Date       10/28/09
Boca Raton, FL   33486             Client Number       172573
                                   Matter Number        60033

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mails with T. Rea re: same (.10). | .30 |
| 09/01/09 | Cameron | Review settlement agreement issues. | .50 |
| 09/01/09 | Restivo | Filing three more Speights U.S. settlements. | .50 |
| 09/02/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/02/09 | Cameron | Review comments from R. Finke and draft settlement agreement. | .70 |
| 09/02/09 | Rea | Prepared motion to approve property damage settlements for filing. | .70 |
| 09/02/09 | Restivo | Telephone conferences with E. Westbrook and R. Higgins re: Solow settlement (.8); filing three more Speights' U.S. agreement (.3). | 1.10 |
| 09/03/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/03/09 | Cameron | Review multiple drafts of CMO for PD claims and multiple e-mails regarding same. | 1.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1920606
60033  Claim Analysis Objection Resolution      Page    2
       & Estimation (Asbestos)
October 28, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 09/03/09 | Rea | Multiple e-mails and calls re: revisions to property damage CMO (3.5); preparation of settlement motions for filing (.2). | 3.70 |
| 09/03/09 | Restivo | Filing three more Speights' U.S. settlements (.4); correspondence re:  Solow settlement, correspondence re:  California DGS appeal, and finalize last three Speights' U.S. settlements (1.1). | 1.50 |
| 09/04/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/04/09 | Cameron | Review motion to approve settlements (0.5); review revised CMO and telephone call with R. Finke and T. Rea re:  same (0.7). | 1.20 |
| 09/04/09 | Rea | Conference call; e-mails and revisions to property damage Case Management Order (.9); preparation of property damage settlement motions to be filed (.5). | 1.40 |
| 09/08/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/08/09 | Rea | Preparation of settlement motions for filing. | .70 |
| 09/08/09 | Restivo | Filing three more PD settlements and discussions with K&E. | 1.40 |
| 09/09/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 09/10/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/10/09 | Cameron | Review settlement agreements and order to approve same (0.4). | .40 |
| 09/10/09 | Restivo | Filing of last three Speights U.S. settlements. | .30 |

172573  W. R. Grace & Co.
60033   Claim Analysis Objection Resolution
        & Estimation (Asbestos)
October 28, 2009

Invoice Number   1920606
Page    3

| Date | Name | | Hours |
|------|------|------|-------|
| 09/11/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/14/09 | Restivo | Receipt and review of Confirmation-related P.D. pleadings (.2); Solow mediation issues (.3). | .50 |
| 09/22/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/22/09 | Cameron | Review Solow settlement agreement. | .50 |
| 09/22/09 | Restivo | Solow settlement-related draft to E. Westbrook, J. Baer, et al. | 1.50 |
| 09/23/09 | Ament | Assist team with various issues relating to PD claims (.20); various e-mails with team re: 9019 motions (.30). | .50 |
| 09/23/09 | Rea | Analysis of issue on property damage settlements. | .80 |
| 09/23/09 | Restivo | Re-draft settlement approval papers. | .60 |
| 09/24/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/28/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/29/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mails with T. Rea re: same (.10). | .30 |
| 09/29/09 | Flatley | Email (0.2); with T. Rea about Judge Buckwalter's decision (0.6). | .80 |
| 09/29/09 | Rea | Review and discussions re: district court opinion with team. | 1.10 |
| 09/29/09 | Restivo | Telephone conference with J. Baer and emails with E. Westbrook. | 1.00 |

```
172573  W. R. Grace & Co.                    Invoice Number  1920606
60033   Claim Analysis Objection Resolution  Page    4
        & Estimation (Asbestos)
October 28, 2009
```

| Date | Name | | Hours |
|------|------|------|-------|
| 09/30/09 | Ament | Assist team with various issues relating to PD claims (.20); meet with T. Rea re: DGS appeal (.10); follow-up e-mails re: same (.10). | .40 |
| 09/30/09 | Flatley | Detailed review of Judge's Opinion (1.8); with T. Rea about Opinion (0.5); emails commenting on Opinion and scheduling conference call (0.9); organizing (0.2). | 3.40 |
| 09/30/09 | Rea | Analysis of District Court opinion on California claims. | 1.00 |
| 09/30/09 | Restivo | Correspondence with J. Baer and R. Finke, et al. | .50 |

```
                                          ------
                            TOTAL HOURS    30.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|---|-------|
| Lawrence E. Flatley | 4.20 | at $ | 635.00 | = | 2,667.00 |
| Douglas E. Cameron | 4.50 | at $ | 630.00 | = | 2,835.00 |
| James J. Restivo Jr. | 8.90 | at $ | 685.00 | = | 6,096.50 |
| Traci Sands Rea | 9.40 | at $ | 455.00 | = | 4,277.00 |
| Sharon A. Ament | 3.40 | at $ | 175.00 | = | 595.00 |

```
                    CURRENT FEES                       16,470.50


                                                     ------------
            TOTAL BALANCE DUE UPON RECEIPT            $16,470.50
                                                     ============
```