REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1920613
One Town Center Road                      Invoice Date       10/28/09
Boca Raton, FL    33486                    Client Number      172573


==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

          Fees                                    0.00
          Expenses                           34,769.00

                     TOTAL BALANCE DUE UPON RECEIPT        $34,769.00
                                                          =============

US_ACTIVE-102556731.1-SAAMENT

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1920613
One Town Center Road                      Invoice Date        10/28/09
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        1.30
        Duplicating/Printing/Scanning        15,286.50
        Postage Expense                          3.73
        Courier Service - Outside                5.00
        Outside Duplicating                   5,613.82
        Secretarial Overtime                  3,502.50
        Parking/Tolls/Other Transportation      226.00
        Mileage Expense                         462.00
        Meal Expense                          9,668.15

                    CURRENT EXPENSES                 34,769.00
                                                    -------------

            TOTAL BALANCE DUE UPON RECEIPT          $34,769.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1920613 |
| One Town Center Road | Invoice Date     10/28/09 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number       60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 05/27/09 | Outside Duplicating<br>Credit - Bankruptcy Mailouts/Mailouts - Envelope | -28.80 |
| 06/18/09 | Outside Duplicating<br>Color 8.5x11 (Letter) Copies/ | 180.83 |
| 06/22/09 | Outside Duplicating B&W Copies D - Heavy<br>Litigation/Binder - Binders of materials for<br>confirmation hearings. | 571.06 |
| 06/22/09 | Outside Duplicating B&W Copies D - Heavy<br>Litigation/Binder - - - Materials for<br>confirmation hearings. | 2711.94 |
| 06/22/09 | Outside Duplicating Color 8.5x11 (Letter)<br>Copies/Foamcore - - Materials for confirmation<br>hearings. | 241.45 |
| 06/23/09 | Outside Duplicating Color 8.5x11 (Letter)<br>Copies - - Materials for confirmation hearings. | 17.39 |
| 07/28/09 | Outside Duplicating Mailouts - Bankruptcy<br>Mailouts/Mailouts - - Envelopes for service of<br>quarterly fee applications. | 28.80 |
| 08/10/09 | Outside Duplicating Mailouts - Bankruptcy<br>Mailouts/Mailouts - - Service of quarterly fee<br>applications. | 381.90 |
| 08/10/09 | Outside Duplicating Mailouts - Bankruptcy<br>Mailouts/Mailouts - - Service of quarterly fee<br>applications. | 448.68 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page    2
October 28, 2009

| | | |
|---|---|---|
| 08/27/09 | Outside Duplicating Mailouts - Bankruptcy Mailouts/Mailouts - Envelopes for service of quarterly fee applications. | 32.30 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 12 COPIES | 1.20 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 12 COPIES | 1.20 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 08/31/09 | Secretarial Overtime: W.R. Grace/litigation; secretarial support re; upcoming hearings | 30.00 |
| 09/01/09 | Telephone Expense 13027786442/WILMINGTON, DE/4 | .20 |
| 09/01/09 | Telephone Expense 13027786442/WILMINGTON, DE/2 | .10 |
| 09/01/09 | Telephone Expense 13027786442/WILMINGTON, DE/4 | .20 |
| 09/01/09 | Telephone Expense 13027786442/WILMINGTON, DE/2 | .10 |
| 09/01/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 09/01/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 09/01/09 | Secretarial Overtime: W.R. Grace/litigation; secretarial support re; upcoming hearings | 37.50 |
| 09/02/09 | Telephone Expense 18479560800/ELK GROVE, IL/4 | .25 |
| 09/02/09 | Telephone Expense 18479560800/ELK GROVE, IL/4 | .25 |

172573 W. R. Grace & Co.                         Invoice Number  1920613
60026  Litigation and Litigation Consulting      Page    3
October 28, 2009

| | | |
|---|---|---:|
| 09/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 09/02/09 | Secretarial Overtime: W.R. Grace/litigation;<br>secretarial support re; upcoming hearings | 37.50 |
| 09/03/09 | Secretarial Overtime: W.R. Grace/litigation;<br>secretarial support re; upcoming hearings | 30.00 |
| 09/04/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 09/04/09 | Outside Duplicating Foamcore - 3/16" (sq<br>ft)/Laminating - - Materials for confirmation<br>hearings. | 359.52 |
| 09/04/09 | secretarial Overtime: W.R. Grace/litigation;<br>secretarial support re; upcoming hearings | 22.50 |
| 09/05/09 | Secretarial Overtime: setting up conf. 12.12<br>for Kirkland/Grace | 150.00 |
| 09/05/09 | Secretarial Overtime: W.R. Grace - court<br>preparation assistance | 172.50 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 735 COPIES | 73.50 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 600 COPIES | 60.00 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 132 COPIES | 13.20 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 210 COPIES | 21.00 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 142 COPIES | 14.20 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 43 COPIES | 4.30 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 45 COPIES | 4.50 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 1.70 |

172573 W. R. Grace & Co.                            Invoice Number  1920613
60026  Litigation and Litigation Consulting         Page   4
October 28, 2009

| | | |
|---|---|---|
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 24 COPIES | 2.40 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 0481; 558 COPIES | 55.80 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 933 COPIES | 93.30 |
| 09/06/09 | Secretarial Overtime: grace - court preparation<br>assistance | 352.50 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 249 COPIES | 24.90 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 150 COPIES | 15.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 102 COPIES | 10.20 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 61 COPIES | 6.10 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 114 COPIES | 11.40 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 170 COPIES | 17.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 116 COPIES | 11.60 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 30 COPIES | 3.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting        Page    5
October 28, 2009

| | | |
|---|---|---|
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 164 COPIES | 16.40 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 170 COPIES | 17.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 200 COPIES | 20.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 97 COPIES | 9.70 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 136 COPIES | 13.60 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 218 COPIES | 21.80 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 96 COPIES | 9.60 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 09/07/09 | Secretarial Overtime-W.R. Grace Litigation -<br>secretarial support for hearings | 262.50 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 114 COPIES | 11.40 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 87 COPIES | 8.70 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 128 COPIES | 12.80 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 180 COPIES | 18.00 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 151 COPIES | 15.10 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 94 COPIES | 9.40 |

172573 W. R. Grace & Co.                              Invoice Number  1920613
60026  Litigation and Litigation Consulting           Page    6
October 28, 2009

| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 61 COPIES | 6.10 |
|---|---|---|
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 95 COPIES | 9.50 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 47 COPIES | 4.70 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 398 COPIES | 39.80 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 130 COPIES | 13.00 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 59 COPIES | 5.90 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 0481; 35 COPIES | 3.50 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 135 COPIES | 13.50 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 135 COPIES | 13.50 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 309 COPIES | 30.90 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 231 COPIES | 23.10 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 54 COPIES | 5.40 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 1.80 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 09/08/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, Sep 08,<br>parking fare for secretarial overtime Monday<br>September 7, 2009 | 20.00 |

172573  W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting        Page    7
October 28, 2009

| Date | Description | Amount |
|---|---|---|
| 09/08/09 | Mileage Expense Mileage - 2009 - VENDOR: Kathleen A. Williams, S mileage for secretarial overtime Monday September 7, 2009  - - (80 miles round trip) | 44.00 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 09/08/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Kathleen A. Williams, Sep 08, W.R. Grace hearings - secretarial support - overtime parking 9/8/09 | 20.00 |
| 09/08/09 | Mileage Expense Mileage - 2009 - VENDOR: Kathleen A. Williams, W.R. Grace hearings - secretarial support - overtime mileage expense - 9/8/09 - (80 miles round trip.) | 44.00 |
| 09/08/09 | Mileage Expense Mileage - 2009 - VENDOR: Teresa A. Martin, Sep 1 Assisting K&E with secretarial needs for hearing - - (60 miles round trip) | 33.00 |
| 09/08/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Teresa A. Martin, Sep 08, 2009 Assisting K&E with secretarial needs for hearing. | 20.00 |
| 09/08/09 | Secretarial Overtime-W.R. Grace - assist K&E with with hearing | 240.00 |
| 09/08/09 | Secretarial Overtime--Grace Court Prep Assist | 37.50 |
| 09/08/09 | Secretarial Overtime-W.R. Grace Litigation - secretarial support for hearings | 120.00 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .30 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 9 COPIES | .90 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 251 COPIES | 25.10 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 200 COPIES | 20.00 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 276 COPIES | 27.60 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 399 COPIES | 39.90 |

172573 W. R. Grace & Co.                          Invoice Number   1920613
60026  Litigation and Litigation Consulting       Page     8
October 28, 2009

| | | |
|---|---|---:|
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 7 COPIES | .70 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 147 COPIES | 14.70 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 75 COPIES | 7.50 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 13 COPIES | 1.30 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 681 COPIES | 68.10 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 39 COPIES | 3.90 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 260 COPIES | 26.00 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 368 COPIES | 36.80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 126 COPIES | 12.60 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 97 COPIES | 9.70 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 336 COPIES | 33.60 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page    9
October 28, 2009

| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 468 COPIES | 46.80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 228 COPIES | 22.80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 859 COPIES | 85.90 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2556 COPIES | 255.60 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 100 COPIES | 10.00 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 102 COPIES | 10.20 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 105 COPIES | 10.50 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 128 COPIES | 12.80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 120 COPIES | 12.00 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 38 COPIES | 3.80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1015 COPIES | 101.50 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 333 COPIES | 33.30 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 97 COPIES | 9.70 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 106 COPIES | 10.60 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  10
October 28, 2009

| | | |
|---|---|---:|
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 288 COPIES | 28.80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 50 COPIES | 5.00 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1650 COPIES | 165.00 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 225 COPIES | 22.50 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 180 COPIES | 18.00 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 98 COPIES | 9.80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 133 COPIES | 13.30 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 166 COPIES | 16.60 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 09/09/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, Sep 09,<br>W.R. Grace Litigation - Hearings - 9/9/09 overtime<br>parking | 20.00 |

172573 W. R. Grace & Co.                              Invoice Number  1920613
60026  Litigation and Litigation Consulting           Page   11
October 28, 2009

| | | |
|---|---|---|
| 09/09/09 | Mileage Expense Mileage - 2009 - VENDOR: Kathleen A. Williams, W.R. Grace Litigation - Hearings - 9/9/09 overtime mileage - - (80 miles round trip) | 44.00 |
| 09/09/09 | Mileage Expense Mileage - 2009 - VENDOR: Teresa A. Martin, Sep 1 Assisting K&E with secretarial needs for hearing - - (60 miles round trip) | 33.00 |
| 09/09/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Teresa A. Martin, Sep 09, 2009 Assisting K&E with secretarial needs for hearing. | 20.00 |
| 09/09/09 | Secretarial Overtime-W.R. Grace - assist K&E with Hearing | 270.00 |
| 09/09/09 | Secretarial Overtime--Grace Court Prep Assist | 30.00 |
| 09/09/09 | Secretarial Overtime-W.R. Grace Litigation - secretarial support for hearings | 120.00 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 20 COPIES | 2.00 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 36 COPIES | 3.60 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 223 COPIES | 22.30 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 56 COPIES | 5.60 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 19 COPIES | 1.90 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 33 COPIES | 3.30 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 472 COPIES | 47.20 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 13 COPIES | 1.30 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 332 COPIES | 33.20 |

172573  W. R. Grace & Co.                           Invoice Number   1920613
60026  Litigation and Litigation Consulting          Page   12
October 28, 2009

| | | |
|---|---|---|
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 312 COPIES | 31.20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 145 COPIES | 14.50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 42 COPIES | 4.20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 130 COPIES | 13.00 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 32 COPIES | 3.20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 92 COPIES | 9.20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 68 COPIES | 6.80 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 48 COPIES | 4.80 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 300 COPIES | 30.00 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 243 COPIES | 24.30 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 175 COPIES | 17.50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 230 COPIES | 23.00 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
October 28, 2009

Invoice Number  1920613
Page  13

| Date | Description | Amount |
|---|---|---|
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 111 COPIES | 11.10 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 23 COPIES | 2.30 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 352 COPIES | 35.20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 83 COPIES | 8.30 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 55 COPIES | 5.50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 456 COPIES | 45.60 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 660 COPIES | 66.00 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 216 COPIES | 21.60 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1725 COPIES | 172.50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 37 COPIES | 3.70 |
| 09/10/09 | Outside Duplicating B&W Copies C - Medium<br>Litigation/Binder - - Materials for<br>confirmation hearings. | 668.75 |
| 09/10/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, Sep 10,<br>W.R. Grace Hearings - overtime parking | 20.00 |

172573 W. R. Grace & Co.                           Invoice Number  1920613
60026  Litigation and Litigation Consulting        Page  14
October 28, 2009

| | | |
|---|---|---|
| 09/10/09 | Mileage Expense Mileage - 2009 - VENDOR: Kathleen A. Williams, W.R. Grace Hearings - overtime mileage  - - (80 miles round trip) | 44.00 |
| 09/10/09 | Secretarial Overtime-Grace - Court Prep Assist | 352.50 |
| 09/10/09 | Secretarial Overtime-Grace - Court Prep Assist | 285.00 |
| 09/10/09 | Secretarial Overtime-W.R. Grace Litigation - secretarial support for hearings | 105.00 |
| 09/10/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Sep 10, Grace Hearings - Secretarial assistance for Court Preparation | 20.00 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 90 COPIES | 9.00 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 140 COPIES | 14.00 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 48 COPIES | 4.80 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 3187 COPIES | 318.70 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 616 COPIES | 61.60 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 4064 COPIES | 406.40 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .30 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 13 COPIES | 1.30 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 219 COPIES | 21.90 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 225 COPIES | 22.50 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 54 COPIES | 5.40 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 57 COPIES | 5.70 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  15
October 28, 2009

| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 195 COPIES | 19.50 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 50 COPIES | 5.00 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 53 COPIES | 5.30 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 36 COPIES | 3.60 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 96 COPIES | 9.60 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 132 COPIES | 13.20 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 267 COPIES | 26.70 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 464 COPIES | 46.40 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 22 COPIES | 2.20 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 226 COPIES | 22.60 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 181 COPIES | 18.10 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 334 COPIES | 33.40 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 114 COPIES | 11.40 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 480 COPIES | 48.00 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 256 COPIES | 25.60 |

| | | |
|---|---|---|
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 09/11/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, Sep 11,<br>W.R. Grace Hearings - secretarial support - Kathy<br>Williams overtime parking | 20.00 |
| 09/11/09 | Mileage Expense Mileage - 2009 - VENDOR:<br>Kathleen A. Williams, W.R. Grace Hearings -<br>secretarial support - Kathy Williams overtime<br>mileage - - (80 miles round trip) | 44.00 |
| 09/11/09 | Mileage Expense Mileage - 2009 - VENDOR: Teresa<br>A. Martin, Sep 1 Assisting K&E with secretarial<br>needs for hearing - - (60 miles round trip) | 33.00 |
| 09/11/09 | Secretarial Overtime-W.R. Grace - assist K&E with<br>Hearing | 112.50 |
| 09/11/09 | Secretarial Overtime-W.R. Grace - assist K&E with<br>Hearing | 112.50 |
| 09/11/09 | Secretarial Overtime—W.R. Grace - assist K&E<br>with Hearing | 127.50 |
| 09/11/09 | Secretarial Overtime - Assist K&E with Grace<br>hearing. | 75.00 |
| 09/11/09 | Secretarial Overtime-W.R. Grace Litigation -<br>secretarial support for hearings | 105.00 |
| 09/11/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | 2.41 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1739 COPIES | 173.90 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1609 COPIES | 160.90 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 388 COPIES | 38.80 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1102 COPIES | 110.20 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
October 28, 2009

Invoice Number  1920613
Page  17

| | | |
|---|---|---:|
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 98 COPIES | 9.80 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 125 COPIES | 12.50 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 72 COPIES | 7.20 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 110 COPIES | 11.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 155 COPIES | 15.50 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 248 COPIES | 24.80 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 236 COPIES | 23.60 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 344 COPIES | 34.40 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 45 COPIES | 4.50 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 30 COPIES | 3.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 357 COPIES | 35.70 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1351 COPIES | 135.10 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1100 COPIES | 110.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 465 COPIES | 46.50 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  18
October 28, 2009

| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 240 COPIES | 24.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 38 COPIES | 3.80 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/13/09 | Mileage Expense Mileage - 2009 - VENDOR: Teresa<br>A. Martin, Sep 1 Assisting K&E with secretarial<br>needs for hearing - - (60 miles round trip) | 33.00 |
| 09/13/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Teresa A. Martin, Sep 13, 2009<br>Assisting K&E with secretarial needs for<br>hearing. | 6.00 |
| 09/13/09 | Secretarial Overtime-Grace - Court Prep Assist | 315.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 850 COPIES | 85.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 800 COPIES | 80.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 184 COPIES | 18.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 856 COPIES | 85.60 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1372 COPIES | 137.20 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 198 COPIES | 19.80 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 360 COPIES | 36.00 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page   19
October 28, 2009

| | | |
|---|---|---:|
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 380 COPIES | 38.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 444 COPIES | 44.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 654 COPIES | 65.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 406 COPIES | 40.60 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 350 COPIES | 35.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 272 COPIES | 27.20 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 580 COPIES | 58.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 654 COPIES | 65.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 444 COPIES | 44.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 154 COPIES | 15.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 77 COPIES | 7.70 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 7 COPIES | .70 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 0481; 93 COPIES | 9.30 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 100 COPIES | 10.00 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
October 28, 2009

Invoice Number  1920613
Page   20

| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 18 COPIES | 1.80 |
|---|---|---|
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 293 COPIES | 29.30 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 207 COPIES | 20.70 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 289 COPIES | 28.90 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 522 COPIES | 52.20 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 628 COPIES | 62.80 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 1731 COPIES | 173.10 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 1402 COPIES | 140.20 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 206 COPIES | 20.60 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 15 COPIES | 1.50 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 197 COPIES | 19.70 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 145 COPIES | 14.50 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 1615 COPIES | 161.50 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 746 COPIES | 74.60 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 470 COPIES | 47.00 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 360 COPIES | 36.00 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 289 COPIES | 28.90 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  21
October 28, 2009


| | | |
|---|---|---:|
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 220 COPIES | 22.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 613 COPIES | 61.30 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 201 COPIES | 20.10 |
| 09/14/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | 1.32 |
| 09/14/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Debbie E. Steinmeyer, Sep 14,<br>Grace Hearings - Secretarial assistance for<br>Court Preparation Parking. | 20.00 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 314 COPIES | 31.40 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1999 COPIES | 199.90 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 180 COPIES | 18.00 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 180 COPIES | 18.00 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1737 COPIES | 173.70 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 848 COPIES | 84.80 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1242 COPIES | 124.20 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |

172573 W. R. Grace & Co.                        Invoice Number  1920613
60026  Litigation and Litigation Consulting     Page  22
October 28, 2009

| | | |
|---|---|---:|
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 670 COPIES | 67.00 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 2 COPIES | .20 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 2054 COPIES | 205.40 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1800 COPIES | 180.00 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 38 COPIES | 3.80 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 71 COPIES | 7.10 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 55 COPIES | 5.50 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 160 COPIES | 16.00 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 734 COPIES | 73.40 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 350 COPIES | 35.00 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 595 COPIES | 59.50 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 435 COPIES | 43.50 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 39 COPIES | 3.90 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 405 COPIES | 40.50 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 137 COPIES | 13.70 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 188 COPIES | 18.80 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 208 COPIES | 20.80 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  23
October 28, 2009

| | | |
|---|---|---:|
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 85 COPIES | 8.50 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 835 COPIES | 83.50 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 657 COPIES | 65.70 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 745 COPIES | 74.50 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 657 COPIES | 65.70 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 76 COPIES | 7.60 |
| 09/15/09 | Mileage Expense Mileage - 2009 - VENDOR: Teresa<br>A. Martin, Sep 1 Assisting K&E with hearing - -<br>(60 miles round trip) | 33.00 |
| 09/15/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Teresa A. Martin, Sep 15, 2009<br>Assisting K&E with hearings<br>Parking in garage of our bldg. | 20.00 |
| 09/15/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Debbie E. Steinmeyer, Sep 15,<br>Grace Hearings - Secretarial assistance for<br>Court Preparation | 20.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 665 COPIES | 66.50 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 623 COPIES | 62.30 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 536 COPIES | 53.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 77 COPIES | 7.70 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 535 COPIES | 53.50 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 645 COPIES | 64.50 |

```
172573 W. R. Grace & Co.                      Invoice Number  1920613
60026  Litigation and Litigation Consulting   Page   24
October 28, 2009
```

| | | |
|---|---|---|
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 276 COPIES | 27.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 305 COPIES | 30.50 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 184 COPIES | 18.40 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 228 COPIES | 22.80 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 34 COPIES | 3.40 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 97 COPIES | 9.70 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 425 COPIES | 42.50 |
| 09/16/09 | Mileage Expense Mileage - 2009 - VENDOR:<br>Kathleen A. Williams, W.R. Grace Litigation<br>Hearings - overtime mileage - - (80 miles<br>round trip) | 44.00 |
| 09/16/09 | Mileage Expense Mileage - 2009 - VENDOR:<br>Teresa A. Martin, Sep 1 Assisting K&E with hearings<br>- (60 miles round trip) | 33.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 264 COPIES | 26.40 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 30 COPIES | 3.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 880 COPIES | 88.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2456 COPIES | 245.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1728 COPIES | 172.80 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2040 COPIES | 204.00 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  25
October 28, 2009

| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 1018 COPIES | 101.80 |
|---|---|---|
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 821 COPIES | 82.10 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 1480 COPIES | 148.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 1584 COPIES | 158.40 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 1632 COPIES | 163.20 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 1144 COPIES | 114.40 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 432 COPIES | 43.20 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 230 COPIES | 23.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 784 COPIES | 78.40 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 904 COPIES | 90.40 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 1308 COPIES | 130.80 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 492 COPIES | 49.20 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 472 COPIES | 47.20 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 2608 COPIES | 260.80 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 96 COPIES | 9.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 8 COPIES | .80 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 280 COPIES | 28.00 |

172573  W. R. Grace & Co.                           Invoice Number  1920613
60026  Litigation and Litigation Consulting         Page  26
October 28, 2009

| | | |
|---|---|---:|
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 252 COPIES | 25.20 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 196 COPIES | 19.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 680 COPIES | 68.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 488 COPIES | 48.80 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 26 COPIES | 2.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 16 COPIES | 1.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 412 COPIES | 41.20 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 176 COPIES | 17.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 444 COPIES | 44.40 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1308 COPIES | 130.80 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 120 COPIES | 12.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 360 COPIES | 36.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 48 COPIES | 4.80 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 600 COPIES | 60.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 576 COPIES | 57.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 760 COPIES | 76.00 |

172573 W. R. Grace & Co.                    Invoice Number  1920613
60026  Litigation and Litigation Consulting  Page  27
October 28, 2009

| | | |
|---|---|---|
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 60 COPIES | 6.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 170 COPIES | 17.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 425 COPIES | 42.50 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 34 COPIES | 3.40 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 97 COPIES | 9.70 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 425 COPIES | 42.50 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 665 COPIES | 66.50 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 623 COPIES | 62.30 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 536 COPIES | 53.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 77 COPIES | 7.70 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 535 COPIES | 53.50 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 645 COPIES | 64.50 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 276 COPIES | 27.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 305 COPIES | 30.50 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
October 28, 2009

Invoice Number  1920613
Page   28

| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 184 COPIES | 18.40 |
|---|---|---|
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 33 COPIES | 3.30 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 228 COPIES | 22.80 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 336 COPIES | 33.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 336 COPIES | 33.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 236 COPIES | 23.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 84 COPIES | 8.40 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 70 COPIES | 7.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 732 COPIES | 73.20 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 276 COPIES | 27.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 266 COPIES | 26.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 1595 COPIES | 159.50 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 552 COPIES | 55.20 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 1535 COPIES | 153.50 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 30 COPIES | 3.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 1292 COPIES | 129.20 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 144 COPIES | 14.40 |

172573  W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting        Page  29
October 28, 2009


| | | |
|---|---|---|
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 263 COPIES | 26.30 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 63 COPIES | 6.30 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 63 COPIES | 6.30 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 16 COPIES | 1.60 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 441 COPIES | 44.10 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 300 COPIES | 30.00 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6120 COPIES | 612.00 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1745 COPIES | 174.50 |
| 09/18/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1635 COPIES | 163.50 |
| 09/18/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1565 COPIES | 156.50 |
| 09/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 09/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 09/21/09 | Courier Service - Outside -- VENDOR: PARCELS,<br>INC.: Delivery | 5.00 |
| 09/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1716 COPIES | 171.60 |
| 09/21/09 | Telephone Expense<br>12129093254/NEW YORK, NY/4 | .20 |
| 09/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  30
October 28, 2009

| | | |
|---|---|---:|
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1597 COPIES | 159.70 |
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 771 COPIES | 77.10 |
| 09/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 09/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 09/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1790 COPIES | 179.00 |
| 09/28/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 5 COPIES | .50 |
| 09/28/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 12 COPIES | 1.20 |
| 09/30/09 | Meal Expense - - VENDOR: PARKHURST DINING<br>SERVICES - - Meals for 35 people (5 legal<br>assistants, 1 IT technician, 2 client reps., 4<br>paralegals, 4 graphic technicians, 4 witnesses<br>and 15 attorneys) during preparation for and<br>conduct of confirmation hearings, Sept 5 - 17,<br>2009 in Pittsburgh (8 breakfasts, 14 lunches,<br>13 dinners for 35 people each). | 9245.66 |
| 09/30/09 | Meal Expense - - VENDOR: PARKHURST DINING<br>SERVICES - - charges for refreshments for 35<br>people during preparation for and conduct of<br>confirmation hearings, Sept 5 - 17, 2009 in<br>Pittsburgh. | 422.49 |
| 09/30/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1537 COPIES | 153.70 |
| 09/30/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 120 COPIES | 12.00 |
| 09/30/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 6 COPIES | .60 |

                              CURRENT EXPENSES              34,769.00
                                                         ------------
                              TOTAL BALANCE DUE UPON RECEIPT  $34,769.00
                                                         ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number    1920614
One Town Center Road                  Invoice Date      10/28/09
Boca Raton, FL    33486               Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                        614.32

                        TOTAL BALANCE DUE UPON RECEIPT       $614.32
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1920614 |
| Invoice Date | 10/28/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

========================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 1.25 |
| Duplicating/Printing/Scanning | 24.60 |
| Outside Duplicating | 84.07 |
| Legal Services (not yet paid) | 30.00 |
| Court Reporter Expense | 474.40 |

CURRENT EXPENSES                                  614.32
                                            -------------

TOTAL BALANCE DUE UPON RECEIPT                  $614.32
                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      1920614
One Town Center Road                     Invoice Date      10/28/09
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     07/09/09   Legal Services (not yet paid) Court - Other -        30.00
                VENDOR: James J. Restivo Jr.

     08/03/09   Outside Duplicating                                  84.07
                B&W Copies D - Heavy Litigation/

     09/01/09   Duplicating/Printing/Scanning                          .60
                ATTY # 000559: 6 COPIES

     09/02/09   Telephone Expense                                      .50
                18437276513/CHARLESTON, SC/9

     09/02/09   Telephone Expense                                      .50
                18437276513/CHARLESTON, SC/9

     09/02/09   Duplicating/Printing/Scanning                          .40
                ATTY # 000559: 4 COPIES

     09/03/09   Telephone Expense                                      .15
                12124787465/NEW YORK, NY/3

     09/03/09   Duplicating/Printing/Scanning                          .30
                ATTY # 000559: 3 COPIES

     09/03/09   Duplicating/Printing/Scanning                          .60
                ATTY # 000559: 6 COPIES

     09/03/09   Duplicating/Printing/Scanning                          .60
                ATTY # 000559: 6 COPIES

     09/03/09   Duplicating/Printing/Scanning                          .30
                ATTY # 000559: 3 COPIES

172573 W. R. Grace & Co.                           Invoice Number  1920614
60033  Claim Analysis Objection Resolution         Page    2
       & Estimation (Asbestos)
October 28, 2009


| Date | Description | Amount |
|---|---|---|
| 09/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 09/04/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 09/04/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 09/11/09 | Court Reporter Expense -- VENDOR: ESQUIRE<br>DEPOSITION SERVICES: Deposition Transcript of<br>Denise Martin | 474.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 2 COPIES | .20 |
| 09/15/09 | Telephone Expense<br>13027786442/WILMINGTON, DE/2 | .10 |
| 09/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |

172573 W. R. Grace & Co.                        Invoice Number  1920614
60033  Claim Analysis Objection Resolution      Page    3
       & Estimation (Asbestos)
October 28, 2009


    09/22/09    Duplicating/Printing/Scanning              1.30
                ATTY # 000559: 13 COPIES

    09/23/09    Duplicating/Printing/Scanning              1.30
                ATTY # 000559: 13 COPIES

    09/23/09    Duplicating/Printing/Scanning               .10
                ATTY # 000559: 1 COPY

    09/23/09    Duplicating/Printing/Scanning              1.20
                ATTY # 000559: 12 COPIES

    09/23/09    Duplicating/Printing/Scanning              1.20
                ATTY # 000559: 12 COPIES

    09/23/09    Duplicating/Printing/Scanning              1.20
                ATTY # 000559: 12 COPIES

    09/23/09    Duplicating/Printing/Scanning              1.30
                ATTY # 000559: 13 COPIES

    09/29/09    Duplicating/Printing/Scanning               .90
                ATTY # 0559; 9 COPIES

    09/29/09    Duplicating/Printing/Scanning              1.20
                ATTY # 0559; 12 COPIES

                            CURRENT EXPENSES              614.32
                                                     ------------
                  TOTAL BALANCE DUE UPON RECEIPT        $614.32
                                                     =============