# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# SEPTEMBER 1-30, 2009



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

www.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

October 15, 2009
Client No. 17367
Invoice No. 1215278

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through September 30, 2009 in connection with the matters described on the attached pages: | $ | 550,960.75 |
| DISBURSEMENTS as per attached pages: | | 27,126.07 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **578,086.82** |

Matter(s): 17367/10, 11, 12, 13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,590,272.66
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1215278*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS TRANSFERS:**
***Wire Transfers Only:***
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1215278*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS TRANSFERS:**
***ACH Transfers Only:***
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1215278*
*E.I.N. 94-2952627*



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

October 15, 2009
Client No. 17367
Invoice No. 1215278

Orrick Contact: Roger Frankel

For Legal Services Rendered Through September 30, 2009 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 09/01/09 | P. Mahaley | Conduct settlement negotiations with insurer representatives (.4); analyze and revise draft insurance settlement agreements (3.9); analyze response to insurer settlement position (2.1); review and revise draft Plan changes re insurance issues (1.8). | 8.20 |
| 09/01/09 | R. Wyron | Review open issues on revised draft potential settlement agreement (.4); review analysis of settlements in process (.3). | 0.70 |
| 09/02/09 | P. Mahaley | Confer with Plan Proponents' representatives re settlement strategy with insurer (1.0); confer with Plan Proponents' representatives re proposed Plan changes re insurance issues (4.0); draft Plan changes (3.6); confer with insurer counsel re settlement and attend to follow-up items (2.0). | 10.60 |
| 09/02/09 | R. Wyron | Call with ACC on potential insurance settlement and follow-up (.8); review potential new settlement and issues (.6). | 1.40 |
| 09/02/09 | R. Frankel | Review memos in preparation for conference call (.4); conference call with R. Horkovich, N. Finch, P. Lockwood, P. Mahaley, R. Wyron re insurer issues (.5). | 0.90 |
| 09/03/09 | D. Felder | E-mail correspondence with P. Mahaley regarding insurance issues. | 0.20 |
| 09/03/09 | P. Mahaley | Draft Plan changes and related documentation (4.9); draft insurance settlement agreements (5.5). | 10.40 |
| 09/04/09 | D. Felder | Telephone conference with P. Mahaley regarding settlement agreement (.2); review settlement agreements and begin preparing same (5.0). | 5.20 |
| 09/04/09 | P. Mahaley | Draft insurance settlement agreements (3.2); draft revisions to Plan documents (2.3); analyze value of settlement with insurer and develop strategy for negotiations (3.9). | 9.40 |
| 09/05/09 | P. Mahaley | Draft insurance settlement agreements. | 5.30 |
| 09/07/09 | P. Mahaley | Communicate with insurer counsel re settlement | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

October 15, 2009
Invoice No. 1215278

| | | | |
|---|---|---|---|
| 09/08/09 | P. Mahaley | Attend Phase II trial (7.4); conduct settlement negotiations with insurers (1.1); confer with Plan Proponents re insurance strategy (1.6). | 10.10 |
| 09/09/09 | P. Mahaley | Attend Phase II trial (4.5); conduct insurance settlement negotiations (2.0); prepare D. Austern for testimony re insurance issues (1.0); review and revise insurance settlement documents (2.5). | 10.00 |
| 09/10/09 | P. Mahaley | Prepare for trial witness testimony re insurance issues (7.5); conduct settlement negotiations with insurers (2.3). | 9.80 |
| 09/11/09 | P. Mahaley | Attend Phase II trial (3.8); negotiate changes to Plan documents (2.1); negotiate settlement agreements with insurers (2.9). | 8.80 |
| 09/12/09 | P. Mahaley | Communicate re insurance settlement negotiations and draft summary of status of same. | 3.40 |
| 09/13/09 | P. Mahaley | Analyze proposed changes to insurance settlement documents and communicate with Plan Proponents re same (.9); analyze proposed stipulation with objector re insurance rights and communicate with R. Wyron and J. Guy re same (.4). | 1.30 |
| 09/14/09 | P. Mahaley | Confer with R. Frankel and R. Wyron re insurance settlement strategy (1.5); attend Phase II confirmation hearing (5.8); draft insurance settlement documents (1.4); negotiate Plan document changes (1.3). | 10.00 |
| 09/15/09 | P. Mahaley | Attend Phase II confirmation hearing (7.0); conduct negotiations with insurers and objectors re settlement of insurance issues (4.3). | 11.30 |
| 09/16/09 | P. Mahaley | Negotiate insurance settlement agreements (3.1); draft insurance settlement documents (2.2); attend Phase II confirmation hearing (3.6); negotiate changes to Plan documents with insurers and other objectors (1.1). | 10.00 |
| 09/17/09 | P. Mahaley | Draft insurance settlement documents (2.3); conduct settlement negotiations with insurer representatives (1.4); attend Phase II confirmation trial (1.3). | 5.00 |
| 09/18/09 | P. Mahaley | Conduct settlement negotiations with insurers (.8); analyze and draft summary of status of settlement negotiations with insurers (2.0); attend OHS team meeting re insurance settlement strategy (1.0); work with Debtors' counsel to prepare designation of record on appeal re objectors' appeal of insurance settlement approval order (.6); draft insurance settlement documents (.6). | 5.00 |
| 09/21/09 | P. Mahaley | Follow up on open items re insurance settlement negotiations (3.4); confer with R. Wyron re insurance settlement strategy (1.1); analyze settlement position re primary insurers re protection against other objectors' claims | 7.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

October 15, 2009
Invoice No. 1215278

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/22/09 | P. Mahaley | Analyze and outline settlement strategy with remaining insurers (7.3); confer with R. Frankel, R. Wyron and J. Guy re insurance settlement strategy (1.4). | 8.70 |
| 09/22/09 | J. Guy | Meet with R. Frankel, R. Wyron and P. Mahaley regarding potential insurance settlements. | 0.50 |
| 09/22/09 | R. Wyron | Review current status memo and follow-up (.4); e-mails to and from R. Horkovich on status of pending settlements and follow-up (.4). | 0.80 |
| 09/23/09 | P. Mahaley | Draft insurance settlement documents (4.6); analyze and comment on insurer settlement proposal (3.0); analyze and revise draft settlement with objectors re insurance issues (2.1). | 9.70 |
| 09/23/09 | J. Guy | Attention to various insurance settlement issues. | 0.40 |
| 09/24/09 | P. Mahaley | Draft insurance settlements and related documents (3.3); confer with R. Wyron re insurance settlement strategy (1.1); confer with counsel for Plan Proponents re terms of proposed insurance settlement (1.4). | 5.80 |
| 09/25/09 | D. Felder | Review various insurance settlements regarding buyback issues and prepare language for P. Mahaley regarding same. | 2.00 |
| 09/25/09 | P. Mahaley | Draft insurance settlement documents (7.7); confer with insurance company counsel re settlement deal points (.4). | 8.10 |
| 09/28/09 | P. Mahaley | Draft insurance settlement documents (5.6); confer with R. Horkovich re insurance settlement strategy (.3); analyze umbrella insurance coverage re exclusions (1.2); follow up on open items re insurance settlement negotiations and draft documents summarizing status (2.2). | 9.30 |
| 09/29/09 | P. Mahaley | Attend OHS team meeting re insurance settlement strategy (1.1); draft insurance settlement documents (6.7). | 7.80 |
| 09/29/09 | R. Wyron | Review draft settlement agreement (.7); follow-up with P. Mahaley on comments and e-mails re same (.4); review settlement status report (.3). | 1.40 |
| 09/30/09 | P. Mahaley | Confer with counsel for Plan Proponents re proposed Plan document changes (1.4); confer with counsel for Debtor and PD FCR re insurance settlement issues (.8); draft insurance settlement document (6.4). | 8.60 |
| 09/30/09 | J. Guy | Attention to settlement issues. | 0.80 |
| 09/30/09 | R. Wyron | Review draft insurance settlement approval motion and order, and provide comments. | 0.40 |

Total Hours         209.50
Total For Services                          $128,184.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

October 15, 2009
Invoice No. 1215278

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 7.40 | 590.00 | 4,366.00 |
| Roger Frankel | 0.90 | 945.00 | 850.50 |
| Jonathan P. Guy | 1.70 | 755.00 | 1,283.50 |
| Peri N. Mahaley | 194.80 | 605.00 | 117,854.00 |
| Richard H. Wyron | 4.70 | 815.00 | 3,830.50 |
| Total All Timekeepers | 209.50 | $611.86 | $128,184.50 |

Disbursements
| | | |
|---|---|---|
| Color Document Reproduction | 316.20 | |
| Document Reproduction | 48.80 | |
| Express Delivery | 47.58 | |
| Local Taxi Expense | 181.00 | |
| Other Business Meals | 103.12 | |
| Out of Town Business Meals | 48.71 | |
| Telephone | 4.59 | |
| Travel Expense, Air Fare | 505.20 | |
| Travel Expense, Out of Town | 1,226.64 | |
| Total  Disbursements | | $2,481.84 |

**Total For This Matter**           $130,666.34



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

October 15, 2009
Invoice No. 1215278

For Legal Services Rendered Through September 30, 2009 in Connection With:

**Matter:  8 - Litigation**

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/01/09 | S. Cruzado | Review court documents and update network drive re same (7.0); conference re same (.5). | 8.00 |
| 09/01/09 | D. Fullem | Review e-mails from R. Wyron and P. Mahaley regarding deadline to object to London Market and Allstate motions to approve agreements; review docket; confirm no objections to same. | 0.30 |
| 09/01/09 | J. Burke | Participate in conference call regarding Fireman's Fund's motion to lift stay. | 0.90 |
| 09/01/09 | J. Cutler | Participate in team meeting. | 1.00 |
| 09/01/09 | K. Orr | Various e-mails to/from internal team, counsel for Plan Proponents and counsel for objecting parties regarding trial preparation, depositions, and potential resolutions of objections (1.5); review and analyze various docket entries (.5); attention to preparation and organization of materials for trial and phone and office conferences with S. Cruzado regarding same (2.0); prepare agenda and materials for internal meeting (.3); research issues relating to Edwards judgment and phone conference with R. Wyron regarding same (.4); office conference with internal team regarding trial preparation, insurance settlements, depositions, and trial testimony (1.2). | 5.90 |
| 09/01/09 | J. Guy | Meet with Grace team regarding trial (separate occasions). | 1.00 |
| 09/01/09 | J. Guy | Prepare for and attend hearing on motion to preclude P. Zilly. | 1.20 |
| 09/01/09 | J. Guy | Prepare for direct examination of D. Austern. | 1.00 |
| 09/01/09 | J. Guy | Prepare for cross-examination of various witnesses. | 1.00 |
| 09/01/09 | J. Guy | Work on various evidentiary stipulations. | 1.00 |
| 09/01/09 | J. Guy | Prepare for trial generally. | 1.50 |
| 09/01/09 | J. Guy | Telephone call with Plan Proponents regarding order of proof and related issues/follow-up. | 0.50 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

October 15, 2009
Invoice No. 1215278

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/01/09 | R. Wyron | Review settlement proposal and draft revisions (.4); review settlement numbers and prepare analysis (.8); call with J. Kimble regarding potential settlement and e-mails re same (.6); participate in call on bankruptcy issues for confirmation hearing and follow-up (1.1); review pending insurance settlement issues and follow-up (.4); participate in telephonic hearing on motions in limine and follow-up (.6); review insurer issues in preparation for call with Debtors and ACC (.6); confer with J. Guy re strategy and e-mails re same (.3); continue work on D. Austern trial outline (.8); meet with litigation team and follow-up (.9). | 6.50 |
| 09/01/09 | R. Frankel | Attend deposition of T. Weschler. | 2.20 |
| 09/01/09 | R. Frankel | Review memo from Kirkland. | 0.70 |
| 09/01/09 | R. Frankel | Attend telephonic hearing re Libby motion to exclude P. Zilly testimony (1.1); notes re same (.2). | 1.30 |
| 09/01/09 | R. Frankel | Confer with Grace team in preparation for Grace confirmation hearing. | 1.10 |
| 09/01/09 | R. Frankel | Review draft response to Libby supplemental brief re best interest test. | 0.60 |
| 09/01/09 | R. Frankel | Review revised order of proof filed with Court. | 0.60 |
| 09/01/09 | R. Frankel | Review series of e-mails re confirmation issues, Edwards judgment (.3); telephone conference with R. Wyron re same (.4). | 0.70 |
| 09/02/09 | A. Thorp | Copy specific PDF files regarding confirmation to portable USB devices for S. Cruzado. | 0.60 |
| 09/02/09 | S. Cruzado | Review court documents and update network drive re same (3.0); conference re same (.5); prepare witness binders (5.5). | 9.00 |
| 09/02/09 | D. Fullem | Review e-mail from K. Orr regarding Omni and follow-up information. | 0.10 |
| 09/02/09 | D. Fullem | Review e-mail from P. Mahaley re Omni. | 0.10 |
| 09/02/09 | J. Burke | Review and prepare binder of memoranda for R. Frankel for use at Phase II trial. | 2.20 |
| 09/02/09 | J. Burke | Participate via teleconference in depositions of A. Whitehouse and C. Moolgard. | 3.90 |
| 09/02/09 | J. Cutler | Revise D. Austern witness preparation materials. | 2.60 |
| 09/02/09 | K. Orr | Various e-mails to/from internal team, counsel for Plan Proponents, and counsel for objecting parties regarding trial preparation, depositions and transcripts of same, and various draft motions (1.4); review and edit various draft motions and responses (1.2); attention to preparation and organization of trial materials (.8); review and analyze docket entries (.3). | 3.70 |
| 09/02/09 | J. Guy | Prepare for trial. | 4.00 |
| 09/02/09 | J. Guy | Negotiate various stipulations and attention to same. | 3.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

October 15, 2009
Invoice No. 1215278

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/02/09 | R. Wyron | Call with Debtors on plan changes to resolve objections and follow-up (1.7); call with ACC on insurance neutrality proposal and follow-up (2.1); review insurer stipulation and provide comments (.8); organize trial materials (.7); work on settling objection, including revisions to language (1.4). | 6.70 |
| 09/02/09 | R. Frankel | Review series of e-mails re discovery, exhibit objections. | 0.40 |
| 09/02/09 | R. Frankel | Attend deposition of L. Kruger by telephone. | 1.70 |
| 09/02/09 | R. Frankel | Review agenda for confirmation hearing (.5); review draft chart of all objections and responses (1.2). | 1.70 |
| 09/02/09 | R. Frankel | Review various proposed changes to TDP re objection (.4); confer with R. Wyron re TDP issues (.4). | 0.80 |
| 09/02/09 | R. Frankel | Review Fresenius proposed plan change (.3); confer with R. Wyron re updated confirmation calls (.4). | 0.70 |
| 09/03/09 | S. Cruzado | Review court documents and update network drive re same (3.0); conference re same (.5); create and organize witness binders (5.5). | 9.00 |
| 09/03/09 | D. Fullem | Review e-mail from R. Wyron (.1); confer with R. Wyron (.1); review Grace docket (.3); download ballot tally and related filings (.2); e-mail to R. Wyron re same (.2). | 0.90 |
| 09/03/09 | J. Burke | Review and prepare binder of memoranda for R. Frankel for use at Phase II confirmation hearing. | 0.20 |
| 09/03/09 | J. Burke | Assist client with preparation for trial testimony. | 0.90 |
| 09/03/09 | J. Cutler | Finish modifications to trial preparations materials relating to D. Austern examination. | 4.40 |
| 09/03/09 | J. Cutler | Continue to revise D. Austern trial preparation materials. | 3.20 |
| 09/03/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding trial preparation, various draft motions and responses, and potential resolutions with objecting parties (1.5); review and analyze docket entries (.5); attention to preparation and organization of trial materials, including various e-mails to and phone conferences with S. Cruzado (2.0); review and edit draft responses (.5). | 4.50 |
| 09/03/09 | J. Guy | Prepare for trial. | 7.00 |
| 09/03/09 | R. Wyron | Review and revise D. Austern testimony outline (1.6); work on plan revisions to resolve objections and finalize (2.1); numerous e-mails and calls with Debtors and ACC counsel on plan changes (1.2); work on insurer stipulation and follow-up (.7); work on settlement issues (.6); review various exhibit stipulations (.9); review and revise explanations of plan changes (.8); review FFIC stipulation and issues (.9); review best interests pleadings and organize notes (1.1). | 9.90 |
| 09/03/09 | R. Frankel | Review plan and plan document amendments: plan, TDP, order re PD procedures, insurance transfer agreement. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

October 15, 2009
Invoice No. 1215278

| 09/03/09 | R. Frankel | Review J. Kimble memo re interest calculations (.3); notes re same (.1). | 0.40 |
|---|---|---|---|
| 09/03/09 | R. Frankel | Review Libby pleadings re motion to compel to CNA, et al. | 0.70 |
| 09/03/09 | R. Frankel | Review series of e-mails re new filings before confirmation. | 0.30 |
| 09/04/09 | A. Thorp | Copy specific PDF files relating to confirmation to portable USB devices for S. Cruzado. | 0.50 |
| 09/04/09 | S. Cruzado | Review court documents and update network drive re same (3.0); conference re same (.5); create and organize witness binders (5.0). | 8.50 |
| 09/04/09 | D. Fullem | Review e-mail from R. Wyron; review docket; download proof of claim and Grace's objection thereto; e-mail to R. Wyron regarding results of findings. | 0.80 |
| 09/04/09 | D. Fullem | Review docket updates; circulate to group. | 0.30 |
| 09/04/09 | J. Burke | Review and prepare binder of memoranda for R. Frankel for use at Phase II confirmation hearing. | 0.90 |
| 09/04/09 | J. Guy | Attention to various stipulation/settlements/plan mediations. | 3.50 |
| 09/04/09 | J. Guy | Prepare for trial. | 3.50 |
| 09/04/09 | R. Wyron | Review trial outline and organize notes on FCR issues (1.2); respond to e-mails on exhibits (.3); review pleadings filed on exhibits and trial issues (1.0). | 2.50 |
| 09/04/09 | R. Frankel | Review series of e-mails re latest developments, schedules re confirmation hearing. | 1.70 |
| 09/04/09 | R. Frankel | Telephone conference with R. Wyron re Libby, insurer issues (.3); confer with J. Guy re open issues, discovery, trial (.6). | 0.90 |
| 09/04/09 | R. Frankel | Review files in preparation for confirmation hearing. | 1.30 |
| 09/05/09 | R. Wyron | Review e-mails on trial preparation and respond (.8); organize trial binder (.6). | 1.40 |
| 09/05/09 | R. Frankel | Review Grace opposition to Anderson motion to compel (.5); review Plan Proponents' opposition to FFIC motion to shorten time re lift stay (.4); review objection of Geico, et al. to Phase II trial exhibits (.5). | 1.40 |
| 09/05/09 | R. Frankel | Review Martin declaration re tally (.2); proposed order re post-trial briefing (.3). | 0.50 |
| 09/07/09 | J. Guy | Prepare for trial. | 2.00 |
| 09/07/09 | R. Wyron | Organize trial materials (.8); work on D. Austern outline (.6); review final exhibit list (1.3); confer with OHS litigation team (.8). | 3.50 |
| 09/07/09 | R. Frankel | Review Plan Proponents' opposition to UCC request for judicial notice, request for judicial notice by Seaton. | 0.70 |
| 09/07/09 | R. Frankel | Review draft outline of D. Austern testimony. | 1.20 |
| 09/07/09 | R. Frankel | Review Plan Proponents' response to Libby supplemental brief re best interest test. | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

October 15, 2009
Invoice No. 1215278

| | | | |
|---|---|---|---|
| 09/07/09 | R. Frankel | Confer with R. Wyron, J. Guy, P. Mahaley in preparation for hearing. | 1.00 |
| 09/08/09 | D. Fullem | Review news reports on confirmation hearing. | 0.20 |
| 09/08/09 | J. Guy | Attend trial. | 9.00 |
| 09/08/09 | J. Guy | Prepare for trial and meet with Plan Proponents and other parties regarding trial strategy. | 2.00 |
| 09/08/09 | R. Wyron | Participate in first day of confirmation hearing on Libby issues (4.7); revise and update D. Austern testimony outline (1.3); review pending settlement issues on insurers, and confer with P. Mahaley re same (.9); organize documents for trial (1.4); confer with litigation team on strategy (.8); develop settlement approach for insurer indirect claims issues and outline issues re same (1.2). | 10.30 |
| 09/08/09 | R. Frankel | Confer with E. Inselbuch, P. Lockwood, R. Wyron, P. Mahaley re settlement issues (1.1); confer with R. Wyron, P. Mahaley, J. Guy re case issues (1.1). | 2.20 |
| 09/08/09 | R. Frankel | Review file in preparation for hearing. | 0.60 |
| 09/08/09 | R. Frankel | Attend Phase II confirmation hearing in Pittsburgh. | 9.80 |
| 09/09/09 | J. Burke | Participate in deposition of A. McComas via teleconference. | 0.40 |
| 09/09/09 | D. Felder | E-mail correspondence with P. Mahaley regarding order of proof and review docket regarding same. | 0.50 |
| 09/09/09 | J. Guy | Attend trial. | 9.00 |
| 09/09/09 | J. Guy | Prepare for trial and meet with FCR and Orrick team. | 1.50 |
| 09/09/09 | R. Wyron | Confer with P. Mahaley on pending settlements (.4); attend confirmation hearing on Libby issues (2.2); confer with D. Austern on trial preparation (.6); review and revise D. Austern testimony outline (1.3); attend afternoon session of Libby testimony on TDP issues (2.3); work on insurance neutrality language (.8); review plan changes and informal objections for resolving objections (1.3); work on order of proof for meeting with ACC and Debtors (1.4); confer with OHS litigation team on strategy (.8). | 11.10 |
| 09/09/09 | R. Frankel | Confer with D. Austern, R. Wyron, J. Guy, P. Mahaley re settlement issues, hearing. | 1.30 |
| 09/09/09 | R. Frankel | Attend confirmation hearing and various settlement meetings. | 9.80 |
| 09/10/09 | J. Guy | Attend trial. | 8.00 |
| 09/10/09 | J. Guy | Meet with Orrick team and Plan Proponents (separate occasions). | 0.70 |
| 09/10/09 | J. Guy | Meet with various Insurers for settlement discussions. | 2.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

October 15, 2009
Invoice No. 1215278

| | | | |
|---|---|---|---|
| 09/10/09 | R. Wyron | Confer with P. Mahaley on pending issues and e-mails re same (.4); meet with Debtors and ACC counsel on order of proof, witnesses and further testimony, and follow-up (5.4); work on insurer neutrality provisions for meeting with insurers (.6); confer with P. Lockwood on neutrality issues (.3); attend portion of hearing on Libby/insurance issues (1.1); confer with OHS team re strategy (.5); meet with insurance counsel on objections and potential resolution (2.0). | 10.30 |
| 09/10/09 | R. Frankel | Draft e-mail and consider settlement with claimants. | 0.70 |
| 09/10/09 | R. Frankel | Attend Phase II confirmation hearing in Pittsburgh. | 8.30 |
| 09/10/09 | R. Frankel | Confer with R. Wyron, J. Guy re confirmation trial issues. | 0.60 |
| 09/10/09 | R. Frankel | Confer with insurer lawyers re settlement, confirmation issues. | 1.70 |
| 09/11/09 | D. Fullem | Review latest news reports for status of Grace confirmation hearing. | 0.20 |
| 09/11/09 | J. Guy | Attend trial. | 9.00 |
| 09/11/09 | J. Guy | Meetings with various parties. | 1.00 |
| 09/11/09 | R. Wyron | Meet with D. Cohn (1.2); review issues for insurer meeting (.9); meet with insurers on neutrality provisions and follow-up (2.3); confer with P. Mahaley and P. Lockwood on strategy (.5); work on logistics for hearing preparation (.5); confer with R. Frankel on strategy and follow-up (1.2); confer with P. Mahaley on insurance settlements resolving objections and follow-up (.7); attend hearing on insurance issues (1.1); confer with M. Plevin on surety bond issues and follow-up (.6); confer with D. Parsons on Edwards issues and follow-up (.4); confer with insurer counsel (.6); follow-up on strategy issues with R. Frankel, J. Guy and P. Mahaley (.8). | 10.80 |
| 09/11/09 | R. Frankel | Attend Phase II confirmation hearing in Pittsburgh. | 8.40 |
| 09/11/09 | R. Frankel | Confer with R. Wyron, J. Guy during travel to DC. | 0.80 |
| 09/12/09 | D. Felder | E-mail correspondence to/from P. Mahaley regarding next steps and research issues regarding 9019 motions and Royal settlement appeal (.8); research regarding same (1.4). | 2.20 |
| 09/12/09 | R. Wyron | Review trial transcripts from days 1-4 for D. Austern preparation (2.6); review objection from Libby to plan changes, and respond to e-mails re same (.8); organize trial materials for second week (.9). | 4.30 |
| 09/12/09 | R. Frankel | Review files in preparation for hearing. | 0.80 |
| 09/13/09 | J. Guy | Prepare for trial. | 2.00 |
| 09/13/09 | R. Wyron | Review D. Austern testimony outline and update (.9); work on response to BNSF and e-mails re same (.7); confer with J. Guy and P. Mahaley re strategy (.6). | 2.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

October 15, 2009
Invoice No. 1215278

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/13/09 | R. Frankel | Review J. Posner testimony transcript, Libby objections to Plan changes. | 1.40 |
| 09/14/09 | D. Fullem | Forward Bloomberg news to R. Wyron of Grace confirmation hearings. | 0.20 |
| 09/14/09 | D. Felder | E-mail correspondence to/from R. Wyron regarding expert issues. | 0.10 |
| 09/14/09 | Z. Finley | Review correspondence relating to final version of Intercreditor Agreement; e-mail to R. Wyron regarding same; brief follow-up telephone conference with R. Wyron. | 0.50 |
| 09/14/09 | J. Guy | Attend trial and prepare D. Austern direct. | 9.50 |
| 09/14/09 | R. Wyron | Confer with R. Frankel and P. Mahaley on BNSF objections and strategy (.3); confer with T. Freedman on BNSF, M. Plevin on FFIC objections, and D. Cohn and E. Inselbuch on Libby objections before hearing (.8); review best interests issues for P. Zilly deposition (.9); attend P. Zilly deposition and follow up with E. Liebenstein (2.7); confer with R. Frankel and J. Guy on P. Zilly issues (.3); update D. Austern testimony outline (1.6); work on plan changes to resolve additional BNSF and Libby comments (.8); call with J. Solganick on NPV issues for insurance settlement, and review analysis (.3); attend hearing on Libby-related issues and follow up for discussions (1.4); confer with R. Frankel, J. Guy and P. Mahaley re strategy (.8); further revisions to D. Austern testimony outline (.5); confer with R. Horkovich on insurance settlements in process (.6). | 11.00 |
| 09/14/09 | R. Frankel | Confer with R. Wyron, P. Mahaley re open issues in preparation for hearing, meetings. | 1.10 |
| 09/14/09 | R. Frankel | Attend Phase II confirmation hearing in Pittsburgh. | 8.80 |
| 09/14/09 | R. Frankel | Confer with R. Wyron, J. Guy, P. Mahaley in preparation for D. Austern meetings, testimony. | 1.70 |
| 09/15/09 | J. Guy | Prepare for/attend trial and prepare D. Austern direct. | 8.00 |
| 09/15/09 | J. Guy | Attention to various filings and settlement discussion. | 2.00 |
| 09/15/09 | R. Wyron | Meet with D. Cohn and J. Heberling re Libby objections and follow up (1.1); further revise D. Austern testimony outline (.8); work on BNSF language (.4); review BNSF settlement points with counsel for BNSF, CNA, ACC and Debtors, and follow up (.9); revise Plan language for BNSF settlement, and e-mails with insurer counsel re same (1.3); attend confirmation hearing on insurance objections to prepare for D. Austern testimony (3.4); work on potential insurance settlements with various insurer counsel (1.3); review draft settlement with additional objectors and respond re same (.6); review testimony outline with D. Austern and team (1.2). | 11.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

October 15, 2009
Invoice No. 1215278

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/15/09 | R. Frankel | Review files, new demonstratives in preparation for hearing. | 0.80 |
| 09/15/09 | R. Frankel | Attend Phase II confirmation hearing in Pittsburgh. | 8.80 |
| 09/15/09 | R. Frankel | Confer with D. Austern and team in preparation for testimony and re hearing. | 2.40 |
| 09/16/09 | J. Guy | Meeting with Debtors and other parties regarding settlements and trial preparation. | 2.00 |
| 09/16/09 | J. Guy | Attend trial. | 7.00 |
| 09/16/09 | J. Guy | Prepare D. Austern for direct- and cross-examinations. | 1.00 |
| 09/16/09 | R. Wyron | Work on insurance settlements and follow up with insurer counsel (2.4); attend confirmation hearing on insurer objections (2.1); confer with D. Austern on potential cross-examination (.8); meet with D. Austern and J. Guy on testimony (.9); revise testimony outline (.4); strategy meeting on remaining hearing issues and testimony (.7); review draft settlement agreement with claimants (.4); review term sheet for insurance objector settlement (.6); meet with T. Freedman on hearing strategy and remaining testimony (.8); review and organize open issues and follow up (.8); review proposed stipulations and provide comments (.6); work on additional plan language changes (.7). | 11.20 |
| 09/16/09 | R. Frankel | Confer with D. Austern, T. Freedman, R. Wyron and J. Guy re D. Austern testimony. | 1.20 |
| 09/16/09 | R. Frankel | Attend Phase II confirmation hearing, settlement meetings in Pittsburgh. | 9.60 |
| 09/16/09 | R. Frankel | Confer with D. Austern, J. Guy, P. Mahaley and R. Wyron in preparation for D. Austern testimony. | 1.90 |
| 09/17/09 | D. Fullem | Review news reports on confirmation hearings. | 0.20 |
| 09/17/09 | D. Fullem | Review 8-K filing by Grace with financial projections through December 2009; forward same to R. Frankel and R. Wyron. | 0.40 |
| 09/17/09 | J. Guy | Attend trial re direct of D. Austern. | 4.00 |
| 09/17/09 | J. Guy | Meetings with Orrick team and interested parties. | 2.00 |
| 09/17/09 | J. Guy | Prepare for trial. | 1.50 |
| 09/17/09 | R. Wyron | Confer with D. Austern re testimony (.4); attend hearing for D. Austern testimony and follow-up (4.1); confer with ACC on best interests testimony (.4); confer with lenders' counsel re issues (.3); work on open items list and follow-up (.4). | 5.60 |
| 09/17/09 | R. Frankel | Review direct testimony outline of D. Austern in preparation for hearing. | 0.90 |
| 09/17/09 | R. Frankel | Attend Phase II confirmation hearing in Pittsburgh. | 4.70 |
| 09/17/09 | R. Frankel | Conference with D. Austern, J. Guy, P. Mahaley post-hearing. | 1.10 |
| 09/17/09 | R. Frankel | Various conferences with D. Austern, P. Lockwood, R. Wyron during travel to DC. | 1.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

October 15, 2009
Invoice No. 1215278

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/17/09 | R. Frankel | Review draft settlement agreement, draft notes re claimants' issues. | 0.90 |
| 09/18/09 | D. Fullem | Review and update main case docket entries; circulate to group. | 0.20 |
| 09/18/09 | D. Felder | Conference with litigation team regarding strategy and next steps (1.0); follow-up regarding same (1.2); e-mail correspondence with M. Hurford regarding same (.1); review draft agenda for September 29 omnibus hearing (.1); review draft order regarding post-trial dates (.1); review confirmation issues memorandum and conference with J. Burke regarding same (1.0). | 3.50 |
| 09/18/09 | J. Guy | Telephone conference with Grace team re pending matters. | 1.00 |
| 09/18/09 | R. Wyron | Continue review of hearing transcripts (.8); meet with team on trial follow up and next steps (.9); review Libby ballots issue (.3); work on issues list for multiparty settlement (.8); begin review of revised draft settlement agreement (.3); review trial exhibit list and objections (.5); review insurer / objector settlement status report and follow up (.4). | 4.00 |
| 09/18/09 | R. Frankel | Review 8-K filed by Grace. | 0.40 |
| 09/18/09 | R. Frankel | Telephone conference with D. Austern, Grace re confirmation hearings, status. | 0.60 |
| 09/18/09 | R. Frankel | Telephone conference with plaintiff's counsel re settlement, notes re same. | 0.30 |
| 09/18/09 | R. Frankel | Confer with internal Grace team re confirmation, settlement issues (.9); notes re same (.2). | 1.10 |
| 09/20/09 | D. Felder | Review and revise claimants settlement agreement. | 0.30 |
| 09/20/09 | R. Frankel | Review draft insurer term sheet. | 0.60 |
| 09/20/09 | R. Frankel | Review revised coverage charts from R. Horkovich (.7); review, consider notes of possible claimant settlement (.4). | 1.10 |
| 09/21/09 | D. Felder | Review and revise claimants settlement agreement. | 0.30 |
| 09/21/09 | K. Orr | Review various e-mails from internal team, counsel for Plan Proponents, and counsel for objecting parties regarding confirmation hearing, status of settlements and objection resolutions, depositions, and future dates (.7); review and analyze various docket entries (.8); attention to updating internal document repository (.2); office conference with J. Guy regarding confirmation hearing and case status (.4); office conference with P. Mahaley regarding omnibus hearing dates (.1). | 2.20 |
| 09/21/09 | J. Guy | Attention to pending settlements and remaining trial issues. | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

October 15, 2009
Invoice No. 1215278

| | | | |
|---|---|---|---|
| 09/21/09 | R. Wyron | Review pending items (.4); follow-up on September 29 docket re General (.4); confer with P. Mahaley on pending settlement issues and status and follow-up e-mails (.9); review insurer draft stipulation and follow-up on open items (.4); call with D. Cohn and follow-up (.2); review additional plan changes to resolve objections (.6); e-mails re FFIC lift stay and follow-up (.4); review draft claimants agreement and follow-up with D. Felder and D. Parson (.5); confer with P. Mahaley regarding products claims (.4). | 4.20 |
| 09/21/09 | R. Frankel | Review open issues from confirmation hearing, notes and files re same. | 1.20 |
| 09/21/09 | R. Frankel | Review memo re confirmation issues. | 1.30 |
| 09/22/09 | D. Fullem | Review and respond to e-mail from P. Mahaley regarding research and review of Grace docket. | 0.20 |
| 09/22/09 | D. Felder | Conference with R. Wyron regarding claimants settlement agreement (.1); review Plan and related documents regarding same (1.5); conference with R. Wyron regarding update and status (.2). | 1.80 |
| 09/22/09 | K. Orr | Review and analyze docket (.1); various e-mails to/from internal team and counsel for Plan Proponents regarding omnibus hearing (.2); update case calendar (.2); phone conference with D. Felder regarding claimants objection and review appellate record regarding same (.3). | 0.80 |
| 09/22/09 | M. Wallace | Review settlement agreement releases regarding RMQ litigation and discuss same with D. Felder. | 0.20 |
| 09/22/09 | J. Guy | Attention to and strategize regarding next steps in litigation/trial. | 1.50 |
| 09/22/09 | J. Guy | Meet with R. Frankel, R. Wyron and P. Mahaley regarding pending trial matters. | 0.50 |
| 09/22/09 | R. Wyron | Prepare for status meeting (.3); meet with litigation team on open issues and further trial strategy (.8); review FFIC lift stay motion and e-mails re same (.4); review and revise draft claimants agreement (.8); review and resolve issues on General motion re late proof of claim and CNO, and e-mails re same (.7); review hearing agenda for 9/29 omnibus (.3); confer with R. Frankel re strategy and follow-up (.3); review hearing transcript of E. Inselbech and D. Austern testimony (.9). | 4.50 |
| 09/22/09 | R. Frankel | Review objections chart re confirmation issues. | 0.50 |
| 09/22/09 | R. Frankel | Review status of claimants term sheet (.3); review E. Inselbuch version (.3). | 0.60 |
| 09/22/09 | R. Frankel | Review claimants issues with R. Wyron. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

October 15, 2009
Invoice No. 1215278

| 09/22/09 | R. Frankel | Confer with P. Mahaley, J. Guy, R. Wyron re various settlement issues, confirmation hearing (.9); notes re same (.2). | 1.10 |
|---|---|---|---|
| 09/23/09 | D. Felder | Review correspondence from R. Wyron and P. Mahaley regarding claimants settlement agreement (.2); review and revise same (.8). | 1.00 |
| 09/23/09 | D. Felder | Review docket and recently filed pleadings (1.5); review draft settlement agreement (.3). | 1.80 |
| 09/23/09 | K. Orr | Review and analyze docket entries regarding confirmation. | 0.20 |
| 09/23/09 | J. Guy | Attention to plan changes and exhibits, post-trial briefing. | 0.60 |
| 09/23/09 | R. Wyron | Review agreement with claimants and provide comments (.4); call with D. Cohn and follow-up (.5); call to M. Giannoto re neutrality and follow-up (.6); work on pending settlements (.9); confer with R. Frankel on strategy and follow-up (.6); organize notes for strategy conference (.7); work on response to insurer proposal (.8). | 4.50 |
| 09/23/09 | R. Frankel | Review insurer draft term sheet and revised draft claimants settlement agreement. | 1.30 |
| 09/23/09 | R. Frankel | Prepare memo re status of insurer negotiations. | 0.40 |
| 09/23/09 | R. Frankel | Confer with R. Wyron re various open issues. | 0.40 |
| 09/23/09 | R. Frankel | Review updated memo re status of insurance settlements. | 0.70 |
| 09/24/09 | D. Felder | Review and revise claimant settlement agreement and e-mail correspondence re same. | 0.80 |
| 09/24/09 | K. Orr | Review and analyze docket (.1); various e-mails to/from internal team and counsel for Plan Proponents regarding trial exhibits (.2). | 0.30 |
| 09/24/09 | J. Guy | Attention to exhibit admission issues. | 0.20 |
| 09/24/09 | J. Guy | Attention to pending settlements. | 0.30 |
| 09/24/09 | J. Guy | Analyze confirmation issues. | 0.60 |
| 09/24/09 | R. Wyron | Review insurer proposal (.4); confer with P. Mahaley re insurers, claimants and related issues and follow-up (1.3); call with Plan Proponents on potential settlements and plan issues and follow-up e-mail (1.1); confer with P. Lockwood on issues (.3); follow-up on open items with litigation team (.3); work on insurer term sheet and organize notes on open items (.6); work on claimant agreement and revise (.7). | 4.70 |
| 09/24/09 | R. Frankel | Review revised claimants settlement agreement and insurer Term Sheet. | 1.20 |
| 09/24/09 | R. Frankel | Review T. Freedman memo re briefing, notes re same. | 0.60 |
| 09/24/09 | R. Frankel | Review with R. Wyron status of pending settlements. | 0.40 |
| 09/24/09 | R. Frankel | Review proposed term sheet re settlement with insurer (.7); notes re same (.2). | 0.90 |
| 09/24/09 | R. Frankel | Confer with R. Wyron re insurer settlements, insurance neutrality. | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

October 15, 2009
Invoice No. 1215278

| 09/25/09 | D. Fullem | Research docket re insurance issues; e-mail to P. Mahaley, R. Wyron and D. Felder regarding same. | 1.00 |
|---|---|---|---|
| 09/25/09 | D. Felder | Telephone conference with J. Radecki regarding various motions (.1); review memorandum and motions regarding same (1.2); review materials regarding best interests analysis and e-mail correspondence with J. Burke regarding same (2.6). | 3.90 |
| 09/25/09 | K. Orr | Review and analyze docket entries (.1); various e-mails to/from counsel for Plan Proponents regarding trial exhibits (.2). | 0.30 |
| 09/25/09 | J. Guy | Telephone call with Plan Proponents regarding exhibit listings. | 0.70 |
| 09/25/09 | J. Guy | Attention to exhibits and related issues. | 0.60 |
| 09/25/09 | R. Wyron | Review e-mails on exhibits and open items and respond (.3); organize outline for call with D. Austern (.3); continue review of transcript (.4). | 1.00 |
| 09/25/09 | R. Frankel | Review series of e-mails, attachments re confirmation exhibits. | 0.60 |
| 09/25/09 | R. Frankel | Review J. Radecki memo re sale of 5% equity interest in joint venture. | 0.50 |
| 09/25/09 | R. Frankel | Confer with J. Guy re exhibits, confirmation issues. | 0.40 |
| 09/27/09 | J. Burke | Case law research regarding plan confirmation issue. | 0.70 |
| 09/27/09 | R. Wyron | Review analysis on ART motion (.2); review comments on draft claimants agreement and e-mails re same (.4); review draft insurer settlement and provide comments (.8); review PD FCR's e-mail re Travelers agreement and PD Trust, and respond (.6). | 2.00 |
| 09/28/09 | J. Burke | Research regarding plan confirmation issue. | 3.20 |
| 09/28/09 | D. Felder | E-mail correspondence with J. Burke regarding research issues. | 0.50 |
| 09/28/09 | K. Orr | Review and analyze docket entries (.1); various e-mails to/from internal team and counsel for Plan Proponents regarding trial exhibits and deposition designations (.3). | 0.40 |
| 09/28/09 | J. Guy | Attention to post-trial briefing and exhibits. | 0.80 |
| 09/29/09 | J. Burke | Attend confirmation strategy meeting with litigation team (.8); e-mail F. Holden regarding plan confirmation issue (.1); research regarding plan confirmation issue (1.3). | 2.20 |
| 09/29/09 | J. Cutler | Participate in team meeting. | 0.50 |
| 09/29/09 | D. Felder | Conference with Orrick team regarding strategy and next steps (.9); telephonic participation in omnibus hearing (.8); follow-up e-mail correspondence to team regarding same (.1); review and revise claimant settlement agreement and e-mail correspondence to Debtors and ACC regarding same (.5). | 2.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

October 15, 2009
Invoice No. 1215278

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/29/09 | K. Orr | Review and analyze docket (.1); update case calendar (.2); prepare materials for internal meeting and edit agenda for same (.3); office conference with internal team regarding case status, post-trial briefs, status of potential resolutions with objectors, status of insurance settlements, and continued confirmation hearing (1.0); various e-mails to/from internal team and counsel for Plan Proponents regarding materials for confirmation hearing, hearing on Anderson's motions, and trial exhibits (.3); review and analyze outline of post-trial brief (.2). | 2.10 |
| 09/29/09 | R. Wyron | Review claimants issues and follow-up (.5); review BNSF/Libby plan language changes on approval issue and circulate (.6); follow-up on BNSF/Libby changes (.3); review e-mails on PD issues, including draft Finke stipulation, and respond (.4); review PD FCR changes and follow-up (.7); prepare for strategy meeting (.8); meet with litigation team on confirmation hearing issues and follow-up (1.1). | 4.40 |
| 09/29/09 | R. Frankel | Review series of e-mails re claimants settlement, revised memo of insurance settlements. | 0.80 |
| 09/29/09 | R. Frankel | Confer with Grace internal team re pending matters. | 0.90 |
| 09/29/09 | R. Frankel | Attend telephonic omnibus hearing. | 0.80 |
| 09/29/09 | R. Frankel | Review series of e-mails re claimants settlement, plan changes. | 0.70 |
| 09/29/09 | R. Frankel | Review draft stipulation re treatment of asbestos PD claims. | 0.60 |
| 09/29/09 | R. Frankel | Review US Minerals opinion by Judge Fitzgerald re confirmation issues. | 0.90 |
| 09/30/09 | J. Burke | Review appellate decision for impact on confirmation proceedings. | 0.80 |
| 09/30/09 | D. Felder | Revise claimants settlement agreement and e-mail correspondence to/from R. Wyron and P. Mahaley regarding same. | 0.50 |
| 09/30/09 | K. Orr | Review and analyze docket (.1); office conference with J. Guy regarding post-trial brief (.2); various e-mails to/from internal team and counsel for Plan Proponents regarding post-trial brief, exhibits, and meet and confer regarding exhibits (.5) | 0.80 |
| 09/30/09 | J. Guy | Telephone call with interested parties regarding potential settlement. | 0.50 |
| 09/30/09 | J. Guy | Attention to trial brief issues. | 1.00 |
| 09/30/09 | J. Guy | Attention to exhibit stipulations. | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

October 15, 2009
Invoice No. 1215278

| | | | |
|---|---|---|---|
| 09/30/09 | R. Wyron | Review e-mails on status of open issues (.4); call with Plan Proponents regarding confirmation hearing strategy and open issues, and follow up (1.3); follow up on status of settlement discussions with various parties (.4). | 2.10 |
| 09/30/09 | R. Frankel | Review draft Stipulation from Seaton, One Beacon (.3); review Debtors' motion in limine to preclude Solomons testimony (.5). | 0.80 |
| 09/30/09 | R. Frankel | Review J. Buckwalter decision in CA PD cases, prepare notes re same. | 1.30 |
| 09/30/09 | R. Frankel | Telephone conference with D. Glosband re issues, notes re same. | 0.50 |

Total Hours 520.90
Total For Services $392,616.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 16.30 | 360.00 | 5,868.00 |
| Stephen C. Cruzado | 34.50 | 230.00 | 7,935.00 |
| Joshua M. Cutler | 11.70 | 555.00 | 6,493.50 |
| Debra Felder | 19.50 | 590.00 | 11,505.00 |
| Zachary S. Finley | 0.50 | 600.00 | 300.00 |
| Roger Frankel | 139.80 | 945.00 | 132,111.00 |
| Debra O. Fullem | 5.10 | 255.00 | 1,300.50 |
| Jonathan P. Guy | 121.30 | 755.00 | 91,581.50 |
| Kathleen Orr | 21.20 | 620.00 | 13,144.00 |
| Aaron R. Thorp | 1.10 | 220.00 | 242.00 |
| Mary A. Wallace | 0.20 | 650.00 | 130.00 |
| Richard H. Wyron | 149.70 | 815.00 | 122,005.50 |
| Total All Timekeepers | 520.90 | $753.73 | $392,616.00 |

Disbursements



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

October 15, 2009
Invoice No. 1215278

| | |
|---|---:|
| Document Reproduction | 27.70 |
| Express Delivery | 296.52 |
| Hotel | 6,529.92 |
| Local Taxi Expense | 386.89 |
| Other Business Meals | 482.12 |
| Out of Town Business Meals | 3,125.63 |
| Outside Services | 1,352.00 |
| Parking Expense | 256.00 |
| Postage | 28.00 |
| Purchases | 10.69 |
| Telephone | 12.69 |
| Travel Expense, Air Fare | 4,484.80 |
| Travel Expense, Local | 246.56 |
| Travel Expense, Out of Town | 3,363.58 |
| Westlaw Research | 609.25 |
| Total  Disbursements | $21,212.35 |

**Total For This Matter**          **$413,828.35**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

October 15, 2009
Invoice No. 1215278

For Legal Services Rendered Through September 30, 2009 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 09/17/09 | D. Fullem | Review e-mail from J. Radecki regarding retention pleadings to be prepared for Lincoln; e-mail to J. Radecki re same; review and respond to e-mail from D. Felder regarding status. | 0.40 |
| 09/18/09 | R. Wyron | Call with J. Radecki re Lincoln application (.3); review pleadings (.2). | 0.50 |
| 09/22/09 | D. Fullem | Confer with R. Wyron regarding retention of Lincoln International. | 0.20 |
| 09/22/09 | R. Wyron | Call with J. Radecki re Lincoln (.4); review current applications and orders (.3); follow-up with D. Felder (.2). | 0.90 |
| 09/24/09 | R. Wyron | Work on Lincoln retention issues. | 0.30 |
| 09/25/09 | D. Felder | Telephone conference with R. Wyron regarding retention of Lincoln (.1); review previously filed applications to employ Piper Jaffray and Tre Angeli and engagement letters regarding same (1.1). | 1.20 |
| 09/25/09 | R. Wyron | Call with D. Austern re Lincoln retention (.2); call with J. Radecki re same (.2); follow-up with D. Felder (.2). | 0.60 |
| 09/27/09 | R. Wyron | Review draft Lincoln retention papers and provide comments to D. Felder. | 0.40 |
| 09/28/09 | D. Fullem | Review e-mail from D. Felder regarding PJC and CIBC employment; search docket. | 0.30 |
| 09/29/09 | D. Felder | Review engagement letters for Tre Angeli and Piper Jaffray (.4); review and revise application to employ Lincoln, Radecki declaration, proposed order, notice, and letters terminating Tre Angeli and Piper Jaffray (4.0); telephone conference with J. Radecki regarding same (.1); various e-mail correspondence with J. Radecki, D. Austern, J. Phillips and R. Wyron regarding same (.6). | 5.10 |
| 09/29/09 | R. Wyron | Call with J. Solganick re Piper (.2); review draft pleadings on Lincoln and termination issues (.4). | 0.60 |
| 09/30/09 | D. Felder | Review, revise and finalize application to employ Lincoln, declaration, engagement letters and termination letters regarding Piper Jaffray and Tre Angeli (2.5); various e-mail correspondence with D. Austern, J. Radecki, J. Phillips, C. Hartman and D. Spicuzza regarding same (1.0); finalize same (1.0). | 4.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

October 15, 2009
Invoice No. 1215278

|  | Total Hours | 15.00 |  |
|  | Total For Services |  | $9,291.00 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Debra Felder | 10.80 | 590.00 | 6,372.00 |
| Debra  O. Fullem | 0.90 | 255.00 | 229.50 |
| Richard  H. Wyron | 3.30 | 815.00 | 2,689.50 |
| Total All Timekeepers | 15.00 | $619.40 | $9,291.00 |

Disbursements
    Document Reproduction                1,092.50
Postage                942.25
                        Total  Disbursements            $2,034.75

                    **Total For This Matter**            **$11,325.75**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

October 15, 2009
Invoice No. 1215278

For Legal Services Rendered Through September 30, 2009 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 09/03/09 | D. Fullem | Review e-mail from D. Austern with invoices for June, July and August 09. | 0.50 |
| 09/04/09 | D. Fullem | Begin drafting of fee applications for D. Austern for June, July and August 09. | 1.50 |
| 09/10/09 | D. Fullem | Continue drafting of D. Austern's fee applications for June, July and August 09. | 1.00 |
| 09/11/09 | D. Fullem | Finalize drafts of June, July and August 09 fee applications (1.0); e-mail to D. Austern for review, approval, signature (.2). | 1.20 |
| 09/14/09 | D. Fullem | Review upcoming objection deadlines to file CNO on July fee applications. | 0.10 |
| 09/14/09 | D. Fullem | Review and respond to e-mail from K. Boeger at Tillinghast regarding status of recent monthly fee applications. | 0.20 |
| 09/15/09 | D. Fullem | Coordinate finalizing, filing and service of D. Austern's monthly fee applications for May, June and July. | 0.60 |
| 09/15/09 | D. Fullem | Finalize, file and serve Piper's quarterly for Apr-June 09 time period. | 0.50 |
| 09/15/09 | D. Fullem | Review fee auditor's final report on quarterly fee applications with de minimis issues; e-mail to D. Felder and R. Wyron. | 0.50 |
| 09/15/09 | D. Felder | Review notices of fee applications for D. Austern and Piper Jaffray. | 0.10 |
| 09/24/09 | D. Fullem | Review e-mail from D. Davis regarding Piper's August fee application. | 0.10 |

|  |  |  |
|---|---|---|
| Total Hours | 6.30 | |
| Total For Services | | $1,640.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.10 | 590.00 | 59.00 |
| Debra O. Fullem | 6.20 | 255.00 | 1,581.00 |
| Total All Timekeepers | 6.30 | $260.32 | $1,640.00 |

Disbursements



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 23

October 15, 2009
Invoice No. 1215278

| | |
|---|---|
| Document Reproduction | 396.40 |
| Express Delivery | 163.03 |
| Postage | 837.70 |
| Total  Disbursements | $1,397.13 |

**Total For This Matter**          **$3,037.13**



**ORRICK**

| | |
|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. -<br>17367<br>page 24 | October 15, 2009<br>Invoice No. 1215278 |

For Legal Services Rendered Through September 30, 2009 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

09/22/09    D. Fullem    Update conflict parties list (1.3); e-mail to J. Radecki for    1.50
search (.2).

Total Hours    1.50
Total For Services    $382.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra  O. Fullem | 1.50 | 255.00 | 382.50 |
| Total All Timekeepers | 1.50 | $255.00 | $382.50 |

**Total For This Matter**    **$382.50**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 25

October 15, 2009
Invoice No. 1215278

For Legal Services Rendered Through September 30, 2009 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 09/01/09 | D. Fullem | Update fee/expense charts and circulate to group. | 0.20 |
| 09/01/09 | D. Fullem | Prepare quarterly fee application for the period April - June 30, 2009. | 2.00 |
| 09/03/09 | D. Fullem | Finish final draft of Orrick quarterly for Apr-Jun 09; circulate to R. Wyron and D. Felder. | 1.00 |
| 09/08/09 | D. Fullem | Review August prebill. | 1.30 |
| 09/08/09 | D. Fullem | Prepare e-mail to R. Wyron regarding status of August prebill. | 0.10 |
| 09/09/09 | D. Felder | Review quarterly fee application and e-mail with D. Fullem regarding same (.4); review August prebill (.3). | 0.70 |
| 09/10/09 | D. Fullem | Review changes to quarterly from D. Felder; update; circulate to R. Wyron for final review. | 0.50 |
| 09/11/09 | D. Fullem | Review and respond to e-mail from D. Felder regarding status of review of August prebills. | 0.10 |
| 09/11/09 | D. Felder | Review August prebill. | 1.90 |
| 09/13/09 | R. Wyron | Review August prebill and provide comments (.6); review quarterly fee application for April-June (.4). | 1.00 |
| 09/14/09 | D. Fullem | Review upcoming objection deadlines to file CNO on July fee application. | 0.10 |
| 09/14/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of fee applications. | 0.20 |
| 09/14/09 | D. Fullem | Finalize April - June 09 quarterly fee application, coordinate filing and serving of same. | 1.00 |
| 09/17/09 | D. Fullem | Confer with P. Reyes regarding status of August bill. | 0.10 |
| 09/18/09 | D. Fullem | Review e-mail from fee auditor regarding final report for Orrick's Apr-Jun 09 quarterly; review final report; review reply letter; e-mail to R. Wyron, R. Frankel and D. Felder regarding fees and expenses. | 0.70 |
| 09/18/09 | R. Wyron | Review fee auditor final response filed today and respond to e-mail re same. | 0.30 |
| 09/22/09 | D. Fullem | Confer with R. Wyron regarding status of fee applications. | 0.10 |

Total Hours      11.30

Total For Services      $4,480.50

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 26

October 15, 2009
Invoice No. 1215278

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.60 | 590.00 | 1,534.00 |
| Debra O. Fullem | 7.40 | 255.00 | 1,887.00 |
| Richard H. Wyron | 1.30 | 815.00 | 1,059.50 |
| Total All Timekeepers | 11.30 | $396.50 | $4,480.50 |

**Total For This Matter**                    **$4,480.50**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 27

October 15, 2009
Invoice No. 1215278

For Legal Services Rendered Through September 30, 2009 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/01/09 | R. Frankel | Travel to and from T. Weschler deposition (NY). | 0.70 |
| 09/02/09 | R. Frankel | Travel to DC. | 1.30 |
| 09/07/09 | P. Mahaley | Travel to Pittsburgh for Phase II trial. | 1.00 |
| 09/07/09 | J. Guy | Travel to Pittsburgh. | 1.50 |
| 09/07/09 | R. Wyron | Travel to Pittsburgh. | 2.50 |
| 09/07/09 | R. Frankel | Non-working travel to Pittsburgh. | 0.70 |
| 09/11/09 | P. Mahaley | Return travel from Pittsburgh for Phase II confirmation hearing. | 2.50 |
| 09/11/09 | J. Guy | Travel to DC. | 1.50 |
| 09/11/09 | R. Wyron | Travel to Pittsburgh airport (.8); return to DC (2.5). | 3.30 |
| 09/11/09 | R. Frankel | Travel to DC. | 3.60 |
| 09/13/09 | P. Mahaley | Travel to Pittsburgh for Phase II confirmation hearing. | 2.50 |
| 09/13/09 | J. Guy | Travel to Pittsburgh. | 1.50 |
| 09/13/09 | R. Wyron | Travel to Pittsburgh. | 2.70 |
| 09/13/09 | R. Frankel | Travel to Pittsburgh for confirmation hearing. | 1.80 |
| 09/17/09 | P. Mahaley | Return travel from Pittsburgh. | 3.00 |
| 09/17/09 | J. Guy | Travel to DC. | 1.50 |
| 09/17/09 | R. Wyron | Return to DC from confirmation hearing. | 3.50 |
| 09/17/09 | R. Frankel | Travel to DC from Pittsburgh. | 1.40 |

Total Hours            36.50
Total For Services                    $14,366.25

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 9.50 | 472.50 | 4,488.75 |
| Jonathan P. Guy | 6.00 | 377.50 | 2,265.00 |
| Peri N. Mahaley | 9.00 | 302.50 | 2,722.50 |
| Richard H. Wyron | 12.00 | 407.50 | 4,890.00 |
| Total All Timekeepers | 36.50 | $393.60 | $14,366.25 |

**Total For This Matter**                    **$14,366.25**

**∗ ∗ ∗ COMBINED TOTALS ∗ ∗ ∗**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 28

October 15, 2009
Invoice No. 1215278

|  |  |  |
|---|---|---|
| Total Hours | 801.00 |  |
| Total Fees, all Matters |  | $550,960.75 |
| Total Disbursements, all Matters |  | $27,126.07 |
| Total Amount Due |  | $578,086.82 |