IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>                       Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Re: Docket No. 23548<br>10/26/09 Amended Agenda Item No. 25 |

### CERTIFICATION OF COUNSEL RE ORDER
### REGARDING DEBTORS' ORAL MOTION TO EXCLUDE
### THE TESTIMONY OF ROBERT J. FREZZA

1. During the confirmation hearing on September 16, 2009 the Debtors made an oral motion (the "Motion") to exclude on <u>Daubert</u> grounds the testimony of Robert J. Frezza, and during the confirmation hearing on October 14, 2009 the Debtors submitted to the Court materials n support of the Motion.

2. On October 22, 2009, the Opposition of the Official Committee of Unsecured Creditors and Bank Lender Group to Debtors' Oral Motion to Exclude Testimony of Robert J. Frezza (Docket No. 23548) (the "Opposition") was filed.

3. The Court heard arguments on the Motion and the Opposition on October 26, 2009, and requested that the parties prepare an order reflecting its rulings.

4. The Creditors' Committee forwarded a proposed form of order to counsel for the Debtors.

5. The Debtors have informed the Creditors' Committee that the proposed order is acceptable to them.

NY 72395448v1

-2-

6.    As a result, the Creditors' Committee respectfully requests that the Court enter the proposed order attached hereto as Exhibit A.

Dated: October 30, 2009

RESPECTFULLY SUBMITTED,

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

_/s/ Michael R. Lastowski_
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley, Esq. (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

and

William S. Katchen Esq. (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone: (973) 424-2000
Facsimile: (973) 424-2001

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

NY 72395448v1