**SIXTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 7/1/09 through 7/31/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| B. Bingham | Executive Director | $710 | 3.10 | $2,201.00 |
| E. Ordway | Member | $710 | 17.60 | $12,496.00 |
| S. Cunningham | Member | $710 | 5.70 | $4,047.00 |
| R. Frezza | Member | $625 | 75.00 | $46,875.00 |
| C. Stryker | Consultant | $525 | 4.10 | $2,152.50 |
| J. Dolan | Consultant | $420 | 74.30 | $31,206.00 |
| R. Esquivel | Consultant | $350 | 22.00 | $7,700.00 |
| M. Desalvio | Research | $170 | 0.50 | $85.00 |
| N. Backer | Paraprofessional | $110 | 3.60 | $396.00 |
| **For the Period 7/1/09 through 7/31/09** | | | **205.90** | **$107,158.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 7/1/09 through 7/31/09

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed motions regarding certain asset sales, performed various analyses and prepared reports to Committee thereon. | 48.10 | $23,320.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claim settlements and prepared various accrued interest scenarios in relation to the POR and Disclosure Statement. | 9.00 | $4,881.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding the POR, hearings and trials, and participated in Committee meetings. | 13.10 | $7,145.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the April, May and June monthly statements, as well as the 22nd Quarterly fee application. | 6.60 | $1,656.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results as well as SEC filings. | 5.90 | $3,232.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant prepared solvency and feasibility analyses and prepared reports thereon. The applicant also analyzed solvency and feasibility reports prepared by Debtors' financial advisors. | 122.70 | $66,839.50 |
| 21. Research | During the Fee Application period, the Applicant researched trading debt pricing for feasibility analyses. | 0.50 | $85.00 |
| **For the Period 7/1/09 through 7/31/09** | | **205.90** | **$107,158.50** |

**Capstone Advisory Group, LLC**  
**Invoice for the July 2009 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 7/1/09 through 7/31/09

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 7/16/2009 | E. Ordway | 1.10 | Analyzed data related to Pegasus sale and listed items for staff to investigate. |
| 7/16/2009 | J. Dolan | 0.30 | Developed request for additional information regarding Pegasus asset sale. |
| 7/16/2009 | J. Dolan | 2.00 | Reviewed presentation materials related to Pegasus sale and participated in call with the Debtors and Blackstone. |
| 7/16/2009 | J. Dolan | 1.80 | Reviewed asset sale notice related to Pegasus sale and related agreement. |
| 7/17/2009 | J. Dolan | 0.90 | Prepared for and participated in call with the Debtors regarding asset sale in Atlanta, GA. |
| 7/17/2009 | J. Dolan | 0.80 | Discussed asset sale with counsel. |
| 7/17/2009 | R. Frezza | 1.40 | Prepared for and participated in call with company re: $880k asset sale; further debrief with counsel. |
| 7/20/2009 | J. Dolan | 1.50 | Prepared report to the Committee regarding Atlanta asset sale. |
| 7/20/2009 | R. Frezza | 0.80 | Finalization of counsel memo on de minimis sale of Atlanta property. |
| 7/20/2009 | E. Ordway | 0.60 | Read and analyzed counsel's memo - re: sale of property in GA. |
| 7/20/2009 | E. Ordway | 0.40 | Directed staff in preparation of asset sale report. |
| 7/23/2009 | J. Dolan | 1.60 | Read and analyzed motion related to Project Pegasus sale. |
| 7/23/2009 | J. Dolan | 2.70 | Read and analyzed purchase agreement related to Pegasus sale. |
| 7/23/2009 | J. Dolan | 2.10 | Read and analyzed unredacted order related to Pegasus order. |
| 7/23/2009 | J. Dolan | 1.10 | Read and analyzed affidavits associated with Pegasus sale. |
| 7/24/2009 | S. Cunningham | 3.10 | Read and analyzed Project Pegasus. |
| 7/24/2009 | E. Ordway | 2.30 | Reviewed information related to Pegasus sale and outlined items to be analyzed and investigated. |
| 7/24/2009 | J. Dolan | 2.40 | Continued reading and analyzing the purchase agreement related to Pegasus sale. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/24/2009 | J. Dolan | 1.90 | Read and analyzed Exhibits and Schedules related to the Pegasus sale agreement. |
| 7/24/2009 | J. Dolan | 1.50 | Developed information request for Debtors related to Pegasus sale. |
| 7/25/2009 | J. Dolan | 0.80 | Prepared information request to Debtors related to Pegasus sale and incorporated counsel requests. |
| 7/27/2009 | J. Dolan | 3.60 | Prepared report to the Committee related to Pegasus sale. |
| 7/28/2009 | J. Dolan | 3.20 | Continued preparing report to the Committee related to Pegasus sale. |
| 7/28/2009 | J. Dolan | 3.60 | Prepared analyses of Pegasus sale and included in report to the Committee along with related commentary. |
| 7/29/2009 | J. Dolan | 1.20 | Continued preparing report to the Committee related to Pegasus sale. |
| 7/29/2009 | J. Dolan | 0.80 | Prepared for and participated in call to discuss Pegasus sale. |
| 7/29/2009 | R. Frezza | 1.70 | Reviewed Pegasus motion and responses to our questions; prepared for and participated in conf call with company and counsel re deal points. |
| 7/29/2009 | R. Frezza | 0.70 | Completed report related to Pegasus transaction. |
| 7/30/2009 | J. Dolan | 2.20 | Finalized Pegasus report to the Committee incorporating internal comments. |
| Subtotal | | 48.10 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/8/2009 | E. Ordway | 0.70 | Read and analyzed counsel's report - re: NJEPA settlement. |
| 7/8/2009 | E. Ordway | 0.60 | Analyzed impact of settlement with NJEPA to cash flow and creditor claims pool. |
| 7/9/2009 | E. Ordway | 0.20 | Communicated with Committee Chair - re: NJEPA settlement. |
| 7/10/2009 | R. Frezza | 1.30 | Reviewed trial brief for counsel; read settlement motion memo provided by counsel. |
| 7/10/2009 | E. Ordway | 0.60 | Read counsel's report - re: insurance policy settlements. |
| 7/10/2009 | J. Dolan | 0.30 | Read and analyzed counsel's memo on asbestos insurance settlements. |
| 7/13/2009 | J. Dolan | 1.10 | Read and analyzed asbestos insurance settlement with Royal Parties. |
| 7/21/2009 | R. Frezza | 1.10 | Prepared for and participated in committee conf call related to claims settlement issues and potential change in ongoing treatment. |
| 7/21/2009 | J. Dolan | 0.90 | Prepared various interest calculations through Dec. 31, 2009 for counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/23/2009 | J. Dolan | 1.20 | Participated in conference call with Lender related to interest calculations. |
| 7/26/2009 | J. Dolan | 0.50 | Reviewed interest calculations related to additional pre-petition interest. |
| 7/27/2009 | J. Dolan | 0.50 | Reviewed interest calculations with Lender. |
| Subtotal | | 9.00 | |
| 04. Creditor Committee Matters | | | |
| 7/1/2009 | E. Ordway | 0.60 | Read counsel's memo and related documents pertaining to Class 9 impairment and Insurance issues. |
| 7/6/2009 | J. Dolan | 0.70 | Discussed request list for brief with counsel. |
| 7/8/2009 | E. Ordway | 0.80 | Communicated with Paul Weiss - re: pre-trial brief issues/questions. |
| 7/9/2009 | R. Frezza | 0.80 | Discussions with counsel re: settlement strategies and committee reaction. |
| 7/10/2009 | E. Ordway | 1.80 | Read and analyzed trial brief. |
| 7/10/2009 | J. Dolan | 0.80 | Read and analyzed counsel's memo regarding settlement of appeals. |
| 7/13/2009 | J. Dolan | 1.30 | Read and analyzed recent docket submissions. |
| 7/16/2009 | J. Dolan | 0.50 | Read and analyzed recent docket submissions. |
| 7/17/2009 | E. Ordway | 1.90 | Read and analyzed supplemental pre-trial brief. |
| 7/17/2009 | J. Dolan | 1.60 | Read and analyzed Joint Supplemental Brief addressing Phase I issues. |
| 7/20/2009 | J. Dolan | 0.40 | Read and analyzed recent docket submissions. |
| 7/21/2009 | J. Dolan | 1.10 | Prepared for and participated in Committee call. |
| 7/21/2009 | J. Dolan | 0.80 | Read and analyzed pre-trial submission related to Phase II hearing. |
| Subtotal | | 13.10 | |
| 07. Fee Applications & Invoices | | | |
| 7/13/2009 | J. Dolan | 0.80 | Prepared April fee application. |
| 7/15/2009 | N. Backer | 1.30 | Prepared June fee statement. |
| 7/15/2009 | N. Backer | 1.40 | Prepared May fee statement. |
| 7/15/2009 | J. Dolan | 1.10 | Prepared May fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/16/2009 | J. Dolan | 1.10 | Prepared June fee application. |
| 7/28/2009 | N. Backer | 0.90 | Prepared Quarterly fee application documents. |
| Subtotal | | 6.60 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/9/2009 | E. Ordway | 0.40 | Read and analyzed May operations report and summarized data for staff to follow-up on . |
| 7/10/2009 | J. Dolan | 2.10 | Read and analyzed May operating reports and financials. |
| 7/10/2009 | S. Cunningham | 0.30 | Reviewed monthly financial statement. |
| 7/15/2009 | J. Dolan | 1.20 | Read and analyzed recent SEC filings. |
| 7/17/2009 | E. Ordway | 1.90 | Continued to read and analyze monthly operating report. |
| Subtotal | | 5.90 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/6/2009 | R. Frezza | 2.10 | Prepared for and participation in conf calls with counsel re: data requests on solvency issues; began analyses as requested by lenders. |
| 7/7/2009 | R. Frezza | 1.50 | Prepared Solvency analyses at request of counsel. |
| 7/8/2009 | R. Frezza | 1.50 | Continued preparing Solvency analyses at request of counsel; reviewed asbestos documents sent by counsel. |
| 7/13/2009 | J. Dolan | 2.90 | Prepared analyses as directed by counsel regarding solvency. |
| 7/13/2009 | R. Frezza | 1.90 | Continued support to counsel on solvency and trial brief info. |
| 7/14/2009 | R. Frezza | 2.10 | Began expert report research re: solvency per counsel; other discussions with counsel. |
| 7/14/2009 | J. Dolan | 1.10 | Discussed solvency analysis and related issues with counsel. |
| 7/14/2009 | J. Dolan | 3.20 | Prepared analysis related to solvency and feasibility. |
| 7/15/2009 | R. Frezza | 0.80 | Began expert report research re: solvency per counsel; other discussions with counsel. |
| 7/17/2009 | R. Frezza | 1.20 | Research on solvency report. |
| 7/20/2009 | R. Frezza | 1.10 | Discussed with counsel and began analyses on solvency position. |

**Capstone Advisory Group, LLC**      **Page 4 of 6**
**Invoice for the July 2009 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/20/2009 | E. Ordway | 0.90 | Prepared and edited data related to solvency considerations. |
| 7/21/2009 | J. Dolan | 3.60 | Prepared analyses at the request of counsel related to solvency and feasibility. |
| 7/21/2009 | R. Frezza | 2.30 | Conceptualized and analyzed solvency of Company at various dates. |
| 7/22/2009 | R. Frezza | 4.30 | Prepared Solvency detail analyses and report drafting. |
| 7/23/2009 | R. Frezza | 2.70 | Prepared Solvency detail analyses and report drafting. |
| 7/23/2009 | E. Ordway | 1.20 | Drafted and edited report on solvency. |
| 7/24/2009 | J. Dolan | 0.90 | Prepared analyses at the request of counsel related to solvency. |
| 7/24/2009 | E. Ordway | 0.50 | Reviewed preliminary draft of solvency report. |
| 7/24/2009 | R. Frezza | 2.60 | Draft Solvency report along with related analyses. |
| 7/24/2009 | R. Frezza | 3.20 | Prepared analyses for solvency report. |
| 7/25/2009 | R. Frezza | 1.90 | Read and analyzed Zilly Solvency report and related docs; had conversations with counsel re: expert testimony on solvency. |
| 7/26/2009 | J. Dolan | 1.30 | Read and analyzed the Debtors solvency brief and status report. |
| 7/26/2009 | J. Dolan | 1.20 | Read and analyzed P. Zilly feasibility report. |
| 7/26/2009 | J. Dolan | 0.90 | Prepared solvency analysis at the request of counsel and discussed internally. |
| 7/27/2009 | R. Frezza | 3.20 | Continued drafting report on behalf of counsel. |
| 7/27/2009 | C. Stryker | 1.10 | Solvency determination review. |
| 7/27/2009 | R. Esquivel | 3.10 | Read and analyzed recent public filings including Form 10Qs to assist in developing financial model for feasibility report. |
| 7/27/2009 | R. Esquivel | 1.70 | Read and analyzed feasibility report to assist in developing financial model. |
| 7/27/2009 | R. Esquivel | 3.20 | Read and analyzed recent public filings including the 10k to assist in developing financial model for feasibility report. |
| 7/27/2009 | R. Frezza | 2.70 | Detailed solvency research and analysis involving review of POR and Disclosure statement, Pam Zilly Feasibility Report and other related documents. |
| 7/28/2009 | R. Frezza | 4.40 | Prepared commentary for solvency report and related analyses. |
| 7/28/2009 | R. Esquivel | 3.90 | Read and analyzed previously issued reports by Capstone as well as market research on industry and competitors to assist in feasibility report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/28/2009 | C. Stryker | 2.10 | Reviewed solvency determination and participated in conference call with attorneys. |
| 7/28/2009 | R. Frezza | 4.50 | Detailed solvency analyses and related report drafting. |
| 7/28/2009 | R. Esquivel | 2.10 | Compiled historical financial information by quarter and prepared a financial model for feasibility report. |
| 7/28/2009 | J. Dolan | 1.70 | Prepared solvency analysis at the direction of counsel. |
| 7/29/2009 | J. Dolan | 1.60 | Prepared solvency report and discussed with counsel. |
| 7/29/2009 | R. Esquivel | 2.90 | Read and analyzed market research on industry and competitors to assist in developing financial model for feasibility report. |
| 7/29/2009 | R. Frezza | 3.30 | Continued analyses and commentary for solvency report. |
| 7/29/2009 | B. Bingham | 2.20 | Assistance with solvency work for R. Frezza. |
| 7/29/2009 | R. Frezza | 4.50 | Detailed solvency analyses and related report drafting. |
| 7/30/2009 | J. Dolan | 0.70 | Prepared solvency analysis at the request of counsel. |
| 7/30/2009 | R. Frezza | 3.60 | Continued research and report drafting re: solvency expert report. |
| 7/30/2009 | R. Frezza | 3.30 | Continued research and analyses for inclusion in solvency expert report. |
| 7/30/2009 | B. Bingham | 0.90 | Read and analyzed draft solvency report. |
| 7/30/2009 | E. Ordway | 1.10 | Reviewed preliminary draft of outline of solvency report. |
| 7/31/2009 | J. Dolan | 1.20 | Prepared solvency analysis at the request of counsel. |
| 7/31/2009 | C. Stryker | 0.90 | Reviewed solvency analysis. |
| 7/31/2009 | R. Esquivel | 5.10 | Created a financial model for feasibility analysis. |
| 7/31/2009 | S. Cunningham | 2.30 | Read and analyzed Solvency Analysis. |
| 7/31/2009 | R. Frezza | 4.30 | Continued research and analysis on solvency. |
| 7/31/2009 | R. Frezza | 4.20 | Continued report drafting and revisions. |
| Subtotal | | 122.70 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/21/2009 | M. Desalvio | 0.50 | Researched trading debt pricing for feasibility analyses. |
| Subtotal | | 0.50 | |
| **Total Hours** | | **205.90** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 7/1/09 through 7/31/09

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Telecom** | | | |
| 7/13/2009 | Telecom | July Telecom - Saddle Brook Office | $407.68 |
| Subtotal - Telecom | | | $407.68 |
| **For the Period 7/1/09 through 7/31/09** | | | $407.68 |