

October 27, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   163382

FOR PROFESSIONAL SERVICES RENDERED
THROUGH September 30, 2009

**CLIENT SUMMARY**

**BALANCE AS OF- 09/30/09**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $423.00 | $13,326.09 | $13,749.09 |
| 05 - Asset Dispositions - .15541 | $727.50 | $0.00 | $727.50 |
| 07 - Applicant's Fee Application - .15543 | $564.00 | $0.00 | $564.00 |
| 08 - Hearings - .15544 | $37,388.25 | $0.00 | $37,388.25 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $1,191.50 | $0.00 | $1,191.50 |
| 10 - Travel - .15546 | $4,305.00 | $0.00 | $4,305.00 |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius) - .15547 | $0.00 | $0.00 | $0.00 |
| 18 - Plan & Disclosure Statement - .15554 | $4,565.50 | $60,160.00 | $64,725.50 |
| 30 - Fee Application of Others - .17781 | $123.00 | $0.00 | $123.00 |
| *Client Total* | **$49,287.75** | **$73,486.09** | **$122,773.84** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593                           www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 1.60 | $675.00 | $1,080.00 |
| Kramer, Matthew I | 101.10 | $367.42 | $37,146.00 |
| Sakalo, Jay M | 15.70 | $485.00 | $7,614.50 |
| Polit, Wendy | 4.21 | $225.00 | $947.25 |
| Snyder, Jeffrey I | 1.20 | $295.00 | $354.00 |
| Flores, Luisa M | 3.30 | $205.00 | $676.50 |
| Rojas, Susana | 6.40 | $190.00 | $1,216.00 |
| Santorufo, Michael | 1.30 | $195.00 | $253.50 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | **$49,287.75** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $1,719.00 |
| Archival/Retrieval Services | $130.60 |
| Photocopies - Outside Service | $1.50 |
| Fares, Mileage, Parking | $366.95 |
| Internet Connection (Outside Services) | $12.95 |
| Long Distance Telephone | $51.43 |
| Long Distance Telephone-Outside Services | $1,608.11 |
| Lodging | $2,268.55 |
| Meals | $262.11 |
| Miscellaneous Costs | $60,160.00 |
| Transcript of Deposition | $6,886.39 |
| Copies | $18.50 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$73,486.09** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$122,773.84** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE:  01- Case Administration**

| Date | Init | Hours | Amount | Description |
|---|---|---|---|---|
| 09/01/09 | SR | 0.20 | 38.00 | [8/31] Attend to analyzing docket. |
| 09/02/09 | SR | 0.10 | 19.00 | [8/31] Attend to analyzing daily docket. |
| 09/02/09 | SR | 0.20 | 38.00 | [8/31] Attend to analyzing daily docket. |
| 09/08/09 | SR | 0.10 | 19.00 | Attend to reviewing daily docket. |
| 09/11/09 | SR | 0.20 | 38.00 | Attend to review and analysis of docket regarding depositions. |
| 09/11/09 | SR | 0.10 | 19.00 | Analyze Docket. |
| 09/14/09 | SR | 0.10 | 19.00 | Attend to reviewing daily docket. |
| 09/15/09 | SR | 0.20 | 38.00 | Attend to reviewing docket. |
| 09/21/09 | MS | 0.50 | 97.50 | Assist with research and analysis of pleadings (.4); email correspondence to attorney regarding same (.1) |
| 09/22/09 | MS | 0.50 | 97.50 | Assist with research and analysis of pleadings (.4); email correspondence to attorney regarding same (.1) |

**PROFESSIONAL SERVICES** $423.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 04/30/09 | Fares, Mileage, Parking Cab fare - travel to NY - VENDOR: Matthew Kramer; INVOICE#: MIK-04/30/09; DATE: 4/30/2009  -  Client - 15537 | 8.00 |
| 06/03/09 | Long Distance Telephone-Outside Services Re: Deposition Conferencing - VENDOR: Deposition Conferencing; INVOICE#: 35072896369229-60309; DATE: 8/18/2009  -  Clients-15537 | 206.09 |
| 06/11/09 | Transcript of Deposition VENDOR: Esquire Document Retrieval Services; INVOICE#: EQ77852; DATE: 8/24/2009  -  Clients-15537 | 521.84 |
| 07/27/09 | Lodging Travel to Delaware - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 247.90 |
| 08/03/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 51.00 |
| 08/03/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 156.00 |
| 08/03/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 156.00 |
| 08/03/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 156.00 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 08/03/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 156.00 |
| 08/03/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 156.00 |
| 08/05/09 | Archival/Retrieval Services | 83.10 |
| 08/06/09 | Transcript of Deposition VENDOR: TSG Reporting, Inc.; INVOICE#: 080609-69716; DATE: 8/19/2009  -  Clients-15537 | 1,095.20 |
| 08/06/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02535969; DATE: 8/31/2009  -  Account# 306300 | 17.02 |
| 08/06/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02535969; DATE: 8/31/2009  -  Account# 306300 | 1.33 |
| 08/11/09 | Transcript of Deposition VENDOR: TSG Reporting, Inc.; INVOICE#: 081109-69776; DATE: 8/21/2009  -  Cleints-15537 | 982.50 |
| 08/11/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 08/11/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 08/11/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 93.00 |
| 08/11/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 93.00 |
| 08/11/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 93.00 |
| 08/11/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 93.00 |
| 08/17/09 | Archival/Retrieval Services | 47.50 |
| 08/18/09 | Fares, Mileage, Parking Cab fare - travel to DC - VENDOR: Matthew Kramer; INVOICE#: MIK-08/20/09; DATE: 8/20/2009  -  Client - 15537 | 15.00 |
| 08/18/09 | Airfare Travel Miami/Tampa NY/Miami - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09; DATE: 8/26/2009  -  Acct. #5306-2200-2539-5504 | 336.20 |

| Date | Description | Amount |
|---|---|---|
| 08/18/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009 - Acct. #5306-2200-2539-5504 | 30.00 |
| 08/19/09 | Transcript of Deposition VENDOR: TSG Reporting, Inc.; INVOICE#: 081909-56272; DATE: 9/5/2009 - Clients-15537 | 1,496.10 |
| 08/19/09 | Fares, Mileage, Parking Cab fare - travel to DC - VENDOR: Matthew Kramer; INVOICE#: MIK-08/20/09; DATE: 8/20/2009 - Client - 15537 | 16.00 |
| 08/20/09 | Transcript of Deposition VENDOR: TSG Reporting, Inc.; INVOICE#: 082009-56278; DATE: 9/5/2009 - Clients-15537 | 1,515.00 |
| 08/20/09 | Fares, Mileage, Parking Cab fare - from Airport to Home - travel to DC - VENDOR: Matthew Kramer; INVOICE#: MIK-08/20/09; DATE: 8/20/2009 - Client - 15537 | 50.00 |
| 08/20/09 | Airfare Travel to NYC - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-08/20/09; DATE: 8/20/2009 - Client - 15537 | 221.00 |
| 08/20/09 | Lodging Travel to Washington DC - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-08/20/09; DATE: 8/20/2009 - Client - 15537 | 388.16 |
| 08/20/09 | Lodging Travel to NY - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-08/20/09; DATE: 8/20/2009 - Client - 15537 | 322.15 |
| 08/20/09 | Photocopies - Outside Service Jarvis Center fee - Travel to NY - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-08/20/09; DATE: 8/20/2009 - Client - 15537 | 1.50 |
| 08/20/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09PD; DATE: 8/26/2009 - Acct. #5306-2200-2539-5504 | 30.00 |
| 08/21/09 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09; DATE: 8/26/2009 - Acct. #5306-2200-2539-5504 | 957.20 |
| 08/24/09 | Fares, Mileage, Parking Cab fares - travel from FTL airport to Maimi - VENDOR: Matthew Kramer; INVOICE#: MIK-08/24/09; DATE: 8/24/2009 - Client - 15537 | 100.00 |
| 08/24/09 | Meals VENDOR: Matthew Kramer; INVOICE#: MIK-08/24/09; DATE: 8/24/2009 - Client - 15537 | 9.99 |
| 08/24/09 | Lodging Travel to Wilmington, Delaware - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-08/24/09; DATE: 8/24/2009 - Client - 15537 | 174.90 |
| 08/24/09 | Meals In Flight meal - Travel to Wilmington, Delaware - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-08/24/09; DATE: 8/24/2009 - Client - 15537 | 4.00 |
| 08/24/09 | Airfare Travel Philadelphia to Miami - VENDOR: DINERS CLUB; INVOICE#: 07/28/09-08/26/09; DATE: 8/26/2009 - Acct. #5306-2200-2539-5504 | 204.60 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 08/25/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02535969; DATE: 8/31/2009 - Account# 306300 | 21.22 |
| 08/26/09 | Transcript of Deposition VENDOR: TSG Reporting, Inc.; INVOICE#: 082609-56284; DATE: 9/5/2009 - Clients-15537 | 806.00 |
| 09/01/09 | Long Distance Telephone 1(212)806-5544; 2 Mins. | 2.78 |
| 09/01/09 | Long Distance Telephone 1(302)426-1900; 12 Mins. | 16.68 |
| 09/01/09 | Transcript of Deposition VENDOR: Esquire Document Retrieval Services; INVOICE#: EQ84858; DATE: 9/16/2009 - Clients-15537 | 469.75 |
| 09/03/09 | Long Distance Telephone 1(302)575-1555; 4 Mins. | 5.56 |
| 09/07/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009 - Client - 15537 | 4.87 |
| 09/08/09 | Fares, Mileage, Parking Cab Fares - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009 - Client - 15537 | 47.49 |
| 09/08/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009 - Client - 15537 | 80.48 |
| 09/09/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009 - Client - 15537 | 43.57 |
| 09/09/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009 - Client - 15537 | 3.58 |
| 09/09/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009 - Client - 15537 | 9.39 |
| 09/09/09 | Long Distance Telephone-Outside Services Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009 - Client - 15537 | 4.71 |
| 09/10/09 | Long Distance Telephone 1(803)943-4444; 2 Mins. | 4.17 |
| 09/10/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009 - Client - 15537 | 23.36 |
| 09/10/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009 - Client - 15537 | 9.07 |

| Date | Description | Amount |
|---|---|---|
| 09/10/09 | Long Distance Telephone-Outside Services Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009  -  Client - 15537 | 1.07 |
| 09/11/09 | Meals Travel to Charlotte - VENDOR: Matthew Kramer; INVOICE#: MIK-09/11/09; DATE: 9/11/2009  -  Client - 15537 | 5.56 |
| 09/11/09 | Fares, Mileage, Parking Cab fare during travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-09/11/09; DATE: 9/11/2009  -  Client - 15537 | 51.00 |
| 09/11/09 | Fares, Mileage, Parking Cab fare from airport - travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-09/11/09; DATE: 9/11/2009  -  Client - 15537 | 36.00 |
| 09/11/09 | Lodging Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009  -  Client - 15537 | 1,135.44 |
| 09/11/09 | Fares, Mileage, Parking Cab Fares - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009  -  Client - 15537 | 43.46 |
| 09/11/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/11/09; DATE: 9/11/2009  -  Client - 15537 | 25.75 |
| 09/18/09 | Meals Travel to Washington DC - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-08/20/09; DATE: 8/20/2009  -  Client - 15537 | 42.49 |
| 09/18/09 | Internet Connection (Outside Services) Hotel Internet - Travel to NYC - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-08/20/09; DATE: 8/20/2009  -  Client - 15537 | 12.95 |
| 09/18/09 | Long Distance Telephone-Outside Services Travel to NYC - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-08/20/09; DATE: 8/20/2009  -  Client - 15537 | 26.67 |
| 09/24/09 | Long Distance Telephone 1(202)973-9878; 1 Mins. | 1.39 |
| 09/30/09 | Long Distance Telephone 1(414)779-9111; 15 Mins. | 20.85 |
| 09/21/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/03/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/08/09 | Copies 73 pgs @ 0.10/pg | 7.30 |
| 09/09/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/02/09 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 09/22/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/23/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/29/09 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 09/29/09 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 09/30/09 | Copies 9 pgs @ 0.10/pg | 0.90 |

**TOTAL COSTS ADVANCED** $13,326.09


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Rojas, Susana | 1.20 | $190.00 | $228.00 |
| Santorufo, Michael | 1.00 | $195.00 | $195.00 |
| *TOTAL* | *2.20* | | *$423.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,719.00 |
| Archival/Retrieval Services | $130.60 |
| Photocopies - Outside Service | $1.50 |
| Fares, Mileage, Parking | $366.95 |
| Internet Connection (Outside Services) | $12.95 |
| Long Distance Telephone | $51.43 |
| Long Distance Telephone-Outside Services | $1,608.11 |
| Lodging | $2,268.55 |
| Meals | $262.11 |
| Transcript of Deposition | $6,886.39 |
| Copies | $18.50 |
| *TOTAL* | *$13,326.09* |

**CURRENT BALANCE DUE THIS MATTER**     **$13,749.09**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15541**

**RE: 05 - Asset Dispositions**

| | | | | |
|---|---|---|---|---|
| 09/09/09 | JMS | 1.50 | 727.50 | Telephone conference with T. Cipoletti regarding VA account receivable (.7); review backup on same (.3); review and revise motion to approve sale of Panama and Costa Rica assets (.5). |

**PROFESSIONAL SERVICES** $727.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.50 | $485.00 | $727.50 |
| *TOTAL* | *1.50* | | *$727.50* |

**CURRENT BALANCE DUE THIS MATTER** $727.50

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 09/09/09 | JIS | 0.80 | 236.00 | Review and revise August prebill. |
| 09/14/09 | LMF | 0.70 | 143.50 | Meet with accounting and attend to finalizing fee statement for month of August. |
| 09/25/09 | LMF | 0.90 | 184.50 | Prepare summary and notice and attend to submitting Bilzin Sumberg's August statement to local counsel for filing and service. |

**PROFESSIONAL SERVICES** $564.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.80 | $295.00 | $236.00 |
| Flores, Luisa M | 1.60 | $205.00 | $328.00 |
| *TOTAL* | *2.40* | | *$564.00* |

**CURRENT BALANCE DUE THIS MATTER** $564.00

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/01/09 | JMS | 0.40 | 194.00 | Email to Committee regarding confirmation agenda (.2); email to E. Devine regarding participation at hearing (.2). |
| 09/01/09 | WP | 2.20 | 495.00 | Telephonic deposition of Ted Weschler. |
| 09/02/09 | LMF | 0.40 | 82.00 | Telephone conference with court call regarding set up conference calls for confirmation hearing and email attorneys regarding same. |
| 09/02/09 | SR | 0.40 | 76.00 | Attend to making telephoning appearance arrangements for PD committee for Confirmation Hearing's. |
| 09/03/09 | SR | 0.20 | 38.00 | Phone call to T.Tacconelli confirming telephone arrangements. |
| 09/03/09 | SR | 0.10 | 19.00 | Review notice of agenda of matters with M.Kramer. |
| 09/03/09 | SR | 0.80 | 152.00 | Attend to PD Committee's telephonic appearance confirmations |
| 09/04/09 | WP | 1.00 | 225.00 | Participate in call regarding scheduling order. |
| 09/04/09 | SR | 1.20 | 228.00 | Attend toPD Committee members' notification's for confirmation hearings from 9/8-9/11. |
| 09/08/09 | JMS | 5.30 | 2,570.50 | Attend confirmation hearing by phone (5.3). |
| 09/08/09 | MIK | 11.00 | 4,510.00 | Attend confirmation hearing (9.5); summarize hearing (1.5). |
| 09/08/09 | SR | 0.20 | 38.00 | E-mail to R.Reyes at CourtCall regarding W.R. Grace Confirmation Hearings. |
| 09/09/09 | WP | 1.01 | 227.25 | Telephonic deposition of Al McComas. |
| 09/09/09 | MIK | 10.50 | 4,305.00 | Attend confirmation hearing (9.0); summarize hearing (1.5). |
| 09/10/09 | MIK | 9.70 | 3,977.00 | Attend confirmation hearing (8.2); summarize hearing (1.5). |
| 09/10/09 | SR | 1.00 | 190.00 | Attend to PD committee members' telephonic confirmations. |
| 09/10/09 | SR | 0.80 | 152.00 | Attend to e-mailing transcripts (0.1); prepare and send out telephonic appearance confirmation's to PD Committee Member's (0.7) |
| 09/11/09 | MIK | 10.50 | 4,305.00 | Attend confirmation hearing (9.0); summarize same (1.5). |
| 09/11/09 | SR | 0.50 | 95.00 | Attend to e-mailing PD Committee members' remaining telephone confirmations. |
| 09/14/09 | MIK | 9.50 | 3,895.00 | Attend confirmation hearing (8.5); summarize hearing (1.0). |
| 09/15/09 | MIK | 10.50 | 4,305.00 | Attend confirmation hearing (9.5); summarize same (1.0). |
| 09/16/09 | MIK | 11.50 | 4,715.00 | Attend confirmation hearing (9.5); summarize same (2.0). |
| 09/17/09 | MIK | 5.50 | 2,255.00 | Attend confirmation hearing (4.0); summarize hearing (1.5). |
| 09/29/09 | JMS | 0.70 | 339.50 | Attend omnibus hearing (.7). |

**PROFESSIONAL SERVICES** $37,388.25

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| **MATTER SUMMARY OF PROFESSIONAL SERVICES** | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Kramer, Matthew I | 78.70 | $410.00 | $32,267.00 |
| Sakalo, Jay M | 6.40 | $485.00 | $3,104.00 |
| Polit, Wendy | 4.21 | $225.00 | $947.25 |
| Flores, Luisa M | 0.40 | $205.00 | $82.00 |
| Rojas, Susana | 5.20 | $190.00 | $988.00 |
| ***TOTAL*** | ***94.91*** | | ***$37,388.25*** |

**CURRENT BALANCE DUE THIS MATTER** $37,388.25

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 09/29/09 | SLB | 0.80 | 540.00 | Attention to district court's opinion regarding State of California, emails from and to S. Mandelberg and J. Sakalo regarding same (.8). |
| 09/29/09 | JMS | 1.10 | 533.50 | Review Buckwalter decision reversing State of California summary judgment decision and email to committee regarding same (1.1). |
| 09/30/09 | JIS | 0.40 | 118.00 | Call from claimant (Nielson) (0.3); email thereon to J. Sakalo (0.1). |

**PROFESSIONAL SERVICES** $1,191.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $675.00 | $540.00 |
| Sakalo, Jay M | 1.10 | $485.00 | $533.50 |
| Snyder, Jeffrey I | 0.40 | $295.00 | $118.00 |
| **TOTAL** | **2.30** | | **$1,191.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,191.50

Atty – SLB
Client No.: 74817/15546

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 09/07/09 | MIK | 5.50 | 1,127.50 | Travel to confirmation hearing (5.5). |
| 09/11/09 | MIK | 4.50 | 922.50 | Travel from hearing (4.5). |
| 09/13/09 | MIK | 6.50 | 1,332.50 | Travel to hearing (6.5). |
| 09/17/09 | MIK | 4.50 | 922.50 | Travel from hearing (4.5). |

**PROFESSIONAL SERVICES** $4,305.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 21.00 | $205.00 | $4,305.00 |
| *TOTAL* | *21.00* | | *$4,305.00* |

**CURRENT BALANCE DUE THIS MATTER** $4,305.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15547

**RE: 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)**

**PROFESSIONAL SERVICES** $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

Atty – SLB  
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/02/09 | JMS | 1.10 | 533.50 | Research regarding inquiries raised by committee members on plan issues (.5); email to Committee regarding agenda and schedule for confirmation (.3); review Debtors' opposition to Anderson motion to compel (.3). |
| 09/02/09 | MIK | 0.40 | 164.00 | Telephone call with J. Baer regarding database (.1); telephone call with D. Speights (.3). |
| 09/04/09 | JMS | 1.00 | 485.00 | Review Plan Proponents' supplemental briefs for confirmation (.8); email exchange with A. Madian regarding confirmation hearing (.2). |
| 09/10/09 | LMF | 0.70 | 143.50 | Work with assistant on providing various deposition transcripts for D. Speights. |
| 09/12/09 | JMS | 0.60 | 291.00 | Review summaries from M. Kramer of confirmation hearing (.6). |
| 09/16/09 | SLB | 0.80 | 540.00 | Email from and to D. Hilton regarding deposition (.3); attention to summaries of prior days' confirmation proceedings (.5). |
| 09/16/09 | JMS | 1.30 | 630.50 | Email from D. Hilton regarding deposition and conference with S. Baena regarding same (.2); review email from M. Kramer regarding September 14 and September 15 hearing summaries (.6); email to Committee regarding transcripts (.2); review email from T. Freedman regarding post-trial scheduling proposal (.3). |
| 09/17/09 | JMS | 0.50 | 242.50 | Email to Committee regarding transcript from confirmation hearing (.2); review summary of day 8 from M. Kramer (.3). |
| 09/17/09 | MIK | 1.00 | 410.00 | Review Zilly deposition transcript (1.0). |
| 09/24/09 | JMS | 1.10 | 533.50 | Email exchange with D. Speights regarding documents provided to A. Rich (1.1). |
| 09/24/09 | MS | 0.20 | 39.00 | Email correspondence regarding court call confirmations. |
| 09/25/09 | JMS | 0.50 | 242.50 | Follow up emails with D. Speights regarding Hass production (.5). |
| 09/25/09 | MS | 0.10 | 19.50 | Email correspondence regarding court call confirmations. |
| 09/30/09 | JMS | 0.60 | 291.00 | Review draft stipulation regarding Finke testimony and discuss with M. Kramer (.6). |

**PROFESSIONAL SERVICES** $4,565.50

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 09/30/09 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for September 2009 $ 60,160.00 | 60,160.00 |

**TOTAL COSTS ADVANCED** $60,160.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $675.00 | $540.00 |
| Kramer, Matthew I | 1.40 | $410.00 | $574.00 |
| Sakalo, Jay M | 6.70 | $485.00 | $3,249.50 |
| Flores, Luisa M | 0.70 | $205.00 | $143.50 |
| Santorufo, Michael | 0.30 | $195.00 | $58.50 |
| **TOTAL** | **9.90** | | **$4,565.50** |



**M<small>ATTER</small> S<small>UMMARY OF</small> C<small>OSTS</small> A<small>DVANCED</small>**

| | |
|---|---|
| Miscellaneous Costs | $60,160.00 |
| ***T<small>OTAL</small>*** | ***$60,160.00*** |

**C<small>URRENT</small> B<small>ALANCE</small> D<small>UE</small> T<small>HIS</small> M<small>ATTER</small>**                                                                $64,725.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/09/09 | LMF | 0.30 | 61.50 | Review statement from LECG and include with Bilzin statement of fees and costs for August. |
| 09/28/09 | LMF | 0.30 | 61.50 | Attend to reimbursement for professionals. |

**PROFESSIONAL SERVICES** $123.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.60 | $205.00 | $123.00 |
| *TOTAL* | *0.60* | | *$123.00* |

**CURRENT BALANCE DUE THIS MATTER** $123.00