IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 11/23/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FOURTEENTH MONTHLY INTERIM PERIOD FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2009 through October 31, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $28,848.00   [80% of $36,060.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $2,337.16 |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |

---

[1] At 80% of the total incurred.

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 60.1 hours,[2] for a total amount billed of $36,060.00 of which 80% is currently sought, in the amount of $28,848.00.

As stated above, this is the Fourteenth application for monthly fees and expenses. The time for preparation of this Application is approximately 2.0 hours, for which $1,200.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Disclosure Statement and Confirmation | 44.9 | $26,940.00 |
| Travel | 22.0 (100% actual time) | $6,600.00 (at 50% rate) |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 4.2 | $2,520.00 |
| TOTAL | 71.1 | $36,060.00 |

EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| Travel<br>Deposition Phone Charges<br>Court Call Charges | $2,135.16<br>$100.00<br>$102.00 |
| TOTAL | $2,337.16 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of November, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (October, 2009)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 10/1/2009 | Email from Debtors' counsel and PI FCR counsel re Travelers settlement | 0.1 |
| 10/1/2009 | Prepare monthly interim fee application for the 13th period | 2.0 |
| 10/1/2009 | Review Order re motion in limine re Solomons | 0.1 |
| 10/1/2009 | Telephone conference with counsel for Travelers re settlement issues and email to counsel re same | 0.5 |
| 10/1/2009 | Review application of PI FCR to hire financial advisor | 0.2 |
| 10/2/2009 | Review email from debtors' counsel re changes to admitted trial exhibit list | 0.1 |
| 10/3/2009 | Review revised admitted trial exhibit list and email from debtors' counsel re status of agreements and meet and confer | 0.5 |

| | | |
|---|---|---|
| 10/3/2009 | Review Agenda for 10-7 hearing | 0.1 |
| 10/3/2009 | Review Anderson Memorial Response re Motion in Limine re Solomons | 0.2 |
| 10/3/2009 | Review Anderson Memorial Response re Motion in Limine re Ewing | 0.1 |
| 10/4/2009 | Review blackline of further revised master admitted exhibit list | 0.3 |
| 10/5/2009 | Telephonic meet and confer re master exhibit list issues | 1.5 |
| 10/5/2009 | Email to and from client | 0.1 |
| 10/6/2009 | Review CNO re 22nd claim settlement notice | 0.1 |
| 10/6/2009 | Review monthly operating report (Aug. '09) | 0.4 |
| 10/6/2009 | Review Kaneb stipulation | 0.1 |
| 10/6/2009 | Review Adage notice of intent to acquire additional equity | 0.1 |
| 10/6/2009 | Emails to and from Debtors' counsel re status of technical amendments to PD Trust Agreement | 0.1 |
| 10/6/2009 | Review email from debtors' counsel re exhibit stipulations and Libby demonstratives | 0.2 |
| 10/7/2009 | Review proposed changes to the Travelers' settlement 9019 Order and email to client re same | 0.2 |
| 10/7/2009 | Review agenda for resumption of Confirmation Hearing on 10/13-10/14 | 0.2 |
| 10/7/2009 | Review transcript of trial testimony of PD FCR | 0.8 |

| | | |
|---|---|---|
| 10/7/2009 | Review email from debtors' counsel re exhibits and insurer stipulations | 0.2 |
| 10/7/2009 | Telephone conference with client | 0.1 |
| 10/7/2009 | Revisions to Travelers' settlement order and email to Travelers' counsel re same | 0.2 |
| 10/7/2009 | Attend (by telephone) hearings on various motions re Anderson Memorial Hospital discovery and testimony | 1.6 |
| 10/7/2009 | Preparation of 6th, 7th and 8th Monthly Fee Applications of the PD FCR | 2.0 |
| 10/7/2009 | Review Certification of Counsel re stipulation of admissiblility of Bank Lender Group/UCC exhibits | 0.1 |
| 10/8/2009 | Emails re stipulation for attachments to 2019 statements | 0.1 |
| 10/8/2009 | Review Certification of Counsel re chart of admitted or stipulated to exhibits | 0.4 |
| 10/8/2009 | Review Certification of Counsel re Plan Proponents' exhibits | 0.2 |
| 10/8/2009 | Review Certification of Counsel Re: Filing of Chart of Depositions and Other Prior Testimony Designations | 0.4 |
| 10/8/2009 | Review revisions to the Travelers' settlement order and emails to and from other counsel re same | 0.3 |
| 10/8/2009 | Review Certificate of No Objection re Chartis amended settlement agreement | 0.1 |
| 10/9/2009 | Review GEICO Exhibit stipulation | 0.1 |
| 10/9/2009 | Telephone conference with Dan Speights | 0.1 |

| | | |
|---|---|---|
| 10/9/2009 | Review Debtors' response to Munoz motion to lift stay | 0.3 |
| 10/9/2009 | Review CNA stipulation re trial exhibits | 0.1 |
| 10/9/2009 | Review Amended Agenda for October 13-14 | 0.2 |
| 10/9/2009 | Review CoC re Travelers settlement | 0.2 |
| 10/9/2009 | Review amended PD settlements with Main Plaza and KARK-TV | 0.1 |
| 10/11/2009 | Telephone conference with Dan Speights | 0.1 |
| 10/11/2009 | Review proposed post-trial scheduling order | 0.1 |
| 10/12/2009 | Email from J. Baer re closing arguments | 0.1 |
| 10/12/2009 | Telephone conference with client re Travelers settlement | 0.1 |
| 10/12/2009 | Review Debtors' proffer of direct testimony of Richard Finke and comparison to prior draft | 0.4 |
| 10/12/2009 | Review demonstrative exhibit re Prouty claim | 0.1 |
| 10/12/2009 | Review Written question answers of Mark Shelnitz | 0.2 |
| 10/12/2009 | Travel (non-productive) Dallas to Pittsburgh (4.8 hrs.@ 50%) | 2.4 |
| 10/13/2009 | Confirmation Hearing -- Day 9 | 8.5 |
| 10/13/2009 | Review Notice of Amendments to Admitted Exhibit Chart | 0.2 |
| 10/13/2009 | Review Notice of Amendments to Deposition Chart | 0.1 |
| 10/13/2009 | Review Second Cumulative Plan Amendments | 1.0 |
| 10/13/2009 | Review Settlement motion re Town of Acton | 0.1 |

| | | |
|---|---|---|
| 10/13/2009 | Review Order granting Motion in Limine re Ewing | 0.1 |
| 10/13/2009 | Review Order approving stipulation regarding UCC and Lender exhibits | 0.1 |
| 10/13/2008 | Review Order regarding Solomons Motion in Limine | 0.1 |
| 10/13/2009 | Review Order approving Chartis Settlement | 0.1 |
| 10/13/2008 | Review Order approving Travelers Settlement | 0.1 |
| 10/13/2009 | CNOs re PD Settlements with John Muir Hospital, KARK-TV, Main Plaza, North Arkansas Reg. Med. Ctr, Gulf Atlantic, Hyatt, Allegheny Center, FF Thompson Center, Burgdoff Building, Olympus 555, Glen Oak Club and Chgo Hist. Soc. | 0.4 |
| 10/13/2009 | Review CNOs re Motions to Sell 5% of Advanced Refining business, BNSF POC Stipulation, and Motion to Establish Defined Contribution Plan for New Hires | 0.2 |
| 10/14/2009 | Confirmation Hearing -- Day 10 | 7.0 |
| 10/14/2009 | Travel (non-productive) Pittsburgh to Dallas (4.8 hrs.@ 50%) | 2.4 |
| 10/15/2009 | Review Maryland Casualty Request for Judicial Notice | 0.2 |
| 10/15/2009 | Conference with counsel for PD Committee re amendments | 0.2 |
| 10/15/2009 | Conference with client | 0.1 |
| 10/15/2009 | Email from Debtors' counsel re revisions to Post-Trial briefing Order | 0.1 |
| 10/15/2009 | Review Debtors' statement re ordinary course professionals for 3Q09 | 0.1 |
| 10/16/2009 | Review Post Trial Briefing and Argument Order and redline | 0.2 |

| | | |
|---|---|---|
| 10/17/2009 | Review Certification of Counsel from Debtors re Post-Trial scheduling order | 0.1 |
| 10/17/2009 | Review letter to court and proposed Post-Trial scheduling order from Anderson Memorial | 0.1 |
| 10/19/2009 | Review emails from debtors' counsel re trial exhibits and deposition designations | 0.2 |
| 10/19/2009 | Review Certificate of No Objection re PD settlement with Presidential Towers | 0.1 |
| 10/19/2009 | Review Request for Judicial Notice by Libby Claimants | 0.1 |
| 10/19/2009 | Review Agenda for October Omnibus hearing | 0.1 |
| 10/20/2009 | Review motion to approve stipulation resolving environmental POC of Austin Foods | 0.1 |
| 10/20/2009 | Review motion to approve stipulation resolving environmental POC of the State of New Jersey | 0.2 |
| 10/20/2009 | Review latest revised charts of admitted exhibits and withdrawn exhibits | 1.0 |
| 10/20/2009 | Review Final agenda for October Omnibus hearing | 0.1 |
| 10/20/2009 | Review Stipulation for Admission of Certain Arrowood Indemnity Company Insurance Policies Between Arrowood and Libby Claimants | 0.1 |
| 10/21/2009 | Emails to and from client re omnibus hearing | 0.1 |
| 10/21/2009 | Review emails regarding hyperlinking briefs | 0.1 |
| 10/21/2009 | Emails to and from Debtors' counsel re post trial briefs | 0.2 |

| | | |
|---|---|---|
| 10/21/2009 | Conference with client re post trial briefing issues | 0.1 |
| 10/21/2009 | Prepare and file Certificate of No Objection re 13th Monthly Fee Application of counsel to the PD FCR | 0.2 |
| 10/21/2009 | Review Grace List of additional exhibits/Proffer | 0.2 |
| 10/21/2009 | Emails from Debtors re copy of Judge Sanders' proffer | 0.1 |
| 10/22/2009 | Email from client re post trial brief | 0.1 |
| 10/22/2009 | Review additional Grace exhibits added to FTP site | 0.2 |
| 10/22/2009 | Begin drafting of post-trial brief of PD FCR | 1.5 |
| 10/22/2009 | Email from Debtors' counsel re meet and confer re deposition designations | 0.1 |
| 10/23/2009 | Review Certification of Counsel re orders on MIL re Libby reliance material and Anderson Memorial/State of Montana deposition designations | 0.1 |
| 10/23/2009 | Review Debtors' revised charts of admitted and non-admitted exhibits | 0.4 |
| 10/23/2009 | Telephonic meet and confer admitted and not admitted exhibit lists issues | 0.5 |
| 10/23/2009 | Continue Drafting Post Trial Brief of PD FCR | 2.0 |
| 10/24/2009 | Review further Amended Hearing Agenda for October Omnibus hearing | 0.1 |
| 10/24/2009 | Review memo regarding hyperlinks and email from K. Love re hyperlink questions | 0.1 |
| 10/24/2009 | Review Lenders' brief re Frezza motion in limine | 0.5 |

| | | |
|---|---|---|
| 10/25/2009 | Travel (non-productive) from Dallas to Wilmington (5.2 hrs. @ 50%) | 2.6 |
| 10/26/2009 | Attend October Omnibus hearing | 2.0 |
| 10/26/2009 | Emails to and from PD Committee Counsel re status of plan amendments | 0.1 |
| 10/26/2009 | Email from Debtors' counsel re post-trial brief | 0.1 |
| 10/26/2009 | Travel (non-productive) from Wilmington to Dallas (7.2 hrs. @ 50%) | 3.6 |
| 10/27/2009 | Revisions to post-trial brief of PD FCR and emails and telephone call to and from client re same | 0.5 |
| 10/27/2009 | Telephone call with debtors' counsel re briefing | 0.1 |
| 10/27/2009 | Review Order approving PD Settlement with Presidential Towers | 0.1 |
| 10/27/2009 | Email from debtors' counsel re citations in briefs | 0.1 |
| 10/27/2009 | Review Certification of Counsel re Order on Post-Trial matters | 0.1 |
| 10/27/2009 | Review emails from Libby's and Debtors' counsel re hyperlink issues | 0.1 |
| 10/27/2009 | Review Notice of rejection of Pennsylvania lease | 0.1 |
| 10/28/2009 | Revision to post trial brief and email from client re same | 0.1 |
| 10/28/2009 | Review notice of transmittal of record re bank lenders' appeal | 0.1 |
| 10/28/2009 | Review Orders approving various PD Settlements (Chgo Hist. Soc., No. Ark. Med. Ctr, Gulf Atlantic, Burgdoff, St. Jos. Hosp., FF Thompson Ctr, Muir Hosp, Glenn Oak, Hyatt, Olympus 555, KARK-TV, Main Plaza, Allegheny Center) | 0.3 |

| | | |
|---|---|---|
| 10/28/2009 | Review filed Final Charts re Deposition Excerpts, Admitted Exhibits and Not Admitted Exhibits | 1.0 |
| 10/28/2009 | Review Orders approving sale of Advanced Refining stock, approving stipulation with BNSF re POC and approving definied contribution plan for new hires | 0.1 |
| 10/28/2009 | Email from Debtors' counsel re change in final argument dates | 0.1 |
| 10/29/2009 | Review Certification of Counsel and proposed order regarding rescheduling of closing arguments | 0.1 |
| 10/30/2009 | Review Certification of Counsel re Motion in Limine re Frezza testimony | 0.1 |
| 10/30/2009 | Review Order resetting dates for closing arguments | 0.1 |
| 10/31/2009 | Review notices of de minimus settlements and asset sales for 3Q2009 | 0.2 |

Total: 60.1 hours @ $600.00/hour = $36,060.00

Expenses:   Detail on Exhibit 1– $2,337.16

**Total Fees and Expenses Due:    $38,397.16**

EXPENSES FOR OCTOBER 2009                                                                                              EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 9/25/2009 | Court Reporter Charge for Solomons Deposition Telephone Charge | $100.00 |
| 10/7/2009 | Court Call telephonic appearance charge | $37.00 |
| 10/13/2009 | Court Call telephonic appearance charge | $65.00 |
| 10/12/2009 | RT Coach Airfare from DFW to PIT and stand-by charge | $409.20 |
| 10/12/2009 | Taxi from PIT to hotel | $43.00 |
| 10/12/2009 | Dinner | $19.99 |
| 10/13/2009 | Lunch with A. Sanders (PDFCR) and M. Kramer (PD Committee) | $61.00 |
| 10/14/2009 | Hotel (two nights) | $636.12 |
| 10/14/2009 | Hotel tips | $5.00 |
| 10/14/2009 | Airport transportation to PIT from downtown | $60.00 |
| 10/14/2009 | DFW Airport Parking | $42.00 |
| 10/25/2009 | RT Coach Airfare from DFW to PHL and stand-by fee | $416.20 |
| 10/25/2009 | Rental Car and gasoline | $35.77 |
| 10/25/2009 | Dinner | $19.98 |
| 10/26/2009 | Lunch | $45.00 |
| 10/26/2009 | Hotel | $317.90 |
| 10/26/2009 | Hotel and Valet Tips | $5.00 |
| 10/26/2009 | DFW Airport Parking | $19.00 |
| | TOTAL EXPENSES | $2,337.16 |