## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES, LLP,
## FOR THE THIRTY-THIRD INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Thirty-Third Interim Fee Application of Pachulski Stang Ziehl & Jones, LLP (the "Application").

## BACKGROUND

1.      Pachulski Stang Ziehl & Jones, LLP ("Pachulski"), was retained as counsel to the Debtors.  In the Application, Pachulski seeks approval of fees totaling $153,716.75 and expenses totaling $137,556.03 for its services from April 1, 2009 through June 30, 2009 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent

established in the United States Bankruptcy Court for the District of Delaware, the United States

District Court for the District of Delaware, and the Third Circuit Court of Appeals.  Based on our

review, we emailed an inquiry to Pachulski, and received a response from Pachulski, portions of

which response are quoted herein.

## DISCUSSION

3.    We noted the following time entry which appeared to have been billed to the W. R.

Grace estate in error:

| | | | | | |
|---|---|---|---|---|---|
| 06/08/09 | PEC | Draft Notice of Filing First and Final Fee Application of Avondale Partners LLC for the Period of March 5, 2009 through May 31, 2009 and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 215.00 | $172.00 |

Pursuant to our inquiry, Pachulski responded that the time entry was "billed in error."  We

appreciate Pachulski's response and recommend a reduction of $172.00 in fees.

## CONCLUSION

4.    Thus, we recommend approval of $153,544.75 in fees ($153,716.75 minus $172.00)

and $137,556.03 in expenses for Pachulski's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**


By: _____
           Warren H. Smith
           Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

           **FEE AUDITOR**


           **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 2nd  day of November, 2009.


_____
Warren H. Smith

**SERVICE LIST**
<u>Notice Parties</u>

**The Applicant**
James E. O'Neill
Laura Davis Jones
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.

Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801