IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Russell Field)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
Division Counsel
7500 Grace Drive
Columbia, MD  21044

October 21, 2009
Client/Matter #  01246-014015
Invoice # 131723
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Russell Field

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/01/09 | P. Marks | 0.30 | Check status of original signatures and filing to wrap up matter. |
| 09/14/09 | P. Marks | 1.20 | Prepare response to creditors committee re settlement proposal; email exchanges with client re same. |
| 09/21/09 | P. Marks | 0.20 | Review correspondence to creditor's committee. |
| 09/29/09 | P. Marks | 0.60 | Close out and organize files; communications re final update to J. Kass. |

Total Hours :         2.30

Total Fees :       $966.00

BEVERIDGE & DIAMOND, P.C.                                     INVOICE #   131723
                                                              October 21, 2009
                                                              PAGE   2

**Disbursements:**

    Long Distance Telephone                               1.00
    Express Delivery                                     52.92

                               Total Disbursements :                    $53.92


**Time Summary:**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 2.30         | $420.00         | $966.00     |

                                   Total Fees :                    $966.00

                             Total Disbursements :                    $53.92

                                    TOTAL DUE :                    $1,019.92

# EXHIBIT B

(General Regulatory/Compliance Issues)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

October 21, 2009  
Client/Matter #  01246-012100  
Invoice # 131721  
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

General Regulatory/Compliance Issues

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/22/09 | L. McAfee | 4.00 | Review Title V permit and fact sheet; preparation for site meeting re air issues; site meeting. |
| 09/24/09 | L. McAfee | 1.50 | Draft memorandum summarizing site visit. |
| 09/25/09 | L. McAfee | 2.00 | Draft summary of 9/22 site visit; email L. Duff re same. |
| 09/28/09 | L. McAfee | 0.50 | Review, revise, and finalize memorandum re S. Dyer debrief; email L. Duff re same. |

Total Hours :   8.00

Total Fees :   $3,560.00

BEVERIDGE & DIAMOND, P.C.                                       INVOICE #   131721
                                                                October 21, 2009
                                                                PAGE   2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 8.00 | $445.00 | $3,560.00 |
| | | Total Fees : | $3,560.00 |
| | | TOTAL DUE : | $3,560.00 |

# EXHIBIT C

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                              October 21, 2009
Attn: Lydia B. Duff, Esq.                             Client/Matter #  01246-011548
7500 Grace Drive                                      Invoice # 131720
Columbia, MD  21044                                   Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/02/09 | P. Marks | 0.30 | Email exchange re contractor issue and review developments. |
| 09/18/09 | P. Marks | 1.00 | Evaluate USACE presentation for CAP meeting; prepare comments re same. |
| 09/22/09 | P. Marks | 0.30 | Coordinate with team re public meetings. |

                                         **Total Hours :**         1.60

                                         **Total Fees :**       $672.00

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  131720
                                                             October 21, 2009
                                                             PAGE  2

## Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.60 | $420.00 | $672.00 |
|  |  | **Total Fees :** | **$672.00** |
|  |  | **TOTAL DUE :** | **$672.00** |

# EXHIBIT D

(Curtis Bay RCRA 2)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

| | |
|---|---|
| W. R. Grace & Co. - Conn | October 21, 2009 |
| Attn: Lydia B. Duff, Esq. | Client/Matter # 01246-013923 |
| 7500 Grace Drive | Invoice # 131722 |
| Columbia, MD  21044 | Federal ID# 52-1247549 |

For Legal Services Rendered Through 09/30/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/23/09 | P. Marks | 1.80 | Telephone conference with L. Duff re OMC Plant change and steps to address issue; prepare email to client re same; review correspondence to EPA and subpart BB. |
| 09/25/09 | P. Marks | 1.30 | Prepare draft correspondence to EPA; review prior responses to EPA re same. |
| 09/30/09 | P. Marks | 0.80 | Telephone conference with L. Duff and M. Obradovic re Subpart BB record-keeping and related issues. |

**Total Hours :**        3.90

**Total Fees :**      $1,638.00

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  131722
                                                             October 21, 2009
                                                             PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 3.90 | $420.00 | $1,638.00 |
|  | **Total Fees :** |  | **$1,638.00** |
|  | **TOTAL DUE :** |  | **$1,638.00** |