Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 1


       W. R. Grace, Inc. c/o Elihu Inselbuch
       Caplin & Drysdale
       399 Park Avenue, 27th Floor
       New York, New York 10022


| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/03/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) | 2.4 | 1920.00 |
| #6410     Review Dunbar rebuttal of Peterson report | 800.00 | |
| 09/04/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) | 2.2 | 1760.00 |
| #6412     Review Dunbar rebuttal of Peterson report | 800.00 | |
| 09/10/09  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) | 1.8 | 855.00 |
| #6617     Develop summary and comments on Chambers' rebuttal report | 475.00 | |
| 09/11/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) | 0.4 | 320.00 |
| #6437     Telephone Relles re: Chambers, Chapter 7 issues | 800.00 | |
| 09/11/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) | 3.0 | 2400.00 |
| #6438     Review Chambers's rebuttal report | 800.00 | |
| 09/11/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) | 2.2 | 1760.00 |
| #6440     Review Dunbar rebuttal report | 800.00 | |
| 09/11/09  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) | 0.4 | 190.00 |
| #6619     Telephone Peterson re: Chambers, Chapter 7 issues | 475.00 | |
| 09/12/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) | 3.2 | 2560.00 |
| #6444     Review Chambers's deposition testimony | 800.00 | |
| 09/13/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) | 2.8 | 2240.00 |
| #6445     Review Dunbar's deposition testimony | 800.00 | |

Date: 10/29/09          Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 2

      W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/01/09  Relles   / (07) Committee, Creditors'<br>#6603    Garbowski phone call re: information for insurers | 0.3<br>475.00 | 142.50 |
| 09/02/09  Relles   / (07) Committee, Creditors'<br>#6605    Telephone Finch re: graphics | 0.3<br>475.00 | 142.50 |
| 09/03/09  Peterson  / (07) Committee, Creditors'<br>#6407    Conference with Finch re: review of direct testimony<br>and preparation | 1.8<br>800.00 | 1440.00 |
| 09/03/09  Peterson  / (07) Committee, Creditors'<br>#6409    Review Finch email with demonstratives for first<br>Peterson trial testimony | 0.5<br>800.00 | 400.00 |
| 09/03/09  Relles   / (07) Committee, Creditors'<br>#6607    Reconstruct insurance analysis computations, produce<br>new tables for Garbowski | 2.2<br>475.00 | 1045.00 |
| 09/04/09  Relles   / (07) Committee, Creditors'<br>#6610    Respond to Finch requests to update slides | 0.8<br>475.00 | 380.00 |
| 09/13/09  Relles   / (07) Committee, Creditors'<br>#6622    Update Peterson exhibits, send various combinations<br>of slides to Finch | 1.3<br>475.00 | 617.50 |
| 09/14/09  Peterson  / (07) Committee, Creditors'<br>#6453    Meet with lawyers regarding hearing | 2.0<br>800.00 | 1600.00 |
| 09/15/09  Peterson  / (07) Committee, Creditors'<br>#6456    Meet with attorneys about hearing | 1.5<br>800.00 | 1200.00 |
| 09/22/09  Peterson  / (07) Committee, Creditors'<br>#6459    telephone Finch and Relles re: estimating percent of<br>liability for claims already accrued or filed | 0.3<br>800.00 | 240.00 |
| 09/22/09  Peterson  / (07) Committee, Creditors'<br>#6460    Review Finch email and bases of alternative<br>forecasts | 2.5<br>800.00 | 2000.00 |
| 09/22/09  Relles   / (07) Committee, Creditors'<br>#6626    Telephone Finch and Peterson re: estimating percent<br>of liability for claims already accrued or filed | 0.3<br>475.00 | 142.50 |
| 09/23/09  Peterson  / (07) Committee, Creditors'<br>#6461    Review Relles' response to Finch and tables | 1.0<br>800.00 | 800.00 |

Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                                  Page 3

     W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/23/09  Relles    / (07) Committee, Creditors'<br>#6628     Reconstruct projections from tables in Peterson<br>    report; email Finch re: same | 2.2<br>475.00 | 1045.00 |
| 09/24/09  Relles    / (07) Committee, Creditors'<br>#6629     Telephone Garbowski re: additional data | 0.2<br>475.00 | 95.00 |

Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 4

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/01/09  Peterson  / (14) Hearings | 0.5 | 400.00 |
| #6402    telephone Relles re: materials for deposition | 800.00 | |
| 09/01/09  Peterson  / (14) Hearings | 2.1 | 1680.00 |
| #6405    Review Jay Hughes deposition and related documents | 800.00 | |
| 09/01/09  Relles   / (14) Hearings | 1.4 | 665.00 |
| #6601    Prepare materials for deposition (.9); telephone Peterson re: materials for deposition (.5) | 475.00 | |
| 09/02/09  Peterson  / (14) Hearings | 2.0 | 1600.00 |
| #6406    Review Libby response to Daubert motions; review motions | 800.00 | |
| 09/03/09  Peterson  / (14) Hearings | 3.4 | 2720.00 |
| #6408    Review Jay Hughes deposition and documents | 800.00 | |
| 09/03/09  Relles   / (14) Hearings | 1.4 | 665.00 |
| #6608    Read Hughes deposition | 475.00 | |
| 09/04/09  Peterson  / (14) Hearings | 4.7 | 3760.00 |
| #6411    Review first Peterson deposition | 800.00 | |
| 09/04/09  Relles   / (14) Hearings | 1.2 | 570.00 |
| #6611    Read Hughes deposition | 475.00 | |
| 09/07/09  Peterson  / (14) Hearings | 2.5 | 2000.00 |
| #6425    Review Peterson deposition | 800.00 | |

{D0165065.1 }

Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 5

      W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/04/09  Relles    / (16) Plan and Disclosure Statement | 1.0 | 475.00 |
| #6612    Review TDP | 475.00 | |
| | | |
| 09/05/09  Peterson  / (16) Plan and Disclosure Statement | 3.6 | 2880.00 |
| #6414    Study and prepare to testify about Grace TDP | 800.00 | |
| | | |
| 09/05/09  Peterson  / (16) Plan and Disclosure Statement | 3.8 | 3040.00 |
| #6417    Review analyses of Trust liability and claims values | 800.00 | |
| | | |
| 09/06/09  Peterson  / (16) Plan and Disclosure Statement | 1.1 | 880.00 |
| #6419    Review forecast of Trust and tort liability report | 800.00 | |
|     re; Chapter 7 | | |

Date: 10/29/09          Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 6

     W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/07/09  Peterson  / (20) Travel - Non-working | 3.6 | 1440.00 |
| #6423     Travel Thousand Oaks to Pittsburgh | 400.00 | |
| 09/09/09  Peterson  / (20) Travel - Non-working | 7.0 | 2800.00 |
| #6432     Travel to Thousand Oaks | 400.00 | |
| 09/14/09  Peterson  / (20) Travel - Non-working | 4.6 | 1840.00 |
| #6452     Travel Thousand Oaks to Pittsburgh | 400.00 | |
| 09/15/09  Peterson  / (20) Travel - Non-working | 7.0 | 2800.00 |
| #6458     Travel to Thousand Oaks | 400.00 | |

Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 7

     W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/01/09  Peterson  / (28) Data Analysis<br>#6401      Telephone Relles re: current status | 0.3<br>800.00 | 240.00 |
| 09/01/09  Peterson  / (28) Data Analysis<br>#6403      Review and revise report of future nonmalignant<br>    filings | 1.2<br>800.00 | 960.00 |
| 09/01/09  Peterson  / (28) Data Analysis<br>#6404      Review current version of trial demonstratives | 1.6<br>800.00 | 1280.00 |
| 09/01/09  Relles    / (28) Data Analysis<br>#6602      Update grace slides | 3.8<br>475.00 | 1805.00 |
| 09/01/09  Relles    / (28) Data Analysis<br>#6604      Telephone Peterson re: current status | 0.3<br>475.00 | 142.50 |
| 09/02/09  Brelsford / (28) Data Analysis<br>#7101      Work on formatting slides | 1.0<br>245.00 | 245.00 |
| 09/02/09  Relles    / (28) Data Analysis<br>#6606      Produce additional set of slides | 1.0<br>475.00 | 475.00 |
| 09/04/09  Peterson  / (28) Data Analysis<br>#6413      Practice run through testimony based on<br>    demonstratives | 2.7<br>800.00 | 2160.00 |
| 09/04/09  Relles    / (28) Data Analysis<br>#6609      Develop information about Heberling list of cases | 1.6<br>475.00 | 760.00 |
| 09/05/09  Peterson  / (28) Data Analysis<br>#6415      Review Peterson and Relles Libby documents | 3.7<br>800.00 | 2960.00 |
| 09/05/09  Peterson  / (28) Data Analysis<br>#6416      Review Libby rebuttal brief | 3.1<br>800.00 | 2480.00 |
| 09/06/09  Peterson  / (28) Data Analysis<br>#6418      Work on Chapter 7 liquidation issue | 3.2<br>800.00 | 2560.00 |
| 09/06/09  Peterson  / (28) Data Analysis<br>#6420      Telephone Relles re: materials for trial | 0.5<br>800.00 | 400.00 |
| 09/06/09  Peterson  / (28) Data Analysis<br>#6421      Review data on Libby claims and resolutions | 2.1<br>800.00 | 1680.00 |

{D0165065.1 }

Date: 10/29/09          Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 8

      W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/06/09  Peterson  / (28) Data Analysis<br>#6422    Prepare and assemble materials to take to Pittsburgh<br>    for trial | 5.5<br>800.00 | 4400.00 |
| 09/06/09  Relles    / (28) Data Analysis<br>#6613    Assemble Libby materials for Peterson testimony<br>    (1.5); telephone Peterson (.5) re: testimony | 2.0<br>475.00 | 950.00 |
| 09/07/09  Peterson  / (28) Data Analysis<br>#6424    Review demonstratives for Peterson testimony | 2.8<br>800.00 | 2240.00 |
| 09/07/09  Peterson  / (28) Data Analysis<br>#6426    Review Peterson expert report | 2.9<br>800.00 | 2320.00 |
| 09/07/09  Peterson  / (28) Data Analysis<br>#6427    Meet with counsel re: hearing | 2.5<br>800.00 | 2000.00 |
| 09/07/09  Peterson  / (28) Data Analysis<br>#6428    Telephone Relles re: Chapter 7 analysis | 0.5<br>800.00 | 400.00 |
| 09/07/09  Relles    / (28) Data Analysis<br>#6614    Assemble additional tables for Peterson testimony | 2.0<br>475.00 | 950.00 |
| 09/07/09  Relles    / (28) Data Analysis<br>#6615    Compute current liabilities with a return to the<br>    tort system | 2.3<br>475.00 | 1092.50 |
| 09/07/09  Relles    / (28) Data Analysis<br>#6616    Telephone Peterson re: Chapter 7 analysis | 0.5<br>475.00 | 237.50 |
| 09/08/09  Peterson  / (28) Data Analysis<br>#6429    Review materials for testimony | 3.4<br>800.00 | 2720.00 |
| 09/08/09  Peterson  / (28) Data Analysis<br>#6430    Attend hearing | 4.0<br>800.00 | 3200.00 |
| 09/08/09  Peterson  / (28) Data Analysis<br>#6431    Testify at hearing and preparation | 4.0<br>800.00 | 3200.00 |
| 09/10/09  Peterson  / (28) Data Analysis<br>#6433    Work on analysis of asbestos liability under Chapter<br>    7 | 1.1<br>800.00 | 880.00 |
| 09/10/09  Peterson  / (28) Data Analysis<br>#6434    Review first Peterson Expert Report to prepare for<br>    continued testimony | 3.7<br>800.00 | 2960.00 |

Date: 10/29/09          Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 9

      W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/10/09  Peterson  / (28) Data Analysis<br>#6435    Review demonstratives for second phase of testimony | 2.6<br>800.00 | 2080.00 |
| 09/11/09  Peterson  / (28) Data Analysis<br>#6436    Telephone Leibenstein re:Chapter 7 analysis | 0.5<br>800.00 | 400.00 |
| 09/11/09  Peterson  / (28) Data Analysis<br>#6439    email correspondence with Leibenstein re: Chapter 7<br>    liability analysis | 0.4<br>800.00 | 320.00 |
| 09/11/09  Peterson  / (28) Data Analysis<br>#6441    Review Peterson rebuttal report | 1.3<br>800.00 | 1040.00 |
| 09/11/09  Peterson  / (28) Data Analysis<br>#6442    Work on preparation of testimony | 3.1<br>800.00 | 2480.00 |
| 09/11/09  Relles    / (28) Data Analysis<br>#6618    Review Chapter 7 analysis | 0.5<br>475.00 | 237.50 |
| 09/12/09  Peterson  / (28) Data Analysis<br>#6443    Review Peterson testimony on Day 2 | 3.8<br>800.00 | 3040.00 |
| 09/13/09  Peterson  / (28) Data Analysis<br>#6446    Review Peterson testimony on Day 2 | 0.8<br>800.00 | 640.00 |
| 09/13/09  Peterson  / (28) Data Analysis<br>#6447    Telephone Relles re: slides | 0.3<br>800.00 | 240.00 |
| 09/13/09  Peterson  / (28) Data Analysis<br>#6448    Review demonstratives for hearing | 1.0<br>800.00 | 800.00 |
| 09/13/09  Peterson  / (28) Data Analysis<br>#6449    Review forecast analysis and documents | 3.4<br>800.00 | 2720.00 |
| 09/13/09  Peterson  / (28) Data Analysis<br>#6450    Prepare documents to take to hearing | 2.5<br>800.00 | 2000.00 |
| 09/13/09  Relles    / (28) Data Analysis<br>#6620    Create new table for Peterson exhibits | 1.0<br>475.00 | 475.00 |
| 09/13/09  Relles    / (28) Data Analysis<br>#6621    Review information on non-products liabilities | 0.4<br>475.00 | 190.00 |
| 09/13/09  Relles    / (28) Data Analysis<br>#6623    Telephone Peterson re: slides | 0.3<br>475.00 | 142.50 |

Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                                Page 10

      W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/14/09  Peterson  / (28) Data Analysis | 4.6 | 3680.00 |
| #6451    Run through testimony for hearing | 800.00 | |
| 09/14/09  Peterson  / (28) Data Analysis | 3.2 | 2560.00 |
| #6454    Review Peterson expert report | 800.00 | |
| 09/14/09  Relles    / (28) Data Analysis | 1.0 | 475.00 |
| #6624    Update estimates of tort liability, by filing year | 475.00 | |
| 09/14/09  Relles    / (28) Data Analysis | 1.5 | 712.50 |
| #6625    Develop new charts for hearing | 475.00 | |
| 09/15/09  Peterson  / (28) Data Analysis | 3.0 | 2400.00 |
| #6455    Attend hearing | 800.00 | |
| 09/15/09  Peterson  / (28) Data Analysis | 3.5 | 2800.00 |
| #6457    Testify at hearing | 800.00 | |
| 09/22/09  Relles    / (28) Data Analysis | 1.9 | 902.50 |
| #6627    Run analyses to determine the percent of liability for claims already accrued or filed | 475.00 | |
| 09/30/09  Peterson  / (28) Data Analysis | 0.4 | 320.00 |
| #6462    Review Rickards emails and draft of response to Libby motion to exclude | 800.00 | |
| 09/30/09  Peterson  / (28) Data Analysis | 1.2 | 960.00 |
| #6463    Review draft of declaration | 800.00 | |
| 09/30/09  Peterson  / (28) Data Analysis | 2.8 | 2240.00 |
| #6464    Review relevant tables and report sections for declaration | 800.00 | |

Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 11

    W. R. Grace

Summary Of Time Charges, By Month and Activity
September 2009 - September 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| September - (05) Claims Anal Objectn/Resolutn (Asbest) | 18.4 | 14005.00 |
| September - (07) Committee, Creditors' | 17.2 | 11290.00 |
| September - (14) Hearings | 19.2 | 14060.00 |
| September - (16) Plan and Disclosure Statement | 9.5 | 7275.00 |
| September - (20) Travel - Non-working | 22.2 | 8880.00 |
| September - (28) Data Analysis | 108.3 | 79552.50 |
| September - (99) Total | 194.8 | 135062.50 |
| | | |
| Total    - (05) Claims Anal Objectn/Resolutn (Asbest) | 18.4 | 14005.00 |
| Total    - (07) Committee, Creditors' | 17.2 | 11290.00 |
| Total    - (14) Hearings | 19.2 | 14060.00 |
| Total    - (16) Plan and Disclosure Statement | 9.5 | 7275.00 |
| Total    - (20) Travel - Non-working | 22.2 | 8880.00 |
| Total    - (28) Data Analysis | 108.3 | 79552.50 |
| Total    - (99) Total | 194.8 | 135062.50 |

{D0165065.1 }

Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                                Page 12

     W. R. Grace

Summary Of Time Charges, By Month and Person
September 2009 - September 2009

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| September - Relles | | 34.9 | 16577.50 |
| September - Peterson | | 158.9 | 118240.00 |
| September - Brelsford | | 1.0 | 245.00 |
| September - Total | | 194.8 | 135062.50 |
| | | | |
| Total | - Relles | 34.9 | 16577.50 |
| Total | - Peterson | 158.9 | 118240.00 |
| Total | - Brelsford | 1.0 | 245.00 |
| Total | - Total | 194.8 | 135062.50 |

--------------------------------------------------------------------------------

Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                          Page 13

     W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
September 2009 - September 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| (05) Claims Anal Objectn/Resolutn (Asbest) | | | | |
| September - Relles | | 2.2 | 475. | 1045.00 |
| September - Peterson | | 16.2 | 800. | 12960.00 |
| (07) Committee, Creditors' | | | | |
| September - Relles | | 7.6 | 475. | 3610.00 |
| September - Peterson | | 9.6 | 800. | 7680.00 |
| (14) Hearings | | | | |
| September - Relles | | 4.0 | 475. | 1900.00 |
| September - Peterson | | 15.2 | 800. | 12160.00 |
| (16) Plan and Disclosure Statement | | | | |
| September - Relles | | 1.0 | 475. | 475.00 |
| September - Peterson | | 8.5 | 800. | 6800.00 |
| (20) Travel - Non-working | | | | |
| September - Peterson | | 22.2 | 400. | 8880.00 |
| (28) Data Analysis | | | | |
| September - Relles | | 20.1 | 475. | 9547.50 |
| September - Peterson | | 87.2 | 800. | 69760.00 |
| September - Brelsford | | 1.0 | 245. | 245.00 |

-------------------------------------------------------------------------------

Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                                Page 14


     W. R. Grace Expenses for September 2009


Rental of conference room for deposition        $300.00
Travel to Pittsburgh                            2,047.18
Travel to Pittsburgh                            2,485.88
                                                --------
Total Expenses (Peterson)                       $4,833.06


-----------------------------------------------------------------------


Conference room rental, September 2

    Four Seasons Hotel, Westlake Village, CA
    For deposition of Mark Peterson
    (cancelled by Libby counsel at last minute)   $300.00


Thousand Oaks to Pittsburgh, September 7-9

    Airfare                                 $1,428.59
    Airfare, change return flight           160.59
    Car service to LAX                      176.00
    Cab to Hotel, Pittsburgh                50.00
    Cab to Airport, Pittsburgh              50.00
    Car service from LAX                    182.00
                                            --------
                                            $2,047.18

Thousand Oaks to Pittsburgh, September 14-15

    Airfare                                 $1,435.79
    Hotel(*)                                592.09
    Car service to LAX                      176.00
    Cab to Hotel, Pittsburgh                50.00
    Cab to Airport, Pittsburgh              50.00
    Car service from LAX                    182.00
                                            --------
                                            $2,485.88

  (*) Reservation made by law firm and guranteed
    for 3 days.  Checked out after 2 days


---------------------------------------------------------------------------------

{D0165065.1 }