Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2009 through September 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 1-Sep-09 | BR | Review of documents in connection with motion for sale of Firestop business. | 3.50 | $ 595.00 | $ 2,082.50 |
| 1-Sep-09 | BR | Continued review of documents in connection with Grace's motion for sale of its Firestop business. | 2.90 | $ 595.00 | $ 1,725.50 |
| 1-Sep-09 | BR | Preparation of memo to counsel to the ACC re Grace motion for sale of its Firestop business. | 0.50 | $ 595.00 | $ 297.50 |
| 2-Sep-09 | BR | Review of Grace 10-Q for the quarter ended June 30, 2009. | 3.20 | $ 595.00 | $ 1,904.00 |
| 2-Sep-09 | BR | Analysis of trends in Grace's operating performance year-over-year and for 2009. | 1.30 | $ 595.00 | $ 773.50 |
| 2-Sep-09 | BR | Review of Grace's monthly operating and financial reports for July 2009. | 3.60 | $ 595.00 | $ 2,142.00 |
| 3-Sep-09 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 8-Sep-09 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 19-Sep-09 | BR | Review of Grace motion for implementation of defined contribution pension plan. | 1.50 | $ 595.00 | $ 892.50 |
| 19-Sep-09 | BR | Review of discussion materials regarding potential partial sale of interest in joint venture. | 1.60 | $ 595.00 | $ 952.00 |
| 22-Sep-09 | BR | Review of Grace weekly update report. | 0.20 | $ 595.00 | $ 119.00 |
| 23-Sep-09 | BR | Review of additional documentation in connection with Grace's motion to implement a defined contribution pension plan. | 0.80 | $ 595.00 | $ 476.00 |
| 24-Sep-09 | BR | Review of additional documentation in connection with Grace's motion to sell a partial interest in a joint venture. | 0.90 | $ 595.00 | $ 535.50 |
| 29-Sep-09 | BR | Review of Grace weekly update report. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Bradley Rapp | 20.40 | | $ 12,138.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 1-Sep-09 | JS | Review Firestop Motion materials, B. Rapp's memorandum regarding Motion for purposes of advising ACC counsel. | 0.30 | $ 595.00 | $ 178.50 |
| 3-Sep-09 | JS | Review reports in Chemical & Engineering News and Chemical Week on performance in Specialty Chemicals and on Grace for monitoring and for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 3-Sep-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 8-Sep-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 14-Sep-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 19-Sep-09 | JS | Review, analyze information memorandum regarding the sale of a 5% interest in ART for purposes of advising ACC counsel. | 1.50 | $ 595.00 | $ 892.50 |
| 22-Sep-09 | JS | Review pricing and valuation information, analyst report, for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 28-Sep-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| | | Total James Sinclair | 7.20 | | $ 4,284.00 |
| **Robert Lindsay - Managing Director** | | | | | |
| 25-Sep-09 | RL | Reviewed and forwarded August invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |
| **Peter Cramp - Senior Analyst** | | | | | |
| 02-Sep-09 | PC | Review and analyze July Monthly Operating Report for due diligence. | 1.40 | $ 275.00 | $ 385.00 |
| 08-Sep-09 | PC | Prepare weekly share price and settlement package value update for E | 1.50 | $ 275.00 | $ 412.50 |
| 14-Sep-09 | PC | Prepare weekly share price and settlement package value update for E | 1.30 | $ 275.00 | $ 357.50 |
| 21-Sep-09 | PC | Prepare weekly share price and settlement package value update for E | 2.10 | $ 275.00 | $ 577.50 |
| 21-Sep-09 | PC | Review 'Company Overview' investor presentation by the Debtor for due | 3.10 | $ 275.00 | $ 852.50 |
| 21-Sep-09 | PC | Review news articles on the Debtor and analysts' comments for due diligence. | 1.10 | $ 275.00 | $ 302.50 |
| 24-Sep-09 | PC | Review Advanced Refining Technologies Motion for due diligence. | 1.40 | $ 275.00 | $ 385.00 |
| 28-Sep-09 | PC | Prepare weekly share price and settlement package value update for E | 1.70 | $ 275.00 | $ 467.50 |
| | | Total Peter Cramp | 13.60 | | $ 3,740.00 |
| **Gibbons Sinclair - Analyst** | | | | | |
| 24-Sep-09 | GS | Draft August 09 Invoice. | 1.40 | $ 220.00 | $ 308.00 |
| | | Total Gibbons Sinclair | 1.40 | | $ 308.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2009 through September 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
|      |       | **TOTAL**   | 42.80 |           | $ 20,580.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2009 through September 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Business Operations/Due Diligence | | | | | |
| 1-Sep-09 | JS | Review Firestop Motion materials, B. Rapp's memorandum regarding Motion for purposes of advising ACC counsel. | 0.30 | $ 595.00 | $ 178.50 |
| 2-Sep-09 | PC | Review and analyze July Monthly Operating Report for due diligence. | 1.40 | $ 275.00 | $ 385.00 |
| 3-Sep-09 | JS | Review reports in Chemical & Engineering News and Chemical Week on performance in Specialty Chemicals and on Grace for monitoring and for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 3-Sep-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 8-Sep-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 8-Sep-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 14-Sep-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 14-Sep-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 19-Sep-09 | JS | Review, analyze information memorandum regarding the sale of a 5% interest in ART for purposes of advising ACC counsel. | 1.50 | $ 595.00 | $ 892.50 |
| 21-Sep-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 2.10 | $ 275.00 | $ 577.50 |
| 21-Sep-09 | PC | Review 'Company Overview' investor presentation by the Debtor for due diligence. | 3.10 | $ 275.00 | $ 852.50 |
| 21-Sep-09 | PC | Review news articles on the Debtor and analysts' comments for due | 1.10 | $ 275.00 | $ 302.50 |
| 22-Sep-09 | JS | Review pricing and valuation information, analyst report, for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 24-Sep-09 | PC | Review Advanced Refining Technologies Motion for due diligence. | 1.40 | $ 275.00 | $ 385.00 |
| 28-Sep-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 28-Sep-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| | | Total Business Operations/Due Diligence | 20.80 | | $ 8,024.00 |
| Employee Benefits/Pensions | | | | | |
| 19-Sep-09 | BR | Review of Grace motion for implementation of defined contribution pension plan. | 1.50 | $ 595.00 | $ 892.50 |
| | | Total Employee Benefits/Pensions | 1.50 | | $ 892.50 |
| Fee Applications (Applicant) | | | | | |
| 25-Sep-09 | RL | Reviewed and forwarded August invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| 24-Sep-09 | GS | Draft August 09 Invoice. | 1.40 | $ 220.00 | $ 308.00 |
| | | Total Fee Applications (Applicant) | 1.60 | | $ 418.00 |
| Asset Disposition | | | | | |
| 1-Sep-09 | BR | Review of documents in connection with motion for sale of Firestop business. | 3.50 | $ 595.00 | $ 2,082.50 |
| 1-Sep-09 | BR | Continued review of documents in connection with Grace's motion for sale of its Firestop business. | 2.90 | $ 595.00 | $ 1,725.50 |
| 1-Sep-09 | BR | Preparation of memo to counsel to the ACC re Grace motion for sale of its Firestop business. | 0.50 | $ 595.00 | $ 297.50 |
| 19-Sep-09 | BR | Review of discussion materials regarding potential partial sale of interest in joint venture. | 1.60 | $ 595.00 | $ 952.00 |
| 24-Sep-09 | BR | Review of additional documentation in connection with Grace's motion to sell a partial interest in a joint venture. | 0.90 | $ 595.00 | $ 535.50 |
| | | Total Asset Disposition | 9.40 | | $ 5,593.00 |
| Valuation | | | | | |
| 2-Sep-09 | BR | Review of Grace 10-Q for the quarter ended June 30, 2009. | 3.20 | $ 595.00 | $ 1,904.00 |
| 2-Sep-09 | BR | Analysis of trends in Grace's operating performance year-over-year and for 2009. | 1.30 | $ 595.00 | $ 773.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2009 through September 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 2-Sep-09 | BR | Review of Grace's monthly operating and financial reports for July 2009. | 3.60 | $ 595.00 | $ 2,142.00 |
| 3-Sep-09 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 8-Sep-09 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 22-Sep-09 | BR | Review of Grace weekly update report. | 0.20 | $ 595.00 | $ 119.00 |
| 23-Sep-09 | BR | Review of additional documentation in connection with Grace's motion to implement a defined contribution pension plan. | 0.80 | $ 595.00 | $ 476.00 |
| 29-Sep-09 | BR | Review of Grace weekly update report. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Valuation | 9.50 | | $ 5,652.50 |
| | | **TOTAL** | 42.80 | | $ 20,580.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2009 through September 30, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 20.40 | $ 595.00 | $ 12,138.00 |
| James Sinclair - Senior Managing Director | 7.20 | $ 595.00 | $ 4,284.00 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 13.60 | $ 275.00 | $ 3,740.00 |
| Gibbons Sinclair - Analyst | 1.40 | $ 220.00 | $ 308.00 |
| Total Professional Hours and Fees | 42.80 | | $ 20,580.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - September 1, 2009 through September 30, 2009

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses During this Period. |  |
|      | Total Expenses September 1, 2009 through September 30, 2009 | $0.00 |