IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related to Docket Nos. 21764, 22426 & 23644** |

**JOINDER OF ZURICH INSURANCE COMPANY AND ZURICH INTERNATIONAL (BERMUDA) LTD. TO THE PHASE II POST-TRIAL BRIEF FOR CNA COMPANIES AND IN SUPPORT OF THEIR PHASE II OBJECTION TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION**

Pursuant to the Court's Order Establishing the Schedule of Post-Trial Briefing and Related Matters [Docket No. 23567], Zurich Insurance Company and Zurich International (Bermuda) Ltd. (hereinafter jointly referred to as "Zurich") submit this Joinder to the *Phase II Post-Trial Brief for the CNA Companies* [Docket No. 23644] ("CNA Brief") and in support of Zurich's Objection [Docket No. 21764] ("Zurich's Objection") to the *First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated as of February 27, 2009* (the "Plan") [Docket No. 20666], jointly submitted by the Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Equity Security Holders, and the Asbestos PI Future Claimants' Representative.[1]

**STATEMENT OF FACTS**

Zurich is an Asbestos Insurance Entity that issued certain excess-layer insurance policies to the Debtors (the "Zurich Policies"); the Zurich Policies are Asbestos Insurance Policies under the Plan.  *See* Plan § 1.1(11); Plan Exhibit 6, Schedule 1.  Under the Plan, the rights of the Debtors, Reorganized Debtors and Non-Debtor Affiliates under the Zurich Policies are assigned

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan and Plan Documents.

to the Asbestos PI Trust pursuant to the Asbestos Insurance Transfer Agreement. *See* Plan §§ 1.1(15), 7.2.

Zurich is a "non-settled" Asbestos Insurance Entity with respect to 10 of the 11 excess-level Asbestos Insurance Policies issued to the Debtors by Zurich. Zurich (specifically, Zurich International (Bermuda) Ltd., or "ZIB") has entered into a settlement agreement ("Settlement Agreement") that constitutes an Asbestos Insurance Reimbursement Agreement under the Plan, pursuant to which ZIB settled coverage disputes arising under one excess insurance policy issued to Debtors and agreed to pay the Debtors (pursuant to certain conditions and circumstances, as set forth in the Settlement Agreement) for certain costs arising from or related to Asbestos PI Claims.

## ARGUMENT

Zurich incorporates (as if fully stated herein) the arguments asserted in the CNA Brief to the extent such arguments are not inconsistent with Zurich's interests, and the positions set forth Zurich's Objection. Included within those arguments (but not limited thereto) are Zurich's objections to the Plan's purported abrogation of the anti-assignment clauses in Zurich's unsettled policies and the elimination or modification of Zurich's rights under pre-petition settlement agreements (including the Settlement Agreement) entered into with the Debtors. Zurich also joins the briefs filed by any other party-in-interest to the extent those briefs are not inconsistent with Zurich's interests and the positions set forth in Zurich's Objection.

**CONCLUSION**

For the reasons set forth above, Zurich respectfully requests that the Court not confirm the Plan unless the Plan is modified to satisfy these objections, and that it provide such further relief as is just and proper.

Dated: November 2, 2009  
       Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:
Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

*Attorneys for Zurich Insurance Company and Zurich International (Bermuda) Ltd.*

#729648v1