## CERTIFICATE OF SERVICE

I certify that on this 2nd day of November, 2009, a copy of the foregoing Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Phase II Post-Confirmation Hearing Opening Brief was served by first class mail on the parties listed below:

| | |
|---|---|
| David Klauder<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | Bilzin Sumberg Baena Price & Axelrod LLP<br>Attn: Scott L. Baena/Jay Sackalo<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131 |
| Alan Rich<br>1401 Elm Street<br>Dallas, TX 75202 | Janet S. Baer<br>Law Office<br>70 W. Madison Street, Suite 2100<br>Chicago, IL 60602 |
| David M. Bernick, PC<br>Lisa G. Esayian<br>Kirkland & Ellis LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601 | Marla R. Eskin<br>Mark T. Hurford<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801 |
| Laura Daivs Jones<br>James E. O'Neill<br>Timothy Cairns<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899 | John C. Phillips, Jr.<br>Phillips, Goldman & Spence, PA<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| Elihu Inselbuch<br>Caplin & Drysdale, Charted<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 | Teresa D. Currier<br>Saul Ewing LLP<br>222 Delaware Avenue<br>Wilmington, DE 19801 |
| Roger Frankel<br>Richard H. Wyron<br>Debra L. Felder<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20005 | Theodore L. Freedman<br>Deanna D. Boll<br>Craig A. Bruens<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022 |

{08008|COS|10088488.DOC}

Philip Bentley
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Michael Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

Ferry, Joseph & Pearce, P.A.
Attn:   Theodore Tacconelli
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware  19899

Stroock & Stroock & Lavan LLP
Attn: Lewis Kruger/Arlene Krieger/Kenneth Pasquale
180 Maiden Lane
New York, NY  10038-4982

/s/ Kathleen M. Miller
Kathleen M. Miller  (DE I.D. No. 2898)