**CERTIFICATE OF SERVICE**

I, John H. Schanne, II, do hereby certify that on the 2nd day of November, 2009, I did cause to be served the *Post-Trial Brief Of Longacre Master Fund, Ltd. And Longacre Capital Partners (QP), L.P., In Connection With Phase II Hearing To Consider Confirmation Of The First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders Modified Through October 12, 2009,* by causing a true and correct copy thereof to be served upon the individuals on the attached service list via electronic mail.

/s/ John H. Schanne, II
John H. Schanne, II

#11664906 v1

## ELECTRONIC MAIL SERVICE LIST

lkruger@stroock.com;
kpasquale@stroock.com;
akrieger@stroock.com;
mlastowski@duanemorris.com;
rriley@duanemorris.com;
sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com;
mjoseph@ferryjoseph.com;
ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov;
ustpregion03.wl.ecf@usdoj.gov;
noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com;
jeff.friedman@kattenlaw.com;
collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com;
fmonaco@wcsr.com;
kmangan@wcsr.com;
maward@wcsr.com;
metkin@lowenstein.com;
ilevee@lowenstein.com;
Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com;
kbornstein@sbtklaw.com;
stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com;
tscobb@vorys.com; landis@lrclaw.com;
butcher@lrclaw.com;
mumford@lrclaw.com;
green@lrclaw.com; cohn@cwg11.com;
candon@cwg11.com;
kmiller@skfdelaware.com;
ewolfe@skfdelaware.com;
speirce@fulbright.com;
tgerber@fulbright.com;
jwisler@cblh.com; mphillips@cblh.com;
elongosz@eckertseamans.com;
lstover@eckertseamans.com;
erosenthal@rmgglaw.com;
dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com;
mgiannotto@goodwinprocter.com;
emdecristofaro@FMEW.com;
swspencer@FMEW.com;

#11664906 v1

rifft@wileyrein.com;
casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com;
locasaleg@whiteandwilliams.com;
yoderj@whiteandwilliams.com;
warren.pratt@dbr.com;
david.primack@dbr.com;
michael.brown@dbr.com;
jeffrey.boerger@dbr.com;
sshimshak@paulweiss.com;
arosenberg@paulweiss.com;
mphillips@paulweiss.com;
ppantaleo@stblaw.com;
wrussell@stblaw.com;
mpiropato@stblaw.com;
ealcabes@stblaw.com;
jwaxman@cozen.com;
wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com;
carl.pernicone@wilsonelser.com;
Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com;
david.turetsky@skadden.com;
pbentley@kramerlevin.com;
dmannal@kramerlevin.com;
gcalhoun@steptoe.com;
acraig@cuyler.com;
mdavis@zeklaw.com;
dfelder@orrick.com;
rfrankel@orrick.com;
mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com;
richard.finke@grace.com;
mark.shelnitz@grace.com;
john.mcfarland@grace.com;
james.freeman2@usdoj.gov;
jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com;
jal@capdale.com; lepley@crowell.com;
nancy.manzer@wilmer.com;
Madigan.andrea@epa.gov;
jpruggeri@hhlaw.com;
drosenbloom@mwe.com;
mhurford@camlev.com;
meskin@camlev.com; belias@omm.com;
tschiavoni@omm.com;

gsvirsky@omm.com;
pkoepff@omm.com;
dbernick@kirkland.com;
lesayian@kirkland.com;
klove@kirkland.com;
cgreco@kirkland.com;
cbruens@kirkland.com;
tfreedman@kirkland.com;
joneill@pszjlaw.com;
tcairns@pszjlaw.com;
kmakowski@pszjlaw.com;
pcuniff@pszjlaw.com;
loberholzer@pszjlaw.com;
tmacauley@zuckerman.com;
vguldi@zuckerman.com;
jsottile@zuckerman.com;
kmayer@mccarter.com;
dsilver@mccarter.com;
rguttmann@zeklaw.com;
mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com;
alexander.mueller@mendes.com;
thomas.quinn@mendes.com;
eileen.mccabe@mendes.com;
anna.newsom@mendes.com;
carolina.acevedo@mendes.com;
mweis@dilworthlaw.com;
akelley@dilworthlaw.com;
sfreedman@dilworthlaw.com;
young@wildman.com;
dspeights@speightsrunyan.com;
ewestbrook@rpwb.com;
rhorkovich@andersonkill.com;
rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com;
tcurrier@saul.com;
gmcdaniel@bglawde.com;
jcp@pgslaw.com; jbaer@jsbpc.com;
drosendorf@kttlaw.com; jk@kttlaw.com;
hriedel@srbp.com;
ghorowitz@kramerlevin.com;
dblabey@kramerlevin.com;
korr@orrick.com;
mshiner@tuckerlaw.com;
mplevin@crowell.com;
pmahaley@orrick.com;

jcutler@orrick.com;
bharding@kirkland.com;
arunning@kirkland.com;
bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com;
wbs@capdale.com;
travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com;
karen.f.lee@kirkland.com;
david.boutrous@kirkland.com;
sschindlerwilliams@kramerlevin.com;
tmessana@mws-law.com;
FRosner@mrs-law.com;
rmillner@sonnenschein.com;
cprince@sonnenschein.com;
jpw@capdale.com; bsb@capdale.com;
wbs@capdale.com;
IRosenberg@cozen.com;
scalogero@cuyler.com;
Greg.Stclair@skadden.com;
mes@stevenslee.com;
jdd@stevenslee.com, lpg@stevenslee.com