# EXHIBIT A

## 2008 Payments On Claims By Asbestos Personal Injury Trusts Whose Net Claimants' Equity Exceeds $1 Billion

| Trust | Net Claimants' Equity (as of 12/31/2008) | Total Payments Made On Claims, 1/1/2008-12/31/2008 | Average Value of Mesothelioma Claim | Payment Percentage | Payment on Mesothelioma Claim at Scheduled Value |
|---|---|---|---|---|---|
| Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust | $1,488,221,442[1] | $135,999,706[2] | $130,500[3] | 20%[4] | $26,100 |
| Babcock & Wilcox Company Asbestos PI Trust | $1,163,168,162[5] | $380,460,000[6] | $120,000[7] | 15%[8] | $18,000 |
| Combustion Engineering 524(g) Asbestos PI Trust | $1,009,338,435[9] | $39,431,992[10] | $95,000[11] | 48.33%[12] | $45,913.50 |
| DII Industries, LLC Asbestos PI Trust | $2,533,305,854[13] | $142,579,967[14] | $28,700 (Non-Harbison-Walker)/$68,400 (Harbison-Walker)[15] | 100%[16] | $28,700/$68,400 |
| Kaiser Aluminum & Chemical Corp. Asbestos Personal Injury Trust | $1,094,031,895[17] | $62,880,974[18] | $104,000[19] | 39.5%[20] | $41,080 |
| Manville Personal Injury Settlement Trust | $1,004,885,805[21] | $85,762,333[22] | $350,000[23] | 7.5%[24] | $26,250 |
| Owens Corning/Fibreboard Asbestos Personal Injury Trust | $3,103,301,271[25] | $1,065,394,347[26] | $270,000 (OC)/$180,000 (FB)[27] | 10%/11%[28] | $27,000/$19,800 |
| United States Gypsum Asbestos Personal Injury Settlement Trust | $3,382,821,140[29] | $566,176,688[30] | $225,000[31] | 45%[32] | $101,250 |
| Total | $14,779,074,004 | $2,478,686,007 | --- | --- | $402,493.50 |

---

[1] Annual Report for the Year Ending December 31, 2008, Dkt. 10651, *In re Armstrong World Industries, Inc., et al.*, No. 00-4471 (Bankr. D. Del.)
[2] *Id.*
[3] Amended and Restated Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust Distribution Procedures

1

---

[4] www.armstrongworldasbestostrust.com (last visited September 29, 2009)
[5] Annual Report and Account of the Babcock & Wilcox Company Asbestos PI Trust For the Fiscal Year Ending December 31, 2008, Dkt. 7803, *In re The Babcock & Wilcox Company*, No. 00-10992 (Bankr. E.D. La.)
[6] *Id.*
[7] The Babcock & Wilcox Company Asbestos PI Settlement Trust Distribution Procedures (January 4, 2008)
[8] www.bwasbestostrust.com (last visited September 29, 2009)
[9] Annual Report, Financial Statements and Results of Operations of the Combustion Engineering 524(g) Asbestos PI Trust for Fiscal Year Ended December 31, 2008, Dkt. 3365, *In re Combustion Engineering, Inc.*, No. 03-10495 (Bankr. D. Del.)
[10] *Id.*
[11] Combustion Engineering 524(g) Asbestos PI Trust Distribution Procedures
[12] Combustion Engineering 524(g) Asbestos PI Trust Revised and Restated Procedures for Reviewing and Liquidating TDP Claims
[13] DII Industries, LLC Asbestos PI Trust's 2008 Annual Report, Dkt. 2754, *In re Mid-Valley, Inc., et al.*, No. 03-35592 (Bankr. W.D. Pa.)
[14] *Id.*
[15] DII Industries, LLC Asbestos PI Trust Fourth Amended Trust Distribution Procedures (March 24, 2008)
[16] www.diiasbestostrust.org/page.asp?page_id=31 (last visited September 29, 2009)
[17] Kaiser Aluminum & Chemical Corp. Asbestos Personal Injury Trust Audited Financial Statements, Years Ended December 31, 2008 and 2007, Dkt. 9841, *In re Kaiser Aluminum Corp.*, No. 02-10429 (Bankr. D. Del.)
[18] *Id.*
[19] Kaiser Aluminum & Chemical Corporation Third Amended Asbestos Trust Distribution Procedures
[20] *Id.*
[21] Financial Statements and Report of Manville Personal Injury Settlement Trust for the Period Ending December 31, 2008, Dkt. 3886, *In re Johns-Manville Corp. et al.*, Nos. 82 B 11656 through 82 B 11676 (Bankr. S.D.N.Y., Bankr. E.D.N.Y.)
[22] *Id.*
[23] 2002 Trust Distribution Process (Scheduled Value).
[24] www.claimsres.com (last visited September 29, 2009)
[25] Annual Report and Account of the Owens Corning/Fibreboard Asbestos Personal Injury Trust for the Fiscal Year Ending December 31, 2008, Dkt. 20809, *In re Owens Corning, et al.*, No. 00-3837 (Bankr. D. Del.)
[26] *Id.*
[27] Owens Corning/Fibreboard Asbestos Personal Injury Trust Distribution Procedures (January 30, 2008)
[28] www.ocfbasbestostrust.com (last visited September 29, 2009)
[29] Annual Report and Account of the United States Gypsum Asbestos Personal Injury Settlement Trust for the Fiscal Year Ending December 31, 2008, Dkt. 12554, *In re USG Corp.*, No. 01-2094 (Bankr. D. Del.)
[30] *Id.*
[31] United States Gypsum Asbestos Personal Injury Settlement Trust Distribution Procedures
[32] www.usgasbestostrust.com (last visited September 29, 2009)