UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**PLAN PROPONENTS' MOTION FOR LEAVE
TO CONSOLIDATE THEIR POST-TRIAL BRIEFS WITH
<u>PROPOSED FINDINGS AND EXCEED THE SINGLE BRIEF PAGE LIMITATION</u>**

The Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative and the Official Committee of Equity Security Holders, (the " Plan Proponents") hereby seek leave, to the extent necessary or applicable, to consolidate their Post-Trial Briefs with proposed findings and exceed the single brief page limitation in order to present the Court with an efficient and logically organized set of briefs that combine trial testimony, proposed findings and post-trial arguments with respect to the recently

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

concluded 10 day Confirmation Hearing. In support of the relief requested, the Plan Proponents respectfully state as follows:

1. Pursuant to the *Order Establishing Schedule of Post-Trial Briefing and Related Matters,* [Docket No. 22520], Post-Trial Briefs on all issues other than those unique to Anderson Memorial Hospital are due on November 2, 2009. The Order does not set a page limitation for the briefs nor does it specify the form in which the briefs are to be presented. However, the Court has indicated that it expects the Post-Trial Briefs will contain both proposed findings and post-trial arguments regarding confirmation of the Plan that include citations to the confirmation trial record. As a result, while called Post-Trial Briefs, the pleadings required are much more.

2. Pursuant to Rules 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules") and General Chambers Procedure 2(a)(vi), no opening brief or brief in support of confirmation may exceed 40 pages in length without leave of Court. However, those Rules essentially governs motions for relief in adversary proceedings and other contested matters and legal briefs and memoranda. There is no Local Rule that governs Post-Trial Briefs and Proposed Findings of Fact and Conclusions of Law.

3. The Plan Proponents have prepared 3 pleadings that comprise their consolidated Post Trial Briefs and Proposed Findings: a Main Brief, which summarizes the evidence and outlines the proposed findings regarding the standards for confirmation of the Plan and cites to evidence addressing the majority of the Plan objections and remaining Insurance issues, and two companion briefs which summarize the evidence and contain proposed findings regarding (i) the Libby Claimants' objections to certain Plan and TDP provisions; and (ii) the Lenders lack of entitlement to default interest.

4. The Plan Proponents consolidated briefs address evidence and respond to Plan objections raised by at least 15 different objectors. Rather than prepare a separate 40 page

2

Post- Trial Brief with Proposed Findings responding to each Plan objector, the Plan Proponents have prepared three consolidated briefs. In these three briefs, the Plan Proponents summarize and address the evidence presented in 10 trial days by more than 15 different parties and include proposed findings and conclusions in both an efficient and logically organized manner. Thus, while the consolidated Plan Proponents' briefs, together, total approximately 280 pages, they state proposed findings, summarize all of the evidence presented and address all of the Plan objections in a consolidated format.

5. As a result, to the extent even necessary or applicable, the Plan Proponents respectfully request that the Court grant them leave to file their consolidated Post-Trial Briefs with Proposed Findings and under Local Rules 7007-2 and General Chambers Procedure 2(a)(vi), exceed the single brief 40 page limit.

WHEREFORE, the Plan Proponents respectfully request that the Court enter an order (i) authorizing them to file one consolidated Main Post- Trial Brief with proposed findings and two related Post-Trial Briefs with proposed findings regarding Libby and the Lenders; (ii) exceed the forty (40) page single brief limit under Local Rule 7007-2 in order to file such briefs, and (iii) granting such other and further relief as the Court may deem just and proper.

Dated: November 2, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Deanna D. Boll
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Barbara Mack Harding
Brian Stansbury
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162
Facsimile: (312) 641-2165

and


*/s/ Kathleen P. Makowski*
PACHULSKI, STANG, ZIEHL & JONES LLP
Laura David Jones ( Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
Email: mhurford@camlev.com

and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

PHILIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Philips*
John C. Philips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pgslaw.com

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

BUCHANAN INGERSOLL & ROONEY P.C.

*/s/ Teresa K.D. Currier*
Teresa K.D. Currier (Bar No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
tcurrier@saul.com

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10022
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee of Equity Security Holders*