IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| W.R. GRACE & CO., *et al.*, | : |
| | : Case No. 01-1139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |
| | : |
| | : Related Doc. Nos. 23644, 23651, 20872, |
| | : 23567 |

**JOINDER OF FEDERAL INSURANCE COMPANY IN THE PHASE II POST-TRIAL BRIEFS OF THE CNA COMPANIES, GOVERNMENT EMPLOYEES INSURANCE COMPANY AND REPUBLIC INSURANCE COMPANY N/K/A STARR INDEMNITY & LIABILITY COMPANY**

Federal Insurance Company ("Federal") hereby joins in the *Phase II Post-Trial Brief for the CNA Companies* [Docket No. 23644] and the *Phase II Post-Trial Brief of Government Employees Insurance Company and Republic Insurance Company n/k/a Starr Indemnity & Liability Company in Opposition to Confirmation of Amended Joint Plan of Reorganization* [Docket No. 23651], insofar as they are applicable to Federal's Phase II objections.

The above notwithstanding, certain of the Debtors' insurers, including Federal, are currently negotiating with the Plan Proponents in an effort to reach mutually-agreeable neutrality provisions for the Plan. In the event such insurers and the Plan Proponents finalize an agreement, it is anticipated that Federal will withdraw its objections to the Plan to the extent provided by such agreement.

        Respectfully submitted,
        COZEN O'CONNOR

        /s/ *Barry Klayman*
        Barry M. Klayman (DE No. 3676)
        1201 N. Market Street
        Suite 1400
        Wilmington, DE 19801
        (302) 295-2035 Telephone
        (215) 701-2209 Facsimile

- and –

William P. Shelley (PA ID 40875)
Jacob C. Cohn (PA ID 54139)
Ilan Rosenberg (PA ID 89668)
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000 Telephone
(215) 665-2013 Facsimile

*Attorneys for Federal Insurance Company*

Dated: November 3, 2009