## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-1139 (JKF) |
|  | Jointly Administered |
| Debtors. | Objection Date: November 23, 2009 at 4:00 p.m. |
|  | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO FIFTY-NINTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| | |
|---|---|
| Name of Applicant: | David T. Austern, Asbestos PI Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | September 1, 2009 through September 30, 2009 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $30,200.00 |
| 80% of fees to be paid: | $24,160.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 2,246.92 |
| Total Fees @ 80% and 100% Expenses: | $26,406.92 |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an:  ___  interim  __X__  monthly  ___  final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00.  Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

### COMPENSATION SUMMARY
### SEPTEMBER 2009

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 60.40 | $30,200.00 |
| **Grand Total:** | | | **60.40** | **$30,200.00** |
| **Blended Rate: $500.00** | | | | |

Total Fees:      $30,200.00
Total Hours:        60.40
Blended Rate:    $30,200.00

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 60.40 | $30,200.00 |
| **TOTAL** | **60.40** | **$30,200.00** |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Travel | $2,246.92 |
| **TOTAL** | **$2,246.92** |

Respectfully submitted,

Dated: November 2, 2009

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

2