# **EXHIBIT A**

## David Austern, Futures Representative for W.R. Grace
### Billing Statement for September 2009

| Date | Services | Hours |
|---|---|---|
| 9/9 | Travel to Pittsburgh (3 hours billed as 1.5); attendance at Confirmation Hearing (7); conference with Orrick attorneys and others (1.3) | 9.8 |
| 9/10 | Attendance at Confirmation Hearing (6.5); travel to Washington (3 hours billed as 1.5) | 8 |
| 9/11 | Attendance (by telephone) at Confirmation Hearing | 7.4 |
| 9/13 | Preparation for testimony -- review of pleadings and other material | 4.6 |
| 9/14 | Attendance (by telephone) at Confirmation Hearing | 7.8 |
| 9/15 | Preparation for testimony (4.5); travel to Pittsburgh from Houston (4 hours billed as 2); meeting with Orrick attorneys (1) | 7.5 |
| 9/16 | Preparation for testimony (7.3); meeting with Orrick attorneys (.9) | 8.2 |
| 9/17 | Attendance and testimony at Confirmation Hearing (3.6); travel to Washington (3 hours billed as 1.5) | 5.1 |
| 9/29 | Review of trial transcript | 1.2 |
| 9/30 | Review of engagement letter for financial advisor | .8 |

**Total Hours:** 60.4

**Total Fees ($500.00 per hour)** $30,200.00

**EXPENSES:**
- September 9 – airfare to Pittsburgh    $291.60
- Taxi to National Airport (9/9)    40.00
- Taxi in Pittsburgh to Courthouse (9/    40.00
- Taxi to airport (9/10)    38.00
- Taxi from National Airport home (9/10)    40.00
- (Airfare to D.C. and hotel bill paid by Orrick)
- September 15 – airfare to Pittsburgh paid by another client
- Taxi in Houston to airport    65.00
- Taxi in Pittsburgh from airport to hotel    38.00
- Hotel in Pittsburgh    802.72
- (SEE NEXT PAGE)

| | |
|---|---:|
| **Airfare to Washington** | 891.60 |
| **TOTAL EXPENSES:** | $2,246.92 |
| **TOTAL FEES AND EXPENSES:** | <u>$32,446.92</u> |