**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., <u>et al.</u> ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: November 23, 2009 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FIFTIETH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered March 21, 2004) |
| Period for which compensation is sought: | September 1, 2009 through September 30, 2009 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $564.00 |
| 80% of fees to be paid: | $451.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $451.20 |

This is an: ___ interim   X   monthly ___ final application.

**COMPENSATION SUMMARY**
September 2009

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (24 years) FCAS | $675 | 0.50 | $337.50 |
| Julianne Callaway | Analyst (6 years) ACAS | $330 | 0.30 | $99.00 |
| Jeff Kimble | Consulting Actuary (8 years) ACAS | $425 | 0.30 | $127.50 |
| **Total Blended Rate: $512.73** | | | **1.10** | **$564.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 1.10 | $564.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| | |
|---|---|
| **September 2009 – Grand Total** | **$564.00** |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
       Jennifer L. Biggs, FCAS, MAAA
       101 S. Hanley Rd.
       St. Louis, MO 63105
       (314) 719-5843

Dated: November 2, 2009