# EXHIBIT A

## Sep-09

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 9/2/2009 | 0.50 | $675 | $337.50 | Peer review memo re: Edward judgment |
|  |  | 0.50 |  | $337.50 |  |
| Julianne Callaway | 9/2/2009 | 0.30 | $330 | $99.00 | Tech review exhibit re: Edward judgment |
|  |  | 0.30 |  | $99.00 |  |
| Jeff Kimble | 9/2/2009 | 0.30 | $425 | $127.50 | Prepare memo re: Edward judgment |
|  |  | 0.30 |  | $127.50 |  |
|  |  | 1.10 |  | $564.00 |  |