**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Document No. _____ |
| | ) | |
| | ) | Relates to Document No. 23660 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the JOINDER OF AXA BELGIUM IN CERTAIN INSURERS' PHASE II POST-TRIAL BRIEFS AND IN SUPPORT OF THEIR PHASE II OBJECTION TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION *(Dkt. No. 23660)* has been served on the parties on the attached service list by First Class, United States Mail, Postage Pre-Paid on November 4, 2009 and by electronic mail on November 2, 2009.

Date: November 4, 2009

*/s/ Michael A. Shiner*
Michael A. Shiner, *pro hac vice*
TUCKER ARENSBERG
1500 One PPG Place
Pittsburgh, PA 15222-5401
Telephone: (412) 566-1212
Facsimile: (412) 594-5619
mshiner@tuckerlaw.com

Eileen T. McCabe, *pro hac vice*
MENDES & MOUNT LLP
750 Seventh Avenue
New York, NY 10019
Telephone: (212)261-8254
Facsimile: (302)235-2536
eileen.mccabe@mendes.com

*Counsel for AXA Belgium as successor to Royal Belge SA*

BANK_FIN:365858-1 024798-139290

## U.S. Mail Service List

David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022

Janet S. Baer, Esquire
The Law Offices of Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Peter Lockwood, Esquire
Ronald Reinsel, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, D.C. 20005

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Mindy A. Mora, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-5340

David T. Austern, Esquire
3110 Fairview Park Drive,
Suite 200
Falls Church, VA 22042-0683

Roger Frankel, Esquire
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706

Alexander M. Sanders, Jr. Esquire
19 Water Street
Charleston, SC 29401

Alan B. Rich
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909

Lewis Kruger, Esquire
Arlene Krieger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

D. J. Baker, Esquire
Skadden, Arps, Slate & Meagher & Flom LLP
Four Times Square
New York, NY 10036

David S. Rosenbloom, Esquire
McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee
Attn: David Klauder, Esquire
844 King Street, Suite 2313
Wilmington, DE 19801

**Email List**

'Boerger, Jeffrey M.'; Anne Marie P. Kelley; James P. Ruggeri; John S. Spadaro; Martin J. Weis; Nancy L. Manzer; Scott J. Freedman; Michael S. Davis; Brown, Michael F.; Pratt, Warren T.; Primack, David P.; Robert Guttmann; Dana L. Reynolds; Jason M. Madron; Jeff Friedman; Marcos Ramos; Mark D. Collins; Merritt A. Pardini; Noah Heller; James Sottile; Thomas G. Macauley; Virginia Whitehill Guldi; David Pastor; Ira M. Levee; Joseph H. Meltzer; Katherine Bornstein; Michael S. Etkin; Daniel B. Butz; David S. Rosenbloom; Derek C. Abbott; William H. Sudell, Jr.; Daniel M. Silver; Katharine L. Mayer; Andrew N. Rosenberg; Margaret A. Phillips; Stephan J. Shimshak; David M. Turetsky; J. Gregory St. Clair; Mark S. Chehi; George R. Calhoun, V; Ann C. Cordo; Robert J. Dehney; James Freeman; Andrea Madigan; David M. Klauder; ustpregion03.wl.ecf@usdoj.gov; Edward J. Westbrook; Christopher D. Loizides; Dan Speights; David L. Rosendorf; John Kozyak; Allen Schwartz; Brad Elias; Carl Pernicone; Catherine Chen; Garvan F. McDaniel; Gary Svirsky; Paul R. Koepff; Tancred Schiavoni; Jay M. Sakalo; Lisa L. Coggins; Matthew I. Kramer; Michael B. Joseph; Rick S. Miller; Scott L.Baena; Theodore J. Tacconelli; Alan B. Rich; cobb@lrclaw.com; green@lrclaw.com; Edward C. Toole, Jr.; Evelyn J. Meltzer; Linda J. Casey; Etta R. Wolfe; Kathleen M. Miller; Steve A. Peirce; Toby L. Gerber; Adam G. Landis; Christopher Candon; Daniel C. Cohn; Kerri K. Mumford; Rebecca L. Butcher; David M. Fournier; James C. Carignan; Robert S. Hertzberg; Cory D. Kandestin; Robert J. Sidman; Robert J. Stearn, Jr.; Tiffany Strelow Cobb; Francis A. Monaco; Kevin Mangan; Matthew P. Ward; Arlene G. Krieger; Kenneth Pasquale; Lewis Kruger; Michael R. Lastowski; Richard W. Riley; acraig@cuyler.com; scalogero@cuyler.com; Gregory T. LoCasale; James S. Yoder; Joseph Gibbons; Marc S. Casarino; Anaxet Y. Jones; Brian H. Mukherjee; Daniel M. Glosband; Edward B. Rosenthal; Elizabeth M. DeCristofaro; Fred Schafrick; Jonathan W. Young; Michael S. Giannotto; Shayne W. Spencer; Ilan Rosenberg; Jacob C. Cohn; John T. Carroll, III; William P. Shelley; Beth Stern Fleming; David R. Beane; John D. Demmy; Leonard P. Goldberger; Leslie A. Davis; MPlevin@crowell.com; Marnie E. Simon; Christopher E. Prince; Frederick B. Rosner; Kenneth Dorsney; Robert B. Millner; Alex Mueller; Anna Newsom; Carolina Acevedo; Eileen McCabe; Tom Quinn; Edward J. Longosz, II; Gabriella Cellarosi; Jeffrey Wisler; kmorell@wileyrein.com; Marc J. Phillips; Mark Johnston; Richard A. Ifft; ealcabes@stblaw.com; Karen Abravanel; Samuel Rubin; Bernie Bailor; Elihu Inselbuch; James Wehner; Jeffrey A. Liesemer; Julie W. Davis; Kevin Maclay; Mark T. Hurford; Marla R. Eskin; Nathan Finch; Peter Van N. Lockwood; Rita C. Tobin; Robert M. Horkovich; Trevor W. Swett; Walter Slocombe; Debra L. Felder; Guy, Jonathan P.; John C. Phillips, Jr.; Joshua Cutler; Kathleen Orr; Mary A. Wallace; Peri Mahaley; Richard H. Wyron; Roger Frankel; Andrew Running; Barbara Harding; Barbara Stansbury; Christopher T. Greco; Craig A. Bruens; David M. Bernick; Deanna Boll; James E. O'Neill; Janet S. Baer; Kathleen P. Makowski; Kimberly Love; Lisa G. Esayian; ljones@pszjlaw.com; Lynzy Oberholzer; Patricia Cuniff; Theodore L. Freedman; Timothy P. Cairns; David Blabey; Douglas Mannal; Greg Horowitz; Philip Bentley; Teresa K.D. Currier