IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: November 24, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S**
**NINETY-SIXTH MONTHLY FEE APPLICATION**
**FOR THE PERIOD FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/472947

# EXHIBIT A
(Fee Detail)

## FEES

| LITIGATION AND LITIGATION CONSULTING | |
|---|---|
| • asbestos matters (52000.43)        $16,020.50<br>• non-asbestos matters (2725.40)    $   130.00 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $16,150.50 |
| **FEE APPLICATION – APPLICANT** | $435.50 |
| **TOTAL FEES** | $16,586.00 |

# Casner & Edwards, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 30, 2009
Bill Number 116028
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

**FOR PROFESSIONAL SERVICES**

Re:  241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/14/09 | RAM | Read Notice of new date for hearing on motion for summary judgment. | 0.05 Hrs | No Charge |
| 09/08/09 | RAM | Read email re: rescheduling of final pretrial conference. | 0.05 Hrs | No Charge |
| 09/08/09 | MLL | Write counsel and further confer re: pre-trial conference, call court; research docket and file | 0.40 Hrs | 104.00 |
| 09/14/09 | MLL | Receipt and review of court notice re: summary judgment | 0.10 Hrs | 26.00 |

TOTAL LEGAL SERVICES $130.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Matthew L. Lunenfeld | 0.50 | 260.00 | 130.00 |
| Robert A. Murphy | 0.10 | 335.00 | No Charge |
|  | 0.60 |  | $130.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

                              TOTAL THIS BILL                $130.00

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 30, 2009
Bill Number 116029
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/01/09 | ARA | Document control. | 2.30 Hrs | 184.00 |
| 09/02/09 | ARA | Document control. | 5.00 Hrs | 400.00 |
| 09/03/09 | RAM | Telephone conference with in-house counsel re: early Libby OD Act claims and correspondence with insurers; look for early memos re: same. | 0.50 Hrs | 167.50 |
| 09/09/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.60 Hrs | 201.00 |
| 09/09/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 5.80 Hrs | 725.00 |
| 09/10/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 7.70 Hrs | 962.50 |
| 09/11/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 6.50 Hrs | 812.50 |
| 09/14/09 | RAM | Read selected documents filed in bankruptcy court (1.3). Read updated bankruptcy court docket entries to select documents to read (.1). | 1.40 Hrs | 469.00 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/14/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 5.20 Hrs | 650.00 |
| 09/15/09 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | 33.50 |
| 09/15/09 | ARA | Quality control property damage inventory review sheets re: ZAI research project (1.0). Inventory and quality control indices and privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001 (6.0). | 7.00 Hrs | 875.00 |
| 09/16/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001. | 6.50 Hrs | 812.50 |
| 09/17/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001. | 7.00 Hrs | 875.00 |
| 09/18/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001. | 6.00 Hrs | 750.00 |
| 09/21/09 | MTM | Receipt and review of request from in-house counsel for Libby personnel file; review list and telephone call to ARA re: same. | 0.10 Hrs | 28.50 |
| 09/21/09 | ARA | Per MTM's email request, locate Libby personnel file; review file and arrange to have file copied by Merrill Corp. | 1.70 Hrs | 212.50 |
| 09/21/09 | ARA | Document control. | 1.00 Hrs | 80.00 |
| 09/22/09 | RAM | Conferences with PM and MTM re: documents at Holme Roberts and W. Square lease renewal. | 0.10 Hrs | 33.50 |
| 09/22/09 | MTM | Receipt and review of email from in-house counsel and attached document inventories re: documents stored at Holme Roberts (1.1); conference with RAM re: same and re: Winthrop Square issues (.1); review draft cooperation agreement re: ultimate disposition of Colorado boxes (.4). | 1.60 Hrs | 456.00 |

Page 2

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/22/09 | ARA | Receive and quality control Libby personnel file from copy service; obtain copies of Libby personnel file from MTM and produce file to in-house counsel (1.8). Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001 (3.7). | 5.50 Hrs | 687.50 |
| 09/22/09 | ARA | Document control. | 2.70 Hrs | 216.00 |
| 09/23/09 | RAM | Read emails re: documents at Holme Roberts. Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 67.00 |
| 09/23/09 | MTM | Review various indices re: documents stored at Holme Roberts (1.8); conference with ARA re: same (.2). | 2.00 Hrs | 570.00 |
| 09/23/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001 (6.3). Telephone call from MTM to discuss return of boxes to Winthrop Square Repository from Denver (.2). | 6.50 Hrs | 812.50 |
| 09/24/09 | RAM | Participate in part of conference call with in-house counsels and MTM to discuss documents at Holme Roberts. | 0.70 Hrs | 234.50 |
| 09/24/09 | MTM | Search for sample ledger index (.5); conference call with two in-house counsel and RAM re: disposition of documents in Colorado (1.3); determine date range of ledgers stored in Colorado (.8). | 2.60 Hrs | 741.00 |
| 09/24/09 | ARA | Per MTM's call, review boxes of documents in the repository for possible future storage of boxes from Denver; telephone call to MTM with number of boxes we could possible store at Winthrop Square (2.7). Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001 (4.0). | 6.70 Hrs | 837.50 |
| 09/28/09 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 100.50 |

Page 3

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---:|---:|
| 09/28/09 | MTM | Begin draft letter to Holme Roberts counsel re: disposition of Grace boxes stored in Colorado (.9); locate sample ledger page index at Winthrop Square re: same (.9). | 1.80 Hrs | 513.00 |
| 09/28/09 | ARA | Document control. | 1.50 Hrs | 120.00 |
| 09/28/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001. | 3.50 Hrs | 437.50 |
| 09/29/09 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | 201.00 |
| 09/29/09 | ARA | Quality control Attorney Review documents tagged by Creditor's Committee. | 6.50 Hrs | 812.50 |
| 09/30/09 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 67.00 |
| 09/30/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001. | 7.00 Hrs | 875.00 |

TOTAL LEGAL SERVICES     $16,020.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---:|---:|---:|
| Robert A. Murphy | 4.70 | 335.00 | 1,574.50 |
| Matthew T. Murphy | 8.10 | 285.00 | 2,308.50 |
| Angela R. Anderson | 89.10 | 125.00 | 11,137.50 |
| Angela R. Anderson | 12.50 | 80.00 | 1,000.00 |
| | 114.40 | | $16,020.50 |

TOTAL THIS BILL     $16,020.50

Page 4

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 30, 2009
Bill Number 116030
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:  Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/18/09 | RAM | Work on August fee application. | 0.20 Hrs | 67.00 |
| 09/21/09 | RAM | Read Fee Auditor's Final Report for 32nd Interim Period. Work on August fee application. | 0.20 Hrs | 67.00 |
| 09/23/09 | RAM | Work on August fee application. | 0.30 Hrs | 100.50 |
| 09/24/09 | RAM | Work on August fee application; send it to in-house counsels to review. | 0.20 Hrs | 67.00 |
| 09/26/09 | RAM | Finalize August fee application. | 0.30 Hrs | 100.50 |
| 09/28/09 | RAM | Send August fee application to Delaware counsel to file. | 0.10 Hrs | 33.50 |

TOTAL LEGAL SERVICES   $435.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.30 | 335.00 | 435.50 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  |
|---|---|
| 1.30 | $435.50 |
| TOTAL THIS BILL | $435.50 |

**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** <br><br> • asbestos matters (52000.43)         $12,928.21 <br><br> • non-asbestos matters (2725.40)      $     0.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $12,928.21 |
| **FEE APPLICATION – APPLICANT** | $15.87 |
| **TOTAL EXPENSES** | $12,944.08 |

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 30, 2009
Bill Number  116031
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH SEPTEMBER 30, 2009

**RENT REIMBURSEMENT**

| | | |
|---|---|---|
| 09/01/09 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - September 2009. | 12,525.16 |
| | | $12,525.16 |

**MISCELLANEOUS**

| | | |
|---|---|---|
| 09/08/09 | RECORDKEEPER ARCHIVE CENTERS,: Storage from September 1, 2009 through September 30, 2009. | 403.05 |
| | | $403.05 |
| | TOTAL COSTS | $12,928.21 |
| | TOTAL THIS BILL | $12,928.21 |

Page 1

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 30, 2009
Bill Number  116032
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH SEPTEMBER 30, 2009

FEDERAL EXPRESS
| | | |
|---|---|---|
| 09/08/09 | FEDERAL EXPRESS CORPORATION: To Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on August 27, 2009 by RAM. | 15.87 |
| | | $15.87 |
| | TOTAL COSTS | $15.87 |
| | TOTAL THIS BILL | $15.87 |

Page 1