IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 11/24/2009 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF NINTH APPLICATION OF ALEXANDER M. SANDERS, JR.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE PERIOD
FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr., |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | October 20, 2008, *nunc pro tunc* to September 22, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2009 to October 31, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $11,664.00  [80% of $14,580.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $1,336.21 |

This is a(n):   ☒ Monthly   ☐ Interim   ☐ Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | CNO Filed | CNO Filed |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | CNO Filed | CNO Filed |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | CNO Filed | CNO Filed |

Hon. Alexander M. Sanders, Jr. is the only professional providing services in this Fee Application period. Judge Sanders has practiced law for over 40 years, and his present billing rate is $450 per hour. In this Application period Judge Sanders performed 32.4 hours of services as PD FCR, for a total amount billed of $14,580.00, of which 80% is currently sought, in the amount of $11,664.00, plus 100% of his expenses incurred, in the amount of $1,336.21.

This is the Ninth Application for monthly fees and expenses.

---

[1] At 80% of the total incurred.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 26.4 hours | $11,880.00 |
| Travel | 12.0 hours   [at 100%] | $2,700.00   [at 50%] |
| TOTAL | 38.4 hours | $14,580.00 |

Detail of the fees and expenses are attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, attorney for the PD FCR, and a professional person seeking approval of this Monthly Fee Application on behalf of his client, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

      I certify that on the 4th day of November, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

                                                                                               _____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*SANDERS & NETTLES, LLC*
*Attorneys at Law*
*208 Lincoln Street*
*Columbia, South Carolina 29201*

*Mailing address: 19 Water Street*
*Charleston, SC 29401*

INVOICE FOR PROFESSIONAL SERVICES 10/1/09 to 10/31/09

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

In re W. R. Grace, No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|---|---|---|
| 10/7/09 | Review of exchange of e-mail between Edward Westbrook, Esq., and Jay Sakalo, Esq., re: decision of the Delaware District Court reversing Judge Fitzgerald, State of California Dept. of General Services v. W.R. Grace, et al. (CA No. 08-863) | 0.5 |
| | Review of the above decision | 1.0 |
| | Telephone conference with Alan Rich, Esq. re: above items | 0.3 |
| | Review of various documents, including transcript of proceedings on September 17, 2009, Agenda for October 13 - 14, 2009 before Judge Fitzgerald, Amendment to the Order Approving the Traveler's Settlement | 2.0 |
| | E-mail from Alan Rich, Esq., re: claim of Anderson Memorial Hospital | 0.2 |
| 10/12/09 | 2:30 p.m., left Charleston for Pittsburgh, arrived hotel, 7:30 p.m. (5 hours billed @ one-half) | 2.5 |

<u>INVOICE 10/1/09 to 10/31/09</u>
November 3, 2009
Page 2

| | | |
|---|---|---|
| 10/13/09 | Hearing before Judge Fitzgerald: | |
| | 9 a.m., arrived at court | |
| |     Court proceeded to take up matters scheduled by order of October 6, 2009, including continuing confirmation hearing as per agenda of 9/8/09 and Motions in Limine and Motions to Strike | |
| |     Witnesses:  Pamela Zilly | |
| |     (Lunch with Alan Rich and Matthew Kramer, Esq., counsel for PD Committee) | |
| |         Denise Martin | |
| |         Richard Finke (by proffer) | |
| | 5:12 p.m., court adjourned | 8.2 |
| | | |
| | Review of documents for tomorrow's hearing | 1.0 |
| | | |
| 10/14/09 | 9 a.m., arrived at court | |
| |     Court continued to take up Motions in Limine and Motions to Strike as per agenda | |
| |     (Lunch with Alan Rich and Matthew Kramer) | |
| | 4:25 p.m., court adjourned | 7.4 |
| | | |
| 10/15/09 | 7 a.m., left hotel for airport, arrived Charleston 2 p.m. (7 hours billed @ one-half) | 3.5 |
| | | |
| | Review of Request of Maryland Casualty for Judicial Notice of Certain Documents (41 pages) | 1.0 |
| | | |
| | Review of e-mail from Alan Rich re: proposed agreement by PD FCR to modifications of the PD Trust technical amendments | 0.5 |
| | | |
| 10/21/09 | E-mail to Alan Rich and review of Agenda for October 26, 2009, hearing | 0.5 |
| | | |
| 10/26/09 | Telephone conference and review of e-mails with Alan Rich on proposed PD FCR brief. | 0.5 |
| | | |
| | Omnibus hearing before Judge Fitzgerald, participated by telephone from Charleston, SC.  (10:10 a.m. - 12:30 p.m.) | 2.3 |

<u>INVOICE 10/1/09 to 10/31/09</u>
November 3, 2009
Page 3

| | | | |
|---|---|---|---|
| 10/27/09 | Review of PD FCR brief, exchange of e-mails and telephone discussions with Alan Rich regarding the brief | | 1.0 |

        32.4 @ $450/hour =    $    14,580.00

        Expenses                       1,336.21
        (receipts attached)

           TOTAL:        $    15,916.21

Expenses

Travel to Pittsburgh, PA, and return to Charleston, SC, for hearing before Judge Fitzgerald, October 12 - October 15, 2009.

| | | | |
|---|---|---:|---|
| Taxi fares | $ | 40.00 | (From airport to hotel) |
| | | 40.00 | (From hotel to airport) |
| Airport Parking | | 50.00 | |
| Meals | $ | 33.77 | (10/12 Dinner) |
| | | 4.90 | (10/13 Breakfast) |
| | | 65.25 | (10/13 Lunch with Rich and Kramer) |
| | | 6.49 | (10/14 Breakfast) |
| Hotel | $ | 666.90 | |
| Airfares | $ | 356.90 | |
| TOTAL | $ | 1,264.21 | |

Conference appearance by telephone before Judge Fitzgerald, 10/26/09.  (Court Call)

$ 72.00

TOTAL EXPENSES FOR OCTOBER     $     1,336.21