# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| **W. R. GRACE & CO.,** *et al.* ) | Jointly Administered |
| ) | |
| **Debtors.** ) | **Related Docket No. 23664** |

## THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' JOINDER IN GRACE'S POST-TRIAL BRIEF REGARDING BANK LENDER ISSUES

The Official Committee of Asbestos Personal Injury Claimants (the "ACC"), by and through its undersigned counsel, hereby joins in Grace's Post-Trial Brief Regarding Bank Lender Issues (Docket No. 23664) (the "Lender Issues Brief"). The ACC hereby joins in and supports the arguments and positions contained in the Lender Issues Brief, as if fully set forth herein.

Date: <u>November 4, 2009</u>　　　　　　　　CAMPBELL & LEVINE, LLC

　　　　　　　　　　　　　　　　　　　　　*/s/ Mark T. Hurford*
　　　　　　　　　　　　　　　　　　　　Mark T. Hurford (No. 3299)
　　　　　　　　　　　　　　　　　　　　800 King Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　P: (302) 426-1900
　　　　　　　　　　　　　　　　　　　　F: (302) 426-9947
　　　　　　　　　　　　　　　　　　　　mhurford@camlev.com

　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　CAPLIN & DRYSDALE, CHARTERED
　　　　　　　　　　　　　　　　　　　　Elihu Inselbuch
　　　　　　　　　　　　　　　　　　　　375 Park Avenue, 35th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10152-3500
　　　　　　　　　　　　　　　　　　　　T: (212) 319-7125

　　　　　　　　　　　　　　　　　　　　CAPLIN & DRYSDALE, CHARTERED
　　　　　　　　　　　　　　　　　　　　Peter Van N. Lockwood
　　　　　　　　　　　　　　　　　　　　Nathan D. Finch
　　　　　　　　　　　　　　　　　　　　One Thomas Circle, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　T: (202) 862-5000

　　　　　　　　　　　　　　　　　　　　*Counsel to the Official Committee of*
　　　　　　　　　　　　　　　　　　　　　*Asbestos Personal Injury Claimants*