## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2009 THROUGH JUNE 30, 2009 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 6/02/09 | 4-1-09 – 4-30-09 | $10,786.00 | $55.90 | $8,628.80 | $55.90 | $2,157.20 |
| 9/17/09 | 5-1-09 – 5-31-09 | $ 1,357.00 | $13.10 | $1,085.60 | $13.10 | $ 271.40 |
| 9/17/09 | 6-1-09 – 6-30-09 | $ 223.50 | $0 | $ 178.80 | $0 | $ 44.70 |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 3.5 | $ 1,700.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 14.20 | $10,666.50 |
| 42 | Travel (1/2 total hours billed) | 0 | $ 0 |
|  | Total | 17.70 | $12,366.50 |

### CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $25.60 |
| Copies – Matter 32 (Fee Applications) | $ 5.40 |
| Copies – Matter 46 (Tax Litigation) | $15.80 |
| Computer Database Research | $   0 |
| Duplicating Supplies | $   0 |
| Federal Express/Overnight Messenger | $22.20 |
| Facsimile | $   0 |
| Meals | $   0 |
| Hotel | $   0 |
| Local Transportation | $   0 |
| Parking | $   0 |
| Total | $69.00 |