# Notice Recipients

District/Off: 0311−1      User: Brandon           Date Created: 11/5/2009
Case: 01−01139−JKF       Form ID: ntcBK          Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust         united states trustee
aty         Lawrence A Kalina

                                                                                    TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         Frank J. Perch III        frank.j.perch@usdoj.gov
aty         Daniel K. Hogan           dkhogan@dkhogan.com, keharvey@dkhogan.com
aty         Kathleen P. Makowski      kmakowski@pszjlaw.com
aty         Paul W. Turner            pturner@carlilelawfirm.com
aty         Richard Allen Keuler, Jr. rkeuler@reedsmith.com
aty         Richard F. Rescho         rrescho2001@yahoo.com
aty         Rosalie L. Spelman        rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty         Stuart B. Drowos          stuart.drowos@state.de.us

                                                                                    TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          W.R. GRACE &CO.           7500 Grace Drive        Columbia, MD 21044
aty         Curtis A. Hehn            Pachulski Stang Ziehl &Jones LLP      919 N. Market Street    17th Floor        Wilmington, DE 19801
aty         Curtis A. Hehn            Pachulski Stang Ziehl Young Jones &Wein     919 N. Market Street    16th Floor        Wilmington, DE 19801
aty         David W. Carickhoff, Jr   Blank Rome LLP          Chase Manhattan Centre       1201 Market Street, Suite 800        Wilmington, DE 19801
aty         David W. Carickhoff, Jr   Blank Rome LLP          Chase Manhattan Centre       1201 Market Street, Suite 800        Wilmington, DE 19801
aty         David W. Carickhoff, Jr   Pachulski Ziehl Stang Ziehl Young Jones     919 N. Market St.    16th Floor        Wilmington, DE 19899
aty         James E. O'Neill          Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor     PO Box 8705        Wilmington, DE 19899−8705
aty         James E. O'Neill          Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor     P.O. Box 8705        Wilmington, DE 19899−8705
aty         Kathleen P. Makowski      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor     P.O. Box 8705        Wilmington, DE 19899
aty         Kathleen P. Makowski      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor     P.O. Box 8705        Wilmington, DE 19899
aty         Laura Davis Jones         Pachulski Stang Ziehl &Jones LLP      919 North Market Street    17th Floor        Wilmington, DE 19899−8705
aty         Laura Davis Jones         Pachulski Stang Ziehl &Jones LLP      919 N. Market Street    17th Floor        Wilmington, DE 19899−8705
aty         Mark M. Billion           Pachulski Stang Ziehl &Jones LLP      919 N. Market Street    17th Floor        Wilmington, DE 19702
aty         Michael R. Lastowski      Duane Morris LLP        1100 North Market Street     Suite 1200        Wilmington, DE 19801−1246
aty         Paula Ann Galbraith       211 East Ohio # 2618      Chicago, IL 60611
aty         Robert J. Dehney          Morris, Nichols, Arsht &Tunnell      1105 N. Market Street    P. O. Box 1347        Wilmington, DE 19899−1347
aty         Timothy P. Cairns         Pachulski Stang Young &Jones LLP      919 N. Market Street    17th Floor        Wilmington, DE 19801
aty         Timothy P. Cairns         Pachulski Stang Ziehl &Jones LLP      919 N. Market St., 17th Floor     Wilmington, DE 19801

                                                                                    TOTAL: 18