IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | ) |
| | ) Case No. 01-01139(JFK) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Objection Deadline: November 25, 2009 |
| | ) |
| | ) |

SUMMARY APPLICATION OF VENABLE LLP FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY
COUNSEL TO THE W. R. GRACE & CO., ET AL., FOR THE MONTHLY
INTERIM PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered June 24, 2009, effective as of May 22, 2009** |
| Period for which compensation and reimbursement is sought: | **July 1, 2009 through July 31, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$50,849.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$75,008.99** |

This is a _x_ monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is Venable's monthly application for interim compensation of services for the interim fee period July 1, 2009 through July 31, 2009 (the "Fee Period"). The following application was filed in the Chapter 11 cases simultaneously herewith:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 5, 2009 | 11/1/2008-6/30/2009 | $709,294.00 | $6,405.06 | Pending[2] | Pending |

The Venable attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Alexander W. Major | Associate | 2005 | Litigation | $285.00 | 59.8 | $17,043.00 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 20.9 | $8,673.50 |
| G. Stewart Webb, Jr. | Partner | 1975 | Litigation | $635.00 | 7.8 | $4,953.00 |
| | | | | **Total for all attorneys** | | **$30,669.50** |
| | | | | **(Less write-off))** | | **($627.00)** |
| | | | | **Total** | | **$30,042.50** |

The paraprofessionals of Venable who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Todd A. Burdick | Paralegal | 3 | Litigation | $180.00 | 19.9 | $3,582.00 |
| Christine C. Carey | Summer Associate | N/A | Summer Associate | $210.00 | 60.1 | $12,621.00 |
| Meghan F. Chapman | Paralegal | 1 | Litigation | $195.00 | 8.7 | $1,696.50 |

---

[2] $320,268.80 of these fees and expenses have been paid pursuant to the Order Pursuant to 11 U.S.C. §§ 1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business [Docket No. 197], as amended, with a balance of $395,430.26 due and owing Venable.

-2-

BA3DOCS1/429105.02

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Barbara M. Finley | Paralegal | 3 | Litigation | $175.00 | 9.3 | $1,627.50 |
| Lisa C. Reed | Paralegal | 7 | Litigation | $155.00 | 8.0 | $1,240.00 |
| Claudia Reyes | Paralegal | 9 | Litigation | $220.00 | 7.8 | $1,716.00 |
|  |  |  | Total for all paraprofessionals |  |  | $22,483.00 |
|  |  |  | (Less write-off) |  |  | ($1,676.00) |
|  |  |  |  |  | Total | $20,807.00 |

Grand Total for Fees (before write-off)     $53,152.50
Grand Total for Fees (after write-off)     $50,849.50
Blended Rate (after write-off)     $251.36

### Compensation by Matter

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with the Global Printing Litigation | 202.3 | $53,152.50 |
| Total for all matters |  | $53,152.50 |
| (Less write-off) |  | ($2,303.00)[3] |
| Total |  | $50,849.50 |

### Expense Summary

| Service Description | Amount |
|---|---|
| Expert Fees & Expenses | $74,074.80 |
| Commercial Messenger | $142.81 |
| Computer Research | $31.76 |
| Reproduction Costs | $551.25 |
| Legal Research/Westlaw | $194.70 |
| Long Distance Telephone | $10.45 |
| Postage | $3.22 |
| Total of Expenses | $75,008.99 |

---

[3] Venable also wrote off additional amounts, related primarily to technology services. To the extent no time was billed for an individual's services, they have not been included in the above charts. The time incurred by these individuals as well as the total write-off amounts are provided in the attached fee detail.

-3-

BA3DOCS1/429105.02

**WHEREFORE**, Venable respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of **$50,849.50** for reasonable and necessary professional services Venable has rendered to the Debtors during the Fee Period **($40,679.60)** and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by Venable during the Fee Period **($75,008.99)**; (b) that both the fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such other relief as is equitable and just.

Wilmington, Delaware
Dated:  November 5, 2009

VENABLE LLP

/s/ G. Stewart Webb
G. Stewart Webb, Jr.
Darek S. Bushnaq
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

Special Litigation Counsel for the Debtors and Debtors in Possession

Monthly Statement of Venable LLP in Support of First Interim Fee Application
Fee Detail July 1, 2009 through July 31, 2009

*Advice in Connection with Global Printing Litigation*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| CAREY, CHRISTINE C. | 7/1/2009 | 4.30 | 210.00 | 903.00 | LEGAL RESEARCH IN SECONDARY SOURCES ON WHAT CONSTITUTES AN EXCLUSIVE DEALINGS CONTRACT OR SOLE SOURCE CONTRACT. |
| CAREY, CHRISTINE C. | 7/1/2009 | 1.40 | 0.00 | 0.00 | RESEARCH AT UNIVERSITY OF BALTIMORE SCHOOL OF LAW'S LIBRARY IN UCC CASE DIGEST AND UCC TREATISES ON ISSUE OF EXCLUSIVE DEALINGS CONTRACT. |
| MAJOR, ALEXANDER W. | 7/1/2009 | 0.80 | 285.00 | 228.00 | RETERIVED AND PRINTED DOCUMENTS REFERENCED IN RESPONSES TO 2ND INTERROGATORIES FOR REVIEW BY C. MALLON |
| MAJOR, ALEXANDER W. | 7/1/2009 | 0.40 | 285.00 | 114.00 | ADDED PREFERRED VENDOR REFERENCE CITATIONS IN DOCUMENTS TO RESPONSES TO 2D |
| MAJOR, ALEXANDER W. | 7/1/2009 | 1.90 | 285.00 | 541.50 | REVIEWED PRODUCED DOCUMENTS TO ANSWER QUESTIONS FROM C. MALLON FOR USE IN INTERROGATORY RESPONSES |
| MALLON, COLLEEN M. | 7/1/2009 | 6.10 | 415.00 | 2,531.50 | EDIT/REVISE RESPONSES TO INTERROGATORIES; TELEPHONE CALL WITH D. KUCHINSKY RE: SAME; TELEPHONE CALL WITH M. BAKER RE: SAME; TELEPHONE CALL WITH M. ARGENT RE: |
| WEBB, G. STEWART, JR. | 7/1/2009 | 0.20 | 635.00 | 127.00 | E-MAILS RE DISCOVERY ISSUES |
| CAREY, CHRISTINE C. | 7/2/2009 | 5.10 | 210.00 | 1,071.00 | ONLINE RESEARCH REGARDING EXCLUSIVE DEALINGS CONTRACT: E-MAIL COMMUNICATIONS WITH C. MALLON REGARDING RESULTS OF EXCLUSIVE DEALINGS CONTRACT RESEARCH. |
| MAJOR, ALEXANDER W. | 7/2/2009 | 0.20 | 0.00 | 0.00 | DISCUSSION WITH LOCAL OHIO COUNSEL ABOUT METHOD OF DOCUMENT PRODUCTION IN OHIO AND WHETHER THE PARTIES ARE USUALLY PRESENT AT PRODUCTION IN RESPONSE TO SUBPOENA; QUESTIONS POSED IN RESPONSE TO LETTER BY PLAINTIFF'S COUNSEL |
| MAJOR, ALEXANDER W. | 7/2/2009 | 0.60 | 285.00 | 171.00 | REVISED TIMELINE FOR USE BY EXPERT |
| MAJOR, ALEXANDER W. | 7/2/2009 | 0.50 | 285.00 | 142.50 | FILING/SERVING OF RESPONSES TO 2D INTERROGATORIES |
| MAJOR, ALEXANDER W. | 7/2/2009 | 1.90 | 285.00 | 541.50 | REVIEWED PREVIOUSLY PRODUCED DOCUMENTS TO ANSWER QUESTIONS FROM C. MALLON FOR USE IN INTERROGATORY RESPONSES |
| MAJOR, ALEXANDER W. | 7/2/2009 | 0.90 | 285.00 | 256.50 | CREATED/RECONCILED CHARTS OF GENERAL LEDGER ACCOUNT NUMBERS PROVIDED BY GRACE FOR USE IN RESPONSE TO PLAINTIFF'S 2D INTERROGATORIES |
| MALLON, COLLEEN M. | 7/2/2009 | 2.30 | 415.00 | 954.50 | EDIT/REVISE RESPONSES TO INTERROGATORIES; COORDINATE WITH A. MAJOR AND M. BAKER RE: FINALIZING SAME |
| WEBB, G. STEWART, JR. | 7/2/2009 | 1.60 | 635.00 | 1,016.00 | REVIEW DRAFT ANSWERS TO GLOBAL'S SECOND SET OF INTERROGATORIES AND COMMENT/REVISE SAME; E-MAILS RE SAME |
| CAREY, CHRISTINE C. | 7/6/2009 | 5.10 | 210.00 | 1,071.00 | RESEARCH REGARDING COURSE OF PERFORMANCE AND WAIVER OF RIGHT: E-MAILING A. MAJOR REGARDING DIRECTION OF RESEARCH: MEETING WITH A. MAJOR. |
| MAJOR, ALEXANDER W. | 7/6/2009 | 0.20 | 0.00 | 0.00 | DISCUSSION WITH C. CAREY ON FOCUSING RESERACH ON EXCLUISIVITY AND REQUIREMENTS CONTRACTS |
| MALLON, COLLEEN M. | 7/6/2009 | 0.20 | 415.00 | 83.00 | EMAILS TO C. CAREY RE: COURSE OF PERFORMANCE RESEARCH; TELEPHONE CALL WITH M. ARGENT RE: QUICK BOOKS MATERIAL |
| CAREY, CHRISTINE C. | 7/7/2009 | 5.60 | 0.00 | 0.00 | DRAFTING MEMO FOR C. MALLON REGARDING EXCLUSIVE DEALINGS REQUIREMENTS CONTRACT VERSUS PREFERRED PROVIDER CONTRACT. FREE WESTLAW RESEARCH REGARDING COURTS USE OF COURSE OF PERFORMANCE IN MARYLAND. |
| CAREY, CHRISTINE C. | 7/8/2009 | 6.40 | 0.00 | 0.00 | DRAFTING MEMORANDUM FOR C. MALLON REGARDING COURSE OF PERFORMANCE'S EFFECT ON INTERPRETATION AND WAIVER. |
| RISER, MIA L. | 7/8/2009 | 0.20 | 0.00 | 0.00 | COPY DOCUMENT PRODUCTION TO SERVER FOR LOADING |
| WEBB, G. STEWART, JR. | 7/8/2009 | 0.20 | 635.00 | 127.00 | ATTENTION TO EXPERT RETENTION AND ENGAGEMENT LETTER |
| CAREY, CHRISTINE C. | 7/9/2009 | 9.70 | 210.00 | 2,037.00 | DRAFTING MEMORANDUM FOR A. MAJOR REGARDING COURSE OF PERFORMANCE: RESEARCHING ISSUE OF COURSE OF PERFORMANCE BEING REASONABLY RECONCILED WITH CONTRACT'S EXPRESS TERMS. |
| MALLON, COLLEEN M. | 7/9/2009 | 3.30 | 415.00 | 1,369.50 | PREPARE FOR MEETING WITH M. BAKER; PARTICIPATE IN MEETING WITH M. BAKER, D. KUCHINSKY, M. SHERMAN AND M. MACGREGOR RE: COLLECTING/GATHERING DATA IN EASY FORMAT; TRAVEL TO/FROM GRACE'S COLUMBIA OFFICE |
| WEBB, G. STEWART, JR. | 7/9/2009 | 0.10 | 635.00 | 63.50 | E-MAILS RE MATERIALS FOR EXPERT |
| WEBB, G. STEWART, JR. | 7/9/2009 | 0.20 | 635.00 | 127.00 | ATTENTION TO EXPERT ENGAGEMENT |
| WEBB, G. STEWART, JR. | 7/9/2009 | 0.10 | 635.00 | 63.50 | REVIEW ARGENT LETTER RE DISCOVERY AND E-MAILS RE SAME |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| CAREY, CHRISTINE C. | 7/10/2009 | 6.60 | 0.00 | 0.00 | DRAFTING MEMORANDUM ON COURSE OF PERFORMANCE STRATEGY; RESEARCH ON DEFINITION OF SOLE SOURCE CONTRACT. |
| MAJOR, ALEXANDER W. | 7/10/2009 | 0.10 | 0.00 | 0.00 | MANAGING, FINDING OUT STATUS OF PLAINTIFF'S CURRENT PRODUCTION OF DOCUMENTS BEING UPLOADED FOR REVIEW |
| MAJOR, ALEXANDER W. | 7/10/2009 | 2.10 | 285.00 | 598.50 | ANALYZED PLAINTIFF'S JULY 8, 2009 LETTER RESPONDING TO OUR LETTER IDENTIFYING GAPS IN DOCUMENTS PRODUCED; INCLUDING LOOKING OVER PAST PLEADINGS AND CORRESPONDENCE; DRAFTED E-MAIL WITH FINDINGS FOR C. MALLON AND S. WEBB. |
| BAGWANDEEN, NAMRATA R. | 7/13/2009 | 1.30 | 0.00 | 0.00 | UPLOAD DATA INTO CONCORDANCE AND IPRO |
| CAREY, CHRISTINE C. | 7/13/2009 | 6.80 | 0.00 | 0.00 | EDITING AND FINISH DRAFT OF MEMORANDUM REGARDING EXCLUSIVE DEALINGS CONTRACT VERSUS PERFERRED PROVIDER CONTRACT FOR A. MAJOR. |
| MAJOR, ALEXANDER W. | 7/13/2009 | 0.40 | 0.00 | 0.00 | REVIEWED PLAINTIFF'S LETTER REGARDING GRACE'S RESPONSES TO PLAINTIFF'S 2D RFD AND INTERROGATORIES |
| MAJOR, ALEXANDER W. | 7/13/2009 | 2.70 | 285.00 | 769.50 | REVIEW OF M. BAKER BINDER AND COORDINATED DOCUMENT PRODUCTION OF BINDER |
| MAJOR, ALEXANDER W. | 7/13/2009 | 1.10 | 285.00 | 313.50 | CREATED INVOICE CHART FOR USE BY EXPERT |
| MAJOR, ALEXANDER W. | 7/13/2009 | 1.40 | 285.00 | 399.00 | BEGAN REVIEWING DOCUMENTS FROM PLAINTIFF'S FIFTH PRODUCTION |
| MALLON, COLLEEN M. | 7/13/2009 | 0.40 | 415.00 | 166.00 | MEETING W/ A. MAJOR RE: M. BAKER DOCUMENTS; MEETING W/ S. WEBB RE: RESPONDING TO GLOBAL'S LETTER RE: DISCOVERY ISSUES |
| WEBB, G. STEWART, JR. | 7/13/2009 | 0.40 | 635.00 | 254.00 | REVIEW ARGENT LETTER RE DISCOVERY |
| WEBB, G. STEWART, JR. | 7/13/2009 | 0.10 | 635.00 | 63.50 | E-MAILS RE EXPERT ENGAGEMENT |
| BAGWANDEEN, NAMRATA R. | 7/14/2009 | 1.30 | 0.00 | 0.00 | GATHER SEARCH TERM AND DATA INFOR PER ELERSTAD OF GRACE FOR BIA DATA SET TESTING; UPLOAD DATA TO CONCORDANCE AND IPRO FOR REVIEW PER AMAJOR AND CMALLON |
| CAREY, CHRISTINE C. | 7/14/2009 | 9.10 | 210.00 | 1,911.00 | RESEARCH ON WAIVER OF NON-WAIVER CLAUSE; REVISING AND EDITING MEMORANDUM REGARDING EXCLUSIVE DEALINGS VERSUS PREFERRED PROVIDER CONTRACT. |
| MAJOR, ALEXANDER W. | 7/14/2009 | 1.60 | 285.00 | 456.00 | BEGAN REVIEW OF PLAINTIFF'S JULY 8 PRODUCTION |
| MAJOR, ALEXANDER W. | 7/14/2009 | 4.70 | 285.00 | 1,339.50 | PRE PRODUCTION REDACTION REVIEW OF INVOICES TO BE PRODUCED TO GLOBAL |
| MALLON, COLLEEN M. | 7/14/2009 | 3.60 | 415.00 | 1,494.00 | TELEPHONE CALL W/ M. MACGREGOR RE: GRACE DATA AND SPREADSHEETS; IDENTIFY DOCUMENTS TO PRODUCE; MEETING W/ A. MAJOR RE: SAME; REVIEW/ANALYZE LETTER FROM M. ARGENT RE: GRACE'S DOCUMENT PRODUCTION; MEETING W/ S. WEBB RE: SAME; REVIEW MEMO RE: IMPACT COURSE OF PERFORMANCE HAS ON EXCLUSIVE NATURE OF CONTRACT |
| WEBB, G. STEWART, JR. | 7/14/2009 | 0.20 | 635.00 | 127.00 | REVIEW PLAINTIFF DISCOVERY LETTER |
| WEBB, G. STEWART, JR. | 7/14/2009 | 0.80 | 635.00 | 508.00 | DISCUSS WITH C.MALLON RE ACCOUNTING RECORDS AND EXPERT |
| BAGWANDEEN, NAMRATA R. | 7/15/2009 | 0.40 | 0.00 | 0.00 | BURN ONLINE CATALOG FILES TO DISK PER CMALLON |
| MAJOR, ALEXANDER W. | 7/15/2009 | 1.80 | 285.00 | 513.00 | PRE PRODUCTION REDACTION REVIEW OF INVOICES TO BE PRODUCED TO GLOBAL |
| MAJOR, ALEXANDER W. | 7/15/2009 | 3.70 | 285.00 | 1,054.50 | BEGAN REVIEW OF PLAINTIFF'S JULY 8 PRODUCTION OF DOCUMENTS |
| MALLON, COLLEEN M. | 7/15/2009 | 0.50 | 415.00 | 207.50 | MEETING WITH A. MAJOR RE: DOCUMENTS TO PRODUCE AND RESPONSE LETTER TO M. ARGENT RE: DISCOVERY ISSUES |
| MAJOR, ALEXANDER W. | 7/16/2009 | 2.10 | 285.00 | 598.50 | FINAL/PRE-PRODUCTION REVIEW OF DOCUMENTS |
| MAJOR, ALEXANDER W. | 7/16/2009 | 2.70 | 285.00 | 769.50 | LETTER TO PLAINTIFF'S COUNSEL REGARDING ITS JULY 8, 2009 LETTER ADDRESSING GRACE'S RESPONSES TO GLOBAL'S SECOND SET OF DISCOVERY RESPONSES |
| BAGWANDEEN, NAMRATA R. | 7/17/2009 | 1.80 | 0.00 | 0.00 | RAN PRODUCTION AND BURN/LABEL DISK PER AMAJOR AND CMALLON; CREATE CUSTODIAL REFERENCE GUIDE FOR PRODUCTION MADE |
| BURDICK, TODD A. | 7/17/2009 | 0.20 | 0.00 | 0.00 | E-MAIL EXCHANGE WITH A. MAJOR CONCERNING UPCOMING CODING/DOCUMENT REVIEW PROJECT |
| MAJOR, ALEXANDER W. | 7/17/2009 | 1.10 | 285.00 | 313.50 | DOCUMENT PRODUCTION: DRAFTED PRODUCTION COVER LETTER; REVIEWED FINAL PRODUCTION; |
| MALLON, COLLEEN M. | 7/17/2009 | 0.70 | 415.00 | 290.50 | EDIT/REVISE PRODUCTION COVER LETTER TO M. ARGENT; TELEPHONE CALL WITH M. MACGREGOR RE: INVOICES AND COMPILING DATA FOR DAMAGES CALCULATION |
| WEBB, G. STEWART, JR. | 7/17/2009 | 0.10 | 635.00 | 63.50 | REVIEW CORRESPONDENCE RE: PRODUCTION AND E-MAIL RE: SAME |
| BAGWANDEEN, NAMRATA R. | 7/20/2009 | 1.60 | 0.00 | 0.00 | UPLOAD PRODUCTION DATA INTO IPRO AND CONCORDANCE FOR REVIEW/CODING; OCR AND UPLOAD INTO CONCORDANCE |
| BURDICK, TODD A. | 7/20/2009 | 0.60 | 0.00 | 0.00 | E-MAIL EXCHANGE WITH ALEXANDER MAJOR AND CLAUDIA REYES CONCERNING INSTRUCTIONS FOR CODING PROJECT; REVIEW MATERIALS IN DATABASE; INITIATE PROJECT |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MAJOR, ALEXANDER W. | 7/20/2009 | 3.80 | 285.00 | 1,083.00 | REVIEW OF GLOBAL PRODUCTION FROM JUNE 28 (FIFTH PRODUCTION) |
| MAJOR, ALEXANDER W. | 7/20/2009 | 1.10 | 285.00 | 313.50 | PREPARING DOCUMENTS TO BE SENT FOR USE BY EXPERT & ASSISTANCE OF C. MALLON IN RESPIONDING TO EXPERT QUESTIONS (FRANCHISE AGREEMENT & DISCS); DRATFED LETTER TO EXPERT TO ACCOMPANY DATA BEING SENT |
| MALLON, COLLEEN M. | 7/20/2009 | 2.80 | 415.00 | 1,162.00 | TELEPHONE CALLS WITH M. MACGREGOR RE: NEXT STEPS RE: CALCULATING DAMAGES AND GLOBAL'S PROFIT MARGIN; TELEPHONE CALL WITH D. KUCHINSKY RE: RESERVE PRICE; TELEPHONE CALL WITH D. KUCHINSKY AND R. FINKE RE: GLOBAL'S DESCRIPTION OF DAMAGES CLAIM; MEETINGS WITH S. WEBB RE: SAME |
| REYES, CLAUDIA | 7/20/2009 | 0.50 | 0.00 | 0.00 | EMAILS WITH A. MAJOR, T. BURDICK REGARDING UPCOMING CODING PROJECT OF RECENT PRODUCTION. |
| WEBB, G. STEWART, JR. | 7/20/2009 | 1.90 | 635.00 | 1,206.50 | REVIEW DOCS RE: GLOBAL PROFIT, DISCUSS WITH MALLON, TELEPHONE FINK AND KURCHINSKY RE: PROFIT DAMAGE ESTIMATE |
| BURDICK, TODD A. | 7/21/2009 | 0.10 | 0.00 | 0.00 | E-MAIL EXCHANGE WITH C. REYES REGARDING CODING PROJECT; GENERAL SCOPE DISCUSSED |
| MAJOR, ALEXANDER W. | 7/21/2009 | 0.50 | 285.00 | 142.50 | CALLS WITH OHIO COUNSEL AND EMAILS TO PLAINTIFF'S COUNSEL REGARDING RECEIPT OF PROFORMA DOCUMENTS AND FORMAT/LOGITSICS OF PRODUCTION |
| REYES, CLAUDIA | 7/21/2009 | 4.00 | 220.00 | 880.00 | PER A. MAJOR, CODE RECENT PRODUCTION OF INVOICES. EMAILS WITH T. BURDICK REGARDING SAME. |
| WEBB, G. STEWART, JR. | 7/21/2009 | 0.20 | 635.00 | 127.00 | DISCUSS WITH MALLON RE: EXPOSURE ANALYSIS, TELEPHONE FINK RE: SAME |
| REYES, CLAUDIA | 7/22/2009 | 3.50 | 220.00 | 770.00 | PER A. MAJOR, CODE RECENT PRODUCTION OF INVOICES. |
| BAGWANDEEN, NAMRATA R. | 7/23/2009 | 1.30 | 0.00 | 0.00 | PROCESS TAX/SALES DOCUMENTS RECEIVED PER AMAJOR |
| BURDICK, TODD A. | 7/23/2009 | 0.40 | 180.00 | 72.00 | CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| MALLON, COLLEEN M. | 7/23/2009 | 0.70 | 415.00 | 290.50 | DRAFT EMAIL TO D. KUCHINSKY RE: FOLLOW-UP MATTERS WITH M. BAKER; EDIT/REVISE RESPONSE LETTER TO M. ARGENT RE: DISCOVERY ISSUES |
| REYES, CLAUDIA | 7/23/2009 | 0.50 | 220.00 | 110.00 | PER A. MAJOR, CODE RECENT PRODUCTION OF INVOICES. |
| BAGWANDEEN, NAMRATA R. | 7/24/2009 | 0.60 | 0.00 | 0.00 | COORDINATE SCANNING OF DOCUMENTS WITH VENDOR AND AMAJOR |
| BURDICK, TODD A. | 7/24/2009 | 0.30 | 180.00 | 54.00 | CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| MAJOR, ALEXANDER W. | 7/24/2009 | 0.40 | 285.00 | 114.00 | REVIEW OF PFG VENTURES PRODUCTION AND PREPARTION OF LOADING INTO ELCTRONIC FORMAT |
| MAJOR, ALEXANDER W. | 7/24/2009 | 0.50 | 0.00 | 0.00 | UPDATED/REVISED LETTER TO PLAINTIFF'S COUNSEL RE: DISCOVERY RESPONSES |
| MALLON, COLLEEN M. | 7/24/2009 | 0.30 | 415.00 | 124.50 | REVIEW LETTER FROM M. ARGENT RE: GLOBAL'S DOCUMENT PRODUCTION; MEETING WITH S. WEBB RE: OPEN ITEMS |
| REYES, CLAUDIA | 7/24/2009 | 1.50 | 220.00 | 330.00 | PER A. MAJOR, CODE RECENT PRODUCTION OF INVOICES. |
| ROSENCRANZ, VICTORIA E. | 7/24/2009 | 3.20 | 0.00 | 0.00 | SETTING BOUNDARIES IN THE DOCUMENTS |
| WEBB, G. STEWART, JR. | 7/24/2009 | 0.20 | 635.00 | 127.00 | REVIEW E-MAILS AND DISCUSS WITH C.MALLON RE STATUS |
| BAGWANDEEN, NAMRATA R. | 7/27/2009 | 2.10 | 0.00 | 0.00 | ASSIST VENDOR ANSWER SOME QUESTIONS FOR SCANNING JOB BY AMAJOR; UPLOAD FRIDAY'S PRODUCTION INTO CONCORDANCE FOR DOCUMENT REVIEW/CODING |
| BURDICK, TODD A. | 7/27/2009 | 4.20 | 180.00 | 756.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| MAJOR, ALEXANDER W. | 7/27/2009 | 0.10 | 285.00 | 28.50 | REVIEW OF BOUNDARIES ON PFG VENTURES PRODUCTION, SENT TO IKON FOR LOADING ONTO ELECTRONIC SYSTEM |
| MAJOR, ALEXANDER W. | 7/27/2009 | 3.80 | 285.00 | 1,083.00 | DOCUMENT REVIEW OF JULY 8 DOCUMENTS PRODUCED BY GLOBAL |
| REYES, CLAUDIA | 7/27/2009 | 1.00 | 220.00 | 220.00 | PER A. MAJOR, CODE RECENT PRODUCTION OF INVOICES. |
| WEBB, G. STEWART, JR. | 7/27/2009 | 0.30 | 635.00 | 190.50 | REVIEW OPEN DISCOVERY ISSUES AND DISCUSS WITH A. MAJOR |
| WEBB, G. STEWART, JR. | 7/27/2009 | 0.10 | 635.00 | 63.50 | E-MAILS RE CONFERENCE CALL FOR DISCOVERY |
| BAGWANDEEN, NAMRATA R. | 7/28/2009 | 0.60 | 0.00 | 0.00 | COORDINATE DELIVERABLES FROM SCANNING WITH VENDOR FOR UPLOAD TO IPRO |
| BIVENS, VALERIE V. | 7/28/2009 | 0.50 | 0.00 | 0.00 | UPLOAD DOCS FROM CD ONTO NETWORK, IMPORT INTO DATABASE THEN CONTACT AMAJOR WHEN TASK IS COMPLETE; |
| BURDICK, TODD A. | 7/28/2009 | 7.20 | 180.00 | 1,296.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| MAJOR, ALEXANDER W. | 7/28/2009 | 3.10 | 285.00 | 883.50 | DOCUMENT REVIEW OF JUKY 8 DOCUMENTS PRODUCED BY GLOBAL |
| MAJOR, ALEXANDER W. | 7/28/2009 | 0.20 | 0.00 | 0.00 | MEETING W/ S.WEBB REGARDING, AND EDITS TO, OUR LETTER TO PLAINTIFF'S JULY 17 LETTER RE: OUR DISCOVERY RESPONSES |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MAJOR, ALEXANDER W. | 7/28/2009 | 0.20 | 0.00 | 0.00 | REVIEW OF PLAINTIFF'S JULY 27 LETTER REGARDING RESPONSES TO PLAINTIFF'S SECOND INTERROGATORIES |
| REYES, CLAUDIA | 7/28/2009 | 1.00 | 220.00 | 220.00 | PER A. MAJOR, CODE RECENT PRODUCTION OF INVOICES. |
| WEBB, G. STEWART, JR. | 7/28/2009 | 0.50 | 635.00 | 317.50 | PREPARE FOR COFNERENCE CALL RE DISCOVERY |
| WEBB, G. STEWART, JR. | 7/28/2009 | 0.30 | 635.00 | 190.50 | DISCUSS WITH A.MAJOR RE DISCOVERY AND RESPONSE LETTER |
| BIVENS, VALERIE V. | 7/29/2009 | 0.60 | 0.00 | 0.00 | PER AMAJOR, DOCUMENT PRODUCTION; BURN 3 COPIES OF PRODUCTION; |
| BURDICK, TODD A. | 7/29/2009 | 6.90 | 180.00 | 1,242.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| MAJOR, ALEXANDER W. | 7/29/2009 | 2.40 | 285.00 | 684.00 | DOCUMENT REVIEW OF JULY 8 & 17TH DOCUMENTS PRODUCED BY GLOBAL |
| MAJOR, ALEXANDER W. | 7/29/2009 | 0.20 | 285.00 | 57.00 | DRAFTED LETTER TO PLAINTIFF'S COUNSEL TO ACCOMPANY PRODUCTION OF PFG VENTURE DOCUMENTS |
| REYES, CLAUDIA | 7/29/2009 | 1.50 | 220.00 | 330.00 | PER A. MAJOR, CODE RECENT PRODUCTION OF INVOICES. EMAILS WITH T. BURDICK REGARDING SAME. |
| WEBB, G. STEWART, JR. | 7/29/2009 | 0.10 | 635.00 | 63.50 | REVIEW DRAFT CORRESPONDENCE RE DOCUMENT PRODUCTION |
| BAGWANDEEN, NAMRATA R. | 7/30/2009 | 6.70 | 0.00 | 0.00 | CORRECT AND UPLOAD GLOBAL PRODUCTION DOCUMENTS INTO IPRO AND CONCORDANCE; BEGIN OCR OF DOCUMENTS FOR CONC UPLOAD |
| CHAPMAN, MEGHAN F. | 7/30/2009 | 5.00 | 195.00 | 975.00 | CODING INVOICE DOCUMENTS IN CONCORDANCE/IPRO AS PER INSTRUCTIONS OF C.REYES/A.MAJOR |
| FINLEY, BARBARA M. | 7/30/2009 | 3.60 | 175.00 | 630.00 | REVIEWING DOCUMENTS AND CODING |
| MAJOR, ALEXANDER W. | 7/30/2009 | 0.20 | 0.00 | 0.00 | PREPARED PFG DOCUMENTS FOR UPS MAILING TO PLAINTIFF WITH LETTER (EDITED BY S. WEBB) |
| MAJOR, ALEXANDER W. | 7/30/2009 | 5.80 | 285.00 | 1,653.00 | REVIEW OF PLAINTIFF'S JULY 17 2009 PRODUCTION |
| MAJOR, ALEXANDER W. | 7/30/2009 | 0.70 | 285.00 | 199.50 | COORDINATED DOCUMENT CODING OF INVOICES FOR EXPERTS AND FOLLOW ON CODING OF 20,000+ DOCUMENTS PRODUCED BY PLAINTIFF |
| REED, LISA C. | 7/30/2009 | 3.80 | 155.00 | 589.00 | CODED INVOICES AS DIRECTED BY A. MAJOR AND C. REYES; |
| REYES, CLAUDIA | 7/30/2009 | 6.50 | 220.00 | 1,430.00 | DISCUSSION OF PROJECT WITH A. MAJOR. PER A. MAJOR, TRAIN OTHER PARALEGALS TO ASSIST IN CODING. ASSIGN RANGES. ANSWER CODING RELATED QUESTIONS WITH NEW CODERS. PER A. MAJOR, CODE RECENT PRODUCTION OF INVOICES. |
| BAGWANDEEN, NAMRATA R. | 7/31/2009 | 1.40 | 0.00 | 0.00 | COMPLETE UPLOAD OF GOBAL DOCUMENTS TO CONCORDANCE AND IPRO PER AMAJOR; MONITOR OCRING OF GLOBAL PRODUCTION DOCUMENTS |
| CHAPMAN, MEGHAN F. | 7/31/2009 | 3.70 | 195.00 | 721.50 | CODING INVOICE DOCUMENTS IN CONCORDANCE/IPRO AS PER INSTRUCTIONS OF |
| FINLEY, BARBARA M. | 7/31/2009 | 5.70 | 175.00 | 997.50 | REVIEWING INVOICES AND CODING FOR TO, FROM, DESCRIPTION, DATE, PURCHASER, AND PURCHASER LOCATION |
| MAJOR, ALEXANDER W. | 7/31/2009 | 3.70 | 285.00 | 1,054.50 | REVIEW OF PLAINTIFF'S JULY 17 2009 PRODUCTION |
| MAJOR, ALEXANDER W. | 7/31/2009 | 0.20 | 0.00 | 0.00 | COORDINATED CODING OF GRACE INVOICES WITH NEW PERSONNEK |
| REED, LISA C. | 7/31/2009 | 4.20 | 155.00 | 651.00 | CONTINUED TO CODE INVOICES AS DIRECTED BY A. MAJOR AND C. REYES; |
| REYES, CLAUDIA | 7/31/2009 | 7.00 | 220.00 | 1,540.00 | PER A. MAJOR, CODE RECENT PRODUCTION OF INVOICES. EMAILS WITH L. REED, M. CHAPMAN, B. FINLEY REGARDING SAME. |
| WEBB, G. STEWART, JR. | 7/31/2009 | 0.20 | 635.00 | 127.00 | REVIEW LETTER RE DISCOVERY AND E-MAIL RE SAME |
| | | 245.10 | | 50,849.50 | |

\* In the interest of billing judgment, $11,201.00 was written off for the period July 1, 2009 through July 31, 2009.
These fees reflect these reductions. Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

4

Monthly Statement of Venable LLp in Support of Interim Fee Application
Expense Detail July 1, 2009 through July 31, 2009

| Date | Description | Qty | Rate | Amount | Detail |
|---|---|---:|---:|---:|---|
| 7/31/2009 | EXPERT FEES AND EXPENSES | | | 74,074.80 | ALVAREZ AND MARSHALL EXPERT FEES AND EXPENSES FOR THE PERIOD JUNE 15, 2009 THROUGH JULY 31, 2009 |
| | | | | **74,074.80** | |
| 7/2/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 58.23 | LASER COURIER |
| 7/2/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 62.71 | LASER COURIER |
| 7/17/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - MARGARET L. ARGENT, ESQUIRE, 100 LIGHT STREETSUITE 1100, BALTIMORE, MD 21202 |
| 7/21/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - MONICA M. MACGREGOR, DIRECTOR, 2001 K. STREET NWSUITE 803, WASHINGTON, DC 20006 |
| 7/30/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - THOMAS & LIBOWITZ, P.A., 100 LIGHT STREETSUITE 1100, BALTIMORE, MD 21202 |
| | | | | **142.81** | |
| 7/6/2009 | COMPUTER RESEARCH SERVICES | | | 0.32 | COMPUTER RESEARCH SERVICES FROM 4/1-6/30/09 |
| 7/6/2009 | COMPUTER RESEARCH SERVICES | | | 2.64 | COMPUTER RESEARCH SERVICES FROM 4/1-6/30/09 |
| 7/6/2009 | COMPUTER RESEARCH SERVICES | | | 28.80 | COMPUTER RESEARCH SERVICES FROM 4/1-6/30/09 |
| | | | | **31.76** | |
| 7/1/2009 | REPRODUCTION COSTS | | | 536.65 | A MAJOR-7/27/09- REPRODUCTION COSTS |
| 7/2/2009 | INTERNAL REPRODUCTION COSTS | 10 | 0.10 | 1.00 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 7/2/2009 | INTERNAL REPRODUCTION COSTS | 75 | 0.10 | 7.50 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 7/2/2009 | INTERNAL REPRODUCTION COSTS | 6 | 0.10 | 0.60 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 7/8/2009 | INTERNAL REPRODUCTION COSTS | 2 | 0.10 | 0.20 | PHOTOCOPIES MADE BY MAJOR, ALEXANDER W. |
| 7/13/2009 | INTERNAL REPRODUCTION COSTS | 19 | 0.10 | 1.90 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 7/13/2009 | INTERNAL REPRODUCTION COSTS | 5 | 0.10 | 0.50 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 7/15/2009 | INTERNAL REPRODUCTION COSTS | 9 | 0.10 | 0.90 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 7/16/2009 | INTERNAL REPRODUCTION COSTS | 3 | 0.10 | 0.30 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |

| Date | Description | Qty | Rate | Amount | Details |
|---|---|---|---|---|---|
| 7/17/2009 | INTERNAL REPRODUCTION COSTS | 2 | 0.10 | 0.20 | PHOTOCOPIES MADE BY WILSON, TYRA |
| 7/20/2009 | INTERNAL REPRODUCTION COSTS | 8 | 0.10 | 0.80 | PHOTOCOPIES MADE BY MAJOR, ALEXANDER W. |
| 7/29/2009 | INTERNAL REPRODUCTION COSTS | 2 | 0.10 | 0.20 | PHOTOCOPIES MADE BY MAJOR, ALEXANDER W. |
| 7/29/2009 | INTERNAL REPRODUCTION COSTS | 5 | 0.10 | 0.50 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| | | | | **551.25** | |
| 7/6/2009 | LEGAL RESEARCH/WESTLAW | | | 41.74 | ALEXANDER W. MAJOR |
| 7/10/2009 | LEGAL RESEARCH/WESTLAW | | | 65.25 | CHRISTINE C. CAREY |
| 7/16/2009 | LEGAL RESEARCH/WESTLAW | | | 87.71 | ALEXANDER W. MAJOR |
| | | | | **194.70** | |
| 7/2/2009 | LONG DISTANCE TELEPHONE | | | 0.70 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 7/2/2009 | LONG DISTANCE TELEPHONE | | | 0.70 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 7/2/2009 | LONG DISTANCE TELEPHONE | | | 0.70 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 7/17/2009 | LONG DISTANCE TELEPHONE | | | 0.70 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 7/17/2009 | LONG DISTANCE TELEPHONE | | | 0.70 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 7/20/2009 | LONG DISTANCE TELEPHONE | | | 2.08 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 7/21/2009 | LONG DISTANCE TELEPHONE | | | 0.70 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 7/21/2009 | LONG DISTANCE TELEPHONE | | | 2.08 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 7/24/2009 | LONG DISTANCE TELEPHONE | | | 0.70 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 7/28/2009 | LONG DISTANCE TELEPHONE | | | 1.39 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| | | | | **10.45** | |
| 7/1/2009 | POSTAGE | | | 0.44 | WEBB, G. STEWART, JR. |
| 7/1/2009 | POSTAGE | | | 1.39 | WEBB, G. STEWART, JR. |
| 7/21/2009 | POSTAGE | | | 1.39 | WEBB, G. STEWART, JR. |
| | | | | **3.22** | |
| | | | **Total** | **75,008.99** | |

2