EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

## SUMMARY STATEMENT OF VENABLE LLP OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITITATION COUNSEL FOR THE MONTHLY PERIOD NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order[2] entered June 24, 2009, effective as of May 22, 2009[3]** |
| Period for which compensation and reimbursement is sought: | **November 1, 2008 through November 30, 2008** |
| Amount of Compensation sought as actual, reasonable and necessary for the period: | **$58,501.50** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Terms not defined herein shall have the meanings ascribed to them in the Interim Verified Application of Venable LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Thirty-First, Thirty-Second and Thirty-Third Quarters from November 1, 2008 through June 30, 2009 (the "Fee Application"), to which this statement is an exhibit.

[3] Venable was previously serving as an "Ordinary Course Professional" pursuant the OCP Order. The Retention Order entitles and instructs Venable to seek application for its outstanding fees and expenses in excess of the Monthly Caps.

| | | | | Received pursuant to OCP Order | Balance Owing Venable LLP |
|---|---|---|---|---|---|
| | Fees | Expenses | Total | | |

Amount of Expense Reimbursement sought as actual, reasonable and necessary: **$2,187.29**

Fees and Expenses received in accordance with the OCP Order: **($18,646.12[4])**

November 2008 Fee and Expenses in Excess of $50,000 OCP Cap Requested pursuant to this Application: **$42,042.67**

This is a _x_ monthly ___ interim ___ final application.

This is Venable's monthly statement for interim compensation of services for the interim period November 1, 2008 through November 30, 2008. This is the first fee application filed by Venable to date. Subsequent to this Fee Application, including for July 2009 and afterward, Venable will continue to file monthly and quarterly fee applications in accordance with the Amended Interim Compensation Order.

In the Fee Application, Venable seeks to recover amounts due and owing Venable for November 2008 through June 2009 to the extent that they have not been paid pursuant to the OCP Order. The following chart reflects the total professional services rendered and the actual and necessary expenses incurred by Venable during the Fee Period. Venable has received partial payment of these amounts pursuant to the OCP Order as follows:

| | Fees | Expenses | Total | Received pursuant to OCP Order | Balance Owing Venable LLP |
|---|---|---|---|---|---|
| November 2008 | $58,501.50 | $2,187.29 | $60,688.79 | $18,646.12 | $42,042.67 |
| December 2008 | $77,025.50 | $1,871.49 | $78,896.99 | $50,076.00 | $28,820.99 |
| January 2009 | $49,863.00 | $412.42 | $50,275.42 | $50,698.00 | ($422.58) |
| February 2009 | $165,610.50 | $177.86 | $165,788.36 | $50,000.00 | $115,788.36 |

---

[4] Work commenced on the Global Printing Litigation on October 21, 2008. The first bill with respect to this litigation included time and expenses for October 2008 and November 2008 (the "October/November 2008 Bill"). Venable was paid $50,000.00 for the October/November 2008 Bill. The amounts received were applied to the October time first. Therefore, Venable received less than the $50,000.00 Monthly Cap in November 2008.

| | | | | | |
|---|---|---|---|---|---|
| March 2009 | $144,644.50 | $254.24 | $144,898.74 | $50,363.18 | $94,535.56 |
| April 2009 | $86,322.50 | $527.35 | $86,849.85 | $50,148.50 | $36,701.35 |
| May 2009 | $49,737.50 | $573.59 | $50,311.09 | $50,000.00 | $311.09 |
| June 2009 | $77,589.00 | $400.82 | $77,989.82 | $337.00 | $77,652.82 |
| **Total** | **$709,294.00** | **$6,405.06** | **$715,699.06** | **$320,268.80** | **$395,430.26** |

The Venable attorneys who rendered professional services in these cases during the period November 1, 2008 through November 30, 2008 are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Alexander W. Major | Associate | 2005 | Litigation | $285.00 | 23 | $6,555.00 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 96.7 | $40,130.50 |
| G. Stewart Webb, Jr. | Partner | 1975 | Litigation | $635.00 | 22.9 | $14,541.50 |
| John A. Wilhelm | Partner | 1981 | Business | $490.00 | 1.6 | $784.00 |
| | | | | Total for all attorneys | | $62,011.00 |
| | | | | (Less write-off) | | ($3,509.50) |
| | | | | Total | | $58,501.50 |

**Compensation by Matter**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with the Global Printing Litigation | 142.6 | $61,227.00 |
| Advice in Connection with Labor and Employment Matters | 1.6 | $784.00 |
| Total for all matters | | $62,011.00 |
| (Less write-off) | | ($3,509.50)[5] |
| Total | | $58,501.50 |

---

[5] Venable also wrote off additional amounts, related primarily to technology services. To the extent no time was billed for an individual's services, they have not been included in the above charts. The time incurred by these individuals as well as the total write-off amounts are provided in the attached fee detail.

EXHIBIT A

**Expense Summary**

| Service Description | Amount |
|---|---:|
| Commercial Messenger | $79.53 |
| Reproduction Costs | $193.60 |
| Legal Research/Westlaw | $1,899.46 |
| Long Distance Telephone | $0.70 |
| Telecopy | $4.00 |
| Appearance Fee | $10.00 |
| **Total of Expenses** | **$2,187.29** |

Venable has not previously filed a separate application for these amounts. Compensation for these amounts is being sought in the First Interim Fee Application to which this statement is an exhibit. However, Venable has been regularly compensated pursuant to the OCP order, including $18,646.12 for the period November 1, 2008 through November 30, 2008.

Fee and expense detail with respect to these amounts is attached hereto.

Monthly Statement of Venable LLP In Support of First Interim Fee Application
Fee Detail November 1, 2008 through November 30, 2008

*Advice in Connection with Global Printing Litigation*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| MAJOR, ALEXANDER W. | 11/3/2008 | 4.50 | 285.00 | 1,282.50 | COMPLETED RESEARCH RE: CONTRACT LAW; DRAFTED EMAIL WITH FINDINGS FOR S. WEBB AND C. MALLON |
| MALLON, COLLEEN M. | 11/3/2008 | 2.10 | 415.00 | 871.50 | REVIEW EMAIL FROM A. MAJOR RE: CONTRACT LAW; ANALYSIS OF RESPONSES TO GLOBAL'S INTERROGATORIES |
| ANDERSON, DONNA E. | 11/5/2008 | 0.80 | 0.00 | 0.00 | ATTEND CONFERENCE CALL WITH S. WEBB, C. MALLON, AND CLIENT REGARDING LITIGATION HOLD PROCESS AND STRATEGY FOR PRESERVING AND COLLECTING ELECTRONIC DATA |
| MAJOR, ALEXANDER W. | 11/5/2008 | 0.90 | 0.00 | 0.00 | RESEARCH RE: DAMAGES FOR C. MALLON |
| MALLON, COLLEEN M. | 11/5/2008 | 2.90 | 415.00 | 1,203.50 | ANALYSIS OF ORGANIZATION OF MEMO FOR CLIENT RE: LOST PROFITS; REVIEW GLOBAL'S LETTER IN RESPONSE TO GRACE'S 10/28/08 LETTER; TELEPHONE CONFERENCE WITH S. WEBB, D. ANDERSON, D. KUCHINSKY, R. FINKE AND E. LERSTAD RE: DOCUMENT COLLECTION AND NEXT STEPS |
| WEBB, G. STEWART, JR. | 11/5/2008 | 0.10 | 635.00 | 63.50 | DISCUSS WITH C. MALLON RE LEGAL RESEARCH |
| WEBB, G. STEWART, JR. | 11/5/2008 | 0.10 | 635.00 | 63.50 | E-MAIL RE DRAFT RESPONSE TO GP LETTER |
| WEBB, G. STEWART, JR. | 11/5/2008 | 0.90 | 635.00 | 571.50 | CONFERENCE CALL WITH CLIENT RE DISCOVERY/DOCUMENTS |
| ANDERSON, DONNA E. | 11/6/2008 | 0.60 | 0.00 | 0.00 | PHONE CALL WITH E. LERSTAD FOLLOWING UP ON COLLECTION STRATEGY; LOCATE SAMPLE CHAIN OF CUSTODY FORM FOR SAME |
| MAJOR, ALEXANDER W. | 11/6/2008 | 2.90 | 0.00 | 0.00 | RESEARCH RE: DAMAGES; RETRIEVAL OF CASES FOR REVIEW BY C. MALLON |
| MALLON, COLLEEN M. | 11/6/2008 | 6.20 | 415.00 | 2,573.00 | DRAFT MEMO TO CLIENT RE: DAMAGES; TELEPHONE CALL WITH D. ANDERSON RE: PROCESSING DATA GRACE COLLECTS |
| WEBB, G. STEWART, JR. | 11/6/2008 | 0.20 | 635.00 | 127.00 | REVIEW GLOBAL LETTER |
| ANDERSON, DONNA E. | 11/7/2008 | 0.20 | 0.00 | 0.00 | LOCATE AND TRANSMIT SAMPLE CHAIN OF CUSTODY FORM TO CLIENT PER E. LERSTAD |
| MAJOR, ALEXANDER W. | 11/7/2008 | 3.30 | 285.00 | 940.50 | ASSISTED IN REVIEW AND OBTAINING CITATIONS AND CASE LAW FOR C. MALLON ON LEGAL MEMORANDUM EXPLAINING ISSUES OF DAMAGES |
| MALLON, COLLEEN M. | 11/7/2008 | 5.40 | 415.00 | 2,241.00 | DRAFT MEMO TO CLIENT RE: DAMAGES |
| WEBB, G. STEWART, JR. | 11/8/2008 | 1.60 | 635.00 | 1,016.00 | REVIEW AND REVISE MEMO RE LOST PROFITS; E-MAIL RE SAME |
| ANDERSON, DONNA E. | 11/10/2008 | 0.50 | 0.00 | 0.00 | CREATE E-DISCOVERY COLLECTION LOG FOR E. LERSTAD |
| MALLON, COLLEEN M. | 11/10/2008 | 1.90 | 0.00 | 0.00 | REVIEW EMAIL FROM S. WHITTIER RE: RESEARCH RE: DAMAGES; DRAFT ANSWER |
| WEBB, G. STEWART, JR. | 11/10/2008 | 0.30 | 635.00 | 190.50 | E-MAILS RE DAMAGE ANALYSIS |
| ANDERSON, DONNA E. | 11/11/2008 | 0.40 | 0.00 | 0.00 | COMMUNICATIONS WITH C. MALLON REGARDING STRATEGY FOR COLLECTION OF ELECTRONIC DATA |
| MALLON, COLLEEN M. | 11/11/2008 | 0.60 | 415.00 | 249.00 | TELEPHONE CALLS WITH D. ANDERSON RE: COLLECTING AND PROCESSING DATA; DRAFT EMAIL TO S. WEBB RE: SAME |
| WEBB, G. STEWART, JR. | 11/11/2008 | 0.10 | 635.00 | 63.50 | E-MAILS RE DOCUMENT PRODUCTION |
| MALLON, COLLEEN M. | 11/12/2008 | 3.50 | 415.00 | 1,452.50 | DRAFT TOPIC AREAS TO COVER WITH EMPLOYEES FOR UPCOMING INTERVIEWS; PREPARE/DRAFT WRITTEN OBJECTIONS AND RESPONSES TO PROFORMA'S DISCOVERY REQUESTS |
| ANDERSON, DONNA E. | 11/13/2008 | 0.30 | 0.00 | 0.00 | E-MAIL AND PHONE CALL WITH C. MALLON REGARDING UPCOMING CUSTODIAN INTERVIEWS |
| MALLON, COLLEEN M. | 11/13/2008 | 3.60 | 415.00 | 1,494.00 | DRAFT COVER LETTER TO CLERK OF COURT RE: ANSWER; DRAFT OBJECTIONS AND RESPONSES TO DISCOVERY REQUESTS; TELEPHONE CALL WITH D. ANDERSON RE: CUSTODIAN FORMS |
| MAJOR, ALEXANDER W. | 11/14/2008 | 0.20 | 0.00 | 0.00 | BRIEFLY REVIEWED STATUTE OF FRAUDS CASE LAW TO ASSIST IN PREPARATION OF ANSWER; EMAIL TO C. MALLON/S. WEBB |
| MALLON, COLLEEN M. | 11/14/2008 | 4.10 | 415.00 | 1,701.50 | EXPLAIN BASIS OF ASSERTION OF AFFIRMATIVE DEFENSES TO S. WEBB; MEETING WITH S. WEBB RE: STRATEGY; TELEPHONE CALL WITH D. ANDERSON RE: PROCESSING DATA; IDENTIFY KEY TERMS FOR SEARCH TERM LIST; DRAFT LETTER TO PLAINTIFF'S COUNSEL RE: AGREEMENT FOR SEARCH TERMS; REVIEW MARYLAND RULES RE: ABILITY TO AMEND ANSWER |
| WEBB, G. STEWART, JR. | 11/14/2008 | 1.20 | 635.00 | 762.00 | REVIEW DRAFT ANSWER AND DISCUSS WITH C. MALLON RE ANSWER AND DISCOVERY; E-MAIL RE ANSWER; E-MAILS RE SCHEDULE |
| WEBB, G. STEWART, JR. | 11/15/2008 | 0.30 | 635.00 | 190.50 | E-MAIL RE ANSWER AND DEFENSES |
| MALLON, COLLEEN M. | 11/17/2008 | 10.90 | 415.00 | 4,523.50 | TRAVEL TO AND FROM GRACE'S HEADQUARTERS IN COLUMBIA FOR INTERVIEWS; PARTICIPATE IN INTERVIEWS OF EMPLOYEES OF W.R. GRACE; MEETING WITH S. WEBB RE SAME; DRAFT LETTER TO OPPOSING COUNSEL RE WEBPAGE |
| WEBB, G. STEWART, JR. | 11/17/2008 | 1.00 | 635.00 | 635.00 | DISCUSS WITH C. MALLON RE INTERVIEWS |
| WEBB, G. STEWART, JR. | 11/17/2008 | 0.10 | 635.00 | 63.50 | E-MAILS RE SCHEDULE |

1

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MALLON, COLLEEN M. | 11/18/2008 | 11.80 | 415.00 | 4,897.00 | TRAVEL TO AND FROM GRACE'S HEADQUARTERS IN COLUMBIA FOR INTERVIEWS; PARTICIPATE IN INTERVIEWS; REVISE LETTER TO OPPOSING COUNSEL RE: WEBPAGE AND FINALIZE REVIEW DOCUMENTS FROM INTERNAL AUDIT RE: PATTI MIKESKA ISSUE; PREPARE FOR P. MIKESKA INTERVIEW |
| WEBB, G. STEWART, JR. | 11/18/2008 | 2.50 | 635.00 | 1,587.50 | INTERVIEW WHITHER; MEETING WITH KUCHINSKY, FINKE AND WHITHER AND C. MALLON |
| WEBB, G. STEWART, JR. | 11/18/2008 | 0.20 | 635.00 | 127.00 | REVIEW CORRESPONDENCE RE WEBSITE AND E-MAILS RE SAME |
| WEBB, G. STEWART, JR. | 11/18/2008 | 1.20 | 0.00 | 0.00 | TRAVEL TO/FROM GRACE FOR INTERVIEW |
| MAJOR, ALEXANDER W. | 11/19/2008 | 0.20 | 0.00 | 0.00 | MEETING W/ C. MALLON ABOUT RESULTS OF EMPLOYEE INTERVIEWS |
| MALLON, COLLEEN M. | 11/19/2008 | 7.90 | 415.00 | 3,278.50 | PREPARE FOR INTERVIEW WITH P. MIKESKA; TRAVEL TO AND FROM CURTIS BAY FACILITY; PARTICIPATE IN INTERVIEWS; EDIT/FINALIZE LETTER TO PLAINTIFF'S COUNSEL RE: WEBPAGE; MEETING WITH A. MAJOR RE: RESULTS OF INTERVIEWS AND NEED FOR ASSISTANCE TO REVIEW DOCUMENTS |
| MALLON, COLLEEN M. | 11/20/2008 | 2.90 | 415.00 | 1,203.50 | EDIT/REVISE LETTER TO PLAINTIFF'S COUNSEL RE: SEARCH TERMS; MODIFY SEARCH TERMS; DICTATE NOTES OF P. MIKESKA INTERVIEW FOR MEMO AND J. ABRAHAMSON; TELEPHONE CALL WITH S. WHITTIER RE: STRATEGY/DEFENSE; WORK ON WRITTEN RESPONSES TO DISCOVERY |
| WEBB, G. STEWART, JR. | 11/20/2008 | 0.10 | 635.00 | 63.50 | REVIEW WHITHER E-MAIL |
| WEBB, G. STEWART, JR. | 11/20/2008 | 0.10 | 635.00 | 63.50 | REVIEW LIBOWITZ CORRESPONDENCE AND E-MAIL RE SAME |
| MAJOR, ALEXANDER W. | 11/21/2008 | 1.30 | 285.00 | 370.50 | REVIEWED PRIOR RESEARCH RE: CONTRACTS |
| MALLON, COLLEEN M. | 11/21/2008 | 6.10 | 415.00 | 2,531.50 | TELEPHONE CALLS WITH D. ANDERSON RE: DOCUMENT REVIEW; REVIEW EDITS MADE TO CONTRACTS; EDIT/REVISE MEMOS RE: INTERVIEWS OF P. MIKESKA AND J. ABRAHAMSON; MEETING WITH S. WEBB RE: P. MIKESKA INTERVIEW; TELEPHONE CONFERENCE WITH S. WEBB AND D. KUCHINSKY RE: SAME AND UPCOMING M. BAKER INTERVIEW; TELEPHONE CALL WITH A. MAJOR RE: CONTRACTS |
| WEBB, G. STEWART, JR. | 11/21/2008 | 1.50 | 635.00 | 952.50 | DISCUSS WITH C. MALLON RE INTERVIEWS; REVIEW INTERVIEW NOTES; TELEPHONE KUCHINSKY |
| MALLON, COLLEEN M. | 11/22/2008 | 4.30 | 415.00 | 1,784.50 | WORK ON WRITTEN RESPONSES AND OBJECTIONS TO GLOBAL'S DISCOVERY REQUESTS; MEETING WITH S. WEBB RE: STRATEGY/ANALYSIS |
| WEBB, G. STEWART, JR. | 11/22/2008 | 2.70 | 635.00 | 1,714.50 | REVIEW DOCUMENTS AND INTERVIEW NOTES; DISCUSS WITH C. MALLON; PREPARE FOR BAKER INTERVIEW |
| MALLON, COLLEEN M. | 11/23/2008 | 4.20 | 415.00 | 1,743.00 | WORK ON WRITTEN RESPONSES AND OBJECTIONS TO GLOBAL'S DISCOVERY REQUESTS |
| MAJOR, ALEXANDER W. | 11/24/2008 | 2.10 | 285.00 | 598.50 | LEGAL RESEARCH/REVIEW OF RESEARCH RE: CONTRACTS (2.1) |
| MALLON, COLLEEN M. | 11/24/2008 | 9.20 | 415.00 | 3,818.00 | TRAVEL TO AND FROM GRACE'S COLUMBIA HEADQUARTERS; PARTICIPATE IN INTERVIEW WITH M. BAKER; REVIEW DOCUMENTS IN M. BAKER'S BINDER; ANALYSIS/STRATEGY |
| WEBB, G. STEWART, JR. | 11/24/2008 | 3.80 | 635.00 | 2,413.00 | MEETING AT GRACE; INTERVIEW BAKER |
| WEBB, G. STEWART, JR. | 11/24/2008 | 0.40 | 635.00 | 254.00 | PREPARATION FOR MEETING |
| WEBB, G. STEWART, JR. | 11/24/2008 | 1.20 | 0.00 | 0.00 | TRAVEL TO/FROM GRACE FOR INTERVIEW |
| MAJOR, ALEXANDER W. | 11/25/2008 | 0.70 | 285.00 | 199.50 | TWO MEETINGS WITH C. MALLON ON RESEARCH RE: CONTRACTS (.7) |
| MAJOR, ALEXANDER W. | 11/25/2008 | 4.80 | 285.00 | 1,368.00 | FREE WESTLAW RESEARCH RE: CONTRACTS (2); REVIEWED DISCOVERY RESPONSES(.5); RESEARCH RE: DISCOVERY ISSUES (2.3) |
| MALLON, COLLEEN M. | 11/25/2008 | 7.60 | 415.00 | 3,154.00 | EDIT/REVISE WRITTEN DISCOVERY RESPONSES; MEETING WITH S. WEBB RE: STRATEGY; MEETING WITH A. MAJOR RE: ADDITIONAL RESEARCH RE: CONTRACTS; RESEARCH RE: CONTRACTS; MEETING WITH A. MAJOR RE: PLAINTIFF'S DISCOVERY REQUESTS |
| WEBB, G. STEWART, JR. | 11/25/2008 | 1.50 | 635.00 | 952.50 | REVIEW AND REVISE DISCOVERY RESPONSES AND DISCUSS WITH C. MALLON |
| WEBB, G. STEWART, JR. | 11/25/2008 | 1.30 | 635.00 | 825.50 | REVIEW E-MAILS AND DOCUMENTS; DISCUSS WITH C. MALLON |
| MAJOR, ALEXANDER W. | 11/26/2008 | 2.10 | 285.00 | 598.50 | RESEARCH RE: CONTRACTS(1.7); REVIEW OF WHITE AND SUMMERS RE: CONTRACTS (.4) |
| MALLON, COLLEEN M. | 11/26/2008 | 1.50 | 415.00 | 622.50 | EDIT/REVISE WRITTEN RESPONSES TO DISCOVERY PER R. FINKE'S EDITS |
| WEBB, G. STEWART, JR. | 11/26/2008 | 0.40 | 635.00 | 254.00 | REVIEW REVISED DISCOVERY RESPONSES; DISCUSS SAME WITH CM MALLON |
| WEBB, G. STEWART, JR. | 11/28/2008 | 0.10 | 635.00 | 63.50 | E-MAIL RE: SCHEDULING CONFERENCE |
| | | | | 57,717.50 | |

EXHIBIT A

*Advice in Connection with Labor and Employment Matters*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| WILHELM, JOHN A. | 11/3/2008 | 1.30 | 490.00 | 637.00 | REVIEW WITH J. FORGACH COMMENTS AND CHANGES TO DRAFT 2009 STOCK INCENTIVE PLAN |
| WILHELM, JOHN A. | 11/4/2008 | 0.30 | 490.00 | 147.00 | DISCUSS WITH J. FORGACH FURTHER QUESTIONS AS TO 2009 STOCK INCENTIVE PLAN |
| | | | | 784.00 | |
| | | | Total | 58,501.50 | |

* In the interest of billing judgment, $4,097.50 was written off for the period November 1, 2008 through November 30, 2008. These fees reflect these reductions. Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

3

EXHIBIT A

Monthly Statement of Venable LLP In Support of First Interim Fee Application
Expense Detail November 1, 2008 through November 30, 2008

| Date | Description | Qty | Rate | Amount | Detail |
|---|---|---:|---:|---:|---|
| 11/17/2008 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 65.54 | LASER COURIER |
| 11/24/2008 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 13.99 | UPS - DORI KUCHINSKY, ESQUIRE, 44084 RIVERSIDE PARKWAY SUITE 300, LEESBURG, VA 20176 |
| | | | | **79.53** | |
| 11/12/2008 | INTERNAL REPRODUCTION COSTS | 1 | 0.10 | 0.10 | PHOTOCOPIES MADE BY VELEZ, KATHLEEN A. |
| 11/14/2008 | INTERNAL REPRODUCTION COSTS | 4 | 0.10 | 0.40 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 11/14/2008 | INTERNAL REPRODUCTION COSTS | 4 | 0.10 | 0.40 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 11/17/2008 | INTERNAL REPRODUCTION COSTS | 24 | 0.10 | 2.40 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 11/17/2008 | INTERNAL REPRODUCTION COSTS | 10 | 0.10 | 1.00 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 11/21/2008 | INTERNAL REPRODUCTION COSTS | 20 | 0.10 | 2.00 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 11/21/2008 | INTERNAL REPRODUCTION COSTS | 37 | 0.10 | 3.70 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 11/24/2008 | INTERNAL REPRODUCTION COSTS | 1,258 | 0.10 | 125.80 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 11/24/2008 | INTERNAL REPRODUCTION COSTS | 68 | 0.10 | 6.80 | PHOTOCOPIES MADE BY WEBB, G. STEWART, JR. |
| 11/24/2008 | REPRODUCTION - COLOR IMAGES | | | 51.00 | |
| | | | | **193.60** | |
| 11/3/2008 | LEGAL RESEARCH/WESTLAW | | | 99.76 | ALEXANDER W. MAJOR |
| 11/5/2008 | LEGAL RESEARCH/WESTLAW | | | 45.60 | ALEXANDER W. MAJOR |
| 11/6/2008 | LEGAL RESEARCH/WESTLAW | | | 239.59 | ALEXANDER W. MAJOR |
| 11/7/2008 | LEGAL RESEARCH/WESTLAW | | | 70.45 | ALEXANDER W. MAJOR |
| 11/7/2008 | LEGAL RESEARCH/WESTLAW | | | 226.07 | COLLEEN M. MALLON |
| 11/8/2008 | LEGAL RESEARCH/WESTLAW | | | 27.00 | G.S.WEBB |
| 11/21/2008 | LEGAL RESEARCH/WESTLAW | | | 13.50 | ALEXANDER W. MAJOR |
| 11/24/2008 | LEGAL RESEARCH/WESTLAW | | | 298.50 | ALEXANDER W. MAJOR |
| 11/25/2008 | LEGAL RESEARCH/WESTLAW | | | 496.26 | ALEXANDER W. MAJOR |
| 11/25/2008 | LEGAL RESEARCH/WESTLAW | | | 382.73 | COLLEEN M. MALLON |
| | | | | **1,899.46** | |
| 11/21/2008 | LONG DISTANCE TELEPHONE | | | 0.70 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| | | | | **0.70** | |
| 11/19/2008 | TELECOPY | 2 | 1.00 | 2.00 | FAX SENT BY MALLON, COLLEEN M. |
| 11/19/2008 | TELECOPY | 2 | 1.00 | 2.00 | FAX SENT BY MALLON, COLLEEN M. |
| | | | | **4.00** | |
| 11/12/2008 | APPEARANCE FEE | | | 10.00 | |
| | | | | **10.00** | |
| | | | **Total Expenses** | **$2,187.29** | |

1