EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

## SUMMARY STATEMENT OF VENABLE LLP OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITITATION COUNSEL FOR THE MONTHLY PERIOD DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order[2] entered June 24, 2009, effective as of May 22, 2009[3]** |
| Period for which compensation and reimbursement is sought: | **December 1, 2008 through December 31, 2008** |
| Amount of Compensation sought as actual, reasonable and necessary for the period: | **$77,025.50** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Terms not defined herein shall have the meanings ascribed to them in the Interim Verified Application of Venable LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Thirty-First, Thirty-Second and Thirty-Third Quarters from November 1, 2008 through June 30, 2009 (the "Fee Application"), to which this statement is an exhibit.

[3] Venable was previously serving as an "Ordinary Course Professional" pursuant the OCP Order. The Retention Order entitles and instructs Venable to seek application for its outstanding fees and expenses in excess of the Monthly Caps.

EXHIBIT B

Amount of Expense Reimbursement sought as actual, reasonable and necessary for the period: **$1,871.49**

Fees and Expenses received in accordance with the OCP Order: **($50,076.00)**

December 2008 Fee and Expenses in Excess of $50,000 OCP Cap Requested pursuant to this Application: **$28,820.99**

This is a _x_ monthly ___ interim ___ final application.

This is Venable's monthly statement for interim compensation of services for the interim period December 1, 2008 through December 31, 2008. This is the first fee application filed by Venable to date. Subsequent to this Fee Application, including for July 2009 and afterward, Venable will continue to file monthly and quarterly fee applications in accordance with the Amended Interim Compensation Order.

In the Fee Application, Venable seeks to recover amounts due and owing Venable for November 2008 through June 2009 to the extent that they have not been paid pursuant to the OCP Order. The following chart reflects the total professional services rendered and the actual and necessary expenses incurred by Venable during the Fee Period. Venable has received partial payment of these amounts pursuant to the OCP Order as follows:

|  | Fees | Expenses | Total | Received pursuant to OCP Order | Balance Owing Venable LLP |
|---|---|---|---|---|---|
| November 2008 | $58,501.50 | $2,187.29 | $60,688.79 | $18,646.12 | $42,042.67 |
| December 2008 | $77,025.50 | $1,871.49 | $78,896.99 | $50,076.00 | $28,820.99 |
| January 2009 | $49,863.00 | $412.42 | $50,275.42 | $50,698.00 | ($422.58) |
| February 2009 | $165,610.50 | $177.86 | $165,788.36 | $50,000.00 | $115,788.36 |
| March 2009 | $144,644.50 | $254.24 | $144,898.74 | $50,363.18 | $94,535.56 |
| April 2009 | $86,322.50 | $527.35 | $86,849.85 | $50,148.50 | $36,701.35 |

BA3DOCS1-#429097-v1-WR_Grace_Monthly_Fee_Application_December_2008.DOC

| | | | | | |
|---|---|---|---|---|---|
| May 2009 | $49,737.50 | $573.59 | $50,311.09 | $50,000.00 | $311.09 |
| June 2009 | $77,589.00 | $400.82 | $77,989.82 | $337.00 | $77,652.82 |
| Total | $709,294.00 | $6,405.06 | $715,699.06 | $320,268.80 | $395,430.26 |

The Venable attorneys who rendered professional services in these cases during the period December 1, 2008 through December 31, 2008 are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jeffrey P. Ayres | Partner | 1977 | Litigation | $380.00 | 0.2 | $76.00 |
| Alexander W. Major | Associate | 2005 | Litigation | $285.00 | 61.8 | $17,613.00 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 71.9 | $29,838.50 |
| Mathew R. Swinburne, | Associate | 2008 | Litigation | $265.00 | 69.4 | $18,391.00 |
| G. Stewart Webb, Jr. | Partner | 1975 | Litigation | $635.00 | 10.9 | $6,921.50 |
| | | | | Total for all attorneys | | $72,840.00 |
| | | | | | (Less write-off) | ($1,542.00) |
| | | | | | Total | $71,298.00 |

The paraprofessionals of Venable who rendered professional services in these cases during the period December 1, 2008 through December 31, 2008 are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Donna E. Anderson | Technology Services | 23 | Technology Services | $210.00 | 3.8 | $798.00 |
| Ruth A. Lathe | Paralegal | 15 | Litigation | $225.00 | 8.1 | $1,822.50 |
| Tracey M. Scott | Technology Services | 9 | Technology Services | $205.00 | 29.8 | $6,109.00 |
| | | | | Total for all paraprofessionals | | $8,729.50 |
| | | | | | (Less write-off) | ($3,002.00) |
| | | | | | Total | $5,727.50 |

### Compensation by Matter

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with the Global Printing Litigation | 274.0 | $81,493.50 |
| Advice in Connection with Labor and Employment Matters | 0.2 | $76.00 |
| Total for all matters | | $81,569.50 |
| (Less write-off) | | ($4,544.00)[4] |
| Total | | $77,025.50 |

### Expense Summary

| Service Description | Amount |
|---|---|
| Commercial Messenger | $102.60 |
| Reproduction Costs | $1,254.31 |
| Legal Research/Westlaw | $508.24 |
| Postage | $2.34 |
| Telecopy | $4.00 |
| Total of Expenses | $1,871.49 |

Venable has not previously filed a monthly application for these amounts. Compensation for these amounts is being sought in the Fee Application to which this statement is an exhibit. However, Venable has been regularly compensated pursuant to the OCP order, including $50,076.00 for the period December 1, 2008 through December 31, 2008.

Fee and expense detail with respect to these amounts is attached hereto.

---

[4] Venable also wrote off additional amounts, related primarily to technology services. To the extent no time was billed for an individual's services, they have not been included in the above charts. The time incurred by these individuals as well as the total write-off amounts are provided in the attached fee detail.

EXHIBIT B

Monthly Statement of Venable LLP in Support of First Interim Fee Application
Fee Detail December 1, 2008 through December 31, 2008

*Advice in Connection with Global Printing Litigation*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| ANDERSON, DONNA E. | 12/1/2008 | 0.20 | 0.00 | 0.00 | COMMUNICATIONS WITH C. MALLON REGARDING COLLECTION AND PREPARATIONS FOR PROCESSING AND REVIEW OF ELECTRONIC DATA |
| MAJOR, ALEXANDER W. | 12/1/2008 | 6.60 | 285.00 | 1,881.00 | FINISHED RESEARCH AND BEGAN DRAFTING RESEARCH MEMORANDUM RE: CONTRACTS |
| MALLON, COLLEEN M. | 12/1/2008 | 5.10 | 415.00 | 2,116.50 | TELEPHONE CONFERENCE WITH D. KUCHINSKY, R. FINKE AND S. CAMPBELL RE: SIGNING RESPONSES AND INTERROGATORIES; EMAIL RESPONSES TO S. CAMPBELL; MEETING WITH S. WEBB RE: RESPONSES TO INTERROGATORIES AND DOCUMENT REQUESTS AND EDIT/REVISE SAME; MODIFY LETTER TO PLAINTIFF'S COUNSEL RE: SEARCH TERMS; REVIEW P. MIKESKA'S DOCUMENTS |
| WEBB, G. STEWART, JR. | 12/1/2008 | 0.60 | 635.00 | 381.00 | DISCUSS WITH MALLON RE: ANALYSIS AND DISCOVERY; REVIEW REVISED DISCOVERY RESPONSES |
| ANDERSON, DONNA E. | 12/2/2008 | 0.30 | 0.00 | 0.00 | COMMUNICATIONS WITH E. LERSTAD REGARDING STATUS OF DATA TRANSFER; COORDINATE SHIPMENT OF EXTERNAL DRIVE TO CLIENT TO FACILITATE TRANSFER |
| MAJOR, ALEXANDER W. | 12/2/2008 | 5.60 | 285.00 | 1,596.00 | COMPLETED RESEARCH MEMORANDUM RE: CONTRACT LAW (5); EMAILED MEMO TO C. MALLON AND S. WEBB (.1); MEETING WITH C. MALLON ON RECITALS AND FUTURE RESEARCH RELATED TO CONTRACT LAW (.5) |
| MALLON, COLLEEN M. | 12/2/2008 | 4.50 | 415.00 | 1,867.50 | MEETING WITH S. WEBB RE: STRATEGY AND ANALYSIS; MEETING WITH A. MAJOR RE: EXCLUSIVE DEALING LANGUAGE IN U.C.C.; FINALIZE RESPONSES TO INTERROGATORIES AND DOCUMENT REQUESTS AND EMAIL SAME TO R. FINKE, D. KUCHINSKY, AND S. CAMPBELL; DRAFT GENERAL CATEGORIES OF DISCOVERY DIRECTED TO PLAINTIFF |
| WEBB, G. STEWART, JR. | 12/2/2008 | 0.90 | 635.00 | 571.50 | TELEPHONE KUCHINSKY; DISCUSS DISCOVERY WITH C.MALLON |
| WEBB, G. STEWART, JR. | 12/2/2008 | 0.20 | 635.00 | 127.00 | TELEPHONE LIBOWITZ |
| MAJOR, ALEXANDER W. | 12/3/2008 | 0.50 | 285.00 | 142.50 | MEETING W/ C. MALLON TO DISCUSS COURSE OF DEALINGS AND EXCLUSIVE DEALINGS CONTRACTS |
| MAJOR, ALEXANDER W. | 12/3/2008 | 2.20 | 285.00 | 627.00 | BEGAN DRAFTING INTERROGATORIES |
| MAJOR, ALEXANDER W. | 12/3/2008 | 1.70 | 285.00 | 484.50 | RESEARCH RE: CONTRACTS FOR C. MALLON (1.1); DRAFT EMAIL TO C. MALLON RE: RESEARCH (.6) |
| MALLON, COLLEEN M. | 12/3/2008 | 7.50 | 415.00 | 3,112.50 | REVIEW A. MAJOR'S RESEARCH MEMO; MEETING WITH A. MAJOR REGARDING SAME AND FOLLOW UP RESEARCH; REVIEW DOCUMENTS; REVIEW WHITE & SUMMERS RE: CONTRACTS |
| WEBB, G. STEWART, JR. | 12/3/2008 | 0.20 | 635.00 | 127.00 | TELEPHONE LIBOWTZ (PHONE MAIL); DISCUSS WITH C.MALLON |
| ANDERSON, DONNA E. | 12/4/2008 | 0.30 | 210.00 | 63.00 | COMMUNICATIONS WITH C. MALLON AND E. LERSTAD REGARDING STRATEGY FOR PROCESSING AND REVIEW OF ELECTRONIC DATA |
| WEBB, G. STEWART, JR. | 12/4/2008 | 0.70 | 635.00 | 444.50 | REVIEW E-MAILS AND MEMOS RE ANALYSIS; DISCUSS WITH CM MALLON |
| WEBB, G. STEWART, JR. | 12/4/2008 | 0.10 | 635.00 | 63.50 | E-MAIL TO LIBOWITZ RE SCHEDULING CONFERENCE |
| MAJOR, ALEXANDER W. | 12/5/2008 | 2.90 | 285.00 | 826.50 | COMPLETED INTERROGATORIES SENT TO C. MALLON (1.6); STARTED DRAFTING REQUEST FOR THE PRODUCTION OF DOCUMENTS (1.3) |
| MALLON, COLLEEN M. | 12/5/2008 | 0.90 | 0.00 | 0.00 | MEETING WITH S. WEBB REGARDING BUDGET |
| WEBB, G. STEWART, JR. | 12/5/2008 | 0.20 | 635.00 | 127.00 | E-MAILS RE SCHEDULING |
| WEBB, G. STEWART, JR. | 12/5/2008 | 0.90 | 635.00 | 571.50 | BUDGET ANALYSIS |
| MALLON, COLLEEN M. | 12/7/2008 | 2.20 | 415.00 | 913.00 | WORK ON BUDGET FOR CASE |
| ANDERSON, DONNA E. | 12/8/2008 | 0.60 | 210.00 | 126.00 | COORDINATE PROCESSING OF ELECTRONIC DATA; PHONE CALL WITH S. WEBB REGARDING STATUS; E-MAIL TO E. LERSTAD REGARDING PST PASSWORDS; ANALYZE INVENTORY LIST OF FILES TO PROCESS; FORWARD SAME TO S. WEBB AND C. MALLON |
| MAJOR, ALEXANDER W. | 12/8/2008 | 1.90 | 285.00 | 541.50 | DRAFTED REQUESTS FOR DOCUMENTS - SENT TO C. MALLON |
| MALLON, COLLEEN M. | 12/8/2008 | 2.90 | 415.00 | 1,203.50 | ANALYSIS/SUMMARIZE ISSUES IN THE CASE BASED ON INVESTIGATION TO DATE; MEETING WITH S. WEBB REGARDING SAME; TELEPHONE CONFERENCE WITH D. KUCHINSKY, R. FINKE AND S. WEBB REGARDING SAME AND STRATEGY; EDIT/REVISE INTERROGATORIES TO PLAINTIFF |
| SCOTT, TRACEY M. | 12/8/2008 | 5.30 | 205.00 | 1,086.50 | INVENTORY OF CLIENT HARD-DRIVE CONTAINING ELECTRONIC DOCUMENTS AND PST FILES - PREPARE REPORT OF FILE TYPES AND SIZES; MEETING WITH PRACTICE TECHNOLOGIES TEAM TO DISCUSS PROCESSING STRATEGY; PREPARE REPORTS OF ENCRYPTED PST FILES; START PROCESS TO CONVERT FILES TO DOCUMENT MANAGEMENT SYSTEM FORMAT |
| WEBB, G. STEWART, JR. | 12/8/2008 | 0.30 | 635.00 | 190.50 | REVIEW MEMO RE LEGAL ANALYSIS |
| WEBB, G. STEWART, JR. | 12/8/2008 | 1.00 | 635.00 | 635.00 | CONFERENCE CALL WITH CLIENT RE SAME |
| WEBB, G. STEWART, JR. | 12/8/2008 | 0.40 | 635.00 | 254.00 | DISCUSS WITH CMMALLON RE STATUS/STRATEGY |
| BRETON, BRUCE | 12/9/2008 | 1.90 | 0.00 | 0.00 | EXAMINE 104 PST FILES (EMAIL ARCHIVES) TO ASCERTAIN WHICH FILES HAD BEEN PASSWORD PROTECTED |
| MALLON, COLLEEN M. | 12/9/2008 | 0.10 | 415.00 | 41.50 | TELEPHONE CALL WITH E. BURKE RE: HARD COPY DOCUMENTS |
| SCOTT, TRACEY M. | 12/9/2008 | 6.30 | 205.00 | 1,291.50 | QC OF ELECTRONIC DOCUMENTS PROCESSED FROM CLIENT HARD DRIVE; PREPARE EXCEPTION REPORT OF SYSTEM FILES AND FILES THAT CAN NOT BE REVIEWED; EXPORT DATA IN DOCUMENT MANAGEMENT SYSTEM FORMAT |
| ANDERSON, DONNA E. | 12/10/2008 | 0.20 | 210.00 | 42.00 | COMMUNICATIONS WITH CLIENT REGARDING PASSWORD-PROTECTED E-MAIL FILE |
| BREON, BRUCE | 12/10/2008 | 1.50 | 0.00 | 0.00 | CONCLUDE EXAMINATION OF 104 PST FILES (EMAIL ARCHIVES) TO ASCERTAIN WHICH FILES HAD BEEN PASSWORD PROTECTED; UPLOAD DATA FORWARDED ON USB FLASH DRIVE TO VENABLE NETWORK AND CONFER WITH COLLEAGUE AND SUPERVISOR RE: HANDLING OF SAME |
| MALLON, COLLEEN M. | 12/10/2008 | 0.10 | 415.00 | 41.50 | REVIEW/RESPOND TO EMAILS |
| SCOTT, TRACEY M. | 12/10/2008 | 4.60 | 0.00 | 0.00 | INVENTORY OF CLIENT USB DRIVE CONTAINING CLIENT PST FILE - PREPARE REPORT OF FILE TYPES AND SIZES; BEGIN PROCESS TO CONVERT FILES TO DOCUMENT MANAGEMENT SYSTEM FORMAT; START QC OF EMAILS AND ATTACHMENTS PROCESSED FROM CLIENT PST FILE |
| WEBB, G. STEWART, JR. | 12/10/2008 | 0.20 | 635.00 | 127.00 | E-MAILS RE DISCOVERY |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| BAGWANDEEN, NAMRATA | 12/11/2008 | 1.30 | 0.00 | 0.00 | COORDINATE WITH VENDOR REVIEW OF MATERIAL NEEDING SCANNING; COORDINATE WITH CMALLON ON DEADLINES, DATA SET UP, ETC. |
| MAJOR, ALEXANDER W. | 12/11/2008 | 0.70 | 285.00 | 199.50 | LEXIS RESEARCH RE: CONTRACTS |
| MALLON, COLLEEN M. | 12/11/2008 | 5.60 | 415.00 | 2,324.00 | REVIEW INTERVIEW NOTE FOR REFERENCE TO L. PEAVEY; TELEPHONE CONFERENCE WITH D. KUCHINSKY AND L. PEAVEY RE: PROFORMA AGREEMENT; MEETINGS WITH S. WEBB RE: BUDGET AND STRATEGY; TELEPHONE CONFERENCE WITH D. KUCHINSKY AND M. BAKER RE: GATHERING/COLLECTING INFORMATION RE: PURCHASES FROM PROFORMA AND OTHER VENDORS; TELEPHONE CALL WITH D. KUCHINSKY RE: GRACE POLICY AND AUTHORITY TO SIGN; REVIEW SAME AND EMAIL S. WEBB RE: SAME; TELEPHONE CALL WITH N. BAGWANDEEN RE: BIDS FROM VENDORS; REVIEW P. MIKESKA DOCUMENTS; REVISE LETTER TO PLAINTIFF'S COUNSEL RE: SEARCH TERMS |
| SCOTT, TRACEY M. | 12/11/2008 | 5.40 | 205.00 | 1,107.00 | COMPLETE QC PROCESS OF EMAILS AND ATTACHMENTS PROCESSED FROM CLIENT PST FILE LOCATED ON USB DRIVE; PREPARE EXCEPTION REPORT OF SYSTEM FILES AND FILES THAT CANNOT BE REVIEWED; EXPORT DATA IN DOCUMENT MANAGEMENT SYSTEM FORMAT; TRANSFER EDOCS AND EMAIL DATABASES TO LOCATION FOR REVIEW BY CASE TEAM; INDEX DATABASES TO ENABLE SEARCHING; INVENTORY OF NON SECURED PST FILES FROM CLIENT HARD DRIVE - PREPARE REPORT OF FILE TYPES AND SIZES; RUN PROCESS TO CONVERT FILES TO DOCUMENT MANAGEMENT SYSTEM FORMAT |
| WEBB, G. STEWART, JR. | 12/11/2008 | 0.40 | 635.00 | 254.00 | REVIEW AND REVISE LETTER RE SEARCH TERMS |
| WEBB, G. STEWART, JR. | 12/11/2008 | 0.70 | 635.00 | 444.50 | DISCUSS WITH C.MALLON RE ANALYSIS/STRATEGY AND REVIEW E-MAILS RE FACTS |
| WEBB, G. STEWART, JR. | 12/11/2008 | 1.80 | 635.00 | 1,143.00 | BUDGET ANALYSIS |
| BAGWANDEEN, NAMRATA | 12/12/2008 | 1.10 | 0.00 | 0.00 | TRAIN AMAJOR AND MSWINBURNE IN IPRO |
| MAJOR, ALEXANDER W. | 12/12/2008 | 0.60 | 0.00 | 0.00 | MEETING/TRAINING ON DOCUMENT REVIEW PROCEDURES TO BE USED WITH N. BAGWANDEEN |
| MAJOR, ALEXANDER W. | 12/12/2008 | 0.40 | 0.00 | 0.00 | MEETING ON PENDING DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 12/12/2008 | 5.50 | 415.00 | 2,282.50 | REVISE LETTER TO PLAINTIFF RE: SEARCH TERMS; DRAFT PRIMER FOR RELEVANCY/PRIVILEGE REVIEW FOR REVIEWERS; MEETING WITH M. SWINBURNE AND A. MAJOR RE: RELEVANCY/PRIVILEGE REVIEW; IDENTIFY CATEGORIES OF TAGS FOR REVIEW OF DOCUMENTS; WORK ON COUNTERCLAIM AGAINST PROFORMA; TELEPHONE CALL WITH N. BAGWANDEEN RE: TAGS FOR REVIEW OF DOCUMENTS |
| SCOTT, TRACEY M. | 12/12/2008 | 4.20 | 0.00 | 0.00 | REDUPLICATE AND QC OF EMAILS AND ATTACHMENTS PROCESSED FROM UNSECURED PST FILES LOCATED ON CLIENT HARD DRIVE |
| SWINBURNE, MATHEW R. | 12/12/2008 | 1.30 | 265.00 | 344.50 | MET WITH C. MALLON AND A. MAJOR RE: DOCUMENT REVIEW; READ COMPLAINT AND DISCOVERY MATERIAL IN PREPARATION FOR DOCUMENT REVIEW |
| WEBB, G. STEWART, JR. | 12/12/2008 | 0.10 | 635.00 | 63.50 | DISCUSS WITH C.MALLON RE DISCOVERY |
| MALLON, COLLEEN M. | 12/13/2008 | 3.80 | 415.00 | 1,577.00 | DRAFT COUNTERCLAIM AGAINST PROFORMA |
| WEBB, G. STEWART, JR. | 12/14/2008 | 0.10 | 635.00 | 63.50 | E-MAILS RE COUNTERCLAIM |
| BAGWANDEEN, NAMRATA | 12/15/2008 | 1.60 | 0.00 | 0.00 | UPLOAD DOCUMENTS INTO IPRO COLLECTION AND SET UP TAGS PER CMALLON; SET UP SHORTCUTS AND PLACED ON USER DESKTOPS; BULK TAG DOCUMENTS IN COLLECTION PER AMAJOR |
| LATHE, RUTH A. | 12/15/2008 | 0.80 | 225.00 | 180.00 | REVISE DOCUMENT BOUNDARIES |
| MAJOR, ALEXANDER W. | 12/15/2008 | 8.90 | 285.00 | 2,536.50 | REVIEWING PAPER DOCUMENTS ON IPRO (5500-11,000) |
| MALLON, COLLEEN M. | 12/15/2008 | 4.50 | 415.00 | 1,867.50 | EDIT/REVISE COUNTERCLAIM AGAINST PROFORMA; WORK ON DOCUMENT REVIEW ISSUES; TELEPHONE CALL WITH N. BAGWANDEEN RE: TAGS; MEETING WITH R. LATHE RE: INSERTING BREAKS/BOUNDARIES TO IDENTIFY DOCUMENTS; REVIEW DOCUMENTS FORWARDED BY E. BURKE FOR INFORMATION FOR COUNTERCLAIM |
| SCOTT, TRACEY M. | 12/15/2008 | 4.00 | 0.00 | 0.00 | COMPLETE QC PROCESS OF UNSECURED PST FILES; PREPARE EXCEPTION REPORT OF SYSTEM FILES AND FILES THAT CANNOT BE REVIEWED; EXPORT DATA IN DOCUMENT MANAGEMENT SYSTEM FORMAT |
| SWINBURNE, MATHEW R. | 12/15/2008 | 8.10 | 265.00 | 2,146.50 | REVIEW DOCUMENTS FOR RELEVANCE AND PRIVILEGE |
| BAGWANDEEN, NAMRATA | 12/16/2008 | 0.60 | 0.00 | 0.00 | BULK TAG DOCUMENTS IN GRACE IPRO COLLECTION PER AMAJOR |
| BREON, BRUCE | 12/16/2008 | 1.80 | 0.00 | 0.00 | CREATE AND UPDATE LINKS TO NATIVE FILES WITHIN DATABASES; INDEX AND QC SAME |
| LATHE, RUTH A. | 12/16/2008 | 7.30 | 225.00 | 1,642.50 | REVISE DOCUMENT BOUNDARIES |
| MAJOR, ALEXANDER W. | 12/16/2008 | 2.30 | 285.00 | 655.50 | REVIEWING PAPER DOCUMENTS ON IPRO (5500-11,000) |
| MALLON, COLLEEN M. | 12/16/2008 | 5.10 | 415.00 | 2,116.50 | TELEPHONE CONFERENCE WITH L. ROSTANZO, D. KUCHINSKY, R. FINKE AND E. LERSTAD RE: PROFORMA; DRAFT NOTES OF CALL WITH L. ROSTANZO; MEETING WITH M. SWINBURNE RE: QUESTIONS RE: RELEVANCY REVIEW; REVISE COUNTERCLAIM AGAINST PROFORMA; EDIT/REVISE INTERROGATORIES TO PROFORMA; PREPARE FOR INTERVIEW OF S. COLLETT; REVIEW DOCUMENTS THAT IDENTIFY PROFORMA AS A PREFERRED VENDOR |
| SWINBURNE, MATHEW R. | 12/16/2008 | 9.50 | 265.00 | 2,517.50 | REVIEW CLIENT'S DOCUMENTS FOR RELEVANCY AND PRIVILEGE |
| ANDERSON, DONNA E. | 12/17/2008 | 0.30 | 0.00 | 0.00 | E-MAIL TO C. MALLON REGARDING STATUS OF PROCESSING AND IMPORT OF DATA INTO DATABASES FOR REVIEW |
| BAGWANDEEN, NAMRATA | 12/17/2008 | 0.20 | 0.00 | 0.00 | UPLOAD DOCUMENTS INTO IPRO COLLECTION PER CMALLON |
| BREON, BRUCE | 12/17/2008 | 1.60 | 0.00 | 0.00 | CREATE AND UPDATE LINKS TO NATIVE FILES WITHIN DATABASES; INDEX AND QC SAME |
| MAJOR, ALEXANDER W. | 12/17/2008 | 3.40 | 285.00 | 969.00 | DOCUMENT REVIEW 4200-4925 |
| MALLON, COLLEEN M. | 12/17/2008 | 4.40 | 415.00 | 1,826.00 | COMPLETE INFORMATION SHEET RE: COUNTERCLAIM; MEETING WITH S. WEBB RE: COUNTERCLAIM; EDIT/REVISE COUNTERCLAIM; FINALIZE SAME; DRAFT ENCLOSURE LETTER TO CLERK'S OFFICE; TELEPHONE CALL WITH PLAINTIFF'S COUNSEL RE: SEARCH TERMS; PREPARE FOR CALL WITH S. COLLETT; TELEPHONE CONFERENCE WITH S. COLLETT, D. KUCHINSKY AND R. FINKE RE: PROFORMA; MEETING WITH A. MAJOR AND M. SWINBURNE RE: RELEVANCY REVIEW |
| SWINBURNE, MATHEW R. | 12/17/2008 | 9.20 | 265.00 | 2,438.00 | REVIEW CLIENT'S DOCUMENTS FOR RELEVANCY AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 12/17/2008 | 0.70 | 635.00 | 444.50 | REVIEW COUNTERCLAIM AND DISCUSS WITH C.MALLON |
| BAGWANDEEN, NAMRATA | 12/18/2008 | 0.20 | 0.00 | 0.00 | IMPORT DOCUMENT INTO IPRO COLLECTION FOR ATTORNEY REVIEW |
| BREON, BRUCE | 12/18/2008 | 1.90 | 0.00 | 0.00 | CREATE AND UPDATE LINKS TO NATIVE FILES WITHIN DATABASES; INDEX AND QC SAME |
| MAJOR, ALEXANDER W. | 12/18/2008 | 0.30 | 285.00 | 85.50 | POLISHED UP DOCUMENT REVIEW; FOLLOW UP QUESTIONS RE: PRIVILEGE AND RESPONSIVENESS |
| MALLON, COLLEEN M. | 12/18/2008 | 1.20 | 415.00 | 498.00 | REVIEW/RESPOND TO EMAILS RE: RELEVANCY REVIEW OF DOCUMENTS; DRAFT MEMO RE: CALL WITH S COLLETT |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| SWINBURNE, MATHEW R. | 12/18/2008 | 3.10 | 265.00 | 821.50 | REVIEWED DOCUMENTS FOR RELEVANCE AND PRIVILEGE |
| BREON, BRUCE | 12/19/2008 | 2.70 | 0.00 | 0.00 | UPDATE AND QC LINKS TO NATIVE FILES WITHIN CONCORDANCE DATABASE |
| MAJOR, ALEXANDER W. | 12/19/2008 | 0.80 | 285.00 | 228.00 | ANSWERING FOLLOW UP QUESTIONS BY C. MALLON RE: DOC REVIEW |
| MALLON, COLLEEN M. | 12/19/2008 | 6.70 | 415.00 | 2,780.50 | REVIEW DOCUMENTS TAGGED RELEVANT AND HOT TO ENSURE NO PRIVILEGE DOCUMENT INADVERTENTLY PRODUCED; MEETINGS WITH A. MAJOR AND M. SWINBURNE RE: RELEVANCY REVIEW; MEETING WITH S. WEBB RE: REVIEW AND ANTICIPATED PRODUCTION DATE; MEETING WITH M. SWINBURNE RE: ADDITIONAL REVIEW |
| RISER, MIA L. | 12/19/2008 | 0.10 | 0.00 | 0.00 | DISCUSS UPCOMING DOCUMENT PRODUCTION PROCEDURES WITH C. MALLON |
| SWINBURNE, MATHEW R. | 12/19/2008 | 6.90 | 265.00 | 1,828.50 | DOCUMENT REVIEW FOR RELEVANCY AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 12/19/2008 | 0.50 | 635.00 | 317.50 | DISCUSS PRODUCTION AND INTERVIEWS WITH CM MALLON |
| WEBB, G. STEWART, JR. | 12/19/2008 | 0.30 | 635.00 | 190.50 | REVIEW E-MAILS RE DOCUMENT PRODUCTION |
| SWINBURNE, MATHEW R. | 12/21/2008 | 1.60 | 265.00 | 424.00 | DOCUMENT REVIEW FOR RELEVANCY |
| ANDERSON, DONNA E. | 12/22/2008 | 0.40 | 210.00 | 84.00 | COMMUNICATIONS WITH C. MALLON REGARDING STRATEGY FOR KEYWORD SEARCH TERMS TO APPLY TO ELECTRONIC DATA COLLECTED BY CLIENT |
| BREON, BRUCE | 12/22/2008 | 1.80 | 0.00 | 0.00 | CONCATENATE (LINK) CONCORDANCE DATABASES TO ALLOW ONE SEARCH TO BE PERFORMED ACROSS ALL CASE DATABASES AT ONCE; UPDATE LINKS TO NATIVE FILES; TEST AND QC SAME |
| MAJOR, ALEXANDER W. | 12/22/2008 | 0.10 | 0.00 | 0.00 | REVIEWED GRACE RFDS |
| MALLON, COLLEEN M. | 12/22/2008 | 2.80 | 415.00 | 1,162.00 | DRAFT/EDIT INADVERTENT DISCLOSURE/NON-WAIVER AGREEMENT; MEETING WITH G.S. WEBB RE: SAME; REVIEW DOCUMENTS MARKED PRIVILEGED; VOICE MAIL TO PLAINTIFF'S COUNSEL RE: SEARCH TERMS; MEETING WITH M. SWINBURNE RE: RELEVANCY REVIEW OF DOCUMENTS; TELEPHONE CALL WITH M. SWINBURNE RE: SAME |
| SWINBURNE, MATHEW R. | 12/22/2008 | 7.30 | 265.00 | 1,934.50 | REVIEWED DOCUMENTS FOR RELEVANCY AND REDACTED DOCUMENTS |
| WEBB, G. STEWART, JR. | 12/22/2008 | 0.30 | 635.00 | 190.50 | REVIEW AGREEMENT RE INADVERTENT WAIVER AND DISCUSS WITH CM MALLON |
| ANDERSON, DONNA E. | 12/23/2008 | 0.70 | 0.00 | 0.00 | RUN KEYWORD SEARCH TERMS ON FIRST BATCH OF ELECTRONIC DATA IN PREPARATION FOR REVIEW AND PRODUCTION; ASSIST REVIEWERS IN ORIENTATION OF DATABASE AND TAGGING PROCESS |
| ANDERSON, DONNA E. | 12/23/2008 | 0.50 | 210.00 | 105.00 | COMMUNICATIONS WITH C. MALLON REGARDING FIRST DOCUMENT PRODUCTION; CREATE PRODUCTION SET FROM DOCUMENT IMAGE COLLECTION PER C. MALLON'S INSTRUCTIONS |
| MAJOR, ALEXANDER W. | 12/23/2008 | 1.70 | 0.00 | 0.00 | TRAINING ON ELECTRONIC DOCUMENT REVIEW (.4); BEGAN ELECTRONIC DOCUMENT REVIEW (1.3) |
| MALLON, COLLEEN M. | 12/23/2008 | 1.80 | 415.00 | 747.00 | TELEPHONE CALL WITH PLAINTIFF'S COUNSEL RE: SEARCH TERMS AND INADVERTENT DISCLOSURE AGREEMENT; DRAFT EMAIL MEMORIALIZING SAME; TELEPHONE CALL WITH D. ANDERSON RE: PRODUCTION; MEETING WITH M. SWINBURNE RE: PRIVILEGED DOCUMENTS; MEETING WITH G.S. WEBB RE: CONFIDENTIALITY PROTECTIVE ORDER AND PRIVILEGED DOCUMENTS |
| SWINBURNE, MATHEW R. | 12/23/2008 | 2.60 | 265.00 | 689.00 | REVIEWED CLIENT DOCUMENTS FOR RELEVANCY AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 12/23/2008 | 0.30 | 635.00 | 190.50 | DISCUSS WITH C.MALLON RE DISCOVERY AND PRIVILEGE ISSUES |
| ANDERSON, DONNA E. | 12/24/2008 | 0.30 | 0.00 | 0.00 | RESPOND TO INQUIRIES FROM REVIEWERS REGARDING PROCESSING OF CERTAIN FILE TYPES; CREATE NEW TAG IN REVIEW DATABASE PER M. SWINBURNE'S INSTRUCTION |
| MAJOR, ALEXANDER W. | 12/24/2008 | 2.40 | 285.00 | 684.00 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 12/24/2008 | 0.10 | 415.00 | 41.50 | REVIEW/RESPOND TO EMAILS RE: RELEVANCY REVIEW |
| SWINBURNE, MATHEW R. | 12/24/2008 | 5.20 | 265.00 | 1,378.00 | REVIEWED CLIENT DOCUMENTS FOR RELEVANCY AND PRIVILEGE |
| MAJOR, ALEXANDER W. | 12/26/2008 | 2.70 | 285.00 | 769.50 | ELECTRONIC DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 12/28/2008 | 1.30 | 285.00 | 370.50 | ELECTRONIC DOCUMENT REVIEW |
| SWINBURNE, MATHEW R. | 12/28/2008 | 1.10 | 265.00 | 291.50 | REVIEW DOCUMENTS FOR RELEVANCE AND PRIVILEGE |
| MAJOR, ALEXANDER W. | 12/29/2008 | 0.50 | 285.00 | 142.50 | MEETING WITH COLLEEN MALLON ON REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES |
| MAJOR, ALEXANDER W. | 12/29/2008 | 2.30 | 285.00 | 655.50 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 12/29/2008 | 6.80 | 415.00 | 2,822.00 | DRAFT DOCUMENT REQUESTS AND INTERROGATORIES TO PROFORMA; MEETING WITH A. MAJOR RE: SAME |
| SWINBURNE, MATHEW R. | 12/29/2008 | 6.90 | 265.00 | 1,828.50 | REVIEW DOCUMENTS FOR RELEVANCE AND PRIVILEGE |
| MAJOR, ALEXANDER W. | 12/30/2008 | 1.10 | 0.00 | 0.00 | REVIEWED DRAFT INTERROGATORIES AND REQUEST FOR DOCUMENTS - EMAILED SUGGESTED CHANGES TO C. MALLON |
| MAJOR, ALEXANDER W. | 12/30/2008 | 3.60 | 285.00 | 1,026.00 | ELECTRONIC DOCUMENT REVIEW |
| SWINBURNE, MATHEW R. | 12/30/2008 | 1.70 | 265.00 | 450.50 | REVIEW DOCUMENTS FOR RELEVANCE AND PRIVILEGE |
| MAJOR, ALEXANDER W. | 12/31/2008 | 0.20 | 0.00 | 0.00 | RE-REVIEWED DISCOVERY REQUESTS WITH NEW EDITS |
| MAJOR, ALEXANDER W. | 12/31/2008 | 7.10 | 285.00 | 2,023.50 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 12/31/2008 | 0.30 | 415.00 | 124.50 | REVISE DISCOVERY TO PROFORMA |
| SWINBURNE, MATHEW R. | 12/31/2008 | 4.90 | 265.00 | 1,298.50 | REVIEW DOCUMENTS FOR RELEVANCE AND PRIVILEGE |
| | | **274.00** | | **76,949.50** | |

EXHIBIT B

*Advice in Connection with Labor and Employment Matters*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| AYRES, JEFFREY P. | 12/11/2008 | 0.20 | 380.00 | 76.00 | E-MAILS AND TELEPHONE CALLS FROM AND TO J. FORGACH AND G. JOHNSTON RE RIF |
| | | 0.20 | | 76.00 | |
| | | | Total | 77,025.50 | |

* In the interest of billing judgment, $7,838.00 was written off for the period December 1, 2008 through December 31, 2008. These fees reflect these reductions. Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

4

EXHIBIT B

**Monthly Statement of Venable LLP in Support of Interim Fee Application**
Expense Detail December 1, 2008 through December 31, 2008

| Date | Description | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| 12/2/2008 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 19.02 | UPS - W.R. GRACE & CO., 5400 BROKEN SOUND BLVD. NWSUITE 300, BOCA RATON, FL 33487 |
| 12/9/2008 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 20.34 | LASER COURIER |
| 12/17/2008 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 63.24 | LASER COURIER |
| | | | | **102.60** | |
| 12/2/2008 | INTERNAL REPRODUCTION COSTS | 59 | 0.10 | 5.90 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 12/12/2008 | INTERNAL REPRODUCTION COSTS | 6 | 0.10 | 0.60 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 12/17/2008 | INTERNAL REPRODUCTION COSTS | 44 | 0.10 | 4.40 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 12/17/2008 | INTERNAL REPRODUCTION COSTS | 17 | 0.10 | 1.70 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 12/17/2008 | INTERNAL REPRODUCTION COSTS | 1 | 0.10 | 0.10 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 12/19/2008 | INTERNAL REPRODUCTION COSTS | 3 | 0.10 | 0.30 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 12/31/2008 | INTERNAL REPRODUCTION COSTS | 3 | 0.10 | 0.30 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 12/1/2008 | REPRODUCTION COSTS | | | 1,306.33 | C MALLON - 12/15/08 - REPRODUCTION COSTS |
| 12/1/2008 | REPRODUCTION COSTS | | | -1,306.33 | |
| 12/1/2008 | REPRODUCTION COSTS | | | 1,241.01 | C MALLON-12/12/08- REPRODUCTION COSTS |
| | | | | **1,254.31** | |
| 12/1/2008 | LEGAL RESEARCH/WESTLAW | | | 12.10 | ALEXANDER W. MAJOR |
| 12/2/2008 | LEGAL RESEARCH/WESTLAW | | | 110.21 | ALEXANDER W. MAJOR |
| 12/3/2008 | LEGAL RESEARCH/WESTLAW | | | 385.93 | COLLEEN M. MALLON |
| | | | | **508.24** | |
| 12/23/2008 | POSTAGE | | | 2.34 | WEBB, G. STEWART, JR. |
| | | | | **2.34** | |
| 12/12/2008 | TELECOPY | 2 | 1.00 | 2.00 | FAX SENT BY MALLON, COLLEEN M. |
| 12/12/2008 | TELECOPY | 2 | 1.00 | 2.00 | FAX SENT BY MALLON, COLLEEN M. |
| | | | | **4.00** | |
| | | | Total | **1,871.49** | |