EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JFK) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## SUMMARY STATEMENT OF VENABLE LLP OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITITATION COUNSEL FOR THE MONTHLY PERIOD JANUARY 1, 2009 THROUGH JANUARY 31, 2009

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order[2] entered June 24, 2009, effective as of May 22, 2009[3]** |
| Period for which compensation and reimbursement is sought: | **January 1, 2009 through January 31, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary for the period: | **$49,863.00** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Terms not defined herein shall have the meanings ascribed to them in the Interim Verified Application of Venable LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Thirty-First, Thirty-Second and Thirty-Third Quarters from November 1, 2008 through June 30, 2009 (the "Fee Application"), to which this statement is an exhibit.

[3] Venable was previously serving as an "Ordinary Course Professional" pursuant the OCP Order. The Retention Order entitles and instructs Venable to seek application for its outstanding fees and expenses in excess of the Monthly Caps.

BA3DOCS1-#429098-v3-WR_Grace_Monthly_Fee_Application_January_2009.DOC

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for the period January 1, 2009 through January 31, 2009: | **$ 412.42** |
| Fees and Expenses received in accordance with the OCP Order: | **($ 50,698.00)** |
| January 2009 Fee and Expenses in Excess of $50,000 OCP Cap Requested pursuant to this Application: | **($ 422.58)** |

This is a _x_ monthly ___ interim ___ final application.

    This is Venable's monthly statement for interim compensation of services for the interim period January 1, 2009 through January 31, 2009. This is the first fee application filed by Venable to date. Subsequent to this Fee Application, including for July 2009 and afterward, Venable will continue to file monthly and quarterly fee applications in accordance with the Amended Interim Compensation Order.

    In the Fee Application, Venable seeks to recover amounts due and owing Venable for November 2008 through June 2009 to the extent that they have not been paid pursuant to the OCP Order. The following chart reflects the total professional services rendered and the actual and necessary expenses incurred by Venable during the Fee Period. Venable has received partial payment of these amounts pursuant to the OCP Order as follows:

| | Fees | Expenses | Total | Received pursuant to OCP Order | Balance Owing Venable LLP |
|---|---|---|---|---|---|
| November 2008 | $58,501.50 | $2,187.29 | $60,688.79 | $18,646.12 | $42,042.67 |
| December 2008 | $77,025.50 | $1,871.49 | $78,896.99 | $50,076.00 | $28,820.99 |
| January 2009 | $49,863.00 | $412.42 | $50,275.42 | $50,698.00 | ($422.58) |
| February 2009 | $165,610.50 | $177.86 | $165,788.36 | $50,000.00 | $115,788.36 |
| March 2009 | $144,644.50 | $254.24 | $144,898.74 | $50,363.18 | $94,535.56 |
| April 2009 | $86,322.50 | $527.35 | $86,849.85 | $50,148.50 | $36,701.35 |
| May 2009 | $49,737.50 | $573.59 | $50,311.09 | $50,000.00 | $311.09 |

EXHIBIT C

| | | | | | |
|---|---|---|---|---|---|
| June 2009 | $77,589.00 | $400.82 | $77,989.82 | $337.00 | $77,652.82 |
| Total | $709,294.00 | $6,405.06 | $715,699.06 | $320,268.80 | $395,430.26 |

The Venable attorneys who rendered professional services in these cases during the period January 1, 2009 through January 31, 2009 are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jeffrey P. Ayres | Partner | 1977 | Litigation | $495.00 | 0.4 | $198.00 |
| Alexander W. Major | Associate | 2005 | Litigation | $285.00 | 33.5 | $9,547.50 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 30.1 | $12,491.50 |
| Mathew R. Swinburne | Associate | 2008 | Litigation | $265.00 | 66.6 | $17,649.00 |
| G. Stewart Webb, Jr. | Partner | 1975 | Litigation | $635.00 | 12.2 | $7,747.00 |
| John A. Wilhelm | Partner | 1981 | Business | $490.00 | 1.0 | $490.00 |
| | | | | Total for all attorneys | | $48,123.00 |
| | | | | (Less write-off) | | ($963.00) |
| | | | | | Total | $47,160.00 |

The paraprofessionals of Venable who rendered professional services in these cases during the period January 1, 2009 through January 31, 2009 are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Donna E. Anderson | Technology Services | 23 | Technology Services | $210.00 | 4.7 | $987.00 |
| Namrata R. Bagwandeen | Technology Services | 8 | Technology Services | $180.00 | 19.2 | $3,456.00 |
| | | | | Total for all paraprofessionals | | $4,443.00 |
| | | | | (Less write-off) | | ($1,740.00) |
| | | | | | Total | $2,703.00 |

EXHIBIT C

## Compensation by Matter

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with the Global Printing Litigation | 181.3 | $51,878.00 |
| Advice in Connection with Labor and Employment Matters | 1.40 | $688.00 |
| Total for all matters | | $52,566.00 |
| (Less write-off) | | ($2,703.00)[4] |
| Total | | $49,863.00 |

## Expense Summary

| Service Description | Amount |
|---|---|
| Commercial Messenger | $7.29 |
| Reproduction Costs | $7.90 |
| Legal Research/Westlaw | $379.90 |
| Long Distance Telephone | $9.73 |
| Postage | $2.60 |
| Telecopy | $5.00 |
| Total of Expenses | $412.42 |

Venable has not previously filed a monthly application for these amounts. Compensation for these amounts is being sought in the Fee Application to which this statement is an exhibit. However, Venable has been regularly compensated pursuant to the OCP order, including $50,698.00 for the period January 1, 2009 through January 31, 2009.

Fee and expense detail with respect to these amounts is attached hereto.

---

[4] Venable also wrote off additional amounts, related primarily to technology services. To the extent no time was billed for an individual's services, they have not been included in the above charts. The time incurred by these individuals as well as the total write-off amounts are provided in the attached fee detail.

EXHIBIT C

Monthly Statement of Venable LLP in Support of First Interim Fee Application
Fee Detail January 1, 2009 through January 31, 2009

*Advice in Connection with Global Printing Litigation*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| MAJOR, ALEXANDER W. | 1/1/2009 | 1.40 | 285.00 | 399.00 | ELECTRONIC DOCUMENT REVIEW - COMPLETED 1535 DOCUMENTS TO DATE, 1764 DOCUMENTS REMAIN |
| SWINBURNE, MATHEW R. | 1/2/2009 | 1.70 | 265.00 | 450.50 | REVIEW DOCUMENTS FOR RELEVANCE AND PRIVILEGE |
| MAJOR, ALEXANDER W. | 1/5/2009 | 2.10 | 285.00 | 598.50 | ELECTRONIC DOCUMENT REVIEW 3835-5235 |
| MALLON, COLLEEN M. | 1/5/2009 | 0.90 | 415.00 | 373.50 | REVIEW EDITS MADE TO INADVERTENT DISCLOSURE AGREEMENT MADE BY PLAINTIFF; MEETING WITH G.S. WEBB RE: SAME; TELEPHONE CALL WITH M. ARGENT RE: SAME; EDIT/REVISE AGREEMENT AND SEND REVISED VERSION TO M. ARGENT |
| WEBB, G. STEWART, JR. | 1/5/2009 | 0.50 | 635.00 | 317.50 | REVIEW REVISIONS TO INADVERTENT DISCLOSURE AGREEMENT AND DISCUSS SAME WITH C.MALLON |
| MAJOR, ALEXANDER W. | 1/6/2009 | 2.30 | 285.00 | 655.50 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 1/6/2009 | 0.50 | 415.00 | 207.50 | EMAIL EXECUTED VERSION OF INADVERTENT PRODUCTION AGREEMENT TO M. ARGENT; MEETING WITH G.S. WEBB RE: STATUS OF COLLECTING INVOICES FROM OTHER VENDORS; TELEPHONE CALL WITH M. ARGENT RE: STATUS OF DOCUMENT PRODUCTION AND DRAFT REPLY EMAIL RE: SAME |
| SWINBURNE, MATHEW R. | 1/6/2009 | 2.70 | 265.00 | 715.50 | REVIEWED DOCUMENTS FOR RELEVANCE AND PRIVILEGE; MET WITH C. MALLON RE: MAILING OF FIRST DOCUMENT PRODUCTION TO PLAINTIFF |
| WEBB, G. STEWART, JR. | 1/6/2009 | 0.20 | 635.00 | 127.00 | DISCUSS WITH C.MALLON RE DISCOVERY; REVIEW E-MAILS RE SAME |
| WEBB, G. STEWART, JR. | 1/6/2009 | 0.10 | 635.00 | 63.50 | REVIEW INADVERTENT DISCLOSURE AGREEMENT |
| BAGWANDEEN, NAMRATA R. | 1/7/2009 | 2.40 | 180.00 | 432.00 | WORK WITH MSWINBURNE TO LOCATE PRODUCED DOCUMENTS IN THE IPRO REVIEW DATABASE FOR ANNOTATIONS; RUN PRODUCTION BUILD PER C.MALLON; BURN CD COPIES OF PRODUCTION |
| MAJOR, ALEXANDER W. | 1/7/2009 | 1.90 | 285.00 | 541.50 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 1/7/2009 | 0.40 | 415.00 | 166.00 | REVIEW/RESPOND TO EMAILS INVOLVING M. SWINBURNE AND N. BAGWANDEEN RE: DOCUMENT PRODUCTION; RESPOND TO M. ARGENT'S EMAIL RE: DOCUMENT PRODUCTION |
| SWINBURNE, MATHEW R. | 1/7/2009 | 5.60 | 265.00 | 1,484.00 | CONDUCT FINAL REVIEW OF FIRST PRODUCTION OF DOCUMENTS; PREPARE PRODUCTION FOR MAILING TO PLAINTIFF'S ATTORNEYS |
| WEBB, G. STEWART, JR. | 1/7/2009 | 0.10 | 635.00 | 63.50 | E-MAILS RE DISCOVERY AND DOCUMENT PRODUCTION |
| WEBB, G. STEWART, JR. | 1/7/2009 | 0.10 | 635.00 | 63.50 | TELEPHONE MUSIKA'S OFFICE RE EXPERT |
| MAJOR, ALEXANDER W. | 1/8/2009 | 1.00 | 285.00 | 285.00 | ELECTRONIC DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 1/9/2009 | 1.40 | 285.00 | 399.00 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 1/9/2009 | 0.20 | 415.00 | 83.00 | TELEPHONE CALL WITH D. KUCHINSKY RE: P. MIKESKA EMAILS |
| MAJOR, ALEXANDER W. | 1/11/2009 | 1.30 | 285.00 | 370.50 | ELECTRONIC DOCUMENT REVIEW |
| SWINBURNE, MATHEW R. | 1/11/2009 | 3.20 | 265.00 | 848.00 | REVIEW CLIENT'S DOCUMENT PRODUCTION FOR RELEVANCE AND PRIVILEGE |
| MAJOR, ALEXANDER W. | 1/12/2009 | 2.80 | 285.00 | 798.00 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 1/12/2009 | 0.60 | 415.00 | 249.00 | REVIEW EXPERT BIOS; MTG WITH S. WEBB RE: SAME |
| SWINBURNE, MATHEW R. | 1/12/2009 | 6.40 | 265.00 | 1,696.00 | REVIEW DOCUMENTS FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 1/12/2009 | 1.00 | 635.00 | 635.00 | REVIEW EXPERT RESUMES RE DAMAGES; DISCUSS WITH OTHER VENABLE PARTNER RE EXPERTS; DISCUSS WITH C.MALLON |
| MALLON, COLLEEN M. | 1/13/2009 | 0.70 | 415.00 | 290.50 | MEETING WITH S. WEBB RE: CONFERENCE CALL WITH COURT AND NEXT STEPS; IDENTIFY KEY ISSUES/DATES IN CASE FOR CONFERENCE CALL |
| SWINBURNE, MATHEW R. | 1/13/2009 | 3.70 | 265.00 | 980.50 | DOCUMENT REVIEW FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 1/13/2009 | 0.30 | 635.00 | 190.50 | DISCUSS WITH C.MALLON RE CONFERENCE WITH COURT |
| MALLON, COLLEEN M. | 1/14/2009 | 0.50 | 415.00 | 207.50 | MEETING WITH G.S. WEBB IN PREPARATION FOR CONFERENCE CALL WITH CLERK'S OFFICE; PARTICIPATE IN CONFERENCE CALL; DRAFT EMAIL TO D. KUCHINSKY AND R. FINKE RE: SAME |
| SWINBURNE, MATHEW R. | 1/14/2009 | 2.70 | 265.00 | 715.50 | WORKED ON PRIVILEGE LOG FOR FIRST DOCUMENT PRODUCTION |
| WEBB, G. STEWART, JR. | 1/14/2009 | 0.30 | 635.00 | 190.50 | ATTENTION TO EXPERT SELECTION |
| WEBB, G. STEWART, JR. | 1/14/2009 | 0.40 | 635.00 | 254.00 | TELEPHONE FINK; PREP FOR SCHEDULING CONFERENCE; DISCUSS WITH C.MALLON |
| MALLON, COLLEEN M. | 1/15/2009 | 2.10 | 415.00 | 871.50 | SEARCH FOR POTENTIAL DAMAGES EXPERTS AND REVIEW BIOS; REVIEW AND EDIT AUDIT RESPONSE LETTER; MEETING WITH M. SWINBURNE RE: PRIVILEGE STATUS OF CERTAIN DOCUMENTS |
| SWINBURNE, MATHEW R. | 1/15/2009 | 4.40 | 265.00 | 1,166.00 | DOCUMENT REVIEW; IDENTIFIED ERRORS IN CONCORDANCE DATABASE AND COMMUNICATED ERRORS TO N. BAGWANDEEN; WORKED ON PRIVILEGE LOG; MET WITH C. MALLON RE: PRIVILEGE LOG AND DOCUMENT PRODUCTION |
| WEBB, G. STEWART, JR. | 1/15/2009 | 0.30 | 635.00 | 190.50 | ATTENTION TO EXPERT SELECTION |
| WEBB, G. STEWART, JR. | 1/15/2009 | 0.80 | 635.00 | 508.00 | DRAFT AUDIT LETTER RESPONSE |
| MALLON, COLLEEN M. | 1/16/2009 | 2.30 | 415.00 | 954.50 | DRAFT STORY OF CASE THAT GRACE WANTS TO PRESENT IN ITS DEFENSE; REVIEW HUNTER DOCUMENTS; TELEPHONE CALL WITH D. ANDERSON RE: HUNTER DOCUMENTS |
| SMITH, CRAIG E. | 1/16/2009 | 0.10 | 0.00 | 0.00 | REVIEW AUDIT RESPONSE |
| SWINBURNE, MATHEW R. | 1/16/2009 | 2.40 | 265.00 | 636.00 | WORKED ON PRIVILEGE LOG FOR FIRST DOCUMENT PRODUCTION; ADDRESSED CONCORDANCE DATABASE ISSUES WITH B. BREON |

1

EXHIBIT C

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MALLON, COLLEEN M. | 1/19/2009 | 0.30 | 415.00 | 124.50 | DRAFT TALKING POINTS FOR MEETING WITH POTENTIAL EXPERT AND REVIEW TOTAL POTENTIAL EXPOSURE FIGURES |
| BAGWANDEEN, NAMRATA R. | 1/20/2009 | 0.60 | 0.00 | 0.00 | CULL DOWN DOCUMENTS TO CUSTODIAN JOHN HUNTER IN TWO CONCORDANCE DATABASES PER C.MALLON |
| MAJOR, ALEXANDER W. | 1/20/2009 | 1.40 | 285.00 | 399.00 | ELECTRONIC DOCUMENT REVIEW (5800-5901) |
| MALLON, COLLEEN M. | 1/20/2009 | 3.10 | 415.00 | 1,286.50 | REVIEW POTENTIAL EXPERT'S BIO; MEETING WITH POTENTIAL EXPERT AND G.S. WEBB; REVISE DISCOVERY TO PROFORMA BASED ON MEETING WITH POTENTIAL EXPERT; REVIEW J. HUNTER DOCUMENTS; MEETING WITH G.S. WEBB RE: INTERNAL AUDIT EMAIL AND NEXT STEPS; FORWARD EMAIL TO D. KUCHINSKY AND R. FINKE RE: SAME; MEETING WITH M. SWINBURNE RE: M. BAKER DOCUMENTS |
| SWINBURNE, MATHEW R. | 1/20/2009 | 0.40 | 265.00 | 106.00 | CONDUCTED DOCUMENT REVIEW; ADDRESSED ISSUES WITH DATABASE WITH N.BAGWANDEEN AND B. BREON |
| WEBB, G. STEWART, JR. | 1/20/2009 | 0.70 | 635.00 | 444.50 | MEETING WITH POTENTIAL EXPERT |
| WEBB, G. STEWART, JR. | 1/20/2009 | 0.60 | 635.00 | 381.00 | REVIEW DOCUMENT RE INTERNAL AUDIT REVIEW; DISCUSS WITH C.MALLON |
| ANDERSON, DONNA E. | 1/21/2009 | 1.80 | 0.00 | 0.00 | ASSIST N.BAGWANDEEN WITH IDENTIFICATION OF DOCUMENTS REFERENCING J. HUNTER IN PREPARATION FOR INTERVIEW BY C. MALLON |
| BAGWANDEEN, NAMRATA R. | 1/21/2009 | 6.90 | 0.00 | 0.00 | MANUALLY TAG DOCUMENTS THAT PERTAIN TO CUSTODIAN JOHN HUNTER IN TWO CONCORDANCE DATABASES PER C.MALLON |
| MAJOR, ALEXANDER W. | 1/21/2009 | 1.10 | 285.00 | 313.50 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 1/21/2009 | 0.20 | 415.00 | 83.00 | TELEPHONE CALL WITH D. KUCHINSKY RE: HOT P. MIKESKA DOCUMENTS AND INTERNAL AUDIT INVESTIGATION; TELEPHONE CALL WITH M. SWINBURNE RE: REVIEWING J. HUNTER EMAILS |
| SWINBURNE, MATHEW R. | 1/21/2009 | 4.40 | 265.00 | 1,166.00 | REVIEW PRODUCTION FOR DOCUMENTS PERTAINING TO JOHN HUNTER; EMAIL D. ANDERSON RE: DOCUMENT PROBLEMS IN CONCORDANCE DATABASE |
| MAJOR, ALEXANDER W. | 1/22/2009 | 1.80 | 285.00 | 513.00 | ELECTRONIC DOC REVIEW |
| MAJOR, ALEXANDER W. | 1/22/2009 | 0.40 | 285.00 | 114.00 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 1/22/2009 | 0.50 | 415.00 | 207.50 | PREPARE FOR J. HUNTER INTERVIEW |
| SWINBURNE, MATHEW R. | 1/22/2009 | 1.60 | 265.00 | 424.00 | REVIEWED PRODUCTION FOR DOCUMENTS PERTAINING TO JOHN HUNTER |
| WEBB, G. STEWART, JR. | 1/22/2009 | 0.20 | 635.00 | 127.00 | REVIEW ANSWER TO COUNTERCLAIM AND E-MAIL RE SAME |
| ANDERSON, DONNA E. | 1/23/2009 | 0.10 | 0.00 | 0.00 | E-MAIL TO C. MALLON REGARDING STATUS OF DATA PROCESSING AND LOADING |
| BAGWANDEEN, NAMRATA R. | 1/23/2009 | 3.20 | 0.00 | 0.00 | RUNS SEARCH TERMS IN GRACE-GLOBAL CONCORDANCE DATABASES TO TAG DOCUMENTS NEEDING FURTHER REVIEW PER C.MALLON |
| MAJOR, ALEXANDER W. | 1/23/2009 | 3.00 | 285.00 | 855.00 | COMPLETED ELECTRONIC DOCUMENT REVIEW OF FIRST 6599 DOCS |
| MALLON, COLLEEN M. | 1/23/2009 | 0.30 | 415.00 | 124.50 | MEETING WITH M. SWINBURNE RE: ISSUES RELATING TO DOCUMENT REVIEW; TELEPHONE CALL WITH N. BAGWANDEEN RE: SAME; EMAILS TO N. BAGWANDEEN AND D. ANDERSON RE: SAME |
| SWINBURNE, MATHEW R. | 1/23/2009 | 2.60 | 265.00 | 689.00 | REVIEW PRODUCTION FOR DOCUMENTS PERTAINING TO JOHN HUNTER; FOLLOW UP WITH N. BAGWANDEEN AND D. ANDERSON AND B. BREON REGARDING PROBLEMS ACCESSING/OPENING DOCUMENTS IN CONCORDANCE DATABASE |
| ANDERSON, DONNA E. | 1/26/2009 | 0.40 | 0.00 | 0.00 | COMMUNICATIONS WITH C. MALLON REGARDING STATUS OF PROCESSING OF ELECTRONIC DATA FOR REVIEW |
| BAGWANDEEN, NAMRATA R. | 1/26/2009 | 0.60 | 0.00 | 0.00 | CONVERTED DELIMITED TEXT FILE ON CD TO PDF AND UPLOADED THE CD'S CONTENTS INTO IPRO; CONTAINED PROFORMA INVOICES |
| BREON, BRUCE | 1/26/2009 | 2.20 | 0.00 | 0.00 | PROCESS DOCUMENTS FROM LROSTANZO LEGAL HOLD MAIL BOX AND IMPORT INTO DATABASE FOR ATTORNEY REVIEW; QC SAME |
| MAJOR, ALEXANDER W. | 1/26/2009 | 1.00 | 285.00 | 285.00 | REVIEWED ADDITIONAL ELECTRONIC DOCUMENTS CONTAINING PRIMARILY EXCEL SPREADSHEETS |
| MALLON, COLLEEN M. | 1/26/2009 | 1.30 | 415.00 | 539.50 | TELEPHONE CALL WITH D. ANDERSON RE: DATA PROCESSED; MEETING WITH G.S. WEBB RE: DISCOVERY TO PROFORMA; MEETING WITH A. MAJOR RE: DOCUMENT REVIEW; WORK ON IT ISSUES RE: PROCESSING DATA; MEETING WITH M. SWINBURNE RE: DOCUMENT REVIEW |
| SWINBURNE, MATHEW R. | 1/26/2009 | 1.70 | 265.00 | 450.50 | REVIEW DOCUMENTS TO ADDRESS DOCUMENTS WITH ERRORS AND MARK RELEVANT DOCUMENTS THAT NEED REDACTING |
| WEBB, G. STEWART, JR. | 1/26/2009 | 1.10 | 635.00 | 698.50 | REVIEW DRAFT DISCOVERY REQUESTS AND DISCUSS WITH C.MALLON |
| MAJOR, ALEXANDER W. | 1/27/2009 | 3.10 | 285.00 | 883.50 | ROSTANZO ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 1/27/2009 | 5.80 | 415.00 | 2,407.00 | MEETINGS WITH G.S. WEBB RE: ADDITIONAL DISCOVERY FOR PROFORMA AND PROFORMA'S ANSWER; EDIT/REVISE DISCOVERY TO PROFORMA; MEETINGS WITH M. SWINBURNE RE: DOCUMENT REVIEW AND CATEGORIZING DOCUMENTS BY CUSTODIAN; REVIEW LETTER FROM PLAINTIFF RE: DISCOVERY DISPUTE AND ANALYSIS OF SAME |
| SCOTT, TRACEY M. | 1/27/2009 | 4.40 | 0.00 | 0.00 | TO FACILITATE REVIEW OF ENCRYPTED CLIENT PST FILES; DECRYPT FILES AND START PROCESS TO CONVERT TO DOCUMENT MANAGEMENT SYSTEM FORMAT |
| SWINBURNE, MATHEW R. | 1/27/2009 | 4.00 | 265.00 | 1,060.00 | CONDUCTED DOCUMENT REVIEW OF PROFORMA INVOICES; REVIEWED DOCUMENTS; ADDRESSED EXISTING DOCUMENT ERRORS WITH N. BAGWANDEEN; MET WITH C. MALLON RE: STATUS OF DOCUMENT PRODUCTION AND CATEGORIZING DOCUMENTS IN FIRST PRODUCTION BASED ON CUSTODIAN |
| WEBB, G. STEWART, JR. | 1/27/2009 | 1.10 | 635.00 | 698.50 | ATTENTION TO EXPERT SELECTION; REVIEW PLAINTIFF'S CORRESPONDENCE RE DISCOVERY; DISCUSS WITH C.MALLON; REVISE DISCOVERY REQUESTS AND DISCUSS WITH B.SIDELL RE ACCOUNTING RECORDS |
| ANDERSON, DONNA E. | 1/28/2009 | 2.20 | 210.00 | 462.00 | EXPORT LIST OF DOCUMENTS FROM DATABASE TO BEGIN CONVERSION OF FILES TO TIFF FORMAT FOR PRODUCTION; COMMUNICATIONS WITH C. MALLON REGARDING PRODUCTION OF CUSTODIAN INFORMATION AND REVIEW OF ADDITIONAL DOCUMENTS FOR PRODUCTIONS; CONDUCT DATABASE SEARCH TO IDENTIFY LEGAL HOLD E-MAILS WHICH HAVE NOT YET BEEN REVIEWED; COMMUNICATIONS WITH T. SCOTT, C. MALLON REGARDING CORRUPTED SPREADSHEETS; TRANSFER REDACTION TAG INFORMATION FROM CONCORDANCE TO IPRO TO FACILITATE REDACTION PROCESS; CREATE ADDITIONAL TAGS FOR REVIEWS TO USE DURING 2ND PASS REVIEW |

Case 01-01139-AMC    Doc 23698-4    Filed 11/05/09    Page 7 of 8

EXHIBIT C

| Attorney | Date | Hours | Hourly Rate | Fee | Description |
|---|---|---|---|---|---|
| MAJOR, ALEXANDER W. | 1/28/2009 | 1.40 | 285.00 | 399.00 | RESEARCH RE: INTERROGATORIES (1.4) |
| MAJOR, ALEXANDER W. | 1/28/2009 | 0.70 | 285.00 | 199.50 | MEETING WITH C. MALLON ON CATALOGING DOCUMENTS TAGGED AS 'NOT RELEVANT' (.1); OBTAINED COUNT OF NON-RELEVANT DOCUMENTS (.1); BEGAN REVIEW (.5) |
| MALLON, COLLEEN M. | 1/28/2009 | 4.60 | 415.00 | 1,909.00 | MEETING WITH G.S. WEBB RE: PLAINTIFF'S LETTER RE: DISCOVERY ISSUES AND STATUS OF DOCUMENT PRODUCTION; EDIT/REVISE DISCOVERY TO PROFORMA; TELEPHONE CALL WITH D. ANDERSON RE: DOCUMENT PRODUCTION; TELEPHONE CALL WITH G.S. WEBB, D. KUCHINSKY AND R. FINKE RE: PLAINTIFF'S LETTER RE: DISCOVERY ISSUES; MEETING WITH M. SWINBURNE RE: DOCUMENT REVIEW; MEETING WITH G.S. WEBB AND M. SWINBURNE RE: REDACTING DOCUMENTS |
| SCOTT, TRACEY M. | 1/28/2009 | 3.50 | 0.00 | 0.00 | CONVERT RESPONSIVE EMAIL FILES AND ELECTRONIC DOCUMENTS TO TIFF FORMAT; QC AND MANUALLY TIFF PROBLEM FILES; EXPORT TIFF IMAGES; UPDATE TO GRACE REVIEW DATABASE |
| SWINBURNE, MATHEW R. | 1/28/2009 | 2.60 | 265.00 | 689.00 | WORK ON PRODUCTION WITH N. BAGWANDEEN; MET WITH C. MALLON RE: DOCUMENT PRODUCTION AND REDACTION PROCESS; REDACTED CONFIDENTIAL INFORMATION FROM RELEVANT DOCUMENTS |
| WEBB, G. STEWART, JR. | 1/28/2009 | 2.10 | 635.00 | 1,333.50 | REVIEW PLAINTIFF'S LETTER RE DISCOVERY; DISCUSS WITH C.MALLON; CONFERENCE CALL WITH CLIENT RE SAME |
| WEBB, G. STEWART, JR. | 1/28/2009 | 0.30 | 635.00 | 190.50 | DISCUSS DOCUMENT PRODUCTION WITH C.MALLON |
| WEBB, G. STEWART, JR. | 1/28/2009 | 0.90 | 635.00 | 571.50 | REVIEW REVISED DISCOVERY REQUESTS; DISCUSS WITH C. MALLON |
| ANDERSON, DONNA E. | 1/29/2009 | 0.20 | 0.00 | 0.00 | E-MAILS TO C. MALLON REGARDING EXPORT OF CUSTODIAN INFORMATION FOR PRODUCTION WITH DOCUMENT IMAGES |
| BAGWANDEEN, NAMRATA R. | 1/29/2009 | 0.80 | 0.00 | 0.00 | BEGIN IDENTIFYING PARENT/CHILD RELATIONSHIPS IN DATABASE FOR PRODUCTION |
| BREON, BRUCE | 1/29/2009 | 2.20 | 0.00 | 0.00 | POPULATE CUSTODIAN FIELD OF DATABASE WITH DATA EXTRACTED FROM OTHER FIELDS OF DATABASE TO ALLOW CASE TEAM TO TRACK SOURCE OF INDIVIDUAL DOCUMENTS |
| MALLON, COLLEEN M. | 1/29/2009 | 2.90 | 415.00 | 1,203.50 | EDIT/REVISE DISCOVERY TO PROFORMA; MEETINGS WITH M. SWINBURNE RE: REDACTING DOCUMENTS AND CONFIDENTIALITY AGREEMENT; TELEPHONE CALL WITH D. KUCHINSKY AND M. BAKER RE: VENDORS OTHER THAN PROFORMA AND RELATED ISSUES; WORK ON ISSUES RELATING TO DATA PROCESSING AND LOGISTICS RE: DOCUMENT PRODUCTION; REVIEW/EDIT CONFIDENTIALITY AGREEMENT |
| SCOTT, TRACEY M. | 1/29/2009 | 1.10 | 0.00 | 0.00 | TO ALLOW FOR REDACTIONS AND BETTER FILE FORMAT, RE-TIFF CSV FILES USING EXCEL INSTEAD OF A TEXT EDITOR AS SOURCE PRINT APPLICATION |
| SWINBURNE, MATHEW R. | 1/29/2009 | 6.70 | 265.00 | 1,775.50 | REDACT CONFIDENTIAL INFORMATION FROM RELEVANT DOCUMENTS; WORK ON DOCUMENT PRODUCTION ISSUES WITH N. BAGWANDEEN; MET WITH C. MALLON RE: CONFIDENTIALITY AGREEMENT AND REDACTIONS; DRAFT CONFIDENTIALITY AGREEMENT FOR DOCUMENT PRODUCTION AND OTHER DISCOVERY DISCLOSURES |
| WEBB, G. STEWART, JR. | 1/29/2009 | 0.30 | 635.00 | 190.50 | ATTENTION TO DISCOVERY REQUESTS; DISCUSS WITH C.MALLON |
| BAGWANDEEN, NAMRATA R. | 1/30/2009 | 4.70 | 180.00 | 846.00 | WORK WITH MSWINBURNE TO IDENTIFY DOCUMENTS AS IRRELEVANT OR PRIV TO REMOVE FROM IPRO COLLECTION; IDENTIFY AND CORRECT DOCUMENT BOUNDARY ISSUES FOR IPRO PRODUCTION |
| MAJOR, ALEXANDER W. | 1/30/2009 | 5.40 | 285.00 | 1,539.00 | RESEARCH AND EMAIL TO C. MALLON RE: INTERROGATORIES (5.2); ANSWER TO FOLLOW UP QUESTION (.2) |
| MALLON, COLLEEN M. | 1/30/2009 | 2.20 | 415.00 | 913.00 | FORWARD CONFIDENTIALITY AGREEMENT TO R. FINKE AND D. KUCHINSKY; INCORPORATE SUBPOENA LANGUAGE SUGGESTED BY R. FINKE AND MEETING WITH G.S. WEBB RE: SAME AND CALL WITH M. BAKER; FINALIZE DISCOVERY TO PROFORMA AND SEND SAME TO PLAINTIFF; TELEPHONE CALL WITH N. BAGWANDEEN RE: DOCUMENT PRODUCTION; TELEPHONE CALL WITH M. SWINBURNE AND N. BAGWANDEEN RE: SAME; MEETING WITH M. SWINBURNE RE: DOCUMENT REVIEW AND NEXT STEPS; MEETING WITH A. MAJOR RE: ANALYSIS OF RESPONDING TO INTERROGATORIES AND WHO HELPED PREPARE OUR ANSWERS |
| SCOTT, TRACEY M. | 1/30/2009 | 1.50 | 0.00 | 0.00 | CONVERT RESPONSIVE EMAIL FILES TO TIFF FORMAT; QC AND MANUALLY TIFF PROBLEM FILES; EXPORT TIFF IMAGES |
| SWINBURNE, MATHEW R. | 1/30/2009 | 5.90 | 265.00 | 1,563.50 | REDACT CONFIDENTIAL INFORMATION FROM RELEVANT DOCUMENTS; REVIEW PARENT/CHILD DATABASE |
| WEBB, G. STEWART, JR. | 1/30/2009 | 0.20 | 635.00 | 127.00 | TELEPHONE POTENTIAL EXPERT |
| WEBB, G. STEWART, JR. | 1/30/2009 | 0.50 | 635.00 | 317.50 | REVIEW DRAFT CONFIDENTIALITY ORDER AND DISCUSS WITH C.MALLON |
| MALLON, COLLEEN M. | 1/31/2009 | 0.70 | 415.00 | 290.50 | EDIT/REVISE CONFIDENTIALITY AGREEMENT AND FORWARD TO OPPOSING COUNSEL; DRAFT EMAIL TO G.S. WEBB RE: CALL WITH M. BAKER AND D. KUCHINSKY |
| SWINBURNE, MATHEW R. | 1/31/2009 | 3.90 | 265.00 | 1,033.50 | FINISH REVIEW OF CHILD/PARENT DOCUMENT DATABASE; REVIEW DOCUMENTS IN 2ND PASS LEGAL HOLD DATABASE |
| WEBB, G. STEWART, JR. | 1/31/2009 | 0.10 | 635.00 | 63.50 | E-MAIL RE EXPERTS |
|  |  | **181.30** |  | **49,175.00** |  |

*Advice in Connection with Labor and Employment Matters*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| AYRES, JEFFREY P. | 1/7/2009 | 0.20 | 495.00 | 99.00 | REVIEW J. FORGACH E-MAILS; TELEPHONE J. FORGACH RE SAME |
| AYRES, JEFFREY P. | 1/8/2009 | 0.20 | 495.00 | 99.00 | REVIEW RELEASE; TELEPHONE J. FORGACH RE SAME |
| WILHELM, JOHN A. | 1/8/2009 | 0.60 | 490.00 | 294.00 | CALL WITH J. FORGACH REGARDING QUESTIONS AS TO THE 2009 STOCK INCENTIVE PLAN |
| WILHELM, JOHN A. | 1/15/2009 | 0.20 | 490.00 | 98.00 | CALL WITH J. FORGACH REGARDING QUESTION AS TO SHARE LIMIT UNDER 2009 STOCK INCENTIVE PLAN |
| WILHELM, JOHN A. | 1/19/2009 | 0.20 | 490.00 | 98.00 | DISCUSS FURTHER QUESTIONS WITH J. FORGACH AS TO 2009 STOCK INCENTIVE PLAN |
|  |  | **1.40** |  | **688.00** |  |
|  |  | **182.70** |  | **49,863.00** |  |

* In the interest of billing judgment, $5,697.00 was written off for the period January 1, 2009 through January 31, 2009. These fees reflect these reductions. Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

EXHIBIT C

**Monthly Statement of Venable LLP in Support of Interim Fee Application**
Expense Detail January 1, 2009 through January 31, 2009

| Date | Description | Qty | Rate | Amount | Details |
|---|---|---|---|---|---|
| 1/7/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - THOMAS & LIBOWITZ, P.A., 100 LIGHT STREET SUITE 1100, BALTIMORE, MD 21202 |
| | | | | 7.29 | |
| 1/8/2009 | INTERNAL REPRODUCTION COSTS | 24 | 0.10 | 2.40 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 1/16/2009 | INTERNAL REPRODUCTION COSTS | 11 | 0.10 | 1.10 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 1/30/2009 | INTERNAL REPRODUCTION COSTS | 44 | 0.10 | 4.40 | PHOTOCOPIES MADE BY RICE, DAVID EUGENE |
| | | | | 7.90 | |
| 1/30/2009 | LEGAL RESEARCH/WESTLAW | | | 379.90 | ALEXANDER W. MAJOR |
| | | | | 379.90 | |
| 1/14/2009 | LONG DISTANCE TELEPHONE | | | 5.56 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 1/16/2009 | LONG DISTANCE TELEPHONE | | | 4.17 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| | | | | 9.73 | |
| 1/22/2009 | POSTAGE | | | 2.60 | WEBB, G. STEWART, JR. |
| | | | | 2.60 | |
| 1/6/2009 | TELECOPY | 1 | 1.00 | 5.00 | FAX SENT BY HARKAY, SALLY A. |
| | | | | 5.00 | |
| | | | Total | 412.42 | |