EXHIBIT D

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

## SUMMARY STATEMENT OF VENABLE LLP OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITITATION COUNSEL FOR THE MONTHLY PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order[2] entered June 24, 2009, effective as of May 22, 2009[3]** |
| Period for which compensation and reimbursement is sought: | **February 1, 2009 through February 28, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary for the period: | **$165,610.50** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Terms not defined herein shall have the meanings ascribed to them in the Interim Verified Application of Venable LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Thirty-First, Thirty-Second and Thirty-Third Quarters from November 1, 2008 through June 30, 2009 (the "Fee Application"), to which this statement is an exhibit.

[3] Venable was previously serving as an "Ordinary Course Professional" pursuant the OCP Order. The Retention Order entitles and instructs Venable to seek application for its outstanding fees and expenses in excess of the Monthly Caps.

EXHIBIT D

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$177.86** |
| Fees and Expenses received in accordance with the OCP Order: | **($50,000.00)** |
| February 2009 Fee and Expenses in Excess of $50,000 OCP Cap Requested pursuant to this Application: | **$115,788.36** |

This is a _x_ monthly ___ interim ___ final application.

This is Venable's monthly statement for interim compensation of services for the interim period February 1, 2009 through February 28, 2009. This is the first fee application filed by Venable to date. Subsequent to this Fee Application, including for July 2009 and afterward, Venable will continue to file monthly and quarterly fee applications in accordance with the Amended Interim Compensation Order.

In the Fee Application, Venable seeks to recover amounts due and owing Venable for November 2008 through June 2009 to the extent that they have not been paid pursuant to the OCP Order. The following chart reflects the total professional services rendered and the actual and necessary expenses incurred by Venable during the Fee Period. Venable has received partial payment of these amounts pursuant to the OCP Order as follows:

| | Fees | Expenses | Total | Received pursuant to OCP Order | Balance Owing Venable LLP |
|---|---|---|---|---|---|
| November 2008 | $58,501.50 | $2,187.29 | $60,688.79 | $18,646.12 | $42,042.67 |
| December 2008 | $77,025.50 | $1,871.49 | $78,896.99 | $50,076.00 | $28,820.99 |
| January 2009 | $49,863.00 | $412.42 | $50,275.42 | $50,698.00 | ($422.58) |
| February 2009 | $165,610.50 | $177.86 | $165,788.36 | $50,000.00 | $115,788.36 |
| March 2009 | $144,644.50 | $254.24 | $144,898.74 | $50,363.18 | $94,535.56 |
| April 2009 | $86,322.50 | $527.35 | $86,849.85 | $50,148.50 | $36,701.35 |
| May 2009 | $49,737.50 | $573.59 | $50,311.09 | $50,000.00 | $311.09 |

| | | | | | |
|---|---|---|---|---|---|
| June 2009 | $77,589.00 | $400.82 | $77,989.82 | $337.00 | $77,652.82 |
| Total | $709,294.00 | $6,405.06 | $715,699.06 | $320,268.80 | $395,430.26 |

The Venable attorneys who rendered professional services in these cases during the period February 1, 2009 through February 28, 2009 are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Kevin A. Loden | Associate | 2007 | Business | $265.00 | 44.9 | $11,898.50 |
| Alexander W. Major | Associate | 2005 | Litigation | $285.00 | 96.9 | $27,616.50 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 67.8 | $28,137.00 |
| Mark J. McTamney | Associate | 2008 | Business | $265.00 | 91.0 | $24,115.00 |
| Mathew R. Swinburne | Associate | 2008 | Litigation | $265.00 | 91.5 | $24,247.50 |
| Lauren E. Wallace | Associate | 2008 | Litigation | $265.00 | 71.9 | $19,053.50 |
| G. Stewart Webb, Jr. | Partner | 1975 | Litigation | $635.00 | 20.4 | $12,954.00 |
| | | | | Total for all attorneys | | $148,022.00 |
| | | | | (Less write-off) | | ($12,679.00) |
| | | | | Total | | $135,343.00 |

The paraprofessionals of Venable who rendered professional services in these cases during the period February 1, 2009 through February 28, 2009 are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Namrata R. Bagwandeen | Technology Services | 8 | Technology Services | $180.00 | 40.6 | $7,308.00 |
| Bruce Breon | Technology Services | 13 | Technology Services | $180.00 | 12.8 | $2,304.00 |
| Todd A. Burdick | Paralegal | 3 | Litigation | $180.00 | 48.7 | $8,766.00 |
| Noel Greene | Paralegal | 7 | Litigation | $245.00 | 35.7 | $8,746.50 |

EXHIBIT D

| Claudia Reyes | Paralegal | 9 | Litigation | $255.00 | 51.7 | $13,183.50 |
|---|---|---|---|---|---|---|
| | | | | Total for all paraprofessionals | | $40,308.00 |
| | | | | | (Less write-off) | ($10,040.50) |
| | | | | | Total | $30,267.50 |

## Compensation by Matter

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with the Global Printing Litigation | 674.00 | $188,330.00 |
| Total for all matters | | $188,330.00 |
| (Less write-off) | | ($22,719.50)[4] |
| Total | | $165,610.50 |

## Expense Summary

| Service Description | Amount |
|---|---|
| Commercial Messenger | $21.87 |
| Conferencing Services | $67.14 |
| Reproduction Costs | $24.00 |
| Long Distance Telephone | $22.93 |
| Postage | $8.72 |
| Special Order Supplies | $33.20 |
| **Total of Expenses** | **$177.86** |

Venable has not previously filed a monthly application for these amounts. Compensation for these amounts is being sought in the First Interim Fee Application to which this statement is an exhibit. However, Venable has been regularly compensated pursuant to the OCP order, including $50,000.00 for the period February 1, 2009 through February 28, 2009.

Fee and expense detail with respect to these amounts is attached hereto.

---

[4] Venable also wrote off additional amounts, related primarily to technology services. To the extent no time was billed for an individual's services, they have not been included in the above charts. The time incurred by these individuals as well as the total write-off amounts are provided in the attached fee detail.

-4-
BA3DOCS1-#429099-v3-WR_Grace_Monthly_Fee_Application_February_2009.DOC

EXHIBIT D

Monthly Statement of Venable LLP in Support of First Interim Fee Application
Fee Detail February 1, 2009 through February 28, 2009

*Advice in Connection with Global Printing Litigation*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| ANDERSON, DONNA E. | 2/2/2009 | 0.30 | 0.00 | 0.00 | FOLLOW UP WITH C. MALLON, N. BAGWANDEEN REGARDING STATUS OF DATA NOT YET REVIEWED |
| BAGWANDEEN, NAMRATA R. | 2/2/2009 | 3.60 | 180.00 | 648.00 | WORK WITH M. SWINBURNE TO GET GRACE PRODUCTION DOCUMENTS READY; RUN PRODUCTION BUILD; CREATE INDEX OF PRODUCTION NUMBERS WITH CUSTODIAN NAME; BURN 2 DVD COPIES OF PRODUCTION PER C. MALLON |
| MAJOR, ALEXANDER W. | 2/2/2009 | 0.10 | 0.00 | 0.00 | RECEIPT AND QUESTIONS REGARDING NEW ELECTRONIC DOCUMENTS TO REVIEW |
| MALLON, COLLEEN M. | 2/2/2009 | 3.20 | 415.00 | 1,328.00 | DRAFT DISCOVERY CHRONOLOGY AND BEGIN TO DRAFT RESPONSE TO PLAINTIFF'S LETTER RE: DISCOVERY ISSUES; DRAFT DOCUMENT PRODUCTION COVER LETTER TO PLAINTIFF'S COUNSEL; REVIEW M. BAKER'S LIST OF OTHER SUPPLIERS; MEETING WITH M. SWINBURNE RE: DOCUMENT |
| SCOTT, TRACEY M. | 2/2/2009 | 4.90 | 0.00 | 0.00 | CONDUCT QC ON PROCESSING OF ENCRYPTED PST FILES - RESOLVE PROCESSING ERRORS |
| SWINBURNE, MATHEW R. | 2/2/2009 | 7.40 | 265.00 | 1,961.00 | CONDUCTED FINAL QUALITY CONTROL REVIEW OF DOCUMENT PRODUCTION THAT WAS MAILED OUT ON 2/2/09; MET WITH C. MALLON RE: FINAL QUALITY CONTROL REVIEW OF PRODUCTION; REVIEWED DOCUMENTS IN 2ND PASS LEGAL HOLD DATABASE FOR RELEVANCE AND PRIVILEGE; CATEGORIZED DOCUMENTS FROM INITIAL PRODUCTION BY CUSTODIAN |
| WEBB, G. STEWART, JR. | 2/2/2009 | 0.10 | 635.00 | 63.50 | TELEPHONE POTENTIAL EXPERT |
| WEBB, G. STEWART, JR. | 2/2/2009 | 0.20 | 635.00 | 127.00 | ATTENTION TO EXPERT SELECTION |
| WEBB, G. STEWART, JR. | 2/2/2009 | 0.30 | 635.00 | 190.50 | REVIEW DISCOVERY MATTERS |
| BAGWANDEEN, NAMRATA R. | 2/3/2009 | 4.10 | 0.00 | 0.00 | DEDUPED THE NONENCRYPTED CONCORDANCE DATABASE AND CULL DOWN DOCUMENTS FURTHER PER C. MALLON; REINDEXED THE CONCORDANCE DATABASE IN ORDER TO IDENTIFY NEWLY TAGGED DOCUMENTS; IMPORTED NEW DOCUMENTS INTO IPRO FOR REVIEW; RAN PRODUCTION BUILD; BURN 2 COPIES OF CDS PER C. MALLON |
| MAJOR, ALEXANDER W. | 2/3/2009 | 5.60 | 285.00 | 1,596.00 | REVIEW OF ADDITIONAL DOCUMENTS (.3); BEGAN NON-RELEVANT DOCUMENT LOG OF THE DOCUMENTS PRODUCED (5.3) |
| MALLON, COLLEEN M. | 2/3/2009 | 1.50 | 415.00 | 622.50 | MEETING WITH M. SWINBURNE RE: DOCUMENT REVIEW; TELEPHONE CALLS WITH N. BAGWANDEEN RE: PROCESSING DATA AND REVIEW; MEETINGS WITH G.S. WEBB RE: STRATEGY/ANALYSIS AND CONTENTS OF PRODUCTION COVER LETTER; DRAFT PRODUCTION COVER LETTER TO PLAINTIFF'S COUNSEL |
| SCOTT, TRACEY M. | 2/3/2009 | 2.50 | 0.00 | 0.00 | EXPORT PROCESSED DOCS TO DOCUMENT MANAGEMENT SYSTEM FORMAT - CONCORDANCE; TRANSFER DATABASE TO LOCATION FOR ACCESS; INDEX DATABASE TO ENABLE SEARCHING; CREATE HYPERLINKS TO LINK NATIVE FILES TO RECORDS IN DATABASE |
| SWINBURNE, MATHEW R. | 2/3/2009 | 4.10 | 265.00 | 1,086.50 | LOCATED CUSTODIAN INFORMATION FOR DOCUMENTS IN INITIAL DOCUMENT PRODUCTION; REVIEWED INVOICES TO ENSURE ONLY RELEVANT DOCUMENTS FROM PROFORMA'S COMPETITORS WERE INCLUDED IN THE NEXT DOCUMENT PRODUCTION |
| WEBB, G. STEWART, JR. | 2/3/2009 | 0.80 | 635.00 | 508.00 | REVIEW DRAFT CORRESPONDENCE RE DISCOVERY; DISCUSS WITH C. MALLON RE DISCOVERY; REVIEW DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/3/2009 | 0.30 | 635.00 | 190.50 | ATTENTION TO EXPERT SELECTION |
| MAJOR, ALEXANDER W. | 2/4/2009 | 1.40 | 285.00 | 399.00 | ELECTRONIC DOCUMENT REVIEW OF 6789 'ENCYPTPST' |
| MAJOR, ALEXANDER W. | 2/4/2009 | 5.40 | 285.00 | 1,539.00 | NON RELEVANT PRODUCTION LOG |
| MALLON, COLLEEN M. | 2/4/2009 | 7.20 | 415.00 | 2,988.00 | DRAFT RESPONSE LETTER TO PLAINTIFF'S ISSUES RE: DISCOVERY; TELEPHONE CONFERENCE WITH G.S. WEBB, R. FINKE AND D. KUCHINSKY RE: INTERNATIONAL PURCHASES, REDACTING DOCUMENTS AND RELATED MATTERS; REVIEW DOCUMENTS/PREPARE FOR J. HUNTER INTERVIEW |
| WEBB, G. STEWART, JR. | 2/4/2009 | 0.30 | 635.00 | 190.50 | ATTENTION TO SELECTION OF EXPERT |
| WEBB, G. STEWART, JR. | 2/4/2009 | 0.60 | 635.00 | 381.00 | CONFERENCE CALL WITH CLIENT RE DISCOVERY ISSUES |
| BAGWANDEEN, NAMRATA R. | 2/5/2009 | 1.60 | 180.00 | 288.00 | CONVERT DOCUMENT IN IPRO TO PDF FOR C. MALLON; SEARCH ENCRYPTS CONCORDANCE DATABASE FOR SEARCH TERMS PROVIDED BY C. MALLON |
| MAJOR, ALEXANDER W. | 2/5/2009 | 5.70 | 285.00 | 1,624.50 | NON RELEVANT DOCUMENT LOG |
| MAJOR, ALEXANDER W. | 2/5/2009 | 2.20 | 285.00 | 627.00 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 2/5/2009 | 7.80 | 415.00 | 3,237.00 | REVIEW EMAILS INVOLVING P. MIKESKA ON CD PROVIDED BY FORENSIC EXAMINER; PREPARE FOR J. HUNTER INTERVIEW; TRAVEL TO AND FROM GRACE'S COLUMBIA OFFICE FOR J. HUNTER INTERVIEW; PARTICIPATE IN INTERVIEW; MEETINGS WITH G.S. WEBB RE: SAME AND ITEMS TO COVER WITH J. HUNTER; MEETING WITH A. MAJOR RE: DOCUMENT REVIEW; REVISE LETTER TO M. LIBOWITZ E: DISCOVERY ISSUES |
| SWINBURNE, MATHEW R. | 2/5/2009 | 1.40 | 265.00 | 371.00 | PULL SPREADSHEETS FOR CLIENT TO REVIEW AND TO DETERMINE WHETHER THEY WANT THE DOCUMENTS REDACTED; IDENTIFY GENERATION DATES FOR SPECIFIC DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/5/2009 | 1.80 | 635.00 | 1,143.00 | REVIEW DRAFT LETTER RE DISCOVERY AND DISCUSS WITH C. MALLON; DISCUSS POTENTIAL EXPERT INTERVIEW WITH C. MALLON |
| BAGWANDEEN, NAMRATA R. | 2/6/2009 | 1.60 | 180.00 | 288.00 | IDENTIFY METADATA INFORMATION FOR SPECIFIC DOCUMENTS FOR C. MALLON, RESEARCH SOFTWARE ISSUES FOR C. MALLON |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MAJOR, ALEXANDER W. | 2/6/2009 | 3.20 | 285.00 | 912.00 | CONTINUED NONRELEVANT DOCUMENT LOG (3.1); MEETING WITH C. MALLON ABOUT PRIORITIZING DOCUMENT REVIEW AND NON-RELEVANT LOG (.1) |
| MAJOR, ALEXANDER W. | 2/6/2009 | 1.00 | 285.00 | 285.00 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 2/6/2009 | 3.10 | 415.00 | 1,286.50 | EDIT/REVISE LETTER TO LIBOWITZ RE: DISCOVERY ISSUES; REVIEW P. MIKESKA EMAILS; MEETING WITH G.S. WEBB RE: POTENTIAL EXPERTS; REVIEW CVS OF POTENTIAL EXPERTS; REVIEW R. FINKE'S EDITS TO LETTER TO LIBOWITZ; FINALIZE LETTER AND EMAIL SAME TO LIBOWITZ |
| SWINBURNE, MATHEW R. | 2/6/2009 | 0.40 | 265.00 | 106.00 | REVIEWED IPRO DATA TO PROVIDE C. MALLON WITH INFORMATION RE: DOCUMENTS FROM SCOTT WHITTIER'S FILES; WORKED WITH N. BAGWANDEEN TO GATHER IDENTIFYING INFORMATION FOR SPECIFIC DOCUMENTS PER THE REQUEST OF C. MALLON |
| WEBB, G. STEWART, JR. | 2/6/2009 | 0.40 | 635.00 | 254.00 | TELEPHONE POTENTIAL EXPERT; E-MAILS RE SAME |
| WEBB, G. STEWART, JR. | 2/6/2009 | 1.00 | 635.00 | 635.00 | REVISE DRAFT LETTER RE DISCOVERY; DISCUSS WITH C. MALLON |
| MALLON, COLLEEN M. | 2/7/2009 | 1.10 | 415.00 | 456.50 | REVIEW EMAILS IN UNALLOCATED SPACE OF CD PROVIDED BY FORENSIC EXAMINER; GATHER INFORMATION RE: SPREADSHEETS AND DRAFT EMAIL TO R. FINKE AND D. KUCHINSKY RE: SAME |
| BAGWANDEEN, NAMRATA R. | 2/9/2009 | 0.60 | 0.00 | 0.00 | SET UP AND TRAIN NEW REVIEWERS OF GRACE CONCORDANCE DATABASE |
| LODEN, KEVIN A. | 2/9/2009 | 4.00 | 0.00 | 0.00 | CONFERENCE W/ C. MALLON RE: DOCUMENT REVIEW; 'GLOBAL' REVIEW |
| MAJOR, ALEXANDER W. | 2/9/2009 | 5.60 | 285.00 | 1,596.00 | ELECTRONIC DOCUMENT REVIEW (NONENCRYPPST MINUS GLOBAL DATABASE/TAG) WITH PARENT AND CHILD EXAMINATION (NOS. 500-1,000) |
| MALLON, COLLEEN M. | 2/9/2009 | 7.50 | 415.00 | 3,112.50 | MEETING WITH L. WALLACE, M. MCTAMNEY AND K. LODEN RE: DOCUMENT REVIEW; TELEPHONE CALLS WITH N. BAGWANDEEN RE: DOCUMENT REVIEW; DRAFT MEMO RE: J. HUNTER INTERVIEW; MEETING WITH A. MAJOR RE: DOCUMENT REVIEW; TELEPHONE CALL WITH D. KUCHINSKY RE: SPREADSHEETS AND RELATED ITEMS; MEETINGS WITH M. SWINBURNE RE: SPREADSHEETS; EMAILS TO G.S. WEBB RE: HOT DOCUMENTS; MEETING WITH G.S. WEBB RE: HOT DOCUMENTS AND SERVICE AGREEMENT; REVIEW HOT DOCUMENTS |
| MCTAMNEY, MARK J. | 2/9/2009 | 10.40 | 265.00 | 2,756.00 | CONFERENCE WITH C. MALLON RE DOCUMENT REVIEW; DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL' |
| SWINBURNE, MATHEW R. | 2/9/2009 | 3.80 | 265.00 | 1,007.00 | REVIEW DOCUMENTS IN 2ND PASS OF LEGAL HOLD DATABASE FOR RELEVANCE AND PRIVILEGE; IDENTIFY P- CARD DOCUMENTS AND GENERAL SPREADSHEETS FOR M. BAKER TO REVIEW |
| WALLACE, LAUREN E. | 2/9/2009 | 9.20 | 265.00 | 2,438.00 | CONFERENCE W/ C. MALLON, K. LODEN AND M. MCTAMNEY; CORRESPONDENCE W/ C. MALLON AND N. BAGWANDEEN; REVIEW 'GLOBAL' DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/9/2009 | 0.40 | 635.00 | 254.00 | REVIEW DOCUMENTS; REVIEW SERVICE AGREEMENT; DISCUSS WITH C. MALLON |
| BAGWANDEEN, NAMRATA R. | 2/10/2009 | 4.20 | 180.00 | 756.00 | TRANSFER HOT TAGGED DOCUMENTS IN REVIEW INTO THE PRODUCTION COLLECTION PER C. MALLON; IDENTIFY REVIEW AND PRODUCTION DOC IDS USING CROSS REFERENCE SHEET FOR C. MALLON AND M. SWINBURNE; CREATE DOCUMENT CD FOR CLIENT WITH GENERAL GRACE REPORTS AND P CARD REPORTS PER M. SWINBURNE; TRAIN NEW USERS IN GRACE CONCORDANCE DATABASE FOR REVIEWING "GLOBAL" SEARCH RESULTS |
| LODEN, KEVIN A. | 2/10/2009 | 2.80 | 265.00 | 742.00 | DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 2/10/2009 | 7.80 | 285.00 | 2,223.00 | ELECTRONIC DOCUMENT REVIEW (NONENCRYPPST MINUS GLOBAL DATABASE/TAG) WITH PARENT AND CHILD EXAMINATION (NOS. 1,000-2000) |
| MALLON, COLLEEN M. | 2/10/2009 | 5.20 | 415.00 | 2,158.00 | DRAFT LETTER TO GLOBAL PROFORMA RE: NON-RENEWAL OF SERVICE AGREEMENT; MEETING W/ M. SWINBURNE RE: DOCUMENT REVIEW; WORK ON P-CARD SPREADSHEET ISSUES; REVIEW HOT DOCUMENTS; REVIEW L. ROSTANZO'S INTERVIEW NOTES; MEETING W/ S. WEBB RE: P-CARD SPREADSHEETS; TELEPHONE CALL W/ M. SWINBURNE RE: P-CARD SPREADSHEETS; LIST AGENDA ITEMS FOR CALL W/ CLIENT. |
| MCTAMNEY, MARK J. | 2/10/2009 | 7.60 | 265.00 | 2,014.00 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL' |
| SWINBURNE, MATHEW R. | 2/10/2009 | 6.10 | 265.00 | 1,616.50 | WORK WITH N. BAGWANDEEN TO BURN CD OF DOCUMENTS FOR M. BAKER TO REVIEW; REVIEW DOCUMENTS FOR RELEVANCE AND PRIVILEGE IN THE 2ND PASS OF LEGAL HOLD DATABASE; GENERATE HARD COPIES OF ALL P-CARD REPORTS AND THEIR PARENT EMAILS FOR C. MALLON |
| WALLACE, LAUREN E. | 2/10/2009 | 4.00 | 265.00 | 1,060.00 | REVIEW OF 'GLOBAL DOCUMENTS' |
| WEBB, G. STEWART, JR. | 2/10/2009 | 0.90 | 635.00 | 571.50 | DISCUSS WITH C. MALLON RE DISCOVERY |
| BAGWANDEEN, NAMRATA R. | 2/11/2009 | 2.60 | 180.00 | 468.00 | IMPORT REMAINING COMPETITOR INVOICE DOCUMENTS INTO IPRO COLLECTION FOR REVIEW; COORDINATE THE CREATION OF A PRODUCTION FINALIZED CONCORDANCE DATABASE PER C. MALLON; BEGIN OCRING DOCUMENTS FOR CONCORDANCE DATABASE; BURN ADDITIONAL SETS OF CDS FOR CLIENT CONTAINING GENERAL GRACE REPORTS AND P CARD REPORTS PER M. SWINBURNE |
| LODEN, KEVIN A. | 2/11/2009 | 5.50 | 0.00 | 0.00 | DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 2/11/2009 | 8.60 | 285.00 | 2,451.00 | ELECTRONIC DOCUMENT REVIEW (NONENCRYPPST MINUS GLOBAL DATABASE/TAG) WITH PARENT AND CHILD EXAMINATION (2,000-3025) W/ ADDITIONAL PARENT & CHILD DOCUMENTS IN ENCRYPT DATABASE |
| MALLON, COLLEEN M. | 2/11/2009 | 7.30 | 415.00 | 3,029.50 | IDENTIFY/REFINE AGENDA ITEMS FOR CALL WITH CLIENT; MEETINGS WITH G.S. WEBB RE: SAME, P-CARD PURCHASES AND RELATED ITEMS; SEND EMAILS TO D. KUCHINSKY RE: GL ACCOUNT NUMBERS AND P-CARD SPREADSHEETS; TELEPHONE CONFERENCE WITH R. FINKE, D. KUCHINSKY AND G.S. WEBB RE: NEXT STEPS AND STRATEGY; DRAFT FOLLOW UP EMAIL RE: SAME; REVIEW EDITS AND CONFIDENTIALITY AGREEMENT; MEETINGS WITH M. SWINBURNE RE: DOCUMENT REVIEW. |
| MCTAMNEY, MARK J. | 2/11/2009 | 6.00 | 265.00 | 1,590.00 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL' |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| SWINBURNE, MATHEW R. | 2/11/2009 | 5.10 | 265.00 | 1,351.50 | PROOF GRACE'S SECOND SET OF PROFORMA COMPETITOR INVOICES; LOCATE GRACE INVOICE CD FOR C. MALLON |
| WALLACE, LAUREN E. | 2/11/2009 | 5.00 | 265.00 | 1,325.00 | REVIEW 'GLOBAL' DOCUMENTS; CORRESPONDENCE W/ C. MALLON REGARDING REVIEW |
| WEBB, G. STEWART, JR. | 2/11/2009 | 4.00 | 635.00 | 2,540.00 | DISCUSS WITH C. MALLON; REVISE AGENDA FOR CALL; REVIEW SPREADSHEETS; CONFERENCE CALL WITH CLIENT RE DISCOVERY; REVISE E-MAIL RE DISCOVERY; REVIEW PLAINTIFF'S EDITS RE CONFIDENTIALITY; ANALYSIS RE DISCOVERY |
| BAGWANDEEN, NAMRATA R. | 2/12/2009 | 0.40 | 0.00 | 0.00 | BURN EXTRA CD COPIES OF HTML LINKED EMAILS FOR C. MALLON; ASSISTED M. SWINBURNE IN DOCUMENT BOUNDARY MODIFICATION |
| LODEN, KEVIN A. | 2/12/2009 | 3.80 | 0.00 | 0.00 | DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 2/12/2009 | 8.70 | 285.00 | 2,479.50 | ELECTRONIC DOCUMENT REVIEW (NONENCRYPPST MINUS GLOBAL DATABASE/TAG) WITH PARENT AND CHILD EXAMINATION (3,026-4125) W/ ADDITIONAL PARENT & CHILD DOCUMENTS IN ENCRYPT DATABASE |
| MALLON, COLLEEN M. | 2/12/2009 | 5.10 | 415.00 | 2,116.50 | REVIEW HOT DOCUMENTS; TELEPHONE CONFERENCE WITH L. ROSTANZO AND D. KUCHINSKY RE: P-CARD SPREADSHEETS; MEETING WITH G.S. WEBB RE: SAME AND RELATED ITEMS; TELEPHONE CALLS WITH D. KUCHINSKY RE: SERVICE AGREEMENT AND P. MIKESKA MATERIAL; MEETING W/ N. BAGWANDEEN RE: FORENSIC CD OF P. MIKESKA MATERIAL; EDIT/REVISE CONFIDENTIALITY AGREEMENT; MEETING WITH M. SWINBURNE RE: REDACTION OF DOCUMENTS |
| MCTAMNEY, MARK J. | 2/12/2009 | 9.20 | 265.00 | 2,438.00 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL' |
| SWINBURNE, MATHEW R. | 2/12/2009 | 8.40 | 265.00 | 2,226.00 | REDACT CONFIDENTIAL INFORMATION FROM GRACE'S DOCUMENT PRODUCTION; REVIEW DOCUMENTS FOR RELEVANCE AND PRIVILEGE |
| WALLACE, LAUREN E. | 2/12/2009 | 7.00 | 0.00 | 0.00 | REVIEW 'GLOBAL' DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/12/2009 | 0.60 | 635.00 | 381.00 | REVIEW E-MAILS RE DISCOVERY; DISCUSS WITH C. MALLON |
| LODEN, KEVIN A. | 2/13/2009 | 2.20 | 265.00 | 583.00 | DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 2/13/2009 | 3.30 | 285.00 | 940.50 | ELECTRONIC DOCUMENT REVIEW (NONENCRYPTPST MINUS GLOBAL DATABASE/TAG) WITH PARENT AND CHILD EXAMINATION (4126-4550) W/ ADDITIONAL PARENT & CHILD DOCUMENTS IN ENCRYPT DATABASE |
| MCTAMNEY, MARK J. | 2/13/2009 | 5.50 | 265.00 | 1,457.50 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL' |
| SWINBURNE, MATHEW R. | 2/13/2009 | 2.80 | 265.00 | 742.00 | REVIEW 2ND PASS LEGAL HOLD DOCUMENT PRODUCTION FOR RELEVANCE AND PRIVILEGE |
| WALLACE, LAUREN E. | 2/13/2009 | 4.00 | 265.00 | 1,060.00 | REVIEW OF 'GLOBAL' DOCUMENTS |
| WALLACE, LAUREN E. | 2/14/2009 | 4.50 | 265.00 | 1,192.50 | REVIEW 'GLOBAL' DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/14/2009 | 0.20 | 635.00 | 127.00 | REVIEW E-MAILS RE PURCHASES/SPREADSHEETS |
| MALLON, COLLEEN M. | 2/15/2009 | 0.70 | 415.00 | 290.50 | REVIEW R. FINKE'S EDITS TO CONFIDENTIALITY AGREEMENT AND EMAIL S. WEBB RE: SAME |
| MCTAMNEY, MARK J. | 2/15/2009 | 8.30 | 0.00 | 0.00 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL' |
| SWINBURNE, MATHEW R. | 2/15/2009 | 2.70 | 265.00 | 715.50 | REVIEW 2ND PASS LEGAL HOLD DOCUMENT PRODUCTION FOR RELEVANCE AND PRIVILEGE |
| WALLACE, LAUREN E. | 2/15/2009 | 2.80 | 0.00 | 0.00 | REVIEW 'GLOBAL' DOCUMENTS |
| MAJOR, ALEXANDER W. | 2/16/2009 | 1.30 | 285.00 | 370.50 | COMPLETED ELECTRONIC DOCUMENT REVIEW OF NONENCPPST MINUS GLOBAL DOCUMENTS |
| MCTAMNEY, MARK J. | 2/16/2009 | 6.20 | 265.00 | 1,643.00 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL' |
| SWINBURNE, MATHEW R. | 2/16/2009 | 2.40 | 265.00 | 636.00 | REVIEW 2ND PASS LEGAL HOLD DOCUMENT PRODUCTION FOR RELEVANCE AND PRIVILEGE |
| WALLACE, LAUREN E. | 2/16/2009 | 6.20 | 265.00 | 1,643.00 | REVIEW 'GLOBAL' DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/16/2009 | 0.20 | 635.00 | 127.00 | REVIEW E-MAILS AND EDITS RE CONFIDENTIALITY ORDER |
| WEBB, G. STEWART, JR. | 2/16/2009 | 0.20 | 635.00 | 127.00 | E-MAILS RE EXPERT; PHONEMAIL TO EXPERT |
| BAGWANDEEN, NAMRATA R. | 2/17/2009 | 3.40 | 180.00 | 612.00 | BEGIN CREATING NEW CONCORDANCE DATABASE FOR ALL DOCUMENTS THAT HAVE BEEN PRODUCED PER C. MALLON; EXTRACT OCR TEXT FROM IPRO TO IMPORT INTO THE CONCORDANCE PRODUCTION DATABASE |
| LODEN, KEVIN A. | 2/17/2009 | 2.70 | 265.00 | 715.50 | DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 2/17/2009 | 0.20 | 0.00 | 0.00 | COORDINATED WITH C. MALLON AND M. SWINBURNE ON NEXT ROUND OF ELECTRONIC DOCUMENTS TO BE REVIEWED - ENCRYPT DATABASE MINUS GLOBAL (3006) DOCUMENTS |
| MAJOR, ALEXANDER W. | 2/17/2009 | 2.70 | 0.00 | 0.00 | ELECTRONIC DOCUMENT REVIEW OF ENCRYPTED 'MINUS GLOBAL' DATABASE |
| MALLON, COLLEEN M. | 2/17/2009 | 1.40 | 415.00 | 581.00 | TELEPHONE CALL WITH M. ARGENT RE: CONFIDENTIALITY AGREEMENT; MEETING WITH G.S. WEBB RE: NEXT STEPS; REVIEW/RESPOND TO EMAILS; REVIEW POTENTIAL EXPERT'S CV |
| MCTAMNEY, MARK J. | 2/17/2009 | 7.80 | 265.00 | 2,067.00 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL' |
| SWINBURNE, MATHEW R. | 2/17/2009 | 4.40 | 265.00 | 1,166.00 | REVIEW 2ND PASS LEGAL HOLD DOCUMENT PRODUCTION FOR RELEVANCE AND PRIVILEGE |
| WALLACE, LAUREN E. | 2/17/2009 | 4.80 | 265.00 | 1,272.00 | REVIEW 'GLOBAL' DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/17/2009 | 0.90 | 635.00 | 571.50 | REVIEW EXPERT RESUMES AND E-MAILS RE SAME; DISCUSS WITH C. MALLON RE DISCOVERY AND CONFIDENTIALITY AGREEMENT |


| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| WEBB, G. STEWART, JR. | 2/17/2009 | 0.30 | 635.00 | 190.50 | REVIEW PROFORMA INFORMATION |
| WEBB, G. STEWART, JR. | 2/17/2009 | 0.70 | 635.00 | 444.50 | TRAVEL TO/FROM TIMONIUM FOR MEETING WITH POTENTIAL EXPERT |
| WEBB, G. STEWART, JR. | 2/17/2009 | 1.30 | 635.00 | 825.50 | MEETING WITH POTENTIAL EXPERT; DISCUSS SAME WITH C. MALLON |
| BAGWANDEEN, NAMRATA R. | 2/18/2009 | 3.10 | 0.00 | 0.00 | COMPLETED CREATION OF FINAL PRODUCTION CONCORDANCE DATABASE AND OCR EXTRACTION; SET UP AND TRAIN CODERS IN THE FINAL PRODUCTION CONCORDANCE DATABASE AND IPRO COLLECTION |
| GREENE, NOEL | 2/18/2009 | 2.90 | 0.00 | 0.00 | CONFERENCE CALL W/C. MALLON, C. REYES RE: CODING PROJECT; CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| LODEN, KEVIN A. | 2/18/2009 | 4.60 | 265.00 | 1,219.00 | DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 2/18/2009 | 2.90 | 0.00 | 0.00 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 2/18/2009 | 5.30 | 415.00 | 2,199.50 | IDENTIFY OPEN ITEMS/AGENDA FOR CALL WITH M. BAKER; TELEPHONE CONFERENCE WITH D. KUCHINSKY AND M. BAKER RE: SPREADSHEETS AND RELATED ITEMS; SEND FOLLOW-UP EMAILS RE: SERVICING CONTRACT TO G.S. WEBB AND D. KUCHINSKY; TELEPHONE CALL WITH N. BAGWANDEEN RE: DOCUMENTS; ANALYSIS OF THE RELEVANCE OF SPREADSHEETS; REVISE CONFIDENTIALITY AGREEMENT; TELEPHONE CONFERENCE WITH C. REYES AND N. GREENE RE: CODING OF DOCUMENTS |
| MCTAMNEY, MARK J. | 2/18/2009 | 9.90 | 265.00 | 2,623.50 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL' |
| REYES, CLAUDIA | 2/18/2009 | 3.00 | 0.00 | 0.00 | CONFERENCE CALL WITH C. MALLON REGARDING CODING OF RECENT DOCUMENT PRODUCTIONS; DISCUSSION WITH N. BAGWANDEEN REGARDING TECHNICAL REQUIREMENTS FOR PROJECT; PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS; DISCUSS SAME WITH N. GREENE |
| SWINBURNE, MATHEW R. | 2/18/2009 | 1.70 | 265.00 | 450.50 | REDACT INFORMATION FROM COMPETITOR'S INVOICES IN PREPARATION FOR DOCUMENT PRODUCTION; REVIEW DOCUMENTS IN 2ND PASS LEGAL HOLD DATABASE FOR RELEVANCE AND PRIVILEGE |
| WALLACE, LAUREN E. | 2/18/2009 | 7.00 | 265.00 | 1,855.00 | REVIEW 'GLOBAL' DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/18/2009 | 1.00 | 635.00 | 635.00 | REVIEW DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/18/2009 | 0.20 | 635.00 | 127.00 | DISCUSS DISCOVERY WITH C. MALLON |
| BAGWANDEEN, NAMRATA R. | 2/19/2009 | 1.20 | 0.00 | 0.00 | SET UP AND TRAIN CODER IN FINAL PRODUCTION CONCORDANCE DATABASE AND IPRO COLLECTION; PERFORM SEARCHES IN CONCORDANCE DATABASE TO VERIFY FORENSIC DATA RECEIVED WAS PROCESSED INITIALLY DURING LEGAL HOLD |
| BURDICK, TODD A. | 2/19/2009 | 0.30 | 0.00 | 0.00 | RECEIVE TUTORIAL/INSTRUCTIONS ON PRACTICAL USE OF CONCORDANCE/IPRO FOR DOCUMENT CODING PROJECT |
| BURDICK, TODD A. | 2/19/2009 | 0.20 | 0.00 | 0.00 | RECEIVE INSTRUCTIONS FROM COLLEEN MALLON FOR DOCUMENT CODING PROJECT |
| BURDICK, TODD A. | 2/19/2009 | 4.50 | 180.00 | 810.00 | ASSIST COLLEEN MALLON IN CODING DOCUMENTS FOR UPCOMING DOCUMENT REVIEW |
| GREENE, NOEL | 2/19/2009 | 3.30 | 245.00 | 808.50 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| LODEN, KEVIN A. | 2/19/2009 | 7.40 | 265.00 | 1,961.00 | DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 2/19/2009 | 3.20 | 285.00 | 912.00 | ELECTRONIC DOCUMENT REVIEW OF MIKESKA FILES TAGGED IN ENCRYPT MINUS GLOBAL DATABASE FOR C. MALLON (.7); CONTINUED GENERALIZED REVIEW (2.5) |
| MALLON, COLLEEN M. | 2/19/2009 | 3.80 | 415.00 | 1,577.00 | TELEPHONE CALL WITH T. BURDICK RE CODING DOCUMENTS; TELEPHONE CALLS WITH N. BAGWANDEEN RE: DOCUMENTS; MEETINGS WITH M. SWINBURNE RE: INVOICES; MEETING WITH G.S. WEBB RE: SAME; DRAFT PRODUCTION COVER LETTER RE: CRITERIA USED TO IDENTIFY DOCUMENTS; REVIEW GL ACCOUNT LIST CREATED BY M. BAKER; REVIEW G.S. WEBB'S EDITS TO LETTER AND INCORPORATE SAME |
| MCTAMNEY, MARK J. | 2/19/2009 | 5.70 | 0.00 | 0.00 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL'; CORRESPONDENCE WITH C. MALLON AND K. LODEN RE SAME |
| REYES, CLAUDIA | 2/19/2009 | 7.00 | 255.00 | 1,785.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS; DISCUSS SAME WITH N. GREENE |
| SWINBURNE, MATHEW R. | 2/19/2009 | 8.50 | 265.00 | 2,252.50 | REVIEW INVOICES OF PROFORMA'S COMPETITORS FOR G/L ACCOUNT NUMBERS AND CATALOG ACCOUNT NUMBERS; REVIEW 2ND PASS LEGAL HOLD DOCUMENTS FOR RELEVANCE AND PRIVILEGE |
| WALLACE, LAUREN E. | 2/19/2009 | 5.20 | 265.00 | 1,378.00 | REVIEW 'GLOBAL' DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/19/2009 | 0.90 | 635.00 | 571.50 | DISCUSS WITH C. MALLON RE DISCOVERY; REVISE LETTER RE PRODUCTION |
| BAGWANDEEN, NAMRATA R. | 2/20/2009 | 2.70 | 180.00 | 486.00 | BEGIN PRODUCTION BUILD FOR REMAINING COMPETITOR'S INVOICES; TROUBLESHOOT MISSING DATA FOR MIKESKA |
| BURDICK, TODD A. | 2/20/2009 | 7.10 | 180.00 | 1,278.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| GREENE, NOEL | 2/20/2009 | 5.40 | 0.00 | 0.00 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| LODEN, KEVIN A. | 2/20/2009 | 5.40 | 265.00 | 1,431.00 | DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 2/20/2009 | 3.10 | 285.00 | 883.50 | ELECTRONIC DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 2/20/2009 | 0.60 | 415.00 | 249.00 | EDIT/REVISE NON-RENEWAL LETTER TO GLOBAL RE: SERVICING AGREEMENT; MEETINGS WITH M. SWINBURNE RE: INVOICES |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MCTAMNEY, MARK J. | 2/20/2009 | 3.20 | 265.00 | 848.00 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL' |
| REYES, CLAUDIA | 2/20/2009 | 6.50 | 255.00 | 1,657.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS; DISCUSS SAME WITH N. GREENE |
| SWINBURNE, MATHEW R. | 2/20/2009 | 5.80 | 265.00 | 1,537.00 | REVIEW INVOICES OF PROFORMA'S COMPETITORS FOR G/L ACCOUNT NUMBERS AND CATALOG ACCOUNT NUMBERS; PROOF INVOICE PRODUCTION; REVIEW 2ND PASS LEGAL HOLD DOCUMENTS FOR RELEVANCE AND PRIVILEGE |
| WALLACE, LAUREN E. | 2/20/2009 | 2.20 | 0.00 | 0.00 | REVIEW 'GLOBAL' DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/20/2009 | 0.30 | 635.00 | 190.50 | REVIEW AND REVISE LETTER RE TERMINATION OF SERVICE AGREEMENT |
| WEBB, G. STEWART, JR. | 2/20/2009 | 0.20 | 635.00 | 127.00 | DISCUSS WITH C. MALLON RE DISCOVERY MATTERS |
| WEBB, G. STEWART, JR. | 2/20/2009 | 0.10 | 635.00 | 63.50 | TELEPHONE FROM FINK RE AUDIT LETTER |
| LODEN, KEVIN A. | 2/21/2009 | 4.20 | 265.00 | 1,113.00 | DOCUMENT REVIEW |
| MALLON, COLLEEN M. | 2/21/2009 | 0.60 | 415.00 | 249.00 | REVISE CONFIDENTIALITY AGREEMENT AND FORWARD SAME TO OPPOSING COUNSEL; FORWARD CONFIDENTIALITY AGREEMENT TO R. FINKE AND D. KUCHINSKY |
| MCTAMNEY, MARK J. | 2/21/2009 | 2.20 | 0.00 | 0.00 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL' |
| WALLACE, LAUREN E. | 2/21/2009 | 6.40 | 265.00 | 1,696.00 | REVIEW 'GLOBAL' DOCUMENTS |
| WEBB, G. STEWART, JR. | 2/21/2009 | 0.40 | 635.00 | 254.00 | REVIEW REVISIONS TO CONFIDENTIALITY AGREEMENT AND DISCUSS WITH C. MALLON |
| LODEN, KEVIN A. | 2/22/2009 | 2.30 | 265.00 | 609.50 | DOCUMENT REVIEW |
| MCTAMNEY, MARK J. | 2/22/2009 | 8.80 | 265.00 | 2,332.00 | DOCUMENT REVIEW FOR SEARCH TERM 'GLOBAL'; CORRESPONDENCE WITH K. LODEN AND L. WALLACE RE SAME |
| WALLACE, LAUREN E. | 2/22/2009 | 3.60 | 265.00 | 954.00 | REVIEW 'GLOBAL' DOCUMENTS |
| ANDERSON, DONNA E. | 2/23/2009 | 1.20 | 0.00 | 0.00 | REVIEW OF DOCUMENTATION REGARDING MISSING MIKESKA PST FILES; FOLLOW-UP PHONE CALL WITH E. LERSTAD REGARDING SAME |
| BAGWANDEEN, NAMRATA R. | 2/23/2009 | 2.20 | 0.00 | 0.00 | TROUBLESHOOT MISSING PST FILES NOT PROCESSED; VERIFY ALL OTHER PST FILES WERE PROCESSED AND ACCOUNTED FOR; LOCATE MISSING PST FILE AND BEGIN PROCESSING |
| BREON, BRUCE | 2/23/2009 | 1.20 | 180.00 | 216.00 | PROCESS MIKESKA E-MAIL ARCHIVE (PST FILE) IN ORDER TO CREATE A DATABASE FOR ATTORNEY REVIEWERS |
| BURDICK, TODD A. | 2/23/2009 | 6.50 | 180.00 | 1,170.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| GREENE, NOEL | 2/23/2009 | 6.10 | 245.00 | 1,494.50 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| MAJOR, ALEXANDER W. | 2/23/2009 | 6.60 | 285.00 | 1,881.00 | ELECTRONIC DOCUMENT REVIEW (ENCRYPT MINUS GLOBAL DOCUMENTS) |
| MALLON, COLLEEN M. | 2/23/2009 | 0.40 | 415.00 | 166.00 | EMAILS TO D. KUCHINSKY AND N. BAGWANDEEN RE: P. MIKESKA MATERIAL; FINALIZE PRODUCTION COVER LETTER AND SEND OUT SAME |
| MCTAMNEY, MARK J. | 2/23/2009 | 0.20 | 265.00 | 53.00 | FINALIZE DOCUMENT REVIEW PROJECT; CORRESPONDENCE WITH C. MALLON, L. WALLACE, AND K. LODEN RE SAME |
| REYES, CLAUDIA | 2/23/2009 | 6.00 | 255.00 | 1,530.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS; DISCUSS SAME WITH N. GREENE |
| ANDERSON, DONNA E. | 2/24/2009 | 0.20 | 0.00 | 0.00 | RESPOND TO QUESTIONS FROM C. MALLON REGARDING PROCESSING AND NEW DATA TO BE SENT BY CLIENT FOR PROCESSING |
| BAGWANDEEN, NAMRATA R. | 2/24/2009 | 0.40 | 0.00 | 0.00 | CARRY OVER THE HOT TAG TO THE PRODUCTION CONCORDANCE DATABASE SET PER C. MALLON; QC PMIKESKA PST FILE PROCESSING |
| BREON, BRUCE | 2/24/2009 | 3.20 | 180.00 | 576.00 | CONCLUDE PROCESSING MIKESKA E-MAIL ARCHIVE (PST FILE), POST-PROCESSING OF SAME; CREATE DATABASE AND UPLOAD TO VENABLE NETWORK; QC SAME |
| BURDICK, TODD A. | 2/24/2009 | 7.30 | 180.00 | 1,314.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| GREENE, NOEL | 2/24/2009 | 4.60 | 245.00 | 1,127.00 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| MAJOR, ALEXANDER W. | 2/24/2009 | 2.70 | 285.00 | 769.50 | ELECTRONIC DOCUMENT REVIEW (M. BAKER FILES); CONTINUED REVIEW OF 3006 IN 'ENCRYPT MINUS GLOBAL' DATABASE - COMPLETED |
| MALLON, COLLEEN M. | 2/24/2009 | 0.10 | 415.00 | 41.50 | EMAIL EXCHANGES RE: M. ARGENT RE: DOCUMENT PRODUCTION |
| REYES, CLAUDIA | 2/24/2009 | 6.00 | 255.00 | 1,530.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS; DISCUSS SAME WITH N. GREENE |
| SWINBURNE, MATHEW R. | 2/24/2009 | 2.80 | 265.00 | 742.00 | REVIEW DOCUMENTS IN 2ND PASS LEGAL HOLD DATABASE |
| BAGWANDEEN, NAMRATA R. | 2/25/2009 | 2.60 | 180.00 | 468.00 | CONFERENCE CALL WITH C. MALLON, M. SWINBURNE, AND A. MAJOR CONCERNING DATABASE REVIEW FOR PRODUCTION; UPLOAD PRODUCED DOCUMENTS INTO FINAL CONCORDANCE DATABASE AND BEGIN OCR EXTRACTION OF PRODUCED DOCUMENTS |
| BREON, BRUCE | 2/25/2009 | 1.60 | 0.00 | 0.00 | PROCESSING S CAMPBELL AND S COLLETT EMAIL ARCHIVES (PST FILES) RECEIVED ON USB THUMB DRIVES FROM GRACE |
| BURDICK, TODD A. | 2/25/2009 | 0.50 | 0.00 | 0.00 | TECHNICAL ISSUES WITH IPRO CONTACT OUT PRACTICE SUPPORT TECHNICIAN, REVIEW ISSUES, TEST SYSTEM, RESOLVE CONFLICT |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| BURDICK, TODD A. | 2/25/2009 | 7.00 | 180.00 | 1,260.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| GREENE, NOEL | 2/25/2009 | 3.60 | 245.00 | 882.00 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| MAJOR, ALEXANDER W. | 2/25/2009 | 3.90 | 285.00 | 1,111.50 | DOCUMENT/DATA BASE STATUS MEETING W/ C. MALLON AND M. SWINBURNE (.6); FINALIZING PRODUCTION/COMPLETION OF ENCRYPT MINUS GLOBAL AND NONENCRYPT MINUS GLOBAL DATABASE TO INCLUDE FIXING PROBLEMS WITH TAGGING & PARENT/CHILD ISSUES (3.3). |
| MALLON, COLLEEN M. | 2/25/2009 | 4.80 | 415.00 | 1,992.00 | MEETING WITH A. MAJOR AND M. SWINBURNE RE: DOCUMENT REVIEW; TELEPHONE CALL WITH D. ANDERSON AND N. BAGWANDEEN RE: P. MIKESKA MATERIAL; EMAIL G.S. WEBB RE: ADDITIONAL SUPPORT; TELEPHONE CALL WITH E. LERSTAD AND D. KUCHINSKY RE: COLLECTION OF MATERIAL; ANALYSIS OF RESPONSIVENESS OF SPREADSHEETS |
| REYES, CLAUDIA | 2/25/2009 | 7.20 | 255.00 | 1,836.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS; DISCUSS SAME WITH N. GREENE |
| SWINBURNE, MATHEW R. | 2/25/2009 | 8.70 | 265.00 | 2,305.50 | MET WITH A. MAJOR, N. BAGWANDEEN AND C. MALLON RE: REVIEW OF GRACE'S DOCUMENTS; FINISH REVIEW OF DOCUMENTS IN 2ND PASS OF LEGAL HOLD DATABASE; REVIEW DOCUMENTS IN THE NONENCRYPT FOR FURTHER REVIEW DATABASE |
| WEBB, G. STEWART, JR. | 2/25/2009 | 0.10 | 635.00 | 63.50 | REVIEW DOCUMENT RE AUTHORIZATION |
| WEBB, G. STEWART, JR. | 2/25/2009 | 0.50 | 635.00 | 317.50 | TELEPHONE EXPERT |
| BAGWANDEEN, NAMRATA R. | 2/26/2009 | 2.10 | 180.00 | 378.00 | PULL DOCUMENT LISTS TAGGED OUT OF THREE CONCORDANCE DATABASES TO BE PRODUCED AND BEGIN CONVERSION OF NATIVE FILES TO TIFF |
| BREON, BRUCE | 2/26/2009 | 4.30 | 0.00 | 0.00 | PROCESSING S CAMPBELL AND S COLLETT EMAIL ARCHIVES (PST FILES) RECEIVED ON USB THUMB DRIVES FROM GRACE; TIFF CONVERSION OF SUBSET OF DOCUMENTS FOR FEB. 27 PRODUCTION |
| BURDICK, TODD A. | 2/26/2009 | 7.80 | 180.00 | 1,404.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| GREENE, NOEL | 2/26/2009 | 3.90 | 245.00 | 955.50 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| MAJOR, ALEXANDER W. | 2/26/2009 | 6.40 | 285.00 | 1,824.00 | CLEANED UP 'DOUBLE TAG' ISSUES IN ENCRYPT DATABASE (.7) AND NONENCRYPT DATABASE (1.4); CONTINUED REVIEW THE 'ENCRYPT_FOR FURTHER REVIEW DATABASE (4.3) |
| MALLON, COLLEEN M. | 2/26/2009 | 0.40 | 415.00 | 166.00 | TELEPHONE CALL WITH T. BURDICK RE: MAKING BINDERS OF HOT AND P. MIKESKA DOCUMENTS; REVIEW/EDIT G.S. WEBB'S EMAIL TO CLIENT RE: EXPERTS |
| REYES, CLAUDIA | 2/26/2009 | 8.00 | 0.00 | 0.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS; DISCUSS SAME WITH N. GREENE |
| SWINBURNE, MATHEW R. | 2/26/2009 | 9.20 | 265.00 | 2,438.00 | REVIEW DOCUMENTS IN THE NONENCRYPT FOR FURTHER REVIEW DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 2/26/2009 | 1.20 | 635.00 | 762.00 | ATTENTION TO EXPERT ISSUE; ANALYSIS RE EXPERT AND DRAFT MEMO TO CLIENT RE SAME; TELEPHONE EXPERT |
| BAGWANDEEN, NAMRATA R. | 2/27/2009 | 4.20 | 180.00 | 756.00 | TRANSFER DOCUMENTS TAGGED FOR PRODUCTION OUT OF CONCORDANCE INTO IPRO; RUN PRODUCTION BUILD; DELETE DOCUMENTS PER CASE TEAM AND RERUN PRODUCTION; BURN/LABEL CD FOR DELIVERY |
| BREON, BRUCE | 2/27/2009 | 2.50 | 0.00 | 0.00 | PROCESSING S CAMPBELL AND S COLLETT EMAIL ARCHIVES (PST FILES) RECEIVED ON USB THUMB DRIVES FROM GRACE; TIFF CONVERSION OF SUBSET OF DOCUMENTS FOR FEB. 27 PRODUCTION |
| BURDICK, TODD A. | 2/27/2009 | 7.50 | 0.00 | 0.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| GREENE, NOEL | 2/27/2009 | 5.90 | 245.00 | 1,445.50 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| MAJOR, ALEXANDER W. | 2/27/2009 | 5.30 | 285.00 | 1,510.50 | COMPLETED ELECTRONIC DOC REVIEW OF ENCRYPT/ FOR FURTHER REVIEW DB |
| MALLON, COLLEEN M. | 2/27/2009 | 0.70 | 415.00 | 290.50 | MEETINGS WITH M. SWINBURNE RE: DOCUMENT PRODUCTION; DRAFT COVER LETTER TO M. ARGENT RE: DOCUMENT PRODUCTION |
| REYES, CLAUDIA | 2/27/2009 | 8.00 | 255.00 | 2,040.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS; DISCUSS SAME WITH N. GREENE, T. BURDICK |
| SCOTT, TRACEY M. | 2/27/2009 | 0.50 | 0.00 | 0.00 | TIFF FILES FOR PRODUCTION (N. BAGWANDEEN) |
| SWINBURNE, MATHEW R. | 2/27/2009 | 5.80 | 265.00 | 1,537.00 | CONDUCT DOCUMENT REVIEW OF NONENCRYPT FOR FURTHER REVIEW DATABASE; CONDUCT FINAL PROOF OF DOCUMENT PRODUCTION FOR BATES RANGE GRACE00018399 THROUGH GRACE00019098 |
| | | 683.50 | | 165,610.50 | |

* In the interest of billing judgment, $24,696.00 was written off for the period February 1, 2009 through February 28, 2009. These fees reflect these reductions. Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

EXHIBIT D

**Monthly Statement of Venable LLP in Support of Interim Fee Application**
**Expense Detail February 1, 2009 through February 28, 2009**

| Date | Description | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| 2/2/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - MARGARET L. ARGENT, ESQ., 100 LIGHT STREET, SUITE 1100, BALTIMORE, MD 21202 |
| 2/23/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - THOMAS & LIBOWITZ, P.A., 100 LIGHT STREETSUITE 1100, BALTIMORE, MD 21202 |
| 2/27/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - MARGARET L. ARGENT, ESQ., 100 LIGHT STREET, SUITE 1100, BALTIMORE, MD 21202 |
| | | | | **21.87** | |
| 2/4/2009 | CONFERENCING SERVICES | | | 10.61 | C MALLON-1/28/09-CONFERENCING SERVICES |
| 2/4/2009 | CONFERENCING SERVICES | | | 12.63 | C MALLON-1/29/09-CONFERENCING SERVICES |
| 2/11/2009 | CONFERENCING SERVICES | | | 7.17 | C MALLON-2/4/09-CONFERENCING SERVICES |
| 2/18/2009 | CONFERENCING SERVICES | | | 17.08 | C MALLON-2/11/09-CONFERENCING SERVICES |
| 2/18/2009 | CONFERENCING SERVICES | | | 11.07 | C MALLON-2/12/09-CONFERENCING SERVICES |
| 2/25/2009 | CONFERENCING SERVICES | | | 8.58 | C MALLON-2/18/09-CONFERENCING SERVICES |
| | | | | **67.14** | |
| 2/2/2009 | INTERNAL REPRODUCTION COSTS | 3 | 0.10 | 0.30 | PHOTOCOPIES MADE BY WILSON, TYRA |
| 2/3/2009 | INTERNAL REPRODUCTION COSTS | 2 | 0.10 | 0.20 | PHOTOCOPIES MADE BY WILSON, TYRA |
| 2/5/2009 | INTERNAL REPRODUCTION COSTS | 96 | 0.10 | 9.60 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 2/10/2009 | INTERNAL REPRODUCTION COSTS | 122 | 0.10 | 12.20 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 2/20/2009 | INTERNAL REPRODUCTION COSTS | 1 | 0.10 | 0.10 | PHOTOCOPIES MADE BY SWINBURNE, MATHEW R. |
| 2/24/2009 | INTERNAL REPRODUCTION COSTS | 16 | 0.10 | 1.60 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| | | | | **24.00** | |
| 2/4/2009 | LONG DISTANCE TELEPHONE | | | 6.95 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 2/4/2009 | LONG DISTANCE TELEPHONE | | | 1.39 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 2/12/2009 | LONG DISTANCE TELEPHONE | | | 10.42 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 2/12/2009 | LONG DISTANCE TELEPHONE | | | 2.08 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 2/12/2009 | LONG DISTANCE TELEPHONE | | | 1.39 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 2/12/2009 | LONG DISTANCE TELEPHONE | | | 0.70 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| | | | | **22.93** | |
| 2/2/2009 | OVERTIME WAGES | | | 0.00 | Empl #112705; Authorized by MALLON, C M; BALTIMORE |
| | | | | **0.00** | |
| 2/5/2009 | POSTAGE | | | 2.68 | WEBB, G. STEWART, JR. |
| 2/25/2009 | POSTAGE | | | 6.04 | WEBB, G. STEWART, JR. |
| | | | | **8.72** | |
| 2/9/2009 | SPECIAL ORDER SUPPLIES | | | 14.21 | BINDERS |
| 2/10/2009 | SPECIAL ORDER SUPPLIES | | | 22.54 | BINDERS |
| 2/10/2009 | SPECIAL ORDER SUPPLIES | | | -17.76 | RETURNED BINDERS |
| 2/12/2009 | SPECIAL ORDER SUPPLIES | | | 14.21 | BINDERS |
| | | | | **33.20** | |

**Total 177.86**