EXHIBIT E

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

## SUMMARY STATEMENT OF VENABLE LLP OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITITATION COUNSEL FOR THE MONTHLY PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order[2] entered June 24, 2009, effective as of May 22, 2009[3]** |
| Period for which compensation and reimbursement is sought: | **March 1, 2009 through March 31, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary for the period: | **$144,644.50** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Terms not defined herein shall have the meanings ascribed to them in the Interim Verified Application of Venable LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Thirty-First, Thirty-Second and Thirty-Third Quarters from November 1, 2008 through June 30, 2009 (the "Fee Application"), to which this statement is an exhibit.

[3] Venable was previously serving as an "Ordinary Course Professional" pursuant the OCP Order. The Retention Order entitles and instructs Venable to seek application for its outstanding fees and expenses in excess of the Monthly Caps.

BA3DOCS1-#429100-v3-WR_Grace_Monthly_Fee_Application_March_2009.DOC

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for the period: | **$254.24** |
| Fees and Expenses received in accordance with the OCP Order: | **($50,363.18)** |
| March 2009 Fee and Expenses in Excess of $50,000 OCP Cap Requested pursuant to this Application: | **$94,535.56** |

This is a _x_ monthly ___ interim ___ final application.

This is Venable's monthly statement for interim compensation of services for the interim period March 1, 2009 through March 31, 2009. This is the first fee application filed by Venable to date. Subsequent to this Fee Application, including for July 2009 and afterward, Venable will continue to file monthly and quarterly fee applications in accordance with the Amended Interim Compensation Order.

In the Fee Application, Venable seeks to recover amounts due and owing Venable for November 2008 through June 2009 to the extent that they have not been paid pursuant to the OCP Order. The following chart reflects the total professional services rendered and the actual and necessary expenses incurred by Venable during the Fee Period. Venable has received partial payment of these amounts pursuant to the OCP Order as follows:

| | Fees | Expenses | Total | Received pursuant to OCP Order | Balance Owing Venable LLP |
|---|---|---|---|---|---|
| November 2008 | $58,501.50 | $2,187.29 | $60,688.79 | $18,646.12 | $42,042.67 |
| December 2008 | $77,025.50 | $1,871.49 | $78,896.99 | $50,076.00 | $28,820.99 |
| January 2009 | $49,863.00 | $412.42 | $50,275.42 | $50,698.00 | ($422.58) |
| February 2009 | $165,610.50 | $177.86 | $165,788.36 | $50,000.00 | $115,788.36 |
| March 2009 | $144,644.50 | $254.24 | $144,898.74 | $50,363.18 | $94,535.56 |
| April 2009 | $86,322.50 | $527.35 | $86,849.85 | $50,148.50 | $36,701.35 |
| May 2009 | $49,737.50 | $573.59 | $50,311.09 | $50,000.00 | $311.09 |

EXHIBIT E

| | | | | | |
|---|---|---|---|---|---|
| June 2009 | $77,589.00 | $400.82 | $77,989.82 | $337.00 | $77,652.82 |
| Total | $709,294.00 | $6,405.06 | $715,699.06 | $320,268.80 | $395,430.26 |

The Venable attorneys who rendered professional services in these cases during the period March 1, 2009 through March 31, 2009 are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jeffrey P. Ayres | Partner | 1977 | Litigation | $495.00 | 0.7 | $346.50 |
| Alexander W. Major | Associate | 2005 | Litigation | $285.00 | 111.5 | $31,777.50 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 44.3 | $18,384.50 |
| Mathew R. Swinburne | Associate | 2008 | Litigation | $265.00 | 89.9 | $23,823.50 |
| G. Stewart Webb, Jr. | Partner | 1975 | Litigation | $635.00 | 17.9 | $11,366.50 |
| | | | | Total for all attorneys | | $85,698.50 |
| | | | | (Less write-off) | | ($2,451.50) |
| | | | | Total | | $83,247.00 |

The paraprofessionals of Venable who rendered professional services in these cases during the period March 1, 2009 through March 31, 2009 are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Namrata R. Bagwandeen | Technology Services | 7 | Technology Services | $180.00 | 25.3 | $4,554.00 |
| Todd A. Burdick | Paralegal | 3 | Litigation | $180.00 | 105.0 | $18,900.00 |
| Jane R. Collins | Paralegal | 5 | Litigation | $195.00 | 33.6 | $6,552.00 |
| Noel Greene | Paralegal | 7 | Litigation | $245.00 | 15.4 | $3,773.00 |
| Claudia Reyes | Paralegal | 9 | Litigation | $255.00 | 120.0 | $30,600.00 |

EXHIBIT E

| Tracey M. Scott | Technology Services | 9 | Technology Services | $205.00 | 53.0 | $10,865.00 |
|---|---|---|---|---|---|---|
| | | | | Total for all paraprofessionals | | $75,244.00 |
| | | | | | (Less write-off) | ($13,846.50) |
| | | | | | Total | $61,397.50 |

## Compensation by Matter

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with the Global Printing Litigation | 615.0 | $160,596.00 |
| Advice in Connection with Labor and Employment Matters | 0.7 | $346.50 |
| Total for all matters | | $160,942.50 |
| (Less write-off) | | ($16,298.00)[4] |
| Total | | $144,644.50 |

## Expense Summary

| Service Description | Amount |
|---|---|
| Commercial Messenger | $28.86 |
| Conferencing Services | $28.86 |
| Reproduction Costs | $94.30 |
| Legal Research/Westlaw | $54.00 |
| Long Distance Telephone | $45.88 |
| Postage | $2.34 |
| Total of Expenses | $254.24 |

Venable has not previously filed a monthly application for these amounts. Compensation for these amounts is being sought in the Fee Application to which this statement is an exhibit. However, Venable has been regularly compensated

---

[4] Venable also wrote off additional amounts, related primarily to technology services. To the extent no time was billed for an individual's services, they have not been included in the above charts. The time incurred by these individuals as well as the total write-off amounts are provided in the attached fee detail.

EXHIBIT E

pursuant to the OCP order, including $50,363.18 for the period March 1, 2009 through March 31, 2009.

Fee and expense detail with respect to these amounts is attached hereto.

Monthly Statement of Venable LLP in Support of First Interim Fee Application
Fee Detail March 1, 2009 through March 31, 2009

*Advice in Connection with Global Printing Litigation*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| BAGWANDEEN, NAMRATA R. | 3/2/2009 | 3.40 | 0.00 | 0.00 | WORK WITH T. BURDICK IN CONCORDANCE; TRAIN J. COLLINS IN CONCORDANCE; ADD MENU OPTIONS IN CONCORDANCE TO CARRY IMAGES OVER TO IPRO FROM SEARCH QUERY; BEGIN PRODUCTION RUN ON NONENCRYPT DOCUMENTS PER C. MALLON |
| BURDICK, TODD A. | 3/2/2009 | 2.70 | 180.00 | 486.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| BURDICK, TODD A. | 3/2/2009 | 4.50 | 180.00 | 810.00 | CONDUCT ELECTRONIC SEARCHES OF 7 INDIVIDUALS WHO WILL BE DISPOSED IN THIS MATTER ON IPRO AND CONCORDANCE; SCAN INTO SYSTEM, FORWARD TO COLLEEN MALLON VIA OUTLOOK |
| COLLINS, JANE R. | 3/2/2009 | 2.70 | 195.00 | 526.50 | REVIEW AND REVISE HOT DOCUMENTS FOR C. MALLON |
| GREENE, NOEL | 3/2/2009 | 3.20 | 245.00 | 784.00 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| MALLON, COLLEEN M. | 3/2/2009 | 1.10 | 415.00 | 456.50 | MEETING WITH J. COLLINS RE: CREATING HOT BINDER AND P. MIKESKA BINDER; MEETING WITH M. MALONEY AND M. SWINBURNE RE: REVIEW OF DOCUMENTS FOR SUBSTANCE; MEETING WITH G.S. WEBB RE: DOCUMENT PRODUCTION AND P-CARD SPREADSHEETS |
| MALONEY, MEGHAN E. | 3/2/2009 | 0.80 | 0.00 | 0.00 | MET W/ C. MALLON AND M. SWINBURNE TO DISCUSS DOCUMENT REVIEW PROJECT (.2) |
| MALONEY, MEGHAN E. | 3/2/2009 | 0.20 | 0.00 | 0.00 | REVIEW COMPLAINT AND DOCUMENT REQUEST |
| REYES, CLAUDIA | 3/2/2009 | 6.50 | 255.00 | 1,657.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| WEBB, G. STEWART, JR. | 3/2/2009 | 0.20 | 635.00 | 127.00 | DISCUSS WITH C. MALLON RE DISCOVERY/P-CARD ISSUES |
| BAGWANDEEN, NAMRATA R. | 3/3/2009 | 1.30 | 0.00 | 0.00 | SET UP AND TRAIN MEGHAN MALONEY IN GRACE CONCORDANCE DATABASES FOR REVIEW |
| BURDICK, TODD A. | 3/3/2009 | 6.60 | 180.00 | 1,188.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| COLLINS, JANE R. | 3/3/2009 | 6.10 | 195.00 | 1,189.50 | REVIEW HUNDREDS OF HOT DOCUMENTS |
| GREENE, NOEL | 3/3/2009 | 3.30 | 245.00 | 808.50 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| MALONEY, MEGHAN E. | 3/3/2009 | 1.20 | 0.00 | 0.00 | INSTALLATION OF DATABASE AND TRAINING |
| REYES, CLAUDIA | 3/3/2009 | 6.50 | 255.00 | 1,657.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SWINBURNE, MATHEW R. | 3/3/2009 | 4.90 | 265.00 | 1,298.50 | REVIEW DOCUMENTS IN THE NONENCRYPT FOR FURTHER REVIEW DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 3/3/2009 | 0.40 | 635.00 | 254.00 | REVIEW SPREADSHEETS RE P-CARD PURCHASES |
| BAGWANDEEN, NAMRATA R. | 3/4/2009 | 3.40 | 180.00 | 612.00 | WORK WITH M. SWINBURNE TO GET FINAL REVIEW OF DOCUMENTS FOR PRODUCTION COMPLETED; BEGAN CREATING DOCUMENT ID LISTS FOR EDD FOLKS TO BEGIN TIFFING FOR PRODUCTION |
| BURDICK, TODD A. | 3/4/2009 | 6.20 | 0.00 | 0.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| COLLINS, JANE R. | 3/4/2009 | 6.30 | 195.00 | 1,228.50 | REVIEW 1,000 DOCUMENTS REFERENCING PATTI MIKESKA |
| MALONEY, MEGHAN E. | 3/4/2009 | 0.70 | 0.00 | 0.00 | MEET W/ M. SWINBURNE AND REVIEW PATTI MIKESKA DOCUMENTS ON DATABASE |
| MALONEY, MEGHAN E. | 3/4/2009 | 5.90 | 0.00 | 0.00 | REVIEW PATTI MIKESKA DOCUMENTS ON DATABASE |
| REYES, CLAUDIA | 3/4/2009 | 6.50 | 0.00 | 0.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| ROSENCRANZ, VICTORIA E. | 3/4/2009 | 1.90 | 0.00 | 0.00 | CHRONOLOGICAL ORGANIZATION OF DOCUMENTS |
| SWINBURNE, MATHEW R. | 3/4/2009 | 7.10 | 265.00 | 1,881.50 | FINISH REVIEW OF NONENCRYPT FOR FURTHER REVIEW DATABASE; WORK WITH N. BAGWANDEEN TO RESOLVE PARENT CHILD DOCUMENT ISSUES IN THE ENCRYPT AND NONENCRYPT FOR FURTHER REVIEW DATABASES; MET WITH M. MALONEY TO DISCUSS REVIEW OF MIKESKA DATABASE; REVIEW DOCUMENTS IN THE MIKESKA DATABASE FOR RELEVANCE AND PRIVILEGE |
| BAGWANDEEN, NAMRATA R. | 3/5/2009 | 0.30 | 0.00 | 0.00 | COORDINATE PROCESSING OF TIFF IMAGES WITH EDD FOR PRODUCTION |
| BURDICK, TODD A. | 3/5/2009 | 5.30 | 180.00 | 954.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| COLLINS, JANE R. | 3/5/2009 | 4.10 | 195.00 | 799.50 | REVIEW 1,000 DOCUMENTS REFERENCING PATTI MIKESKA |
| MALLON, COLLEEN M. | 3/5/2009 | 4.00 | 415.00 | 1,660.00 | MEETING WITH M. SWINBURNE RE: UPCOMING PRODUCTION; PREPARE FOR TELEPHONE CALLS WITH L. ROSTANZO AND M. BAKER; TELEPHONE CONFERENCE WITH D. KUCHINSKY AND L. ROSTANZO RE: P-CARD SPREADSHEETS; TELEPHONE CALL WITH M. BAKER RE: GL ACCOUNT NUMBERS AND RELATED ITEMS; MEETING WITH S. WEBB RE: P-CARD PURCHASES; PREPARE FOR 3/6 INTERVIEWS OF GRACE EMPLOYEES |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| REYES, CLAUDIA | 3/5/2009 | 5.50 | 0.00 | 0.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/5/2009 | 3.50 | 0.00 | 0.00 | TIFF RESPONSIVE ITEMS FOR GRACE PRODUCTION - N. BAGWANDEEN; REVIEW OF NANOS PHILIPS' LAPTOP GHOST FILES - EXPORT PST FILES FOR CONVERSION TO DOCUMENT MANAGEMENT SYSTEM FORMAT FOR REVIEW |
| SWINBURNE, MATHEW R. | 3/5/2009 | 2.30 | 265.00 | 609.50 | REVIEW DOCUMENTS IN MIKESKA DATABASE FOR PRIVILEGE AND RELEVANCE; PROOF FIRST SECTION OF WEEKLY DOCUMENT PRODUCTION |
| WEBB, G. STEWART, JR. | 3/5/2009 | 0.40 | 635.00 | 254.00 | DISCUSS WITH C. MALLON RE DISCOVERY |
| BAGWANDEEN, NAMRATA R. | 3/6/2009 | 3.60 | 180.00 | 648.00 | PRODUCTION |
| BURDICK, TODD A. | 3/6/2009 | 5.90 | 180.00 | 1,062.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| COLLINS, JANE R. | 3/6/2009 | 4.80 | 195.00 | 936.00 | REVIEW AND ORGANIZE 1,000 DOCUMENTS REFERENCING PATTI MIKESKA |
| COLLINS, JANE R. | 3/6/2009 | 0.80 | 0.00 | 0.00 | REVIEW MICHELLE BAKER DOCUMENTS |
| MALLON, COLLEEN M. | 3/6/2009 | 5.90 | 415.00 | 2,448.50 | TRAVEL TO AND FROM GRACE'S COLUMBIA OFFICE; PARTICIPATE IN EMPLOYEE INTERVIEWS; MEETING WITH S. WEBB RE: SAME AND PLAINTIFF'S DISCOVERY RESPONSES; MEETING WITH J. COLLINS RE CREATING P. MIKESKA BINDERS AND COMPARISON OF P-CARD SPREADSHEETS; MEETING WITH M. SWINBURNE RE: PRODUCTION; DRAFT COVER LETTER RE: SUPPLEMENTAL DOCUMENT PRODUCTION AND FINALIZE SAME; TELEPHONE CALL WITH N. BAGWANDEEN RE: GRACE'S PRODUCTION |
| REYES, CLAUDIA | 3/6/2009 | 6.50 | 255.00 | 1,657.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/6/2009 | 1.50 | 0.00 | 0.00 | PROCESSING OF NANOS PHILIPS' PST FILE TO CONVERT INTO FORMAT FOR REVIEW |
| SWINBURNE, MATHEW R. | 3/6/2009 | 6.70 | 265.00 | 1,775.50 | PROOF WEEKLY DOCUMENT PRODUCTION; REVIEW DOCUMENTS IN MIKES DATABASE FOR RELEVANCE AND PRIVILEGE; PULL CASES FOR C. MALLON RELATED TO PLAINTIFF'S INTERROGATORY RESPONSES; RESEARCH CONTRACTS |
| WEBB, G. STEWART, JR. | 3/6/2009 | 0.90 | 635.00 | 571.50 | REVIEW DISCOVERY RESPONSES; DISCUSS WITH C. MALLON; E-MAIL RE RESPONSES |
| MAJOR, ALEXANDER W. | 3/8/2009 | 2.20 | 285.00 | 627.00 | ELECTRONIC DOCUMENT REVIEW OF MIKESKA FILES |
| ANDERSON, DONNA E. | 3/9/2009 | 0.60 | 0.00 | 0.00 | PHONE CALL WITH T. SCOTT REGARDING INABILITY TO ACCESS MIKESKA LAPTOP IMAGE; E-MAIL TO E. LERSTAD REGARDING SAME; COMMUNICATIONS WITH N. BAGWANDEEN, C. MALLON REGARDING TREATMENT OF LEGAL HOLD MAILBOXES |
| BAGWANDEEN, NAMRATA R. | 3/9/2009 | 3.70 | 180.00 | 666.00 | EXTRACT OCR FROM IPRO FOR CONCORDANCE; EXTRACT METADATA FOR PRODUCTION CONCORDANCE DATABASE; UPDATE FINAL PRODUCTION CONCORDANCE DATABASE WITH LATEST PRODUCTION AND CORRESPONDING METADATA; UPLOAD CUSTODIAN FIELD TO THE ENCRYPT AND NONENCRYPT DATABASES |
| COLLINS, JANE R. | 3/9/2009 | 2.70 | 195.00 | 526.50 | REVIEW DOCUMENTS RELATED TO J. PONCHER, C. GOYETTE, S. NORMAN, D. RENTNER, AND J. LAZZARA FOR ATTORNEY PREPARATION OF INTERVIEWS NEXT WEEK |
| COLLINS, JANE R. | 3/9/2009 | 0.70 | 0.00 | 0.00 | REVIEW AND HIGHLIGHT FLAGGED MICHELLE BAKER DOCUMENTS |
| COLLINS, JANE R. | 3/9/2009 | 2.90 | 195.00 | 565.50 | REVIEW AND COMPARE MOST RECENT AND ORIGINAL VENDOR CHART |
| GREENE, NOEL | 3/9/2009 | 3.50 | 0.00 | 0.00 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| MAJOR, ALEXANDER W. | 3/9/2009 | 7.40 | 285.00 | 2,109.00 | ELECTRONIC DOCUMENT REVIEW OF MIKESKA FILES |
| REYES, CLAUDIA | 3/9/2009 | 6.00 | 255.00 | 1,530.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/9/2009 | 5.20 | 205.00 | 1,066.00 | QC OF NANOS PHILIPS CONVERTED DATA; EXPORT TO CONCORDANCE DATABASE FORMAT; INDEX TO MAKE DATABASE SEARCHABLE; REVIEW OF DVDS CONTAINING GHOST IMAGE FILES OF PATTIE MIKESKA'S LAPTOP; DISCUSSIONS WITH PRACTICE TECH TEAM REGARDING PROCESSING STRATEGY OF DATA RECEIVED |
| SWINBURNE, MATHEW R. | 3/9/2009 | 2.50 | 265.00 | 662.50 | REVIEW DOCUMENTS IN MIKESKA DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 3/9/2009 | 0.20 | 635.00 | 127.00 | TELEPHONE EXPERT; DISCUSS WITH D. BALDRIDGE RE EXPERT |
| ANDERSON, DONNA E. | 3/10/2009 | 0.20 | 0.00 | 0.00 | COMMUNICATIONS WITH E. LERSTAD, B. COEHLO REGARDING MIKESKA HARD DRIVE |
| BREON, BRUCE | 3/10/2009 | 2.20 | 0.00 | 0.00 | EDD PROCESSING EMAIL ARCHIVES (PST FILES) RECEIVED ON USB THUMB DRIVES FROM GRACE |
| BURDICK, TODD A. | 3/10/2009 | 6.00 | 180.00 | 1,080.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| COLLINS, JANE R. | 3/10/2009 | 2.10 | 195.00 | 409.50 | REVIEW DOCUMENTS RELATED TO J. PONCHER, C. GOYETTE, S. NORMAN, D. RENTNER, AND J. LAZZARA FOR ATTORNEY PREPARATION OF INTERVIEWS NEXT WEEK |
| GREENE, NOEL | 3/10/2009 | 2.80 | 245.00 | 686.00 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| MAJOR, ALEXANDER W. | 3/10/2009 | 1.40 | 285.00 | 399.00 | ELECTRONIC DOCUMENT REVIEW OF NANOS PHILLIPS FILES - 273 DOCUMENTS MARKED FOR REVIEW |
| MAJOR, ALEXANDER W. | 3/10/2009 | 8.30 | 285.00 | 2,365.50 | ELECTRONIC DOCUMENT REVIEW OF MIKESKA FILES |

EXHIBIT E

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MALLON, COLLEEN M. | 3/10/2009 | 0.90 | 415.00 | 373.50 | REVIEW A. URSO DOCUMENTS FOR INTERVIEW |
| REYES, CLAUDIA | 3/10/2009 | 6.00 | 255.00 | 1,530.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SWINBURNE, MATHEW R. | 3/10/2009 | 6.30 | 265.00 | 1,669.50 | REVIEW DOCUMENTS IN PATTI MIKESKA DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 3/10/2009 | 0.30 | 635.00 | 190.50 | REVIEW SPREADSHEETS; E-MAIL RE EXPERT ISSUE |
| ANDERSON, DONNA E. | 3/11/2009 | 0.90 | 0.00 | 0.00 | FOLLOW UP WITH B. COEHLO, E. LERSTAD REGARDING MIKESKA HARD DRIVE; MEET WITH N. BAGWANDEEN, B. BREON REGARDING STATUS OF DATA PROCESSING |
| BAGWANDEEN, NAMRATA R. | 3/11/2009 | 0.60 | 0.00 | 0.00 | COORDINATE PROCESSING OF THUMBDRIVES AND DISKS WITH EDD |
| BREON, BRUCE | 3/11/2009 | 3.40 | 0.00 | 0.00 | EDD PROCESSING AND FINAL POST-PROCESSING OF SCAMPBELL EMAIL ARCHIVES (PST FILES) RECEIVED ON USB THUMB DRIVES FROM GRACE |
| BURDICK, TODD A. | 3/11/2009 | 4.60 | 0.00 | 0.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| COLLINS, JANE R. | 3/11/2009 | 0.40 | 195.00 | 78.00 | REVIEW AND COMPARE MOST RECENT AND ORIGINAL VENDOR CHART |
| GREENE, NOEL | 3/11/2009 | 2.60 | 245.00 | 637.00 | CODE DOCUMENTS RECEIVED FROM CLIENT FOR ATTORNEY REVIEW |
| MAJOR, ALEXANDER W. | 3/11/2009 | 7.60 | 285.00 | 2,166.00 | ELECTRONIC DOCUMENT REVIEW OF MIKESKA FOLDER |
| MALLON, COLLEEN M. | 3/11/2009 | 1.80 | 415.00 | 747.00 | REVIEW A. URSO DOCUMENTS; INTERVIEW J. HANSON AND A. URSO RE KNOWLEDGE OF GLOBAL CONTRACT |
| REYES, CLAUDIA | 3/11/2009 | 6.50 | 255.00 | 1,657.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/11/2009 | 2.30 | 205.00 | 471.50 | CONFERENCE CALL WITH E. LERSTAD AND D. ANDERSON REGARDING PATTI MIKESKA GHOSTED IMAGE; RESEARCH AND TROUBLESHOOTING EFFORTS TO RETRIEVE DATA FROM PATTI MIKESKA GHOSTED IMAGE |
| SWINBURNE, MATHEW R. | 3/11/2009 | 5.60 | 265.00 | 1,484.00 | REVIEW DOCUMENTS IN PATTI MIKESKA DATABASE FOR RELEVANCE AND PRIVILEGE |
| BAGWANDEEN, NAMRATA R. | 3/12/2009 | 0.60 | 180.00 | 108.00 | SEARCH SCAMPBELL DATABASE FOR SEARCH TERMS GIVEN BY C. MALLON |
| BREON, BRUCE | 3/12/2009 | 4.10 | 0.00 | 0.00 | EDD PROCESSING AND POST-PROCESSING OF SCOLLETT EMAIL ARCHIVES (PST FILES) RECEIVED ON USB THUMB DRIVE FROM GRACE; DATABASE QC ON SCAMPBELL.DCB |
| BURDICK, TODD A. | 3/12/2009 | 5.80 | 180.00 | 1,044.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| MAJOR, ALEXANDER W. | 3/12/2009 | 8.60 | 285.00 | 2,451.00 | ELECTRONIC DOCUMENT REVIEW OF MIKESKA FILES |
| MAJOR, ALEXANDER W. | 3/12/2009 | 1.10 | 285.00 | 313.50 | ASSISTED C. MALLON IN IDENTIFYING ISSUES RELATED TO PLAINTIFF'S DISCOVERY RESPONSES AND OBJECTIONS |
| MALLON, COLLEEN M. | 3/12/2009 | 5.80 | 415.00 | 2,407.00 | REVIEW/ANALYSIS OF PLAINTIFF'S RESPONSES TO DISCOVERY REQUESTS; MEETING WITH S. WEBB RE: SAME; MEETING WITH A. MAJOR RE: SAME; DRAFT LETTER TO PLAINTIFF'S COUNSEL RE: INADEQUATE DISCOVERY RESPONSES; TELEPHONE CONFERENCE WITH S. WEBB, R. FINKE AND D. KUCHINSKY RE: PLAINTIFF'S DISCOVERY RESPONSES, EXPERTS AND P-CARD SPREADSHEETS |
| REYES, CLAUDIA | 3/12/2009 | 6.50 | 0.00 | 0.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/12/2009 | 2.30 | 205.00 | 471.50 | CONVERT DATA ON LAKE CHARLES THUMBDRIVE CONTAINING THE CONTENTS OF LEGAL HOLD MAILBOX FOLDERS FOR J. HANSEN, J. LAZZARA AND P. MIKESKA TO DOCUMENT MANAGEMENT SYSTEM FORMAT |
| SWINBURNE, MATHEW R. | 3/12/2009 | 1.40 | 265.00 | 371.00 | REVIEW DOCUMENTS IN PATTI MIKESKA DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 3/12/2009 | 1.20 | 635.00 | 762.00 | DISCUSSION WITH C. MALLON; TELEPHONE CALL FROM EXPERT; CONFERENCE CALL WITH CLIENT; REVIEW SCHEDULES TO DISCOVERY RESPONSES FOR CALL |
| BAGWANDEEN, NAMRATA R. | 3/13/2009 | 0.60 | 0.00 | 0.00 | COORDINATE WITH EDD FOR THE PROCESSING PRIORITY OF PST FILES RECEIVED; QC AND BEGAN SEARCHING IN COMPLETED DATABASES THAT WERE PROCESSED |
| BREON, BRUCE | 3/13/2009 | 3.30 | 0.00 | 0.00 | CONCLUDE EDD PROCESSING AND POST-PROCESSING OF SCOLLETT EMAIL ARCHIVES (PST FILES) RECEIVED ON USB THUMB DRIVE FROM GRACE; DATABASE QC ON SCOLLETT.DCB |
| BURDICK, TODD A. | 3/13/2009 | 5.20 | 180.00 | 936.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| MAJOR, ALEXANDER W. | 3/13/2009 | 4.00 | 285.00 | 1,140.00 | ELECTRONIC DOCUMENT REVIEW OF MIKESKA FILES |
| MAJOR, ALEXANDER W. | 3/13/2009 | 0.20 | 285.00 | 57.00 | EXAMINED SCOTT COLLETT FILES IN ANTICIPATION OF ELECTRONIC DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 3/13/2009 | 6.20 | 285.00 | 1,767.00 | COMPLETED HALF OF ELECTRONIC DOCUMENT REVIEW OF MIKESKA FILE; BEGAN HELPING ON OTHER HALF |
| REYES, CLAUDIA | 3/13/2009 | 5.50 | 0.00 | 0.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/13/2009 | 3.40 | 205.00 | 697.00 | REVIEW OF PATTIE MIKESKA HARD DRIVE RECEIVED FROM CLIENT; CONVERT CONTENTS OF HARD DRIVE TO DOCUMENT MANAGEMENT SYSTEM FORMAT FOR REVIEW |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| SWINBURNE, MATHEW R. | 3/13/2009 | 5.00 | 265.00 | 1,325.00 | REVIEW DOCUMENTS IN PATTI MIKESKA DATABASE FOR RELEVANCE AND PRIVILEGE |
| SWINBURNE, MATHEW R. | 3/14/2009 | 3.00 | 265.00 | 795.00 | REVIEW DOCUMENTS IN PATTI MIKESKA DATABASE FOR RELEVANCE AND PRIVILEGE |
| MAJOR, ALEXANDER W. | 3/15/2009 | 2.30 | 285.00 | 655.50 | COMPLETED ELECTRONIC REVIEW OF MIKESKA FILE |
| SWINBURNE, MATHEW R. | 3/15/2009 | 3.10 | 265.00 | 821.50 | REVIEW DOCUMENTS IN MIKESKA DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 3/15/2009 | 1.70 | 635.00 | 1,079.50 | REVIEW GLOBAL'S DISCOVERY RESPONSES, ANALYSIS AND COMMENT ON DRAFT LETTER TO GLOBAL'S COUNSEL RE RESPONSES |
| BAGWANDEEN, NAMRATA R. | 3/16/2009 | 2.10 | 180.00 | 378.00 | IDENTIFY DOCUMENTS STILL NEEDING REVIEW BASED ON PARENT/CHILD RELATIONSHIP DOCS TAGGED TO PRODUCE; BEGIN CREATING DOCID LIST FOR EDD TO CONVERT TO TIFF FOR PRODUCTION |
| BREON, BRUCE | 3/16/2009 | 1.30 | 0.00 | 0.00 | EDD PROCESSING SCAMPBELL.PST EMAIL ARCHIVE |
| BURDICK, TODD A. | 3/16/2009 | 5.00 | 180.00 | 900.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| MAJOR, ALEXANDER W. | 3/16/2009 | 5.30 | 0.00 | 0.00 | RECONCILED CHILD/PARENT DOCUMENT TAGGING IN ELECTRONIC MIKESKA FILES FOR FINAL PRODUCTION |
| MAJOR, ALEXANDER W. | 3/16/2009 | 4.60 | 285.00 | 1,311.00 | BEGAN ELECTRONIC REVIEW OF COLLETT FILES |
| MAJOR, ALEXANDER W. | 3/16/2009 | 1.60 | 285.00 | 456.00 | RESEARCH FOR/EMAIL TO C. MALLON ON WHETHER PLAINTIFF PROPERLY RESPONDED TO INTERROGATORIES BY PROFFERING BUSINESS RECORDS |
| MALLON, COLLEEN M. | 3/16/2009 | 0.80 | 415.00 | 332.00 | REVIEW S. WEBB'S EDITS TO LETTER TO PLAINTIFF'S COUNSEL RE: DISCOVERY RESPONSES; INCORPORATE SAME |
| REYES, CLAUDIA | 3/16/2009 | 5.00 | 255.00 | 1,275.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/16/2009 | 4.00 | 0.00 | 0.00 | QC OF THE PATTIE MIKESKA HARD DRIVE CONTENTS THAT WERE CONVERTED TO DOCUMENT MANAGEMENT SYSTEM FORMAT |
| SWINBURNE, MATHEW R. | 3/16/2009 | 6.50 | 265.00 | 1,722.50 | FINISH REVIEW OF DOCUMENTS IN MIKESKA DATABASE; REVIEW DOCUMENTS IN CAMPBELL DATABASE FOR RELEVANCE AND PRIVILEGE |
| BURDICK, TODD A. | 3/17/2009 | 2.50 | 180.00 | 450.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| MAJOR, ALEXANDER W. | 3/17/2009 | 8.70 | 285.00 | 2,479.50 | CONTINUED ELECTRONIC DOCUMENT REVIEW OF SCOTT COLLETT FILES |
| MALLON, COLLEEN M. | 3/17/2009 | 1.50 | 415.00 | 622.50 | REVIEW DOCUMENTS INVOLVING WITNESSES TO BE INTERVIEWED ON 3/18 |
| REYES, CLAUDIA | 3/17/2009 | 5.00 | 255.00 | 1,275.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/17/2009 | 1.60 | 205.00 | 328.00 | SEGREGATE RESPONSIVE DOCUMENTS MARKED FOR PRODUCTION IN PROCESSING DATABASE; BEGIN TIFF CONVERSION OF PRODUCTION DOCUMENTS |
| SWINBURNE, MATHEW R. | 3/17/2009 | 1.80 | 265.00 | 477.00 | DRAFT MEMO SUMMARIZING THE CONTENTS OF THE 2ND PASS OF LEGAL HOLD DATABASE |
| BAGWANDEEN, NAMRATA R. | 3/18/2009 | 0.40 | 0.00 | 0.00 | COORDINATE WITH EDD REGARDING CONVERTING NATIVE FILES TO TIFF |
| BURDICK, TODD A. | 3/18/2009 | 3.70 | 180.00 | 666.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| MAJOR, ALEXANDER W. | 3/18/2009 | 5.10 | 285.00 | 1,453.50 | ELECTRONIC DOCUMENT REVIEW OF SCOTT COLLETT FILES |
| MALLON, COLLEEN M. | 3/18/2009 | 9.20 | 415.00 | 3,818.00 | TRAVEL TO AND FROM GRACE'S COLUMBIA OFFICE; PARTICIPATE IN INTERVIEWS OF WITNESSES; EDIT/REVISE LETTER TO PLAINTIFF'S COUNSEL RE: DISCOVERY RESPONSES; MEETING WITH M. SWINBURNE RE: MATCHING UP GL ACCOUNTS |
| REYES, CLAUDIA | 3/18/2009 | 5.00 | 255.00 | 1,275.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/18/2009 | 1.10 | 0.00 | 0.00 | MONITOR TIFF CONVERSION OF GRACE PRODUCTION DOCUMENTS - RESTART AND RESOLVE ERRORS DURING PROCESSING |
| SWINBURNE, MATHEW R. | 3/18/2009 | 4.10 | 265.00 | 1,086.50 | REVIEWED DOCUMENTS IN SCOTT CAMPBELL DATABASE FOR RELEVANCE AND PRIVILEGE; MET WITH C. MALLON REGARDING GL ACCOUNT DESCRIPTIONS ON PROFORMA COMPETITOR INVOICES; MATCHED DESCRIPTION OF GL ACCOUNT TO OUTLIER ACCOUNT CODES USED ON GRACE SUPPLIER INVOICES THAT WERE IDENTIFIED BY GRACE AS COMPETITORS OF PROFORMA. |
| WEBB, G. STEWART, JR. | 3/18/2009 | 0.20 | 635.00 | 127.00 | E-MAILS RE DISCOVERY |
| BAGWANDEEN, NAMRATA R. | 3/19/2009 | 0.30 | 0.00 | 0.00 | UPLOAD CONVERTED TIFFS INTO IPRO COLLECTION AND TAGGED FOR REVIEW. TAGGED REDACTION TAGS FOR THOSE DOCUMENTS NEEDING REDACTIONS FOR PRODUCTION |
| BURDICK, TODD A. | 3/19/2009 | 4.30 | 0.00 | 0.00 | DISCOVERY; QUALITY CHECK RECENT MATERIAL CODED IN ELECTRONIC DATABASE |
| MAJOR, ALEXANDER W. | 3/19/2009 | 4.40 | 285.00 | 1,254.00 | COMPLETED ELECTRONIC DOCUMENT REVIEW OF SCOTT COLLETT FILES/STARTED ON SCOTT CAMPBELL FILES |
| MAJOR, ALEXANDER W. | 3/19/2009 | 1.10 | 285.00 | 313.50 | EDITED/REVIEWED/FINALIZED AND SENT E-MAIL ON BEHALF OF C. MALLON AND G.S. WEBB TO OPPOSING COUNSEL REGARDING DISCOVERY DEFICIENCIES |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MALLON, COLLEEN M. | 3/19/2009 | 0.50 | 415.00 | 207.50 | REVIEW EDITS TO LETTER TO PLAINTIFF RE: DISCOVERY RESPONSES MADE BY R. FINKE AND S. WEBB; REVISE PORTION OF LETTER; EMAILS TO A. MAJOR RE: SAME; TELEPHONE CALL WITH A. MAJOR RE: SAME |
| REYES, CLAUDIA | 3/19/2009 | 2.00 | 0.00 | 0.00 | QUALITY CHECK CODING ENTRIES IN PRODUCTION DATABASE |
| SCOTT, TRACEY M. | 3/19/2009 | 5.10 | 205.00 | 1,045.50 | QC TIFF CONVERSION OF PRODUCTION FILES; MANUAL TIFFING OF ERROR FILES; EXPORT PRODUCTION FILES AS TIFF DOCUMENTS - UPDATE BOUNDARY INFORMATION IN IPRO TO REFLECT PARENT AND CHILD RELATIONSHIPS |
| SWINBURNE, MATHEW R. | 3/19/2009 | 8.00 | 265.00 | 2,120.00 | REVIEW DOCUMENTS IN SCOTT CAMPBELL DATABASE FOR RELEVANCE AND PRIVILEGE; BEGIN FINAL PROOFING OF P. MIKESKA DOCUMENT PRODUCTION IN ORDER TO MAIL THE PRODUCTION ON MARCH 20TH |
| WEBB, G. STEWART, JR. | 3/19/2009 | 0.90 | 635.00 | 571.50 | REVIEW E-MAILS RE DISCOVERY AND ANALYSIS; REVISE LETTER RE GLOBAL'S DISCOVERY RESPONSES; AND E-MAILS RE SAME |
| BAGWANDEEN, NAMRATA R. | 3/20/2009 | 3.30 | 180.00 | 594.00 | RUN PRODUCTION BUILD; BURN/LABEL 2 DVD COPIES; PROVIDE SPREADSHEET FOR CUSTODIAN REFERENCE; RUN SEARCH TERMS AGAINST NEWLY PROCESSED EDD |
| BURDICK, TODD A. | 3/20/2009 | 1.90 | 180.00 | 342.00 | DISCOVERY; PER C. MALLON, BEGIN TO CODE NEW DOCUMENTS RECENTLY ADDED TO THE ELECTRONIC DATABASE |
| MAJOR, ALEXANDER W. | 3/20/2009 | 7.70 | 285.00 | 2,194.50 | ELECTRONIC DOCUMENT REVIEW OF SCOTT CAMPBELL FILES (7.3); ADMIN RE: OF L. ROSTANZO, MIKESKA, AND LAKE CHARLES FILES WITH N. BAGWANDEEN (.4) |
| SCOTT, TRACEY M. | 3/20/2009 | 6.00 | 205.00 | 1,230.00 | PREPARE TIFF EXCEPTION REPORT FOR GRACE PRODUCTION DOCUMENTS; RESOLVE TIFF CONVERSION ISSUE FILES; INDEX AND CREATE HYPERLINKS TO NATIVE FILES IN PMIKESKA_HD CONCORDANCE DATABASE; RUN DEDUPLICATION PROCESS IN PMIKESKA_HD DATABASE; QC AND EXPORT LAKE CHARLES USB LEGAL HOLD PST FILES INTO DOCUMENT MANAGEMENT SYSTEM FORMAT; CONDUCT DEDUPLICATION PROCESS FOR THE LAKE CHARLES USB DATABASE; DISCUSSIONS WITH PRACTICE TECH TO DISCUSS PROCESSING STRATEGY |
| SWINBURNE, MATHEW R. | 3/20/2009 | 5.10 | 265.00 | 1,351.50 | FINISH PROOFING AND REDACTING THE PATTI MIKESKA DOCUMENT PRODUCTION; MAIL DOCUMENT PRODUCTION TO OPPOSING COUNSEL; INVESTIGATE OPPOSING COUNSEL'S LETTER RE: FAILURE TO PROVIDE CUSTODIAN LISTS WITH THE LAST FOUR DOCUMENT PRODUCTIONS |
| BURDICK, TODD A. | 3/23/2009 | 6.00 | 180.00 | 1,080.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| MAJOR, ALEXANDER W. | 3/23/2009 | 10.70 | 285.00 | 3,049.50 | COMPLETED ELECTRONIC DOCUMENT REVIEW OF ADDITIONAL MIKESKA FILES (2.2) & LAKE CHARLES (4.7); CONTINUED REVIEW OF SCOTT CAMPBELL FILES (3.8) |
| MALLON, COLLEEN M. | 3/23/2009 | 0.40 | 0.00 | 0.00 | MEETING WITH S. WEBB RE: RETAINING EXPERT AND NEXT STEPS |
| REYES, CLAUDIA | 3/23/2009 | 6.00 | 255.00 | 1,530.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/23/2009 | 1.20 | 205.00 | 246.00 | QC OF SCOTT CAMPBELL'S CONVERTED PST FILE |
| WEBB, G. STEWART, JR. | 3/23/2009 | 0.60 | 635.00 | 381.00 | TELEPHONE EXPERT RE EXPERT RETENTION |
| WEBB, G. STEWART, JR. | 3/23/2009 | 0.40 | 635.00 | 254.00 | DISCUSS EXPERT & DISCUSS ISSUES WITH C. MALLON |
| BAGWANDEEN, NAMRATA R. | 3/24/2009 | 0.80 | 180.00 | 144.00 | COORDINATE PROCESSING OF NEWLY RECEIVED DATA WITH EDD; SEARCH NEW DATA FOR SEARCH TERMS PER C. MALLON AND TAG ACCORDINGLY FOR REVIEWERS |
| BURDICK, TODD A. | 3/24/2009 | 5.00 | 180.00 | 900.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| MAJOR, ALEXANDER W. | 3/24/2009 | 5.10 | 285.00 | 1,453.50 | ELECTRONIC DOCUMENT REVIEW OF S. CAMPBELL FILES |
| REYES, CLAUDIA | 3/24/2009 | 6.00 | 255.00 | 1,530.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/24/2009 | 1.30 | 205.00 | 266.50 | QC OF SCOTT CAMPBELL'S CONVERTED PST FILE |
| SWINBURNE, MATHEW R. | 3/24/2009 | 2.30 | 265.00 | 609.50 | REVIEW DOCUMENTS IN SCOTT CAMPBELL DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 3/24/2009 | 0.20 | 635.00 | 127.00 | TELEPHONE CALL WITH FINKE RE EXPERT (L120) |
| MAJOR, ALEXANDER W. | 3/25/2009 | 1.40 | 285.00 | 399.00 | ELECTRONIC REVIEW OF S. CAMPBELL FILES |
| MALLON, COLLEEN M. | 3/25/2009 | 1.10 | 415.00 | 456.50 | REVIEW/RESPOND TO EMAILS FROM PLAINTIFF'S COUNSEL RE: MEET AND CONFER; REVIEW PLAINTIFF'S EMAIL RE: CONFIDENTIALITY AGREEMENT AND ANALYSIS OF SAME; MEETING WITH S. WEBB RE: SAME |
| REYES, CLAUDIA | 3/25/2009 | 6.50 | 255.00 | 1,657.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/25/2009 | 2.30 | 205.00 | 471.50 | EXPORT OF THE SCOTT CAMPBELL'S CONVERTED PST FILE; MERGE CONTENTS INTO EXISTING DATABASE FOR CAMPBELL; RESOLVE EXPORT ERRORS; PROCESSING OF S. COLLETT'S MAIL MIGRATION PST FILE |
| SWINBURNE, MATHEW R. | 3/25/2009 | 0.80 | 265.00 | 212.00 | REVIEW DOCUMENTS IN SCOTT CAMPBELL DATABASE FOR RELEVANCE AND PRIVILEGE |

EXHIBIT E

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| WEBB, G. STEWART, JR. | 3/25/2009 | 0.50 | 635.00 | 317.50 | REVIEW E-MAILS RE DISCOVERY CONFERENCE AND CONFIDENTIALITY ORDER; DISCUSS WITH C. MALLON |
| BAGWANDEEN, NAMRATA R. | 3/26/2009 | 0.20 | 0.00 | 0.00 | UPLOAD EXTRACTED OCR INTO CONCORDANCE DATABASE FOR REVIEWER/CODERS |
| BURDICK, TODD A. | 3/26/2009 | 7.00 | 180.00 | 1,260.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| MALLON, COLLEEN M. | 3/26/2009 | 0.30 | 0.00 | 0.00 | MEET WITH S. WEBB RE: DISCOVERY ISSUES WITH PLAINTIFF AND STRATEGY |
| REYES, CLAUDIA | 3/26/2009 | 6.50 | 255.00 | 1,657.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/26/2009 | 1.60 | 205.00 | 328.00 | DEDUPLICATE SCOTT CAMPBELL'S DATA WITH EXISTING DATA IN CLIENT DBS |
| SWINBURNE, MATHEW R. | 3/26/2009 | 4.00 | 265.00 | 1,060.00 | REVIEW DOCUMENTS IN SCOTT CAMPBELL DATABASE FOR RELEVANCE AND PRIVILEGE; BEGIN PULLING DOCUMENTS FOR EXPERT WITNESS BINDER |
| WEBB, G. STEWART, JR. | 3/26/2009 | 0.90 | 635.00 | 571.50 | REVIEW E-MAILS RE DISCOVERY; DRAFT RESPONSE; DISCUSS WITH C. MALLON |
| BURDICK, TODD A. | 3/27/2009 | 3.00 | 180.00 | 540.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| JONES, JEAN-MARIE | 3/27/2009 | 2.00 | 0.00 | 0.00 | CREATING PRODUCTION TO FORWARD TO EXPERTS; TROUBLESHOOTING PRODUCTION; CREATING PDF'S OF PRODUCTION; REVIEWING AND RESPONDING TO EMAIL REGARDING PRODUCTION. |
| MALLON, COLLEEN M. | 3/27/2009 | 0.10 | 0.00 | 0.00 | MEETING WITH M. SWINBURNE RE: PULLING DOCUMENTS FOR MEETING WITH EXPERT |
| REYES, CLAUDIA | 3/27/2009 | 6.50 | 255.00 | 1,657.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/27/2009 | 5.10 | 205.00 | 1,045.50 | QC AND EXPORT OF S. COLLETT'S CONVERTED PST DATA; MERGE NEW SET OF COLLETT DATA WITH EXISTING DATABASE; DEDUPLICATE S. COLLETT DATA; BEGIN PROCESS TO CONVERT LAKE CHARLES USB NON LEGAL HOLD DATA TO DOCUMENT MANAGEMENT SYSTEM FORMAT; BEGIN PROCESS TO CONVERT URSO DATA TO DOCUMENT MANAGEMENT SYSTEM FORMAT; BEGIN PROCESS TO CONVERT DEERFIELD DATA TO DOCUMENT MANAGEMENT SYSTEM FORMAT |
| SWINBURNE, MATHEW R. | 3/27/2009 | 5.80 | 265.00 | 1,537.00 | REVIEW DOCUMENTS IN SCOTT CAMPBELL DATABASE FOR RELEVANCE AND PRIVILEGE; CREATE BINDER OF DOCUMENTS FOR EXPERT WITNESS; CREATE AN INDEX OF ALL GRACE DOCUMENT PRODUCTIONS FOR C. MALLON |
| WEBB, G. STEWART, JR. | 3/27/2009 | 0.60 | 0.00 | 0.00 | DISCUSS WITH C. MALLON RE MEETING WITH EXPERT AND DOCUMENTS; REVIEW DOCUMENTS RE DISCOVERY |
| WEBB, G. STEWART, JR. | 3/28/2009 | 0.30 | 635.00 | 190.50 | RESEARCH RE PRO FORMA FRANCHISE |
| WEBB, G. STEWART, JR. | 3/28/2009 | 0.10 | 635.00 | 63.50 | E-MAILS RE EXPERT |
| BAGWANDEEN, NAMRATA R. | 3/30/2009 | 0.70 | 180.00 | 126.00 | RUN SEARCH TERMS PER C. MALLON'S LIST FOR COMPLETED EDD CONCORDANCE DATABASES AND TAGGED ACCORDINGLY FOR REVIEWERS |
| BURDICK, TODD A. | 3/30/2009 | 6.80 | 180.00 | 1,224.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| MAJOR, ALEXANDER W. | 3/30/2009 | 5.30 | 285.00 | 1,510.50 | ELECTRONIC DOCUMENT REVIEW OF S. CAMPBELL FILES |
| MAJOR, ALEXANDER W. | 3/30/2009 | 0.40 | 285.00 | 114.00 | REVIEW OF C. MALLON REQUEST FOR INFORMATION RELATED TO PLAINTIFF'S DISCOVERY REQUESTS RE: PLAINTIFF'S VISIT TO SITES AND PRIOR CONTRACTS |
| MALLON, COLLEEN M. | 3/30/2009 | 4.00 | 415.00 | 1,660.00 | PREPARE FOR MEETING WITH EXPERT; PARTICIPATE IN MEETING WITH S. WEBB; REVIEW FRANCHISE OFFERING PUBLISHED BY PROFORMA OF 2004; REVIEW DISCOVERY ISSUES FOR MEET AND CONFER |
| REYES, CLAUDIA | 3/30/2009 | 5.50 | 255.00 | 1,402.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/30/2009 | 2.20 | 205.00 | 451.00 | QC AND EXPORT LAKE CHARLES NON LEGAL HOLD CONVERTED DATA |
| SWINBURNE, MATHEW R. | 3/30/2009 | 1.60 | 265.00 | 424.00 | REVIEW DOCUMENTS IN SCOTT CAMPBELL DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 3/30/2009 | 3.10 | 635.00 | 1,968.50 | PREPARE FOR MEETING WITH EXPERT; RESEARCH RE PROFORMA FRANCHISE; MEETING WITH EXPERT; REVIEW FRANCHISE DOCUMENTS AND DISCUSS WITH C. MALLON |
| BURDICK, TODD A. | 3/31/2009 | 6.90 | 180.00 | 1,242.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| BURDICK, TODD A. | 3/31/2009 | 0.10 | 180.00 | 18.00 | COMMUNICATION WITH C. MALLON CONCERNING STATUS OF CODING PROJECT; FORWARD A REQUESTED EXHIBIT |
| MAJOR, ALEXANDER W. | 3/31/2009 | 0.80 | 0.00 | 0.00 | ATTEMPTING TO CONTACT CUYAHOGA COURT FOR PROCEDURES ON HOW TO SUBPOENA PFG VENTURES, LTD; CONTACTED CLERK'S OFFICE AND OBTAINED PROCEDURES; EMAIL TO C. MALLON REGARDING WHAT IS REQUIRED AND QUERY WHETHER OR NOT TO PURSUE THE SUBPOENA |
| MALLON, COLLEEN M. | 3/31/2009 | 6.90 | 415.00 | 2,863.50 | REVIEW DISCOVERY LETTERS EXCHANGED BETWEEN PARTIES AND WRITTEN DISCOVERY ANSWERS IN PREPARATION FOR MEET AND CONFER WITH PLAINTIFFS; MEETING WITH S. WEBB RE SAME; TRAVEL TO AND FROM PLAINTIFF'S OFFICE; PARTICIPATE IN MEET AND CONFER WITH COUNSEL FOR PLAINTIFF; DRAFT FOLLOW UP NOTES FROM MEETING; FOLLOW UP WITH M. BAKER RE: OPEN ITEMS; EDIT/REVISE CONFIDENTIALITY AGREEMENT AND FORWARD SAME TO PLAINTIFF |

EXHIBIT E

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| REYES, CLAUDIA | 3/31/2009 | 4.00 | 255.00 | 1,020.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 3/31/2009 | 3.30 | 205.00 | 676.50 | DEDUPLICATE LAKE CHARLES NON LEGAL HOLD DATA; QC AND EXPORT OF URSO DATA; DEDUPLICATE URSO DATA |
| SWINBURNE, MATHEW R. | 3/31/2009 | 2.00 | 265.00 | 530.00 | REVIEW DOCUMENTS IN SCOTT CAMPBELL DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 3/31/2009 | 4.80 | 635.00 | 3,048.00 | REVIEW FRANCHISE MATERIALS; REVIEW DISCOVERY ISSUES; PREPARE FOR MEETING WITH LIBOWITZ RE DISCOVERY; DISCUSS WITH C. MALLON; MEETING WITH LIBOWITZ AND ARGENT AND NORTH |
|  |  | 644.60 |  | 144,298.00 |  |

*Advice in Connection with Labor and Employment Matters*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| AYRES, JEFFREY P. | 3/17/2009 | 0.20 | 495.00 | 99.00 | TELEPHONE CALL FROM J. FORGACH RE REDUCTION IN FORCE |
| AYRES, JEFFREY P. | 3/24/2009 | 0.50 | 495.00 | 247.50 | REVIEW RELEASE; TELEPHONE P. SOMERS RE SAME |
|  |  | 0.70 |  | 346.50 |  |
|  |  | 645.30 |  | 144,644.50 |  |

\* In the interest of billing judgment, $22,541.50 was written off for the period March 1, 2009 through March 31, 2009.
These fees reflect these reductions. Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

7

EXHIBIT E

**Monthly Statement of Venable LLP in Support of Interim Fee Application**
Expense Detail March 1, 2009 through March 31, 2009

| Date | Description | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| 3/6/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - THOMAS & LIBOWITZ, P.A., 100 LIGHT STREETSUITE 1100, BALTIMORE, MD 21202 |
| 3/9/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 12.52 | UPS - W.R. GRACE & CO., 7500 GRACE DRIVE, COLUMBIA, MD 21044 |
| 3/20/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 9.05 | UPS - THOMAS & LIBOWITZ, P.A., 100 LIGHT STREETSUITE 1100, BALTIMORE, MD 21202 |
| | | | | **28.86** | |
| 3/11/2009 | CONFERENCING SERVICES | | | 19.42 | C MALLON-3/5/09- CONFERENCING SERVICES |
| 3/18/2009 | CONFERENCING SERVICES | | | 9.44 | C MALLON-3/12/09 - CONFERENCING SERVICES |
| | | | | **28.86** | |
| 3/4/2009 | INTERNAL REPRODUCTION COSTS | 3 | 0.10 | 0.30 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 3/6/2009 | INTERNAL REPRODUCTION COSTS | 14 | 0.10 | 1.40 | PHOTOCOPIES MADE BY COLLINS, JANE R. |
| 3/6/2009 | INTERNAL REPRODUCTION COSTS | 470 | 0.10 | 47.00 | PHOTOCOPIES MADE BY COLLINS, JANE R. |
| 3/6/2009 | INTERNAL REPRODUCTION COSTS | 33 | 0.10 | 3.30 | PHOTOCOPIES MADE BY COLLINS, JANE R. |
| 3/9/2009 | INTERNAL REPRODUCTION COSTS | 5 | 0.10 | 0.50 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 3/20/2009 | INTERNAL REPRODUCTION COSTS | 8 | 0.10 | 0.80 | PHOTOCOPIES MADE BY SWINBURNE, MATHEW R. |
| 3/20/2009 | INTERNAL REPRODUCTION COSTS | 1 | 0.10 | 0.10 | PHOTOCOPIES MADE BY SWINBURNE, MATHEW R. |
| 3/26/2009 | INTERNAL REPRODUCTION COSTS | 27 | 0.10 | 2.70 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 3/27/2009 | INTERNAL REPRODUCTION COSTS | 107 | 0.10 | 10.70 | PHOTOCOPIES MADE BY SWINBURNE, MATHEW R. |
| 3/27/2009 | INTERNAL REPRODUCTION COSTS | 9 | 0.10 | 0.90 | PHOTOCOPIES MADE BY SWINBURNE, MATHEW R. |
| 3/27/2009 | INTERNAL REPRODUCTION COSTS | 266 | 0.10 | 26.60 | PHOTOCOPIES MADE BY SWINBURNE, MATHEW R. |
| | | | | **94.30** | |
| 3/6/2009 | LEGAL RESEARCH/WESTLAW | | | 54.00 | MATTHEW SWINBURNE |
| | | | | **54.00** | |
| 3/11/2009 | LONG DISTANCE TELEPHONE | | | 1.39 | LONG DISTANCE CALL MADE BY ANDERSON, DONNA E. |
| 3/16/2009 | LONG DISTANCE TELEPHONE | | | 1.39 | LONG DISTANCE CALL MADE BY EXTENSION 77459 |
| 3/24/2009 | LONG DISTANCE TELEPHONE | | | 16.68 | LONG DISTANCE CALL MADE BY AYRES, JEFFREY P. |

EXHIBIT E

| | | |
|---|---|---|
| 3/30/2009 | LONG DISTANCE TELEPHONE | 1.39 LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 3/31/2009 | LONG DISTANCE TELEPHONE | 0.70 LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 3/31/2009 | LONG DISTANCE TELEPHONE | 6.25 LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 3/31/2009 | LONG DISTANCE TELEPHONE | 2.78 LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 3/31/2009 | LONG DISTANCE TELEPHONE | 2.78 LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 3/31/2009 | LONG DISTANCE TELEPHONE | 0.70 LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 3/31/2009 | LONG DISTANCE TELEPHONE | 2.78 LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 3/31/2009 | LONG DISTANCE TELEPHONE | 7.64 LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 3/31/2009 | LONG DISTANCE TELEPHONE | 0.70 LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 3/31/2009 | LONG DISTANCE TELEPHONE | 0.70 LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| | | **45.88** |
| 3/11/2009 | POSTAGE | 1.34 WEBB, G. STEWART, JR. |
| 3/25/2009 | POSTAGE | 1.00 WEBB, G. STEWART, JR. |
| | | **2.34** |
| 3/27/2009 | SPECIAL ORDER SUPPLIES | 0.00 BINDERS/TABS |
| | | **0.00** |

**Total   254.24**