EXHIBIT F

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## SUMMARY STATEMENT OF VENABLE LLP OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITITATION COUNSEL FOR THE MONTHLY PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order[2] entered June 24, 2009, effective as of May 22, 2009[3]** |
| Period for which compensation and reimbursement is sought: | **April 1, 2009 through April 30, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 86,322.50** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Terms not defined herein shall have the meanings ascribed to them in the Interim Verified Application of Venable LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Thirty-First, Thirty-Second and Thirty-Third Quarters from November 1, 2008 through June 30, 2009 (the "Fee Application"), to which this statement is an exhibit.

[3] Venable was previously serving as an "Ordinary Course Professional" pursuant the OCP Order. The Retention Order entitles and instructs Venable to seek application for its outstanding fees and expenses in excess of the Monthly Caps.

BA3DOCS1-#429101-v3-WR_Grace_Monthly_Fee_Application_April_2009.DOC

EXHIBIT F

| | | |
|---|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | | **$527.35** |
| Fees and Expenses received in accordance with the OCP Order: | | **($50,148.50)** |
| April 2009 Fee and Expenses in Excess of $50,000 OCP Cap Requested pursuant to this Application: | | **$ 36,701.35** |

This is a _x_ monthly ___ interim ___ final application.

      This is Venable's monthly statement for interim compensation of services for the interim period April 1, 2009 through April 30, 2009. This is the first fee application filed by Venable to date. Subsequent to this Fee Application, including for July 2009 and afterward, Venable will continue to file monthly and quarterly fee applications in accordance with the Amended Interim Compensation Order.

      In the Fee Application, Venable seeks to recover amounts due and owing Venable for November 2008 through June 2009 to the extent that they have not been paid pursuant to the OCP Order. The following chart reflects the total professional services rendered and the actual and necessary expenses incurred by Venable during the Fee Period. Venable has received partial payment of these amounts pursuant to the OCP Order as follows:

| | Fees | Expenses | Total | Received pursuant to OCP Order | Balance Owing Venable LLP |
|---|---|---|---|---|---|
| November 2008 | $58,501.50 | $2,187.29 | $60,688.79 | $18,646.12 | $42,042.67 |
| December 2008 | $77,025.50 | $1,871.49 | $78,896.99 | $50,076.00 | $28,820.99 |
| January 2009 | $49,863.00 | $412.42 | $50,275.42 | $50,698.00 | ($422.58) |
| February 2009 | $165,610.50 | $177.86 | $165,788.36 | $50,000.00 | $115,788.36 |
| March 2009 | $144,644.50 | $254.24 | $144,898.74 | $50,363.18 | $94,535.56 |
| April 2009 | $86,322.50 | $527.35 | $86,849.85 | $50,148.50 | $36,701.35 |
| May 2009 | $49,737.50 | $573.59 | $50,311.09 | $50,000.00 | $311.09 |

| | | | | | |
|---|---|---|---|---|---|
| June 2009 | $77,589.00 | $400.82 | $77,989.82 | $337.00 | $77,652.82 |
| **Total** | **$709,294.00** | **$6,405.06** | **$715,699.06** | **$320,268.80** | **$395,430.26** |

The Venable attorneys who rendered professional services in these cases during the period April 1, 2009 through April 30, 2009 are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jeffrey P. Ayres | Partner | 1977 | Litigation | $495.00 | 0.3 | $148.50 |
| Alexander W. Major | Associate | 2005 | Litigation | $285.00 | 140.5 | $40,042.50 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 5.8 | $2,407.00 |
| Meghan E. Maloney | Staff Attorney | 2003 | Litigation | $290.00 | 31.9 | $9,251.00 |
| Mathew R. Swinburne | Associate | 2008 | Litigation | $265.00 | 78.1 | $20,696.50 |
| David E. Rice | Partner | 1980 | Business | $495.00 | 1.7 | $841.50 |
| Lisa B. Tancredi | Partner | 1993 | Business | $430.00 | 3.4 | $1,462.00 |
| G. Stewart Webb, Jr. | Partner | 1975 | Litigation | $635.00 | 9.2 | $5,842.00 |
| | | | | **Total for all attorneys** | | **$80,691.00** |
| | | | | **(Less write-off)** | | **($6,101.00)** |
| | | | | | **Total** | **$74,590.00** |

The paraprofessionals of Venable who rendered professional services in these cases during the period April 1, 2009 through April 30, 2009 are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Namrata R. Bagwandeen | Technology Services | 8 | Technology Services | $180.00 | 22.4 | $4,032.00 |
| Todd A. Burdick | Paralegal | 3 | Litigation | $180.00 | 17.5 | $3,150.00 |
| Claudia Reyes | Paralegal | 9 | Litigation | $255.00 | 36.5 | $9,307.50 |

| Tracey M. Scott | Technology Services | 9 | Technology Services | $205.00 | 8.4 | $1,722.00 |
|---|---|---|---|---|---|---|
| | | | | Total for all paraprofessionals | | $18,211.50 |
| | | | | | (Less write-off) | ($6,479.00) |
| | | | | | Total | $11,732.50 |

### Compensation by Matter

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with Labor and Employment Matters | 0.3 | $148.50 |
| Advice in Connection with Global Printing Litigation | 350.2 | $96,450.50 |
| Advice in Connection with Preparation of Employment Application | 5.1 | $2,303.50 |
| Total for all matters | | $98,902.50 |
| (Less write-off) | | ($12,580.00)[4] |
| Total | | $86,322.50 |

### Expense Summary

| Service Description | Amount |
|---|---|
| Commercial Messenger | $33.30 |
| Conferencing Services | $2.28 |
| Docket Requests | $199.60 |
| Reproduction Costs | $278.10 |
| Long Distance Telephone | $12.52 |
| Postage | $6.34 |
| Special Order Supplies | ($4.79) |
| Total of Expenses | $527.35 |

Venable has not previously filed a monthly application for these amounts.

Compensation for these amounts is being sought in the Fee Application to which this

---

[4] Venable also wrote off additional amounts, related primarily to technology services. To the extent no time was billed for an individual's services, they have not been included in the above charts. The time incurred by these individuals as well as the total write-off amounts are provided in the attached fee detail.

statement is an exhibit. However, Venable has been regularly compensated pursuant to the OCP order, including $50,148.50 for the period April 1, 2009 through April 30, 2009. Fee and expense detail with respect to these amounts is attached hereto.

Monthly Statement of Venable LLP in Support of First Interim Fee Application
Fee Detail April 1, 2009 through April 30, 2009

*Advice in Connection with Global Printing Litigation*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| BAGWANDEEN, NAMRATA R. | 4/1/2009 | 1.30 | 180.00 | 234.00 | RUN SEARCH TERMS AGAINST NEWLY PROCESSED EDD CONCORDANCE DATABASES PER C. MALLON AND TAGGED FOR REVIEW FOR M. SWINBURNE AND A. MAJOR; UPLOADED NEW INVOICES TO IPRO COLLECTION FOR REVIEW PER C. MALLON |
| BURDICK, TODD A. | 4/1/2009 | 4.10 | 180.00 | 738.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| COLLINS, JANE R. | 4/1/2009 | 1.40 | 0.00 | 0.00 | REVIEW AND COMPARE MOST VENDOR SPREADSHEETS |
| MALLON, COLLEEN M. | 4/1/2009 | 0.20 | 415.00 | 83.00 | MEETING WITH S. WEBB RE: CALL WITH R. FINKE AND NEXT STEPS |
| REYES, CLAUDIA | 4/1/2009 | 6.00 | 255.00 | 1,530.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SWINBURNE, MATHEW R. | 4/1/2009 | 3.60 | 265.00 | 954.00 | DOCUMENT REVIEW |
| WEBB, G. STEWART, JR. | 4/1/2009 | 1.00 | 635.00 | 635.00 | TELEPHONE FINKE RE: STATUS; DISCUSS DISCOVERY ISSUES WITH C. MALLON; REVIEW PROCEDURES FOR IDENTIFYING VENDORS' EMAILS RE: UFCC |
| BAGWANDEEN, NAMRATA R. | 4/2/2009 | 1.60 | 0.00 | 0.00 | WORK WITH M. SWINBURNE AND A. MAJOR TO VERIFY ALL RELEVANT AND HOT DOCUMENTS FOR BOTH PARENT AND CHILD HAVE BEEN REVIEWED FOR FRIDAY'S PRODUCTION; UPLOAD TIFFED IMAGES FOR PRODUCTION INTO IPRO COLLECTION FOR REVIEW |
| BURDICK, TODD A. | 4/2/2009 | 4.10 | 180.00 | 738.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE |
| MAJOR, ALEXANDER W. | 4/2/2009 | 0.40 | 0.00 | 0.00 | PARENT/CHILD RECONCILIATION IN THE PMIKESKA_HD CONCORDANCE DATABASE IN ANTICIPATION OF PRODUCTION |
| MAJOR, ALEXANDER W. | 4/2/2009 | 0.30 | 0.00 | 0.00 | CAUGHT UP WITH DOCUMENT REVIEW AND STATUS OF WHAT REMAINS WITH M. BAGWANDEEN AND M. SWINBURNE |
| MAJOR, ALEXANDER W. | 4/2/2009 | 6.40 | 285.00 | 1,824.00 | INTERNET RESEARCH INTO HOW TO OBTAIN OHIO SUBPOENA (2.4); ; DISCUSSION WITH OHIO COUNSEL ON THE PROCESS OF OBTAINING A SUBPOENA IN CUYAHOGA COUNTY, OHIO (.3); DRAFTED MOTION FOR COMMISSION OF THE HOWARD COUNTY COURT TO OBTAIN OHIO SUBPOENA (3.7) |
| MALLON, COLLEEN M. | 4/2/2009 | 0.60 | 415.00 | 249.00 | MEETING WITH A. MAJOR AND M. SWINBURNE RE: PROGRESS OF DOCUMENT REVIEW; REVIEW/EDIT A. MAJOR'S DRAFT OF MOTION FOR ISSUANCE OF SUBPOENA ON PFG VENTURES |
| REYES, CLAUDIA | 4/2/2009 | 5.50 | 255.00 | 1,402.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 4/2/2009 | 1.40 | 205.00 | 287.00 | CONVERT PMIKESKA AND LAKE_CHARLES FILES TO TIFF FORMAT FOR PRODUCTION - N. BAGWANDEEN |
| SWINBURNE, MATHEW R. | 4/2/2009 | 6.20 | 265.00 | 1,643.00 | REVIEWED DOCUMENTS IN S. CAMPBELL DATABASE FOR RELEVANCE AND PRIVILEGE; MET WITH A. MAJOR AND C. MALLON REGARDING STATUS OF DOCUMENT REVIEW; REVIEWED DOCUMENTS IN DEFENDANT'S MOST RECENT HARD COPY PRODUCTION |
| WEBB, G. STEWART, JR. | 4/2/2009 | 0.40 | 635.00 | 254.00 | TELEPHONE MANOHAN; E-MAILS RE BANKRUPTCY MATTERS |
| BAGWANDEEN, NAMRATA R. | 4/3/2009 | 2.60 | 0.00 | 0.00 | RUN PRODUCTION BUILD; BURN/LABEL PRODUCTION CDS; CREATE CUSTODIAN REFERENCE EXCEL SPREADSHEET WITH DOCUMENT RANGE OF PRODUCTION; RAN SEARCHES IN LAST EDD PROCESSED CONCORDANCE DATABASE FOR SEARCH TERMS PER C. MALLON FOR REVIEW |
| BURDICK, TODD A. | 4/3/2009 | 3.00 | 0.00 | 0.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE; COMPLETE PROJECT |
| MAJOR, ALEXANDER W. | 4/3/2009 | 1.40 | 285.00 | 399.00 | REVISED MOTION FOR COMMISSION FOR OHIO SUBPOENA WITH EMAIL TO C. MALLON AND S. WEBB |
| MAJOR, ALEXANDER W. | 4/3/2009 | 2.40 | 285.00 | 684.00 | DRAFTED LETTER TO PLAINTIFF'S COUNSEL FOR C. MALLON MEMORIALIZING RESULTS OF DISCOVERY MEET AND CONFER |
| MAJOR, ALEXANDER W. | 4/3/2009 | 0.70 | 285.00 | 199.50 | EMAIL TO C. MALLON AND S. WEBB ABOUT THE REQUIREMENT FOR LOCAL COUNSEL FOR OHIO SUBPOENA & COMMUNICATIONS WITH SUCH POSSIBLE COUNSEL WHO ASSISTED IN PREPARATION OF OHIO SUBPOENAS |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MAJOR, ALEXANDER W. | 4/3/2009 | 1.80 | 285.00 | 513.00 | DRAFTING OHIO SUBPOENA REQUESTS |
| MALLON, COLLEEN M. | 4/3/2009 | 0.70 | 415.00 | 290.50 | MEETING W/A. MAJOR RE: MOTION FOR ISSUANCE OF SUBPOENA ON PFG VENTURES; REVIEW SAME; MEETING W/M. SWINBURNE RE: DOCUMENT PRODUCTION |
| REYES, CLAUDIA | 4/3/2009 | 4.00 | 255.00 | 1,020.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS. EMAILS TO T. BURDICK REGARDING SAME. |
| SCOTT, TRACEY M. | 4/3/2009 | 1.90 | 0.00 | 0.00 | QC AND EXPORT DEERFIELD CONVERTED DATA |
| SWINBURNE, MATHEW R. | 4/3/2009 | 6.80 | 265.00 | 1,802.00 | REVIEW DOCUMENTS IN NEW HARD COPY PRODUCTION DATABASE FOR RELEVANCE AND PRIVILEGE; REVIEW DOCUMENTS IN S. CAMPBELL DATABASE; PROOF DOCUMENT PRODUCTION IN IPRO; SEND PRODUCTION TO PLAINTIFF'S COUNSEL ALONG WITH CUSTODIAN SHEET FOR THE 2/2/09 DOCUMENT PRODUCTION |
| WEBB, G. STEWART, JR. | 4/3/2009 | 0.20 | 635.00 | 127.00 | REVIEW MOTION FOR COMMISSION RE INFORMER AND E-MAIL RE SAME |
| BAGWANDEEN, NAMRATA R. | 4/6/2009 | 1.60 | 0.00 | 0.00 | UPLOAD 04/03 PRODUCTION INTO IPRO AND CONCORDANCE FOR REVIEW AND CODING |
| BURDICK, TODD A. | 4/6/2009 | 1.60 | 180.00 | 288.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE; COMPLETE NEW SET OF DOCUMENTS ADDED TO PRODUCTION |
| MAJOR, ALEXANDER W. | 4/6/2009 | 2.10 | 285.00 | 598.50 | ELECTRONIC DOCUMENT REVIEW OF 'NEWLY ADDED' S. COLLETT FILES |
| REYES, CLAUDIA | 4/6/2009 | 2.50 | 255.00 | 637.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SCOTT, TRACEY M. | 4/6/2009 | 1.10 | 205.00 | 225.50 | DEDUPLICATE DEERFIELD DATABASE; CREATE GLOBAL DUPLICATE FIELD IN DATABASE |
| BAGWANDEEN, NAMRATA R. | 4/7/2009 | 2.30 | 0.00 | 0.00 | UPLOAD PLAINTIFF'S PRODUCTION INTO IPRO AND CONCORDANCE FOR CODING |
| MAJOR, ALEXANDER W. | 4/7/2009 | 2.80 | 285.00 | 798.00 | STARTED/COMPLETED ELECTRONIC DOCUMENT REVIEW OF URSO FILES |
| MAJOR, ALEXANDER W. | 4/7/2009 | 5.30 | 285.00 | 1,510.50 | ELECTRONIC DOCUMENT REVIEW OF 'NEWLY ADDED' S. COLLETT FILES |
| MALLON, COLLEEN M. | 4/7/2009 | 1.20 | 415.00 | 498.00 | EDIT/REVISE LETTER TO PLAINTIFF'S COUNSEL RE: DISCOVERY ISSUES |
| REYES, CLAUDIA | 4/7/2009 | 2.50 | 255.00 | 637.50 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS. EMAILS REGARDING SAME. |
| WEBB, G. STEWART, JR. | 4/7/2009 | 0.20 | 635.00 | 127.00 | ANALYSIS RE TOTAL PRINT SPEND; E-MAILS RE SAME |
| WEBB, G. STEWART, JR. | 4/7/2009 | 0.30 | 635.00 | 190.50 | E-MAILS WITH MONOHAN RE BANKRUPTCY APPROVAL |
| MAJOR, ALEXANDER W. | 4/8/2009 | 6.90 | 285.00 | 1,966.50 | PREPARING S. COLLETT AND URSO FILES FOR PRODUCTION S COLLETT (1.8) AND ELECTRONIC DOCUMENT REVIEW OF S. CAMPBELL FILES (5.1) |
| BAGWANDEEN, NAMRATA R. | 4/9/2009 | 2.40 | 180.00 | 432.00 | COORDINATE WITH M. SWINBURNE AND A. MAJOR AND PULL TOGETHER DOCUMENT LIST FOR ALL RELEVANT AND HOT DOCS NEEDED TO BE IMAGED FOR PRODUCTION |
| MAJOR, ALEXANDER W. | 4/9/2009 | 0.80 | 0.00 | 0.00 | PREPARED FOR REVIEW URSO BY EXAMINING PARENT/CHILD DOCUMENTS |
| MAJOR, ALEXANDER W. | 4/9/2009 | 1.80 | 0.00 | 0.00 | PARENT/CHILD RECONCILIATION OF ELECTRONIC DOCUMENT REVIEW OF SCOTT CAMPBELL AND URSO FILES FOR PRODUCTION |
| MAJOR, ALEXANDER W. | 4/9/2009 | 3.60 | 285.00 | 1,026.00 | ELECTRONIC DOCUMENT REVIEW OF S. CAMPBELL FILES |
| MAJOR, ALEXANDER W. | 4/9/2009 | 0.50 | 0.00 | 0.00 | IDENTIFIED PROFORMA FRANCHISE AGREEMENT PROVIDED BY PLAINTIFF IN THEIR PRODUCTION FOR C. MALLON, EMAILED COPY OF THE DOCUMENT |
| MALLON, COLLEEN M. | 4/9/2009 | 0.20 | 415.00 | 83.00 | REVIEW FRANCHISE AGREEMENT |
| SCOTT, TRACEY M. | 4/9/2009 | 2.20 | 0.00 | 0.00 | TIFF URSO AND SCOLLETT DOCUMENTS FOR PRODUCTION; MANUAL TIFF OF EXCEPTION FILES |
| SWINBURNE, MATHEW R. | 4/9/2009 | 0.60 | 265.00 | 159.00 | REVIEWED DOCUMENTS IN LAKE CHARLES DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 4/9/2009 | 0.20 | 635.00 | 127.00 | REVIEW REVISIONS TO CONFIDENTIALITY AGREEMENT AND E-MAIL RE SAME |
| BAGWANDEEN, NAMRATA R. | 4/10/2009 | 2.10 | 0.00 | 0.00 | RUN PRODUCTION BUILD; CREATE CUSTODIAN REFERENCE SPREADSHEET FOR DOCUMENT RANGES; BURN/LABEL PRODUCTION CD |
| MAJOR, ALEXANDER W. | 4/10/2009 | 6.30 | 285.00 | 1,795.50 | ELECTRONIC DOCUMENT REVIEW OF S. CAMPBELL FILES |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MAJOR, ALEXANDER W. | 4/10/2009 | 0.30 | 285.00 | 85.50 | REVIEWED AND EDITED LETTER TO PLAINTIFF'S COUNSEL MEMORIALIZING DISCOVERY MEET AND CONFER AGREEMENTS |
| MALLON, COLLEEN M. | 4/10/2009 | 0.70 | 415.00 | 290.50 | EDIT/REVISE CONFIDENTIALITY AGREEMENT; FINALIZE LETTER RE: MEET AND CONFER; MEETING WITH M. SWINBURNE RE: REVIEW OF DOCUMENTS |
| SWINBURNE, MATHEW R. | 4/10/2009 | 2.30 | 265.00 | 609.50 | PROOF DOCUMENT PRODUCTION; DRAFT COVER LETTER TO ACCOMPANY DOCUMENT PRODUCTION AND MAIL DOCUMENT PRODUCTION; REVIEW DOCUMENTS IN LAKE CHARLES DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 4/10/2009 | 0.80 | 635.00 | 508.00 | REVIEW LETTER RE DISCOVERY RESPONSES OF GLOBAL; REVIEW GLOBAL FRANCHISE AGREEMENT; E-MAIL TO EXPERT RE SAME |
| WEBB, G. STEWART, JR. | 4/11/2009 | 0.10 | 635.00 | 63.50 | E-MAIL RE EXPERT MATERIALS |
| BAGWANDEEN, NAMRATA R. | 4/13/2009 | 1.40 | 0.00 | 0.00 | PLACE 04/10 PRODUCTION SET INTO CONCORDANCE AND IPRO FOR CODING |
| MAJOR, ALEXANDER W. | 4/13/2009 | 6.70 | 285.00 | 1,909.50 | COMPLETED ELECTRONIC DOCUMENT REVIEW OF SCOTT CAMPBELL FILES |
| MALLON, COLLEEN M. | 4/13/2009 | 0.10 | 415.00 | 41.50 | REVIEW EMAILS FROM M. ARGENT RE: EXECUTED VERSION OF CONFIDENTIALITY AGREEMENT |
| REYES, CLAUDIA | 4/13/2009 | 1.00 | 255.00 | 255.00 | EMAILS WITH N. BAGWANDEEN AND T. BURDICK REGARDING CODING OF MOST RECENT PRODUCTION. PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS. |
| SWINBURNE, MATHEW R. | 4/13/2009 | 8.90 | 265.00 | 2,358.50 | REVIEW DOCUMENTS IN THE LAKE CHARLES DATABASE FOR RELEVANCE AND PRIVILEGE; MEET WITH SUPPORT CENTER TO HAVE THE LATEST SET OF DEFENDANT'S HARD COPY DOCUMENTS SCANNED AND AVAILABLE FOR UPLOAD BY N. BAGWANDEEN |
| WEBB, G. STEWART, JR. | 4/13/2009 | 0.50 | 635.00 | 317.50 | REVIEW PROFORMA/GLOBAL FRANCHISE AGREEMENT |
| BURDICK, TODD A. | 4/14/2009 | 1.70 | 0.00 | 0.00 | RECEIVE NEW BATCH OF DOCUMENTS FOR CODING IN THIS MATTER; CODE ALL MATERIAL |
| MAJOR, ALEXANDER W. | 4/14/2009 | 8.30 | 285.00 | 2,365.50 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD DATA FILE |
| MALLON, COLLEEN M. | 4/14/2009 | 0.30 | 415.00 | 124.50 | REVIEW FRANCHISE AGREEMENT BETWEEN GLOBAL AND PROFORMA |
| REYES, CLAUDIA | 4/14/2009 | 2.50 | 0.00 | 0.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS |
| SWINBURNE, MATHEW R. | 4/14/2009 | 5.10 | 265.00 | 1,351.50 | REVIEW DOCUMENTS IN THE LAKE CHARLES DATABASE FOR RELEVANCE AND PRIVILEGE |
| MAJOR, ALEXANDER W. | 4/15/2009 | 7.40 | 285.00 | 2,109.00 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD DATA FILE |
| REYES, CLAUDIA | 4/15/2009 | 4.50 | 0.00 | 0.00 | PER C. MALLON, CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS. QUALITY CHECK AND EDIT RECENT ENTRIES. |
| SWINBURNE, MATHEW R. | 4/15/2009 | 3.40 | 265.00 | 901.00 | REVIEW DOCUMENTS IN LAKE CHARLES DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 4/15/2009 | 0.60 | 635.00 | 381.00 | REVIEW AND REVISE BANKRUPTCY EMPLOYMENT APPLICATION; DISCUSS WITH D. RICE |
| MAJOR, ALEXANDER W. | 4/16/2009 | 6.90 | 285.00 | 1,966.50 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD DATA FILE |
| SWINBURNE, MATHEW R. | 4/16/2009 | 3.60 | 265.00 | 954.00 | REVIEW DOCUMENTS IN LAKE CHARLES DATABASE FOR RELEVANCE AND PRIVILEGE |
| MAJOR, ALEXANDER W. | 4/17/2009 | 5.70 | 285.00 | 1,624.50 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD DATA FILE |
| SWINBURNE, MATHEW R. | 4/17/2009 | 5.60 | 265.00 | 1,484.00 | REVIEW DOCUMENTS IN LAKE CHARLES DATABASE FOR RELEVANCE AND PRIVILEGE |
| MAJOR, ALEXANDER W. | 4/18/2009 | 3.10 | 285.00 | 883.50 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD DATA FILE |
| SWINBURNE, MATHEW R. | 4/19/2009 | 2.40 | 0.00 | 0.00 | REVIEW DOCUMENTS IN THE LAKE CHARLES NONLEGAL HOLD DATABASE FOR RELEVANCE AND PRIVILEGE |
| MAJOR, ALEXANDER W. | 4/20/2009 | 4.80 | 0.00 | 0.00 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD FILES |
| MALLON, COLLEEN M. | 4/20/2009 | 0.30 | 415.00 | 124.50 | REVIEW M. BAKER'S EMAILS RE: ALLTECH INVOICES AND RELATED ISSUES |
| SWINBURNE, MATHEW R. | 4/20/2009 | 5.60 | 265.00 | 1,484.00 | REVIEW DOCUMENTS IN LAKE CHARLES NONLEGALHOLD DATABASE FOR PRIVILEGE AND RELEVANCE; |
| MAJOR, ALEXANDER W. | 4/21/2009 | 3.70 | 285.00 | 1,054.50 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD FILES |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| SWINBURNE, MATHEW R. | 4/21/2009 | 2.80 | 265.00 | 742.00 | REVIEW DOCUMENTS IN LAKE CHARLES NONLEGALHOLD DATABASE FOR PRIVILEGE AND RELEVANCE |
| MAJOR, ALEXANDER W. | 4/22/2009 | 5.30 | 285.00 | 1,510.50 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD FILES |
| MAJOR, ALEXANDER W. | 4/22/2009 | 2.10 | 285.00 | 598.50 | INITIAL PRIVILEGE SCREEN AND RECONCILIATION OF NONENCYPT DATABASE PRIOR TO ASSEMBLING PRIVILEGE LOG |
| MALLON, COLLEEN M. | 4/22/2009 | 0.40 | 415.00 | 166.00 | MEETING WITH M. MALONEY RE: PUTTING TOGETHER PRIVILEGE LOG; MEETING WITH M. MALONEY AND M. SWINBURNE RE: SAME |
| MALONEY, MEGHAN E. | 4/22/2009 | 3.70 | 0.00 | 0.00 | REVIEW GRACE DOCUMENTS AND DRAFT PRIVILEGE LOG. |
| MALONEY, MEGHAN E. | 4/22/2009 | 0.90 | 290.00 | 261.00 | MEET W/ M. SWINBURNE TO DISCUSS CREATION OF PRIVILEGE LOG. |
| MALONEY, MEGHAN E. | 4/22/2009 | 0.20 | 290.00 | 58.00 | MEET W/ C. MALLON TO DISCUSS CREATION OF PRIVILEGE LOG. |
| SWINBURNE, MATHEW R. | 4/22/2009 | 7.40 | 265.00 | 1,961.00 | REVIEW LAKE CHARLES NONLEGALHOLD DATABASE FOR RELEVANCE AND PRIVILEGE; REVIEW HARDCOPY DOCUMENTS FROM CHERYL HANLON FOR RELEVANCE AND PRIVILEGE; CHECK NONPROFORMA INVOICES FOR CONFIDENTIAL INFORMATION IN PREPARATION FOR PRODUCTION; MET WITH A. MAJOR AND C. MALLON RE: STATUS OF DOCUMENT REVIEW AND PRIVILEGE LOG; MET WITH M. MALONEY RE: PRIVILEGE LOG; PHONE CALL WITH M. MALONEY RE: PRIVILEGE LOG; RECONCILE PRIVILEGE DOCUMENT ISSUES IN CONCORDANCE DATABASES |
| BAGWANDEEN, NAMRATA R. | 4/23/2009 | 1.30 | 0.00 | 0.00 | PULL DOCIDS FROM CONCORDANCE DATABASES PER M. SWINBURNE FOR PRODUCTION AND SEND TO EDD FOR IMAGING; UPLOAD IMAGES INTO IPRO COLLECTION FOR REVIEW |
| MAJOR, ALEXANDER W. | 4/23/2009 | 4.30 | 0.00 | 0.00 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD FILES |
| MAJOR, ALEXANDER W. | 4/23/2009 | 2.20 | 285.00 | 627.00 | INITIAL PRIVILEGE SCREEN AND RECONCILIATION OF NONENCRYPT DATABASE PRIOR TO ASSEMBLING PRIVILEGE LOG |
| MALLON, COLLEEN M. | 4/23/2009 | 1.10 | 415.00 | 456.50 | MEETINGS WITH M. SWINBURNE RE: STATUS OF GRACE REVIEW AND PRIVILEGE LOG; PREPARE FOR CALL WITH CLIENT; MEETING WITH S. WEBB RE: CALL WITH CLIENT; TELEPHONE CALL WITH S. WEBB AND D. KUCHINSKY RE: STATUS OF ELECTRONIC PRODUCTION AND RELATED ITEMS |
| MALONEY, MEGHAN E. | 4/23/2009 | 5.90 | 290.00 | 1,711.00 | REVIEW GRACE DOCUMENTS AND DRAFT PRIVILEGE LOG. |
| SCOTT, TRACEY M. | 4/23/2009 | 1.80 | 205.00 | 369.00 | CONVERT LAKECHARLES AND SCAMPBELL DOCUMENTS TO TIFF FORMAT FOR PRODUCTION; QC AND EXPORT TIFFS - N. BAGWANDEEN |
| SWINBURNE, MATHEW R. | 4/23/2009 | 2.50 | 265.00 | 662.50 | MET WITH C. MALLON RE: PRIVILEGE LOG; TELEPHONE CALL WITH M. MALONEY RE: PRIVILEGE LOG QUESTIONS; TELEPHONE CALLS AND EMAILS WITH N. BAGWANDEEN REGARDING GRACE DOCUMENT PRODUCTION; BEGIN PROOFING DOCUMENT PRODUCTION |
| BAGWANDEEN, NAMRATA R. | 4/24/2009 | 2.10 | 180.00 | 378.00 | PULL DOCUMENTS OUT OF PRODUCTION; RUN BUILD PER M. SWINBURNE; CREATE CUSTODIAN CROSS REFERENCE LIST; BURN/LABEL ALL DATA TO DISK |
| MAJOR, ALEXANDER W. | 4/24/2009 | 3.90 | 285.00 | 1,111.50 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD FILES |
| SWINBURNE, MATHEW R. | 4/24/2009 | 3.60 | 265.00 | 954.00 | PROOF DOCUMENT PRODUCTION; TELEPHONE CALL WITH N. BAGWANDEEN RE: DOCUMENT PRODUCTION; DRAFT COVER LETTER FOR DOCUMENT PRODUCTION AND MAIL DOCUMENT PRODUCTION TO OPPOSING COUNSEL; REVIEW DOCUMENTS IN DEERFIELD DATABASE FOR RELEVANCE AND PRIVILEGE; |
| WEBB, G. STEWART, JR. | 4/24/2009 | 0.50 | 635.00 | 317.50 | WORK ON BANKRUPTCY APPLICATION |
| MAJOR, ALEXANDER W. | 4/26/2009 | 2.90 | 285.00 | 826.50 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD FILES |
| SWINBURNE, MATHEW R. | 4/26/2009 | 2.70 | 0.00 | 0.00 | REVIEW DOCUMENTS IN DEERFIELD DATABASE FOR RELEVANCE AND PRIVILEGE |
| WEBB, G. STEWART, JR. | 4/26/2009 | 1.20 | 635.00 | 762.00 | WORK ON APPLICATION FOR APPOINTMENT AS SPECIAL LITIGATION COUNSEL |
| BAGWANDEEN, NAMRATA R. | 4/27/2009 | 2.40 | 180.00 | 432.00 | UPDATE FINAL PRODUCTION CONCORDANCE DATABASE WITH PREVIOUS PRODUCTION; EXTRACT OCR AND IMPORT INTO FINAL DATABASE; UPLOAD SECOND PLAINTIFF RESPONSE INTO IPRO AND BEGIN EXTRACTING OCR FOR CORRESPONDING CONCORDANCE DATABASE |

| Attorney | Date | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| BURDICK, TODD A. | 4/27/2009 | 1.20 | 180.00 | 216.00 | DISCOVERY; RECEIVE NEW DOCUMENT FROM N. BAGWANDEEN THAT NEED TO BE CODED; BEGIN CODING DOCUMENTS |
| MAJOR, ALEXANDER W. | 4/27/2009 | 8.60 | 285.00 | 2,451.00 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD FILES; RECONCILED FIRST 10,000 DOCUMENTS FOR EVENTUAL PRODUCTION |
| MALONEY, MEGHAN E. | 4/27/2009 | 7.00 | 290.00 | 2,030.00 | REVIEW GRACE DOCUMENTS AND DRAFT PRIVILEGE LOG. |
| REYES, CLAUDIA | 4/27/2009 | 0.50 | 0.00 | 0.00 | EMAILS WITH N. BAGWANDEEN AND T. BURDICK REGARDING RECENT PRODUCTION FOR CODING. |
| WEBB, G. STEWART, JR. | 4/27/2009 | 3.20 | 635.00 | 2,032.00 | WORK ON APPLICATION; E-MAILS RE SAME; TELEPHONES WITH BANKRUPTCY LAWYERS AND DISCUSS WITH DE RICE |
| BAGWANDEEN, NAMRATA R. | 4/28/2009 | 1.30 | 0.00 | 0.00 | UPLOAD SECOND SET OF PLAINTIFF RESPONSE INTO CONCORDANCE AND IPRO DATABASES PER M. SWINBURNE |
| BURDICK, TODD A. | 4/28/2009 | 1.80 | 0.00 | 0.00 | DISCOVERY; PER C. MALLON, COMPLETE CODING OF NEW PRODUCTION OF DOCUMENTS |
| MAJOR, ALEXANDER W. | 4/28/2009 | 5.70 | 285.00 | 1,624.50 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD FILES; RECONCILED FIRST 10,000 DOCUMENTS FOR EVENTUAL PRODUCTION |
| MALONEY, MEGHAN E. | 4/28/2009 | 6.40 | 290.00 | 1,856.00 | REVIEW GRACE DOCUMENTS AND DRAFT PRIVILEGE LOG. |
| REYES, CLAUDIA | 4/28/2009 | 4.00 | 255.00 | 1,020.00 | CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS. EMAILS REGARDING SAME. |
| SWINBURNE, MATHEW R. | 4/28/2009 | 2.70 | 265.00 | 715.50 | REVIEW DOCUMENTS IN DEERFIELD DATABASE FOR RELEVANCE AND PRIVILEGE; REVIEW PRIVILEGE LOG WITH M. MALONEY; TELEPHONE CALL WITH M. MALONEY RE: PRIVILEGE LOG ISSUES |
| MAJOR, ALEXANDER W. | 4/29/2009 | 6.40 | 285.00 | 1,824.00 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD FILES |
| MALONEY, MEGHAN E. | 4/29/2009 | 7.80 | 290.00 | 2,262.00 | REVIEW GRACE DOCUMENTS AND DRAFT PRIVILEGE LOG. |
| REYES, CLAUDIA | 4/29/2009 | 3.50 | 255.00 | 892.50 | CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS. EMAILS WITH N. BAGWANDEEN REGARDING SAME. |
| SWINBURNE, MATHEW R. | 4/29/2009 | 1.40 | 265.00 | 371.00 | REVIEW DOCUMENTS IN DEERFIELD DATABASE FOR RELEVANCE AND PRIVILEGE; TELEPHONE CALL WITH M. MALONEY RE: PRIVILEGE LOG ISSUES |
| MAJOR, ALEXANDER W. | 4/30/2009 | 8.70 | 285.00 | 2,479.50 | ELECTRONIC DOCUMENT REVIEW OF DEERFIELD FILES |
| SWINBURNE, MATHEW R. | 4/30/2009 | 0.90 | 265.00 | 238.50 | REVIEW DOCUMENTS IN DEERFIELD DATABASE FOR RELEVANCE AND PRIVILEGE |
|  |  | **351.70** |  | **83,870.50** |  |

**Advice in Connection with Labor and Employment Matters**

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| AYRES, JEFFREY P. | 4/17/2009 | 0.30 | 495.00 | 148.50 | TELEPHONE CALL TO J. FORGACH RE RIF ISSUES |
|  |  | **0.30** |  | **148.50** |  |

**Advice in Connection with Preparation of Employment Application**

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| RICE, DAVID EUGENE | 4/27/2009 | 1.50 | 495.00 | 742.50 | CONFERENCES WITH G. S. WEBB; CALL MONAHAN WITH GSB |
| RICE, DAVID EUGENE | 4/28/2009 | 0.20 | 495.00 | 99.00 | CONFERENCE WITH L. B. TANCREDI |
| TANCREDI, LISA B. | 4/28/2009 | 0.40 | 430.00 | 172.00 | CONFERENCE WITH D. E. RICE RE: RETENTION ISSUES; TELEPHONE CALL WITH WEBB RE: RETENTION ISSUES |
| DIERDORFF, DOROTHY M. | 4/29/2009 | 2.80 | 0.00 | 0.00 | OBTAIN DOCUMENTS FOR L. B. TANCREDI; ORDER DOCUMENTS FROM SERVICE COMPANY |
| TANCREDI, LISA B. | 4/29/2009 | 3.00 | 430.00 | 1,290.00 | REVIEW CONFLICTS AND DISCLOSURE ISSUES; TELEPHONE CALL WITH CLIENT FILES RE: SAME; ORGANIZE DISCLOSURE SEARCHES |
|  |  | **7.90** |  | **2,303.50** |  |
|  |  | **359.90** |  | **86,322.50** |  |

* In the interest of billing judgment, $13,371.00 was written off for the period April 1, 2009 through April 30, 2009. These fees reflect these reductions. Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

**Monthly Statement of Venable LLP in Support of Interim Fee Application**
**Expense Detail April 1, 2009 through April 30, 2009**

| Date | Description | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| 4/3/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 9.05 | UPS - THOMAS & LIBOWITZ, P.A., 100 LIGHT STREET SUITE 1100, BALTIMORE, MD 21202 |
| 4/10/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - THOMAS & LIBOWITZ, P.A., 100 LIGHT STREET, SUITE 1100, BALTIMORE, MD 21202 |
| 4/24/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - THOMAS & LIBOWITZ, P.A., 100 LIGHT STREET, SUITE 1100, BALTIMORE, MD 21202 |
| 4/27/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 9.67 | UPS - KIRKLAND & ELLIS LLP, 300 NORTH LASALLE ST., CHICAGO, IL 60654 |
| | | | | **33.30** | |
| 4/29/2009 | CONFERENCING SERVICES | | | 2.28 | C MALLON-4/23/09-CONFERENCING SERVICES |
| | | | | **2.28** | |
| 4/29/2009 | COPY OF DOCKET | | | 38.60 | INVOICE 173692 - COPY OF DOCKET |
| 4/29/2009 | COPIES OF NIBS | | | 161.00 | INVOICE 173385 - COPIES OF NIBS |
| | | | | **199.60** | |
| 4/1/2009 | INTERNAL REPRODUCTION COSTS | 3 | 0.10 | 0.30 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 4/3/2009 | INTERNAL REPRODUCTION COSTS | 6 | 0.10 | 0.60 | PHOTOCOPIES MADE BY SWINBURNE, MATHEW R. |
| 4/3/2009 | INTERNAL REPRODUCTION COSTS | 16 | 0.10 | 1.60 | PHOTOCOPIES MADE BY SWINBURNE, MATHEW R. |
| 4/10/2009 | INTERNAL REPRODUCTION COSTS | 9 | 0.10 | 0.90 | PHOTOCOPIES MADE BY SWINBURNE, MATHEW R. |
| 4/10/2009 | REPRODUCTION COSTS | | | 270.00 | G. STEWART WEBB, JR. COPY OF PROFORMA UFOC |
| 4/13/2009 | INTERNAL REPRODUCTION COSTS | 34 | 0.10 | 3.40 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 4/24/2009 | INTERNAL REPRODUCTION COSTS | 13 | 0.10 | 1.30 | PHOTOCOPIES MADE BY SWINBURNE, MATHEW R. |
| | | | | **278.10** | |

1

EXHIBIT F

| Date | Description | Amount | Detail |
|---|---|---|---|
| 4/2/2009 | LONG DISTANCE TELEPHONE | 2.08 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 4/2/2009 | LONG DISTANCE TELEPHONE | 7.64 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 4/3/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 4/27/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 4/27/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 4/27/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| | | **12.52** | |
| 4/8/2009 | POSTAGE | 1.66 | WEBB, G. STEWART, JR. |
| 4/9/2009 | POSTAGE | 3.02 | WEBB, G. STEWART, JR. |
| 4/13/2009 | POSTAGE | 1.66 | WEBB, G. STEWART, JR. |
| | | **6.34** | |
| 4/7/2009 | SPECIAL ORDER SUPPLIES | 0.00 | BINDERS |
| 4/9/2009 | SPECIAL ORDER SUPPLIES | -4.79 | RETURN OF BINDERS |
| | | **-4.79** | |
| | **Total** | **527.35** | |

2