EXHIBIT G

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## SUMMARY STATEMENT OF VENABLE LLP OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITITATION COUNSEL FOR THE MONTHLY PERIOD MAY 1, 2009 THROUGH MAY 31, 2009

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order[2] entered June 24, 2009, effective as of May 22, 2009[3]** |
| Period for which compensation and reimbursement is sought: | **May 1, 2009 through May 31, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary for the period: | **$49,737.50** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Terms not defined herein shall have the meanings ascribed to them in the Interim Verified Application of Venable LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Thirty-First, Thirty-Second and Thirty-Third Quarters from November 1, 2008 through June 30, 2009 (the "Fee Application"), to which this statement is an exhibit.

[3] Venable was previously serving as an "Ordinary Course Professional" pursuant the OCP Order. The Retention Order entitles and instructs Venable to seek application for its outstanding fees and expenses in excess of the Monthly Caps.

BA3DOCS1-#429102-v2-WR_Grace_Monthly_Fee_Application_May_2009.DOC

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$573.59** |
| Fees and Expenses received in accordance with the OCP Order: | **($50,000.00)** |
| May 2009 Fee and Expenses in Excess of $50,000 OCP Cap Requested pursuant to this Application: | **$311.09** |

This is a _x_ monthly ___ interim ___ final application.

    This is Venable's monthly statement for interim compensation of services for the interim period May 1, 2009 through May 31, 2009. This is the first fee application filed by Venable to date. Subsequent to this Fee Application, including for July 2009 and afterward, Venable will continue to file monthly and quarterly fee applications in accordance with the Amended Interim Compensation Order.

    In the Fee Application, Venable seeks to recover amounts due and owing Venable for November 2008 through June 2009 to the extent that they have not been paid pursuant to the OCP Order. The following chart reflects the total professional services rendered and the actual and necessary expenses incurred by Venable during the Fee Period. Venable has received partial payment of these amounts pursuant to the OCP Order as follows:

| | Fees | Expenses | Total | Received pursuant to OCP Order | Balance Owing Venable LLP |
|---|---|---|---|---|---|
| November 2008 | $58,501.50 | $2,187.29 | $60,688.79 | $18,646.12 | $42,042.67 |
| December 2008 | $77,025.50 | $1,871.49 | $78,896.99 | $50,076.00 | $28,820.99 |
| January 2009 | $49,863.00 | $412.42 | $50,275.42 | $50,698.00 | ($422.58) |
| February 2009 | $165,610.50 | $177.86 | $165,788.36 | $50,000.00 | $115,788.36 |
| March 2009 | $144,644.50 | $254.24 | $144,898.74 | $50,363.18 | $94,535.56 |
| April 2009 | $86,322.50 | $527.35 | $86,849.85 | $50,148.50 | $36,701.35 |
| May 2009 | $49,737.50 | $573.59 | $50,311.09 | $50,000.00 | $311.09 |

| | | | | | |
|---|---|---|---|---|---|
| June 2009 | $77,589.00 | $400.82 | $77,989.82 | $337.00 | $77,652.82 |
| Total | $709,294.00 | $6,405.06 | $715,699.06 | $320,268.80 | $395,430.26 |

The Venable attorneys who rendered professional services in these cases during the period May 1, 2009 through May 31, 2009 are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Alexander W. Major | Associate | 2005 | Litigation | $285.00 | 41.8 | $11,913.00 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 14.5 | $6,017.50 |
| Meghan E. Maloney | Staff Attorney | 2003 | Litigation | $290.00 | 29.8 | $8,642.00 |
| Mathew R. Swinburne | Associate | 2008 | Litigation | $265.00 | 34.0 | $9,010.00 |
| David E. Rice | Partner | 1980 | Business | $495.00 | 0.4 | $198.00 |
| Lisa B. Tancredi | Partner | 1993 | Business | $430.00 | 15.3 | $6,579.00 |
| G. Stewart Webb, Jr. | Partner | 1975 | Litigation | $635.00 | 10.2 | $6,477.00 |
| | | | | | Total for all attorneys | $48,836.50 |
| | | | | | (Less write-off) | ($3,646.50) |
| | | | | | Total | $45,190.00 |

The paraprofessionals of Venable who rendered professional services in these cases during the period May 1, 2009 through May 31, 2009 are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Namrata R. Bagwandeen | Technology Services | 8 | Technology Services | $180.00 | 3.4 | $612.00 |
| Todd A. Burdick | Paralegal | 3 | Litigation | $180.00 | 8.4 | $1,512.00 |

EXHIBIT G

| Claudia Reyes | Paralegal | 9 | Litigation | $255.00 | 14.0 | $3,570.00 |
|---|---|---|---|---|---|---|
| | | | | Total for all paraprofessionals | | $5,694.00 |
| | | | | | (Less write-off) | ($1,146.50) |
| | | | | | Total | $4,547.50 |

### Compensation by Matter

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with the Global Printing Litigation | 156.0 | $47,753.50 |
| Advice in Connection with Preparation of Employment Application | 15.7 | $6,777.00 |
| Total for all matters | | $54,530.50 |
| (Less write-off) | | ($4,793.00) [4] |
| Total | | $49,737.50 |

### Expense Summary

| Service Description | Amount |
|---|---|
| Commercial Messenger | $127.92 |
| Conferencing Services | $20.40 |
| Legal Research/Westlaw | $395.00 |
| Long Distance Telephone | $23.63 |
| Postage | $6.64 |
| Total of Expenses | $573.59 |

Venable has not previously filed a monthly application for these amounts. Compensation for these amounts is being sought in the Fee Application to which this statement is an exhibit. However, Venable has been regularly compensated pursuant to the OCP order, including $50,000.00 for the period May 1, 2009 through May 31, 2009.

Fee and expense detail with respect to these amounts is attached hereto.

---

[4] Venable also wrote off additional amounts, related primarily to technology services. To the extent no time was billed for an individual's services, they have not been included in the above charts. The time incurred by these individuals as well as the total write-off amounts are provided in the attached fee detail.

Monthly Statement of Venable LLP in Support of First Interim Fee Application
Fee Detail May 1, 2009 through May 31, 2009

*Advice in Connection with Global Printing Litigation*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| BAGWANDEEN, NAMRATA R. | 5/1/2009 | 0.40 | 0.00 | 0.00 | RECONCILE PARENT/CHILD DOCS IN DEERFIELD DATABASE PER A. MAJOR FOR REVIEW |
| MAJOR, ALEXANDER W. | 5/1/2009 | 7.60 | 285.00 | 2,166.00 | COMPLETED REVIEW OF DEERFIELD DATABASE - SENT FOR PARENT/CHILD RECONCILIATION |
| MAJOR, ALEXANDER W. | 5/4/2009 | 1.90 | 0.00 | 0.00 | RECONCILING DEERFIELD DATABASE PARENT/CHILD DOCUMENTS |
| MALONEY, MEGHAN E. | 5/4/2009 | 6.90 | 290.00 | 2,001.00 | REVIEW GRACE DOCUMENTS AND DRAFT PRIVILEGE LOG. |
| BREON, BRUCE | 5/5/2009 | 0.30 | 0.00 | 0.00 | COPY FILES TO EXTERNAL HARD DRIVE PROVIDED BY BIA |
| MALONEY, MEGHAN E. | 5/5/2009 | 7.10 | 290.00 | 2,059.00 | REVIEW GRACE DOCUMENTS AND DRAFT PRIVILEGE LOG. |
| SWINBURNE, MATHEW R. | 5/5/2009 | 2.40 | 265.00 | 636.00 | PHONE CALLS WITH M. MALONEY RE: PRIVILEGE LOG ISSUES; WORK ON PRIVILEGE LOG OF HARD COPY DOCUMENTS; |
| BREON, BRUCE | 5/6/2009 | 0.30 | 0.00 | 0.00 | COPY FILES TO EXTERNAL HARD DRIVE PROVIDED BY BIA |
| MALLON, COLLEEN M. | 5/6/2009 | 0.50 | 353.34 | 176.67 | REVIEW M. ARGENT'S LETTER RE: SUPPLEMENTAL DISCOVERY RESPONSES AND ANALYSIS OF SAME |
| MALONEY, MEGHAN E. | 5/6/2009 | 7.10 | 290.00 | 2,059.00 | REVIEW GRACE DOCUMENTS AND DRAFT PRIVILEGE LOG. |
| SWINBURNE, MATHEW R. | 5/6/2009 | 3.70 | 265.00 | 980.50 | WORK ON PRIVILEGE LOG FOR DOCUMENTS THAT WERE PRODUCED IN HARD COPY AND PROOF PRIVILEGE LOGS GENERATED BY M. MALONEY |
| MALLON, COLLEEN M. | 5/8/2009 | 1.80 | 353.34 | 636.02 | MEETING WITH A. MAJOR RE: TAGGING PLAINTIFFS' DOCUMENTS; MEETING WITH M. SWINBURNE RE: PRIVILEGE LOG; REVIEW M. ARGENT'S LETTER RE: SUPPLEMENTAL DISCOVERY RESPONSES AND REVIEW SUPPLEMENTAL RESPONSES |
| SWINBURNE, MATHEW R. | 5/8/2009 | 4.00 | 265.00 | 1,060.00 | CONTACT N. BAGWANDEEN RE: UPLOADING THE NEW PROFORMA DOCUMENT PRODUCTION; PROOF PRIVILEGE LOG; MET WITH C. MALLON RE: PRIVILEGE LOG |
| MAJOR, ALEXANDER W. | 5/11/2009 | 2.10 | 285.00 | 598.50 | BEGAN REVIEWING PLAINTIFF'S PRODUCTION |
| MALLON, COLLEEN M. | 5/11/2009 | 0.10 | 353.30 | 35.33 | IDENTIFY MATERIAL NEEDED TO PASS ALONG TO EXPERT |
| MALONEY, MEGHAN E. | 5/11/2009 | 6.50 | 290.00 | 1,885.00 | REVIEW GRACE DOCUMENTS AND DRAFT PRIVILEGE LOG. |
| SWINBURNE, MATHEW R. | 5/11/2009 | 5.20 | 265.00 | 1,378.00 | PROOF PRIVILEGE LOG FOR GLOBALPRINT AND ENCRYPT DATABASES; IDENTIFY INVOICES THAT NEEDED TO BE SENT TO OUR EXPERT WITNESS; UPDATE DOCUMENT PRODUCTION INDEX; |
| BAGWANDEEN, NAMRATA R. | 5/12/2009 | 0.30 | 0.00 | 0.00 | PULL DOCUMENT LIST FOR THOSE NEEDING IMAGE EXTRACTION FROM NATIVE FILES TO TIFFS FOR PRODUCTION IN DEERFIELD DATABASE |
| MAJOR, ALEXANDER W. | 5/12/2009 | 2.30 | 285.00 | 655.50 | PREPARING P-CARD SPREADSHEETS FOR PRODUCTION |
| MAJOR, ALEXANDER W. | 5/12/2009 | 2.20 | 285.00 | 627.00 | MEETINGS WITH C. MALLON (.5) AND S. WEBB (.1) REGARDING REVIEW OF PLAINTIFF GLOBAL'S PRODUCTION AND USE OF DOCUMENTS BY EXPERT. BEGAN REVIEW (1.6) |
| MAJOR, ALEXANDER W. | 5/12/2009 | 2.40 | 285.00 | 684.00 | BEGAN REVIEWING PLAINTIFF'S PRODUCTION |
| MAJOR, ALEXANDER W. | 5/12/2009 | 0.80 | 0.00 | 0.00 | CREATED AN EXCEL SPREADSHEET PER THE REQUEST OF C. MALLON AND S. WEBB TO DEMONSTRATE THAT THE HEADERS IN THE GRACE TOTAL SPEND SPREADSHEETS WERE DIFFERENT, EMAILING/PRINTING OF THE CHART TO FURTHER DEMONSTRATE AND EXPLAIN THAT DIFFERENCE. |
| MALLON, COLLEEN M. | 5/12/2009 | 1.10 | 353.35 | 388.68 | MEETING WITH M. SWINBURNE AND A. MAJOR RE: P-CARD SPREADSHEETS AND UPCOMING PRODUCTION; TELEPHONE CONFERENCE WITH A. MAJOR AND N. BAGWANDEEN RE: DOCUMENTS RECEIVED BY PLAINTIFF; MEETING WITH A. MAJOR RE: P-CARD SPREADSHEETS; MEETING WITH S. WEBB RE: SAME; REVIEW PLAINTIFF'S SECOND SET OF DOCUMENT REQUESTS |
| MALONEY, MEGHAN E. | 5/12/2009 | 2.20 | 290.00 | 638.00 | REVIEW GRACE DOCUMENTS AND DRAFT PRIVILEGE LOG. |
| REYES, CLAUDIA | 5/12/2009 | 0.50 | 0.00 | 0.00 | EMAILS WITH N. BAGWANDEEN, C. MALLON, T. BURDICK REGARDING ADDITION OF RECENT PRODUCTION TO DATABASE AND CODING OF NEW ADDITION. |
| SCOTT, TRACEY M. | 5/12/2009 | 0.50 | 0.00 | 0.00 | BEGIN PROCESS OF TIFFING DEERFIELD PRODUCTION DOCUMENTS - N. BAGWANDEEN |
| SWINBURNE, MATHEW R. | 5/12/2009 | 0.70 | 265.00 | 185.50 | MET WITH A. MAJOR AND C. MALLON RE: THIS WEEKS DOCUMENT PRODUCTION; PROOFING PRIVILEGE LOG MADE BY M. MALONEY |
| WEBB, G. STEWART, JR. | 5/12/2009 | 1.20 | 635.00 | 762.00 | REVIEW DOC REQUEST FROM GLOBAL; DISCUSS WITH MALLON RE DISCOVERY; ATTENTION TO DISCOVERY MOTION AND EXPERT |
| BURDICK, TODD A. | 5/13/2009 | 0.40 | 180.00 | 72.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE; COMPLETE NEW SET OF DOCUMENTS ADDED TO PRODUCTION |
| MAJOR, ALEXANDER W. | 5/13/2009 | 3.60 | 285.00 | 1,026.00 | REVIEWING PLAINTIFF'S PRODUCTION - IDENTIFIED PROBLEMS WITH THEIR PRODUCTION -1 PDF WITH THOUSANDS OF PAGES |
| MAJOR, ALEXANDER W. | 5/13/2009 | 0.50 | 0.00 | 0.00 | MEETING WITH C. MALLON RE: TOTAL SPEND SPREADSHEETS AND PRODUCTION MOVING FORWARD |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| SCOTT, TRACEY M. | 5/13/2009 | 1.60 | 0.00 | 0.00 | QC AND EXPORT OF TIFFED DEERFIELD PRODUCTION DOCUMENTS |
| WEBB, G. STEWART, JR. | 5/13/2009 | 0.10 | 635.00 | 63.50 | DISCUSS WITH MAJOR RE EXPERT MATERIALS |
| BAGWANDEEN, NAMRATA R. | 5/14/2009 | 0.40 | 0.00 | 0.00 | UPLOAD DOCUMENTS INTO IPRO COLLECTION FOR PRODUCTION REVIEW; WORK WITH C. MALLON TO ADDRESS CUSTODIANS PROCESSED FOR DATA EXTRACTION |
| MAJOR, ALEXANDER W. | 5/14/2009 | 1.40 | 285.00 | 399.00 | MEETING W/ C. MALLON RE: DISCOVERY ISSUES, PREPARING FOR DEPOSITIONS, EXPERTS AND REVIEW OF GLOBAL'S PRODUCTION |
| MAJOR, ALEXANDER W. | 5/14/2009 | 2.10 | 285.00 | 598.50 | BEGAN REVIEWING PLAINTIFF'S PRODUCTION |
| MAJOR, ALEXANDER W. | 5/14/2009 | 0.40 | 285.00 | 114.00 | REVIEW DOCUMENTS |
| MALLON, COLLEEN M. | 5/14/2009 | 3.30 | 353.35 | 1,166.04 | MEETING WITH S. WEBB RE: PLAINTIFF'S SECOND SET OF DOCUMENT REQUESTS; TELEPHONE CONFERENCE WITH S. WEBB, R. FINKE AND D. KUCHINSKY RE: SAME; MEETINGS WITH A. MAJOR RE: OPEN ITEMS; REVIEW DOCUMENTS; REVIEW/RESPOND TO L. ROSTANZO'S EMAIL |
| SWINBURNE, MATHEW R. | 5/14/2009 | 6.10 | 265.00 | 1,616.50 | PULL DOCUMENTS FOR C. MALLON FOR MEETING WITH CLIENT; PROOF DEERFIELD PRODUCTION |
| WEBB, G. STEWART, JR. | 5/14/2009 | 2.60 | 635.00 | 1,651.00 | REVIEW PLAINTIFF'S DOCUMENT REQUEST; DISCUSS WITH MALLON CONFERENCE CALL WITH CLIENT RE SAME; REVIEW DOCUMENT ISSUES |
| BAGWANDEEN, NAMRATA R. | 5/15/2009 | 1.10 | 180.00 | 198.00 | PULL SPECIFIED DOCUMENTS OUT OF REVIEW PER M. SWINBURNE AND RUN PRODUCTION FOR DEERFIELD DOCS; ASSIST A. MAJOR ADDRESSING DATA PRODUCTION FORMATS RECEIVED |
| MAJOR, ALEXANDER W. | 5/15/2009 | 3.10 | 285.00 | 883.50 | PREPARING DISCOVERY RESPONSES FOR PRODUCTION, DRAFTING LETTER TO ACCOMPANY PRODUCTION AND SPREADSHEET DISCS, DRAFTING LETTER IDENTIFYING SHORTCOMINGS IN PLAINTIFF'S PRODUCTION, MEETING ON PLAINTIFF'S SHORTCOMINGS |
| MALLON, COLLEEN M. | 5/15/2009 | 0.70 | 353.34 | 247.34 | EDIT/REVISE LETTERS TO M. ARGENT RE: GRACE'S LATEST DOCUMENT PRODUCTION AND PROBLEMS WITH GLOBAL'S DOCUMENT PRODUCTION; MEETINGS WITH A. MAJOR RE: SAME |
| SWINBURNE, MATHEW R. | 5/15/2009 | 1.00 | 0.00 | 0.00 | FINISH PROOFING DOCUMENT PRODUCTION FROM DEERFIELD DATABASE; PREPARE PRODUCTION FOR MAILING |
| WEBB, G. STEWART, JR. | 5/15/2009 | 0.30 | 635.00 | 190.50 | REVIEW CORRESPONDENCE RE DISCOVERY |
| MAJOR, ALEXANDER W. | 5/18/2009 | 0.50 | 285.00 | 142.50 | SPOKE WITH OHIO COUNSEL ABOUT PFG VENTURES SUBPOENA, UPDATED MOTION FOR COMMISSION AND FORWARDED TO S. WEBB GOT REVIEW/COMMENT |
| SWINBURNE, MATHEW R. | 5/18/2009 | 3.60 | 0.00 | 0.00 | PROOF M. MALONEY'S PRIVILEGE LOG FO GLOBALPRINT AND ENCRYPT DATABASES |
| WEBB, G. STEWART, JR. | 5/18/2009 | 0.20 | 635.00 | 127.00 | REVIEW MOTION PAPERS RE COMMISSION FOR PRO FORMA DEPOSITION |
| BURDICK, TODD A. | 5/19/2009 | 2.90 | 180.00 | 522.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE; INITIATE CODING OF NEW SET OF DOCUMENTS ADDED TO PRODUCTION |
| MAJOR, ALEXANDER W. | 5/19/2009 | 3.90 | 285.00 | 1,111.50 | FILING OF MOTION FOR COMMISSION FOR OH SUBPOENA INCLUDING COMMUNICATIONS WITH OH COUNSEL ABOUT FORMAT AND CORRECTNESS OF OHIO DOCUMENTS; 'WALKING THROUGH' OF DOCUMENTS; ATTEMPTING TO GET PLAINTIFF TO ALLOW US TO FILE THE MOTION UNOPPOSED |
| MAJOR, ALEXANDER W. | 5/19/2009 | 0.70 | 285.00 | 199.50 | REVIEW PLAINTIFF'S LETTER RE: ELECTRONIC DOCUMENT PRODUCTION; DISCUSSIONS WITH C. MALLON AND S. WEBB ON MOVING FORWARD AND CONFIRMING THE METHOD OF OUR PRODUCTION |
| MALLON, COLLEEN M. | 5/19/2009 | 0.50 | 353.36 | 176.68 | REVIEW LETTER FROM PLAINTIFF RE: DOCUMENT PRODUCTION ISSUES; WORK ON SAME WITH A. MAJOR AND D. ANDERSON; DRAFT AN EMAIL TO PLAINTIFF RE: SUBPOENA ON PFG VENTURES |
| REYES, CLAUDIA | 5/19/2009 | 4.00 | 210.19 | 840.74 | CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS. EMAILS REGARDING SAME. |
| SWINBURNE, MATHEW R. | 5/19/2009 | 4.80 | 265.00 | 1,272.00 | PROOF M. MALONEY'S PRIVILEGE LOG FOR GLOBAL NONENCRYPT DATABASE AND ENCRYPT DATABASE |
| WEBB, G. STEWART, JR. | 5/19/2009 | 1.40 | 635.00 | 889.00 | RETURN TELEPHONE LIBOWITZ RE SCHEDULE; E-MAIL RE SAME; TELEPHONE FINKE; DISCUSS DISCOVERY WITH A. MAJOR; E-MAIL RE INTERROGATORIES; REVIEW LETTER FROM TL RE DOC PRODUCTION AND E-MAIL RE SAME; DISCUSS WITH L. TANCREDI RE STATUS |
| ANDERSON, DONNA E. | 5/20/2009 | 0.80 | 0.00 | 0.00 | RESPOND TO INQUIRIES FROM CASE TEAM REGARDING RESPONSE FROM OPPOSING COUNSEL REGARDING PRODUCTION |
| BAGWANDEEN, NAMRATA R. | 5/20/2009 | 0.60 | 0.00 | 0.00 | WORK WITH D. ANDERSON AND C. MALLON TO RESOLVE QUESTIONS REGARDING PRODUCTION DOCUMENTS WITH GLOBAL |
| BURDICK, TODD A. | 5/20/2009 | 1.30 | 180.00 | 234.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE; CONTINUE CODING OF NEW SET OF DOCUMENTS ADDED TO PRODUCTION |
| MAJOR, ALEXANDER W. | 5/20/2009 | 1.60 | 285.00 | 456.00 | DISCUSSION WITH PLAINTIFF'S COUNSEL RE: FILING OF MOTION FOR COMMISSION FOR OH SUBPOENA; DRAFTED SUBPOENA SCHEDULE FOR REVIEW BY MD AND OH COUNSEL |
| MAJOR, ALEXANDER W. | 5/20/2009 | 0.60 | 0.00 | 0.00 | DISCUSSIONS WITH C. MALLON AND D. ANDERSON REGARDING OUR PRODUCTION FORMAT OF ELECTRONIC DOCUMENTS AND WHETHER OR NOT A.) TEXT SEARCHABLE AND B.) TIF OR PDF IN RELATION TO PLAINTIFF'S LETTER CONCERNING THEIR PRODUCTION |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MALLON, COLLEEN M. | 5/20/2009 | 2.40 | 353.35 | 848.03 | REVIEW PLAINTIFF'S SECOND SET OF DOCUMENT REQUESTS; TELEPHONE CONFERENCE WITH D. KUCHINSKY AND M. BAKER RE: SAME; WORK ON RELATED FOLLOW-UP ITEMS |
| REYES, CLAUDIA | 5/20/2009 | 3.00 | 210.19 | 630.56 | CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS. |
| SWINBURNE, MATHEW R. | 5/20/2009 | 0.80 | 265.00 | 212.00 | LOCATE SPECIFIC DOCUMENTS RELATED TO PREFERRED VENDOR LIST FOR C. MALLON IN GRACE PRODUCTION DATABASE |
| WEBB, G. STEWART, JR. | 5/20/2009 | 0.30 | 635.00 | 190.50 | REVIEW E-MAILS RE DOCUMENT PRODUCTION FORM; DISCUSS WITH C. MALLON |
| MAJOR, ALEXANDER W. | 5/21/2009 | 0.20 | 285.00 | 57.00 | FILING OF MOTION FOR COMMISSION FOR OH SUBPOENA INCLUDING COMMUNICATIONS WITH OH COUNSEL ABOUT FORMAT AND CORRECTNESS OF OHIO DOCUMENTS; 'WALKING THROUGH' OF DOCUMENTS; ATTEMPTING TO GET PLAINTIFF TO ALLOW US TO FILE THE MOTION UNOPPOSED |
| REYES, CLAUDIA | 5/21/2009 | 3.00 | 210.18 | 630.55 | CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS. EMAILS REGARDING SAME. |
| WEBB, G. STEWART, JR. | 5/21/2009 | 0.40 | 635.00 | 254.00 | REVIEW EMAILS RE PROFORMA CONTACTS, REVIEW DISCOVERY SCHEDULE FOR PROFORMA |
| BURDICK, TODD A. | 5/22/2009 | 0.30 | 180.00 | 54.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE; CONTINUE CODING OF NEW SET OF DOCUMENTS ADDED TO PRODUCTION |
| MAJOR, ALEXANDER W. | 5/22/2009 | 0.60 | 285.00 | 171.00 | FINAL FILING OF MOTION SEEKING COMMISSION; EMAIL TO M. ARGENT, D. KUCHINSKY AND R. FINKE |
| MALLON, COLLEEN M. | 5/22/2009 | 1.10 | 353.35 | 388.68 | MEETING WITH S. WEBB RE: CALL WITH M. BAKER AND D. KUCHINSKY RE: DOCUMENT REQUESTS; EDIT/REVISE MOTION AND SCHEDULE FOR ISSUANCE OF SUBPOENA ON PFG; REVIEW NOTES RE: GL ACCOUNT NUMBERS AND EMAIL M. BAKER RE: SAME |
| REYES, CLAUDIA | 5/22/2009 | 3.50 | 210.19 | 735.65 | CODE CONCORDANCE DATABASE OF DOCUMENT PRODUCTIONS. EMAILS REGARDING SAME. |
| SWINBURNE, MATHEW R. | 5/22/2009 | 1.70 | 0.00 | 0.00 | FINISH PROOFING PRIVILEGE LOGS |
| WEBB, G. STEWART, JR. | 5/22/2009 | 0.20 | 635.00 | 127.00 | REVIEW DOCUMENT RE PRIVILEGE AND DISCUSS WITH C. MALLON |
| WEBB, G. STEWART, JR. | 5/22/2009 | 1.10 | 635.00 | 698.50 | REVIEW AND REVISE AFFIDAVIT FOR BANKRUPTCY OPP. |
| WEBB, G. STEWART, JR. | 5/22/2009 | 0.30 | 635.00 | 190.50 | DISCUSS WITH C. MALLON WITH DISCOVERY |
| WEBB, G. STEWART, JR. | 5/22/2009 | 0.30 | 635.00 | 190.50 | DISCUSS WITH L. TANCREDI AND DISCUSS WITH ROBERTS |
| WEBB, G. STEWART, JR. | 5/23/2009 | 0.20 | 635.00 | 127.00 | REVIEW E-MAILS AND CONFIDENTIALITY AGREEMENT |
| BREON, BRUCE | 5/26/2009 | 0.80 | 0.00 | 0.00 | COPY FILES TO EXTERNAL DRIVE |
| BURDICK, TODD A. | 5/26/2009 | 0.90 | 180.00 | 162.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE; CONTINUE CODING OF NEW SET OF DOCUMENTS ADDED TO PRODUCTION |
| WEBB, G. STEWART, JR. | 5/26/2009 | 0.20 | 635.00 | 127.00 | TELEPHONE EXPERT; TELEPHONE FROM LIBOWITZ |
| BREON, BRUCE | 5/27/2009 | 1.40 | 0.00 | 0.00 | COPY FILES TO EXTERNAL DRIVE |
| MAJOR, ALEXANDER W. | 5/27/2009 | 0.40 | 285.00 | 114.00 | REVIEWED PLAINTIFF'S SECOND SET OF INTERROGATORIES |
| ANDERSON, DONNA E. | 5/28/2009 | 0.40 | 0.00 | 0.00 | REVIEW REPLACEMENT DISKS PROVIDED BY PLAINTIFF AND SEND E-MAIL TO C. MALLON REGARDING STATUS |
| BREON, BRUCE | 5/28/2009 | 0.70 | 0.00 | 0.00 | COPY FILES TO EXTERNAL DRIVE |
| BURDICK, TODD A. | 5/28/2009 | 1.90 | 180.00 | 342.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE; CONTINUE CODING OF NEW SET OF DOCUMENTS ADDED TO PRODUCTION |
| MAJOR, ALEXANDER W. | 5/28/2009 | 0.60 | 285.00 | 171.00 | BEGAN DRAFTING SECOND INTERROGATORIES RESPONSES |
| MALLON, COLLEEN M. | 5/28/2009 | 0.70 | 353.34 | 247.34 | TELEPHONE CALL WITH M. ARGENT RE: JOINT MOTION TO EXTEND DEADLINES; MEETINGS WITH S. WEBB RE: SAME; REVIEW EDITS TO MOTION AND REVISE SAME |
| WEBB, G. STEWART, JR. | 5/28/2009 | 0.10 | 635.00 | 63.50 | E-MAIL RE EXPERT |
| WEBB, G. STEWART, JR. | 5/28/2009 | 0.50 | 635.00 | 317.50 | REVIEW DRAFT MOTION FOR EXTENSION; DISCUSS WITH C. MALLON; E-MAILS RE SAME |
| BAGWANDEEN, NAMRATA R. | 5/29/2009 | 0.60 | 0.00 | 0.00 | CORRECT IPRO LOAD FILE FOR GLOBAL DOCUMENTS AND REIMPORT CORRECTED BOUNDARY DOCS INTO IPRO COLLECTION; BEGIN DOC BOUNDARY EXTRACTION FOR CONCORDANCE DATABASE |
| BURDICK, TODD A. | 5/29/2009 | 0.70 | 180.00 | 126.00 | DISCOVERY; PER C. MALLON, CONTINUE TO CODE DOCUMENTS IN ELECTRONIC DATABASE; CONTINUE CODING OF NEW SET OF DOCUMENTS ADDED TO PRODUCTION |
| MAJOR, ALEXANDER W. | 5/29/2009 | 2.30 | 285.00 | 655.50 | DRAFTED/EDITED REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR A COMMISSION; RESEARCH RE: THE SAME |
| MALLON, COLLEEN M. | 5/29/2009 | 1.90 | 353.34 | 671.35 | REVIEW GLOBAL'S RESPONSE TO MOTION FOR COMMISSION; MEETINGS WITH S. WEBB RE: SAME; MEETING WITH A. MAJOR RE: SAME; REVIEW/EDIT REPLY TO GLOBAL'S RESPONSE |
| WEBB, G. STEWART, JR. | 5/29/2009 | 0.60 | 635.00 | 381.00 | REVIEW GLOBAL RESPONSE RE COMMISSION; DISCUSS WITH C MALLON AND A. MAJOR RE COMMISSION; REVIEW & REVISE REPLY |
| MALLON, COLLEEN M. | 5/30/2009 | 0.40 | 353.35 | 141.34 | EDIT/REVISE REPLY TO GLOBAL'S RESPONSE TO MOTION FOR COMMISSION |
| WEBB, G. STEWART, JR. | 5/30/2009 | 0.20 | 635.00 | 127.00 | REVIEW AND REVISE REPLY RE COMMISSION |

**EXHIBIT G**

|  |  | 162.90 |  | 42,960.50 |  |
|--|--|--|--|--|--|

*Advice in Connection with Preparation of Employment Application*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| RICE, DAVID EUGENE | 5/6/2009 | 0.20 | 495.00 | 99.00 | CONFERENCE WITH L. B. TANCREDI |
| TANCREDI, LISA B. | 5/6/2009 | 5.10 | 430.00 | 2,193.00 | REVIEW DISCLOSURE ISSUES |
| RICE, DAVID EUGENE | 5/13/2009 | 0.20 | 495.00 | 99.00 | CONFERENCE WITH L. B. TANCREDI |
| TANCREDI, LISA B. | 5/13/2009 | 3.20 | 430.00 | 1,376.00 | DRAFT/REVISE AFFIDAVIT |
| TANCREDI, LISA B. | 5/14/2009 | 0.20 | 430.00 | 86.00 | REVISE AFFIDAVIT |
| TANCREDI, LISA B. | 5/15/2009 | 1.20 | 430.00 | 516.00 | REVISE AFFIDAVIT |
| TANCREDI, LISA B. | 5/19/2009 | 0.50 | 430.00 | 215.00 | TELEPHONE CALL WITH COOK (.2); TELEPHONE CALL WITH JOSEPHINE STEWART (.1); TELEPHONE CALL WITH STEWART WEBB RE: STATUS (.1); TELEPHONE CALL JANET BAER RE: STATUS (.1) |
| TANCREDI, LISA B. | 5/21/2009 | 2.60 | 430.00 | 1,118.00 | REVISE AFFIDAVIT |
| TANCREDI, LISA B. | 5/22/2009 | 2.50 | 430.00 | 1,075.00 | CONFERENCE WITH WEBB (.2), REVISE AFFIDAVIT (.3), EMAIL TO MONAHAN AND BAER RE: SAME(1.5) TELEPHONE MONAHAN, REVIEW REVISIONS (.5) |
|  |  | 15.70 |  | 6,777.00 |  |
|  |  | 178.60 |  | 49,737.50 |  |

* In the interest of billing judgment, $6,105.50 was written off for the period May 1, 2009 through May 31, 2009.
These fees reflect these reductions. Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

4

Monthly Statement of Venable LLP in Support of Interim Fee Application
Expense Detail May 1, 2009 through May 31, 2009

| Date | Description | Qty | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 5/15/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - THOMAS & LIBOWITZ, P.A., 100 LIGHT STREET, SUITE 1100, BALTIMORE, MD 21202 |
| 5/22/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 56.67 | LASER COURIER |
| 5/22/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 56.67 | LASER COURIER |
| 5/26/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 7.29 | UPS - ALVAREZ & MARSAL, 2001 K STREET NWSUITE 803, WASHINGTON, DC 20006 |
| | | | | **127.92** | |
| 5/20/2009 | CONFERENCING SERVICES | | | 4.13 | C MALLON-5/14/09-CONFERENCING SERVICES |
| 5/27/2009 | CONFERENCING SERVICES | | | 16.27 | C MALLON-5/20/09-CONFERENCING SERVICES |
| | | | | **20.40** | |
| 5/12/2009 | INTERNAL REPRODUCTION COSTS | 19 | 0.00 | 0.00 | PHOTOCOPIES MADE BY WILSON, TYRA |
| 5/14/2009 | INTERNAL REPRODUCTION COSTS | 5 | 0.00 | 0.00 | PHOTOCOPIES MADE BY WILSON, TYRA |
| 5/15/2009 | INTERNAL REPRODUCTION COSTS | 6 | 0.00 | 0.00 | PHOTOCOPIES MADE BY WILSON, TYRA |
| 5/19/2009 | INTERNAL REPRODUCTION COSTS | 49 | 0.00 | 0.00 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 5/20/2009 | INTERNAL REPRODUCTION COSTS | 33 | 0.00 | 0.00 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 5/22/2009 | INTERNAL REPRODUCTION COSTS | 12 | 0.00 | 0.00 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 5/22/2009 | INTERNAL REPRODUCTION COSTS | 91 | 0.00 | 0.00 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 5/26/2009 | INTERNAL REPRODUCTION COSTS | 14 | 0.00 | 0.00 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 5/28/2009 | INTERNAL REPRODUCTION COSTS | 29 | 0.00 | 0.00 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| | | | | **0.00** | |
| 5/29/2009 | LEGAL RESEARCH/WESTLAW | | | 395.00 | ALEXANDER W. MAJOR |
| | | | | **395.00** | |
| 5/6/2009 | LONG DISTANCE TELEPHONE | | | 17.37 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 5/15/2009 | LONG DISTANCE TELEPHONE | | | 1.39 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |

1

EXHIBIT G

| Date | Description | Amount | Details |
|---|---|---|---|
| 5/18/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 5/26/2009 | LONG DISTANCE TELEPHONE | 4.17 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| | | **23.63** | |
| 5/18/2009 | POSTAGE | 1.76 | WEBB, G. STEWART, JR. |
| 5/27/2009 | POSTAGE | 4.88 | WEBB, G. STEWART, JR. |
| | | **6.64** | |
| | **Total** | **573.59** | |

2