EXHIBIT H

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

### SUMMARY STATEMENT OF VENABLE LLP OF
### COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
### SPECIAL LITITATION COUNSEL FOR THE MONTHLY PERIOD
### JUNE 1, 2009 THROUGH JUNE 30, 2009

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention | **Retention Order[2] entered June 24, 2009, effective as of May 22, 2009[3]** |
| Period for which compensation and reimbursement is sought: | **June 1, 2009 through June 30, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$77,589.00** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Terms not defined herein shall have the meanings ascribed to them in the Interim Verified Application of Venable LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Thirty-First, Thirty-Second and Thirty-Third Quarters from November 1, 2008 through June 30, 2009 (the "Fee Application"), to which this statement is an exhibit.

[3] Venable was previously serving as an "Ordinary Course Professional" pursuant the OCP Order. The Retention Order entitles and instructs Venable to seek application for its outstanding fees and expenses in excess of the Monthly Caps.

EXHIBIT H

| | | |
|---|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$400.82** | |
| Fees and Expenses received in accordance with the OCP Order: | **($337.00)** | |
| June 2009 Fee and Expenses in Excess of $50,000 OCP Cap Requested pursuant to this Application: | **$77,652.82** | |

This is a _x_ monthly ___ interim ___ final application.

       This is Venable's monthly statement for interim compensation of services for the interim period June 1, 2009 through June 30, 2009. This is the first fee application filed by Venable to date. Subsequent to this Fee Application, including for July 2009 and afterward, Venable will continue to file monthly and quarterly fee applications in accordance with the Amended Interim Compensation Order.

       In the Fee Application, Venable seeks to recover amounts due and owing Venable for November 2008 through June 2009 to the extent that they have not been paid pursuant to the OCP Order. The following chart reflects the total professional services rendered and the actual and necessary expenses incurred by Venable during the Fee Period. Venable has received partial payment of these amounts pursuant to the OCP Order as follows:

| | Fees | Expenses | Total | Received pursuant to OCP Order | Balance Owing Venable LLP |
|---|---|---|---|---|---|
| November 2008 | $58,501.50 | $2,187.29 | $60,688.79 | $18,646.12 | $42,042.67 |
| December 2008 | $77,025.50 | $1,871.49 | $78,896.99 | $50,076.00 | $28,820.99 |
| January 2009 | $49,863.00 | $412.42 | $50,275.42 | $50,698.00 | ($422.58) |
| February 2009 | $165,610.50 | $177.86 | $165,788.36 | $50,000.00 | $115,788.36 |
| March 2009 | $144,644.50 | $254.24 | $144,898.74 | $50,363.18 | $94,535.56 |
| April 2009 | $86,322.50 | $527.35 | $86,849.85 | $50,148.50 | $36,701.35 |
| May 2009 | $49,737.50 | $573.59 | $50,311.09 | $50,000.00 | $311.09 |

-2-

EXHIBIT H

| | | | | | |
|---|---|---|---|---|---|
| June 2009 | $77,589.00 | $400.82 | $77,989.82 | $337.00 | $77,652.82 |
| **Total** | **$709,294.00** | **$6,405.06** | **$715,699.06** | **$320,268.80** | **$395,430.26** |

The Venable attorneys who rendered professional services in these cases

during the period June 1, 2009 through June 30, 2009 are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jeffrey P. Ayres | Partner | 1977 | Litigation | $495.00 | 0.6 | $297.00 |
| Alexander W. Major | Associate | 2005 | Litigation | $285.00 | 116.9 | $33,316.50 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 30.7 | $12,740.50 |
| Meghan E. Maloney | Staff Attorney | 2003 | Litigation | $290.00 | 17.8 | $5,162.00 |
| G. Stewart Webb, Jr. | Partner | 1975 | Litigation | $635.00 | 14.5 | $9,207.50 |
| Heather L. Mitchell | Associate | 2002 | Litigation | $200.00 | 0.2 | $40.00 |
| | | | | **Total for all attorneys** | | **$60,763.50** |
| | | | | **(Less write-off)** | | **($2,500.50)** |
| | | | | **Total** | | **$58,263.00** |

The paraprofessionals of Venable who rendered professional services in

these cases during the period June 1, 2009 through June 30, 2009 are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Namrata R. Bagwandeen | Technology Services | 8 | Technology Services | $180.00 | 4.9 | $882.00 |
| Todd A. Burdick | Paralegal | 3 | Litigation | $180.00 | 54.8 | $9,864.00 |
| Claudia Reyes | Paralegal | 9 | Litigation | $255.00 | 54.5 | $13,897.50 |
| | | | | **Total for all paraprofessionals** | | **$24,643.50** |
| | | | | **(Less write-off)** | | **($5,317.50)** |
| | | | | **Total** | | **$19,326.00** |

**Compensation by Matter**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with the Global Printing Litigation | 294.1 | $85,070.00 |
| Advice in Connection with Labor and Employment Matters | 0.8 | $337.00 |
| Total for all matters | | $85,407.00 |
| (Less write-off) | | ($7,818.00)[4] |
| Total | | $77,589.00 |

**Expense Summary**

| Service Description | Amount |
|---|---|
| Commercial Messenger | $346.26 |
| Reproduction Costs | $22.40 |
| Long Distance Telephone | $19.48 |
| Postage | $12.68 |
| Total of Expenses | $400.82 |

Venable has not previously filed a monthly application for these amounts. Compensation for these amounts is being sought in the Fee Application to which this statement is an exhibit.   However, Venable has been regularly compensated pursuant to the OCP order, including $337.00 for the period June 1, 2009 through June 30, 2009.

Fee and expense detail with respect to these amounts is attached hereto.

---

[4] Venable also wrote off additional amounts, related primarily to technology services.  To the extent no time was billed for an individual's services, they have not been included in the above charts.  The time incurred by these individuals as well as the total write-off amounts are provided in the attached fee detail.

EXHIBIT H

Monthly Statement of Venable LLP in Support of First Interim Fee Application
Fee Detail June 1, 2009 through June 30, 2009

*Advice in Connection with Global Printing Litigation*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| BAGWANDEEN, NAMRATA R. | 6/1/2009 | 2.10 | 0.00 | 0.00 | FIX GLOBAL PRODUCTION AND IMPORT REVISED DOCS INTO IPRO AND CONCORDANCE TO CORRECTED DOCUMENT BOUNDARIES; CARRIED CODING OVER TO CORRECTED DOCUMENTS |
| BREON, BRUCE | 6/1/2009 | 1.10 | 0.00 | 0.00 | COPY FILES TO EXTERNAL HARD DRIVE FOR BIA; QC SAME |
| BURDICK, TODD A. | 6/1/2009 | 3.20 | 0.00 | 0.00 | CODE DOCUMENTS |
| MAJOR, ALEXANDER W. | 6/1/2009 | 0.90 | 285.00 | 256.50 | FINALIZING AND FILING MOTION FOR COMMISSION TO SEEK OHIO SUBPOENA |
| MAJOR, ALEXANDER W. | 6/1/2009 | 4.40 | 285.00 | 1,254.00 | REVIEW OF PLAINTIFF DOCUMENTS |
| MAJOR, ALEXANDER W. | 6/1/2009 | 2.20 | 285.00 | 627.00 | DRAFTED RESPONSES TO REQUEST FOR DOCUMENTS |
| MALLON, COLLEEN M. | 6/1/2009 | 1.10 | 415.00 | 456.50 | REVISE REPLY TO MOTION TO SEEK OUT OF STATE SUBPOENA; TELEPHONE CALL WITH M. ARGENT RE: JOINT MOTION FOR EXTENSION OF DATES; MEETINGS WITH S. WEBB RE: SAME |
| WEBB, G. STEWART, JR. | 6/1/2009 | 0.30 | 635.00 | 190.50 | E-MAILS RE REPLY MOTION FOR COMMISSION; DISCUSS WITH C. MALLON |
| WEBB, G. STEWART, JR. | 6/1/2009 | 0.10 | 635.00 | 63.50 | TELEPHONE EXPERT/SCHEDULING |
| BAGWANDEEN, NAMRATA R. | 6/2/2009 | 1.20 | 0.00 | 0.00 | TRAIN M. MALONEY IN CONCORDANCE SEARCHING; ASSIST IDENTIFYING DOCUMENTS SPECIFIC TO SEARCH TERMS PER M. MALONEY |
| BURDICK, TODD A. | 6/2/2009 | 0.20 | 0.00 | 0.00 | CONFERENCE CALL WITH C. REYES AND C. MALLON TO DISCUSS CODING PROJECT |
| BURDICK, TODD A. | 6/2/2009 | 4.40 | 180.00 | 792.00 | CONTINUE TO CODE DOCUMENTS |
| MAJOR, ALEXANDER W. | 6/2/2009 | 3.70 | 285.00 | 1,054.50 | DRAFTED RESPONSES TO REQUEST FOR DOCUMENTS; RESEARCHED RELEVANT DOCUMENTS FOR RESPONSES TO INTERROGATORIES AND RFDS |
| MAJOR, ALEXANDER W. | 6/2/2009 | 3.70 | 285.00 | 1,054.50 | REVIEW OF PLAINTIFF DOCUMENTS |
| MAJOR, ALEXANDER W. | 6/2/2009 | 0.80 | 285.00 | 228.00 | MEETING WITH C. MALLON ABOUT DISCOVERY RESPONSES |
| MALLON, COLLEEN M. | 6/2/2009 | 2.50 | 415.00 | 1,037.50 | REVIEW/ANALYSIS OF PLAINTIFF'S SECOND ROUND OF DISCOVERY; MEETING WITH A. MAJOR RE: DRAFTING RESPONSES TO DISCOVERY; TELEPHONE CONFERENCE WITH T. BURDICK AND C. REYES RE: CODING DOCUMENTS; TELEPHONE CALL WITH M. ARGENT RE: MOTION TO EXTEND DATES; REVIEW MATERIAL IN M. BAKER'S BINDER |
| MALONEY, MEGHAN E. | 6/2/2009 | 4.50 | 260.00 | 1,170.00 | REVIEW DOCUMENTS PRODUCED IN REGARD TO DISCOVERY RESPONSES. |
| MALONEY, MEGHAN E. | 6/2/2009 | 0.40 | 260.00 | 104.00 | MEET W/ A. MAJOR TO DISCUSS REVIEW OF DOCUMENTS REGARDING DISCOVERY RESPONSES. |
| REYES, CLAUDIA | 6/2/2009 | 4.50 | 220.00 | 990.00 | TELECONFERENCE WITH C. MALLON, T. BURDICK REGARDING CODING FOR UNBUNDLED PLAINTIFF'S PRODUCTION. DISCUSSION WITH N. BAGWANDEEN, T. BURDICK REGARDING SAME. PER C. MALLON, CODE PLAINTIFF'S PRODUCTION. |
| WEBB, G. STEWART, JR. | 6/2/2009 | 0.10 | 635.00 | 63.50 | DISCUSS WITH C. MALLON RE MOTION FOR EXTENSION |

| | | | | | |
|---|---|---|---|---|---|
| WEBB, G. STEWART, JR. | 6/2/2009 | 0.30 | 635.00 | 190.50 | TELEPHONE EXPERT RE MEETING; SCHEDULING MATTERS RE MEETING |
| BAGWANDEEN, NAMRATA R. | 6/3/2009 | 0.60 | 0.00 | 0.00 | MEET WITH A. MAJOR TO DISCUSS QUICKBOOKS PRODUCTION FROM GLOBAL AND BEST ROUTE TO REVIEW DOCUMENTS |
| BURDICK, TODD A. | 6/3/2009 | 5.00 | 180.00 | 900.00 | DISCOVERY: CODE DOCUMENTS |
| MAJOR, ALEXANDER W. | 6/3/2009 | 5.20 | 285.00 | 1,482.00 | REVIEW OF PLAINTIFF DOCUMENTS |
| MALLON, COLLEEN M. | 6/3/2009 | 0.20 | 415.00 | 83.00 | MEETING WITH A. MAJOR RE: RESPONSES TO DISCOVERY REQUESTS |
| MALONEY, MEGHAN E. | 6/3/2009 | 6.60 | 260.00 | 1,716.00 | REVIEW PRODUCED DOCUMENTS IN REGARD TO DISCOVERY RESPONSES. |
| REYES, CLAUDIA | 6/3/2009 | 6.00 | 220.00 | 1,320.00 | PER C. MALLON, CODE PLAINTIFF'S PRODUCTION. |
| BURDICK, TODD A. | 6/4/2009 | 6.80 | 180.00 | 1,224.00 | DISCOVERY: CODE DOCUMENTS |
| MAJOR, ALEXANDER W. | 6/4/2009 | 4.70 | 285.00 | 1,339.50 | REVIEW OF PLAINTIFF DOCUMENTS |
| REYES, CLAUDIA | 6/4/2009 | 5.50 | 220.00 | 1,210.00 | PER C. MALLON, CODE PLAINTIFF'S PRODUCTION. |
| BURDICK, TODD A. | 6/5/2009 | 6.80 | 180.00 | 1,224.00 | DISCOVERY: CODE DOCUMENTS |
| MAJOR, ALEXANDER W. | 6/5/2009 | 7.80 | 285.00 | 2,223.00 | REVIEW OF PLAINTIFF DOCUMENTS |
| REYES, CLAUDIA | 6/5/2009 | 3.50 | 220.00 | 770.00 | PER C. MALLON, CODE PLAINTIFF'S PRODUCTION. |
| WEBB, G. STEWART, JR. | 6/5/2009 | 0.30 | 635.00 | 190.50 | PHONEMAILS EXPERT RE SCHEDULING; DISCUSS WITH C. MALLON; TELEPHONE EXPERT |
| MALLON, COLLEEN M. | 6/7/2009 | 0.80 | 415.00 | 332.00 | EDIT/REVISE RESPONSES TO SECOND SET OF DOCUMENT REQUESTS |
| MAJOR, ALEXANDER W. | 6/8/2009 | 4.40 | 285.00 | 1,254.00 | CONTINUED REVIEW OF PLAINTIFF'S PRODUCTION |
| MAJOR, ALEXANDER W. | 6/8/2009 | 1.80 | 0.00 | 0.00 | REVISED RESPONSES TO GLOBAL'S 2ND SET OF REQUEST FOR DOCUMENTS IN LINE WITH EDITS BY C. MALLON |
| MALLON, COLLEEN M. | 6/8/2009 | 0.20 | 415.00 | 83.00 | REVIEW REVISED RESPONSES TO DOCUMENT REQUESTS |
| REYES, CLAUDIA | 6/8/2009 | 6.50 | 220.00 | 1,430.00 | PER C. MALLON, CODE PLAINTIFF'S PRODUCTION. |
| WEBB, G. STEWART, JR. | 6/8/2009 | 0.20 | 635.00 | 127.00 | SCHEDULING MATTERS |
| BURDICK, TODD A. | 6/9/2009 | 7.20 | 180.00 | 1,296.00 | DISCOVERY: CODE DOCUMENTS |
| MAJOR, ALEXANDER W. | 6/9/2009 | 5.90 | 285.00 | 1,681.50 | CONTINUED REVIEW OF PLAINTIFF'S PRODUCTION |
| REYES, CLAUDIA | 6/9/2009 | 6.50 | 220.00 | 1,430.00 | PER C. MALLON, CODE PLAINTIFF'S PRODUCTION. |
| WEBB, G. STEWART, JR. | 6/9/2009 | 0.40 | 635.00 | 254.00 | REVIEW DRAFT DOCUMENT RESPONSE |
| BURDICK, TODD A. | 6/10/2009 | 5.60 | 180.00 | 1,008.00 | DISCOVERY: CODE DOCUMENTS |
| MAJOR, ALEXANDER W. | 6/10/2009 | 7.60 | 285.00 | 2,166.00 | CONTINUED REVIEW OF PLAINTIFF'S PRODUCTION |
| MAJOR, ALEXANDER W. | 6/10/2009 | 0.20 | 285.00 | 57.00 | FORWARDED SUBPOENA AND SCHEDULE TO OHIO COUNSEL |
| MALLON, COLLEEN M. | 6/10/2009 | 0.80 | 415.00 | 332.00 | EDIT/REVIEW RESPONSES TO DOCUMENT REQUESTS |
| MALONEY, MEGHAN E. | 6/10/2009 | 5.10 | 260.00 | 1,326.00 | REVIEW PRODUCED DOCUMENTS IN REGARD TO DISCOVERY RESPONSES. |
| REYES, CLAUDIA | 6/10/2009 | 6.50 | 220.00 | 1,430.00 | PER C. MALLON, CODE PLAINTIFF'S PRODUCTION. |
| WEBB, G. STEWART, JR. | 6/10/2009 | 0.20 | 635.00 | 127.00 | REVIEW ORDER RE COMMISSION AND DISCUSS WITH A. MAJOR |
| BURDICK, TODD A. | 6/11/2009 | 5.90 | 180.00 | 1,062.00 | DISCOVERY: CODE DOCUMENTS |

| | | | | | |
|---|---|---|---|---|---|
| GRACE, MOLLY E. | 6/11/2009 | 6.70 | 0.00 | 0.00 | REVIEWED INVOICES TO FIND LEDGER OR ACCOUNT NUMBERS; CREATED A CHART ABOUT THE SAME; DISCUSSED SAME WITH A. MAJOR |
| MAJOR, ALEXANDER W. | 6/11/2009 | 1.20 | 285.00 | 342.00 | CONTINUED REVIEW OF PLAINTIFF'S PRODUCTION |
| MAJOR, ALEXANDER W. | 6/11/2009 | 6.40 | 285.00 | 1,824.00 | REVIEWED INVOICES TO IDENTIFY VALID GENERAL LEDGER ACCOUNT NUMBERS |
| MAJOR, ALEXANDER W. | 6/11/2009 | 1.40 | 285.00 | 399.00 | MEETING WITH C. MALLON AND S. WEBB ABOUT PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS RESPONSES AND SUBSEQUENT EDITS |
| MALLON, COLLEEN M. | 6/11/2009 | 3.50 | 415.00 | 1,452.50 | MEETING WITH S. WEBB RE: RESPONSES TO DOCUMENT REQUESTS; MEETING WITH A. MAJOR RE: GL ACCOUNT NUMBERS IN INVOICES; EDIT/REVISE RESPONSES TO DOCUMENT REQUESTS; MEETING WITH S. WEBB AND A. MAJOR RE: SAME; REVIEW INVOICES SENT BY M. BAKER |
| REYES, CLAUDIA | 6/11/2009 | 6.50 | 0.00 | 0.00 | PER C. MALLON, CODE PLAINTIFF'S PRODUCTION. |
| WEBB, G. STEWART, JR. | 6/11/2009 | 1.80 | 635.00 | 1,143.00 | REVIEW AND REVISE RESPONSE AND 2ND DOCUMENT REQUEST; DISCUSS WITH C. MALLON AND A. MAJOR |
| BURDICK, TODD A. | 6/12/2009 | 6.00 | 180.00 | 1,080.00 | DISCOVERY: CODE DOCUMENTS |
| MAJOR, ALEXANDER W. | 6/12/2009 | 2.30 | 0.00 | 0.00 | CONTINUED REVIEW OF PLAINTIFF'S PRODUCTION |
| MAJOR, ALEXANDER W. | 6/12/2009 | 4.70 | 285.00 | 1,339.50 | REVIEWED INVOICES TO IDENTIFY VALID GENERAL LEDGER ACCOUNT NUMBERS; CREATED CHART FOR C. MALLON REFLECTING GENERAL LEDGER ACCOUNT NUMBERS |
| MAJOR, ALEXANDER W. | 6/12/2009 | 0.50 | 285.00 | 142.50 | REVISED RESPONSES TO GLOBAL'S 2ND SET OF REQUEST FOR DOCUMENTS IN LINE WITH EDITS BY C. MALLON |
| MALLON, COLLEEN M. | 6/12/2009 | 2.20 | 415.00 | 913.00 | EDIT/REVISE RESPONSES TO DOCUMENT REQUESTS; TELEPHONE CALL WITH D. KUCHINSKY RE: RESPONSES TO 2 DOCUMENT REQUESTS; MEETING WITH S. WEBB RE: SAME |
| REYES, CLAUDIA | 6/12/2009 | 6.50 | 220.00 | 1,430.00 | PER C. MALLON, CODE PLAINTIFF'S PRODUCTION. |
| WEBB, G. STEWART, JR. | 6/12/2009 | 0.40 | 635.00 | 254.00 | REVIEW E-MAILS RE DISCOVERY RESPONSES; DISCUSS WITH C. MALLON |
| MALLON, COLLEEN M. | 6/13/2009 | 0.70 | 415.00 | 290.50 | REVIEW S. WEBB'S EDITS TO RESPONSES TO DOCUMENT REQUESTS AND REVISE SAME; FORWARD SAME TO CLIENT |
| WEBB, G. STEWART, JR. | 6/13/2009 | 1.10 | 635.00 | 698.50 | REVIEW AND REVISE RESPONSE TO 2ND DOCUMENT REQUEST; E-MAILS RE SAME |
| BURDICK, TODD A. | 6/15/2009 | 3.70 | 0.00 | 0.00 | DISCOVERY: CODE DOCUMENTS; COMPLETE ASSIGNED SET |
| MAJOR, ALEXANDER W. | 6/15/2009 | 2.40 | 285.00 | 684.00 | ELECTRONIC DOCUMENT REVIEW OF PLAINTIFF'S PRODUCTION |
| MAJOR, ALEXANDER W. | 6/15/2009 | 4.10 | 285.00 | 1,168.50 | DRAFTED INTERROGATORY RESPONSES |
| MAJOR, ALEXANDER W. | 6/15/2009 | 0.40 | 285.00 | 114.00 | SERVED RESPONSES TO PLAINTIFF'S SECOND SET OF REQUEST FOR DOCUMENTS |
| MALLON, COLLEEN M. | 6/15/2009 | 0.50 | 415.00 | 207.50 | PREPARE FOR MEETING WITH M. BAKER; EDIT/FINALIZE RESPONSES TO DOCUMENT REQUESTS |
| MALONEY, MEGHAN E. | 6/15/2009 | 1.20 | 260.00 | 312.00 | REVIEW PRODUCED DOCUMENTS IN REGARD TO DISCOVERY RESPONSES. |
| REYES, CLAUDIA | 6/15/2009 | 2.50 | 220.00 | 550.00 | QUALITY CHECK ENTRIES FOR PLAINTIFF PRODUCTION CODING. |
| WEBB, G. STEWART, JR. | 6/15/2009 | 0.40 | 635.00 | 254.00 | DISCUSS WITH C. MALLON RE MEETING; PHONEMAILS TO EXPERT RE SAME |

EXHIBIT H

| | | | | | |
|---|---|---|---|---|---|
| MAJOR, ALEXANDER W. | 6/16/2009 | 3.80 | 285.00 | 1,083.00 | ELECTRONIC DOCUMENT REVIEW OF PLAINTIFF'S PRODUCTION |
| MAJOR, ALEXANDER W. | 6/16/2009 | 3.40 | 285.00 | 969.00 | DRAFTED INTERROGATORY RESPONSES |
| MALLON, COLLEEN M. | 6/16/2009 | 6.60 | 415.00 | 2,739.00 | TRAVEL TO AND FROM GRACE'S HEADQUARTERS IN COLUMBIA; MEETINGS WITH M. BAKER, M. BLESSING, B. KUCHINSKY, R. FINKE, S. WEBB AND EXPERT RE: M. BAKER'S BINDER, GRACE'S ACCOUNTING SYSTEM AND RELATED ITEMS; PREPARE FOR SAME; WORK ON FOLLOW-UP ISSUES AND MEETING WITH S. WEBB RE: STRATEGY |
| SCOTT, TRACEY M. | 6/16/2009 | 2.20 | 0.00 | 0.00 | PREPARE FORENSIC IMAGE OF CLIENT EXTERNAL HARD DRIVE (EDGE DISKGO HARD DRIVE); TEST AND VERIFY IMAGE |
| WEBB, G. STEWART, JR. | 6/16/2009 | 0.20 | 635.00 | 127.00 | DISCUSS WITH C. MALLON |
| WEBB, G. STEWART, JR. | 6/16/2009 | 4.00 | 635.00 | 2,540.00 | TRAVEL TO/FROM GRACE FOR MEETING; MEETING WITH CLIENT EXPERT AND FINANCIAL PEOPLE |
| BAGWANDEEN, NAMRATA R. | 6/17/2009 | 0.40 | 180.00 | 72.00 | UPLOAD DOCUMENTS INTO IPRO FOR REVIEW |
| MAJOR, ALEXANDER W. | 6/17/2009 | 2.20 | 285.00 | 627.00 | ELECTRONIC DOCUMENT REVIEW OF PLAINTIFF'S PRODUCTION |
| SCOTT, TRACEY M. | 6/17/2009 | 2.20 | 0.00 | 0.00 | PREPARE FORENSIC IMAGE OF INTERNAL HARD DRIVE (MIKESKA CLONE HARD DRIVE) |
| MAJOR, ALEXANDER W. | 6/18/2009 | 4.70 | 285.00 | 1,339.50 | COMPLETED ELECTRONIC DOCUMENT REVIEW OF PLAINTIFF'S PRODUCTION |
| MAJOR, ALEXANDER W. | 6/19/2009 | 4.10 | 285.00 | 1,168.50 | EDITED/REVISED 2ND INTERROGATORY RESPONSES; EXAMINED ADDITIONAL DOCUMENTS PROVIDED BY PLAINTIFF |
| MAJOR, ALEXANDER W. | 6/19/2009 | 0.60 | 285.00 | 171.00 | MEETING WITH C. MALLON ON UPDATING 2ND INTERROGATORY RESPONSES IN LIGHT OF CLIENT MEETING |
| MAJOR, ALEXANDER W. | 6/19/2009 | 0.40 | 285.00 | 114.00 | NOTICE OF SERVICE FOR EXECUTION OF OHIO SUBPOENA (WITH EMAIL TO CLIENT ADVISING OF STATUS) |
| MALLON, COLLEEN M. | 6/19/2009 | 0.90 | 415.00 | 373.50 | MEETING WITH A. MAJOR RE: MODIFYING RESPONSES TO INTERROGATORIES; REVIEW NOTES FROM DISCUSSION WITH M. BAKER |
| MALLON, COLLEEN M. | 6/20/2009 | 0.10 | 415.00 | 41.50 | REVIEW PLAINTIFF'S COVER LETTER RE: DOCUMENT PRODUCTION |
| MAJOR, ALEXANDER W. | 6/22/2009 | 0.90 | 285.00 | 256.50 | PREPARE MATERIAL FOR EXPERT |
| MAJOR, ALEXANDER W. | 6/22/2009 | 0.50 | 285.00 | 142.50 | PHONE CALLS WITH PLAINTIFF'S COUNSEL AND OHIO COUNSEL AND MEETING WITH C. MALLON REGARDING PFG VENTURES SUBPOENA EXTENSION AND PLAINTIFF'S FAILURE TO RECEIVE NOTICE |
| MALLON, COLLEEN M. | 6/22/2009 | 0.50 | 415.00 | 207.50 | IDENTIFY ITEMS TO OBTAIN FOR EXPERT; EMAIL A. MAJOR RE: SAME; REVIEW REVISED RESPONSES TO INTERROGATORIES |
| MAJOR, ALEXANDER W. | 6/23/2009 | 0.80 | 285.00 | 228.00 | IDENTIFYING RELEVANT DOCUMENTS PRODUCED BY PLAINTIFF FOR USE BY ECONOMIC EXPERT WITNESS |
| MAJOR, ALEXANDER W. | 6/23/2009 | 0.20 | 285.00 | 57.00 | PHONE CALLS WITH PLAINTIFF'S COUNSEL AND OHIO COUNSEL AND MEETING WITH C. MALLON REGARDING PFG VENTURES SUBPOENA EXTENSION AND PLAINTIFF'S FAILURE TO RECEIVE NOTICE |
| MALLON, COLLEEN M. | 6/23/2009 | 0.50 | 415.00 | 207.50 | MEETING WITH S. WEBB RE: STRATEGY/ANALYSIS AND ITEMS TO COVER WITH EXPERT |
| WEBB, G. STEWART, JR. | 6/23/2009 | 0.70 | 635.00 | 444.50 | PREPARE FOR MEETING WITH EXPERT, DISCUSS SAME WITH C. MALLON |

| | | | | | |
|---|---|---|---|---|---|
| MAJOR, ALEXANDER W. | 6/24/2009 | 2.00 | 285.00 | 570.00 | INITIAL EXAMINATION OF GLOBAL'S QUICKBOOKS TO INCLUDE CREATING SALES AND CUSTOMER REPORTS; CREATED COPIES TO PROVIDE TO EXPERT |
| MAJOR, ALEXANDER W. | 6/24/2009 | 3.80 | 285.00 | 1,083.00 | ELECTRONIC DOCUMENT REVIEW OF PLAINTIFF'S FOURTH PRODUCTION OF DOCUMENTS |
| MAJOR, ALEXANDER W. | 6/24/2009 | 2.80 | 0.00 | 0.00 | MEETING WITH ECONOMIC EXPERT |
| MAJOR, ALEXANDER W. | 6/24/2009 | 1.10 | 285.00 | 313.50 | FINDING/PULLING DOCUMENTS IN PREPARATION OF MEETING WITH OUR ECONOMIC EXPERT WITNESS |
| MAJOR, ALEXANDER W. | 6/24/2009 | 0.60 | 285.00 | 171.00 | IDENTIFIED HOLES IN PLAINTIFF'S DOCUMENT PRODUCTIONS WHERE THEY HAVE FAILED TO PRODUCE DOCUMENTS; DRAFTED LETTER TO M. ARGENT FROM C. MALLON ADDRESSING DEFICIENCIES |
| MALLON, COLLEEN M. | 6/24/2009 | 2.50 | 415.00 | 1,037.50 | MEETING WITH S. WEBB, A. MAJOR AND EXPERTS RE: STRATEGY/NEXT STEPS |
| WEBB, G. STEWART, JR. | 6/24/2009 | 2.80 | 635.00 | 1,778.00 | MEETING WITH EXPERT, ET AL.(2.4); DISCUSS WITH A. MAJOR RE: DISCOVERY (.1); REVIEW BUSINESS PLAN |
| MAJOR, ALEXANDER W. | 6/25/2009 | 0.90 | 285.00 | 256.50 | INITIAL EXAMINATION OF GLOBAL'S QUICKBOOKS TO INCLUDE CREATING SALES AND CUSTOMER REPORTS; CREATED COPIES TO PROVIDE TO EXPERT |
| BAGWANDEEN, NAMRATA R. | 6/26/2009 | 0.60 | 180.00 | 108.00 | UPLOAD DOCUMENTS INTO IPRO AND CONCORDANCE PER A. MAJOR |
| MAJOR, ALEXANDER W. | 6/26/2009 | 0.10 | 285.00 | 28.50 | POSTED RESEARCH ASSISTANCE REQUEST RE: CONTRACTS |
| MAJOR, ALEXANDER W. | 6/26/2009 | 0.50 | 285.00 | 142.50 | EDITED LETTER TO M. ARGENT FROM C. MALLON ADDRESSING DEFICIENCIES IN PLAINTIFF'S DISCOVERY; SENT TO PLAINTIFF'S COUNSEL W/ BCC TO CLIENT |
| MALLON, COLLEEN M. | 6/26/2009 | 0.60 | 415.00 | 249.00 | EDIT/REVISE LETTER RE: DISCOVERY ISSUES TO M. ARGENT; MEETING WITH S. WEBB RE: COMMUNICATIONS WITH EXPERT |
| WEBB, G. STEWART, JR. | 6/26/2009 | 0.70 | 635.00 | 444.50 | DISCUSS DISCOVERY WITH C. MALLON; REVIEW AND REVISE LETTER RE GLOBAL PRODUCTION |
| WEBB, G. STEWART, JR. | 6/26/2009 | 0.50 | 635.00 | 317.50 | REVIEW DRAFT EXPERT ENGAGEMENT LETTER; PHONEMAIL MESSAGE RE SAME |
| CAREY, CHRISTINE C. | 6/30/2009 | 1.80 | 0.00 | 0.00 | MEETING WITH C. MALLON AND A. MAJOR TO DISCUSS PROJECT: FREE WESTLAW RESEARCH RE: CONTRACTS |
| MAJOR, ALEXANDER W. | 6/30/2009 | 0.50 | 285.00 | 142.50 | MEETING WITH C. MALLON AND C. CAREY (SUMMER ASSOCIATE) RE: CONTRACTS |
| MAJOR, ALEXANDER W. | 6/30/2009 | 6.30 | 285.00 | 1,795.50 | PREPARE MATERIALS FOR EXPERT |
| MALLON, COLLEEN M. | 6/30/2009 | 6.50 | 415.00 | 2,697.50 | EDIT/REVISE RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES; MEETING WITH A. MAJOR AND C. CAREY RE: RESEARCH RE: CONTRACT; TELEPHONE CALL WITH ASSOCIATE OF EXPERT RE MEETING WITH M. BAKER |
| | | **308.10** | | **77,252.00** | |

*Advice in Connection with Labor and Employment Matters*

| Attorney | Date | Hours | Hourly Rate | Fee* | Description |
|---|---|---|---|---|---|
| AYRES, JEFFREY P. | 6/2/2009 | 0.20 | 495.00 | 99.00 | REVIEW J. FORGACH E-MAILS; TELEPHONE J. FORGACH RE SAME |
| AYRES, JEFFREY P. | 6/8/2009 | 0.40 | 495.00 | 198.00 | REVIEW RELEASE; TELEPHONE J. FORGACH RE SAME |
| MITCHELL, HEATHER L. | 6/17/2009 | 0.20 | 200.00 | 40.00 | CALL WITH J. FORGACH REGARDING QUESTIONS AS TO THE 2009 STOCK INCENTIVE PLAN |
| | | *0.80* | | *337.00* | |
| | | 308.90 | | 77,589.00 | |

\* In the interest of billing judgment, $10,325.00 was written off for the period June 1, 2009 through June 30, 2009.
These fees reflect these reductions.  Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

EXHIBIT H

**Monthly Statement of Venable LLP in Support of Interim Fee Application**
**Expense Detail June 1, 2009 through June 30, 2009**

| | | | | |
|---|---|---|---|---|
| 6/1/2009 COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 57.71 | LASER COURIER |
| 6/1/2009 COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 57.71 | LASER COURIER |
| 6/15/2009 COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 57.71 | LASER COURIER |
| 6/15/2009 COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 57.71 | LASER COURIER |
| 6/19/2009 COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 57.71 | LASER COURIER |
| 6/19/2009 COMMERCIAL MESSENGER / DELIVERY SERVICES | | | 57.71 | LASER COURIER |
| | | | **346.26** | |
| | | | | |
| 6/1/2009 INTERNAL REPRODUCTION COSTS | 71 | 0.10 | 7.10 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 6/3/2009 INTERNAL REPRODUCTION COSTS | 3 | 0.10 | 0.30 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 6/11/2009 INTERNAL REPRODUCTION COSTS | 17 | 0.10 | 1.70 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 6/12/2009 INTERNAL REPRODUCTION COSTS | 10 | 0.10 | 1.00 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 6/15/2009 INTERNAL REPRODUCTION COSTS | 4 | 0.10 | 0.40 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 6/15/2009 INTERNAL REPRODUCTION COSTS | 55 | 0.10 | 5.50 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 6/15/2009 INTERNAL REPRODUCTION COSTS | 3 | 0.10 | 0.30 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 6/19/2009 INTERNAL REPRODUCTION COSTS | 49 | 0.10 | 4.90 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 6/19/2009 INTERNAL REPRODUCTION COSTS | 6 | 0.10 | 0.60 | PHOTOCOPIES MADE BY HARPER, JANICE M. |
| 6/26/2009 INTERNAL REPRODUCTION COSTS | 2 | 0.10 | 0.20 | PHOTOCOPIES MADE BY WILSON, TYRA |
| 6/29/2009 INTERNAL REPRODUCTION COSTS | 4 | 0.10 | 0.40 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| | | | **22.40** | |
| | | | | |
| 6/1/2009 LONG DISTANCE TELEPHONE | | | 0.70 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 6/2/2009 LONG DISTANCE TELEPHONE | | | 3.47 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 6/5/2009 LONG DISTANCE TELEPHONE | | | 0.70 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 6/5/2009 LONG DISTANCE TELEPHONE | | | 1.39 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |

EXHIBIT H

| Date | Category | Amount | Description |
|---|---|---|---|
| 6/8/2009 | LONG DISTANCE TELEPHONE | 1.39 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 6/8/2009 | LONG DISTANCE TELEPHONE | 1.39 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 6/10/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 6/15/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 6/15/2009 | LONG DISTANCE TELEPHONE | 1.39 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 6/22/2009 | LONG DISTANCE TELEPHONE | 2.08 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 6/22/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 6/26/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 6/26/2009 | LONG DISTANCE TELEPHONE | 2.08 | LONG DISTANCE CALL MADE BY WEBB, G. STEWART, JR. |
| 6/30/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 6/30/2009 | LONG DISTANCE TELEPHONE | 1.39 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| | | **19.48** | |
| 6/4/2009 | POSTAGE | 1.39 | WEBB, G. STEWART, JR. |
| 6/8/2009 | POSTAGE | 3.22 | WEBB, G. STEWART, JR. |
| 6/16/2009 | POSTAGE | 0.88 | WEBB, G. STEWART, JR. |
| 6/25/2009 | POSTAGE | 6.24 | WEBB, G. STEWART, JR. |
| 6/25/2009 | POSTAGE | 0.95 | WEBB, G. STEWART, JR. |
| | | **12.68** | |

Total    400.82