# EXHIBIT A

### Thirty-First Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #22926 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1793465\1