# EXHIBIT C

## Thirty-Third Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #23566 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1793465\1