**SIXTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 8/1/09 through 8/31/09**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| B. Bingham | Executive Director | $710 | 11.60 | $8,236.00 |
| E. Ordway | Member | $710 | 13.50 | $9,585.00 |
| S. Cunningham | Member | $710 | 5.20 | $3,692.00 |
| R. Frezza | Member | $625 | 76.00 | $47,500.00 |
| M. Mulligan | Executive Director | $600 | 1.60 | $960.00 |
| C. Stryker | Consultant | $525 | 16.00 | $8,400.00 |
| J. Dolan | Consultant | $420 | 88.20 | $37,044.00 |
| R. Esquivel | Consultant | $350 | 12.00 | $4,200.00 |
| C. Provorny | Consultant | $325 | 5.40 | $1,755.00 |
| B. Rosensaft | Consultant | $300 | 2.00 | $600.00 |
| M. Desalvio | Research | $170 | 0.20 | $34.00 |
| N. Backer | Paraprofessional | $110 | 6.30 | $693.00 |
| **For the Period 8/1/09 through 8/31/09** | | | **238.00** | **$122,699.00** |

**Capstone Advisory Group, LLC**                                                         **Page 1 of 1**
**Invoice for the August 2009 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 8/1/09 through 8/31/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed motions and related documents and exhibits regarding a certain asset sale, and performed various analyses and prepared reports to Committee thereon. | 31.50 | $14,398.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant 2.90 prepared various accrued interest scenarios in relation to the POR and Disclosure Statement. | | $1,334.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding insurance claims and settlements. | 6.60 | $3,188.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the May and June monthly statements, as well as the 22nd Quarterly fee application. | 11.80 | $3,177.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant 15.10 analyzed data regarding the June monthly results, SEC filings and 2Q09 results to be included in report to the Committee. | | $8,140.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant prepared solvency and feasibility analyses and prepared reports thereon.  The applicant also analyzed solvency and feasibility reports prepared by Debtors' financial advisors, and prepared for and participated in trial depositions. | 170.10 | $92,461.00 |
| **For the Period 8/1/09 through 8/31/09** | | **238.00** | **$122,699.00** |

**Capstone Advisory Group, LLC**                                                          **Page 1 of 1**
   **Invoice for the August 2009 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 8/1/09 through 8/31/09

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| | | | |

01. Acquisitions/Divestitures

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/13/2009 | J. Dolan | 1.90 | Read and analyzed Debtors' presentation regarding Project Keystone divestiture. |
| 8/14/2009 | J. Dolan | 2.10 | Prepared for and participated in call with Debtors and Blackstone regarding Project Keystone and prepared related analysis. |
| 8/17/2009 | R. Frezza | 1.80 | Read and analyzed Project Keystone presentation and prepared request list. |
| 8/18/2009 | J. Dolan | 0.40 | Read and analyzed responses from Debtors related to Keystone acquisition. |
| 8/21/2009 | R. Frezza | 0.90 | Updated counsel on status of Keystone divestiture analyses and request list responses from the Debtors. |
| 8/24/2009 | R. Frezza | 0.80 | Prepared and reviewed questions related to Project Keystone deal and discussed next steps with counsel. |
| 8/24/2009 | J. Dolan | 1.70 | Prepared information request related to Keystone divestiture. |
| 8/24/2009 | J. Dolan | 1.10 | Read and analyzed documents related to Keystone divestiture. |
| 8/24/2009 | J. Dolan | 2.40 | Read and analyzed motion and presentation related to Keystone divestiture. |
| 8/25/2009 | J. Dolan | 0.70 | Read and analyzed affidavit related to Keystone divestiture. |
| 8/25/2009 | J. Dolan | 0.80 | Prepared report to the Committee regarding Keystone divestiture. |
| 8/25/2009 | J. Dolan | 2.30 | Read and analyzed order and other documents related to Keystone divestiture. |
| 8/25/2009 | J. Dolan | 2.20 | Read and analyzed documents related to Keystone divestiture. |
| 8/26/2009 | J. Dolan | 2.20 | Read and analyzed responses from Debtors regarding Keystone divestiture including schedules. |
| 8/27/2009 | J. Dolan | 2.90 | Prepared analyses and related commentary in report to the Committee regarding Keystone sale. |
| 8/27/2009 | R. Frezza | 1.10 | Continued analyses regarding the Keystone divestiture. |
| 8/27/2009 | J. Dolan | 2.00 | Continued to prepare report to the Committee regarding Keystone sale. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/28/2009 | J. Dolan | 0.90 | Discussed report internally and made changes to Keystone report based on review. |
| 8/28/2009 | J. Dolan | 0.80 | Read and analyzed Debtors' responses to information request and incorporated data into report. |
| 8/28/2009 | R. Frezza | 1.10 | Finalization of Keystone report including follow up on open questions. Completed report for distribution to counsel. |
| 8/31/2009 | J. Dolan | 0.80 | Discussed report with counsel and incorporated changes into report. |
| 8/31/2009 | J. Dolan | 0.60 | Finalized and distributed Keystone report to the Committee. |
| Subtotal | | 31.50 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/4/2009 | J. Dolan | 2.10 | Prepared for and participated in call with Blackstone regarding interest calculations and discussed with counsel. |
| 8/11/2009 | J. Dolan | 0.40 | Read and analyzed counsel's memo regarding settlement agreement. |
| 8/11/2009 | E. Ordway | 0.40 | Read and analyzed Counsel's memo regarding Scott's company settlement agreement. |
| Subtotal | | 2.90 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/4/2009 | J. Dolan | 0.40 | Read and analyzed counsel's memo regarding insurance motions pending before the court. |
| 8/4/2009 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 8/4/2009 | R. Frezza | 0.90 | Conferred with counsel on motions pending and related memo. |
| 8/4/2009 | E. Ordway | 0.50 | Read and analyzed motions and Counsel's report regarding insurance matters. |
| 8/7/2009 | E. Ordway | 0.30 | Read and analyzed motion and Counsel's report regarding ICI proof of claim and settlement. |
| 8/7/2009 | J. Dolan | 0.60 | Read and analyzed counsels memo to the Committee regarding ICI stipulation related to an environmental claim. |
| 8/11/2009 | J. Dolan | 0.90 | Read and analyzed counsels memo regarding deposition and discussed internally. |
| 8/17/2009 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 8/27/2009 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| Subtotal | | 6.60 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **07. Fee Applications & Invoices** | | | |
| 8/4/2009 | J. Dolan | 0.70 | Prepared May fee application. |
| 8/4/2009 | J. Dolan | 0.70 | Prepared June fee application. |
| 8/6/2009 | J. Dolan | 0.60 | Prepared May fee application. |
| 8/7/2009 | N. Backer | 1.20 | Prepared May fee statement. |
| 8/7/2009 | N. Backer | 1.50 | Prepared June Fee statement. |
| 8/12/2009 | N. Backer | 2.20 | Prepared 22nd Quarterly fee application. |
| 8/13/2009 | N. Backer | 0.50 | Prepared May and June statements for filing. |
| 8/13/2009 | E. Ordway | 0.40 | Prepared fee application. |
| 8/18/2009 | J. Dolan | 0.40 | Prepared June fee application. |
| 8/18/2009 | J. Dolan | 0.40 | Prepared May fee application. |
| 8/27/2009 | N. Backer | 0.90 | Prepared the 22nd Quarterly fee application. |
| 8/28/2009 | J. Dolan | 1.10 | Prepared quarterly fee application. |
| 8/31/2009 | J. Dolan | 1.00 | Prepared quarterly fee application. |
| 8/31/2009 | E. Ordway | 0.20 | Prepared fee application. |
| Subtotal | | 11.80 | |
| **08. Financial Analysis - Schedules & Statements** | | | |
| 8/5/2009 | J. Dolan | 1.90 | Read and analyzed June 2009 monthly operating reports. |
| 8/6/2009 | J. Dolan | 1.60 | Prepared 2Q09 analysis for inclusion in report to the Committee. |
| 8/7/2009 | J. Dolan | 2.90 | Read and analyzed recently filed 2Q09 Form 10Q. |
| 8/7/2009 | E. Ordway | 1.00 | Read and analyzed 10-Q and listed items for staff to review and investigate. |
| 8/10/2009 | S. Cunningham | 1.60 | Read and analyzed Q2 results. |
| 8/18/2009 | J. Dolan | 2.50 | Preparation of analyses related to 2Q09 results to be included in report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/18/2009 | S. Cunningham | 1.40 | Read and analyzed Q2 results. |
| 8/19/2009 | S. Cunningham | 2.20 | Read and analyzed Q2 results including review of SEC filings. |
| Subtotal | | 15.10 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/1/2009 | R. Esquivel | 3.00 | Prepared financial model to assist in feasibility analysis. |
| 8/1/2009 | J. Dolan | 1.40 | Prepared solvency analysis and related report at the request of counsel. |
| 8/1/2009 | B. Bingham | 2.90 | Assisted in solvency analysis with review of balance sheet issues. |
| 8/1/2009 | R. Frezza | 2.90 | Performed solvency research and drafted report. |
| 8/2/2009 | C. Provorny | 1.00 | Prepared z-score language for solvency report. |
| 8/2/2009 | B. Rosensaft | 2.00 | Calculation of valuation financial data for R. Frezza and C. Stryker. Discussion with C. Stryker re: the same. |
| 8/2/2009 | R. Frezza | 2.60 | Prepared solvency report. |
| 8/2/2009 | R. Frezza | 3.20 | Performed solvency research and related analyses. |
| 8/2/2009 | B. Bingham | 3.80 | Analyzed capital adequacy issues and provided comments on report. |
| 8/2/2009 | J. Dolan | 1.20 | Prepared solvency report at the request of counsel. |
| 8/3/2009 | M. Desalvio | 0.20 | Retrieved Market Cap information for Grace as of 12/31/08 as requested by Grace team. |
| 8/3/2009 | R. Frezza | 3.70 | Prepared solvency analyses and related research. |
| 8/3/2009 | R. Frezza | 3.00 | Drafted solvency report. |
| 8/3/2009 | R. Frezza | 1.50 | Review of feasibility model for Feasibility opinion. |
| 8/3/2009 | E. Ordway | 1.70 | Read and edited solvency analyses. |
| 8/3/2009 | J. Dolan | 2.60 | Prepared analyses for inclusion in solvency report. |
| 8/3/2009 | B. Bingham | 3.20 | Final report assistance and technical review. |
| 8/3/2009 | J. Dolan | 3.40 | Read and analyzed solvency expert report and had internal discussions therein. |
| 8/3/2009 | R. Esquivel | 6.50 | Prepared financial model to assist in feasibility analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/4/2009 | J. Dolan | 1.00 | Discussed feasibility report components and model assumptions related to feasibility report to the Committee. |
| 8/4/2009 | R. Frezza | 2.10 | Reviewed Feasibility model; prepared report to Committee on feasibility. |
| 8/4/2009 | R. Frezza | 2.80 | Followed up on open items re: solvency analysis and report. |
| 8/4/2009 | E. Ordway | 0.80 | Prepared and edited solvency report. |
| 8/4/2009 | C. Stryker | 5.10 | Prepared solvency analysis and reviewed solvency report. |
| 8/5/2009 | R. Frezza | 2.80 | Detail review of financial model update for purposes of Feasibility Report to Committee. |
| 8/5/2009 | R. Esquivel | 2.50 | Prepared financial model to assist in feasibility analysis. |
| 8/6/2009 | R. Frezza | 2.10 | Prepared analyses and drafted feasibility report to Committee. |
| 8/6/2009 | J. Dolan | 1.20 | Reviewed and analyzed Grace model for use in feasibility analysis. |
| 8/6/2009 | J. Dolan | 1.30 | Prepared outline of feasibility report to Committee and discussed internally. |
| 8/7/2009 | R. Frezza | 1.70 | Performed research regarding feasibility of plan and drafted report. |
| 8/7/2009 | J. Dolan | 1.30 | Analyzed financial model to assist in sensitizing projections for feasibility report. |
| 8/10/2009 | R. Frezza | 1.10 | Continued research and preparing feasibility report. |
| 8/10/2009 | R. Frezza | 1.80 | Performed research in preparation of Solvency deposition. |
| 8/10/2009 | E. Ordway | 1.60 | Read and analyzed Zilly feasibility report. |
| 8/11/2009 | R. Frezza | 2.10 | Prepared for deposition; reviewed disclosure statement; read and analyzed other cases where solvency was at issue. |
| 8/11/2009 | E. Ordway | 0.50 | Read Counsel's memo regarding depositions related to various confirmation matters. |
| 8/11/2009 | M. Mulligan | 1.60 | Researched and corresponded with R. Frezza regarding solvency accounting. |
| 8/11/2009 | E. Ordway | 1.00 | Directed staff in researching solvency accounting standards. |
| 8/12/2009 | E. Ordway | 1.20 | Read and analyzed Blackstone plan feasibility analysis. |
| 8/12/2009 | R. Frezza | 3.20 | Re-read disclosure stmt, Exhibit 12, P Zilly feasibility report, POR; and prepared hypothetical break even solvency analysis at direction of counsel. |
| 8/12/2009 | R. Frezza | 2.20 | Continued review and analysis regarding solvency in preparation for deposition. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 8/13/2009 | C. Stryker | 2.10 | Review of Zilly rebuttal report. |
| 8/13/2009 | R. Frezza | 7.50 | Prepared for Solvency deposition; was deposed by Grace counsel and debriefed by counsel. |
| 8/14/2009 | R. Frezza | 2.90 | Read and analyzed Zilly rebuttal to Capstone expert report. Read and analyzed transcript to own deposition. |
| 8/17/2009 | B. Bingham | 1.70 | Reviewed and commented on Zilly report vs. Frezza. |
| 8/17/2009 | J. Dolan | 2.10 | Read and analyzed deposition documents. |
| 8/17/2009 | C. Stryker | 4.10 | Prepared for conference call re Zilly rebuttal report. |
| 8/17/2009 | J. Dolan | 1.90 | Read and analyzed rebuttal document and discussed internally. |
| 8/17/2009 | R. Frezza | 2.10 | Continued feasibility report research and drafting of report. |
| 8/17/2009 | J. Dolan | 2.00 | Prepared analyses to include in feasibility report to the Committee including historical results. |
| 8/18/2009 | E. Ordway | 1.20 | Read current version of POR. |
| 8/18/2009 | J. Dolan | 2.80 | Prepared for and participated in call with counsel regarding deposition discussion and rebuttal. |
| 8/18/2009 | R. Frezza | 1.10 | Continued research re: Plan feasibility including review of 5 year projection released to team. |
| 8/18/2009 | C. Stryker | 1.50 | Supervision of market approach and analysis. |
| 8/18/2009 | C. Stryker | 1.00 | Participated in conference call concerning Zilly rebuttal. |
| 8/18/2009 | R. Frezza | 1.60 | Analyzed break even PI Claims data and review of solvency tests per my expert report and prepared follow up peer analysis. |
| 8/18/2009 | R. Frezza | 1.80 | Prepared for and participated in calls with counsel in preparation for Zilly deposition. |
| 8/19/2009 | J. Dolan | 1.10 | Worked with valuation department to provide data for calculations related to Grace valuation. |
| 8/19/2009 | E. Ordway | 0.70 | Directed staff in preparing our report regarding feasibility. |
| 8/19/2009 | J. Dolan | 2.70 | Prepared commentary for feasibility report to the Committee. |
| 8/19/2009 | C. Stryker | 2.20 | Research of accounting for market approach related to feasibility. |
| 8/19/2009 | J. Dolan | 1.80 | Prepared historical charts, CAGR calcs and other analyses as well as related commentary for feasibility report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/19/2009 | C. Provorny | 4.40 | Prepared Peer group analysis for R. Frezza. |
| 8/19/2009 | J. Dolan | 2.10 | Prepared analyses to be included in feasibility report to the Committee. |
| 8/19/2009 | R. Frezza | 1.20 | Further discussions held with R. Cobb re: preparation for deposition of P. Zilly. |
| 8/19/2009 | R. Frezza | 2.80 | Reviewed and commented on draft of feasibility report to Committee. |
| 8/20/2009 | R. Frezza | 2.50 | Continued review and analysis regarding feasibility report to Committee. |
| 8/20/2009 | J. Dolan | 0.90 | Prepared analysis to be included as appendix to feasibility report. |
| 8/20/2009 | J. Dolan | 1.40 | Prepared analysis including plan data for feasibility report to the Committee. |
| 8/20/2009 | J. Dolan | 1.60 | Prepared commentary to analyses in feasibility report to the Committee. |
| 8/20/2009 | J. Dolan | 2.90 | Prepared analysis for inclusion in feasibility report to the Committee. |
| 8/21/2009 | R. Frezza | 0.90 | Finalization of Feasibility report and distribution to counsel. |
| 8/21/2009 | E. Ordway | 0.30 | Prepared and edited analysis related to feasibility. |
| 8/21/2009 | J. Dolan | 1.50 | Prepared additional analyses as requested for feasibility report to Committee. |
| 8/21/2009 | J. Dolan | 3.00 | Discussed feasibility report internally and incorporated comments into Report to the Committee. |
| 8/25/2009 | R. Frezza | 1.00 | Read and analyzed R. Frezza and P. Zilly deposition transcript on Rebuttal in preparation for testimony. |
| 8/25/2009 | R. Frezza | 1.10 | Reviewed other related docs in connection with Solvency testimony. |
| 8/26/2009 | R. Frezza | 1.90 | Read own deposition again for errors and prepared ERRATA acknowledgement; reviewed P. Zilly rebuttal in preparation for Solvency deposition. |
| 8/26/2009 | E. Ordway | 0.90 | Read deposition transcripts. |
| 8/27/2009 | R. Frezza | 1.30 | Reviewed additional information copied from lender data room in connection with solvency testimony. |
| 8/31/2009 | E. Ordway | 0.80 | Read and analyzed current version of disclosure statement. |
| 8/31/2009 | R. Frezza | 0.90 | Continued review and analysis of documents related to solvency in preparation for testimony. |
| Subtotal | | 170.10 | |
| **Total Hours** | | **238.00** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 8/1/09 through 8/31/09

| Date | Professional | Detail | Amount |
|------|--------------|--------|-------:|
| **Capstone Expense** | | | |
| 8/11/2009 | Research | Bloomberg | $28.00 |
| 8/11/2009 | Research | Pacer subscription | $22.88 |
| Subtotal - Capstone Expense | | | $50.88 |
| **R. Frezza** | | | |
| 8/13/2009 | Parking/Tolls | Meeting at Stroock for deposition | $44.00 |
| Subtotal - R. Frezza | | | $44.00 |
| **For the Period 8/1/09 through 8/31/09** | | | $94.88 |