## Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 04, 2009

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10118

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/1/2009 | JAW | Draft summary of Caplin & Drysdale June 2009 fee application (0.4) | 0.40 | 60.00 |
| 10/2/2009 | JAW | detailed review of Kirkland & Ellis June 2009 fee application (4.5) | 4.50 | 675.00 |
| | JAW | Proofread WH Smith & Assoc. September 2009 fee detail and notice (0.2); e-mail to M. White regarding any revisions to same (0.1) | 0.30 | 45.00 |
| | BSR | Receive and review agenda for Oct. 7 hearing and draft email to Warren Smith re same | 0.10 | 26.00 |
| | MW | Draft monthly application for compensation of Warren H. Smith & Associates (.6); detailed review of fees and expenses re same (.9); send same to J. Wehrmann for review (.1). | 1.60 | 208.00 |
| 10/5/2009 | AL | Update database with Holme, Roberts, & Owen's invoices for October, November and December 2008 | 0.40 | 18.00 |
| | AL | Update database with Reed Smith's August Fee Application | 0.20 | 9.00 |
| | AL | Update database with Janet Baer's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with Beveridge & Diamond's June Fee Application | 0.20 | 9.00 |

214 698-3868

W.R. Grace & Co.                                                                                                    Page        2

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/5/2009 | AL | Update database with Stroock & Lavan's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with Orrick's August Fee Application | 0.40 | 18.00 |
| | AL | Update database with Legal Analysis System's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with Piper Jaffray's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with CNO's for Orrick, Piper, and Tre Angeli | 0.40 | 18.00 |
| | AL | Update database with Tre Angeli LLC's August Fee Application | 0.40 | 18.00 |
| | JAW | detailed review of Kirkland & Ellis June 2009 fee application (9.4) | 9.40 | 1,410.00 |
| | AL | Update database with Charter Oak Financial's August Fee Application | 0.20 | 9.00 |
| 10/6/2009 | WHS | Receive and review agenda | 0.10 | 29.50 |
| | JAW | Continue detailed review of Kirkland & Ellis June 2009 fee application (4.7) | 4.70 | 705.00 |
| | AL | Update database with Orrick, Harrington, & Sutcliffe's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with Stroock's August Fee Application | 0.20 | 9.00 |
| 10/7/2009 | AL | Update database with 6th, 7th, & 8th Monthly Fee Applications for Judge Alexander Sanders | 0.50 | 22.50 |
| | AL | Update database with Caplin & Drysdale's August Fee Application | 0.30 | 13.50 |

W.R. Grace & Co.

Page      3

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/7/2009 | AL | Update database with Anderson's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with Campbell & Levine's August Fee Application | 0.40 | 18.00 |
| 10/8/2009 | JAW | detailed review of Janet S. Baer July 2009 fee application (1.6); draft summary of same (0.2) | 1.80 | 270.00 |
| 10/10/2009 | BSR | detailed review of Woodcock Washburn's 33rd interim fee application and monthly fee applications | 0.30 | 78.00 |
| | BSR | detailed review of Stroock's May 2009 monthly fee application and fee summary re same | 0.30 | 78.00 |
| | WHS | Receive and review amended agenda | 0.10 | 29.50 |
| 10/12/2009 | BSR | detailed review of Pachulski's 33rd interim fee application and monthly fee applications | 1.00 | 260.00 |
| | BSR | detailed review of Ogilvy Renault's 33rd interim fee application and monthly fee applications | 0.40 | 104.00 |
| | BSR | detailed review of Unsecured Creditors' Committee expense application covering the 32nd and 33rd interim periods | 0.10 | 26.00 |
| | AL | Update database with Legal Analysis Systems' August Fee Application | 0.20 | 9.00 |
| | AL | Update database with Tre Angeli's 6th Q Interim Fee Application | 0.40 | 18.00 |
| | AL | Update database with Towers, Perrin & Tillinghast's July & August Fee Applications | 0.40 | 18.00 |
| | AL | Update database with David Austern's CNO's for June through August | 0.50 | 22.50 |
| | AL | Update database with Kirkland & Ellis' August Fee Application | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                          Page        4

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/12/2009 | BSR | detailed review of LAS' 33rd interim fee application and monthly fee applications | 0.20 | 52.00 |
| | BSR | detailed review of Kramer Levin's 33rd interim fee application and monthly fee applications | 0.60 | 156.00 |
| 10/13/2009 | AL | Update database with Woodcock Washburn's August Fee Application | 0.20 | 9.00 |
| | JAW | detailed review of Anderson Kill July 2009 fee application (4.6); draft summary of same (0.1) | 4.70 | 705.00 |
| | JAW | detailed review of Caplin & Drysdale July 2009 fee application (4.8) | 4.80 | 720.00 |
| 10/14/2009 | AL | Update database with Piper's June CNO | 0.20 | 9.00 |
| | JAW | Continue detailed review of Caplin & Drysdale July 2009 fee application (1.9); draft summary of same (0.2) | 2.10 | 315.00 |
| | AL | Update database with Holme Robert & Owen's October thru December 2008 31st Interim Fee Application | 0.40 | 18.00 |
| | AL | Update database with PriceWaterHouseCoopers' CNO | 0.20 | 9.00 |
| | AL | Update database with Tre Angeli's June Fee Application | 0.30 | 13.50 |
| 10/16/2009 | AL | Update database with Proviti's September Fee Application | 0.30 | 13.50 |
| | AL | Update database with 31st Q Verified Fee Application of Holme Roberts | 0.40 | 18.00 |
| 10/19/2009 | AL | Update database with Steptoe's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with Proviti's September Fee Application | 0.40 | 18.00 |

W.R. Grace & Co.                                                                                          Page      5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/19/2009 | AL | Update database with Caplin's summary for the month of June | 0.40 | 18.00 |
|  | AL | Update database with Baer's summary for the month of July | 0.30 | 13.50 |
|  | AL | Update database with Anderson's summary for the month of July | 0.40 | 18.00 |
|  | AL | Update database with Caplin's summary for the month of July | 0.30 | 13.50 |
|  | AL | Update database with Price Waterhouse Cooper's August Fee Application | 0.40 | 18.00 |
|  | WHS | Receive and review agenda | 0.10 | 29.50 |
| 10/20/2009 | AL | Update database with Kirkland & Ellis' July & August  Fee Application | 0.40 | 18.00 |
|  | JAW | detailed review of K&E July 2009 fee application (3.6) | 3.60 | 540.00 |
|  | AL | Update database with Kirkland & Ellis' electronic June  Fee Application | 0.20 | 9.00 |
|  | AL | Update database with Proviti's Fee Application for July thru September | 0.40 | 18.00 |
| 10/21/2009 | AL | Update database with Duane Morris' September Fee Application | 0.40 | 18.00 |
|  | AL | Draft CNO for September's Invoices | 0.40 | 18.00 |
|  | JAW | detailed review of K&E July 2009 fee application (9.1) | 9.10 | 1,365.00 |
| 10/22/2009 | JAW | Draft summary of K&E June 2009 fee application (5.4) | 5.40 | 810.00 |

W.R. Grace & Co.                                                                                                        Page       6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/22/2009 | JAW | detailed review of K&E July 2009 fee application (3.7) | 3.70 | 555.00 |
| 10/23/2009 | AL | Update database with Piper & Tre Angeli's CNO | 0.20 | 9.00 |
|  | AL | Update database with PriceWaterhouse's August Fee Application | 0.40 | 18.00 |
|  | JAW | detailed review of Janet S. Baer August 2009 fee application (1.4); draft summary of same (0.1) | 1.50 | 225.00 |
| 10/25/2009 | WHS | Receive and review amended agenda | 0.10 | 29.50 |
| 10/26/2009 | AL | Update database with Ogilvey's Electronic September Fee Application | 0.30 | 13.50 |
|  | AL | Update database with Proviti's  September Fee Application | 0.20 | 9.00 |
|  | JAW | detailed review of Anderson Kill August 2009 fee application (4.3); draft summary of same (0.1) | 4.40 | 660.00 |
| 10/27/2009 | JAW | detailed review of Stroock August 2009 fee application (2.5); draft summary of same (0.2) | 2.70 | 405.00 |
|  | JAW | Draft summary of K&E July 2009 fee application (1.0) | 1.00 | 150.00 |
|  | AL | Update database with Ogilvey's  September Fee Application | 0.30 | 13.50 |
|  | AL | Electronic filing with court of September's CNO | 0.40 | 18.00 |
|  | BSR | Draft e-mail to Jamie O'Neill re issue in 33rd interim fee application | 0.20 | 52.00 |
|  | BSR | detailed review of K&E's April 2009 monthly fee application (expense portion) | 1.00 | 260.00 |

W.R. Grace & Co.                                                                                   Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/28/2009 | AL | Update database with Gordian's September Fee Application | 0.40 | 18.00 |
|  | JAW | detailed review of Caplin & Drysdale August 2009 fee application (6.4); draft summary of same (1.0) | 7.40 | 1,110.00 |
|  | BSR | detailed review of K&E's May 2009 monthly fee application (expense portion) | 0.90 | 234.00 |
|  | AL | Update database with Orrick's CNO | 0.30 | 13.50 |
|  | AL | Update database with Baer's September Fee Application | 0.40 | 18.00 |
| 10/29/2009 | BSR | detailed review of April 2009 PwC monthly fee application (as well as fee summary re same) and review of May 2009 PwC fee application | 0.60 | 156.00 |
|  | BSR | detailed review of PwC's Darex Audit Application | 0.30 | 78.00 |
|  | JAW | detailed review of Orrick Herrington August 2009 fee application (4.9); draft summary of same (0.3) | 5.20 | 780.00 |
|  | DTW | Review and revise Bilzin 33rd initial report (.1). | 0.10 | 16.50 |
|  | AL | Update database with Baer's  September Fee Application | 0.30 | 13.50 |
|  | BSR | Draft initial report re Caplin & Drysdale for the 33rd interim period | 2.00 | 520.00 |
|  | AL | Update database with Foley's September Fee Application | 0.40 | 18.00 |
|  | AL | Update database with Pitney's August Fee Application | 0.30 | 13.50 |
|  | AL | Update database with Blizin's 33rd Q IR | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                Page        8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/29/2009 | AL | Update database with Ewing's September Fee Application | 0.20 | 9.00 |
|  | AL | Update database with Kramer's September Fee Application | 0.30 | 13.50 |
|  | AL | Update database with Reed Smith's September Fee Application | 0.40 | 18.00 |
|  | BSR | telephone conference with Laura Bouyea of Venable re structuring of firm's fee application | 0.20 | 52.00 |
|  | BSR | detailed review of Bilzin's 33rd interim fee application and monthly fee applications for same | 1.10 | 286.00 |
|  | BSR | Draft initial report re Bilzin Sumberg for the 33rd interim period | 0.90 | 234.00 |
|  | BSR | detailed review of Caplin & Drysdale's 33rd interim fee application and monthly fee applications | 0.90 | 234.00 |
| 10/30/2009 | DTW | Review and revise Caplin initial report (.1); | 0.10 | 16.50 |
|  | AL | Update database with Caplin's 3Q IR | 0.50 | 22.50 |
|  | AL | Update database with Ewing's  September Fee Application | 0.30 | 13.50 |
|  | AL | Update database with Kramer's  September Fee Application | 0.20 | 9.00 |
|  | BSR | detailed review of Anderson Kill & Olick's quarterly application for the 33rd interim period and expense portions of the monthly fee applications | 0.20 | 52.00 |
|  | BSR | detailed review of Orrick's 33rd interim fee application and monthly fee applications, as well as fee summaries of same | 1.30 | 338.00 |
|  | BSR | Draft initial report re Saul Ewing for the 33rd interim period | 0.80 | 208.00 |

W.R. Grace & Co.

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/30/2009 | BSR | detailed review of PwC's June 2009 monthly fee application and 33rd quarterly fee application | 0.40 | 104.00 |
|  | BSR | detailed review of Reed Smith's 33rd interim fee application and monthly fee applications | 1.10 | 286.00 |
|  | BSR | detailed review of Stroock's June 2009 monthly fee application and 33rd quarterly fee application | 0.80 | 208.00 |
|  | BSR | Draft initial report re Stroock for the 33rd interim period | 0.30 | 78.00 |
|  | BSR | detailed review of fee summaries made of Orrick's April and May 2009 fee applications | 0.40 | 104.00 |
|  | BSR | detailed review of Saul Ewing's monthly fee application for May through July 2009 | 0.20 | 52.00 |
|  | BSR | detailed review of Buchanan Ingersoll & Rooney's quarterly interim fee application for the 33rd interim period and monthly fee applications | 0.30 | 78.00 |
|  | BSR | Receive and review Saul Ewing's retention application and order | 0.20 | 52.00 |
|  | BSR | detailed review of Blackstone's quarterly fee application for the 33rd interim period and monthly fee applications | 0.30 | 78.00 |
|  | BSR | detailed review of Janet Baer's April 2009 monthly invoice (expense portion) | 0.10 | 26.00 |
|  | BSR | Receive and review information from Woodcock Washburn concerning "file history" expense | 0.10 | 26.00 |
|  | BSR | Draft initial report re Orrick for the 33rd interim period | 1.70 | 442.00 |
| 10/31/2009 | BSR | detailed review of Piper Jaffray's 33rd interim fee application and monthly fee applications | 0.30 | 78.00 |
|  | BSR | detailed review of Phillips Goldman & Spence's April and May 2009 monthly fee applications | 0.70 | 182.00 |

W.R. Grace & Co.                                                                                    Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/31/2009 | BSR | detailed review of Campbell & Levine's 33rd interim fee application and monthly fee applications | 1.10 | 286.00 |
|  | BSR | Draft initial report re Janet Baer PC for the 33rd interim period | 0.40 | 104.00 |
|  | BSR | detailed review of Janet Baer's June 2009 monthly fee application and 33rd interim fee application | 0.40 | 104.00 |
|  | BSR | detailed review of Janet Baer's May 2009 monthly fee application | 0.60 | 156.00 |
|  | BSR | detailed review of Steptoe's April, May and June 2009 monthly fee applications (.1); research server for 33rd interim fee application and draft email to Anne Moran inquiring as to status of same (.1) | 0.20 | 52.00 |
|  | BSR | research server for June 2009 and 33rd interim fee applications of Phillips Goldman & Spence; draft email to John Phillips re same | 0.10 | 26.00 |

**For professional services rendered**                                      **121.70 $18,756.50**

Additional Charges :

| 10/31/2009 | Copying cost | 2.40 |
|---|---|---|
|  | Third party copies & document prep/setup. | 164.82 |
|  | Pacer Charges | 9.12 |

**Total additional charges**                                                            **$176.34**

**Total amount of this bill**                                                            **$18,932.84**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 19.70 | 45.00 | $886.50 |
| Bobbi S. Ruhlander | 23.10 | 260.00 | $6,006.00 |

W.R. Grace & Co.

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Doreen Williams | 0.20 | 165.00 | $33.00 |
| James A. Wehrmann | 76.70 | 150.00 | $11,505.00 |
| Melanie White | 1.60 | 130.00 | $208.00 |
| Warren H Smith | 0.40 | 295.00 | $118.00 |