# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 04, 2009

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10115

Professional Services

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 7/1/2009 | JAW | detailed review of Stroock March 2009 fee application (2.1); draft summary of same (0.5) | 2.60 | 390.00 |
| 7/2/2009 | BSR | Telephone conference with Patty Cuniff re correct email address for fee application service list; review new service list sent by Jamie O'Neill and respond to Jamie O'Neill with correction to same | 0.10 | 26.00 |
|  | BSR | research server for status of service of initial reports (32nd) (.1); draft email to Bilzin Sumberg re initial report (32nd) (.1) | 0.20 | 52.00 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: revision needed to Stroock's 30th interim period category spreadsheet. | 0.10 | 15.00 |
| 7/3/2009 | BSR | research docket and review hearing agenda for July 9 (.2); forward same to Warren Smith and Jeff Allgood (.1) | 0.30 | 78.00 |
|  | MW | Update database with Pachulski's April e-detail (.2), hearing agenda (.1), CNO's for April for TreAngeli (.1), Piper Jaffray (.1), Towers Perrin (.2), Blackstone's e-detail for January (.2), February (.2) and March (.2). | 1.30 | 58.50 |
|  | BSR | Draft initial report re Caplin & Drysdale for the 32nd interim period | 0.80 | 208.00 |
|  | JAW | detailed review of Anderson Kill March 2009 fee application (3.0); draft summary of same (0.2) | 3.20 | 480.00 |

W.R. Grace & Co.                                                                                          Page      2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/3/2009 | BSR | detailed review of Caplin & Drysdale's 32nd interim fee application (including monthly fee applications), as well as fee summary re same | 1.20 | 312.00 |
| | MW | Conference with B. Ruhlander re continued hearing (.1); calendar and circulate same (.1); confer with Courtcall to schedule telephonic appearance. (.2). | 0.40 | 52.00 |
| 7/4/2009 | DTW | Review and revise Caplin 32nd initial report (.1). | 0.10 | 16.50 |
| 7/5/2009 | BSR | detailed review of Orrick's 32nd interim fee application and monthly fee applications | 0.30 | 78.00 |
| | BSR | detailed review of Nelson Mullins' Jan., Feb. and March 2009 monthly fee applications (.1); research server for quarterly fee applications for 31st and 32nd interim periods (.1) and draft email to Bernard Hawkins inquiring as to same (.1) | 0.30 | 78.00 |
| | BSR | detailed review of LAS' 32nd interim fee application and monthly fee applications | 0.30 | 78.00 |
| 7/6/2009 | BSR | detailed review of PwC's fee application for Advisory Services Project 2009 (.3); draft email to Kathleen Miller re same (.2) | 0.50 | 130.00 |
| | BSR | detailed review of PwC's 32nd interim fee application and monthly fee applications, as well as fee summaries re same | 0.70 | 182.00 |
| | MW | Draft monthly application for compensation of Warren H. Smith & Associates for June 2009 (.6); send same to J. Wehrmann for review (.1); finalize same for filing with the Court (.6). | 1.30 | 169.00 |
| | MW | Update database with Caplin's 32nd initial report (.2) and Stroock's 32nd Initial Report (.2); prepare same for service on parties (.2) | 0.60 | 27.00 |
| | JAW | Proof read WH Smith June 2009 fee application and fee detail (0.5); e-mail to M. White regarding any revisions need to same (0.1) | 0.60 | 90.00 |
| 7/7/2009 | BSR | Draft e-mails to various applicants regarding initial reports for the 32nd interim period | 0.30 | 78.00 |
| | BSR | detailed review of Kirkland & Ellis' Jan. 2009 monthly fee application, as well as fee summary re same | 1.80 | 468.00 |

W.R. Grace & Co.                                                                                         Page        3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/7/2009 | BSR | detailed review of PwC fee application for Advisory Services Project 2009 (continued) and review of our handling of previous PwC fee applications (.6); draft initial report re same (.3) | 0.90 | 234.00 |
|  | BSR | detailed review of Orrick's expenses for the 32nd interim period | 0.30 | 78.00 |
|  | JAW | detailed review of Caplin March 2009 fee application (2.7) | 2.70 | 405.00 |
|  | JAW | detailed review of Orrick January 2009 fee application (2.6); draft summary of same (0.7) | 3.30 | 495.00 |
|  | JAW | detailed review of Orrick Herrington March 2009 fee application (2.1); draft summary of same (0.3) | 2.40 | 360.00 |
|  | MW | Update database with Orrick's 32nd interim initial report; prepare same for service. | 0.20 | 9.00 |
|  | MW | Electronic filing with court of monthly application for compensation of Warren H. Smith & Associates (.3); prepare same for service (.1). | 0.40 | 52.00 |
| 7/8/2009 | JAW | Draft summary of Caplin March 2009 fee application (0.3) | 0.30 | 45.00 |
|  | DTW | Review and revise PwC initial report for the 32nd interim (.1). | 0.10 | 16.50 |
|  | BSR | telephone conferences with Warren Smith and Jeff Allgood re hearing scheduled for July 9 (.1); review fee order for 31st interim period and forward same to Warren Smith (.1) | 0.20 | 52.00 |
|  | BSR | Continue detailed review of Kirkland & Ellis' Jan. 2009 monthly fee application and fee summary re same | 0.30 | 78.00 |
|  | BSR | research docket to determine status of confirmation process | 0.20 | 52.00 |
|  | BSR | Draft e-mail to Warren Smith re drafting of prior paragraphs for final final reports | 0.10 | 26.00 |
| 7/10/2009 | LMH | telephone conference with B. Ruhlander re: airline charges in Caplin's application. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                          Page        4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/14/2009 | MW | Update database with Kirkland & Ellis' May fee detail (.1). | 0.10 | 4.50 |
|  | MW | Conference with B. Ruhlander regarding upcoming hearing dates and filing deadlines (.1); calendar and schedule same (.4); distribute same (.1). | 0.60 | 78.00 |
| 7/15/2009 | MW | Update database with Legal Analysis' May fee application (.2), Day Pitney's 94th interim fee detail and application (.1). | 0.30 | 13.50 |
| 7/17/2009 | MW | Research PACER and database re 12th, 13th and 14th interim final reports, fee applications and orders entered in preparation for drafting final period paragraphs (4.2); begin drafting information re same (1.0). | 5.20 | 676.00 |
|  | BSR | receive, review, and respond to email from Warren Smith re car service ruling in WCI and whether to apply in the Grace case | 0.30 | 78.00 |
|  | MW | Conference with B. Ruhlander re final period final reports project. | 0.20 | 26.00 |
| 7/20/2009 | BSR | detailed review of March 2009 monthly fee application of David Austern; draft email to Debbie Fullem re Jan. 2009 monthly fee application | 0.10 | 26.00 |
|  | BSR | detailed review of Anderson Kill & Olick's 32nd interim fee application, as well as fee summaries re same | 1.30 | 338.00 |
| 7/21/2009 | BSR | detailed review of Blackstone's 32nd interim fee application and monthly fee applications | 1.10 | 286.00 |
|  | BSR | research server for BMC's fee applications for the 32nd interim period; draft email to Martha Araki inquiring as to same | 0.10 | 26.00 |
|  | BSR | detailed review of Beveridge & Diamond's 32nd interim fee application | 0.10 | 26.00 |
|  | BSR | detailed review of Casner & Edwards 32nd interim fee application and monthly fee applications | 0.60 | 156.00 |
|  | DTW | Review and revise AKO initial report for the 32nd period (.1). | 0.10 | 16.50 |
|  | BSR | detailed review of Baker Donelson's 32nd interim fee application and monthly fee applications | 0.20 | 52.00 |

W.R. Grace & Co.                                                                                      Page      5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/21/2009 | BSR | detailed review of Baker Donelson's Dec. 2008 monthly fee application and 31st interim fee application | 0.20 | 52.00 |
| | BSR | Draft initial report re Anderson Kill & Olick for the 32nd interim period | 0.70 | 182.00 |
| 7/22/2009 | BSR | detailed review of Charter Oak's 32nd interim fee application and monthly fee applications | 0.50 | 130.00 |
| | BSR | Draft initial report re Charter Oak's 32nd interim fee application | 0.20 | 52.00 |
| | BSR | detailed review of Day Pitney's 32nd interim fee application and monthly fee applications | 0.40 | 104.00 |
| | BSR | detailed review of Deloitte Tax's Jan. 2009 monthly fee application | 0.20 | 52.00 |
| | BSR | detailed review of Duane Morris' Jan. and Feb. 2009 monthly fee applications | 0.30 | 78.00 |
| | BSR | detailed review of Ferry Joseph & Pearce's 32nd interim fee application and March 2009 monthly fee application | 0.50 | 130.00 |
| | BSR | detailed review of Foley Hoag's 32nd interim fee application and monthly fee applications | 0.40 | 104.00 |
| 7/23/2009 | BSR | research server for Pachulski 32nd interim fee application; draft email to Lynzy Oberholzer re same | 0.10 | 26.00 |
| | BSR | Draft initial report re Ogilvy Renault's 32nd interim fee application | 0.30 | 78.00 |
| | BSR | detailed review of Orrick's 32nd interim fee application and Jan. and March 2009 fee applications, as well as fee summaries re same | 0.80 | 208.00 |
| | BSR | detailed review of Hamilton's 32nd interim fee application and monthly fee applications | 0.10 | 26.00 |
| | BSR | detailed review of Kramer Levin's 32nd interim fee application and monthly fee applications | 0.90 | 234.00 |

W.R. Grace & Co.

Page      6

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/23/2009 | BSR | detailed review of Ogilvy Renault's 32nd interim fee application and monthly fee applications | 6.00 | 1,560.00 |
| 7/24/2009 | BSR | detailed review of Pachulski's 32nd interim fee application | 0.20 | 52.00 |
| | BSR | research docket for Nelson Mullins' 31st interim fee application (.1); detailed review of same (.1) | 0.20 | 52.00 |
| | BSR | detailed review of Orrick's 32nd interim fee application | 0.20 | 52.00 |
| | BSR | Draft initial report re Orrick's 32nd interim fee application | 1.30 | 338.00 |
| | BSR | detailed review of Woodcock Washburn's 32nd interim fee application and monthly fee applications | 0.30 | 78.00 |
| | BSR | detailed review of Piper Jaffray's 32nd interim fee application and monthly fee applications | 0.10 | 26.00 |
| | BSR | detailed review of Tre Angeli's 32nd interim fee application and monthly fee applications | 0.20 | 52.00 |
| | MW | Draft CNO re June 2009 fee application (.3); electronic filing with Court re same (.2). | 0.50 | 65.00 |
| | DTW | Review and revise initial reports for Kramer and Ogilvy for the 32nd period (.2). | 0.20 | 33.00 |
| 7/25/2009 | BSR | Draft initial report re Orrick for the 32nd interim period | 0.20 | 52.00 |
| | DTW | Review and revise Orrick 32nd interim initial report (.1). | 0.10 | 16.50 |
| 7/27/2009 | BSR | research server for Alan Rich's 32nd interim fee application; draft email to Alan Rich re same | 0.10 | 26.00 |
| | BSR | Draft e-mails to various applicants concerning initial reports for the 32nd interim period | 0.40 | 104.00 |

W.R. Grace & Co.                                                                                   Page    7

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/27/2009 | BSR | detailed review of 32nd interim fee application of Alexander M. Sanders | 1.10 | 286.00 |
| | BSR | research server for 32nd interim fee application of Judge Sanders | 0.10 | 26.00 |
| | BSR | detailed review of Phillips Goldman & Spence's 32nd interim fee application and monthly fee applications | 1.10 | 286.00 |
| 7/28/2009 | BSR | telephone conference with Celeste Hartman of Phillips Goldman & Spence re the coding of their fee application preparation time | 0.10 | 26.00 |
| | BSR | detailed review of Alan Rich's quarterly fee application and monthly fee applications for the 32nd interim period | 1.00 | 260.00 |
| | BSR | Draft e-mail to Alan Rich re his fee application and that of Judge Sanders | 0.10 | 26.00 |
| | BSR | Draft initial report re Hon. Alexander M. Sanders, Jr., for the 32nd interim period | 1.00 | 260.00 |
| 7/29/2009 | BSR | research server to determine which fee applications for the 32nd interim period that we have yet to receive | 0.40 | 104.00 |
| | BSR | detailed review of Sullivan's Jan. and Feb. 2009 monthly fee applications | 0.10 | 26.00 |
| | DTW | Review and revise Sanders 32nd initial report (.1). | 0.10 | 16.50 |
| | BSR | detailed review of Towers' 32nd interim fee application and monthly fee applications | 0.10 | 26.00 |
| | BSR | Draft initial report re PwC for the 32nd interim period | 1.10 | 286.00 |
| | BSR | detailed review of expense portions of PwC's 32nd interim fee application | 1.20 | 312.00 |
| | BSR | Draft initial report re Steptoe & Johnson for the 32nd interim period | 0.40 | 104.00 |

W.R. Grace & Co.                                                                                            Page    8

| Date | | Description | Hours | Amount |
|------|---|---|---|---|
| 7/29/2009 | BSR | detailed review of Steptoe & Johnson's monthly fee applications for Jan.-March 2009 | 0.30 | 78.00 |
| 7/30/2009 | BSR | Draft initial report re PwC for the 32nd interim period | 0.10 | 26.00 |
| | DTW | Review and revise initial reports for Steptoe and PwC, (.3); 2 calls and 1 email to B. Ruhlander re same (.1). | 0.40 | 66.00 |
| 7/31/2009 | BSR | Draft e-mails to various applicants regarding initial reports for the 32nd interim period | 0.30 | 78.00 |
| 8/3/2009 | JAW | detailed review of K&E March 2009 fee application (4.9) | 4.90 | 735.00 |
| 8/4/2009 | JAW | detailed review of K&E March 2009 fee application (6.7) | 6.70 | 1,005.00 |
| 8/5/2009 | JAW | detailed review of K&E March 2009 fee application (3.3) | 3.30 | 495.00 |
| 8/6/2009 | JAW | Proofread July Fee Application and fee and expense detail of WH Smith (0.3); e-mail to M. White re: any revisions to same (0.1) | 0.40 | 60.00 |
| | JAW | detailed review of K&E March 2009 Fee Application (3.10) | 3.10 | 465.00 |
| | MW | Draft monthly application of WHSA for July 2009 (.7); detailed review of fees and expenses re same (.8); send same to W. Smith and J. Wehrmann for final approval (.1); confer with copy service re same (.1). | 1.70 | 221.00 |
| 8/7/2009 | JAW | Draft summary of K&E March 2009 Fee Application (2.3) | 2.30 | 345.00 |
| 8/10/2009 | BSR | Receive and review Jan. and Feb. 2009 fee summaries re Kirkland & Ellis and edit same for inclusion in initial report | 2.80 | 728.00 |
| | MW | Electronic filing with court of Monthly Application of WHSA for July 2009 (.2); udpate database and prepare same for service. (.1). | 0.30 | 39.00 |
| | MW | Confer with Kirkland & Ellis to request electronic fee detail (.1); confer with J. Wehrmann re same (.1); update database with same (.1). | 0.30 | 39.00 |

W.R. Grace & Co.                                                                                                    Page        9

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/11/2009 | JAW | Proofread 33rd Interim Fee Application (April 1, 2009 - June 30, 2009) of WH Smith (0.8); e-mail to M. White re: any revision needed to same (0.1) | 0.90 | 135.00 |
| | JAW | detailed review of Janet S. Baer April 2009 Fee Application (0.9); draft summary of same (0.1) | 1.00 | 150.00 |
| | MW | Draft 33rd Interim Fee Application of Warren H. Smith & Associates (2.9); detailed review of fees and expenses for 4/2009-6/2009 (3.4); send same to J. Wehrmann and W. Smith for final review in preparation for filing with Court (.1); make final revisions re same (.2). | 6.60 | 858.00 |
| 8/12/2009 | JAW | detailed review of Stroock April 2009 Fee Application (1.7); draft summary of same (0.1) | 1.80 | 270.00 |
| | MW | Electronic filing with court of 33rd Interim Fee Application of WHS&A (.4); confer with W. Smith re finalizing same (.1); prepare for service (.2). | 0.70 | 91.00 |
| 8/13/2009 | JAW | detailed review of PwC April 2009 Fee Application (2.4); draft summary of same (0.6) | 3.00 | 450.00 |
| | BSR | detailed review of Kirkland & Ellis' Feb. 2009 monthly fee application (with emphasis on expenses) | 1.70 | 442.00 |
| | BSR | detailed review (cont'd) of Kirkland & Ellis' time and expenses on Montana Grand Jury and criminal actions (32Q) | 2.00 | 520.00 |
| | BSR | detailed review of expenses in Kirkland & Ellis' March 2009 monthly fee application (as well as fee summary re same) and review of 32nd interim fee application | 1.30 | 338.00 |
| 8/14/2009 | BSR | Draft initial report re Kirkland & Ellis for the 32nd interim period | 5.20 | 1,352.00 |
| | JAW | detailed review of Anderson Kill April 2009 Fee Application (2.1); draft summary of same (0.1) | 2.20 | 330.00 |
| 8/15/2009 | BSR | Continue draft initial report re Kirkland & Ellis for the 32nd interim period | 6.00 | 1,560.00 |
| 8/17/2009 | DTW | Review and revise K&E initial report for 32nd interim and email to B. Ruhlander re same (.3). | 0.30 | 49.50 |

W.R. Grace & Co.                                                                                          Page     10

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/17/2009 | BSR | Draft e-mail to Kirkland and Ellis re initial report (32nd) (.1); respond to email from Holly Bull re same (.1) | 0.20 | 52.00 |
| | LS | Update database with IR Kirkland 32nd Interim | 0.20 | 9.00 |
| 8/18/2009 | BSR | review status of responses to initial reports (32nd) | 0.30 | 78.00 |
| 8/19/2009 | BSR | Draft final report re Anderson Kill & Olick for the 32nd interim period | 0.50 | 130.00 |
| 8/20/2009 | BSR | Draft final report re Janet Baer PC for the 32nd interim period | 0.50 | 130.00 |
| | BSR | Draft final report re Bilzin Sumberg for the 32nd interim period | 0.50 | 130.00 |
| | BSR | Draft e-mail to Rita Tobin inquiring as to status of Caplin & Drysdale's response to initial report (32nd) | 0.10 | 26.00 |
| | BSR | Draft final report re Buchanan Ingersoll & Rooney for the 32nd interim period | 0.30 | 78.00 |
| | BSR | Draft final report re Charter Oak for the 32nd interim period | 0.30 | 78.00 |
| 8/21/2009 | BSR | detailed review of Nelson Mullins 32nd interim fee application | 0.10 | 26.00 |
| | BSR | research docket for case developments (.4); review order changing omnibus hearing to Aug. 29 and email Warren Smith re same (.1) | 0.50 | 130.00 |
| | BSR | Draft e-mails to Duane Morris inquiring as to 32nd interim fee application | 0.10 | 26.00 |
| | LS | Update database with Charter Oak FR 32nd Interim (.40); Bilzin FR 32nd Interim (.30); Buchanan Ingersol FR 32nd Interim (.30); Janet Baer FR 32nd Interim (.30) | 1.30 | 58.50 |
| | WHS | detailed review of FR Baer 32Q 1-3.09 | 0.10 | 29.50 |

W.R. Grace & Co.                                                                                                    Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/21/2009 | WHS | detailed review of FR Buchanan 32Q 1-3.09. | 0.20 | 59.00 |
|  | WHS | detailed review of, and revisions to, FR Bilzin 32Q 1-3.09 | 0.20 | 59.00 |
|  | WHS | detailed review of FR Charter Oak 32Q 1-3.09 | 0.20 | 59.00 |
| 8/24/2009 | BSR | Draft omnibus final report for the 32nd interim period | 0.60 | 156.00 |
|  | BSR | Draft initial report re Duane Morris for the 32nd interim period | 0.50 | 130.00 |
|  | BSR | Receive and review response of Ogilvy Renault to initial report (32nd) | 0.10 | 26.00 |
|  | BSR | Draft final report re Kramer Levin for the 32nd interim period | 0.30 | 78.00 |
|  | BSR | Draft final report re Stroock & Stroock & Lavan for the 32nd interim period | 2.10 | 546.00 |
|  | BSR | detailed review of Steptoe & Johnson's 32nd interim fee application (.1); draft email to Anne Moran re fee amount requested in quarterly application (.1); review response of Steptoe to initial report for the 32nd interim period (.1) | 0.30 | 78.00 |
|  | BSR | detailed review of Duane Morris' March 2009 monthly fee application and 32nd interim fee application | 0.30 | 78.00 |
|  | JAW | detailed review of Orrick's April 2009 fee application (3.20) | 3.20 | 480.00 |
|  | JAW | detailed review of Caplin's April 2009 fee application (2.60); draft summary of same (0.50) | 3.10 | 465.00 |
| 8/25/2009 | LS | Update database with Duane Morris IR 32nd Interim | 0.20 | 9.00 |
|  | BSR | Draft final report re PwC for the 32nd interim period | 0.90 | 234.00 |

W.R. Grace & Co.                                                                                    Page    12

|            |     |                                                                                                                                                                              | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/25/2009  | BSR | Draft e-mail to Duane Morris re initial report for the 32nd interim period                                                                                                    | 0.10  | 26.00  |
|            | BSR | Draft final report re Alexander Sanders for the 32nd interim period                                                                                                           | 0.30  | 78.00  |
|            | BSR | Receive and review response of Judge Sanders to initial report (32Q)                                                                                                          | 0.20  | 52.00  |
|            | BSR | receive, review, and respond to email from Anne Moran re amending 32nd quarterly fee application                                                                              | 0.10  | 26.00  |
|            | DTW | Review and revise 32 interim initial report for Duane Morris (.1).                                                                                                            | 0.10  | 16.50  |
| 8/26/2009  | WHS | detailed review of FR Sanders 32Q 1-3.09                                                                                                                                      | 0.20  | 59.00  |
|            | BSR | Draft final report re Stroock for the 32nd interim period                                                                                                                     | 0.20  | 52.00  |
|            | BSR | Receive and review Alexander Sander's supplemental March 2009 time and expense entries sent in response to our initial report (32nd)                                          | 0.20  | 52.00  |
|            | MW  | Conference with D. Fullem re Orrick's expense detail (.1); save same and send to J. Wehrmann for review (.2).                                                                  | 0.30  | 39.00  |
|            | MW  | Electronic filing with court of 32nd interim final reports of PWC (.3), Stroock (.2) and A. Sanders (.3); update database with same and prepare for service. (.1).            | 0.90  | 40.50  |
|            | WHS | detailed review of, and revisions to, FR Stroock 32Q 1-3.09                                                                                                                   | 0.30  | 88.50  |
|            | WHS | detailed review of FR PwC 32Q 1-3.09                                                                                                                                          | 0.20  | 59.00  |
| 8/27/2009  | BSR | Draft final report re Steptoe & Johnson for the 32nd interim period                                                                                                           | 0.80  | 208.00 |
|            | MW  | Update database with Orrick's response to initial report for 32nd interim period (.2), final report for 32nd interim for Steptoe Johnson (.1); electronic filing with Court re same (.3); prepare same for service (.1). | 0.70  | 31.50  |

W.R. Grace & Co.                                                                                                      Page    13

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/27/2009 | JAW | Draft summary of Orrick Herrington's April 2009 fee application (1.60) | 1.60 | 240.00 |
| | JAW | detailed review of Kirkland & Ellis' May 2009 fee application (8.10) | 8.10 | 1,215.00 |
| | WHS | detailed review of FR Steptoe 32Q 1-3.09. | 0.20 | 59.00 |
| | BSR | Draft final report re Orrick for the 32nd interim period | 1.00 | 260.00 |
| | BSR | detailed review of Steptoe's amended 32nd interim fee application | 0.20 | 52.00 |
| 8/28/2009 | MW | Electronic filing with court of Orrick's 32nd interim final report (.3); update database re same (.1); prepare same for service (.1) | 0.50 | 22.50 |
| | MW | Draft Certificate of No Objection re July fee application of Warren H. Smith & Associates (.4); electronic filing with Court re same (.3); research PACER for objections re same (.4). | 1.10 | 143.00 |
| | BSR | detailed review of BMC's 32nd interim fee application and monthly fee applications (filed late) | 1.70 | 442.00 |
| | JAW | detailed review of Kirkland & Ellis' May 2009 fee application (9.60) | 9.60 | 1,440.00 |
| | BSR | Draft final report re Orrick Herrington & Sutcliffe for the 32nd interim period | 0.30 | 78.00 |
| 8/29/2009 | JAW | detailed review of Kirkland & Ellis' May 2009 fee application (2.10) | 2.10 | 315.00 |
| | JAW | detailed review of Janet S. Baer's May 2009 fee application (0.70); draft summary of same (0.10) | 0.80 | 120.00 |
| 8/30/2009 | JAW | detailed review of Stroock's May 2009 fee application (1.60); draft summary of same (0.20) | 1.80 | 270.00 |
| | JAW | detailed review of Anderson Kill's May 2009 fee application (2.00); draft summary of same (0.10) | 2.10 | 315.00 |

W.R. Grace & Co.                                                                                                Page    14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/31/2009 | MW | Update database with Piper Jaffray's July fee application. | 0.10 | 4.50 |
| | JAW | detailed review of Orrick's May 2009 fee application (2.90); draft summary of same (0.30) | 3.20 | 480.00 |
| 9/1/2009 | JAW | Draft summary of K&E April 2009 monthly invoice (0.8) | 0.80 | 120.00 |
| | MW | Update database with Piper's 42nd monthly application (.2), Kirkland & Ellis' 33rd interim application (.2). | 0.40 | 18.00 |
| 9/2/2009 | MW | Update database with Kramer's July fee detail (.2); Alan Rich's August fee detail (.1); Saul Ewing's July fee application (.2); confer with B. Ruhlander re same (.1). | 0.60 | 27.00 |
| | MW | Update database with PwC's July application (.1), Beveridge Diamond's June application (.2), Janet Baer's July fee detail (.2). | 0.50 | 22.50 |
| | BSR | receive, review, and respond to email from Lynzy Oberholzer with list of applicants for the 32nd interim fee hearing | 0.20 | 52.00 |
| | JAW | detailed review of BMC March 2009 Fee Application (1.8); draft summary of same (0.1) | 1.90 | 285.00 |
| | WHS | Receive and review amended agenda | 0.10 | 29.50 |
| 9/3/2009 | MW | Update database with Saul Ewing's first interim application (Hard Copy) (.2), Kramer Levin's July fee application (.1); Janet Baer's July application (.1), Beveridge Diamond's June application (.1), Reed Smith's July application (.2). | 0.70 | 31.50 |
| | MW | Begin draft of WHS&A's August fee application (.6); detailed review of fees and expenses re same (.8). | 1.40 | 182.00 |
| 9/7/2009 | BSR | Draft e-mails to Caplin & Drysdale re response to initial report for the 32nd interim period, as well as electronic detail for the May 2009 monthly fee application | 0.20 | 52.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: category spreadsheet for the 32nd interim period. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                          Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/8/2009 | LMH | receive, review, and respond to e-mail from B. Ruhlander re: files for 32nd interim period category spreadsheet. | 0.10 | 15.00 |
|  | AL | Update database with Caplin & Drysdale July Fee App. | 0.20 | 9.00 |
|  | BSR | Draft omnibus final report for the 32nd interim period | 3.60 | 936.00 |
|  | BSR | research docket for Tre Angeli quarterly fee application for the 32nd interim period (.1) and review same (.1) | 0.20 | 52.00 |
|  | BSR | research docket for David Austern's 32nd interim fee application (.1) and review of same (.1) | 0.20 | 52.00 |
|  | AL | Update database with 33rd Term "Buchanon" No Objection added to W.R. Grace | 0.10 | 4.50 |
|  | AL | Update database with Blackstone April, May, and June Fee App.'s | 0.20 | 9.00 |
|  | AL | Update database with Blackstone April May and June Fee Apps | 0.20 | 9.00 |
|  | JAW | Proofread WHSmith's August 2009 fee statement and notice (0.3); e-mail to M. White re: revisions (0.1) | 0.40 | 60.00 |
|  | AL | Update database with Kramer Levin 29th Quarterly Fee App CNO | 0.10 | 4.50 |
| 9/9/2009 | BSR | Draft e-mail to Duane Morris inquiring as to response to initial report (32nd) | 0.10 | 26.00 |
|  | AL | Update database with Kramer Levin's 34th Interim Fee App. | 0.10 | 4.50 |
|  | JAW | detailed review of Caplin & Drysdale's May 2009 Fee Application (3.3); draft summary of same (0.6) | 3.90 | 585.00 |
|  | AL | Update database with file for Reed Smith's 34th Interim Fee App. | 0.20 | 9.00 |

W.R. Grace & Co.                                                                          Page     16

|            |     |                                                                                                                                                                      | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 9/9/2009   | MW  | Draft monthly application of WHS&A for August 2009 (.8); detailed review of fees and expenses re same (.8); send same to J. Wehrmann and W. Smith for final approval (.1). | 1.70  | 221.00 |
| 9/10/2009  | WHS | detailed review of, and revisions to, FR Duane Morris 32Q 1-3.08.                                                                                                    | 0.10  | 29.50  |
|            | MW  | Electronic filing with court of Electronic filing with court of Monthly Fee Application of WHS&A for August 2009 (.4); fax same to debtors (.1); update database with same (.1); confer with D. Armstrong at W.R.Grace re same (.1). | 0.70  | 31.50  |
|            | MW  | Electronic filing with court of Duane Morris' 32nd interim final report (.3); update database with same and prepare for service (.1).                                 | 0.40  | 18.00  |
|            | BSR | Draft final report re Duane Morris for the 32nd interim period                                                                                                        | 0.40  | 104.00 |
|            | AL  | Draft Assist with the preparation of monthly invoice of WHSA.                                                                                                         | 0.30  | 37.50  |
| 9/11/2009  | BSR | Draft e-mail to Holly Bull checking on status of response                                                                                                            | 0.10  | 26.00  |
| 9/13/2009  | LMH | Receive and review e-mail from B. Ruhlander re: draft category spreadsheet for the 32nd interim period.                                                               | 0.10  | 15.00  |
|            | LMH | Draft category spreadsheet for the 32nd interim period.                                                                                                               | 4.50  | 675.00 |
|            | BSR | Receive and review response of Kirkland & Ellis to initial report (32nd)                                                                                              | 1.00  | 260.00 |
| 9/14/2009  | BSR | review (cont'd) and analysis of K&E's response to initial report and exhibits (32nd)                                                                                 | 2.60  | 676.00 |
|            | BSR | Draft combined "no objection" final report for the 32nd interim period                                                                                                | 0.30  | 78.00  |
|            | BSR | Receive and review draft project category spreadsheet for the 32nd interim period (.7); draft email to Lisa Hamm re same (.1)                                         | 0.80  | 208.00 |

W.R. Grace & Co.                                                                                                    Page    17

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/14/2009 | LMH | Receive and review e-mail from B. Ruhlander re: Kirkland & Ellis' data for inclusion in the category spreadsheet for the 32nd interim period. | 0.10 | 15.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: draft category spreadsheet for the 32nd period. | 0.10 | 15.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: distinction between PWC and PWC advisory services project figures in the current draft of the category spreadsheet for the 32nd interim period. | 0.10 | 15.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Caplin's data for inclusion in the 32nd interim period category spreadsheet. | 0.10 | 15.00 |
| | BSR | Review project category spreadsheet and draft emails to Lisa Hamm with additional information for inclusion in the spreadsheet | 0.60 | 156.00 |
| | BSR | Draft final report re Kirkland & Ellis for the 32nd interim period | 5.60 | 1,456.00 |
| 9/15/2009 | WHS | detailed review of FR Caplin 32Q 1-3.09 | 0.20 | 59.00 |
| | WHS | detailed review of, and revisions to, FR KE 32Q 1-3.09 | 0.30 | 88.50 |
| | MW | Update 32nd interim category spreadsheet (.5); confer with B. Ruhlander and Lynzy at Pachulski re same (.2). | 0.70 | 91.00 |
| | MW | Electronic filing with court of 32nd interim final reports of Caplin (.2); Kirkland & Ellis (.1) and the Omnibus (.2); update database re same (.3). | 0.80 | 36.00 |
| | LMH | Draft revisions to category spreadsheet for the 32nd interim period. | 0.90 | 135.00 |
| | JAW | detailed review of K&E's May 2009 fee application (8.2) | 8.20 | 1,230.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: revised draft category spreadsheet for the 32nd interim period. | 0.10 | 15.00 |
| | WHS | detailed review of omnibus final report 32Q 1-3.09 | 0.20 | 59.00 |

W.R. Grace & Co.                                                                                        Page      18

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/15/2009 | BSR | Draft e-mail to Warren Smith re omnibus final report | 0.10 | 26.00 |
| | LMH | Draft e-mail to B. Ruhlander re: expense value confirmation for 32nd period category spreadsheet. | 0.10 | 15.00 |
| | LMH | detailed review of Baer, Blackstone, and BMC quarterly applications for the 32nd period to confirm expense amounts for category spreadsheet. | 0.60 | 90.00 |
| | BSR | research server and docket to confirm that response time has expired for applicants with fee and expense issues (.5); draft emails to Jamie O'Neill re same (.1) | 0.60 | 156.00 |
| | BSR | Draft e-mail to Deanna Boll re final report for Kirkland & Ellis (.1); draft email to Rita Tobin for final report re Caplin & Drysdale (.1) | 0.20 | 52.00 |
| | BSR | Draft fee and expense recommendation exhibit for 32nd interim period (1.9); draft emails to Melanie White and Jamie O'Neill re same (.1) | 2.00 | 520.00 |
| | BSR | Receive and review pdf version of project category spreadsheet and draft email re same to Melanie White (.1);  draft email forwarding project category spreadsheet in Excel and pdf formats to Jamie O'Neill and Lynzy Oberholzer at Pachulski (.2) | 0.30 | 78.00 |
| | LMH | telephone conference with B. Ruhlander re: draft category spreadsheet for the 32nd interim period. | 0.10 | 15.00 |
| | BSR | Receive and review project category spreadsheet and forward same to Melanie White for pdf | 0.30 | 78.00 |
| | BSR | Draft final report re Caplin & Drysdale for the 32nd interim period | 1.00 | 260.00 |
| | BSR | Receive and review Caplin & Drysdale response to initial report for the 32nd interim period | 0.10 | 26.00 |
| | BSR | Draft final report re K&E's 32nd interim fee application | 0.80 | 208.00 |
| 9/16/2009 | JAW | detailed review of Kirkland & Ellis May 2009 fee application (7.5) | 7.50 | 1,125.00 |

W.R. Grace & Co.                                                                                           Page      19

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/17/2009 | JAW | Draft summary of Kirkland & Ellis' May 2009 fee application (2.1) | 2.10 | 315.00 |
| | BSR | Draft initial report re Kramer Levin for the 2nd interim period | 1.70 | 442.00 |
| | AL | Update database with April, May, and June '09 Fee Apps for Capstone | 0.20 | 9.00 |
| 9/18/2009 | BSR | Draft e-mail to Orrick re final report for the 32nd interim period | 0.10 | 26.00 |
| | BSR | research server to make sure all other final reports are filed (32Q) | 0.20 | 52.00 |
| | BSR | telephone conference with Warren Smith re status of final reports. | 0.10 | 26.00 |
| | BSR | Draft revision to Orrick final report (32nd interim) | 0.40 | 104.00 |
| | WHS | detailed review of FR Orrick 32Q 1-3.09 | 0.20 | 59.00 |
| | AL | Electronic filing with court of WHSA's Final Report for Orrick's 32 Q | 0.30 | 13.50 |
| 9/21/2009 | BSR | Draft e-mail to Jamie O'Neill with revised fee and expense exhibit | 0.20 | 52.00 |
| 9/23/2009 | MW | Update database with 3 completed summaries from J. Wehrmann (.3). | 0.30 | 13.50 |
| | BSR | Review proposed fee order and forward to Melanie White (.2); review hearing agenda for 9/29/09 (.2) | 0.40 | 104.00 |
| | MW | Conference with B. Ruhlander regarding preparation for 32nd interim hearing. | 0.20 | 26.00 |
| | AL | Update database with 32nd monthly Fee App. of Ogilvy Renault LLP | 0.20 | 9.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/24/2009 | AL | Update database with Ogilvy Fee Application for August. | 0.20 | 9.00 |
| | AL | Update database with Pachulski July Monthly Fee App. | 0.30 | 13.50 |
| 9/28/2009 | BSR | research docket for signed fee order (32nd) (.1); forward same to Warren Smith (.1) | 0.20 | 52.00 |
| | BSR | research docket to determine if fee order for the 32nd interim had been signed; respond to email from Warren Smith re same | 0.20 | 52.00 |
| | AL | Create Binder in Preparation for W.R. Grace Hearing. | 3.00 | 375.00 |
| | MW | Research and review amounts on proposed order for 32nd interim hearing (2.0); prepare binder for hearing with all final reports and fee applications (1.5). | 3.50 | 455.00 |
| 9/29/2009 | AL | Update database with Casner & Edward's August Fee Application | 0.20 | 9.00 |
| | AL | Update database with PriceWaterHouseCoopers CNO | 0.10 | 4.50 |
| | AL | Update database with Saul Ewing August Fee App. | 0.20 | 9.00 |
| | JAW | Detailed review of Orrick Herrington June 2009 fee application (5.0); draft summary of same (0.3) | 5.30 | 795.00 |
| 9/30/2009 | AL | Update database with Reed Smith's 98th Monthly invoice. | 0.20 | 9.00 |
| | AL | Update database with Janet S. Baer's August Fee Application. | 0.10 | 4.50 |
| | AL | Update database with Ferry Joseph Pearce's August Fee Application. | 0.10 | 4.50 |
| | AL | Update database with Bilzin August & Sept. 2009 Fee App | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                          Page    21

|  |  | Hours | Amount |
|---|---|---|---|
| 9/30/2009 JAW | Detailed review of Saul Ewing May 15, 2009 - July 31, 2009 fee application (1.2); draft summary of same (0.3) | 1.50 | 225.00 |
| JAW | Detailed review of Anderson Kill & Olick June 2009 fee application (1.9); draft summary of same (0.1) | 2.00 | 300.00 |
| JAW | Detailed review of Caplin & Drysdale June 2009 fee application (3.1) | 3.10 | 465.00 |

| | | | |
|---|---|---|---|
| **For professional services rendered** | | **266.30** | **$48,506.50** |
| Additional Charges : | | | |
| 7/31/2009 Third party copies & document prep/setup. | | | 255.73 |
| PACER Charges for 7/2009 | | | 54.80 |
| 8/13/2009 Print Charges re: 33rd Interim Fee Application | | | 4.00 |
| 8/31/2009 Third party copies & document prep/setup. | | | 240.45 |
| PACER 7/1-7/31 | | | 15.76 |
| 9/15/2009 Copying cost. | | | 0.80 |
| 9/30/2009 CourtCall Charges | | | 30.00 |
| Third party copies & document prep/setup. | | | 295.43 |
| PACER Charges | | | 6.16 |
| Fax Charges | | | 17.00 |

W.R. Grace & Co.

Page    22

**Amount**

9/30/2009  Copying cost

11.90

**Total additional charges**

**$932.03**

**Total amount of this bill**

**$49,438.53**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Anthony Lopez | 3.30 | 125.00 | $412.50 |
| Anthony Lopez | 3.40 | 45.00 | $153.00 |
| Bobbi S. Ruhlander | 93.30 | 260.00 | $24,258.00 |
| Doreen Williams | 1.50 | 165.00 | $247.50 |
| James A. Wehrmann | 117.00 | 150.00 | $17,550.00 |
| Leah Schier | 1.70 | 45.00 | $76.50 |
| Lisa M Hamm | 7.20 | 150.00 | $1,080.00 |
| Melanie White | 27.10 | 130.00 | $3,523.00 |
| Melanie White | 9.10 | 45.00 | $409.50 |
| Warren H Smith | 2.70 | 295.00 | $796.50 |