**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | **Reference No. 23637** |
| | : | |

**ERRATA SHEET FOR THE PHASE II POST-TRIAL BRIEF OF *CREDITORS* ONEBEACON AMERICA INSURANCE COMPANY AND SEATON INSURANCE COMPANY IN OPPOSITION TO CONFIRMATION OF AMENDED JOINT PLAN OF REORGANIZATION**

The Phase II Post-Trial Brief of *Creditors* OneBeacon America Insurance Company and Seaton Insurance Company (D.I. 23637) contains typographical errors that were discovered after the brief was filed on November 2, 2009, but before the hyper-linked version was submitted to the Court. Per the Court's Order establishing Schedule of Post-Trial Briefing and Related Matters, dated October 26, 2009, OneBeacon and Seaton have not changed the brief to correct these typographical errors. However, in those instances where these errors occurred in record citations in the brief, the hyper-link is to the correct record citation. The errata chart on the following page sets forth the corrected citations.

| Location | Typographical Error | Correct Citation |
|---|---|---|
| Pg. 3, fn 1, 3rd line | Ex. OS-27(Rev), XXX-000713 | Ex. OS-27(Rev), XXX-001816 |
| Pg. 6, line 13 | Ex. OS-5(Rev), XXX-1176-77 | Ex. OS-5(Rev), XXX-001776-77 |
| Pg. 17, line 6 | Ex. PP 277.10, § 8.5.1 | Ex. PP 277.01(Rev), § 8.5.1 |
| Pg. 32, Sec. A | Ex. PP 277.01(Rev), § 3.16(a) | Ex. PP 277.01(Rev), § 3.1.6(a) |
| Pg. 32, Sec. A | Ex. PP 277.10(Rev), § 1.1(33) | Ex. PP 277.01(Rev), § 1.1(33) |
| Pg. 32, Sec. A. 2 | Ex. PP 277.01(Rev), §§ 8.81, 8.83 | Ex. PP 277.01(Rev), §§ 8.8.1, 8.8.3 |
| Pg. 33, Sec. A. 3 | Ex. PP 277.01(Rev), §§ 8.81, 8.83 | Ex. PP 277.01(Rev), §§ 8.8.1, 8.8.3 |
| Pg. 34, Sec. C. 1 | Ex. PP 277.01(Rev), §§ 8.81, 8.83 | Ex. PP 277.01(Rev), §§ 8.8.1, 8.8.3 |
| Pg. 35, Sec. D. | Ex. PP 277.02(Rev)[1] | Ex. PP 277.03(Rev) |

Respectfully submitted,

Dated: November 6, 2009

/s/ David P. Primack
Warren T. Pratt (DE 4334)
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 N. Market Street
Wilmington, DE 19801-1254
Tel. (302) 467-4200

- and -

Michael F. Brown (*pro hac vice*)
Jeffrey M. Boerger (*pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel. (215) 988-2700

*Counsel for OneBeacon America Insurance Company and Seaton Insurance Company*

---

[1] This cite appears twice on pg. 35; it is correct in the first instance, but a typo the second time it appears, and, as indicated, the second time it appears, it should be Ex. PP 277.03(Rev).