# WILMERHALE

**Nancy L. Manzer**

+1 202 663 6183(t)
+1 202 663 6363(f)
nancy.manzer@wilmerhale.com

November 6, 2009

**By Federal Express**

Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Re:   *In re W.R. Grace & Co.*, No. 01-01139

Dear Judge Fitzgerald:

Pursuant to the Court's October 26, 2009 Order, please find enclosed a CD containing an electronic version, with hyperlinks, of Hartford's Post-Trial Brief in Support of Objections to Confirmation of First Amended Joint Plan of Reorganization [Dkt. No. 23643].

Respectfully,

Nancy L. Manzer

Enclosure

cc:   Kim Love (w/Enclosure) (By Federal Express)
Nate Finch (w/Enclosure) (By Federal Express)
Jonathan Guy (w/Enclosure) (By Federal Express)
David Blabey (w/Enclosure) (By Federal Express)
All Other Parties of Record (w/o Enclosure) (By email to counsel)