## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 JKF |
| W.R. Grace & Co., *et al.* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on the 6th day of November, 2009, a copy of the following document was electronically filed on the CM/ECF system for the United States Bankruptcy Court for the District of Delaware, and thereby served on all registered parties. In addition, a copy of the same was served by the manner indicated on all recipients identified on the attached Service List.

- *Errata Sheet for the Phase II Post-Trial Brief of Creditors OneBeacon America Insurance Company and Seaton Insurance Company in Opposition to Confirmation of Amended Joint Plan of Reorganization (D.I. 23704)*

Dated:  November 6, 2009                          /s/ David P. Primack
                                                                   David P. Primack (DE Bar I.D. #4449)

*Overnight Courier*
(Counsel to Asbestos PI Committee)
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle NW, Suite 1100
Washington, DC 20005

*Overnight Courier*
(Counsel to David T. Austern, Asbestos PI
Future Claimants' Representative)
Jonathan Guy, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street NW
Washington, DC 20005-1706

*Overnight Courier*
(Counsel to Debtors)
Kimberly Love, Legal Assistant
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*Overnight Courier*
(Counsel to Equity Committee)
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036