IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al*. | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF SERVICE**

I, David P. Primack, hereby certify that on the 6th day of November, 2009, the hyperlinked version of the *Phase II Post-Trial Brief of Creditors OneBeacon America Insurance Company and Seaton Insurance Company in Opposition to Confirmation of Amended Joint Plan of Reorganization (D.I. 23637)* was transmitted to the Court on CD via Federal Express pursuant to the Order Establishing Schedule of Post-Trial Briefing and Related Matters (D.I. 23567).

Dated: November 6, 2009                    **DRINKER BIDDLE & REATH LLP**

/s/ David P. Primack
David P. Primack (DE 4449)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Counsel for OneBeacon America Insurance
Company and Seaton Insurance Company