## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| W.R. Grace & Co., *et al*. | : | Case No. 01-01139 JKF |
| Debtors. | : | (Jointly Administered) |

### NOTICE OF SERVICE

I, David P. Primack, hereby certify that on the 6th day of November, 2009, the hyperlinked version of the *Phase II Post-Trial Brief of Government Employees Insurance Company and Republic Insurance Company n/k/a Starr Indemnity & Liability Company in Opposition to Confirmation of Amended Joint Plan of Reorganization (D.I. 23651)* was transmitted to the Court on CD via Federal Express pursuant to the Order Establishing Schedule of Post-Trial Briefing and Related Matters (D.I. 23567).

Dated: November 6, 2009

**DRINKER BIDDLE & REATH LLP**

/s/ David P. Primack
David P. Primack (DE 4449)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Counsel for Government Employees
Insurance Company and Republic Insurance
Company n/k/a Starr Indemnity & Liability
Company