IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 6, 2009 |
| | ) | Related Dkt. No. 23382 |
| | ) | Hearing Date: November 23, 2009 at 10:30 a.m. |
| | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 23382

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Application of David T. Austern, Asbestos PI Future Claimants' Representative, for Authorization to Employ Lincoln Partners Advisors LLC as Financial Advisor to the Asbestos PI Future Claimants' Representative filed with the Court on September 30, 2009, and entered on the Court's docket as Docket No. 23382 (the "Application"). Pursuant to the Application, objections to the Application were to be filed no later than November 6, 2009. The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.

The proposed Order as submitted and filed with the Application is attached hereto for the Court's consideration.

[SIGNATURE FOLLOWS ON NEXT PAGE]

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */S/ DEBRA L. FELDER*
　　Roger Frankel, admitted *pro hac vice*
　　Richard H. Wyron, admitted *pro hac vice*
　　Debra L. Felder, admitted *pro hac vice*
　　Columbia Center
　　1152 15th Street, NW
　　Washington, DC 20005
　　Telephone: (202) 339-8400
　　Facsimile: (202) 339-8500

　　-and-

　　PHILLIPS, GOLDMAN & SPENCE, P.A.
　　John C. Phillips, Jr. (#110)
　　1200 North Broom Street
　　Wilmington, DE 19806
　　Telephone: (302) 655-4200
　　Facsimile: (302) 655-4210

　　*Co-Counsel to David T. Austern,*
　　*Future Claimants' Representative*

Dated: November 9, 2009