**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: November 30, 2009 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY-FOURTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | September 1, 2009 – September 30, 2009 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a   __x__ monthly          ___ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### SEPTEMBER 1-30, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 7.0 | NA |
| Case Administration Related | 10.2 | NA |
| Financial Analysis Related | 63.5 | NA |
| **TOTAL** | **80.7** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Out-of-Pocket Expenses *(September 1, 2009 – September 30, 2009)*

Expenses                                                                       $  0.00

**TOTAL Out-of-Pocket Expenses:**                                              $  0.00

    Respectfully submitted,

    PIPER JAFFRAY & CO.

    By:*/S/ JASON SOLGANICK*
       Jason Solganick
       150 East 42nd St.
       New York, New York 10017
       (212) 284-9586
       Financial Advisor to David T. Austern,
       Asbestos PI Future Claimants' Representative

Dated: November 5, 2009

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.