# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**September-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 9/1/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 9/2/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 9/2/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/2/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/2/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 9/2/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 9/3/2009 | 2.0 | Financial Analysis | Settlement analysis |
| Jason Solganick | 9/3/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 9/3/2009 | 2.5 | Financial Analysis | Settlement analysis |
| Bryan Cloncs | 9/4/2009 | 1.0 | Financial Analysis | Settlement analysis |
| Desiree Davis | 9/4/2009 | 2.0 | Financial Analysis | Review of settlement analysis |
| Jason Solganick | 9/4/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/4/2009 | 1.5 | Financial Analysis | Review of settlement analysis |
| Pei Huang | 9/4/2009 | 2.0 | Financial Analysis | Settlement analysis |
| Jason Solganick | 9/7/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 9/8/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 9/8/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 9/8/2009 | 2.5 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 9/9/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 9/9/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/9/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 9/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 9/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/10/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/10/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 9/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 9/11/2009 | 1.0 | Case Administration | Review court docket |
| Bryan Cloncs | 9/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 9/11/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 9/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/11/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/11/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/11/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Pei Huang | 9/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 9/11/2009 | 2.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 9/14/2009 | 0.5 | Financial Analysis | Insurance settlement NPV analysis |
| Desiree Davis | 9/14/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 9/14/2009 | 1.0 | Financial Analysis | Insurance settlement NPV analysis |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**September-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 9/14/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/14/2009 | 1.0 | Financial Analysis | Insurance settlement NPV analysis |
| Bryan Cloncs | 9/15/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 9/15/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/15/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/15/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 9/15/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 9/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 9/16/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/16/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 9/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/17/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 9/18/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 9/18/2009 | 2.0 | Financial Analysis | Review of sale of ART equity interest |
| Jason Solganick | 9/18/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/18/2009 | 1.5 | Financial Analysis | Analysis re: Defined Benefit Plan |
| Pei Huang | 9/18/2009 | 2.0 | Case Administration | Review court docket |
| Jason Solganick | 9/21/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 9/22/2009 | 2.0 | Financial Analysis | Review of sale of ART equity interest |
| Jason Solganick | 9/22/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 9/23/2009 | 1.0 | Business Operations | Call re: sale of ART equity interest |
| Bryan Cloncs | 9/23/2009 | 2.0 | Case Administration | Review court docket |
| Bryan Cloncs | 9/23/2009 | 5.0 | Financial Analysis | Review of sale of ART equity interest |
| Desiree Davis | 9/23/2009 | 1.0 | Business Operations | Call re: sale of ART equity interest |
| Desiree Davis | 9/23/2009 | 4.0 | Financial Analysis | Review of sale of ART equity interest |
| Jason Solganick | 9/23/2009 | 1.0 | Business Operations | Call re: sale of ART equity interest |
| Jason Solganick | 9/23/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/23/2009 | 2.5 | Financial Analysis | Review of sale of ART equity interest |
| Pei Huang | 9/23/2009 | 1.0 | Business Operations | Call re: sale of ART equity interest |
| Pei Huang | 9/23/2009 | 3.0 | Financial Analysis | Review of sale of ART equity interest |
| Bryan Cloncs | 9/24/2009 | 0.5 | Financial Analysis | Review of sale of ART equity interest |
| Desiree Davis | 9/24/2009 | 2.0 | Financial Analysis | Review of sale of ART equity interest |
| Jason Solganick | 9/24/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/24/2009 | 3.0 | Financial Analysis | Review of sale of ART equity interest |
| Pei Huang | 9/24/2009 | 2.0 | Financial Analysis | Review of sale of ART equity interest |
| Jason Solganick | 9/25/2009 | 1.0 | Business Operations | Call re: sale of ART equity interest |
| Jason Solganick | 9/25/2009 | 1.0 | Business Operations | Discussion re: retention issues |
| Jason Solganick | 9/25/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 9/28/2009 | 1.0 | Case Administration | Review court docket |
| Jason Solganick | 9/28/2009 | 0.5 | Business Operations | Discussion with Orrick re: retention issues |
| Jason Solganick | 9/28/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/29/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/30/2009 | 0.5 | Business Operations | Retention issues |
| Jason Solganick | 9/30/2009 | 0.2 | Case Administration | Review court docket |