# EXHIBIT B

**W.R. Grace**
**Detail of expenses (September 1, 2009 – September 30, 2009)**

**TOTAL EXPENSES:** $ 0.00