# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al</u>. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Rel. to Docket Nos. 23567 & 23657 |

## NOTICE OF SERVICE

      I, Michael R. Lastowski, hereby certify that on the 9th day of November, 2009, the hyperlinked version of the *Joint Post-Trial Memorandum of the Official Committee of Unsecured Creditors and Bank Lender Group in Opposition to Confirmation of First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code*, dated November 2, 2009 (D.I. 23657) was transmitted to the Court on CD via overnight mail pursuant to the *Order Establishing Schedule of Post-Trial Briefing and Related Matters* (D.I. 23567).

Dated: November 9, 2009
       Wilmington, Delaware

                                            Respectfully Submitted,

                                            */s/ Michael R. Lastowski*
                                            Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                                            DUANE MORRIS LLP
                                            1100 North Market Street, Suite 1200
                                            Wilmington, DE 19801
                                            Telephone:   (302) 657-4900
                                            Facsimile:    (302) 657-4901
                                            E-mail:        mlastowski@duanemorris.com

DM3\1201947.1

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:   wskatchen@duanemorris.com

and

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006
E-mail:   lkruger@stroock.com
          kpasquale@stroock.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*