IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

## ORDER DISALLOWING AND EXPUNGING
## TWO TIME-BARRED CANADIAN ASBESTOS PD CLAIMS

AND NOW, this _____ day of _____, 20__, it is ORDERED, ADJUDGED, and

DECREED that Claim Nos. 11627 and 12476 are hereby disallowed and expunged as barred by

British Columbia's thirty-year ultimate limitations period.

_____

Judith K. Fitzgerald
United. States Bankruptcy Judge
