# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: September 24, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE NINETY-SEVENTH MONTHLY INTERIM
## PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009

Name of Applicant:                        Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., et al., Debtors and
                                          Debtors-in-Possession

Date of Retention:                        July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                  July 1 through July 31, 2009

Amount of fees sought as actual,
reasonable and necessary:                 $26,413.00

Amount of expenses sought as actual,
reasonable and necessary                  $6,408.90

This is a(n): X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#2304
8/31/09

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the ninety-seventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 10 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 12.10 | $8,288.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 12.10 | $7,623.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | .40 | $182.00 |
| Gregory L. Taddonio | Partner | 1996 | Business & Finance | $435.00 | .10 | $43.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 3.70 | $1,480.00 |
| Michael N. DiCanio | Associate | 2007 | Litigation | $345.00 | 4.30 | $1,483.50 |
| Jeanne S. Lofgren | Associate | 2002 | Business & Finance | $330.00 | 14.40 | $4,752.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal | 17 Years | Bankruptcy | $240.00 | 1.70 | $408.00 |
| Sharon A. Ament | Paralegal | 5 Years | Litigation | $175.00 | 12.30 | $2,152.50 |

**Total Fees: $26,413.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 4.10 | $717.50 |
| Fee Applications | 9.20 | $2,553.00 |
| Claim Analysis Objection Resolution & Estimation | 47.80 | $23,142.50 |
| **Total** | **61.10** | **$26,413.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $2.30 | ---- |
| PACER | $31.92 | ---- |
| Westlaw | $105.77 | ---- |
| Telephone – Outside | $3.69 | ---- |
| Duplicating/Printing/Scanning | $120.40 | ---- |
| Documentation Charge | $26.00 | ---- |
| Postage Expense | $.44 | ---- |
| Express Mail Service | $17.99 | ---- |
| Courier Service – Outside | $1,124.08 | ---- |
| Consulting Fee | $1,510.00 | ---- |
| Meal Expense | $1,501.15 | ---- |
| Air Travel Expense | $162.20 | ---- |
| Parking/Tolls/Other Transportation | $42.00 | ---- |
| Taxi Expense | $55.70 | ---- |
| Lodging | $322.26 | ---- |
| Secretarial Overtime | $1,383.00 | ---- |
| SUBTOTAL | | $0.00 |
| **TOTAL** | **$6,408.90** | |

Dated:   August 31, 2009          REED SMITH LLP
         Wilmington, Delaware

                                   By: /s/ Kurt F. Gwynne
                                       Kurt F. Gwynne (No. 3951)
                                       1201 Market Street, Suite 1500
                                       Wilmington, DE 19801
                                       Telephone: (302) 778-7500
                                       Facsimile: (302) 778-7575
                                       E-mail: kgwynne@reedsmith.com

                                           and

                                       James J. Restivo, Jr., Esquire
                                       Lawrence E. Flatley, Esquire
                                       Douglas E. Cameron, Esquire
                                       435 Sixth Avenue
                                       Pittsburgh, PA 15219
                                       Telephone: (412) 288-3131
                                       Facsimile: (412) 288-3063

                                       Special Asbestos Products Liability Defense
                                       Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1897169
One Town Center Road                    Invoice Date       08/28/09
Boca Raton, FL   33486                  Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

          Fees                              717.50
          Expenses                            0.00

                   TOTAL BALANCE DUE UPON RECEIPT         $717.50
                                                     =============

US_ACTIVE-102239468.1-SAAMENT

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    1897169
One Town Center Road                Invoice Date     08/28/09
Boca Raton, FL   33486              Client Number     172573
                                    Matter Number      60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 07/06/09 | Ament | Various e-mails and meetings re: 7/9/09 hearing (.20); circulate agenda to team (.10). | .30 |
| 07/07/09 | Ament | E-mails re: 7/9/09 hearing. | .10 |
| 07/09/09 | Ament | Obtain and circulate transcripts from 6/22 and 6/23 to team. | .20 |
| 07/10/09 | Ament | E-mails re: agenda for 7/27/09 hearing (.10); e-mails re: Sept. hearings (.10). | .20 |
| 07/13/09 | Ament | E-mails with Pachulski re: agenda and hearing binder for 7/27/09 hearing (.10); update hearing binder (.10); hand deliver same to Judge Fitzgerald per J. O'Neill request (.10). | .30 |
| 07/17/09 | Ament | Update hearing binders for Pachulski per J. O'Neill request (.20); various e-mails and telephone calls with P. Cuniff re: same (.20); hand deliver same to Judge Fitzgerald (.10); circulate agenda for 7/21/09 hearing to team (.10). | .60 |
| 07/21/09 | Ament | Various e-mails and telephone call with P. Cuniff re: agenda and hearing binders for 7/27/09 hearing (.50); obtain, organize and update hearing binders per | 1.90 |

172573 W. R. Grace & Co.                    Invoice Number  1897169
60026  Litigation and Litigation Consulting    Page   2
August 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| | | J. O'Neill request (1.30); hand deliver same to Judge Fitzgerald (.10). | |
| 07/22/09 | Ament | Circulate agenda for 7/27/09 hearing to team. | .10 |
| 07/23/09 | Ament | E-mails re: 7/27/09 hearing. | .10 |
| 07/23/09 | Ament | Circulate amended agenda for 7/27/09 hearing to team (.10); e-mails re: said hearing (.10). | .20 |
| 07/24/09 | Ament | E-mails re: 7/27/09 hearing. | .10 |

                                              ------
                              TOTAL HOURS     4.10


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 4.10 at $ 175.00 = | | 717.50 |

                    CURRENT FEES                    717.50

                                              ------------
          TOTAL BALANCE DUE UPON RECEIPT          $717.50
                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1897170
5400 Broken Sound Blvd., N.W.        Invoice Date        08/28/09
Boca Raton, FL 33487                 Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                           2,553.00
         Expenses                           0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $2,553.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1897170
5400 Broken Sound Blvd., N.W.        Invoice Date        08/28/09
Boca Raton, FL 33487                 Client Number         172573
                                     Matter Number          60029


===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 07/06/09 | Ament | Attend to billing matters. | .10 |
| 07/09/09 | Muha | Review and revise fee and expense entries for June 2009 fee application, including additional detail for various entries. | 1.40 |
| 07/10/09 | Ament | Attend to billing matters relating to June monthly fee application (.40); e-mail to J. Restivo re: same (.10); meet with A. Muha re: same (.10). | .60 |
| 07/13/09 | Ament | Attend to billing matters relating to June monthly fee application. | .20 |
| 07/13/09 | Muha | Add detail to expense entries and make additional changes to fee application materials. | .40 |
| 07/21/09 | Ament | Attend to billing matters relating to consultant fees (.10); various e-mails re: same (.10). | .20 |
| 07/23/09 | Muha | Review and revise fee and expense detail for June 2009 monthly application. | 1.10 |
| 07/27/09 | Ament | E-mails re: June monthly fee application (.10); begin drafting fee application and spreadsheets re: same (.40). | .40 |

172573 W. R. Grace & Co.                      Invoice Number  1897170
60029  Fee Applications-Applicant             Page   2
August 28, 2009

| Date | Name | | Hours |
|------|------|------|-------|

| 07/27/09 | Lord | E-file and serve CNO to Reed Smith May monthly fee application (.4); correspondence to R. Finke re: same (.1). | .50 |
| 07/28/09 | Ament | E-mails re: June monthly fee application (.10); calculate fees and expenses re: same (.70); continue preparing spreadsheets relating to same (.50); continue drafting June monthly fee application (.50). | 1.80 |
| 07/29/09 | Ament | E-mails with J. Lord re: June monthly fee application and quarterly fee application (.10); meet with A. Muha re: same (.10); finalize June monthly fee application (.10); e-mail same to J. Lord for DE filing (.10). | .40 |
| 07/29/09 | Lord | Revise, e-file and serve Reed Smith June monthly fee application (1.1); communicate with S. Ament re: quarterly application (.1) | 1.20 |
| 07/29/09 | Muha | Make final review of and revisions to June 2009 monthly fee application. | .80 |
| 07/31/09 | Ament | Attend to billing matters relating to consultant fee. | .10 |

                                              ------
                              TOTAL HOURS      9.20


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Andrew J. Muha | 3.70 | at $ | 400.00 | = | 1,480.00 |
| John B. Lord | 1.70 | at $ | 240.00 | = | 408.00 |
| Sharon A. Ament | 3.80 | at $ | 175.00 | = | 665.00 |

                 CURRENT FEES                     2,553.00


                                              ------------
         TOTAL BALANCE DUE UPON RECEIPT          $2,553.00
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    1897171
One Town Center Road                    Invoice Date      08/28/09
Boca Raton, FL    33486                 Client Number      172573


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                            23,142.50
         Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $23,142.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1897171
One Town Center Road               Invoice Date     08/28/09
Boca Raton, FL    33486            Client Number     172573
                                    Matter Number      60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 07/06/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/06/09 | Cameron | Review materials for Solow mediation (0.4); review materials regarding Speights claim (.5). | .90 |
| 07/06/09 | Restivo | Telephone call with R. Finke (.2); review Solow mediation papers (.3). | .50 |
| 07/07/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/07/09 | Cameron | Prepare for and meet with J. Restivo regarding status of Grace PD claims, including Solow and Speights' claims (1.1); participate in call with R. Finke regarding same (0.8); review requests from K&E regarding Speights' expert witnesses (0.6). | 2.50 |
| 07/07/09 | Rea | Conference with J. Restivo re: property damage claims. | .40 |
| 07/07/09 | Restivo | Review of all open issues and meeting with D. Cameron and telephone conference with R. Finke. | 2.00 |
| 07/08/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

172573 W. R. Grace & Co.                        Invoice Number  1897171
60033  Claim Analysis Objection Resolution      Page    2
       & Estimation (Asbestos)
August 28, 2009


| Date | Name | | Hours |
|------|------|---|-------|
| 07/08/09 | Cameron | Review materials for Solow mediation (0.4); meet with J. Restivo regarding Speights claims issues (0.2); review Speights Canadian claims materials (0.9). | 1.50 |
| 07/08/09 | Restivo | Telephone conference with D. Speights and communications re: same to K&E and client. | 1.20 |
| 07/09/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to T. Rea re: same (.10). | .30 |
| 07/09/09 | Cameron | Attention to Speights' claims and status of settlements (0.5); review Solow materials (0.4). | .90 |
| 07/10/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/13/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/13/09 | Restivo | Research re:  Solow appeal. | .50 |
| 07/14/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/14/09 | Restivo | Negotiations with D. Speights re: settlements and Confirmation Hearing. | 1.50 |
| 07/15/09 | Ament | Assist team with various issues relating to PD claims (.30); obtain and provide deposition transcript and exhibits to K. Love per request re: deposition of Dr. Denise Martin (.30); various e-mails re: same (.10). | .70 |
| 07/15/09 | Cameron | Review materials from J. Restivo regarding Solow mediation. | .70 |
| 07/15/09 | Lofgren | Discussion with J. Restivo re Post-petition interest on asbestos property damage claims. | .20 |
| 07/15/09 | Restivo | Memos re:  Solow case. | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  1897171
60033  Claim Analysis Objection Resolution        Page    3
       & Estimation (Asbestos)
August 28, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 07/15/09 | Taddonio | RESPOND TO W.R. GRACE INQUIRY. | .10 |
| 07/16/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/16/09 | Restivo | Review Solow mediation paper and research relating thereto. | 1.00 |
| 07/19/09 | Cameron | Review Speights' claim and Solow materials. | .80 |
| 07/20/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/21/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/22/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/22/09 | DiCanio | Review case materials (.5); research regarding post-judgment interest (.5). | 1.00 |
| 07/23/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/24/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/24/09 | Lofgren | Research re obligation to pay Post-petition interest to judgment creditor with bonded appeal. | 2.90 |
| 07/27/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/27/09 | Cameron | Review materials relating to Solow mediation and Speights claims. | .80 |
| 07/27/09 | DiCanio | Draft memo regarding post-judgment interest in New York (1.3); finish research regarding the same (1.2). | 2.50 |
| 07/27/09 | Lofgren | Research re judgment creditor's right to post-petition interest where appeal is bonded | 3.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1897171
60033  Claim Analysis Objection Resolution  Page   4
       & Estimation (Asbestos)
August 28, 2009
```

| Date | Name | | Hours |
|------|------|------|-------|
| 07/28/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/28/09 | Cameron | Attention to Solow claim materials for mediation. | .90 |
| 07/28/09 | DiCanio | Finalize memorandum regarding post-judgment interest. | .80 |
| 07/28/09 | Lofgren | Finalize research re judgment creditor's right to post-petition interest where bonded appeal pending (1.6); draft and revise memorandum to J. Restivo re same (6.6). | 8.20 |
| 07/28/09 | Restivo | Finalize certification of D. Martin deposition (.5); emails with Speights re: settlement papers (.2); review Speights pre-trial plan objections (.3). | 1.00 |
| 07/29/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/29/09 | Cameron | Review interest calculation materials (0.8); e-mails regarding same (0.3); review Solow post-trial briefs (0.9). | 2.00 |
| 07/30/09 | Restivo | Review trial research, appellate brief, appellate research in Solow and review legal research. | 3.20 |
| 07/31/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 07/31/09 | Cameron | Review materials relating to Solow mediation. | 1.10 |

```
                                              ------
                                TOTAL HOURS    47.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Douglas E. Cameron | 12.10 | at $ | 630.00 | = | 7,623.00 |
| James J. Restivo Jr. | 12.10 | at $ | 685.00 | = | 8,288.50 |
| Traci Sands Rea | 0.40 | at $ | 455.00 | = | 182.00 |
| Gregory L. Taddonio | 0.10 | at $ | 435.00 | = | 43.50 |

172573 W. R. Grace & Co.                Invoice Number  1897171
60033  Claim Analysis Objection Resolution      Page    5
       & Estimation (Asbestos)
August 28, 2009

| | | | | |
|---|---|---|---|---|
| Jeanne S. Lofgren | 14.40 | at $ 330.00 | = | 4,752.00 |
| Michael N. DiCanio | 4.30 | at $ 345.00 | = | 1,483.50 |
| Sharon A. Ament | 4.40 | at $ 175.00 | = | 770.00 |

CURRENT FEES          23,142.50

------------
TOTAL BALANCE DUE UPON RECEIPT    $23,142.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number       1897184
One Town Center Road                    Invoice Date         08/28/09
Boca Raton, FL   33486                  Client Number          172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                               0.00
         Expenses                       5,445.28

                    TOTAL BALANCE DUE UPON RECEIPT      $5,445.28
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1897184
One Town Center Road                Invoice Date    08/28/09
Boca Raton, FL    33486             Client Number    172573
                                    Matter Number      60026

=============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 0.35 |
| PACER | 5.28 |
| Duplicating/Printing/Scanning | 35.40 |
| Consulting Fees | 1,510.00 |
| Courier Service - Outside | 1,013.29 |
| Secretarial Overtime | 1,383.00 |
| Meal Expense | 1,497.96 |

CURRENT EXPENSES                                5,445.28
                                           --------------

TOTAL BALANCE DUE UPON RECEIPT                 $5,445.28
                                           ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number     1897184
One Town Center Road                Invoice Date      08/28/09
Boca Raton, FL   33486              Client Number      172573
                                    Matter Number       60026
```

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/04/09 | PACER | 1.52 |
| 06/17/09 | PACER | 3.76 |
| 06/17/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support for upcoming hearings. | 165.00 |
| 06/17/09 | Secretarial Overtime: Technical Support for K&E hearing prep re:  6/22 to 6/24 hearings. | 30.00 |
| 06/18/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support for upcoming hearings. | 37.50 |
| 06/19/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support for upcoming hearings. | 30.00 |
| 06/20/09 | Secretarial Overtime: Technical Support for K&E hearing prep re:  6/22 to 6/24 hearings. | 60.00 |
| 06/21/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support for upcoming hearings. | 360.00 |
| 06/21/09 | Secretarial Overtime: Technical Support for K&E hearing prep re:  6/22 to 6/24 hearings. | 360.00 |
| 06/22/09 | Secretarial Overtime: WR Grace:  Secretarial Support for Kirkland & Ellis team. | 217.50 |
| 06/22/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support in preparation for upcoming hearings. | 105.00 |
| 06/23/09 | Courier Service - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to BARBARA HARDING KIRKLAND & ELLIS LLP (WASHINGTON DC 20005). | 12.83 |

172573 W. R. Grace & Co.                        Invoice Number  1897184
60026  Litigation and Litigation Consulting     Page    2
August 28, 2009

| 06/23/09 | Courier Service - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS LLC (CHICAGO IL 60654). | 26.19 |
| 06/23/09 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS LLC (CHICAGO IL 60654). | 26.19 |
| 06/23/09 | Courier Service -Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS LLC (CHICAGO IL 60654). | 26.19 |
| 06/23/09 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to Janet S Baer The Law Offices of Janet S. Baer (CHICAGO IL 60602). | 20.75 |
| 06/23/09 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to Janet S Baer The Law Offices of Janet S. Baer  (CHICAGO IL 60602). | 20.75 |
| 06/23/09 | Courier Service -Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to TED FREEDMAN KIRKLAND & ELLIS LLP (NEW YORK NY 10022). | 20.75 |
| 06/23/09 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to James E. O'Neill,  Pachulski Stang Ziehl Jones (WILMINGTON DE 19801). | 12.83 |
| 06/23/09 | Courier Service - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to James E. O'Neill,  Pachulski Stang Ziehl Jones (WILMINGTON DE 19801). | 12.83 |
| 06/23/09 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to JUSTIN BROOKS KIRKLAND & ELLIS LLP (NEW YORK NY 10022). | 20.75 |
| 06/23/09 | Courier Service - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to James E. O'Neill, Pachulski Stang Ziehl Jones (WILMINGTON DE 19801). | 12.83 |
| 06/23/09 | Courier Service -  UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS LLC (CHICAGO IL 60654). | 594.70 |
| 06/23/09 | Courier Service - UPS - Shipped from  REED SMITH LLP to Janet S Baer (CHICAGO IL 60602). | 2.26 |

172573 W. R. Grace & Co.                          Invoice Number  1897184
60026  Litigation and Litigation Consulting       Page    3
August 28, 2009

| | | |
|---|---|---:|
| 06/23/09 | Courier Service - UPS - Shipped from REED SMITH LLP to TED FREEDMAN KIRKLAND & ELLIS LLP (NEW YORK NY 10022). | 2.26 |
| 06/23/09 | Courier Service - UPS - Shipped from REED SMITH LLP to James E. O'Neill, Pachulski Stang Ziehl Jones (WILMINGTON DE 19801). | 1.68 |
| 06/23/09 | Secretarial Overtime: WR Grace/Litigation: secretarial support in preparation for upcoming hearings. | 3.00 |
| 06/24/09 | Secretarial Overtime: WR Grace/Litigation: post-hearing secretarial support. | 15.00 |
| 07/09/09 | Meal Expense - - VENDOR: THE BAGEL FACTORY - Late morning meal for 15 (9 attorneys, 3 paralegals. 2 clients, 1 secretary) on 7/21/09 in prep. for hearings. | 294.68 |
| 07/09/09 | Meal Expense - - VENDOR: THE BAGEL FACTORY - Breakfasts/morning snacks for 15 (9 attorneys, 3 paralegals, 2 clients, 1 secretary) for prep. for confirmation hearings on June 22, 23, 24, 2009. | 1203.28 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP - DELIVERY TO US BANKRUPTCY COURT. | 5.00 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP - DELIVERY TO JUDGE FITZGERALD - 6/22/09. | 50.00 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP - DELIVERY TO JUDGE FITZGERALD - 6/18/09. | 50.00 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP - DELIVERY TO JUDGE FITZGERALD - 6/19/09. | 50.00 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP -DELIVERY TO US BANKRUPTCY COURT - 6/23/09. | 34.50 |
| 07/14/09 | Courier Service - AMERICAN EXPEDITING - MESSENGER TRIP - 6/24/09. | 10.00 |
| 07/14/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1897184
60026  Litigation and Litigation Consulting       Page    4
August 28, 2009

| Date | Description | Amount |
|---|---|---|
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/17/09 | Telephone Expense<br>302-778-6442/WILMINGTON, DE/3 | .10 |
| 07/21/09 | Telephone Expense<br>302-778-6442/WILMINGTON, DE/5 | .25 |
| 07/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 343 COPIES | 34.30 |
| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 08/06/09 | Consulting Fees - - VENDOR: ARNOLD & PORTER<br>MARCH 2009 - - Expert consulting in March 2009<br>on TSCA issues in preparation for criminal<br>proceeding. | 1510.00 |

                         CURRENT EXPENSES                5,445.28
                                                        ------------
                         TOTAL BALANCE DUE UPON RECEIPT   $5,445.28
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1897186
One Town Center Road                    Invoice Date        08/28/09
Boca Raton, FL   33486                  Client Number       172573

========================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                0.00
         Expenses                          963.62

                          TOTAL BALANCE DUE UPON RECEIPT        $963.62
                                                               =============

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL  33486

| | |
|---|---|
| Invoice Number | 1897186 |
| Invoice Date | 08/28/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

===========================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 1.95 |
| PACER | 26.64 |
| Documentation Charge | 26.00 |
| Duplicating/Printing/Scanning | 85.00 |
| Westlaw | 105.77 |
| Postage Expense | 0.44 |
| Express Mail Service | 17.99 |
| Courier Service - Outside | 110.79 |
| Lodging | 322.26 |
| Parking/Tolls/Other Transportation | 42.00 |
| Air Travel Expense | 162.20 |
| Taxi Expense | 55.70 |
| Meal Expense | 3.19 |
| Telephone - Outside | 3.69 |

CURRENT EXPENSES                          963.62
                                    --------------

TOTAL BALANCE DUE UPON RECEIPT           $963.62
                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1897186 |
| One Town Center Road | Invoice Date     08/28/09 |
| Boca Raton, FL    33486 | Client Number      172573 |
| | Matter Number       60033 |


===============================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 04/06/09 | Express Mail Service | 17.99 |
| 06/10/09 | Parking/Tolls/Other Transportation Parking - VENDOR: James J. Restivo Jr. - - parking at PIT airport for travel to Denise Martin deposition in NYC (6/10/09). | 42.00 |
| 06/10/09 | Air Travel Expense Travel Agent Fee - VENDOR: James J. Restivo Jr., Attend Deposition of Denise Martin in NY. Travel agent fee for flights. | 24.00 |
| 06/10/09 | Air Travel Expense Airfare - VENDOR: James J. Restivo Jr., Jun 10, 2009 - Attend Deposition of Denise Martin in NY. Flights from Pittsburgh, PA to LaGuardia, NY and return to Pittsburgh. | 138.20 |
| 06/10/09 | Telephone - Outside Telephone - VENDOR: James J. Restivo Jr., Jun 10, 2009 - Attend Deposition of Denise Martin in NY. Long Distance call | 3.69 |
| 06/10/09 | Meal Expense Lunch - VENDOR: James J. Restivo Jr., Jun 10, 2009 - Attend Deposition of Denise Martin in NY. Refreshment | 3.19 |
| 06/11/09 | Taxi Expense Taxi - VENDOR: James J. Restivo Jr., Jun 11, 2009 - Attend Deposition of Denise Martin in NY. Taxi from LaGuardia Airport to the Hotel Elysee. | 25.70 |

172573 W. R. Grace & Co.                          Invoice Number  1897186
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
August 28, 2009


06/11/09    Taxi Expense Taxi - VENDOR: James J. Restivo        30.00
            Jr., Jun 11, 2009 -  Attend Deposition of
            Denise Martin in NY. Taxi from RS NY office on
            Lexington to LaGuardia Airport.

06/11/09    Lodging - James J. Restivo Jr.,- - attend          322.26
            Deposition of Denise Martin (6/11/09) -
            - One night stay at Hotel Elysee (NYC).

06/26/09    PACER                                               26.16

06/29/09    Duplicating/Printing/Scanning                         .90
            ATTY # 000559: 9 COPIES

06/30/09    PACER                                                 .48

07/06/09    Duplicating/Printing/Scanning                        2.00
            ATTY # 0559; 20 COPIES

07/06/09    Duplicating/Printing/Scanning                        1.40
            ATTY # 000559: 14 COPIES

07/06/09    Duplicating/Printing/Scanning                        1.40
            ATTY # 000559: 14 COPIES

07/06/09    Duplicating/Printing/Scanning                        1.40
            ATTY # 000559: 14 COPIES

07/06/09    Duplicating/Printing/Scanning                        1.40
            ATTY # 000559: 14 COPIES

07/06/09    Duplicating/Printing/Scanning                        1.40
            ATTY # 000559: 14 COPIES

07/06/09    Duplicating/Printing/Scanning                        1.40
            ATTY # 000559: 14 COPIES

07/07/09    Telephone Expense                                    1.70
            561-362-1533/BOCA RATON, FL/35

07/09/09    Telephone Expense                                     .10
            803-943-4444/HAMPTON, SC/2

07/09/09    Duplicating/Printing/Scanning                        1.60
            ATTY # 0559; 16 COPIES

07/09/09    Duplicating/Printing/Scanning                        2.10
            ATTY # 1048; 21 COPIES

07/13/09    Courier Service - Outside - - VENDOR: PARCELS,       5.00
            INC. DELIVERY

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
August 28, 2009

| Date | Description | Amount |
|---|---|---|
| 07/14/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1 COPY | .10 |
| 07/14/09 | Telephone Expense<br>803-943-4444/HAMPTON, SC/3 | .15 |
| 07/15/09 | Courier Service - UPS - Shipped from<br>Sharon Ament Reed Smith LLP - Pittsburgh to<br>Kimberly Love Kirkland & Ellis LLP (CHICAGO IL 60654). | 91.94 |
| 07/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 439 COPIES | 43.90 |
| 07/15/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 13 COPIES | 1.30 |
| 07/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 94 COPIES | 9.40 |
| 07/16/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 73 COPIES | 7.30 |
| 07/16/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 12 COPIES | 1.20 |
| 07/21/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 07/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 07/22/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 07/22/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 18 COPIES | 1.80 |
| 07/23/09 | Courier Service -FEDEX TO B. HARDING. | 13.85 |
| 07/27/09 | Documentation Charge - - VENDOR: LINDA HALL<br>LIBRARY - LINDA HALL LIBRARY SERVICES ON<br>2/3/2009 | 26.00 |
| 07/27/09 | Westlaw - -  Legal research re: post-judgment<br>interest. | 105.77 |
| 07/27/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | .44 |
| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 4 COPIES | .40 |

172573 W. R. Grace & Co.                          Invoice Number  1897186
60033  Claim Analysis Objection Resolution        Page    4
       & Estimation (Asbestos)
August 28, 2009


| Date | Description | Amount |
|---|---|---|
| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 07/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 07/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |

                              CURRENT EXPENSES              963.62
                                                       ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $963.62
                                                       ============