# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline:  October 23, 2009 at 4:00 p.m.
Hearing Date:  TBD only if necessary

**SUMMARY OF APPLICATION OF REED SMITH LLP**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE**
**COUNSEL TO DEBTORS FOR THE NINETY-EIGHTH MONTHLY INTERIM**
**PERIOD FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

Name of Applicant:                    Reed Smith LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession

Date of Retention:                    July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:              August 1 through August 31, 2009

Amount of fees sought as actual,
reasonable and necessary:             $57,230.00

Amount of expenses sought as actual,
reasonable and necessary             $5,569.75

This is a(n): X monthly    _ interim    _ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#23375
9/30/09

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the ninety-eighth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 16 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 39.40 | $26,989.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 32.80 | $20,664.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 1.50 | $682.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 4.80 | $1,920.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 17 Years | Bankruptcy | $240.00 | 5.10 | $1,224.00 |
| Margaret Garlitz | Paralegal | 20 Years | Litigation | $205.00 | .80 | $164.00 |
| Sharon A. Ament | Paralegal | 5 Years | Litigation | $175.00 | 25.90 | $4,532.50 |
| Robert H. Radcliffe | Case Assistant | 24 Years | Litigation | $125.00 | 8.00 | $1,000 |
| Lisa Lankford | Case Assistant | 6 Years | Litigation | $135.00 | .40 | $54.00 |

**Total Fees: $57,230.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 7.10 | $1,242.50 |
| Travel | 6.00 | $3,917.50 |
| Fee Applications | 15.90 | $4,178.00 |
| Claim Analysis Objection Resolution & Estimation | 89.70 | $47,892.00 |
| **Total** | **118.70** | **$57,230.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $2.30 | ---- |
| Duplicating/Printing/Scanning | $188.90 | ---- |
| Outside Duplicating | $57.60 | ---- |
| Postage Expense | $2.64 | ---- |
| Courier Service – Outside | $250.18 | ---- |
| Mileage Expense | $26.40 | ---- |
| Meal Expense | $275.00 | ---- |
| Air Travel Expense | $816.40 | ---- |
| Parking/Tolls/Other Transportation | $114.00 | ---- |
| Taxi Expense | $15.00 | ---- |
| Lodging | $536.84 | ---- |
| General Expense:  8/6/09 JAMS Mediation Fee; 8/11/09 Elysee Hotel fee for Solow Mediation in NY; 8/13/09 storage boxes from Staples | $3,284.49 | ---- |
| SUBTOTAL | $5,569.75 | $0.00 |
| **TOTAL** | **$5,569.75** | |

Dated:   September 30, 2009                REED SMITH LLP
         Wilmington, Delaware

                                    By: /s/ Kurt F. Gwynne
                                        Kurt F. Gwynne (No. 3951)
                                        1201 Market Street, Suite 1500
                                        Wilmington, DE  19801
                                        Telephone:  (302) 778-7500
                                        Facsimile:  (302) 778-7575
                                        E-mail: kgwynne@reedsmith.com

                                            and

                                        James J. Restivo, Jr., Esquire
                                        Lawrence E. Flatley, Esquire
                                        Douglas E. Cameron, Esquire
                                        Reed Smith Centre
                                        225 Sixth Avenue
                                        Pittsburgh, PA 15222
                                        Telephone:  (412) 288-3131
                                        Facsimile:  (412) 288-3063

                                        Special Asbestos Products Liability Defense
                                        Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number        1908293
One Town Center Road                      Invoice Date         09/30/09
Boca Raton, FL   33486                    Client Number          172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              1,242.50
    Expenses                              0.00

              TOTAL BALANCE DUE UPON RECEIPT        $1,242.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1908293
One Town Center Road                      Invoice Date       09/30/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2009

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 08/03/09 | Ament | E-mails with P. Cuniff re: 8/24/09 hearing binder. | .10 |
| 08/10/09 | Ament | E-mails re: 9/22/09 hearing. | .10 |
| 08/12/09 | Ament | Review notice of change of address received by P. Cuniff (.10); e-mails with D. Cameron re: same (.10); e-mail to P. Cuniff re: change to notice of address (.10). | .30 |
| 08/17/09 | Ament | Various e-mails and telephone calls to coordinate logistics for K&E hearing prep for 9/8/09. | .50 |
| 08/18/09 | Ament | Obtain and provide J. Restivo with first amended POR per request (.30); review and respond to e-mail from K. Love re: Sept. hearings (.30); meet with D. Cameron re: same (.10); various e-mails, telephone calls and meetings to coordinate logistics for hearing preparation re: same (1.0). | 1.70 |
| 08/21/09 | Ament | Various e-mails, meetings and conference calls to coordinate logistics for Sept. hearing preparation for K&E. | .40 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       September 30, 2009

Invoice Number  1908293
Page    2

| Date | Name | | Hours |
|------|------|------|-------|
| 08/24/09 | Ament | Various e-mails, meetings and conference calls to coordinate logistics for hearing preparation for K&E relating to September hearings in Pittsburgh. | .70 |
| 08/25/09 | Ament | Various e-mails and telephone calls to coordinate logistics for hearing preparation for Kirkland for September hearings. | .50 |
| 08/28/09 | Ament | Conference call with K. Love re: logistics for Sept. hearing preparation (.50); various e-mails, meetings and telephone calls to coordinate hearing preparation re: same (.50). | 1.00 |
| 08/31/09 | Ament | Various e-mails, telephone calls and meetings to coordinate logistics for hearing preparation for K&E for Sept. hearings in Pittsburgh. | 1.80 |

                                    TOTAL HOURS     7.10

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 7.10 at | $ 175.00 = | 1,242.50 |

                    CURRENT FEES                    1,242.50


                                                 ------------
          TOTAL BALANCE DUE UPON RECEIPT            $1,242.50
                                                 ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                        Invoice Number    1908294
5400 Broken Sound Blvd., N.W.      Invoice Date      09/30/09
Boca Raton, FL 33487               Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

   Fees                               3,917.50
   Expenses                               0.00

              TOTAL BALANCE DUE UPON RECEIPT      $3,917.50
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W. R. Grace | Invoice Number | 1908294 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 09/30/09 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60027 |

===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2009

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 08/11/09 | Cameron | Travel to mediation (one-half time). | 1.50 |
| 08/11/09 | Restivo | Travel from Pittsburgh to mediation in NYC (one-half time). | 1.00 |
| 08/12/09 | Cameron | Return to Pittsburgh from mediation (one-half time). | 2.00 |
| 08/12/09 | Restivo | Return travel from mediation in NYC to Pittsburgh (one-half time). | 1.50 |

TOTAL HOURS   6.00

| TIME SUMMARY | Hours | | Rate | | Value |
| ------------------------ | --------------------- | | | | ------- |
| Douglas E. Cameron | 3.50 | at | $ 630.00 | = | 2,205.00 |
| James J. Restivo Jr. | 2.50 | at | $ 685.00 | = | 1,712.50 |

CURRENT FEES                              3,917.50

                                     ------------
TOTAL BALANCE DUE UPON RECEIPT           $3,917.50
                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1908295
5400 Broken Sound Blvd., N.W.            Invoice Date        09/30/09
Boca Raton, FL 33487                     Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                        4,178.00
    Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT        $4,178.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W. R. Grace | Invoice Number      1908295 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date       09/30/09 |
| Boca Raton, FL 33487 | Client Number       172573 |
| | Matter Number        60029 |

========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 08/03/09 | Ament | Attend to billing matters relating to consultant fee (.10); e-mails re: same (.10). | .20 |
| 08/03/09 | Lord | Update 2002 service list | .60 |
| 08/03/09 | Lord | Work on Reed Smith quarterly fee application re: notice, service and exhibits. | .60 |
| 08/04/09 | Ament | E-mails re: consultant fees. | .10 |
| 08/05/09 | Ament | Various e-mails re: additional consultant fees (.20); attend to billing matters re: monthly and quarterly fee applications (.20). | .40 |
| 08/05/09 | Lord | Communicate with S. Ament re: quarterly fee application. | .10 |
| 08/06/09 | Ament | Calculate fees and expenses for 33rd quarterly fee application (1.50); meet with A. Muha re: same (.10); draft summary and narrative for said fee application (.50); provide same to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10). | 2.40 |
| 08/06/09 | Lord | Revise and prepare Reed Smith 33rd quarterly fee application for e-filing and service. | 1.50 |

172573  W. R. Grace & Co.                          Invoice Number  1908295
60029   Fee Applications-Applicant                 Page    2
        September 30, 2009

| Date | Name | | Hours |
|------|------|--|-------|

08/06/09 Muha          Review, revise and draft new       1.60
                       portions of 33d Quarterly Fee
                       Application, and conferences with
                       S. Ament re: filing.

08/07/09 Lord          E-file and serve Reed Smith Smith    .60
                       33rd quarterly fee application.

08/10/09 Ament         Attend to billing matters (.10);     .20
                       e-mails re: quarterly fee
                       application (.10).

08/12/09 Ament         Attend to billing matters per D.     .20
                       Cameron request (.10); various
                       e-mails re: same (.10).

08/14/09 Ament         Attend to billing matters relating   .20
                       to July monthly fee application
                       (.10); respond to e-mail from A.
                       Muha re: same (.10).

08/14/09 Muha          Review, revise and add              1.30
                       descriptions to June 2009 fee and
                       expense details.

08/17/09 Muha          Make additional revisions to fee     .80
                       and expenses, including attention
                       to rates charged by new
                       timekeepers, and multiple emails
                       re: same.

08/19/09 Lord          Draft CNO to Reed Smith June         .30
                       monthly fee application.

08/25/09 Muha          Review and revise fee and expense    .50
                       detail for July 2009 monthly
                       application.

08/26/09 Lankford      E-file and perfect service of RS's   .40
                       CNO regarding DI 22657.

08/27/09 Ament         Attend to billing matters relating   .60
                       to consultant fee and July monthly
                       fee application (.20); begin
                       drafting July monthly fee
                       application and spreadsheets re:
                       same (.40).

```
172573  W. R. Grace & Co.                     Invoice Number  1908295
60029  Fee Applications-Applicant             Page   3
        September 30, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 08/28/09 | Ament | Calculate fees and expenses and continue preparation of spreadsheets relating to July monthly fee application (.70); continue drafting July monthly fee application (.20); provide same to A. Muha for review (.10); finalize July monthly fee application (.10); e-mail same to J. Lord for DE filing (.10). | 1.20 |
| 08/28/09 | Muha | Make final review of and revisions to July 2009 monthly fee application. | .60 |
| 08/31/09 | Ament | Attend to billing matters. | .10 |
| 08/31/09 | Lord | Revise, e-file and serve Reed Smith July monthly fee application. | 1.40 |

```
                                                          ------
                                       TOTAL HOURS         15.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Andrew J. Muha | 4.80 | at | $  400.00 | = | 1,920.00 |
| John B. Lord | 5.10 | at | $  240.00 | = | 1,224.00 |
| Sharon A. Ament | 5.60 | at | $  175.00 | = | 980.00 |
| Lisa Lankford | 0.40 | at | $  135.00 | = | 54.00 |

```
              CURRENT FEES                                4,178.00


                                                      ------------
              TOTAL BALANCE DUE UPON RECEIPT             $4,178.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number    1908296
One Town Center Road                  Invoice Date      09/30/09
Boca Raton, FL   33486                Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                            47,892.00
    Expenses                             0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $47,892.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1908296 |
| Invoice Date | 09/30/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
          (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 08/03/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/03/09 | Cameron | Attention to Solow mediation issues (.90); review claims information (.50). | 1.40 |
| 08/03/09 | Restivo | Receipt and review of various Speights' pleadings. | .60 |
| 08/04/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/04/09 | Cameron | Review mediation communications (.20); review briefs (.70); review legal research on interest issues (.80). | 1.70 |
| 08/05/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/05/09 | Cameron | Review and revise mediation statement (.40); review Appellate Brief for mediation statement (1.20); email follow-up (.20). | 1.80 |
| 08/05/09 | Restivo | Draft, finalize and serve mediation statement in Solow mediation. | 2.00 |
| 08/06/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

172573 W. R. Grace & Co.                              Invoice Number  1908296
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       September 30, 2009


   Date  Name                                              Hours
   ------- -----------                                     -----

08/06/09 Cameron       Attention to Solow mediation          1.30
                       preparation.

08/06/09 Restivo       Correspondence with J. Baer re:       1.50
                       Court history of mediator
                       appointment (.3); preparation for
                       Solow mediation and correspondence
                       with Solow's NY attorneys (1.2).

08/07/09 Cameron       Review mediation preparation           .90
                       materials.

08/08/09 Cameron       Continue to review mediation          1.20
                       preparation materials.

08/09/09 Cameron       Continue to review mediation           .90
                       preparation materials.

08/10/09 Ament         Assist team with various issues        .20
                       relating to PD claims.

08/10/09 Cameron       Prepare for and meet with J.          1.10
                       Restivo and review Solow's
                       mediation statement.

08/10/09 Restivo       Prepare for Solow mediation.          1.00

08/11/09 Ament         Assist team with various issues        .20
                       relating to PD claims.

08/11/09 Cameron       Mediation preparation and meet        4.00
                       with J. Restivo and clients
                       regarding same.

08/11/09 Restivo       Prepare for mediation and meeting     4.50
                       with clients.

08/12/09 Ament         Assist team with various issues        .20
                       relating to PD claims.

08/12/09 Cameron       Participate in portions of            8.00
                       pre-mediation preparation and
                       mediation session, including
                       discussions with client.

08/12/09 Restivo       Prepare for and participate in        9.00
                       mediation, and follow up on issues
                       after mediation.

172573 W. R. Grace & Co.                          Invoice Number   1908296
60033  Claim Analysis Objection Resolution & EstimationPage    3
       (Asbestos)
       September 30, 2009


| Date | Name | | Hours |
|------|------|---|-------|
| 08/13/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/13/09 | Cameron | Attention to Solow mediation follow-up. | .80 |
| 08/13/09 | Restivo | Correspondence and telephone calls re:  Solow case mediation (1.6); telephone conference with Speights re:  settlement documentation (.3). | 1.90 |
| 08/14/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/14/09 | Cameron | Review materials from Solow mediation and settlement. | .70 |
| 08/17/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/17/09 | Cameron | Review settlement agreements from D. Speights (0.6); review draft settlement agreement for Solow claim (0.8). | 1.40 |
| 08/17/09 | Rea | Provide settlement templates and draft settlement agreements to J. Restivo. | .20 |
| 08/17/09 | Restivo | Drafting, research and telephone calls with J. Baer re:  Solow settlement agreement and motion (2.5); receipt and begin review of Speights U.S. settlement papers (.5). | 3.00 |
| 08/18/09 | Ament | Assist team with various issues relating to PD claims (.20); obtain and provide asbestos PD trust agreement to J. Restivo per request (.30); review settlement agreements per J. Restivo request (2.50). | 3.00 |
| 08/18/09 | Cameron | Review draft settlement agreements and comment (0.8); review surety bond counsel response (0.4). | 1.20 |

172573  W. R. Grace & Co.                          Invoice Number  1908296
60033  Claim Analysis Objection Resolution & EstimationPage    4
       (Asbestos)
       September 30, 2009

| Date | Name | | Hours |
|------|------|------|------|
| 08/18/09 | Garlitz | Assist S. Ament with review of settlement agreements. | .80 |
| 08/18/09 | Radcliffe | Assist S. Ament with review of settlement agreements. | 2.50 |
| 08/18/09 | Restivo | Telephone calls with R. Finke, J. Baer, J. Alter and D. Cameron re: settlement agreement (1.0); draft agreement and motion (1.5); begin review of Speights' U.S. agreements (1.0). | 3.50 |
| 08/19/09 | Cameron | Review Speights settlement agreements. | .90 |
| 08/19/09 | Restivo | Circulate Solow settlement papers (.5); begin review of Speights' executed settlements (.5). | 1.00 |
| 08/20/09 | Ament | Assist team with various issues relating to PD claims (.20); review settlement agreements per J. Restivo request (.70); update spreadsheet re: same (.10); provide settlement agreement to J. Restivo (.10); meet with J. Restivo re: settlement agreements (.10). | 1.20 |
| 08/20/09 | Radcliffe | Continue to assist S. Ament with review of settlement agreements. | .50 |
| 08/20/09 | Restivo | Review of Speights executed settlement agreements; correspondence re:  Solow settlement papers. | 1.00 |
| 08/21/09 | Ament | Continue review of settlement agreements per J. Restivo request (4.0); update spreadsheet relating to same (.10); assist team with various issues relating to PD claims (.20). | 4.30 |
| 08/21/09 | Radcliffe | Continue to assist S. Ament with review of settlement agreements. | 3.80 |

172573 W. R. Grace & Co.                      Invoice Number  1908296
60033  Claim Analysis Objection Resolution & EstimationPage    5
       (Asbestos)
       September 30, 2009


| Date | Name | | Hours |
|------|------|---|-------|
| 08/24/09 | Ament | Assist team with various issues relating to PD claims (.20); complete review of settlement agreements per J. Restivo request (1.40); complete spreadsheet re: same (.10); provide said information to J. Restivo (.10); meet with J. Restivo re: same (.10). | 1.90 |
| 08/24/09 | Radcliffe | Continue to assist S. Ament with review of settlement agreements. | 1.20 |
| 08/24/09 | Rea | Pulled sample product damage motions for J. Restivo. | .20 |
| 08/24/09 | Restivo | Correspondence with D. Speights and finalize review of executed settlements (1.5); emails with K&E re:  Ewing, et al. (.3). | 1.80 |
| 08/25/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/25/09 | Cameron | Review summary of Speights settlement agreements (0.6); review confirmation hearing materials (0.3). | .90 |
| 08/25/09 | Rea | Provided motion templates to J. Restivo. | .30 |
| 08/25/09 | Restivo | Finalize settlement agreements, exhibits and motions re:  Speights U.S. cases (1.7); telephone conference with E. Westbrook, R. Finke and revise Solow agreement (1.3). | 3.00 |
| 08/26/09 | Cameron | Review revised Solow agreement and comment. | .50 |
| 08/26/09 | Restivo | Finalize motions on 16 Speights U.S. property damage settlements and Solow settlement. | 2.60 |
| 08/27/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1908296
60033  Claim Analysis Objection Resolution & EstimationPage    6
       (Asbestos)
       September 30, 2009


   Date  Name                                              Hours
   ------ -----------                                       -----

   08/27/09 Cameron        Review Speights agreements and    .60
                           summary of changes (.30); review
                           motion seeking approval of
                           arguments (.30).

   08/27/09 Rea            Filed motion to approve settlement.  .80

   08/27/09 Restivo        Speights' U.S. settlement filings.   .50

   08/28/09 Ament          Assist team with various issues      .20
                           relating to PD claims.

   08/31/09 Ament          Assist team with various issues      .20
                           relating to PD claims.

                                                             ------
                                       TOTAL HOURS           89.70


   TIME SUMMARY            Hours        Rate         Value
   ---------------------   ----------   ----------   -------
   Douglas E. Cameron      29.30 at $   630.00  =   18,459.00
   James J. Restivo Jr.    36.90 at $   685.00  =   25,276.50
   Traci Sands Rea          1.50 at $   455.00  =      682.50
   Sharon A. Ament         13.20 at $   175.00  =    2,310.00
   Margaret A. Garlitz      0.80 at $   205.00  =      164.00
   Robert H Radcliffe       8.00 at $   125.00  =    1,000.00

                    CURRENT FEES                    47,892.00


                                                  ------------
             TOTAL BALANCE DUE UPON RECEIPT        $47,892.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1908303
One Town Center Road                      Invoice Date      09/30/09
Boca Raton, FL    33486                   Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                        204.29

            TOTAL BALANCE DUE UPON RECEIPT          $204.29
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1908303 |
| Invoice Date | 09/30/09 |
| Client Number | 172573 |
| Matter Number | 60026 |

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 0.65 |
| Duplicating/Printing/Scanning | 133.10 |
| Postage Expense | 0.44 |
| Courier Service - Outside | 12.50 |
| Outside Duplicating | 57.60 |

CURRENT EXPENSES                204.29
                         --------------

TOTAL BALANCE DUE UPON RECEIPT     $204.29
                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1908303
One Town Center Road                      Invoice Date      09/30/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 05/27/09 | Outside Duplicating<br>Bankruptcy Mailouts/Mailouts - Envelopes/ | 28.80 |
| 06/26/09 | Outside Duplicating<br>Bankruptcy Mailouts/Mailouts - Envelopes/ | 28.80 |
| 08/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 08/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 08/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 08/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1908303
60026  Litigation and Litigation Consulting        Page    2
       September 30, 2009

| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1908303
60026  Litigation and Litigation Consulting        Page   3
       September 30, 2009

| 08/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 08/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 08/10/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 08/10/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 08/10/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 08/10/09 | Postage Expense Postage Expense: ATTY # 004810 User: Charneicki, | .44 |
| 08/19/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 08/19/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 08/19/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 08/21/09 | Courier Service - AMERICAN EXPEDITING - Delivery to  Judge Fitzgerald. | 7.50 |
| 08/21/09 | Courier Service -  AMERICAN EXPEDITING - Delivery to Judge Fitzgerald. | 5.00 |
| 08/27/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 08/27/09 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 08/27/09 | Duplicating/Printing/Scanning ATTY # 000559: 12 COPIES | 1.20 |
| 08/27/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |

172573  W. R. Grace & Co.                          Invoice Number   1908303
60026   Litigation and Litigation Consulting       Page    4
        September 30, 2009

| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
|----------|---------------------------------------------------------|-----|
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 582 COPIES | 58.20 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 08/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 177 COPIES | 17.70 |
| 08/28/09 | Telephone Expense<br>13128622819/CHICAGO, IL/13 | .65 |
| 08/31/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 143 COPIES | 14.30 |

```
                        CURRENT EXPENSES              204.29
                                                  ------------
                TOTAL BALANCE DUE UPON RECEIPT      $204.29
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1908304
One Town Center Road                      Invoice Date     09/30/09
Boca Raton, FL   33486                    Client Number      172573

==============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                           0.00
    Expenses                   5,365.46

                    TOTAL BALANCE DUE UPON RECEIPT        $5,365.46
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number      1908304
One Town Center Road               Invoice Date        09/30/09
Boca Raton, FL    33486             Client Number        172573
                                    Matter Number         60033

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        1.65
    Duplicating/Printing/Scanning           55.80
    Postage Expense                          2.20
    Courier Service - Outside              237.68
    Lodging                                536.84
    Parking/Tolls/Other Transportation     114.00
    Air Travel Expense                     816.40
    Taxi Expense                            15.00
    Mileage Expense                         26.40
    Meal Expense                           275.00
    General Expense                      3,284.49

              CURRENT EXPENSES                     5,365.46
                                                 --------------

              TOTAL BALANCE DUE UPON RECEIPT      $5,365.46
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1908304
One Town Center Road                      Invoice Date    09/30/09
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60033

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

08/05/09   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

08/05/09   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

08/05/09   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

08/05/09   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

08/05/09   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

08/05/09   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

08/05/09   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

08/05/09   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

08/05/09   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

08/05/09   Courier Service - UPS - Shipped from James         54.47
           Restivo Reed Smith LLP - Pittsburgh to Edward
           J. Westbrook Richardson Patrick Westbroo (MOUNT
           PLEASANT SC 29464).

172573 W. R. Grace & Co.                          Invoice Number  1908304
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       September 30, 2009


| | | |
|---|---|---:|
| 08/05/09 | Courier Service -UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to  JAMS Philadelphia (PHILADELPHIA PA 19103). | 51.71 |
| 08/05/09 | Courier Service - UPS - Shipped from  REED SMITH LLP to JAMS Philadelphia (PHILADELPHIA PA 19103). | 6.65 |
| 08/06/09 | General Expense - - VENDOR: JAMS, INC. - Mediation Fee. | 3275.00 |
| 08/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 08/06/09 | Courier Service - UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to JAMS, Inc. (LOS ANGELES CA 90051). | 58.84 |
| 08/07/09 | Courier Service -UPS - Shipped to  REED SMITH LLP (PITTSBURGH PA 15219). | 7.17 |
| 08/10/09 | Courier Service -  UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to JAMS, Inc. (Rivine CA 92614). | 58.84 |
| 08/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 08/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .10 |
| 08/11/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Douglas E. Cameron, Aug 11, 2009 - Trip to New York for W. R. Grace Solow mediation - -  Parking at PIT airport. | 20.00 |
| 08/11/09 | Meal Expense Lunch - VENDOR: Douglas E. Cameron, Aug 11, 2009 Trip to New York for W. R. Grace Solow mediation - One lunch. | 8.00 |
| 08/11/09 | Air Travel Expense Airfare - VENDOR: James J. Restivo Jr., Aug 11, 2009 -  Solow Mediation in New York, NY US Air flight from Pittsburgh International to LGA. | 170.20 |

172573  W. R. Grace & Co.                              Invoice Number   1908304
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       September 30, 2009

| | | |
|---|---|---|
| 08/11/09 | Air Travel Expense Travel Agent Fee - VENDOR: James J. Restivo Jr., Solow Mediation in New York, - Flight change fee. | 24.00 |
| 08/11/09 | Parking/Tolls/Other Transportation Parking - VENDOR: James J. Restivo Jr., Aug 11, 2009 - Solow Mediation in New York, NY - - Parking at PIT airport. | 20.00 |
| 08/11/09 | Meal Expense Dinner - VENDOR: James J. Restivo Jr., Aug 11, 2009 Solow Mediation in New York, NY - Dinner for four in NYC. | 260.00 |
| 08/11/09 | General Expense Other - VENDOR: James J. Restivo Jr., Aug 11, 2009 - Solow Mediation in New York, NY - stayed at the Elysee Hotel | 3.19 |
| 08/11/09 | Parking/Tolls/Other Transportation Parking - VENDOR: James J. Restivo Jr., Aug 11, 2009- Solow Mediation in New York, NY - stayed at the Elysee Hotel | 37.00 |
| 08/11/09 | Air Travel Expense Travel Agent Fee - VENDOR: James J. Restivo Jr., Solow Mediation in New York, NY USAir flight from Pittsburgh to LaGuardia - Flight change fee. | 24.00 |
| 08/11/09 | Lodging Lodging - VENDOR: James J. Restivo Jr., Aug 11, 2009 - Solow Mediation in New York, NY - One night stay at the Elysee Hotel. | 269.42 |
| 08/11/09 | Air Travel Expense Airfare - VENDOR: James J. Restivo Jr., Aug 11, 2009 - Solow Mediation in New York, NY - - Flight from LGA to PIT. | 190.00 |
| 08/12/09 | Mileage Expense Mileage - 2009 - VENDOR: Douglas E. Cameron, Aug Trip to New York for W. R. Grace Solow mediation - Mileage to/from PIT airport. | 26.40 |
| 08/12/09 | Taxi Expense Taxi - VENDOR: Douglas E. Cameron, Aug 12, 2009 Trip to New York for W. R. Grace Solow mediation - Cab fare from airport. | 15.00 |
| 08/12/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Douglas E. Cameron, Aug 12, 2009 - Trip to New York for W. R. Grace Solow mediation. | 37.00 |

172573 W. R. Grace & Co.                        Invoice Number  1908304
60033  Claim Analysis Objection Resolution & EstimationPage   4
       (Asbestos)
       September 30, 2009


| | | |
|---|---|---|
| 08/12/09 | Air Travel Expense Travel Agent Fee - VENDOR: Douglas E. Cameron, A Trip to New York for W. R. Grace Solow mediation - Flight change fee. | 48.00 |
| 08/12/09 | Meal Expense Breakfast - VENDOR: Douglas E. Cameron, Aug 12, 2009 - Trip to New York for W. R. Grace Solow mediation - One breakfast. | 7.00 |
| 08/12/09 | Lodging Lodging - VENDOR: Douglas E. Cameron, Aug 12, 2009 --  One night stay at Elysee Hotel (NYC) for  trip to New York  W. R. Grace Solow mediation. | 267.42 |
| 08/12/09 | Air Travel Expense Airfare - VENDOR: Douglas E. Cameron, Aug 12, 20 Trip to New York for W. R. Grace Solow mediation - Round trip coach travel between PIT and NYC. | 360.20 |
| 08/12/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | 1.32 |
| 08/12/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | .88 |
| 08/13/09 | General Expense - - VENDOR: STAPLES CREDIT PLAN ** STORAGE BOXES ** | 4.20 |
| 08/13/09 | General Expense - - VENDOR: STAPLES CREDIT PLAN** STORAGE BOXES ** | 2.10 |
| 08/13/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 10 COPIES | 1.00 |
| 08/13/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 4 COPIES | .40 |
| 08/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1908304
60033  Claim Analysis Objection Resolution & EstimationPage   5
       (Asbestos)
       September 30, 2009

| Date | Description | Amount |
|------|-------------|--------|
| 08/17/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 239 COPIES | 23.90 |
| 08/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 08/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 08/18/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1 COPIES | .10 |
| 08/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/18/09 | Telephone Expense<br>18602402700/HARTFORD, CT/10 | .50 |
| 08/20/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 5 COPIES | .50 |
| 08/20/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/20/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/20/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1 COPIES | .10 |
| 08/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |

172573 W. R. Grace & Co.                           Invoice Number  1908304
60033  Claim Analysis Objection Resolution & EstimationPage   6
       (Asbestos)
       September 30, 2009


| 08/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 08/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 45 COPIES | 4.50 |
| 08/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 08/25/09 | Telephone Expense<br>18437276513/CHARLESTON, SC/23 | 1.15 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 45 COPIES | 4.50 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 15 COPIES | 1.50 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |

                              CURRENT EXPENSES           5,365.46
                                                      ------------
                         TOTAL BALANCE DUE UPON RECEIPT   $5,365.46
                                                      ============