# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: November 23, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE NINETY-NINTH MONTHLY INTERIM
### <u>PERIOD FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009</u>

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | September 1 through September 30, 2009 |
| Amount of fees sought as actual, reasonable and necessary: | $26,700.00 |
| Amount of expenses sought as actual, reasonable and necessary | $35,383.32 |

This is a(n): <u>X</u> monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#23617
10/29/09

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the ninety-ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 6.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 8.90 | $6,096.50 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | 4.20 | $2,667.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 10.80 | $6,804.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 9.40 | $4,277.00 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 1.40 | $560.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal 17 Years | Bankruptcy | $240.00 | 2.20 | $528.00 |
| Sharon A. Ament | Paralegal 5 Years | Litigation | $175.00 | 32.60 | $5,705.00 |
| Robert H. Radcliffe | Case Assistant 24 Years | Litigation | $125.00 | .50 | $62.50 |

**Total Fees: $26,700.00**

6

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 32.40 | $8,511.50 |
| Fee Applications | 7.20 | $1,718.00 |
| Claim Analysis Objection Resolution & Estimation | 30.40 | $16,470.50 |
| **Total** | **70.00** | **$26,700.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $2.55 | ---- |
| Duplicating/Printing/Scanning | $15,311.10 | ---- |
| Outside Duplicating | $5,697.89 | ---- |
| Postage Expense | $3.73 | ---- |
| Courier Service – Outside | $5.00 | ---- |
| Mileage Expense | $462.00 | ---- |
| Court Reporter Expense | $474.40 | ---- |
| Secretarial Overtime | $3,502.50 | ---- |
| Meal Expense | $9,668.15 | ---- |
| Parking/Tolls/Other Transportation | $226.00 | ---- |
| Legal Services for court call (Not yet paid) | $30.00 | ---- |
|  |  | ---- |
| SUBTOTAL | $35,383.32 | $0.00 |
| **TOTAL** | **$35,383.32** | |

7

Dated:    October 29, 2009                  REED SMITH LLP
          Wilmington, Delaware

                                            By: /s/ Kurt F. Gwynne
                                                Kurt F. Gwynne (No. 3951)
                                                1201 Market Street, Suite 1500
                                                Wilmington, DE  19801
                                                Telephone:  (302) 778-7500
                                                Facsimile:  (302) 778-7575
                                                E-mail: kgwynne@reedsmith.com

                                                    and

                                                James J. Restivo, Jr., Esquire
                                                Lawrence E. Flatley, Esquire
                                                Douglas E. Cameron, Esquire
                                                Reed Smith Centre
                                                225 Sixth Avenue
                                                Pittsburgh, PA 15222
                                                Telephone:  (412) 288-3131
                                                Facsimile:  (412) 288-3063

                                                Special Asbestos Products Liability Defense
                                                Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1920604
One Town Center Road                      Invoice Date      10/28/09
Boca Raton, FL   33486                    Client Number      172573

====================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          8,511.50
        Expenses                          0.00

               TOTAL BALANCE DUE UPON RECEIPT        $8,511.50
                                                 =============

US_ACTIVE-102556721.1-SAAMENT

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1920604
One Town Center Road                      Invoice Date      10/28/09
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60026

======================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/09 | Ament | Various e-mails, meetings and telephone calls to continue coordinating logistics for hearing preparation for K&E relating to Sept. hearings in Pittsburgh (2.0); assist Pachulski with updating hearing binders for confirmation hearing (1.0); various e-mails and conference calls with P. Cuniff re: same (.20); hand deliver said hearing binders to Judge Fitzgerald (.10); follow-up e-mail to chambers re: same (.10). | 3.40 |
| 09/01/09 | Radcliffe | Meet with S. Ament to assist with logistics for hearing preparation for Kirkland relating to September hearing in Pittsburgh. | .50 |
| 09/02/09 | Ament | Various e-mails, meetings and conference calls to coordinate logistics for K&E hearing preparation relating to Sept. hearings in Pittsburgh (2.10); e-mails with R. Baker re: hearing binders relating to confirmation hearings (.10); e-mails with P. Cuniff at Pachulski re: same (.10). | 2.30 |
| 09/02/09 | Cameron | Review materials for confirmation hearing logistics (0.9). | .90 |

172573 W. R. Grace & Co.                          Invoice Number  1920604
60026  Litigation and Litigation Consulting       Page    2
October 28, 2009

| Date | Name | | Hours |
|------|------|------|------|
| 09/03/09 | Ament | Various e-mails, meetings and conference calls to coordinate hearing preparation for K&E for Pittsburgh hearings (1.50); various e-mails and conference calls with K&E and Pachulski re: notice and CD-Roms relating to confirmation hearings (.30). | 1.80 |
| 09/04/09 | Ament | Various e-mails, meetings and conference calls to continue assisting K&E and Pachulski with logistics for hearing preparation relating to upcoming confirmation hearings in Pittsburgh. | 4.80 |
| 09/04/09 | Cameron | Attention to confirmation hearing issues. | .90 |
| 09/05/09 | Ament | Various e-mails and conference calls to assist K&E and Pachulski with logistics for confirmation hearings in Pittsburgh. | 1.00 |
| 09/06/09 | Ament | Various e-mails and conference calls to assist K&E with hearing preparation relating to confirmation hearings in Pittsburgh. | 1.00 |
| 09/06/09 | Cameron | Attention to confirmation hearing issues. | .60 |
| 09/07/09 | Ament | Various e-mails and conference calls to assist K&E with hearing preparation. | 2.00 |
| 09/07/09 | Cameron | Attention to confirmation hearing issues. | .80 |
| 09/08/09 | Ament | Various e-mails, meetings and conference calls to assist K&E with hearing preparation for confirmation hearings (.90); circulate amended agenda to team for said confirmation hearings (.10). | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1920604
60026  Litigation and Litigation Consulting       Page    3
October 28, 2009


| Date | Name | | Hours |
|------|------|--|-------|
| 09/09/09 | Ament | Various e-mails and meetings to assist K&E with hearing preparation for confirmation hearings in Pittsburgh. | 1.00 |
| 09/09/09 | Cameron | Attention to confirmation hearing issues. | .90 |
| 09/10/09 | Ament | Assist K&E with hearing preparation for confirmation hearings. | 1.00 |
| 09/10/09 | Cameron | Attention to confirmation hearing issues. | .70 |
| 09/11/09 | Ament | Various e-mails, conference calls and meetings to assist K&E with hearing preparation for Pittsburgh confirmation hearings. | .50 |
| 09/11/09 | Cameron | Attention to confirmation hearing issues and meet with S. Ament regarding same. | .70 |
| 09/16/09 | Cameron | Attention to confirmation hearing issues. | .80 |
| 09/22/09 | Ament | Various e-mails and meetings with D. Cameron and J. Restivo re: 9/29/09 omnibus hearing (.30); various e-mails with K. Love re: Oct. hearings in Pittsburgh (.30); circulate agenda for 9/29/09 hearing to team (.10). | .70 |
| 09/23/09 | Ament | E-mails re: 9/29/09 hearing (.20); various e-mails and meetings to coordinate logistics for K&E hearing preparation re: October hearings in Pittsburgh (1.0). | 1.20 |
| 09/24/09 | Ament | Various e-mails to assist K&E with logistics for hearing preparation relating to October hearings in Pittsburgh. | 1.00 |
| 09/28/09 | Ament | Various e-mails, telephone calls and meetings to coordinate logistics for hearing preparation for K&E relating to continued confirmation hearings in | 2.40 |

172573 W. R. Grace & Co.                          Invoice Number  1920604
60026  Litigation and Litigation Consulting       Page    4
October 28, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| | | Pittsburgh in October. | |
| 09/29/09 | Ament | Various e-mails and meetings to assist K&E with logistics for hearing preparation for October hearings in Pittsburgh. | .50 |
| | | TOTAL HOURS | 32.40 |

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 6.30 | at $ | 630.00 | = | 3,969.00 |
| Sharon A. Ament | 25.60 | at $ | 175.00 | = | 4,480.00 |
| Robert H Radcliffe | 0.50 | at $ | 125.00 | = | 62.50 |

CURRENT FEES                                                  8,511.50

TOTAL BALANCE DUE UPON RECEIPT                              $8,511.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1920605
5400 Broken Sound Blvd., N.W.        Invoice Date        10/28/09
Boca Raton, FL 33487                 Client Number        172573


========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          1,718.00
        Expenses                          0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $1,718.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1920605 |
| Invoice Date | 10/28/09 |
| Client Number | 172573 |
| Matter Number | 60029 |

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 09/02/09 | Ament | E-mails with A. Muha re: August monthly fee application. | .10 |
| 09/10/09 | Ament | Respond to e-mail relating to August monthly fee application. | .10 |
| 09/13/09 | Muha | Review and revise monthly fee and expense statements for September 2009 monthly fee application. | .50 |
| 09/22/09 | Ament | E-mails re: Aug. monthly fee application. | .10 |
| 09/23/09 | Ament | E-mails re: Aug. monthly fee application. | .10 |
| 09/24/09 | Ament | Begin drafting Aug. monthly fee application and related spreadsheets (.90); e-mails re: May and June monthly fee applications (.10); attend to billing matters re: same (.20). | 1.20 |
| 09/25/09 | Lord | Draft CNO for Reed Smith July monthly fee application. | .40 |
| 09/25/09 | Muha | Review and revise fee and expense detail for August 2009 bills, and e-mails to various timekeepers and assistants re: additional information needed. | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1920605
60029  Fee Applications-Applicant                 Page    2
October 28, 2009

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 09/28/09 | Ament | Attend to billing matters relating to Aug. monthly fee application (.20); various e-mails re: same (.10). | .30 |
| 09/28/09 | Lord | E-file CNO to Reed Smith July monthly fee application. | .30 |
| 09/28/09 | Lord | Communicate with S. Ament re: August monthly fee application. | .10 |
| 09/29/09 | Ament | Various e-mails re: Aug. monthly fee application (.10); continue calculating fees and expenses for Aug. monthly fee application (.60); complete drafting said fee application (.20); provide same to A. Muha for review (.10); attend to billing matters relating to Aug. monthly, consultant fees and 32nd quarterly fee applications (.20); e-mails and meet with A. Muha re: same (.20). | 1.40 |
| 09/29/09 | Muha | Final review of and revisions to August 2009 monthly fee application. | .30 |
| 09/30/09 | Ament | Attend to billing matters (.10); revisions to Aug. monthly fee application (.10); e-mail same to J. Lord for DE filing (.10). | .30 |
| 09/30/09 | Lord | Revise, e-file and serve Reed Smith August monthly fee application. | 1.40 |

```
                                                       ------
                                     TOTAL HOURS         7.20
```

| TIME SUMMARY | Hours | | Rate | | | Value |
| --- | --- | --- | --- | --- | --- | --- |
| Andrew J. Muha | 1.40 | at | $ 400.00 | = | | 560.00 |
| John B. Lord | 2.20 | at | $ 240.00 | = | | 528.00 |
| Sharon A. Ament | 3.60 | at | $ 175.00 | = | | 630.00 |

```
                    CURRENT FEES                    1,718.00

                                                ------------
```

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
October 28, 2009

Invoice Number  1920605
Page   3

TOTAL BALANCE DUE UPON RECEIPT          $1,718.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

Invoice Number      1920606
Invoice Date      10/28/09
Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                          16,470.50
          Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $16,470.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1920606
One Town Center Road                      Invoice Date      10/28/09
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60033

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 09/01/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mails with T. Rea re: same (.10). | .30 |
| 09/01/09 | Cameron | Review settlement agreement issues. | .50 |
| 09/01/09 | Restivo | Filing three more Speights U.S. settlements. | .50 |
| 09/02/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/02/09 | Cameron | Review comments from R. Finke and draft settlement agreement. | .70 |
| 09/02/09 | Rea | Prepared motion to approve property damage settlements for filing. | .70 |
| 09/02/09 | Restivo | Telephone conferences with E. Westbrook and R. Higgins re: Solow settlement (.8); filing three more Speights' U.S. agreement (.3). | 1.10 |
| 09/03/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/03/09 | Cameron | Review multiple drafts of CMO for PD claims and multiple e-mails regarding same. | 1.20 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
October 28, 2009

Invoice Number  1920606
Page    2

| Date | Name | | Hours |
|------|------|--|-------|
| 09/03/09 | Rea | Multiple e-mails and calls re: revisions to property damage CMO (3.5); preparation of settlement motions for filing (.2). | 3.70 |
| 09/03/09 | Restivo | Filing three more Speights' U.S. settlements (.4); correspondence re:  Solow settlement, correspondence re:  California DGS appeal, and finalize last three Speights' U.S. settlements (1.1). | 1.50 |
| 09/04/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/04/09 | Cameron | Review motion to approve settlements (0.5); review revised CMO and telephone call with R. Finke and T. Rea re:  same (0.7). | 1.20 |
| 09/04/09 | Rea | Conference call; e-mails and revisions to property damage Case Management Order (.9); preparation of property damage settlement motions to be filed (.5). | 1.40 |
| 09/08/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/08/09 | Rea | Preparation of settlement motions for filing. | .70 |
| 09/08/09 | Restivo | Filing three more PD settlements and discussions with K&E. | 1.40 |
| 09/09/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 09/10/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/10/09 | Cameron | Review settlement agreements and order to approve same (0.4). | .40 |
| 09/10/09 | Restivo | Filing of last three Speights U.S. settlements. | .30 |

172573 W. R. Grace & Co.                          Invoice Number   1920606
60033  Claim Analysis Objection Resolution        Page    3
       & Estimation (Asbestos)
October 28, 2009


| Date | Name | | Hours |
|------|------|--|-------|
| 09/11/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/14/09 | Restivo | Receipt and review of Confirmation-related P.D. pleadings (.2); Solow mediation issues (.3). | .50 |
| 09/22/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/22/09 | Cameron | Review Solow settlement agreement. | .50 |
| 09/22/09 | Restivo | Solow settlement-related draft to E. Westbrook, J. Baer, et al. | 1.50 |
| 09/23/09 | Ament | Assist team with various issues relating to PD claims (.20); various e-mails with team re: 9019 motions (.30). | .50 |
| 09/23/09 | Rea | Analysis of issue on property damage settlements. | .80 |
| 09/23/09 | Restivo | Re-draft settlement approval papers. | .60 |
| 09/24/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/28/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/29/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mails with T. Rea re: same (.10). | .30 |
| 09/29/09 | Flatley | Email (0.2); with T. Rea about Judge Buckwalter's decision (0.6). | .80 |
| 09/29/09 | Rea | Review and discussions re: district court opinion with team. | 1.10 |
| 09/29/09 | Restivo | Telephone conference with J. Baer and emails with E. Westbrook. | 1.00 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
October 28, 2009

Invoice Number  1920606
Page    4

| Date | Name | | Hours |
|------|------|------|-------|
| 09/30/09 | Ament | Assist team with various issues relating to PD claims (.20); meet with T. Rea re: DGS appeal (.10); follow-up e-mails re: same (.10). | .40 |
| 09/30/09 | Flatley | Detailed review of Judge's Opinion (1.8); with T. Rea about Opinion (0.5); emails commenting on Opinion and scheduling conference call (0.9); organizing (0.2). | 3.40 |
| 09/30/09 | Rea | Analysis of District Court opinion on California claims. | 1.00 |
| 09/30/09 | Restivo | Correspondence with J. Baer and R. Finke, et al. | .50 |

TOTAL HOURS    30.40

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 4.20 | at $ | 635.00 | = | 2,667.00 |
| Douglas E. Cameron | 4.50 | at $ | 630.00 | = | 2,835.00 |
| James J. Restivo Jr. | 8.90 | at $ | 685.00 | = | 6,096.50 |
| Traci Sands Rea | 9.40 | at $ | 455.00 | = | 4,277.00 |
| Sharon A. Ament | 3.40 | at $ | 175.00 | = | 595.00 |

CURRENT FEES                                     16,470.50

TOTAL BALANCE DUE UPON RECEIPT              $16,470.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1920613
One Town Center Road                      Invoice Date      10/28/09
Boca Raton, FL    33486                   Client Number       172573

======================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                               0.00
        Expenses                      34,769.00

                TOTAL BALANCE DUE UPON RECEIPT      $34,769.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | | |
|---|---|---|
| One Town Center Road | Invoice Number | 1920613 |
| Boca Raton, FL   33486 | Invoice Date | 10/28/09 |
| | Client Number | 172573 |
| | Matter Number | 60026 |

==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 1.30 |
| Duplicating/Printing/Scanning | 15,286.50 |
| Postage Expense | 3.73 |
| Courier Service - Outside | 5.00 |
| Outside Duplicating | 5,613.82 |
| Secretarial Overtime | 3,502.50 |
| Parking/Tolls/Other Transportation | 226.00 |
| Mileage Expense | 462.00 |
| Meal Expense | 9,668.15 |

CURRENT EXPENSES                34,769.00
                              --------------

TOTAL BALANCE DUE UPON RECEIPT        $34,769.00
                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1920613
One Town Center Road                      Invoice Date      10/28/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 05/27/09 | Outside Duplicating<br>Credit - Bankruptcy Mailouts/Mailouts - Envelope | -28.80 |
| 06/18/09 | Outside Duplicating<br>Color 8.5x11 (Letter) Copies/ | 180.83 |
| 06/22/09 | Outside Duplicating B&W Copies D - Heavy<br>Litigation/Binder - Binders of materials for<br>confirmation hearings. | 571.06 |
| 06/22/09 | Outside Duplicating B&W Copies D - Heavy<br>Litigation/Binder - - - Materials for<br>confirmation hearings. | 2711.94 |
| 06/22/09 | Outside Duplicating Color 8.5x11 (Letter)<br>Copies/Foamcore - - Materials for confirmation<br>hearings. | 241.45 |
| 06/23/09 | Outside Duplicating Color 8.5x11 (Letter)<br>Copies - - Materials for confirmation hearings. | 17.39 |
| 07/28/09 | Outside Duplicating Mailouts - Bankruptcy<br>Mailouts/Mailouts - - Envelopes for service of<br>quarterly fee applications. | 28.80 |
| 08/10/09 | Outside Duplicating Mailouts - Bankruptcy<br>Mailouts/Mailouts - - Service of quarterly fee<br>applications. | 381.90 |
| 08/10/09 | Outside Duplicating Mailouts - Bankruptcy<br>Mailouts/Mailouts - - Service of quarterly fee<br>applications. | 448.68 |

172573 W. R. Grace & Co.                     Invoice Number  1920613
60026  Litigation and Litigation Consulting  Page    2
October 28, 2009

| | | |
|---|---|---|
| 08/27/09 | Outside Duplicating Mailouts - Bankruptcy Mailouts/Mailouts - Envelopes for service of quarterly fee applications. | 32.30 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 12 COPIES | 1.20 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 12 COPIES | 1.20 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 08/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 08/31/09 | Secretarial Overtime: W.R. Grace/litigation; secretarial support re; upcoming hearings | 30.00 |
| 09/01/09 | Telephone Expense 13027786442/WILMINGTON, DE/4 | .20 |
| 09/01/09 | Telephone Expense 13027786442/WILMINGTON, DE/2 | .10 |
| 09/01/09 | Telephone Expense 13027786442/WILMINGTON, DE/4 | .20 |
| 09/01/09 | Telephone Expense 13027786442/WILMINGTON, DE/2 | .10 |
| 09/01/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 09/01/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 09/01/09 | Secretarial Overtime: W.R. Grace/litigation; secretarial support re; upcoming hearings | 37.50 |
| 09/02/09 | Telephone Expense 18479560800/ELK GROVE, IL/4 | .25 |
| 09/02/09 | Telephone Expense 18479560800/ELK GROVE, IL/4 | .25 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting        Page    3
October 28, 2009


| | | |
|---|---|---:|
| 09/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 09/02/09 | Secretarial Overtime: W.R. Grace/litigation;<br>secretarial support re; upcoming hearings | 37.50 |
| 09/03/09 | Secretarial Overtime: W.R. Grace/litigation;<br>secretarial support re; upcoming hearings | 30.00 |
| 09/04/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 09/04/09 | Outside Duplicating Foamcore - 3/16" (sq<br>ft)/Laminating - - Materials for confirmation<br>hearings. | 359.52 |
| 09/04/09 | secretarial Overtime: W.R. Grace/litigation;<br>secretarial support re; upcoming hearings | 22.50 |
| 09/05/09 | Secretarial Overtime: setting up conf. 12.12<br>for Kirkland/Grace | 150.00 |
| 09/05/09 | Secretarial Overtime: W.R. Grace - court<br>preparation assistance | 172.50 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 735 COPIES | 73.50 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 600 COPIES | 60.00 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 132 COPIES | 13.20 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 210 COPIES | 21.00 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 142 COPIES | 14.20 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 43 COPIES | 4.30 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 45 COPIES | 4.50 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 1.70 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
October 28, 2009

Invoice Number   1920613
Page    4

| | | |
|---|---|---|
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 24 COPIES | 2.40 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 0481; 558 COPIES | 55.80 |
| 09/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 933 COPIES | 93.30 |
| 09/06/09 | Secretarial Overtime: grace - court preparation<br>assistance | 352.50 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 249 COPIES | 24.90 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 150 COPIES | 15.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 102 COPIES | 10.20 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 61 COPIES | 6.10 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 114 COPIES | 11.40 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 170 COPIES | 17.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 116 COPIES | 11.60 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 30 COPIES | 3.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
October 28, 2009

Invoice Number  1920613
Page    5

| | | |
|---|---|---|
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 164 COPIES | 16.40 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 170 COPIES | 17.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 200 COPIES | 20.00 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 97 COPIES | 9.70 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 136 COPIES | 13.60 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 218 COPIES | 21.80 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 96 COPIES | 9.60 |
| 09/07/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 09/07/09 | Secretarial Overtime-W.R. Grace Litigation -<br>secretarial support for hearings | 262.50 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 114 COPIES | 11.40 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 87 COPIES | 8.70 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 128 COPIES | 12.80 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 180 COPIES | 18.00 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 151 COPIES | 15.10 |
| 09/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 94 COPIES | 9.40 |

172573 W. R. Grace & Co.
60026 Litigation and Litigation Consulting
October 28, 2009

Invoice Number  1920613
Page   6

| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 61 COPIES | 6.10 |
|---|---|---|
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 95 COPIES | 9.50 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 47 COPIES | 4.70 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 398 COPIES | 39.80 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 130 COPIES | 13.00 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 59 COPIES | 5.90 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 0481; 35 COPIES | 3.50 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 135 COPIES | 13.50 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 135 COPIES | 13.50 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 309 COPIES | 30.90 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 231 COPIES | 23.10 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 54 COPIES | 5.40 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 18 COPIES | 1.80 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 4810; 20 COPIES | 2.00 |
| 09/08/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Kathleen A. Williams, Sep 08, parking fare for secretarial overtime Monday September 7, 2009 | 20.00 |

172573 W. R. Grace & Co.                              Invoice Number  1920613
60026  Litigation and Litigation Consulting          Page    7
October 28, 2009

| | | |
|---|---|---|
| 09/08/09 | Mileage Expense Mileage - 2009 - VENDOR: Kathleen A. Williams, S mileage for secretarial overtime Monday September 7, 2009  - - (80 miles round trip) | 44.00 |
| 09/08/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 09/08/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Kathleen A. Williams, Sep 08, W.R. Grace hearings - secretarial support - overtime parking 9/8/09 | 20.00 |
| 09/08/09 | Mileage Expense Mileage - 2009 - VENDOR: Kathleen A. Williams, W.R. Grace hearings - secretarial support - overtime mileage expense - 9/8/09 - (80 miles round trip.) | 44.00 |
| 09/08/09 | Mileage Expense Mileage - 2009 - VENDOR: Teresa A. Martin, Sep 1 Assisting K&E with secretarial needs for hearing - - (60 miles round trip) | 33.00 |
| 09/08/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Teresa A. Martin, Sep 08, 2009 Assisting K&E with secretarial needs for hearing. | 20.00 |
| 09/08/09 | Secretarial Overtime-W.R. Grace - assist K&E with with hearing | 240.00 |
| 09/08/09 | Secretarial Overtime--Grace Court Prep Assist | 37.50 |
| 09/08/09 | Secretarial Overtime-W.R. Grace Litigation - secretarial support for hearings | 120.00 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .30 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 9 COPIES | .90 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 251 COPIES | 25.10 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 200 COPIES | 20.00 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 276 COPIES | 27.60 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 399 COPIES | 39.90 |

172573 W. R. Grace & Co.                          Invoice Number   1920613
60026  Litigation and Litigation Consulting       Page    8
October 28, 2009

| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 7 COPIES | .70 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 147 COPIES | 14.70 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 75 COPIES | 7.50 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 13 COPIES | 1.30 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 20 COPIES | 2.00 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 8 COPIES | .80 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 14 COPIES | 1.40 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 681 COPIES | 68.10 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 39 COPIES | 3.90 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 25 COPIES | 2.50 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 260 COPIES | 26.00 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 368 COPIES | 36.80 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 126 COPIES | 12.60 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 97 COPIES | 9.70 |
| 09/09/09 | Duplicating/Printing/Scanning ATTY # 4810; 336 COPIES | 33.60 |

172573 W. R. Grace & Co.                        Invoice Number  1920613
60026  Litigation and Litigation Consulting     Page    9
October 28, 2009


| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 468 COPIES | 46.80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 228 COPIES | 22.80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 859 COPIES | 85.90 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2556 COPIES | 255.60 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 100 COPIES | 10.00 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 102 COPIES | 10.20 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 105 COPIES | 10.50 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 128 COPIES | 12.80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 120 COPIES | 12.00 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 38 COPIES | 3.80 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1015 COPIES | 101.50 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 333 COPIES | 33.30 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 97 COPIES | 9.70 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 09/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 106 COPIES | 10.60 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page   10
October 28, 2009


09/09/09   Duplicating/Printing/Scanning                      .90
           ATTY # 4810; 9 COPIES

09/09/09   Duplicating/Printing/Scanning                      .10
           ATTY # 4810; 1 COPY

09/09/09   Duplicating/Printing/Scanning                    28.80
           ATTY # 4810; 288 COPIES

09/09/09   Duplicating/Printing/Scanning                     5.00
           ATTY # 4810; 50 COPIES

09/09/09   Duplicating/Printing/Scanning                     2.50
           ATTY # 4810; 25 COPIES

09/09/09   Duplicating/Printing/Scanning                   165.00
           ATTY # 4810; 1650 COPIES

09/09/09   Duplicating/Printing/Scanning                     4.00
           ATTY # 4810; 40 COPIES

09/09/09   Duplicating/Printing/Scanning                    22.50
           ATTY # 4810; 225 COPIES

09/09/09   Duplicating/Printing/Scanning                    18.00
           ATTY # 4810; 180 COPIES

09/09/09   Duplicating/Printing/Scanning                      .60
           ATTY # 4810; 6 COPIES

09/09/09   Duplicating/Printing/Scanning                     9.80
           ATTY # 4810; 98 COPIES

09/09/09   Duplicating/Printing/Scanning                    13.30
           ATTY # 4810; 133 COPIES

09/09/09   Duplicating/Printing/Scanning                    16.60
           ATTY # 4810; 166 COPIES

09/09/09   Duplicating/Printing/Scanning                      .90
           ATTY # 4810; 9 COPIES

09/09/09   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

09/09/09   Parking/Tolls/Other Transportation               20.00
           Parking - VENDOR: Kathleen A. Williams, Sep 09,
           W.R. Grace Litigation - Hearings - 9/9/09 overtime
           parking

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  11
October 28, 2009

| | | |
|---|---|---:|
| 09/09/09 | Mileage Expense Mileage - 2009 - VENDOR: Kathleen A. Williams, W.R. Grace Litigation - Hearings - 9/9/09 overtime mileage - - (80 miles round trip) | 44.00 |
| 09/09/09 | Mileage Expense Mileage - 2009 - VENDOR: Teresa A. Martin, Sep 1 Assisting K&E with secretarial needs for hearing - - (60 miles round trip) | 33.00 |
| 09/09/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Teresa A. Martin, Sep 09, 2009 Assisting K&E with secretarial needs for hearing. | 20.00 |
| 09/09/09 | Secretarial Overtime-W.R. Grace - assist K&E with Hearing | 270.00 |
| 09/09/09 | Secretarial Overtime--Grace Court Prep Assist | 30.00 |
| 09/09/09 | Secretarial Overtime-W.R. Grace Litigation - secretarial support for hearings | 120.00 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 20 COPIES | 2.00 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 36 COPIES | 3.60 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 223 COPIES | 22.30 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 56 COPIES | 5.60 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 19 COPIES | 1.90 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 33 COPIES | 3.30 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 472 COPIES | 47.20 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 13 COPIES | 1.30 |
| 09/10/09 | Duplicating/Printing/Scanning ATTY # 4810; 332 COPIES | 33.20 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
October 28, 2009

Invoice Number  1920613
Page  12

| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 312 COPIES | 31.20 |
|---|---|---|
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 145 COPIES | 14.50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 42 COPIES | 4.20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 130 COPIES | 13.00 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 32 COPIES | 3.20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 92 COPIES | 9.20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 68 COPIES | 6.80 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 48 COPIES | 4.80 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 300 COPIES | 30.00 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 243 COPIES | 24.30 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 175 COPIES | 17.50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 230 COPIES | 23.00 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  13
October 28, 2009

| | | |
|---|---|---:|
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 111 COPIES | 11.10 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 23 COPIES | 2.30 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 352 COPIES | 35.20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 83 COPIES | 8.30 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 55 COPIES | 5.50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 456 COPIES | 45.60 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 660 COPIES | 66.00 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 216 COPIES | 21.60 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1725 COPIES | 172.50 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 09/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 37 COPIES | 3.70 |
| 09/10/09 | Outside Duplicating B&W Copies C - Medium<br>Litigation/Binder - - Materials for<br>confirmation hearings. | 668.75 |
| 09/10/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, Sep 10,<br>W.R. Grace Hearings - overtime parking | 20.00 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page   14
October 28, 2009

| Date | Description | Amount |
|---|---|---|
| 09/10/09 | Mileage Expense Mileage - 2009 - VENDOR: Kathleen A. Williams, W.R. Grace Hearings - overtime mileage  - - (80 miles round trip) | 44.00 |
| 09/10/09 | Secretarial Overtime-Grace - Court Prep Assist | 352.50 |
| 09/10/09 | Secretarial Overtime-Grace - Court Prep Assist | 285.00 |
| 09/10/09 | Secretarial Overtime-W.R. Grace Litigation - secretarial support for hearings | 105.00 |
| 09/10/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Sep 10, Grace Hearings - Secretarial assistance for Court Preparation | 20.00 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 90 COPIES | 9.00 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 140 COPIES | 14.00 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 48 COPIES | 4.80 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 3187 COPIES | 318.70 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 616 COPIES | 61.60 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 4064 COPIES | 406.40 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .30 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 13 COPIES | 1.30 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 219 COPIES | 21.90 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 225 COPIES | 22.50 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 54 COPIES | 5.40 |
| 09/11/09 | Duplicating/Printing/Scanning ATTY # 4810; 57 COPIES | 5.70 |