172573 W. R. Grace & Co.                          Invoice Number   1920613
60026  Litigation and Litigation Consulting       Page   15
October 28, 2009


| | | |
|---|---|---|
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 195 COPIES | 19.50 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 50 COPIES | 5.00 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 53 COPIES | 5.30 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 36 COPIES | 3.60 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 96 COPIES | 9.60 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 132 COPIES | 13.20 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 267 COPIES | 26.70 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 464 COPIES | 46.40 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 22 COPIES | 2.20 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 226 COPIES | 22.60 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 181 COPIES | 18.10 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 334 COPIES | 33.40 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 114 COPIES | 11.40 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 480 COPIES | 48.00 |
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 256 COPIES | 25.60 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  16
October 28, 2009

| | | |
|---|---|---|
| 09/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 09/11/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, Sep 11,<br>W.R. Grace Hearings - secretarial support - Kathy<br>Williams overtime parking | 20.00 |
| 09/11/09 | Mileage Expense Mileage - 2009 - VENDOR:<br>Kathleen A. Williams, W.R. Grace Hearings -<br>secretarial support - Kathy Williams overtime<br>mileage - - (80 miles round trip) | 44.00 |
| 09/11/09 | Mileage Expense Mileage - 2009 - VENDOR: Teresa<br>A. Martin, Sep 1 Assisting K&E with secretarial<br>needs for hearing - - (60 miles round trip) | 33.00 |
| 09/11/09 | Secretarial Overtime-W.R. Grace - assist K&E with<br>Hearing | 112.50 |
| 09/11/09 | Secretarial Overtime-W.R. Grace - assist K&E with<br>Hearing | 112.50 |
| 09/11/09 | Secretarial Overtime—W.R. Grace - assist K&E<br>with Hearing | 127.50 |
| 09/11/09 | Secretarial Overtime - Assist K&E with Grace<br>hearing. | 75.00 |
| 09/11/09 | Secretarial Overtime-W.R. Grace Litigation -<br>secretarial support for hearings | 105.00 |
| 09/11/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | 2.41 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1739 COPIES | 173.90 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1609 COPIES | 160.90 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 388 COPIES | 38.80 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1102 COPIES | 110.20 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |

172573  W. R. Grace & Co.                          Invoice Number   1920613
60026  Litigation and Litigation Consulting        Page   17
October 28, 2009

| Date | Description | Amount |
|------|-------------|-------:|
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 98 COPIES | 9.80 |
| 09/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 125 COPIES | 12.50 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 72 COPIES | 7.20 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 110 COPIES | 11.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 155 COPIES | 15.50 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 248 COPIES | 24.80 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 236 COPIES | 23.60 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 344 COPIES | 34.40 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 45 COPIES | 4.50 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 30 COPIES | 3.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 357 COPIES | 35.70 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1351 COPIES | 135.10 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1100 COPIES | 110.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 465 COPIES | 46.50 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  18
October 28, 2009


| Date | Description | Amount |
|---|---|---|
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 240 COPIES | 24.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 38 COPIES | 3.80 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 09/13/09 | Mileage Expense Mileage - 2009 - VENDOR: Teresa<br>A. Martin, Sep 1 Assisting K&E with secretarial<br>needs for hearing - - (60 miles round trip) | 33.00 |
| 09/13/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Teresa A. Martin, Sep 13, 2009<br>Assisting K&E with secretarial needs for<br>hearing. | 6.00 |
| 09/13/09 | Secretarial Overtime-Grace - Court Prep Assist | 315.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 850 COPIES | 85.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 800 COPIES | 80.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 184 COPIES | 18.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 856 COPIES | 85.60 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1372 COPIES | 137.20 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 198 COPIES | 19.80 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 360 COPIES | 36.00 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page   19
October 28, 2009

| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 380 COPIES | 38.00 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 444 COPIES | 44.40 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 654 COPIES | 65.40 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 406 COPIES | 40.60 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 350 COPIES | 35.00 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 272 COPIES | 27.20 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 580 COPIES | 58.00 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 654 COPIES | 65.40 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 444 COPIES | 44.40 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 154 COPIES | 15.40 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 77 COPIES | 7.70 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 7 COPIES | .70 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 14 COPIES | 1.40 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 14 COPIES | 1.40 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 0481; 93 COPIES | 9.30 |
| 09/14/09 | Duplicating/Printing/Scanning ATTY # 4810; 100 COPIES | 10.00 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
October 28, 2009

Invoice Number  1920613
Page  20

| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 1.80 |
|---|---|---|
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 293 COPIES | 29.30 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 207 COPIES | 20.70 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 289 COPIES | 28.90 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 522 COPIES | 52.20 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 628 COPIES | 62.80 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1731 COPIES | 173.10 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1402 COPIES | 140.20 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 206 COPIES | 20.60 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 197 COPIES | 19.70 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 145 COPIES | 14.50 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1615 COPIES | 161.50 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 746 COPIES | 74.60 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 470 COPIES | 47.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 360 COPIES | 36.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 289 COPIES | 28.90 |

172573 W. R. Grace & Co.                        Invoice Number  1920613
60026  Litigation and Litigation Consulting     Page  21
October 28, 2009

| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 220 COPIES | 22.00 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 613 COPIES | 61.30 |
| 09/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 201 COPIES | 20.10 |
| 09/14/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | 1.32 |
| 09/14/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Debbie E. Steinmeyer, Sep 14,<br>Grace Hearings - Secretarial assistance for<br>Court Preparation Parking. | 20.00 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 314 COPIES | 31.40 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1999 COPIES | 199.90 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 180 COPIES | 18.00 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 180 COPIES | 18.00 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1737 COPIES | 173.70 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 848 COPIES | 84.80 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1242 COPIES | 124.20 |
| 09/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |

172573 W. R. Grace & Co.                         Invoice Number  1920613
60026  Litigation and Litigation Consulting      Page  22
October 28, 2009

| | | |
|---|---|---:|
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 670 COPIES | 67.00 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 0349; 2 COPIES | .20 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 0349; 2054 COPIES | 205.40 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 0349; 1800 COPIES | 180.00 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 38 COPIES | 3.80 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 71 COPIES | 7.10 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 55 COPIES | 5.50 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 160 COPIES | 16.00 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 734 COPIES | 73.40 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 350 COPIES | 35.00 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 595 COPIES | 59.50 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 435 COPIES | 43.50 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 39 COPIES | 3.90 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 405 COPIES | 40.50 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 137 COPIES | 13.70 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 188 COPIES | 18.80 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 208 COPIES | 20.80 |

172573 W. R. Grace & Co.                          Invoice Number   1920613
60026  Litigation and Litigation Consulting       Page   23
October 28, 2009

| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 85 COPIES | 8.50 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 835 COPIES | 83.50 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 657 COPIES | 65.70 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 745 COPIES | 74.50 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 657 COPIES | 65.70 |
| 09/15/09 | Duplicating/Printing/Scanning ATTY # 4810; 76 COPIES | 7.60 |
| 09/15/09 | Mileage Expense Mileage - 2009 - VENDOR: Teresa A. Martin, Sep 1 Assisting K&E with hearing - - (60 miles round trip) | 33.00 |
| 09/15/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Teresa A. Martin, Sep 15, 2009 Assisting K&E with hearings Parking in garage of our bldg. | 20.00 |
| 09/15/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Sep 15, Grace Hearings - Secretarial assistance for Court Preparation | 20.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 665 COPIES | 66.50 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 40 COPIES | 4.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 623 COPIES | 62.30 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 536 COPIES | 53.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 77 COPIES | 7.70 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 535 COPIES | 53.50 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 645 COPIES | 64.50 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  24
October 28, 2009


09/16/09    Duplicating/Printing/Scanning                  27.60
            ATTY # 4810; 276 COPIES

09/16/09    Duplicating/Printing/Scanning                  30.50
            ATTY # 4810; 305 COPIES

09/16/09    Duplicating/Printing/Scanning                  18.40
            ATTY # 4810; 184 COPIES

09/16/09    Duplicating/Printing/Scanning                   3.30
            ATTY # 4810; 33 COPIES

09/16/09    Duplicating/Printing/Scanning                  22.80
            ATTY # 4810; 228 COPIES

09/16/09    Duplicating/Printing/Scanning                   3.40
            ATTY # 4810; 34 COPIES

09/16/09    Duplicating/Printing/Scanning                   9.70
            ATTY # 4810; 97 COPIES

09/16/09    Duplicating/Printing/Scanning                  42.50
            ATTY # 4810; 425 COPIES

09/16/09    Mileage Expense Mileage - 2009 - VENDOR:       44.00
            Kathleen A. Williams, W.R. Grace Litigation
            Hearings - overtime mileage - - (80 miles
            round trip)

09/16/09    Mileage Expense Mileage - 2009 - VENDOR:       33.00
            Teresa A. Martin, Sep 1 Assisting K&E with hearings
            - (60 miles round trip)

09/16/09    Duplicating/Printing/Scanning                  26.40
            ATTY # 4810; 264 COPIES

09/16/09    Duplicating/Printing/Scanning                   3.00
            ATTY # 4810; 30 COPIES

09/16/09    Duplicating/Printing/Scanning                  88.00
            ATTY # 4810; 880 COPIES

09/16/09    Duplicating/Printing/Scanning                 245.60
            ATTY # 4810; 2456 COPIES

09/16/09    Duplicating/Printing/Scanning                 172.80
            ATTY # 4810; 1728 COPIES

09/16/09    Duplicating/Printing/Scanning                 204.00
            ATTY # 4810; 2040 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page   25
October 28, 2009

| | | |
|---|---|---:|
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1018 COPIES | 101.80 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 821 COPIES | 82.10 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1480 COPIES | 148.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1584 COPIES | 158.40 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1632 COPIES | 163.20 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1144 COPIES | 114.40 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 432 COPIES | 43.20 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 230 COPIES | 23.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 784 COPIES | 78.40 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 904 COPIES | 90.40 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1308 COPIES | 130.80 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 492 COPIES | 49.20 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 472 COPIES | 47.20 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2608 COPIES | 260.80 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 96 COPIES | 9.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 280 COPIES | 28.00 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page  26
October 28, 2009

| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 252 COPIES | 25.20 |
|---|---|---|
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 196 COPIES | 19.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 680 COPIES | 68.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 488 COPIES | 48.80 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 26 COPIES | 2.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 16 COPIES | 1.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 412 COPIES | 41.20 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 176 COPIES | 17.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 444 COPIES | 44.40 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 1308 COPIES | 130.80 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 120 COPIES | 12.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 360 COPIES | 36.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 40 COPIES | 4.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 48 COPIES | 4.80 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 600 COPIES | 60.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 576 COPIES | 57.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 760 COPIES | 76.00 |

172573 W. R. Grace & Co.                         Invoice Number   1920613
60026  Litigation and Litigation Consulting      Page   27
October 28, 2009

| Date | Description | Amount |
|------|-------------|-------:|
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 60 COPIES | 6.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 10 COPIES | 1.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 170 COPIES | 17.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 10 COPIES | 1.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 425 COPIES | 42.50 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 34 COPIES | 3.40 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 97 COPIES | 9.70 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 425 COPIES | 42.50 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 665 COPIES | 66.50 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 40 COPIES | 4.00 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 623 COPIES | 62.30 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 536 COPIES | 53.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 77 COPIES | 7.70 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 535 COPIES | 53.50 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 645 COPIES | 64.50 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 276 COPIES | 27.60 |
| 09/16/09 | Duplicating/Printing/Scanning ATTY # 4810; 305 COPIES | 30.50 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
October 28, 2009

Invoice Number  1920613
Page  28

| | | |
|---|---|---|
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 184 COPIES | 18.40 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 228 COPIES | 22.80 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 336 COPIES | 33.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 336 COPIES | 33.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 236 COPIES | 23.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 70 COPIES | 7.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 732 COPIES | 73.20 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 276 COPIES | 27.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 266 COPIES | 26.60 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1595 COPIES | 159.50 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 552 COPIES | 55.20 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1535 COPIES | 153.50 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 30 COPIES | 3.00 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1292 COPIES | 129.20 |
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 144 COPIES | 14.40 |

172573  W. R. Grace & Co.                         Invoice Number   1920613
60026  Litigation and Litigation Consulting       Page   29
October 28, 2009

| Date | Description | Amount |
|---|---|---|
| 09/16/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 263 COPIES | 26.30 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 63 COPIES | 6.30 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 63 COPIES | 6.30 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 16 COPIES | 1.60 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 441 COPIES | 44.10 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 300 COPIES | 30.00 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6120 COPIES | 612.00 |
| 09/17/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1745 COPIES | 174.50 |
| 09/18/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1635 COPIES | 163.50 |
| 09/18/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1565 COPIES | 156.50 |
| 09/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 09/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 09/21/09 | Courier Service - Outside -- VENDOR: PARCELS,<br>INC.: Delivery | 5.00 |
| 09/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1716 COPIES | 171.60 |
| 09/21/09 | Telephone Expense<br>12129093254/NEW YORK, NY/4 | .20 |
| 09/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1920613
60026  Litigation and Litigation Consulting       Page   30
October 28, 2009

| | | |
|---|---|---:|
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1597 COPIES | 159.70 |
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 771 COPIES | 77.10 |
| 09/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 09/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 09/28/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1790 COPIES | 179.00 |
| 09/28/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 5 COPIES | .50 |
| 09/28/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 12 COPIES | 1.20 |
| 09/30/09 | Meal Expense - - VENDOR: PARKHURST DINING<br>SERVICES - - Meals for 35 people (5 legal<br>assistants, 1 IT technician, 2 client reps., 4<br>paralegals, 4 graphic technicians, 4 witnesses<br>and 15 attorneys) during preparation for and<br>conduct of confirmation hearings, Sept 5 - 17,<br>2009 in Pittsburgh (8 breakfasts, 14 lunches,<br>13 dinners for 35 people each). | 9245.66 |
| 09/30/09 | Meal Expense - - VENDOR: PARKHURST DINING<br>SERVICES - - charges for refreshments for 35<br>people during preparation for and conduct of<br>confirmation hearings, Sept 5 - 17, 2009 in<br>Pittsburgh. | 422.49 |
| 09/30/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1537 COPIES | 153.70 |
| 09/30/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 120 COPIES | 12.00 |
| 09/30/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 6 COPIES | .60 |

                              CURRENT EXPENSES               34,769.00
                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $34,769.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1920614
One Town Center Road                    Invoice Date     10/28/09
Boca Raton, FL   33486                  Client Number     172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                          0.00
         Expenses                    614.32

                    TOTAL BALANCE DUE UPON RECEIPT        $614.32
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1920614 |
| Invoice Date | 10/28/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 1.25 |
| Duplicating/Printing/Scanning | 24.60 |
| Outside Duplicating | 84.07 |
| Legal Services (not yet paid) | 30.00 |
| Court Reporter Expense | 474.40 |
| CURRENT EXPENSES | 614.32 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $614.32 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1920614
One Town Center Road                    Invoice Date      10/28/09
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 07/09/09 | Legal Services (not yet paid) Court - Other - VENDOR: James J. Restivo Jr. | 30.00 |
| 08/03/09 | Outside Duplicating B&W Copies D - Heavy Litigation/ | 84.07 |
| 09/01/09 | Duplicating/Printing/Scanning ATTY # 000559: 6 COPIES | .60 |
| 09/02/09 | Telephone Expense 18437276513/CHARLESTON, SC/9 | .50 |
| 09/02/09 | Telephone Expense 18437276513/CHARLESTON, SC/9 | .50 |
| 09/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 4 COPIES | .40 |
| 09/03/09 | Telephone Expense 12124787465/NEW YORK, NY/3 | .15 |
| 09/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 09/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 6 COPIES | .60 |
| 09/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 6 COPIES | .60 |
| 09/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1920614
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
October 28, 2009


09/03/09    Duplicating/Printing/Scanning                        1.30
            ATTY # 000559: 13 COPIES

09/04/09    Duplicating/Printing/Scanning                         .20
            ATTY # 000559: 2 COPIES

09/04/09    Duplicating/Printing/Scanning                         .30
            ATTY # 000559: 3 COPIES

09/08/09    Duplicating/Printing/Scanning                         .20
            ATTY # 000559: 2 COPIES

09/09/09    Duplicating/Printing/Scanning                         .20
            ATTY # 000559: 2 COPIES

09/11/09    Court Reporter Expense -- VENDOR: ESQUIRE          474.40
            DEPOSITION SERVICES: Deposition Transcript of
            Denise Martin

09/14/09    Duplicating/Printing/Scanning                         .20
            ATTY # 0349; 2 COPIES

09/15/09    Telephone Expense                                     .10
            13027786442/WILMINGTON, DE/2

09/18/09    Duplicating/Printing/Scanning                         .50
            ATTY # 000559: 5 COPIES

09/22/09    Duplicating/Printing/Scanning                         .10
            ATTY # 000559: 1 COPY

09/22/09    Duplicating/Printing/Scanning                        1.30
            ATTY # 000559: 13 COPIES

09/22/09    Duplicating/Printing/Scanning                        1.30
            ATTY # 000559: 13 COPIES

09/22/09    Duplicating/Printing/Scanning                        1.30
            ATTY # 000559: 13 COPIES

09/22/09    Duplicating/Printing/Scanning                        1.30
            ATTY # 000559: 13 COPIES

09/22/09    Duplicating/Printing/Scanning                        1.30
            ATTY # 000559: 13 COPIES

09/22/09    Duplicating/Printing/Scanning                        1.30
            ATTY # 000559: 13 COPIES

09/22/09    Duplicating/Printing/Scanning                        1.30
            ATTY # 000559: 13 COPIES

172573 W. R. Grace & Co.      Invoice Number  1920614
60033  Claim Analysis Objection Resolution  Page    3
   & Estimation (Asbestos)
October 28, 2009

| Date | Description | Amount |
|------|-------------|-------:|
| 09/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 09/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 09/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 09/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 09/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 09/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 09/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 09/29/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 09/29/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 12 COPIES | 1.20 |

        CURRENT EXPENSES    614.32
                 ------------
     TOTAL BALANCE DUE UPON RECEIPT  $614.32
                =============