# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W.R. GRACE & CO., <u>et al.</u>, ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| Debtors. ) | Objection Deadline: November 25, 2009 at 4:00 p.m. |
| ) | Hearing: December 14, 2009 at 10:30 a.m. |

**COVER SHEET TO TWENTY-FIRST QUARTERLY INTERIM APPLICATION
OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS
REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD
<u>APRIL 1, 2009 THROUGH JUNE 30, 2009</u>**

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | April 1, 2009 – June 30, 2009 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $32,800.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 1,166.43 |
| This is a     ___ monthly       x  interim       ___ final application | |

## PRIOR APPLICATIONS FILED

   The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004.  The FCR has filed the following fee applications during this Twenty-First Quarterly time period: Fifty-Fourth Monthly Fee Application for the period April 1-30, 2009 in the amount of $2,520.00 (80% of $3,150.00) in fees and expenses of $1,166.43; Fifty-Fifth Fee Application for the period May 1-31, 2009 in the amount of $19,680.00 (80% of $24,600.00) in fees and no expenses; and Fifty-Sixth Monthly Fee Application for the period June 1-30, 2009 in the amount of $4,040.00 ($5,050.00) in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## APRIL 1, 2009 – JUNE 30, 2009

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 65.60 | $32,800.00 |
| **Total** | | | | **$32,800.00** |

      **Total Fees:**   **$ 32,000.00**
      **Total Hours:**    **65.60**
      **Blended Rate:**  **$     500.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 65.60 | $32,800.00 |
| **TOTAL** | **65.60** | **$32,800.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**APRIL 1, 2009 – JUNE 30, 2009**

| Expense Category | Total |
|---|---|
| Airfare (Roundtrip DC/NY) | $564.05 |
| Hotel in NY | $427.63 |
| Transportation to and from Airport in NY | $114.75 |
| Parking at National Airport | $60.00 |
| **TOTAL** | **$1,166.43** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: November 11, 2009