IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors | ) |  |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2009, THROUGH SEPTEMBER 30, 2009

**WRG-0068**
**VALVED COVER SYSTEM**

| 09/21/2009 | NG | Review of references received and preparation of and attendance to filing of Information Disclosure Statement with the United States Patent and Trademark Office on September 21, 2009 and forwarding copy of same to client | 0.80 |
|---|---|---|---|

SERVICES                                                              $      156.00

| | NG | NOREEN GARONSKI | 0.80 | hours @ | $195.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

PATENT OFFICE FEES                                          $      180.00

DISBURSEMENT TOTAL                                      $      180.00

SERVICE TOTAL                                                 $      156.00

        **INVOICE TOTAL**                                 $      **336.00**

**WRG-0092**
**STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS**
**RELATING TO PARTICULATE CONVEYANCING**

| | | | |
|---|---|---|---|
| 09/14/2009 | GHL | Work on preparing freedom-to-operate opinion relating to third-party patent on particulate conveyance, including review of the patent and file history, review of previously prepared memoranda relating to enforceability issues, peer review discussions with Woodcock counsel on conclusions, further legal research relating to written description issues, and begin drafting the opinion | 2.80 |
| 09/14/2009 | HHF | Conferring with Mr. Levin regarding written description and claim construction | 1.00 |
| 09/15/2009 | GHL | Continue drafting opinion; review of prior art to third-party patent and analysis of issues of validity and enforceable scope in view of same | 3.50 |
| 09/15/2009 | HHF | Conferring with Mr. Levin regarding written description and claim construction issues.  Brief review of prior art based on broad construction of claims | 1.50 |
| 09/16/2009 | GHL | Further work on freedom-to-operate opinion | 2.80 |
| 09/17/2009 | GHL | Further work on freedom-to-operate opinion | 2.80 |
| 09/18/2009 | GHL | Further work on freedom-to-operate opinion | 2.20 |
| 09/21/2009 | GHL | Continued work on freedom-to-operate opinion | 3.80 |
| 09/23/2009 | GHL | Further analysis of specification of third-party patent relevant to issue of support for issued claims, and further work on freedom-to-operate opinion | 2.70 |
| 09/23/2009 | JMD | Researched and analyzed case law regarding a lease as a sale under 102(b) | 1.00 |
| 09/24/2009 | GHL | Review of publications of the patent applications on Grace particulate conveyance system as prior art to third-party patent, continued work on freedom-to-operate opinion on issue of invalidity of claims if interpreted to cover the Grace system | 2.20 |
| 09/24/2009 | JMD | Legal research regarding sale of contract-manufactured embodiment of invention back to the inventor constituting a 102(b) sale; preparation of memorandum on same; | 1.30 |
| 09/25/2009 | GHL | Further work on freedom-to-operate opinion | 0.50 |
| 09/27/2009 | GHL | Further work on freedom-to-operate opinion | 5.70 |
| 09/29/2009 | GHL | Further work on freedom-to-operate opinion regarding first of two third-party patents; work on preparing freedom-to-operate opinion relating to third-party patent on particulate conveyance, including review of the patent and file history, review of previously prepared memoranda relating to enforceability issues, peer review discussions with Woodcock counsel on conclusions, further legal research relating to written description issues, and begin drafting the | 0.50 |

| | | opinion | |
|---|---|---|---|
| 09/29/2009 | GHL | Work on preparing freedom-to-operate opinion relating to 2nd of two third-party patents on particulate conveyance, including review of the patent and file history, review of previously prepared memoranda relating to enforceability issues, consideration of infringement and validity issues, preparing claim chart for reference, outline opinion. | 2.60 |
| 9/30/2009 | GHL | Further work on freedom-to-operate opinion on 2nd of two third-party patents on particulate conveyancing. | 1.80 |

SERVICES                                                        $21,153.00

| | GHL | GARY H. LEVIN | 33.90 | hours @ | $570.00 |
|---|---|---|---|---|---|
| | HHF | HAROLD H. FULLMER | 2.50 | hours @ | $435.00 |
| | JMD | JEREMY M. DUKMEN | 2.30 | hours @ | $255.00 |

**INVOICE TOTAL**                                      **$21,153.00**