**Attachment B**
**To Fee Application**
Summary of PwC's Fees By Professional
September 2009

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended September 30, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George B Baccash | Tax Partner | 30 | Integrated Audit | $ 582.40 | 11.0 | $ 6,406.40 |
| John Bishop | Audit Partner | 10+ | Integrated Audit | $ 935.99 | 2.0 | $ 1,871.98 |
| John Edward Newstead | Audit Partner | 10+ | Integrated Audit | $ 647.70 | 3.5 | $ 2,266.95 |
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 698.50 | 29.0 | $ 20,256.50 |
| Kevin Mark Tom | Director | 13 | Integrated Audit | $ 560.88 | 3.4 | $ 1,906.99 |
| Lawrence Brager | Director | 30+ | Integrated Audit | $ 384.80 | 18.2 | $ 7,003.36 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 1.7 | $ 697.36 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 73.3 | $ 30,068.39 |
| Alison Garleb | Audit Manager | 6 | Integrated Audit | $290.83 | 55.1 | $ 16,024.73 |
| Brian C Wiegmann | Audit Manager | 6 | Integrated Audit | $477.52 | 6.0 | $ 2,865.12 |
| Barry Berkowitz | Audit Senior Associate | 3 | Integrated Audit | $391.16 | 8.0 | $ 3,129.28 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 19.3 | $ 4,264.92 |
| Craig T. Chu | Audit Senior Associate | 3 | Integrated Audit | $368.30 | 1.0 | $ 368.30 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $218.40 | 25.3 | $ 5,525.52 |
| Karen Geung | Audit Senior Associate | 4 | Integrated Audit | $242.57 | 1.7 | $ 412.37 |
| Lynda Keorlet | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 61.1 | $ 13,889.86 |
| Markus Michel | Audit Senior Associate | 3 | Integrated Audit | $351.12 | 6.5 | $ 2,282.28 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 75.1 | $ 15,737.21 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $220.98 | 17.7 | $ 3,911.35 |

| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | $156.21 | 49.9 | $ 7,794.89 |
| Shawn C Mcneilly | Audit Associate | 1 | Integrated Audit | $156.21 | 75.7 | $ 11,825.10 |
| Ryan P Boyle | Audit Associate | 1 | Integrated Audit | $153.67 | 34.9 | $ 5,363.09 |
| | | TOTAL | | | 579.4 | $ 163,871.95 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 9.7 | $1,392.43 |

Summary of PwC's Fees By Project Category:
September 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 9.7 | $1,392.43 |

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 579.4 | $163,871.95 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 589.1 | $165,264.38 |

Expense Summary
September 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $3,721.28 |
| Lodging | N/A | $2,802.68 |
| Sundry | N/A | $33.78 |
| Business Meals | N/A | $718.06 |
| TOTAL: | | $7,275.80 |